# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION J |
| | * | |
| | * | |
| | * | |
| | * | |
| This document relates to: | * | Honorable CARL J. BARBIER |
| | * | |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * | Magistrate Judge SHUSHAN |
| | * | |

---

## JOINT DESIGNATIONS OF RECORD ON APPEAL
## <u>IN FIFTH CIRCUIT CASE NO. 14-31402</u>

*Counsel Listed on the Final Page*

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: ALL CASES)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec, ) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss |

1

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek, ) (Entered: 06/26/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, # 3 Exhibit A (in globo) - Seafood Compensation Fund, # 4 Exhibit B (in globo) - GCCF Stated Methodologies, # 5 Affidavit Klonoff, # 6 Affidavit Issacharoff, # 7 Affidavit Herman, # 8 Affidavit Rice - Negotiations, # 9 Affidavit Rice - Seafood Program, # 10 Affidavit Rice - Fees, # 11 Affidavit Bon Secour, # 12 Affidavit Friloux, # 13 Affidavit Gallo, # 14 Affidavit Ft Morgan Realty, # 15 Affidavit GW Fins, # 16 Affidavit Hutto, # 17 Affidavit Irwin, # 18 Affidavit Kee, # 19 Affidavit Tesvich, # 20 Affidavit LKEU, # 21 Affidavit Lundy, # 22 Affidavit Guidry, # 23 Affidavit PCB Dolphin Tours, # 24 Affidavit Sellers, # 25 Affidavit Zeke's)(Reference: B1 Cases; VoO Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice - Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 . (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (VoO Offset), # (7) Exhibit BP Submission (VoO Offset), # (8) Exhibit Cantor Ltr (VoO Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek, ) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970)(sek, ) (Entered: 07/16/2013) |
| 2:10-md-2179 | 13881 | 12/18/2014 | NOTICE OF APPEAL by Claimant Kevin S. Smith. (Filing fee $ 505, receipt number 053L-4692656.) (Attachments: # 1 Exhibit Denial of Request for Discretionary Court Review Notice)(Reference: 12-970)(Dean, Kevin) Modified on 12/19/2014 (gec). (Entered: 12/18/2014) |
| 2:10-md-2179 | 13882 | 12/18/2014 | NOTICE OF APPEAL by Claimant Solomon J. Fleischman. (Filing fee $ 505, receipt number 053L-4692680.) (Attachments: # 1 Exhibit Fleischman - Denial of Request for Discretionary Court Review Notice)(Reference: 12-970)(Dean, Kevin) Modified on 12/19/2014 (gec). (Entered: 12/18/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 13898 | 12/19/2014 | NOTICE by Claimant Kevin Smith re 13881 Notice of Appeal, 13895 Notice (Other) *Denial of Request for Discretionary Court Review Notice re: Claim ID xxx632*. (Reference: 12-970)(Dean, Kevin) Modified text on 12/22/2014 (sek). (Entered: 12/19/2014) |
| 2:10-md-2179 | 13900 | 12/19/2014 | NOTICE by Claimant Solomon Fleischman re 13882 Notice of Appeal, 13895 Notice (Other) *Denial of Request for Discretionary Court Review Notice re: Claim ID xxx390*. (Reference: 12-970)(Dean, Kevin) Modified text on 12/22/2014 (sek). (Main Document 13900 replaced on 12/24/2014) (gec). (Entered: 12/19/2014) |
| 2:10-md-2179 | 13932 | 12/22/2014 | AMENDED NOTICE OF APPEAL by Claimant Solomon J. Fleischman *(Claim ID xxx390)*. (Filing fee $ 505 receipt number 053L-4696018) (Reference: 12-970)(Rice, Joseph) Modified on 12/23/2014 (gec). (Main Document 13932 replaced on 12/24/2014) (gec). (Entered: 12/22/2014) |
| 2:10-md-2179 | 13934 | 12/22/2014 | AMENDED NOTICE OF APPEAL by Claimant Kevin S. Smith *(Claim ID xxx632)*. (Filing fee $ 505 receipt number 053L-4696031) (Reference: 12-970)(Rice, Joseph) Modified on 12/23/2014 (gec). (Entered: 12/22/2014) |
| 2:10-md-2179 | 13960 | 12/31/2015 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 13881 Notice of Appeal, 13882 Notice of Appeal, 13932 Amended Notice of Appeal, 13934 Amended Notice of Appeal. (Transcript is unnecessary for appeal purposes) (Reference: 12-970)(Dean, Kevin) (Entered: 12/31/2014) |
| 2:10-md-2179 | 13961 | 12/31/2014 | MOTION for Leave to File Claims Materials Under Seal re 13932 Amended Notice of Appeal, 13881 Notice of Appeal, 13882 Notice of Appeal, 13934 Amended Notice of Appeal by Claimants Kevin S. Smith, Solomon J. Fleischman, John C. Kelly. (Attachments: # 1 Memorandum in Support, # 2 Notice of Request to Seal, # 3 Proposed Order)(Reference: 12-970)(Dean, Kevin) Modified text on 1/2/2015 (mmm). Modified on 1/6/2015 (gec). (Entered: 12/31/2014) |

11

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14002 | 1/9/2015 | ORDER granting 13961 Claimants Kevin S. Smith's, Solomon J. Fleischman's, and John C. Kelly's Motion to Seal materials that were available to the Court in considering their requests for discretionary review of their claims that they understand are pertinent to appellate review. For the reasons set forth in Claimants' Memorandum and consistent with this Court's prior Orders, see Rec. Doc. 6573 & 6822, these materials shall be maintained under seal. Signed by Judge Carl Barbier on 1/9/15. (Reference: 12-970)(sek) (Entered: 01/09/2015)[1] |

---

[1] The materials encompassed by Rec. Doc. 14002 include:

Materials related to both Mr. Smith's and Mr. Fleischman's claims:
- Registration Form  (Claim ID XX232) (08/07/12) (Doc File ID 16370268)
- Business Economic Loss Claim Form (Purple Form) (Claim ID XX232) (08/07/12) (Doc File ID 16370569)
- 2007 Federal Corporate Income Return Form 1120 (Claim ID XX232) (12/03/12) (Doc File ID 17354720)
- 2008 Federal Corporate Income Return Form 1120 (Claim ID XX232) (12/03/12) (Doc File ID 17354721)
- 2009 Federal Corporate Income Return Form 1120 (Claim ID XX232) (08/07/12) (Doc File ID 16370434)
- 2010 Federal Corporate Income Return Form 1120 (Claim ID XX232) (08/07/12) (Doc File ID 16370430)
- 2011 Federal Corporate Income Return Form 1120 (Claim ID XX232) (08/07/12) (Doc File ID 16370409)
- 2011 Financial – Income Statements / Profit & Loss (Claim ID XX232) (08/07/12) Doc File ID 16370454)
- 2010 Financial – Income Statements / Profit & Loss (Claim ID XX232) (08/07/12) Doc File ID 16370499)
- 2011 Financial – Income Statements / Profit & Loss (Claim ID XX232) (08/07/12) Doc File ID 16370502)
- 2009 Tax Line Reconciliation (Claim ID XX232) (12/20/2012) (Doc File ID 17482758)
- 2008 Tax Line Reconciliation (Claim ID XX232) (12/20/2012) (Doc File ID 17482762)
- 2007 Tax Line Reconciliation (Claim ID XX232) (12/20/2012) (Doc File ID 17482763)
- Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Claim ID XX232) (08/07/2012)(Doc File ID 16370523)

- Accountant Compensation Calculation Schedules (DWH Settlement – PDF) (Claim ID XX232) (12/20/2012) (Doc File ID 17484266)
- Eligibility Notice (Claim ID XX232) (12/26/12) (Doc File ID 17497134)
- Appeal- Notice of Appeal Panel Decision (Claim ID XX232) (05/02/13) (Doc File ID 18497745)
- Appeal- Post-Appeal Eligibility Notice (Claim ID XX232) (05/08/13) (Doc File ID 18539552)
- CSSP Policy 363 v0 – Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity (6/15/12)
- CSSP Policy 363 v1 – Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity (10/10/12)
- CSSP Policy 363 v2 – Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity (2/8/13)
- CSSP Policy 363 v3 – Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity (4/23/13)
- CSSP Policy 363 v4 – Economic Loss Claims: Preventing Double Payment for the Same Loss to an Entity and the Owner or Officer of that Entity (4/23/13)
- Memorandum to Claims Administrator from Class Counsel Re: Claims by Related Owners, Officers, and/or Entities (May 14, 2014)
- "Policy Keeper" Policy/Procedure website page showing Policy 363 was "withdrawn" and is "no longer to be considered as adopted or approved"
- Rules Governing the Appeals Process (02/04/13)
- Rules Governing the Appeals Process (12/04/14)

Additional materials related to Mr. Smith's Claim:
- Registration Form (Claim ID XXX632) (01/28/13) (Doc File ID 17744272)
- Form W-9 (Claim ID XXX632) (01/28/13) (Doc File ID 17744323)
- 2007 Form W-2 (Claim ID XXX632) (01/28/13) (Doc File ID 17744340)
- 2008 Form W-2 (Claim ID XXX632) (01/28/13) (Doc File ID 17744344)
- 2009 Form W-2 (Claim ID XXX632) (01/28/13) (Doc File ID 17744345)
- 2010 Form W-2 (Claim ID XXX632) (01/28/13) (Doc File ID 17744350)
- 2007/2008 Employment – Pay Stub/Pay Check (Claim ID XXX632) (01/28/13) (Doc File ID 17744353)
- 2009 Employment – Pay Stub/Pay Check (Claim ID XXX632) (01/28/13) (Doc File ID 17744355)
- 2010 Employment – Pay Stub/Pay Check (Claim ID XXX632) (01/28/13) (Doc File ID 17744358)
- Accountant Calculation Worksheet (Claim ID XXX632) (From Claimant or Claimant's Accountant) (01/28/2013) (Doc File ID 17744361)

13

- Individual Economic Loss Claim Form (Blue Form) (Claim ID XXX632) (01/28/2013) (Doc File ID 17744367)
- SWS-38 - Claimant Accounting Support Sworn Written Statement & Invoice (Claim ID XXX632) (01/29/2013)(Doc File ID 17755895)
- SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement (Claim ID XXX632) (02/13/2013)(Doc File ID 17882327)
- Incompleteness Notice (Claim ID XXX632) (07/02/2013)(Doc File ID 18920483)
- 2011 Form W-2 (Claim ID XXX632) (07/18/2013)(Doc File ID 19033621)
- Denial Notice (Claim ID XXX632) (07/25/2013)(Doc File ID 19082653)
- Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Claim ID XXX632) (08/21/2013)(Doc File ID 19270020)
- 2011 Employment - Pay Stub/Pay Check (Claim ID XXX632) (08/21/2013)(Doc File ID 19270025)
- 2011 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX632) (08/21/2013)(Doc File ID 19270031)
- 2011 Form W-2 (Claim ID XXX632) (08/21/2013)(Doc File ID 19270035)
- Denial Notice (Claim ID XXX632) (09/25/2013)(Doc File ID 19487360)
- 2007 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX632) (10/15/2013) (Doc File ID 19603628)
- 2008 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX632) (10/15/2013) (Doc File ID 19603633)
- 2009 Federal Income Return Form 1040 (Jointly Filed)(Claim ID XXX632) (10/15/2013) (Doc File ID 19603641)
- 2010 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX632) (10/15/2013) (Doc File ID 19603648)
- Correspondence from Claimant's Counsel (Claim ID XXX632) (10/17/2013)(Doc File ID 19617354)
- Post-Reconsideration Denial Notice (Claim ID XXX632) (07/10/2014)(Doc File ID 20554955)
- Appeal- Notice of Claimant Appeal of Denied Claim (Claim ID XXX632) (08/26/2014) (Doc File ID 20682766)
- Appeal- Supporting Memoranda (Claim ID XXX632) (09/04/2014)(Doc File ID 20710077)
- Appeal- Opposition Memorandum (Claim ID XXX632) (09/19/2014)(Doc File ID 20751752)
- Correspondence from Claimant's Counsel & Appeal- Supporting Memoranda (Claim ID XXX632) (09/29/2014)(Doc File ID 20780980)
- Appeal Panelist Opinion (Claim ID XXX632)(10/09/2014)(Doc File ID20804579)

14

- Appeal- Notice of Appeal Panel Decision (Claim ID XXX632) (10/13/2014)(Doc File ID 20810663)
- Accounting Calculation Schedules (DWH Settlement – PDF) (Claim ID XXX632) (10/23/2014)(Doc File ID 20843418)
- Request for Discretionary Review by the Court (Claim ID XXX632) (10/24/2014)(Doc File ID 20848313)
- Request for Discretionary Court Review of Appeal Determination Notice (Claim ID XXX632) (10/28/2014)(Doc File ID 20854025)
- Objection to Discretionary Review by the Court (Claim ID XXX632) (11/10/2014)(Doc File ID 20890129)
- Appeal- Appeal Correspondence & Objection to Discretionary Review by the Court (Claim ID XXX632) (11/07/2014)(Doc File ID 20896907)
- Notice of Objection to Request for Discretionary Review by the Court (Claim ID XXX632) (11/12/2014)(Doc File ID 20898194)
- Notice of Denial of Request for Discretionary Review by the Court (Claim ID XXX632) (11/19/2014)(Doc File ID 20919750)

Additional materials Related to Mr. Fleischman's claim:
- Registration Form (Claim ID XXX390) (01/25/13) (Doc File ID 17735611)
- Form W-9 (Claim ID XXX390) (01/25/13) (Doc File ID 17735837)
- 2007 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX390) (01/25/2013) (Doc File ID 17735841)
- 2008 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX390) (01/25/2013) (Doc File ID 17735843)
- 2009 Federal Income Return Form 1040 (Jointly Filed)(Claim ID XXX390) (01/25/2013) (Doc File ID 17735847)
- 2010 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX390) (01/25/2013) (Doc File ID 17735849)
- 2007 Form W-2 (Claim ID XXX390) (01/25/13) (Doc File ID 17735854)
- 2008 Form W-2 (Claim ID XXX390) (01/25/13) (Doc File ID 17735860)
- 2009 Form W-2 (Claim ID XXX390) (01/25/13) (Doc File ID 17735862)
- 2010 Form W-2 (Claim ID XXX390) (01/25/13) (Doc File ID 17735866)
- Accountant Calculation Worksheet (Claim ID XXX390) (From Claimant or Claimant's Accountant) (01/25/2013) (Doc File ID 17735869)
- 2010 Employment – Pay Stub/Pay Check (Claim ID XXX390) (01/25/13) (Doc File ID 17735927)
- 2009 Employment – Pay Stub/Pay Check (Claim ID XXX390) (01/25/13) (Doc File ID 17735929)

15

- 2007/2008 Employment – Pay Stub/Pay Check (Claim ID XXX390) (01/25/13) (Doc File ID 17735950)
- Individual Economic Loss Claim Form (Blue Form) (Claim ID XXX390) (01/25/2013) (Doc File ID 17735980)
- SWS-38 - Claimant Accounting Support Sworn Written Statement & Invoice (Claim ID XXX390) (01/29/2013)(Doc File ID 17755822)
- SWS-9 IEL Missing Tax and Pay Period Documentation Sworn Written Statement (Claim ID XXX390) (02/13/2013)(Doc File ID 17882281)
- Denial Notice (Claim ID XXX390) (07/19/2013)(Doc File ID 19040916)
- 2011 Federal Income Return Form 1040 (Jointly Filed) (Claim ID XXX390) (08/19/2013)(Doc File ID 19251867)
- 2011 Employment - Pay Stub/Pay Check (Claim ID XXX390) (08/19/2013)(Doc File ID 19251873)
- 2011 Form W-2 (Claim ID XXX390) (08/19/2013)(Doc File ID 19251890)
- Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) (Claim ID XXX390) (09/24/2013)(Doc File ID 19479612)
- Denial Notice (Claim ID XXX390) (10/03/2013)(Doc File ID 19539348)
- Other Correspondence – Reconsideration Memorandum (Claim ID XXX390) (11/01/2013)(Doc File ID 19722615)
- Post-Reconsideration Denial Notice (Claim ID XXX390) (07/10/2014)(Doc File ID 20554949)
- Appeal- Notice of Claimant Appeal of Denied Claim (Claim ID XXX390) (08/26/2014) (Doc File ID 20682735)
- Appeal- Opening Memoranda (Claim ID XXX390) (09/04/2014)(Doc File ID 20710056)
- Appeal- Opposition Memorandum (Claim ID XXX390) (09/19/2014)(Doc File ID 20751754)
- Correspondence from Claimant's Counsel & Appeal- Reply Brief (Claim ID XXX390) (09/29/2014)(Doc File ID 20780234)
- Appeal- Notice of Appeal Panel Decision (Claim ID XXX390) (10/15/2014)(Doc File ID 20817876)
- Accounting Calculation Schedules (DWH Settlement – PDF) (Claim ID XXX390) (10/28/2014)(Doc File ID 20856035)
- Request for Discretionary Review by the Court (Claim ID XXX390) (10/28/2014)(Doc File ID 20857399)
- Request for Discretionary Court Review of Appeal Determination Notice (Claim ID XXX390) (10/30/2014)(Doc File ID 20862007)
- Objection to Discretionary Review by the Court (Claim ID XXX390) (11/10/2014)(Doc File ID 20892659)

16

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | | February 2015 | Materials were hand-delivered to Eastern District of Louisiana pursuant to the Order at Rec. Doc. 14002.  Claimants-Appellants will update this designation as needed if additional docket numbers are added. |

February 2, 2015                              Respectfully submitted,


                                                  _/s/_Kevin R. Dean _____

                                             Joseph F. Rice
                                             Kevin R. Dean
                                             Frederick C. Baker
                                             Lisa M. Saltzburg
                                             MOTLEY RICE LLC
                                             28 Bridgeside Blvd.
                                             Mount Pleasant, SC 29464
                                             Telephone: (843) 216-9000
                                             Facisimile: (843) 216-9450
                                             jrice@motleyrice.com
                                             kdean@motleyrice.com
                                             fbaker@motleyrice.com
                                             lsaltzburg@motleyrice.com


                         ***Attorneys for Solomon Fleischman and Kevin Smith.***
                         _____

---

- Notice of Objection to Request for Discretionary Review by the Court (Claim ID XXX390) (11/12/2014)(Doc File ID 20898188)
- Notice of Denial of Request for Discretionary Review by the Court (Claim ID XXX390) (11/20/2014)(Doc File ID 20923887)

                                        */s/ Don K. Haycraft* _____

Richard C. Godfrey, P.C.                Don K. Haycraft
J. Andrew Langan, P.C.                  Devin C. Reid
KIRKLAND & ELLIS LLP                    LISKOW & LEWIS LLP
300 North LaSalle                       701 Poydras Street, Suite 5000
Chicago, IL 60654                       New Orleans, LA 70139
Telephone:  (312) 862-2000              Telephone: (504) 556-4128
Facsimile:  (312) 862-2200              Facsimile: (504) 556-4108
richard.godfrey@kirkland.com            dkhaycraft@liskow.com
andrew.langan@kirkland.com              dcreid@liskow.com

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com
tom.weir@kirkland.com

*Attorneys-in-Charge for Defendants BP Exploration &*
*Production Inc., BP Products North America Inc., and*
*BP Corporation North America Inc.*

18

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 2nd day of February, 2015.

/s/ *Kevin R. Dean*
Kevin R. Dean
