UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Alabama Damage Cases – Danos & Curole Motion to Quash (Rec. doc. 13996)]**

On February 2, 2015, the Court granted Alabama's motion to exercise jurisdiction and stay response. Rec. doc. 14119. This order stayed Alabama's response to the motion of Danos & Curole Marine Contractors, LLC ("Danos") to quash subpoenas. The order provides that the setting of the Danos motion to quash and a motion to quash by Polaris Applied Sciences, Inc. ("Polaris") will be discussed at a telephone conference on February 12, 2015 with BPXP and Alabama and the Court will notify Danos and Polaris when their motions are set for submission. Rec. doc. 14119. On February 2, 2015, Danos filed a motion to continue its motion to quash. Rec. doc. 14120.

IT IS ORDERED that: (1) the Danos motion to continue its motion to quash (Rec. doc. 14120) is GRANTED; (2) the hearing of the Danos motion to quash subpoenas (Rec. doc. 13996) is continued without date; and (3) the deadline for an appeal of this order is **February 10, 2015**.

New Orleans, Louisiana, this 3rd day of February, 2015.

                                                             **SALLY SHUSHAN**
                                                           **United States Magistrate Judge**