UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG        "DEEPWATER HORIZON" IN THE        GULF OF MEXICO, ON APRIL 20, 2010 | :<br>:<br>: | MDL 2179<br><br>Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | :<br>: | Mag. Judge Shushan |

RESPONSE OF THE SPECIAL MASTER
TO BURRLE'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR RETURN OF PAYMENTS

COMES NOW Special Master Louis J. Freeh, in response to the motion of Jarrod A. Burrle ("Burrle") for an extension of time to respond to the Special Master's motion seeking return of payments made by the Deepwater Horizon Economic Claims Center [Rec. Doc. 13010], and states as follows:

1.  On August 20, 2014, attorney George Gates filed a motion to enroll as Burrle's counsel and extend the time to respond to the Special Master's motion.  On September 4, 2014, a corrected motion to enroll Mr. Gates as Burrle's counsel was filed, which the Court granted on September 8, 2014 [Rec. Doc. 13367].

2.  On September 16, 2014, after providing appropriate discovery, the Special Master filed a consent motion [Rec. Doc. 13404] seeking an extension of the due date for any opposition by Burrle to the Special Master's motion.  The Court granted the motion [Rec. Doc. 13423], and set October 22, 2014 as the due date for filing any opposition.

3.  On October 23, 2014, counsel for the Special Master asked Burrle's counsel for a copy of any opposition filed by Burrle, but received no response.

4.  On November 3, 2014, Burrle's counsel sought a continuance of the due date to

file an opposition [Rec. Doc. 13639]. The Court granted the motion and extended the due date for Burrle's opposition to December 1, 2014 [Rec. Doc. 13668].

5.  On December 2, 2014, counsel for the Special Master asked Burrle's counsel for a copy of any opposition, as none appeared on the Court's docket.

6.  Counsel for the Special Master sent Burrle's counsel additional reminders about the past due filing on December 8, 2014, December 19, 2014, and December 29, 2014.

7.  On December 29, 2014, Burrle's counsel explained that he has had difficulty with the Court's filing system. Counsel for the Special Master suggested that Burrle's counsel move for leave to file an opposition out of time and seek help from the clerk's staff.

8.  On January 15, 2015, counsel for the Special Master asked Burrle's counsel about the status of any filing, but received no response.

9.  On February 2, 2015, Burrle's counsel filed a motion for an extension of the past-due filing date. Counsel did not file a copy of any proposed opposition with the motion.

10.  While the Special Master appreciates that deadlines should be applied equitably, the filing by Burrle's counsel does not adequately explain the procedural history of this matter or the reminders that Burrle's counsel has received about lapsed deadlines.

11.  The Special Master requests that the Court issue an order providing a final deadline for Burrle's counsel to file any opposition, and explaining that the Special Master's motion will be considered as unopposed by Burrle if this final deadline is missed.

> Respectfully submitted,
>
> ____/s/ Louis J. Freeh_____
> Louis J. Freeh
> Special Master

Dated:   February 3, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   3rd   day of     February    , 2015, by electronic mail, on the following:

      George M. Gates, IV
      1100 Poydras Street, Suite 2900 #178
      New Orleans, LA  70163
      *Attorneys for Jarrod A. Burrle*

      /s/Louis J. Freeh
      Counsel