UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

Upon consideration of the third motion for an extension of time for Jarrod A. Burrle ("Burrle") [Rec. Doc. 14115] to respond to the Special Master's motion seeking return of payments made by the Deepwater Horizon Economic Claims Center, and any response thereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Burrle's motion for an extension of time is GRANTED; and

2. Any opposition by Burrle to the Special Master's motion shall be filed on or before _____, 2015; and

3. IT IS FURTHER ORDERED that, given the initial opposition deadline of October 22, 2014 [Rec. Doc. 13423] and the extension of that deadline to December 1, 2014 [Rec. Doc. 13668], the Court shall consider as unopposed by Burrle the Special Master's motion seeking return of payments [Rec. Doc. 13010] if Burrle does not file an opposition by _____, 2015.

Signed in New Orleans, Louisiana, this _____ day of February, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE