Minute Entry
Barbier, J.
January 28, 2015
JS 10: 6 hr. 30 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER (AM)<br>TONI TUSA (PM) |
|---|---|

PENALTY PHASE  NON-JURY TRIAL
(Day seven)

WEDNESDAY, JANUARY 28, 2015   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

Anadarko offers list of exhibits/demonstratives regarding exam of Ian Ratner: ORDERED admitted. (see attached)

US offers lists of exhibits/demonstratives regarding exams of Gardner Walkup, Laura Folse, Captain VanHaverbeke (amended): ORDERED admitted. (see attached)

BP offers list of exhibits/demonstratives regarding exam of Robert Cox : ORDERED admitted. (see attached)

BP offers stipulation marked as TREX-145373 (collected barrel stipulation) : ORDERED admitted.

Witnesses: Dr. John Tunnell, sworn and testified. (Expert)
　　　　　　Iris Cross, by video deposition.
　　　　　　Dr. Jane Lubchenco, by video deposition.

US offers list of exhibits/demonstratives and flash drive regarding exam of Dr. Bonnano: ORDERED admitted. (see attached)

US offers list and hard drive of deposition bundles in connection with Penalty Phase Trial: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams Donald Boesch, Ian Ratner, Dr. Charles Mason, Dr. Fredric Quivik: ORDERED admitted. (see attached)

Witnesses: Dr. Robert Daines, sworn and testified. (Expert)
　　　　　　Captain James Hanzalik, by video deposition.
　　　　　　Dr. Loren Scott, sworn and testified. (Expert)

BP rests except for its expert Bruce Den Uyl.  Counsel shall advise the Court on Monday as to Mr. Den Uyl's availability to testify.

Court recesses at 4:40 p.m.

Court will resume on Monday, February 2, 2015 at 9:30 a.m.

Appearances on various days throughout the trial:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby