**APC - Exhibits for Ian Ratner**

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of Ian Ratner into evidence: *Admitted 1/28/2015 SK*

| Trial Exhibit, Callout, or Demonstrative Number | Description |
|---|---|
| TREX-230812 | Anadarko's First Supplemental Objections, Responses, and Answers to the United States' First Set of Discovery Requests to Defendants BP Exploration and Production and Anadarko Petroleum Corporation for the Penalty Phase |
| TREX-233887R.8.1 | Report of Ian Ratner Regarding Anadarko Petroleum Corporation August 15, 2014 (Redacted) - APC Callout |
| TREX-233887R.8.2 | Report of Ian Ratner Regarding Anadarko Petroleum Corporation August 15, 2014 (Redacted) - APC Callout |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MR. GARDNER WALKUP**

The United States offers the following documents it used during its January 22, 2015 examination of Mr. Gardner Walkup into evidence:    admitted 1-28-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33150 | EXPERTISE AND EXPERIENCE (Source: TREX-013200; TREX-231646R; TREX-233288R) |
| D-33151 | GARDNER WALKUP'S EXPERT REPORTS (Source: TREX-013200; TREX-231646R; TREX-233288R) |
| D-33152 | SUMMARY OF OPINIONS (Source: TREX-013200; TREX-231646R; TREX-231288R) |
| D-33153 | OUTLINE |
| D-33154 | FUNDAMENTALS OF DECISION MAKING IN E&P (Source: TREX-013200; TREX-231646R; TREX-233288R; TREX-232768; TREX-232848) |
| D-33155 | NON-OPERATING PARTY ACTIVE PARTICIPATION: BUSINESS DRIVERS (Source: TREX-013200; TREX-231646R; TREX-233288R; TREX-232806; TREX-232808; TREX-232813; TREX-232814) |
| D-33156 | PERSONAL EXPERIENCE OF ACTIVE PARTICIPATION BY NON-OPERATORS (Source: TREX-013200; TREX-231646R; TREX-233288R) |
| D-33157 | OPERATING AGREEMENTS (Source: TREX-085006; TREX-232798; TREX-280000) |
| D-33161 | MANY ACTIVITIES ARE INFLUENCED BY DESIGN DECISIONS THAT NON-OPERATORS CAN ENHANCE (Source: TREX-233288R) |
| D-33165 | THERE IS A SPECTRUM OF RELATIONSHIPS FOR OPERATORS AND NON-OPERATORS (Source: TREX-013200; TREX- |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| | 231646R; TREX-233288R) |
| TREX-013200 | Expert Report of Gardner Walkup, Jr., on Behalf of The United States of America, August 15, 2014 |
| TREX-231646R | REDACTED by US: Expert report of Gardner W. Walkup, Jr. on behalf of the USA |
| TREX-233288R | REDACTED by US: Round 3 Expert Report of Gardner W. Walkup, Jr. (September 26, 2014) |
| TREX-232848 | Walkup, Gardner and J. Robert Ligon. The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry.  SPE 102926 2006 SPE Annual Technical Conference and Exhibition. September 2006 |
| TREX-232848.10.1.US | CALLOUT FROM TREX-232848, PAGE 10 (Walkup, Gardner and J. Robert Ligon. The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry.  SPE 102926 2006 SPE Annual Technical Conference and Exhibition. September 2006). |
| TREX-232806 | Jeffris, Robert G. and Waters, Susan A., "Getting Deepwater Development Right: Strategies for the Non-Operator." OTC 14201, 2002 Offshore Development Conference. May 2002 |
| TREX-232806.1.1.US | CALLOUT FROM TREX-232806, PAGE 1 (Jeffris, Robert G. and Waters, Susan A., "Getting Deepwater Development Right: Strategies for the Non-Operator." OTC 14201, 2002 Offshore Development Conference. May 2002). |
| TREX-232808 | Herman, A. et al. "Changing Dynamics in Deepwater Ownership." OTC 17783, 2006 Offshore Technology Conference. May 2006. |
| TREX-232804 | Visser, Robert C., Joseph D. Williams and Bob Aquadro "Typhoon Offshore Safe and Clean: Authentic Leadership to Produce an Incident and Injury-Free Environment"; OTC 14127, 2002 Offshore Technology Conference. May 2002 |

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-232867 | Chevron Operational Excellence Audit Group, "HES Assessments of Non-Operated Joint Ventures", SPE 168575, SPE International Conference on Health, Safety and Environment, Long Beach, CA,17-19 March 2014 (Chevron HSE Report) |
| TREX-232812 | McLaughlin, Dennis. "Jubilee Project Overview." OTC 23430 2012 Offshore Technology Conference, 2012. |
| TREX-232857 | Lawrie, Graeme. "The Role of a Non-Operating Partner in Contributing to HSE Excellence". SPE 155941, SPE/APPEA International Conference on Health, Safety and Environment in Oil and Gas Exploration and Production. September 2012 (Lawrie 2012) |
| TREX-232857.8.1.US | CALLOUT FROM TREX-232857, PAGE 8 (Lawrie, Graeme. The Role of a Non-Operating Partner in Contributing to HSE Excellence. SPE 155941, SPE/APPEA International Conference on Health, Safety and Environment in Oil and Gas Exploration and Production. September 2012 (Lawrie 2012). |
| TREX-085006 | AAPL Model Form of Offshore Deepwater Operating Agreement AAPL-810 (2007) |
| TREX-232798 | Exhibit K to 2007 810 Joint Operating Agreement (Deepwater) |
| TREX-280000 | Ratification and Joinder of Operating Agreement Macondo Prospect between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF LAURA FOLSE**

The United States offers the following documents it used during its January 26, 2015 examination of Laura Folse into evidence: admitted 1-28-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-244097 | BP Fact Sheet - Early Environmental Restoration: BP's $1 billion pledge to accelerate restoration efforts in the Gulf of Mexico (May 2013), available at http://www.bp.com/content/dam/bp/pdf/gulf-of-mexico/Early_Restoration_Fact_Sheet.pdf. |
| TREX-011814 | Stipulation Regarding Early Restoration Project-- Alabama Dune Restoration Cooperative Project |
| TREX-11814.5.1.US/TREX-11814.6.1.US | Callout of TREX-011814 |

## UNITED STATES AMENDED LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF CAPTAIN FRANK PASKEWICH

The United States offers the following documents it used during its January 26, 2015 examination of Captain Frank Paskewich into evidence: *admitted 1-28-2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33780 | Capt. Roger Laferriere (Source: Laferriere Bundle at 134:24-135:02, 135:04-135:17) |
| TREX-009182 | Oil Budget Calculator – Technical Documentation – November 2010 |
| TREX-009182.87.1.US | Callout of TREX-009182 |
| TREX-009182.87.3.US | Callout of TREX-009182 |
| TREX-013132.70.1.US | Callout of TREX-013132 |
| TREX-012020 | E-mail from Mary Kay Bradbury to Amyo Taylor et al., dated December 4, 2010, Subject: HSE Stats 12-3-10, with attachments |
| TREX-012020.4.2.US | Callout of TREX-012020 |
| TREX-013135 | Oil Spill Response – Experience, Trends and Challenges |
| TREX-013135.1.1 & TREX-013135.6.1.US | Callouts of TREX-013135 |

# BP - Exhibits for Cox

**BP offers the following documents it used during its examination of Robert Cox into evidence:**

admitted 1-28-2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-35102 | Human Health Questions Investigated |
| D-35103 | Dr. Robert Cox, M.D., Ph.D. |
| D-35104 | Dr. Cox's Expert Reports |
| TREX-240110 | Round 1 Expert Report of Robert Cox |
| TREX-240111 | Round 2 Expert Report of Robert Cox |
| TREX-013087 | 09/26/2014 Round 3 Expert Report of Robert Cox, M.D., Ph.D |
| D-35105 | Opinions on Health Impacts |
| D-35106 | U.S. Government Findings on Health Effects |
| TREX-240306 | CDC. Emergency Preparedness and Response, Health Surveillance |
| TREX-240215 | CDC. CDC Response to the Gulf of Mexico Oil Spill |
| TREX-240310 | King BS, Gibbons JD. Health Hazard Evaluation of the Deepwater Horizon Response Workers. National Institute for Occupational Safety and Health, 2011. Final HHE |
| TREX-232432 | FDA Voice: Taylor, Michael R: Gulf Seafood is Safe to Eat After Oil Spill |
| TREX-240227 | CDC/ATSDR Guidance on the Interpretation and Use of Blood Laboratory Analyses for Volatile Organic Compounds |
| TREX-240159 | EPA. Monitoring Air Quality Along the Gulf Coast |
| TREX-240210 | Operational Science Advisory Team (OSAT) Unified Area Command. Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring. Prepared for Paul F. Zukunft, RADM, U.S. Coast Guard Federal On-Scene Coordinator Deepwater Horizon MC252. December 17, 2010 |
| TREX-240141 | CDC, Community Fact Sheet, Volatile Organic Compounds and Your Health. Oct. 17, 2012 |
| D-35106.1 | U.S. Government Findings on Health Effects |
| D-35106.3 | U.S. Government Findings on Health Effects |
| D-35106.2 | U.S. Government Findings on Health Effects |
| D-35107 | State Findings on Health Effects |
| TREX-240124 | Deepwater Horizon Response - Air Quality Status Report |
| TREX-240198 | Mississippi State Department of Health. Deepwater Horizon Oil Spill – One Year Later. Mississippi Morbidity Report 2011;27:1-3 |
| TREX-240362 | DEQ Louisiana: Air Monitoring Fact Sheet |
| TREX-232452 | Department of Health and Hospitals; Seafood Update: Louisiana Seafood Safety Surveillance Report |
| D-35107.1 | State Findings on Health Effects |
| D-35107.2 | State Findings on Health Effects |
| D-35117 | CDC and State Health Surveillance |
| D-35108 | Steps Performed in Reaching Independent Conclusions |
| D-35270 | Over 1 Million Data Analyses Available |
| D-35108.2 | Steps Performed in Reaching Independent Conclusions |
| D-35109 | Standard Approach to Risk Assessment |
| TREX 240332 | Risk Assessment in the Federal Government: Managing the Process |
| D-35140 | Occupational Benchmarks Defined |

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-012023 | Email from M. Chau to J. Fink et al. re Health Monitoring Summary Report - 15th September 2010, attaching Health Monitoring Summary Report 15 September 2010.DOC |
| D-35110 | NIOSH Occupational Air Sampling Results |
| D-35110.1 | NIOSH Occupational Air Sampling Results (Animation of D-35110) |
| D-35111A | DWH Air Data Consistently Below Benchmarks |
| D-35112 | DWH Benzene Air Data Consistently Below Benchmarks |
| D-35113 | Opinions on Potential Health Impacts: Inhalational |
| D-35142 | NIOSH Convenience Survey Discussed by Dr. Clapp |
| D-35145 | NIOSH Self-Identifies Significant Limitations of Convenience Survey |
| D-35108.3 | Steps Performed in Reaching Independent Conclusions |
| D-35115 | Lack of Significant Dermal Effects |
| D-35133 | OSAT Conclusions on Dermal and Oral Exposure Risk |
| TREX-012238 | OSAT's Summary Report for Fate and Effects of Remnant Oil in the Beach Environment |
| D-35141 | Seafood Safety Assurance |
| TREX-240327 | Schwaab E, Kraemer D, Guidry J. Consumers can be confident in the safety of Gulf seafood. Joint statement released by NOAA, FDA, and the Louisiana Department of Health and Hospitals, March 2011 |
| D-35137 | Seafood Safety Assurance |
| D-35146 | Opinions on Potential Health Impacts: Dermal and Oral |
| D-35102.2 | Human Health Questions Investigated |
| D-35118 | BP's Efforts to Mitigate Health Risks |
| TREX-012020.4.1 | BP Callout of TREX-012020 |
| D-35144 | OSHA and NIOSH on Worker Health |
| TREX-232478 | Review of the OSHA-NIOSH Response to the Deepwater Horizon Oil Spill: Protecting the Health and Safety of Cleanup Workers, David Michaels and John Howard |
| D-35139A | U.S. Government Conclusions: Successful Mitigation of Potential Health Impacts |
| TREX-009105 | On Scene Coordinator Report - DWH Oil Spill |
| TREX-009124 | Final Action Memorandum - Incident Specific Preparedness Review (ISPR), DWH Oil Spill |
| TREX-012234 | December 2011 NIOSH's Lessons Learned from the Deepwater Horizon Response |
| TREX-012240 | May 2011 Deepwater Horizon Oil Spill: OSHA's Role in the Response |
| TREX-240001 | CDC, Substance and Abuse Mental Health Services Administration (SAMHSA), Behavioral Health in the Gulf Coast Region Following the Deepwater Horizon Oil Spill |
| TREX-240138 | OSHA. Deepwater Horizon Oil Spill: OSHA's Role in the Response. May 2011 |
| D-35139.4 | U.S. Government Conclusions: Successful Mitigation of Potential Health Impacts |
| D-35139.2 | U.S. Government Conclusions: Successful Mitigation of Potential Health Impacts |

# BP - Exhibits for BOESCH

**BP offers the following documents it used during its examination of Donald Boesch into evidence:** admitted 1-28-2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-013191.1.4.BP | BP Callout of TREX-013191 |
| TREX-013191 | Email from D. Boesch to T. Garcia re Sea Grant Report on spill status |
| TREX-013191.1.2.BP | BP Callout of TREX-013191 |
| TREX-013191.1.6.BP | BP Callout of TREX-013191 |
| TREX-013277.1.1.BP | BP Callout of TREX-013277 |
| TREX-013277 | The Role of Ecology in Marine Pollution Monitoring: Ecology Panel Report |
| TREX-013277.1.2.BP | BP Callout of TREX-013277 |
| TREX-013284.1.1.BP | BP Callout of TREX-013284 |
| TREX-013284 | Email from D. Boesch to R. Lazarus re Possible visit by Oil Spill Commissioners |
| TREX-013183.8.1.BP | BP Callout of TREX-013183 |
| TREX-013287.1.1.BP | BP Callout of TREX-013287 |
| TREX-013287 | Integrating Organismal and Population Responses of Estuarine Fishes in Macondo Spill Research |
| TREX-013287.8.5.BP | BP Callout of TREX-013287 |
| TREX-013287.8.1.BP | BP Callout of TREX-013287 |
| TREX-013287.8.2.BP | BP Callout of TREX-013287 |
| TREX-013287.8.3.BP | BP Callout of TREX-013287 |
| TREX-013183.44.1.BP | BP Callout of TREX-013183 |
| TREX-013195.1.1.BP | BP Callout of TREX-013195 |
| TREX-013275.1.1.BP | BP Callout of TREX-013275 |
| TREX-013275.3.1.BP | BP Callout of TREX-013275 |
| TREX-013289.1.1.BP | BP Callout of TREX-013289 |
| TREX-013289 | Abundance and Size of Gulf Shrimp in Louisiana's Coastal Estuaries following the Deepwater Horizon Oil Spill |
| TREX-013289.3.1.BP | BP Callout of TREX-013289 |
| TREX-013289.3.5.BP | BP Callout of TREX-013289 |
| TREX-013289.7.1.BP | BP Callout of TREX-013289 |
| TREX-012078.1.1.BP | BP Callout of TREX-012078 |
| TREX-012078 | Deepwater Horizon Response Consolidated Fish and Wildlife Collection Report |
| TREX-012078.1.5.BP | BP Callout of TREX-012078 |
| TREX-013183.19.1.BP | BP Callout of TREX-013183 |
| TREX-013183.19.2.BP | BP Callout of TREX-013183 |
| TREX-012080.1.1.BP | BP Callout of TREX-012080 |
| TREX-012080 | "Oil Spill Clarifies Road Map for Sea Turtle Recovery" |
| TREX-012080.1.2.BP | BP Callout of TREX-012080 |
| TREX-012199.1.1.BP | BP Callout of TREX-012199 |
| TREX-012199 | Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, Gulf of Mexico, USA |
| TREX-012199.1.2.BP | BP Callout of TREX-012199 |

1

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-012078.1.2.BP | BP Callout of TREX-012078 |

# BP - Exhibits for RATNER

**BP offers the following documents it used during its examination of Ian Ratner into evidence:**

*admitted 1-28-2015 SK*

| Trial Exhibit/BP Callout/ Demonstrative Number | Description |
|---|---|
| D-35459 | TREX-013123.79 with handwritten notes |
| TREX-244133 | 2013 GoM SMOG Excel Spreadsheet |
| TREX-240928.5.1.BP | BP Callout of TREX-240928 |
| TREX-240928 | SEC Federal Register Part II 17 CFR Parts 210, 211 et al. Modernization of Oil and Gas Reporting; Final Rule |
| TREX-012303A.1.1.BP | BP Callout of TREX-012303A |
| TREX-012303A | Annual Report and Form 20-F 2013 |
| TREX-246898.4.2.BP | BP Callout of TREX-246898 |
| TREX-246898 | BPXP 3Q14 Un-Audited Reports.docx |
| TREX-013130.1 | BP Callout of TREX-013130 |
| TREX-013130.43 | BP Callout of TREX-013130 |
| D-35450 | Summary of Various Oil Price Projections |
| TREX-233873.1.1.BP | BP Callout of TREX-233873 |
| TREX-233873 | Forbes: Revisiting Our Price Estimates for Large Independents Amid Lower Crude Prices |
| TREX-247631 | The New Oil Order - Lower For Longer to Keep Capital Sidelined -Goldman Sachs |
| TREX-247631.1.1.BP | BP Callout of TREX-247631 |
| D-35450.1 | Summary of Various Oil Price Projections |
| D-35460 | TREX-013123.39 with handwritten notes |
| TREX-013130 | Business Valuation and Bankruptcy |
| D-35453 | Wood Mackenzie's Valuation of Kaskida |
| D-35453.1 | Wood Mackenzie's Valuation of Kaskida |
| D-35454 | Wood Mackenzie's Valuation of Kaskida |
| D-35457 | Sub-Commercial Reserves Discovered |
| TREX-240835 | Wood Mackenzie BP Corporate Report |
| D-35455 | Handwritten notes |
| D-35461 | WoodMac OpEx and CapEx |
| D-34017A | BPXP's Equity Value |

1

# BP - Exhibits for MASON

**BP offers the following documents it used during its examination of Dr. Charles Mason into evidence:**

admitted 1-28-2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-013323.1.1.BP | BP Callout of TREX-013323 |
| TREX-013323 | BP Announces Tourism Grants to Four Gulf States |
| D-35343 | U.S. 30(b)(6) Testimony on BP's Tourism Promotion Efforts |
| TREX-013118 | The Labor Market Impacts of the 2010 Deepwater Horizon Oil Spill and Offshore Oil Drilling Moratorium |
| TREX-013118.1 | BP Callout of TREX-013118 |
| TREX-013118.24.1.BP | BP Callout of TREX-013118 |
| D-35344 | U.S. 30(b)(6) Agrees BP's Early and Substantial Claims Process Minimized Spill Impacts |
| D-33519 | Hotel Revenue Data Show Ongoing Harm |
| D-33512 | Total Paid to GCCF Claimants by County |
| D-35372 | Fifth Circuit Decisions in Citgo |
| TREX-013327.1.1.BP | BP Callout of TREX-013327 |
| TREX-013327 | USDOI Bureau of Safety and Environmental Enforcement Gulf of Mexico Region Production by Operator Ranked Volume 2009 |
| D-35365 | Dr. Walkup Confirms Deepwater is Concentrated Market |
| D-33521 | Oil and Gas Industry as Percentage of State GDP |
| TREX-013318.23.2.BP | BP Callout of TREX-013318 |
| TREX-013318.23.1.BP | BP Callout of TREX-013318 |
| TREX-013318.25.1.BP | BP Callout of TREX-013318 |

1

# BP - Exhibits for Quivik

BP offers the following documents it used during its examination of Dr. Fredric Quivik into evidence:

*Admitted 1-28-2015 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-013209.1.1.BP | BP Callout of TREX-013209 |
| TREX-013209 | Fredric L. Quivik Biography Page - Michigan Tech Department of Social Sciences webpage |
| TREX-013210.34.1.BP | BP Callout of TREX-013210 |
| TREX-013210.49.1.BP | BP Callout of TREX-013210 |
| TREX-085002.1 | BP Callout of TREX-085002 |
| TREX-085002 | BP's Lease OCS-G 32306 covering MC 252 |
| TREX-241460.1.1 | BP Callout of TREX-241460 |
| TREX-241460.1 | BP Callout of TREX-241460 |
| TREX-241460 | Letter from T. Morrison (USCG) to BPXP re Deepwater Horizon Responsible Party |
| TREX-240400.1.1 | BP Callout of TREX-240400 |
| TREX-240400.1 | BP Callout of TREX-240400 |
| TREX-240400 | 5/3/2010 Letter from J. Dupree to T. Morrison re Deepwater Horizon FPN: N10036 and BPXP as Responsible Party |
| TREX-246972.1.1 | BP Callout of TREX-246972 |
| TREX-246972.1 | BP Callout of TREX-246972 |
| TREX-246972 | Deepwater Horizon Oil Spill Trust Agreement |
| TREX-240925.1.1 | BP Callout of TREX-240925 |
| TREX-240925.1 | BP Callout of TREX-240925 |
| TREX-240925 | Complaint of the United States of America Against BP (2:10-cv-04536 E.D. La.) |
| TREX-240459 | Employee List.xlsx |
| TREX-013210.35.1.BP | BP Callout of TREX-013210 |
| TREX-013243.2.1.BP | BP Callout of TREX-013243 |
| TREX-013243 | Corporate Structure and Financing Process Guidance |
| TREX-013243.1 | BP Callout of TREX-013243 |
| TREX-011964.19.1.BP | BP Callout of TREX-011964 |
| TREX-011964 | General Services Agreement between BP Exploration & Production and BP America Production Company |
| TREX-013235.13 | BP Callout of TREX-013235 |
| TREX-013235 | 09/12/2014 Expert Response Report of Fredric L. Quivik, PhD. |

**BONANNO DEPOSITION DESIGNATIONS AND EXHIBITS OFFERED BY THE
UNITED STATES**

admitted 1-28-2015
SK

The United States offers into evidence the following designations and exhibits from the deposition of Dr. George Bonanno:

1. TREX-233241R-US (Bonanno Designations)

2. TREX-013365

3. TREX-013367

4. TREX-013370

5. TREX-013376