# UNITED STATES LIST OF DEPOSITION BUNDLES OFFERED IN CONNECTION WITH THE PENALTY PHASE TRIAL

The United States offers the deposition bundles prepared in connection with the following witnesses into evidence:

admitted 1-28-2015 SK

| Deponent |
|---|
| Allen, Thad |
| Bamfield, Nick |
| Barron, Mace |
| Bray, Steve |
| Brown, Douglas H. |
| Bucknall, David |
| Conmy, Robyn |
| Cross, Iris |
| Douglas, Margaret (Cathy) |
| Gwin, Robert |
| Hein, Julia |
| Heron, Richard |
| Hewett, Larry |
| Howard, John |
| Laferriere, Roger |
| Landry, Mary |
| Luton, Harry |
| Meinhart, Paul James |
| Michel, Jacqueline |
| Quitzau, Robert (Phase 1) |
| Rainey, David |
| Robertson, Mike |
| Smith, Brian |
| Suttles, Douglas |
| Watson, James |
| Watson, Nick |