REFERENCE: MDL-2179"J"(1) IN re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"

Claim Number SPC0002895

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED FEB 2 – 2015

WILLIAM W. BLEVINS
CLERK

David M. Strong
305 Syringa Road P.O. Box 219
Topping, VA 23169
(804) 286-9030

JANUARY 29, 2015

Certified Mail Return Receipt
7011 2970 0000 4182 3162

*10 md 2179*

*ref: 12-968*

Case Number 10 - 2179 CIVELACTION

Deep Water Horizon Medical Benefit
Claim Administrator
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Dear Ms. Anice, per our conversation on January 28, 2015 in regard to the Class Membership Challenge Form that you requested I (Mr. Strong) has completed and it is included with this letter. During our conversation Mr. Strong made it very clear that the Class Membership Challenge Form was not provided for him to submit before January 28, 2015.

TENDERED FOR FILING

FEB - 2 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully Submitted

*David M. Strong*

David M. Strong, Pro Se

U.S. District Court
For the Eastern District of Louisiana
The Honorable Judge William W. Blevins, Clerk
500 Poydras Street, Room C – 151
New Orleans, LA 70130

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

Case # 10-2179

Complete this form and submit it to the CLAIMS ADMINISTRATOR (at the address at the end of the form) if you think the CLAIMS ADMINISTRATOR erred in its determination that you are not a member of the Medical Benefits Settlement Class.

**NOTE THAT IN ORDER TO CHALLENGE THE CLAIMS ADMINISTRATOR'S DETERMINATION, YOU MUST SUBMIT THIS FORM WITHIN 60 DAYS OF RECEIPT OF THE CLAIMS ADMINISTRATOR'S DETERMINATION.**

After you submit your completed CLASS MEMBERSHIP CHALLENGE FORM to the Claims Administrator, the Court will review your challenge and the documentation you previously submitted in support of your claim.

This form must be signed personally by the person challenging the Claims Administrator's determination, or in the case of a person who is (1) a minor, (2) lacks capacity or is incompetent, or (3) deceased, by his or her AUTHORIZED REPRESENTATIVE. If you are an AUTHORIZED REPRESENTATIVE, please provide the information in this form for the person you represent (unless otherwise directed).

The capitalized terms in this form are defined in the MEDICAL SETTLEMENT AGREEMENT, which is available at www.deepwaterhorizonmedicalsettlement.com or by calling toll free 1-877-545-5111.

You should retain a copy of anything submitted to the CLAIMS ADMINISTRATOR.

## I. Contact Information (of the person who filed the claim).

Claimant ID Number: SPC0002895

First Name: David
M.I.: M
Last Name: Strong

Any other names used in the last 10 years: 

Current or Last Known Street Address: P O Box 219

City: Topping
State: VA
Zip Code: 23169

*Section continues on next page*

## IV. Reason for Challenge

State the reason that you believe the CLAIMS ADMINISTRATOR erred in determining that you are not a member of the Medical Benefits Settlement Class. Please do not submit any documents with this CLASS MEMBERSHIP CHALLENGE FORM (other than the AUTHORIZED REPRESENTATIVE documents required to be submitted under Section III above, if applicable). You may, however, direct the CLAIMS ADMINISTRATOR to records you have previously provided.

The Claims Administrator concluded that Mr. Strong house at 45743 Cotton Cove Drive was not in Zone A. Looking at the map the Intracoastal Waterway (IW) is Zone A and the North side of the IW is Zone C and the South of the IW is Zone D. Considering of 300 feet of the IW with petroleum based solution emitting petroleum distillate poisoning gases and odors that exposed Mr. Strong and cause him harm it does not matter Mr. Strong has an approved Claim Number.

This form is an official court document sanctioned by the COURT that presides over the class actions arising from the DEEPWATER HORIZON INCIDENT. Submitting this document to the CLAIMS ADMINISTRATOR is equivalent to filing it with the COURT, and I declare under penalty of perjury that the information provided in this form is true and correct to the best of my knowledge, information, and belief.

_David M. Strong_   Date: 01/29/15
Signature of MEDICAL BENEFITS SETTLEMENT CLASS MEMBER

or

_____   Date: ___/___/___
Signature of AUTHORIZED REPRESENTATIVE, if any

You may complete this form online via the Medical Benefits Settlement Web Portal at www.deepwaterhorizonmedicalsettlement.com, but you must print it out in its entirety and submit the signed form to:

**DEEPWATER HORIZON MEDICAL BENEFITS
CLAIMS ADMINISTRATOR**
935 Gravier Street, Suite 1400
New Orleans, LA 70112

The following maps provide an overview of geographic "Zones" included in the Economic and Property Damages Settlement. Visit the Settlement website to access detailed maps and related descriptions. The website also has an online mapping tool to help you determine whether a geographic location may be included in one or more of these Zones.

# Economic Loss

**Texas and Louisiana**



Questions? Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

# Economic Loss

**Mississippi and Alabama**



**Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174**

2

# Economic Loss

**Florida**



Questions? Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

3

# Wetlands Real Property Damage

Case # 10-2179

### Louisiana Western



### Louisiana Eastern



Questions? Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

5

# Coastal Real Property Damage and Real Property Sales Damage

Case #10-2179

**Louisiana**



**Mississippi and Alabama**



**Florida Panhandle**



**Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174**

4

**Specified Gulf Waters**     Case # 10-2179





**Questions? Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174**

6





FROM: David M. Strong
New York 215
Topping VA 23169

TO: U.S. District Court for
the Eastern District of Louisiana
The Honorable Judge W.W. Blevins Clerk
500 Poydras Street, Rm C-151
New Orleans, LA 70130