UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 1:10cv391 (S.D. Miss.) | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Eugene J. Benick of Finkelstein Thompson LLP, as counsel of record for Plaintiff James Cooley, whose original complaint was filed in the United States District Court for the Southern District of Mississippi, 1:10cv391 HSO-JMR, and transferred to this Court pursuant to Conditional Transfer Order No. 5 on October 27, 2010. Mr. Cooley will remain in the litigation, represented by Mila F. Bartos of the law firm of Finkelstein Thompson LLP. Neither Plaintiff Cooley, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel moves this Court for an Order withdrawing him as counsel of record for Plaintiff Cooley.

Respectfully submitted this 4th day of February, 2015.

/s/ Eugene J. Benick
Eugene J. Benick
Mila F. Bartos
**Finkelstein Thompson LLP**
1077 30th St NW
Suite 150
Washington, D.C. 20007
Tel.: (202) 337-8000
Fax: (202)337-8090
ebenick@finkelsteinthompson..com
mbartos@finkelsteinthompson.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of February, 2015.

                                            /s/ Eugene J. Benick
                                            Eugene J. Benick
                                            **Finkelstein Thompson LLP**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| **This Document Relates To:** | * | JUDGE BARBIER |
| **Case No. 1:10cv391 (S.D. Miss.)** | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **[PROPOSED] ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Eugene J. Benick of Finkelstein Thompson LLP, be allowed to withdraw as Counsel for James Cooley.

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE
HON. CARL J. BARBIER