Minute Entry
Barbier, J.
February 2, 2015
JS 10: 4 hr. 33 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER (AM)<br>TONI TUSA (PM) |

PENALTY PHASE  NON-JURY TRIAL
(Day eight)

MONDAY, FEBRUARY 2, 2015   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

Court begins.
All present and ready.

BP offers lists of exhibits/demonstratives regarding exams of Dr. Charles Mason (supplemental), Dr. Frederic Quivik (supplemental), Robert Daines, Damian Shea, Elliott Taylor: ORDERED admitted. (see attached)

US offers lists of exhibits/demonstratives regarding exams of Dr. Elliott Taylor, Dr. Loren Scott, Dr. John Tunnell, Dr. Damian Shea, Robert Daines, Ian Ratner: ORDERED admitted. (see attached)

Anadarko offers list and flash drive of deposition bundles for the Penalty Phase Trial: ORDERED admitted. (see attached)

Witnesses:  Darrell Hollek, sworn and testified.
            Kenneth Arnold, sworn and testified. (Expert)

US offers transcripts and flash drive of video depositions shown in court on January 22, 2015 of Captain Roger Laferriere, Douglas Suttles and Steven Bray: ORDERED admitted.

BP offers list and flash drive of deposition bundles for the Penalty Phase Trial: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Dr. Loren Scott, Frank Paskewich, Laura Folse, Mike Utsler, John W. Tunnell, Richard Morrison: ORDERED admitted. (see attached)

Witness:  David Sunding, sworn and testified. (Expert)

MOTION in Limine to Exclude Testimony of Anadarko Petroleum Corporation's Expert, David Sunding, by the United States [13764]:  ORDERED that motion is denied in part, granted in part, as stated on the record.

US to offer two deposition bundles, Nicholas Huch and Alan O'Donnell, in rebuttal at marshaling conference.

BP addresses the Court regarding its witness Mr. Den Uyl and its economic impact case and requests that the Court keep the record open for 45 to 75 days: ORDERED DENIED as stated on record.

BP will offer the four expert reports of Mr. Den Uyl.

ORDERED that BP will designate portions of Mr. Dey Uyl's video deposition by Monday, February 9, 2015 and the Government will counter-designate by Monday, February 16, 2015.

Anadarko rests.

BP rests.

US shall submit 2 page brief regarding orphan exhibits by Thursday, February 5, 2015 and BP's response due by Monday, February 9, 2015.

BP offers transcripts of video depositions shown in court on January 28, 2015 of Iris Cross, James Hanzalik and Jane Lubchenco: ORDERED admitted.

ORDERED that this matter is TAKEN UNDER ADVISEMENT.

Court adjourned at 3:41 p.m.


Appearances on various days throughout the trial:
USA:  Steven O'Rourke, Sarah Himmelhoch, Abigail Andre, Patrick Casey, Nancy Flickinger, Richard Gladstein, Michael Zevenbergen, Aristide Chakeres, Danielle Fidler, Rachel Hankey, Judith Harvey, Rachel King, Brandon Robers, Erica Pencak
BP:    Robert "Mike" Brock, Kimberly Branscome, J. Andrew Langan, Matthew Regan, Hariklia "Carrie" Karis, Mark Nomellini, Katie Jakola, Keith Jarrett
Anadarko: Thomas Lotterman, Ky Kirby