# BP - Mason & Quivik Supplemental Exhibits

BP offers the following supplemental documents it used during its examinations of Dr.
Charles Mason and Dr. Frederic Quivik into evidence:

*admitted 2-2-2015 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Witness | Description |
|---|---|---|
| D-35369 | Mason, Charles | BPXP Tourism Promotion Grants by State 2010-2013 |
| TREX-013067.15.1.BP | Mason, Charles | BP Callout of TREX-013067 |
| TREX-013067 | Mason, Charles | 08/15/2014 Expert Report of Dr. Loren C. Scott |
| D-35364 | Mason, Charles | BPXP Claims Payments by Gulf Coast State & BPXP Spill Response Spending |
| D-35368 | Mason, Charles | Dr. Loren Scott: RevPAR Data |
| D-35363 | Mason, Charles | Dr. Loren Scott Replication of Dr. Mason Method for Alabama and Louisiana |
| D-35362 | Mason, Charles | Dr. Loren Scott: BPXP Mitigation vs. Commercial Fishing Revenue |
| D-35374 | Mason, Charles | BPXP Share of Gulf Oil Production: 24% |
| D-35367 | Mason, Charles | BPXP's Capital and Operational Expenditures 2009-2013 |
| TREX-013214.1 | Quivik, Frederic | BP Callout of TREX-013214 |
| TREX-013214.43.1.BP | Quivik, Frederic | BP Callout of TREX-013214 |

# BP - Exhibits for Daines

**BP offers the following documents it used during its examination of Robert Daines into evidence:**

Admitted 2-2-2015 SL

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34451 | Professor Robert Daines, Scope of Work |
| D-34452 | Professor Robert Daines - Corporate Governance Expert |
| D-34453 | Professor Robert Daines - Expert Reports |
| TREX-013214 | 08/15/2014 Expert Report of Robert Daines |
| TREX-013215 | 09/12/2014 Response Expert Report of Robert Daines |
| TREX-013442 | 09/26/2014 Reply Expert Report of Robert Daines |
| D-34454 | Professor Robert Daines - Summary of Opinions |
| D-34458 | Publicly Owned Corporations Are Different From Wholly Owned Subsidiaries |
| TREX-240672.1 | BP Callout of TREX-240672 |
| TREX-240672.34.1.BP | BP Callout of TREX-240672 |
| TREX-240672 | Comparative Corporate Governance |
| D-34460 | Multinational Oil & Gas Corporations Have Complex Corporate Structures |
| TREX-013215.23.1.BP | BP Callout of TREX-013215 |
| D-34471 | Professor Robert Daines - Summary of Opinions |
| D-34469 | The United States and Professor Quivik Do Not Challenge the Following Typical Practices |
| D-35470 | Handwritten Diagram |

1

# BP - Exhibits for Shea

**BP offers the following documents it used during its examination of Damian Shea into evidence:**

*Admitted 2-2-2015 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34852 | Dr. Damian Shea |
| D-34853 | Introduction |
| D-34854 | Expert Reports of Dr. Damian Shea |
| TREX-013444 | 08/15/2014 Expert Report of Dr. Damian Shea |
| TREX-013445 | 09/12/2014 Expert Report of Damian Shea |
| TREX-013446 | 09/26/2014 Expert Report of Damian Shea |
| D-34914.1 | Dr. Damian Shea - Primary Conclusions |
| D-34856 | Fundamentals of Environmental Toxicology |
| D-34857 | Fundamentals of Environmental Toxicology |
| D-34912A | Water Sampling Locations |
| D-34859A | Water Sampling Locations |
| D-34115 | Sediment Sampling Locations |
| D-34862 | Fundamentals of Environmental Toxicology |
| D-34864A | US EPA Toxicity Benchmarks For PAHs |
| D-34865 | US EPA Benchmarks: Applied In DWH Investigation |
| D-34866 | Fundamentals of Environmental Toxicology |
| D-34052A | Nearly All Water Samples Safe |
| D-34887 | US EPA Benchmarks Are Screening Tools |
| D-34916 | Dr. Boesch's Area of Concern |
| D-34918 | Even In Smaller Area Of Investigation Nearly All Water Samples Safe |
| D-34891 | Area of Potential Exceedances of US EPA Benchmark is Limited in Space and Time |
| D-34868B | Nearly All Surface Water Samples Safe |
| D-34869A | Nearly All Sediment Samples Safe |
| D-34870 | Results Confirmed by Unified Command |
| TREX-242578 | US EPA Benchmarks Are Screening Tools |
| D-34871 | Results Confirmed By Unified Command |
| D-34876 | Nearly All Water Samples Safe |
| D-34877 | US EPA Benchmarks Are Screening Tools |
| D-34914.3 | Dr. Shea - Primary Conclusions |
| D-34874 | Results Confirmed by DWH Toxicity Tests |
| D-34873A | DWH Toxicity Tests:Gulf Species Results Are Consistent With US EPA Benchmarks |
| D-34914.4 | Dr. Shea - Primary Conclusions |
| D-34879 | Biodegradation |
| D-34011.1 | Results are Not Surprising |
| D-34914.5 | Dr. Damian Shea - Primary Conclusions |
| D-34890A | Response to the US Environmental Experts (redacted to cure objection) |
| D-34881 | Limitations to US Experts' Key Toxicity Studies (e.g., Incardona et al., 2014) |
| D-34910 | Potential Toxic Impacts Are Limited, Even When Using Results From US |

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| | Experts' Key Study |
| D-32616 | Effects On Gulf Species Established |
| TREX-013333 | Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish |
| TREX-013338 | Acute Embryonic or Juvenile Exposure to Deepwater Horizon Crude Oil Impairs the Swimming Performance of Mahi-Mahi |
| TREX-231494 | Whitehead A, Dubansky B, Bodinier C, Garcia TI, Miles S, Pilley C, Raghunathan V, Roach JL, Walker N, Walter RB, Rice CD, Galvez F (2012) Genomic and physiological footprint of the Deepwater Horizon oil spill on resident marsh fishes. Proc Natl Acad Sci U |
| TREX-231426 | Article - Environmental Science and Technology Multitissue Molecular, Genomic, and Developmental Effects of the Deepwater Horizon Oil Spill on Resident Gulf Killifish (Fundulus grandis), by Benjamin Dubansky, Andrew Whitehead, et al |
| D-34888A | US Experts' Toxicity Approach Is Flawed And Incomplete |
| D-34883 | Conclusion |
| TREX-013282.3.BP | BP Callout of TREX-013282 |
| TREX-013282.3.3.BP | BP Callout of TREX-013282 |
| TREX-013282 | Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish |
| TREX-013445.15.1.BP | BP Callout of TREX-013445.15 |

# BP - Exhibits for Taylor

**BP offers the following documents it used during its examination of Elliott Taylor into evidence:**

Admitted 2-2-2015 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34301 | Elliott Taylor, Ph.D. |
| D-34303 | Shoreline Response Program |
| D-34343 | Elliott Taylor Expert Reports |
| TREX-013246 | 08/15/2014 Expert Report of Elliott Taylor |
| TREX-013247 | 09/12/2014 Expert Rebuttal Report of Elliott Taylor |
| D-34304 | Elliott Taylor - Summary of Opinions |
| D-34324 | Shoreline Response Program Overview |
| D-34325 | SCAT Survey Techniques |
| D-34309 | SCAT Survey Techniques |
| D-34306 | SCAT Teams Surveyed 4,380 Miles of Gulf Coast |
| D-34308 | SCAT Teams Repeatedly Surveyed Shoreline |
| D-34326 | Objective Shoreline Oiling Categories |
| D-34327 | Maximum Oiling Category Map |
| D-34324.2 | Shoreline Response Program Overview |
| D-34329 | Shoreline Treatment Recommendations |
| TREX-242768 | Shoreline Treatment Recommendation, Pensacola Beach, 04-Apr-2011 |
| D-34324.3 | Shoreline Response Program Overview |
| D-34331 | Beach Clean-up Techniques |
| D-34332 | OSAT-2 Finds Residual Oil Poses Low Risk to Human and Wildlife |
| TREX-012238 | OSAT's Summary Report for Fate and Effects of Remnant Oil in the Beach Environment |
| D-34333 | Government Concluded Residual Oil Posed Minimal Toxicity Threat |
| TREX-012187 | Letter from J. Hein to L. Strange et al. re Submerged Oil Mats (SOMS) Located Off the Coastlines of Affected Coastal States |
| D-34334 | Natural Recovery Was Preferred for Marshes |
| TREX-013015 | NOAA Technical Memorandum NOS OR&R 42 Deepwater Horizon Oil Spill: Salt Marsh Oiling Conditions, Treatment Testing, and Treatment History in Northern Barataria Bay, Louisiana (Interim Report October 2011) |
| D-34335 | Marsh Clean-up Techniques |
| D-34005A | Shoreline Recovery (Maximum Oiling Level) |
| D-34005.1A | Shoreline Recovery |
| D-34005.2A | Shoreline Recovery |
| D-34005.3A | Shoreline Recovery |
| D-34005.4A | Shoreline Recovery |
| D-34005.5A | Shoreline Recovery |
| D-34320 | Shoreline Recovery |
| D-34336 | Shoreline Recovery |
| D-34338 | Shoreline Recovery |
| D-34341 | Marsh Recovery |
| TREX-012199.1 | BP Callout of TREX-012199 |
| TREX-012199.4.3.BP | BP Callout of TREX-012199 |

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-012199.8.1.BP | BP Callout of TREX-012199 |
| TREX-012199.2.4.BP | BP Callout of TREX-012199 |
| TREX-012199 | Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, Gulf of Mexico, USA |

**UNITED STATES' LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. ELLIOT TAYLOR**

The United States offers the following documents it used during its examination of Dr. Elliot Taylor into evidence:

*Admitted 2-2-2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-34320 | Demonstrative: Shoreline Recovery (Source: TREX-013426; TREX-013247; TREX-244045; TREX-247343; TREX-247344) |
| TREX-012199 | PLOS One article Titled: Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, GoM, USA, Vol 8 Issue 6, Authors: Jacqueline Michel and Edward H Owens, et al., Dated June 2013 |
| TREX-012199.8.1.US | Callout from TREX-012199 |
| TREX-013015 | NOAA Technical Memorandum NOS OR&R 42 Subject: Deepwater Horizon Oil Spill: Salt Marsh Oiling Conditions, Treatment Testing, and Treatment History in Northern Barataria Bay, Louisiana (Interim Report October 2011), Dated: April 2013 |
| TREX-013015.13.1.US | Callout from TREX-013015 |
| TREX-013015.18.1.US | Callout from TREX-013015 |
| TREX-013015.19.1.US | Callout from TREX-013015 |
| TREX-013246 | Expert Report of Elliott Taylor, Ph.D., August 15, 2014 |
| TREX-013246.75.1.US | Callout from TREX-013246 |
| TREX-013246.75.2.US | Callout from TREX-013246 |
| TREX-013249 | Location Map: Gulf Coast Region ERMA Deepwater Gulf Response |
| TREX-013249.1.1.US | Callout from TREX-013249 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. LOREN SCOTT**

The United States offers the following documents it used during its January 28, 2015 examination of Dr. Loren Scott into evidence: Admitted 2-2-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33581 | Gulf of Mexico Oil and Gas Industry |
| D-33587 | Finfish Aggregation |
| D-33594 | Seafood Landings |
| D-33596 | Insurance as Portion of Operational Expenditures |
| D-33598 | Aldy on Florida Labor Market Impacts |
| TREX-013067.41.1.US | Callout of TREX-013067 |
| TREX-013067.54.1.US | Callout of TREX-13067 |
| TREX-13070 | The Energy Sector: Still a Giant Economic Engine for the Louisiana Economy prepared by Loren C. Scott, Ph.D. |
| TREX-230525 | Spreadsheet of EP - Total Cash by Cost Features- Fiscal Years 2009-2014 |

**UNITED STATES' LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED
AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DR. JOHN
TUNNELL**

The United States offers the following documents used during its examination of Dr. John
Tunnell into evidence:

*Admitted 2-2-2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D34956 | Demonstrative: Vast Majority of Birds in 2010 Not Oiled |
| D34959 | BP Demonstrative regarding Dolphins |
| TREX-013163.19.1.US | Callout of TREX-013163 |
| TREX-013163.37.1.US | Callout of TREX-013163 |
| TREX-013163.38.1.US | Callout of TREX-013163 |
| TREX-013164.10.1.US | Callout of TREX-013164 |
| TREX-013169 | Estimating Population Change from Count Data: Application to the North American Breeding Bird Survey Patuxent Wildlife Research Center, Laurel, Maryland 20708 USA by William A. Link and John R. Sauer |
| TREX-013169.10.1.US | Callout of TREX-013169 |
| TREX-013169.10.2.US | Callout of TREX-013169 |
| TREX-013180.138.1.US | Callout of TREX-013180 |
| TREX-013184.12.1.US | Callout of TREX-013184 |
| TREX-231481 | Schwacke LH, Smith CR, Townsend FI, Wells RS, Hart LB, Balmer BC, Collier TK, De Guise S, Fry MM, Guillette LJ, Lamb SV, Lane SM, Mcfee WE, Place NJ, Tumlin MC, Ylitalo GM, Zolman ES, Rowles TK (2014) Health of common bottlenose dolphins (Tursiops truncatus) in Barataria Bay, Louisiana, following the Deepwater Horizon oil spill. Environ Sci Technol 48:93-103. |
| TREX-231481.9.1.US | Callout of TREX-231481 |

| | |
|---|---|
| TREX-231482 | Schwacke LH, Smith CR, Townsend FI, Wells RS, Hart LB, Balmer BC, Collier TK, De Guise S, Fry MM, Guillette LJ, Lamb SV, Lane SM, Mcfee WE, Place NJ, Tumlin MC, Ylitalo GM, Zolman ES, Rowles TK (2014) Response to comment on health of common bottlenose dolphins (Tursiops truncatus) in Barataria Bay, Louisiana following the Deepwater Horizon oil spill. Environ Sci Technol 48:4209-4211. |
| TREX-231482.2.1.US | Callout of TREX-231482 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED
AND OFFERED IN CONNECTION WITH THE EXAMINATION OF
DR. DAMIAN SHEA**

The United States offers the following documents it used during its January 27, 2015
examination of Dr. Damian Shea into evidence:  *Admitted 2-2-2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32500 | Demonstrative slide of chromatograph |
| TREX-013333 | Deepwater Horizon crude oil impacts the developing hearts of large predatory pelagic fish |
| TREX-013333.3.1.US | Callout of TREX-013333 |
| TREX-013340 | Procedures for the Derivation of Equilibrium Partitioning Sediment Benchmarks (ESBs) for the Protection of Benthic Organisms: PAH Mixtures |
| TREX-013340.57.1.US | Callout for TREX-013340 |
| TREX-013340.98.1.US | Callout for TREX-013340 |
| TREX-013444 | Expert Report of Dr. Damian Shea, August 15, 2014 |
| TREX-013444.25.1.US | Callout for TREX-013444 |
| TREX-013444.34.1.US | Callout for TREX-013444 |
| TREX-013457 | Validation of the Target Lipid Model for Toxicity Assessment of Residual Petroleum Constituents: Monocyclic and Polycyclic Aromatic Hydrocarbons |
| TREX-013457.1.1.US | Callout of TREX-013457 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF ROBERT DAINES**

The United States offers the following documents it used during its January 28, 2015 examination of Robert Daines into evidence:     Admitted 2-2-2015 SK

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| D-32904.2 | Top Management of BP's Gulf of Mexico Business As It Reported to the Management of the BP Group's Exploration & Production (Upstream) Segment, April 2010 |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MR. IAN RATNER

The United States offers the following documents it used during its January 23, 2015 examination of Mr. Ian Ratner into evidence: *Admitted 2-2-2015 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-32300 | Critical Considerations for the Court (Source: TREX-233887R) |
| D-32301 | APC Opinions and Bases of Opinions (Source: TREX-233887R) |
| D-32302 | Procedures (Source: TREX-233887R) |
| D-32303 | APC Balance Sheets (Sources: TREX-233887R; TREX-232380; TREX-012793; TREX-012794; TREX-012795; TREX-012386; TREX-012387; TREX-232325) |
| D-32304 | APC Balance Sheets (Sources) (Sources: TREX-232380; TREX-012793; TREX-012794; TREX-012795; TREX-012386; TREX-012387; TREX-232325) |
| D-32305 | APC Income Statements (Sources: TREX-233887R; TREX-232380; TREX-012793; TREX-012794; TREX-012795; TREX-012386; TREX-012387; TREX-232325) |
| D-32306 | APC Key Financial Metrics from Cash Flow Statements (Sources: TREX-233887R; TREX-232380; TREX-012793; TREX-012794; TREX-012795; TREX-012386; TREX-012387; TREX-232325) |
| D-32307 | EBITDAX (Source: TREX-012386.68) |
| D-32308 | Summary of APC EBITDAX Calculations (Sources: TREX-233887R; TREX-012794; TREX-012795; TREX-012386; TREX-232325) |
| D-32309R | APC Projected Cash Flows (Sources: TREX-233887R; TREX-012393R) |
| D-32312 | APC Dividends (Sources: TREX-233887R; TREX-232380; TREX-012793; TREX-012794; TREX-012795; TREX-012386; TREX-012387; TREX-232325) |
| D-32313 | APC Cash Requirements (Sources: TREX-233887R; TREX-012393R) |
| D-32314 | Statement by Anadarko on August 14, 2014 (Source: TREX-230812) |
| D-32315 | Critical Considerations for the Court (Sources: TREX-012432; TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127; TREX-233888) |
| D-32316 | Opinions (Sources: TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127; TREX-233888) |

| | |
|---|---|
| D-32317 | Bases of Opinions (Sources: TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127; TREX-233888) |
| D-32318 | Procedures - Financial Analysis of BP and BPXP (Sources: TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127; TREX-233888) |
| D-32319 | BP Corporate Structure (Sources: TREX-011963; TREX-012676; TREX-013123R) |
| D-32321 | BPXP Intercompany Balances (Sources: TREX-011968; TREX-013123R) |
| D-32322 | BPXP Intercompany Balances (Sources) (Source: TREX-011968) |
| D-32323 | Why is BP a Necessary Part of the Analysis? (Sources: TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127) |
| D-32324 | BP Consolidated Balance Sheets (Sources: TREX-013123R; TREX-232340; TREX-233104) |
| D-32325 | BP's Consolidated Balance Sheets (Sources) (Sources: TREX-233104; TREX-232340) |
| D-32326 | BP Consolidated Income Statements (Sources: TREX-013123R; TREX-013123E; TREX-232340; TREX-233104) |
| D-32327 | BP Consolidated Cash Flow Statements (Sources: TREX-012303A; TREX-013123R; TREX-232340; TREX-233104) |
| D-32328 | BP's Consolidated Cash Flow Statements (Sources) (Sources: TREX-012303A; TREX-232340; TREX-233104) |
| D-32329 | BP Proved vs. Unproved Reserves (Sources: TREX-012432; TREX-013123R) |
| D-32330 | Why is BPXP Important to BP? (Sources: TREX-012432; TREX-013123R; TREX-013125) |
| D-32331 | BPXP Balance Sheets (Sources: TREX-011965; TREX-011968; TREX-012678; TREX-012682; TREX-013123R) |
| D-32332 | BPXP Balance Sheets (Sources) (Sources: TREX-011965; TREX-011968; TREX-012678; TREX-012682) |
| D-32334 | BPXP Dividends Paid (Sources: TREX-012738; TREX-012739; TREX-012740; TREX-012741; TREX-012742; TREX-012743; TREX-012744; TREX-012745; TREX-012746; TREX-012747; TREX-012748; TREX-012749; TREX-012750; TREX-012751; TREX-012752; TREX-013123R) |
| D-32335 | BPXP Dividends Paid (Sources) (Sources: TREX-012738; TREX-012739; TREX-012740; TREX-012741; TREX-012742; TREX-012743; TREX-012744; TREX-012745; TREX-012746; TREX-012747; TREX-012748; TREX-012749; TREX-012750; TREX-012751; TREX-012752) |

| D-32339 | Gulf of Mexico Cash Flow Projections 2014-2018 (Sources: TREX-012430; TREX-013123R; TREX-233137; TREX-240455) |
| D-32340 | Gulf of Mexico Cash Flow Projections 2014-2018 (Sources) (Sources: TREX-012430; TREX-233137; TREX-240455) |
| D-32342 | December 10, 2014 Upstream Investor Update (Source: TREX-233856) |
| D-32343 | Mr. Den Uyl's Calculation of BPXP's Available Credit to Finance a CWA Penalty (Source: TREX-013127) |
| D-32344 | Mr. Den Uyl's Original Opinion (Source: TREX-233889R) |
| D-32345 | Why is Mr. Den Uyl's Analysis Unreliable? (Sources: TREX-013125; TREX-233888) |
| D-32346 | Portion of BPXP's Total Assets Included in Wood Mackenzie Analysis (Sources: TREX-013125; TREX-230563; TREX-230564; TREX-230565; TREX-230566; TREX-230567; TREX-230568; TREX-230569; TREX-230570; TREX-230571; TREX-230752; TREX-230753; TREX-230575; TREX-230560; TREX-230561; TREX-230562) |
| D-32347 | Analysis of Operating Costs for the Gulf of Mexico (Sources: TREX-012430; TREX-230560; TREX-233888; TREX-247596) |
| D-32349 | Wood Mackenzie: Operating Cost Estimates (Source: TREX-230560) |
| D-32349.1.1.US | Callout of D-32349 |
| D-32349.1.2.US | Callout of D-32349 |
| D-32350 | Wood Mackenzie: Daily Production (Source: TREX-230560) |
| D-32350.1.1.US | Callout of D-32350 |
| D-32350.1.2.US | Callout of D-32350 |
| D-32351 | Wood Mackenzie: Operating Expenses (Source: TREX-230560) |
| D-32351.1.1.US | Callout of D-32351 |
| D-32351.1.2.US | Callout of D-32351 |
| D-32352 | Wood Mackenzie: Operating Cost Estimates (Source: TREX-230560) |
| D-32352.1.1.US | Callout of D-32352 |
| D-32352.1.2.US | Callout of D-32352 |
| D-32352.1.3.US | Callout of D-32352 |
| D-32353 | Mr. Den Uyl's Revised Opinion (Source: TREX-247596) |
| D-32354 | Ian Ratner's Expert Reports (Sources: TREX-013123R; TREX-013123E; TREX-013125; TREX-013125E; TREX-013127; TREX-233888; TREX-233887R; TREX-233887E) |
| D-32355 | Summary of Actual and Projected Discretionary Cash Flows (Sources: TREX-012305A; TREX-012304A; TREX-012306A; TREX-12307A; TREX-12303A; TREX-013123R) |

| D-34017A | BP Demonstrative: BPXP's Equity Value |
|---|---|
| TREX-011963 | BP Organizational Chart - Main US Subsidiaries |
| TREX-011965 | Report: BP Exploration & Production, Inc., Consolidated Financial Reports, 4Q13, (Un-Audited) |
| TREX-011968 | Spreadsheet: Production Header Sheet: Document Produce Natively |
| TREX-012303A | BP Annual Report and Form 20-F 2013 |
| TREX-012386 | United States Securities and Exchange Commission, Form 10-K, Anadarko Petroleum Company, For the fiscal year ended December 31, 2013 |
| TREX-012387 | United States Securities and Exchange Commission, Form 10-Q, Anadarko Petroleum Company, For the quarterly period ended March 31, 2014 |
| TREX-012393R | APC Highly Confidential Deposition Exhibit: Anadarko: Rating Agency Update, Dated: May 29, 2014 |
| TREX-012430 | Redacted Spreadsheet: Group Plan Template ($ million unless stated) 4Q feed |
| TREX-012430.3.1.US | Callout of TREX-012430 |
| TREX-012431 | Redacted Spreadsheet: Group Plan Template ($ million unless stated) 4Q feed |
| TREX-012431.1.1.US | Callout of TREX-012431 |
| TREX-012431.1.2.US | Callout of TREX-012431 |
| TREX-012432 | BP Investor Update: The BP Proposition, Dated:  4 March 2014 |
| TREX-012676 | BP Highly Confidential Deposition Exhibit: BP Exploration and Production, Inc. Consolidated Financial Statements 2Q12 (Un-Audited) |
| TREX-012678 | BP Highly Confidential Deposition Exhibit: BP Exploration and Production, Inc. Consolidated Financial Statements 4Q12 (Un-Audited) |
| TREX-012682 | BP Exploration and Production, Inc. Consolidated Financial Reports 1Q14 (Un-Audited) |
| TREX-012738 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors in Lieu of a Meeting, Effective Date: December 18, 2006 |
| TREX-012739 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors in Lieu of a Meeting, Effective Date: March 27, 2007 |
| TREX-012740 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors in Lieu of a Meeting, Effective Date: June 19, 2007 |

| TREX-012741 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors in Lieu of a Meeting, Effective Date: September 17, 2007 |
|---|---|
| TREX-012742 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: December 10, 2007 |
| TREX-012743 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: March 20, 2008 |
| TREX-012744 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production, Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: June 17, 2008 |
| TREX-012745 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: September 19, 2008 |
| TREX-012746 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: December 9, 2008 |
| TREX-012747 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: March 17, 2009 |
| TREX-012748 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: June 16, 2009 |
| TREX-012749 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc.Consent Action of the Board of Directors In Lieu of a Meeting, Effective Date: September 18, 2009 |
| TREX-012750 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Minutes of a Meeting of the Directors held on December 30, 2009 |
| TREX-012751 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Unanimous Written Consent of the Directors In Lieu of a Meeting, Held on March 24, 2010 |
| TREX-012752 | BP Highly Confidential Deposition Exhibit: BP Exploration & Production Inc. Action of the Board of Directors by Written Consent in Lieu of a Meeting, Effective Date: December 22, 2009 |
| TREX-012792 | BP Highly Confidential Deposition Exhibit: Amount of and History of Dividends Paid by BPXP to any other BP Corporate Entity, 2005-2014 |
| TREX-012793 | United States Securities and Exchange Commission Form 10-K Anadarko Petroleum Corporation |

| TREX-012794 | United States Securities and Exchange Commission Form 10-K Anadarko Petroleum Corporation |
| --- | --- |
| TREX-012795 | United States Securities and Exchange Commission Form 10-K Anadarko Petroleum Corporation |
| TREX-013123E | REDACTED by US: Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production, Inc. August 15, 2014 |
| TREX-013123R | REDACTED by BP: Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding BP P.L.C. and BP Exploration and Production, Inc. August 15, 2014 |
| TREX-013125 | BP Highly Confidential Deposition Exhibit: Report of Ian Ratner, CPA/ABV, ASA, CFE September 12, 2014 Regarding BP P.L.C. and BP Exploration and Production, Inc. In Response to the August 15, 2014 Expert Report of R. Bruce Den Uyl |
| TREX-013125E | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE September 12, 2014 Regarding BP P.L.C. and BP Exploration and Production, Inc. In Response to the August 15, 2014 Expert Report of R. Bruce Den Uyl |
| TREX-013127 | Round 3 Rebuttal Report of Ian Ratner regarding BP PLC and BPXP, dated September 26, 2014 |
| TREX-230560 | Wood Mackenzie BP Corporate Report |
| TREX-232325 | APC Q2 2014 Form 10-Q |
| TREX-232340 | 2014: "FOI_quarterly_ifrs_full book_2Q_2014.xlsx" downloaded from BP corporate website. |
| TREX-232380 | Anadarko Petroleum Corporation Annual Report SEC Form 10-K for the year ending December 31, 2009 |
| TREX-233104 | Excel spreadsheet: FOI_quarterly_ifrs_full_book_4Q_2013-Final.xlsx entitled Quarterly Financial and Operating Information 2009-2013 |
| TREX-233137 | BPXP - Consolidated Financial Reports - 3Q14 - (Un-Audited) |
| TREX-233624 | News article - Anadarko Announces Third-Quarter 2014 Results Dated: October 28, 2014 |
| TREX-233856 | Presentation: Upstream Investor Day December 2014 |
| TREX-233874 | Morningstar Equity Analyst Report for Anadarko Petroleum Corp (December 2, 2014) |
| TREX-233887E | Errata to Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 |
| TREX-233887R | REDACTED by Anadarko: Report of Ian Ratner, CPA/ABV, ASA, CFE Regarding Anadarko Petroleum Corporation August 15, 2014 |

| TREX-233888 | Ian Ratner Expert Supplemental Report, filed January 6, 2015 |
| TREX-240455 | BPXP 2Q14 Un-Audited Reports.docx |
| TREX-244133 | 2013 GoM SMOG Excel Spreadsheet |

# BP - Exhibits for Scott

**BP offers the following documents it used during its examination of Dr. Loren Scott into evidence:**

admitted 2-2-15 SL

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34777 | Dr. Loren Scott |
| D-34778 | The Louisiana Economic Outlook |
| TREX-013071.1.1.BP | BP Callout of TREX-013071 |
| TREX-013071 | The Louisiana Economic Outlook: 2014 and 2015 |
| D-34779 | Dr. Loren Scott: Expert Reports |
| TREX-013067 | 08/15/2014 Expert Report of Dr. Loren C. Scott |
| TREX-013069 | 09/12/2014 Expert Report of Dr. Loren C. Scott |
| TREX-013073 | 09/26/2014 Expert Reply Report of Dr. Loren C. Scott |
| D-34780 | Summary of Opinions |
| D-34782 | BPXP Post-Spill Spending |
| D-34783 | BPXP's Mitigation Spending Had Major Impact |
| D-34784 | BPXP Spent $16.3 Billion From April to December 2010 |
| D-34025 | BPXP Efforts Limited Spill's Effects on Tourism (BPXP Tourism Grants Helped Drive Recovery) |
| D-34785 | Tourism Data |
| D-34601 | Unified Command Structure |
| D-34786.1 | Louisiana: Response Spending Increased Hotel Revenue |
| D-34787 | Alabama: Effect on Gulf Shores/Orange Beach Tourism |
| D-34787.1 | Alabama: Effect on Gulf Shores/Orange Beach Tourism Short-Lived |
| D-34787.2 | Effect on Gulf Shores/Orange Beach and Florida Panhandle Tourism Short-Lived |
| D-34789.1 | Alabama Coast Overall Saw Tourism Increases |
| D-34788 | Effect on Gulf Shores/Orange Beach and Florida Panhandle Tourism Short-Lived |
| D-34791 | No Long Term Spill Impact on Tourism: 2011-2013 |
| D-34812 | U.S. 30(b)(6) Agrees Tourism Recovery Was Strong |
| D-34792 | Dr. Loren Scott: Tourism Conclusions |
| D-34793 | Local Officials Credit BPXP Grants |
| TREX-011873 | Alabama beach tourism on record-breaking pace; lodging revenue expected to hit $320 million (updated) |
| TREX-011877 | New Orleans tourism breaks record in 2011; BP cash for marketing gives industry a boost |
| TREX-011878 | Northwest Florida Tourism Experiences a Record Summer |
| TREX-244105 | "Gulf Coast oil spill creates big business for Mobile's hotels, restaurants," Al.com, http://blog.al.com/live/2010/05/gulf_coast_oil_spill_creates_b.html |
| D-34813 | U.S. 30(b)(6) Agrees BPXP Tourism Efforts Contributed to Recovery Tourism |
| D-34810 | U.S. 30(b)(6) Agrees BPXP Claims Reduced Economic Impact of Spill |
| D-34795 | BPXP Mitigation of Harm to Gulf Commercial Fishing - Gulf Commercial Fishing Industry Revenue |
| D-34795.1 | BPXP Mitigation of Harm to Gulf Commerical Fishing: Vessels of Opportunity vs. Industry Revenue and Losses |
| D-34798.1 | BPXP Mitigation and Compensation - Gulf Commercial Fishing |

1

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34802 | By 2012, Commercial Seafood Volumes Had Recovered |
| D-34804.1 | By 2012 Seafood Had Recovered to Long Term Trend Levels |
| D-34805 | By 2012 Seafood Had Recovered to Long Term Trend Levels |
| D-34806 | By 2012 Fishing Revenue Had Recovered |
| D-34818 | BPXP Expenditures 2009-2013 |
| D-34808 | BPXP Capital and Operational Expenditures in Perspective |
| D-34024 | BPXP Paid Over $5 Billion in Royalty, Bonus & Rental Payments to Government in 2009-2013 |
| D-34022A | BPXP Supports High-Paying Gulf Coast Jobs |
| D-34023 | BPXP Vendor Spending |
| D-34809 | BPXP Is Significant in the Gulf of Mexico |
| D-34803 | Harvard Study of Post-Spill Labor Market |
| TREX-013118 | The Labor Market Impacts of the 2010 Deepwater Horizon Oil Spill and Offshore Oil Drilling Moratorium |
| TREX-013073.13.1.BP | BP Callout of TREX-013073 |

# BP - Exhibits for Paskewich

**BP offers the following documents it used during its examination of Frank Paskewich into evidence:**

*Admitted 2.2-15 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34677 | Captain Paskewich: Oil Spill Response Expert |
| D-34678 | Captain Paskewich: Expert Reports |
| TREX-241529 | Round 1 Expert Report of Frank M. Paskewich |
| TREX-241530 | Round 2 Expert Report of Frank M. Paskewich |
| TREX-013134 | 09/26/2014 Reply Expert Report of Frank Paskewich |
| TREX-247638 | Captain Frank Paskewich's Adjusted Spill Response Effectiveness Calculations |
| D-34717 | OSC and ISPR Reports |
| TREX-009105 | Scene Coordinator Report - DWH Oil Spill |
| TREX-009124 | Final Action Memorandum - Incident Specific Preparedness Review (ISPR), DWH Oil Spill |
| D-34679 | Framework for Evaluating the Success of an Oil Spill Response |
| D-34680 | Captain Paskewich: Summary of Opinions |
| D-34682 | BPXP Mobilized Resources in Accordance with MMS-Approved Oil Spill Response Plan |
| TREX-000769 | BP Gulf of Mexico Regional Oil Spill Response Plan |
| D-34683 | Houma Incident Command Post |
| TREX-241918 | Video: Inside the crisis at Gulf Command Center |
| D-34003 | Rapid Mobilization of Critical Response Resources |
| D-34684 | Rapid Mobilization of Responders |
| TREX-009124.110.2.BP | Callout of TREX-009124 |
| TREX-150022.1.10.BP | Callout of TREX-150022 |
| TREX-150022 | Interview Summary -- RADM Zukunft |
| TREX-012212.6.2.BP | Callout of TREX-012212 |
| TREX-012212 | Interview Summary Form of Joseph Paradis |
| TREX-150027.1.1.BP | Callout of TREX-150027 |
| TREX-150027 | Interview Summary -- Rusty Wright |
| D-34686 | The Government Agrees That BPXP Placed No Limits on the Response |
| D-34718 | Government Reports Recognize the Success of the Response |
| D-34688 | Offshore: Skimming |
| D-34689 | Effectiveness of Skimming Operations |
| D-34689 | Effectiveness of Skimming Operations (Animation of D-34689) |
| TREX-150022.9.1.BP | Callout of TREX-150022 |
| TREX-009105.68.2.BP | Callout of TREX-009105 |
| TREX-011835 | RRT-6 FOSC Dispersant Pre-Approval Guidelines and Checklist |
| D-34692 | Effectiveness of Dispersant Operations |
| D-34693 | Effectiveness of Dispersant Operations |
| D-34694 | Effectiveness of Dispersant Operations |
| D-34694 | Effectiveness of Dispersant Operations (Animation of D-34694) |
| TREX-009105.64.3..BP | Callout of TREX-009105 |

1

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34695 | Offshore: In Situ Burning Operations |
| D-34696 | Effectiveness of Controlled In Situ Burning |
| D-34696 | Effectiveness of Controlled In Situ Burning (Animation of D-34696) |
| TREX-009124.55.2.BP | Callout of TREX-009124 |
| D-34006.4 | The Response was Effective |
| D-34006A.1 | The Response was Effective |
| D-34006A.1 | The Response was Effective (Animation of D-34006A.1) |
| D-34006A.3 | The Response was Effective |
| D-34006A.3 | The Response was Effective (Animation of D-34006A.3) |
| TREX-247662.68.2.BP | Callout of TREX-247662 |
| TREX-247662 | Sector New Orleans Area Contingency Plan - http://www.rrt6.org/Uploads/Files/sectorneworleans_acp%20-%202013.pdf |
| D-34710 | In Situ Burning Removes Oil From the Environment |
| TREX-013523 | Memorandum from the National Response Team Science and Technology Committee re Questions and Answers for Communicating with the Public |
| TREX-230883 | RRT VI In-Situ burn plan part I |
| TREX-230990 | Oil Spill Response Offshore, In-Situ Burn Operations Manual, Final Report March 2003, Report No. CG-D-06-03 |
| D-34701 | Response Safety Measures |
| D-34036 | BPXP's Response Efforts Were Conducted Safely |
| TREX-012535.1.4.BP | Callout of TREX-012535 |
| TREX-012535 | mail from M. Landry to R. Nash & C. Bennett re FOSC Report Table of Contents and Contributor List |
| D-34047 | BPXP's Proactive Funding of the Response Was Key to its Success |
| TREX-009105.181.BP | Callout of TREX-009105 |
| TREX-009114.1.1.BP | Callout of TREX-009114 |
| TREX-009114 | Interview Summary form. Capt. James Hanzalik |
| D-34707 | Government Scientists Recommended Continuing Dispersant Use |
| TREX-011839R | Email from J. Hanzalik to J. Lehto re Dispersant Use meeting - Thank you!, attaching dispersant use thank you.pdf; DWH Dispersants Meeting Final Report.pdf |
| D-34708 | Dispersant Limitation Resulted in Increased Shoreline Oiling |
| TREX-009105.58.BP | Callout of TREX-009105 |
| TREX-247534.1.BP | Callout of TREX-247534 |
| TREX-247534.2.BP | Callout of TREX-247534 |
| TREX-247534 | M.F. Fingas, The Newfoundland Offshore Burn Experiment - NOBE |
| TREX-013516 | May 2014 U.S. Coast Guard Incident Management Handbook |
| TREX-013522 | US' Third Supplemental Response to Defendants' First Set of Discovery Requests to the US of America Relating to the Clean Water Act Penalty Phase |
| TREX-013037 | After Action Report: Deepwater Horizon MC252 Aerial Dispersant Response |
| TREX-241730 | Mabile et al., Controlled Burns -- After-Action Report Burns on May 28th - August 3, 2010, 8/8/2010 |

# BP - Exhibits for Folse

**BP offers the following documents it used during its examination of Laura Folse into evidence:**

Admitted 2-2-15 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34527 | Background |
| D-34528 | Laura Folse Topics |
| D-34529 | Shoreline Cleanup of Buried Oil: Key Dates |
| TREX-244340 | April 15, 2014 Memo. of FOSc Sparks Closing Active Response in Louisiana |
| TREX 241898 | Buried Oil Project Eastern States Area of Response |
| D-34550 | 2010: No Actionable Oil in Offshore Water or Sediment |
| TREX-012237 | OSAT's Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring |
| D-34530A | Nearshore Environment |
| TREX-11826 | OSAT-3: Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility and OSAT-3: Investigation of Recurring Residual Oil in Discrete Shoreline Areas in Louisiana |
| TREX-12238 | OSAT-2: Summary Report for Fate and Effects of Remnant Oil in the Beach Environment |
| D-34531 | Identification of Possible Buried Oil: OSAT-3 |
| TREX-011826 | Operational Science Advisory Team (OSAT-3) Unified Command - Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility |
| D-34533A | Cleanup of Buried Oil: Eastern States |
| D-34536A | Cleanup of Buried Oil: Louisiana |
| TREX-230685 | Buried Oil Report Louisiana Area of Response |
| D-34537 | Laura Folse Topics |
| D-34538 | BPXP's Ongoing Commitment: Rapid Response Teams |
| TREX 243913 | Brief Description of the NRD Process/Middle R Process |
| D-34539 | Laura Folse Topics |
| D-34540 | April 2011: BPXP Commits $1 Billion for Early Environmental Restoration |
| TREX-245780 | Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill |
| D-34541 | Early Environmental Restoration |
| TREX 244332 | Notice of Filing of Stipulations Under the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill (Phase I) |
| TREX 244333 | Notice of Filing of Stipulations Phase II Under the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill |
| TREX 247382 | Notice of Filing of Stipulations Phase III Under the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill |
| D-34542 | Creating Barrier Island Habitat |
| D-34545 | Laura Folse Topics |
| D-34546 | BPXP Commits $500 Million Over 10 Years for Independent Gulf Science |
| TREX-011829 | Gulf of Mexico Research Initiative Master Research Agreement Dated March 14, 2011 Between BP Exploration & Production Inc. and Gulf of Mexico Alliance as Amended and Restated December 1, 2011 |

# BP - Exhibits for Utsler

**BP offers the following documents it used during its examination of Mike Utsler into evidence:**

Admitted 2-2-15 SL

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-35002 | Mike Utsler: Positions in *DWH* Response |
| D-35003 | Unified Command Structure |
| D-35040 | Houma ICP: Communication and Coordination |
| D-35005 | Primary Response Tools - Overview |
| D-35007 | Response Tool: High Volume Skimming |
| D-35007.1 | Response Tool: High Volume Skimming (Animation of D-35007) |
| TREX-247314 | Oil Recovery at Deepwater Horizon Drill Site - https://www.youtube.com/watch?v=VROcckcUDa0 |
| D-35013 | Response Tool: Nearshore Skimming |
| D-35013.1 | Response Tool: Nearshore Skimming (Animation of D-35013) |
| TREX-247312 | Nine Participants in Vessel of Opportunity Program, Video - https://www.youtube.com/watch?v=-bqUjndaDPU |
| TREX-013043.1.1.BP | Callout of TREX-013043 |
| TREX-013043.3.1.BP | Callout of TREX-013043 |
| TREX-013043 | Email from J. Mutschler to M. Utsler et al. re CRITICAL RESOURCE REQUEST: OFFSHORE SKIMMING ASSETS |
| TREX-013043.1.2.BP | Callout of TREX-013043 |
| D-35009 | Response Tool: Dispersant Application |
| D-35009.1 | Response Tool: Dispersant Application (Animation of D-35009) |
| D-35015 | Response Tool: Boom |
| TREX-247316 | Deepwater Horizon Response at Orange Beach, Al. - https://www.youtube.com/watch?v=yEtuRRaz2DU&index=2&list=PLPhjHdPwMBg _IQYnZ-hmSjPz-bhs58IKF |

# BP - Exhibits for Tunnell

**BP offers the following documents it used during its examination of John W. Tunnell into evidence:**

Admitted 2-2-15 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34927 | Dr. John W. Tunnell, Jr. |
| D-34928 | Dr. Tunnell's Work |
| D-34929 | Expert Report of Dr. John W. Tunnell, Jr. |
| TREX-013163 | 08/15/2014 Expert Report of Dr. John W. Tunnell, Jr. |
| TREX-013164 | 09/12/2014 Expert Report of Dr. John W. Tunnell, Jr. |
| TREX-013165 | 09/26/2014 Expert Report of Dr. John W. Tunnell, Jr |
| D-34932 | Expert Report of Joseph R. Geraci |
| TREX-013166 | 09/12/2014 Expert Report of Joseph R. Geraci, V.M.D., Ph.D. |
| D-34973 | Dr. Wes Tunnell - Primary Conclusions |
| D-34964 | Environmental Impacts from the Spill |
| D-34934 | The Gulf of Mexico is a Large, Diverse and Resilient Ecosystem |
| D-34973.1 | Dr. Wes Tunnell - Primary Conclusions |
| D-34936 | Fish and Shellfish Analysis: Representative Species |
| D-34966 | LDWF Coastal Study Areas |
| D-34967 | LDWF Coastal Study Areas |
| D-34939 | Analytical Framework for Evaluating Impact to Fish and Shellfish Populations |
| D-34938.1 | LDWF/SEAMAP Data Analyzed By Dr. Tunnell |
| D-34941 | Long-Term Population Trends |
| D-34942 | Brown Shrimp: Large Geographic Area |
| D-34943 | Brown Shrimp: Small Geographic Area |
| D-34948.1 | Fish and Shellfish Populations: Analytical Framework |
| D-34948.2 | Fish and Shellfish Populations: Analytical Framework |
| D-34949 | Commercial and Recreational Catch Data |
| D-34948.3 | Fish and Shellfish Populations: Analytical Framework |
| D-34976 | Exposure Data Considered by Dr. Tunnell |
| TREX-242578 | Operational Science Advisory Team (OSAT) Unified Area Command Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring, December 17, 2010 (OSAT-1) |
| D-34948.4 | Fish and Shellfish Populations: Analytical Framework |
| D-34951 | Government & Academic Findings |
| TREX-244054 | Szedlmayer, S.T., and P.A. Mudrak. 2014. Influence of age-1 conspecifics, sediment type, dissolved oxygen, and the Deepwater Horizon oil spill on recruitment of age-0 red snapper in the northeast Gulf of Mexico during 2010 and 2011. North American Journal of Fisheries Management 34:443-452. |
| TREX-013176 | Effect of Deepwater Horizon Oil on Growth Rates of Juvenile Penaeid Shrimps |
| TREX-230585 | Report: LDWF (Louisiana Department of Wildlife and Fisheries, Office of Fisheries). 2010. Oyster Stock Assessment Report of the Public Oyster Areas in Louisiana Seed Grounds and Seed Reservations. Oyster Data Report Series, No. 16. 92pp. |
| D-34948.5 | Fish and Shellfish Populations: Analytical Framework |
| D-34948.6 | Fish and Shellfish Populations: Analytical Framework |

1

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34952 | Sample of Bird Species Dr. Tunnell Examined |
| D-34953 | Bird Population Data Evaluated by Dr. Tunnell |
| D-34974 | Long-Term Population Trends - Birds |
| D-34954A | Brown Pelicans |
| D-34955 | Brown Pelicans |
| TREX-012628 | News Article "Brown Pelican Population Roaring Back |
| D-34956 | Vast Majority of Birds in 2010 Not Oiled |
| D-34957 | Response to Dr. Boesch Regarding Haney Bird Model |
| D-34973.3 | Dr. Wes Tunnell - Primary Conclusions |
| D-34959 | Response to U.S. - Dolphins |
| D-34958 | Response to U.S. - Turtles |
| D-34973.4 | Dr. Wes Tunnell - Primary Conclusions |
| D-34961 | Response to U.S. - Corals |
| TREX-231509.00001 | Cited page from Hsing et al. (2013), Evidence of Lasting Impact of the Deepwater Horizon Oil Spill on a Deep Gulf of Mexico Coral Community |
| TREX-231509.00011 | Cited page from Hsing et al. (2013), Evidence of Lasting Impact of the Deepwater Horizon Oil Spill on a Deep Gulf of Mexico Coral Community |
| TREX-231547.00003 | Cited page from Fisher et al. (2014), Coral Communities as Indicators of Ecosystem-Level Impacts of the Deepwater Horizon Spill. |
| D-34933 | Dr. Wes Tunnell - Primary Conclusions |
| TREX-231482.2.1.BP | BP Callout of TREX-231482 |
| TREX-246280 through TREX-246680 | Dolphin necropsy files |

2

# BP - Exhibits for Morrison

**BP offers the following documents it used during its examination of Richard Morrison into evidence:**

Admitted 2-2-15 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-34620 | Richard Morrison Topics |
| D-34608 | Richard Morrison - Regional President for Gulf of Mexico and Chairman of BPXP Board |
| D-34601 | Unified Command Structure |
| D-34601.1 | Unified Command Structure |
| D-34609 | BP Shared Its Lessons Learned Globally |
| TREX-231104 | Deepwater Horizon Containment and Response: Harnessing Capabilities and Lessons Learned |
| TREX-011987 | Advancing Global Deepwater Capabilities |
| TREX-247272 | Advancing Global Deepwater Capabilities |
| TREX-231104.1.BP | BP Callout of TREX-231104 |
| TREX-231104.2.1.BP | BP Callout of TREX-231104 |
| TREX-011987.15.1.BP | BP Callout of TREX-011987 |
| TREX-011987.16.1.BP | BP Callout of TREX-011987 |
| D-34603 | BP Shared Learnings Across Five Key Areas |
| TREX-231104.24.1.BP | BP Callout of TREX-231104 |
| D-34604 | Houston Monitoring Center |
| D-34612 | BPXP's Capital Expenditures (2009-2013) |
| TREX-240462 | BPXP Capex Cost - excl Incident - 2009-2Q2014.xlsx |
| D-34613 | BPXP's Operational Expenditures (2009-2013) |
| TREX-240461 | BPXP Op Cash Cost - excl Incident - 2009-2Q2014.xlsx |
| D-34614 | BPXP's Total Employment Compensation (2009-2013) |
| TREX-011968 | GRM Trial Balance Spreadsheet |
| D-34622 | BPXP Vendor Spend (2009-2013) |
| TREX-013162.1.1.BP | BP Callout of TREX-013162 |
| TREX-013162 | OPSTATS - Realization 2009-2014 |
| D-34615 | BPXP Federal Royalties (2009-2013) |
| TREX-011970 | Royalty and Tax Payment Scorecard (summary of two boxes below - rows 28 - 105) |
| TREX-246898.1.BP | BP Callout of TREX-246898 |
| TREX-246898.7.4.BP | BP Callout of TREX-246898 |
| TREX-246898 | BPXP 3Q14 Un-Audited Reports.docx |