## ANADARKO PETROLEUM CORPORATION'S LIST OF DEPOSITION BUNDLES FOR THE PENALTY PHASE TRIAL

*admitted 2-20-15 SK*

Anadarko Petroleum Corporation offers the deposition bundles for the following witnesses into evidence:

| Deponent |
| --- |
| Robert Quitzau (Nov. 2012) |
| Marshall Rose |
| Michael Saucier |
| Richard Lynch |

# BPXP LIST OF DEPOSITION BUNDLES OFFERED IN CONNECTION WITH THE PENALTY PHASE TRIAL

BPXP offers the deposition bundles prepared in connection with the following witnesses into evidence:

*admitted 2-2-15 SK*

| Deponent |
|---|
| Beirne, Michael |
| Bodek, Robert |
| Casey, Drew |
| Dupree, James |
| Hanzalik, James |
| Higgins, Damian |
| Huston, Mark |
| Kulesa, Frank |
| Lubchenco, Jane |
| Lynch, Richard |
| McCleary, Stephen |
| McNulty, Sarah |
| Merten, Amy |
| Miller, Mark |
| Rose, Marshall |
| Wardlaw, Kirk |