**Laferriere, Roger R. (Vol. 01) - 08/05/2014**   10md2179 Penalty Phase Trial   1 CLIP (RUNNING 00:09:06.830)



Can you please state your full name ...

RL-0805-0001125          16 SEGMENTS  (RUNNING 00:09:06.830)

**1. PAGE 11:25 TO 12:02 (RUNNING 00:00:04.891)**

```
          25        Q.    Can you please state your full name
    00012:01  for the record?
          02        A.    My name is Roger Roland Laferriere.
```

**2. PAGE 14:14 TO 15:09 (RUNNING 00:00:45.363)**

```
          14        Q.    Captain Laferriere, I would like to
          15  ask you a bit about your educational background.
          16  Could you please walk me through your educational
          17  training, please.
          18        A.    Okay.  I am a high school graduate,
          19  obviously.  Then went on to get my environmental
          20  science degree, Bachelor of Arts from the
          21  University of Massachusetts, Lowell.
          22              Later on in the Coast Guard I got my
          23  Masters in Industrial Hygiene from the University
          24  of Lowell Massachusetts.
          25              And then got a Masters in Strategic
    00015:01  Studies from the Marine Corps War College.
          02        Q.    When did you receive your BA?
          03        A.    1985.
          04        Q.    And when did you receive your
          05  Masters in Industrial Hygiene?
          06        A.    1997.
          07        Q.    When did you receive your Masters of
          08  Strategic Studies?
          09        A.    2009.
```

**3. PAGE 18:17 TO 19:09 (RUNNING 00:00:46.825)**

```
          17        Q.    Captain Laferriere, when did you
          18  join the Coast Guard?
          19        A.    1987.
          20        Q.    And where were you first stationed?
          21        A.    In headquarters, Washington, D.C.
          22  Marine Environmental Response Office, I recall.
          23        Q.    Was that the first job you took
          24  right after receiving your BA?
          25        A.    No, I, I had some other employments
    00019:01  before that.
          02        Q.    And when did you leave the U.S.
          03  Coast Guard?
          04        A.    In August, September 1st, 2012, was
          05  my retirement date.
          06        Q.    Where are you currently employed?
          07        A.    I am employed with the Federal
          08  Emergency Management Agency in Sacramento
          09  California.
```

**4. PAGE 24:23 TO 25:23 (RUNNING 00:01:14.595)**

```
          23        Q.    Aside from your work in the
          24  DEEPWATER HORIZON spill have you ever been
          25  involved in response to another oil spill?
    00025:01        A.    Yes.
          02        Q.    Which other oil spills have you been
          03  involved in?
```

*[handwritten annotation: Shown in Court 1-22-15 admitted 2-2-15 SK]*

```
        04        A.   I will start with the major oil
        05   spills, how is that.  EXXON VALDEZ, tank five
        06   Morris Berman oil spill, tank barge VISTA BELLA,
        07   V-I-S-T-A, B-E-L-L-A, Hurricane Hugo major oil
        08   spill.
        09             San Jacinto major oil spill.  NEW
        10   CARISSA major oil spill.  Katrina major oil
        11   spills.  Motor vessel ATHOS I, major oil spill.
        12   Those are the only ones that I can recall for
        13   major oil spills.  Hundreds of minor and medium
        14   oil spills.
        15        Q.   Were any of the oil spills that you
        16   have just mentioned related to off-shore
        17   drilling?
        18        A.   No.
        19        Q.   Other than Katrina, were any
        20   other --
        21        A.   That is incorrect.  Katrina there
        22   was some off-shore concerns for oil spill
        23   response.
```

### 5. PAGE 50:02 TO 50:14 (RUNNING 00:00:27.194)

```
        02        Q.   Between May and July of 2010 were
        03   you involved in the DEEPWATER HORIZON response
        04   continuously?
        05        A.   Yes.
        06        Q.   What was your title?
        07        A.   I was the Federal On-Scene
        08   Coordinator representative, also incident
        09   commander within the Unified Command.
        10        Q.   Is that two different positions or
        11   is that two titles for the same role?
        12        A.   One is a legal responsibility, legal
        13   authorities, FOSCR.  The other is the ICS
        14   position.
```

### 6. PAGE 123:25 TO 124:18 (RUNNING 00:00:59.146)

```
        25        Q.   Is it your view that you would have
   00124:01   only had success in the context of safety and
        02   response workers if there had been no incidents
        03   whatsoever for an individual response worker?
        04        A.   You always try to strive for zero
        05   incidents.
        06             That is hardly ever achievable in a
        07   response because of the nature of the dynamics
        08   that go on.  However, when you see a problem you
        09   try to fix it.  You hope to get it fixed.  That
        10   is Unified Command.  That is success in my mind,
        11   trying to get those things addressed.
        12             But the fact that we lost, the heat
        13   stress is not even an issue.  But when I was
        14   there we had a 20-year old kid that was killed in
        15   a car accident and a 40-year old man died in a
        16   pool.  I can't consider that a success after
        17   attending the funerals of both.  We could have
        18   done better.
```

### 7. PAGE 309:19 TO 309:21 (RUNNING 00:00:04.161)

```
        19        Q.   You are not suggesting that BP was
        20   in charge of the DEEPWATER HORIZON response
        21   efforts, correct?
```

### 8. PAGE 309:23 TO 310:07 (RUNNING 00:00:19.676)

```
        23             THE WITNESS:  I'm suggesting that BP
        24        is responsible for the cleanup of the oil
```

```
         25       spill, absolutely, absolutely.  Let's not
00310:01          forget that that is their duty.
         02                 It is my duty to ensure that they do
         03       it adequately, which they did.  It doesn't
         04       mean they did it excellently.  It doesn't
         05       mean they did it superiorly.  It doesn't mean
         06       they were awesome.  It means they were
         07       adequate, adequate.  That is it.
```

**9. PAGE 349:16 TO 349:23  (RUNNING 00:00:35.306)**

```
         16       Q.    And this goes, this is actually a
         17   two-page document that goes to HCE 058-004526.
         18                 This is an e-mail chain, the first,
         19   the top of the page, the top of the first page is
         20   from you sent on June 8th to Captain Hanzalik,
         21   Captain Perry, and cc'd to Captain Austin.  And
         22   it is titled Forward Critical Resource Request
         23   Offshore Skimming Assets.  Do you see that?
```

**10. PAGE 349:25 TO 349:25  (RUNNING 00:00:00.112)**

```
         25                 THE WITNESS:  Yes.
```

**11. PAGE 350:02 TO 350:24  (RUNNING 00:00:55.057)**

```
         02       Q.    And do you recognize this e-mail?
         03       A.    Yes.
         04       Q.    Okay.  You state in the e-mail on
         05   the first paragraph, "Below is an assessment of
         06   the offshore skimming situation in regards to
         07   requesting and obtaining additional resources.
         08                 "BP contracting/acquisition is too
         09   slow."
         10                 Did I read that correctly?
         11       A.    Yes.
         12       Q.    You state in the second paragraph,
         13   "We all know we can use more skimmers offshore,
         14   especially as the use of dispersants becomes more
         15   problematic.  I have been pushing for more
         16   skimmers since I have been here.
         17                 Mike, BP IC has been agreeing with
         18   me and we were holding off until we saw the
         19   success of top kill and top hat."
         20                 Did I read that correctly?
         21       A.    Yes.
         22       Q.    You go on to state, "The reality is
         23   we have had some success, but we are still seeing
         24   oil and massive slicks forming.  We need to push
```

**12. PAGE 351:10 TO 351:11  (RUNNING 00:00:02.656)**

```
         10                 THE WITNESS:  Yes, I don't change my
         11       opinion on that.
```

**13. PAGE 355:24 TO 356:07  (RUNNING 00:00:17.697)**

```
         24       Q.    You go on to state, "Mike's argument
         25   has been based on the perceived high degree
00356:01   success of top kill which failed and now top hat
         02   which we still don't have a tremendous amount of
         03   faith in stopping the oil flow.  The bottom line,
         04   the better we attack the source, the less
         05   shoreline impact there will be."
         06                 Is that correct?
         07       A.    Yes.
```

**14. PAGE 356:10 TO 357:07  (RUNNING 00:00:59.969)**

```
         10       Q.    Do you -- is that an accurate
```

```
11  reflection of your assessment at the time?
12       A.   At the time of the incident
13  absolutely.  The more we attacked the source, the
14  more -- less impact it would be.  And I'm talking
15  about surface, surface area.
16       Q.   In Paragraph 2 of your e-mail you go
17  on to say, "We need to increase our oil spill
18  response vessels, OSRVs, to twice the size of our
19  existing fleet.  This would be 22 additional
20  vessels."
21            Did I read that correctly?
22       A.   Yes.
23       Q.   Are these OSRVs skimmers?
24       A.   These are skimmer systems, large
25  vessel skimming systems.
00357:01     Q.   So when you are saying, when you
02  were testifying earlier that when you were asked
03  whether or not you had specifically requested a
04  certain number of skimmers, is this, that you had
05  requested 22 additional skimmers; is that
06  correct?
07       A.   Yes, this is, yes.
```

### 15. PAGE 357:13 TO 358:04 (RUNNING 00:00:35.784)

```
13            THE WITNESS:  I was asking for 22
14     additional vessels.
15  BY MS. FIDLER:
16       Q.   You go on to write, "BP will argue
17  that there is not enough oil to skim or that
18  there are traffic issues associated with this.  I
19  disagree.  We do not need pieces of skimmers,
20  arms, skimmers, et cetera, we need the entire
21  system including support vessels and barges.
22            "It took BP," excuse me, "it took BP
23  two weeks to outfit the Dutch skimming arms."
24            Did I read that correctly?
25       A.   Yes.
00358:01     Q.   You go on to say, "We cannot afford
02  this kind of delay."
03            Did I read that correctly?
04       A.   Yes.
```

### 16. PAGE 359:02 TO 359:23 (RUNNING 00:00:58.408)

```
02       Q.   You go on a couple more paragraphs
03  down you state, "We will also need additional
04  barges for storage."
05            Did I read that correctly?
06       A.   Yes.
07       Q.   Can you explain the role of barges
08  in mechanical operations?
09       A.   Well, when it is recovered by the
10  skimmer is, is usually placed into a receptacle,
11  either the receptacle is built into the skimming
12  vessel which is in the case in a lot of OSRVs, or
13  it is, there is a barge towed behind the skimmer.
14            Either way you also need barges on
15  the shore, because once you fill up either the
16  OSRV or the skimming vessel and barge combination
17  you have to send barges, you have to send the
18  ships back to shore, offload and then again back
19  into the fight.  And there was a shortage of
20  barges to make that happen.
21       Q.   I have you, did you let BP know
22  about your concern regarding additional barges?
23       A.   Yes.
```