10md2179

**Suttles, Doug (Vol. 01) - 05/19/2011**  Penalty Phase Trial  1 CLIP (RUNNING 00:02:24.336)

  And from January 1, 2009, up ...

DS-0519-0002223     2 SEGMENTS (RUNNING 00:02:24.336)     

**1. PAGE 22:23 TO 23:22 (RUNNING 00:00:45.190)**

```
         23        Q.    And from January 1, 2009, up
         24   through and including the date of the sinking
         25   of the DEEPWATER HORIZON on April the 22nd
00023:01   you were the chief operating officer for BP
         02   Exploration & Production; is that right?
         03        A.    Yes, that was my title, yes.
         04        Q.    Now, as I understand it, since
         05   then the chief executive officer of BP, PLC,
         06   Tony Hayward, has been replaced; is that
         07   right?
         08        A.    Tony has left the company, yes.
         09        Q.    All right.  The chief executive
         10   officer of BP Exploration & Production, Andy
         11   Inglis, has left the company?
         12        A.    That's correct.
         13        Q.    And you as the chief operating
         14   officer of BP Exploration & Production have
         15   left the company?
         16        A.    I retired at the end of March,
         17   yes.
         18        Q.    Okay.  And I just wanted to ask
         19   you: At the time that you retired, you were
         20   the ripe old age of 50 years old; is that
         21   right?
         22        A.    Yes, I was.
```

Shown in court
1-22-15
admitted 2-2-15
SK

**2. PAGE 495:17 TO 497:04 (RUNNING 00:01:39.146)**

```
         17        Q.    Okay.  Now, we'll go back to
         18   your time at BP as -- your -- your -- your
         19   official title after April 20th was senior
         20   representative in the Unified Area Command;
         21   is that right?  Does that sound right?
         22        A.    Well, I was BP's representative
         23   on -- on Unified Area Command.  I don't know
         24   that we gave it a -- I don't recall it having
         25   a specific title.  I was -- I was just the BP
00496:01   representative at -- the member of the
         02   Unified Area Command.
         03        Q.    You -- you were the senior-most
         04   BP official?
         05        A.    I was the senior -- I was the
         06   Unified Area commander from BP.
         07        Q.    Okay.
         08        A.    That was my job.
         09        Q.    How were you selected to be the
         10   Unified Area representative for BP?
         11        A.    Well, before when they -- the --
         12   the spill first happened and I got -- or the
         13   accident first happened, I -- I went into the
         14   BP office.  And on the morning of April 21st,
         15   Tony Hayward spoke with me and -- as he and
         16   Andy Inglis were in London at the time and
         17   asked if I could lead the response.  Then
         18   after Admiral Landry called me and said that
         19   she was -- she was activating Unified Area
```

```
           20   Command, I had a discussion, if I recall
           21   correctly, with Andy Inglis about who was the
           22   best -- at that point I had deployed Dave
           23   Rainey before then to New Orleans to Admiral
           24   Landry's office here.
           25              And at that point we had
     00497:01   discussion would it -- who would be the best
           02   person to do that job, and given my
           03   experience, the decision was made that I
           04   should -- I should take that role.
```

## Suttles, Doug (Vol. 11) - 05/20/2011                        1 CLIP (RUNNING 00:07:43.766)

 Yes, it was. ...



DS-0520-0054709          7 SEGMENTS (RUNNING 00:07:43.766)

**1. PAGE 547:10 TO 547:21 (RUNNING 00:00:38.959)**

```
           10        Q.   Okay.  Now -- and prior -- I'm
           11   going to be focusing on -- on the time around
           12   April 20, 2011, perhaps some after that.
           13              But during the period January 1,
           14   2000 -- excuse me -- 2010 through, say,
           15   April 30 of 2010, you were the chief
           16   operating officer or COO of which company?
           17        A.   I -- of BP Exploration &
           18   Production, the -- the actual -- I believe my
           19   paycheck came from BP North America, but --
           20        Q.   Okay.
           21        A.   -- I worked for --
```

**2. PAGE 548:02 TO 549:24 (RUNNING 00:01:34.999)**

```
           02        A.   Could you repeat the question?
           03   EXAMINATION BY MR. GODWIN:
           04        Q.   I'll be happy to, sir.  I want
           05   to establish who it was that you worked for
           06   insofar as your title as COO of E&P.  And
           07   that stands for Exploration & Production,
           08   does it not?
           09        A.   That's correct.
           10        Q.   Okay.  Which company were you
           11   the chief operating officer of prior to the
           12   time that you retired on March 31, 2011?
           13        A.   The -- the organizational
           14   structure of BP Group had what we refer to as
           15   two major segments:  One was Exploration &
           16   Production and the other was Refining &
           17   Marketing.  Then it had a -- a third element
           18   which was the other businesses, things like
           19   alternative energy.
           20        Q.   What I'm after, just the name of
           21   the company, sir.  I'll go into, if I need,
           22   how they were divided up and what they did.
           23   I just want to know:  The company that you
           24   were the chief operating officer of for E&P,
           25   what was the name of that company up to the
     00549:01   time that you retired?
           02        A.   Okay.  I'm -- I'm trying to do
           03   my best to answer that.
           04        Q.   I don't need you to name --
```

```
           05  answer it except give me the name of a
           06  company is all I need, sir. I'm trying to
           07  get through it. I have a -- I'm limited in
           08  my time.
           09       A.    Okay.
           10       Q.    I just need the name of a
           11  company, please.
           12       A.    Well, my paycheck came from, I
           13  believe, BP North America, Inc., but I -- my
           14  role involved -- I reported to the chief
           15  executive officer of Exploration &
           16  Production.
           17       Q.    And -- and who was that, sir?
           18       A.    Andy Inglis.
           19       Q.    Mr. Inglis. Okay.
           20             And are you able to tell us here
           21  today the name of the company that you were
           22  the COO, the chief operating officer, of
           23  prior to the time you retired on -- on
           24  March 31, 2011?
```

### 3. PAGE 550:03 TO 551:23 (RUNNING 00:01:20.999)

```
           03       Q.    Go ahead, sir.
           04       A.    Yes. I -- and I am trying to do
           05  my best to answer your question. I -- the --
           06  the corporate structure of the company
           07  involved a number of subsidiaries around the
           08  world which I had some responsibility and
           09  relationship to, so I -- I actually don't
           10  know how to answer your question other
           11  than --
           12       Q.    Okay.
           13       A.    -- to tell you --
           14       Q.    Okay. Let -- let me rephrase
           15  it, then.
           16             I understand the company, BP, is
           17  divided -- the main primary company in London
           18  is divided into companies around the world.
           19  And I'm talking about Doug Suttles who was
           20  the COO for earning -- or E&P earnings --
           21  Exploration & Production.
           22       A.    Uh-huh.
           23       Q.    I simply want to know the name
           24  of the company that you were the chief
           25  operating officer of. I'm not interested in
     00551:01  sales and marketing or legal or any other
           02  aspect of the company. I want to know the
           03  company that you believe you were the COO of,
           04  if you know.
           05       A.    I'm sorry. I -- I -- I can't
           06  answer your question. I -- I just don't know
           07  the --
           08       Q.    Okay.
           09       A.    -- answer to that.
           10       Q.    All right. And -- okay. And I
           11  believe you said that you reported prior to
           12  your retirement while you were the COO in
           13  most recent times to Mr. Andy Inglis,
           14  correct?
           15       A.    That's correct, yes.
           16       Q.    And -- and tell us, if you will,
           17  please, he was the CEO?
           18       A.    He -- his -- his title -- at
           19  least my understanding of his title was the
           20  chief executive officer of Exploration &
           21  Production.
```

```
            22       Q.    Okay.  Of -- of Exploration &
            23   Production of which company?
```

**4. PAGE 552:02 TO 552:02  (RUNNING 00:00:00.999)**

```
            02       Q.    Is that a company?
```

**5. PAGE 552:05 TO 552:07  (RUNNING 00:00:03.580)**

```
            05       A.    It's not -- I mean, I don't
            06   know -- I don't know the -- the legal entity
            07   status.  I'm sorry.
```

**6. PAGE 552:20 TO 556:01  (RUNNING 00:03:24.430)**

```
            20       Q.    Okay, sir.  Do you know the name
            21   of the company that as of April 20, 2010,
            22   Mr. Andy Inglis was the CEO of?
            23       A.    He -- all -- what I understood
            24   was he was the chief executive officer for
            25   Exploration & Production and those activities
     00553:01   across the company.  I do not know -- I do
            02   not believe that was structured under one
            03   legal entity.
            04       Q.    Okay, sir.  And -- and as of
            05   April 20, 2010, to whom did Mr. Andy Inglis
            06   report, if you know?
            07       A.    My understanding is his boss was
            08   Tony Hayward who is the chief executive
            09   officer of the BP Group.
            10       Q.    Okay.  And did you at any time
            11   in the 2010 time frame report direct to Tony
            12   Hayward on any matters?
            13       A.    Not to my knowledge, no.
            14       Q.    Okay.  Because after the event
            15   on April 20, I understand you were in charge
            16   of the response effort?
            17       A.    My role was --
            18       Q.    Is that correct, sir?
            19       A.    Well, there were -- there were
            20   two roles I played.  Tony Hayward on the 21st
            21   of April asked me to lead BP's group crisis
            22   response initially because --
            23       Q.    Right.
            24       A.    -- because he and Andy Inglis
            25   were in London at the time.  And then a day
     00554:01   or two later, I was asked to be BP's member
            02   of Unified Area Command, which put me as the
            03   senior BP person inside of the Unified Area
            04   Command spill response.
            05       Q.    Okay.  Now, in those two roles
            06   that you played that you were requested to do
            07   by Mr. Tony Hayward, to whom did you report?
            08       A.    Internally within BP I consulted
            09   on -- Tony granted me authority -- BP
            10   authority to make the decisions I needed to
            11   make inside of that role.  It's a difficult
            12   question to answer because I didn't think of
            13   it in that way.
            14             I would consult with Tony
            15   Hayward on issues, with Andy Inglis on
            16   issues, and with Bob Dudley on issues amongst
            17   many others, but I --
            18       Q.    Okay.
            19       A.    -- I didn't -- I didn't --
            20   they -- they didn't put constraints on me
            21   which required me to go back to them to take
            22   decisions.
```

```
            23        Q.      Okay.  So in terms of, though,
            24   in the corporate hierarchy --
            25        A.      Yes.
    00555:01        Q.      -- as of April 21, 2010, and up
            02   until the -- up until the time when you no
            03   longer were involved with the HORIZON --
            04        A.      Right.
            05        Q.      -- well -- HORIZON matters, I
            06   understand you were in charge as -- as
            07   delegated to you by Mr. Tony Hayward,
            08   correct, with the response effort?
            09        A.      Yes, he -- well, he spoke with
            10   me about -- he's the person who asked me to
            11   lead -- initially lead BP through crisis
            12   response.  It was Andy Inglis, I believe, who
            13   asked me to be the Unified Area commander for
            14   BP.
            15        Q.      Okay, sir.  And -- and as I
            16   understand it, during the time that you were
            17   in those two roles you've just named, you
            18   would consult direct with Tony Hayward from
            19   time to time as -- as the necessity arose?
            20        A.      Yes, I did on -- on a number of
            21   occasions.
            22        Q.      And you would also consult
            23   direct with Mr. Andy Inglis as needed as the
            24   occasion arose after you were put into those
            25   two positions as of April 20, 2010?
    00556:01        A.      That's correct.
```

**7. PAGE 817:04 TO 817:21  (RUNNING 00:00:39.800)**

```
            04              Is this the company you worked
            05   for, BP Exploration & Production, Inc.?
            06        A.      As -- as I described earlier, I
            07   worked for the organizational entity called
            08   BP Exploration & Production.  I'm just not
            09   familiar with the -- the -- the legal entity
            10   structure.
            11        Q.      Well, is there an organization
            12   called the BP Exploration & Production and a
            13   company called BP Exploration & Production,
            14   Inc.?
            15        A.      The -- the -- the organizational
            16   unit that -- that looks after BP's
            17   exploration and production activities
            18   globally is called BP Exploration &
            19   Production.  There are a huge number of legal
            20   entities, and I would assume this is one of
            21   those.
```

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:10:08.102)**