Case 2:10-md-02179-CJB-DPC Document 14136 Filed 02/02/15 Page 1 of 6

*handwritten: 10md2179 Penalty Phase Trial*

**Bray, Steven (Vol. 01) - 07/16/2014**    1 CLIP (RUNNING 00:13:22.211)

▶ And then you moved to -- to BP in 2009; is ...

SB-0716-0002707        30 SEGMENTS (RUNNING 00:13:22.211)



**1. PAGE 27:07 TO 27:12 (RUNNING 00:00:09.892)**

```
07   Q.  And then you moved to -- to BP in 2009; is
08  that right?
09   A.  That's correct.
10   Q.  And do you remember what month you
11  started?
12   A.  I believe it was September 2009.
```

*handwritten: Shawn in Court 1-22-15 admitted 2-2-15 SK*

**2. PAGE 27:13 TO 28:03 (RUNNING 00:00:50.842)**

```
13   Q.  Okay.  And it says in your profile that
14  you were "Vice President, Senior Attorney (U.S.
15  Securities and Governance) and Corporate
16  Secretary, BP America" from 2009 to 2011; is that
17  right?
18   A.  That's -- that's correct.
19   Q.  Did your roles change during the period
20  from 2009 to 2011?
21   A.  The -- the type of work I did changed.
22  I -- I believe I held these positions through the
23  entire time, but the nature of my work did change
24  during that period of time.
25   Q.  Yeah.  During this period from 2009 to
00028:01 2011, which entity was your employer and which
02  entity did you get your W-2 form from?
03   A.  BP Corporation North America, Inc.
```

**3. PAGE 33:07 TO 34:24 (RUNNING 00:02:03.881)**

```
07   Q.  So then in -- in 2012, according to your
08  LinkedIn profile, your responsibilities changed;
09  is that right?
10   A.  They did change somewhat, yes.
11   Q.  What -- what is listed in -- is "Head of
12  the Group Secretariat, Special Counsel and
13  Secretary, Gulf of Mexico Committee"; is that
14  right?
15   A.  That's -- that's correct.
16   Q.  Okay.  And then it also says "London."  At
17  a certain point, did you move to London?
18   A.  I did in early 2012.
19   Q.  Okay.  And how did your responsibilities
20  change?
21   A.  The responsibilities that I had
22  previously, we essentially hired someone else
23  to -- to be the primary person to do that.  I
24  continued to manage that person --
25   Q.  Uh-huh.
00034:01   A.  -- and -- and be involved in some ways in
02  those matters, primarily as a legal advice giver
03  and contributor.
04        In addition to that, I picked up some
05  responsibilities with regard to corporate
06  governance for the group.  I -- I drafted a -- I
07  was -- well, there were lots of people involved,
08  but I was the primary draftsperson for a revision
09  to our group policy on subsidiary corporate
```

**CONFIDENTIAL**                                                                                 page 1

```
           10   governance.  I was essentially the project manager
           11   for the transition from the corporate database
           12   that we used to store subsidiary information to
           13   a -- to a new system and the training of people to
           14   use that system.
           15        Q.   Uh-huh.
           16        A.   And some -- some other more minor
           17   projects.  That's -- that's the majority of it.
           18        Q.   And you -- you also staffed the Gulf of
           19   Mexico Committee; is that right?
           20        A.   Right.  September or October of last year,
           21   the person who was the secretary to the Gulf of
           22   Mexico Committee accepted another position, and I
           23   was asked to -- to take on that responsibility, as
           24   well.
```

### 4. PAGE 150:15 TO 150:16 (RUNNING 00:00:02.870)

```
           15                 MR. GLADSTEIN:  That is Tab 32,
           16   please.  This has been previously marked as
```

### 5. PAGE 150:17 TO 151:21 (RUNNING 00:01:36.836)

```
           17   Exhibit 11960.
           18        Q.   (BY MR. GLADSTEIN)  Okay.  Mr. Bray, do
           19   you see your -- your name halfway through the --
           20   the first page under Board Positions, Director
           21   History, BPXP?
           22        A.   I do, yes.
           23        Q.   Okay.  It indicates that you were the -- a
           24   director of BPXP from November 1, 2009, to
           25   January 14, 2011; is that correct?
     00151:01        A.   That's consistent with my recollection,
           02   yes.
           03        Q.   Okay.  So you -- you -- you -- you
           04   resigned from the board on January 14, 2011,
           05   correct?
           06        A.   I believe I resigned on January 14th,
           07   2011, yes.
           08        Q.   Okay.  Looking at a couple of -- on the
           09   next page is the Director History for BP America
           10   Production Company.  Your name is -- is -- is in
           11   the middle under Board Positions.  You're listed
           12   as the director of the BP America Production
           13   Company from November 1, 2009, to February 10,
           14   2013; is that an accurate statement?
           15        A.   Consistent with my recollection, yes.
           16        Q.   Okay.  And then looking at BP Company
           17   North America, Inc., Director History Board
           18   Positions, you are listed as a director of BP
           19   Company North America, Inc., appointed November 1,
           20   2009, still serving; is that correct?
           21        A.   I believe that's correct, yes.
```

### 6. PAGE 156:23 TO 156:25 (RUNNING 00:00:15.278)

```
           23        Q.   Okay.  All right.  Let's turn to Tab 34,
           24   please, which is previously marked as Exhibit
           25   11959.  This is BPXP Appointment History, from
```

### 7. PAGE 157:01 TO 157:07 (RUNNING 00:00:26.497)

```
     00157:01   4/20/2010 to the present.  They list board
           02   positions.  They also list officers.  On -- on the
           03   very bottom of the page, you were listed as vice
           04   president and secretary November 1, 2009, to the
           05   present; is that correct?
           06        A.   That's -- that's consistent with my
           07   understanding -- my recollection, yes.
```

**8. PAGE 174:18 TO 175:25  (RUNNING 00:01:24.014)**

```
        18              To the best of your knowledge, did
        19   the BPXP board conduct any meetings in 2005?
        20        A.   I wouldn't know from personal knowledge.
        21        Q.   Okay.  Have you seen any evidence of any
        22   minutes or other documents, such as agendas,
        23   relating to any BPXP board meetings conducted in
        24   2005?
        25        A.   You mean here or prior --
00175:01        Q.   Anywhere, anywhere.
        02        A.   I don't specifically recall seeing minutes
        03   for 2005 for BPX&P.  As I indicated, that was
        04   before my time.  But it wouldn't surprise me at
        05   all that meetings were conducted for BP --
        06        Q.   I'm just asking -- I'm just asking you for
        07   your personal knowledge.
        08        A.   Okay.
        09             MR. BROCK:  Don't -- don't cut him
        10   off.  You-all try not to talk over each other.
        11             So he wants to know your personal
        12   knowledge as to whether or not you -- you've
        13   seen ev- -- you have seen evidence of that.
        14        A.   My -- I don't recall seeing specific
        15   evidence, no, for 2005.
        16        Q.   (BY MR. GLADSTEIN)  Okay.  To the best of
        17   your personal knowledge, did the BPXP board issue
        18   any resolutions in 2005, other than this
        19   particular dividend resolution?
        20             MR. BROCK:  Object to the form.
        21        A.   Would you ask the question again, please?
        22        Q.   (BY MR. GLADSTEIN)  To the best of your
        23   personal knowledge, did the BPXP board issue any
        24   res- -- resolutions in 2005, other than this
        25   particular dividend resolution?
```

**9. PAGE 176:02 TO 176:02  (RUNNING 00:00:00.500)**

```
        02        A.   No.
```

**10. PAGE 176:02 TO 176:12  (RUNNING 00:00:30.135)**

```
        02        A.   No.
        03        Q.   (BY MR. GLADSTEIN)  All right.  Let's --
        04   let's tab -- let's turn to Tab 38, please, which
        05   has been previously marked as Exhibit 12738.  This
        06   is a Consent Action of the Board of Directors in
        07   Lieu of a Meeting, action by consent of directors,
        08   BPXP, effective December 18, 2006.  Do you see
        09   that, Mr. Bray?
        10        A.   I do see that, yes.
        11        Q.   Okay.  And take a moment and review this,
        12   please.
```

**11. PAGE 176:13 TO 176:13  (RUNNING 00:00:03.304)**

```
        13        A.   Okay.
```

**12. PAGE 176:14 TO 176:16  (RUNNING 00:00:16.375)**

```
        14        Q.   So this is a -- an action in lieu of
        15   meeting resolving to pay a cash dividend for an
        16   aggregate amount of 2,841,436 -- I said that
```

**13. PAGE 176:17 TO 176:17  (RUNNING 00:00:02.058)**

```
        17   wrong -- $2,841,436,415.17 to BP Products North
```

**14. PAGE 176:18 TO 176:24 (RUNNING 00:00:27.229)**

```
18   America; is that correct?
19         A.   That's what it says, yes.
20         Q.   Okay.  And then the -- the board members
21   who -- who signed that resolution appear to be the
22   same board members as in 2005, with an exception.
23   I don't see Mr. Clayton there anymore; and
24   instead, we have S. R. Sawada, S-A-W-A-D-A.  Do
```

**15. PAGE 176:25 TO 177:25 (RUNNING 00:01:25.923)**

```
         25   you know who Mr. or Mrs. S. R. Sawada is?
00177:01         A.   She -- she is -- was, excuse me, Suzanne
         02   Sawada.
         03         Q.   Okay.  And what were her duties?
         04         A.   She also was a -- a lawyer in the legal
         05   function.  She served as a director in a number of
         06   wholly owned subsidiaries of BP PLC and also as an
         07   officer.
         08         Q.   Okay.  And then I -- it appears that
         09   there's also another individual who -- who was not
         10   a member in 2005 of the board, J. E. Klewin,
         11   K-L-E-W-I-N.  Do you know who Mr. or Ms. Klewin
         12   is?
         13         A.   Yes.  That's -- that's Jane Klewin.
         14         Q.   Okay.  And what are -- is she still with
         15   the company?
         16         A.   She is, yes.
         17         Q.   Okay.  And what are -- are -- what, at the
         18   time, were her duties?
         19         A.   At the time, she was -- she was a lawyer
         20   in the legal function and served as a director
         21   and, I believe, an officer of one or more wholly
         22   owned subsidiaries of BP PLC.
         23         Q.   Okay.  To the best of your personal
         24   knowledge, did the BPXP board conduct any meetings
         25   in 2006?
```

**16. PAGE 178:02 TO 178:06 (RUNNING 00:00:13.318)**

```
02         A.   No.
03         Q.   (BY MR. GLADSTEIN)  Okay.  To the best of
04   your personal knowledge, did the BPXP board issue
05   any resolutions in 2006 other than this particular
06   dividend resolution?
```

**17. PAGE 178:08 TO 178:08 (RUNNING 00:00:01.430)**

```
08         A.   To my personal knowledge, no.
```

**18. PAGE 179:25 TO 180:02 (RUNNING 00:00:07.149)**

```
         25         Q.   Okay.  To the best of your personal
00180:01   knowledge, did the BPXP board conduct any meetings
         02   in 2007?
```

**19. PAGE 180:05 TO 180:15 (RUNNING 00:00:23.583)**

```
05         A.   Other than is evidenced by these, to my
06   personal knowledge, no.
07         Q.   (BY MR. GLADSTEIN)  Okay.  And -- and
08   these -- the -- the exhibits that we just looked
09   at were consent actions of the board in lieu of a
10   meeting, correct?
11         A.   That's what they indicated, yes.
12         Q.   Okay.  And to the best of your personal
13   knowledge, did the BPXP board issue any
14   resolutions in 2007 other than these dividend
15   resolutions?
```

**20. PAGE 180:17 TO 180:17 (RUNNING 00:00:00.476)**

```
17     A.  No.
```

**21. PAGE 182:01 TO 182:03 (RUNNING 00:00:06.885)**

```
00182:01     Q.  Okay.  Now, to the best of your knowledge,
     02  did the BPXP board conduct any meetings in 2008?
     03     A.  No.
```

**22. PAGE 182:06 TO 182:10 (RUNNING 00:00:09.668)**

```
     06             THE WITNESS:  Yes, sir.
     07     Q.  (BY MR. GLADSTEIN)  To the best of your
     08  personal knowledge, did the BPXP board issue any
     09  resolutions in 2008, other than these dividend
     10  resolutions?
```

**23. PAGE 182:12 TO 182:12 (RUNNING 00:00:00.381)**

```
     12     A.  No.
```

**24. PAGE 185:24 TO 186:11 (RUNNING 00:00:52.253)**

```
     24             Okay.  Turning to the last page of
     25  Exhibit 12752, Exhibit A -Resolutions of Board of
00186:01  Directors of BPXP, effective December 22, 2009.
     02  "Dividend Declaration, Resolved that the company
     03  hereby declares a dividend in the amount of $12
     04  billion payable December 22, 2009, to its
     05  shareholder of record on December 22, 2009, BP
     06  America Production Company."
     07             Did BPXP declare a dividend of -- of
     08  12 billion payable on December 22, 2009, to its
     09  shareholder, BP America Production Company?
     10     A.  That's consistent with my recollection,
     11  yes.
```

**25. PAGE 187:06 TO 187:11 (RUNNING 00:00:19.855)**

```
     06     Q.  (BY MR. GLADSTEIN)  To the best of your
     07  knowledge, Mr. Bray -- your personal knowledge,
     08  did the BPXP board conduct any meetings in 2009
     09  other than the 12-30-2009 meeting that is Exhibit
     10  12750?
     11     A.  No.
```

**26. PAGE 197:25 TO 198:03 (RUNNING 00:00:10.245)**

```
     25     Q.  (BY MR. GLADSTEIN)  All right.  Mr. Bray,
00198:01  to the best of your personal knowledge, the BPXP
     02  board did not conduct any meetings in 2010,
     03  correct?
```

**27. PAGE 198:05 TO 198:05 (RUNNING 00:00:00.395)**

```
     05     A.  Yes.
```

**28. PAGE 198:06 TO 198:13 (RUNNING 00:00:24.434)**

```
     06     Q.  (BY MR. GLADSTEIN)  Yes, it's correct that
     07  they did not?
     08     A.  Yes, it's correct.
     09     Q.  Yeah.  To the best of your personal
     10  knowledge, the -- the BPXP board did not issue any
     11  resolutions in -- in 2010, other than the director
     12  and officer election and removal resolutions that
     13  we've just reviewed; is that correct?
```

**29. PAGE 198:15 TO 198:15 (RUNNING 00:00:01.153)**

```
     15     A.  Yes, that's correct.
```

```
30. PAGE 319:15 TO 320:05  (RUNNING 00:00:55.353)
         15        Q.  When you became a director of the BPXP
         16   board of directors in November 2009, did you do
         17   some review from a due diligence standpoint of the
         18   prior resolutions of the board of directors of
         19   BPXP?
         20        A.  I don't -- I don't recall looking
         21   specifically at -- at resolutions, no.
         22        Q.  Did you do anything to familiarize
         23   yourself with the past activities of the BPXP
         24   board of directors?
         25        A.  I -- I talked with those directors about
   00320:01   the sorts of activities that they were engaged in
         02   and -- and had -- you know, my role was being
         03   transitioned from some of those individuals who
         04   served as the board of directors, so I had
         05   numerous discussions with them.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:13:22.211)