**Designation Run Report**

# Cross BP Played on 1-28-2015

Cross, Iris 06-26-2014

*shown in Court 1/28/2015*

BP Designations 00:06:56
Total Time 00:06:56

*admitted 2-2-15 SK*



oncue

ID:V102A    02-02-2015

| V102A-Cross BP Played on 1-28-2015 | | |
|---|---|---|
| Page/Line | Source | ID |
| 222:14 - 222:20 | **Cross, Iris 06-26-2014 (00:00:18)**<br>222:14 Q. How long did you stay, Ms. Cross, working<br>222:15 full-time in Louisiana to manage BP's community outreach<br>222:16 efforts there?<br>222:17 A. I was there from April 2010 to June 2013.<br>222:18 Q. Did counterparts on your team manage BP's<br>222:19 community outreach efforts in other Gulf states?<br>222:20 A. Yes. | V102A.1 |
| 206:2 - 207:1 | **Cross, Iris 06-26-2014 (00:01:27)**<br>206:2 Q. Were community outreach teams deployed across the<br>206:3 Gulf Coast?<br>206:4 A. Yes, they were.<br>206:5 Q. When did BP send these teams out to communities<br>206:6 along the Gulf?<br>206:7 A. On April 27th, we sent our first group of<br>206:8 employees to the Houma Unified Command Center for<br>206:9 training. You know, we -- we needed to talk to them first<br>206:10 about what they could potentially expect. We didn't know,<br>206:11 you know, what to anticipate. We knew that emotions would<br>206:12 most likely be high because we just didn't know what was<br>206:13 out there or how people were feeling. So we wanted to be<br>206:14 sure that they knew that their role was to listen, to hear<br>206:15 concerns, to get them back to us, to try not to take it<br>206:16 personally, but to -- to put themselves in other people's<br>206:17 places who were impacted and to -- to just try to, one, to<br>206:18 find out what the concerns were so we can get them the<br>206:19 resources that they needed.<br>206:20 Q. So where did your community outreach teams<br>206:21 deploy?<br>206:22 A. The first group went to five different<br>206:23 communities along the Gulf Coast, Louisiana, down to<br>206:24 Venice; Pascagoula, Missi -- Pascagoula, Mississippi;<br>206:25 Biloxi, Mississippi; Pensacola, Florida; and Mobile,<br>207:1 Alabama. | V102A.2 |
| 208:21 - 209:2 | **Cross, Iris 06-26-2014 (00:00:23)**<br>208:21 Q. And how many individuals were a part of BP's<br>208:22 community outreach efforts?<br>208:23 A. How many total? Well, well into the thousands.<br>208:24 I can't be specific. But we rotated because we wanted to<br>208:25 make sure that there was help pretty much around the | V102A.3 |

| V102A-Cross BP Played on 1-28-2015 | | |
|---|---|---|
| Page/Line | Source | ID |
| | 209:1 clock. So we rotated staff that volunteered to come in<br>209:2 and assist us. | |
| 207:15 - 207:22 | **Cross, Iris 06-26-2014 (00:00:27)**<br>207:15  Q. How many community outreach centers did BP<br>207:16 eventually establish across the Gulf Coast?<br>207:17  A. Eventually, we had 36 centers, and we ended up<br>207:18 having one mobile claims unit that went across the Gulf<br>207:19 Coast assisting people with claims.<br>207:20  Q. And were those 36 centers located across parishes<br>207:21 and counties from Louisiana to Florida?<br>207:22  A. Yes. | V102A.4 |
| 203:12 - 204:15 | **Cross, Iris 06-26-2014 (00:01:44)**<br>203:12  Q. And referring to the Commod -- Community Outreach<br>203:13 Plan, what were the anticipated benefits of your community<br>203:14 outreach efforts?<br>203:15  A. So really, to be an open line of communication<br>203:16 for -- for stakeholders or those who might be impacted.<br>203:17 So first and foremost, we wanted to make sure that we<br>203:18 heard from the community what their concerns were, what<br>203:19 were potential impacts, and we wanted to be able to<br>203:20 communicate to them what we were doing. We wanted to put<br>203:21 a face of BP out in the community. We felt that was very<br>203:22 important for people to have a point person that they can<br>203:23 go to, and we wanted to make sure that we had ongoing<br>203:24 dialogue with them.<br>203:25  Q. And were these the objectives that you and your<br>204:1 team pursued throughout your work in the Gulf Coast?<br>204:2  A. Yes. Our primary objective was to, as I would<br>204:3 put it, communicate, communicate, communicate, so make<br>204:4 sure that we provided as much information on a regular<br>204:5 basis as possible.<br>204:6  Q. Do you believe it was important for BP to provide<br>204:7 this kind of outreach to Gulf communities during and after<br>204:8 the spill?<br>204:9  A. Yes. We heard from stakeholders on an ongoing<br>204:10 basis that they wanted to know what was going on, they<br>204:11 wanted to be kept up-to-date. They'd hear, you know, a<br>204:12 lot in the media, they'd hear a lot from everyone else,<br>204:13 and they wanted to hear directly from us what we were<br>204:14 doing, how we were responding, and how we could provide | V102A.5 |

| Page/Line | V102A-Cross BP Played on 1-28-2015 Source | ID |
|---|---|---|
| 233:22 - 235:12 | 204:15 help.<br>**Cross, Iris 06-26-2014 (00:02:36)**<br>233:22  Q. Ms. Cross, what was most important for you about<br>233:23 BP's community outreach efforts after the DEEPWATER<br>233:24 HORIZON spill?<br>233:25  A. Most important for me. As I think about my time<br>234:1 that I spent there, I think first and foremost were the<br>234:2 number of people that volunteered to participate. I mean<br>234:3 certainly this was e -- an event that we certainly don't<br>234:4 want to ever happen again, but the fact that it happened<br>234:5 and we had so many people to come forward, whether it was<br>234:6 employees, spouses of employees, retirees, so many<br>234:7 retirees stepped up, they came out of retirement to help<br>234:8 us, the partnerships we had with, you know, the government<br>234:9 officials, with community -- people really thought that,<br>234:10 you know, there was a lot of negative things going on in<br>234:11 the community, but -- and initially there were. I mean,<br>234:12 people were very angry. But overall, we came together,<br>234:13 and we all came together for the common goal of helping<br>234:14 people get the help that they needed.<br>234:15 And sure, there were mistakes along the way,<br>234:16 everything wasn't perfect, and -- but in the end, you<br>234:17 know, I think about when people say the Gulf Coast is so<br>234:18 resilient. I think about during that time, together we<br>234:19 were all resilient, because even though we, you know, had<br>234:20 to recognize that the Gulf Coast stakeholders were the<br>234:21 ones most impacted, the BP team had a lot of challenges<br>234:22 too. And I am proud of the fact that our team stood<br>234:23 steadfast, right, and worked alongside the people that<br>234:24 were impacted to make sure that they got the help that<br>234:25 they needed. And they didn't give up, and people don't<br>235:1 realize the amount of hours and time and days that the<br>235:2 teams put in to working to get everybody the help that<br>235:3 they needed. And so I am proud to have been a part of<br>235:4 that and to be a part of this team that, you know, did it<br>235:5 for all the right reasons, you know, for trying to get the<br>235:6 help, because a lot of us have families that live here,<br>235:7 and we're doing it to help those families, to help our<br>235:8 neighbors. We were doing it because we had been here for<br>235:9 a long, long time, and we wanted people to remember that | V102A.6 |

| Page/Line | Source | ID |
|---|---|---|
| | **V102A-Cross BP Played on 1-28-2015** | |
| | 235:10 we were partners in this community far before this<br>235:11 incident happened and that we planned to be around a much<br>235:12 longer time even after. | |

BP Designations = 00:06:56
**Total Time = 00:06:56**