**Designation Run Report**

# Hanzalik BP Played on 1-28-2015

Hanzalik, James 06-17-2014

*Shown in Court 1-28-2015 SK*

BP Designations 00:09:34
Total Time 00:09:34

*admitted 2.2.15 SK*



oncue

ID:V127A                                                                                           02-02-2015

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| 9:10 - 9:12 | **Hanzalik, James 06-17-2014 (00:00:03)**<br>9:10  Q. How long did you work for the<br>9:11 U.S. Coast Guard?<br>9:12  A. 25 years. | V127A.1 |
| 10:4 - 10:6 | **Hanzalik, James 06-17-2014 (00:00:05)**<br>10:4  Q. Can you briefly summarize the<br>10:5 positions you've held over your 25 years with<br>10:6 the Coast Guard? | V127A.2 |
| 10:10 - 10:14 | **Hanzalik, James 06-17-2014 (00:00:19)**<br>10:10  I was in marine safety from 1990,<br>10:11 roughly, until -- until I retired, and that<br>10:12 included pollution response, regulatory<br>10:13 enforcement, search and rescue, water waste<br>10:14 management, among others. | V127A.3 |
| 12:19 - 13:3 | **Hanzalik, James 06-17-2014 (00:00:18)**<br>12:19  Q. So, all total, throughout your<br>12:20 career, about how many years of experience do<br>12:21 you have in emergency response in incident<br>12:22 management?<br>12:23  A. I would say 20 -- 24.<br>12:24  Q. Over that 24-year time period --<br>12:25  A. Uh-huh.<br>13:1  Q. -- about how many oil spills<br>13:2 have you responded to?<br>13:3  A. I would say over a thousand. | V127A.4 |
| 14:19 - 14:21 | **Hanzalik, James 06-17-2014 (00:00:04)**<br>14:19  Q. Approximately about<br>14:20 April 22nd you were up at Robert working for<br>14:21 the area command? | V127A.5 |
| 14:23 - 14:24 | **Hanzalik, James 06-17-2014 (00:00:03)**<br>14:23  A. Right, working for -- working<br>14:24 for Admiral Landry. | V127A.6 |
| 15:19 - 15:24 | **Hanzalik, James 06-17-2014 (00:00:11)**<br>15:19  Q. In your position as deputy for<br>15:20 pollution response and assisting<br>15:21 Admiral Landry, did you help oversee the<br>15:22 setup of the overall Unified Command<br>15:23 organization?<br>15:24  A. Yes. | V127A.10 |
| 29:6 - 29:9 | **Hanzalik, James 06-17-2014 (00:00:10)** | V127A.7 |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| 29:11 - 29:12 | **Hanzalik, James 06-17-2014 (00:00:03)**<br>29:6  Q. While you served at the Unified<br>29:7 Area Command at -- at the Incident Command<br>29:8 Post in Houma and as FOSC, did you regularly<br>29:9 interact with BP representatives?<br>29:11  A. I -- I worked with BP<br>29:12 representatives every day. | V127A.8 |
| 29:1 - 29:5 | **Hanzalik, James 06-17-2014 (00:00:07)**<br>29:1  Q. Was it your experience that the<br>29:2 Coast Guard and BP worked with a unity of<br>29:3 effort in responding to the Deepwater Horizon<br>29:4 spill?<br>29:5  A. Yes. | V127A.9 |
| 53:25 - 54:8 | **Hanzalik, James 06-17-2014 (00:00:25)**<br>53:25  Q. What are some of the activities<br>54:1 during the response that you think BP did<br>54:2 well?<br>54:3  A. I believe the mechanical<br>54:4 recovery went really well, I believe<br>54:5 shoreline cleanup went really well,<br>54:6 dispersant operations went well, and in situ<br>54:7 burning went well and command in general of<br>54:8 the situation went really well. | V127A.11 |
| 42:17 - 43:5 | **Hanzalik, James 06-17-2014 (00:00:38)**<br>42:17  Q. Do you think that in situ<br>42:18 burning was a huge success during the<br>42:19 response?<br>42:20  A. Yes.<br>42:21  Q. Why do you think so?<br>42:22  A. Well, before Deepwater Horizon,<br>42:23 there had only been really one in situ burn<br>42:24 offshore and that was during Exxon Valdez. I<br>42:25 think we did 311 burns or 411 burns. Some of<br>43:1 them lasted a couple of days offshore. It<br>43:2 just never happened before. There hasn't<br>43:3 been an in situ burn operation as large as<br>43:4 that ever anywhere in the world. Pretty much<br>43:5 speaks for itself. | V127A.12 |
| 43:20 - 44:9 | **Hanzalik, James 06-17-2014 (00:00:48)**<br>43:20  Q. What was BP's contribution to | V127A.13 |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| | 43:21 the in situ burning operations? | |
| | 43:22 A. They pretty much procured all | |
| | 43:23 the equipment, all the personnel, all the | |
| | 43:24 boats to go offshore and burn. Experts, | |
| | 43:25 whatever they needed to oversee the | |
| | 44:1 operation. Coordinated with the Coast Guard | |
| | 44:2 to make sure that they had wildlife people on | |
| | 44:3 board to -- to monitor and make sure there | |
| | 44:4 was no wildlife that may have been affected. | |
| | 44:5 They had strike team -- Coast Guard strike | |
| | 44:6 team people out there to do air monitoring. | |
| | 44:7 EPA did air monitoring for it, also. So it | |
| | 44:8 was a huge operation. Operation within an | |
| | 44:9 operation, I guess you could say. | |
| 46:23 - 47:6 | **Hanzalik, James 06-17-2014 (00:00:14)** | V127A.14 |
| | 46:23 Q. Was the use of dispersants, in | |
| | 46:24 your view, effective in preventing a | |
| | 46:25 substantial amount of oil from reaching the | |
| | 47:1 shoreline? | |
| | 47:2 A. Yes. | |
| | 47:3 Q. Did BP contribute to the Unified | |
| | 47:4 Command's efforts to use dispersants to | |
| | 47:5 respond to the spill? | |
| | 47:6 A. Yes. | |
| 47:7 - 47:19 | **Hanzalik, James 06-17-2014 (00:00:38)** | V127A.15 |
| | 47:7 Q. How did BP assist the Unified | |
| | 47:8 Command in its efforts to use dispersants | |
| | 47:9 during the response? | |
| | 47:10 A. Again, they procured all the | |
| | 47:11 people, all the planes that actually sprayed | |
| | 47:12 dispersants, all the experts that monitored | |
| | 47:13 the dispersant operations. That's just for | |
| | 47:14 the aerial part of it. | |
| | 47:15 And then for subsea, which was | |
| | 47:16 unprecedented operation, they procured all | |
| | 47:17 the dispersant, the boats, the monitoring, | |
| | 47:18 the equipment to actually inject the | |
| | 47:19 dispersants, they did all of that. | |
| 47:20 - 47:24 | **Hanzalik, James 06-17-2014 (00:00:08)** | V127A.16 |
| | 47:20 Q. All the personnel and other | |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| | 47:21 resources that you've mentioned were critical<br>47:22 to the success of the dispersant operations<br>47:23 during the response, right?<br>47:24  A. Yes. | |
| 41:22 - 41:25 | **Hanzalik, James 06-17-2014 (00:00:14)**<br>41:22  Q. Was there any type of resource<br>41:23 that you felt was needed for the response<br>41:24 that BP refused to provide?<br>41:25  A. I can't think of any. | V127A.17 |
| 242:8 - 242:21 | **Hanzalik, James 06-17-2014 (00:00:40)**<br>242:8  Q. Did you also discuss needing to<br>242:9 get BP to pay for these resources and people?<br>242:10  A. I didn't really have to discuss<br>242:11 that with them.  They did it.  I didn't<br>242:12 have -- I didn't even talk money with them.<br>242:13 There was a -- there was a instance where the<br>242:14 last Oil Spill Liability Trust Fund was going<br>242:15 to run out of money and the Coast Guard<br>242:16 couldn't meet its obligations under that and<br>242:17 BP was willing to actually pony up money to<br>242:18 cover Coast Guard costs.<br>242:19  Q. Money was never an issue for BP<br>242:20 when it came to the response?<br>242:21  A. In my opinion, no, it wasn't. | V127A.18 |
| 197:6 - 197:8 | **Hanzalik, James 06-17-2014 (00:00:05)**<br>197:6  Q. (BY MS. JAKOLA)  In 2010, the<br>197:7 State of Louisiana ordered diversions of the<br>197:8 Mississippi River, correct? | V127A.24 |
| 197:10 - 197:10 | **Hanzalik, James 06-17-2014 (00:00:02)**<br>197:10  A. My understanding, yes. | V127A.25 |
| 197:17 - 197:19 | **Hanzalik, James 06-17-2014 (00:00:05)**<br>197:17  Q. The FOSC did not approve the<br>197:18 Mississippi River diversions, true?<br>197:19  A. That is correct. | V127A.26 |
| 200:9 - 201:4 | **Hanzalik, James 06-17-2014 (00:00:47)**<br>200:9  the<br>200:10 governor of the State of Louisiana requested<br>200:11 that the diversions that had taken place be<br>200:12 considered an official response activity,<br>200:13 correct? | V127A.27 |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| | 200:14  A. That's correct. | |
| | 200:15  Q. Do you have an understanding as | |
| | 200:16 to why the Louisiana governor made that | |
| | 200:17 request? | |
| | 200:18  A. Yes, because there was going to | |
| | 200:19 be environmental damage to oyster beds | |
| | 200:20 because of the freshwater infusion into | |
| | 200:21 Barataria Bay, a couple of bays, I don't | |
| | 200:22 remember exactly, a couple of bays that that | |
| | 200:23 water was flowing into, but we knew that that | |
| | 200:24 was going to be a problem. I talked to | |
| | 200:25 Dwight Bradshaw about it. He's another | |
| | 201:1 person that knew about this, too. | |
| | 201:2 And he goes, it's not going to | |
| | 201:3 do any good. I don't know why he's doing it | |
| | 201:4 and why he didn't ask us. So... | |
| 201:5 - 201:21 | **Hanzalik, James 06-17-2014 (00:00:38)** | V127A.28 |
| | 201:5  Q. Can you tell me a bit more about | |
| | 201:6 your conversation with Mr. Bradshaw? | |
| | 201:7  A. Well, he came to me and said | |
| | 201:8 that the State is going to be diverting water | |
| | 201:9 from the Mississippi River to these -- | |
| | 201:10 through these diversions to increase the flow | |
| | 201:11 of water into these areas to keep oil from | |
| | 201:12 coming into these bay areas. | |
| | 201:13 And I just shook my head and | |
| | 201:14 said, what the hell is that going to do? | |
| | 201:15 And he said, it's not going to | |
| | 201:16 do anything; probably kill some oysters. | |
| | 201:17 That's pretty much it. | |
| | 201:18  Q. Mr. Brad- -- Mr. Bradshaw is | |
| | 201:19 with the Louisiana Department of | |
| | 201:20 Environmental Quality? | |
| | 201:21  A. Yes. | |
| 201:22 - 201:24 | **Hanzalik, James 06-17-2014 (00:00:09)** | V127A.29 |
| | 201:22  Q. Mr. Bradshaw acknowledged to you | |
| | 201:23 that the diversions of the Mississippi River | |
| | 201:24 were not an effective response tool, correct? | |
| 202:1 - 202:4 | **Hanzalik, James 06-17-2014 (00:00:08)** | V127A.30 |
| | 202:1  A. Correct. | |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| 202:6 - 202:8 | 202:2  Q. (BY MS. JAKOLA) He acknowledged<br>202:3 that the Mississippi River diversions would<br>202:4 kill oysters?<br>**Hanzalik, James 06-17-2014 (00:00:07)**<br>202:6  A. My -- yeah, it's my<br>202:7 understanding that -- if freshwater got into<br>202:8 those areas, that it would damage oysters. | V127A.31 |
| 202:25 - 203:4 | **Hanzalik, James 06-17-2014 (00:00:08)**<br>202:25  Q. And, again, the Mississippi<br>203:1 River diversions were never approved by the<br>203:2 Unified Command, correct?<br>203:3  A. My -- that is my understanding,<br>203:4 yes. | V127A.32 |
| 262:16 - 263:18 | **Hanzalik, James 06-17-2014 (00:01:17)**<br>262:16  Q. (BY MS. JAKOLA) Can you<br>262:17 describe some of those new technologies that<br>262:18 BP helped initiate for the response?<br>262:19  A. Well, I mean, just the capping<br>262:20 stack technology that -- that happened during<br>262:21 the response, that was something that I don't<br>262:22 believe has ever been done before.  The use<br>262:23 of Dutch skimmers in the U.S., those were<br>262:24 brought over.  Claims, just the number of<br>262:25 claims that BP re- -- they didn't really have<br>263:1 to do that.  I mean, they -- they could have<br>263:2 responded to it.  They could have just said<br>263:3 no.  But the government handled the claims<br>263:4 and paid all those claims out to all these<br>263:5 people, whether they had documentation or<br>263:6 not.  They didn't really have to do that.<br>263:7 So -- and that -- we didn't require them to<br>263:8 do that.<br>263:9 There is just -- I don't know.<br>263:10 There were just so many things that if you<br>263:11 would have had a small company, you would<br>263:12 have never seen anything like it.  I mean, it<br>263:13 would have been -- they would have dried up<br>263:14 and left, so...<br>263:15  Q. In addition to the examples<br>263:16 you've mentioned, BP also developed new | V127A.19 |

| Page/Line | Source | ID |
|---|---|---|
| | **V127A-Hanzalik BP Played on 1-28-2015** | |
| 263:20 - 264:7 | 263:17 techniques for cleaning up the shoreline,<br>263:18 correct?<br>**Hanzalik, James 06-17-2014 (00:00:33)**<br>263:20  A. Yes, that's correct.<br>263:21 Beach-cleaning machines and other things,<br>263:22 they did that.  And then they also set up a<br>263:23 program with the Coast Guard and NOAA to look<br>263:24 at different technologies that were out there<br>263:25 and test those during the spill to see if<br>264:1 they would actually work.  And then over -- I<br>264:2 think there was 120 suggestions that came<br>264:3 in -- 120,000 suggestions that came in and<br>264:4 culled through all of those and basically<br>264:5 whittled them down to a certain number to --<br>264:6 to be used, and they didn't have to do any of<br>264:7 that. | V127A.20 |
| 264:13 - 264:15 | **Hanzalik, James 06-17-2014 (00:00:07)**<br>264:13   Q. Had anything of that sort ever<br>264:14 been undertaken before, in your experience,<br>264:15 in responding to spills? | V127A.21 |
| 264:17 - 264:18 | **Hanzalik, James 06-17-2014 (00:00:07)**<br>264:17   A. In my experience, no. Ever,<br>264:18 never, and then in history that I'd seen. | V127A.22 |

BP Designations = 00:09:34
**Total Time = 00:09:34**