**Designation Run Report**

# Lubchenco BP Played on 1-28-2015

Lubchenco, Jane 07-10-2014

Shown in
Court 1-28-2015
SK

BP Designations 00:02:14
Total Time 00:02:14

admitted
2-2-2015 SK



ID:V106                                     02-02-2015

| Page/Line | Source | ID |
|---|---|---|
| 25:6 - 25:25 | **Lubchenco, Jane 07-10-2014 (00:01:16)**<br>25:6   Q. -- March 20th of 2009 through February 27,<br>25:7 2013, you held the position of Administrator for the<br>25:8 National Oceanic and Atmospheric Administration<br>25:9 known as NOAA, correct?<br>25:10   A. That's correct.<br>25:11   Q. Okay.  As the Administrator, can you tell<br>25:12 the court what is NOAA?<br>25:13   A. NOAA is a federal agency within the<br>25:14 Department of Commerce.  It is a science agency that<br>25:15 provides services and stewardship for the American<br>25:16 people.  It -- it's portfolio includes weather,<br>25:17 climate, satellites to both track climate and<br>25:18 provide weather forecasts.  It manages federal<br>25:19 fisheries, fisheries in federal waters and has<br>25:20 responsible for healthy oceans and coasts around the<br>25:21 country.<br>25:22   Q. Okay.  So included in your<br>25:23 responsibilities as Administrator would be the<br>25:24 management of federal fisheries, correct?<br>25:25   A. That's correct. | V106.1 |
| 198:4 - 198:19 | **Lubchenco, Jane 07-10-2014 (00:00:44)**<br>198:4   Q. To be clear, EPA has a<br>198:5 benchmark for aquatic life, correct?<br>198:6   A. Correct.  They do.<br>198:7   Q. And that benchmark was set before the<br>198:8 Deepwater Horizon spill, correct?<br>198:9   A. That's correct.<br>198:10   Q. And sediment samples and water samples<br>198:11 were collected as part of the Deepwater Horizon<br>198:12 spill, tens of thousands of them, correct?<br>198:13   A. That's correct.<br>198:14   Q. Measured against the benchmarks that EPA<br>198:15 had in place at the time for aquatic life, whatever<br>198:16 that included, showed that there were no exceedances<br>198:17 from the individual samples that were consistent<br>198:18 with MC252 oil, correct?<br>198:19   A. That's correct.  Yep. | V106.2 |
| 198:20 - 198:24 | **Lubchenco, Jane 07-10-2014 (00:00:14)**<br>198:20   Q. To your knowledge did OSAT team use the | V106.3 |

| Page/Line | Source | ID |
|---|---|---|
| | V106-Lubchenco BP Played on 1-28-2015 | |
| | 198:21 best available science to evaluate the state of the | |
| | 198:22 Deepwater Horizon oil in the Gulf at the time the | |
| | 198:23 report was published? | |
| | 198:24   A. To the best of my knowledge, yes. | |

BP Designations = 00:02:14
**Total Time = 00:02:14**