IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) | |
| IN RE THE COMPLAINT AND PETITION OF ) | Section: J(1) |
| TRITON ASSET LEASING GmbH, ET AL., IN A ) | |
| CAUSE OF EXONERATION FROM OR ) | Judge: Barbier |
| LIMITATION OF LIABILITY ) | |
| ) | Magistrate: Shushan |
| **This Document Relates To:** ) | |
| ) | |
| **Case No.: 2:10-CV-08888 (Rec. Doc. 68293)** ) | |
| _____ ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, Joel Waltzer and Waltzer Wiygul & Garside, L.L.C. (hereinafter "WWG" or "Counsel") respectfully move for an order allowing them to withdraw as counsel of record for plaintiff PHUONG THANH NGUYEN for the following reasons:

1. On or about April 20, 2011 Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff Phuong Thanh Nguyen, identified as Rec. Doc. 68293;

2. Phuong Thanh Nguyen subsequently advised WWG that he no longer desires WWG's representation. Mr. Phuong Nguyen instructed WWG to withdraw as his counsel of record;

3. WWG has advised Mr. Phuong Nguyen of complexity of this matter, the applicable deadlines, and of any pending or possible court appearances.

4. Plaintiff Phuong Nguyen stated an intention to remain in the litigation, though did not identify any new counsel. Consequently, Phuong Nguyen's contact information follows: Phuong Thanh Nguyen, 35902 Hwy 11, Buras, LA 70041; 504-270-7280.

5. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for

Plaintiff Phuong Thanh Nguyen in the above-captioned action.

Respectfully submitted this 5th day of February, 2015,

**Waltzer Wiygul & Garside, L.L.C.**

_____/s/ Joel R. Waltzer_____
Joel R. Waltzer (LA Bar # 19268)
3715 Westbank Expressway, Suite 13
Harvey, LA 70058
joel@waltzerlaw.com
Tele: (504) 340-6300
Fax: (504) 340-6330
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

_____/s/ Joel R. Waltzer_____
Joel R. Waltzer