IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-MDL-02179<br><br>SECTION: J |
| This Document Relates To:<br>11-453 | § § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Charles Cochran, (Rec. Doc. 12528)

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Charles Cochran, is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Charles Cochran, individually, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

New Orleans, Louisiana this 6th day of February, 2015.

_____
United States District Judge