IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) | Section: J(1) Judge: Barbier Magistrate: Shushan |
| **This Document Relates To:** Case No.: 2:10-CV-08888   (Rec. Doc. 117953) | ) ) ) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED** and that Waltzer Wiygul & Garside, L.L.C., and its individual attorneys are hereby withdrawn as counsel of record for Anthony Robert Phillips in the above-captioned matter.  Mr. Phillips' present contact information is 376 Loop Drive, Anacoco, LA 71403, (504) 270-7608.

New Orleans, Louisiana this 6th day of February, 2015.

_____
United States District Judge