IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) <br> HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) <br> ) <br> IN RE THE COMPLAINT AND PETITION OF ) <br> TRITON ASSET LEASING GmbH, ET AL., IN A ) <br> CAUSE OF EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) <br> ) <br> **This Document Relates To:** ) <br> ) <br> **Case No.: 2:10-CV-08888 (Rec. Doc. 68293)** ) <br> _____ ) | MDL No. 2179 <br><br> Section:  J(1) <br><br> Judge:  Barbier <br><br> Magistrate:  Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. is **GRANTED**.  Plaintiff's contact information is Phuong Thanh Nguyen, 35902 Hwy 11, Buras, LA 70041; 504-270-7280.

New Orleans, Louisiana this 6th day of February, 2015.

_____
United States District Judge