UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BPXP'S RENEWED MOTION FOR ADJOURNMENT OF PENALTY PHASE TRIAL TO PERMIT LIVE EXPERT TESTIMONY ON THE ECONOMIC IMPACT OF THE PENALTY ON THE VIOLATOR FACTOR**

BP Exploration & Production Inc. ("BPXP") renews, pursuant to the Court's order in open court on February 2, 2015 permitting a written submission following its denial of BPXP's oral motion (Tr. 2335:12-2336:11; Rec. Doc. 14132), its motion for an order adjourning the Penalty Phase trial to permit the presentation of live expert testimony and demonstratives on the economic impact factor, because of the unavailability of expert R. Bruce Den Uyl. BPXP's motion is supported by the accompanying memorandum. BPXP also incorporates by reference the arguments it made at trial on February 2, 2015. (*See* Tr. 2322:9-2329:3).

Dated: February 6, 2015

Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

                        Robert C. "Mike" Brock
                        Kirkland & Ellis LLP
                        655 Fifteenth Street, N.W.
                        Washington, D.C. 20005
                        Telephone:  (202) 879-5000
                        Facsimile:  (202) 879-5200

                        Richard C. Godfrey, P.C.
                        J. Andrew Langan, P.C.
                        Hariklia ("Carrie") Karis, P.C.
                        Matthew T. Regan, P.C.
                        Kirkland & Ellis LLP
                        300 North LaSalle Street
                        Chicago, Illinois  60654
                        Telephone: (312) 862-2000

                        ***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of February, 2015.

    /s/ Don K. Haycraft