# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | |
| No. 10-4536 | * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

### EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL
### BPXP'S MEMORANDUM IN SUPPORT OF ITS RENEWED MOTION FOR ADJOURNMENT OF PENALTY PHASE TRIAL TO PERMIT LIVE EXPERT TESTIMONY ON THE ECONOMIC IMPACT OF THE PENALTY ON THE VIOLATOR

PLEASE TAKE NOTICE that the undersigned party respectfully requests leave to file under seal its unredacted Memorandum in Support of Its Motion to Continue Penalty Phase Trial To Permit Expert Testimony On the Impact of the Penalty of the Violator (the "Memorandum"). Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of a confidential development. Pursuant to Pre-Trial Order No. 13, certain personal medical information contained within the unredacted Memorandum remains under a confidentiality designation by the parties. Pending the Court's consideration of this motion, BPXP will provide the Court and parties' counsel with an <u>unredacted</u> version of the Memorandum. BPXP will file in the record a redacted version of the Memorandum that does not contain material designated as confidential by the parties in this case.

Dated: February 6, 2015

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Robert C. "Mike" Brock
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia ("Carrie") Karis, P.C.
Matthew T. Regan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

***Attorneys for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of February, 2015.

/s/ Don K. Haycraft
Don K. Haycraft