UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig    "Deepwater Horizon" in the Gulf    of Mexico, on April 20, 2010 | *  *  *  * | MDL 2179    SECTION "J" |
| Applies to:    No.12-970 | *  *  *  * | JUDGE BARBIER    MAGISTRATE SHUSHAN |

## ORDER

Considering Lisa Haas', Habib Halili's, and Darlen Kimball's *Ex Parte* Motions and Incorporated Memorandum to File Under Seal Motion to Enforce Settlement Agreement and Exhibits Thereto (Rec. Docs. 13799, 13800, 13801),

IT IS ORDERED that the Motions to File under Seal are GRANTED and that the underlying Motions to Enforce Settlement Agreement and exhibits thereto are hereby filed under seal.

New Orleans, Louisiana, this 6th day of February, 2015.

_____
United States District Judge