

**U.S. Department of Justice**

Environment and Natural Resources Division
Environmental Enforcement Section

90-5-1-1-10026:JCC:sdh

*P.O. Box 7611, Washington, DC  20044-7611*                                                                 *Telephone (202) 514-0180*

February 5, 2015

BY ELECTRONIC MAIL

The Honorable Carl J. Barbier
United States District Court Judge
United States District Court for the
  Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      Re:     MDL 2179 – Orphan Exhibits

Dear Judge Barbier:

During the January 8, 2015 working group conference Judge Shushan ruled that only 10 of the orphan documents submitted by each side may be subject to objection.  This ruling rewards Defendants who have asserted more objections – in the first round Defendants objected to more than 72% of the United States' exhibits as compared to the United States' objecting to only 11% of their exhibits.  Also, BP and APC added to their exhibit list *after* the procedure for objections had been completed and therefore will have an opportunity to assert certain new exhibits are unobjected to simply for procedural reasons.  The United States respectfully submits that both sides should be permitted 35 orphan exhibits, whether objected to or not.  Obviously, the objecting party will be able to assert objections as part of the procedure already established by Judge Shushan in the same way as objections to deposition bundles are handled.

                                        Respectfully submitted,

                                        /s/ Sarah D. Himmelhoch

                                        Sarah D. Himmelhoch