# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois  60654

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 9, 2015

**Via Email**
The Honorable Carl J. Barbier
United States District Court Judge
United States District Court for the Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:    MDL 2179 Orphan Exhibits

Dear Judge Barbier:

Judge Shushan's January 8, 2015 ruling on orphan exhibits is consistent with the Court's practice in Phase 2, and the United States' request to reconsider that ruling should be denied. Given that these exhibits will be admitted without the benefit of a witness's testimony or context (other than the new "context" objections that the parties may file), it makes sense to limit the number of exhibits with objections, as was done in Phase 2.

The fact that BPXP has objected to a higher percentage of the United States' documents as compared to the United States' objections to BPXP's documents is inapposite. The first round objections referenced by the United States were filed months before discussion of how the orphan exhibit process would proceed. The United States' purported disadvantage is therefore of its own making.  BPXP is happy to meet and confer on its objections, as we have stated before.

Lastly, the United States has also added to its exhibit list after the objections process was completed, as recently as January 30, 2015. Any supposed prejudice applies to all parties.

KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
February 9, 2015
Page 2

                                                         Respectfully submitted,

                                                         <u>/s/ Andrew Langan, P.C.</u>

                                                         Andrew Langan, P.C.

cc:      Sarah Himmelhoch
           Ky Kirby