

**US GOLD AND SILVER, INC.**
CERTIFIED NUMISMATIST ON PREMISES

40723 US HIGHWAY 19 N., TARPON SPRINGS, FLORIDA 34689
727-642-6092, usgoldandsilver@aol.com, www.usgoldandsilver.org

February 2, 2015

10 md 2179

Clerk of the U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Civil Action – 2:13-cv-02905-CJB-SS

Dear Clerk:

This letter is to notify you that the above business one of the Plaintiffs in the above style action has moved. The **new address for U.S. Gold and Silver, Inc.** is 40723 U.S. Highway 19 N. Tarpon Springs, Florida 34689. Please correct your records accordingly.

Thank You

J. Rainer, CEO

XC:File