## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **OIL SPILL BY THE OIL RIG** | ) | |
| **"DEEPWATER HORIZON" IN THE** | ) | **MDL Docket No. 2179** |
| **GULF OF MEXICO ON APRIL 20, 2010** | ) | |
| | ) | **SECTION J** |
| | ) | |
| | ) | |
| **THIS DOCUMENT RELATES:** | ) | **JUDGE BARBIER** |
| **Case No. 2:13-cv-2747-J1** | ) | **MAG. JUDGE SHUSHAN** |
| **Case No. 2:10-cv-8888** | ) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Ervin A. Gonzalez and the law firm of Colson Hicks Eidson Colson

Cooper Matthews Martinez Gonzalez Kalbac & Kane and Bilzin Sumberg Baena Price & Axelrod

LLP be permitted to withdraw as Counsel of record for Copans Petroleum Developers, Inc., (MDL

Doc. 131127).

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE