UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:13-cv-2744-J1 | ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-8888 | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Movants, the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., counsel for Plaintiff Key Largo Fish Market, (MDL Doc. 131137), hereby file their Motion to Withdraw as counsel for Plaintiff Key Largo Fish Market. Movants have encountered irreconcilable differences with Plaintiff on issues involving the case.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

DATED:   February 9, 2015

/s/ Ervin A. Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of February 2015.

/s/ Ervin A. Gonzalez