UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| OIL SPILL BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN THE | ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | ) | |
| | ) | SECTION J |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES: | ) | JUDGE BARBIER |
| Case No. 2:13-cv-2573-J1 | ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-8888 | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Movants Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., Bilzin Sumberg Baena Price & Axelrod LLP, and Grossman Roth, P.A., counsel for Surfcomber Hotel, Chisholm Properties South Beach, Inc. (MDL Doc. 131144) hereby file their Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Surfcomber Hotel, Chisholm Properties South Beach, Inc. In support thereof, Movants state as follows:

Movants have encountered irreconcilable differences with Plaintiff on issues involving the case. Under the circumstances, it is requested that the Movants, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., Bilzin Sumberg Baena Price & Axelrod LLP, and Grossman Roth, P.A. be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Surfcomber Hotel, Chisholm Properties South Beach, Inc. has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Surfcomber Hotel, Chisholm Properties South Beach, Inc. present address is 1717 Collins Avenue, Miami Beach, Florida, 33139, and may be reached at (305) 779-3808. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A., Bilzin Sumberg Baena Price & Axelrod LLP, and Grossman Roth, P.A.

requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

                                              Respectfully Submitted,

                                              /s Ervin A. Gonzalez  
                                              ERVIN A. GONZALEZ  
                                              Fla. Bar No. 500720  
                                              Ervin@colson.com  
                                              PATRICK S. MONTOYA  
                                              Fla. Bar No. 524441  
                                              Patrick@colson.com  
                                              COLSON HICKS EIDSON COLSON  
                                              MATTHEWS MARTINEZ GONZALEZ  
                                              KALBAC & KANE  
                                              255 Alhambra Circle, PH  
                                              Coral Gables, FL   33134  
                                              Phone: (305) 476-7400  
                                              Fax:    (305) 476-7444  
                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of February, 2015.

/s/ Ervin A. Gonzalez