UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY  THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>No. 10-4536 | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER

Considering BP Exploration & Production Inc.'s Ex Parte Motion for Leave to File Under Seal Its Memorandum in Support of Its Renewed Motion for Adjournment of Penalty Phase Trial To Permit Live Expert Testimony On the Economic Impact of the Penalty On the Violator Factor;

IT IS ORDERED that the Motion is GRANTED.  The unredacted memorandum received by the Court will be filed UNDER SEAL.

New Orleans, Louisiana this 9th day of February, 2015.

_____
United States District Judge