UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is BPXP's Renewed Motion for Adjournment of Penalty Phase Trial to Permit Live Expert Testimony on the Economic Impact of the Penalty on the Violator Factor (Rec. Doc. 14146) and the United States' opposition to same (Rec. Doc. 14166).

IT IS ORDERED that BPXP's motion is DENIED for reasons stated in open court on February 2, 2015. (Penalty Phase Tr. 2330:21 - 2334:24).

New Orleans, Louisiana, this 10th day of February, 2015.

_____
United States District Judge