UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>      "Deepwater Horizon" in the Gulf<br>      of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4536 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding U.S.' Request Re Orphan Exhibits]

On February 5, 2015, the U.S. submitted a letter request regarding "orphan" exhibits.[1] It asks that both sides be permitted 35 orphan exhibits, whether objected to or not. Magistrate Judge Shushan supervised the pretrial preparation for the Penalty Phase, including procedures for exhibits and objections to exhibits. There was agreement by both sides that post-trial the parties could submit up to 35 exhibits for admission ("orphan exhibits") which were not previously admitted during trial. The U.S. sought authorization for a single list of 35 orphan exhibits with no limit on the number of such exhibits which were subject to objection. BPXP/Anadarko sought two lists of orphan exhibits. One list would be limited to a maximum of 25 exhibits without objections. The other list would be limited to 10 exhibits with objection. At the January 8, 2015 telephone preliminary conference, Magistrate Judge Shushan ruled in favor of BPXP/Anadarko on this issue.

The Court has reviewed the portion of the pretrial proceedings pertaining to the orphan exhibits. There have been no developments since the January 8 ruling that merit reconsideration.

---

[1] Rec. Doc. 14167. BPXP submitted a response letter which appears at Rec. Doc. 14168.

The argument made by the U.S. in its February 5, 2015 letter is the same as made to Magistrate Judge Shushan on January 8, 2015.

IT IS ORDERED that the request of the U.S. to change the post-trial procedure on orphan exhibits is DENIED.

New Orleans, Louisiana, this 10th day of February, 2015.

_____
United States District Judge