Kevin LeMaire
16438 Spanish Oaks Boulevard
Prairieville, LA 70769


March 24, 2014


**By Electronic Mail**

Philip A. Garrett, CPA
Administrator of the Common Benefit Fund
117 Fairgrounds Boulevard
Bush LA  70431

Re:     *In re: Deepwater Horizon*  MDL 10-2179

Dear Mr. Garrett:

My name is Kevin LeMaire. I have been a paralegal in Louisiana for almost 25 years where I've worked almost exclusively on environmental damage and toxic tort litigation for attorneys and law firms representing plaintiffs in individual, mass tort and class action cases.

During the years 2007 through 2010, I was employed by a law firm that was found by the Deepwater Horizon Economic Claims Center (DHECC) to meet the "causation" requirement under the class action settlement in the matter referenced above. I was advised that, because my employer qualified for payment for its Business Economic Loss claim, I qualified for an individual economic loss claim. On February 18, 2014, I filed a *pro se* claim with the DHECC for my individual economic loss.

I am writing you today as a Class Member and with the hope that I can identify and be informed about any non-confidential and non-privileged protocol and procedures utilized by you and anyone under your supervision to perform the review, testing, auditing, rejecting and approval of "paralegal" time and expense records submitted by Economic Class Counsel (ECC) and Common Benefit Attorneys (CBA) in connection with the referenced matter.[1]

---

[1]     Current     ABA     Definition     of     Paralegal,     American     Bar     Association, http://www.americanbar.org/groups/paralegals.html (last visited March 22, 2014) (defining a paralegal or a legal assistant to be "*a person, qualified by education, training or work experience who is employed or retained by a lawyer, law office, corporation, governmental agency or other entity and who performs specifically delegated substantive legal work for which a lawyer is responsible.*"

EXHIBIT "A"

Philip A. Garrett, CPA
March 24, 2014
Page -2-

After searching the voluminous Court docket, I have been unable to find any documents in the record that might provide the information I am respectfully requesting from you. It would be sincerely appreciated if you could provide me with information or documents responsive to the following questions:

     a.    Does the Administrator and those under his supervision independently verify whether or not each individual identified as a paralegal on time and expense records submitted by the ECC and CBAs is actually a person qualified by education, training or experience and who performs specifically delegated substantive legal work for which a lawyer is responsible?

     b.    Does the Administrator and those under his supervision use a definition, guideline, or criteria other than the current ABA definition of "paralegal" to verify whether or not each individual identified as a paralegal on time and expense records submitted by the ECC and CBAs is actually a paralegal performing actual paralegal work? If so, would you identify the source of the definition, guideline, or criteria?

     c.    Are the ECC and CBAs required to provide the Administrator, including those under his supervision, with resumes, paralegal certificates or diplomas, or other verifiable documents detailing the education, experience and training of the individual being billed as a paralegal?

     d.    Does the Administrator and those under his supervision perform some type of examination of the paralegal time and expense records to determine if the work billed as "paralegal" work is non-clerical, non-duplicative, and substantive legal work? Can you provide any details on what these examinations involve?

     e.    Is billing for paralegal time that was not expended for the common benefit of the class allowed?

     f.    Is billing for paralegal expenses and costs that were not expended in connection with work for the common benefit of the class allowed?

     g.    Is time submitted for paralegal work that was actually secretarial or clerical work paid at a paralegal rate, or at a secretarial or clerk rate?

If you have any questions or need additional information from me, please call me at (225) 335-5521.

Philip A. Garrett, CPA
March 24, 2014
Page -3-

Thank you for your assistance with my request, and I look forward to your response.

Respectfully,

Kevin LeMaire

cc:    Stephen J. Herman, Esq., via email
        James P. Roy, Esq., via email
        Kevin M. Downey, Esq., via email
        Don K. Haycraft, Esq, via email
        Bridgett Rosa, via email

Kevin LeMaire
16438 Spanish Oaks Boulevard
Prairieville, LA 70769

April 21, 2014

**By Fax and Electronic Mail**

Stephen J. Herman
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Fax: (337) 233-2796
Email: jimr@wrightroy.com

Re:   *In re: Deepwater Horizon* MDL 10-2179
      <u>USDC Eastern District of Louisiana</u>

Dear Mr. Herman and Mr. Roy:

As a Member the Economic and Property Damages Class in the matter referenced above, I am attempting to determine what guidelines, procedures, protocols and methods are used by the the Administrator of Common Benefit Fee Fund ("Administrator") and anyone acting under his supervision to perform their review, testing, auditing, rejection, and approval of paralegal time and expense submissions by the Economic Class Counsel ("ECC") and Common Benefit Fund Attorneys ("CBA"). I would like to know what qualifications the Court in the *In re: Deepwater Horizon* MDL 10-2179 case is requiring an individual to possess in order to be reimbursed at paralegal/legal assistant rates, and what work or tasks qualify as paralegal/legal assistant work.

On March 24, 2014, the attached written request for information was submitted by me to Mr. Philip Garrett, CPA, as Administrator.[1] To date, there has been no response from Mr. Garrett to my written request. Repeated attempts by me to contact Mr. Garrett and his office manager by telephone have also been unsuccessful.

---

[1] The March 24, 2014 written request was also copied to each of you via email.

EXHIBIT "B"

Stephen J. Herman, Esq.
James Parkerson Roy, Esq.
April 21, 2014
Page -2-

After searching the Court and other public records, I have not been able to locate or acquire any information or records in the public domain that informs Class Members of any procedures, protocols, guidelines or any other methodology used by the Administrator to review, test, audit, reject, and approve of paralegal/legal assistant time and expense submissions for payment and reimbursement from Common Benefit Fee funds.

As a paralegal in Louisiana for nearly 25 years, I have worked on class actions and related matters where I have seen bookkeepers, secretaries and other clerical staff billed and reimbursed at paralegal rates for work that was neither legal in nature nor work traditionally performed by an attorney. In those matters, no objections were filed with the courts regarding this practice.

Respectfully, I ask that you, as Co-Lead Class Counsel, respond to the request for information I submitted to the Administrator on March 24, 2014.

In addition, I respectfully request the names only of each individual for whom each ECC and CBA has submitted paralegal or legal assistant time and expense records to the Administrator in connection with this matter.

I am seeking this information at this time because the ECC and CBAs have previously submitted, and continue to submit, motions for reimbursement of expenses and costs which presumably include expenses and costs expended by individuals being billed as "paralegals" or "legal assistants." If time and costs are being incorrectly billed, I believe you would agree it is paramount to discover and correct this problem as soon as possible.

If you have any questions or need additional information from me, please do not hesitate to call me at (225) 335-5521.

Sincerely,

Kevin LeMaire

Attachment

cc:     Philip A. Garrett, CPA, via email: pgarrett@garrettco.com
        Joseph F. Rice, Esq., via e-mail: jrice@motleyrice.com
        Conrad S.P. Williams, Esq., via e-mail: duke@williamslawgroup.org
        Brian H. Barr, Esq., via e-mail: bbarr@levinlaw.com
        Robin L. Greenwald, Esq., via e-mail: rgreenwald@weitzlux.com
        Jeffrey A. Breit, Esq., via e-mail: jbreit@bdbmail.com

Stephen J. Herman, Esq.
James Parkerson Roy, Esq.
April 21, 2014
Page -3-

cc: (Cont.):

     Rhon E. Jones, Esq., via e-mail: rhon.jones@beasleyallen.com
     Elizabeth J. Cabraser, Esq., via e-mail: ecabraser@lchb.com
     Matthew E. Lundy, Esq., via e-mail: mlundy@lundylawllp.com
     Philip F. Cossich, Jr., Esq., via e-mail: pcossich@cossichlaw.com
     Michael C. Palmintier, Esq., via e-mail: mpalmintier@dphf-law.com
     Robert T. Cunningham, Esq., via e-mail: rtc@cunninghambounds.com
     Paul M. Sterbcow, Esq., via e-mail: sterbcow@lksalaw.com
     Alphonso Michael Espy, Esq., via e-mail: mike@mikespy.com
     Scott Summy, Esq., via e-mail: ssummy@baronbudd.com
     Calvin C. Fayard, Jr., Esq., via e-mail: calvinfayard@fayardlaw.com
     Ervin A. Gonzalez, Esq., via e-mail: ervin@colson.com
     Kevin M. Downey, Esq., via e-mail: kdowney@wc.com
     Don K. Haycraft, Esq., via email: dkhaycraft@liskow.com

Kevin LeMaire
16438 Spanish Oaks Boulevard
Prairieville, LA 70769


March 24, 2014


**By Electronic Mail**

ATTACHMENT

Philip A. Garrett, CPA
Administrator of the Common Benefit Fund
117 Fairgrounds Boulevard
Bush LA 70431

Re:     *In re: Deepwater Horizon*  MDL 10-2179

Dear Mr. Garrett:

My name is Kevin LeMaire. I have been a paralegal in Louisiana for almost 25 years where I've worked almost exclusively on environmental damage and toxic tort litigation for attorneys and law firms representing plaintiffs in individual, mass tort and class action cases.

During the years 2007 through 2010, I was employed by a law firm that was found by the Deepwater Horizon Economic Claims Center (DHECC) to meet the "causation" requirement under the class action settlement in the matter referenced above. I was advised that, because my employer qualified for payment for its Business Economic Loss claim, I qualified for an individual economic loss claim. On February 18, 2014, I filed a *pro se* claim with the DHECC for my individual economic loss.

I am writing you today as a Class Member and with the hope that I can identify and be informed about any non-confidential and non-privileged protocol and procedures utilized by you and anyone under your supervision to perform the review, testing, auditing, rejecting and approval of "paralegal" time and expense records submitted by Economic Class Counsel (ECC) and Common Benefit Attorneys (CBA) in connection with the referenced matter.[1]

---

[1]     Current ABA Definition of Paralegal, American Bar Association, http://www.americanbar.org/groups/paralegals.html (last visited March 22, 2014) (defining a paralegal or a legal assistant to be "*a person, qualified by education, training or work experience who is employed or retained by a lawyer, law office, corporation, governmental agency or other entity and who performs specifically delegated substantive legal work for which a lawyer is responsible.*"

Philip A. Garrett, CPA
March 24, 2014
Page -2-

After searching the voluminous Court docket, I have been unable to find any documents in the record that might provide the information I am respectfully requesting from you. It would be sincerely appreciated if you could provide me with information or documents responsive to the following questions:

     a.    Does the Administrator and those under his supervision independently verify whether or not each individual identified as a paralegal on time and expense records submitted by the ECC and CBAs is actually a person qualified by education, training or experience and who performs specifically delegated substantive legal work for which a lawyer is responsible?

     b.    Does the Administrator and those under his supervision use a definition, guideline, or criteria other than the current ABA definition of "paralegal" to verify whether or not each individual identified as a paralegal on time and expense records submitted by the ECC and CBAs is actually a paralegal performing actual paralegal work? If so, would you identify the source of the definition, guideline, or criteria?

     c.    Are the ECC and CBAs required to provide the Administrator, including those under his supervision, with resumes, paralegal certificates or diplomas, or other verifiable documents detailing the education, experience and training of the individual being billed as a paralegal?

     d.    Does the Administrator and those under his supervision perform some type of examination of the paralegal time and expense records to determine if the work billed as "paralegal" work is non-clerical, non-duplicative, and substantive legal work? Can you provide any details on what these examinations involve?

     e.    Is billing for paralegal time that was not expended for the common benefit of the class allowed?

     f.    Is billing for paralegal expenses and costs that were not expended in connection with work for the common benefit of the class allowed?

     g.    Is time submitted for paralegal work that was actually secretarial or clerical work paid at a paralegal rate, or at a secretarial or clerk rate?

If you have any questions or need additional information from me, please call me at (225) 335-5521.

Philip A. Garrett, CPA
March 24, 2014
Page -3-

Thank you for your assistance with my request, and I look forward to your response.

Respectfully,

Kevin LeMaire

cc:     Stephen J. Herman, Esq., via email
        James P. Roy, Esq., via email
        Kevin M. Downey, Esq., via email
        Don K. Haycraft, Esq, via email
        Bridgett Rosa, via email

Subj:      **Deepwater Horizon MDL 10-2179**
Date:      4/21/2014 8:44:09 P.M. Central Daylight Time
From:      SHERMAN@hhklawfirm.com
To:        Kuhnrod@aol.com
CC:        pgarrett@garrettco.com, jimr@wrightroy.com, jrice@motleyrice.com, duke@williamslawgroup.org,
           bbarr@levinlaw.com, rgreenwald@weitzlux.com, jbreit@bdbmail.com,
           rhon.jones@beasleyallen.com, ecabraser@lchb.com, mlundy@lundylawllp.com,
           pcossich@cossichlaw.com, mpalmintier@dphf-law.com, rtc@cunninghambounds.com,
           sterbcow@lksalaw.com, mike@mikespy.com, ssummy@baronbudd.com,
           calvinfayard@fayardlaw.com, ervin@colson.com, kdowney@wc.com, dkhaycraft@liskow.com

Dear Mr. LeMaire,

No common benefit fee petition has been submitted to the Court.  No common benefit
paralegal or other attorney / staff time has been or is being "reimbursed" or awarded.
Ultimately, the Court will establish any guidelines, procedures, protocols and/or other
methods to determine whether and how to compensate law firms that have contributed to
the common benefit of Economic and/or Medical Class Members and/or other Plaintiffs
in MDl 2179 for their efforts.  At this point, I think your request (even assuming and
without conceding that you have standing and the request is appropriate) is premature.

Thanks.

**From:** Kuhnrod@aol.com [mailto:Kuhnrod@aol.com]
**Sent:** Monday, April 21, 2014 5:13 PM
**Subject:** Deepwater Horizon MDL 10-2179

Mr. Herman and Mr. Roy:

Please see the attached correspondence I wish to submit to you regarding the matter
referenced above.

Thank you.

Kevin LeMaire
16438 Spanish Oaks Boulevard
Prairieville, LA 70769
225.335.5521
kuhnrod@aol.com

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

EXHIBIT "C"

Kevin LeMaire
16438 Spanish Oaks Boulevard
Prairieville, LA 70769


April 22, 2014



**By Fax and Electronic Mail**

Stephen J. Herman
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com

Re:   *In re: Deepwater Horizon* MDL 10-2179
      <u>USDC Eastern District of Louisiana</u>

Mr. Herman:

Thank you for your email response to my written correspondence of 4/21/2014.

In the first paragraph of my correspondence, I say:

> "I am attempting to determine what guidelines, procedures, protocols and methods are used by the Administrator of Common Benefit Fee Fund ("Administrator") and anyone acting under his supervision <u>to perform their review, testing, auditing, rejection, and approval of paralegal time and expense submissions</u> by the Economic Class Counsel ("ECC") and Common Benefit Fund Attorneys ("CBA")." Emphasis is mine.

Your response says:

> "No common benefit paralegal or other attorney / staff <u>time</u> has been or is being "<u>reimbursed</u>" or <u>awarded</u>." Emphasis is mine.

Are you saying no paralegal/legal assistant time and expense records have been submitted to Mr. Garrett as of April 21, 2014?  Has Plaintiff's Liaison Counsel submitted time and expense reports prepared by Mr. Garrett to the Court on a monthly basis?  Do those reports include paralegal/legal assistant time and expenses and summarize, with back-up detail, the submissions of all firms?  Sections I(3), (5) and (6) of Pre-Trial Order No. 9

EXHIBIT "D"

Stephen J. Herman, Esq.
April 22, 2014
Page -2-


Are you also saying that the assistance and accounting services provided by Mr. Garrett to Plaintiffs' Liaison Counsel, the Plaintiff's Steering Committee, and the Court in MDL 2179 does not presently include the review, testing, auditing, rejection, and approval of paralegal/legal assistant time and expense submissions?

Your response seems to suggest that Mr. Garrett is waiting until a fee petition is filed, and for the Court to establish guidelines, procedures, protocols and/or other methods before he determines if unqualified individuals are being billed as paralegals/legal assistants by the ECC and CBAs.  Is it true that Mr. Garrett and his staff have not yet reviewed, tested, audited, rejected, and approved of paralegal/legal assistant time and expense submissions dating back almost 4 years?

Finally, my 4/21/2014 correspondence also says: "I am seeking this information at this time because the ECC and CBAs have previously submitted, and continue to submit, motions for reimbursement of expenses and costs which presumably include expenses and costs expended by individuals being billed as '"paralegals"' or '"legal assistants."'

Your response does not address expenses and costs. Would you please clarify if any paralegal/legal assistant expenses and costs have been reimbursed as shared expenses in response to any of the motions submitted by Co-Liaison Counsel to the Court requesting an Order approving the reimbursement and payment of shared expenses pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement and Pre-Trial Order No. 9, Sections I(4), III(1)(a) and IV?

For the reasons stated in my correspondence of 4/21/2014, I respectfully disagree that my request is premature. The information I am seeking is important and beneficial to the Class as a whole. Guidelines, procedures, protocols and/or other methods used by the Court-approved Administrator should be transparent and accessible without restriction. If none have existed for the past 4 years, then my request is also urgent.

It is my belief that many, if not all, Class Representatives and Class Members share my concerns that the ECC and CBAs may receive a windfall for billing unqualified clerical and other staff at higher rates as paralegals/legal assistants for performing non-legal, clerical, duplicative, redundant, or unproductive work, regardless of the fact that the money is not coming out of the settlement funds set aside for the Class.

Stephen J. Herman, Esq.
April 22, 2014
Page -3-

I respectfully urge you to reconsider your response to my correspondence, and to please provide me with the information I have requested.

Sincerely,

Kevin LeMaire

Attachment

cc:    Philip A. Garrett, CPA, via email: pgarrett@garrettco.com
       James Parkerson Roy, Esq., via e-mail: jimr@wrightroy.com
       Joseph F. Rice, Esq., via e-mail: jrice@motleyrice.com
       Conrad S.P. Williams, Esq., via e-mail: duke@williamslawgroup.org
       Brian H. Barr, Esq., via e-mail: bbarr@levinlaw.com
       Robin L. Greenwald, Esq., via e-mail: rgreenwald@weitzlux.com
       Jeffrey A. Breit, Esq., via e-mail: jbreit@bdbmail.com
       Rhon E. Jones, Esq., via e-mail: rhon.jones@beasleyallen.com
       Elizabeth J. Cabraser, Esq., via e-mail: ecabraser@lchb.com
       Matthew E. Lundy, Esq., via e-mail: mlundy@lundylawllp.com
       Philip F. Cossich, Jr., Esq., via e-mail: pcossich@cossichlaw.com
       Michael C. Palmintier, Esq., via e-mail: mpalmintier@dphf-law.com
       Robert T. Cunningham, Esq., via e-mail: rtc@cunninghambounds.com
       Paul M. Sterbcow, Esq., via e-mail: sterbcow@lksalaw.com
       Alphonso Michael Espy, Esq., via e-mail: mike@mikespy.com
       Scott Summy, Esq., via e-mail: ssummy@baronbudd.com
       Calvin C. Fayard, Jr., Esq., via e-mail: calvinfayard@fayardlaw.com
       Ervin A. Gonzalez, Esq., via e-mail: ervin@colson.com
       Kevin M. Downey, Esq., via e-mail: kdowney@wc.com
       Don K. Haycraft, Esq., via email: dkhaycraft@liskow.com

| Subj: | **Deepwater Horizon MDL 10-2179** |
|---|---|
| Date: | 4/22/2014 4:10:55 P.M. Central Daylight Time |
| From: | SHERMAN@hhklawfirm.com |
| To: | Kuhnrod@aol.com |
| CC: | pgarrett@garrettco.com, jimr@wrightroy.com, jrice@motleyrice.com, duke@williamslawgroup.org, bbarr@levinlaw.com, rgreenwald@weitzlux.com, jbreit@bdbmail.com, rhon.jones@beasleyallen.com, ecabraser@lchb.com, mlundy@lundylawllp.com, pcossich@cossichlaw.com, mpalmintier@dphf-law.com, rtc@cunninghambounds.com, sterbcow@lksalaw.com, mike@mikespy.com, ssummy@baronbudd.com, calvinfayard@fayardlaw.com, ervin@colson.com, KDowney@wc.com, dkhaycraft@liskow.com |

Since BP has agreed to pay common benefit fees and expenses over and above the Class Members' recoveries, I am not sure why you would have any interest or care, but, for whatever it's worth, paralegal time is submitted with attorney time for whatever consideration the Court might ultimately give it, when a common benefit fee petition is submitted. It's not (at least to my knowledge) being submitted by firms as a Held Cost, and has definitely not been "reimbursed" as a Shared Expense.

> On Apr 22, 2014, at 11:55 AM, "Kuhnrod@aol.com" <Kuhnrod@aol.com> wrote:
>
> Mr. Herman:
>
> Please see the attached. It is my reply to your response below.
>
> Thank you.
>
> Kevin LeMaire
>
> In a message dated 4/21/2014 8:44:09 P.M. Central Daylight Time, SHERMAN@hhklawfirm.com writes:
> Dear Mr. LeMaire.
>
> No common benefit fee petition has been submitted to the Court. No common benefit paralegal or other attorney / staff time has been or is being "reimbursed" or awarded. Ultimately, the Court will establish any guidelines, procedures, protocols and/or other methods to determine whether and how to compensate law firms that have contributed to the common benefit of Economic and/or Medical Class Members and/or other Plaintiffs in MDL 2179 for their efforts. At this point, I think your request (even assuming and without conceding that you have standing and the request is appropriate) is premature.
>
> Thanks.
>
> From: Kuhnrod@aol.com [mailto:Kuhnrod@aol.com]
> Sent: Monday, April 21, 2014 5:13 PM
> Subject: Deepwater Horizon MDL 10-2179
>
> Mr. Herman and Mr. Roy:
>
> Please see the attached correspondence I wish to submit to you regarding the matter referenced above.
>
> Thank you.
>
> Kevin LeMaire
> 16438 Spanish Oaks Boulevard
> Prairieville, LA 70769
> 225.335.5521
> kuhnrod@aol.com<mailto:kuhnrod@aol.com>
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended
> solely for the addressee. Please do not read, copy, or disseminate it unless
> you are the addressee. If you have received it in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the message

EXHIBIT "E"

> sender.  Also, we would appreciate your forwarding the message back to us and
> deleting it from your system.  Thank you.
> <20140422 Reply to Stephen Herman.pdf>


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

| | |
|---|---|
| Subj: | **Deepwater Horizon MDL 10-2179** |
| Date: | 4/22/2014 6:41:10 P.M. Central Daylight Time |
| From: | SHERMAN@hhklawfirm.com |
| To: | kuhnrod@aol.com |
| CC: | pgarrett@garrettco.com, jimr@wrightroy.com, jrice@motleyrice.com, duke@williamslawgroup.org, bbarr@levinlaw.com, rgreenwald@weitzlux.com, jbreit@bdbmail.com, rhon.jones@beasleyallen.com, ecabraser@lchb.com, mlundy@lundylawllp.com, pcossich@cossichlaw.com, mpalmintier@dphf-law.com, rtc@cunninghambounds.com, sterbcow@lksalaw.com, mike@mikespy.com, ssummy@baronbudd.com, calvinfayard@fayardlaw.com, ervin@colson.com, KDowney@wc.com, dkhaycraft@liskow.com |

I did not say that. I do not understand your motives. Please let me know if you have a question about your lawsuit or claim. Otherwise, I think I have answered you questions. Best wishes.

On Apr 22, 2014, at 5:44 PM, "kuhnrod@aol.com" <kuhnrod@aol.com> wrote:

> Mr. Herman,
>
> Just so I can be certain I am completely understanding what you've told me, you have no knowledge of any paralegal/legal assistant time being submitted to Mr. Garrett for any reason between December 10, 2010 and the present in connection with the referenced matter?
>
> Kevin LeMaire
>
> *Connected by DROID on Verizon Wireless*
>
> -----Original message-----
>
> **From:** Steve Herman <SHERMAN@hhklawfirm.com>
> **To:** "Kuhnrod@aol.com" <Kuhnrod@aol.com>
> **Cc:** "pgarrett@garrettco.com" <pgarrett@garrettco.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, "jrice@motleyrice.com" <jrice@motleyrice.com>, "duke@williamslawgroup.org" <duke@williamslawgroup.org>, "bbarr@levinlaw.com" <bbarr@levinlaw.com>, "rgreenwald@weitzlux.com" <rgreenwald@weitzlux.com>, "jbreit@bdbmail.com" <jbreit@bdbmail.com>, "rhon.jones@beasleyallen.com" <rhon.jones@beasleyallen.com>, "ecabraser@lchb.com" <ecabraser@lchb.com>, "mlundy@lundylawllp.com" <mlundy@lundylawllp.com>, "pcossich@cossichlaw.com" <pcossich@cossichlaw.com>, "mpalmintier@dphf-law.com" <mpalmintier@dphf-law.com>, "rtc@cunninghambounds.com" <rtc@cunninghambounds.com>, "sterbcow@lksalaw.com" <sterbcow@lksalaw.com>, "mike@mikespy.com" <mike@mikespy.com>, "ssummy@baronbudd.com" <ssummy@baronbudd.com>, "calvinfayard@fayardlaw.com" <calvinfayard@fayardlaw.com>, "ervin@colson.com" <ervin@colson.com>, Kevin Downey <KDowney@wc.com>, Don Haycraft <dkhaycraft@liskow.com>
> **Sent:** Tue, Apr 22, 2014 21:10:55 GMT+00:00
> **Subject:** Deepwater Horizon MDL 10-2179
>
> Since BP has agreed to pay common benefit fees and expenses over and above the Class Members' recoveries, I am not sure why you would have any interest or care, but, for whatever it's worth, paralegal time is submitted with attorney time for whatever consideration the Court might ultimately give it, when a common benefit fee petition is submitted. It's not (at least to my knowledge) being submitted by firms as a Held Cost, and has definitely not been "reimbursed" as a Shared Expense.

EXHIBIT "F"

> On Apr 22, 2014, at 11:55 AM, "Kuhnrod@aol.com" <kuhnrod@aol.com>wrote:
>
> Mr. Herman:
>
> Please see the attached. It is my reply to your response below.
>
> Thank you.
>
> Kevin LeMaire
>
> In a message dated 4/21/2014 8:44:09 P.M. Central Daylight Time,
SHERMAN@hhklawfirm.com writes:
> Dear Mr. LeMaire,
>
> No common benefit fee petition has been submitted to the Court. No common benefit
paralegal or other attorney / staff time has been or is being "reimbursed" or awarded.
Ultimately, the Court will establish any guidelines, procedures, protocols and/or other
methods to determine whether and how to compensate law firms that have contributed to
the common benefit of Economic and/or Medical Class Members and/or other Plaintiffs in
MDI 2179 for their efforts. At this point, I think your request (even assuming and without
conceding that you have standing and the request is appropriate) is premature.
>
> Thanks.
>
> From: Kuhnrod@aol.com [mailto:Kuhnrod@aol.com]
> Sent: Monday, April 21, 2014 5:13 PM
> Subject: Deepwater Horizon MDL 10-2179
>
> Mr. Herman and Mr. Roy:
>
> Please see the attached correspondence I wish to submit to you regarding the matter
referenced above.
>
> Thank you.
>
> Kevin LeMaire
> 16438 Spanish Oaks Boulevard
> Prairieville, LA 70769
> 225.335.5521
> kuhnrod@aol.com<mailto:kuhnrod@aol.com>
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended
> solely for the addressee. Please do not read, copy, or disseminate it unless
> you are the addressee. If you have received it in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the message
> sender. Also, we would appreciate your forwarding the message back to us and
> deleting it from your system. Thank you.
> <20140422 Reply to Stephen Herman.pdf>


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.
</mailto:kuhnrod@aol.com></kuhnrod@aol.com>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

Subj:    **Re: Deepwater Horizon MDL 10-2179**
Date:    4/23/2014 5:20:46 P.M. Central Daylight Time
From:    SHERMAN@hhklawfirm.com
To:    Kuhnrod@aol.com
CC:    jimr@wrightroy.com, pgarrett@garrettco.com

Don't know what you mean or why you would care. You obviously have some agenda. Good luck.

On Apr 23, 2014, at 5:08 PM, "Kuhnrod@aol.com" <Kuhnrod@aol.com> wrote:

> Mr. Herman:
>
> Thank you for your reply earlier today. I really don't mean to try your patience, but part of my request asked if any expenses incurred by paralegals/legal assistants have been reimbursed as a Shared Expense. I understand no paralegal "time" is not submitted, billed or reimbursed as a Shared Expense, but have any expenses incurred by paralegals/legal assistants been reimbursed as a Shared Expense?
>
> Thank you, again.
>
> Kevin LeMaire
>
> In a message dated 4/23/2014 2:07:47 A.M. Central Daylight Time, SHERMAN@hhklawfirm.com writes:
>
> - Shared Expenses are submitted to Liaison Counsel for approval.  Tens of millions of dollars in Shared Expenses were incurred by Common Benefit Attorneys.  Since the Settlement with BP, we have been reimbursed.  Paralegal time is not submitted, billed or reimbursed as a Shared Expense.
>
> - Held Expenses are submitted to Mr. Garrett.  They are being "held".  No one has asked the Court to review, award or order that they be reimbursed to the Common Benefit Attorneys.  But, in any event, to my knowledge, paralegal time has never been submitted as a Held Expense.
>
> - Attorney and Paralegal Time are submitted to Mr. Garrett.  However, Mr. Garrett does not determine whether or how to value such common benefit time.  Those decisions will be made by the Court.  Because PSC / Class Counsel / Common Benefit Attorneys have never made a common benefit fee petition, the Court has had no reason to establish any criteria for how such common benefit time may or may not be valued.

EXHIBIT "G"

**From:** kuhnrod@aol.com [mailto:kuhnrod@aol.com]
**Sent:** Tuesday, April 22, 2014 5:41 PM
**To:** Steve Herman
**Cc:** pgarrett@garrettco.com; jimr@wrightroy.com; jrice@motleyrice.com; duke@williamslawgroup.org; bbarr@levinlaw.com; rgreenwald@weitzlux.com; jbreit@bdbmail.com; rhon.jones@beasleyallen.com; ecabraser@lchb.com; mlundy@lundylawllp.com; pcossich@cossichlaw.com; mpalmintier@dphf-law.com; rtc@cunninghambounds.com; sterbcow@lksalaw.com; mike@mikespy.com; ssummy@baronbudd.com; calvinfayard@fayardlaw.com; ervin@colson.com; Kevin Downey; Don Haycraft
**Subject:** Re: Deepwater Horizon MDL 10-2179

Mr. Herman,

Just so I can be certain I am completely understanding what you've told me, you have no knowledge of any paralegal/legal assistant time being submitted to Mr. Garrett for any reason between December 10, 2010 and the present in connection with the referenced matter?

Kevin LeMaire

*Connected by DROID on Verizon Wireless*

-----Original message-----
**From:** Steve Herman <SHERMAN@hhklawfirm.com>
**To:** "Kuhnrod@aol.com" <Kuhnrod@aol.com>
**Cc:** "pgarrett@garrettco.com" <pgarrett@garrettco.com>, "jimr@wrightroy.com" <jimr@wrightroy.com>, "jrice@motleyrice.com" <jrice@motleyrice.com>, "duke@williamslawgroup.org" <duke@williamslawgroup.org>, "bbarr@levinlaw.com" <bbarr@levinlaw.com>, "rgreenwald@weitzlux.com" <rgreenwald@weitzlux.com>, "jbreit@bdbmail.com" <jbreit@bdbmail.com>, "rhon.jones@beasleyallen.com" <rhon.jones@beasleyallen.com>, "ecabraser@lchb.com" <ecabraser@lchb.com>, "mlundy@lundylawllp.com" <mlundy@lundylawllp.com>, "pcossich@cossichlaw.com" <pcossich@cossichlaw.com>, "mpalmintier@dphf-law.com" <mpalmintier@dphf-law.com>, "rtc@cunninghambounds.com" <rtc@cunninghambounds.com>, "sterbcow@lksalaw.com" <sterbcow@lksalaw.com>, "mike@mikespy.com" <mike@mikespy.com>, "ssummy@baronbudd.com" <ssummy@baronbudd.com>, "calvinfayard@fayardlaw.com" <calvinfayard@fayardlaw.com>, "ervin@colson.com" <ervin@colson.com>, Kevin Downey <KDowney@wc.com>, Don Haycraft <dkhaycraft@liskow.com>
**Sent:** Tue, Apr 22, 2014 21:10:55 GMT+00:00
**Subject:** Deepwater Horizon MDL 10-2179

Since BP has agreed to pay common benefit fees and expenses over and above the Class Members' recoveries, I am not sure why you would have any interest or care, but, for whatever it's worth, paralegal time is submitted with attorney time for whatever

consideration the Court might ultimately give it, when a common benefit fee petition is submitted. It's not (at least to my knowledge) being submitted by firms as a Held Cost, and has definitely not been "reimbursed" as a Shared Expense.

> On Apr 22, 2014, at 11:55 AM, "Kuhnrod@aol.com" wrote:
>
> Mr. Herman:
>
> Please see the attached. It is my reply to your response below.
>
> Thank you.
>
> Kevin LeMaire
>
> In a message dated 4/21/2014 8:44:09 P.M. Central Daylight Time,
SHERMAN@hhklawfirm.com writes:
> Dear Mr. LeMaire,
>
> No common benefit fee petition has been submitted to the Court. No common benefit paralegal or other attorney / staff time has been or is being "reimbursed" or awarded. Ultimately, the Court will establish any guidelines, procedures, protocols and/or other methods to determine whether and how to compensate law firms that have contributed to the common benefit of Economic and/or Medical Class Members and/or other Plaintiffs in MDI 2179 for their efforts. At this point, I think your request (even assuming and without conceding that you have standing and the request is appropriate) is premature.
>
> Thanks.
>
> From: Kuhnrod@aol.com [mailto:Kuhnrod@aol.com]
> Sent: Monday, April 21, 2014 5:13 PM
> Subject: Deepwater Horizon MDL 10-2179
>
> Mr. Herman and Mr. Roy:
>
> Please see the attached correspondence I wish to submit to you regarding the matter referenced above.
>
> Thank you.
>
> Kevin LeMaire
> 16438 Spanish Oaks Boulevard
> Prairieville, LA 70769
> 225.335.5521
> kuhnrod@aol.com
>
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended
> solely for the addressee. Please do not read, copy, or disseminate it unless
> you are the addressee. If you have received it in error, please call us
> (collect) immediately at (504) 581-4892 and ask to speak with the message
> sender. Also, we would appreciate your forwarding the message back to us and
> deleting it from your system. Thank you.
> <20140422 Reply to Stephen Herman.pdf>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message

sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

**From:** Jim Roy [mailto:jimr@wrightroy.com]
**Sent:** Wednesday, May 05, 2010 8:58 AM
**To:** GOP (GULF OIL POLLUTION) -ALL PL. Counsel: Jim Roy
**Subject:** Re: INVITATION TO "THE LAST LOUISIANA SEAFOOD SUPPER"-- Food, Drinks, Fun following the 5PM Meeting Wednesday
**Importance:** High


We have revised the invitation below to include Joe Bruno and Paul Sterbcow on our Host Committee.

### YOU ARE CORDIALLY INVITED TO ENJOY

### WHAT MAY BE

## "*THE LAST LOUISIANA SEAFOOD SUPPER*"

### (Because of the BP Gulf Oil Pollution Disaster)


**WHEN:** IMMEDIATELY FOLLOWING THE 5PM PLAINTIFFS' ATTORNEY MEETING WED. MAY 5th


**WHERE:** 5809 St. Charles Avenue

New Orleans, LA.


**Host Committee**


*Calvin Fayard*

*Bob Wright & Jim Roy*

*Russ Herman & Steve Herman*

*Danny Becnel*

*Jim Garner*

*Jon Andry*

*Glad Jones*

EXHIBIT "H"

*Hunter & Matt Lundy*

*Mike Palmintier & John DeGravelles*

*Pat Morrow*

*Allan Kanner*

*Richard Arsenault*

*Stuart Smith*

*Gerald Maples & Wayne Mumphrey*

*Scott Bickford*

*Mike Veron/Rock Palermo*

*Joe Bruno*

*Paul Sterbcow*

<image001.jpg>

JAMES PARKERSON ROY
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
1-800-375-6186 337-233-3033
Direct Line: 337-593-4190
jimr@wrightroy.com
www.wrightroy.com

Secretary:Sandy
----337-593-4191
sandym@wrightroy.com

Legal Asst: Susan
----337-593-4176
susanl@wrightroy.com