UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | 10-MD-2179<br><br>SECTION:  J |
| This Document Relates to: 12-987 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION OF THE UNITED STATES OF AMERICA
## TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and respectfully moves this Honorable Court for an order substituting Assistant United States Attorney Andre J. Lagarde as counsel of record in the captioned matter, thereby replacing Sharon D. Smith.

Respectfully Submitted:

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*/s/Sharon D. Smith*
SHARON D. SMITH (Roll No. 17146)
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, Louisiana   70130
Telephone:   (504) 680-3004
Email:   sharon.d.smith@usdoj.gov

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2015 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants.  I further certify that I forwarded the foregoing document via facsimile and/or first class mail to all non CM/ECF participants.

*/s/Sharon D. Smith*
SHARON D. SMITH
Assistant U.S. Attorney