UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig Deepwater "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | 10-MD-2179 |
| | * | SECTION:   J |
| This Document Relates to: 12-987 | * * | |
| | * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

**CONSIDERING THE FOREGOING MOTION** to substitute counsel,

**IT IS ORDERED** that the United States of America be allowed to substitute Andre J. Lagarde, Assistant United States Attorney, as counsel of record in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE