UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is claimant Jarrod Burrle's Motion for Leave to Respond to Motion to Return Oil Spill Payments, which essentially a requests an extension of the deadline for responding to the Special Master's motion for return of payments. (Rec. Doc. 14115)

On June 10, 2014, the Special Master filed a motion entitled "Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others." (Rec. Doc. 13010). The Court initially ordered that responses to the Special Master's motion be filed by July 25, 2014. (Rec. Doc. 13025). On August 20, 2014, claimant's counsel moved to enroll as counsel of record in this matter and simultaneously moved for an extension of the response deadline, explaining that counsel "is a newly retained and sole practitioner and has not had an opportunity to adequately prepare a response." (Rec. Docs. 13305, 13306). Both of these filings were marked deficient by the Clerk of Court. On September 4, 2014, claimant's counsel filed a corrected motion to enroll, which the Court granted on September 8, 2014. (Rec. Docs. 13360, 13367). On September 17, 2014, the Special Master filed a consent motion and asked the Court to grant claimant an extension of time to respond to the underlying motion for return of payments. (Rec. Doc. 13404). The Court granted this consent motion and extended the deadline to October 22, 2014. (Rec. Doc. 13423). On November 10, 2014, claimant moved for a second extension of the response deadline because his

counsel "had an out of town family matter to attend, which interfered with his time to properly respond." (Rec. Doc. 13639 at 1). The Court extended the deadline a second time to December 1, 2014. (Rec. Doc. 13668). On February 3, 2015, claimant filed the instant motion, which states that he should be permitted to file a late response because

> Counsel for Defendant has had tremendous problems enrolling on the Lexis file and serve system. Thus he has received no notices and has tried to file documents without success. Also the latest Supreme Court decision will play a roll in the disposition of this case.

(Rec. Doc. 14115 at 2).

The instant motion does not mention the two previous extensions or that it is filed two months after the response deadline. The instant motion does not include a proposed response. The motion also fails to mention that counsel has been officially enrolled as counsel of record since September 8, 2014 and has been retained by claimant since at least August 20, 2014. Consequently, the Court will not grant any further extensions.

Accordingly,

IT IS ORDERED that Jarrod Burrle's Motion for Leave to Respond to Motion to Return Oil Spill Payments (Rec. Doc. 14115) is DENIED.

IT IS FURTHER ORDERED that the Special Master's motion seeking return of payments (Rec. Doc. 13010) is deemed unopposed by Jarrod Burrle.

New Orleans, Louisiana, this 10th day of February, 2015.

_____
United States District Judge