## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig Deepwater "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | 10-MD-2179 <br><br> SECTION:  J |
| This Document Relates to: 12-987 | * * * * * | JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

**CONSIDERING THE FOREGOING MOTION** to substitute counsel,

**IT IS ORDERED** that the United States of America be allowed to substitute Andre J. Lagarde, Assistant United States Attorney, as counsel of record in the captioned matter in place of Sharon D. Smith..

New Orleans, Louisiana this 11th day of February, 2015.

_____
United States District Judge