IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31374
_____

IN RE: DEEPWATER HORIZON

---------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

   Plaintiffs - Appellants - Cross Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

   Defendants-Cross Claimants - Appellants - Appellees - Cross Appellees

BP P.L.C.,

   Defendant - Appellee

v.

TRANSOCEAN, LIMITED,

   Third Party Defendant - Appellee

HALLIBURTON ENERGY SERVICES, INCORPORATED,

   Cross Defendant - Appellee-Cross Appellant

UNITED STATES OF AMERICA,

       Cross Defendant - Appellee

TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRITON ASSET LEASING GMBH,

       Cross Defendants - Appellees - Cross Appellants

STATE OF ALABAMA,

       Claimant - Appellee - Cross Appellant

STATE OF LOUISIANA,

       Claimant - Appellee

-------------------------------------

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

       Defendants - Cross Claimants - Appellants - Cross Appellees

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH,

       Defendants - Cross Defendants - Appellees - Cross Appellants

TRANSOCEAN, LIMITED,

Cross Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 10, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31374    In Re: Deepwater Horizon
                      USDC No. 2:10-MD-2179
                      USDC No. 2:10-CV-2771
                      USDC No. 2:10-CV-4536

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

P.S. to counsel:

Attached is a copy of the Court's official caption. Please carefully review the caption and notify the Clerk's Office within 10 days if any corrections need to be made.

Additionally, counsel is directed to establish a proposed briefing schedule and notify the court of same within 14 days.

Mr. William W. Blevins
Mr. Brad D. Brian
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Matthew Miles Collette
Ms. Ellen J. Durkee
Mr. Miguel Angel Estrada
Mr. Jimmy Roy Faircloth Jr.
Mr. Stephen Joseph Flynn
Mr. Soren E. Gisleson
Mr. Donald Everett Godwin
Mr. Don Keller Haycraft

```
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Corey L. Maze
Ms. Barbara Bell Melton
Mr. Kerry J. Miller
Ms. Anne M. Murphy
Mr. Steven O'Rourke
Mr. Theodore B. Olson
Mr. Frank Anthony Piccolo I
Mr. Steven Lynn Roberts
Mr. James Parkerson Roy
Mr. Robert Alan York
```

```
                              14-31374

IN RE: DEEPWATER HORIZON

-----------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY
PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C., doing
business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

              Plaintiffs - Appellants - Cross Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY,

              Defendants-Cross Claimants - Appellants -
              Appellees - Cross Appellees

BP P.L.C.,

              Defendant - Appellee

v.

TRANSOCEAN, LIMITED,

              Third Party Defendant - Appellee

HALLIBURTON ENERGY SERVICES, INCORPORATED,

              Cross Defendant - Appellee-Cross Appellant

UNITED STATES OF AMERICA,

              Cross Defendant - Appellee

TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.;
TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRITON
ASSET LEASING GMBH,

              Cross Defendants - Appellees - Cross Appellants


STATE OF ALABAMA,

              Claimant - Appellee - Cross Appellant

STATE OF LOUISIANA,

              Claimant - Appellee

-----------------------------------------

UNITED STATES OF AMERICA,

              Plaintiff - Appellee
```

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

        Defendants - Cross Claimants - Appellants - Cross Appellees

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH,

        Defendants - Cross Defendants - Appellees - Cross Appellants

TRANSOCEAN, LIMITED,

        Cross Defendant – Appellee