IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to: 10-8888 | *  CIVIL ACTION<br>*  NO. 2:10-MDL-02179<br>*<br>*  SECTION "J"<br>*  JUDGE BARBIER<br>*<br>*  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs Godfrey Moten (55928) and Leslie Grant Sharper (56032).

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, are hereby withdrawn as counsel of record for Plaintiffs Godfrey Moten (55928) and Leslie Grant Sharper (56032).

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**U.S. DISTRICT COURT JUDGE**