UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico on April 20, 2010<br><br>This Document Relates to *U.S. v. BP<br>Exploration & Prod. Co.*, No. 2:10-cv-04536 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

*   *   *   *   *   *   *   *   *   *   *   *

### ANADARKO PETROLEUM CORPORATION'S 2/12/2015 CUMULATIVE PENALTY PHASE TRIAL EXHIBIT LIST

Defendant Anadarko Petroleum Corporation ("Anadarko") respectfully submits its February 12, 2015 Cumulative Penalty Phase Trial Exhibit List. This list combines the exhibits on Anadarko's supplemental exhibit lists served on January 27, 2015 and January 30, 2015 and the exhibits on its second good faith exhibit list served on December 12, 2014. This list also contains one exhibit not on Anadarko's previous exhibit lists, TREX-280010-R, a version of David Sunding's August 15, 2014 Expert Report that has been redacted in accordance with Judge Barbier's ruling at trial.

As permitted by the September 22, 2014 Order or otherwise under the law, Anadarko respectfully reserves the right to supplement its list with such additional relevant documents it may deem appropriate. Anadarko provides this exhibit list without waiver of any objection it has made or will make to any exhibit that appears on another party's exhibit list and that also appears on Anadarko's list. Anadarko further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed, designated or used at trial by any other party.

DATED: February 12, 2015						Respectfully submitted,

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com
Thomas R. Lotterman
thomas.lotterman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
355 South Grand Avenue
MORGAN, LEWIS & BOCKIUS LLP
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 12, 2015.

              /s/ *Ky E. Kirby*              
              Ky E. Kirby