UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| Nos. 10-8888, 13-2742, 13-2573, 13-2743, 13-2571, 13-2744, 13-2570, 13-2747 | * * | MAGISTRATE SHUSHAN |

### ORDER

Considering the several Motions to Withdraw as Counsel (Rec. Docs. 14172, 14174-14179),

IT IS ORDERED that Ervin A. Gonzalez and the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane P.A. and Bilzin Sumberg Baena Price & Axelrod LLP are hereby withdrawn as counsel of record for all of the Plaintiffs listed below. Additionally, Grossman Roth P.A. is withdrawn as counsel of record for Plaintiff Surfcomber Hotel, Chisholm Properties South Beach, Inc., also listed below.

| Name | Motion to Withdraw (No. 10-md-2179) | Short Form Joinder No. (No. 10-8888) | Other Case No. |
|---|---|---|---|
| Robert Trosset | 14179 | 131145 | 13-2742 |
| Surfcomber Hotel, Chisholm Properties South Beach, Inc. | 14178 | 131144 | 13-2573 |
| Services International Corporation | 14177 | 131129 | 13-2743 |
| On the Flats Promotions, LLC | 14176 | 131138 | 13-2571 |
| Key Largo Fish Market | 14175 | 131137 | 13-2744 |
| Gulf Manufacturing Company | 14174 | 131135 | 13-2570 |

| | | | |
|---|---|---|---|
| Copans Petroleum Developers, Inc. | 14172 | 131127 | 13-2747 |

Because companies, LLCs, corporations, and other juridical entities may not proceed *pro se* (i.e., they must be represented by licensed counsel), the above Plaintiffs, with the exception of Robert Trosset, eventually will have to enroll new counsel of record or their cases may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

**Additional Note to Counsel: Counsel should file a single, omnibus motion in this MDL whenever practical, as opposed to multiple motions that seek the same or similar relief.**

New Orleans, Louisiana, this 12th day of February, 2015.

_____
United States District Judge