IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs Godfrey Moten (55928) and Leslie Grant Sharper (56032). (Rec. Doc. 14191)

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, are hereby withdrawn as counsel of record for Plaintiffs Godfrey Moten (55928) and Leslie Grant Sharper (56032).

New Orleans, Louisiana this 12th day of February, 2015.

_____
United States District Judge