UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 Section: J |
| This Document Applies to: | : : | The Hon. Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | The Hon. Sally Shushan |

NOTICE BY THE SPECIAL MASTER OF
SATISFACTION OF JUDGMENT BY CERTAIN CLAIM PARTICIPANTS

COMES NOW Special Master Louis J. Freeh, providing notice that the Final Judgment entered by the Court on July 16, 2014 [Rec. Doc. 13150], has been satisfied as to Lionel Sutton, III ("Sutton") and Coastal Claims Group, LLC ("CCG"). In support of this notice, the Special Master states as follows:

1. On April 29, 2014, the Court entered an Order & Reasons [Rec. Doc. 12794], finding that Sutton and CCG were jointly and severally liable to make full restitution for $357,002.35 in payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Casey Thonn, with claim participants such as Sutton and CCG "being liable to make restitution only in an amount equal to the fees paid to them." *Id*. at 26.

2. On July 16, 2014, the Court entered Final Judgment in favor of the DHECC and against, *inter alia*, (a) Sutton in the amount of $35,700.23, plus post-judgment interest; and (b) CCG in the amount of $14,280.10, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $357,002.35.

3. On or about July 23, 2014, CCG repaid $14,292.62, inclusive of post-judgment interest, to the DHECC. *See* Ex. A at ¶ 3 (declaration in proof of satisfaction). Pursuant to Local Rule 54.5, the Final Judgment as to CCG has been satisfied.

4. On or about February 2, 2015, Sutton repaid $37,873.00, inclusive of post-judgment interest, to the DHECC. *See* Ex. A at ¶ 4. Pursuant to Local Rule 54.5, the Final Judgment as to Sutton has been satisfied.

5. Pursuant to Fed. R. Civ. P. 60(b)(5), and based upon the restitution in principal of $49,980.33 made by Sutton and CCG, the remaining restitution payable to the DHECC by Thonn and the other claim participants should not exceed $307,022.02. *See Johnson Waste Materials v. Marshall*, 611 F.2d 593, 599 (5th Cir. 1980).

Respectfully submitted,

\_\_\_\_/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:   February 12, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   12th   day of    February   , 2015.

                                         /s/Louis J. Freeh
                                         Louis J. Freeh