# DECLARATION OF ROBERT P. LEVINE

I, Robert P. Levine, for my declaration, state as follows:

1. I am the Chief Financial Officer for the Deepwater Horizon Economic Claims Center ("DHECC").

2. Among my duties, I assist the Claims Administrator in administration of the BP Economic & Property Damages Settlement Trust (the "Trust").

3. On or about July 23, 2014, Coastal Claims Group, LLC paid $14,292.62 to the Trust.

4. On or about February 2, 2015, Lionel Sutton, III, paid $37,873.00 to the Trust.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct. Signed this 12th day of February, 2015, in New Orleans, Louisiana.

Robert P. Levine