UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW, upon consideration of the notice by the Special Master of satisfaction of the Final Judgment entered on July 16, 2014 [Rec. Doc. 13150] as to Lionel Sutton, III ("Sutton") and Coastal Claims Group, LLC ("CCG"), the Court finds:

1. On April 29, 2014, the Court entered an Order & Reasons [Rec. Doc. 12794], finding that Sutton and CCG were jointly and severally liable to make full restitution for $357,002.35 in payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Casey Thonn ("Thonn"), with claim participants such as Sutton and CCG being liable to make restitution only in an amount equal to the fees paid to them.

2. On July 16, 2014, the Court entered Final Judgment in favor of the DHECC and against, *inter alia*, (a) Sutton in the amount of $35,700.23, plus post-judgment interest; and (b) CCG in the amount of $14,280.10, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $357,002.35.

3. On or about July 23, 2014, CCG paid $14,292.62, inclusive of post-judgment interest, to the DHECC.

4. On or about February 2, 2015, Sutton paid $37,873.00, inclusive of post-judgment interest, to the DHECC.

- 2 -

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall note upon the docket sheet of the case that:

1. The Final Judgment as to Coastal Claims Group, LLC, has been satisfied; and

2. The Final Judgment as to Lionel Sutton, III, has been satisfied; and

3. The remaining restitution payable under the Final Judgment to the DHECC by Thonn, AndryLerner, LLC, Jonathan Andry and Glen Lerner shall not exceed $307,022.02.

Signed in New Orleans, Louisiana, this _____ day of February, 2015.

_____
United States District Judge