UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, February 12, 2015]

1. **Bisso Discovery**.

    Plaintiffs described issues arising from the need to change IT providers and an equipment failure. The new provider is in regular communication with BP's provider. Bisso's production is substantially complete. BP confirmed that there was one test production with the new provider and a second test production will be made. If it is satisfactory, it will be in order for plaintiffs to complete the production of documents.

2. **BP Discovery**.

    BP reported that its discovery was delayed by the Penalty Phase trial. It produced some documents. It will produce more documents the week of February 16. It will meet-and-confer with Plaintiffs on any issues with the production.

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

3.  **Next Conference**.

    The next conference will be **Thursday, February 26, 2015, at 1:00 p.m**.

    New Orleans, Louisiana, this 12th day of February, 2015.

                                            **SALLY SHUSHAN**
                                            **U.S. Magistrate Judge**

Q:\Deep Water Horizon\OPA TEST CASES\02.12.16 order conference.docx