UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, February 12, 2015]

1. **Alabama's Document Production.**

    Alabama reported that it has completed its first two productions.  A third production will go out by February 13 and a fourth production by February 20.  At that point it will be more than halfway.  While it can provide a firmer estimate on the completion of production by February 28, it appears that, with the exception "stragglers," production will be complete by mid-March.

    BPXP reported that the technical elements of the production look good.  There were small issues, for example duplicate documents, that were being resolved.

2. **Stipulations**.

    Anadarko reported that it will respond to the latest draft of the stipulation.

3. **Defendant's Motion to Compel Alabama**.

    On December 31, 2014, the Court ruled on Defendants' motion to compel (Rec. Doc. 13962).  At the January 8 conference, Alabama raised issues with three aspects of the order:  (1) state-owned properties in Mobile and Baldwin counties; (2) recurring revenue streams; and (3) chart for grant of $12 million.

    a.    Mobile and Baldwin properties.

    Alabama and BPXP reported on their efforts to narrow the scope of BPXP's request.

    b.    Recurring revenue.

On February 6, Alabama sent BPXP a letter with information. BPXP is assessing Alabama's response.

 c. Chart for $12 million grant.

Alabama will not appeal the Court's order requiring an updated chart. A chart has been prepared.

Alabama and BPXP will continue to work to resolve the first two matters. The deadline for an appeal of the order is **Tuesday, February 24, 2015**. If any additional time is required, the parties shall notify the Court.

**4. Alabama's Motion to Compel Defendants**.

On December 31, 2014, the Court ruled on Alabama's motion to compel Defendants. Rec. doc. 13963. The deadline for an appeal has expired. By February 6, BPXP had complied with part of the order. It anticipates complying with the remaining part by February 13, 2015. Alabama has no objection to this schedule.

**5. State Tax and Revenue Database**.

BPXP reported agreement with Alabama on the database issue, but the documents have not been produced. BPXP will review the production for conformity with the agreement.

**6. Confidential Information**.

Alabama is working to determine whether the information sought by BPXP can be produced in a summary format. The information will have to be keyed by hand.

**7. Alabama's Third Party Discovery**.

Alabama reported that it communicated with counsel for Danos & Curole Marine Contractors. A sample of the documents sought by Alabama will be produced. Alabama is communicating with BPXP regarding Polaris. Alabama anticipates that the issues will be resolved with both contractors and it will not be necessary for the Court to consider the motions to quash.

Alabama and BPXP are in discussion to resolve all confidentiality issues regarding the contractors by BPXP permitting them to produce information sought by Alabama subject to compliance with PTO 13.

8. **BP's Third Party Discovery**.

   a. Retirement System of Alabama. Document production was complete. A deposition will not be required.

   b. University of Alabama. Documents were produced. Some issues are being discussed with the University. The deposition is on hold.

   c. Gulf Coast Visitor's Bureau. Documents are being produced. The deposition is on hold.

   d. Alabama Mountain Lake Bureau. Documents are being produced. The deposition is on hold.

   e. Mobile and Baldwin Counties are working on document production.

9. **Schedule and Motion to Remand.**

Before the next conference, Alabama shall submit a proposed pretrial schedule. BPXP shall respond and redline the portions where there is disagreement.

10. **Next Telephone Conference**.

The next telephone conference is on **Thursday, February 26, 2015, at 11:00 a.m**.

New Orleans, Louisiana, this 12th day of February, 2015.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**