UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** *"Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* | **MDL NO. 2179** <br><br> **SECTION J** |
| *Applies to All Actions and 12-970;* <br> *Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated,* <br> *versus* <br> *BP Exploration & Production, Inc., et al.* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding Notice Plan Requirement of Section 8.1.3 of the Settlement Agreement]**

On February 13, 2015, Patrick A. Juneau, Claims Administrator of the Deepwater Horizon Economic and Property Damage Class Action Settlement, submitted to the undersigned a proposed Notice Plan (Exhibit A) to fulfill the requirement of Section 8.1.3 of the Settlement Agreement mandating a Court-approved reminder notice of the claims filing deadline.

Having reviewed the contents of the Notice Plan and the wording of the proposed notices (Exhibit A, Attachment 3), the Court finds that both are consistent with the goals of the Economic Class Action Settlement Notice Program and specifically Section 8.1.3 of the Settlement Agreement, and, the Notice Plan is APPROVED for immediate implementation.

New Orleans, Louisiana, this 18th day of February, 2015.

                                                      **CARL J. BARBIER**
                                                      **United States District Judge**