**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

**MDL 2179**

**SECTION: "J"**

This Document Applies to:

JUDGE BARBIER
MAG. JUDGE SHUSHAN

No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.

**RESPONSE OF ANDRY LERNER, LLC TO MOTION OF THE SPECIAL MASTER FOR RETURN OF PAYMENTS MADE TO TONY RILEY AND OTHERS**

**NOW INTO COURT**, through undersigned counsel, comes Andry Lerner, LLC, ("Andry Lerner"), who respectfully submits this *Response of Andry Lerner, LLC to Motion of the Special Master for Return of Payments Made to Tony Riley and Others* ("Response"). In support of this Response, Andry Lerner avers as follows:

**INTRODUCTION**

Special Master, Louis J. Freeh, filed a *Motion of the Special Master for Return of Payments Made to Tony Riley and Others* [ECF # 14070] (the "Motion"). In connection with that Motion, the Court required Andry Lerner and others to file a response to the Show Cause Order.

Andry Lerner asserts that the relief requested in the Motion by the Special Master cannot be granted based upon the following:

1) Notwithstanding the Court's Ruling in the Casey Thonn matter, it is the position of Andry Lerner that existing case law does not authorize the Court to enter a judgment requiring Andry Lerner to return its earned fees in the absence of an express finding that Andry Lerner participated in the asserted

{00345717-1}

fraudulent act. Andry Lerner believes that this Court in its Thonn ruling missed an important distinction between the case law cited by the Special Master and that cited by Andry Lerner. The distinction is that the cases relied upon by the Special Master all involved the law firms' clients seeking return of the funds. Andry Lerner has not been able to find any case where a defendant had the legal right to clawback the contingent fee paid to the plaintiff's counsel that was subsequently overturned. The Court in its Thonn ruling missed this distinction and incorrectly held Andry Lerner liable for return of its legal fees received. The Special Master has not asserted in the Motion that Andry Lerner participated in any fraudulent act. In this case, it is difficult to tell if the tax return at issue was filed and just the tax was not paid. The return at issue was prepared by HRB (H&R Block), which raises issues as to whether it was, in fact, filed.

2) For the reasons set forth in its objection to the Thonn clawback motion, Andry Lerner asserts the Court must conduct an evidentiary hearing and find that Andry Lerner was a participant in the alleged fraud before a clawback of Andry Lerner fees can be ordered.

3) The Special Master, for the reasons set forth in the objections to the Courts Show Cause Order in connection with the Freeh report, cannot serve as both a fact finder and an advocate.

## FUNDS RECEIVED BY ANDRY LERNER AND OTHERS

Counsel's review of the distribution sheets and checks reveal the following attorneys received fees out of the Tony Riley awards[1]:

| | |
|---|---|
| Andry Lerner LLC - | $16,409.25 |
| | 16,843.02 |
| | 7,410.00 |
| Palazzo Law Firm - | $4,940.00 |
| | 5,614.35 |
| | 5,469.75 |
| Andry Law Group LLC - | $2,696.33 |
| | 3,187.99 |
| | 3,161.28 |
| Glen Lerner and Associates - | $2,964.00 |
| David Bravo APLC - | $5,469.75 |
| | 5,614.34 |

## THONN RULING

Andry Lerner is mindful of the Court's ruling in the Thonn matter on the legal issue of whether legal authority exists to allow the Court to order a clawback of legal fees paid to contingent fee counsel. A review of the case, cited by the Special Master in Thonn and in this case, involves a client seeking a return of the paid fees from his counsel after an award has been overturned or disallowed due to fraud. The cases cited by Andry Lerner in Thonn namely (*See, Martin v. Lehman*, 658 So.2d 119 (Fla 4th DCA 1995); *Wall v. Johnson*, 80 So.2d 362 (Fla 1995); and *Lay v. Continental Rehabilitation Resources*, 834 So.2d 1159 ( La. Ct. App. 4th Cir 2002); involve suits filed by defendants seeking return of the fees paid. In the cases cited by Andry Lerner, no judgment was rendered against the lawyer while in the cases cited by the Special Master the client was entitled to recover the fees paid. Inasmuch as this case does not

---

[1] This information has been furnished to the Special Master.

involve Tony Riley seeking a return of the fees, the case law cited by the Special Master is not applicable.

Based upon the foregoing, the Court should deny the Motion of the Special Master or alternatively, only require the return of the fees actually paid and retained by Andry Lerner.

**WHEREFORE**, Andry Lerner, LLC respectfully seeks, based on the foregoing, an order from this Court denying the *Motion of the Special Master for Return of Payments Made to Tony Riley and Others* [ECF #14070] or, in the alternative, only require the return of the fees actually paid and retained by Andry Lerner, LLC.

New Orleans, Louisiana this 18th day of February, 2015.

        Respectfully submitted:

        By: */s/Douglas S. Draper*
        Douglas S. Draper (La. Bar #5073)
        Heller, Draper, Patrick, Horn, & Dabney LLC
        650 Poydras Street, Suite 2500
        New Orleans, LA  70130
        Telephone: (504) 299-3300
        Facsimile: (504)299-3399
        ddraper@hellerdraper.com

1317

ANDRY LERNER LLC

3/14/2013

PAY TO THE ORDER OF Andry Lerner LLC

Sixteen Thousand Four Hundred Nine and 25/100

DOLLARS

MEMO Tony Riley/Boat Captain

03/19/2013 1317 $16,409.25


1320

ANDRY LERNER LLC

3/14/2013

PAY TO THE ORDER OF Andry Lerner LLC $16,843.02

Sixteen Thousand Eight Hundred Forty-Three and 02/100 DOLLARS

Andry Lerner LLC

MEMO Tony Riley/Vessel Owner

03/19/2013 1320 $16,843.02



| | |
|---|---|
| Current Date: | January 27, 2015 |
| Account Number: | 719829259 |
| Capture Date: | February 04, 2013 |
| Item Number: | 96380000391924 |
| Posted Date: | February 04, 2013 |
| Posted Item Number: | 320435636 |
| Amount: | 7,410.00 |
| Record Type: | Debit |
| RT Number: | 065000171 |
| Run Number: | 1454 |
| Serial Number: | 12 |
| Batch Number: | 96380003 |
| CL Item Before: | - 800.00 |
| CL Item After: | - 6,240.00 |
| CL Item Info: | - 7,410.00 |
| CL Bundle Amt: | 2,286,421.68 |

ANDRY LERNER LLC
IOLTA
610 BARONNE ST
NEW ORLEANS LA 70113







1256

ANDRY LERNER LLC

2/4/2013

PAY TO THE ORDER OF Palazzo Law Firm $4,940.00

Four Thousand Nine Hundred Forty and 00/100 DOLLARS

Palazzo Law Firm

MEMO Riley, Tony VOO claim

02/11/2013 1256 $4,940.00



ANDRY LERNER LLC
IOLTA ACCOUNT
NEW ORLEANS, LA

1328

3/19/2013

PAY TO THE ORDER OF Palazzo Law Firm $5,614.35

Five Thousand Six Hundred Fourteen and 35/100 DOLLARS

Palazzo Law Firm

MEMO Tony Riley/Vessel Owner

03/28/2013 1328 $5,614.35



1327

ANDRY LERNER LLC
IOLTA ACCOUNT
[illegible]

WHITNEY BANK
NEW ORLEANS, LOUISIANA

[illegible]

3/19/2013

PAY TO THE ORDER OF Palazzo Law Firm $5,469.75

Five Thousand Four Hundred Sixty-Nine and 75/100 DOLLARS

Palazzo Law Firm

MEMO Tony Riley/Boat Captain

03/28/2013 1327 $5,469.75



1257

ANDRY LERNER LLC

2/4/2013

PAY TO THE ORDER OF Andry Law Group LLC $2,696.33

Two Thousand Six Hundred Ninety-Six and 33/100 DOLLARS

Andry Law Group
610 Baronne St
New Orleans, LA 70113

MEMO Riley, Tony expense reimb. VOO claim 20475

02/04/2013 1257 $2,696.33



1321

ANDRY LERNER LLC

3/14/2013

PAY TO THE ORDER OF Andry Law Group LLC $3,187.99

Three Thousand One Hundred Eighty-Seven and 99/100 DOLLARS

Andry Law Group
610 Baronne St
New Orleans, LA 70113

MEMO Riley, Tony/Boat Captain

03/20/2013 1321 $3,187.99

ANDRY LERNER LLC

1316

3/14/2013

PAY TO THE ORDER OF Andry Law Group LLC

Three Thousand One Hundred Sixty-One and 25/100

Andry Law Group
610 Baronne St
New Orleans, LA 70113

MEMO Riley, Tony Boat Captain

03/19/2013 1316 $3,161.25

1115

ANDRY LERNER LLC

NEW ORLEANS, LA

2/4/2013

PAY TO THE ORDER OF Glen Lemerand Associates

$ **2,964.00

Two Thousand Nine Hundred Sixty Four and 00/100 DOLLARS

Glen Lemerand Associates

MEMO Riley, Tony VOO claim

03/28/2013 1115 $2,964.00



03/25/2013 1326 $5,469.75



1329

ANDNY LERNER LLC

3/18/2013

PAY TO THE ORDER OF David D. Bravo, APLC

$5,614.34

Five Thousand Six Hundred Fourteen and 34/100 DOLLARS

David D. Bravo, APLC
610 Baronne Street
New Orleans, LA 70113

MEMO Toby Riley; Vessel Owner

03/25/2013 1329 $5,614.34