## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION: J |
| This Pleading Relates To<br>• Case No. 10-2771<br>   (CA5 Case No. 15-30139) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## PROTECTIVE NOTICE OF APPEAL

In an abundance of caution, and to preserve its rights, the State of Alabama notices its appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Findings of Fact and Conclusions of Law from the Phase 2 Trial.  *See* Rec. Doc. 14021.

1. Alabama incorporates the statement and reservation of rights contained in paragraphs 2-3 of its Protective Notice of Cross-Appeal of the Phase 1 order and applies them equally here. *See* MDL 2179 Rec. Doc. 13947.

2. Alabama is a Cross-Appellant in the Phase 1 appeal, CA5 Case No. 14-31374. Alabama supports the two pending motions to consolidate the Phase 1 and Phase 2 appeals. *See* CA5 Case No. 14-31374 Docs. 512940942, 512942723.  Alabama files the present, protective notice of appeal so that, should consolidation occur, there is no question that Alabama maintains it rights and status as a cross-appellant in the consolidated appeal.

3. Should consolidation be denied, this protective notice shall serve as Alabama's appeal of the Court's Phase 2 ruling.  *See* MDL 2179 Rec. Doc. 14021.

4. The State's notice is timely under Appellate Rule 4(a)(3).

Respectfully submitted on February 23, 2015.

LUTHER J. STRANGE
*Attorney General*

 /s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 23, 2015.

 /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*