UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BYTHE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 12-03179 | * | |
| HANK J. KIFF V. BP AMERICA | * | JUDGE BARBIER |
| PRODUCTION COMPANY | * | MAG. SHUSHAN |

## MOTION TO SEVER

NOW UNTO COURT, through undersigned counsel, comes Plaintiff, Hank J. Kiff, who, for the reasons contained in his Memorandum in Support of Motion to Sever requests his case against BP America Production Company[1] be severed from the ongoing Multidistrict Litigation titled *In re: Oil Psill By The Oil Rig Deepwater Horizon In The Gulf of Mexico On April 20, 2010*, MDL 2179 (the "MDL").

WHEREFORE, Plaintiff, Hank J. Kiff, prays his Motion to Sever be granted, his lawsuit be severed and deconsolidated from the MDL, and this Court order the Clerk to set a scheduling conference for the selection of all dates pertinent to this action. Plaintiff, Hank J. Kiff, prays for all other relief to which he may show himself justly entitled.

*Signature follows–*

---

[1] C.A. No. 4:12-cv-3179, Hank J. Kiff v. BP American Production Company, pending in the U.S. District Court for the Southern District of Texas, Houston Division, on removal from District Court of Harris County, Texas, 61st Judicial District, Case No. 2012-52330.

Respectfully submitted,

**SPAGNOLETTI & CO.**

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:    713 653 5600
Facsimile:      713 653 5656
Email:            mspagnoletti@spaglaw.com

***Attorney for Plaintiff Hank J. Kiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was automatically accomplished on all counsel of record through the CM/ECF Notice of Electronic filing, in accordance with the Federal Rules of Civil Procedure on this 23rd day of February, 2015.

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti