UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BYTHE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 12-03179 | * | |
| HANK J. KIFF V. BP AMERICA | * | JUDGE BARBIER |
| PRODUCTION COMPANY | * | MAG. SHUSHAN |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff, Hank J. Kiff's Motion to Sever will be submitted to the Honorable Carl J. Barbier at 9:30 a.m. on March 11, 2015.

Respectfully submitted,

**SPAGNOLETTI & CO.**

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:   713 653 5600
Facsimile:   713 653 5656
Email:   mspagnoletti@spaglaw.com

*Attorney for Plaintiff Hank J. Kiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was automatically accomplished on all counsel of record through the CM/ECF Notice of Electronic filing, in accordance with the Federal Rules of Civil Procedure on this 23rd day of February, 2015.

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti