UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BYTHE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 4:12-cv-03179; HANK J. KIFF V. BP AMERICA PRODUCTION COMPANY | * * * | JUDGE BARBIER MAG. SHUSHAN |

## ORDER

ON THIS DATE, came on for consideration Hank J. Kiff's Motion to Sever, which is hereby GRANTED. The Clerk of Court is instructed to transfer this matter back to the United States District Court for the Southern District of Texas, Houston Division, C.A. No. 4:12-cv-03179.

IT IS SO ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE