**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       **SECTION J**

Applies to: 10-4536               **JUDGE BARBIER**
                           **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Regarding BPXP Exhibits with Spill Related Costs and Liabilities]**

During the trial of the Penalty Phase, the United States objected to BPXP's use of two demonstratives: (1) D-34605 – BPXP Macondo-Related Liabilities - $40 Billion; and (2) D34606 – Debt and Equity Provided to BPXP by BP Group Due to Spill-Related Costs. The U.S. contends that the demonstratives included costs incurred in BPXP's November 15, 2012 plea agreement with the U.S. BPXP agrees that they include costs that are reflected in the plea agreement. After some discussion, BPXP agreed to revise the demonstratives to meet the objection of the U.S. The parties were unable to resolve the U.S. objection to the exhibits. The parties submitted memoranda. Rec. docs. 14201 and 14202.[1]

BPXP proposes that the following note be added to both demonstratives:

Under its November 15, 2012 plea agreement with the United States, BPXP's payments of $350 million to the National Academy of Sciences (of which $20 million had been paid through 3Q 2014) and $2.394 billion to the National Fish and Wildlife Foundation (of which $400 million had been paid through 3Q 2014) shall have no effect on and are not argued by BPXP to reduce in any way the amount of Clean Water Act penalties.

The U.S. objects to BPXP's proposed resolution. It argues that the demonstratives and the underlying exhibits be admitted subject to its objections, accompanied by a cover page identifying the contested costs and objections.

---

[1] At the request of BPXP, the Court also reviewed a portion of the deposition testimony of Michael T. Robertson with the entirety of his response to a question referred to by the U.S. in its brief at Rec. doc. 14202 at p. 3, n. 7.

For the reasons presented by the U.S., the parties shall follow the procedure proposed by the U.S.

IT IS ORDERED that D34605 and D34606 and underlying exhibits shall be admitted subject to objections.  Each demonstrative and exhibit shall be accompanied by a single cover page identifying the contested costs and objections.

New Orleans, Louisiana, this 24th day of February, 2015.

**CARL J. BARBIER**
**United States District Judge**