UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| DARLEEN J. LEVY | * | CIVIL ACTION NO. 10-1245 |
| VERSUS | * | SECTION "R" (3) |
| TRANSOCEAN, LTD., ET AL. | * | MAG. 3 |

**************************************************************************

**MOTION AND ORDER TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes complainant and complainant's attorney of record, DARLEEN M. JACOBS, who move this Honorable Court to allow MICHAEL J. LABORDE (LBN # 35508) to enroll as co-counsel of record along with DARLEEN JACOBS, on complainant's behalf in the above referenced matter.

Respectfully submitted,

s/ Darleen M. Jacobs

_____
DARLEEN M. JACOBS, bar # 7208
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155
COUNSEL for Complainant

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by THE COURT'S ELECTRONIC Mail system, this 24TH day of FEBRUARY, 2015.

__s/ Darleen M. Jacobs_____

DARLEEN JACOBS