UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| DARLEEN J. LEVY | * | CIVIL ACTION NO.  10-1245 |
| VERSUS | * | SECTION "R" (3) |
| TRANSOCEAN, LTD., ET AL. | * | MAG.  3 |

====================================================================

**ORDER**

Considering the foregoing motion,

IT IS ORDERED THAT MICHAEL J. LABORDE, be, and the same is hereby added as co-counsel of record for the plaintiff in the above captioned matter.

This _____day of _____, 2015, at NEW ORLEANS, LOUISIANA.

_____

UNITED STATES DISTRICT JUDGE