UNITED STATES DISTRICT COURT

**EASTERN DISTRICT FOR LOUISIANA**

| | | |
|---|---|---|
| DARLEEN J. LEVY, ET AL. | * | CIVIL ACTION NO. 13-737 |
| VERSUS | * | SECTION "J" (1) |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | * | MAG. 1 |

==================================================================

**ORDER**

  Considering the foregoing motion,

  IT IS ORDERED THAT MICHAEL J. LABORDE, be, and the same is hereby added as co-counsel of record for the plaintiff in the above captioned matter.

This _____ day of _____, 2015, at NEW ORLEANS, LOUISIANA.

                         _____

                         UNITED STATES DISTRICT JUDGE