**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

_____

## <u>ORDER</u>

### [Regarding Production of Mutually Accessible Materials]

The purpose of this Order is to establish procedures for the production of materials that are accessible to the BP Defendants and Alabama through mutually available electronic collections.

A.  <u>Definitions</u>

The terms used in this order are defined as follows:

1.  The term "Mutually Accessible Materials" refers to any materials that are accessible to both the BP Defendants and Alabama through mutually available electronic collections, including but not limited to SharePoint Sites.

2.  The term "Party" refers to the BP Defendants and/or Alabama.

B.  <u>Production of Mutually Accessible Materials</u>

The BP Defendants and Alabama will have no obligation to produce responsive Mutually Accessible Materials and such materials will be deemed to have been produced in the litigation.  To the extent an expert considers Mutually Accessible Materials in forming the expert's opinion, the

expert's report should specifically identify such materials, including by Bates or deposition exhibit number or other identifying information for the material, in a manner sufficient to enable a Party to locate all such materials.

Notwithstanding the foregoing, the Parties may be obligated to produce Mutually Accessible Materials under the following circumstances:

1. Materials that were once accessible through mutually available electronic collections but have since been removed are not considered to be equally accessible to the Parties, and a Party would be obligated to produce such documents, in its possession, that are responsive and are discovered after conducting a reasonable search.

2. If a Party has a good faith belief that certain materials are Mutually Accessible Materials, but discovers, after a reasonable search, that such materials are not accessible to the Party through mutually available electronic collections, then that Party may request the production of such materials.  If the materials are responsive, the Party in possession of such materials will produce the materials or otherwise make them available to the requesting Party.  This provision does not apply to materials obtained solely as a result of an investigation into either Parties' claims or defenses in this case.

New Orleans, Louisiana, this 24th day of February, 2015.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**