UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| DARLEEN J. LEVY, ET AL. | * | CIVIL ACTION NO. 13-786 |
| VERSUS | * | SECTION "J" (1) |
| TRANSOCEAN, LTD., ET AL. | * | MAG. 1 |
| . | * | **MDL NO. : 2179** |

================================================================

**ORDER**

Considering the foregoing motion,

IT IS ORDERED THAT MICHAEL J. LABORDE, be, and the same is hereby added as co-counsel of record for the plaintiff in the above captioned matter.

This _____ day of _____, 2015, at NEW ORLEANS, LOUISIANA.

_____

UNITED STATES DISTRICT JUDGE