# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| No. 10-2771 | * * | Honorable CARL J. BARBIER |
| | * * * | Magistrate Judge SHUSHAN |

## ADDITIONAL DESIGNATIONS OF RECORD
## BY PLAINTIFFS AND CLAIMANTS-IN-LIMITATION
## <u>FOR APPEAL IN FIFTH CIRCUIT CASE NO. 14-31374</u>

In addition to the JOINT DESIGNATIONS [Rec. Doc. 14217], Plaintiffs and Claimants-in-Limitation respectfully designate the following portions of the record in MDL 2179 (Case No. 2:10-md-2179), including all attachment and exhibits, as well as the complete "Source Control" record from the Phase Two trial evidence, which was certified in Record Entry 11944:

## MDL 2179 Docket Entries
### (Case No. 2:10-md-2179-CJB-SS)

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11087 | 8/22/2013 | ORDER Regarding Presentation of Evidence in Phase Two Trial. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec, ) (Entered: 08/22/2013) |
| MDL 2179 | 11560 | 9/30/2013 | Minute Order. Proceedings held before Judge Carl Barbier: Bench Trial begun on 9/30/2013. The Court addresses change of trial schedule: (1) Trial will not be held on Monday, October 14, 2013, (2) Trial will be held on Friday, October 18, 2013, and (3) the Court plans to recess trial at noon on Wednesday, October 16, 2013. Opening statements by the Parties. Sequestration of fact witnesses is ORDERED. Court will resume on Tuesday, October 1, 2013 at 8:00 a.m. (Court Reporter Cathy Pepper/Toni Tusa.) (Reference: 10-2179, 10-2771, 10-4536)(sek, ) (Entered: 10/02/2013) |
| MDL 2179 | 11570 | 10/1/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Bench Trial held on 10/1/2013. (Court Reporter Cathy Pepper/Toni Tusa.) (Attachments: # 1 list of exhibits/demonstratives, # 2 list of deposition bundles and bundle exhibits) (Reference: 10md2179, 10-2771, 10-4536)(sek, ) (Entered: 10/03/2013) |
| MDL 2179 | 11585 | 10/2/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Bench Trial held on 10/2/2013. BP's Motion for Judgment on Partial Findings pursuant to Rule 52(c) # 11559 : ORDERED ruling deferred; Aligned Parties' response due by Monday, October 7, 2013 at 5:00 p.m. (Court Reporter Cathy Pepper/Toni Tusa.) (Attachments: # 1 list of exhibits/demonstratives) (Reference: 10md2179, 10-2771, 10-4536)(sek, ) (Entered: 10/04/2013) |
| MDL 2179 | 11600 | 10/3/2013 | Minute Entry for proceedings held before Judge Carl |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Barbier: Bench Trial held on 10/3/2013. (Court Reporter Cathy Pepper/Toni Tusa.) (Attachments: # 1 list of exhibits/demonstratives, # 2 Aligned Parties' list of bundle exhibits re James Wellings, # 3 BP's list of deposition bundles for Phase 2 trial, # 4 BP's list of bundle exhibits for Phase 2 trial) (Reference: 10md2179, 10-2771, 10-4536)(sek, ) (Entered: 10/07/2013) |
| MDL 2179 | 11944 | 11/7/2013 | Minute Entry for proceedings held before Magistrate Judge Sally Shushan: Final Marshaling Conference regarding Non-Jury Trial Phase II held on held on 11/7/2013. (Court Reporter Karen Ibos.) (Attachments: # 1 Conference Attendance Record, # 2 list of exhibits/demonstratives, # 3 Phase II Final Marshaling List by Witness, # 4 Phase II Final Marshaling List by Chronological by dmission, # 5 Phase II Deposition Bundle Deponent List, # 6 Bundle Exhibit List, # 7 Bundle Exhibit List, # 8 Bundle Exhibit List, # 9 Category 2 and Category 4 Exhibit Lists, # 10 Physical Demonstratives List) (Reference: 10md2179, 10-2771, 10-4536)(sek, ) (Entered: 12/06/2013) |
| MDL 2179 | 12038 | 12/20/2013 | POST TRIAL BRIEF *re Phase Two* by Plaintiffs and Claimants- in-Limitation For the Phase Two Limitation and Liability Trial. (Reference: No. all cases including, 10-2771, 10-4536)(Herman, Stephen) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12039 | 12/20/2013 | Proposed Findings of Fact & Conclusions of Law [Limitation and Liability Trial] by Plaintiffs and Claimants-in-Limitation, including the State of Alabama and the State of Louisiana. (Reference: All Cases (including No. 10-2771, 10-4536))(Herman, Stephen) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12040 | 12/20/2013 | POST TRIAL BRIEF *of Transocean and Halliburton re Phase Two with Respect to the Source Control Segment*. (Reference: ALL CASES)(Miller, Kerry) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12041 | 12/20/2013 | Proposed Findings of Fact & Conclusions of Law re |

3

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Phase Two with respect to the Source Control Segment by Defendants Transocean and Halliburton Energy Services, Inc. (Reference: ALL CASES)(Miller, Kerry) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12043 | 12/20/2013 | Proposed Findings of Fact & Conclusions of Law re Phase Two by Aligned Parties,Plaintiffs, Claimants-in-Limitation, including the State of Alabama and the State of Louisiana . (Reference: ALL and 10-2771)(Godwin, Donald) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12045 | 12/20/2013 | POST-TRIAL BRIEF OF DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP p.l.c. re Source Control. (Reference: All Cases)(Haycraft, Don) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12046 | 12/20/2013 | Renewed MOTION for Judgment on Partial Findings: Source Control, by DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.LC. (Attachments: # 1 Memorandum in Support)(Reference: All Cases)(Haycraft, Don) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12047 | 12/20/2013 | Proposed Findings of Fact & Conclusions of Law by Defendants BP and Anadarko. (Reference: All Cases)(Haycraft, Don) Modified text on 12/23/2013 (sek, ). (Entered: 12/20/2013) |
| MDL 2179 | 12214 | 1/24/2014 | POST-TRIAL REPLY BRIEF *(Phase Two Reply Brief)* by Plaintiffs and Claimants-in-Limitation, including the State of Alabama and the State of Louisiana. (Reference: All Cases (including 10-2771, 10-4536))(Herman, Stephen) Modified on 1/27/2014 (gec, ). (Entered: 01/24/2014) |
| MDL 2179 | 12226 | 1/24/2014 | POST-TRIAL REPLY BRIEF *(Source Control)* by |

4

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Reference: All Cases)(Haycraft, Don) Modified on 1/27/2014 (gec, ). (Entered: 01/24/2014) |
| MDL 2179 | 12232 | 1/24/2014 | REPLY BRIEF *with Respect to the Phase Two Source Control Segment* by Defendants Transocean, Halliburton Energy Services, Inc. (Reference: ALL CASES)(Miller, Kerry) Modified on 1/27/2014 (gec, ). (Entered: 01/25/2014) |
| MDL 2179 | 12772 | 4/29/14 | TRANSCRIPT of Phase Two Nonjury Trial- Morning Session held on September 30, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12773 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Afternoon Session held on September 30, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12774 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Morning Session held on October 1, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, |

5

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12775 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Afternoon Session held on October 1, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12776 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Morning Session held on October 2, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12777 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Afternoon Session held on October 2, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court |

6

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12780 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Morning Session held on October 3, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 12781 | 4/29/2014 | TRANSCRIPT of Phase Two Nonjury Trial-Afternoon Session held on October 3, 2013 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/28/2014. (Reference: 10-2771 & 10-4536)(rsg) (Entered: 04/29/2014) |
| MDL 2179 | 13488 | 10/10/2014 | EXPARTE/CONSENT MOTION for Entry of Judgment under Rule 54(b) by Defendant BP p.l.c. (Attachments: # 1 Memorandum in Support of Motion for Rule 54(B) Entry of Final Judgment, # 2 Proposed Order)(Reference: 10-2771 and All Cases)(Haycraft, Don) Modified on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 10/10/2014 (gec). (Entered: 10/10/2014) |
| MDL 2179 | 13519 | 10/18/2014 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs and Claimants-in-Limitation, including the State of Alabama and the State of Louisiana re 13488 MOTION for Entry of Judgment under Rule 54(b) . (Reference: 10-2771)(Herman, Stephen) Modified on 10/20/2014 (gec). (Entered: 10/18/2014) |
| MDL 2179 | 13523 | 10/20/2014 | RESPONSE/MEMORANDUM in Opposition filed by the United States re 13488 MOTION for Entry of Judgment under Rule 54(b) *by Defendant BP p.l.c.* (Reference: ALL CASES)(Underhill, R) Modified on 10/21/2014 (gec). (Entered: 10/20/2014) |
| MDL 2179 | 13605 | 11/3/2014 | ORDER denying 13488 BP p.l.c.'s Motion for Entry of Judgment under Rule 54(b). Signed by Judge Carl Barbier on 11/3/14. (Reference: 10-2771 and all cases)(sek) (Entered: 11/03/2014) |
| MDL 2179 | 14021 | 1/15/2015 | FINDINGS OF FACT AND CONCLUSIONS OF LAW - Phase Two Trial. Signed by Judge Carl Barbier on 1/15/15.(Reference: 10-2771, 10-4536)(sek) (Entered: 01/15/2015) |
| MDL 2179 | 14170 | 2/9/2015 | AMENDED NOTICE OF APPEAL or, Alternatively, Notice of New Appeal by All Plaintiffs and Claimants-in-Limitation *re Phase One and Phase Two Trial Findings (Rec. Docs.* 13355 *,* 14021 *) (USCA No. 14-31374)*. (Filing fee $ 505 receipt number 053L-4744346) (Reference: No. 10-2771)(Herman, Stephen) Modified on 2/10/2015 (gec). Modified on 2/10/2015 (gec). (Entered: 02/09/2015) |

8

This 24th day of February, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Liaison Counsel for Plaintiffs* | *Co-Liaison Counsel for Plaintiffs* |

### PLAINTIFF STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH
501 Broad Street
Lake Charles, LA  70601

San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

 We hereby certify that the above and foregoing Designations will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and with the Clerk of Court for the U.S. Fifth Circuit Court of Appeals by using the Fifth Circuit's electronic filing system, and providing notice to all appeal counsel of record, on this <u>24th</u> day of <u>February</u>, <u>2015</u>.

                <u>/s/ Stephen J. Herman and James Parkerson Roy</u>