UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 |
| Relates to:   11-1783 | * * | |
| PIERRE MABILE | * * | |
| Plaintiff | * * | |
| VERSUS | * * * | JUDGE |
| BP, P.L.C., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., AND BP AMERICAN PRODUCTION COMPANY | * * * * * | CARL BARBIER MAGISTRATE SALLY SHUSHAN |
| Defendants | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT comes Plaintiff, Pierre Mabile, who files this Motion to Substitute Counsel of Record.  Plaintiff respectfully requests that John T. Balhoff, II and Eric J. Blevins of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be substituted as counsel of record in place of Paul R. Trapani, III.  Attorneys James M. Garner, Martha Y. Curtis, and Larry N. Guy will remain as Plaintiff's counsel of record.

Respectfully submitted,

/s/ James M. Garner
_____
**JAMES M. GARNER # 19589**
**MARTHA Y. CURTIS # 20446**
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100

and

**LARRY N. GUY # 25693**
2321 Drusila Lane, Suite C
Baton Rouge, Louisiana 70809

**ATTORNEYS FOR PIERRE MABILE**

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion to Substitute Counsel of Record has been served on all counsel by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2015.

/s/ James M. Garner
_____
JAMES M. GARNER