UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 |
| Relates to:    11-1783 | * * | |
| PIERRE MABILE | * * | |
| Plaintiff | * * | |
| VERSUS | * * | |
| BP, P.L.C., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., AND BP AMERICAN PRODUCTION COMPANY | * * * * * | JUDGE CARL BARBIER MAGISTRATE SALLY SHUSHAN |
| Defendants | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion to Substitute Counsel of Record filed by Plaintiff, Pierre Mabile (11-1783);

**IT IS ORDERED** that the Motion to Substitute Counsel of Record is **GRANTED** and John T. Balhoff, II and Eric J. Blevins of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. are hereby substituted as counsel of record for Pierre Mabile in place of Paul R. Trapani, III.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
DISTRICT JUDGE CARL J. BARBIER