IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31321
_____

IN RE: DEEPWATER HORIZON

_____

CAMERON INTERNATIONAL CORPORATION,

      Plaintiff - Appellant - Cross - Appellee

v.

LIBERTY INSURANCE UNDERWRITERS, INCORPORATED, also known as Liberty International Underwriters,

      Defendant - Appellee - Cross - Appellant

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

     IT IS ORDERED that the unopposed motion of appellant–cross–appellee to view sealed portions of the record on appeal is GRANTED.

                                 /s/Edith H. Jones_____
                                   EDITH H. JONES
                             UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

February 20, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-31321     In re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-311

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Mitchell J. Auslander
Ms. Judy Y. Barrasso
Ms. Carmelite M. Bertaut
Mr. William W. Blevins
Mr. Kevin Graham Cain
Ms. Celeste Ruth Coco-Ewing
Mr. Robert G. Dees
Ms. Abigayle Clary McDowell Farris
Ms. Catherine Fornias Giarrusso
Mr. Levon G. Hovnatanian
Mr. Jeffrey B. Korn
Mr. Christopher Weldon Martin
Mr. Phillip A. Wittmann

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.