UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MASTER DOCKET NO. 10-MD-2179 |
| Relates to:   11-1783 | |
| PIERRE MABILE | |
| Plaintiff | |
| VERSUS | |
| BP, P.L.C., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., AND BP AMERICAN PRODUCTION COMPANY | JUDGE CARL BARBIER |
| | MAGISTRATE SALLY SHUSHAN |
| Defendants | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Substitute Counsel of Record filed by Plaintiff, Pierre Mabile (11-1783);

**IT IS ORDERED** that the Motion to Substitute Counsel of Record is **GRANTED** and John T. Balhoff, II and Eric J. Blevins of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. are hereby substituted as counsel of record for Pierre Mabile in place of Paul R. Trapani, III.

New Orleans, Louisiana this 27th day of February, 2015.

_____
United States District Judge