UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>                 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, February 26, 2015]

1. **Alabama's Document Production.**

Alabama reported that it completed four productions. The fourth production went out before the start of the February 26 telephone conference. It anticipates at least two more productions with March 20 as its deadline for substantial completion of document production.

BPXP reported that there was a duplication rate of about 25% in the first three productions. This increases the processing time required before BPXP can review documents. So far most of the documents were from two custodians in the Department of Environmental Management and the majority of the production was similar to what BPXP had seen from production last October. It is currently unable to assess whether the sufficiency issues raised in October were addressed.

Alabama reported that production nos. 4, 5 and 6 will be from other departments.

2. **Stipulations**.

Anadarko submitted a proposal to Alabama shortly before the start of the February 26 conference. Alabama reported that the proposal contained a footnote with language found in prior versions of the stipulations and that the language is objectionable.

If the parties cannot agree on the terms of the stipulation, Anadarko remains as a party. The parties are not required to continue negotiations if they are at an impasse.

3. **Defendants' Motion to Compel Alabama**.

On December 31, 2014, the Court ruled on Defendants' motion to compel (Rec. Doc. 13962). Two matters remain at issue.

A. State-owned properties in Mobile and Baldwin counties. BPXP identified 150 to 160 properties of interest to it. The list is being reviewed by Alabama departments. Alabama will respond to BPXP before the March 12 status conference.

B. Recurring revenues. Alabama raised the issue of the scope of the order concerning recurring revenues. The example cited by it concerned recurring revenues for hunting licenses.

If BPXP's request for production ("RFP") was limited to particular state agencies, the Court's order regarding recurring revenues is limited to those state agencies. If BPXP believes it needs information on recurring revenues from an agency not included in the RFP, it shall: (1) submit the request to Alabama; (2) meet-and-confer to resolve any objection by Alabama; and (3) if unable to agree, present the issue to the Court with BPXP's demonstration of good cause.

4. **Alabama's Motion to Compel Defendants**.

On December 31, 2014, the Court ruled on Alabama's motion to compel Defendants. Rec. doc. 13963. The deadline for an appeal expired. BPXP produced the information. Alabama reported that it is reviewing the BPXP production. There are no issues at this time.

5. **State Tax and Revenue Database**.

This issue is resolved pending BPXP's review of Alabama's production.

6. **Confidential Information**.

Alabama produced a spread sheet from the Department of Labor.  A similar spreadsheet will be available from another department.  BPXP expected that the parties will be able to resolve the confidential information issue.

7. **Alabama's Third Party Discovery**.

Alabama and BPXP are communicating on Polaris.  Production from Danos & Curole has been delayed.

CrowderGulf, a BPXP contractor, shall produce documents as requested and subject to PTO 13.

8. **BP's Third Party Discovery**.

BPXP reported no change in the status of its third party discovery since February 12.

A.  University of Alabama.  Documents were produced.  Some issues are being discussed with the University.  The deposition is on hold.

B.  Gulf Coast Visitor's Bureau.  Documents are being produced.  The deposition is on hold.

C.  Alabama Mountain Lake Bureau.  Documents are being produced.  The deposition is on hold.

D.  Mobile and Baldwin Counties are working on document production.

E.  Retirement System of Alabama.  Production is complete. A deposition is not required.

9. **Schedule and Motion to Remand.**

On February 17, Alabama submitted a proposed scheduling version.  BPXP responded on February 26.  The Court will examine the submissions and prepare a schedule.

On February 26, Alabama submitted an email summarizing four points of contention for discussion.

A. Identification of general subject areas of expert opinions and testimony before depositions commence. The parties shall meet for about an hour and share areas of testimony for their experts. The parties are not required to share the methodologies employed by the experts or their projected results. The information shared is not binding.

B. BPXP's identification of grants and payments (if any) it intends to introduce as evidence of a credit, mitigation, and/or a set-off counterclaim. There was agreement that only the five grants identified in Alabama's discovery responses are at issue. While BPXP is entitled to know how the money was spent in connection with the mitigation issue, Alabama is not required to provide extreme detail on these expenditures. The December 31, 2014 order on defendants' motion to compel found that sufficient detail was provided on some of the grants. Rec. doc. 13962. In determining the appropriate level of detail, the parties should look to the December 31 order for guidance. However, just as with the recurring revenue issue, there may be some instances where additional detail is warranted.

C. A 45-day period to test the sufficiency of document production, prior to the commencement of fact depositions. This shall be limited to 21 days. If more time is needed for a particular production, the party may request it.

D. The schedule for Alabama's motion to remand. The Court will issue an order for briefing of Alabama's Motion for Suggestion of Remand.

10. **Next Telephone Conference**.

    The next telephone conference is on **Thursday, March 12, 2015, at 11:00 a.m**.

    New Orleans, Louisiana, this 27th day of February, 2015.

                                                    **SALLY SHUSHAN**
                                          **United States Magistrate Judge**