UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, February 26, 2015]

1. **Bisso Production**.

The parties reported significant progress on Bisso's document production. Approximately 13,000 documents were produced in Production Nos. 501 and 502. While there are minor issues, there are no significant issues. Production Nos. 503 and 504 with about 20,000 documents were received by BPXP on February 25. Assuming only minor issues are found in these productions, plaintiffs anticipate certifying Bisso production, including privilege logs and custodial files, as complete by March 12. Thereafter, the other OPA plaintiffs can start production.

2. **Bisso Depositions**.

Bisso reported that it knows who BPXP wants to depose. After BPXP goes through the Bisso documents production, there may be changes to the list of Bisso representatives to be deposed.

At the March 12 conference the parties will be prepared to discuss the status of Bisso's

---

[1] The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

production, deadlines for motions to compel, and dates for depositions of Bisso representatives.

3. **BPXP Document Production**.

The plaintiffs need another week to assess BPXP's document production. BPXP reports that the production is nearly complete. The parties shall meet-and-confer on any issues on the production.

At the March 12 conference, they will report on the status of BPXP's production for all of the OPA test case plaintiffs.

4. **BPXP Depositions**.

At the March 12 conference, the parties shall report on the status of compilation of a list of BPXP representatives sought by Bisso as well as other OPA test case plaintiffs. Depositions of BPXP representatives shall be cross-noticed by each OPA test case plaintiff. The OPA test case plaintiffs shall agree on a common Rule 30(b)(6) notice for BPXP.

5. **Next Conference**.

The next conference will be **Thursday, March 12, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 27th day of February, 2015.

                                                  **SALLY SHUSHAN**
                                         **United States Magistrate Judge**