IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Magistrate Judge SHUSHAN |

**JOINT SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL
<u>IN FIFTH CIRCUIT CASE NO. 14-31402</u>**

*Counsel Listed on the Final Page*

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14125 | 02/04/2015 | Manual Attachment Received pursuant to 14002 Order on Motion to Seal Document. (Reference: 12-970)(gec) (Additional attachment(s) added on 2/3/2015: # 1 SEALED, # 2 SEALED, # 3 SEALED, # 4 SEALED, # 5 SEALED, # 6 SEALED, # 7 SEALED) (gec). (Entered: 02/03/2015) |

March 2, 2015                                                    Respectfully submitted,


                                                             __/s/_Kevin R. Dean _____

                                                         Joseph F. Rice
                                                         Kevin R. Dean
                                                         Frederick C. Baker
                                                         Lisa M. Saltzburg
                                                         MOTLEY RICE LLC
                                                         28 Bridgeside Blvd.
                                                         Mount Pleasant, SC 29464
                                                         Telephone: (843) 216-9000
                                                         Facisimile: (843) 216-9450
                                                         jrice@motleyrice.com
                                                         kdean@motleyrice.com
                                                         fbaker@motleyrice.com
                                                         lsaltzburg@motleyrice.com


                            *Attorneys for Solomon Fleischman and Kevin Smith.*
                            _____

                                                                 /s/_Don K. Haycraft_____

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft |
| J. Andrew Langan, P.C. | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| andrew.langan@kirkland.com | dcreid@liskow.com |

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com
tom.weir@kirkland.com

                                    ***Attorneys-in-Charge for Defendants BP Exploration &***
                                    ***Production Inc., BP Products North America Inc., and***
                                                      ***BP Corporation North America Inc.***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 2nd day of March, 2015.

                                      /s/ *Kevin R. Dean*
                                      Kevin R. Dean