UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf  of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| Related to:   12-968 BELO                    in MDL No. 2179 | * * * * | JUDGE BARBIER  CHIEF MAGISTRATE  JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LEROY G. WILSON, JR., | * * | CIVIL ACTION NO. 14-2730 |
| PLAINTIFF, | * * | |
| VERSUS | * * | |
| BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY | * * * | JUDGE BARBIER  CHIEF MAGISTRATE  JUDGE WILKINSON |
| DEFENDANT. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### BP'S MOTION FOR LEAVE TO FILE
### MOTION TO STRIKE JURY TRIAL DEMAND

For the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. and BP America Production Company (collectively "BP") respectfully move for leave to file a Motion To Strike Plaintiff's Demand for a Jury Trial in the Back-End Litigation Option ("BELO") lawsuit *Leroy G. Wilson v. BP Exploration & Production Inc. & BP America Production Company,* Civil Action No. 14-2730. **Plaintiff's counsel consents to this Motion.**

BP requests this Court's leave to file this motion, which is not expressly authorized under the Court's BELO Case Management Order ("CMO"), but which addresses the

common legal issue of whether Plaintiffs in BELO lawsuits are entitled to a jury trial.[1] This issue may recur as additional BELO lawsuits are filed, rendering it most appropriate for this MDL Court to decide the question.[2] This Court is also best-suited to resolve this issue because of its prior rulings in this complex MDL proceeding that directly bear on the issue presented.

In addition, the CMO contemplates that BELO lawsuits may be transferred to other District Courts or assigned to other judges within this District. Because the issue herein also bears upon future BELO lawsuits that may be filed, and because of this Court's familiarity with the relevant procedural history, BP requests that this Court decide this Motion *prior* to any transfer or reassignment of this BELO lawsuit.

## CERTIFICATION OF COUNSEL

I certify that on February 26, 2015, I initiated a conference call with the following participants: David Kervin (counsel for Plaintiff Wilson); Craig T. Downs, Ramon Guillen, and Stephen Marasia (counsel for Plaintiff Heimgartner); and J. Tracey Rogers and Cathie McEldowney (who, along with myself, are Defense Liaison Counsel for the BELO cases). Plaintiffs' Liaison Counsel was invited to participate but did not do so.

On the call, Wilson's counsel, Mr. Kervin, consented to the filing of this motion for leave of Court. He did not consent to withdrawal of his jury demand. Heimgartner's

---

[1] BELO Cases Initial Proceedings Case Management Order, § IV (Jan. 30, 2015) [Case 2:10-md-2179, Rec. Doc. 14099]; *Wilson* Initial Proceedings Case Management Order, § IV (Jan. 30, 2015) [Case 2:14-cv-2730, Rec. Doc. 6].

[2] A second BELO complaint had also included a jury demand. *See Leonard J. Heimgartner v. BP Exploration & Production, Inc. and BP America Production Co.* [Case 2:14-cv-2778, Rec. Doc. 4]. However, on February 26, 2015, Mr. Heimgartner moved to voluntarily dismiss his complaint without prejudice, thus mooting the issue with respect to that case. *Id.* [Rec. Doc. 9].

2

counsel, Mr. Downs, indicated that his client had moved to dismiss his complaint and did not take a position on the motion.

                                                                                     */s/ Kevin M. Hodges*

March 2, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ J. Tracey Rogers* | */s/ Kevin M. Hodges* |
| J. Tracey Rogers | Kevin M. Hodges |
| BP AMERICA INC. | WILLIAMS & CONNOLLY LLP |
| 501 Westlake Park Boulevard | 725 Twelfth Street, N.W. |
| Houston, TX  77079 | Washington, D.C. 20005 |
| Telephone:  (281) 366-2000 | Telephone:  (202) 434-5000 |
| Telefax:  (312) 862-2200 | Telefax:  (202) 434-5029 |
| | |
| | */s/ Catherine Pyune McEldowney* |
| | Catherine Pyune McEldowney |
| | MARON MARVEL BRADLEY & ANDERSON LLC |
| | 1201 North Market Street, Suite 900 |
| | Wilmington, DE 19801 |
| | Telephone:  (302) 425-5177 |
| | Telefax:  (302) 425-0180 |
| | |
| | */s/ Don K. Haycraft* |
| | Don K. Haycraft (Bar #14361) |
| | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| | New Orleans, LA 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of March, 2015.

/s/ Don K. Haycraft
Don K. Haycraft
