## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| Related to:   12-968 BELO | * | **JUDGE BARBIER** |
| in MDL No. 2179 | * | |
| | * | **CHIEF MAGISTRATE** |
| | * | **JUDGE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **LEROY G. WILSON, JR.,** | * | |
| | * | **CIVIL ACTION NO. 14-2730** |
| PLAINTIFF, | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION** | * | **JUDGE BARBIER** |
| **INC. AND BP AMERICA PRODUCTION** | * | |
| **COMPANY** | * | **CHIEF MAGISTRATE** |
| | * | **JUDGE WILKINSON** |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of BP's Motion for Leave To File Motion To Strike Jury Trial Demand ("Motion") and memorandum in support thereof, and Plaintiff Wilson's consent thereto:

IT IS HEREBY ORDERED that BP's Motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of March, 2015

_____
**UNITED STATES DISTRICT JUDGE**