UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY G. WILSON, JR., | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 14-2730 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY, | * * * | JUDGE BARBIER |
| | * | CHIEF MAGISTRATE |
| | * | JUDGE WILKINSON |
| DEFENDANTS. | * | |
| | * | |
| Related to:   12-968 BELO | * | |
| in MDL No. 2179 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### BP'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR A JURY TRIAL

Pursuant to the Court's (i) Order and Reasons as to Motion to Dismiss the B3 Master Complaint (Sept. 30, 2011) [Case 2:10-md-2179, Rec. Doc. 4159], (ii) Preliminary Approval Order as to the Proposed Medical Benefits Class Action Settlement (May 2, 2012) [Case 2:10-md-2179, Rec. Doc. 6419], and (iii) Order and Reasons Granting Final Approval of the Medical Benefits Class Action Settlement (Jan. 11, 2013) [Case 2:10-md-2179, Rec. Doc. 8217], and for the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. and BP America Production Company move to strike Plaintiff Leroy G. Wilson's demand for a jury trial.  Mr. Wilson is a medical benefits class member, who has filed a lawsuit pursuant to the Back-End Litigation Option procedure established by the Medical Benefits Class Action Settlement Agreement.  His claims are governed exclusively by maritime law and do not entitle him to a jury trial.

March 2, 2015                                         Respectfully submitted,

   */s/ J. Tracey Rogers*                            */s/ Kevin M. Hodges*
J. Tracey Rogers                                      Kevin M. Hodges
BP AMERICA INC.                                       WILLIAMS & CONNOLLY LLP
501 Westlake Park Boulevard                           725 Twelfth Street, N.W.
Houston, TX  77079                                    Washington, D.C. 20005
Telephone:  (281) 366-2000                            Telephone:  (202) 434-5000
Telefax:  (312) 862-2200                              Telefax:  (202) 434-5029

                                                            */s/ Catherine Pyune McEldowney*
                                              Catherine Pyune McEldowney
                                              MARON MARVEL BRADLEY & ANDERSON LLC
                                              1201 North Market Street, Suite 900
                                              Wilmington, DE 19801
                                              Telephone:  (302) 425-5177
                                              Telefax:  (302) 425-0180

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft (Bar #14361)
                                              LISKOW & LEWIS
                                              701 Poydras Street, Suite 5000
                                              New Orleans, LA 70139
                                              Telephone:  (504) 581-7979
                                              Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of March, 2015.

/s/ Don K. Haycraft
Don K. Haycraft