UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BYTHE OIL RIG** | * | **MDL NO. 2179** |
| **DEEPWATER HORIZON IN THE GULF** | * | |
| **OF MEXICO, ON APRIL 20, 2010** | * | |
| | * | |
| | * | **SECTION: J** |
| **THIS DOCUMENT RELATES TO: 12-cv-** | * | |
| **2715; HANK J. KIFF V. BP AMERICA** | * | **JUDGE BARBIER** |
| **PRODUCTION COMPANY** | * | **MAG. SHUSHAN** |

## ORDER

ON THIS DATE, came on for consideration Hank J. Kiff's Motion to Sever, which is hereby GRANTED. The Clerk of Court is instructed to transfer this matter back to the United States District Court for the Southern District of Texas, Houston Division, C.A. No. 4:12-cv-03179.

IT IS SO ORDERED this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE