UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 13-1967<br><br>SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Luther Sutter v. BP Exploration & Production, Inc., et al. | * * * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
2:13-cv-2547 and 10-md-2179

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF LUTHER SUTTER'S CLAIMS AGAINST WEATHERFORD U.S., L.P.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Luther Sutter, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this Notice of Voluntarily Dismissal without Prejudice of his claims against Weatherford U.S., L.P. asserted in the matter of *Luther Sutter v. BP Exploration & Production, Inc., et al., v. BP Exploration & Production, Inc., et al.,* Civil Action No. 13-2547, in the United States District Court for the Eastern District of Louisiana, which matter has been consolidated into the *Deepwater Horizon* multi-district litigation, Cause No. 10-md-2179. Counsel for Plaintiff is aware of this Court's Order in Cause No. 10-md-2179, dated January 20, 2014, Rec. Doc. 12189, requiring parties to "make a single, omnibus filing whenever possible." Given that Plaintiff is the sole party represented by undersigned counsel with a claim against Weatherford, Plaintiff submits that the filing of this single Notice is in compliance with the Court's Order. As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 13-2547.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary

{N2779681.1}

judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653 in Cause No. 10-md-2179, EDLA). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Cause No. 10-md-2179, EDLA), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Cause No. 10-md-2179, EDLA). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiff, Luther Sutter, voluntarily dismisses without prejudice his claims, and withdraws all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Luther Sutter v. BP Exploration & Production, Inc., et al.,* Civil Action No. 13-2547, in the United States District Court for the Eastern District of Louisiana.

This 3rd day of March, 2015.

Respectfully submitted:

By: _____
Luther Sutter, *Pro Se*
P. O. Box 2012
Benton, AR 72018

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2015, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

_____