UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | NO.: 2:10-MD-2179 |
| | * | SECTION: "J" |
| This Document Applies to | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc,et al v. BP Exploration & Production Inc., et al | * | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**ON MOTION** of **MATTHEW F. BLOCK**, Attorney at Law, and upon suggesting to the Court that he has heretofore represented, **MKC SERVICES, LLC**, in the above entitled and numbered proceedings; on further suggesting to the Court that undersigned counsel no longer desires to represent **MKC SERVICES, LLC** in connection with this matter; consequently, he desires to withdraw from this matter and have his name erased from the records of these proceedings. The last known address of **MKC SERVICES, LLC** is 1612 V's Lane, Erath, Louisiana 70533.

    BLOCK LAW FIRM, APLC
    422 East First Street
    Post Office Box 108
    Thibodaux, Louisiana 70302
    (985) 446-0418 phone
    (985) 446-0422 facsimile

    s/Matthew F. Block
    MATTHEW F. BLOCK, #25577
    RICHARD C. BREAUX, #33740

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

s/Matthew F. Block
MATTHEW F. BLOCK, #25577
RICHARD C. BREAUX, #33740
