UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | NO.: 2:10-MD-2179 |
| | * | SECTION: "J" |
| This Document Applies to | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc,et al v. BP Exploration & Production Inc., et al | * | MAG. JUDGE SHUSHAN |

___

### ORDER
___

Considering the foregoing Motion to Withdraw as Attorney of Record;

IT IS HEREBY ORDERED that the name of **MATTHEW F. BLOCK**, on behalf of **BLOCK LAW FIRM, APLC**, be withdrawn as the attorney of record for **MKC SERVICES, LLC.**

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER