# EXHIBIT 1

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: March 8, 2010

| | | | | | | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 244.50 | Ttl/Groceries | | | 326.00 | | | | Johnny | 997.00 | |
| ICE | - | KJ/GOODIES | | | - | | | | Brad | 1,000.00 | |
| BAIT | 290.00 | CIGS | | | | | | | Vinny | 993.00 | |
| FUEL | 631.00 | TOTAL | | | 326.00 | | | | | | |
| MISC | 75.00 | DIV/PEOPL | 4 | | 81.50 | | | | | Total | |
| WINDOW WTS | 40.00 | X CREW | 3 | | 244.50 | | | | | 2,990.00 | |
| OIL | 40.00 | | | | | | | | | | |
| BUTANE | | | | | | | | | | | |
| Total Expenses | $ 1,320.50 | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | |
| | $ 440.17 | | | | | | | | | | |

| | Price Per | Boat | | | | Johnny | | | Brnd | | | | Vinny | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb | Weight | Ariel | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Ariel Weight | Total Dollar |
| Tkt# AR 0013990 | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 2816 | 2794 | 12573.00 | 1085 | 1076.52 | 4,844.36 | 1002 | 994.17 | 4,473.77 | 729 | 723.30 | 3,254.87 | 2,794.00 | 12,573.00 |
| B-Liners | 2.95 | 361 | 279 | 823.05 | 222 | 171.57 | 506.14 | 96 | 74.19 | 218.87 | 43 | 33.23 | 98.04 | 279.00 | 823.05 |
| Snapper, Lane | 3.00 | 3 | 3 | 9.00 | 3 | 3.00 | 9.00 | 0.00 | - | - | - | - | 3.00 | 9.00 |
| Grouper, Snowy | 3.00 | 31 | 31 | 93.00 | 13 | 13.00 | 39.00 | 18 | 18.00 | 54.00 | - | - | - | 31.00 | 93.00 |
| Scamp | 4.50 | 51 | 51 | 229.50 | 39 | 39.00 | 175.50 | 4 | 4.00 | 18.00 | 8 | 8.00 | 36.00 | 51.00 | 229.50 |
| Grouper, Gag | 4.50 | 34 | 34 | 153.00 | 34 | 34.00 | 153.00 | 0.00 | - | - | - | - | 34.00 | 153.00 |
| Grouper, Red | 3.25 | 15 | 15 | 48.75 | | 0.00 | - | 0.00 | - | 15 | 15.00 | 48.75 | 15.00 | 48.75 |
| Pinks | 1.25 | 377 | 368 | 460.00 | 203 | 198.15 | 247.69 | 121 | 118.11 | 147.64 | 53 | 51.73 | 64.67 | 368.00 | 460.00 |
| SUB TOTAL | | 3,688 | 3,575 | 14,389.30 | 1599 | | 5,974.69 | 1241 | | 4,912.28 | 848 | | 3,502.33 | 3,575.00 | 14,389.30 |

| Kenny Bought | #LB | Weight | | | | Johnny #LB | $ | | Brad #LB | $ | | Vinny #LB | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | - | | | - | | | - | | |
| Pinks | 1.25 | 57.00 | | 0.00 | | | - | | 57.00 | 71.25 | | | - | | |
| SUB TOTAL | 71.25 | | | 0.00 | | | - | | | 71.25 | | | - | | |

| | | | | | Johnny $ | | Brad $ | | Vinny $ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fish Shares (720) | 5,974.69 | | 4,912.28 | | 3,502.33 | |
| | | | | Expenses (948) | - | | 71.25 | | - | |
| | | | | Advances (510) | 5,974.69 | | 4,983.53 | | 3,502.33 | |
| | | | Ariel | 14,389.30 | X .50 | | X .50 | | X .50 | |
| | | | Fish Kept | 71.25 | 2,987.35 | | 2,491.77 | | 1,751.17 | |
| | | | | | $ (440.17) | | $ (440.17) | | $ (440.17) | |
| | | | | | (997.00) | | (1,000.00) | | (993.00) | |
| | | | | Child Support (336) | | | | | (198.00) | |
| | | | | Subtotal | 1,550.18 | | 1,051.60 | | 120.00 | 2,721.78 |

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: March 20, 2010

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 218.25 | Ttl/Groceries | | 291.00 | | | | | | | | Advances | |
| ICE | - | KJ/GOODIES | | - | | | | Johnny | | | | 516.00 | |
| BAIT | 567.00 | CIGS | | - | | | | Brad | | | | 695.00 | |
| FUEL | 432.00 | TOTAL | | 291.00 | | | | Vinny | | | | 400.00 | |
| MISC | 75.00 | DIV/PEOPLE | 4 | 72.75 | | | | | | | | | |
| WINDOW WTS | 40.00 | X CREW | 3 | 218.25 | | | | | Total | | | 1,611.00 | |
| OIL | 40.00 | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | |
| Total Expenses | $1,372.25 | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | |
| | $ 457.42 | | | | | | | | | | | | |

| | | | | | | Johnny | | | | Brad | | | | Vinny | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 001469 | Price Per | Boat Weight | | Ariel $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Ariel Weight | Total Dollar |
| | lb | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1937 | 1860 | 8370.00 | 810 | 777.80 | 3,500.10 | 617 | 592.47 | 2,666.13 | 510 | 489.73 | 2,203.77 | 1,860.00 | 8,370.00 |
| B-Liners | 2.95 | 1531 | 1541 | 4545.95 | 580 | 583.79 | 1,722.18 | 476 | 479.11 | 1,413.37 | 475 | 478.10 | 1,410.40 | 1,541.00 | 4,545.95 |
| Bars, Small | 1.20 | 31 | 31 | 37.20 | 15 | 15.00 | 18.00 | 16 | 16.00 | 19.20 | | - | - | 31.00 | 37.20 |
| Scamp | 4.50 | 9 | 9 | 40.50 | 7 | 7.00 | 31.50 | 1 | 1.00 | 4.50 | 1 | 1.00 | 4.50 | 9.00 | 40.50 |
| Grouper, Gag | 4.50 | 25 | 25 | 112.50 | 20 | 20.00 | 90.00 | | 0.00 | - | 5 | 5.00 | 22.50 | 25.00 | 112.50 |
| Grouper, Red | 3.35 | 106 | 106 | 355.10 | 34 | 34.00 | 113.90 | 40 | 40.00 | 134.00 | 32 | 32.00 | 107.20 | 106.00 | 355.10 |
| Grouper, Warsaw | 3.25 | 8 | 8 | 26.00 | 8 | 8.00 | 26.00 | | 0.00 | - | | - | - | 8.00 | 26.00 |
| Amberines | 0.80 | 243 | 247 | 197.60 | 81 | 82.33 | 65.87 | 81 | 82.33 | 65.87 | 81 | 82.33 | 65.87 | 247.00 | 197.60 |
| Pinks | 1.25 | 120 | 118 | 147.50 | 40 | 39.33 | 49.17 | 40 | 39.33 | 49.17 | 40 | 39.33 | 49.17 | 118.00 | 147.50 |
| SUB TOTAL | 13,832.35 | 4,010 | 3,945 | 13,832.35 | 1595 | | 5,616.71 | 1271 | | 4,352.23 | 1,144 | | 3,863.40 | 3,945.00 | 13,832.35 |

| Kenny Bought | #LB | Weight | | | | Johnny #LB | $ | | Brad #LB | $ | | Vinny #LB | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | - | | | - | | | - | | |
| Pinks | 1.25 | 20.00 | | 0.00 | | | - | | | - | | 20.00 | 25.00 | | |
| SUB TOTAL | 25.00 | | | 0.00 | | | - | | | - | | | 25.00 | | |

| | | | | | | | Johnny $ | | Brad $ | | Vinny $ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 13,832.35 | | | | | | | | | | | | |
| | Fish Kept | 25.00 | | | | | 5,616.71 | | 4,352.23 | | 3,863.40 | | | |
| | | | | | Fish Shares (720) | | - | | - | | 25.00 | | | |
| | | | | | | | 5,616.71 | | 4,352.23 | | 3,888.40 | | | |
| | | | | | Expenses (948) | | X.50 | | X.50 | | X.50 | | | |
| | | | | | | | 2,808.36 | | 2,176.12 | | 1,944.21 | | | |
| | | | | | Advances (510) | | $ (457.42) | | $ (457.42) | | $ (457.42) | | | |
| | | | | | Child Support (336) | | (516.00) | | (695.00) | | (400.00) | | | |
| | | | | | | | | | | | (198.00) | | | |
| | | | | | Subtotal | | 1,834.94 | | 1,023.70 | | 888.79 | | 3,747.43 | |

## TERROR, INC.
## FISH TRIP WORKSHEET
### Date: April 20, 2010

| | | | |
|---|---|---|---|
| GROCERIES | $ | 239.25 | Ttl/Groceries |
| ICE | | | KJ/GOODIES |
| BAIT | | 567.00 | CIGS |
| FUEL | | 477.00 | TOTAL |
| MISC | | 100.00 | DIV/PEOPLE |
| WINDOW WTS | | 40.00 | TIMES CREW |
| BUTANE | | - | |
| OIL | | 40.00 | |
| Total Expenses | $ | 1,463.25 | |
| Div/Crew | | 3 | |
| | $ | 487.75 | |

| | | | 319.00 | |
|---|---|---|---|---|
| | | | - | |
| | | | 319.00 | |
| | | | 79.75 | |
| | | | 239.25 | |

| | Advances |
|---|---|
| Johnny | 1,046.00 |
| Ben | 721.00 |
| Vinny | 620.00 |
| Total | 2,387.00 |

| Tkt# 14618 | Price Per lb | Bont Weight | Ariel | Ariel $ | Boat Wt | Johnny #LB | Johnny Ariel $ | Boat Wt | Ben #LB | Ben Ariel $ | Boat Wt | Vinny #LB | Vinny Ariel $ | #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 2,410 | 2397 | 10786.50 | 1105 | 1099.04 | 4,945.68 | 896 | 891.17 | 4,010.25 | 409 | 406.79 | 1,830.57 | 2397 | 10,786.50 |
| B-Liners | 2.90 | 1,573 | 1571 | 4555.90 | 600 | 599.24 | 1737.79 | 627 | 626.20 | 1815.99 | 346 | 345.56 | 1002.12 | 1571 | 4555.90 |
| Amberines | 0.80 | 537 | 537 | 429.60 | 179 | 179.00 | 143.20 | 179 | 179.00 | 143.20 | 179 | 179.00 | 143.20 | 537 | 429.60 |
| Grouper, Gag | 4.25 | 15 | 15 | 63.75 | 7 | 7.00 | 29.75 | 8 | 8.00 | 34.00 | | 0.00 | 0.00 | 15 | 63.75 |
| Grouper, Red | 3.35 | 44 | 44 | 147.40 | 21 | 21.00 | 70.35 | 10 | 10.00 | 33.50 | 13 | 13.00 | 43.55 | 44 | 147.40 |
| Pinks | 1.25 | 200 | 200 | 250.00 | 67 | 66.67 | 83.33 | 67 | 66.67 | 83.33 | 67 | 66.67 | 83.33 | 200 | 250.00 |
| SUB TOTAL | 16,233.15 | 4,779.00 | 4,764.00 | 16,233.15 | 1979 | | 7,010.10 | 1787 | | 6,120.27 | 1014 | | 3,102.78 | 4,764.00 | 16,233.15 |

### TOTALS

| | | | | Johnny $ | Ben $ | Vinny $ | |
|---|---|---|---|---|---|---|---|
| Ariel | $ 16,233.15 | | | 7,010.10 | 6,120.27 | 3,102.78 | |
| Fish Kept | $ - | | | - | - | | |
| | | | | 7,010.10 | 6,120.27 | 3,102.78 | |
| | | | Fish Shares (720) | X .50 | X .50 | X .50 | |
| | | | Expenses (948) | 3,505.05 | 3,060.14 | 1,551.39 | |
| | | | Advances (510) | (487.75) | (487.75) | (487.75) | |
| | | | Child support (336) | (1,046.00) | (721.00) | (620.00) | |
| | | | | | | (198.00) | |
| | | | Amount Due | 1,971.30 | 1,851.39 | 245.64 | 4,068.33 |

Page 1

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: May 8, 2010

| | | | |
|---|---|---|---|
| GROCERIES | $ | 180.00 | Ttl/Groceries |
| ICE | | 136.00 | KJ/GOODIES |
| BAIT | | 536.00 | CIGS |
| FUEL | | 270.00 | TOTAL |
| MISC | | 100.00 | DIV/PEOPLE |
| WINDOW WTS | | 40.00 | TIMES CREW |
| BUTANE | | - | |
| OIL | | 40.00 | |
| Total Expenses | $ | 1,302.00 | |
| Div/Crew | | 3 | |
| | $ | 434.00 | |

|  |  | 240.00 |
|---|---|---|
|  |  |  |
|  |  | - |
|  |  | 240.00 |
|  |  | 60.00 |
|  |  | 180.00 |
| DIV/PEOPLE | 4 | |
| TIMES CREW | 3 | |

**Advances**
| | |
|---|---|
| Johnny | 3,039.00 |
| Brad | 1,556.00 |
| Derek | 1,122.00 |
| Total | 5,717.00 |

| Tkt# 14892 | Price Per lb | Boat Weight | | Ariel | | | Boat Wt | Johnny Ariel #LB | | $ | Boat Wt | Brad Ariel #LB | | $ | Boat Wt | Derek Ariel #LB | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 1,450 | 1478 | 6651.00 | | | 731 | 745.12 | | 3,353.02 | 430 | 438.30 | | 1,972.37 | 289 | 294.58 | | 1,325.61 |
| B-Liners | 2.70 | 2,543 | 2585 | 6979.50 | | | 1197 | 1216.77 | | 3285.28 | 731 | 743.07 | | 2006.30 | 615 | 625.16 | | 1687.92 |
| Grouper, Gag | 4.50 | 103 | 103 | 463.50 | | | 90 | 90.00 | | 405.00 | 13 | 13.00 | | 58.50 | | 0.00 | | 0.00 |
| Grouper, Red | 3.35 | 12 | 12 | 40.20 | | | 4 | 4.00 | | 13.40 | 5 | 5.00 | | 16.75 | 3 | 3.00 | | 10.05 |
| Grouper, Warsaw | 3.00 | 37 | 37 | 111.00 | | | | | | 0.00 | | 0.00 | | 0.00 | 37 | 37.00 | | 111.00 |
| Pinks | 1.25 | 39 | 39 | 48.75 | | | 13 | 13.00 | | 16.25 | 13 | 13.00 | | 16.25 | 13 | 13.00 | | 16.25 |
| SUB TOTAL | 14,293.95 | 4,184.00 | 4,254.00 | 14,293.95 | | | 2035 | | | 7,072.95 | 1192 | | | 4,070.16 | 957 | | | 3,150.84 |

**TOTALS**
| | | |
|---|---|---|
| Ariel | $ | 14,293.95 |
| Fish Kept | $ | - |

| | Johnny $ | Brad $ | Derek $ |
|---|---|---|---|
| | 7,072.95 | 4,070.16 | 3,150.84 |
| | - | - | - |
| | 7,072.95 | 4,070.16 | 3,150.84 |
| | X .50 | X .50 | X .50 |
| Fish Shares (720) | 3,536.48 | 2,035.08 | 1,575.42 |
| Expenses (948) | (434.00) | (434.00) | (434.00) |
| Advances (510) | (3,039.00) | (1,556.00) | (1,122.00) |
| Child support (336) | | | |
| Amount Due | 63.48 | 45.08 | 19.42 |

127.98

Page 1

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: May 17, 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| GROCERIES | $ 209.25 | Ttl/Groceries | | | | |
| ICE | 127.00 | KJ/GOODIES | | | Advances | |
| BAIT | 227.00 | CIGS | | Johnny | 816.00 | |
| FUEL | 530.00 | TOTAL | | Brad | 1,160.00 | |
| MISC | 100.00 | DIV/PEOPL | 4 | Derek | 1,016.00 | |
| WINDOW WTS | 40.00 | X CREW | 3 | | | |
| OIL | 40.00 | | | Total | 2,992.00 | |
| BUTANE | | | | | | |
| Total Expenses | $ 1,273.25 | | | | | |
| Div/Crew | 3 | | | | | |
| | $ 424.42 | | | | | |

### Tkt# AR 0014954

| | Price Per lb | Boat Weight | Ariel | $ | | | | |
|---|---|---|---|---|---|---|---|---|
| Snapper, Red | 4.50 | 2958 | 3048 | 13716.00 | | | | |
| B-Liners | 2.75 | 1771 | 1802 | 4955.50 | | | | |
| Snapper, Black | 2.25 | 12 | 12 | 27.00 | | | | |
| Snapper, Lane | 3.00 | 1 | 1 | 3.00 | | | | |
| Pinks | 1.25 | 90 | 90 | 112.50 | | | | |
| SUB TOTAL | 16,528.00 | 4,832 | 4,953 | 18,814.00 | | | | |

| | Johnny | | | Brad | | | Derek | | | | Total |
| | Ariel | | | Ariel | | | Ariel | | | Ariel | Dollar |
| | #LB | Boat Wt | $ | #LB | Boat Wt | $ | #LB | Boat Wt | $ | Weight | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Snapper, Red | 1325.13 | 1286 | 4,969.23 | 1018.06 | 988 | 3,817.73 | 704.81 | 684 | 2,643.04 | 3,048 | 13,716.00 |
| B-Liners | 712.25 | 700 | 1,958.70 | 552.50 | 543 | 1,519.39 | 537.24 | 528 | 1,477.42 | 1,802 | 4,955.50 |
| Snapper, Black | 3.00 | 3 | 6.75 | 0.00 | | - | 9.00 | 9 | 20.25 | 12 | 27.00 |
| Snapper, Lane | 0.00 | | - | 0.00 | | - | 1.00 | 1 | 3.00 | 1 | 3.00 |
| Pinks | 30.00 | 30 | 37.50 | 30.00 | 30 | 37.50 | 30.00 | 30 | 37.50 | 90 | 112.50 |
| SUB TOTAL | | 2019 | 6,972.17 | | 1561 | 5,374.62 | | 1,252 | 4,181.21 | 4,953 | 18,814.00 |

### Kenny Bought

| | Weight | | Johnny | | | Brad | | | Derek | |
| | #LB | | #LB | $ | | #LB | $ | | #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|
| Grouper, Red | 3.35 | 13 | 5.00 | 16.75 | | 4.00 | 13.40 | | 4.00 | 13.40 |
| Grouper, Snowy | 3.50 | 3 | 3.00 | 10.50 | | - | - | | - | - |
| SUB TOTAL | 54.05 | | | 27.25 | | | 13.40 | | | 13.40 |

| | Ariel | 18,814.00 | | Johnny $ | | Brad $ | | Derek $ |
|---|---|---|---|---|---|---|---|---|
| | Fish Kept | 54.05 | | 6,972.17 | | 5,374.62 | | 4,181.21 |
| | | | | 27.25 | | 13.40 | | 13.40 |
| | | | Fish Shares (720) | 6,999.42 | | 5,388.02 | | 4,194.61 |
| | | | Expenses (948) | X .50 | | X .50 | | X .50 |
| | | | Advances (510) | 3,499.71 | | 2,694.01 | | 2,097.30 |
| | | | | $ (424.42) | | $ (424.42) | | $ (424.42) |
| | | | | (816.00) | | (1,160.00) | | (1,016.00) |
| | | | Total | 2,259.29 | | 1,109.59 | | 656.88 |

| | | | | | 4,025.77 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: May 25, 2010

| | | | |
|---|---|---|---|
| GROCERIES | $ 200.25 | Till/Groceries | 267.00 |
| ICE | | KJ/GOODIES | - |
| BAIT | 504.00 | CIGS | |
| FUEL | 556.00 | TOTAL | 267.00 |
| MISC | 100.00 | DIV/PEOPLE 4 | 66.75 |
| WINDOW WTS | 40.00 | TIMES CREW 3 | 200.25 |
| BUTANE | - | | |
| OIL | 40.00 | | |
| Total Expenses | $ 1,440.25 | | |
| Div/Crew 3 | | | |
| | $ 480.08 | | |

| | | Advances |
|---|---|---|
| Johnny | | 616.00 |
| Brad | | 1,051.00 |
| Derek | | 616.00 |
| Total | | 2,283.00 |

| Tkt# 15032 | Price Per lb | Boat Weight | Ariel Weight | Ariel $ | Boat Wt | Johnny #LB | Johnny Ariel #LB | Johnny $ | Boat Wt | Brad #LB | Brad Ariel #LB | Brad $ | Boat Wt | Derek #LB | Derek Ariel #LB | Derek $ | #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 2,366 | 2347 | 10561.50 | 1008 | 999.91 | | 3,749.64 | 753 | 746.95 | | 2,801.07 | 605 | 600.14 | | 2,250.53 | 2347 | 10,561.50 |
| B-Liners | 2.30 | 2,509 | 2493 | 5733.90 | 972 | 965.80 | | 2221.34 | 797 | 791.92 | | 1821.41 | 740 | 735.28 | | 1691.15 | 2493 | 5733.90 |
| Triggers | 1.50 | 36 | 36 | 54.00 | 36 | 36.00 | | 54.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 36 | 54.00 |
| Snappers, Lane | 3.00 | 4 | 4 | 12.00 | 2 | 2.00 | | 6.00 | 1 | 1.00 | | 3.00 | 1 | 1.00 | | 3.00 | 4 | 12.00 |
| Snappers, Black | 2.25 | 3 | 3 | 6.75 | 2 | 2.00 | | 4.50 | | 0.00 | | 0.00 | 1 | 1.00 | | 2.25 | 3 | 6.75 |
| Grouper, Gag | 4.50 | 32 | 32 | 144.00 | 12 | 12.00 | | 54.00 | | 0.00 | | 0.00 | 20 | 20.00 | | 90.00 | 32 | 144.00 |
| Grouper, Red | 3.35 | 64 | 54 | 180.90 | 39 | 32.91 | | 110.24 | 25 | 21.09 | | 70.66 | | 0.00 | | 0.00 | 54 | 180.90 |
| Pinks | 1.25 | 336 | 336 | 420.00 | 112 | 112.00 | | 140.00 | 112 | 112.00 | | 140.00 | 112 | 112.00 | | 140.00 | 336 | 420.00 |
| SUB TOTAL | | 15,352.80 | 5,305.00 | 17,113.05 | 2183 | | 5,305.00 | 6,339.72 | 1688 | | 4,836.15 | 4,836.15 | 1479 | | 4,176.93 | 4,176.93 | 5,305.00 | 17,113.05 |

## TOTALS

| | Ariel | Johnny | Brad | Derek |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| Fish Kept & Sold | $ 17,113.05 | 6,339.72 | 4,836.15 | 4,176.93 |
| | $ - | | | |
| | | X .50 | X .50 | X .50 |
| Fish Shares (720) | | 3,169.86 | 2,418.08 | 2,088.46 |
| Expenses (948) | | (480.08) | (480.08) | (480.08) |
| Advances (510) | | (616.00) | (1,051.00) | (616.00) |
| Amount Due | | 2,073.78 | 887.00 | 992.38 |
| | | | | 3,953.16 |

Page 1

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: June 1, 2010

| GROCERIES | $ 174.00 | Ttl/Groceries | | | 232.00 | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE | - | KJ/GOODIES | | | - | | Johnny | | 616.00 | |
| BAIT | 455.00 | CIGS | | | - | | Brad | | 816.00 | |
| FUEL | 477.00 | TOTAL | | | 232.00 | | Derek | | 616.00 | |
| MISC | 100.00 | DIV/PEOPL | 4 | | 58.00 | | | | | |
| WINDOW WTS | 40.00 | X CREW | 3 | | 174.00 | | | Total | 2,048.00 | |
| OIL | 40.00 | | | | | | | | | |
| BUTANE | | | | | | | | | | |
| Total Expenses | $ 1,286.00 | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | |
| | $ 428.67 | | | | | | | | | |

| | | | | | | | Johnny | | | | | Brad | | | | | Derek | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 0015111 | Price Per | Boat | Weight | Ariel | | Boat Wt | Ariel | #LB | $ | Boat Wt | Ariel | #LB | $ | Boat Wt | Ariel | #LB | $ | | Ariel | Total |
| | lb | | | | $ | | | | | | | | | | | | | | Weight | Dollar |
| Snapper, Red | 4.50 | 1654 | 1641 | 7384.50 | | 712 | 706.40 | | 3,178.82 | 508 | 504.01 | | 2,268.03 | 434 | 430.59 | | 1,937.65 | | 1,641.00 | 7,384.50 |
| B-Liners | 2.20 | 2976 | 2964 | 6520.80 | | 1293 | 1287.79 | | 2,833.13 | 942 | 938.20 | | 2,064.04 | 741 | 738.01 | | 1,623.63 | | 2,964.00 | 6,520.80 |
| Snapper, Black | 2.25 | 6 | 6 | 13.50 | | | 0.00 | | - | 2 | 2.00 | | 4.50 | 4 | 4.00 | | 9.00 | | 6.00 | 13.50 |
| Grouper, Snowy | 3.00 | 1 | 1 | 3.00 | | | 0.00 | | - | | 0.00 | | - | 1 | 1.00 | | 3.00 | | 1.00 | 3.00 |
| Grouper, Red | 3.35 | 86 | 86 | 288.10 | | 36 | 36.00 | | 120.60 | 40 | 40.00 | | 134.00 | 10 | 10.00 | | 33.50 | | 86.00 | 288.10 |
| Pinks | 1.25 | 131 | 131 | 163.75 | | 44 | 43.67 | | 54.58 | 44 | 43.67 | | 54.58 | 44 | 43.67 | | 54.58 | | 131.00 | 163.75 |
| SUB TOTAL | | 14,373.65 | 4,854 | 4,829 | 14,373.65 | 2085 | | | 6,187.13 | 1536 | | | 4,525.16 | 1,234 | | | 3,661.36 | | 4,829.00 | 14,373.65 |

| | | | | | | | Johnny | | | Brad | | | Derek | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | | | | | #LB | $ | | #LB | $ | | #LB | $ |
| Triggers | 1.50 | 16.00 | | 0.00 | | | | - | | 16.00 | 24.00 | | | - |
| SUB TOTAL | 24.00 | | | 0.00 | | | | - | | | 24.00 | | | - |
| | | | | 0.00 | | | | - | | | | | | |

| | Ariel | 14,373.65 | | | | | | | | | Brad | | Derek | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fish Kept | 24.00 | | | | | | | | Johnny | $ | | $ | |
| | | | | | | | | | | $ | 4,525.16 | | 3,661.36 | |
| | | | | | Fish Shares (720) | | | 6,187.13 | | | 24.00 | | | - |
| | | | | | Expenses (948) | | | X .50 | | | 4,549.16 | | 3,661.36 | |
| | | | | | Advances (510) | | | 3,093.57 | | | X .50 | | X .50 | |
| | | | | | Child Support (336) | | $ (428.67) | | | 2,274.58 | | 1,830.68 | |
| | | | | | Subtotal | | | (616.00) | | $ (428.67) | | $ (428.67) | |
| | | | | | | | | 2,048.90 | | | (816.00) | | (616.00) | |
| | | | | | | | | | | 1,029.91 | | 786.01 | 3,864.83 |

## TERROR, INC.
## FISH TRIP WORKSHEET
### Date: June 12, 2010

| | | | | | | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 165.00 | Ttl/Groceries | | 220.00 | | | | | Johnny | 716.00 | |
| ICE | - | KJ/GOODIES | | - | | | | | Brad | 782.00 | |
| BAIT | 409.00 | CIGS | | - | | | | | Derek | 716.00 | |
| FUEL | 464.00 | TOTAL | | 220.00 | | | | | | | |
| MISC | 100.00 | DIV/PEOPL | 4 | 55.00 | | | | | | | |
| WINDOW WTS | 40.00 | X CREW | 3 | 165.00 | | | | | Total | 2,214.00 | |
| OIL | 40.00 | | | | | | | | | | |
| BUTANE | | | | | | | | | | | |
| Total Expenses | $ 1,218.00 | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | |
| | $ 406.00 | | | | | | | | | | |

| | Price Per | Boat | Weight | Ariel | $ | Boat Wt | Johnny Ariel #LB | $ | Boat Wt | Brad Ariel #LB | $ | Boat Wt | Derek Ariel #LB | $ | Ariel Weight | Total Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 0015323 | lb | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 2453 | 2431 | 10939.50 | | 1054 | 1044.55 | 4,700.46 | 912 | 903.82 | 4,067.19 | 487 | 482.63 | 2,171.85 | 2,431.00 | 10,939.50 |
| B-Liners | 2.60 | 2276 | 2258 | 5870.80 | | 897 | 889.91 | 2,313.76 | 718 | 712.32 | 1,852.04 | 661 | 655.77 | 1,705.01 | 2,258.00 | 5,870.80 |
| Snapper, Black | 2.25 | 5 | 5 | 11.25 | | | 0.00 | - | 5 | 5.00 | 11.25 | | - | - | 5.00 | 11.25 |
| Grouper, Red | 3.35 | 13 | 13 | 43.55 | | 3 | 3.00 | 10.05 | 7 | 7.00 | 23.45 | 3 | 3.00 | 10.05 | 13.00 | 43.55 |
| Pinks | 1.25 | 92 | 92 | 115.00 | | 31 | 30.67 | 38.33 | 31 | 30.67 | 38.33 | 31 | 30.67 | 38.33 | 92.00 | 115.00 |
| SUB TOTAL | 16,980.10 | 4,839 | 4,799 | 16,980.10 | | 1985 | | 7,062.60 | 1673 | | 5,992.26 | 1,182 | | 3,925.24 | 4,799.00 | 16,980.10 |

| Kenny Bought | #LB | Weight | | | | | Johnny #LB | $ | | Brad #LB | $ | | Derek #LB | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | | - | | | - | | | - | | |
| Triggers | 1.50 | 66.00 | | 0.00 | | | 66.00 | - | | 66.00 | 99.00 | | | - | | |
| SUB TOTAL | 99.00 | | | 0.00 | | | | - | | | 99.00 | | | - | | |

| | | | | | | | Johnny $ | | | Brad $ | | | Derek $ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 16,980.10 | | | | | | | | 5,992.26 | | | 3,925.24 | | | |
| | Fish Kept | 99.00 | | | | | 7,062.60 | | | 99.00 | | | - | | | |
| | | | | Fish Shares (720) | | | 7,062.60 | | | 6,091.26 | | | 3,925.24 | | | 5,107.55 |
| | | | | Expenses (948) | | | X .50 | | | X .50 | | | X .50 | | | |
| | | | | Advances (510) | | | 3,531.30 | | | 3,045.63 | | | 1,962.62 | | | |
| | | | | Child Support (336) | | | $ (406.00) | | | $ (406.00) | | | $ (406.00) | | | |
| | | | | Subtotal | | | (716.00) | | | (782.00) | | | (716.00) | | | |
| | | | | | | | 2,409.30 | | | 1,857.63 | | | 840.62 | | | |

| | VOID ☐ | CORRECTED ☐ | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Terror, Inc.<br>P.O. Box 5192<br>Destin   FL   32540<br>850-837-6922 | | | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2011**<br>Form 1099-MISC | Miscellaneous Income |
| | | | 4 Federal income tax withheld<br>$ | Copy D File Copy |
| PAYER'S federal identification number<br>59-2900923 | RECIPIENT'S identification number<br>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 | | 5 Fishing boat proceeds<br>$   24122.87 | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name<br>Johnny Sexton | | | 7 Nonemployee compensation<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ |
| Street address (including apt. no.)<br>12 Nuit Lane | | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ |
| City, state, and ZIP code<br>Santa Rosa Beach   FL   32459 | | | 11 | 12 |
| Account number (see instructions) | | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form 1099-MISC       Department of the Treasury - Internal Revenue Service
DAA

# SOCIAL SECURITY ADMINISTRATION
## Application for a Social Security Card

Form Approved
OMB No. 0960-0066

**1.**
- NAME TO BE SHOWN ON CARD — First: Johnny | Full Middle Name: Paul | Last: Sexton, Jr.
- FULL NAME AT BIRTH IF OTHER THAN ABOVE — First: | Full Middle Name: | Last:
- OTHER NAMES USED ON YOUR SOCIAL SECURITY CARD —

**2.** Social Security number previously assigned to the person listed in item 1 → 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

**3.** PLACE OF BIRTH (Do Not Abbreviate) — City: Ft. Walton Beach | State or Foreign Country: Fl

Office Use Only — FCI

**4.** DATE OF BIRTH: 10/21/1974 (MM/DD/YYYY)

**5.** CITIZENSHIP (Check One): [X] U.S. Citizen | [ ] Legal Alien Allowed To Work | [ ] Legal Alien Not Allowed To Work (See Instructions On Page 3) | [ ] Other (See Instructions On Page 3)

**6.** ETHNICITY — Are You Hispanic or Latino? (Your Response is Voluntary) [ ] Yes [ ] No

**7.** RACE — Select One or More (Your Response is Voluntary): [ ] Native Hawaiian [ ] Alaska Native [ ] Asian [ ] American Indian [ ] Black/African American [ ] Other Pacific Islander [X] White

**8.** SEX: [X] Male [ ] Female

**9.**
- A. MOTHER'S NAME AT HER BIRTH — First: Terri | Full Middle Name: Faith | Last Name At Her Birth: Shipp
- B. MOTHER'S SOCIAL SECURITY NUMBER (See instructions for 9 B on Page 3) → [X] Unknown

**10.**
- A. FATHER'S NAME — First: Johnnie | Full Middle Name: Paul | Last: Sexton
- B. FATHER'S SOCIAL SECURITY NUMBER (See instructions for 10B on Page 3) → [X] Unknown

**11.** Has the person listed in item 1 or anyone acting on his/her behalf ever filed for or received a Social Security number card before?
[X] Yes (If "yes" answer questions 12-13) [ ] No [ ] Don't Know (If "don't know," skip to question 14.)

**12.** Name shown on the most recent Social Security card issued for the person listed in item 1 → First: johnny | Full Middle Name: paul | Last Name: sexton

**13.** Enter any different date of birth if used on an earlier application for a card → MM/DD/YYYY

**14.** TODAY'S DATE: 06/22/2011 (MM/DD/YYYY)

**15.** DAYTIME PHONE NUMBER — Area Code: 850 | Number: 419-6820

**16.** MAILING ADDRESS (Do Not Abbreviate) — Street Address, Apt. No., PO Box, Rural Route No.: 12 Nuit Lane | City: Santa Rosa Beach | State/Foreign Country: Fl | ZIP Code: 32459

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best to my knowledge.

**17.** YOUR SIGNATURE: *[signed]*

**18.** YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS: [X] Self [ ] Natural Or Adoptive Parent [ ] Legal Guardian [ ] Other Specify _____

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| NPN | | | DOC | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|---|
| PBC | EVI | EVA | EVC | PRA | NWR | DNR | UNIT |

EVIDENCE SUBMITTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW

DATE

DCL             DATE

Form SS-5 (08-2009) ef (08-2009)   Destroy Prior Editions   Page 5