# EXHIBIT 2

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT SEAFOOD COMPENSATION PROGRAM CLAIM FORM
# (YELLOW FORM)

; j V] ] ` h; 1

After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

# DEEPWATER HORIZON SETTLEMENT
# SEAFOOD COMPENSATION PROGRAM CLAIM FORM
# (YELLOW FORM)

To make a **Seafood Compensation Program Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before the Bar Date, which is 30 days from the date of entry of the Final Order and Judgment of the Court ruling on the Settlement. The filing deadline for the Seafood Compensation Program Claim Form is earlier than all other damage types in the Settlement. The hearing for Final Approval of the Settlement is scheduled for November 8, 2012.

The **Seafood Compensation Program** is for individuals or businesses who satisfy the definition of a Commercial Fisherman, Seafood Boat Captain, Seafood Crew, Oyster Leaseholder, and/or Seafood Vessel Owner or Lessee as defined in Exhibit 3 of the Settlement and who seek losses or damages arising out of their commercial fishing related activities. All economic loss claims relating to Seafood by a Commercial Fisherman, Seafood Boat Captain, Seafood Crew, Oyster Leaseholder, and/or Seafood Vessel Owner or Lessee must be brought in the Seafood Compensation Program. A single Claimant may be eligible to receive compensation for multiple claim types for different Seafood species and his or her roles in the commercial fishing industry.

When completing this Claim Form, refer to the accompanying booklet called "Instructions for Completing the Seafood Compensation Program Claim Form (Yellow Form)," which contains detailed instructions for completing and submitting this Claim Form, helpful definitions, and the list of Supporting Documentation required to prove your claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer and will instruct you about the specific Supporting Documentation you must submit based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 6 of the Seafood Instructions Booklet lists all the Claimant Assistance Centers.

## A. Claimant Information

Provide the following information about the Natural Person or Business who is filing this Seafood Compensation Program Claim.

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business: Sexton | First Name: Johnny | Middle Initial: P |
|---|---|---|---|

2. **Social Security Number:**
   or
   **Individual Taxpayer Identification Number:**
   or
   **Employer Identification Number:**

SSN or ITIN: 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

EIN: ___-_____

3. **Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

   If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

   If you do not yet have a Claimant Number, leave this question blank.

   ☐ GCCF Claimant Number:
   |_|_|_|_|_|_|_|

   OR

   ☑ Deepwater Horizon Settlement Program Claimant Number:
   |1|0|0|1|6|7|0|3|2|

## B. Information Required for a Seafood Program Claim

The Seafood Compensation Program is for Commercial Fishermen, Seafood Boat Captains, Seafood Crew, Oyster Leaseholders, and Seafood Vessel Owners or Lessees with economic loss claims relating to Seafood. All economic loss or damage claims by such claimants relating to Seafood must be brought in the Seafood Compensation Program. You may qualify for multiple claim categories within this Claim Form. For example, if you are a Vessel Owner or Lessee, you may also be the Boat Captain and you may commercially fish for different species each year.

If you come across a term in this Claim Form that you do not understand, refer to the definitions in Section 2 of the Seafood Instructions Booklet.

If you are seeking compensation as a Seafood Crew member, go to **Section H**.

If you are claiming as a Vessel Owner, Vessel Lessee, or Boat Captain for one or more Seafood species, then check the box(es) next to the applicable species and fill out the applicable section(s) of this Claim Form for each species.

☐ **Shrimp (Go to Section C, Page 2)**
☐ **Oyster (Go to Section D, Page 7)**
☐ **Blue Crab (Go to Section E, Page 10)**
☐ **Other Seafood (Go to Section F, Page 14)**
☐ **Finfish (Go to Section G, Page 17)**

**Menhaden Claims:** Claims relating to menhaden (or "pogy") fishing, processing, selling, catching, or harvesting are not recognized or released under the Settlement. Because such claims are not part of the Settlement, do not submit this or any other Claim Form for any such claims.

## C. Shrimp Compensation Plan

If you seek losses under the Shrimp Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section C. If you are a Seafood Crew member, go to **Section H** of this Claim Form.

I am making this claim as a:   ☐ Vessel Owner   ☐ Vessel Lessee   ☐ Boat Captain

## I. SHRIMP VESSEL OWNERS AND LESSEES

☐ I am making this claim as a Vessel Owner and/or a Vessel Lessee. Vessel Owners and Vessel Lessees may choose different Benchmark Periods and Compensation Methods for each vessel that performed commercial shrimping activities.

1. Identify all vessels that you owned or leased that performed commercial shrimping activities between April 20, 2010, and December 31, 2010. If you have earnings on more than one vessel, copy and fill out this Section I for as many shrimping vessels as necessary and attach each copied page to the end of this Claim Form.

(a) **Vessel Information:**

| Vessel Name | Registration # | Hull ID | Vessel Length | Vessel Type |
|---|---|---|---|---|
| | ☐ _____ State  ☐ _____ Federal | | | ☐ Ice  ☐ Freezer  ☐ N/A |

| | | | |
|---|---|---|---|
| (b) Indicate whether you are the Owner or Lessee of the vessel: | ☐ Owner | | ☐ Lessee |
| (c) If you are the Owner, did you lease the vessel to another party? | ☐ Yes | | ☐ No |
| (d) If you did lease the vessel, provide the annual amount of lease payments for the agreement in effect on April 20, 2010: | Identify the payment terms (e.g., monthly rent and/or percentage of revenue): | | |
| (e) If you did lease the vessel to another party, identify the lessee(s): | | | |
| (f) Identify the Boat Captain for this vessel: | ☐ I was the sole Boat Captain for this vessel between January 1, 2007, and December 31, 2009.<br><br>☐ I was not the sole Boat Captain between January 1, 2007, and December 31, 2009. Provide the names of any other captains below: | | |
| (g) Select a Benchmark Period for this vessel: | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ **Claims Administrator Selected Benchmark Period.** | | |

| | | |
|---|---|---|
| (h) If applicable, indicate the reason and applicable year(s) that you could not shrimp at the same level of effort during 2007-2009: | **Reason**<br>☐ Illness<br>☐ Disability<br>☐ Major Mechanical Failure<br>☐ Other: _____ | **Years**<br>_____<br>_____<br>_____<br>_____ |
| (i) Select a Compensation Plan Method: | ☐ Expedited Compensation Method<br>☐ Reduced Expedited Compensation Method<br>☐ New Entrant Compensation Method (answer Question 10)<br>☐ Historical Revenue Method<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Compensation Plan Method** that maximizes your recovery based on that information, even if that differs from the Compensation Plan Method you select above. If you do not wish to pick your Compensation Plan Method at all and instead would like the Claims Administrator to select your best Compensation Plan Method, check here:<br><br>☐ Claims Administrator Selected Compensation Method. | |
| (j) As of April 20, 2010, did you hold a government license (even if expired) that authorized you or your vessel to commercially shrimp in Specified Gulf Waters for the 2009 or 2010 season? | ☐ Yes    ☐ No<br><br>License # _____<br><br>Select the licensing authority:   ☐ State   ☐ Federal | |
| (k) Indicate the Home Port(s) for this vessel between April 20, 2010, and April 16, 2012: | County/Parish: | State: |
| (l) Indicate where this vessel primarily landed shrimp between April 20, 2009, and April 16, 2012: | Landing County/Parish and State: | |
| (m) Indicate the type of proof of revenue or earnings for shrimp landings for your selected Benchmark Period for this vessel: | ☐ Trip tickets (or their equivalents)<br>AND/OR<br>☐ Tax records or other financial statements that contain proof of shrimp landings | |

## II. SHRIMP BOAT CAPTAINS

☐ I am making this claim as a Boat Captain for one or more vessels that performed commercial shrimping activities. Boat Captains may choose only one Benchmark Period and Compensation Method for all vessels that performed commercial shrimping activities.

2. Identify all vessels on which you were employed or scheduled to be employed as a Boat Captain during your selected Benchmark Period. If you have earnings on more than three vessels, copy and fill out this page for as many additional vessels as necessary, and attach each copied page to the end of this Claim Form.

**(a) Vessel One**

| Vessel Name | Registration # | Hull ID | Vessel Length | Vessel Type |
|---|---|---|---|---|
| | _____ State<br><br>_____ Federal | | | ☐ Ice<br>☐ Freezer<br>☐ N/A |

| | |
|---|---|
| Indicate the owner of the vessel: | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

**(b) Vessel Two**

| Vessel Name | Registration # | Hull ID | Vessel Length | Vessel Type |
|---|---|---|---|---|
| | ☐ _____ State <br> ☐ _____ Federal | | | ☐ Ice <br> ☐ Freezer <br> ☐ N/A |

| | |
|---|---|
| Indicate the owner of the vessel: | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

**(c) Vessel Three**

| Vessel Name | Registration # | Hull ID | Vessel Length | Vessel Type |
|---|---|---|---|---|
| | ☐ _____ State <br> ☐ _____ Federal | | | ☐ Ice <br> ☐ Freezer <br> ☐ N/A |

| | |
|---|---|
| Indicate the owner of the vessel: | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

3. As of April 20, 2010, did you hold a government license (even if expired) that authorized you to operate as a Boat Captain and/or to commercially shrimp in Specified Gulf Waters for the 2009 or 2010 season?  ☐ Yes   ☐ No

   License # _____

   Select the licensing authority:   ☐ State   ☐ Federal

4. Indicate where your vessel(s) primarily landed shrimp between April 20, 2009, and April 16, 2012:

   Landing County/Parish and State: _____

5. Provide the following information about your employer:

| | |
|---|---|
| Name: | |
| Vessel Name(s): | |
| Period of Employment: | |
| Employer Contact Information: | |

| | |
|---|---|
| 6. Select a Benchmark Period for all vessels for which you were the Boat Captain: | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ **Claims Administrator Selected Benchmark Period.** |
| 7. If applicable, indicate the reason and applicable year(s) that you could not shrimp at the same level of effort during 2007-2009: | **Reason**　　　　　　　　　　　　　　**Years**<br>☐ **Illness**　　　　　　　　　　　　　　_____<br>☐ **Disability**　　　　　　　　　　　　_____<br>☐ **Major Mechanical Failure**　　　_____<br>☐ **Other:** _____　　　　　　_____ |
| 8. Select a Compensation Plan Method for all vessels for which you were the Boat Captain: | ☐ **Expedited Compensation Method**<br>☐ **Reduced Expedited Compensation Method**<br>☐ **New Entrant Compensation Method (answer Question 11)**<br>☐ **Historical Revenue Method**<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Compensation Plan Method** that maximizes your recovery based on that information, even if that differs from the Compensation Plan Method you select above. If you do not wish to pick your Compensation Plan Method at all and instead would like the Claims Administrator to select your best Compensation Plan Method, check here:<br><br>☐ **Claims Administrator Selected Compensation Method.** |
| 9. Indicate the type of proof of revenue or earnings for shrimp landings for your selected Benchmark Periods: | ☐ **Trip tickets (or their equivalents)**<br>AND/OR<br>☐ **Tax records or other financial statements that contain proof of shrimp landings** |
| **III. NEW ENTRANTS TO SHRIMPING INDUSTRY** | |
| 10. If you are making this claim as a New Entrant Vessel Owner/Lessee to shrimping, indicate the following: | ☐ **I have a vessel longer than 30 feet with at least $25,000 in expenditures the year before the Spill.**<br>☐ **I have a vessel less than 30 feet with at least $6,000 in expenditures the year before the Spill.** |
| 11. If you are a New Entrant Boat Captain to shrimping, did you have a written employment agreement on or before April 20, 2010, that was rescinded or withdrawn? | ☐ Yes　　　☐ No |

# D. OYSTER COMPENSATION PLAN

If you seek losses under the Oyster Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section D. If you are a Seafood Crew member, go to **Section H** of this Claim Form.

I am making this claim as a:

- [ ] Leaseholder
- [ ] Vessel Owner
- [ ] Leasehold Lost Income
- [ ] Vessel Lessee
- [ ] Combined Harvester and Leaseholder
- [ ] Boat Captain

## I. OYSTER LEASEHOLDERS

- [ ] I am claiming as an Oyster Leaseholder for damage to my leasehold interests.

1. Identify all oyster leaseholds for which you are making a claim between April 20, 2010, and December 31, 2010. If you need more space to identify your oyster leases, copy and fill out this page for as many leases as you may have and attach each copied page to the end of this Claim Form.

| | Lease Number | Zone | Acreage | Did other persons besides you harvest oysters from this lease between 2007 and 2009? | Identify those persons |
|---|---|---|---|---|---|
| 1. | | | | ☐ Yes ☐ No | |
| 2. | | | | ☐ Yes ☐ No | |
| 3. | | | | ☐ Yes ☐ No | |
| 4. | | | | ☐ Yes ☐ No | |
| 5. | | | | ☐ Yes ☐ No | |
| 6. | | | | ☐ Yes ☐ No | |
| 7. | | | | ☐ Yes ☐ No | |
| 8. | | | | ☐ Yes ☐ No | |
| 9. | | | | ☐ Yes ☐ No | |
| 10. | | | | ☐ Yes ☐ No | |

## II. LOST INCOME FOR ANY OYSTER LEASEHOLDER/NON-HARVESTER

- [ ] I am making a claim for lost income from my oyster leasehold interests identified above in Section I because I lost income from persons who harvested oysters from my leases. You must provide proof establishing revenue from these leases during the Benchmark Period and provide your contracts or agreements with those persons.

## III. OYSTER VESSEL OWNERS AND LESSEES

☐ I am making a claim as an Oyster Vessel Owner and/or a Vessel Lessee.

2. Identify all vessels that you owned or leased that performed commercial oyster harvesting activities between April 20, 2010, and December 31, 2010. If you have earnings on more than one vessel, copy this Section III for as many oyster-harvesting vessels as necessary, answer the following questions, and attach each copied page to this Claim Form.

(a) Vessel Information:

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State  ☐ _____ Federal | | |

(b) Indicate whether you are the Owner or Lessee of the vessel: ☐ Owner   ☐ Lessee

(c) If you are the Owner, did you lease the vessel to another party? ☐ Yes   ☐ No

(d) If you leased the vessel, provide the annual amount of lease payments for the agreement in effect on April 20, 2010:

Identify the payment terms (e.g., monthly rent and/or percentage of revenue):

(e) If you did lease the vessel to another party, identify the lessee(s):

(f) Identify the Boat Captain for this vessel:
- ☐ I was the sole Boat Captain for this vessel between January 1, 2007, and December 31, 2009.
- ☐ I was not the sole Boat Captain between January 1, 2007, and December 31, 2009. Provide the names of any other captains below:

(g) Indicate the type of proof of revenue or earnings for oyster landings for the Benchmark Period:
- ☐ Trip tickets (or their equivalents) AND/OR
- ☐ Tax records or other financial statements that contain proof of oyster landings

(h) If applicable, indicate the reason and applicable year(s) that you could not harvest oysters at the same level of effort during 2007-2009:

| Reason | Years |
|---|---|
| ☐ Illness | _____ |
| ☐ Disability | _____ |
| ☐ Major Mechanical Failure | _____ |
| ☐ Other: _____ | _____ |

| | | |
|---|---|---|
| (i) As of April 20, 2010, did you hold a government license (even if expired) that authorized you or your vessel to commercially harvest oysters in Specified Gulf Waters for the 2009 or 2010 season? | ☐ Yes ☐ No<br><br>License # _____<br><br>Select the licensing authority: ☐ State ☐ Federal | |
| (j) Indicate where this vessel primarily landed oysters in 2009 or 2010: | Landing County/Parish and State: | |

## IV. OYSTER BOAT CAPTAINS

☐ I am making a claim as a Boat Captain for one or more vessels that performed commercial oyster harvesting activities.

3. Identify all vessels on which you were employed as a Boat Captain during the Benchmark Period. If you have earnings on more than three vessels, copy and fill out this page for as many additional vessels as necessary, and attach each copied page to the end of this Claim Form.

**(a) Vessel One**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State<br>☐ _____ Federal | | |
| Indicate the owner of the vessel: | | | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | | | |

**(b) Vessel Two**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State<br>☐ _____ Federal | | |
| Indicate the owner of the vessel: | | | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | | | |

**(c) Vessel Three**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State<br>☐ _____ Federal | | |
| Indicate the owner of the vessel: | | | |

| | | |
|---|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | | |
| 4. As of April 20, 2010, did you hold a government license (even if expired) that authorized you to operate as a Boat Captain and/or to commercially harvest oysters in Specified Gulf Waters in 2009 or 2010? | ☐ Yes ☐ No <br> License # _____ <br> Selecting the licensing authority: ☐ State ☐ Federal | |
| 5. Provide the following information about your employer: | Name: | |
| | Vessel Name(s): | |
| | Period of Employment: | |
| | Employer Contact Information: | |
| 6. Indicate the type of proof of revenue or earnings for oyster landings for the Benchmark Period: | ☐ Trip tickets (or their equivalent) <br> AND/OR <br> ☐ Tax records or other financial statements that contain proof of oyster landings | |
| 7. If applicable, indicate the reason and applicable year(s) that you could not harvest oysters at the same level of effort during 2007-2009: | Reason <br> ☐ Illness <br> ☐ Disability <br> ☐ Major Mechanical Failure <br> ☐ Other: _____ | Years <br> _____ <br> _____ <br> _____ <br> _____ |
| 8. Indicate where you primarily landed oysters in 2009 or 2010: | Landing County/Parish and State: | |

### V. COMBINED OYSTER HARVESTER AND LEASEHOLDER

| | |
|---|---|
| ☐ I own oyster leases and owned or leased a vessel previously identified in Section III that I used for oyster harvesting between April 20, 2010, and December 31, 2010. | |
| 9. I received revenue from independent harvesters during the Benchmark Period. | ☐ Yes ☐ No |
| 10. I made payments to independent oyster leaseholders for the entire Benchmark Period. | ☐ Yes ☐ No |

### E. BLUE CRAB COMPENSATION PLAN

If you seek losses under the Blue Crab Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section E. If you are a Seafood Crew member, go to **Section H** of this Claim Form.

I am making this claim as a:

☐ Vessel Owner   ☐ Vessel Lessee   ☐ Boat Captain

### I. BLUE CRAB VESSEL OWNERS AND LESSEES

☐ I am making a claim as a Vessel Owner and/or a Vessel Lessee. Vessel Owners and Vessel Lessees may choose different Benchmark Periods for each vessel that performed commercial blue crab harvesting activities.

| | | | |
|---|---|---|---|
| 1. Identify all vessels that you owned or leased that performed commercial blue crab harvesting activities between April 20, 2010, and December 31, 2010. If you have earnings on more than one vessel, copy this Section I for as many crabbing vessels as necessary, answer the following questions, and attach each copied page to this Claim Form. | | | |
| (a) Vessel Information: | | | |
| Vessel Name | Registration # <br> ☐ _____ State <br> ☐ _____ Federal | Hull ID | Vessel Length |
| (b) Indicate whether you are the Owner or Lessee of the vessel: | | ☐ Owner | ☐ Lessee |
| (c) If you are the Owner, did you lease the vessel to another party? | | ☐ Yes | ☐ No |
| (d) If you leased the vessel, provide the annual amount of lease payments for the agreement in effect on April 20, 2010: | Identify the payment terms (e.g., monthly rent and/or percentage of revenue): | | |
| (e) If you did lease the vessel to another party, identify the lessee(s): | | | |
| (f) Identify the Boat Captain for this vessel: | ☐ I was the sole Boat Captain for this vessel between January 1, 2007, and December 31, 2009. <br><br> ☐ I was not the sole Boat Captain between January 1, 2007, and December 31, 2009. Provide the names of any other captains below: | | |
| (g) Select a Benchmark Period for this vessel: | ☐ 2009 <br> ☐ 2008 and 2009 <br> ☐ 2007, 2008, and 2009 <br><br> The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here: <br><br> ☐ Claims Administrator Selected Benchmark Period. | | |
| (h) If applicable, indicate the reason and applicable year(s) that you could not crab at the same level of effort during 2007-2009: | Reason <br> ☐ Illness <br> ☐ Disability <br> ☐ Major Mechanical Failure <br> ☐ Other: _____ | Years: <br> _____ <br> _____ <br> _____ <br> _____ | |
| (i) As of April 20, 2010, did you hold a government license (even if expired) that authorized you or your vessel | ☐ Yes   ☐ No <br><br> License # _____ | | |