# EXHIBIT 2

| 5. Provide the following information about your employer: | Name: | |
|---|---|---|
| | Vessel Name: | |
| | Period of Employment: | |
| | Employer Contact Information: | |
| 6. Select a Benchmark Period for all vessels: | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ **Claims Administrator Selected Benchmark Period.** | |
| 7. If applicable, indicate the reason and applicable year(s) that you could not fish at the same level of effort during 2007-2009: | **Reason**<br>☐ Illness<br>☐ Disability<br>☐ Major Mechanical Failure<br>☐ Other: _____ | **Years**<br>_____<br>_____<br>_____<br>_____ |
| 8. Indicate the type of proof of revenue or earnings for other seafood landings for your selected Benchmark Period: | ☐ Trip tickets (or their equivalents)<br>AND/OR<br>☐ Tax records or other financial statements that contain proof of finfish landings | |

### III.   INDIVIDUAL FISHING QUOTA SHARES

☐ I am making a claim for losses to my Individual Fishing Quota (IFQ) shares.

9. Identify the quantity of IFQ shares you owned by species as of April 20, 2010:

| | **Species** | **IFQ Shares** |
|---|---|---|
| ☐ | Red Snapper | _____ |
| ☐ | Gag Grouper | _____ |
| ☐ | Red Grouper | _____ |
| ☐ | Deep Water Grouper | _____ |
| ☐ | Shallow Water Grouper | _____ |
| ☐ | Tilefish | _____ |

## H. SEAFOOD CREW COMPENSATION PLAN

If you seek losses under the Seafood Crew Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section H. Seafood Crew includes all First Mates, Second Mates, Boatswains, and Deckhands who claim economic losses related to their employment by a Commercial Fisherman that were a result of the Spill.

Seafood Crew members in Category I or III must show that they were employed by a Commercial Fisherman in 2009, and those in Category II must show employment by a Commercial Fisherman in 2009 or that they had accepted a job offer to work for a Commercial Fisherman in 2010. You may establish eligibility for Category I, II, or III depending on the supporting materials you can provide.

I am submitting documentation to qualify for the following Seafood Crew Compensation categories:

- [x] **Category I:** I have proper tax information or earnings documentation for 2009.
- [ ] **Category II:** I do not have tax or earnings documentation, but will submit a Claimant Sworn Written Statement and an Employer Sworn Written Statement.
- [ ] **Category III:** I do not have tax or earnings documentation or an Employer Sworn Written Statement, but will submit a Claimant Sworn Written Statement and other third party Sworn Written Statements.

### I. CATEGORY I CLAIMANT

[x] I am making a claim as a Category I Claimant, which means that I have tax records or other financial documents to prove earnings before the Spill as an employee of a Commercial Fisherman.

| | |
|---|---|
| 1. Select the Base Year(s) of earnings for which you are submitting complete financial records: | [x] 2009<br>[ ] 2008 and 2009<br>[ ] 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Base Year(s)** that maximizes your recovery based on that information, even if that differs from the Base Year(s) you select above. If you do not wish to pick your Base Year(s) at all and instead would like the Claims Administrator to select your best Base Year(s), check here:<br><br>[ ] **Claims Administrator Selected Base Year(s).** |
| 2. Indicate the type of proof of Seafood Crew earnings submitted for your Base Year(s): | [x] **Federal or State Tax Returns, W-2s, or Form 1099s;**<br>[x] **Pay period information such as bank records, check cashing receipts, payday loans, or employer-provided documentation of hours and wages.** |
| 3. What type(s) of commercial fishing license(s) did you possess in 2009 or 2010? If you were not required to possess a license, explain why. | Deckhand - not required by law to have commercial fishing license<br><br>License # _____<br><br>Select the licensing authority:  [ ] State  [ ] Federal |
| 4. Identify the name and location of your employer (if you worked for multiple employers for your selected Base Year(s), copy this section for each employer as necessary and attach each copied page to the end of this Claim Form): | |
| Individual/ Business Name: | Terror, Inc. |

| **Address:** | Street PO Box 5192 | | |
|---|---|---|---|
| | City/Parish/County Destin | State Florida | Zip 32540 |

| **Vessel Name(s):** | Terror |
|---|---|
| **Home Port Dock:** | Parish/County Santa Rosa County, Florida |

**5. Indicate your proof to establish that you were present and available to work for your employer as frequently as required between April 21, 2010, and December 31, 2010:**
- ☐ Home Mortgage
- ☐ Title or Deed to your Home
- ☑ Lease/Rental Agreement for your Home or Apartment
- ☐ Utility Bills for your Home or Apartment
- ☐ Other _____ (description)

**6. Indicate the type of proof submitted for verification of residency and to establish that you were at least 16 years old on April 20, 2010:**
- ☐ Social Security Card
- ☑ Driver's License or Government ID
- ☐ Work Visa
- ☐ Green Card
- ☐ US Passport
- ☐ US Birth Certificate

## II. CATEGORY II CLAIMANT

☐ I am making a claim as a Category II Claimant, which means I do not have any tax or financial records proving employment by a Commercial Fisherman in 2009 and that I must submit Sworn Written Statements (including at least one from my employer) indicating I anticipated working in the seafood industry in 2010.

**7. Indicate what proof of loss you will provide:**
- ☐ Proof of earnings and employment as a Seafood Crew member in 2009; or
- ☐ Proof you were offered employment as a Seafood Crew member before April 20, 2010, but that offer was rescinded because of the Spill.

**8. What type(s) of commercial fishing license(s) did you possess in 2009 or 2010? If you were not required to possess a license, explain why.**

License # _____

Select the licensing authority:  ☐ State  ☐ Federal

**9. Identify the name and location of your employer (if you worked for multiple employers for your selected Base Year(s), copy this section for each employer as necessary and attach each copied page to the end of this Claim Form):**

| Individual/ Business Name: | |
|---|---|
| **Address:** | Street |
| | City/Parish/County   State   Zip |
| **Vessel Name(s):** | |
| **Home Port Dock:** | Parish/County |

| 10. Indicate your proof to establish that you were present and available to work for your employer as frequently as required between April 21, 2010, and December 31, 2010: | ☐ Home Mortgage<br>☐ Title or Deed to your Home<br>☐ Lease/Rental Agreement for your Home or Apartment<br>☐ Utility Bills for your Home or Apartment<br>☐ Other _____<br>(description) |
|---|---|
| 11. Indicate the type of proof submitted for verification of residency and to establish that you were at least 16 years old on April 20, 2010?: | ☐ Social Security Card<br>☐ Driver's License or Government ID<br>☐ Work Visa<br>☐ Green Card<br>☐ US Passport<br>☐ US Birth Certificate |

12. Identify the name and address of your Employer(s) who have made a Sworn Written Statement on your behalf, and specify their relationship to you:

**Employer 1**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

**Employer 2**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

If you are submitting more than two Employer Sworn Written Statements, copy and fill out this page as many times as necessary and attach each copied page to this Claim Form.

13. Identify the name and address of any additional Sponsor(s) who have made a Sworn Written Statement on your behalf, and specify their relationship to you:

**Sponsor 1**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

**Sponsor 2**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

If you are submitting more than two Sponsor Sworn Written Statements, copy and fill out this page as many times as necessary and attach each copied page to this Claim Form.

### III. CATEGORY III CLAIMANT

☐ I am making a claim as a Category III Claimant, which means I worked for a Commercial Fisherman in 2009, but I do not have any tax or financial records and that I must submit Sworn Written Statements establishing my employment and earnings in the seafood industry in 2009.

14. What type(s) of commercial fishing license(s) did you possess in 2009 or 2010? If you were not required to possess a license, explain why.

    License # _____

    Select the licensing authority:  ☐ State   ☐ Federal

15. Identify the name and location of your employer (if you worked for multiple employers for your selected Base Year(s), copy and fill out this section for each employer as necessary and attach each copied page to the end of this Claim Form):

| Individual/Business Name: | |
|---|---|
| Address: | Street<br>City/Parish/County | State | Zip |
| Vessel Name(s): | |
| Home Port Dock:<br>Parish/County | |

16. Indicate your proof to establish that you were present and available to work for your employer as frequently as required between April 21, 2010, and December 31, 2010:

    ☐ Home Mortgage
    ☐ Title or Deed to your Home
    ☐ Lease/Rental Agreement for your Home or Apartment
    ☐ Utility Bills for your Home or Apartment
    ☐ Other _____
    (description)

17. Indicate the type of proof submitted for verification of residency and to establish that you were at least 16 years old on April 20, 2010:

    ☐ Social Security Card
    ☐ Driver's License or Government ID
    ☐ Work Visa
    ☐ Green Card
    ☐ US Passport
    ☐ US Birth Certificate

**18. Identify the name and address of any attorney or other Sponsor(s) who has made a Sworn Written Statement on your behalf, and specify their relationship to you:**

**Attorney/Sponsor 1**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

**Attorney/Sponsor 2**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

**Attorney/Sponsor 3**

| First | Middle | Last | Suffix |
|---|---|---|---|
| Address: | | | |
| City: | County/Parish: | State | Zip: |
| Relationship to Claimant | | | |

**If you are submitting more than three Sponsor or Attorney Sworn Written Statements, copy and fill out this page as many times as necessary and attach each copied page to this Claim Form.**

## I. Documentation Required for a Seafood Program Compensation Claim

In addition to this Claim Form, you must submit certain Supporting Documentation to prove your Seafood Program Compensation Claim. The list of required documents, and instructions for how to submit them, are in Section 4 of the Seafood Instructions Booklet. If you do not submit the required Supporting Documentation, the Claims Administrator will not be able to review your claim and you will not receive payment for your claim.

## J. Seafood Program Sworn Statement

**Instructions:** If you are the owner or lessee of any vessels that harvested Seafood, you must provide information on this Seafood Program Sworn Statement for any vessel for which you are making a claim. If you have earnings on more than one vessel identified in this Claim Form, then copy and fill out this page for as many vessels as necessary and attach each copied page to this Claim Form. All additional copied pages for each vessel will be incorporated into this Sworn Statement.

By signing this Claim Form, I declare and affirm under penalty of perjury under the laws of the United States of America that the following information is true and correct.

### I. VESSEL INFORMATION

| Vessel Name | Home Port County | | |
|---|---|---|---|
| City | State | | Zip Code |
| State Registration Number | | Federal Registration Number | |

### II. STATEMENT OF OWNERSHIP OR LESSEE STATUS

1. **Lease Status of Vessel:** Check the box that applies to you. You may only check one box.

    **For the vessel identified above:**

    ☐ I did not lease the vessel to another party during the period of April 20, 2010, to December 31, 2010.
    
    OR
    
    ☐ I leased the vessel during the period of April 20, 2010, to December 31, 2010, and will provide a copy of the lease agreement.

### III. BOAT CAPTAIN INFORMATION

2. **Vessel Boat Captain:** Check the box that applies to you. You may only check one box.

   **For the vessel identified above:**

   ☐ I was the sole Boat Captain for the vessel during the period of January 1, 2007, through December 31, 2009.

   ☐ I was the not the sole Boat Captain for the vessel during the period of January 1, 2007, through December 31, 2009.

### IV. SEAFOOD SPILL-RELATED PAYMENTS

The Seafood Compensation Program requires that you identify and attest whether you received any Seafood Spill-Related Payments, which are defined as compensation paid to you through the OPA Process by BP, the Gulf Coast Claims Facility, or the Transition Facility for any economic losses relating to Seafood.

Did you receive any Seafood Spill-Related Payments?    ☑ Yes    ☐ No

### V. SEAFOOD SPILL-RELATED PAYMENT INFORMATION

If you did receive prior payments as indicated in Section IV, provide information regarding all Seafood Spill-Related Payments, including the date, source, payment amount, and type of payment (e.g., Interim Payment, Emergency Advance Payment, etc.). You must also provide documentation to verify these payments.

| Date | Source | Amount | Type of Payment |
|---|---|---|---|
| 10/08/10 (Month/Day/Year) | GCCF | $ 7,300.00 | Emer. Advance Payment |
| __/__/__ (Month/Day/Year) | additional payments unknown | $ | |
| __/__/__ (Month/Day/Year) | | $ | |

## K. Payment

1. **If You Have Your Own Attorney.** Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

   ☑ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*. This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2. **If You Do Not Have Your Own Attorney.** If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check. Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim. **You have an obligation to notify the Claims Administrator if your address changes.**

   The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made. The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3. **Garnishments, Liens, and other Attachments.** Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4. **W-9 Form Requirement.** All claimants must provide a W-9 Form. To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

5. **Do you intend to seek reimbursement for Claimant Accounting Support Services in connection with your claim?**

   ☑ Yes   ☐ No

   If you check "Yes" for Question K.5, you must submit the documents listed in Section 4.H of the Seafood Compensation Program Instructions Booklet.

## L. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| | |
|---|---|
| **Signature:** | *Johnny P. Sexton* / *T. Faith Sexton*   **Date:** 6/28/13 (Month/Day/Year) |
| **Printed Name:** | First: JOHNNY P. SEXTON / T. FAITH SEXTON   Middle: PAUL   Last: SEXTON |
| **Title, if a business:** | Faith Sexton (Power of Attor) mother |

The claimant must sign this Claim Form personally. No one can sign on behalf of the claimant unless the claimant is a business or is deceased, a Minor, or Incompetent. If the claimant is a business, an authorized business representative may sign. If the claimant is deceased, a Minor, or Incompetent, an authorized Representative may sign.

Johnny Sexton
357 Post Oak Drive
Tallahassee, FL 32310
SSN: 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
CSSP Claimant Number: 100018605

| Seafood Compensation Program Claim | |
|---|---|
| Benchmark Period Earnings: April 20-Dec 31, 2008 | $44,014.73 |
| Benchmark Period Earnings: April 20-Dec 31, 2009 | $45,335.59 |
| | |
| Benchmark Period Earnings: 2009 | $45,335.59 |
| Claimant's Lost Earnings | $16,774.17 |
| Claimant's Base Income Plus RTP of 2.25 | $54,516.05 |

| | | | |
|---|---|---|---|
| Total Accounting | $1,294.25 | * Both Florida State Law and the Federal Oil Pollution Act provide for reasonable | |
| | SUBTOTAL AMOUNT CLAIMED AS A FINAL | | $55,810.30 |
| Total Attorney's Fees** | $13,952.57 | ** Florida State Law provides for reasonable attorney's fees and the Federal Oil Pollution Act provides for reasonable administrative costs and adjudicatory costs (including prejudgment interest) as compensable losses due to a Claimant in connection with claims for losses arising from the Deepwater Horizon Incident of April 20, 2010.  In the absence of an agreed upon provision for attorney's fees and administrative costs we submit this amount reflecting 25%, as a contingency fee, of the net losses sustained as claimed herein. | |
| | TOTAL NET AMOUNT DUE TO CLAIMANT AS A FINAL CLAIM PAYMENT FOR LOSSES SUSTAINED DUE TO THE DEEPWATER HORIZON INCIDENT OF APRIL 20, 2010 | | $69,762.87 |

Johnny Sexton
357 Post Oak Drive
Tallahassee, FL 32310
SSN: 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
CSSP Claimant Number: 100018605

|        | 2008 Gross Earnings |        | 2009 Gross Earnings |
|--------|---------------------|--------|---------------------|
| Jan-08 |                     | Jan-09 |                     |
| Feb-08 |                     | Feb-09 |                     |
| Mar-08 |                     | Mar-09 |                     |
| Apr-08 | $4,108.07           | Apr-09 | $5,784.91           |
| May-08 | $7,001.41           | May-09 | $5,834.24           |
| Jun-08 | $5,527.17           | Jun-09 | $2,548.59           |
| Jul-08 | $5,535.37           | Jul-09 | $5,405.98           |
| Aug-08 | $5,207.90           | Aug-09 | $8,556.93           |
| Sep-08 | $4,214.39           | Sep-09 | $2,863.95           |
| Oct-08 | $2,605.04           | Oct-09 | $6,296.02           |
| Nov-08 | $5,455.16           | Nov-09 | $5,485.81           |
| Dec-08 | $4,360.22           | Dec-09 | $2,559.16           |
| Totals | $44,014.73          | Totals | $45,335.59          |