# EXHIBIT 5

# SEAFOOD COMPENSATION PROGRAM DEADLINE EXTENSION DENIAL NOTICE

### DATE OF NOTICE: January 13, 2014

### I. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>SEXTON | First<br>JOHNNY | Middle |
| **Claimant ID** | 100167032 | | |
| **Law Firm** | Lyons & Farrar, P.A. | | |

### II. EXPLANATION OF NOTICE

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program. The deadline to file claims in the Seafood Compensation Program was January 22, 2013, and you requested that we extend that deadline for you. After thorough consideration, we denied your request because you do not meet an approved deadline exception under the Claims Administrator's formal Procedure Regarding Handling Untimely Seafood Claims ("Procedure"). You can review the Procedure in full by visiting:
http://www.deepwaterhorizoneconomicsettlement.com/important.php.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.