# EXHIBIT 6

LAW OFFICES

# LYONS AND FARRAR, P.A.

325 NORTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32301
TELEPHONE  (850) 222-8811
TELECOPIER (850) 222-5583

**PLEASE REPLY TO TALLAHASSEE OFFICE**

CHARLES O. FARRAR, JR.
DOUGLAS S. LYONS, P.A.
MARSHA L. LYONS
----------------------

201 ALHAMBRA CIRCLE
SUITE 711
CORAL GABLES, FLORIDA 33134
TELEPHONE (305) 567-1720
FAX (305) 567-2757

February 12, 2014

Patrick A. Juneau
935 Gravier St., Suite 1905
New Orleans, LA 70112

RE:   *Johnny Sexton (Claim Number 100167032)*

Dear Mr. Juneau,

We represent claimant Johnny Sexton (Claim number 100167032), a seafood worker and DHECC class claimant. On January 14, 2014 we received a denial of our request for an extension of time to file his seafood worker claim or more accurately to treat his timely filed registration (which had all of his supporting documents timely filed as well) as his claim and allow it to be amended to be put on the yellow claim form. We have been emailing Ms. Nikieta Ashe extensively trying to find a way to have reconsideration or to appeal the denial as we did when we discovered the mistake in our office. Ms. Ashe has stated that the issue of potential recourse for such a denial, if any, is currently pending before your office. Due to there not being a formal way to appeal or ask for reconsideration we are requesting such reconsideration with this letter.

The deadline for submitting a claim to the Seafood Compensation program was January 22, 2013. The undersigned law firm, Lyons and Farrar, PA, represented 171 Seafood workers including Johnny Sexton, and endeavored to obtain the required information and documentation for filing the claims by the deadline. Jessica Lendermon of the office of Lyons and Farrar, who  was assigned the responsibility for making sure these claims were timely filed requested the assistance of another clerk, in the office, Sean Selvig, to get the Johnny Sexton claim timely filed. Unbeknown to Ms. Lendermon or anyone else at the firm, Mr. Selvig apparently mistakenly understood that he was to register Johnny Sexton and upload all of his supporting documents to the DHECC portal rather than file the claim. All the documents and their timely and extensive filling may be viewed on the DHECC portal.

It did not come to anyone's attention until March 6, 2013 at 11:46 AM (see email from Jessica Lendermon to Douglass S. Lyons attached as Exhibit 1). The email is self explanatory and indicates that as soon as this mistake was recognized it was brought to the attention of Mr. Selvig who acknowledged that he had mistakenly thought he had finished by filing the registration. All of the necessary information was in fact filed with the registration but due to the misunderstanding the claim itself was not filed at that time.

Nikeita Ashe, of the Brown Greer Law Firm, has been assigned to our Law firm to assist us with getting claims properly filed and processed. On March 12 Sean Selvig brought this issue to the attention of Nikeita Ashe asking for her assistance (see the beginning of that email string attached as exhibit 2). In response to Mr. Selvig's email Ms. Ashe states, "If you think you have good cause and excusable neglect to be

allowed more time, you may send a letter setting out the reasons and we will review it with the parties." (Exhibit 2)

Pursuant to Ms. Ashe's instructions a letter from the undersigned was sent on March 14, 2013 (Exhibit 3) which was forwarded by email, as requested, from Jessica Lendermon to Ms. Ashe (see exhibit 2). Ms. Ashe says she proceeded to forward the information to the "the appropriate parties".

On January 13, 2013 claimants counsel received a denial notice of the request for extension. Ms. Ashe has informed us there is currently no reconsideration or appeal process of this denial. For that reason we are seeking the assistance of your office.

The Claimant's Counsel is are familiar with your final procedure announcement dated May 22, 2013 **re Procedure Regarding Handling Untimely Seafood Claims** and the excusable neglect factors to be considered on page 4.

**Factor 1, the danger of prejudice to all Seafood Compensation Program Claimants who submitted and prosecuted timely Seafood Claim Forms.**

With respect to this factor the claimant would submit that due to the Motion by BP to reevaluate the settlement of all Seafood Worker Claims based upon the fraud allegedly perpetrated by Texas counsel concerning 30,000 fraudulent claims, there should be sufficient funds remaining to pay Mr. Sexton's claim without prejudice to the Seafood Compensation Program Claimants who submitted and prosecuted timely Seafood Claim Forms.

**Factor 2, the length of the tardy-filing Claimant's delay or Claimant's counsel's delay beyond the 1/22/13 Bar Date.**

With respect to this factor, this was truly not a tardy filing since it was timely filed but was filed as a registration as opposed to being filed as a claim due to the misunderstanding by Mr. Selvig of what was requested of him. All the information necessary to support the claim was timely filed on January 14, 2013 and January 22, 2013. As soon as we became aware of Mr. Selvig's mistake we acted with all dispatch to correct the error and get leave to file the actual yellow claim form later and have continued that effort to this date.

**Factor 3, the potential impact the tardy-filing will have on the Seafood Compensation program.**

Again as with Factor 1 above, if in fact there have been fraudulent representations and filings which were, as BP claims in its motion, the basis for allocating more money for the settlement than would have been otherwise authorized due to 30,000 fraudulently represented claims, then whatever adjustment needs to be made to the Seafood Compensation program would be impacted very minimally by Mr. Sexton's claim being allowed. Whereas the impact of not allowing his claim to Mr. Sexton is everything. Weighing the balance of the impact on the program versus the impact on Mr. Sexton should tip the balance in favor of allowing Mr. Sexton's filing of his registration being treated as a timely filing of his Seafood Worker claim and allow amendment or allowing a tardy filing.

**Factor 4, the reason for the tardy-filing Claimant's delay or Claimant's**

**counsel's delay, including (a) whether the delay was within the reasonable**

**control of the Claimant or the Claimant's counsel and (b) whether the Claimant or**

**the Claimant's counsel acted in good faith.**

With respect to this factor, as noted above it was really not so much a tardy filing as an improperly labeled filing and not so much a delay as a misunderstanding. Claimants Counsel acted in good faith, did not realize that there was a mistake until March and acted with all dispatch to correct the mistake.

For all the foregoing reasons, claimant would request the claims administrator grant the claimant's request for an extension of the Seafood Compensation program deadline or in the alternative treat the filing of the registration and documents submitted with the registration as the claimant Johnny Sexton's Seafood Compensation Program timely filed Seafood Worker claim which may be amended to comply with all requirements of claims.

Very Truly yours,

Douglas S. Lyons

/knp

encl.

C:\Users\katherinea\Desktop\Letter to judge for Johnny Sexton.wpd

## Jessica Lendermon

**From:** Douglas S. Lyons
**Sent:** Friday, March 08, 2013 6:29 PM
**To:** Sean Selvig; Jessica Lendermon
**Subject:** RE: BP - Johnny Sexton

Sean – Ask Nikeita and see what she says.

**From:** Sean Selvig
**Sent:** Friday, March 08, 2013 12:55 PM
**To:** Douglas S. Lyons; Jessica Lendermon
**Cc:** Sean Selvig
**Subject:** RE: BP - Johnny Sexton

Doug – I've been scratching my head over this one for a couple of days but I think I figured it out. I remember registering Johnny Sexton and uploading his documents, per Jessica's request. The problem was, I mistakenly thought I was finished after completing his registration form. When Jessica asked me to register Johnny, I thought it was simply a matter of completing the registration form. I realized that there is a claim form in addition to the registration form, but I didn't realize that it needed to be completed by the deadline as well. It was a matter of getting people through the door in time, so I was doing only what I thought was necessary at the time. Bottom line – He WAS registered in time, but his claim form was not submitted. Is there any way DHECC will work with us on this one? They've been relatively amenable lately, and this is clearly a simple misunderstanding. Thanks.

**From:** Douglas S. Lyons
**Sent:** Wednesday, March 06, 2013 6:59 PM
**To:** Jessica Lendermon
**Cc:** 1 - Sean Selvig (seans@lyonsandfarrar.com)
**Subject:** RE: BP - Johnny Sexton

Jessica – Let's discuss with Sean tomorrow. Thanks.

**From:** Jessica Lendermon
**Sent:** Wednesday, March 06, 2013 11:46 AM
**To:** Douglas S. Lyons
**Subject:** BP - Johnny Sexton
**Importance:** High

Doug,

As I was going through my DHECC claims yesterday for that spreadsheet you requested for Carruthers v. non-Carruthers claims, I noticed a big problem with Johnny Sexton's case.  Sexton's case was one of four that was to be filed on 1-21-13.  I filed three claims (Audrea Creamer, Ivan Strawn, John Trask) and asked Sean to file Sexton's claim.  I gave him additional documents to be scanned and added to the claim as well.  While I was searching his DHECC file, there is absolutely no evidence a claim form was submitted for him, yet the documents I gave Sean to scan were uploaded that day.  I asked Sean why the claim wasn't filed and he says he thought he filed it and doesn't know what happened.

I don't know how to proceed now.  This claimant actually had a chance of being paid under DHECC and is especially sympathetic because he has mental health issues and his mother possesses power of attorney over him.  Obviously we can try to file a state OPA claim for him but I'm deeply upset and frustrated right now.  I don't know how to cope with having such a heavy caseload if I can't trust other people enough to delegate responsibility to them, but every time I have tried to, mistakes have been made.

I have not advised the claimant or Scott about this because I wanted to discuss it with you first.  Please let me know what needs to be done.

Thank you

Jessica A. Lendermon
Legal Assistant
Lyons & Farrar, P.A.
325 N Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811
(850) 222-5583 – facsimile
jlendermon@lyonsandfarrar.com

**Sarah Fountain**

| | |
|---|---|
| **From:** | Sarah Fountain |
| **Sent:** | Wednesday, January 08, 2014 10:26 AM |
| **To:** | 'Nikeita Ashe'; amy preston |
| **Cc:** | scott Carruthers; Douglas S. Lyons |
| **Subject:** | RE: FW: BP - Johnny Sexton |

Nikeita,

Please be advised that the deadline extension for Johnny Sexton has been requested.

Best Regards,

Sarah Fountain

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Tuesday, January 07, 2014 12:54 PM
**To:** amy preston
**Cc:** scott Carruthers; Douglas S. Lyons; Sarah Fountain
**Subject:** RE: FW: BP - Johnny Sexton

   Amy Jo,

I could not locate a paper or electronic claim form in the claimant's file. As you may know, the Claims Administrator will accept untimely Seafood Claims that were not filed before the Bar Date due to the claimant's or claimant's counsel's excusable neglect. The Portal allows claimants seeking Excusable Neglect review to click the "Request Seafood Deadline Extension" button and upload the explanation for their neglect at the same time. Paper filers can request Excusable Neglect review by filing their late Seafood Claim Form with an accompanying Excusable Neglect explanation. Any late Seafood Claims accepted into the Seafood Program under the Excusable Neglect standard will receive eligibility review in the normal course.

With regard to payment, I am showing that Mr. Sexton received $9,568.73 from BP and $30,000 from the GCCF Emergency Advanced Payment Program.

Please let me know if I can be of any additional assistance.

Kindest regards,
Nikeita

**From:** amy preston [mailto:amyjo.clg@gmail.com]
**Sent:** Tuesday, January 07, 2014 12:32 PM
**To:** Nikeita Ashe
**Cc:** scott Carruthers; Douglas S. Lyons; Sarah Fountain
**Subject:** Fwd: FW: BP - Johnny Sexton

Nikeita,

This is the last communication I was cc'd on regarding Johnny Sexton and his Seafood claim. Was there ever any resolution as to whether he could file a late claim? Also, can you tell me how much Mr. Sexton received in prior payments? Thanks.

---------- Forwarded message ----------
From: **Jessica Lendermon** <jlendermon@lyonsandfarrar.com>
Date: Mon, Jun 3, 2013 at 9:47 AM
Subject: FW: BP - Johnny Sexton
To: amy preston <amyjo.clg@gmail.com>

Amy Jo,


I am so glad you emailed me about Johnny. I have been so all over the place I haven't been able to deal with the remainder of those DHECC late claims. I don't know where my mind has been but I need to get those out ASAP. I only received responses from 3 people and these BPCP incompleteness notices have been taking over my attention but I can't believe I've let this slip my mind. Sexton never turned back the POA or signature page. You said  you thought he'd signed a POA but I couldn't find it.


I spoke to his mom a few weeks ago about it (can't find a record of when because I didn't email myself) and she told me she'd sign them in and turn them in ASAP.  I completely forgot to follow up since then but I still haven't received either document. I'll call her and re-mail the necessary documents today.



Thank you


*Jessica A. Lendermon*



Jessica A. Lendermon

Legal Assistant

Lyons & Farrar, P.A.

325 North Calhoun Street

Tallahassee, Florida 32301

(850) 222-8811

(850) 222-5583 -  facsimile

jlendermon@lyonsandfarrar.com

---

**From:** Jessica Lendermon
**Sent:** Wednesday, April 03, 2013 4:13 PM
**To:** amyjobpbucks@gmail.com
**Subject:** FW: BP - Johnny Sexton

Amy Jo,

Here's my original email on the matter.

Please find attached my letter to Johnny Sexton. I will need the POA and the signature page of the claim form signed (which I've attached separately here as well) before I can send in a paper claim form.

The way I'd phrase it to Faith is 'The DHECC settlement cannot process Johnny's claim without his signature on the claim packet and an official DHECC power of attorney, neither of which were previously sent to you. After DHECC receives these forms, it can begin processing the claim. Then we will update you periodically as the settlement communicates to us any requests for documents or prepares an offer on the claim.'

Crossing my fingers on this one.

---

**From:** Douglas S. Lyons
**Sent:** Friday, March 15, 2013 6:16 PM
**To:** Nikeita Ashe; Jessica Lendermon; Sean Selvig
**Cc:** scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton

Niteita – Thanks.

*Douglas S. Lyons*

*Lyons & Farrar, P.A.*

*325 N. Calhoun St.*

*Tallahassee, FL  32301*

*Tel. 850-222-8811*

*Fax 850-222-5583*

*Email: doug.lyons@lyonsandfarrar.com*

---

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Friday, March 15, 2013 10:33 AM
**To:** Jessica Lendermon; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton

Jessica,

The Claims Administrator is reviewing the formal rules governing the treatment of untimely Seafood Compensation Program Claims, and those rules are forthcoming.  Those rules will likely include a "relation back" component for untimely claims that can relate back in specific ways to certain timely claims, and a Fifth Circuit "excusable neglect" component to accommodate certain late-filed claims that cannot relate back to a timely claim.  If you believe that you have a Seafood Compensation Program Claim that you have not yet filed, you may file that claim now in **paper form**.  Any Seafood Compensation Program Claim filed after 1/22/13 will receive an Untimeliness Review under the rules that the Claims Administrator adopts.

Kindest regards,

Nikeita

---

**From:** Jessica Lendermon [mailto:jlendermon@lyonsandfarrar.com]
**Sent:** Thursday, March 14, 2013 10:52 AM

**To:** Nikeita Ashe; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton


Nikeita,


Thank you very much.



Sincerely,


Jessica A. Lendermon

Legal Assistant

Lyons & Farrar, P.A.

325 N Calhoun Street

Tallahassee, Florida 32301

(850) 222-8811

(850) 222-5583 – facsimile

jlendermon@lyonsandfarrar.com



---

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Thursday, March 14, 2013 8:24 AM
**To:** Jessica Lendermon; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton


Jessica,

I have forwarded your request to the appropriate parties. I will inform you once I receive confirmation on the decision.


Thank you,

Nikeita

---

**From:** Jessica Lendermon [mailto:jlendermon@lyonsandfarrar.com]
**Sent:** Wednesday, March 13, 2013 3:02 PM
**To:** Nikeita Ashe; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton


Dear Nikeita,



Please find attached an excusable neglect letter for Johnny Sexton, claimant ID # 100167032, as discussed below.  If you need anything further from me, please let me know.



Thank you

*Jessica A. Lendermon*



Jessica A. Lendermon

Legal Assistant

Lyons & Farrar, P.A.

325 North Calhoun Street

Tallahassee, Florida 32301

6

(850) 222-8811

(850) 222-5583 - facsimile

jlendermon@lyonsandfarrar.com

---

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Tuesday, March 12, 2013 3:34 PM
**To:** Sean Selvig
**Cc:** Douglas S. Lyons; Jessica Lendermon
**Subject:** RE: BP - Johnny Sexton

Sean,

All Seafood Compensation Program Claims had to be filed by January 22, 2013. If you think you have good cause and excusable neglect to be allowed more time, you may send a letter setting out the reasons and we will review it with the parties. You can send the letter to me and I will forward it on your behalf. Please let me know if you have any additional questions or concerns.

Kindest regards,

Nikeita

---

**From:** Sean Selvig [mailto:seans@lyonsandfarrar.com]
**Sent:** Tuesday, March 12, 2013 1:59 PM
**To:** Nikeita Ashe
**Cc:** Douglas S. Lyons; Jessica Lendermon
**Subject:** FW: BP - Johnny Sexton

Nikeita – Back in January, I registered a new claimant on behalf of one of my associates who was overwhelmed with other claims at the time. I was helping her register seafood claims ahead of the January 22nd deadline. When I registered the client and uploaded his documentation, there was a misunderstanding. I thought that the registration form was all that needed to be filled out in order for Mr. Johnny Sexton to be admitted to the process. I had neglected to complete his claim form, and that is currently preventing us from filing his claim through the DHECC. This was an honest mistake, and as you can see in the portal, his basic information was in

7

fact submitted in time. His claim was simply incomplete. Is there any way you can help us sort this situation out so that we can get Mr. Sexton admitted? He and his family have been cooperative and timely in their responses, and Jessica Lendermon has been dutifully assembling his claim. This was simply a misstep on my part in an attempt to help Jessica with a massive workload on a short timeline. Please let me know what must be done to get Mr. Sexton's claim back on track. Thank you.

Sean Selvig

Legal Assistant

Lyons & Farrar

325 N Calhoun Street

Tallahassee, FL 32301

P: <u>850-222-8811</u>

F: <u>850-222-5583</u>

--
Amy Jo Preston
Legal Assistant
Carruthers Law Group
3010 S. County Hwy. 395
Santa Rosa Beach, FL. 32459
<u>850.231.4450</u> office
<u>850.270.2445</u> facsimile

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

## Lyons & Farrar, P.A.

325 N. CALHOUN STREET
TALLAHASSEE, FLORIDA 32301
TELEPHONE (850) 222-8811
FACSIMILE (850) 222-5583
E-MAIL: Doug.Lyons@lyonsandfarrar.com
Marsha.Lyons@lyonsandfarrar.com

PLEASE REPLY TO TALLAHASSEE OFFICE

CHARLES O. FARRAR, JR.
DOUGLAS S. LYONS
MARSHA L. LYONS

9155 S DADELAND BLVD STE 1000
MIAMI, FLORIDA 33156-2738
TELEPHONE (305) 567-1720
FACSIMILE (305) 567-2757

## Howard & Associates
### Attorneys at Law, P.A.
Dr. Tim Howard, J.D., Ph.D., Senior Partner*
Florida Court Certified Mediator

Dr. Tim Howard, J.D., Ph.D.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
Telephone: (850) 298-4455
Telecopy: (850) 216-2537
e-mail: ptim@aol.com

Cambridge Office
8 Museum Way, Ste. 2407
Cambridge, MA 02141
(857) 277-0990
ti.howard@neu.edu

Northeastern University
Law & Policy Doctorate Program, Director
42 Belvidere
360 Huntington Avenue
Boston, Massachusetts 02215-5000
Telephone: (617) 373-6076

SAMUEL T. ADAMS
Attorney at Law
460 Grace Avenue
Post Office Box 191
Panama City, FL 32402-0191
Telephone: (850) 785-3469 Facsimile: (850) 640-1562
e-mail: laura@samueltadams.com I tom@samueltadams.com

CARRUTHERS LAW GROUP, PLC
Attorney at Law
3010 South County Road, Highway 395
Santa Rosa Beach, FL 32459
Office (850) 231-4250
Cell (850) 766-1471
scarrutherslaw@gmail.com

March 13, 2013

Deepwater Horizon Economic Claims Center
P.O. Box 1439
Hammond, LA 70404-1439

To whom it may concern:

This letter is on behalf of claimant Johnny Sexton, claimant ID 100167032.  Johnny Sexton is a commercial seafood worker from Santa Rosa Beach, Florida who experienced lost revenues due to the oil spill.  Mr. Sexton subsequently retained our office to file his claim against BP.  Mr. Sexton's claim is being handled in our office by legal assistant Jessica A. Lendermon, who is assigned to all commercial seafood worker claims.

The DHCC filing procedure in our office is for the legal assistant assigned to the claim to compile the documents, complete the claimant's registration, and forward the file to our

paralegal for claim submission.  On January 21, 2013 our office filed several claims under the Seafood Compensation Program.  As this was a national holiday, our paralegal was out of the office and in order to file the seafood worker claim forms before the January 22, 2013 deadline, Ms. Lendermon asked colleague Sean Selvig for assistance.  Mr. Selvig had not previously been handling seafood worker claims and erroneously believed only the claimant's registration form needed to be submitted before the deadline.  As such, the claimant's registration form was submitted on January 21, 2013 with supporting documentation, but the claim form was not submitted.  Had office procedure been correctly followed, the claim would have been submitted in a timely manner by our paralegal.

We respectfully ask that, in light of our office's excusable neglect, we be allowed to submit this claimant's claim form as the claimant was cooperative, communicative, and prepared to have a claim filed on his behalf before the January 22nd deadline and shouldn't be denied recovery because of an error on our part.

Please advise us if you need further information.

Very Truly Yours,

Douglas S. Lyons