# EXHIBIT 7

LAW OFFICES

# LYONS AND FARRAR, P.A.

325 NORTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32301
TELEPHONE (850) 222-8811
TELECOPIER (850) 222-5583

PLEASE REPLY TO TALLAHASSEE OFFICE

CHARLES O. FARRAR, JR.
DOUGLAS S. LYONS, P.A.
MARSHA L. LYONS

201 ALHAMBRA CIRCLE
SUITE 711
CORAL GABLES, FLORIDA 33134
TELEPHONE (305) 567-1720
FAX (305) 567-2757

June 3, 2014

Patrick A. Juneau
935 Gravier St., Suite 1905
New Orleans, LA 70112

RE:  *Johnny Sexton (Claim Number 100167032)*

Dear Mr. Juneau,

Please find enclosed an email with attached exhibits, which we sent to you on February 12, 2014. Would you please be so kind as to provide us with a response? Thank you.

Very Truly yours,

Douglas S. Lyons