# EXHIBIT 9

**Legal Assistant**

| | |
|---|---|
| **From:** | Douglas S. Lyons |
| **Sent:** | Tuesday, March 03, 2015 4:36 PM |
| **To:** | 1 - Ryan Adelsperger (legalassistant@lyonsandfarrar.com) |
| **Subject:** | FW: Johnny Sexton Claimant 100167032 |
| **Attachments:** | Johnny Sexton - Claimant ID 100167032 |

*Douglas S. Lyons*
*Lyons & Farrar, P.A.*
*325 N. Calhoun St.*
*Tallahassee, FL 32301*
*Tel. 850-222-8811*
*Fax 850-222-5583*
*Email: doug.lyons@lyonsandfarrar.com*

**From:** Patrick Hron [mailto:phron@dheclaims.com]
**Sent:** Tuesday, February 10, 2015 5:52 PM
**To:** Douglas S. Lyons
**Cc:** Patrick Juneau
**Subject:** Johnny Sexton Claimant 100167032

Mr. Lyons,

The Claims Administrator has received your letter dated February 4, 2015, regarding the request for an extension of time to file a Seafood claim on behalf of the above claimant. Please find attached my email, dated June 24, 2014, in response to your previous letters.

Sincerely,

Patrick Hron
Claims Administrator's Office


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

## Legal Assistant

| | |
|---|---|
| **From:** | Inquiries [Inquiries@dheclaims.com] |
| **Sent:** | Tuesday, June 24, 2014 6:17 PM |
| **To:** | Katherine Armbruster |
| **Subject:** | Johnny Sexton - Claimant ID 100167032 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good afternoon, Katherine,

I am an attorney with the Claims Administrator's Office for the Deepwater Horizon Settlement Program. On January 14, 2014, the CAO denied Lyons and Farrar's request on behalf of Johnny Sexton that the CAO extend the claim filing deadline for that claim. On February 12, 2014, you emailed our office on behalf of Mr. Lyons to request the CAO to reconsider its decision to deny the extension. On June 3, 2014, Mr. Lyons sent to Mr. Juneau a similar inquiry attaching the February 12 correspondence.

The CAO has previously given this issue substantial consideration and therefore will not be granting the request for reconsideration. For this reason, the decision to deny the request for extension of the seafood claim filing deadline with respect to Johnny Sexton will stand. If you could forward this to Mr. Lyons, the CAO would greatly appreciate it. Please let us know if you have additional questions in this regard.

Sincerely,

Patrick Hron
Louisiana Bar Number 34598
Deepwater Horizon Economic Claims Center
935 Gravier Street, Suite 1905
New Orleans, Louisiana 70112