UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010                        SECTION: J

                                                     JUDGE BARBIER
**Applies to: 12-cv-968: BELO**                        MAG. JUDGE WILKINSON


LEROY G. WILSON, JR.                                    CIVIL ACTION

VERSUS                                                        NO. 14-2730

BP EXPLORATION &                                        SECTION "J" (2)
PRODUCTION, INC. ET AL.


## <u>ORDER</u>

      BP's Motion for Leave to File Motion to Strike Jury Trial Demand, Record Doc. No. 8 in C. A. No. 14-2730, is hereby GRANTED.  Because this motion is dispositive of plaintiffs' Seventh Amendment rights, with application to all BELO cases that may be filed in the future, the motion will be decided by Judge Barbier pursuant to the following briefing order and not within the parameters of the recently issued Initial Proceedings Case Management Order for BELO cases.

      Written opposition to the motion, if any, <u>limited to no more than 25 pages</u>, must be filed no later than **April 6, 2015**.  Memoranda in opposition, if any, must be filed not only by counsel for plaintiff in the above-captioned <u>Wilson</u> case, but also by class counsel for plaintiffs in the original matters resulting in the medical settlement.

BP's reply to the opposition, <u>limited to ten (10) pages</u>, must be filed no later than **April 21, 2015**.

No further briefing will be allowed. After briefing is completed, Judge Barbier will determine whether and, if so, when oral argument may be conducted.

The Clerk is directed to file and docket this order and BP's subject motion already filed in the <u>Wilson</u> case in <u>both</u> Civil Action No. 14-2730 and in MDL No. 2179.

New Orleans, Louisiana, this _____ 6th _____ day of March, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Hon. Carl J. Barbier
All Counsel of Record in the <u>Wilson</u> case
Stephen J. Herman, Plaintiffs' class counsel, Sherman@hhke.com