# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY G. WILSON, JR.,** | * | |
| | * | |
| PLAINTIFF, | * | **CIVIL ACTION NO. 14-2730** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY,** | * * * | **JUDGE BARBIER** |
| | * | **CHIEF MAGISTRATE** |
| | * | **JUDGE WILKINSON** |
| DEFENDANTS. | * | |
| | * | |
| **Related to:**  12-968 BELO in MDL No. 2179 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BP'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR A JURY TRIAL

Pursuant to the Court's (i) Order and Reasons as to Motion to Dismiss the B3 Master Complaint (Sept. 30, 2011) [Case 2:10-md-2179, Rec. Doc. 4159], (ii) Preliminary Approval Order as to the Proposed Medical Benefits Class Action Settlement (May 2, 2012) [Case 2:10-md-2179, Rec. Doc. 6419], and (iii) Order and Reasons Granting Final Approval of the Medical Benefits Class Action Settlement (Jan. 11, 2013) [Case 2:10-md-2179, Rec. Doc. 8217], and for the reasons set forth in the accompanying memorandum, Defendants BP Exploration & Production Inc. and BP America Production Company move to strike Plaintiff Leroy G. Wilson's demand for a jury trial. Mr. Wilson is a medical benefits class member, who has filed a lawsuit pursuant to the Back-End Litigation Option procedure established by the Medical Benefits Class Action Settlement Agreement. His claims are governed exclusively by maritime law and do not entitle him to a jury trial.

March 2, 2015                                    Respectfully submitted,

  */s/ J. Tracey Rogers*                            */s/ Kevin M. Hodges*
J. Tracey Rogers                                 Kevin M. Hodges
BP AMERICA INC.                                  WILLIAMS & CONNOLLY LLP
501 Westlake Park Boulevard                      725 Twelfth Street, N.W.
Houston, TX 77079                                Washington, D.C. 20005
Telephone: (281) 366-2000                        Telephone: (202) 434-5000
Telefax: (312) 862-2200                          Telefax: (202) 434-5029

  */s/ Catherine Pyune McEldowney*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY & ANDERSON LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Telefax: (302) 425-0180

  */s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 2nd day of March, 2015.

/s/ Don K. Haycraft
Don K. Haycraft
