UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## SUPPLEMENTAL ORDER

[Regarding Contact by Ali Salman with the Court
Supervised Settlement Program and Others (Rec. doc. 12805)]

On April 30, 2014, an order was issued. It states:

> IT IS ORDERED that Mr. Salman is prohibited from telephoning the Court, the Program office, BrownGreer, Class Counsel, the Juneau David law firm, and the law firm of Stanley Reuter. His only communication regarding any claimant he is involved with will be limited to written communications directed to Mr. Stanley. **In the event that Mr. Salman violates the terms of this Order, the undersigned will consider the imposition of sanctions, including to but not limited to prohibiting Mr. Salman from further representation of claimants in the Program.**

Rec. doc. 12805. Mr. Salman is in violation of the April 30, 2014 order. He has telephoned the Court to report alleged difficulties in his written communications with Mr. Stanley. Mr. Salman is cautioned that direct communications to the Court in violation of the order will result in the imposition of sanctions.

New Orleans, Louisiana, this 9th day of March, 2015.

SALLY SHUSHAN
United States Magistrate Judge