IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31299
_____

IN RE: DEEPWATER HORIZON

A True Copy
Certified order issued Mar 06, 2015

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

-----------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

  Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

  Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

  Under FED R. APP. P. 42(b), the appeal is dismissed as of March 06, 2015, pursuant to the joint stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

March 06, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 14-31299   In re: Deepwater Horizon  
                      USDC No. 2:10-MD-2179  
                      USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Dantrell L. Johnson, Deputy Clerk  
                                504-310-7689

cc w/encl:  
    Ms. Maggie Anne Broussard  
    Mr. George Howard Brown  
    Ms. Elizabeth Joan Cabraser  
    Mr. Jeffrey Bossert Clark, Sr.  
    Mr. Kevin Michael Downey  
    Mr. Dominic E. Draye  
    Mr. Miguel Angel Estrada  
    Mr. Soren E. Gisleson  
    Mr. Don Keller Haycraft  
    Mr. Stephen Jay Herman  
    Mr. Thomas George Hungar  
    Mr. Samuel Issacharoff  
    Mr. John M. Landis  
    Mr. Scott Payne Martin  
    Mr. Theodore B. Olson  
    Mr. Archis Ashok Parasharami  
    Mr. Andrew John Pincus  
    Mr. Bryan Charles Reuter  
    Mr. William Michael Ross  
    Mr. James Parkerson Roy  
    Mr. Matthew Scott Rozen  
    Mr. Richard C. Stanley  
    Mr. Scott Grant Stewart  
    Mr. Carl John Summers  
    Mr. Phillip A. Wittmann