UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010            2:10 MDL 2179

           SECTION J

JOHNNY SEXTON            JUDGE BARBIER
     Claimant,

           MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

## CLAIMANT JOHNNY SEXTON'S MOTION FOR EXTENSION OF TIME TO FILE SEAFOOD WORKERS CLAIM OR ALTERNATIVELY TO TREAT CLAIM AS TIMELY FILED BUT INCOMPLETE

     Claimant, Johnny Sexton, ID 100167032, in the above style action, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure 6 and 60 (b), hereby files this Motion for an Extension of Time to File his Seafood Workers Claim with the Seafood Compensation Program, as identified in the Deepwater Horizon Economic and Property Damages Settlement Agreement or Alternatively to Treat his Claim as Timely Filed but Incomplete.

     For the reasons set forth in the accompanying memorandum, Claimant, Johnny Sexton, requests that he be granted an extension of time to file his Seafood Claim for a reasonable period of time after the entry of an order herein, or to treat his claim filed on January 21, 2013, as timely filed but incomplete and allow

1

Claimant a reasonable period of time after the entry of an order herein to file the missing claim form and any other required documents.

Respectfully Submitted.

**LYONS & FARRAR, P.A.**
Attorneys for Plaintiff

 /s/ Douglas S. Lyons
**DOUGLAS S. LYONS**
Florida Bar No. 128277
325 No. Calhoun Street
Tallahassee, FL 32301
(850) 222-8811
Primary:  dougl@lyonsandfarrar.com
Secondary:  dawnw@lyonsandfarrar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2015 a trust and correct copy of the foregoing Plaintiff's Motion for Extension of Time to File Seafood Workers Claim or Alternatively to Treat Claim as Timely Filed but Incomplete was filed with the Clerk of the Panel via the JPML CM/ECF system, which will send notice of the same to all counsel of record.

 /s/ Douglas S. Lyons
Douglas S. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\pleading\motion\Motion.docx

2