UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" SHORT-FORM JOINDERS | * * | NO.: 2:10-md-02179-CJB-SS SECTION: "J" |
| This Document Applies to | * | JUDGE BARBIER |
| No. 2: 10-cv-08888-CJB-SS | * | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**ON MOTION** of **MATTHEW F. BLOCK**, Attorney at Law, and upon suggesting to the Court that he has heretofore represented, **MKC SERVICES, LLC**, in the above entitled and numbered proceedings; on further suggesting to the Court that undersigned counsel no longer desires to represent **MKC SERVICES, LLC** in connection with this matter; consequently, he desires to withdraw from this matter and have his name erased from the records of these proceedings. The short-form claim document number referred to is Document 131242. The last known address of **MKC SERVICES, LLC** is 1612 V's Lane, Erath, Louisiana 70533.

BLOCK LAW FIRM, APLC
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 phone
(985) 446-0422 facsimile

s/Matthew F. Block
MATTHEW F. BLOCK, #25577
RICHARD C. BREAUX, #33740