UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          *      NO.: 2:10-md-02179-CJB-SS
       "DEEPWATER HORIZON"
       SHORT-FORM JOINDERS        *      SECTION: "J"

This Document Applies to               *      JUDGE BARBIER

No. 2: 10-cv-08888-CJB-SS          *      MAG. JUDGE SHUSHAN

_____

**ORDER**

_____

Considering the foregoing Motion to Withdraw as Attorney of Record;

IT IS HEREBY ORDERED that the name of **MATTHEW F. BLOCK**, on behalf of

**BLOCK LAW FIRM, APLC**, be withdrawn as the attorney of record for **MKC SERVICES, LLC.**

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER