# EXHIBIT 1

| ☐ VOID ☐ CORRECTED | | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2008** Form 1099-MISC | **Miscellaneous Income** |
| Terror, Inc.<br>P.O. Box 5192<br>Destin   FL   32540<br>850-837-6922 | 2 Royalties $ | | Copy C For Payer |
| | 3 Other income $ | 4 Federal income tax withheld $ | |
| PAYER'S federal identification number<br>59-2900923 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| RECIPIENT'S name<br>Johnny Sexton<br>Street address (including apt. no.)<br>430 Montigo Ave<br>City, state, and ZIP code<br>Santa Rosa Beach   FL   32459 | 7 Nonemployee compensation $ 60332.19 | 8 Substitute payments in lieu of dividends or interest $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| Account number (see instructions)                 ☐ 2nd TIN not. | | | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $<br>$ | 17 State/Payer's state no. | 18 State income $<br>$ |

Form 1099-MISC                                                                                                Department of the Treasury - Internal Revenue Service
DAA

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Terror, Inc.<br>P.O. Box 5192<br><br>Destin       FL       32540<br>850-837-6922 | 2 Royalties $ | **2009**<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy D<br>File Copy |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ 54824.74 | 6 Medical and health care payments $ |
|---|---|---|---|
| 59-2900923 | 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 | | |

| RECIPIENT'S name | 7 Nonemployee compensation $ 380.00 | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|---|
| Johnny Sexton | | |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
|---|---|---|
| 430 Montigo Ave | | |

| City, state, and ZIP code | 11 | 12 |
|---|---|---|
| Santa Rosa Beach   FL   32459 | | |

| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $<br>$ | 17 State/Payer's state no. | 18 State income $<br>$ |
|---|---|---|---|---|

Form 1099-MISC                                                                                       Department of the Treasury - Internal Revenue Service
DAA

Johnny Sexton
STATEMENT OF REVENUES AND EXPENSES FROM TERROR, INC.
12 Month Comparison For 2009

| | 1/31/09 | 2/28/09 | 3/31/09 | 4/30/09 | 5/31/09 | 6/30/09 | 7/31/09 | 8/31/09 | 9/30/09 | 10/31/09 | 11/30/09 | 12/31/09 | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Fish Shares/Fishing Boat Proceeds | 3,294.41 | 4,344.71 | 2,110.03 | 5,784.91 | 5,834.24 | 2,548.59 | 5,405.98 | 8,556.93 | 2,803.95 | 6,296.02 | 5,485.81 | 2,359.16 | 54,824.74 |
| Nonemployee compensation | | 120.00 | | | | | | | 60.00 | | | 200.00 | 380.00 |
| **Total Income** | 3,294.41 | 4,464.71 | 2,110.03 | 5,784.91 | 5,834.24 | 2,548.59 | 5,405.98 | 8,556.93 | 2,863.95 | 6,296.02 | 5,485.81 | 2,559.16 | 55,204.74 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Groceries | 65.00 | 138.34 | 38.50 | 96.75 | 142.75 | 68.75 | 145.00 | 235.42 | 67.50 | 176.25 | 143.75 | 52.50 | 1,370.50 |
| Ice | | | 44.00 | | 17.67 | | 3.33 | | | 72.00 | | | 137.00 |
| Bait | 113.33 | 229.67 | 168.00 | 304.67 | 315.33 | 178.67 | 357.00 | 660.00 | 105.00 | 400.00 | 378.00 | 168.00 | 3,377.67 |
| Fuel | 126.00 | 168.00 | 107.33 | 163.00 | 223.67 | 125.00 | 190.00 | 454.67 | 122.67 | 369.33 | 272.00 | 128.00 | 2,449.66 |
| Misc | 25.00 | 37.50 | 25.00 | 50.00 | 50.00 | 25.00 | 50.00 | 100.00 | 25.00 | 75.00 | 50.00 | 25.00 | 537.50 |
| Window Weights | 10.00 | 10.00 | 10.00 | 20.00 | 20.00 | 10.00 | 20.00 | 40.00 | 10.00 | 30.00 | 20.00 | 10.00 | 210.00 |
| Oil | 13.33 | 33.33 | 13.33 | 26.67 | 26.67 | 13.33 | 26.67 | 53.34 | 13.33 | 40.00 | 26.66 | 13.33 | 300.00 |
| Butane | | | | | | | | | | | | | 0.00 |
| **Total Expenses** | 352.67 | 616.83 | 406.17 | 661.08 | 796.08 | 420.75 | 792.00 | 1,543.42 | 343.50 | 1,162.58 | 890.41 | 396.83 | 8,382.33 |
| | | | | | | | | | | | | | |
| Net Income | 2,941.74 | 3,847.88 | 1,703.86 | 5,123.83 | 5,038.16 | 2,127.84 | 4,613.98 | 7,013.51 | 2,520.45 | 5,133.44 | 4,595.40 | 2,162.33 | 46,822.41 |



CLIENT'S COPY
PREPARED BY
MARTIN & LAMBERT
CERTIFIED PUBLIC ACCOUNTANTS

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: January 26, 2009

| GROCERIES | $ 195.00 | Ttl/Groceries | 260.00 | | | | | Brad | | | Advances 1,006.00 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ICE | - | KJ/GOODIES | - | | | | | Johnny | | | 1,072.00 | | |
| BAIT | 340.00 | CIGS | - | | | | | Jimmy | | | 1,010.00 | | |
| FUEL | 378.00 | TOTAL | 260.00 | | | | | | | | | | |
| MISC | 75.00 | DIV/PEOPL | 65.00 | 4 | | | | | | Total | 3,088.00 | | |
| WINDOW WTS | 30.00 | X CREW | 195.00 | 3 | | | | | | | | | |
| OIL | 40.00 | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | |
| Total Expenses | $1,058.00 | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | |
| | $ 352.67 | | | | | | | | | | | | |

| | Price Per lb | Bont Weight | Ariel Weight | Ariel $ | Boat Wt | Brad Ariel #LB | Brad $ | Boat Wt | Johnny Ariel #LB | Johnny $ | Boat Wt | Jimmy Ariel #LB | Jimmy $ | Ariel Weight | Total Dollar |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tkt# AR 0008331 | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1433 | 1402 | 6309.00 | 464 | 453.96 | 2,042.83 | 496 | 485.27 | 2,183.72 | 473 | 462.77 | 2,082.45 | 1,402.00 | 6,309.00 |
| B-Liners | 2.75 | 3219 | 3259 | 8962.25 | 911 | 922.32 | 2,536.38 | 1290 | 1306.03 | 3,591.58 | 1018 | 1,030.65 | 2,834.29 | 3,259.00 | 8,962.25 |
| Bar jack, small | 1.00 | 53 | 83 | 83.00 | 16 | 25.06 | 25.06 | 35 | 54.81 | 54.81 | 2 | 3.13 | 3.13 | 83.00 | 83.00 |
| Bar jack, medium | 1.20 | 58 | 58 | 69.60 | 11 | 11.00 | 13.20 | 29 | 29.00 | 34.80 | 18 | 18.00 | 21.60 | 58.00 | 69.60 |
| Triggers | 1.50 | 33 | 33 | 49.50 | 22 | 22.00 | 33.00 | | 0.00 | - | 11 | 11.00 | 16.50 | 33.00 | 49.50 |
| Amberines | 0.80 | 308 | 308 | 246.40 | 103 | 102.67 | 82.13 | 103 | 102.67 | 82.13 | 103 | 102.67 | 82.13 | 308.00 | 246.40 |
| Scamps | 4.00 | 44 | 34 | 136.00 | 14 | 10.82 | 43.27 | 14 | 10.82 | 43.27 | 16 | 12.36 | 49.45 | 34.00 | 136.00 |
| Grouper, Black | 4.00 | 61 | 61 | 244.00 | 61 | 0.00 | - | 61 | 61.00 | 244.00 | | - | - | 61.00 | 244.00 |
| Grouper, Red | 3.00 | 137 | 137 | 411.00 | 36 | 36.00 | 108.00 | 94 | 94.00 | 282.00 | 7 | 7.00 | 21.00 | 137.00 | 411.00 |
| Pinks | 1.25 | 178 | 174 | 217.50 | 59 | 58.00 | 72.50 | 59 | 58.00 | 72.50 | 59 | 58.00 | 72.50 | 174.00 | 217.50 |
| SUB TOTAL | 16,728.25 | 5,524 | 5,549 | 16,728.25 | | | 4,956.37 | | | 6,588.81 | | | 5,183.06 | 5,549.00 | 16,728.25 |

| Kenny Bought | #LB | Weight | | | | #LB | Brad $ | | #LB | Johnny $ | | #LB | Jimmy $ | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Grouper, Black | 4.00 | 14.00 | | 0.00 | | 14.00 | 56.00 | | | - | | | - | | |
| Grouper, Red | 3.00 | 10.00 | | 0.00 | | 10.00 | 30.00 | | | - | | | - | | |
| Bar jack, small | 1.00 | 6.00 | | 0.00 | | | - | | | - | | 6.00 | 6.00 | | |
| SUB TOTAL | 92.00 | | | 0.00 | | | 86.00 | | | - | | | 6.00 | | |

| | | | | | Fish Shares (720) | | 2,521.19 | | | 3,294.41 | | | 2,594.53 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Expenses (948) | | $ (352.67) | | | $ (352.67) | | | $ (352.67) | | |
| | | | | | Advances (510) | | (1,006.00) | | | (1,072.00) | | | (1,010.00) | | |
| | Ariel | 16,728.25 | | | | | | | | | | | | | |
| | Fish Kept | 92.00 | | | Amount Due | | 1,162.52 | | | 1,869.74 | | | 1,231.86 | 4,264.13 | |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: February 9, 2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GROCERIES | $ 166.67 | Ttl/Groceries | 250.00 | | | Advances | |
| ICE | - | Fuel | 380.00 | | | | |
| BAIT | 284.00 | CIGS | | Johnny | | 707.00 | |
| FUEL | 253.33 | TOTAL | 630.00 | Jimmy | | 500.00 | |
| MISC | 75.00 | DIV/PEOPL | 210.00 | 3 | | | |
| WINDOW WTS | 20.00 | X CREW | 420.00 | 2 | Total | 1,207.00 | |
| OIL | 40.00 | | | | | | |
| BUTANE | | | | | | | |
| Total Expenses | $ 839.00 | | | | | | |
| Div/Crew | 2 | | | | | | |
| | $ 419.50 | | | | | | |

| | | | | | Johnny | | Jimmy | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price Per | Boat | Weight | Ariel | | Ariel | | Boat Wt | Ariel | | Ariel | Total |
| Tkt# AR 0008648 | lb | | | | $ | #LB | $ | | #LB | $ | Weight | Dollar |
| Snapper, Red | 4.40 | 1813 | 1893 | 8329.20 | | 918.83 | 4,042.85 | 933 | 974.17 | 4,286.35 | 1,893.00 | 8,329.20 |
| B-Liners | 2.50 | 1018 | 1029 | 2572.50 | | 670.16 | 1,675.41 | 355 | 358.84 | 897.09 | 1,029.00 | 2,572.50 |
| Bar jack, small | 1.00 | 95 | 96 | 96.00 | | 66.69 | 66.69 | 29 | 29.31 | 29.31 | 96.00 | 96.00 |
| Bar jack, medium | 1.10 | 30 | 30 | 33.00 | | 13.00 | 14.30 | 17 | 17.00 | 18.70 | 30.00 | 33.00 |
| Amberines | 0.80 | 490 | 490 | 392.00 | | 245.00 | 196.00 | 245 | 245.00 | 196.00 | 490.00 | 392.00 |
| Scamps | 4.00 | 30 | 30 | 120.00 | | 0.00 | - | 30 | 30.00 | 120.00 | 30.00 | 120.00 |
| Grouper, Black | 4.00 | 125 | 125 | 500.00 | | 88.00 | 352.00 | 37 | 37.00 | 148.00 | 125.00 | 500.00 |
| Grouper, Red | 3.00 | 108 | 108 | 324.00 | | 56.00 | 168.00 | 52 | 52.00 | 156.00 | 108.00 | 324.00 |
| Pinks | 1.25 | 277 | 277 | 346.25 | | 138.50 | 173.13 | 139 | 138.50 | 173.13 | 277.00 | 346.25 |
| SUB TOTAL | 12,712.95 | 3,986 | 4,078 | 12,712.95 | | | 6,688.38 | | | 6,024.57 | 4,078.00 | 12,712.95 |

| | | | | Johnny | | Jimmy | |
|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | | #LB | $ | #LB | $ |
| Grouper, Gag | 4.00 | 10.00 | 0.00 | | - | 10.00 | 40.00 |
| Grouper, Red | 3.00 | 8.00 | 0.00 | | - | 8.00 | 24.00 |
| | | | 0.00 | | - | | - |
| SUB TOTAL | | | 0.00 | | - | | 64.00 |

| | | | | Johnny | Jimmy |
|---|---|---|---|---|---|
| | Ariel | 12,712.95 | | $ | $ |
| | Fish Kept | 64.00 | | 6,688.38 | 6,024.57 |
| | | | | - | 64.00 |
| | | | | 6,688.38 | 6,088.57 |
| | | | | X .50 | X .50 |
| | | | Fish Shares (720) | 3,344.19 | 3,044.28 |
| | | | Expenses (948) | $ (419.50) | $ (419.50) |
| | | | Advances (510) | (707.00) | (500.00) |
| | | | Child Support (330) | | (25.00) |
| | | | Amount Due | 2,217.69 | 2,099.78 |

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: February 27, 2009 - REVISED

| | | | |
|---|---|---|---|
| GROCERIES | $ | 165.00 | Ttl/Groceries 220.00 |
| ICE | | - | KJ/GOODIES - |
| BAIT | | 263.00 | CIGS - |
| FUEL | | 124.00 | TOTAL 220.00 |
| MISC | | | DIV/PEOPLE 4  55.00 |
| WINDOW WTS | | | TIMES CREW 3  165.00 |
| BUTANE | | - | |
| OIL | | 40.00 | |
| Total Expenses | $ | 592.00 | |
| Div/Crew | | 3 | |
| | $ | 197.33 | |

Advances
| | |
|---|---|
| Brad | 296.00 |
| Johnny | 366.00 |
| Jimmy | 300.00 |
| Total | 962.00 |

| Tkt# | Price Per lb | Bont Weight | | Ariel | | Boat Wt | Brad Ariel | | | Boat Wt | Johnny Ariel | | | Boat Wt | Jimmy Ariel | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | #LB | $ | | #LB | $ | | | #LB | $ | | | #LB | $ | |
| Snappers, Red | 4.50 | 1,110 | 1103 | 4963.50 | | 325 | 322.95 | 1,453.28 | | 365 | 362.70 | 1,632.14 | | 420 | 417.35 | 1,878.08 | 4,963.50 | 1103 |
| B-Liners | 2.85 | 344 | 377 | 1074.45 | | 108 | 118.36 | 337.33 | | 112 | 122.74 | 349.82 | | 124 | 135.90 | 387.30 | 1074.45 | 377 |
| Triggers | 1.50 | 1 | 1 | 1.50 | | | 0.00 | 0.00 | | | 0.00 | 0.00 | | 1 | 1.00 | 1.50 | 1.50 | 1 |
| Scamps | 4.00 | 11 | 11 | 44.00 | | 2 | 2.00 | 8.00 | | 3 | 3.00 | 12.00 | | 6 | 6.00 | 24.00 | 44.00 | 11 |
| Pinks | 1.25 | 17 | 17 | 21.25 | | 6 | 5.67 | 7.08 | | 6 | 5.67 | 7.08 | | 6 | 5.67 | 7.08 | 21.25 | 17 |
| SUB TOTAL | 6,104.70 | 1,483.00 | 1,509.00 | 6,104.70 | | | | 1,805.69 | | | | 2,001.05 | | | | 2,297.97 | 6,104.70 | 1,509.00 |

TOTALS

| | Ariel | | Brad $ | Johnny $ | Jimmy $ |
|---|---|---|---|---|---|
| Ariel | $ 6,104.70 | | 1,805.69 | 2,001.05 | 2,297.97 |
| Fish Kept | $ - | | | | |
| | | | 1,805.69 | 2,001.05 | 2,297.97 |
| | | | X .50 | X .50 | X .50 |
| Fish Shares (720) | | | 902.84 | 1,000.52 | 1,148.98 |
| Expenses (948) | | | (197.33) | (197.33) | (197.33) |
| Child Support (336) | | | - | - | (300.00) |
| Advances (510) | | | (296.00) | (366.00) | |
| Amount Due | | | 409.51 | 437.19 | 651.65 |

$25/mo. Paid on 2/9/09

1,498.35

*Revised*

Page 1

## TERROR, INC.
### FISH TRIP WORKSHEET
### Date: March 7, 2009

| GROCERIES | $ 115.50 | Ttl/Groceries | | | | | | | | | Advances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICE | 132.00 | KJ/GOODIES | | | 154.00 | | | | | Brad | 610.00 | | |
| BAIT | 504.00 | CIGS | | | - | | | | | Johnny | 654.00 | | |
| FUEL | 322.00 | TOTAL | | | 154.00 | | | | | Jimmy | 100.00 | | |
| MISC | 75.00 | DIV/PEOPL | 4 | | 38.50 | | | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | | 115.50 | | | | | Total | 1,364.00 | | |
| OIL | 40.00 | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | |
| Total Expenses | $1,218.50 | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | |
| | $ 406.17 | | | | | | | | | | | | |

| | | Boat | | | Brad | | | | Johnny | | | Jimmy | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Price Per | | | Ariel | | Boat Wt | Ariel | | Boat Wt | Ariel | | Boat Wt | Ariel | | Total |
| Tkt# AR 0009166 | lb | Weight | Ariel | $ | #LB | | #LB | $ | | #LB | $ | | #LB | Weight | Dollar |
| Snapper, Red | 4.50 | 1566 | 1593 | 7168.50 | 402 | 408.93 | 1,840.19 | 578 | 587.97 | 2,645.84 | 586 | 596.10 | 2,682.47 | 1,593.00 | 7,168.50 |
| B-Liners | 2.65 | 1518 | 1534 | 4065.10 | 475 | 480.01 | 1,272.02 | 559 | 564.89 | 1,496.96 | 484 | 489.10 | 1,296.12 | 1,534.00 | 4,065.10 |
| Bar jack, small | 1.10 | 18 | 18 | 19.80 | 8 | 8.00 | 8.80 | 10 | 10.00 | 11.00 | | - | - | 18.00 | 19.80 |
| Snapper, Lane | 3.00 | 2 | 2 | 6.00 | 0 | 0.00 | - | | 0.00 | - | 2 | 2.00 | 6.00 | 2.00 | 6.00 |
| Scamps | 4.00 | 6 | 6 | 24.00 | 6 | 6.00 | 24.00 | | 0.00 | - | | - | - | 6.00 | 24.00 |
| Pinks | 1.25 | 159 | 159 | 198.75 | 53 | 53.00 | 66.25 | 53 | 53.00 | 66.25 | 53 | 53.00 | 66.25 | 159.00 | 198.75 |
| SUB TOTAL | 11,482.15 | 3,269 | 3,312 | 11,482.15 | | | 3,211.26 | | | 4,220.06 | | | 4,050.83 | 3,312.00 | 11,482.15 |

| | | | | | Brad | | Johnny | | Jimmy | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | | | #LB | $ | #LB | $ | #LB | $ |
| Scamp | 4.00 | 16.00 | | | | - | | - | 16.00 | 64.00 |
| Bar jack, small | 1.10 | 14.00 | | | | - | | - | 14.00 | 15.40 |
| SUB TOTAL | 79.40 | | | | | - | | - | | 79.40 |

| | Ariel | | | | | Brad | Johnny | Jimmy |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | $ | $ |
| | Ariel | 11,482.15 | | | | 3,211.26 | 4,220.06 | 4,050.83 |
| | Fish Kept | 79.40 | | | | - | - | 79.40 |
| | | | | | | 3,211.26 | 4,220.06 | 4,130.23 |
| | | | | | | X .50 | X .50 | X .50 |
| | | | | Fish Shares (720) | | 1,605.63 | 2,110.03 | 2,065.12 |
| | | | | Expenses (948) | | $ (406.17) | $ (406.17) | $ (406.17) |
| | | | | Advances (510) | | (610.00) | (654.00) | (100.00) |
| | | | | Child Support (336) | | | | (25.00) |
| | | | | Subtotal | | 589.46 | 1,049.86 | 1,533.95 |
| | | | | | | | | |
| | | Correction to Trip #8992, Feb. 27,2009 (720) | | | | 49.13 | 52.46 | 58.93 | 3,173.28 |
| | 638. | | | Amount Due | | 638.59 | 1102.32 | 1592.88 | 160.52 |
| | | | | | | | | | 3,333.80 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: April 17, 2009

| | | |
|---|---:|---|
| GROCERIES | $ 82.50 | Till/Groceries |
| ICE | - | KJ/GOODIES |
| BAIT | 315.00 | CIGS |
| FUEL | 152.00 | TOTAL |
| MISC | 75.00 | DIV/PEOPLE |
| WINDOW WTS | 30.00 | TIMES CREW |
| BUTANE | - | |
| OIL | 40.00 | |
| Total Expenses | $ 694.50 | |
| Div/Crew | 3 | |
| | $ 231.50 | |

| | |
|---|---:|
| Till/Groceries | 110.00 |
| KJ/GOODIES | |
| CIGS | |
| TOTAL | 110.00 |
| DIV/PEOPLE | 27.50 |
| TIMES CREW | 82.50 |

| | | Advances |
|---|---|---:|
| Brad | | 637.00 |
| Johnny | | 500.00 |
| Jimmy | | 1,000.00 |
| Total | | 2,137.00 |

### Tkt# 9452

| | Price Per lb | Boat Weight | | Ariel | |
|---|---:|---:|---:|---:|---:|
| Snappers, Red | 4.50 | 1,841 | | 1805 | 8122.50 |
| B-Liners | 2.80 | 2,318 | | 2334 | 6535.20 |
| Snappers, Lane | 3.00 | 10 | | 10 | 30.00 |
| Pinks | 1.25 | 13 | | 13 | 16.25 |
| SUB TOTAL | | 14,703.95 | | 4,182.00 4,162.00 | 14,703.95 |

### Brad
| | Boat Wt | Ariel #LB | $ |
|---|---:|---:|---:|
| | 686 | 672.59 | 3,026.63 |
| | 685 | 689.73 | 1931.24 |
| | 2 | 2.00 | 6.00 |
| | 4 | 4.33 | 5.42 |
| | | | 4,969.29 |

### Johnny
| | Boat Wt | Ariel #LB | $ |
|---|---:|---:|---:|
| | 556 | 545.13 | 2,453.07 |
| | 816 | 821.63 | 2300.57 |
| | 6 | 6.00 | 18.00 |
| | 4 | 4.33 | 5.42 |
| | | | 4,777.06 |

### Jimmy
| | Boat Wt | Ariel #LB | $ | #LB | $ |
|---|---:|---:|---:|---:|---:|
| | 599 | 587.29 | 2,642.79 | 1805 | 8,122.50 |
| | 817 | 822.64 | 2303.39 | 2334 | 6535.20 |
| | 2 | 2.00 | 6.00 | 10 | 30.00 |
| | 4 | 4.33 | 5.42 | 13 | 16.25 |
| | | | 4,957.60 | 4,162.00 | 14,703.95 |

## TOTALS

| | | |
|---|---|---|
| Ariel | $ 14,703.95 | |
| Fish Kept | $ - | |

### Brad
| | $ |
|---|---:|
| | 4,969.29 |
| | 4,969.29 |
| | X .50 |
| | 2,484.65 |
| | (231.50) |
| | (637.00) |
| | 1,616.15 |

### Johnny
| | $ |
|---|---:|
| | 4,777.06 |
| | 4,777.06 |
| | X .50 |
| | 2,388.53 |
| | (231.50) |
| | (500.00) |
| | 1,657.03 |

### Jimmy
| | $ | |
|---|---:|---|
| | 4,957.60 | |
| | 4,957.60 | |
| | X .50 | |
| | 2,478.80 | |
| | (231.50) | |
| | (110.00) | Amended - $220/month |
| | (1,000.00) | |
| | 1,137.30 | 4,410.48 |

Fish Shares (720)
Expenses (948)
Child Support (336)
Advances (510)
Amount Due

Page 1

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: April 24, 2009

| GROCERIES | $ 207.75 | Ttl/Groceries | | 277.00 | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE | | KJ/GOODIES | | - | | Brad | | | 566.00 | |
| BAIT | 599.00 | CIGS | | - | | Johnny | | | 919.00 | |
| FUEL | 337.00 | TOTAL | | 277.00 | | Jimmy | | | 925.00 | |
| MISC | 75.00 | DIV/PEOPL | 4 | 69.25 | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | 207.75 | | | Total | | 2,410.00 | |
| OIL | 40.00 | | | | | | | | | |
| BUTANE | | | | | | | | | | |
| Total Expenses | $1,288.75 | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | |
| | $ 429.58 | | | | | | | | | |

| Tkt# AR 0009569 | Price Per lb | Boat Weight | Ariel $ | | Brad Boat Wt | Brad Ariel #LB | Brad $ | | Johnny Boat Wt | Johnny Ariel #LB | Johnny $ | | Jimmy Boat Wt | Jimmy Ariel #LB | Jimmy $ | | Ariel Weight | Total Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snapper, Red | 4.50 | 789 | 721 | 3244.50 | 177 | 161.75 | 727.85 | | 377 | 344.51 | 1,550.29 | | 235 | 214.75 | 966.36 | | 721.00 | 3,244.50 |
| B-Liners | 2.75 | 4025 | 4167 | 11459.25 | 1018 | 1053.91 | 2,898.26 | | 1805 | 1868.68 | 5,138.87 | | 1202 | 1,244.41 | 3,422.12 | | 4,167.00 | 11,459.25 |
| Bar jack, small | 1.10 | 108 | 108 | 118.80 | 34 | 34.00 | 37.40 | | 37 | 37.00 | 40.70 | | 37 | 37.00 | 40.70 | | 108.00 | 118.80 |
| Scamps | 4.25 | 17 | 17 | 72.25 | 5 | 5.00 | 21.25 | | | 0.00 | - | | 12 | 12.00 | 51.00 | | 17.00 | 72.25 |
| Grouper, Red | 3.25 | 15 | 15 | 48.75 | | 0.00 | - | | 15 | 15.00 | 48.75 | | | - | - | | 15.00 | 48.75 |
| Pinks | 1.25 | 34 | 34 | 42.50 | 11 | 11.33 | 14.17 | | 11 | 11.33 | 14.17 | | 11 | 11.33 | 14.17 | | 34.00 | 42.50 |
| SUB TOTAL | 14,986.05 | 4,988 | 5,062 | 14,986.05 | | | 3,698.94 | | | | 6,792.77 | | | | 4,494.34 | | 5,062.00 | 14,986.05 |

| Kenny Bought | #LB | Weight | | | Brad #LB | Brad $ | | Johnny #LB | Johnny $ | | Jimmy #LB | Jimmy $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trigger | 1.50 | 21.00 | | | 8.00 | 12.00 | | | - | | 13.00 | 19.50 |
| Grouper, Blk | 4.25 | 23.00 | | | | - | | | - | | 23.00 | 97.75 |
| SUB TOTAL | 129.25 | | | | | 12.00 | | | - | | | 117.25 |

| | | | | | | Brad $ | | | Johnny $ | | | Jimmy $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 14,986.05 | | | | 3,698.94 | | | 6,792.77 | | | 4,494.34 |
| | Fish Kept | 129.25 | | | | 12.00 | | | - | | | 117.25 |
| | | | | | | 3,710.94 | | | 6,792.77 | | | 4,611.59 |
| | | | | | | X .50 | | | X .50 | | | X .50 |
| | | | | Fish Shares (720) | | 1,855.47 | | | 3,396.38 | | | 2,305.79 |
| | | | | Expenses (948) | | $ (429.58) | | | $ (429.58) | | | $ (429.58) |
| | | | | Advances (510) | | (566.00) | | | (919.00) | | | (925.00) |
| | | | | Child Support (336) | | | | | | | | (110.00) |
| | | | | Subtotal | | 859.89 | | | 2,047.80 | | | 841.21 | 3,748.90 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: May 11, 2009

| GROCERIES | $ | 210.00 | Ttl/Groceries, | 280.00 | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE | | 38.00 | KJ/GOODIES | - | | | Brad | | 802.00 | |
| BAIT | | 473.00 | CIGS | - | | | Johnny | | 794.00 | |
| FUEL | | 329.00 | TOTAL | 280.00 | | | Jimmy | | 1,000.00 | |
| MISC | | 75.00 | DIV/PEOPL | 70.00 | 4 | | | | | |
| WINDOW WTS | | 30.00 | X CREW | 210.00 | 3 | | | | | |
| OIL | | 40.00 | | | | | | Total | 2,596.00 | |
| BUTANE | | | | | | | | | | |
| Total Expenses | $ 1,195.00 | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | |
| | $ 398.33 | | | | | | | | | |

| Tkt# AR 0009858 | Price Per | Boat | Ariel | | Boat Wt | Brad Ariel | | | Boat Wt | Johnny Ariel | | | Boat Wt | Jimmy Ariel | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb | Weight | | $ | | #LB | | $ | | #LB | | $ | | #LB | | $ | Weight | Dollar |
| Snapper, Red | 4.50 | 1188 | 1062 | 4779.00 | 311 | 278.02 | | 1,251.07 | 504 | 450.55 | | 2,027.45 | 373 | 333.44 | | 1,500.48 | 1,062.00 | 4,779.00 |
| B-Liners | 2.25 | 4084 | 4205 | 9461.25 | 1104 | 1136.71 | | 2,557.60 | 1794 | 1847.15 | | 4,156.09 | 1186 | 1,221.14 | | 2,747.56 | 4,205.00 | 9,461.25 |
| Bar jack, small | 1.10 | 76 | 76 | 83.60 | 21 | 21.00 | | 23.10 | 44 | 44.00 | | 48.40 | 11 | 11.00 | | 12.10 | 76.00 | 83.60 |
| Scamps | 4.25 | 39 | 39 | 165.75 | 12 | 12.00 | | 51.00 | 0 | 0.00 | | - | 27 | 27.00 | | 114.75 | 39.00 | 165.75 |
| Pinks | 1.25 | 166 | 166 | 207.50 | 55 | 55.33 | | 69.17 | 55 | 55.33 | | 69.17 | 55 | 55.33 | | 69.17 | 166.00 | 207.50 |
| SUB TOTAL | 14,697.10 | 5,553 | 5,548 | 14,697.10 | | | | 3,951.93 | | | | 6,301.11 | | | | 4,444.06 | 5,548.00 | 14,697.10 |

| Kenny Bought | #LB | Weight | | | | Brad #LB | | $ | | Johnny #LB | | $ | | Jimmy #LB | | $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grouper, Red | 3.25 | 16.00 | | 0.00 | | 16.00 | | 52.00 | | | | - | | | | - | | |
| Scamps | 4.25 | 4.00 | | 0.00 | | 4.00 | | 17.00 | | | | - | | | | - | | |
| SUB TOTAL | 69.00 | | | 0.00 | | | | 69.00 | | | | - | | | | - | | |

| | Ariel | 14,697.10 | | | | Brad $ | | | Johnny $ | | | Jimmy $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fish Kept | 69.00 | | | | 3,951.93 | | | 6,301.11 | | | 4,444.06 | | |
| | | | | | | 69.00 | | | - | | | - | | |
| | | | | Fish Shares (720) | | 4,020.93 | | | 6,301.11 | | | 4,444.06 | | |
| | | | | Expenses (948) | | X .50 | | | X .50 | | | X .50 | | |
| | | | | Advances (510) | | 2,010.47 | | | 3,150.55 | | | 2,222.02 | | |
| | | | | Child Support (336) | | $ (398.33) | | | $ (398.33) | | | $ (398.33) | | |
| | | | | IRS Levy (337) | | (802.00) | | | (794.00) | | | (1,000.00) | | |
| | | | | Subtotal | | 810.14 | | | 1,958.22 | | | (110.00) | | |
| | | | | | | | | | | | | (61.61) | | |
| | | | | | | | | | | | | 652.08 | | 3,420.44 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: May 30, 2009

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 218.25 | Ttl/Groceries | | | | | 291.00 | | | | Advances | | | | | | | |
| ICE | 15.00 | KJ/GOODIES | | | | | | | | Brad | 702.00 | | | | | | | |
| BAIT | 473.00 | CIGS | | | | | | | | Johnny | 720.00 | | | | | | | |
| FUEL | 342.00 | TOTAL | | | | | 291.00 | | | Vinny | 600.00 | | | | | | | |
| MISC | 75.00 | DIV/PEOPL | 4 | | | | 72.75 | | | | | | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | | | | 218.25 | | | Total | 2,022.00 | | | | | | | |
| OIL | 40.00 | | | | | | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | | | | | | |
| Total Expenses | $ 1,193.25 | | | | | | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | | | | | | |
| | $ 397.75 | | | | | | | | | | | | | | | | | |

| | Price Per | Bont | Weight | Ariel | $ | Boat Wt | Brad Ariel #LB | $ | Boat Wt | Johnny Ariel #LB | $ | Boat Wt | Vinny Ariel #LB | $ | | Ariel Weight | Total Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 0010349 | lb | | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 786 | 795 | 3577.50 | | 316 | 319.62 | 1,438.28 | 340 | 343.89 | 1,547.52 | 130 | 131.49 | 591.70 | | 795.00 | 3,577.50 |
| B-Liners | 2.20 | 3153 | 3120 | 6864.00 | | 840 | 831.21 | 1,828.66 | 1455 | 1439.77 | 3,167.50 | 858 | 849.02 | 1,867.84 | | 3,120.00 | 6,864.00 |
| Bar jack, small | 1.10 | 40 | 40 | 44.00 | | 9 | 9.00 | 9.90 | 25 | 25.00 | 27.50 | 6 | 6.00 | 6.60 | | 40.00 | 44.00 |
| Bar jack, medium | 1.25 | 21 | 21 | 26.25 | | 9 | 9.00 | 11.25 | 12 | 12.00 | 15.00 | | - | - | | 21.00 | 26.25 |
| Triggers | 1.50 | 25 | 25 | 37.50 | | 25 | 25.00 | 37.50 | | 0.00 | - | | - | - | | 25.00 | 37.50 |
| Dolphin | 2.00 | 11 | 11 | 22.00 | | | 0.00 | - | 11 | 11.00 | 22.00 | | - | - | | 11.00 | 22.00 |
| Scamps | 4.25 | 16 | 8 | 34.00 | | 3 | 1.50 | 6.38 | 5 | 2.50 | 10.63 | 8 | 4.00 | 17.00 | | 8.00 | 34.00 |
| Grouper, Gag | 4.25 | 102 | 102 | 433.50 | | | 0.00 | - | 102 | 102.00 | 433.50 | | - | - | | 102.00 | 433.50 |
| Grouper, Red | 3.25 | 62 | 62 | 201.50 | | | 0.00 | - | 30 | 30.00 | 97.50 | 32 | 32.00 | 104.00 | | 62.00 | 201.50 |
| Pinks | 1.25 | 111 | 111 | 138.75 | | 37 | 37.00 | 46.25 | 37 | 37.00 | 46.25 | 37 | 37.00 | 46.25 | | 111.00 | 138.75 |
| SUB TOTAL | 11,379.00 | 4,327 | 4,295 | 11,379.00 | | | | 3,378.22 | | | 5,367.39 | | | 2,633.39 | | 4,295.00 | 11,379.00 |

| Kenny Bought | #LB | Weight | | $ | | | Brad #LB | $ | | Johnny #LB | $ | | Vinny #LB | $ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grouper, Red | 3.25 | 6.00 | | 0.00 | | | 6.00 | 19.50 | | - | - | | - | - | | | |
| Grouper, Gag | 4.25 | 46.00 | | 0.00 | | | 46.00 | 195.50 | | - | - | | - | - | | | |
| SUB TOTAL | 215.00 | | | 0.00 | | | | 215.00 | | | - | | | - | | | |

| | | | | | | | Brad $ | | | Johnny $ | | | Vinny $ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 11,379.00 | | | | | 3,378.22 | | | 5,367.39 | | | 2,633.39 | | | | |
| | Fish Kept | 215.00 | | | | | 215.00 | | | - | | | - | | | | |
| | | | | | | | 3,593.22 | | | 5,367.39 | | | 2,633.39 | | | | |
| | | | | | | | X.50 | | | X.50 | | | X.50 | | | | |
| | | | Fish Shares (720) | | | | 1,796.61 | | | 2,683.69 | | | 1,316.69 | | | | |
| | | | Expenses (948) | | | | $ (397.75) | | | $ (397.75) | | | $ (397.75) | | | | |
| | | | Advances (510) | | | | (702.00) | | | (720.00) | | | (600.00) | | | | |
| | | | Subtotal | | | | 696.86 | | | 1,565.94 | | | 318.94 | | | 2,581.75 |

## TERROR, INC.
## FISH TRIP WORKSHEET
### Date: June 12, 2009

| GROCERIES | $ 206.25 | Ttl/Groceries | | | 275.00 | | | Brad | | 1,032.00 | Advances |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICE | 536.00 | KJ/GOODIES | | | - | | | Johnny | | 652.00 | |
| BAIT | 375.00 | CIGS | | | - | | | Jimmy | | 500.00 | |
| FUEL | 75.00 | TOTAL | | | 275.00 | | | | | | |
| MISC | 30.00 | DIV/PEOPL | 4 | | 68.75 | | | | | | |
| WINDOW WTS | 40.00 | X CREW | 3 | | 206.25 | | | Total | | 2,184.00 | |
| OIL | | | | | | | | | | | |
| BUTANE | $1,262.25 | | | | | | | | | | |
| Total Expenses | 3 | | | | | | | | | | |
| Div/Crew | $ 420.75 | | | | | | | | | | |

| | Price Per | Boat Weight | | Brad | | | | Johnny | | | Jimmy | | | Ariel | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb | | Ariel | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Weight | Dollar |
| Tkt# AR 0010781 | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1670 | 1598 | 440 | 421.03 | 1,894.63 | 700 | 669.82 | 3,014.19 | 530 | 507.15 | 2,282.17 | 1,598.00 | 7,191.00 |
| B-Liners | 2.05 | 2347 | 2350 | 715 | 715.91 | 1,467.62 | 833 | 834.06 | 1,709.83 | 799 | 800.02 | 1,640.04 | 2,350.00 | 4,817.50 |
| Triggers | 1.50 | 34 | 34 | 34 | 34.00 | 51.00 | | 0.00 | - | | - | - | 34.00 | 51.00 |
| Scamps | 4.25 | 12 | 12 | 12 | 12.00 | 51.00 | | 0.00 | - | | - | - | 12.00 | 51.00 |
| Grouper, Gag | 4.25 | 21 | 21 | | 0.00 | - | 21 | 21.00 | 89.25 | | - | - | 21.00 | 89.25 |
| Grouper, Red | 3.25 | 67 | 67 | 14 | 14.00 | 45.50 | 53 | 53.00 | 172.25 | | - | - | 67.00 | 217.75 |
| Pinks | 1.25 | 268 | 268 | 89 | 89.33 | 111.67 | 89 | 89.33 | 111.67 | 89 | 89.33 | 111.67 | 268.00 | 335.00 |
| SUB TOTAL | 12,752.50 | 4,419 | 4,350 | | | 3,621.42 | | | 5,097.19 | | | 4,033.88 | 4,350.00 | 12,752.50 |

| | | Weight | | | Brad | | | Johnny | | | Jimmy | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | | | | #LB | $ | | #LB | $ | | #LB | $ |
| Grouper, Gag | 4.25 | 7.00 | | | 7.00 | 29.75 | | - | - | | - | - |
| Grouper, Red | 3.25 | 19.00 | | | 19.00 | 61.75 | | - | - | | - | - |
| SUB TOTAL | 91.50 | | | | | 91.50 | | | - | | | - |

| | | | | | Brad $ | | Johnny $ | | Jimmy $ |
|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 12,752.50 | | | | | | | |
| | Fish Kept | 91.50 | | | 3,621.42 | | 5,097.19 | | 4,033.88 |
| | | | | Fish Shares (720) | 91.50 | | | | - |
| | | | | | 3,712.92 | | 5,097.19 | | 4,033.88 |
| | | | | | X .50 | | X .50 | | X .50 |
| | | | | Fish Shares (720) | 1,856.47 | | 2,548.59 | | 2,016.94 |
| | | | | Expenses (948) | $ (420.75) | | $ (420.75) | | $ (420.75) |
| | | | | Advances (510) | (1,032.00) | | (652.00) | | (500.00) |
| | | | | Child Support (336) | | | | | (110.00) |
| | | | | IRS Levy (337) | | | | | (182.02) |
| | | | | Subtotal | 403.72 | | 1,475.84 | | 804.17 |

| | | | | | | | | | | | | | | 2,683.73 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: July 17, 2009

| | | | | | |
|---|---|---|---|---|---|
| GROCERIES | $ 195.00 | Ttl/Groceries | | 260.00 | |
| ICE | 10.00 | KJ/GOODIES | | - | Johnny |
| BAIT | 504.00 | CIGS | | - | Brad |
| FUEL | 350.00 | TOTAL | | 260.00 | Vinny |
| MISC | 75.00 | DIV/PEOPL | 4 | 65.00 | |
| WINDOW WTS | 30.00 | X CREW | 3 | 195.00 | |
| OIL | 40.00 | | | | |
| BUTANE | | | | | |
| Total Expenses | $ 1,204.00 | | | | |
| Div/Crew | 3 | | | | |
| | $ 401.33 | | | | |

| | | | | | Advances | |
|---|---|---|---|---|---|---|
| | | | | | 1,256.00 | Johnny |
| | | | | | 1,353.00 | Brad |
| | | | | | 360.00 | Vinny |
| | | | | | | |
| | | | | | 2,969.00 | Total |

| | Price Per | Boat | | Ariel | | |
|---|---|---|---|---|---|---|
| Tkt# AR 0011222 | lb | Weight | | $ | | |
| Snapper, Red | 4.50 | 1413 | 1395 | 6277.50 | | |
| B-Liners | 2.20 | 2958 | 2945 | 6479.00 | | |
| Triggers | 1.50 | 103 | 103 | 154.50 | | |
| Snapper, Black | 2.25 | 9 | 9 | 20.25 | | |
| Snapper, Lane | 3.00 | 6 | 6 | 18.00 | | |
| Scamps | 4.00 | 4 | 4 | 16.00 | | |
| Grouper, Red | 3.00 | 31 | 31 | 93.00 | | |
| Pinks | 1.25 | 248 | 247 | 308.75 | | |
| SUB TOTAL | | 4,772 | 4,740 | 13,367.00 | | |

### Johnny
| | Boat Wt | #LB | $ |
|---|---|---|---|
| Ariel | 583 | 575.57 | 2,590.08 |
| | 1169 | 1163.86 | 2,560.50 |
| | | 0.00 | - |
| | 6 | 6.00 | 13.50 |
| | | 0.00 | - |
| | | 0.00 | - |
| | 17 | 17.00 | 51.00 |
| | 83 | 82.33 | 102.92 |
| | 1858 | | 5,317.99 |

### Brad
| | Boat Wt | Ariel #LB | $ |
|---|---|---|---|
| | 500 | 493.63 | 2,221.34 |
| | 923 | 918.94 | 2,021.68 |
| | 103 | 103.00 | 154.50 |
| | 3 | 3.00 | 6.75 |
| | 3 | 3.00 | 9.00 |
| | 4 | 4.00 | 16.00 |
| | 14 | 14.00 | 42.00 |
| | 83 | 82.33 | 102.92 |
| | 1633 | | 4,574.18 |

### Vinny
| | Boat Wt | Ariel #LB | $ |
|---|---|---|---|
| | 330 | 325.80 | 1,466.08 |
| | 866 | 862.19 | 1,896.83 |
| | | - | - |
| | | - | - |
| | 3 | 3.00 | 9.00 |
| | | - | - |
| | | - | - |
| | 83 | 82.33 | 102.92 |
| | 1,282 | | 3,474.83 |

### Ariel
| | Weight | Total Dollar |
|---|---|---|
| | 1,395.00 | 6,277.50 |
| | 2,945.00 | 6,479.00 |
| | 103.00 | 154.50 |
| | 9.00 | 20.25 |
| | 6.00 | 18.00 |
| | 4.00 | 16.00 |
| | 31.00 | 93.00 |
| | 247.00 | 308.75 |
| | 4,740.00 | 13,367.00 |

### Kenny Bought

| | #LB | Weight | | | Johnny $ | | | Brad $ | | #LB | Vinny $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Grouper, Red | 3.00 | 32.00 | | | 0.00 | | | - | | 32.00 | 96.00 |
| SUB TOTAL | 96.00 | | | | 0.00 | | | - | | | 96.00 |

| | | | | | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|---|---|---|---|
| | | | | | 5,317.99 | 4,574.18 | 3,474.83 |
| Ariel | 13,367.00 | | | | - | - | 96.00 |
| Fish Kept | 96.00 | | | | 5,317.99 | 4,574.18 | 3,570.83 |
| | | | | | X.50 | X.50 | X.50 |
| | | Fish Shares (720) | | | 2,659.00 | 2,287.09 | 1,785.41 |
| | | Expenses (948) | | | $ (401.33) | $ (401.33) | $ (401.33) |
| | | Advances (510) | | | (1,256.00) | (1,353.00) | (360.00) |
| | | Subtotal | | | 1,001.67 | 532.75 | 1,024.08 |

| Ariel | |
|---|---|
| | 2,558.50 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: July 27, 2009

| | | | |
|---|---|---|---|
| GROCERIES | $ 240.00 | Ttl/Groceries | 320.00 |
| ICE | - | KJ/GOODIES | |
| BAIT | 567.00 | CIGS | - |
| FUEL | 220.00 | TOTAL | 320.00 |
| MISC | 75.00 | DIV/PEOPLE  4 | 80.00 |
| WINDOW WTS | 30.00 | TIMES CREW  3 | 240.00 |
| BUTANE | | | |
| OIL | 40.00 | | |
| Total Expenses | $ 1,172.00 | | |
| Div/Crew  3 | | | |
| | $ 390.67 | | |

| | | Advances |
|---|---|---|
| Johnny | | 681.00 |
| Brad | | 926.00 |
| Vinny | | 450.00 |
| Total | | 2,057.00 |

| Tkt# 11403 | Price Per lb | Boat Weight | | Ariel | | | Boat Wt | Johnny Ariel #LB | Johnny $ | | Boat Wt | Brad Ariel #LB | Brad $ | | Boat Wt | Vinny Ariel #LB | Vinny $ | | #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 879 | | 860 | 3870.00 | | 355 | 347.33 | 1,562.97 | | 265 | 259.27 | 1,166.72 | | 259 | 253.40 | 1,140.31 | | 860 | 3,870.00 |
| B-Liners | 2.35 | 4,180 | | 4113 | 9665.55 | | 1678 | 1651.10 | 3880.09 | | 1189 | 1169.94 | 2749.36 | | 1313 | 1291.95 | 3036.09 | | 4113 | 9665.55 |
| Bar jack, small | 1.10 | 53 | | 53 | 58.30 | | 44 | 44.00 | 48.40 | | 4 | 4.00 | 4.40 | | 5 | 5.00 | 5.50 | | 53 | 58.30 |
| Triggers | 1.50 | 5 | | 5 | 7.50 | | | 0.00 | 0.00 | | 5 | 5.00 | 7.50 | | 0.00 | 0.00 | | | 5 | 7.50 |
| Pinks | 1.25 | 6 | | 6 | 7.50 | | 2 | 2.00 | 2.50 | | 2 | 2.00 | 2.50 | | 2 | 2.00 | 2.50 | | 6 | 7.50 |
| SUB TOTAL | | 5,123.00 | | 5,037.00 | 13,608.85 | | 2079 | | 5,493.96 | | 1465 | | 3,930.49 | | 1579 | | 4,184.40 | | 5,037.00 | 13,608.85 |

### TOTALS

| | | |
|---|---|---|
| Ariel | $ 13,608.85 | |
| Fish Kept | $ | - |

| | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|
| | 5,493.96 | 3,930.49 | 4,184.40 |
| Fish Shares (720) | 5,493.96 | 3,930.49 | 4,184.40 |
| | X .50 | X .50 | X .50 |
| | 2,746.98 | 1,965.25 | 2,092.20 |
| Expenses (948) | (390.67) | (390.67) | (390.67) |
| Advances (510) | (681.00) | (926.00) | (450.00) |
| Amount Due | 1,675.31 | 648.58 | 1,251.53 |

3,575.43

Page 1

## TERROR, INC.
## FISH TRIP WORKSHEET
### Date: August 10, 2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GROCERIES | $ 173.33 | Ttl/Groceries | 260.00 | | | Advances | |
| ICE | - | Fuel | 273.00 | | | | |
| BAIT | 564.00 | CIGS | | | Johnny | 1,106.00 | |
| FUEL | 480.00 | TOTAL | 533.00 | | Brad | 706.00 | |
| MISC | 75.00 | DIV/PEOPL | 177.67 | 3 | | | |
| WINDOW WTS | 30.00 | X CREW | 355.33 | 2 | | Total | 1,812.00 |
| OIL | 40.00 | | | | | | |
| BUTANE | | | | | | | |
| Total Expenses | $ 1,362.33 | | | | | | |
| Div/Crew | 2 | | | | | | |
| | $ 681.17 | | | | | | |

| | Price Per | Boat | | Ariel | | Boat Wt | Johnny Ariel #LB | $ | Boat Wt | Brad Ariel #LB | $ | Ariel Weight | Total Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 0011644 | lb | Weight | | | $ | | | | | | | | |
| Snapper, Red | 4.50 | 547 | 537 | 2416.50 | | 270 | 265.06 | 1,192.79 | 277 | 271.94 | 1,223.71 | 537.00 | 2,416.50 |
| B-Liners | 2.35 | 3994 | 3911 | 9190.85 | | 2316 | 2267.87 | 5,329.50 | 1678 | 1,643.13 | 3,861.35 | 3,911.00 | 9,190.85 |
| Amberjack | 1.50 | 40 | 40 | 60.00 | | 31 | 31.00 | 46.50 | 9 | 9.00 | 13.50 | 40.00 | 60.00 |
| Snappers, Queen | 1.25 | 8 | 8 | 10.00 | | | 0.00 | - | 8 | 8.00 | 10.00 | 8.00 | 10.00 |
| Scamps | 4.10 | 6 | 6 | 24.60 | | | 0.00 | - | 6 | 6.00 | 24.60 | 6.00 | 24.60 |
| King Mackarel | 1.50 | 10 | 10 | 15.00 | | 10 | 10.00 | 15.00 | | - | - | 10.00 | 15.00 |
| Pinks | 1.25 | 21 | 21 | 26.25 | | 11 | 10.50 | 13.13 | 11 | 10.50 | 13.13 | 21.00 | 26.25 |
| SUB TOTAL | | 4,626 | 4,533 | 11,743.20 | | 2,638 | | 6,596.91 | 1,989 | | 5,146.29 | 4,533.00 | 11,743.20 |

| | | | | | Johnny | | Brad | |
|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | | | #LB | $ | #LB | $ |
| Trigger | 1.50 | 30.00 | | 0.00 | | - | 30.00 | 45.00 |
| Bar jack, small | 1.10 | 40.00 | | 0.00 | 10.00 | 11.00 | 30.00 | 33.00 |
| | | | | 0.00 | | - | | - |
| SUB TOTAL | 89.00 | | | 0.00 | | 11.00 | | 78.00 |

| | | | | | Johnny $ | | Brad $ |
|---|---|---|---|---|---|---|---|
| | Ariel | 11,743.20 | | | | 6,596.91 | | 5,146.29 |
| | Fish Kept | 89.00 | | | | 11.00 | | 78.00 |
| | | | | | | 6,607.91 | | 5,224.29 |
| | | | | Fish Shares (720) | | X .50 | | X .50 |
| | | | | | | 3,303.96 | | 2,612.15 |
| | | | | Expenses (948) | | $ (681.17) | | $ (681.17) |
| | | | | Advances (510) | | (1,106.00) | | (706.00) |
| | | | | Amount Due | | 1,516.79 | | 1,224.98 | 2,741.77 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: August 21, 2009

| | | | | | | | | Advances | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 170.00 | Ttl/Groceries | 255.00 | | | | | | | |
| ICE | - | Fuel | 299.00 | | | | | | | |
| BAIT | 378.00 | CIGS | | Johnny | | | | 723.00 | | |
| FUEL | 199.33 | TOTAL | 554.00 | Vinnie | | | | 600.00 | | |
| MISC | 75.00 | DIV/PEOPL | 184.67 | 3 | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 369.33 | 2 | | Total | | 1,323.00 | | |
| OIL | 40.00 | | | | | | | | | |
| BUTANE | | | | | | | | | | |
| Total Expenses | $ 892.33 | | | | | | | | | |
| Div/Crew | 2 | | | | | | | | | |
| | $ 446.17 | | | | | | | | | |

| | | | | | Johnny | | | Vinnie | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price Per | Boat | | Weight | | Ariel | | Ariel | | Ariel | Total |
| | lb | | Weight | Ariel $ | Boat Wt | #LB | $ | Boat Wt | #LB | $ | Weight | Dollar |
| Tkt# AR 0011774 | | | | | | | | | | | |
| Snapper, Red | 4.50 | 950 | 933 | 4198.50 | 502 | 493.02 | 2,218.58 | 448 | 439.98 | 1,979.92 | 933.00 | 4,198.50 |
| B-Liners | 2.55 | 2703 | 2669 | 6805.95 | 1675 | 1653.93 | 4,217.52 | 1028 | 1,015.07 | 2,588.43 | 2,669.00 | 6,805.95 |
| King Mackarel | 1.50 | 8 | 8 | 12.00 | 8 | 8.00 | 12.00 | 0 | - | - | 8.00 | 12.00 |
| SUB TOTAL | 11,016.45 | 3,661 | 3,610 | 11,016.45 | 2,185 | | 6,448.10 | 1,476 | | 4,568.35 | 3,610.00 | 11,016.45 |

| | | | | | Johnny | | Vinnie | |
|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | | Weight | | #LB | $ | #LB | $ |
| Trigger | - | | 0.00 | | - | - | - | - |
| Bar jack, small | - | | 0.00 | | - | - | - | - |
| | | | 0.00 | | | | | |
| SUB TOTAL | - | | 0.00 | | | | | |

| | | | | | Johnny | Vinnie |
|---|---|---|---|---|---|---|
| | Ariel | 11,016.45 | | | $ | $ |
| | Fish Kept | - | | | | |
| | | | | | 6,448.10 | 4,568.35 |
| | | | Fish Shares (720) | | X .50 | X .50 |
| | | | | | 6,448.10 | 4,568.35 |
| | | | Expenses (948) | | 3,224.05 | 2,284.18 |
| | | | Advances (142) | | $ (446.17) | $ (446.17) |
| | | | Child support (336) | | $ (157.88) | $ 32.99 |
| | | | Advances (510) | | $ - | $ (198.00) |
| | | | Amount Due | 2,970.00 | (723.00) | (600.00) |
| | | | | | 1,897.00 | 1,073.00 | 2,970.00 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: August 31, 2009

| | | | | | | Advances |
|---|---|---|---|---|---|---|
| GROCERIES | $ 191.25 | Ttl/Groceries | | 255.00 | Johnny | 706.00 |
| ICE | - | KJ/GOODIES | | - | Brad | 806.00 |
| BAIT | 567.00 | CIGS | | - | Vinny | 940.00 |
| FUEL | 345.00 | TOTAL | | 255.00 | | |
| MISC | 75.00 | DIV/PEOPL | 4 | 63.75 | | |
| WINDOW WTS | 30.00 | X CREW | 3 | 191.25 | Total | 2,452.00 |
| OIL | 40.00 | | | | | |
| BUTANE | | | | | | |
| Total Expenses | $ 1,248.25 | | | | | |
| Div/Crew | 3 | | | | | |
| | $ 416.08 | | | | | |

| | | | | Johnny | | | | Brad | | | | Vinny | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price Per | Boat | Weight | Ariel | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Total Dollar |
| Tkt# AR 0011939 | lb | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1640 | 1685 | 7582.50 | 329 | 338.03 | 1,521.12 | 662 | 680.16 | 3,060.74 | 649 | 666.81 | 3,000.64 | 7,582.50 |
| B-Liners | 2.30 | 2546 | 2464 | 5667.20 | 1092 | 1056.83 | 2,430.71 | 812 | 785.85 | 1,807.45 | 642 | 621.32 | 1,429.04 | 5,667.20 |
| Barjacks, Med | 1.50 | 54 | 54 | 81.00 | 54 | 54.00 | 81.00 | | 0.00 | - | | - | - | 81.00 |
| Barjacks, Small | 1.20 | 31 | 31 | 37.20 | | 0.00 | - | 31 | 31.00 | 37.20 | | - | - | 37.20 |
| Pinks | 1.25 | 60 | 60 | 75.00 | 20 | 20.00 | 25.00 | 20 | 20.00 | 25.00 | 20 | 20.00 | 25.00 | 75.00 |
| SUB TOTAL | | 4,331 | 4,294 | 13,442.90 | 1495 | | 4,057.83 | 1525 | | 4,930.39 | 1,311 | | 4,454.68 | 13,442.90 |

| | | | | Johnny | | Brad | | Vinny | |
|---|---|---|---|---|---|---|---|---|---|
| | #LB | | Weight | #LB | $ | #LB | $ | #LB | $ |
| Kenny Bought | | | | | - | | - | | - |
| Barjacks, Small | 1.20 | | 35.00 | | - | | - | 35.00 | 42.00 |
| SUB TOTAL | 42.00 | | | | - | | - | | 42.00 |

| | | | | Johnny | Brad | Vinny |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |
| | Ariel | 13,442.90 | | 4,057.83 | 4,930.39 | 4,454.68 |
| | Fish Kept | 42.00 | | - | - | 42.00 |
| | | | Fish Shares (720) | 4,057.83 | 4,930.39 | 4,496.68 |
| | | | Expenses (948) | X .50 | X .50 | X .50 |
| | | | | 2,028.92 | 2,465.19 | 2,248.34 |
| | | | Advances (510) | $ (416.08) | $ (416.08) | $ (416.08) |
| | | | Advances (142) | (706.00) | (806.00) | (940.00) |
| | | | Child Support (336) | 157.88 | | (32.99) |
| | | | | | | (198.00) |
| | | | Subtotal | 1,064.72 | 1,243.11 | 661.27 |
| | | | | | | 2,969.09 |