# EXHIBIT 1

## TERROR, INC.
## FISH TRIP WORKSHEET
### Date: September 24, 2009

| | | | | | | | | | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ | 202.50 | Ttl/Groceries | | 270.00 | | | | | | Johnny | | 1,066.00 | |
| ICE | | - | KJ/GOODIES | | - | | | | | | Brad | | 800.00 | |
| BAIT | | 315.00 | CIGS | | - | | | | | | Vinny | | 400.00 | |
| FUEL | | 368.00 | TOTAL | | 270.00 | | | | | | | | | |
| MISC | | 75.00 | DIV/PEOPL | 4 | 67.50 | | | | | | | Total | 2,266.00 | |
| WINDOW WTS | | 30.00 | X CREW | 3 | 202.50 | | | | | | | | | |
| OIL | | 40.00 | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | | |
| Total Expenses | $ | 1,030.50 | | | | | | | | | | | | |
| Div/Crew | | 3 | | | | | | | | | | | | |
| | $ | 343.50 | | | | | | | | | | | | |

| | | | | | Johnny | | | Brad | | | Vinny | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price Per | Boat | | | Ariel | | | Ariel | | | Ariel | | | |
| Tkt# AR 0012237 | lb | Weight | Ariel | $ | Boat Wt | #LB | $ | Boat Wt | #LB | $ | Boat Wt | #LB | $ | Weight | Dollar |
| Snapper, Red | 4.50 | 1807 | 1912 | 8604.00 | 718 | 759.72 | 2,943.92 | 533 | 563.97 | 2,185.39 | 556 | 588.31 | 2,279.69 | 1,912.00 | 8,604.00 |
| B-Liners | 2.30 | 2318 | 2272 | 5225.60 | 1010 | 989.96 | 2,276.90 | 699 | 685.13 | 1,575.80 | 609 | 596.91 | 1,372.90 | 2,272.00 | 5,225.60 |
| Amberjack | 1.50 | 67 | 67 | 100.50 | 67 | 67.00 | 100.50 | 0.00 | 0.00 | | | | | 67.00 | 100.50 |
| Bar jack, small | 1.10 | 53 | 46 | 50.60 | 36 | 31.25 | 34.37 | 7 | 6.08 | 6.68 | 10 | 8.68 | 9.55 | 46.00 | 50.60 |
| Bar jack, medium | 1.25 | 76 | 76 | 95.00 | 56 | 56.00 | 70.00 | | 0.00 | - | 20 | 20.00 | 25.00 | 76.00 | 95.00 |
| Pinks | 1.25 | 327 | 327 | 408.75 | 109 | 109.00 | 136.25 | 109 | 109.00 | 136.25 | 109 | 109.00 | 136.25 | 327.00 | 408.75 |
| SUB TOTAL | 13,289.45 | 4,648 | 4,700 | 14,484.45 | 1996 | | 5,561.94 | 1348 | | 3,904.12 | 1,304 | | 3,823.39 | 4,700.00 | 14,484.45 |

| | | | | | Johnny | | | Brad | | | Vinny | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | | | #LB | $ | | #LB | $ | | #LB | $ | |
| Bar jack, small | 1.10 | 27.00 | | 0.00 | 27.00 | 29.70 | | | - | | | - | |
| Bar jack, medium | 1.25 | 13.00 | | 0.00 | 13.00 | 16.25 | | | - | | | - | |
| SUB TOTAL | 45.95 | | | 0.00 | | 45.95 | | | - | | | - | |

| | | | | Johnny | Brad | Vinny |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |
| | Ariel | 14,484.45 | | 5,561.94 | 3,904.12 | 3,823.39 |
| | Fish Kept | 45.95 | | 45.95 | | |
| | | | | 5,607.89 | 3,904.12 | 3,823.39 |
| | | | | X .50 | X .50 | X .50 |
| | | | Fish Shares (720) | 2,803.95 | 1,952.06 | 1,911.70 |
| | | | Expenses (948) | $ (343.50) | $ (343.50) | $ (343.50) |
| | | | Advances (510) | (1,066.00) | (800.00) | (400.00) |
| | | | Child support (336) | | | $ (198.00) |
| | | | Subtotal | 1,394.45 | 808.56 | 970.20 |
| | | | | | | 3,173.20 |

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: October 10, 2009

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GROCERIES | $ 206.25 | Ttl/Groceries | 275.00 | | | | | |
| ICE | 90.00 | KJ/GOODIES | - | | Johnny | 1,456.00 | | Advances |
| BAIT | 475.00 | CIGS | - | | Brad | 1,006.00 | | |
| FUEL | 412.00 | TOTAL | 275.00 | | Vinny | 913.00 | | |
| MISC | 75.00 | DIV/PEOPL | 68.75 | 4 | | | | |
| WINDOW WTS | 30.00 | X CREW | 206.25 | 3 | | Total | 3,375.00 | |
| OIL | 40.00 | | | | | | | |
| BUTANE | | | | | | | | |
| Total Expenses | $1,328.25 | | | | | | | |
| Div/Crew | 3 | | | | | | | |
| | $ 442.75 | | | | | | | |

| | Price Per lb | Boat Weight | Ariel $ | Boat Wt | Johnny Ariel #LB | Johnny $ | Boat Wt | Brad Ariel #LB | Brad $ | Boat Wt | Vinny Ariel #LB | Vinny $ | Ariel Weight | Total Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# AR 0012343 | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1034 | 4716.00 | 376 | 381.09 | 1,476.73 | 366 | 370.96 | 1,437.45 | 292 | 295.95 | 1,146.82 | 1,048.00 | 4,716.00 |
| B-Liners | 2.45 | 2676 | 6629.70 | 1127 | 1139.63 | 2,792.10 | 779 | 787.73 | 1,929.95 | 770 | 778.63 | 1,907.65 | 2,706.00 | 6,629.70 |
| Amberjack | 1.50 | 23 | 34.50 | 23 | 23.00 | 34.50 | | 0.00 | | | - | - | 23.00 | 34.50 |
| Bar jack, small | 1.10 | 148 | 162.80 | 92 | 92.00 | 101.20 | 11 | 11.00 | 12.10 | 45 | 45.00 | 49.50 | 148.00 | 162.80 |
| Bar jack, medium | 1.25 | 167 | 208.75 | 112 | 112.00 | 140.00 | 27 | 27.00 | 33.75 | 28 | 28.00 | 35.00 | 167.00 | 208.75 |
| Scamps | 4.25 | 4 | 17.00 | | 0.00 | - | 4 | 4.00 | 17.00 | | - | - | 4.00 | 17.00 |
| Grouper, Black | 4.00 | 28 | 112.00 | 28 | 28.00 | 112.00 | | 0.00 | - | | - | - | 28.00 | 112.00 |
| Grouper, Red | 3.25 | 45 | 146.25 | 20 | 20.00 | 65.00 | 15 | 15.00 | 48.75 | 10 | 10.00 | 32.50 | 45.00 | 146.25 |
| King Mackeral | 2.65 | 7 | 18.55 | 7 | 7.00 | 18.55 | | 0.00 | - | | - | - | 7.00 | 18.55 |
| Pinks | 1.25 | 88 | 110.00 | 29 | 29.33 | 36.67 | 29 | 29.33 | 36.67 | 29 | 29.33 | 36.67 | 88.00 | 110.00 |
| SUB TOTAL | 11,500.55 | 4,220 | 12,155.55 | 1814 | | 4,776.75 | 1231 | | 3,515.67 | 1,174 | | 3,208.14 | 4,264.00 | 12,155.55 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenny Bought | #LB | Weight | $ | | Johnny #LB | Johnny $ | | Brad #LB | Brad $ | | Vinny #LB | Vinny $ |
| Grouper, Black | 4.00 | 15.00 | 0.00 | | | - | | | - | | 15.00 | 60.00 |
| SUB TOTAL | 60.00 | | 0.00 | | | - | | | - | | | 60.00 |

| | Ariel | | | | Johnny $ | | Brad $ | | Vinny $ |
|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 12,155.55 | | | | 4,776.75 | | 3,515.67 | | 3,208.14 |
| | Fish Kept | 60.00 | | | | - | | - | | 60.00 |
| | | | | | | 4,776.75 | | 3,515.67 | | 3,268.14 |
| | | | Fish Shares (720) | | | X .50 | | X .50 | | X .50 |
| | | | Expenses (948) | | | 2,388.38 | | 1,757.83 | | 1,634.07 |
| | | | Advances (510) | | | $ (442.75) | | $ (442.75) | | $ (442.75) |
| | | | Child support (336) | | | (1,456.00) | | (1,006.00) | | $ (913.00) |
| | | | Subtotal | | | 489.63 | | 309.08 | | $ (198.00) |
| | | | | | | | | | | 80.32 |
| | | | | | | | | | | 879.03 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: October 21, 2009

| | | | |
|---|---|---|---|
| GROCERIES | $ 120.00 | Ttl/Groceries | 160.00 |
| ICE | 126.00 | KJ/GOODIES | - |
| BAIT | 189.00 | CIGS | |
| FUEL | 288.00 | TOTAL | 160.00 |
| MISC | 75.00 | DIV/PEOPLE | 40.00 |
| WINDOW WTS | 30.00 | TIMES CREW | 120.00 |
| BUTANE | - | | |
| OIL | 40.00 | | |
| Total Expenses | $ 868.00 | | |
| Div/Crew | 3 | | |
| | $ 289.33 | | |

| | Advances |
|---|---|
| Johnny | 898.00 |
| Brad | 678.00 |
| Vinny | 500.00 |
| Total | 2,076.00 |

| Tkt# | Price Per lb | Boat Weight | | Ariel | | Boat Wt | Johnny Ariel #LB | $ | Boat Wt | Brad Ariel #LB | $ | Boat Wt | Vinny Ariel #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 2,084 | 2100 | 9450.00 | | 734 | 739.64 | 2,866.09 | 770 | 775.91 | 3,006.66 | 580 | 584.45 | 2,264.76 |
| B-Liners | 2.50 | 395 | 390 | 975.00 | | 170 | 167.85 | 419.62 | 143 | 141.19 | 352.97 | 82 | 80.96 | 202.41 |
| Snappers, Black | 2.25 | 5 | 5 | 11.25 | | 5 | 5.00 | 11.25 | 0 | 0.00 | 0.00 | 0 | 0.00 | 0.00 |
| Pinks | 1.25 | 25 | 25 | 31.25 | | 8 | 8.33 | 10.42 | 8 | 8.33 | 10.42 | 8 | 8.33 | 10.42 |
| SUB TOTAL | | 9,155.00 | 2,509.00 | 2,520.00 | 10,467.50 | 917 | | 3,307.37 | 921 | | 3,370.05 | 670 | | 2,477.58 |

### TOTALS

| | | |
|---|---|---|
| Ariel | $ 10,467.50 | |
| Fish Kept & Sold | $ - | Included Above |

| | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|
| | 3,307.37 | 3,370.05 | 2,477.58 |
| | - | - | - |
| | 3,307.37 | 3,370.05 | 2,477.58 |
| | X .50 | X .50 | X .50 |
| Fish Shares (720) | 1,653.68 | 1,685.02 | 1,238.79 |
| Expenses (948) | (289.33) | (289.33) | (289.33) |
| Child support (336) | - | - | (198.00) |
| Advances (510) | (898.00) | (678.00) | (500.00) |
| Amount Due | 466.35 | 717.69 | 251.46 |

| | | | 1,435.50 |

Page 1

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: October 29, 2009

| GROCERIES | $ 202.50 | Ttl/Groceries | | | | | | | 270.00 | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICE | - | KJ/GOODIES | | | | | | | - | | Johnny | | | 786.00 | |
| BAIT | 536.00 | CIGS | | | | | | | - | | Brad | | | 1,016.00 | |
| FUEL | 408.00 | TOTAL | | | | | | | 270.00 | | Vinny | | | 600.00 | |
| MISC | 75.00 | DIV/PEOPL | 4 | | | | | | 67.50 | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | | | | | | 202.50 | | | Total | | 2,402.00 | |
| OIL | 40.00 | | | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | | | |
| Total Expenses | $1,291.50 | | | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | | | |
| | $ 430.50 | | | | | | | | | | | | | | |

| | Price Per | Bont Weight | Ariel Weight | | | Johnny | | | | Brad | | | | Vinny | | | | Ariel | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ariel $ | Boat Wt | #LB | Ariel | $ | Boat Wt | #LB | Ariel | $ | Boat Wt | #LB | Ariel | $ | | Weight | Total Dollar |
| Tkt# AR 0012517 | lb | | | | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 479 | 482 | 2169.00 | 166 | 167.04 | 128.80 | 647.28 | 128 | | 128.80 | 499.11 | 185 | 186.16 | | 721.36 | | 482.00 | 2,169.00 |
| B-Liners | 2.50 | 3337 | 3356 | 8390.00 | 1299 | 1306.40 | | 3,265.99 | 1078 | 1084.14 | | 2,710.34 | 960 | 965.47 | | 2,413.66 | | 3,356.00 | 8,390.00 |
| Amberjack | 1.50 | 82 | 82 | 123.00 | | 0.00 | | - | | 0.00 | | - | 82 | 82.00 | | 123.00 | | 82.00 | 123.00 |
| Bar jack, small | 1.10 | 91 | 91 | 100.10 | 42 | 42.00 | | 46.20 | 17 | 17.00 | | 18.70 | 32 | 32.00 | | 35.20 | | 91.00 | 100.10 |
| Bar jack, medium | 1.35 | 158 | 158 | 213.30 | 82 | 82.00 | | 110.70 | 24 | 24.00 | | 32.40 | 52 | 52.00 | | 70.20 | | 158.00 | 213.30 |
| Scamps | 4.25 | 19 | 19 | 80.75 | 15 | 15.00 | | 63.75 | 4 | 4.00 | | 17.00 | | - | | - | | 19.00 | 80.75 |
| Grouper, Gag | 4.25 | 70 | 70 | 297.50 | 35 | 35.00 | | 148.75 | 35 | 35.00 | | 148.75 | | - | | - | | 70.00 | 297.50 |
| Grouper, Red | 3.25 | 96 | 96 | 312.00 | 47 | 47.00 | | 152.75 | | 0.00 | | - | 49 | 49.00 | | 159.25 | | 96.00 | 312.00 |
| Pinks | 1.25 | 174 | 174 | 217.50 | 58 | 58.00 | | 72.50 | 58 | 58.00 | | 72.50 | 58 | 58.00 | | 72.50 | | 174.00 | 217.50 |
| SUB TOTAL | | 4,506 | 4,528 | 11,903.15 | 1744 | | | 4,507.92 | 1344 | | | 3,498.80 | 1,418 | | | 3,595.18 | | 4,528.00 | 11,903.15 |
| | 11,601.90 | | | | | | | | | | | | | | | | | | |

| Kenny Bought | #LB | Weight | | | | Johnny $ | | | | Brad $ | | | | Vinny $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grouper, Red | 3.25 | 12.00 | | 0.00 | | #LB | | - | | #LB | 12.00 | 39.00 | | #LB | | - |
| SUB TOTAL | 39.00 | | | 0.00 | | | | - | | | | 39.00 | | | | - |

| | | | | | | Johnny $ | | Brad $ | | Vinny $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fish Shares (720) | | 4,507.92 | | 3,498.80 | | 3,595.18 | |
| | | | | Expenses (948) | | X.50 | | 39.00 | | X.50 | |
| | | | | Advances (510) | | 4,507.92 | | 3,537.80 | | 3,595.18 | |
| | Ariel | 11,903.15 | | Child support (336) | | X.50 | | X.50 | | X.50 | |
| | Fish Kept | 39.00 | | Subtotal | | 2,253.96 | | 1,768.90 | | 1,797.59 | |
| | | | | PAID BY KENNY (510) | | $ (430.50) | | $ (430.50) | | $ (430.50) | |
| | | | | BALANCE DUE | | (786.00) | | (1,016.00) | | (600.00) | |
| | | | | | | 1,037.46 | | 322.40 | | $ (198.00) | |
| | | | | | | 1,014.00 | | 314.00 | | 569.09 | 1,928.95 |
| | | | | | | 23.36 | | 8.40 | | 741.00 | 2,069.00 |
| | | | | | | | | | | (171.91) | (140.05) |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: November 16, 2009

| GROCERIES | $ 217.50 | Ttl/Groceries | | | | | | | | Advances | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICE | - | KJ/GOODIES | | | | | | Johnny | | 917.00 | |
| BAIT | 567.00 | CIGS | | | | | | Brad | | 1,310.00 | |
| FUEL | 408.00 | TOTAL | | | | | | Vinny | | 880.00 | |
| MISC | 75.00 | DIV/PEOPL | 4 | | | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | | | | | | Total | 3,107.00 | |
| OIL | 40.00 | | | | | | | | | | |
| BUTANE | | | | | | | | | | | |
| Total Expenses | $1,337.50 | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | |
| | $ 445.83 | | | | | | | | | | |

| | Price Per | Boat | | | | Johnny | | | | Brad | | | | Vinny | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | lb | Weight | Ariel | $ | Boat Wt | Ariel #LB | Ariel $ | Boat Wt | Ariel #LB | Brad Ariel $ | Boat Wt | Ariel #LB | Vinny Ariel $ | | | Ariel Weight | Total Dollar |
| Tk# AR 0012566 | | | | | | | | | | | | | | | | | |
| Snapper, Red | 4.50 | 1004 | 1041 | 4684.50 | 397 | 411.63 | 1,595.07 | 406 | 420.96 | 1,631.23 | 201 | 208.41 | 807.58 | | | 1,041.00 | 4,684.50 |
| B-Liners | 2.90 | 3860 | 3979 | 11539.10 | 1439 | 1483.36 | 4,301.75 | 1210 | 1247.30 | 3,617.18 | 1211 | 1,248.33 | 3,620.17 | | | 3,979.00 | 11,539.10 |
| Bar jack, small | 1.10 | 159 | 159 | 174.90 | 76 | 76.00 | 83.60 | 11 | 11.00 | 12.10 | 72 | 72.00 | 79.20 | | | 159.00 | 174.90 |
| Bar jack, medium | 1.30 | 39 | 39 | 50.70 | 14 | 14.00 | 18.20 | 16 | 16.00 | 20.80 | 9 | 9.00 | 11.70 | | | 39.00 | 50.70 |
| Snapper, Lane | 3.00 | 11 | 11 | 33.00 | 11 | 11.00 | 33.00 | | 0.00 | - | | - | - | | | 11.00 | 33.00 |
| Scamps | 4.25 | 10 | 10 | 42.50 | 10 | 10.00 | 42.50 | | 0.00 | - | | - | - | | | 10.00 | 42.50 |
| Grouper, Gag | 4.25 | 66 | 66 | 280.50 | 37 | 37.00 | 157.25 | | 0.00 | - | 29 | 29.00 | 123.25 | | | 66.00 | 280.50 |
| Grouper, Red | 3.25 | 57 | 57 | 185.25 | 43 | 43.00 | 139.75 | | 0.00 | - | 14 | 14.00 | 45.50 | | | 57.00 | 185.25 |
| Pinks | 1.25 | 197 | 197 | 246.25 | 66 | 65.67 | 82.08 | 66 | 65.67 | 82.08 | 66 | 65.67 | 82.08 | | | 197.00 | 246.25 |
| SUB TOTAL | 16,586.08 | 5,403 | 5,559 | 17,236.70 | 2093 | | 6,453.20 | 1709 | | 5,363.39 | 1,602 | | 4,769.48 | | | 5,559.00 | 17,236.70 |

| Kenny Bought | #LB | Weight | | | | Johnny #LB | Johnny $ | | Brad #LB | Brad $ | | Vinny #LB | Vinny $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snapper, Red | 4.50 | -11.00 | | | | | - | | (11.00) | (49.50) | | | - |
| Grouper, Red | 3.25 | 19.00 | | | | | - | | 19.00 | 61.75 | | | - |
| Grouper, Gag | 4.25 | 14.00 | | | | 14.00 | 59.50 | | | - | | | - |
| Bar jack, medium | 1.30 | 22.00 | | | | | - | | | - | | 22.00 | 28.60 |
| SUB TOTAL | 100.35 | | | | | | 59.50 | | | 12.25 | | | 28.60 |

| | | | | | | | Johnny $ | | Brad $ | | | Vinny $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ariel | 17,236.70 | | | | | 6,453.20 | | 5,363.39 | | | 4,769.48 | |
| | Fish Kept | 100.35 | | | | | 59.50 | | 12.25 | | | 28.60 | |
| | | | | | | | 6,512.70 | | 5,375.64 | | | 4,798.08 | |
| | | | | | | | X .50 | | X .50 | | | X .50 | |
| | | | Fish Shares (720) | | | | 3,256.35 | | 2,687.82 | | | 2,399.04 | |
| | | | Expenses (948) | | | | $ (445.83) | | $ (445.83) | | | $ (445.83) | |
| | | | Advances (510) | | | | (917.00) | | (1,310.00) | | | (880.00) | |
| | | | Advances (142) | | | | | | | | | (171.91) | |
| | | | Child support (336) | | | | | | | | | (198.00) | |
| | | | Total | | | | 1,893.52 | | 931.99 | | | 703.30 | 3,528.80 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: November 27, 2009

| GROCERIES | $ 213.75 | Ttl/Groceries | | | 285.00 | | | | | | Advances | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICE | - | KJ/GOODIES | | | - | | | Johnny | | | 1,160.00 | | |
| BAIT | 567.00 | CIGS | | | - | | | Brad | | | 918.00 | | |
| FUEL | 408.00 | TOTAL | | | 285.00 | | | Vinny | | | 500.00 | | |
| MISC | 75.00 | DIV/PEOPL | 4 | | 71.25 | | | | | | | | |
| WINDOW WTS | 30.00 | X CREW | 3 | | 213.75 | | | | Total | | 2,578.00 | | |
| OIL | 40.00 | | | | | | | | | | | | |
| BUTANE | | | | | | | | | | | | | |
| Total Expenses | $ 1,333.75 | | | | | | | | | | | | |
| Div/Crew | 3 | | | | | | | | | | | | |
| | $ 444.58 | | | | | | | | | | | | |

| | | | | | | Johnny | | | | Brad | | | Vinny | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tk# AR 0012661 | Price Per lb | Boat Weight | Ariel | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | Boat Wt | Ariel #LB | $ | | | | | Ariel Weight | Total Dollar |
| Snapper, Red | 4.50 | 1070 | 1124 | 342 | 359.26 | 1,392.13 | 464 | 487.42 | 1,888.74 | 264 | 277.32 | 1,074.63 | | 1,124.00 | 5,058.00 |
| B-Liners | 2.55 | 2680 | 2780 | 1090 | 1130.67 | 2,883.21 | 1001 | 1038.35 | 2,647.79 | 589 | 610.98 | 1,557.99 | | 2,780.00 | 7,089.00 |
| Bar jack, small | 1.10 | 27 | 27 | 20 | 20.00 | 22.00 | 0 | 0.00 | - | 7 | 7.00 | 7.70 | | 27.00 | 29.70 |
| Bar jack, medium | 1.25 | 36 | 36 | 19 | 19.00 | 23.75 | 7 | 7.00 | 8.75 | 10 | 10.00 | 12.50 | | 36.00 | 45.00 |
| Snapper, Lane | 3.00 | 2 | 2 | | 0.00 | - | | 0.00 | - | 2 | 2.00 | 6.00 | | 2.00 | 6.00 |
| Snapper, Black | 2.25 | 3 | 3 | | 0.00 | - | | 0.00 | - | 3 | 3.00 | 6.75 | | 3.00 | 6.75 |
| Amberines | 0.80 | 40 | 40 | 20 | 20.00 | 16.00 | 20 | 20.00 | 16.00 | | | - | | 40.00 | 32.00 |
| Scamps | 4.25 | 15 | 15 | | 0.00 | - | 6 | 6.00 | 25.50 | 9 | 9.00 | 38.25 | | 15.00 | 63.75 |
| Grouper, Gag | 4.25 | 6 | 6 | 6 | 6.00 | 25.50 | 0 | 0.00 | - | | | - | | 6.00 | 25.50 |
| Grouper, Red | 3.25 | 31 | 31 | 15 | 15.00 | 48.75 | 3 | 3.00 | 9.75 | 13 | 13.00 | 42.25 | | 31.00 | 100.75 |
| Pinks | 1.25 | 89 | 89 | 30 | 29.67 | 37.08 | 30 | 29.67 | 37.08 | 30 | 29.67 | 37.08 | | 89.00 | 111.25 |
| SUB TOTAL | 11,865.20 | 3,999 | 4,153 | 1542 | | 4,448.43 | 1531 | | 4,633.62 | 927 | | 2,783.15 | | 4,153.00 | 12,567.70 |

| Kenny Bought | #LB | Weight | | | | #LB | Johnny $ | | #LB | Brad $ | | #LB | Vinny $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snapper, Red | 4.50 | 7.00 | | | | 2.33 | 10.50 | | 2.33 | 10.50 | | 2.33 | 10.50 |
| Bar jack, small | 1.10 | 17.00 | | | | | - | | 17.00 | 18.70 | | | - |
| SUB TOTAL | 50.20 | | | | | | 10.50 | | | 29.20 | | | 10.50 |

| | | | | | | | Johnny $ | | | Brad $ | | | Vinny $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4,448.43 | | | 4,633.62 | | | 2,783.15 |
| | | | | | | | 10.50 | | | 29.20 | | | 10.50 |
| | Ariel | 12,567.70 | | | | | 4,458.93 | | | 4,662.82 | | | 2,793.65 |
| | Fish Kept | 50.20 | | | | | X .50 | | | X .50 | | | X .50 |
| | | | | | Fish Shares (720) | | 2,229.46 | | | 2,331.41 | | | 1,396.82 |
| | | | | | Expenses (948) | | $ (444.58) | | | $ (444.58) | | | $ (444.58) |
| | | | | | Advances (510) | | (1,160.00) | | | (918.00) | | | (500.00) |
| | | | | | Collect phone calls (510) | | | | | | | | $ (35.65) |
| | | | | | Child support (336) | | | | | | | | $ (198.00) |
| | | | | | Total | | 624.88 | | | 968.83 | | | 218.59 | | | 1,812.30 |

# TERROR, INC.
## FISH TRIP WORKSHEET
### Date: December 16, 2009

| | | |
|---|---|---|
| GROCERIES | $ 157.50 | Ttl/Groceries  210.00 |
| ICE | | KJ/GOODIES        - |
| BAIT | 504.00 | CIGS |
| FUEL | 384.00 | TOTAL  210.00 |
| MISC | 75.00 | DIV/PEOPLE  4   52.50 |
| WINDOW WTS | 30.00 | TIMES CREW  3  157.50 |
| BUTANE | - | |
| OIL | 40.00 | |
| Total Expenses | $ 1,190.50 | |
| Div/Crew | 3 | |
| | $ 396.83 | |

| | | Advances |
|---|---|---|
| Johnny | | 855.00 |
| Brad | | 957.00 |
| Vinny | | 900.00 |
| Total | | 2,712.00 |

### Tkt# 13006

| | Price Per lb | Boat Weight | Ariel Weight | Ariel $ |
|---|---|---|---|---|
| Snappers, Red | 4.50 | 2,243 | 2282 | 10269.00 |
| B-Liners | 2.45 | 1,620 | 1634 | 4003.30 |
| Pinks | 1.50 | 54 | 54 | 81.00 |
| SUB TOTAL | | 3,917.00 | 3,970.00 | 14,353.30 |
| | 12,927.05 | | | |

### Johnny

| | Boat Wt | Ariel #LB | Ariel $ |
|---|---|---|---|
| | 812 | 826.12 | 3,201.21 |
| | 603 | 608.21 | 1490.12 |
| | 18 | 18.00 | 27.00 |
| | 1433 | | 4,718.33 |

### Brad

| | Boat Wt | Ariel #LB | Ariel $ |
|---|---|---|---|
| | 832 | 846.47 | 3,280.06 |
| | 501 | 505.33 | 1238.06 |
| | 18 | 18.00 | 27.00 |
| | 1351 | | 4,545.11 |

### Vinny

| | Boat Wt | Ariel #LB | Ariel $ |
|---|---|---|---|
| | 599 | 609.42 | 2,361.48 |
| | 516 | 520.46 | 1275.13 |
| | 18 | 18.00 | 27.00 |
| | 1133 | | 3,663.61 |

### TOTALS

| | |
|---|---|
| Ariel | $ 14,353.30 |
| Fish Kept & Sold | $      - |

| | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|
| | 4,718.33 | 4,545.11 | 3,663.61 |
| Fish Shares (720) | 4,718.33 | 4,545.11 | 3,663.61 |
|  | X .50 | X .50 | X .50 |
|  | 2,359.16 | 2,272.56 | 1,831.80 |
| Expenses (948) | (396.83) | (396.83) | (396.83) |
| Child support (336) |  |  | (198.00) |
| Work (Kenny personal 510) | (855.00) |  | 225.00 |
| Advances (510) |  | (957.00) | (900.00) |
| Amount Due | 1,107.33 | 918.73 | 561.97 |
| | | | 2,588.03 |

Page 1

Johnny Sexton
STATEMENT OF REVENUES AND EXPENSES FROM TERROR, INC.
12 Month Comparison For 2010

| | 1/31/10 | 2/28/10 | 3/31/10 | 4/30/10 | 5/31/10 | 6/30/10 | 7/31/10 | 8/31/10 | 9/30/10 | 10/31/10 | 11/30/10 | 12/31/10 | YTD Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Fish Shares/Fishing Boat Proceeds | 4,719.06 | 3,182.31 | 5,795.71 | 3,505.05 | 10,206.05 | 6,624.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,033.06 |
| Nonemployee compensation | | | | | | | | | | | | | 0.00 |
| **Total Income** | 4,719.06 | 3,182.31 | 5,795.71 | 3,505.05 | 10,206.05 | 6,624.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,033.06 |
| **Expenses** | | | | | | | | | | | | | |
| Groceries | 112.50 | 70.00 | 154.25 | 79.75 | 196.50 | 113.00 | | | | | | | 726.00 |
| Ice | | 3.00 | | | 87.67 | 0.00 | | | | | | | 90.67 |
| Bait | 261.33 | 83.33 | 285.67 | 189.00 | 422.33 | 288.00 | | | | | | | 1,529.67 |
| Fuel | 234.33 | 160.00 | 354.33 | 159.00 | 452.00 | 313.67 | | | | | | | 1,673.33 |
| Misc | 25.00 | 25.00 | 50.00 | 33.33 | 100.00 | 66.67 | | | | | | | 300.00 |
| Window Weights | 10.00 | 10.00 | 26.67 | 13.33 | 40.00 | 26.67 | | | | | | | 126.67 |
| Oil | 26.67 | 13.33 | 26.67 | 13.33 | 40.00 | 26.67 | | | | | | | 146.67 |
| Butane | | | | | | 0.00 | | | | | | | 0.00 |
| **Total Expenses** | 669.83 | 364.67 | 897.59 | 487.75 | 1,338.50 | 834.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,593.01 |
| **Net Income** | 4,049.23 | 2,817.64 | 4,898.12 | 3,017.30 | 8,867.55 | 5,790.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,440.05 |

CLIENT'S COPY
PREPARED BY
MARTIN & LAMBERT
CERTIFIED PUBLIC ACCOUNTANTS

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: January 15, 2010

| | | | | |
|---|---|---|---|---|
| GROCERIES | $ | 187.50 | Ttl/Groceries | 250.00 |
| ICE | | - | KJ/GOODIES | - |
| BAIT | | 564.00 | CIGS | |
| FUEL | | 480.00 | TOTAL | 250.00 |
| MISC | | 75.00 | DIV/PEOPLE  4 | 62.50 |
| WINDOW WTS | | 30.00 | TIMES CREW  3 | 187.50 |
| BUTANE | | - | | |
| OIL | | 40.00 | | |
| Total Expenses | $ | 1,376.50 | | |
| Div/Crew | | 3 | | |
| | $ | 458.83 | | |

Advances
| | |
|---|---|
| Johnny | 800.00 |
| Brad | 900.00 |
| Vinny | 800.00 |
| Total | 2,500.00 |

| Tkt# 13362 | Price Per lb | Boat Weight | Ariel | $ | Johnny Boat Wt | Johnny Ariel #LB | Johnny $ | Brad Boat Wt | Brad Ariel #LB | Brad $ | Vinny Boat Wt | Vinny Ariel #LB | Vinny $ | #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 2,051 | 2042 | 9189.00 | 863 | 859.21 | 3,866.46 | 684 | 681.00 | 3,064.49 | 504 | 501.79 | 2,258.05 | 2042 | 9,189.00 |
| B-Liners | 2.55 | 2,329 | 2307 | 5882.85 | 866 | 857.82 | 2187.44 | 678 | 671.60 | 1712.57 | 785 | 777.58 | 1982.84 | 2307 | 5882.85 |
| Amberine | 0.80 | 201 | 201 | 160.80 | 67 | 67.00 | 53.60 | 67 | 67.00 | 53.60 | 67 | 67.00 | 53.60 | 201 | 160.80 |
| Scamps | 4.25 | 9 | 9 | 38.25 | 9 | 9.00 | 38.25 | | 0.00 | 0.00 | | 0.00 | 0.00 | 9 | 38.25 |
| Grouper, Gag | 4.25 | 24 | 24 | 102.00 | 24 | 24.00 | 102.00 | | 0.00 | 0.00 | | 0.00 | 0.00 | 24 | 102.00 |
| Grouper, Red | 3.25 | 76 | 76 | 247.00 | 29 | 29.00 | 94.25 | 8 | 8.00 | 26.00 | 39 | 39.00 | 126.75 | 76 | 247.00 |
| Pinks | 1.25 | 120 | 120 | 150.00 | 40 | 40.00 | 50.00 | 40 | 40.00 | 50.00 | 40 | 40.00 | 50.00 | 120 | 150.00 |
| SUB TOTAL | | 15,769.90 | 4,810.00 4,779.00 | 15,769.90 | 1898 | | 6,392.00 | 1477 | | 4,906.66 | 1435 | | 4,471.24 | 4,779.00 | 15,769.90 |

TOTALS

| | | | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|---|---|
| Ariel | Fish Kept | $ 15,769.90 | 6,392.00 | 4,906.66 | 4,471.24 |
| | | $ - | - | - | - |
| Fish Shares (720) | | | 6,392.00 | 4,906.66 | 4,471.24 |
| Expenses (948) | | | X .50 | X .50 | X .50 |
| Advances (510) | | | 3,196.00 | 2,453.33 | 2,235.62 |
| Child support (336) | | | (458.83) | (458.83) | (458.83) |
| Amount Due | | | (800.00) | (900.00) | (800.00) |
| | | | | | (198.00) |
| | | | 1,937.17 | 1,094.50 | 778.79 |
| | | | | | 3,810.45 |

Paid Fisherman for 100 lb. error

Page 1

**TERROR, INC.**
**FISH TRIP WORKSHEET**
Date: January 28, 2010 CORRECTION

| | | | | |
|---|---|---|---|---|
| GROCERIES | $ | 150.00 | Ttl/Groceries | 200.00 |
| ICE | | - | KJ/GOODIES | |
| BAIT | | 220.00 | CIGS | - |
| FUEL | | 223.00 | TOTAL | 200.00 |
| MISC | | | DIV/PEOPLE 4 | 50.00 |
| WINDOW WTS | | | TIMES CREW 3 | 150.00 |
| BUTANE | | - | | |
| OIL | | 40.00 | | |
| Total Expenses | $ | 633.00 | | |
| Div/Crew | | 3 | | |
| | $ | 211.00 | | |

| | | | Advances |
|---|---|---|---|
| | Johnny | | 400.00 |
| | Brad | | 207.00 |
| | Vinny | | 150.00 |
| | Total | | 757.00 |

| Tkt# 13663 | Price Per lb | Boat Weight | Ariel | | Boat Wt | Johnny Ariel #LB | $ | Boat Wt | Brad Ariel #LB | $ | Boat Wt | Vinny Ariel #LB | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snappers, Red | 4.50 | 962 | 941 | 4234.50 | 478 | 467.57 | 2,104.04 | 278 | 271.93 | 1,223.69 | 206 | 201.50 | 906.76 |
| B-Liners | 2.48 | 690 | 668 | 1656.64 | 298 | 288.50 | 715.48 | 242 | 234.28 | 581.02 | 150 | 145.22 | 360.14 |
| Snapper, Lane | 3.00 | 3 | 3 | 9.00 | | 0.00 | 0.00 | 2 | 2.00 | 6.00 | 1 | 1.00 | 3.00 |
| Triggers | 1.50 | 13 | 13 | 19.50 | 2 | 2.00 | 3.00 | 7 | 7.00 | 10.50 | 4 | 4.00 | 6.00 |
| Cusk | 1.25 | 8 | 8 | 10.00 | 8 | 8.00 | 10.00 | | 0.00 | 0.00 | | 0.00 | 0.00 |
| Scamps | 4.25 | 12 | 12 | 51.00 | 10 | 10.43 | 44.35 | | 0.00 | 0.00 | 2 | 1.57 | 6.65 |
| Grouper, Red | 3.25 | 46 | 46 | 149.50 | 39 | 39.00 | 126.75 | | 0.00 | 0.00 | 7 | 7.00 | 22.75 |
| Pinks | 1.25 | 102 | 102 | 127.50 | 34 | 34.00 | 42.50 | 34 | 34.00 | 42.50 | 34 | 34.00 | 42.50 |
| SUB TOTAL | 6,257.64 | 1,835.50 | 1,793.00 | 6,257.64 | 869 | | 3,046.12 | 563 | | 1,863.72 | 404 | | 1,347.81 |

**TOTALS**

| | Ariel | | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|---|---|
| | $ | 6,257.64 | 3,046.12 | 1,863.72 | 1,347.81 |
| Fish Kept | $ | - | - | - | - |
| | | | 3,046.12 | 1,863.72 | 1,347.81 |
| | | | X .50 | X .50 | X .50 |
| Fish Shares (720) | | | 1,523.06 | 931.86 | 673.90 |
| Expenses (948) | | | (211.00) | (211.00) | (211.00) |
| Advances (510) | | | (400.00) | (207.00) | (150.00) |
| Child support (336) | | | | | (198.00) |
| CORRECTED Amount Due | | | 912.06 | 513.86 | 114.90 |
| Paid | | | 934.48 | 527.40 | 124.81 |
| OVERPAYMENT (720) | | | (22.42) | (13.54) | (9.91) |

| | #LB | $ |
|---|---|---|
| | 941 | 4,234.50 |
| | 668 | 1656.64 |
| | 3 | 9.00 |
| | 13 | 19.50 |
| | 8 | 10.00 |
| | 12 | 51.00 |
| | 46 | 149.50 |
| | 102 | 127.50 |
| | 1,793.00 | 6,257.64 |

| | |
|---|---|
| | 1,540.82 |
| | 1,586.69 |
| | (45.87) |

Page 1

# TERROR, INC.
## FISH TRIP WORKSHEET
Date: February 20, 2010

| | | | |
|---|---|---|---|
| GROCERIES | $ 210.00 | Ttl/Groceries | 280.00 |
| ICE | 9.00 | KJ/GOODIES | - |
| BAIT | 250.00 | CIGS | |
| FUEL | 480.00 | TOTAL | 280.00 |
| MISC | 75.00 | DIV/PEOPLE 4 | 70.00 |
| WINDOW WT'S | 30.00 | TIMES CREW 3 | 210.00 |
| BUTANE | - | | |
| OIL | 40.00 | | |
| Total Expenses | $ 1,094.00 | | |
| Div/Crew | 3 | | |
| | $ 364.67 | | |

| Advances | |
|---|---|
| Johnny | 1,060.00 |
| Brad | 800.00 |
| Vinny | 783.00 |
| Total | 2,643.00 |

| | Price Per | Bont | Ariel | | | Boat Wt | Johnny Ariel | | | Boat Wt | Brad Ariel | | | Boat Wt | Vinny Ariel | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkt# 13756 | lb | Weight | #LB | $ | | | #LB | $ | | | #LB | $ | | | #LB | $ | | |
| Snappers, Red | 4.50 | 3,113 | 3102 | 13959.00 | | 1233 | 1228.64 | 5,528.89 | | 970 | 966.57 | 4,349.58 | | 910 | 906.78 | 4,080.53 | | |
| B-Liners | 2.75 | 343 | 346 | 951.50 | | 158 | 159.38 | 438.30 | | 103 | 103.90 | 285.73 | | 82 | 82.72 | 227.47 | | |
| Barjack, Med | 1.35 | 36 | 22 | 29.70 | | | 0.00 | 0.00 | | 22 | 22.00 | 29.70 | | 14 | 14.00 | 18.90 | | |
| Triggers | 1.50 | 7 | 7 | 10.50 | | | 0.00 | 0.00 | | 7 | 7.00 | 10.50 | | | 0.00 | 0.00 | | |
| Amberjack | 1.50 | 70 | 71 | 106.50 | | | 0.00 | 0.00 | | 70 | 71.00 | 106.50 | | | 0.00 | 0.00 | | |
| Scamps | 4.50 | 8 | 8 | 36.00 | | | 0.00 | 0.00 | | 8 | 8.00 | 36.00 | | | 0.00 | 0.00 | | |
| Grouper, Gag | 4.50 | 44 | 44 | 198.00 | | 44 | 44.00 | 198.00 | | | 0.00 | 0.00 | | | 0.00 | 0.00 | | |
| Grouper, Red | 3.25 | 24 | 24 | 78.00 | | 6 | 6.00 | 19.50 | | 10 | 10.00 | 32.50 | | 8 | 8.00 | 26.00 | | |
| Pinks | 1.25 | 199 | 199 | 248.75 | | 66 | 66.33 | 82.92 | | 66 | 66.33 | 82.92 | | 66 | 66.33 | 82.92 | | |
| Snapper, Lane | 3.00 | 3 | 3 | 9.00 | | 3 | 3.00 | 9.00 | | | 0.00 | 0.00 | | | 0.00 | 0.00 | | |
| Barrelfish | 1.50 | 30 | 30 | 45.00 | | 21 | 21.00 | 31.50 | | 9 | 9.00 | 13.50 | | | 0.00 | 0.00 | | |
| Grouper, Yellowedge | 4.50 | 4 | 4 | 18.00 | | 4 | 4.00 | 18.00 | | | 0.00 | 0.00 | | | 0.00 | 0.00 | | |
| Grouper, Snowy | 3.50 | 11 | 11 | 38.50 | | 11 | 11.00 | 38.50 | | | 0.00 | 0.00 | | | 0.00 | 0.00 | | |
| SUB TOTAL | | 15,747.35 | 3,892.00 | 3,871.00 | 15,728.45 | 1546 | | 6,364.61 | | 1265 | | 4,946.92 | | 1080 | | 4,435.82 | | |

## TOTALS

| | | |
|---|---|---|
| Ariel | $ 15,728.45 | |
| Fish Kept | $ | |

| | Johnny $ | Brad $ | Vinny $ |
|---|---|---|---|
| | 6,364.61 | 4,946.92 | 4,435.82 |
| | 6,364.61 | 4,946.92 | 4,435.82 |
| | X .50 | X .50 | X .50 |
| Fish Shares (720) | 3,182.31 | 2,473.46 | 2,217.91 |
| Expenses (948) | (364.67) | (364.67) | (364.67) |
| Advances (510) | (1,060.00) | (800.00) | (783.00) |
| Child support (336) | | | (198.00) |
| Current Trip Amount Due | 1,757.64 | 1,308.79 | 872.24 |
| 1/28/10 Trip overpayment (720) | (22.42) | (13.54) | (9.91) |
| Amount Due | 1,735.22 | 1,295.25 | 862.33 |

Ariel 3,938.68 (45.87) 3,892.81

Page 1