# EXHIBIT 2

| | | |
|---|---|---|
| to commercially crab in Specified Gulf Waters for the 2009 or 2010 season? | Select the licensing authority: ☐ State   ☐ Federal | |
| (j) Indicate the Home Port for this vessel between April 20, 2010, and April 16, 2012: | County/Parish: | State: |
| (k) Indicate where this vessel primarily landed blue crabs between April 20, 2009, and April 16, 2012: | Landing County/Parish and State: | |
| (l) Indicate the type of proof of revenue or earnings for blue crab landings for your selected Benchmark Period: | ☐ Trip tickets (or their equivalent) AND/OR ☐ Tax records or other financial statements that contain proof of crab landings | |

## II. BLUE CRAB BOAT CAPTAINS

☐ I am making a claim as a Boat Captain for one or more vessels that performed commercial blue crabbing activities. Boat Captains may choose only one Benchmark Period for all vessels that performed commercial blue crabbing activities.

2. Identify all vessels on which you were employed as a Boat Captain during your selected Benchmark Period. If you have earnings on more than three vessels, copy and fill out this page for as many additional vessels as necessary, and attach each copied page to the end of this Claim Form.

**(a) Vessel One**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State ☐ _____ Federal | | |
| Indicate the owner of the vessel: | | | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | | | |

**(b) Vessel Two**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State ☐ _____ Federal | | |
| Indicate the owner of the vessel: | | | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | | | |

### (c) Vessel Three

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
|  | ☐ _____ State  ☐ _____ Federal |  |  |

| | |
|---|---|
| Indicate the owner of the vessel: | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

| | | |
|---|---|---|
| 3. As of April 20, 2010, did you hold a government license (even if expired) that authorized you to operate as a Boat Captain and/or to commercially crab in the Specified Gulf Waters for the 2009 or 2010 season? | ☐ Yes  ☐ No  License # _____  Select the licensing authority: ☐ State ☐ Federal | |
| 4. Indicate where your vessel(s) primarily landed blue crabs between April 20, 2009, and April 16, 2012: | Landing County/Parish and State: | |
| 5. Provide the following information about your employer: | Name: | |
| | Vessel Name(s): | |
| | Period of Employment: | |
| | Employer Contact Information: | |
| 6. Select a Benchmark Period for all vessels for which you were the Boat Captain: | ☐ 2009  ☐ 2008 and 2009  ☐ 2007, 2008, and 2009  The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:  ☐ **Claims Administrator Selected Benchmark Period.** | |
| 7. If applicable, indicate the reason and applicable year(s) that you could not crab at the same level of effort during 2007-2009: | **Reason**  ☐ Illness  ☐ Disability  ☐ Major Mechanical Failure  ☐ Other: _____ | **Years**  _____  _____  _____  _____ |
| 8. Indicate the type of proof of revenue or earnings for blue crab landings for your selected Benchmark Periods: | ☐ **Trip tickets (or their equivalents)**  AND/OR  ☐ **Tax records or other financial statements that contain proof of crab landings** | |

# F. OTHER SEAFOOD COMPENSATION PLAN

If you seek losses under the Other Seafood Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section F. If you are a Seafood Crew member, go to **Section H** of this Claim Form.

I am making this claim as a:

☐ Vessel Owner      ☐ Vessel Lessee      ☐ Boat Captain

## I. OTHER SEAFOOD VESSEL OWNERS AND LESSEES

☐ I am making a claim as a Vessel Owner and/or a Vessel Lessee. Vessel Owners and Vessel Lessees may choose different Benchmark Periods for each vessel that performed commercial seafood harvesting activities.

1. Identify all vessels that you owned or leased for commercial seafood harvesting between April 20, 2010, and December 31, 2010. If you have earnings on more than one vessel, copy and fill out this Section I for as many seafood harvesting vessels as necessary, and attach each copied page to this Claim Form.

**(a) Vessel Information**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State  ☐ _____ Federal | | |

| | | | |
|---|---|---|---|
| (b) Indicate whether you are the Owner or Lessee of the vessel: | ☐ Owner | | ☐ Lessee |
| (c) If you are the Owner, did you lease the vessel to another party? | ☐ Yes | | ☐ No |
| (d) If you leased the vessel, provide the annual amount of lease payments for the agreement in effect on April 20, 2010: | Identify the payment terms (e.g., monthly rent and/or percentage of revenue): | | |

(e) If you did lease the vessel to another party, identify the lessee(s):

| | |
|---|---|
| (f) Identify the Boat Captain for this vessel: | ☐ I was the sole Boat Captain for this vessel between January 1, 2007, and December 31, 2009.<br><br>☐ I was not the sole Boat Captain between January 1, 2007, and December 31, 2009. Provide the names of any other captains below: |
| (g) Select a Benchmark Period for this vessel: | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ Claims Administrator Selected Benchmark Period. |

| | | | |
|---|---|---|---|
| (h) If applicable, indicate the reason and applicable year(s) that you could not harvest Seafood at the same level of effort during 2007-2009: | **Reason**<br>☐ Illness<br>☐ Disability<br>☐ Major Mechanical Failure<br>☐ Other: _____ | **Years**<br>_____<br>_____<br>_____<br>_____ | |
| (i) Identify the species that are the basis of your claim: | ☐ Stone Crab<br>☐ Spiny Lobster<br>☐ Clams<br>☐ Other: _____<br>(description) | | |
| (j) As of April 20, 2010, did you hold a government license (even if expired) that authorized you or your vessel to operate in Specified Gulf Waters for the 2009 or 2010 season? | ☐ Yes   ☐ No<br><br>License # _____<br><br>Select the licensing authority:   ☐ State   ☐ Federal | | |
| (k) Indicate the Home Port for this vessel between April 20, 2010, and April 16, 2012: | County/Parish: | State: | |
| (l) Indicate where this vessel primarily landed seafood between April 20, 2009, and April 16, 2012: | Landing County/Parish and State: | | |
| (m) Indicate the type of proof of revenue or earnings for other seafood landings for your selected Benchmark Periods: | ☐ Trip tickets (or their equivalents)<br>AND/OR<br>☐ Tax records or other financial statements that contain proof of other seafood landings | | |

## II. OTHER SEAFOOD BOAT CAPTAINS

☐ I am making a claim as a Boat Captain for one or more vessels that performed commercial seafood harvesting activities. Boat Captains may choose only one Benchmark Period for all vessels that performed commercial seafood harvesting activities.

2. Identify all vessels on which you were employed as a Boat Captain during your selected Benchmark Period. If you have earnings on more than three vessels, copy and fill out this page for as many additional vessels as necessary, and attach each copied page to the end of this Claim Form.

**(a) Vessel One**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State<br>☐ _____ Federal | | |

| | |
|---|---|
| Indicate the owner of the vessel: | |
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

**(b) Vessel Two**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State  ☐ _____ Federal | | |

| Indicate the owner of the vessel: | |
|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

**(c) Vessel Three**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State  ☐ _____ Federal | | |

| Indicate the owner of the vessel: | |
|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

3. As of April 20, 2010, did you hold a government license (even if expired) that authorized you to operate as a Boat Captain and/or to commercially fish in Specified Gulf Waters for the 2009 or 2010 season?

   ☐ Yes    ☐ No

   License # _____

   Select the licensing authority:    ☐ State    ☐ Federal

4. Indicate where your vessel(s) primarily landed seafood between April 20, 2009, and April 16, 2012:

   Landing County/Parish and State:

5. Identify the species that are the basis of your claim:

   ☐ Stone Crab
   ☐ Spiny Lobster
   ☐ Clams
   ☐ Other: _____
   (description)

6. Provide the following information about your employer:

   | Name: | |
   |---|---|
   | Vessel Name(s): | |
   | Period of Employment: | |
   | Employer Contact Information: | |

| | | |
|---|---|---|
| 7. **Select a Benchmark Period for all vessels** | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ **Claims Administrator Selected Benchmark Period.** | |
| 8. If applicable, indicate the reason and applicable year(s) that you could not harvest seafood at the same level of effort during 2007-2009: | **Reason**<br>☐ Illness<br>☐ Disability<br>☐ Major Mechanical Failure<br>☐ Other: _____ | **Years:**<br>_____<br>_____<br>_____<br>_____ |
| 9. Indicate the type of proof of revenue or earnings for other seafood landings for your selected Benchmark Period: | ☐ Trip tickets (or their equivalents)<br>AND/OR<br>☐ Tax records or other financial statements that contain proof of other seafood landings | |

## G. FINFISH COMPENSATION PLAN

If you seek losses under the Finfish Compensation Plan during the period April 20, 2010, through December 31, 2010, complete all applicable questions in this Section G. If you are a Seafood Crew member, go to **Section H** of this Claim Form. **Do not complete this section for any losses related to menhaden fishing.** If you have losses for other types of finfish, fill out the appropriate categories below.

I am making this claim as a:

☐ Vessel Owner      ☐ Vessel Lessee      ☐ Boat Captain      ☐ Individual Fishing Quota Shares

### I. FINFISH VESSEL OWNERS AND LESSEES

1. Identify all vessels that you owned and/or leased that performed commercial finfishing activities between April 20, 2010, and December 31, 2010. If you have earnings on more than one vessel, copy and fill out this Section I for as many finfishing vessels as you may have, and attach each copied page to the end of this Claim Form.

**(a) Vessel Information:**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State<br>☐ _____ Federal | | |

| | | |
|---|---|---|
| (b) Indicate whether you are the Owner or Lessee of the vessel: | ☐ Owner | ☐ Lessee |
| (c) If you are the Owner, did you lease the vessel to another party? | ☐ Yes | ☐ No |
| (d) If you leased the vessel, provide the annual amount of lease payments for the agreement in effect on April 20, 2010: | Identify the payment terms (e.g., monthly rent and/or percentage of revenue): | |

| | | |
|---|---|---|
| (e) If you did lease the vessel to another party, identify the lessee(s): | | |
| (f) Identify the Boat Captain for this vessel: | ☐ I was the sole Boat Captain for this vessel between January 1, 2007, and December 31, 2009.<br><br>☐ I was not the sole Boat Captain between January 1, 2007, and December 31, 2009. Provide the names of any other captains below: | |
| (g) Select a Benchmark Period for this vessel: | ☐ 2009<br>☐ 2008 and 2009<br>☐ 2007, 2008, and 2009<br><br>The Claims Administrator will review all the documents and information you submit to determine the **Benchmark Period** that maximizes your recovery based on that information, even if that differs from the Benchmark Period you select above. If you do not wish to pick your Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, check here:<br><br>☐ **Claims Administrator Selected Benchmark Period.** | |
| (h) If applicable, indicate the reason and applicable year(s) that you could not fish at the same level of effort during 2007-2009: | **Reason**<br>☐ Illness<br>☐ Disability<br>☐ Major Mechanical Failure<br>☐ Other: _____ | **Years:**<br>_____<br>_____<br>_____<br>_____ |
| (i) As of April 20, 2010, did you hold a government license (even if expired) that authorized you or your vessel to commercially finfish in Specified Gulf Waters for the 2009 or 2010 season? | ☐ Yes     ☐ No<br><br>License # _____<br><br>Select the licensing authority:   ☐ State   ☐ Federal | |
| (j) Indicate the Home Port for this vessel between April 20, 2010, and April 16, 2012: | County/Parish: | State: |
| (k) Indicate where this vessel primarily landed finfish between April 20, 2009, and April 16, 2012: | Landing County/Parish and State: | |
| (l) Indicate the type of proof of revenue or earnings for finfish landings for your selected Benchmark Periods: | ☐ Trip tickets (or their equivalents)<br>AND/OR<br>☐ Tax records or other financial statements that contain proof of finfish landings | |
| **II. FINFISH BOAT CAPTAINS** | | |
| ☐ I am making a claim as a Boat Captain for one or more vessels that performed commercial finfishing activities. Boat Captains may choose only one Benchmark Period for all vessels that performed commercial finfishing activities. | | |

2. Identify all vessels on which you were employed as a Boat Captain during your selected Benchmark Period. If you have earnings on more than three vessel(s), copy and fill out this page for as many additional vessels as necessary, and attach each copied page to the end of this Claim Form.

**(a) Vessel One**

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State <br> ☐ _____ Federal | | |

| Indicate the owner of the vessel: | |
|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State <br> ☐ _____ Federal | | |

| Indicate the owner of the vessel: | |
|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

| Vessel Name | Registration # | Hull ID | Vessel Length |
|---|---|---|---|
| | ☐ _____ State <br> ☐ _____ Federal | | |

| Indicate the owner of the vessel: | |
|---|---|
| Provide the Home Port for this vessel between April 20, 2010, and April 16, 2012: | |

3. As of April 20, 2010, did you hold a government license (even if expired) that authorized you to operate as a Boat Captain and/or to commercially finfish in Specified Gulf Waters for the 2009 or 2010 season?

☐ Yes   ☐ No

License # _____

Select the licensing authority:   ☐ State   ☐ Federal

4. Indicate where your vessel(s) primarily landed finfish between April 20, 2009, and April 16, 2012:

Landing County/Parish and State: