# EXHIBIT 3

## Jessica Lendermon

**From:** Jessica Lendermon
**Sent:** Wednesday, March 13, 2013 3:02 PM
**To:** 'Nikeita Ashe'; Sean Selvig
**Cc:** Douglas S. Lyons; 'scott Carruthers'; 'amyjobpbucks@gmail.com'
**Subject:** RE: BP - Johnny Sexton
**Attachments:** DHCC excusable neglect letter - Sexton, Johnny.pdf

Dear Nikeita,

Please find attached an excusable neglect letter for Johnny Sexton, claimant ID # 100167032, as discussed below. If you need anything further from me, please let me know.

Thank you

*Jessica A. Lendermon*

Jessica A. Lendermon
Legal Assistant
Lyons & Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811
(850) 222-5583 - facsimile
jlendermon@lyonsandfarrar.com

---

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Tuesday, March 12, 2013 3:34 PM
**To:** Sean Selvig
**Cc:** Douglas S. Lyons; Jessica Lendermon
**Subject:** RE: BP - Johnny Sexton

Sean,

All Seafood Compensation Program Claims had to be filed by January 22, 2013. If you think you have good cause and excusable neglect to be allowed more time, you may send a letter setting out the reasons and we will review it with the parties. You can send the letter to me and I will forward it on your behalf. Please let me know if you have any additional questions or concerns.

Kindest regards,
Nikeita

---

**From:** Sean Selvig [mailto:seans@lyonsandfarrar.com]
**Sent:** Tuesday, March 12, 2013 1:59 PM
**To:** Nikeita Ashe
**Cc:** Douglas S. Lyons; Jessica Lendermon
**Subject:** FW: BP - Johnny Sexton

1

Nikeita – Back in January, I registered a new claimant on behalf of one of my associates who was overwhelmed with other claims at the time. I was helping her register seafood claims ahead of the January 22nd deadline. When I registered the client and uploaded his documentation, there was a misunderstanding. I thought that the registration form was all that needed to be filled out in order for Mr. Johnny Sexton to be admitted to the process. I had neglected to complete his claim form, and that is currently preventing us from filing his claim through the DHECC. This was an honest mistake, and as you can see in the portal, his basic information was in fact submitted in time. His claim was simply incomplete. Is there any way you can help us sort this situation out so that we can get Mr. Sexton admitted? He and his family have been cooperative and timely in their responses, and Jessica Lendermon has been dutifully assembling his claim. This was simply a misstep on my part in an attempt to help Jessica with a massive workload on a short timeline. Please let me know what must be done to get Mr. Sexton's claim back on track. Thank you.

Sean Selvig
Legal Assistant
Lyons & Farrar
325 N Calhoun Street
Tallahassee, FL 32301
P: 850-222-8811
F: 850-222-5583

## Lyons & Farrar, P.A.

325 N. CALHOUN STREET
TALLAHASSEE, FLORIDA 32301
TELEPHONE (850) 222-8811
FACSIMILE (850) 222-5583
E-MAIL: Doug.Lyons@lyonsandfarrar.com
Marsha.Lyons@lyonsandfarrar.com

PLEASE REPLY TO TALLAHASSEE OFFICE

CHARLES O. FARRAR, JR.
DOUGLAS S. LYONS
MARSHA L. LYONS

9155 S DADELAND BLVD STE 1000
MIAMI, FLORIDA 33156-2738
TELEPHONE (305) 567-1720
FACSIMILE (305) 567-2757

## Howard & Associates
### Attorneys at Law, P.A.
Dr. Tim Howard, J.D., Ph.D., Senior Partner*
Florida Court Certified Mediator

Dr. Tim Howard, J.D., Ph.D.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
Telephone: (850) 298-4455
Telecopy: (850) 216-2537
e-mail: ptim@aol.com

Cambridge Office
8 Museum Way, Ste. 2407
Cambridge, MA 02141
(857) 277-0990
ti.howard@neu.edu

Northeastern University
Law & Policy Doctorate Program, Director
42 Belvidere
360 Huntington Avenue
Boston, Massachusetts 02215-5000
Telephone: (617) 373-6076

**SAMUEL T. ADAMS**
Attorney at Law
460 Grace Avenue
Post Office Box 191
Panama City, FL 32402-0191
Telephone: (850) 785-3469 Facsimile: (850) 640-1562
e-mail: laura@samueltadams.com I tom@samueltadams.com

**CARRUTHERS LAW GROUP, PLC**
Attorney at Law
3010 South County Road, Highway 395
Santa Rosa Beach, FL 32459
Office (850) 231-4250
Cell (850) 766-1471
scarrutherslaw@gmail.com

March 13, 2013

Deepwater Horizon Economic Claims Center
P.O. Box 1439
Hammond, LA 70404-1439

To whom it may concern:

    This letter is on behalf of claimant Johnny Sexton, claimant ID 100167032. Johnny Sexton is a commercial seafood worker from Santa Rosa Beach, Florida who experienced lost revenues due to the oil spill. Mr. Sexton subsequently retained our office to file his claim against BP. Mr. Sexton's claim is being handled in our office by legal assistant Jessica A. Lendermon, who is assigned to all commercial seafood worker claims.

    The DHCC filing procedure in our office is for the legal assistant assigned to the claim to compile the documents, complete the claimant's registration, and forward the file to our

paralegal for claim submission. On January 21, 2013 our office filed several claims under the Seafood Compensation Program. As this was a national holiday, our paralegal was out of the office and in order to file the seafood worker claim forms before the January 22, 2013 deadline, Ms. Lendermon asked colleague Sean Selvig for assistance. Mr. Selvig had not previously been handling seafood worker claims and erroneously believed only the claimant's registration form needed to be submitted before the deadline. As such, the claimant's registration form was submitted on January 21, 2013 with supporting documentation, but the claim form was not submitted. Had office procedure been correctly followed, the claim would have been submitted in a timely manner by our paralegal.

We respectfully ask that, in light of our office's excusable neglect, we be allowed to submit this claimant's claim form as the claimant was cooperative, communicative, and prepared to have a claim filed on his behalf before the January 22nd deadline and shouldn't be denied recovery because of an error on our part.

Please advise us if you need further information.

Very Truly Yours,

Douglas S. Lyons