# EXHIBIT 4

**To:** Nikeita Ashe; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton

Nikeita,

Thank you very much.

Sincerely,

Jessica A. Lendermon

Legal Assistant

Lyons & Farrar, P.A.

325 N Calhoun Street

Tallahassee, Florida 32301

(850) 222-8811

(850) 222-5583 – facsimile

jlendermon@lyonsandfarrar.com

---

**From:** Nikeita Ashe [mailto:nashe@dhecc.com]
**Sent:** Thursday, March 14, 2013 8:24 AM
**To:** Jessica Lendermon; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton

Jessica,

5

I have forwarded your request to the appropriate parties. I will inform you once I receive confirmation on the decision.

Thank you,

Nikeita

---

**From:** Jessica Lendermon [mailto:jlendermon@lyonsandfarrar.com]
**Sent:** Wednesday, March 13, 2013 3:02 PM
**To:** Nikeita Ashe; Sean Selvig
**Cc:** Douglas S. Lyons; scott Carruthers; amyjobpbucks@gmail.com
**Subject:** RE: BP - Johnny Sexton

Dear Nikeita,

Please find attached an excusable neglect letter for Johnny Sexton, claimant ID # 100167032, as discussed below. If you need anything further from me, please let me know.

Thank you

*Jessica A. Lendermon*

Jessica A. Lendermon

Legal Assistant

Lyons & Farrar, P.A.

325 North Calhoun Street

Tallahassee, Florida 32301