UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>* |
| This document relates to:<br><br>     No. 10-4536 | *<br>*  HONORABLE CARL J. BARBIER<br>*<br>*  MAGISTRATE JUDGE SHUSHAN<br>* |

## ORDER

Considering the Consent Motion by BP Exploration & Production Inc. ("BPXP") to Admit the Penalty Phase Evidence Hard Drive:

IT IS HEREBY ORDERED, that BPXP's Motion is **GRANTED**; and it is further

**ORDERED** that the Penalty Phase Evidence Hard Drive is admitted without objection.


New Orleans, Louisiana, this __ day of March, 2015.


                                                                 _____
                                                                 **UNITED STATES DISTRICT JUDGE**