UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>Case No. 2:10-cv-03255-CJB-SS | ) ) MDL NO. 2179 ) ) Section J ) ) Judge Barbier ) ) |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Mitsui Oil Exploration Co., Ltd., hereby files its Motion for Withdrawal of Counsel, and would respectfully show the Court as follows:

1. Defendant Mitsui Oil Exploration Co., Ltd. respectfully requests that this Court enter an order permitting the withdrawal of Joel M. Kuehnert and the law firm of Bradley Arant Boult Cummings LLP as attorney of record for Defendant Mitsui Oil Exploration Co., Ltd., to order the clerk to remove said counsel and law firm from the above-entitled and numbered case.

2. Defendant Mitsui Oil Exploration Co., Ltd., respectfully requests that this Court enter an order allowing the substitution of Christopher McNevin, and Edward Flanders of Pillsbury Winthrop Shaw Pittman LLP, as counsel of record for Defendant Mitsui Oil Exploration Co., Ltd. in the above-entitled and numbered case.

3. The withdrawal of counsel in this action is not sought for the purpose of delay.

WHEREFORE, Defendant Mitsui Oil Exploration Co., Ltd. respectfully request that this Court enter an order (1) permitting the withdrawal of Joel M. Kuehnert and the law firm of Bradley Arant Boult Cummings LLP, as attorney of record for Defendant Mitsui Oil Exploration Co., Ltd., and to order the clerk to remove said counsel and law firm from the above-entitled and numbered case, and (2) allowing the substitution of Christopher McNevin, and Edward Flanders of Pillsbury Winthrop Shaw Pittman LLP as counsel of record for Defendant Mitsui Oil Exploration Co., Ltd., in the above-entitled and numbered case. Respectfully submitted this 12th day of March 2015.

        Pillsbury Winthrop Shaw Pittman LLP

        _____
        Edward Flanders
        1540 Broadway
        New York, New York 10036
        Telephone 212-858-1638
        Facsimile 212-858-1500
        edward.flanders@pillsburylaw.com

        Christopher McNevin
        221 West 6th Street, Suite 1110
        Austin, Texas 78701
        512-375-4900
        chrismcnevin@pillsburylaw.com

## Certificate of Service

I hereby certify that the foregoing Motion for Withdrawal and Substitution of Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court of the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2179, on this 12th day of March 2015.

_____
Edward Flanders