UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) <br> ) MDL NO. 2179 <br> ) Section J <br> ) |
| This document relates to: | ) Judge Barbier <br> ) |
| Case No. 2:10-cv-03255-CJB-SS | ) Magistrate Judge Shushan <br> ) |

### ORDER

Considering the foregoing Motion for Withdrawal and Substitution of Counsel:

IT IS ORDERED that Joel M. Kuehnert and the law firm of Bradley Arant Boult Cummings LLP be permitted to withdraw as Counsel of record for Mitsui Oil Exploration Co., Ltd., and;

IT IS FURTHER ORDERED that Edward Flanders and Christopher McNevin of Pillbury Winthrop Shaw Pittman LLP be and hereby are substituted as counsel of record for Mitsui Oil Exploration Co., Ltd.

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE