# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) CONSOLIDATED UNDER MDL<br>) DOCKET NO. 2179<br>)<br>) |
| *Vision Bank v. 145 LLC, et.al.,*<br>No. 2:11-cv-00912-CJB-SS | )<br>)<br>) |
| *Fran Hopkins v. BP, PLC, et.al.,*<br>No. 2:10-cv-02653-CJB-SS | )<br>)<br>) |
| *Sea Eagles Fisheries, Inc., et al., v. BP, PLC, et.al.,*<br>No. 2:10-cv-02661-CJB-SS | )<br>)<br>)<br>) |
| *Ronnie Daniels v. Cameron International Corporation, et.al.,*<br>No. 2:10-cv-02679-CJB-SS | )<br>)<br>)<br>) |
| *Stacey Van Duyn v. Cameron International Corporation, et.al.,*<br>No. 2:10-cv-02680-CJB-SS | )<br>)<br>)<br>) |
| *Carden Simcox v. BP America, Inc., et.al.,*<br>No. 2:10-cv-02999-CJB-SS | )<br>)<br>) |
| *Peter J. Barber v. BP, PLC, et.al.,*<br>No. 2:10-cv-03249-CJB-SS | )<br>)<br>) |
| *Papa Rod, Inc., et al v. BP, PLC, et.al.,*<br>No. 2:10-cv-03250-CJB-SS | )<br>)<br>) |
| *James Ferguson v. BP, PLC, et.al.,*<br>No. 2:10-cv-03251-CJB-SS | )<br>)<br>) |
| *Alan F. Ford v. BP, PLC, et.al.,*<br>No. 2:10-cv-03252-CJB-SS | )<br>)<br>) |
| *Sarah Moore et al., v. BP, PLC, et.al.,*<br>No. 2:10-cv-03253-CJB-SS | )<br>)<br>) |
| *John Crenshaw v. BP, PLC, et.al.,*<br>No. 2:10-cv-03255-CJB-SS | )<br>)<br>)<br>) |

| | |
|---|---|
| *Bradley Shivers et al., v. BP, PLC, et.al.,*<br>No. 2:10-cv-03261-CJB-SS | )<br>)<br>) |
| *Mobile Fixture & Equipment Company, Inc. v.*<br>*BP, PLC, et.al.,*<br>No. 2:10-cv-03262-CJB-SS | )<br>)<br>)<br>) |
| *Kimberly Nguyen v. BP, PLC, et.al.,*<br>No. 2:10-cv-03269-CJB-SS | )<br>)<br>) |
| *Bobby Wilson v. BP, PLC, et.al.,*<br>No. 2:10-cv-03272-CJB-SS | )<br>)<br>) |
| *Jacob R. Shemper v. BP, PLC, et.al.,*<br>No. 2:10-cv-03274-CJB-SS | )<br>)<br>) |
| *Alabama State v. Transocean, Ltd et.al.,*<br>No. 2:10-cv-04183-CJB-SS | )<br>)<br>) |
| *Obie F. Carlisle v. BP, PLC, et.al.,*<br>No. 2:10-cv-04188-CJB-SS | )<br>)<br>) |
| *Worldwide Interiors, LLC v. BP, PLC, et.al.,*<br>No. 2:10-cv-04191-CJB-SS | )<br>)<br>) |
| *Fish Market Restaurant, Inc v. BP, PLC, et.al.,*<br>No. 2:10-cv-04192-CJB-SS | )<br>)<br>) |
| *Robyn Hill v. BP, PLC, et.al.,*<br>No. 2:10-cv-04193-CJB-SS | )<br>)<br>) |
| *Paul Monroe et al v. BP, PLC, et.al.,*<br>No. 2:10-cv-04194-CJB-SS | )<br>)<br>) |
| *Daniel Hudley v. BP, PLC, et.al.,*<br>No. 2:10-cv-04200-CJB-SS | )<br>) |

## **MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP hereby file their Motion for Withdrawal of Counsel, and would respectfully show the Court as follows:

1.  Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP respectfully request that this Court enter an order permitting the withdrawal of Joel M. Kuehnert,

2

Sid J. Trant, R. Thomas Warburton, Jack L. Wilson, W. Wayne Drinkwater, and Jonathan D. Rose, and the law firm of Bradley Arant Boult Cummings LLP, as attorneys of record for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP., and to order the clerk to remove said counsel and law firm from the above-entitled and numbered cases.

2. Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP respectfully request that this Court enter an order allowing the substitution of James J. Dragna and Ky E. Kirby and the law firm of Morgan Lewis & Bockius LLP as counsel of record, to the extent that they are not already listed as counsel of record, for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP in the above-entitled and numbered cases.

3. The withdrawal of counsel in these actions is not sought for the purpose of delay.

WHEREFORE, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP respectfully request that this Court enter an order (1) permitting the withdrawal of Joel M. Kuehnert, Sid J. Trant, R. Thomas Warburton, Jack L. Wilson, W. Wayne Drinkwater, and Jonathan D. Rose, and the law firm of Bradley Arant Boult Cummings LLP, as attorneys of record for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP, and to order the clerk to remove said counsel and law firm from the above-entitled and numbered cases, and (2) allowing the substitution of  James J. Dragna and Ky E. Kirby and the law firm of Morgan Lewis & Bockius LLP as counsel of record, to the extent they are not already listed as counsel of record, for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP in the above-entitled and numbered cases.

DATED: March 12, 2015                               Respectfully submitted,

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@morganlewis.com
Thomas R. Lotterman
thomas.lotterman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@morganlewis.com
355 South Grand Avenue
MORGAN, LEWIS & BOCKIUS LLP
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636


Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 12, 2015.

                                                        /s/ *Ky E. Kirby*
                                                        Ky E. Kirby