UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810,<br>13-1143, 13-1185, 13-1222,<br>13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[OPA Test Cases – Conference on Thursday, March 12, 2015]

1. **Bisso Discovery**.

Plaintiffs reported that the technical or organic issues found in Bisso's production have been resolved in the new production. Some documents produced in the current production will be duplicates of the prior production. The parties will take measures to resolve any issues with the numbering of the documents in the two productions. Plaintiffs believe Bisso's production will be complete within 30 days if not sooner.

The parties are scheduling an in-person meet-and-confer for the week of March 16. Based on plaintiffs' estimate for completion of Bisso's production, the parties shall consider: a schedule for BPXP's review of Bisso production; meet-and-confer on any issues with Bisso's production; expedited resolution of a motion to compel; and dates for Bisso depositions.

Plaintiffs reported that Bisso's production only goes back to January 1, 2008, but BPXP may

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

want 2004 through 2007. BPXP reported that the information for the earlier period may be more limited, for example balance sheets and P&L statements. This issue shall be added to the in-person meet-and-confer.

2. **BPXP Document Production**.

The plaintiffs reported that they had not had time to review the BPXP production. They will include it in the in-person meet-and-confer.

3. **BPXP Depositions**.

The parties have not done any further work on a common Rule 30(b)(6) notice for BPXP.

4. **Other Plaintiffs' Production**.

The parties report that when the Bisso production is substantially complete, plaintiffs will be able to move quickly on the production from the remaining plaintiffs. Just as with the Bisso production, it will be necessary to re-produce the production from the other plaintiffs.

5. **Next Conference**.

The next conference will be **Thursday, March 26, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 13th day of March, 2015.

_____
        **SALLY SHUSHAN**
        **United States Magistrate Judge**