UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig          :       MDL NO. 2179
    "Deepwater Horizon" in the Gulf  :
    of Mexico, on April 20, 2010  :       SECTION: J
                                         :
    This Document Relates to:       :       JUDGE BARBIER
                                         :
    Civ. No. 10-4536                   :       MAG. JUDGE SHUSHAN
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in this case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the decision entered in this action on January 15, 2015, Rec. Doc. 14021, and any associated opinions and orders.


Case 2:10-md-02179-CJB-DPC   Document 14252   Filed 03/13/15   Page 2 of 3

|  |  |
|---|---|
|  | Respectfully submitted, |
| JOYCE BRANDA | JOHN C. CRUDEN |
| Acting Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | PATRICK CASEY |
| SHARON SHUTLER | RICHARD GLADSTEIN |
| MALINDA LAWRENCE | Senior Counsel |
| LAURA MAYBERRY | NANCY FLICKINGER |
| Trial Attorneys | Senior Attorney |
| R. MICHAEL UNDERHILL, T.A | ABIGAIL ANDRE |
| Attorney in Charge, West Coast Office | A. NATHANIEL CHAKERES |
|  | RACHEL HANKEY |
|  | JUDY HARVEY |
|  | RACHEL KING |
|  | ERICA PENCAK |
|  | BRANDON ROBERS |
|  | GORDON YOUNG |
|  | Trial Attorneys |
|  | /s/ Sarah D. Himmelhoch |
|  | STEVEN O'ROURKE |
|  | Senior Attorney |
|  | Environmental Enforcement Section |
|  | U.S. Department of Justice |
|  | P.O. Box 7611 |
|  | Washington, D.C. 20044 |
|  | Telephone:  202-514-2779 |
|  | E-mail:  steve.o'rourke@usdoj.gov |
|  | KENNETH A. POLITE, JR. |
|  | United States Attorney |
|  | Eastern District of Louisiana |
|  | SHARON D. SMITH |
|  | Assistant United States Attorney |
|  | Eastern District of Louisiana |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order

#12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 13 day of March, 2015.

                                                  /s/ Sarah D. Himmelhoch