**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888, [Rec. Doc. 129138]; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an Order withdrawing The Dugan Law Firm, APLC ("DLF") as counsel of record for Plaintiff Eddie Teal, Sr. In support thereof, Movants would show:

1.      On or about April 26, 2012, Plaintiff retained DLF to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2.      On or about April 13, 2013, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 129138].

3.      On March 12, 2015, Plaintiff informed DLF in writing that he no longer desired to have DLF represent his interests.  DLF acknowledged Plaintiff's request and he was notified of any and all applicable deadlines and pending court appearances.

4.      Thus, DLF and Plaintiff have terminated their attorney/client relationship and DLF as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiff in this case.

5.     This motion is made in good faith and considering Plaintiff has chosen to represent himself and/or hire other counsel in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6.     The current mailing address of Plaintiff is 7215 Easy Street, Arabi, Louisiana 70032.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of The Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: March 16, 2015

Respectfully submitted,

By:

**THE DUGAN LAW FIRM, APLC**

*s/ David B. Franco*
David B. Franco (TXBSA# 24072097)
James R. Dugan, II (LSBA# 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiff on this 16th day of March 2015.

Mr. Eddie Teal, Sr.
7215 Easy Street
Arabi, Louisiana 70032

<u>*s/ David B. Franco*</u>
David B. Franco, Esq.