UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case Nos. 2:10-cv-8888, [Rec. Doc. 129138]; 2:10-cv-2771* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of The Dugan Law Firm, APLC is hereby **GRANTED** and The Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for Plaintiff Eddie Teal, Sr. in the above captioned case.

Signed in New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE