UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) MDL NO. 2179 ) Section J ) |
| This document relates to: Crenshaw v BP, PLC Case No. 2:10-cv-03255-CJB-SS | ) Judge Barbier ) ) Magistrate Judge Shushan ) |

### ORDER

Considering the foregoing Motion for Withdrawal and Substitution of Counsel:

IT IS ORDERED that Joel M. Kuehnert and the law firm of Bradley Arant Boult Cummings LLP be permitted to withdraw as Counsel of record for Mitsui Oil Exploration Co., Ltd., and the clerk is directed to remove said counsel and law firm from the above entitled and numbered case and;

IT IS FURTHER ORDERED that Edward Flanders and of Pillsbury Winthrop Shaw Pittman LLP be and hereby is substituted as counsel of record for Mitsui Oil Exploration Co., Ltd.

New Orleans, Louisiana this 16th day of March, 2015.

_____
United States District Judge