Minute Entry
Shushan, J.
February 24, 2015
MJStar:  17 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG                    MDL 10-2179
DEEPWATER HORIZON IN THE GULF
OF MEXICO ON APRIL 20, 2010                        SECTION J (1)

                                                   JUDGE BARBIER
                                                   MAG. JUDGE SHUSHAN
-------------------------------------------------------------------------------------------------------
UNITED STATES OF AMERICA                           C.A. 10-4536   J (1)
V.
BP EXPLORATION & PRODUCTION, INC., ET AL

CASE MANAGER:                                      COURT REPORTER:
STEPHANIE KALL                                     CATHY PEPPER

EXHIBIT MARSHALING CONFERENCE

PENALTY PHASE
TUESDAY, FEBRUARY 24, 2015   2:00 P.M.
MAGISTRATE JUDGE  SALLY SHUSHAN PRESIDING

US offers lists of exhibits/demonstratives regarding exams of Kenneth Arnold, David Sunding, Darrell Hollek and Bruce DenUyl: ORDERED ADMITTED.

US offers lists of orphan exhibits:  ORDERED ADMITTED.

Anadarko offers lists of exhibits/demonstratives regarding exams of Darrell Hollek, Kenneth Arnold, and David Sunding:  ORDERED ADMITTED.

Anadarko offers orphan exhibits included as part of the BP APC orphans lists: ORDERED ADMITTED.

BP offers lists of exhibits/demonstratives regarding exams of Dr. Shea (supplemental list), Bruce DenUyl: ORDERED ADMITTED.

BP offers joint BPXP/Anadarko orphan exhibit lists:  ORDERED ADMITTED.

Morrison exhibits admitted as orally stated on the record.

Final Marshaling List in Chronological Order and Final Marshaling List by Witness: ORDERED ADMITTED.

Counsel to provide the Court with updated hard drive and lists of exhibits/demonstratives.

Appearances:
USA:  Steven O'Rourke,  Sarah Himmelhoch, Abigail Andre, Nancy Flickinger, Richard Gladstein, Aristide Chakeres, Rachel Hankey, Brandon Robers, Erica Pencak
BP:     J. Andrew Langan, Hariklia "Carrie" Karis, Mark Nomellini, Peter Bartoszek, Angela Marstow
Anadarko: Thomas Lotterman, Ky Kirby, Robert Guidry, Doug Hastings
National Response Management:  Sylvia Simson