# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF KENNETH ARNOLD

The United States offers the following documents it used during its February 2, 2015 examination of Kenneth Arnold into evidence:

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-233220.162 | Page from Deposition Transcript of Arnold, Kenneth E., P.E. October 7, 2014 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DAVID SUNDING**

The United States offers the following documents it used during its February 2, 2015 examination of David Sunding into evidence:

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-33171 | Dataset of Non-Operators in Dr. Sunding's Entry/Exit Analysis (Sources: TREX-233532; TREX-233533) |

UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF DARRELL HOLLEK

The United States offers the following documents it used during its February 2, 2015 examination of Darrell Hollek into evidence:

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-012915 | Rockefeller Philanthropy Advisors, A Fund to Strengthen Gulf Coast Communities |
| TREX-012916 | Rockefeller Philanthropy Advisors, Fund For Gulf Communities Final Report |
| TREX-012916.5.1.US | Callout of TREX-012916 |

**UNITED STATES' LIST OF TRANSCRIPT DESIGNATIONS AND EXHIBITS OFFERED IN CONNECTION WITH THE EXAMINATION OF MR. BRUCE DEN UYL**

The United States offers the testimony designated in its February 13, 2015, submission to the Court and included on the final evidence hard drive, as well as the following documents used during the Deposition of Mr. Bruce Den Uyl, into evidence:

| Exhibit Number |
| --- |
| TREX-12303A |
| TREX-12430 |
| TREX-12432 |
| TREX-12553 |
| TREX-12730 |
| TREX-12732 |
| TREX-12772 |
| TREX-13147 |
| TREX-13148 |
| TREX-13149 |
| TREX-13150 |
| TREX-13152 |
| TREX-13153 |
| TREX-13156 |
| TREX-13157 |
| TREX-13158 |
| TREX-13159 |
| TREX-13160 |
| TREX-13161 |

## APC - Exhibits for Darrell Hollek

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of Darrell Hollek into evidence:

| Trial Exhibit, Callout, or Demonstrative | Description |
|---|---|
| D-38030 | Darrell Hollek Work Experience |
| D-38031A | Anadarko's Footprint in the Gulf |
| D-38032 | Anadarko's Employment Numbers For Gulf of Mexico Operations |
| D-38049 | Anadarko's Employee & Contractor Hours For Gulf of Mexico Offshore Operations |
| TREX-12934 | APC GOM Employee & Contractor Hours (2010-Apr. 2014) |
| D-38033A | Anadarko's Employee & Contractor Hours For Gulf of Mexico Offshore Operations |
| D-38034A | Anadarko's Employee & Contractor Hours For Gulf of Mexico Offshore Operations |
| D-38050 | Anadarko's Gross Payments to Suppliers For Gulf of Mexico Operations |
| TREX-12913.0007 | Spreadsheet: APC GOM Supplier Spend Analysis, (2009-May 2014) |
| D-38035A | Anadarko's Gross Payments to Suppliers For Gulf of Mexico Operations |
| D-38036A | Anadarko's Gross Payments to Suppliers For Gulf of Mexico Operations |
| D-38051 | Anadarko's Payments to the U.S. From Gulf of Mexico Operations |
| TREX-12914.0002 | 2010-2014 Offshore Royalties Paid to ONRR Payors 10930 & 33415 |

| | |
|---|---|
| TREX-280007 | Compilation of lease payments by BA: 2010-2014 |
| D-38037A | Anadarko's Payments to the U.S. From Gulf of Mexico Operations |
| D-38038A | Anadarko's Payments to the U.S. From Gulf of Mexico Operations |
| D-38048 | Anadarko's Lease Sale Payments to the U.S. From Gulf of Mexico Operations |
| TREX-12937 | Spreadsheet: APC Lease Sales 2009-2014 |
| D-38040 | Anadarko's Participation in Source Control Efforts |
| TREX-280001 | APC e-mail offering assistance to BP |
| TREX-280002 | Letter from Jim Hackett to DOI Secretary Kenneth Salazar, offering APC's assistance in the response |
| D-38041 | Anadarko's Participation in Source Control Efforts |
| D-38042 | Anadarko's Additional Mitigation Expenditures |
| D-38043 | Anadarko's Expenditures Related to Mitigation From the $4 Billion Settlement With BP |
| TREX-050473 | Settlement Agreement Between BP and Anadarko |
| D-38045 | Anadarko's $21.855 Million Grant Creating the Fund for Gulf Communities |
| TREX-280005 | Grant Agreement, Rockefeller Philanthropy Advisors |
| D-38052 | Final Reports From the Fund for Gulf Communities |
| TREX-12916 | Rockefeller Philanthropy Advisors, Fund For Gulf Communities Final Report |
| TREX-12918 | Fund for Gulf Communities Grant Financial Report July 1, 2011 - December 31, 2013 |
| D-38046 | Distributions From the Fund for Gulf Communities Benefitting |

2

| D-38047 | Examples of Anadarko Actions to Preserve Environment |

## APC - Exhibits for Kenneth Arnold

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of Kenneth Arnold into evidence:

| Trial Exhibit, Callout, or Demonstrative | Description |
| --- | --- |
| D-38008 | Ken Arnold's Work History |
| D-38009 | Ken Arnold: A Career Focused on Offshore Safety |
| D-38010 | What is Safety and Environment Management Systems? |
| D-38011 | Ken Arnold: A Career Focused on Offshore Safety |
| D-38012 | Ken Arnold's Expert Reports |
| TREX-280011 | Report of Kenneth E. Arnold, August 15, 2014 |
| TREX-280097 | Rebuttal Report of Kenneth E. Arnold |
| TREX-280098 | Round 3 Report of Kenneth E. Arnold |
| TREX-280138 | Kenneth E. Arnold Expert Report, Appendix 1 - Resume of Kenneth E. Arnold, P.E., N.A.E. |
| TREX-280139 | Kenneth E. Arnold Expert Report, Appendix 2 - Documents Considered |
| D-38013A | Creating a Culture of Safety |
| D-38014 | Participation by NOPs in Deepwater Projects |
| D-38015 | Gardner Walkup's Own Testimony |
| D-38016 | Participation by NOPs in Deepwater Projects |
| D-38017 | NOP Participation in Strategic vs. Tactical Decisions |
| TREX-280090 | Gardner Walkup and J. Robert Ligon, The Good, the Bad, and the Ugly of the Stage-Gate Project Management Process in the Oil and Gas Industry, SPE 102923 (SPE) |
| D-38018 | Creating a Culture of Safety |
| D-38019 | Participation by NOPs in Deepwater Projects |
| D-38020 | Only an Operator Is Positioned to Manage Safety |

2

| TREX-280054 | National Academy of Engineering and National Research Council of the National Academies, *Macondo Well - Deepwater Horizon Blowout: Lessons for Improving Offshore Drilling Safety* |
| --- | --- |
| D-38021 | Arnold's Conclusions |

## APC - Exhibits for David Sunding

Anadarko Petroleum Corporation offers the following trial exhibits, callouts, and demonstratives that it used during its examination of David Sunding into evidence:

| Trial Exhibit, Callout, or Demonstrative | Description |
|---|---|
| D-38060 | Prof. Sunding's Background & Experience |
| D-38061 | Prof. Sunding's Expert Reports |
| TREX-280010R | Round 1 Report of Professor David L. Sunding (Redacted) |
| TREX-280096 | Round 3 Report of Professor David L. Sunding |
| TREX-280140 | David L. Sunding Expert Report, Appendix 1 - Curriculum Vitae of David L. Sunding |
| TREX-280141 | David L. Sunding Expert Report, Appendix 2 - Mapping of Investors |
| TREX-280142 | David L. Sunding Expert Report, Appendix 3 - Expert Testimony: 2009 - Present |
| TREX-280143 | David L. Sunding Expert Report, Appendix 5 - List of Consideration Materials |
| TREX-280144 | David L. Sunding Round 3 Expert Report, Appendix 1 - List of Consideration Materials |
| D-38062 | Summary of Prof. Sunding's Testimony |
| D-38063 | Considering a Penalty for Anadarko |
| D-38064 | Polinsky & Shavell (1998) |
| TREX-280034 | Polinsky M.A. and S. Shavell, 1998, "Punitive damages: An economic analysis," *Harvard Law Review* 111(4), pp. 869-962 |
| D-38065 | Standard Theory of Deterrence |
| TREX-280024 | Coase, R. 1960. "The Problem of Social Cost." Journal of Law and Economics 3, pp. 1-44 |
| D-38066 | Deterrence of Oil Spills |
| D-38067 | Examples of Deterrence |

| | |
|---|---|
| TREX-280052 | U.S. EPA Science Advisory Board, EPA-SAB-ADV-05-003, An Advisory of the Illegal Competitive Advantage (ICA) Economic Benefit (EB) Advisory Panel of the EPA Science Advisory Board (Sep. 7, 2004) |
| D-38072 | Examples of Deterrence |
| D-38074 | Absolute Deterrence |
| D-38075 | Investor-Operator Relationship |
| TREX-280042 | Viscusi, W. Kip and Richard J. Zeckhauser.  2011.  "Deterring and Compensating Oil-Spill Catastrophes: The Need for Strict and Two-Tier Liability." Vanderbilt Law Review 64(6), pp. 1717-1765 |
| TREX-280033 | Pitchford, R., 1995, "How Liable Should the Lender Be? The Case of Judgment-Proof Firms and Environmental Risks," *American Economic Review* 85, 1171-1186 |
| D-38076 | Mason's Criticisms of Prof. Sunding |
| D-38077 | Application to Anadarko in This Case |
| D-38078 | Summary of Prof. Sunding's Testimony |
| D-38080 | Average Annual Entry and Exit Rates of NOPs in Deepwater GoM Leases, 1983 – 2010 |
| D-38081 | Change in Annual Net Entry and Exit Rates In Deepwater GoM Leases |
| D-38083 | HHI Analysis and Results |
| D-38084 | Empirical Analyses Show Significant Changes in GoM Deepwater Market Since Dec 15, 2010 |

# BP - Supplemental Exhibits for Shea

**BP offers the following documents it used during its examination of Damian Shea into evidence:**

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-013340 | Procedures for the Derivation of Equilibrium Partitioning Sediment Benchmarks (ESBs) for the Protection of Benthic Organisms: PAH Mixtures |
| TREX-246032 | EPA Response to BP Spill in the Gulf of Mexico: Water Quality Benchmarks for Aquatic Life |
| TREX-242625 | Organic Contaminants, Trace and Major Elements, and Nutrients in Water and Sediment Sampled in Response to the Deepwater Horizon Oil Spill |
| TREX-242576 | Effectiveness and potential ecological effects of offshore surface dispersant use during the Deepwater Horizon oil spill a retrospective analysis of monitoring data |
| D-34859.1 | Animation of D-34859A |
| D-34879.1 | Animation of D-34879 |

# BP - Exhibits for Den Uyl

**BP offers the following reports of R. Bruce Den Uyl into evidence:**

| Trial Exhibit/Callout/ Demonstrative Number | Description |
| --- | --- |
| TREX-013153 | 08/15/2014 Expert Report of R. Bruce Den Uyl |
| TREX-013160 | 09/12/2014 Expert Response Report of R. Bruce Den Uyl |
| TREX-013161 | 09/26/2014 Expert Rebuttal Report of R. Bruce Den Uyl |
| TREX-247596 | Supplemental Expert Report of R. Bruce Den Uyl |