**UNITED STATES' LIST OF ORPHAN EXHIBITS WITH NO PENDING
EVIDENTIARY OBJECTIONS**

The United States offers the following documents into evidence:

| Trial Exhibit Number | Trial Exhibit Description | Notes | "Context Objections" |
|---|---|---|---|
| TREX-013208 | Senator Thomas R. Carper holds a Hearing on Gulf Coast Financial Responsibility, Part 1 July 22, 2010 | Not offered against BP<br><br>Only testimony of Jim Hackett offered | |
| TREX-230483 | GRM - Segmental Reporting | Not offered against APC | |
| TREX-233619 | AV File: CEO.mp4 showing CNN interview of Tony Hayward giving his assessment of the oil spill | Not offered against APC<br><br>The US offers only the segments of the video running from 0:00-2:11 and 4:46-8:48.  The segment running from 2:12 - 4:45 is not being offered into evidence. | |
| TREX-233896 | BP Press Release: BP Forms Alliance to Advance Paleogene Discoveries in Deepwater Gulf of Mexico | | |
| TREX-240383 | BP IH Working Copy Data Sheet | | |
| TREX-240443 | Signed Guarantee - BP PLC.pdf | Not offered against APC | |
| TREX-240392 | OSHA Working Copy Data Sheet | | |
| TREX-240444 | Signed Guarantee - BPCNA.pdf | | |

| | | | |
|---|---|---|---|
| TREX-242576 | Bejarano, A.C., Levine, E., Mearns, A.J. 2013. Effectiveness and potential ecological effects of offshore surface dispersant use during the Deepwater Horizon oil spill: a retrospective analysis of monitoring data. Environmental Monitoring and Assessment 185:10281-10295 | | |
| TREX-246904 | CDC Website, Information re Benzene | | BPXP objects to this exhibit on the ground that this document, known as the "NIOSH Pocket Guide to Chemical Hazards - Benzene" is only applicable to situations involving exposures to benzene at high concentrations or in its pure form, which were not the levels measured along the Gulf following the DWH spill.  TR. 1500-02 (Cox). |

| | | | |
|---|---|---|---|
| TREX-246905 | CDC Website, Information re Ethyl Benzene | | TREX-246905. BPXP objects to this exhibit on the ground that this document, known as the "NIOSH Pocket Guide to Chemical Hazards - Ethyl Benzene" is only applicable to situations involving exposures to ethyl benzene at high levels, not the trace levels measured along the Gulf following the DWH spill.  Tr. 1500-02 (Cox). |
| TREX-246906 | CDC Website, Information re Toluene | | TREX-246906. BPXP objects to this exhibit on the ground that this document, known as the "NIOSH Pocket Guide to Chemical Hazards - Toluene" is only applicable to situations involving exposures to toluene at high levels, not the trace levels measured along the Gulf following the DWH spill.  Tr. 1500-02 (Cox). |
| TREX-246907 | CDC Website, Information re n-Hexane | | |