**UNITED STATES' LIST OF ORPHAN EXHIBITS WITH PENDING EVIDENTIARY OBJECTIONS**

The United States offers the following documents into evidence:

| Trial Exhibit Number | Trial Exhibit Description | Objections |
| --- | --- | --- |
| TREX-013156 | BP Highly Confidential Deposition ExhibitBP Secret Draft v4 | APC: FRE 802: Hearsay, Not Admissible Against Anadarko |
| TREX-013158 | Methodology and Assumptions | APC: FRE 802: Hearsay, Not Admissible Against Anadarko, & Authentication |
| TREX-230016 | E-Mail From: David Janise To: Chris Alonzo Sent: Tue 6/22/2010 7:27:16 PM Subject: RE: GC 518#3 - SCSSV Changeout | APC: FRE 802: FRE 402: Irrelevant, Excluded by Order on MIL<br><br>BP: Admissible only as an Admission by: Anadarko |
| TREX-230370 | Letter - From: Tucker, Roger of Chevron, To: BP America, Inc.: Re: Hold Harmless and Indemnity, Storage of Equipment at Chevron Ivanhoe Shorebase, 05/26/2010 | APC: FRE 802: Hearsay, Not Admissible Against Anadarko Anadarko |
| TREX-231279 | Victim Impact Statement - Letter From: Buddy J. Trahan To: Sarah S. Vance Re: United States v. BP Exploration and Production, Inc. Case 2:12-cr-000292 Document No. 43 Filed: 1/16/13 | APC: FRE 802, Hearsay<br><br>BP: Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |
| TREX-231282 | Victim Impact Statement - Letter From: Eileen Kean Jones To: The Honorable Sarah S. Vance Case 2:12-cr-000292 Document No. 44 Filed: 01/16/13 | APC: FRE 802, Hearsay<br><br>BP: Hearsay within Hearsay (FRE 802); Relevance generally (FRE 401 & 402) |

| | | |
|---|---|---|
| TREX-231455 | McClenachan G, Turner RE, Tweel AW (2013) Effects of oil on the rate and trajectory of Louisiana marsh shoreline erosion. Env Res Lett 8:044030 | APC: FRE 802: Hearsay & Authentication<br><br>BP: Hearsay (FRE 802) |
| TREX-232367 | BP Global. BP Announces Significant Discovery in the Deepwater Gulf of Mexico, 18 Dec. 2013. BP.com. Web. 10 Sept. 2014 | APC: FRE 402, Irrelevant, FRE 802, Hearsay, Not Admissible Against Anadarko Anadarko |
| TREX-232520 | Volume, "Science and Decisions: Advancing Risk Assessment," Committee on Improving Risk Analysis Approaches Used by the U.S. EPA, Board on Environmental Studies and Toxicology, Division on Earth and Life Studies. National Research Council of the National Academies, 2009. | APC: FRE 802: Hearsay & Authentication<br><br>BP: Hearsay within Hearsay (FRE 802) |
| TREX-233884 | October 23, 2014 Press Release: BP Announces Oil Discovery in the Deepwater Gulf of Mexico | APC: FRE 802: Hearsay, Not Admissible Against Anadarko |