# BP and Anadarko - Orphan Exhibits (No Objections)

**BP and Anadarko offer the following Orphan Exhibits (No Objections) into evidence:**

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-013182 | Fish Assemblages in Louisiana Salt Marshes: Effects of the Macondo Oil Spill |
| TREX-050444 | Settlement Agreement Between BP and MOEX |
| TREX-062999 | Settlement Agreement: Confidential Settlement Agreement, Mutual Releases and Agreements to Indemnify by BP Exploration & Production Inc. and Cameron International Corporation (including BP Corporation North America Inc.) |
| TREX-240467 | BPXP Unanimous Written Consent, Jun. 1, 2009 |
| TREX-240664 | BPXP Power of Attorney, dated April 8, 2014 |
| TREX-240841 | Wood Mackenzie Kaskida (KC 292) |
| TREX-240849 | Wood Mackenzie Corporate Report Methodology and Assumptions |
| TREX-242225 | Email from D. Nagel to D. Kennedy re Gulf of Mexico Update; May 5, 2010 Update |
| TREX-244053 | Burger, Joanna. 2014. Poster. Productivity of waterbirds in potentially-impacted areas of Louisiana in 2011. GoMRI 2014. |
| TREX-244055 | Powers, S. and R.L. Shipp. 2011. Second Supplemental Report to Alabama Marine Resource Division [regarding diseased reef fish]. Gulf Fishery News, Gulf of Mexico Fishery Management Council. June-July 2011. pp. 2-3. |
| TREX-245710 | Letter from Michael Utsler to Harold Wright re Daily Skimming Operations |
| TREX-245783 | Wieczynski, Phil Interview Summary Form |
| TREX-246024 | Nelson, J.R., Bauer, J.R., and Rose, K. 2014. Assessment of Geographic Setting on Oil Spill Impact Severity in the United States – Insights from Two Key Spill Events in Support of Risk Assessment for Science-Based Decision Making. J. Sustainable Energy Eng. (accepted Sept. 5, 2014), DOI: 10.7569/JSEE.2014.629510. |
| TREX-246746 | NAFCO- BP Company Clearings |
| TREX-247341 | Face the Nation Transcript November 9, 2014: Obama, Bush, available at http://www.cbsnews.com/news/face-the-nation-transcripts-november-9-2014-obama-bush/ |
| TREX-247466 | Email from R. Windsor to P. Zukunft et al. re July 14 Aerial Dispersant Approval Request |
| TREX-247637 | Fact Sheet and Twelve Invoices from the US to BP Exploration and Production Inc. - http://www.restorethegulf.gov/release/2011/07/12/oil-spill-cost-and-reimbursement-fact-sheet |