# BP and Anadarko - Orphan Exhibits (With Objections)

**BP and Anadarko offer the following Orphan Exhibits (With Objections) into evidence:**

| Trial Exhibit/Callout/ Demonstrative Number | Description | Objections |
|---|---|---|
| TREX-013242 | Deloitte - Governance of Subsidiaries: A survey of global companies | Hearsay (FRE 802) |
| TREX-013276 | Gulf May Avoid Direst Predictions After Oil Spill | Hearsay (FRE 802); Hearsay within Hearsay (FRE 802) |
| TREX-013533 | Revisions Needed to National Contingency Plan Based on Deepwater Horizon Oil Spill | Relevance (FRE 401/402) |
| TREX-245787 | Dear, Eric Interview Summary Form | Hearsay (FRE 802) |
| TREX-247601B | WTI Last Day Financial Futures - CME Group - http://www.cmegroup.com/trading/energy/crude-oil/light-sweet-crude.html | Relevance (FRE 401/402) |
| TREX-247605 | Share Performance from 8/15/2014 - TOT COP CIE APC HES | Hearsay (FRE 802); Not Admissible Against Anadarko |
| TREX-247621 | Brent Last Day Financial Futures Quotes - CME Group http://www.cmegroup.com/trading/energy/crude-oil/brent-crude-oil-last-day.html | Relevance (FRE 401/402) |
| TREX-247623 | Option Adjusted Spread of the US Dollar High Yield Energy Sector from 8/15/2014 to 01/13/2015 (Daily) (publicly available from Bloomberg) (Update to TREX-247598) | Relevance (FRE 401/402) |
| TREX-247624 | US EIA Real and Nominal Oil Prices- http://www.eia.gov/forecasts/steo/realprices/ ; http://www.eia.gov/forecasts/steo/realprices/real_prices.xlsx (Crude Oil and Notes and Sources Tabs) (Update to TREX-247266) | Relevance (FRE 401/402) |
| TREX-247625 | US EIA Spot Prices - http://www.eia.gov/dnav/pet/xls/PET_PRI_SPT_S1_D.xls (Data 1 Tab) (Update to TREX-247607) | Relevance (FRE 401/402) |