Minute Entry
Shushan, J.
March 16, 2015
MJStar:  5 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | JODI SIMCOX |

EXHIBIT MARSHALING CONFERENCE
(continued from February 24, 2015)

PENALTY PHASE
MONDAY, MARCH 16, 2015   2:00 P.M.
MAGISTRATE JUDGE  SALLY SHUSHAN PRESIDING

Final marshaling lists chronologically and by witness dated 3/4/15: ORDERED ADMITTED.

ORDERED that MOTION to Admit Penalty Phase Evidence Hard Drive by BP Exploration & Production Inc. [14245] is GRANTED.

Hard drive containing all of the exhibits of the penalty phase: ORDERED ADMITTED.

ORDERED that these final lists supersede all previous lists which have been submitted to the Court by any of the parties. These will control and are the official lists and the official hard drive with all of the penalty phase exhibits on them.

Penalty Phase Marshaling Conference concluded.