UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>This Pleading Relates To<br>          10-4182 (*Alabama v. BP*)<br>          10-4183 (*Alabama v. Transocean, et. al*)<br>          13-2645 (*Alabama v. Anadarko & MOEX*)<br>          13-2646 (*Alabama v. Transocean*)<br>          13-2647 (*Alabama v. Halliburton*)<br>          13-2813 (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

**[Regarding Modified Scheduling Order for Alabama Damages Case]**

The Court entered an order on July 16, 2014 that, among other things, established a schedule for the Alabama Compensatory Trial. *See* Rec. Doc. 13149. The Court entered an order suspending the deadlines in that schedule on October 27, 2014. *See* Rec. Doc. 13558 at 2.

Having considered the parties' suggestions and arguments, the Court hereby updates the schedule as follows:

### Scheduling

| Date | Event |
|---|---|
| 03/20/15 | Document production substantially complete for both parties, including production of custodial files for witnesses identified in the parties' Rule 26 disclosures and/or witnesses designated to testify on Rule 30(b)(6) topics who are also designated for a personal deposition)[1] |

---

[1] Privilege logs shall be due on April 10, 2015. Privilege logs for custodial files will be served 14 days prior to the witness's deposition.

| Date | Event |
|---|---|
| 04/06/15 | The parties are to meet to exchange information on general areas of expert testimony. |
| 04/13/15 | The parties are to identify fact witnesses to be deposed in addition to witnesses identified in parties' Rule 26 disclosures.[2] |
| 04/13/15 | The parties are to report on the sufficiency of document production. |
| 04/20/15 | The parties are to propose to Judge Shushan a joint final fact and 30(b)(6) witness list. |
| 05/11/15 | Fact and 30(b)(6) depositions commence. (Limited to 6.5 hours, unless good cause shown.) |
| 07/06/15 | The parties shall submit the schedule for bundling of depositions to Judge Shushan. |
| 07/13/15 | Motion for Suggestion of Remand, with memorandum in support limited to 15 pages. |
| 07/20/15 | End of fact and 30(b)(6) deposition period. |
| 07/27/15 | Each party shall submit an *in camera* list of the fact and 30(b)(6) depositions to be submitted for trial for Judge Shushan's review before imposing limitations on the number of deposition bundles to be prepared and submitted for trial. Each submission should include a <u>brief</u> summary of each witness' testimony. |
| 07/27/15 | BPXP's opposition to Remand Motion, limited to 15 pages. |
| 07/27/15 | The parties are to exchange all non-deposition exhibits stamped with a trial exhibit number and a page number on each page |
| 08/03/15 | Reply to Opposition to Motion for Suggestion of Remand, limited to 5 pages. |
| 08/07/15 | Alabama's expert reports are due; does not include fact witnesses who may offer limited opinions as "lay experts"[3] |
| 08/10/15 | The Court announces the number of deposition bundles per party that may be prepared for submission |

---

[2] The parties will schedule depositions for such witnesses toward the end of the fact deposition period. Their custodial files will be produced no later than 21 days in advance of the deposition.

[3] Lay experts will be identified, consistent with Rule 26(a)(2)(C).

| Date | Event |
|---|---|
| 09/09/15 | Defendants' expert reports are due; does not include fact witnesses who may offer limited opinions as "lay experts"[4] |
| 10/05/15 | Alabama rebuttal expert reports to the 09/09/15 Defendants reports. Rebuttal experts shall be counted in the per side total experts; rebuttal reports shall not include any new affirmative opinions and instead be limited only to opinions responsive to the reports filed on 09/09/15 |
| 10/12/15 | The parties are to make good faith disclosure of evidence (other than stipulations) from Phase One or Phase Two proceedings that they believe is relevant and wish to include in the record this case. The Court will apply a good cause requirement for any supplementation after this date. |
| 10/14/15 | Start of expert deposition period. (Limited to 6.5 hours, unless good cause shown.) |
| 10/28/15 | Objections to Phase One or Phase Two disclosures from 10/12/15 |
| 12/16/15 | End of expert deposition period |
| 12/21/15 | Motions for Summary Judgment (limit of 35 pages) |
| 12/21/15 | Redact and de-confidentialize listed exhibits that have been marked confidential based on the presence of personal identifying information; parties asserting claims that listed exhibits contain "coke formula" confidential information should make such designations[5] |
| 12/28/15-01/08/16 | Meet and confer regarding objections to good faith exhibit lists. Meet and confer regarding redaction and de-confidentialization of exhibits and claims of "coke formula" designation |
| 12/28/15 | The parties are to submit electronic deposition bundles to Judge Barbier. Each side may submit a 3 page double-spaced objective deposition summary |
| 12/30/15 | Alabama designates the expert witnesses it intends to call at trial |
| 01/04/16 | The parties are to exchange good faith exhibit lists including exhibits used by their experts stamped with a trial exhibit number and a page number on each page |

---

[4] Lay experts will be identified, consistent with Rule 26(a)(2)(C).

[5] Each party is responsible for redacting and de-confidentializing any exhibit that it produced in discovery, regardless of which party has listed that document on an exhibit list.

| Date | Event |
|---|---|
| 01/06/16 | Defendants designate the expert witnesses they intend to call at trial |
| 01/11/16 | Motions by parties objecting to exhibits[6] |
| 01/25/16 | Oppositions to Motions for Summary Judgment (limit of 35 pages) |
| 02/01/16 | Oppositions to objections to exhibits |
| 02/08/16 | Replies in support of Motions for Summary Judgment (limit of 15 pages) |
| 02/29/16 | Motions in limine (limited to 3 pages) and *Daubert* motions filed (limited to 15 pages); draft verdict forms filed |
| 03/14/16 | Oppositions to motions in limine (limited to 3 pages) and *Daubert* motions (limited to 15 pages) due; responses to draft verdict forms due |
| 03/21/16 | Joint stipulations, expert reports (which will serve as direct examination at trial),[7] joint exhibit and witness lists, and the final pretrial order[8] |
| 03/23/16 | Replies to motions in limine (limited to 1 page) and *Daubert* motions (limited to 5 pages) |
| 04/21/16 1:00 p.m. | Conference with the Court and parties to discuss trial and pending motions |
| _ _ _ | Pre-Trial Conference |
| _ _ _ | Ready for trial as directed by Judge Barbier |

---

[6] All motions are limited to 10 pages collectively for all objections per party and all oppositions limited to 10 pages. No replies will be filed.

[7] Redacted reports delivered to Judge Barbier and Ben Allums (2 binders and an electronic set).

[8] The parties shall meet and confer in order to confect joint pretrial stipulations and exchange final witness and exhibit lists.

4

The Court may alter or eliminate events and/or modify event dates based on future rulings in this trial, including a ruling on the Defendants' Motion to Strike Alabama's Jury Trial Demand or Alabama's Motion for Suggestion of Remand. The parties may request alteration of the schedule upon a showing of good cause.

New Orleans, Louisiana this 16th day of March, 2015.

*[signature]*

**CARL J. BARBIER**
**United States District Judge**