UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC
FOR RETURN OF PAYMENTS MADE TO VERNON ALFONSO, JR. AND OTHERS

COMES NOW Claims Administrator Patrick Juneau and Special Master Louis J. Freeh,

on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), seeking to remedy

a fraud committed upon the DHECC by claimant Vernon Alfonso, Jr. ("Alfonso").  As set

forth in the accompanying memorandum, Alfonso misrepresented to the DHECC that

revenue from a family boat rental business was shrimping revenue in order to inflate his

seafood revenue and qualify for compensation to which he was not entitled.  Relying on

Alfonso's misrepresentations, the DHECC paid Alfonso $187,795.87.

The DHECC seeks a judgment requiring Alfonso to return all money the DHECC paid

to him for his improper claims and prohibiting Alfonso from participating in any further

seafood distributions.  All professionals who assisted Alfonso and benefitted from these

unjustified payments should be similarly required to return any payments received from

Alfonso's claims.  The DHECC also seeks the recovery of certain costs incurred to rebut false statements made by Alfonso in the course of the investigation.

Respectfully submitted,

_____/s/  Patrick Juneau_____
Patrick Juneau
Claims Administrator

_____/s/  Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:  March 17, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this __17th__ day of ___March___, 2015, by electronic mail, on the following:

Craig Coleman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*Attorneys for Vernon Alfonso, Jr.*

Stephen S. Kreller
Kreller Law Firm
757 St. Charles Ave., Suite 301
New Orleans, LA 70130
*Attorneys for Vernon Alfonso, Jr.*

/s/Louis J. Freeh
Louis J. Freeh