Jul 17 12 09:42a                                                                                        p.4

# Form 1040 — U.S. Individual Income Tax Return 2009

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning _____, ending _____   OMB No. 1545-0074

**Label**

Your first name: VERNON    M.I.: E    Last name: ALFONSO
If a joint return, spouse's first name: MARY    Last name: ALFONSO

Home address (number and street): [redacted]
City, town or post office, state, and ZIP code: [redacted]

**Presidential Election Campaign**: Check here if you, or your spouse if filing jointly, want $3 to go to this fund

**Filing Status**
- 1 ☐ Single
- 2 ☒ Married filing jointly (even if only one had income)
- 3 ☐ Married filing separately. Enter spouse's SSN above and full name here.
- 4 ☐ Head of household (with qualifying person)
- 5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself
- 6b ☒ Spouse
- Boxes checked on 6a and 6b: 2
- No. of children on 6c who lived with you: 2
- Dependents on 6c not entered above: 0
- Add numbers on lines above: 4

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 31,791 |
| 8a | Taxable interest. Attach Schedule B if required | 801 |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 38,088 |
| 13 | Capital gain or (loss). Attach Schedule D | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient | |
| 20a | Social security benefits | |
| 20b | Taxable amount | 0 |
| 21 | Other income. List type and amount — Net Operating Loss | -75,813 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income | -5,133 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 2,691 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid    b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 2,691 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income | -7,824 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.
(HTA)                                                                   Form 1040 (2009)

Jul 17 12 09:43a                                                                                                   p.5

Form 1040 (2009)    VERNON E and MARY ALFONSO                                                         Page 2

| | | | | |
|---|---|---|---|---|
| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 38 | -7,824 |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b ☐ | | |
| Standard Deduction for— | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 12,400 |
| ● People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35. | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ▶ 40b ☒ | | |
| | 41 | Subtract line 40a from line 38 | 41 | -20,224 |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | 42 | 14,600 |
| ● All others: Single or Married filing separately, $5,700 | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 0 |
| | 45 | Alternative minimum tax (see page 40). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ▶ | 46 | 0 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 29 | 49 | |
| Head of household, $8,350 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see page 42) | 51 | |
| | 52 | Credits from Form:  a ☐ 8396   b ☐ 8839   c ☐ 5695 | 52 | |
| | 53 | Other credits from Form:  a ☐ 3800   b ☐ 8801   c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 0 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 5,382 |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form:  a ☐ 4137   b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes:  a ☐ AEIC payments   b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 | 5,382 |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 1,720 |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M | 63 | 800 |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | NO |
| | b | Nontaxable combat pay election ▶ 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | 1,000 |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 | |
| | 68 | Amount paid with request for extension to file (see page 72) | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) | 69 | |
| | 70 | Credits from Form:  a ☐ 2439   b ☐ 4136   c ☐ 8801   d ☐ 8885 | 70 | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your total payments ▶ | 71 | 3,520 |
| Refund | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 | |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐   c Type: ☐ Checking ☐ Savings | 73a | |
| | b | Routing number | | |
| | d | Account number | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ | 74 | |
| Amount You Owe | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 ▶ | 75 | 1,902 |
| | 76 | Estimated tax penalty (see page 74) | 76 | 40 |
| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 75)? ☒ Yes. Complete the following. ☐ No | | | |
| | Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶ | | | |

Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation: COMM FISH/CONSTRUCTION | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation: EDUCATOR | |

Paid Preparer's Use Only

| Preparer's signature ▶ Peggy Flowers EA | Date 2/19/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P00107326 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ PK F&L LLC | | EIN 72-1513199 | |
| | | State    ZIP code | Phone no. |

Form 1040 (2009)

Jul 17 12 09:43a                                                                                                                           p.6

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2009**
Attachment
Sequence No. 09

Name of proprietor: VERNON E ALFONSO

Social security number (SSN): [redacted]

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions) COMMERCIAL FISHERMAN | B Enter code from pages C-9, 10, & 11 ► 114110 |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
| E | Business address (including suite or room no.) ► City, town or post office, state, and ZIP code | |
| F | Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ► | |
| G | Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses | [X] Yes  [ ] No |
| H | If you started or acquired this business during 2009, check here | ► [ ] |

**Part I  Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | [ ] | 1 | 46,434 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 46,434 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 46,434 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ► | 7 | 46,434 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | 4,525 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 4,584 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 2,379 | 22 | Supplies (not included in Part III) | 22 | 2,062 |
| | | | | 23 | Taxes and licenses | 23 | 549 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-6) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 20,527 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 350 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ► | 28 | 34,976 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 11,458 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | 11,458 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.

Schedule C (Form 1040) 2009

(HTA)

Page 2

Schedule C (Form 1040) 2009　　　　VERNON E ALFONSO

### Part III  Cost of Goods Sold (see page C-8)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?  ☐ Yes  ☐ No
　　If "Yes," attach explanation.

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 0 |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 0 |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:
　　a  Business ..............　b  Commuting (see instructions) ...............　c  Other ...............

45  Was your vehicle available for personal use during off-duty hours? ............................ ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ...................... ☐ Yes  ☐ No

47 a  Do you have evidence to support your deduction? ............................................... ☐ Yes  ☐ No
　 b  If "Yes," is the evidence written? ................................................................ ☐ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| (blank) | 5,825 |
| BOAT FUEL DIESEL | 665 |
| ICE | 1,834 |
| TELEPHONE | 2,867 |
| GALLEY SUPPLIES | 8,858 |
| MATERIALS AND SUPPLIES | 222 |
| DRY DOCK | 456 |
| MISC | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 20,527 |

Schedule C (Form 1040) 2009

Jul 17 12 09:44a                                                                                          p.8

**SCHEDULE C**  
(Form 1040)  
Department of the Treasury  
Internal Revenue Service (99)

**Profit or Loss From Business**  
(Sole Proprietorship)  
▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.  
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074  
**2009**  
Attachment Sequence No. 09

Name of proprietor: **VERNON E ALFONSO**  
Social security number (SSN): [redacted]

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see page C-2 of the instructions) **CONSTRUCTION** | B Enter code from pages C-9, 10, & 11 ▶ **238990** |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |
| E | Business address (including suite or room no.) ▶ .................... City, town or post office, state, and ZIP code | |
| F | Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses | [X] Yes  [ ] No |
| H | If you started or acquired this business during 2009, check here | |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: <br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or <br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | [ ] | 1 | 26,630 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 26,630 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 26,630 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 26,630 |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a |
| 12 | Depletion | 12 | | b | Other business property | 20b |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | | 21 | Repairs and maintenance | 21 |
| | | | | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| | | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a |
| | | | | b | Deductible meals and entertainment (see page C-6) | 24b |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 |
| b | Other | 16b | | | | |
| 17 | Legal and professional services | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | 28 | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 26,630 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. <br>• If a loss, you must go to line 32. | 31 | 26,630 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). <br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. <br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk. <br>32b [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.  
(HTA)                                                                                                 Schedule C (Form 1040) 2009

OMB No. 1545-0074

**SCHEDULE SE**
**(Form 1040)**

**Self-Employment Tax**

**2009**
Attachment Sequence No. **17**

Department of the Treasury
Internal Revenue Service (99)   ► Attach to Form 1040.   ► See Instructions for Schedule SE (Form 1040).

Name of person with self-employment income (as shown on Form 1040)
VERNON E ALFONSO

Social security number of person with self-employment income ►

## Who Must File Schedule SE

You must file Schedule SE if:
- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-4).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt—Form 4361" on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart only if you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.

[Flowchart omitted]

**Section A—Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---:|
| 1a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y | 1b ( ) |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for types of income to report on this line. See page SE-3 for other income to report | 2 | 38,088 |
| 3 | Combine lines 1a, 1b, and 2 | 3 | 38,088 |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ► | 4 | 35,174 |
| 5 | Self-employment tax. If the amount on line 4 is: <br>• $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 56. <br>• More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on Form 1040, line 56 | 5 | 5,382 |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.50). Enter the result here and on Form 1040, line 27 | 6 | 2,691 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Schedule SE (Form 1040) 2009
(HTA)

OMB No. 1545-0074

# Form 8812
## Additional Child Tax Credit

**2009**
Attachment Sequence No. 47

Department of the Treasury
Internal Revenue Service (99)

Complete and attach to Form 1040, Form 1040A, or Form 1040NR.

Your social security number

Name(s) shown on return: VERNON E and MARY ALFONSO

### Part I — All Filers

1. 1040 filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 51).
   1040A filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 33).
   1040NR filers: Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 47).
   If you used Pub. 972, enter the amount from line 6 of the worksheet on page 4 of the publication ....... **1** | 1,000

2. Enter the amount from Form 1040, line 51, Form 1040A, line 33, or Form 1040NR, line 47 ....... **2** |
3. Subtract line 2 from line 1. If zero, stop; you cannot take this credit ....... **3** | 1,000
4. a Earned Income (see instructions on back) ....... **4a** | 67,188
   b Nontaxable combat pay (see instructions on back) ....... **4b** |
5. Is the amount on line 4a more than $3,000?
   [ ] No. Leave line 5 blank and enter -0- on line 6.
   [X] Yes. Subtract $3,000 from the amount on line 4a. Enter the result ....... **5** | 64,188
6. Multiply the amount on line 5 by 15% (.15) and enter the result ....... **6** | 9,628
   Next. Do you have three or more qualifying children?
   [X] No. If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part II and enter the smaller of line 3 or line 6 on line 13.
   [ ] Yes. If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

### Part II — Certain Filers Who Have Three or More Qualifying Children

7. Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see instructions on back ....... **7** |
8. 1040 filers: Enter the total of the amounts from Form 1040, lines 27 and 57, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 60.
   1040A filers: Enter -0-.
   1040NR filers: Enter the total of the amounts from Form 1040NR, line 53, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 57. ....... **8** |
9. Add lines 7 and 8 ....... **9** | 0
10. 1040 filers: Enter the total of the amounts from Form 1040, lines 64a and 69.
    1040A filers: Enter the total of the amount from Form 1040A, line 41a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 44 (see instructions on back).
    1040NR filers: Enter the amount from Form 1040NR, line 63. ....... **10** |
11. Subtract line 10 from line 9. If zero or less, enter -0- ....... **11** | 0
12. Enter the larger of line 6 or line 11 ....... **12** | 0
    Next, enter the smaller of line 3 or line 12 on line 13.

### Part III — Additional Child Tax Credit

13. This is your additional child tax credit ....... **13** | 1,000

Enter this amount on Form 1040, line 65, Form 1040A, line 42, or Form 1040NR, line 61.

For Paperwork Reduction Act Notice, see back of form
(HTA)

Form **8812** (2009)

OMB No. 1545-0074

| SCHEDULE L | Standard Deduction for Certain Filers | 2009 |
|---|---|---|
| (Form 1040A or 1040) | ▶ Attach to Form 1040A or 1040. ▶ See instructions on back. | Attachment Sequence No. 57 |
| Department of the Treasury Internal Revenue Service (99) | | Your social security number |

Name(s) shown on return: VERNON E and MARY ALFONSO

⚠ **Caution:** File this form only if you are increasing your standard deduction by certain state or local real estate taxes, new motor vehicle taxes, or a net disaster loss. It may be better for you to itemize your deductions instead. See the Instructions for Schedule A (Form 1040).

1. Enter the amount shown below for your filing status.
   - Single or married filing separately—$5,700
   - Married filing jointly or Qualifying widow(er)—$11,400
   - Head of household—$8,350 ............................ **1  11,400**

2. Can you (or your spouse if filing jointly) be claimed as a dependent on someone else's return?
   - [X] No. Enter the amount from line 1 on line 4, skip line 3, and go to line 5.
   - [ ] Yes. Go to line 3.

3. Is your earned income more than $650 (see instructions)?
   - [ ] Yes. Add $300 to your earned income. Enter the total
   - [ ] No. Enter $950 ............................ **3**

4. Enter the smaller of line 1 or line 3 ............................ **4  11,400**
5. Multiply the number on Form 1040, line 39a, or Form 1040A, line 23a, by $1,100 ($1,400 if single or head of household). If blank, enter -0- ............................ **5  0**
6. Form 1040 filers only, enter any net disaster loss from Form 4684, line 18 ............................ **6**
7. Enter the state and local real estate taxes you paid. Do not include foreign real estate taxes (see instructions) ............................ **7  1,088**
8. Enter $500 ($1,000 if married filing jointly) ............................ **8  1,000**
9. Enter the smaller of line 7 or line 8 ............................ **9  1,000**
10. Did you (or your spouse if filing jointly) pay any state or local sales or excise taxes in 2009 for the purchase of a new motor vehicle after February 16, 2009 (see instructions)?
    - [X] No. Skip lines 10 through 19, enter -0- on line 20, and go to line 21.
    - [ ] Yes. If Form 1040, line 38, or Form 1040A, line 22, is less than $135,000 ($260,000 if married filing jointly), enter the amount of these taxes paid. Otherwise, skip lines 10 through 19, enter -0- on line 20, and go to line 21 ............................ **10**
11. Enter the purchase price (before taxes) of the new motor vehicle(s) (see instructions) ............................ **11**
12. Is the amount on line 11 more than $49,500?
    - [ ] No. Enter the amount from line 10.
    - [ ] Yes. Figure the portion of the tax from line 10 that is attributable to the first $49,500 of the purchase price of each new motor vehicle and enter it here (see instructions) ............................ **12**
13. Enter the amount from Form 1040, line 38, or Form 1040A, line 22 ............................ **13**
14. Form 1040 filers only, enter the total of any—
    - Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15; and
    - Exclusion of income from Puerto Rico ............................ **14**
15. Add lines 13 and 14 ............................ **15  0**
16. Enter $125,000 ($250,000 if married filing jointly) ............................ **16**
17. Is the amount on line 15 more than the amount on line 16?
    - [ ] No. Skip lines 17 through 19, enter the amount from line 12 on line 20, and go to line 21.
    - [ ] Yes. Subtract line 16 from line 15 ............................ **17  0**
18. Divide the amount on line 17 by $10,000. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 ............................ **18  0.000**
19. Multiply line 12 by line 18 ............................ **19  0**
20. Subtract line 19 from line 12 ............................ **20  0**
21. Add lines 4, 5, 6, 9, and 20. Enter the total here and on Form 1040, line 40a, or Form 1040A, line 24a. Also check the box on Form 1040, line 40b, or Form 1040A, line 24b ............................ **21  12,400**

Schedule L (Form 1040A or 1040) 2009

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.
(HTA)

# Form 4562 — Depreciation and Amortization (Including Information on Listed Property)

OMB No. 1545-0172
2009
Attachment Sequence No. 67

Department of the Treasury
Internal Revenue Service (99)

▶ See separate instructions.   ▶ Attach to your tax return.

Name(s) shown on return: **VERNON E ALFONSO**
Business or activity to which this form relates: **Sch C: FISHERMA - COMMERCIAL FISHERMAN**
Identifying number: [redacted]

## Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| Line | Description | Amount |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 250,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|

| Line | Description | Amount |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 0 |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 0 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ▶ 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| Line | Description | Amount |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | |
| 15 | Property subject to section 168(f)(1) election | |
| 16 | Other depreciation (including ACRS) | |

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| Line | Description | Amount |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 868 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

### Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| Line | Description | Amount |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 1,511 |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 2,379 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

For Paperwork Reduction Act Notice, see separate instructions.
(HTA)
Form 4562 (2009)

VERNON E ALFONSO                                                           Page 2

Form 4562 (2009)

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? [X] Yes [ ] No    24b If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| TRUCK | 11/1/2005 | 80.58% | 26,795 | 21,591 | 5 | S/L-MQ | 1,611 | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . | | | | | | 28 | 1,611 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . | | | | | | | 29 | 0 |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) . . . | 17,014 | | | | | |
| 31 Total commuting miles driven during the year . | 1,220 | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . | 2,881 | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . | 21,115 | | | | | |
| | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No | Yes / No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . | X | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . | X | | | | | |
| 36 Is another vehicle available for personal use? . . . | X | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year . . . | | | | 43 | |
| 44 Total. Add amounts in column (f). See the instructions for where to report . . . | | | | 44 | 0 |

Form 4562 (2009)

| | |
|---|---|
| SCHEDULE M (Form 1040A or 1040) | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service (99) | **Making Work Pay and Government Retiree Credits** ▶ Attach to Form 1040A, 1040, or 1040NR. ▶ See separate instructions. | 2009 Attachment Sequence No. 166 |

Name(s) shown on return: VERNON E and MARY ALFONSO
Your social security number: [redacted]

1a Important: See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the "No" box below and see the instructions if (a) you have a net loss from a business, (b) you received a taxable scholarship or fellowship grant not reported on a Form W-2, (c) your wages include pay for work performed while an inmate in a penal institution, (d) you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or (e) you are filing Form 2555 or 2555-EZ

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?
[X] Yes. Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
[ ] No. Enter your earned income (see instructions) . . . . . . . . . . **1a**

b Nontaxable combat pay included on line 1a (see instructions) . . . . . . **1b**

2 Multiply line 1a by 6.2% (.062) . . . . . . . . . . . . . . . . . . . **2** 0

3 Enter $400 ($800 if married filing jointly) . . . . . . . . . . . . . . . **3**

4 Enter the smaller of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . . . . . . . . . . . . . . . **4** 800

5 Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . . **5** -7,824

6 Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . . . . **6** 150,000

7 Is the amount on line 5 more than the amount on line 6?
[X] No. Skip line 8. Enter the amount from line 4 on line 9 below.
[ ] Yes. Subtract line 6 from line 5 . . . . . . . . . . . . . . . . **7** 0

8 Multiply line 7 by 2% (.02) . . . . . . . . . . . . . . . . . . . . **8** 0

9 Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . **9** 800

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).
[X] No. Enter -0- on line 10 and go to line 11.
[ ] Yes. Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) . . . **10** 0

11 Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work not covered by social security? Do not include any pension or annuity reported on Form W-2.
[X] No. Enter -0- on line 11 and go to line 12.
[ ] Yes. ● If you checked "No" on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is "Yes" for both spouses)
● If you checked "Yes" on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) . . . **11** 0

12 Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . . . . **12** 0

13 Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . . . **13** 800

14 Making work pay and government retiree credits. Add lines 11 and 13. Enter the result here and on Form 1040, line 63; Form 1040A, line 40; or Form 1040NR, line 60 . . . **14** 800

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR Instructions.
(HTA)

Schedule M (Form 1040A or 1040) 2009