# Fax Cover Sheet

**To:** Kreller Law Firm   **From:** Vernon Alfonso

## Attn: Katie

Fax# 888.294.6091

Pages 17

Date 6/11/2012

Re: Revised copies of Schedule C Form and Copies of Check Stubs

June 11, 2012

From: Vernon Alfonso, Jr.

    Claim #2337

Attn: Katie

I spoke with my tax accountant and she separated my shrimping and construction income on my schedule C Forms. I am sending these papers to you. Hopefully, this will be sufficient in helping with my claim. I am also faxing copies of the checks relating to DRC for the period in which my boat worked through Frank and Son Boat Rentals. If you need to reach me my number is ▓▓▓▓▓▓▓

Sincerely,

Vernon Alfonso, Jr.

# FAX COVER SHEET

K F & L LLC

TO: Vernon Alfonso   FROM: Peggy

FAX: ████████   PAGES: 12

DATE: 6/5/2012   RE: 2009 Return copy

Jul 17 12 09:48a                                                                              p.15

**DRC EMERGENCY SERVICES, LLC**
**LOUISIANA ACCOUNT**                    REGIONS BANK

                                                                            DATE
                                                                      July 16, 2010
                                                                         AMOUNT
                                                                  $$*******2,060.00

PAY TO THE ORDER OF: *****************************Two thousand sixty dollars and no cents

Frand & Son Boat Rental Inc

---

DRC EMERGENCY SERVICES, LLC   LOUISIANA ACCOUNT

                         Frand & Son Boat Rental Inc

7-10-10  071010                              2060.00        .00        2060.00




7-16-10                                      2060.00        .00        2060.00

Jul 17 12 09:48a　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　p.16

Frand & Son Boat Rental Inc

7-17-10  071710　　　　　　　　　　　　　　　　　10300.00　　　.00　　10300.00

7-23-10　　　　　　　3674　　　　　　　　　　10300.00　　　.00　　10300.00

DRC EMERGENCY SERVICES, LLC
LOUISIANA ACCOUNT　　　　　　　　　　REGIONS BANK

DATE

July 23, 2010
AMOUNT

$******10,300.00

Pay:  ***************************Ten thousand three hundred dollars and no cents
PAY
TO THE
ORDER
OF:   Frand & Son Boat Rental Inc

Jul 17 12 09:49a                                                                                       p.17

7-24-10 072410                           Frand & Son Boat Rental Inc

                                                     6180.00          .00        6180.00


8-06-10                                              6180.00          .00        6180.00

DRC EMERGENCY SERVICES, LLC                          REGIONS BANK
LOUISIANA ACCOUNT

                                                                              DATE
                                                                     August 6, 2010
                                                                        AMOUNT
                                                                     $******6,180.00

Pay: ******************Six thousand one hundred eighty dollars and no cents
PAY
TO THE
ORDER
OF:   Frand & Son Boat Rental Inc

Jul 17 12 09:49a							p.18

**DRC EMERGENCY SERVICES, LLC**
**LOUISIANA ACCOUNT**

**REGIONS BANK**

DATE
August 13, 2010
AMOUNT
$$*****16,480.00

Pay: ***************Sixteen thousand four hundred eighty dollars and no cents

PAY TO THE ORDER OF:   Frand & Son Boat Rental Inc

---

DRC EMERGENCY SERVICES, LLC  LOUISIANA ACCOUNT

Frand & Son Boat Rental Inc

| Date | | Amount | | Total |
|---|---|---|---|---|
| 7-31-10 | | 2060.00 | .00 | 2060.00 |
| 8-07-10 | | 14420.00 | .00 | 14420.00 |
| 8-13-10 | | 16480.00 | .00 | 16480.00 |

Jul 17 12 09:49a                                                                                    p.19

DRC EMERGENCY SERVICES, LLC  LOUISIANA ACCOUNT

                                              Frand & Son Boat Rental Inc

8-21-10                                                     8240.00          .00          8240.00


8-26-10                                                     8240.00          .00          8240.00


DRC EMERGENCY SERVICES, LLC
LOUISIANA ACCOUNT

                                              REGIONS BANK

                                                                                      DATE

                                                                                      August 26, 2010
                                                                                      AMOUNT

                                                                               $$*******8,240.00

Pay: *******************Eight thousand two hundred forty dollars and no cents
PAY
TO THE
ORDER
OF   Frand & Son Boat Rental Inc