# Subpoena compliance documents received on 11/03/14 from:

Peggy Flowers
Tax Accountant



(20 pages not counting coversheet)

Form **8879**

## IRS e-file Signature Authorization

OMB No. 1545-0074

**2009**

Department of the Treasury
Internal Revenue Service

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

Declaration Control Number (DCN) ► 00725716000720

| Taxpayer's name | Social security number |
|---|---|
| VERNON E ALFONSO | |
| Spouse's name | Spouse's social security number |
| MARY ALFONSO | |

### Part I — Tax Return Information—Tax Year Ending December 31, 2009 (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . | 1 | -16,271 |
| 2 | Total tax (Form 1040, line 60; Form 1040A, line 37; Form 1040EZ, line 11) . . . . . . . . . | 2 | 5,382 |
| 3 | Federal income tax withheld (Form 1040, line 61; Form 1040A, line 38; Form 1040EZ, line 7) . . . . | 3 | 1,720 |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 46a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 13a) | 4 | 0 |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 48; Form 1040EZ, line 13) . . . . . . . . . | 5 | 1,902 |

### Part II — Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2009, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize  K F AND L  LLC                   to enter or generate my PIN  [ ]  Enter five numbers, but
                  ERO firm name                                                      do not enter all zeros
as my signature on my tax year 2009 electronically filed income tax return.

[ ]  I will enter my PIN as my signature on my tax year 2009 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ►                                              Date ►

**Spouse's PIN: check one box only**

[X] I authorize  K F AND L  LLC                   to enter or generate my PIN  [ ]  Enter five numbers, but
                  ERO firm name                                                      do not enter all zeros
as my signature on my tax year 2009 electronically filed income tax return.

[ ]  I will enter my PIN as my signature on my tax year 2009 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►                                          Date ►

## Practitioner PIN Method Returns Only—continue below

### Part III — Certification and Authentication—Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.  [ 72571622465 ]
                                                                                            do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2009 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ►                                            Date ►

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see back of form.                                      Form **8879** (2009)
(HTA)

R-8453 (1/10)
**LA 8453**

## Louisiana
2009 Individual Income Tax Declaration for Electronic Filing

**IRS DCN** ▶ 00 - 725716 - 00072 - 0

| | | | |
|---|---|---|---|
| Your first name and initial | Last name | Your Social Security Number | 1 |
| VERNON E | ALFONSO | | |
| Spouse's first name and initial | Last name | Spouse's Social Security Number | 2 |
| MARY | ALFONSO | | |
| Present home address (number and street including apartment number or rural route) | | Daytime Telephone Number | **2009** |
| City, town, or post office | | State   ZIP | |
| | | LA   70075 | |

---

**Part A**                    Tax Return Information

Balance Due        0 . 00        Refund due        873 . 00

---

**Part B**        Direct Deposit of Refund (Optional) ☐  or Direct Debit (Optional) ☐

Routing Number The first 2 digits of the routing
number must be 01 through 12 or 21 through 32.

Direct Debit Payment        0 . 00

Account Number

Withdrawal Date
MM    DD    YY

Type of Account:    ☐ Checking    ☐ Savings
(Check one.)

Full Payment ☐    Partial Payment ☐
☐ Payment made/will be made by credit card.

---

**PART C**                    Declaration of Taxpayer

☐ I consent that my refund be directly deposited as designated in Part B, and declare that the information shown in Part B is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

☒ I do not want direct deposit of my refund or am not receiving a refund.

☐ I authorize the Louisiana Department of Revenue and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in Part B for payment of my State taxes owed on this return. I also authorize the financial institutions involved in processing the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

I understand that if I have filed a balance due return and if the Louisiana Department of Revenue does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties.

I declare that I have examined my state income tax return prepared for electronic transmission to the State of Louisiana and, to the best of my knowledge and belief, it is true and complete.

Please sign here.

| Your signature | Date | Spouse's signature (if joint return) | Date |
|---|---|---|---|

### PLEASE DO NOT MAIL.

**Part D**        Declaration and Signature of Electronic Return Originator (ERO) and Paid Preparer

I declare that I have reviewed the above taxpayer's return and that the entries on the return are complete and correctly represented to the best of my knowledge, based on the information submitted/furnished by the taxpayer. I also declare that I have complied with all of the requirements of the Louisiana Department of Revenue and in the Louisiana Handbook for Electronic Filers.

Please sign here.

| Preparer's signature | Social Security Number or ID Number<br>P00183688 | Date | Telephone |
|---|---|---|---|

☒ Mark box
if also ERO.

| Electronic Return Originator's signature | Social Security Number or ID Number<br>P00183688 | Date<br>11/3/2014 | Telephone |
|---|---|---|---|

### This form is to be maintained by ERO.

Copy B—To Be Filed With Employee's
FEDERAL Tax Return.

36-2098906
OMB No. 1545-0008

| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 13511.12 | 2 Fed. income tax withheld 1090.00 |
|---|---|---|
| | 3 Social security wages 13511.12 | 4 Soc. sec. tax withheld 837.69 |
| b Employer ID number (EIN) 72-1398244 | 5 Medicare wages and tips 13511.12 | 6 Medicare tax withheld 195.91 |

c Employer's name, address, and ZIP code
KEVIN J SMITH CONSTRUCTION INC

d Control number
010

e Employee's name, address, and ZIP code
VERNON ALFONSO JR

| 7 Social security tips .00 | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits .00 | 11 Nonqualified plans .00 | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State LA | Employer's state ID no. 9697467-001 | 16 State wages, tips, etc. 13511.12 | 17 State income tax 327.47 |
|---|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2009  Dept. of the Treasury – IRS
This information is being furnished to the Internal Revenue Service.

| a Employee's SSN | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| ████████ | | 18,279.60 | 629.57 |
| OMB No. 1545-0008 | | 3 Social security wages 18,279.60 | 4 Social security tax withheld 1,133.28 |
| b Employer identification number 72-0902335 | | 5 Medicare wages and tips 18,279.60 | 6 Medicare tax withheld 265.04 |

c Employer's name, address, and ZIP code

Lynn Oaks School      FID# 72-0902335

████████████████████████████████

| e Employee's first name and initial | | Last name | Suff. |
|---|---|---|---|
| Mary | A | Alfonso | |

████████████████████████████████

f Employee's address and ZIP code

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| | | |

| 9 Advance EIC payment | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|
| | | |

| 12a | 14 Other |
|---|---|
| 12b | |
| 12c | |
| 12d | |

| 13 Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 3677309002 | 18,279.60 | 467.51 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form **W-2** Wage and Tax Statement   2009      Department of Treasury–Internal Revenue Service
Copy B - To Be Filed With Employee's FEDERAL Tax Return

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| R+M Construction JV-LA Inc. | $ | **2009** | |
| | 2 Royalties | Form 1099-MISC | |
| | $ | | |
| | 3 Other Income | 4 Federal income tax withheld | Copy C For Payer or State Copy or Copy 2 |
| | $ | $ | |
| PAYER'S federal identification number 72-1496515 | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
| | | $ | $ |
| RECIPIENT'S name, address, city and ZIP code | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| Vernon Alfonso Jr. | $216,630.00 | $ | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
| | | $ | $ |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| $ | $ | $ | | $ |

Form **1099-MISC**                                         Department of the Treasury - Internal Revenue Service

| Form **1040** | Department of the Treasury—Internal Revenue Service | | | | |
|---|---|---|---|---|---|

**U.S. Individual Income Tax Return** **2009** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2009, or other tax year beginning , ending OMB No. 1545-0074

**Label**
(See instructions on page 14.)
Use the IRS label. Otherwise, please print or type.

Your first name: VERNON   M.I. E   Last name: ALFONSO   Suffix   Your social security number ▉▉▉

If a joint return, spouse's first name: MARY   M.I.   Last name: ALFONSO   Suffix   Spouse's social security number ▉▉▉

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.   ▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.   Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . .
b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . .
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 17) |
|---|---|---|---|
| ▉▉▉ | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 17 and check here ► ☐

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **2**
• did not live with you due to divorce or separation (see page 18): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ► **4**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | 7 | 31,791 |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | 801 |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | |
| b | Qualified dividends (see page 22) . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . | 12 | 38,088 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . 15a | b Taxable amount (see page 24) | 15b | |
| 16a | Pensions and annuities . . . 16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) . . . . | 19 | |
| 20a | Social security benefits . . . . 20a | b Taxable amount (see page 27) | 20b | 0 |
| 21 | Other income. List type and amount (see page 29)   Net Operating Loss ► | 21 | -75,813 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | -5,133 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . | 27 | 2,691 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . | 28 | | |
| 29 | Self-employed health insurance deduction (see page 30) . | 29 | 8,447 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | | |
| 31a | Alimony paid   b Recipient's SSN ► | 31a | | |
| 32 | IRA deduction (see page 31) . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction (see page 34) . . . . | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 . . . . . . . . . . | 36 | 11,138 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income . . . . . ► | 37 | -16,271 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.   Form **1040** (2009)
(HTA)

Form 1040 (2009)    VERNON E and MARY ALFONSO    Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . | 38 | -16,271 |
| | 39a | Check { You were born before January 2, 1945, ☐ Blind. } Total boxes | | |
| | | If: { Spouse was born before January 2, 1945, ☐ Blind. } checked ▶ 39a ☐ | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here . . . ▶ 39b ☐ | | |
| ● **People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35.** | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . . | 40a | 12,400 |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) . . . . ▶ 40b ☒ | | |
| | 41 | Subtract line 40a from line 38 . . . . . . . . . . . . . . . | 41 | -28,671 |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 . . | 42 | 14,600 |
| ● **All others:** | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . | 43 | 0 |
| Single or Married filing separately, $5,700 | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 . . . | 44 | |
| | 45 | Alternative minimum tax (see page 40). Attach Form 6251 . . . . . . . | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . ▶ | 46 | 0 |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 . . | 48 | |
| Head of household, $8,350 | 49 | Education credits from Form 8863, line 29 . . . . . . | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 . . | 50 | |
| | 51 | Child tax credit (see page 42) . . . . . . . . . | 51 | |
| | 52 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits . . . . . . . . . | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . ▶ | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . | 56 | 5,382 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 . . | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 58 | |
| | 59 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax . . . . . . . . . . ▶ | 60 | 5,382 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 . . . | 61 | 1,720 |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return . | 62 | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M . | 63 | 800 |
| **If you have a qualifying child, attach Schedule EIC.** | 64a | Earned income credit (EIC) . . . . . . . . . . . | 64a | NO |
| | b | Nontaxable combat pay election . . 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . . . . | 65 | 1,000 |
| | 66 | Refundable education credit from Form 8863, line 16 . . . | 66 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 . . . . | 67 | |
| | 68 | Amount paid with request for extension to file (see page 72) . . | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) . | 69 | |
| | 70 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 70 | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your total payments . . . ▶ | 71 | 3,520 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid . . | 72 | |
| **Direct deposit?** See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here . . ▶ | 73a | |
| | ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax . ▶ | 74 | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 . . . ▶ | 75 | 1,902 |
| | 76 | Estimated tax penalty (see page 74) . . . . . | 76 | 40 |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 75)? ☒ Yes. Complete the following. ☐ No | | |
| | | Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| Joint return? See page 15. Keep a copy for your records. | Your signature   Date   Your occupation  COMM FISH/CONSTRUCTION | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation  EDUCATOR | |

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date  11/3/2014   Check if self-employed ☐ | Preparer's SSN or PTIN  P00107326 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | K F & L LLC | EIN  72-1513199 |
| | State | Phone no. |
| | | ZIP code |

Form **1040** (2009)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2009**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor<br>VERNON E ALFONSO | Social security number (SSN) |

| | |
|---|---|
| **A** Principal business or profession, including product or service (see page C-2 of the instructions)<br>COMMERCIAL FISHERMAN & CONSTRUCTION | **B** Enter code from pages C-9, 10, & 11<br>▶   114110 |
| **C** Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |

**E** Business address (including suite or room no.) ▶ ----------------------------------------
   City, town or post office, state, and ZIP code ----------------------------------------

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶ --------------

**G** Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses.   [X] Yes   [ ] No

**H** If you started or acquired this business during 2009, check here . . . . . . . . . . . . . . . ▶ [ ]

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | ▶ [ ] | **1** 73,064 |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | 73,064 |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . | **5** | 73,064 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . . | **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▶ | **7** | 73,064 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . . | **8** | | 18 | Office expense . . . . | **18** | |
| 9 | Car and truck expenses (see page C-4) . . . . . . | **9** | 4,525 | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . . | **10** | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | **11** | | a | Vehicles, machinery, and equipment . | **20a** | |
| 12 | Depletion . . . . . . | **12** | | b | Other business property . | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . . . . . | **13** | 2,379 | 21 | Repairs and maintenance . . . | **21** | 4,584 |
| | | | | 22 | Supplies (not included in Part III) | **22** | 2,062 |
| | | | | 23 | Taxes and licenses . . . . | **23** | 549 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | a | Travel . . . . . . . | **24a** | |
| 15 | Insurance (other than health) | **15** | | b | Deductible meals and entertainment (see page C-6) . | **24b** | |
| 16 | Interest: | | | 25 | Utilities . . . . . . | **25** | |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) . . | **26** | |
| b | Other . . . . . . | **16b** | | 27 | Other expenses (from line 48 on page 2) . . . . . . . . | **27** | 20,527 |
| 17 | Legal and professional services . . . . . . . | **17** | 350 | | | | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 . . . . . . ▶ | **28** | 34,976 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . | **29** | 38,088 |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | **31** | 38,088 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | **32a** [ ] All investment is at risk.<br>**32b** [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.
(HTA)

Schedule C (Form 1040) 2009

Schedule C (Form 1040) 2009          VERNON E ALFONSO                                               Page **2**

| **Part III** | **Cost of Goods Sold (see page C-8)** |
|---|---|

33  Method(s) used to
    value closing inventory:  a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . | 40 | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | 42 | 0 |

| **Part IV** | **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

a  Business _____  b  Commuting (see instructions) _____  c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . ☐ Yes    ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☐ Yes    ☐ No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . ☐ Yes    ☐ No

   b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. | |
|---|---|---|
| BOAT FUEL DIESEL | | 5,825 |
| ICE | | 665 |
| TELEPHONE | | 1,634 |
| GALLEY SUPPLIES | | 2,867 |
| MATERIALS AND SUPPLIES | | 8,858 |
| DRY DOCK | | 222 |
| MISC | | 456 |
| | | |
| | | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . | 48 | 20,527 |

Schedule C (Form 1040) 2009

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**Self-Employment Tax**

► Attach to Form 1040.     ► See Instructions for Schedule SE (Form 1040).

**2009**
Attachment
Sequence No. **17**

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| VERNON E ALFONSO | ███████ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-4).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt—Form 4361" on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart only if you must file Schedule SE. If unsure, see *Who Must File Schedule SE,* above.



## Section A—Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | | |
|---|---|---|---|
| 1 a | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y . . . . | 1b | ( ) |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see page SE-1 for types of income to report on this line. See page SE-3 for other income to report . . . . . . . . . . . . . . . | 2 | 38,088 |
| 3 | Combine lines 1a, 1b, and 2 | 3 | 38,088 |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax . . . . . . ► | 4 | 35,174 |
| 5 | Self-employment tax. If the amount on line 4 is: <br> • $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 56. <br> • More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. <br> Enter the total here and on Form 1040, line 56 . . . . . . . . . . . . . . . | 5 | 5,382 |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.50). Enter the result here and on Form 1040, line 27 . . . . | 6 | 2,691 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.
(HTA)

Schedule SE (Form 1040) 2009

Form **8812**

**Additional Child Tax Credit**

OMB No. 1545-0074

**2009**

Department of the Treasury
Internal Revenue Service (99)

▶ Complete and attach to Form 1040, Form 1040A, or Form 1040NR.

Attachment
Sequence No. **47**

Name(s) shown on return
VERNON E and MARY ALFONSO

Your social security number

**Part I**  **All Filers**

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1040 filers: | Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 51). | | | |
| | 1040A filers: | Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 33). | **1** | | 1,000 |
| | 1040NR filers: | Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 47). | | | |
| | | If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication. | | | |

2   Enter the amount from Form 1040, line 51, Form 1040A, line 33, or Form 1040NR, line 47 . . . . . . . **2**

3   Subtract line 2 from line 1. If zero, stop; you cannot take this credit . . . . . . . . . . . . . . **3**   1,000

4 a   Earned income (see instructions on back) . . . . . . **4a**   67,188

  b   Nontaxable combat pay (see instructions on back) . . . . . . . . . **4b**

5   Is the amount on line 4a more than $3,000?

  ☐ **No.**   Leave line 5 blank and enter -0- on line 6.

  ☒ **Yes.**   Subtract $3,000 from the amount on line 4a. Enter the result . . . **5**   64,188

6   Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . **6**   9,628

  Next. Do you have three or more qualifying children?

  ☒ **No.**   If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part II and enter the smaller of line 3 or line 6 on line 13.

  ☐ **Yes.**   If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

**Part II**  **Certain Filers Who Have Three or More Qualifying Children**

7   Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see instructions on back . . . . . . . . . . . **7**

| | | | | |
|---|---|---|---|---|
| 8 | 1040 filers: | Enter the total of the amounts from Form 1040, lines 27 and 57, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 60. | | |
| | 1040A filers: | Enter -0-. | **8** | |
| | 1040NR filers: | Enter the total of the amounts from Form 1040NR, line 53, plus any taxes that you identified using code "UT" and entered on the dotted line next to line 57. | | |

9   Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**   0

| | | | | |
|---|---|---|---|---|
| 10 | 1040 filers: | Enter the total of the amounts from Form 1040, lines 64a and 69. | | |
| | 1040A filers: | Enter the total of the amounts from Form 1040A, line 41a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 44 (see instructions on back). | **10** | |
| | 1040NR filers: | Enter the amount from Form 1040NR, line 63. | | |

11   Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . **11**   0

12   Enter the larger of line 6 or line 11 . . . . . . . . . . . . . . . . . . . . . . **12**   0

  Next, enter the smaller of line 3 or line 12 on line 13.

**Part III**  **Additional Child Tax Credit**

13   **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . **13**   1,000

Enter this amount on
Form 1040, line 65,
Form 1040A, line 42, or
Form 1040NR, line 61.

For Paperwork Reduction Act Notice, see back of form
(HTA)

Form **8812** (2009)

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**

**(Including Information on Listed Property)**

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| VERNON E ALFONSO | Sch C: FISH/CON - COMMERCIAL FISHERMAN & CONS | |

**Part I**  **Election To Expense Certain Property Under Section 179**

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . . . . | **1** | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions). . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . | **3** | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 250,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562. . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 . . . . . . . . ▶ | **13** | 0 |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  **Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III**  **MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 . . . . . . . . | **17** | 868 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . | **21** | 1,511 |
| 22 | **Total.** Add amounts from lines 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . . | **22** | 2,379 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate Instructions.

(HTA)

Form **4562** (2009)

Form 4562 (2009)                    VERNON E ALFONSO                              Page **2**

**Part V**    Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed?  [X] Yes [ ] No   24b  If "Yes," is the evidence written?  [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . | | | | | | **25** | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| TRUCK | 11/1/2005 | 80.58% | 26,795 | 21,591 | 5 | S/L - MQ | 1,511 | |
| | | | | | | | | |
| | | | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | **28** | | 1,511 | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . | | | | | | **29** | | 0 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . . | 17,014 | | | | | | | | | | | |
| 31  Total commuting miles driven during the year . | 1,220 | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven . . . . . . . . . . . . | 2,881 | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 . | 21,115 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34  Was the vehicle available for personal use during off-duty hours? . . . . . . . . | | X | | | | | | | | | | |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | | X | | | | | | | | | | |
| 36  Is another vehicle available for personal use? . . . . . . . | | X | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI    Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43  Amortization of costs that began before your 2009 tax year . . . . . . . . . . . | | | **43** | | |
| 44  Total. Add amounts in column (f). See the instructions for where to report . . . . . . . . . | | | **44** | | 0 |

Form 4562 (2009)

## Assets by Classification - ALL

12/31/2009    VERNON E and MARY ALFONSO

| Item No. | Description of Property **** Indicates SOLD | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec., 179, Bonus | 2009 Deprec. | 2009 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7-yr Genl purp tools, mach, equip** | | | | | | | | | | | | | | | |
| 6 | BOAT W/AC | 9/28/2002 | F-10 | 100.00% | 8,884 | 0 | 2,665 | 0 | 6,219 | 5 | 200DB | HY | 8,883 | 0 | 8,883 |
| | GENERATOR | 6/15/2006 | F-10 | 100.00% | 6,951 | 0 | 0 | 0 | 6,951 | 7 | 200DB | HY | 3,911 | 868 | 4,779 |
| | Total: 7-yr General purpose tools, machinery, and equip | | | | 15,835 | 0 | 2,665 | 0 | 13,170 | | | | 12,794 | 868 | 13,662 |
| **5-yr Truck, van, auto on trk chassis** | | | | | | | | | | | | | | | |
| | TRUCK | 11/1/2005 | V-7 | 80.58% | 26,795 | 0 | 0 | 0 | 21,591 | 5 | SL/GDS | MQ4 | 9,550 | 1,511 | 11,061 |
| | Total: 5-yr Light trucks, vans, and autos built on a truck c | | | | 26,795 | 0 | 0 | 0 | 21,591 | | | | 9,550 | 1,511 | 11,061 |
| | SubTotals | | | | 42,630 | 0 | 2,665 | 0 | 34,761 | | | | 22,344 | 2,379 | 24,723 |
| | Less: Assets Sold | | | | 0 | 0 | 0 | 0 | 0 | | | | 0 | 0 | 0 |
| | Ending Totals | | | | 42,630 | 0 | 2,665 | 0 | 34,761 | | | | 22,344 | 2,379 | 24,723 |

**SCHEDULE M**
**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service   (99)

# Making Work Pay and Government Retiree Credits

▶ Attach to Form 1040A, 1040, or 1040NR.      ▶ See separate instructions.

OMB No. 1545-0074

**2009**

Attachment
Sequence No. **166**

Name(s) shown on return
VERNON E and MARY ALFONSO

Your social security number

| | | | |
|---|---|---|---|
| **1a** | **Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the "No" box below and see the instructions if (a) you have a net loss from a business, (b) you received a taxable scholarship or fellowship grant not reported on a Form W-2, (c) your wages include pay for work performed while an inmate in a penal institution, (d) you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or (e) you are filing Form 2555 or 2555-EZ. | | |
| | Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)? | | |
| | [X] **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5. | | |
| | [ ] **No.** Enter your earned income (see instructions) . . . . . . . | **1a** | |
| **b** | Nontaxable combat pay included on line 1a (see instructions) . . . . . . .  **1b** | | |
| **2** | Multiply line 1a by 6.2% (.062) . . . . . . . . . . . | **2** | 0 |
| **3** | Enter $400 ($800 if married filing jointly) . . . . . . . . . . . | **3** | |
| **4** | Enter the smaller of line 2 or line 3 (unless you checked "Yes" on line 1a) . . . . . . . | **4** | 800 |
| **5** | Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 . | **5** | -16,271 |
| **6** | Enter $75,000 ($150,000 if married filing jointly) . . . . . . . . | **6** | 150,000 |
| **7** | Is the amount on line 5 more than the amount on line 6? | | |
| | [X] **No.**   Skip line 8. Enter the amount from line 4 on line 9 below. | | |
| | [ ] **Yes.**  Subtract line 6 from line 5 . . . . . . . . . . . | **7** | 0 |
| **8** | Multiply line 7 by 2% (.02) . . . . . . . . . . . . . | **8** | 0 |
| **9** | Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . | **9** | 800 |
| **10** | Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions). | | |
| | [X] **No.**   Enter -0- on line 10 and go to line 11. | | |
| | [ ] **Yes.**  Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) | **10** | 0 |
| **11** | Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W-2. | | |
| | [X] **No.**   Enter -0- on line 11 and go to line 12. | | |
| | [ ] **Yes.** • If you checked "No" on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is "Yes" for both spouses)  • If you checked "Yes" on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) | **11** | 0 |
| **12** | Add lines 10 and 11 . . . . . . . . . . . . . . . | **12** | 0 |
| **13** | Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . | **13** | 800 |
| **14** | **Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63; Form 1040A, line 40; or Form 1040NR, line 60 . . . . . . . . . | **14** | 800 |

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR Instructions.
(HTA)

Schedule M (Form 1040A or 1040) 2009

IT-540 2D  **2009**
or Fiscal Year

**LOUISIANA**
Resident
Individual Income Tax Return
Mail to: Department of Revenue

Begun ___ 2009
Ended ___ 2010

PO BOX 3440
BATON ROUGE LA
70821-3440

2403

Attach W-2 here

- ○ If your name has changed, mark here.
- ○ If your address has changed, mark here.
- ○ If this is an amended return, mark here.
- If this is for dependent, mark here.

VERNON E ALFONSO
MARY ALFONSO

Filing status (Refer appropriate number in the filing status box). **2**

1 Single
2 Married filing jointly
3 Married filing separately
4 Head of household *
5 Qualifying widow
  * Qualifying person's Name

Exemptions

6A Yourself  X
  65 or over
  Blind
6B Spouse  X
  65 or over
  Blind

Total of 6A & 6B  **2**
6C Total dependents *  **2**
6D Total exemptions  **4**
* Dependent's Name(s): List on page 2.

Calendar year returns due 5/15/2010

**Please do not staple; use a paperclip instead. Do not submit a photocopy.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TPSSN | | LN19B | 00000000 | OWED | 00000000 | SCF1D | 0000000 |
| SPSSN | | LN20 | 00000000 | LN46 | 00000000 | F2 | 0000000 |
| DEVID | 0000002403 | LN21 | 00000000 | LN47 | 00000000 | F3 | 0000000 |
| TAXPD | 0012312009 | LN22 | 00000078 | LN48 | 00000000 | F4 | 0000000 |
| FORMN | 0000006063 | LN23 | 00000000 | LN49 | 00000000 | F5 | 0000000 |
| PTIN | 0P00183688 | LN24 | 00000795 | LN50 | 00000000 | F6 | 0000000 |
| LINE7 | 0000000000 | LN25 | 00000000 | LN51 | 00000000 | F7 | 0000000 |
| LN8A | 0000000000 | LN26 | 00000000 | LN52 | 00000000 | SCHH1 | 0000000 |
| LN8B | 0000000000 | LN27 | 00000000 | SCHB1 | 00000000 | H2 | 0000000 |
| LN8C | 0000000000 | LN28 | 00000000 | E2 | 00000000 | H3 | 0000000 |
| LN9 | 0000000000 | LN29 | 00000873 | E2A | 00000000 | SCHG1 | 0000000 |
| LN10 | 0000000000 | LN30 | 00000873 | E3 | 00000000 | G2D | 0000000 |
| LN11 | 0000000000 | LN31 | 00000000 | 4A17E | 00009298 | G2E | 0000000 |
| LN12A | 0000000000 | LN32 | 00000873 | 4B | 00000000 | G3A | 0000000 |
| LN12B | 0000000000 | LN33 | 00000000 | 4C | 00000000 | G3B | 0000000 |
| LN12C | 0000000000 | LN34 | 00000000 | 4D | 00000000 | G4A | 0000000 |
| LN12D | 0000000000 | LN35 | 00000000 | 4E | 00000000 | G4B | 0000000 |
| LN12E | 0000000000 | LN36 | 00000000 | 4F | 00000000 | G5 | 0000000 |
| LN13 | 0000000050 | LN37 | 00000000 | 4G | 00000000 | G6 | 0000000 |
| LN14 | 0000000000 | LN38 | 00000000 | 4H | 00000000 | G7 | 0000000 |
| LN15 | 0000000050 | LN39 | 00000000 | E4I | 00009298 | G8 | 0000000 |
| LN16 | 0000000000 | LN40 | 00000000 | E4J | 00009298 | G9 | 0000000 |
| LN17 | 0000000000 | LN41 | 00000000 | E4K | 00009298 | 10 | 0000000 |
| LN18 | 0000000000 | LN42 | 00000873 | E5A | 00000000 | G11 | 0000000 |
| LN19 | 0000000000 | CREDT | 00000000 | E5B | 00000000 | 12DSF | 0000000 |
| LN19A | 0000000000 | REFND | 00000873 | E5C | 00000000 | 20SF | 0000000 |
| | | | | | | SCODE | 0000000 |

I declare that I have examined this return, and to the best of my knowledge, it is true and complete. Declaration of paid preparer is based on all available information. I consent that my SSN may be given to the LA Office of Student Financial Assistance in order to properly identify any START Savings Program Account Holder.

Date ___ Taxpayer ___   Date ___   Spouse ___

Date 11/03/2014   **9**   Paid preparer ___   6063

SSN P00183688   Telephone ___

# 2009 Resident Schedules (If used, must be submitted.)

Social Security No. ████████

2403   Name(s) as shown on Form IT-540 2D   VERNON E and MARY ALFONSO

## 6C.  Dependents

| First Name | Last Name | Social Security No. | Relationship | Birthdate (mm/dd/yyyy) |
|---|---|---|---|---|
| | | | | |

## ADJUSTMENTS TO INCOME – SCHEDULE E

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income | 1. | 0 |
| 2 | Interest and dividend from other states and their political subdivisions | 2. | 0 |
| 2A | Recapture of START contributions | 2A. | |
| 3 | Total - Add Lines 1, 2, and 2A. | 3. | 0 |

| | Exempt Income Description | Code | | Amount |
|---|---|---|---|---|
| 4A | Elementary and Secondary School Tuition Deduction | 17E | 4A. | 9298 |
| 4B | | | 4B. | |
| 4C | | | 4C. | |
| 4D | | | 4D. | |
| 4E | | | 4E. | |
| 4F | | | 4F. | |
| 4G | | | 4G. | |
| 4H | | | 4H. | |
| 4I | Exempt income before applicable federal tax | | 4I. | 9298 |
| 4J | Federal tax applicable to exempt income | | 4J. | 0 |
| 4K | Exempt income | | 4K. | 9298 |
| 5A | Louisiana adjusted gross income before IRC 280(C) wage expense adjustment | | 5A. | 0 |
| 5B | IRC 280(C) wage expense adjustment | | 5B. | 0 |
| 5C | Louisiana adjusted gross income | | 5C. | 0 |

## REFUNDABLE TAX CREDITS -- SCHEDULE F

1   Credit for amounts paid by certain military servicemembers for obtaining LA Hunting and Fishing Licenses

1A   Yourself ☐   Date of Birth (MM/DD/YYYY) _____   Driver's License number _____   State of Issue _____
                                                      or State Identification _____

1B   Spouse ☐   Date of Birth (MM/DD/YYYY) _____   Driver's License number _____   State of Issue _____
                                                      or State Identification _____

1C   Dependents: List dependent name(s).

Dependent name _____   Date of Birth (MM/DD/YYYY) _____
Dependent name _____   Date of Birth (MM/DD/YYYY) _____
Dependent name _____   Date of Birth (MM/DD/YYYY) _____
Dependent name _____   Date of Birth (MM/DD/YYYY) _____

1D   Print the total amount of fees paid for Louisiana hunting and fishing licenses purchased for the listed individuals 1D._____

## ADDITIONAL REFUNDABLE CREDITS

| | Credit Description | Code | | Amount |
|---|---|---|---|---|
| 2 | | | 2. | |
| 3 | | | 3. | |
| 4 | | | 4. | |
| 5 | | | 5. | |
| 6 | | | 6. | |
| 7 | Total Refundable Tax Credit | | 7. | 0 |



6061

**ATTACH TO RETURN IF COMPLETED.**

## 2009 Louisiana School Expense Deduction Worksheet

| Your Name | Your Social Security Number |
|---|---|
| VERNON E and MARY ALFONSO | ███████ |

I.  This worksheet should be used to calculate the three School Expense Deductions listed below. Refer to Revenue Information Bulletin 09-019 on LDR's website.

1.  **Elementary and Secondary School Tuition** – R.S. 47:297.10 provides a deduction for amounts paid during the tax year for tuition and fees required for your dependent child's enrollment in a nonpublic elementary or secondary school that complies with the criteria set forth in *Brumfield v. Dodd* and Section 501(c)(3) of the Internal Revenue Code or to any public elementary or secondary laboratory school that is operated by a public college or university. The school can verify that it complies with the criteria. The deduction is equal to 50 percent of the actual amount of tuition and fees paid per dependent, limited to $5,000. The tuition and fees that can be deducted include amounts paid for tuition, fees, uniforms, textbooks and other supplies required by the school.

2.  **Educational Expenses for Home-Schooled Children** – R.S. 47:297.11 provides a deduction for educational expenses paid during the tax year for home-schooling your dependent child. In order to qualify for the deduction, you must be approved by the State Board of Elementary and Secondary Education (BESE) for home-schooling. The deduction is equal to 50 percent of the actual qualified educational expenses paid for the home-schooling per dependent, limited to $5,000. Qualified educational expenses include amounts paid for the purchase of textbooks and curricula necessary for home-schooling.

3.  **Educational Expenses for a Quality Public Education** – R.S. 47:297.12 provides a deduction for the fees or other amounts paid during the tax year for a quality education of a dependent child enrolled in a public elementary or secondary school, including Louisiana Department of Education approved charter schools. The deduction is equal to 50 percent of the amounts paid per dependent, limited to $5,000. The amounts that can be deducted include amounts paid for uniforms, textbooks and other supplies required by the school.

II.  On the chart below, list the name of each qualifying dependent and the name of the school the student attends. If the student is home-schooled, print "home-schooled." Print an "X" in the box in column 1 if your dependent qualifies for the Elementary and Secondary School Tuition deduction, column 2 for Educational Expenses for Home-Schooled Children deduction, or column 3 for Quality Public Education deduction. If you have more than six qualifying dependents, attach a statement to your return with the required information.

| Student | Name of Qualifying Dependent | Name of School | Deduction as described in Section I. 1 | 2 | 3 |
|---|---|---|---|---|---|
| A | ████████ | ████████ | | | |
| B | ████████ | ████████ | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |

III.  Using the letters that correspond to each qualifying dependent listed in Section II, list the amount paid per student for each qualifying expense. For students attending a qualifying school, the expense must be for an item required by the school. Refer to the information in Section I to determine which expenses qualify for the deduction. Retain copies of cancelled checks, receipts and other documentation in order to support the amount of qualifying expenses.

| Qualifying Expense | List the amount paid for each student as listed in Section II. | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Tuition and Fees | 9420 | 7320 | 0 | 0 | 0 | 0 |
| School Uniforms | 0 | 435 | 0 | 0 | 0 | 0 |
| Textbooks, or Other Instructional Materials | 62 | 841 | 0 | 0 | 0 | 0 |
| Supplies | 552 | 0 | 0 | 0 | 0 | 0 |
| Total *(add amounts in each column)* | 10034 | 8596 | 0 | 0 | 0 | 0 |
| Multiply by | 50% | 50% | 50% | 50% | 50% | 50% |
| Deduction per Student – Print the result or $5,000 whichever is less. | 5000 | 4298 | 0 | 0 | 0 | 0 |

IV.  Total the Deduction per Student in Section III, based on the deduction for which the students qualified as marked in boxes 1, 2, or 3 in Section II.

| | | |
|---|---|---|
| Print the Elementary and Secondary School Tuition Deduction here and on IT-540, Schedule E, code 17E. | $ | 9298 |
| Print the Educational Expenses for Home-Schooled Children Deduction here and on IT-540, Schedule E, code 18E. | $ | 0 |
| Print the Educational Expenses for a Quality Public Education Deduction here and on IT-540, Schedule E, code 19E. | $ | 0 |



6064

VERNON E and MARY ALFONSO

## Line 1 (Sch C (1040)) - Gross Receipts or Sales

1  Gross receipts or sales **NOT** reported on 1099-MISC or W-2 for statutory employees:

| | |
|---|---|
| FISHING | 24,184 |
| FRANK & SON | 22,260 |

Total other gross receipts or sales . . . . . . . . . . . . . . . . **1**   46,434

2  Miscellaneous Income from Form 1099-MISC input worksheet.

| Payer Name | Amount |
|---|---|
| 1  R & M CONSTRUCTION OF LOUISIANA INC | 26,630 |

Total miscellaneous income from Form(s) 1099-MISC . . . . . . . . . . . . . **2**   26,630

3  Statutory Employees
Complete Form W-2 and check the appropriate box(es) for income for this Schedule C.

| Name | Amount |
|---|---|
| 1 ☐ | |

Total Statutory Wages . . . . . . . . . . . . . . . . . . **3**   0

4  Total gross receipts or sales . . . . . . . . . . . . . . . . . . **4**   73,064

**K F & L  LLC**

**Invoice for 2009 Tax Year**

VERNON E and MARY ALFONSO

Invoice Date: November 03, 2014

**Statement of Charges**

Tax return preparation fee                                                     707.75

professional discounts                                                         -339.75

                                                          TOTAL          368.00