


DDA Credits - 1/20/2009

DDA Credits - 1/20/2009



DDA Debits - 1/20/2009

DDA Debits - 1/20/2009





DDA Credits - 4/13/2009

DDA Credits - 4/13/2009





GL Credits - 4/13/2009

GL Credits - 4/13/2009



DDA Debits - 4/13/2009

DDA Debits - 4/13/2009



DDA Credits - 9/11/2009



DDA Credits - 9/11/2009



DDA Debits - 9/11/2009



DDA Debits - 9/11/2009