

FaegreBD.com

USA ▼ UK ▼ CHINA

**Craig S. Coleman**
*Partner*
craig.coleman@FaegreBD.com
Direct **+1 612 766 6981**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▼ 90 South Seventh Street
Minneapolis ▼ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

March 9, 2015

<u>**VIA EMAIL**</u>

Maria Feeley
Office of the Special Master
935 Gravier Street
Suite 1160
New Orleans, LA  70112

      Re:    Vernon Alphonso

Dear Maria:

We do not believe the facts support the filing of a clawback motion against Vernon Alphonso, and we will represent Mr. Alphonso in opposing such a motion if filed by the Special Master.  I am writing to reiterate Mr. Alphonso's willingness to agree to recalculation of his claims using LDWF trip tickets.  Because Mr. Alphonso was overpaid as a result of a mistake rather than an intentional misrepresentation, we continue to believe that such a recalculation offers the appropriate resolution of this matter.

All of the evidence we have reviewed supports Mr. Alphonso's consistent claim that he did not know that the amended Schedule C prepared by his accountant in 2010 included non-fishing revenue for 2009.  Mr. Alphonso does not dispute, however, that the amended Schedule C mistakenly included non-fishing income he received from Frank & Sons.  As we have previously indicated, Mr. Alphonso therefore remains willing to accept correction of the mistake by having his claim recalculated with Louisiana trip tickets.

Reliance on trip tickets, rather than taxes, would result in a significant adjustment of Mr. Alphonso's Seafood Compensation Program payments.  Because the facts do not warrant denial of his SCP claims or ineligibility for supplemental SCP payments, Mr. Alphonso suggests that his Round 2 payment and any other future payments should be applied to the overpayment.  If he still owes money after such applications of payments, Mr. Alphonso is willing to repay the amount owed.  Additionally, our firm is willing to remit attorneys' fees received on the overpayment now orkkr on any timeframe requested by the Special Master.

-2-   March 9, 2015

We remain willing to work through the logistics of correcting the overpayment made to Mr. Alphonso.

Sincerely,

Craig S. Coleman

US.55889008.01