UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 15-567, Christine Reitano v. Freeh Group Int'l Solutions, LLC and Louis J. Freeh* | : : | Mag. Judge Shushan |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Freeh Group International Solutions, LLC, and Louis J. Freeh. I am admitted to practice and in good standing in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

/s/Eli Segal
Eli Segal, PA Bar #205845
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Dated: March 18, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 18th day of March, 2015, by electronic mail, on the following:

> Mary Olive Pierson
> P.O. Box 14647 (70898)
> 8702 Jefferson Highway, Suite B
> Baton Rouge, LA 70809
> *Attorney for Plaintiff Christine Reitano*

> /s/Eli Segal
> Eli Segal, PA Bar #205845