UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC
FOR RETURN OF PAYMENT MADE TO VISION DESIGN MANAGEMENT

On behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), Claims Administrator Patrick Juneau and Special Master Louis J. Freeh seek return of payments made to claimant Vision Design Management, Inc. ("Vision Design"). Vision Design falsely represented to the DHECC that the company earned $819,708 in revenue in August and September 2009, when in fact none of the bank deposits submitted to support this representation actually were for revenue generated by Vision Design. Relying on these misrepresentations, the DHECC paid Vision Design $2,168,967.71 under the DHECC's Business Economic Loss program.

The DHECC seeks a judgment requiring Vision Design and its members to return money paid on this claim, less the amount former counsel for Vision Design has agreed to repay to the DHECC.

Respectfully submitted,

　　/s/  Patrick Juneau　　　　
Patrick Juneau, Claims Administrator

　　/s/  Louis J. Freeh　　　　
Louis J. Freeh, Special Master

Dated:  March 18, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                    _/s/_ Louis J. Freeh_____
                                                    Louis J. Freeh