UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator and the Special Master to have claimant Vision Design Management, Inc. ("Vision Design") return the payment made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim award in favor of Vision Design based upon Claim 36421 is hereby RESCINDED and VACATED; and

2. Judgment is entered against Vision Design and its members Barbara J. Stokes and Scott B. Stokes, requiring Vision Design and its members to make restitution to the DHECC in the amount of $1,610,311.13, plus post-judgment interest; and

3. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

2

4.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC, the Claims Administrator, or the Special Master in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
