Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 1 of 20
Case 5:09-cv-02345-IPJ Document 108-4 Filed 08/20/13 Page 1 of 20

EXHIBIT 4

FILED
2013 Aug-20 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

**PLAINTIFF'S EXHIBIT**

| GCCF 2000-C | GULF COAST CLAIMS FACILITY CLAIM FORM |

## II. CLAIMANT INFORMATION

### A. INDIVIDUAL CLAIMANT INFORMATION

| Last Name: | | First Name: | | Middle Name: | |
|---|---|---|---|---|---|
| **Current Address:** | Street: | | | | |
| | City: | | State: | | Zip: |
| | Parish/County: | | Country: | | |
| Home Phone | | | Cell Phone Number: | | |
| Email Address: | | | Date of Birth: | | |
| Individual Taxpayer ID Number: | | | U.S. Citizen: | | |
| If not U.S. Citizen, Proof of Legal Residency Attached? | | | | | |

### B. BUSINESS CLAIMANT INFORMATION

#### B1. Information about the Business

| Name of Business: | VISION DESIGN MANAGEMENT, LLC | Type of Business: | CONSULTING GROUP |
|---|---|---|---|
| **Business Address:** | Street: 1727 HWY 393 SOUTH | | |
| | City: SANTA ROSA BEACH | State: FL | Zip: 32459 |
| | Parish/County: WALTON COUNTY | Country: UNITED STATES OF AMERICA | |
| Phone Number: | (256)348-4322 | Fax Number: | (256)489-3364 |
| Website Address: | | Other Business Name: | VDM |
| Employer Identification Number (EIN): | XX-XXX1907 | Business Activity Code (NAICS): | 531390, 524291, 541310, 541410 |
| Incorporation Details: | Date: 11/26/2007 | Place: WALTON COUNTY, FLORIDA | |

#### B.2. Information about the Authorized Business Representative

| Last Name: | STOKES | First Name: | BARBARA | Middle Name: | JO ANNE |
|---|---|---|---|---|---|
| Title: | OFFICER | | | | |
| **Current Address:** | Street: 4800 WHITESBURG DRIVE, SUITE 30-351 | | | | |
| | City: HUNTSVILLE | State: AL | Zip: 35802 | Country: UNITED STATES OF AMERICA | |
| Phone | (256)348-4322 | Cell Phone | (256)348-0332 | | |
| Fax Number: | (256)489-3364 | Email Address: | SOUTHERNSONWEST@HOTMAIL.COM | | |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 2 of 20
Case 5:09-cv-02345-HRL Document 158-42 Filed 06/20/13 Page 2 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

| III. ATTORNEY INFORMATION |||||
|---|---|---|---|---|
| Lawyer Name: | Last: | First: | | Middle Initial: |
| Law Firm Name: | | | | |
| Law Firm Address: | Street: ||||
| | City: | State: | Zip: | Country: |
| Law Firm Phone Number: | | | | |
| Law Firm Fax Number: | | | | |
| Law Firm Email Address: | | | | |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 3 of 20
Case 5:09-cv-02345-HDJ Document 135-42 Filed 08/20/13 Page 3 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

## IV. CLAIM INFORMATION

### TYPE OF INJURY OR DAMAGE

| | Claim Type | Seeking Emergency Advance Payment or Final Payment? | | | Amount Claimed |
|---|---|---|---|---|---|
| | | Emergency | | Final | |
| | | One Month | Six Months | | |
| A. | Removal and Clean Up Costs | No | | | $ 0.00 |
| B. | Real or Personal Property | No | | | $ 0.00 |
| C. | Lost Earnings or Profits | Yes | Yes | | $ 818,977.00 |
| D. | Loss of Subsistence Use of Natural Resources | No | | | $ 0.00 |
| E. | Physical Injury/Death (Individual Claimants only) | No | | | $ 0.00 |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 4 of 20
Case 5:09-cv-02345-HRL Document 105-12 Filed 06/20/13 Page 4 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| A. REMOVAL AND CLEAN UP COSTS ||
|---|---|
| **For All Claimants** ||
| Location of removal and clean up activity: | |
| Detailed description of the removal and clean up activity: | |
| Date(s) of removal and clean up activity: | |
| Were these removal and clean up activities approved by the Federal On-Scene Coordinator? | |
| Total amount claimed: | |
| **For Claimants Seeking Final payment** ||
| Are these removal and clean up activities ongoing? | |
| Amount of anticipated future costs associated with removal and clean up activity: | |
| Anticipated time period for future removal and clean up costs claimed: | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 5 of 20
Case 5:09-cv-02345-HRL Document 168-42 Filed 06/20/13 Page 5 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## B. REAL OR PERSONAL PROPERTY

### B.1. Real Property

| Property Address | Street: | | City: | |
|---|---|---|---|---|
| | State: | | Zip: | |
| | Parish/County: | | Country: | |
| Claimant's relationship to this property: | | | | |
| Value of property before damage: | | | | |
| Value of property after damage: | | | | |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 6 of 20
Case 5:09-cv-02345-HRL Document 158-12 Filed 08/20/13 Page 6 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| B.2. Personal or Business Property ||||
|---|---|---|---|
| Was there damage to personal or business property (such as equipment, machinery, boats, or personal watercraft)? | | | |
| Location of personal property on the date of damage caused by the spill: | | Location: | |
| Affected property: | | | |
| Property Information | Make: | | Model: | |
| | Year: | | Identification Number: | |
| Claimed Cost to Repair: | | Claimed Cost to replace: | |
| Value of Property before Damage: | | Value of Property After Damage: | |
| Relationship to this Property: | | | |

| B.3. Economic Losses Resulting from Destruction of Real or Personal Property ||
|---|---|
| Description of the economic losses incurred as a result of the destruction of real or personal property: | |
| Date you incurred economic losses due to the destruction of real or personal property: | |
| Amount of economic losses incurred due to the destruction of real or personal property: | |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 7 of 20
Case 5:09-cv-02345-HPJ Document 1158-12 Filed 06/20/13 Page 7 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## C. LOST EARNINGS OR PROFITS

### C.1. For All Claimants

**Occupation held or Sources of income for the business before the claimant began losing earnings or profits:**
CONSULTANT, RE CONSTRUCTION

**Location of claimants employment/business before the claimant began losing earning or profits:**
WALTON COUNTY, FLORIDA

| Date on which the claimant began losing earnings or profits: | 04/29/2010 |
|---|---|
| Earnings or profits earned before losses began: | $ 818,977.00    Yearly |
| Amount and source of earnings or profits received from any sources since the claimant began losing earnings or profits (including earnings from the Vessels of Opportunity Program): | $ 0.00 |

### C.2. For Claimants Seeking Final Payment

| Is the claimant still losing earnings or profits? | |
|---|---|
| Total earnings or profits earned after losses began: | $0.00 |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 2 of 20
Case 5:09-cv-02345-JPJ Document 1638-12 Filed 08/20/13 Page 8 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

### D. LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES

#### D.1. For All Claimants

The natural resource that the claimant relied on for subsistence, prior to the Spill, and how it has been affected by the Spill:

| Estimated monthly loss or cost of replacement: | |
|---|---|

#### D.2. For Claimants Seeking Final Payment

Description on how frequently the claimant used this natural resource and its approximate monthly value to the claimant.

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 9 of 20
Case 5:09-cv-02343-HRL Document 185-42 Filed 06/20/13 Page 9 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## E. PHYSICAL INJURY/DEATH

### E.1. Information Regarding Physical Injury/Death

The date on which the claimant was first injured, whether the injury is resolved or ongoing, the geographic location where the injury occurred and description on the nature of the claimants physical injury:

For claimants seeking damages for death – Name of the decedent, the date of the death, and the geographic location where the death occurred:

The amount of compensation the claimant seek for any injury or death listed above:

### E.2. Economic Losses Resulting from Physical Injury/Death

| | |
|---|---|
| For Individual Claimants, the occupation the claimant or the decedent held before the claimant began losing income: | |
| Date on which the claimant began losing income: | |
| Income earned before losses began: | |
| Amount and source of income received from any sources since the claimant began losing income: | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 10 of 20
Case 5:09-cv-02345-HRL Document 1593-12 Filed 05/29/13 Page 10 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| V. COLLATERAL SOURCE COMPENSATION | |
|---|---|
| Did the claimant receive unemployment insurance compensation since the Spill? | |
| Did the claimant receive compensation from private insurance since the Spill? | |
| Name of Carrier or Provider: | |
| Account or Policy Number: | |
| Amount of Insurance benefits received: | |
| Did the claimant receive any other Government benefits since the Spill? | |
| Description of any Government benefits the claimant received, other than unemployment insurance | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 11 of 20
Case 3:09-cv-02345-FPJ Document 1595-42 Filed 05/29/13 Page 19 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| VI. ALTERNATE CONTACT INFORMATION FOR INDIVIDUAL CLAIMANTS (Optional) ||||
|---|---|---|---|
| Last Name: | |||
| First Name: | |||
| Middle Name: | |||
| Current Address: | Street: || City: |
| ^ | State: | Zip: | Country: |
| Home Phone Number: | |||
| Cell Phone Number: | |||
| Email Address: | |||

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 12 of 20
Case 5:09-cv-02345-HRL Document 159-42 Filed 06/29/13 Page 12 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## VII. REPRESENTATIVE CLAIMANT INFORMATION

| Reason person affected or injured by the Spill is unable to complete the Claim Form: | |
|---|---|
| Representative Claimant's relationship to Claimant: | |

### Representative Claimant's Name and contact information

| Last Name: | |
|---|---|
| First Name: | |
| Middle Name: | |

| Current Address: | Street: | | | | |
|---|---|---|---|---|---|
| | City: | State: | Zip: | Country: | |

| Home Phone Number: | |
|---|---|
| Cell Phone Number: | |
| Email Address: | |
| | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 13 of 20
Case 5:09-cv-02345-HRL Document 153-12 Filed 05/29/13 Page 13 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## VIII. METHOD OF PAYMENT

### A. ELECTION TO RECEIVE PAYMENT BY WIRE TRANSFER

| Does the claimant want to receive the payment by direct deposit/electronic fund transfer? | Yes | | | |
|---|---|---|---|---|
| **Bank Name to Which Wire is to be Sent:** | **Bank Name:** REGIONS BANK | | | |
| | **Street:** 700 AIRPORT | | | |
| | **City:** HUNTSVILLE | **State:** AL | **Zip:** 35802 | **Country:** UNITED STATES OF AMERICA |
| **Bank Telephone Number:** | (256)881-6489 | | | |
| **Bank ABA/Routing Number:** | ███████ | | | |
| **Account Name:** | VISION DESIGN MANAGEMENT, LLC | | | |
| **Account Number:** | ███████ | | | |

### B. ELECTION TO RECEIVE PAYMENT BY CHECK

| Does the claimant want to receive the payments by check? | No |
|---|---|
| If the claimant wants to receive the payment by check and the claimant is an individual who does not have his/her own bank account, does the claimant prefer to receive one check or multiple checks. | |

**Address to which the claimant would like the check(s) to be sent.**

| **Payment Address:** | **Street:** | | | |
|---|---|---|---|---|
| | **City:** | **State:** | **Zip:** | **Country:** |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPG Document 14262-2 Filed 03/18/15 Page 14 of 20
Case 5:09-cv-02345-HSP Document 155-12 Filed 05/20/13 Page 14 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

## IX. SIGNATURE

| Signature: | | Date: | |
|---|---|---|---|

| Printed Name: | First: | Middle: | Last: |
|---|---|---|---|

| Business Title: | |
|---|---|

| Has anyone, other than a family member or an Attorney the claimant identified in Section III, assisted the claimant in the preparation of this Claim Form? | Yes |
|---|---|
| Name of individual or company: | CARR, RIGGS, INGRAMS CPA FIRM |

Electronically Signed.

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 15 of 20
Case 5:09-cv-02345-HRL Document 159-12 Filed 05/20/13 Page 15 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL AND BUSINESS CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|
| | I. REMOVAL AND CLEAN UP COSTS |

| Document | | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| | | | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 16 of 20
Case 5:09-cv-02345-HJP Document 1533-12 Filed 05/27/13 Page 16 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |
|---|---|---|---|---|---|

| GCCF 2000-C EXHIBIT A | **SUPPORTING DOCUMENTATION FOR INDIVIDUAL AND BUSINESS CLAIMS GULF COAST CLAIMS FACILITY** |
|---|---|
| | **II. REAL OR PERSONAL PROPERTY** |

| Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|
| | | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 17 of 20
Case 5:09-cv-02345-HRL Document 159-12 Filed 05/29/13 Page 19 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|
| | III. LOST EARNINGS OR PROFITS CLAIMS – INDIVIDUALS |

| Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|
| | | |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 18 of 20
Case 5:09-cv-02345-HRJ Document 1593-12 Filed 05/20/13 Page 18 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR BUSINESS CLAIMS GULF COAST CLAIMS FACILITY | | |
|---|---|---|---|
| | IV. LOST EARNINGS OR PROFITS CLAIMS - BUSINESSES | | |
| # | Document | Documents for Business Claimants Seeking Emergency Advance Payments | Documents for Business Claimants Seeking Final Payment |
| 2 | Documents providing description of business losses due to the Spill. | Yes | No |
| 3 | Maps or description of area showing business location. | Yes | No |
| 4 | Copies of monthly financial statements for 2007-2010. (If a new business, include business plan) | Yes | No |
| 6 | Signed copies of income tax returns and schedules for 2007-2009. | Yes | No |
| 17 | Other proof, if applicable. | Yes | No |

EXHIBIT 4
Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 19 of 20
Case 5:09-cv-02345-HSP Document 1535-12 Filed 05/27/13 Page 19 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL AND BUSINESS CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|
| | V. LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES |

| Document | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|
| | | |

EXHIBIT 4

Case 2:10-md-02179-CJB-DPC Document 14262-2 Filed 03/18/15 Page 20 of 20
Case 5:09-cv-02345-HRL Document 153-12 Filed 05/20/13 Page 20 of 20

| Name: | VISION DESIGN MANAGEMENT, LLC | SSN or EIN: | XX-XXX1907 | Claimant #: | 3419204 |

| GCCF 2000-C EXHIBIT A | SUPPORTING DOCUMENTATION FOR INDIVIDUAL CLAIMS GULF COAST CLAIMS FACILITY |
|---|---|
| | VI. PHYSICAL INJURY / DEATH |

| Document | | Documents for Claimants Seeking Emergency Advance Payments | Documents for Claimants Seeking Final Payment |
|---|---|---|---|
| | | | |