**VISION DESIGN MANAGEMENT, LLC**
**CALCULATION OF PAST AND FUTURE LOSS OF GROSS PROFIT**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 1**

| PV Years | Period | | | Loss of Net Income (Sch 2) | Discount Rate (Note 1) | Present Value | Cumulative Total |
|---|---|---|---|---|---|---|---|
| 0.00 | 04/21/10 | - | 05/20/10 | $27,810 | | $27,810 | $27,810 |
| 0.00 | 05/21/10 | - | 06/20/10 | 27,810 | | 27,810 | 55,620 |
| 0.00 | 06/21/10 | - | 07/20/10 | 27,810 | | 27,810 | 83,429 |
| 0.00 | 07/21/10 | - | 08/20/10 | 27,810 | | 27,810 | 111,239 |
| 0.00 | 08/21/10 | - | 09/20/10 | 27,810 | | 27,810 | 139,049 |
| 0.00 | 09/21/10 | - | 10/20/10 | 27,810 | | 27,810 | 166,859 |
| 0.00 | 10/21/10 | - | 11/20/10 | 27,810 | | 27,810 | 194,669 |
| 0.00 | 11/21/10 | - | 12/20/10 | 27,810 | | 27,810 | 222,478 |
| 0.00 | 12/21/10 | - | 01/20/11 | 27,810 | | 27,810 | 250,288 |
| 0.00 | 01/21/11 | - | 02/20/11 | 33,551 | | 33,551 | 283,840 |
| 0.00 | 02/21/11 | - | 03/20/11 | 33,551 | | 33,551 | 317,391 |
| 0.00 | 03/21/11 | - | 04/20/11 | 33,551 | | 33,551 | 350,943 |
| 0.08 | 04/21/11 | - | 05/20/11 | 33,551 | 1.43% | 33,513 | 384,456 |
| 0.16 | 05/21/11 | - | 06/20/11 | 33,551 | 1.43% | 33,475 | 417,931 |
| 0.24 | 06/21/11 | - | 07/20/11 | 33,551 | 1.43% | 33,437 | 451,368 |
| 0.32 | 07/21/11 | - | 08/20/11 | 33,551 | 1.43% | 33,399 | 484,767 |
| 0.40 | 08/21/11 | - | 09/20/11 | 33,551 | 1.43% | 33,361 | 518,128 |
| 0.48 | 09/21/11 | - | 10/20/11 | 33,551 | 1.43% | 33,324 | 551,452 |
| 0.56 | 10/21/11 | - | 11/20/11 | 33,551 | 1.43% | 33,286 | 584,738 |
| 0.64 | 11/21/11 | - | 12/20/11 | 33,551 | 1.43% | 33,248 | 617,986 |
| 0.72 | 12/21/11 | - | 01/20/12 | 33,551 | 1.43% | 33,210 | 651,196 |
| 0.80 | 01/21/12 | - | 02/20/12 | 36,907 | 1.43% | 36,490 | 687,686 |
| 0.88 | 02/21/12 | - | 03/20/12 | 36,907 | 1.43% | 36,448 | 724,134 |
| 1.00 | 03/21/12 | - | 04/20/12 | 36,907 | 1.43% | 36,386 | 760,520 |
| 1.08 | 04/21/12 | - | 05/20/12 | 36,907 | 1.43% | 36,345 | 796,865 |
| 1.16 | 05/21/12 | - | 06/20/12 | 36,907 | 1.43% | 36,304 | 833,169 |
| 1.24 | 06/21/12 | - | 07/20/12 | 36,907 | 1.43% | 36,262 | 869,431 |
| 1.32 | 07/21/12 | - | 08/20/12 | 36,907 | 1.43% | 36,221 | 905,652 |
| 1.40 | 08/21/12 | - | 09/20/12 | 36,907 | 1.43% | 36,180 | 941,832 |
| 1.48 | 09/21/12 | - | 10/20/12 | 36,907 | 1.43% | 36,139 | 977,971 |
| 1.56 | 10/21/12 | - | 11/20/12 | 36,907 | 1.43% | 36,098 | 1,014,069 |
| 1.64 | 11/21/12 | - | 12/20/12 | 36,907 | 1.43% | 36,057 | 1,050,126 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**CALCULATION OF PAST AND FUTURE LOSS OF GROSS PROFIT**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 1**

| PV Years | Period | | | Loss of Net Income (Sch 2) | Discount Rate (Note 1) | Present Value | Cumulative Total |
|---|---|---|---|---|---|---|---|
| 1.72 | 12/21/12 | - | 01/20/13 | 36,907 | 1.43% | 36,016 | 1,086,142 |
| 1.80 | 01/21/13 | - | 02/20/13 | 38,752 | 1.43% | 37,774 | 1,123,916 |
| 1.88 | 02/21/13 | - | 03/20/13 | 38,752 | 1.43% | 37,731 | 1,161,647 |
| 2.00 | 03/21/13 | - | 04/20/13 | 38,752 | 1.43% | 37,667 | 1,199,314 |
| 2.08 | 04/21/13 | - | 05/20/13 | 38,752 | 1.43% | 37,624 | 1,236,938 |
| 2.16 | 05/21/13 | - | 06/20/13 | 38,752 | 1.43% | 37,581 | 1,274,519 |
| 2.24 | 06/21/13 | - | 07/20/13 | 38,752 | 1.43% | 37,539 | 1,312,058 |
| 2.32 | 07/21/13 | - | 08/20/13 | 38,752 | 1.43% | 37,496 | 1,349,554 |
| 2.40 | 08/21/13 | - | 09/20/13 | 38,752 | 1.43% | 37,454 | 1,387,008 |
| 2.48 | 09/21/13 | - | 10/20/13 | 38,752 | 1.43% | 37,411 | 1,424,419 |
| 2.56 | 10/21/13 | - | 11/20/13 | 38,752 | 1.43% | 37,369 | 1,461,788 |
| 2.64 | 11/21/13 | - | 12/20/13 | 38,752 | 1.43% | 37,326 | 1,499,114 |
| 2.72 | 12/21/13 | - | 01/20/14 | 38,752 | 1.43% | 37,284 | 1,536,398 |
| 2.80 | 01/21/14 | - | 02/20/14 | 40,690 | 1.43% | 39,104 | 1,575,502 |
| 2.88 | 02/21/14 | - | 03/20/14 | 40,690 | 1.43% | 39,059 | 1,614,561 |
| 3.00 | 03/21/14 | - | 04/20/14 | 40,690 | 1.43% | 38,993 | 1,653,554 |
| 3.08 | 04/21/14 | - | 05/20/14 | 40,690 | 1.43% | 38,948 | 1,692,502 |
| 3.16 | 05/21/14 | - | 06/20/14 | 40,690 | 1.43% | 38,904 | 1,731,406 |
| 3.24 | 06/21/14 | - | 07/20/14 | 40,690 | 1.43% | 38,860 | 1,770,266 |
| 3.32 | 07/21/14 | - | 08/20/14 | 40,690 | 1.43% | 38,816 | 1,809,082 |
| 3.40 | 08/21/14 | - | 09/20/14 | 40,690 | 1.43% | 38,772 | 1,847,854 |
| 3.48 | 09/21/14 | - | 10/20/14 | 40,690 | 1.43% | 38,728 | 1,886,582 |
| 3.56 | 10/21/14 | - | 11/20/14 | 40,690 | 1.43% | 38,684 | 1,925,266 |
| 3.64 | 11/21/14 | - | 12/20/14 | 40,690 | 1.43% | 38,640 | 1,963,906 |
| 3.72 | 12/21/14 | - | 01/20/15 | 40,690 | 1.43% | 38,596 | 2,002,502 |
| 3.80 | 01/21/15 | - | 02/20/15 | 42,724 | 1.43% | 40,480 | 2,042,982 |
| 3.88 | 02/21/15 | - | 03/20/15 | 42,724 | 1.43% | 40,434 | 2,083,416 |
| 4.00 | 03/21/15 | - | 04/20/15 | 42,724 | 1.43% | 40,365 | 2,123,781 |
| 4.08 | 04/21/15 | - | 05/20/15 | 42,724 | 1.43% | 40,319 | 2,164,100 |
| 4.16 | 05/21/15 | - | 06/20/15 | 42,724 | 1.43% | 40,273 | 2,204,373 |
| 4.24 | 06/21/15 | - | 07/20/15 | 42,724 | 1.43% | 40,228 | 2,244,601 |
| 4.32 | 07/21/15 | - | 08/20/15 | 42,724 | 1.66% | 39,791 | 2,284,392 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**CALCULATION OF PAST AND FUTURE LOSS OF GROSS PROFIT**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 1**

| PV Years | Period | | | Loss of Net Income (Sch 2) | Discount Rate (Note 1) | Present Value | Cumulative Total |
|---|---|---|---|---|---|---|---|
| 4.40 | 08/21/15 | - | 09/20/15 | 42,724 | 1.66% | 39,738 | 2,324,130 |
| 4.48 | 09/21/15 | - | 10/20/15 | 42,724 | 1.66% | 39,686 | 2,363,816 |
| 4.56 | 10/21/15 | - | 11/20/15 | 42,724 | 1.77% | 39,439 | 2,403,255 |
| 4.64 | 11/21/15 | - | 12/20/15 | 42,724 | 1.77% | 39,384 | 2,442,639 |
| 4.72 | 12/21/15 | - | 01/20/16 | 42,724 | 1.77% | 39,328 | 2,481,967 |
| 4.80 | 01/21/16 | - | 02/20/16 | 44,860 | 1.90% | 40,985 | 2,522,952 |
| 4.88 | 02/21/16 | - | 03/20/16 | 44,860 | 1.90% | 40,923 | 2,563,875 |
| 5.00 | 03/21/16 | - | 04/20/16 | 44,860 | 1.90% | 40,831 | 2,604,706 |
| 5.08 | 04/21/16 | - | 05/20/16 | 44,860 | 2.02% | 40,527 | 2,645,233 |
| 5.16 | 05/21/16 | - | 06/20/16 | 44,860 | 2.02% | 40,462 | 2,685,695 |
| 5.24 | 06/21/16 | - | 07/20/16 | 44,860 | 2.02% | 40,397 | 2,726,092 |
| 5.32 | 07/21/16 | - | 08/20/16 | 44,860 | 2.11% | 40,144 | 2,766,236 |
| 5.40 | 08/21/16 | - | 09/20/16 | 44,860 | 2.11% | 40,077 | 2,806,313 |
| 5.48 | 09/21/16 | - | 10/20/16 | 44,860 | 2.11% | 40,010 | 2,846,323 |
| 5.56 | 10/21/16 | - | 11/20/16 | 44,860 | 2.25% | 39,640 | 2,885,963 |
| 5.64 | 11/21/16 | - | 12/20/16 | 44,860 | 2.25% | 39,569 | 2,925,532 |
| 5.72 | 12/21/16 | - | 01/20/17 | 44,860 | 2.25% | 39,499 | 2,965,031 |
| 5.80 | 01/21/17 | - | 02/20/17 | 47,103 | 2.25% | 41,400 | 3,006,431 |
| 5.88 | 02/21/17 | - | 03/20/17 | 47,103 | 2.25% | 41,327 | 3,047,758 |
| 6.00 | 03/21/17 | - | 04/20/17 | 47,103 | 2.25% | 41,216 | 3,088,974 |
| **Total** | | | | **$3,241,401** | | **$3,088,974** | **$3,088,974** |

Note 1 - Discount rate is the Treasury Bond, Stripped Principal Asked Yields as published in the Wall Street Journal on 03/17/11.

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**CALCULATION OF MONTHLY AVERAGE LOSS OF NET INCOME**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 2**

| Description | Ref | Projected Lost Income | Non-Continuing Expense % (Sch. 4 ) | Non-Continuing Expense | Net Lost Income | Net Monthly Net Lost Income |
|---|---|---|---|---|---|---|
| 2009 Total Income | Sch 3 | $821,462.98 | | | | |
| Percentage Growth | Sch 3 | 30.00% | | | | |
| 2010 Projected Income | | 1,067,901.87 | | | | |
| Less: Actual Income | | 5,718.52 | | | | |
| Loss of Income - 2010 | | 1,062,183.35 | 68.58% | $728,465.60 | $333,717.75 | $27,809.81 |
| 2010 Projected Income | | 1,067,901.87 | | | | |
| Percentage Growth | | 20.00% | | | | |
| Loss of Income - 2011 | | 1,281,482.24 | 68.58% | 878,864.96 | 402,617.28 | 33,551.44 |
| 2011 Projected Income | | 1,281,482.24 | | | | |
| Percentage Growth | | 10.00% | | | | |
| Loss of Income - 2012 | | 1,409,630.46 | 68.58% | 966,751.46 | 442,879.00 | 36,906.58 |
| 2012 Projected Income | | 1,409,630.46 | | | | |
| Percentage Growth | | 5.00% | | | | |
| Loss of Income - 2013 | | 1,480,111.98 | 68.58% | 1,015,089.03 | 465,022.95 | 38,751.91 |
| 2013 Projected Income | | 1,480,111.98 | | | | |
| Percentage Growth | | 5.00% | | | | |
| Loss of Income - 2014 | | 1,554,117.58 | 68.58% | 1,065,843.48 | 488,274.10 | 40,689.51 |
| 2014 Projected Income | | 1,554,117.58 | | | | |
| Percentage Growth | | 5.00% | | | | |
| Loss of Income - 2015 | | 1,631,823.46 | 68.58% | 1,119,135.65 | 512,687.81 | 42,723.98 |
| 2015 Projected Income | | 1,631,823.46 | | | | |
| Percentage Growth | | 5.00% | | | | |
| Loss of Income - 2016 | | 1,713,414.63 | 68.58% | 1,175,092.43 | 538,322.20 | 44,860.18 |
| 2016 Projected Income | | 1,713,414.63 | | | | |
| Percentage Growth | | 5.00% | | | | |
| Loss of Income - 2017 | | 1,799,085.36 | 68.58% | 1,233,847.06 | 565,238.30 | 47,103.19 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF MONTHLY INCOME**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 3**

| Description | 2008 (Sch. 5) | 2009 (Sch. 5) | 2010 (Sch. 5) |
|---|---|---|---|
| January | $0.00 | $0.00 | $0.00 |
| February | 0.00 | 0.00 | 0.00 |
| March | 632,000.00 | 0.00 | 0.00 |
| April | 0.00 | 0.00 | 0.00 |
| May | 0.00 | 0.00 | 0.00 |
| June | 0.00 | 0.00 | 0.00 |
| July | 0.00 | 0.00 | 0.00 |
| August | 0.00 | 0.00 | 5,718.52 |
| September | 0.00 | 0.00 | 0.00 |
| October | 0.00 | 0.00 | 0.00 |
| November | 0.00 | 821,462.98 | 0.00 |
| December | 0.00 | 0.00 | 0.00 |
| Total | $632,000.00 | $821,462.98 | $5,718.52 |
| Monthly Average | $52,666.67 | $68,455.25 | $476.54 |
| Percentage Growth | | 30.00% | |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF SCHEDULES OF INCOME & EXPENSES**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 4**

| Description | 12 Months Ended Mar-10 (Sch. 5) | Percent of Sales | Non-Continuing Percent Variable | Non-Continuing Percentage |
|---|---|---|---|---|
| Income | | | | |
| Project Fee Income | $821,462.98 | 100.00% | | |
| Total Income | 821,462.98 | 100.00% | | |
| Cost of Goods Sold | 559,853.54 | 68.15% | 100.00% | 68.15% |
| Expense | | | | |
| Auto Payment Fees | 0.00 | 0.00% | | |
| Bank Service Charges | 88.00 | 0.01% | | |
| Charitable Donations | 0.00 | 0.00% | | |
| Cleaning | 0.00 | 0.00% | | |
| Engineering Expenses | 0.00 | 0.00% | 100.00% | 0.00% |
| Landscaping Maintenance | 0.00 | 0.00% | | |
| Legal Fees | 10,000.00 | 1.22% | | |
| Miscellaneous Expense | 732.00 | 0.09% | 100.00% | 0.09% |
| Office Expenses | 989.44 | 0.12% | 100.00% | 0.12% |
| Permits | 1,000.00 | 0.12% | 100.00% | 0.12% |
| Travel | 800.00 | 0.10% | 100.00% | 0.10% |
| Total Expense | 13,609.44 | 1.66% | | |
| Net Income | $248,000.00 | 30.19% | | |
| **Non-Continuing Percentage** | | | | **68.58%** |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF SCHEDULES OF INCOME & EXPENSES**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 5**

| Description | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 |
|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | |
| Project Fee Income | $148,900.00 | $219,728.71 | $0.00 | $0.00 | $632,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Income | 148,900.00 | 219,728.71 | 0.00 | 0.00 | 632,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | 148,900.00 | 185,488.71 | (62,913.00) | (4,101.00) | 627,000.00 | (650.00) | (450.00) | (2,187.00) | (1,000.00) |
| Expense | | | | | | | | | |
| Auto Payment Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 |
| Bank Service Charges | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Charitable Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 |
| Cleaning | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Engineering Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,177.00 | 1,000.00 |
| Landscaping Maintenance | 0.00 | 1,415.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 0.00 | 0.00 | 2,393.00 | 4,101.00 | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 |
| Total Expense | 0.00 | 1,740.00 | 2,413.00 | 4,101.00 | 0.00 | 650.00 | 450.00 | 2,187.00 | 1,000.00 |
| Net Income | $0.00 | $32,500.00 | $60,500.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PRELIMINARY

Note 1 - The schedules of Income & Expenses have been modified in order to correctly illustrate the cost of goods sold and net income. The provided statements, listed cost of goods sold as the net income and the net income as the consulting fees.

*Source: Schedules of Income & Expenses*

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF SCHEDULES OF INCOME & EXPENSES**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 5**

| Description | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | |
| Project Fee Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | (5,102.00) | (92.00) | (500.00) | (1,520.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (32.00) | 0.00 |
| Expense | | | | | | | | | | | | |
| Auto Payment Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Charitable Donations | 3,040.00 | 66.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Engineering Expenses | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscaping Maintenance | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Expenses | 1,912.00 | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 |
| Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 5,102.00 | 92.00 | 500.00 | 1,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 |
| Net Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF SCHEDULES OF INCOME & EXPENSES**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 5**

| Description | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | 12 Months Ended Mar-10 | Apr-10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | |
| Project Fee Income | $0.00 | $0.00 | $0.00 | $821,462.98 | $0.00 | $0.00 | $0.00 | $0.00 | $821,462.98 | $0.00 |
| Total Income | 0.00 | 0.00 | 0.00 | 821,462.98 | 0.00 | 0.00 | 0.00 | 0.00 | 821,462.98 | 0.00 |
| Cost of Goods Sold | (712.44) | (737.00) | (1,005.00) | 821,457.98 | (10,034.00) | (805.00) | (248,274.00) | (5.00) | 559,853.54 | (8,005.00) |
| Expense | | | | | | | | | | |
| Auto Payment Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 5.00 | 5.00 | 5.00 | 5.00 | 34.00 | 5.00 | 24.00 | 5.00 | 88.00 | 5.00 |
| Charitable Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Engineering Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscaping Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 732.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 732.00 | 0.00 |
| Office Expenses | 707.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 989.44 | 0.00 |
| Permits | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 0.00 | 0.00 | 800.00 | 0.00 |
| Total Expense | 712.44 | 737.00 | 1,005.00 | 5.00 | 10,034.00 | 805.00 | 274.00 | 5.00 | 13,609.44 | 5.00 |
| Net Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $248,000.00 | $0.00 | $248,000.00 | $8,000.00 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF SCHEDULES OF INCOME & EXPENSES**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 5**

| Description | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | |
| Project Fee Income | $0.00 | $0.00 | $0.00 | $5,718.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Income | 0.00 | 0.00 | 0.00 | 5,718.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cost of Goods Sold | (4,005.00) | 0.00 | (21,007.00) | 3,218.52 | (3,130.00) | 0.00 | 0.00 | 0.00 |
| Expense | | | | | | | | |
| Auto Payment Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Charitable Donations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Engineering Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscaping Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 16,007.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Office Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 5.00 | 0.00 | 16,007.00 | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 |
| Net Income | $4,000.00 | $0.00 | $5,000.00 | $2,500.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |

PRELIMINARY

**VISION DESIGN MANAGEMENT, LLC**
**ANALYSIS OF TAX RETURNS**
**DEEPWATER HORIZON OIL SPILL - APRIL 20, 2010**

**SCHEDULE 6**

| Description | 2008 | 2009 |
|---|---|---|
| Gross receipts | $632,000 | $821,463 |
| Cost of goods sold | 0 | 0 |
| Total cost of goods sold | $0 | $0 |
| Gross profit | $632,000 | $821,463 |
| Total Income | $632,000 | $821,463 |
| Deductions | | |
| Other deductions | | |
| Bank service charges | 50 | 54 |
| Engineering fees | 3,327 | 0 |
| Cleaning | 0 | 0 |
| Consulting fees | 65,500 | 0 |
| Landscaping maintenance | 1,500 | 0 |
| Legal fees | 500 | 10,000 |
| Miscellaneous | 0 | 732 |
| Office expense | 1,938 | 739 |
| Permits | 0 | 1,000 |
| Travel | 6,945 | 0 |
| Total other deductions | 79,760 | 12,525 |
| Total deductions | $79,760 | $12,525 |
| **Ordinary business income (loss)** | **$552,240** | **$808,938** |

*Source: U.S. Returns of Partnership Income - Form 1065*

PRELIMINARY