

# Reich & Binstock, LLP
A Limited Liability Partnership Including Professional Corporations

**Attorneys & Counselors at Law**

4265 San Felipe, Suite #1000
Houston, TX 77027
Phone: 713-622-7271
Fax: 713-623-8724

Toll Free:
1-800-622-7271

www.reichandbinstock.com

Dennis C. Reich *+π
Robert J. Binstock *#

\* Board Certified Personal Injury Trial Law
  Texas Board of Legal Specialization
\+ Admitted State Bar of California
π Admitted State Bar of New York
\# Board Certified Civil Trial Advocacy
   National Board of Trial Advocacy

Shari A. Wright
Charles C. Hunter
Eric O'Steen

Debra Brewer Hayes
(Of Counsel)

March 7, 2013

Re:   Vision Design Management
      Claimant ID 100076328

Sevi,

Claimant submits the following responses to your email inquiry of March 4, 2013 and March 7, 2013 regarding Vision Design Management (Claimant ID 100076328).

**1. I noticed that revenues were only recognized in March of 2008 and a significant revenue spike in August-September 2009. Can you please provide an explanation and support (e.g. bank statements) to support these numbers?**

   <u>Response</u>:   Vision Design Management was a management/consulting company. After and during a managing job Vision Design Management got paid and deposited money.  VDM worked each month but billing and statements were paid upon milestones or agreed upon by both parties.

   Bank statements in support of the revenue have been submitted previously to the DHCC on 7/16/2012.

   DHCC Doc ID #
   2388164
   2388159
   2388154
   2388147
   2388144

   These should be sufficient to corroborate the P&Ls. If you need additional documents for the review process, please contact us directly and we will work on it.

**2. In 2008, there is a line item for "Partner Share," however the expense is credited in December 2008 (effectively reducing the amount to 0). Can you please explain this expense and why the amount is ultimately reduced to 0?**

<u>Response</u>:   Partner Share was recorded on the P & L Statements during the year, but when adjusting entries were made to prepare the Tax Return, this had to be taken out. The Distributions made during the year when adjusted simply became part of the Balance Sheet. Distributions as they were paid by the company were not a deductible expenditure. The Tax return will show the Distributions as a reduction in Equity. Per Vision Design Management; Ralph White, C.P.A.

**3. For much of 2009 and 2010 there is no activity. Can you please provide an explanation as to why there are no revenues/expenses in many of the months?**

<u>Response</u>:   Vision Design Management was a management/consulting company. After and during a managing job it got paid and deposited money.   VDM worked all year but billing and statements were paid upon milestones or agreed upon by both parties.

**4. Additionally, I noticed that original P&Ls were not provided for 2007. Can you please provide the original P&Ls for 2007 (same format as the original P&Ls for 2008-2010).**

<u>Response</u>:   Section 4.A.4 of the Settlement Agreement, "Documentation Requirements for Economic Loss Claims," requires P&Ls only for the "claimed benchmark period, 2010 and, if applicable, 2011." Claimant hereby specifically forgoes the potential "average of 2007-2009" as a benchmark period and asks that the claim be evaluated without utilizing the 2007 data as a possible benchmark.

Again, should you have you any additional questions, do not hesitate to contact us for clarification.

Sincerely,

Eric O'Steen
Reich & Binstock, LLP

 RE: Claim for Vision Design Management (Claimant ID 100076328)
Eric OSteen
to:
Severin J Ritchie
03/12/2013 07:55 PM
Hide Details
From: Eric OSteen <EOSteen@reichandbinstock.com>

To: Severin J Ritchie/US/FAS/PwC@Americas-US

1 Attachment



image001.jpg

Sevi,

Vision Design Management is a consulting firm that provides a wide spectrum of services to companies in various industries. As a consulting firm, the company makes regular payments to consultants and employs the services of engineers to consult on various engineering issues.

Let me know if you need anything else.

Eric O'Steen
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone:   (713) 622-7271
Fax:       (713) 623-8724
email: eosteen@reichandbinstock.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that disclosure, distribution, copying, or use of

any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy the original transmission and its attachments without reading them or saving them to disk and  immediately notify Reich & Binstock, LLP by reply email or by phone at 713-622-7271.

---

**From:** severin.j.ritchie@us.pwc.com [mailto:severin.j.ritchie@us.pwc.com]
**Sent:** Tuesday, March 12, 2013 3:56 PM
**To:** Eric OSteen
**Subject:** RE: Claim for Vision Design Management (Claimant ID 100076328)

Eric,

Thank you very much for your assistance. I have another quick question I was hoping you could assist with.

Per review of the P&L, I noticed line items for "Consulting" and "Engineering". Can you please provide a further understanding as to the nature of those line items (e.g. how is Vision Design using these services)?

Should you have any questions, please do not hesitate to reach out.

Thanks,
Sevi

---

***Severin J Ritchie*** | Advisory Services | PricewaterhouseCoopers

Print less, think more.

| | |
|---|---|
| From: | Eric OSteen <EOSteen@reichandbinstock.com> |
| To: | Severin J Ritchie/US/FAS/PwC@Americas-US |
| Cc: | Dennis Reich <DReich@reichandbinstock.com> |
| Date: | 03/07/2013 12:39 PM |
| Subject: | RE: Claim for Vision Design Management (Claimant ID 100076328) |

---

Sevi,

Please find the attached response and documents. These documents were previously uploaded to the portal, as stated in the response, and were missed or overlooked in the review. I have also uploaded the response to the attorney portal for completeness.

Eric O'Steen
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone:   (713) 622-7271
Fax:     (713) 623-8724

email: eosteen@reichandbinstock.com



*CONFIDENTIALITY NOTICE*: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that disclosure, distribution, copying, or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy the original transmission and its attachments without reading them or saving them to disk and  immediately notify Reich & Binstock, LLP by reply email or by phone at 713-622-7271.

**From:** Dennis Reich
**Sent:** Thursday, March 07, 2013 11:02 AM
**To:** Eric OSteen
**Subject:** Fwd: Claim for Vision Design Management (Claimant ID 100076328)


Sent from my iPad

Begin forwarded message:
**From:** "severin.j.ritchie@us.pwc.com" <severin.j.ritchie@us.pwc.com>
**Date:** March 7, 2013, 10:39:55 AM CST
**To:** Dennis Reich <DReich@reichandbinstock.com>
**Subject: Fw: Claim for Vision Design Management (Claimant ID 100076328)**
Dennis,

I hope all is well. I just wanted to follow-up on the below request. Additionally, I noticed that original P&Ls were not provided for 2007. Can you please provide the original P&Ls for 2007 (same format as the original P&Ls for 2008-2010).

Thanks,
Sevi
_____
**Severin J Ritchie** | Advisory Services | PricewaterhouseCoopers


Print less, think more.


----- Forwarded by Severin J Ritchie/US/FAS/PwC on 03/07/2013 11:36 AM -----

| | |
|---|---|
| From: | Severin J Ritchie/US/FAS/PwC |
| To: | dreich@rbfirm.net |
| Date: | 03/04/2013 09:42 PM |
| Subject: | Claim for Vision Design Management (Claimant ID 100076328) |

Good Evening Dennis,

I am an accountant with the DWH facility. The claim for Vision Design Management (Claimant ID 100076328), that was submitted to the Deepwater Horizon Claims Center and on which you were listed as the Attorney, has come across my desk.

Upon review, I have the following questions needing clarification:

1. I noticed that revenues were only recognized in March of 2008 and a significant revenue spike in August-September 2009. Can you please provide an explanation and support (e.g. bank statements) to support these numbers?

2. In 2008, there is a line item for "Partner Share," however the expense is credited in December 2008 (effectively reducing the amount to 0). Can you please explain this expense and why the amount is ultimately reduced to 0?

3. For much of 2009 and 2010 there is no activity. Can you please provide an explanation as to why there are no revenues/expenses in many of the months?

You can email me with the response and supporting documentation or you can upload it directly to the Deepwater Horizon Claims Center website where the claim was originally submitted. Feel free to reach out if you have any questions.

Thank you for your help.

Kind regards,
Sevi

**Severin J Ritchie** | Advisory Services | PricewaterhouseCoopers

Print less, think more.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.