Posting Date: 2009-08-03, Debit/Credt: C, Amt: 232,880.00, Posting Acct: ▉▉▉▉ - side 1



Posting Date: 2009-08-03, Debit/Credt: C, Amt: 232,880.00, Posting Acct: ▉▉▉▉ - side 2



3

Posting Date: 2009-08-03, Debit/Credt: D, Amt: 232,880.00, Posting Acct: ▮▮▮ - side 1



Posting Date: 2009-08-03, Debit/Credt: D, Amt: 232,880.00, Posting Acct: ▮▮▮ - side 2



Posting Date: 2009-08-27, Debit/Credt: C, Amt: 45,404.30, Posting Acct: ▮▮▮▮ - side 1

**VISION DESIGN MANAGEMENT, INC.**
Ph (256) 348-4322
4800 Whitesburg Dr S Suite 30-351
Huntsville, AL 35802

DATE 8-27-09

TOTAL ITEMS: 5

$ 45404.30

REGIONS

Posting Date: 2009-08-27, Debit/Credt: C, Amt: 45,404.30, Posting Acct: ▮▮▮▮ - side 2

CHECKS
4002432   27855 51
2630      5101 23
4000433   1026 4.00
4000437   1980 62
1019529

Posting Date: 2009-08-27, Debit/Credt: D, Amt: 202.94, Posting Acct: - side 1



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 202.94, Posting Acct: - side 2



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 1,980.62, Posting Acct: ▇▇▇▇▇ - side 1



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 1,980.62, Posting Acct: ▇▇▇▇▇ - side 2



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 10,264.00, Posting Acct: ▮▮▮▮▮ - side 1



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 10,264.00, Posting Acct: ▮▮▮▮▮ - side 2



19

Posting Date: 2009-08-27, Debit/Credt: D, Amt: 5,101.23, Posting Acct: - side 1



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 5,101.23, Posting Acct: - side 2



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 27,855.51, Posting Acct: ▮▮▮ - side 1



Posting Date: 2009-08-27, Debit/Credt: D, Amt: 27,855.51, Posting Acct: ▮▮▮ - side 2



Posting Date: 2009-08-28, Debit/Credt: C, Amt: 192,855.77, Posting Acct: - side 1



Posting Date: 2009-08-28, Debit/Credt: C, Amt: 192,855.77, Posting Acct: - side 2



Posting Date: 2009-08-28, Debit/Credt: D, Amt: 5,342.14, Posting Acct: ▮▮▮▮ - side 1



Posting Date: 2009-08-28, Debit/Credt: D, Amt: 5,342.14, Posting Acct: ▮▮▮▮ - side 2



Posting Date: 2009-08-28, Debit/Credt: D, Amt: 9,716.63, Posting Acct: ▮▮▮▮ - side 1



Posting Date: 2009-08-28, Debit/Credt: D, Amt: 9,716.63, Posting Acct: ▮▮▮▮ - side 2



Case 2:10-md-02179-CJB-DPC   Document 14262-10   Filed 03/18/15   Page 12 of 17

Posting Date: 2009-08-28, Debit/Credt: D, Amt: 177,797.00, Posting Acct: ▓▓▓▓ - side 1



Posting Date: 2009-08-28, Debit/Credt: D, Amt: 177,797.00, Posting Acct: ▓▓▓▓ - side 2



Posting Date: 2009-09-03, Debit/Credt: C, Amt: 860.00, Posting Acct: ▮▮▮▮▮ - side 1



Posting Date: 2009-09-03, Debit/Credt: C, Amt: 860.00, Posting Acct: ▮▮▮▮▮ - side 2



Posting Date: 2009-09-03, Debit/Credt: D, Amt: 660.00, Posting Acct: ▮▮▮▮▮ - side 1



Posting Date: 2009-09-03, Debit/Credt: D, Amt: 660.00, Posting Acct: ▮▮▮▮▮ - side 2



Posting Date: 2009-09-03, Debit/Credt: D, Amt: 200.00, Posting Acct: ▮ - side 1

```
AMALGAMATED BUSINESS SYSTEMS                        5696
5306 WHITESBURG DR S
HUNTSVILLE, AL 35802
PH. (256) 882 3614              DATE  9/1/9         81-118 620
                                                        2338
PAY
TO THE
ORDER OF  Scott Shyer                    | $ 200.00
Two Hundred and No/hundreths             DOLLARS

Compass Bank
Huntsville Alabama

FOR  Rent                                [signature]

                                         "00000 20000"
```

Posting Date: 2009-09-03, Debit/Credt: D, Amt: 200.00, Posting Acct: ▮ - side 2

[Check back with endorsement signature "Scott Shyer"]

Posting Date: 2009-09-11, Debit/Credt: C, Amt: 347,708.00, Posting Acct: ▮▮▮▮ - side 1



Posting Date: 2009-09-11, Debit/Credt: C, Amt: 347,708.00, Posting Acct: ▮▮▮▮ - side 2

Posting Date: 2009-09-11, Debit/Credt: D, Amt: 347,708.00, Posting Acct: ▮ - side 1



Posting Date: 2009-09-11, Debit/Credt: D, Amt: 347,708.00, Posting Acct: ▮ - side 2



41