```
SUMMERPLACE LLC                          Date   6/30/08      Page    1
4800 WHITESBURG DRIVE                    Account Number      ▮
SUITE 30-351                             Enclosures
HUNTSVILLE AL  35802
```

---- CHECKING ACCOUNTS ----

```
FIRST BUSINESS CHECKING                  Number of Enclosures            0
Account Number         ▮                 Statement Dates  6/01/08 thru  6/30/08
Previous Balance          35,049.41      Days in the statement period    30
    Deposits/Credits            .00      Average Ledger              5,137
    1 Checks/Debits       34,512.89      Average Collected           5,137
Service Charge                 .00
Interest Paid                  .00
Ending Balance               536.52
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
Checks and Withdrawals
Date    Description                          Amount
6/05    TELEPHONE TRANSFER                 34,512.89
        ▮
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
Daily Balance Information
Date       Balance      Date     Balance
6/01      35,049.41     6/05      536.52
```

```
SUMMERPLACE LLC                            Date   9/30/08   Page    1
4800 WHITESBURG DRIVE                      Account Number       
SUITE 30-351                               Enclosures                1
HUNTSVILLE AL   35802


                    ---- CHECKING ACCOUNTS ----

FIRST BUSINESS CHECKING              Number of Enclosures              1
Account Number                       Statement Dates  7/01/08 thru 9/30/08
Previous Balance          536.52     Days in the statement period     92
       Deposits/Credits      .00     Average Ledger                  470
     1 Checks/Debits      500.00     Average Collected               470
Service Charge               .00
Interest Paid                .00
Ending Balance             36.52

*************************************************************************

Checks and Withdrawals
Date      Description                            Amount
9/19      pay dag architect-summerplace          500.00

*************************************************************************

Daily Balance Information
Date       Balance       Date       Balance
7/01        536.52       9/19         36.52
```

```
SUMMERPLACE LLC                            Date   8/31/09      Page   1
4800 WHITESBURG DRIVE                      Account Number
SUITE 30-351                               Enclosures                 4
HUNTSVILLE AL   35802
```

---- CHECKING ACCOUNTS ----

```
FIRST BUSINESS CHECKING              Number of Enclosures          4
Account Number                       Statement Dates 10/01/08 thru 8/31/09
Previous Balance           36.52     Days in the statement period  335
  1 Deposits/Credits   245,121.98    Average Ledger                791
  5 Checks/Debits      243,505.51    Average Collected             791
Service Charge               .00
Interest Paid                .00
Ending Balance           1,652.99
```



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposits and Additions
```
Date    Description                             Amount
8/04    adv summerplace                     245,121.98
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Checks and Withdrawals
```
Date    Description                             Amount
8/19    CHK ORDERS HARLAND CLARKE                14.55



8/31    NSF PAID ITEM(S) CHARGE                 105.00
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Checks in Serial Number Order
```
Date    Check No.        Amount   Date   Check No.         Amount
8/04                 232,880.00   8/14      2044*        4,650.00
8/31    1002*          5,855.96
*Indicates Skip in Check Number
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Information
```
Date      Balance     Date     Balance     Date     Balance
10/01       36.52     8/14    7,628.50     8/31    1,652.99
8/04    12,278.50     8/19    7,613.95
```