Case 2:10-md-02179-CJB-DPC   Document 14262-14   Filed 03/18/15   Page 1 of 3
Case 5:09-cv-02345-IPJ   Document 199   Filed 08/29/13   Page 1 of 3

FILED
 2013 Aug-29 PM 03:13
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

SE PROPERTY HOLDINGS, LLC,

    Plaintiff,

vs.                                CASE NO. CV-09-J-2345-NE

BARBARA J. STOKES, et al.,

    Defendants.

## ORDER

This being the day set for hearing on the plaintiff's motion to hold the defendants in contempt (doc. 189) and the plaintiff being present by and through its attorneys of record and the defendants being present in person and represented by counsel;

Based on the pleadings, the excerpts of the depositions, the orders that this court has heretofore issued, correspondence and other evidence submitted with the pleadings that the parties have filed, the court finds that a charging order at issue in this hearing went out on February 6, 2012, and it was issued to Vision Design Management ("VDM") LLC, d/b/a VDM, Inc.

The court further finds that a settlement has been made between VDM, LLC and BP Deepwater Horizon in the amount of $1,610,311.03. The Court further finds

that out of said settlement $50,000.00 has been distributed to the attorneys for VDM, LLC. The court further finds that VDM, LLC has only two members Barbara Stokes and Scott Stokes, the defendants in this case. A judgment was rendered in this case against the defendants, Barbara Stokes and Scott Stokes, and in favor of the plaintiff, on July 12, 2010.

The court further finds that the sum of $1,610,311.03 less the $50,000.00 paid as an attorney's fee has been distributed to VDM, LLC's Florida bank account.

The court further finds that the creation and use by Barbara Stokes and Scott Stokes, the defendants in this case, of VDM LLC or VDM, Inc., is and has been a mere sham and subterfuge to avoid paying the judgment in this case to the judgment creditor plaintiff.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion to cite the defendants for contempt for failure to abide by this court's Charging Order dated February 6, 2012, is **GRANTED**. The court finds that the defendants' contempt is willful and does further **ORDER** that the defendants Barbara Stokes and Scott Stokes be and hereby are incarcerated until they purge themselves of said contempt by paying the full amount of $1,610,311.03 to the plaintiff in this case, plus the sum of $50,000 paid out of said sum as an attorney's fee. See *Lowe v.*

*Stephens,* 842 So.2d 703 (Ala.CivApp.2002). The plaintiff is further awarded attorneys' fees subject to proof by affidavit.

**DONE** and **ORDERED** this the 29th day of August, 2013.

INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE