Posting Date: 2009-10-14, Debit/Credt: D, Amt: 234.00, Posting Acct: ▮ - side 1



Posting Date: 2009-10-14, Debit/Credt: D, Amt: 234.00, Posting Acct: ▮ - side 2



Posting Date: 2009-11-09, Debit/Credt: D, Amt: 76.00, Posting Acct: - side 1



Posting Date: 2009-11-09, Debit/Credt: D, Amt: 76.00, Posting Acct: - side 2



35

Posting Date: 2009-11-30, Debit/Credt: D, Amt: 400.00, Posting Acct: ▉▉▉▉ - side 1



Posting Date: 2009-11-30, Debit/Credt: D, Amt: 400.00, Posting Acct: ▉▉▉▉ - side 2



Posting Date: 2009-11-04, Debit/Credt: D, Amt: 26.00, Posting Acct: ▮▮▮▮ - side 1



Posting Date: 2009-11-04, Debit/Credt: D, Amt: 26.00, Posting Acct: ▮▮▮▮ side 2



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: ▮▮▮▮ - side 1



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: ▮▮▮▮ - side 2



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: █████ side 1



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: █████ - side 2



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: █████ side 1



Posting Date: 2009-11-17, Debit/Credt: D, Amt: 21.00, Posting Acct: █████ - side 2



Posting Date: 2009-12-16, Debit/Credt: D, Amt: 9.00, Posting ▮▮▮▮ - side 1



Posting Date: 2009-12-16, Debit/Credt: D, Amt: 9.00, Posting Acct: ▮▮▮▮ - side 2



Posting Date: 2009-12-16, Debit/Credt: D, Amt: 4.50, Posting Acct: ▓▓▓▓ - side 1



Posting Date: 2009-12-16, Debit/Credt: D, Amt: 4.50, Posting Acct: ▓▓▓▓ - side 2



Posting Date: 2010-02-01, Debit/Credt: D, Amt: 250.00, Posting Acct: █████ - side 1



Posting Date: 2010-02-01, Debit/Credt: D, Amt: 250.00, Posting Acct: █████ - side 2

