UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179 |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | SECTION: J |
| This filing relates to: ) | |
| ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.*) | |
| *v. BP Exploration Production Inc.;* ) | MAG JUDGE SALLY SHUSHAN |
| cases within Pleading Bundle B1 ) | |
| ) | |
| and All Actions, including ) | Oral Argument Requested |
| Civil Actions 12-2953, 12-964 and ) | |
| 10-2771 ) | |

**MOTION TO COMPEL RECONCILIATION OF BRENT COON AND ASSOCIATES
OPT-OUT, REVOKED OPT-OUT AND EXCLUDED CLIENTS**

COME NOW the class members represented by the law firm of Brent Coon & Associates ("BCA clients" and "BCA firm"), and hereby move the Honorable Judge Carl Barbier under Local Rule 16.3.1 (a) and (c)[1] or its equitable powers as overseer of the Settlement Program, to order mediation or other form of dispute resolution between the parties so as to reconcile which BCA clients have "opted-out" of, "revoked their opt-out", or been "excluded" from the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). As shown in the attached memorandum in support, the parties to this matter include the BCA class members, BP and Class Counsel associated with the class action *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). Consent of the parties has been

---

[1] LR 16.3.1 Alternative Dispute Resolution: If the presiding judicial officer determines at any time that the case will benefit from alternative dispute resolution, the judicial officer may: (a) refer the case to private mediation, if the parties consent, even if such mediation efforts upset previously set trial or other dates;…(c) employ other dispute resolution programs that may be designated for use in this District. All alternative dispute resolution proceedings are confidential.

1

sought. BP does not agree with the motion. Class Counsel believes that the relief requested in this motion is overbroad and/or premature.

I.

The purpose of this Motion was to clear up any confusion concerning which BCA clients are in the Deepwater Horizon Economic and Property Damages Class and which ones are not class members. The issues outlined in the attached memorandum continue to be prevalent even though two years have passed since the opt-out deadline, as no one from the DEHCC or BP has stepped forward to clear up the issues.

On or about December 19, 2014, the Court set the Final deadline for filing claims in the Economic and Property Damages Class on June 8, 2015. Claimants who are unsure about their status will be forced to file claims prior to that deadline or forever be barred from seeking restitution for the spill related losses. This will create a lot of unnecessary work for both BCA and the DHECC as hundreds of cases may have to be filed.

Exhausting all of its options, the BCA firm now turns to the Court for assistance and requests that it requires Class Counsel, the Claims Administrator and BP to find consensus with regards to which BCA client claims fall under the opt-out, opt-out revocation, or excluded categories of the settlement class so as to ensure prompt resolution of their claims. Specifically, the BCA firm, on behalf of the BCA clients, requests that the Court require a representatives of the Class Administrator, BP and Class Counsel to meet with representatives of the BCA firm to resolve the uncertainties regarding the opt-out, opt-out revoked or excluded status of the all BCA claimants. In the event the parties are unable to reach an agreement as to exactly which claims are

part of the class BCA requests that this Court appoint Judge Sally Shushan as mediator in this matter.

## PRAYER

WHEREFORE, the BCA firm and the BCA clients respectfully requests that the Court require a representatives of the Class Administrator, BP and Class Counsel to meet with representatives of the BCA firm to resolve the uncertainties regarding the opt-out, opt-out revoked or excluded status of the BCA clients, either on this Motion or sua sponte on the Court's own Motion, with or without hearing in accordance with its continuing jurisdiction, and in accordance with its continuing powers of oversight over the Settlement Program.

Dated: March 19, 2015

Respectfully submitted,

/s/ Brent W. Coon

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on March 19, 2015, upon:

<u>Attorneys for the Defendants</u>:

Richard C. Godfrey, P.C. J.
Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005 Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans, LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

4

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Respectfully submitted,

/s/ Brent W. Coon

*Attorney for BCA Clients*