UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179 |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | SECTION: J |
| This filing relates to: ) | |
| ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.*) | |
| *v. BP Exploration Production Inc.*; ) | MAG JUDGE SALLY SHUSHAN |
| cases within Pleading Bundle B1 ) | |
| ) | |
| and All Actions, including ) | Oral Argument Requested |
| Civil Actions 12-2953, 12-964 and ) | |
| 10-2771 ) | |

## ORDER

Upon consideration of the Motion to Compel Reconciliation of Brent Coon and Associates Opt-Out, Revoked Opt-Out, and Excluded Clients it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Claims Administrator and BP assist Brent Coon & Associates to determine which BCA client claims fall under the opt-out, opt-out revocation, or excluded categories of the Deepwater Horizon Economic and Property Damage Class; and

2. That this review be completed by June 1, 2015, which is prior to the June 8, 2015 deadline to submit claims to the Deepwater Horizon Economic and Property Damage Class in order to give BCA sufficient time to file claims that are determined to be part of the class ; and

3. IT IS FURTHER ORDERED, that in the event the parties are unable to reach an agreement on specific claims then the Court appoints Judge Sally Shushan as mediator in those matters.

Signed in New Orleans, Louisiana, the ___ day of _____ 2015.

                                                      _____
                                                     THE HON. CARL J. BARBIER
                                                     UNITED STATES DISTRICT JUDGE