

**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: April 30, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last SEAFOOD LOVER, INC. | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100042333 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.



PLAINTIFF'S EXHIBIT
1

*1066273-01*



bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:    *Referral to Court Supervised Settlement Facility*
       Claim No.: 1066273-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of SEAFOOD LOVER INC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1066273*

# DEEPWATER HORIZON
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

### NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 1, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last<br>N&V MARINE, LLC | First | Middle |
|---|---|---|---|
| Claimant ID | 100041512 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1074415-01*


bp

APRIL 7, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS
BEAUMONT, TX77701-2221

Re:   *Referral to Court Supervised Settlement Facility*
       Claim No.: 1074415-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of N&V MARINE LLC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1074415*

# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
## DATE OF NOTICE: June 3, 2013

### I.  CLAIMANT INFORMATION

| Claimant Name | Last<br>C GRAPE, INC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100042379 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II.  EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out.  As a result, we have closed your claim(s).

### III.  YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1061597−01*



APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:   *Referral to Court Supervised Settlement Facility*
      Claim No.: 1061597-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of C GRAPE INC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1061597*

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 1, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last KEITH'S QUALITY POOLS INC. | First | Middle |
|---|---|---|---|
| Claimant ID | 100042150 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

Deepwater Horizon Court Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1085469-01*



bp

APRIL 5, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1085469-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of KEITHS QUALITY POOLS INC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1085469*


**DEEPWATER HORIZON**
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT-OUT CLAIMANTS
### DATE OF NOTICE: June 4, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last<br>DAVE'S CUSTOM TRIM, INC. | First | Middle |
|---|---|---|---|
| Claimant ID | 100042033 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

\*1053269-01\*



bp

APRIL 5, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1053269-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of DAVE'S CUSTOM TRIM.   The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

\*1053269\*



# DEEPWATER HORIZON
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 1, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last<br>CARLISLE TRUCKING, INC. | First | Middle |
|---|---|---|---|
| Claimant ID | 100041367 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1056628-01*



bp

APRIL 4, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
         Claim No.: 1056628-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of CARLISLE TRUCKING INC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1056628*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: June 3, 2013

### I.   CLAIMANT INFORMATION

| Claimant Name | Last LEE'S SEWING | First | Middle |
|---|---|---|---|
| Claimant ID | 100041336 | | |
| Law Firm | Brent Coon & Associates | | |

### II.   EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III.   YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf.** If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1059640-01*



APRIL 5, 2013

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1059640-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of LEES SEWING INC.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program



# DEEPWATER HORIZON
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: April 29, 2014

### I. CLAIMANT INFORMATION

| Claimant Name | Last CARDIAC INNOVATIONS INC. | First | Middle |
|---|---|---|---|
| Claimant ID | 100042388 | | |
| Law Firm | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

Deepwater Horizon Court Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf.** If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be filed on or before six months after the Effective Date. The Effective Date is when the approval of the Settlement Agreement becomes legally final, after all appeals of the District Court's Final Approval Order have been concluded by appellate courts or the date otherwise agreed upon by BP and Class Counsel. We do not yet know the Effective Date. You should check the Settlement Program website frequently for updates on this important deadline.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1053258-01*



bp

MARCH 19, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1053258-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of CARDIAC INNVATIONS INC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1053258*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 1, 2013

### I. CLAIMANT INFORMATION

| **Claimant Name** | Last<br>A & A MARINE SERVICES, INC. | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100041214 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1053223-01*



bp

APRIL 5, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1053223-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of A & A MARINE SERVICES INC.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1053223*



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS |
|---|
| DATE OF NOTICE: March 1, 2013 |

| I. CLAIMANT INFORMATION | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>BLACK KNIGHT FUNDING, LLC | First | Middle |
| **Claimant ID** | 100041753 | | |
| **Law Firm** | Brent Coon & Associates | | |

| II. EXPLANATION |
|---|

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

| III. YOUR OPTIONS AFTER THIS NOTICE |
|---|

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1087353-01*


bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1087353-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of BLACK KNIGHT TRUST LLC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlementon or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1087353*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: March 1, 2013

### I.  CLAIMANT INFORMATION

| Claimant Name | Last<br>HIS & HER TANNING SALON | First | Middle |
|---|---|---|---|
| Claimant ID | 100041056 | | |
| Law Firm | Brent Coon & Associates | | |

### II.  EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out.  As a result, we have closed your claim(s).

### III.  YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

\*1056687-01\*



bp

APRIL 1, 2013

BRENT COON & ASSOCIATES
BRENT  COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
         Claim No.: 1056687-01

Dear BRENT  COON:

The BP Claims Program has received your claim form submitted on behalf of HIS OR HER TANNING
SALON.  The BP Claims Program only processes claims made by claimants who (1) are not members of
the class defined by the class action settlement reached between BP and the Plaintiffs' Steering
Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on
April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before
November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class defined
in the class action settlement agreement.  This settlement established a Court Supervised Settlement
Program that accepts claims for economic and property damage for class members who did not
voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the
settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit
the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may
also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at
www.bpmdl2179.com.

Sincerely,

BP Claims Program

\*1056687\*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS |
| :---: |
| DATE OF NOTICE: March 1, 2013 |

| I. CLAIMANT INFORMATION | | | |
| :--- | :--- | :--- | :--- |
| **Claimant Name** | Last<br>PIER CAFE/CANDY INC | First | Middle |
| **Claimant ID** | 100038320 | | |
| **Law Firm** | Brent Coon & Associates | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

## III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com**. If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1063866−01*



bp

APRIL 3, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1063866-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of PIER CAFE/CANDY INC.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1063866*



**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE:  March 1, 2013

### I.  CLAIMANT INFORMATION

| Claimant Name | Last TAMPA BAY SALTWATER | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100035363 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II.  EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out.  As a result, we have closed your claim(s).

### III.  YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1053100-01*



**bp**

MARCH 30, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1053100-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of TAMPA BAY SALTWATER, INC.. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1053100*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| **NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS** |
|---|
| **DATE OF NOTICE:  March 1, 2013** |

### I. CLAIMANT INFORMATION

| Claimant Name | Last<br>PACK A SHRIMP LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100011032 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

\*1064226–01\*



bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1064226-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of PACK A SHRIMP LLC - RICKY GUIDROZ.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

\*1064226\*



# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS |
|---|
| DATE OF NOTICE: August 30, 2013 |

## I. CLAIMANT INFORMATION

| Claimant Name | Last<br>J R GAZZIER LLC | First | Middle |
|---|---|---|---|
| Claimant ID | 100058735 | | |
| Law Firm | Brent Coon & Associates | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

## III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf.** If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1059707-01*



bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:   *Referral to Court Supervised Settlement Facility*
       Claim No.: 1059707-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of J.R. GAZZIER LLC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1059707*

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS

### DATE OF NOTICE: June 3, 2013

### I.  CLAIMANT INFORMATION

| Claimant Name | Last<br>COLONIAL PARK LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100064288 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II.  EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out.  As a result, we have closed your claim(s).

### III.  YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf.**  If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

---

*1056587-01*



bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1056587-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of COLONIAL PARK LLC.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program


**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS
### DATE OF NOTICE: September 24, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last<br>Creative Hospitality Development, LLC DBA Best Western | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100064304 | | |
| **Law Firm** | Brent Coon & Associates | | |

### II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

### III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/SCPDeadlineExtensionProcedureAnnouncement.pdf.** If you have a Seafood Claim that you have not yet submitted but wish to file now, you may refer to that procedure for instructions on whether and how you might be able to file that claim. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1058453-01*



bp

APRIL 2, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1058453-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of CREATIVE HOSPITALITY DEVELOPMENT LLC.  The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or before November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement.  This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1058453*



# DEEPWATER HORIZON
## CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS |
|---|
| DATE OF NOTICE:  March 1, 2013 |

| I.  CLAIMANT INFORMATION | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>RDG3 PROPERTIES, LLC | First | Middle |
| **Claimant ID** | 100066200 | | |
| **Law Firm** | Brent Coon & Associates | | |

## II.  EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").  We received the Claim Form(s) you submitted in the Settlement Program.  We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out.  As a result, we have closed your claim(s).

## III.  YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request  to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request.  A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement.  These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1056813-01*



bp

APRIL 1, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1056813-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of RDG3 PROPERTIES LLC. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1056813*



CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| NOTICE OF CLOSED CLAIM: OPT OUT CLAIMANTS | | | |
|---|---|---|---|
| DATE OF NOTICE: March 1, 2013 | | | |
| I. CLAIMANT INFORMATION | | | |
| **Claimant Name** | Last<br>BAY AREA BETTER HEARING, LLC | First | Middle |
| **Claimant ID** | 100066403 | | |
| **Law Firm** | Brent Coon & Associates | | |

## II. EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Claim Form(s) you submitted in the Settlement Program. We cannot process any claim(s) from you because the information we have indicates that you opted out of the Economic Class and have not revoked that Opt Out. As a result, we have closed your claim(s).

## III. YOUR OPTIONS AFTER THIS NOTICE

If you do not want to be an Opt Out and instead want us to process your claims in the Settlement Program, you must request permission to revoke your Opt Out and receive BP's consent by submitting a revocation request to:

> Deepwater Horizon Court Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222

The person or entity that signed the Opt Out must sign the Opt Out revocation request. A lawyer cannot sign the Opt Out revocation request. You cannot submit the Opt Out revocation request electronically. You must send a signed hard copy. Your Opt Out revocation request will be forwarded to BP. You will receive a response in writing as to whether BP agrees to accept your Opt Out revocation request. We cannot process any claims from you unless BP agrees. If BP does agree, send us proof of such agreement and we will process the claims you have on file. Revoking your Opt Out does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for the benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at **www.deepwaterhorizoneconomicsettlement.com.** If you have other claims you wish to present, you would have to submit the appropriate Claim Forms to us. The deadline to submit claims in the Seafood Compensation Program was January 22, 2013. This deadline has passed and we will not accept new Seafood Compensation Program Claim Forms submitted after that date. All other claims must be submitted by the later of (a) April 22, 2014, or (b) six months after the Effective Date of the Agreement, which has yet to be determined.

If you are represented by an attorney, you should consult your attorney about the decision to remain excluded from the Settlement Class or to submit an Opt Out Revocation Request.

*1063918-01*



bp

APRIL 3, 2013

BRENT COON & ASSOCIATES
BRENT COON
215 ORLEANS ST
BEAUMONT, TX 77701-2221

Re:     *Referral to Court Supervised Settlement Facility*
        Claim No.: 1063918-01

Dear BRENT COON:

The BP Claims Program has received your claim form submitted on behalf of BAY AREA BETTER
HEARING, LLC.  The BP Claims Program only processes claims made by claimants who (1) are not
members of the class defined by the class action settlement reached between BP and the Plaintiffs'
Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of
Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opted out of the class action settlement on or
before November 1, 2012.  Upon review of your claim, it appears that you may be a member of the class
defined in the class action settlement agreement.  This settlement established a Court Supervised
Settlement Program that accepts claims for economic and property damage for class members who did
not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the
settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit
the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com.  You may
also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at
www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1063918*