UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | |
| | * | SECTION "J" (1) |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

**************************************************************************

**<u>JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD</u>**

**NOW INTO COURT,** comes Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees, and Weiler & Rees, LLC who pursuant to Local Rule 83.2.11 and for the reasons explained below, move the Court to substitute Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC as counsel of record for all of the clients identified in the Court Supervised Settlement Program's Portal as being clients of Andry Lerner, LLC in place of Andry Lerner, LLC.

On February 26, 2015, this Honorable Court issued an *Order* (Rec. Doc. 14221) regarding the Special Master's Report of September 6, 2013. In said *Order*, this Honorable Court imposed sanctions. This Honorable Court stated that,

> "...Jon Andry, and Glen Lerner are disqualified from participating in the CSSP. These attorneys shall not represent any claimants in the program, shall withdraw from any current representations, and may not collect attorneys' fees in connection with the settlement program, except as follows: The AndryLerner law firm will be allowed to collect fees for previous legal work actually performed on legitimate claims that qualify for payments from the CSSP. Any legal fees collected in connection with claims that are deemed to be fraudulent shall be disgorged or reimbursed to the CSSP. The Claims Administrator shall deduct and retain any amounts owed by AndryLerner, Jon Andry, or Glen Lerner from the escrowed fees presently being held. The remaining escrowed fees shall not be released to AndryLerner, Jon Andry, or Glen Lerner until all remaining

>AndryLerner claims have been resolved and the Court orders the release of the remaining fees."

Pursuant to this Court's February 26, 2015 *Order*, Andry Lerner, LLC has been removed from the Court Supervised Settlement Program's Portal. Because of this, when Incompleteness Notices are issued, Andry Lerner, LLC is not receiving notice and therefore has no way to respond to these notices on behalf of its clients. In addition, these clients are being directly contacted by the Court Supervised Settlement Program and are being informed that Andry Lerner, LLC has been disqualified and are no longer representing the clients against BP. The Court Supervised Settlement Program is also informing the clients that they have three options: (1) to represent themselves; (2) to hire another firm; or (3) to drop the claim(s). To protect the rights of its clients, it is necessary for Joseph M. Bruno, Bruno and Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC to be immediately substituted as counsel of record for the clients of Andry Lerner, LLC and to be added to the Court Supervised Settlement Program's Portal for the clients of Andry Lerner, LLC. For these reasons, Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC respectfully request that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC be substituted as counsel of record for all of the clients identified in the Court Supervised Settlement Program's Portal as being clients of Andry Lerner, LLC in place of Andry Lerner, LLC, and also respectfully request that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC be added to the Court Supervised Settlement Program's Portal for the clients of Andry Lerner, LLC. Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees also respectfully request that the Court Supervised Settlement Program be ordered to stop contacting these clients directly.

Andry Lerner, LLC is sending correspondence to all of their clients affected by the sanctions imposed by this Honorable Court.  Said correspondence will inform the clients that their cases will be transferred to Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC and that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC will be working on their case pursuant to the contingency fee Attorney Client Contract the client signed with Andry Lerner.  The contingency fee Attorney Client Contract gives Andry Lerner the authority to associate additional counsel, as the contingency fee Attorney Client Contract gets the Client's consent "to employ the services of other attorneys as may be necessary."  Pursuant to this Courts February 26, 2015 *Order,* Andry Lerner, LLC "will be allowed to collect fees for previous legal work actually performed on legitimate claims that qualify for payments from the CSSP."

The transferring of these cases to Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC is being done by Andry Lerner, LLC in an attempt to protect the interests of its clients by having them represented, having the Court Supervised Settlement Program stop contacting the clients directly and having the clients' claims continued to get processed.

Joseph M. Bruno and Bruno & Bruno, LLP agree to abide by the terms of the original contingency fee Attorney Client Contract.  Paul D. Rees and Weiler & Rees, LLC agree to abide by the terms of the original contingency fee Attorney Client Contract.

**WHEREFORE**, Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC pray that the Court enter an Order withdrawing Andry Lerner, LLC as counsel of record for all of the clients identified in the Court Supervised Settlement Program's Portal as being clients of Andry Lerner, LLC and substitute Joseph M. Bruno, Bruno

& Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC as counsel of record for the clients of Andry Lerner, LLC. Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC also respectfully request that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC be added to the Court Supervised Settlement Program's Portal for the clients of Andry Lerner, LLC. Andry Lerner, LLC, Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC further respectfully request that the Court enter an Order ordering that the Court Supervised Settlement Program stop contacting these clients directly.

Respectfully submitted,

**ANDRY LERNER, LLC**

**/s/ Jon Andry**
Jon Andry (La. Bar No. 20081)
610 Baronne St.
New Orleans, La 70113
PH: (504) 525-5535
FX: (504) 586-8933

**BRUNO & BRUNO, LLP**

**/s/ Joseph M. Bruno**
Joseph M. Bruno (La. Bar No. 3604)
855 Baronne Street
New Orleans, La 70113
PH: (504) 525-1335
FX: (504) 561-6775

**WEILER & REES, LLC**

**/s/ Paul D. Rees**
Paul D. Rees (La. Bar No. 19266)
7039 Highway 190 E Service Rd
Covington, LA 70433
PH: (985) 674-1443
FX: (985) 674-9082

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system this 19th day of March, 2015.

**<u>/s/ Joseph M. Bruno</u>**