UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | |
| | * | SECTION "J" (1) |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Joint Motion to Substitute Counsel of Record:

**IT IS ORDERED** that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC be enrolled as counsel of record for all of the clients identified in the Court Supervised Settlement Program's Portal as being clients of Andry Lerner, LLC.

**IT IS FURTHER ORDERED** that Joseph M. Bruno, Bruno & Bruno, LLP, Paul D. Rees and Weiler & Rees, LLC be added to the Court Supervised Settlement Program's Portal for all of the clients identified in the Court Supervised Settlement Program's Portal as being clients of Andry Lerner, LLC.

**IT IS FURTHER ORDERED** that the Court Supervised Settlement Program stop contacting these clients directly.

**IT IS FURTHER ORDERED** that Andry Lerner, LLC be removed and withdrawn as counsel of record for all of its clients in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2015.

                                                      _____
                                                      JUDGE CARL J. BARBIER