UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |

MOTION OF THE DHECC
FOR RETURN OF PAYMENTS MADE TO HAI DO AND OTHERS

COME NOW Claims Administrator Patrick Juneau and Special Master Louis J. Freeh, on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), seeking to remedy a fraud committed upon the DHECC by claimant Hai Do ("Hai Do"). As explained more fully in the accompanying memorandum, Hai Do submitted to the DHECC false tax documents that were never filed with the Internal Revenue Service. Relying on the information contained in the false tax documents, the DHECC paid Hai Do $159,267.62 on his claims.

The DHECC seeks a judgment requiring Hai Do to return the money he was paid on these DHECC claims, requiring those professionals who assisted Hai Do and benefitted from this unjustified payment to similarly return such payments, and prohibiting Hai Do from participating in any further seafood distributions.

Respectfully submitted,

____/s/ Patrick Juneau_____
Patrick Juneau
Claims Administrator

____/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:  March 20, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 20th day of March, 2015, by electronic mail, on the following:

>Joel Waltzer
>Waltzer Wiygul & Garside
>100 Behrman Highway
>Gretna, LA 70056
>
>Joshua Barbee
>Juno Claims
>2803 Saint Philip Street
>New Orleans, LA 70119

A copy of the foregoing has been served this 20th day of March, 2015, by personal service, on the following:

>Hai Do
>217 Evangeline Court
>Gretna, LA 70056

>/s/Louis J. Freeh
>Louis J. Freeh

- 2 -