**From:** Victoria Bui
**Sent:** Wednesday, April 24, 2013 3:10 PM
**To:** Victoria Bui
**Cc:** Teresa Nguyen
**Subject:** RE: WWG225 Hai Van Do - DHECC#100026576

Vicky,

Since Mr. Hai did not receive an Incompleteness Denial for this claim, he does not have the option of re-filing. However, he does have the option to appeal. You must submit a timely Request for Reconsideration of the claim if you later wish to appeal. If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal. You may submit amended taxes to reflect additional cash sales, but I cannot guarantee that doing so will lead to an expedited offer. If you decide to submit the amended taxes, please include correspondence explaining that you are submitting amended taxes as well as the reason you are doing so.

Please let me know if you have any additional questions.

Thank you,
Mary Grace

**From:** Victoria Bui [mailto:Victoria@waltzerlaw.com]
**Sent:** Tuesday, April 23, 2013 4:44 PM
**To:** Mary G. Harrison
**Cc:** Teresa Nguyen
**Subject:** WWG225 Hai Van Do - DHECC#100026576

Mary Grace:

Mr. Hai received a reduced expedited offer following post reconsideration for $62,438. His 2009 revenues were dropped due to a mechanical breakdown, leaving his 2008 revenue as his benchmark year. The trip tickets reported in 2008 were $37,251 and he reported $39,179.50 on his tax returns. The minimum to satisfy the offer under the expedited method for his size boat is $40,000. If Mr. Hai were to amend his taxes to reflect additional cash sales, would it be safe to assume that he would receive the expedited offer if he filed a new claim? Or should we Appeal and get him to amend his taxes to reflect same and then submit it to the Appeals Panel? It's incredibly too close and Mr. Hai has legitimate receipts to substantiate his claim.

T. Victoria Bui.

**T. Victoria Bui | WALTZER WIYGUL & GARSIDE, LLC** | 3715 Westbank Expy, Suite. 13, Harvey, LA 70058 | (O) 504-340-6300 | (F) 504-340-6330 | ▮ | victoria@waltzerlaw.com | [WWG:BP Oil Spill Website]

The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

1