**From:** Victoria Bui
**Sent:** Monday, April 29, 2013 9:15 AM
**To:** Joel Waltzer
**Cc:** Ryan Hamilton; Victoria Bui
**Subject:** RE: 100026576 - Hai Van Do - New claim vs. appeal

Joel/Ryan,

Unfortunately, we cannot withdraw a claim after a determination has been made. However, I see that you requested Re-Review of Claim 52712 and that you still have the option of requesting Reconsideration by May 22, 2013. If you would like to request Reconsideration, submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form.

Please let me know if you have any additional questions.

Thank you,
Mary Grace

**From:** Joel Waltzer [mailto:Joel@waltzerlaw.com]
**Sent:** Friday, April 26, 2013 4:56 PM
**To:** Mary G. Harrison
**Cc:** Ryan Hamilton; Victoria Bui
**Subject:** 100026576 - Hai Van Do - New claim vs. appeal

Dear Mary Grace:

Hai Van Do filed a vessel owner claim seeking expedited compensation for his shrimp vessel in the 30-44 foot vessel class (qualifying revenue of $40,000). His trip tickets totaled over $39,000 and his original tax return listed revenue from fishing of over $37,000. We thought his additional schedule C that listed additional revenues of $25,000 was cash sales landed on the same boat. We now know that the additional Schedule C revenue was from his work as a captain on another vessel. We filed for Reconsideration on this basis, but were denied. Claimant has since filed an amended tax return that does capture his cash sales in excess of the $40,000 expedited threshold.

We can attach the amended return to an appeal but would rather withdraw his old claim and file a new claim with the proper tax return for DHECC review (so the panel does not have to figure this out in the first instance). Can we simply file a new SCP Shrimp Vessel Owner claim form and withdraw the old one?

Ryan Hamilton

Waltzer Wiygul & Garside
3715 Westbank Expy, Ste. 13
Harvey, LA 70058
(504) 340-6300

1