April 29, 2013


*via email and web portal only*

Mr. Patrick Juneau
DHECC Administrator

      RE:      Request for Reconsideration
                  Hai Van Do  (WW225)
                  Claimant ID: 100026576
                  Claim ID:  52712


Dear Mr. Juneau:

     I write to request reconsideration of Mr. Hai Van Do's SCP Shrimp Vessel Owner claim.  Mr. Do sold a portion of his catch directly to consumers for cash.  Thus, a portion of his catch was not reported on his trip tickets.  He owns no other vessels.

     Mr. Do filed an amended 2008 tax return with the IRS to reflect the correct amount of shrimp sales, both wholesale and retail.  2009 is excluded from the benchmark period due to the mechanical breakdown on the vessel.  Please reconsider Mr. Do's claim and use the amended 2008 tax return revenue as the benchmark.


                                                          Sincerely,
                                                          /S/
                                                          Joel Waltzer