# Form 1040X (Rev. February 2009)

1273
Department of the Treasury - Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0074

This return is for calendar year ▶ 2008, or fiscal year ended ▶ _____, _____.

| | |
|---|---|
| Your first name and initial: HAI V | Last name: DO |
| If a joint return, spouse's first name and initial: | Last name: |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | |

Your social security number: [redacted]
Spouse's social security number: [redacted]
Phone number: [redacted]

**A** If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ▶ ☐ Yes ☐ No

**B** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
On original return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)
* If the qualifying person is a child but not your dependent, see instructions.

| Use Part II on page 2 to explain any changes<br>**Income and Deductions (see instructions)** | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1  Adjusted gross income (see instructions) | 1 | 28,777. | 2,755. | 31,532. |
| 2  Itemized deductions or standard deduction (see instructions) | 2 | 10,900. | | 10,900. |
| 3  Subtract line 2 from line 1 | 3 | 17,877. | 2,755. | 20,632. |
| 4  Exemptions. If changing, fill in Parts I and II on page 2 (see instructions) | 4 | | 10,500. | 10,500. |
| 5  Taxable income. Subtract line 4 from line 3 | 5 | 17,877. | -7,745. | 10,132. |
| **Tax Liability** | | | | |
| 6  Tax (see instructions). Method used in col. C  Tables | 6 | 738. | 275. | 1,013. |
| 7  Credits (see instructions) | 7 | | 1,000. | 1,000. |
| 8  Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 738. | -725. | 13. |
| 9  Other taxes (see instructions) | 9 | 3,556. | 419. | 3,975. |
| 10 Total tax. Add lines 8 and 9 | 10 | 4,294. | -306. | 3,988. |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see instructions | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | 1,314. | -440. | 874. |
| 14 Additional child tax credit from Form 8812 | 14 | 262. | -262. | |
| 15 Credits: Recovery rebate; federal telephone excise tax; or from Forms 2439, 4136, 5405, 8885, or 8801 (refundable credit only) | 15 | | | |
| 16 Amount paid with request for extension of time to file (see instructions) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 3,114. |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 3,988. |

**Refund or Amount You Owe**
Note. Allow 8-12 weeks to process Form 1040X.

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 1,980. |
| 20 Subtract line 19 from line 18 (see instructions) | 20 | 2,008. |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see instructions | 21 | 1,980. |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | |
| 23 Amount of line 22 you want **refunded** to you | 23 | |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature]   Your signature   Date
▶ Spouse's signature. If a joint return, both must sign.   Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ [signature] | Date 4/24/2013 | Check if self-employed ☐ | Preparer's SSN or PTIN  P01250496 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ Liberty Tax Service<br>1445 Westbank expressway Suite 4D<br>Westwego, LA 70094 | | | EIN 80-0480356<br>Phone no. (504) 348-3676 |

For Paperwork Reduction Act Notice, see instructions.    FD180    Form **1040X** (Rev. 2-2009)
VSA

Form 1040X (Rev. 2-2009)  HAI  V  DO                                                                                           Page **2**

### Part I — Exemptions. See Form 1040 or 1040A instructions.

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or for housing Midwestern displaced individuals.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse | | 2 | 2 |
| | Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you | | 1 | 1 |
| 27 | Your dependent children who did not live with you due to divorce or separation | | | |
| 28 | Other dependents | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | | 3 | 3 |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. <br> Tax year / Exemption amount / But see the instructions for line 4 if the amount on line 1 is over: <br> 2008 — $3,500 — $119,975 <br> 2007 — 3,400 — 117,300 <br> 2006 — 3,300 — 112,875 <br> 2005 — 3,200 — 109,475 | 3,500. | 7,000. | 10,500. |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006. If you are claiming an exemption amount for housing Midwestern displaced individuals, enter the amount from the 2008 Form 8914, line 2. (See instructions for line 4). Otherwise enter -0- | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 | 3,500. | 7,000. | 10,500. |

33  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 33 who:
- lived with you ......... ▶  1
- did not live with you due to divorce or separation (see instructions) ...... ▶
- Dependents on 33 not entered above ... ▶

### Part II — Explanation of Changes

Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ......... ▶ ☐

TAXPAYER MISS CALCULATE GROSS INCOME FORM TRIP TICKETS.

ORGINAL GROSS

### Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ......... ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ......... ▶ ☐

VSA                                           FD181                                    Form **1040X** (Rev. 2-2009)

# Form 1040 — U.S. Individual Income Tax Return 2008

Department of the Treasury—Internal Revenue Service (99)
For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Label** (See Instructions.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: HAI V
- Last name: DO
- Your social security number: [redacted]
- If a joint return, spouse's first name and initial: [redacted]
- Last name: [redacted]
- Spouse's social security number: [redacted]
- Home address: [redacted]
- City, town or post office, state, and ZIP code: [redacted]

You must enter your SSN(s) above. Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

## Filing Status (Check only one box.)

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

## Exemptions

- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- Boxes checked on 6a and 6b: **2**
- c Dependents: [redacted]
- No. of children on 6c who: lived with you: **1**
- did not live with you due to divorce or separation (see instructions)
- Dependents on 6c not entered above
- d Total number of exemptions claimed ... Add numbers on lines above ▶ **3**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ..... SCH 5,391 | 5,391. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instr.) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 28,129. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 33,520. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 1,988. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1,988. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 31,532. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   VSA   FD100   Form **1040** (2008)

Form 1040 (2008) HAI V DO  Page 2

## Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 31,532. |
| 39a | Check if: You were born before January 2, 1944, [ ] Blind. Spouse was born before January 2, 1944, [ ] Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a sep. return or you were a dual-status alien, see instr. & check here ▶ 39b | |
| 39c | Check if standard deduction includes real estate taxes or disaster loss, (see instr.) . ▶ 39c | |
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 10,900. |
| 41 | Subtract line 40 from line 38 | 20,632. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed 6d | 10,500. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 10,132. |
| 44 | Tax. (see instr.) Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | 1,013. |
| 45 | Alternative minimum tax. (see instructions). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | 1,013. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required — 1,000. | |
| 53 | Credits from Form: a [ ] 8396  b [ ] 8839  c [ ] 5695 | |
| 54 | Other credits from Form: a [ ] 3800  b [ ] 8801  c [ ] | |
| 55 | Add lines 47 through 54. These are your **total credits** | 1,000. |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 13. |

Standard Deduction for—
- People who checked any box on line 39a, 39b, or 39c **or** who can be claimed as a dependent, see instructios.
- All others: Single or Married filing separately, $5,450
- Married filing jointly or Qualifying widow(er), $10,900
- Head of household, $8,000

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 3,975. |
| 58 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Additional taxes: a [ ] AEIC payments  b [ ] Household employment taxes. Attach Schedule H | |
| 61 | Add lines 56 through 60. This is your **total tax** ▶ | 3,988. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 — 0. | |
| 63 | 2008 estimated tax payments and amount applied from 2007 return | |
| 64a | **Earned income credit (EIC)** — 874. | |
| 64b | Nontaxable combat pay election ▶ 64b | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instr.) | |
| 66 | Additional child tax credit. Attach Form 8812 | |
| 67 | Amount paid with request for extension to file (see instr.) | |
| 68 | Credits from Form: a [ ] 2439  b [ ] 4136  c [ ] 8801  d [ ] 8885 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | |
| 70 | Recovery rebate credit (see worksheet in the instructions) | |
| 71 | Add lines 62 through 70. These are your **total payments** ▶ | 874. |

## Refund

Direct deposit? See instructions and fill in 73b, 73c, and 73d, or Form 8888.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 0. |
| 73a | Amount of line 72 you want **refunded to you**. If Form 8888 is attached, check here ▶ [ ] | 0. |
| 73b | Routing number | |
| 73c | Type: [ ] Checking  [ ] Savings | |
| 73d | Account number | |
| 74 | Amount of line 72 you want **applied to your 2009 estimated tax** ▶ 74 | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | 3,114. |
| 76 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instr.)?  [X] **Yes.** Complete the following.  [ ] No

Designee's name ▶ Liberty Tax Service   Phone no. ▶ (504) 348-3676   Personal identification number (PIN) ▶ 15784

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date 4/24/2013 | Your occupation COMMERCIAL FISHERMAN | Daytime phone number
Spouse's signature. If a joint return, **both** must sign. | Date 4/24/2013 | Spouse's occupation MANICURIST |

## Paid Preparer's Use Only

Preparer's signature | Date 4/24/2013 | Check if self-employed [ ] | Preparer's SSN or PTIN P01250496
Firm's name (or yours if self-employed), address, and ZIP code | Liberty Tax Service  1445 Westbank expressway Suite 4D  Westwego, LA 70094 | EIN 80-0480356  Phone number (504) 348-3676

VSA  FD100  Form **1040** (2008)

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040).

1273
No. 1.
OMB No. 1545-0074
2008
Attachment Sequence No. 09

Name of proprietor: HAI V DO
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see the instructions): FISHERMAN
**B** Enter code from instructions ▶ 114110
**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses  [X] Yes  [ ] No
**H** If you started or acquired this business during 2008, check here ..... ▶ [X]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. See instructions for limit on losses. ▶ [ ] | 1 | 25,940. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 25,940. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 25,940. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 25,940. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 4,133. | 19 Pension and profit-sharing plans | 19 | |
| | | | | 20 Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 814. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| | a Mortgage (paid to banks, etc.) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | |
| | b Other | 16b | | | | |
| 17 | Legal and professional services | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | 28 | 4,947. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 20,993. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | 31 | 20,993. |
| 32 | If you have a loss, check the box that describes your investment in this activity. (see instructions)<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see instructions.
VSA
FD112
Schedule C (Form 1040) 2008

Schedule C (Form 1040) 2008 HAI V DO                                                                 Page 2

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| Line | Description | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 1/1/2008

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

   a Business  7,594   b Commuting (see instructions) _____   c Other  2,818

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

VSA                                              FD113                                       Schedule C (Form 1040) 2008

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040).

1273
No. 3.

OMB No. 1545-0074

**2008**

Attachment Sequence No. **09**

Name of proprietor: **HAI V DO**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see the instructions)
COMMERCIAL FISHERMAN

**B** Enter code from instructions ▶ 114110

**C** Business name. If no separate business name, leave blank.
LA7049 BR

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2008? If "No," see instructions for limit on losses    [X] Yes  [ ] No

**H** If you started or acquired this business during 2008, check here ▶ [X]

## Part I  Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. Caution. See instructions and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. See instructions for limit on losses.  ▶ [ ] | **1** 40,215. |
| 2 | Returns and allowances | **2** |
| 3 | Subtract line 2 from line 1 | **3** 40,215. |
| 4 | Cost of goods sold (from line 42 on page 2) | **4** |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** 40,215. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | **7** 40,215. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | **8** | 18 | Office expense | **18** |
| 9 | Car and truck expenses (see instructions) | **9** | 19 | Pension and profit-sharing plans | **19** |
| 10 | Commissions and fees | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** 6,500. | | a Vehicles, machinery, and equipment | **20a** |
| | | | | b Other business property | **20b** |
| 12 | Depletion | **12** | 21 | Repairs and maintenance | **21** 5,050. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 22 | Supplies (not included in Part III) | **22** 6,848. |
| | | | 23 | Taxes and licenses | **23** 180. |
| | | | 24 | Travel, meals, and entertainment: | |
| | | | | a Travel | **24a** |
| 14 | Employee benefit programs (other than on line 19) | **14** | | b Deductible meals and entertainment (see instructions) | **24b** |
| 15 | Insurance (other than health) | **15** | 25 | Utilities | **25** |
| 16 | Interest: | | 26 | Wages (less employment credits) | **26** |
| | a Mortgage (paid to banks, etc.) | **16a** | 27 | Other expenses (from line 48 on page 2) | **27** 15,851. |
| | b Other | **16b** | | | |
| 17 | Legal and professional services | **17** | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | **28** 34,429. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | **29** 5,786. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | **30** |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | **31** 5,786. |
| 32 | If you have a loss, check the box that describes your investment in this activity. (see instructions) • If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | **32a** [ ] All investment is at risk. **32b** [ ] Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see instructions.**

VSA

FD112

Schedule C (Form 1040) 2008

Schedule C (Form 1040) 2008 HAI V DO                                                                                      Page **2**

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation .............................................................   ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

## Part IV — Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? .......................................  ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ..................................  ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? ....................................................  ☐ Yes  ☐ No

  b  If "Yes," is the evidence written? ..............................................................  ☐ Yes  ☐ No

## Part V — Other Expenses.

List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| GROCERY | 1,502. |
| FUEL AND ICE | 14,349. |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 15,851. |

VSA                                               FD113                                    Schedule C (Form 1040) 2008

**Schedule C-EZ (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Net Profit From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See instructions.

OMB No. 1545-0074

**2008**

Attachment Sequence No. **09A**

Name of proprietor: [redacted]

Social security number (SSN): [redacted]

## Part I — General Information

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor, qualified joint venture, or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service: MANICURIST

**B** Enter code from instructions ▶ 812113

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.). Address not required if same as on page 1 of your tax return.

City, town or post office, state, and ZIP code

## Part II — Figure Your Net Profit

1. Gross receipts. Caution. See instructions, and check box if:
   - This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or
   - You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax ......... ▶ ☐ | **1** | 1,350.

2. Total expenses (see instructions). If more than $5,000, you **must** use Schedule C ............ | **2** | 0.

3. Net profit. Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13**. (If you checked the box on line 1, **do not** report the amount from line 3 on Schedule SE, line 2.) Estates and trusts, enter on **Form 1041, line 3.** ............ | **3** | 1,350.

## Part III — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

4. When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

5. Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

   **a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

6. Was your vehicle available for personal use during off-duty hours? .............................................. ☐ Yes ☐ No

7. Do you (or your spouse) have another vehicle available for personal use? .............................................. ☐ Yes ☐ No

8a. Do you have evidence to support your deduction? .............................................. ☐ Yes ☐ No

  b. If "Yes," is the evidence written? .............................................. ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see instructions.   FD114   Schedule C-EZ (Form 1040) 2008
VSA