

```
                    This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

```
                                                    Request Date:        07-24-2014
                                                   Response Date:        07-24-2014
                                                 Tracking Number:      100206673472

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2008


TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

HAI V DO


              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                         0.00
ACCRUED INTEREST:                                        0.00   AS OF: Jan. 14, 2013
ACCRUED PENALTY:                                         0.00   AS OF: Jan. 14, 2013


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                           0.00


                   ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                                03
FILING STATUS:                              Married Filing Joint
ADJUSTED GROSS INCOME:                              28,777.00
TAXABLE INCOME:                                      7,377.00
TAX PER RETURN:                                      3,556.00
SE TAXABLE INCOME TAXPAYER:                         21,993.00
SE TAXABLE INCOME SPOUSE:                            1,246.00
TOTAL SELF EMPLOYMENT TAX:                           3,556.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)            Apr. 15, 2009
PROCESSING DATE                                                         Jun. 22, 2009
```

|  | TRANSACTIONS |  |  |  |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Tax return filed | 20092308 | 06-22-2009 | $3,556.00 |
| n/a | 18222-136-84018-9 | | | |
| 610 | Payment with return | | 04-11-2009 | -$1,980.00 |
| 766 | Tax relief credit | | 04-15-2009 | -$438.00 |
| 766 | Credit to your account | | 04-15-2009 | -$262.00 |

| | | | |
|---|---|---|---:|
| 768 | Earned income credit | 04-15-2009 | -$1,314.00 |
| 971 | Notice issued<br>CP 0012 | 06-22-2009 | $0.00 |
| 846 | Refund issued | 06-22-2009 | $438.00 |

```
This Product Contains Sensitive Taxpayer Data
```