UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 2:10 MDL 2179 |
| | SECTION J |
| JOHNNY SEXTON<br>       Claimant, | JUDGE BARBIER |
| | MAG JUDGE SHUSAN |
| This Document Relates To:<br>12-970<br>_____/ | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that a hearing on the Motion for Extension of Time to File Seafood Worker's Claim or Alternatively to Treat Claim as Timely Filed but Incomplete filed by Johnny Sexton will be heard on Wednesday, April 8, 2015 at 9:30 a.m.

New Orleans, Louisiana, this ___ day of March, 2015.

                                              **LYONS & FARRAR, P.A.**
                                              Attorneys for Plaintiff

                                              /s/ Douglas S. Lyons
                                              **DOUGLAS S. LYONS**
                                              Florida Bar No. 128277
                                              325 No. Calhoun Street
                                              Tallahassee, FL 32301
                                              (850) 222-8811
                                              Primary:  dougl@lyonsandfarrar.com
                                              Secondary:  dawnw@lyonsandfarrar.com

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\pleading\Notice\Notice of Submission.rtf