UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA


In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                              2:10 MDL 2179

                                                         SECTION J

JOHNNY SEXTON                                            JUDGE BARBIER
        Claimant,
                                                         MAG JUDGE SHUSAN
This Document Relates To:
12-970

_____/

**<u>ORDER</u>**

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that claimant

Johnny Sexton's (ID No. 100167032) motion is hereby granted and granted as to:

_____ Claimant Johnny Sexton's Motion for Extension of Time to File Seafood Worker's Claim

is granted;

_____ Claimant Johnny Sexton's Claim shall be treated as timely filed but incomplete.

        New Orleans, Louisiana, this ___ day of March, 2015.


                                _____
                                **UNITED STATES DISTRICT JUDGE**