UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                               2:10 MDL 2179

                                                                                   SECTION J

JOHNNY SEXTON                                              JUDGE BARBIER
     Claimant,

                                                                                 MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

**NOTICE OF SUBMISSION**

     **PLEASE TAKE NOTICE** that a hearing on the Motion for Extension of Time to File Seafood Worker's Claim or Alternatively to Treat Claim as Timely Filed but Incomplete filed by Johnny Sexton will be heard on Wednesday, April 8, 2015 at 9:30 a.m.

     New Orleans, Louisiana, this ___ day of March, 2015.

                                                             **LYONS & FARRAR, P.A.**
                                                             Attorneys for Plaintiff

                                                             /s/ Douglas S. Lyons
                                                            **DOUGLAS S. LYONS**
                                                            Florida Bar No. 128277
                                                           325 No. Calhoun Street
                                                           Tallahassee, FL 32301
                                                          (850) 222-8811
                                                          Primary:  dougl@lyonsandfarrar.com
                                                          Secondary:  dawnw@lyonsandfarrar.com

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on March 24, 2015 a trust and correct copy of the foregoing Plaintiff's Notice of Submission was filed with the Clerk of the Panel via the JPML

CM/ECF system, which will send notice of the same to all counsel of record.

<u>/s/ Douglas S. Lyons</u><br>
Douglas S. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\pleading\Notice\Notice of Submission.rtf