UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

JOHNNY SEXTON
    Claimant,

This Document Relates To:
12-970
_____/

2:10 MDL 2179

SECTION J

JUDGE BARBIER

MAG JUDGE SHUSAN

**ORDER**

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that claimant Johnny Sexton's (ID No. 100167032) motion is hereby granted and granted as to:

____ Claimant Johnny Sexton's Motion for Extension of Time to File Seafood Worker's Claim is granted;

____ Claimant Johnny Sexton's Claim shall be treated as timely filed but incomplete.

    New Orleans, Louisiana, this ___ day of March, 2015.

                                                                _____
                                                                 **UNITED STATES DISTRICT JUDGE**