```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179
        DEEPWATER HORIZON IN THE    *
        GULF OF MEXICO ON           *   Section J
        APRIL 20, 2010              *
                                    *   February 26, 2015
                                    *
Applies to:  13-0706, 13-0810       *   New Orleans, Louisiana
             13-1143, 13-1185       *
             13-1222, 13-1386       *
             13-2006                *
                                    *
* * * * * * * * * * * * * * * * * *



             TELEPHONE STATUS CONFERENCE BEFORE
                THE HONORABLE SALLY SHUSHAN
                UNITED STATES MAGISTRATE JUDGE






Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

**I N D E X**

|  | PAGE |
|---|---|
| Bisso Discovery | 4 |
| Discovery from Other OPA Plaintiffs | 7 |

```
12:55:40   1                         PROCEEDINGS
12:55:40   2                       (February 26, 2015)
01:02:46   3          THE COURT:  Hi, everybody.  How are you doing?
01:02:47   4          MR. WILLIAMS:  Hi, Judge.  Fine.
01:02:47   5          THE COURT:  Good.  Hey, Duke.
01:02:47   6          MR. REGAN:  Good afternoon, Judge.
01:02:47   7          THE COURT:  That's Matt?
01:02:47   8          MR. REGAN:  Yeah, I'm here.  I have Chris Keegan and
01:02:47   9   Andy, as well, for BP.
01:02:47  10          THE COURT:  Good.  How are you doing?
01:02:47  11          MR. REGAN:  Well.
01:03:05  12          MR. WILLIAMS:  Judge, we have also got Paul Sterbcow
01:03:07  13   and Tommy Thomassie on for the PSC.
01:03:12  14          THE COURT:  Got you covered.  Hi, Tommy.  How are you
01:03:15  15   doing?
01:03:16  16          MR. THOMASSIE:  Good.  Hello, Judge.
01:03:16  17          THE COURT:  You are going to be a regular
01:03:18  18   participant, huh?
01:03:19  19          MR. THOMASSIE:  I guess so at the rate we are going.
01:03:22  20          THE COURT:  We are going to ask the court reporter to
01:03:24  21   be directed not to show the laughing on the record.
01:03:34  22          MR. WILLIAMS:  It would be a short record.
01:03:36  23          THE COURT:  It will be a very short transcript today,
01:03:38  24   huh?
01:03:38  25                 Okay, guys.  Well, Tommy, welcome on.  Let's get
```

01:03:43  1  started with the agenda.  Why don't we get an update on the
01:03:47  2  status of the Bisso production.
01:03:52  3           **MR. WILLIAMS:**  Judge, I'll give you an update.
01:03:53  4  Chris Keegan and I had a conversation.  I think it was the day
01:04:00  5  before yesterday.  Subsequently, late last night I got an
01:04:05  6  update from our new IT vendor and I think, at least in relative
01:04:11  7  terms but probably real terms as well, we have made some really
01:04:17  8  good and significant progress.
01:04:20  9           I think as we discussed last call, we are
01:04:24 10  reproducing everything.  The first volume, Volume 502 we are
01:04:29 11  calling it, had about 1,300 documents -- I'm sorry, it was not
01:04:35 12  502, it was 501, which had almost 12,000 documents, and it's
01:04:44 13  been accepted as complete.  All of the problems were ironed out
01:04:49 14  there.
01:04:50 15           We subsequently produced Volume 502, which had
01:04:55 16  about 1,300 documents.  It's still currently in the final
01:04:58 17  stages of review, it's my understanding, by Mr. Sotto at K&E.
01:05:02 18  As of yesterday no significant issues were noted in Volume 502,
01:05:11 19  which is a significant step there.  There are a couple minor
01:05:18 20  issues, an attachment produced in back and white instead of
01:05:23 21  color.  There really aren't very many of those issues and they
01:05:27 22  can be easily resolved, as both parties did cooperatively in
01:05:33 23  Phase One.
01:05:34 24           Volumes 503 and 504, a total of 20,000 documents
01:05:39 25  were shipped to K&E on Thursday and they were received

```
01:05:47   1   yesterday.  They have just started to review there, but those
01:05:52   2   two volumes were produced exactly as were Volumes 501 and 502.
01:06:00   3              So, you know, other than maybe some minor
01:06:05   4   issues, I really don't anticipate any problems.  If Chris and
01:06:15   5   Matt tell us that 503 and 504 looked good and there are no
01:06:22   6   significant problems, then we are well on our way.
01:06:27   7              We will finish the Bisso production probably, I
01:06:30   8   hope, within the next week or two.  We have already started,
01:06:36   9   but we will start the completion process of the other test
01:06:42  10   cases.  We want to get Bisso done first and make sure it's done
01:06:46  11   right and everybody is happy with it.
01:06:49  12         THE COURT:  No, I think that's right.  Bisso was
01:06:51  13   ahead of the curve to begin with.  We might as well complete
01:06:54  14   its process, make sure that you have got it down and that BP is
01:07:02  15   satisfied.
01:07:03  16              Chris or Matt, do you all want to comment on
01:07:05  17   what you have seen so far?
01:07:08  18         MR. KEEGAN:  Your Honor, this is Chris, and I'm happy
01:07:12  19   to.  We largely agree with what Duke said.  I think we have
01:07:16  20   slightly different numbers on 501 and 502, but in total we have
01:07:20  21   about 13,000 documents that have been produced so far.
01:07:24  22              Both 501 and 502 have been true test productions
01:07:28  23   for us, where we were making sure everything was done okay.  I
01:07:32  24   think both 501 and 502, when they first were produced, had some
01:07:37  25   issues, had some parent/child relationships, some metadata
```

01:07:45  1  relationships, but that was the purpose of the test productions
01:07:48  2  and they worked through those.
01:07:49  3           We are very hopeful.  We did receive 503 and
01:07:51  4  maybe even 504 yesterday or maybe today, and we are very
01:07:56  5  hopeful that the work that was done on 501 and 502 leads to a
01:08:01  6  situation where we can just take 503, run it through the quick
01:08:06  7  check, see no major problems, and move forward.
01:08:09  8           If that is the case, then I think we agree with
01:08:11  9  Duke that the floodgates are going to open a little bit and we
01:08:15  10 are going to start to see some more productions without the
01:08:18  11 sort of need to go back and QC most of the documents and
01:08:22  12 double-check everything, with the assumption that any issues we
01:08:25  13 see will be small one-off issues that we can resolve just like
01:08:30  14 a standard discovery issue.
01:08:31  15          **THE COURT:**  That's a good report, huh?
01:08:32  16          **MR. WILLIAMS:**  I think so.
01:08:33  17          **THE COURT:**  Terrific.  Yes, I think so.  I think we
01:08:38  18 are seeing the light at the end of the tunnel, so that's all
01:08:43  19 good.
01:08:44  20          So we will check back when we next get back
01:08:48  21 together, but it sounds like the projection is, when we do get
01:08:51  22 back together, you all should have completed and certified the
01:08:57  23 Bisso production.
01:08:59  24          **MR. WILLIAMS:** We sure hope so, Judge.  That is our
01:09:04  25 goal and we are pulling out all the stops.  We are not going to

```
01:09:17   1   sacrifice just to make that deadline, but I'm hopeful that we
01:09:26   2   will be in a position to certify or at least give a date
01:09:35   3   certain when Bisso will be certified.  That would include
01:09:41   4   production of privilege logs and all that type of stuff as well
01:09:45   5   for all the productions.
01:09:46   6            THE COURT:  Terrific.  That's great.  Okay.  Well,
01:09:48   7   let's move over to the status of BP's discovery and how that
01:09:54   8   production is going.
01:09:59   9            MR. WILLIAMS:  Well, we are still going through that
01:10:05  10   production.  That is not a BP problem, in the first instance.
01:10:10  11   You will recall that we had a catastrophic failure of the
01:10:16  12   mainframe computer.  That's been fixed.  We have replaced, I
01:10:22  13   think it was called -- well, whatever software we were using
01:10:28  14   and had been using since Phase One, we have replaced that with
01:10:32  15   a more up-to-date, more efficient, and more reliable software.
01:10:37  16   So we are still in the process of reprocessing BP's production.
01:10:43  17            When the computer crashed, thousands of
01:10:47  18   documents that had been reviewed were lost.  We have
01:10:50  19   re-reviewed most of those.  We are making good progress.  It's
01:10:58  20   going to be probably a week before we can objectively assess
01:11:04  21   the production as a whole, so I'm not in a position to complain
01:11:15  22   right now.  We are still in the process of reassessing what we
01:11:21  23   have.
01:11:21  24            THE COURT:  But you're reserving the right to
01:11:23  25   complain, huh?
```

```
01:11:25   1            MR. WILLIAMS:  Well, I'll complain nicely if we have
01:11:28   2   to --
01:11:28   3            THE COURT:  Exactly.
01:11:29   4            MR. WILLIAMS:  -- but, yes, I guess I should reserve
01:11:32   5   that right.
01:11:33   6            THE COURT:  When we last were together, Matt and
01:11:35   7   Chris, you all reported that some of your discovery had been
01:11:39   8   delayed because maybe you were tied up in a different phase of
01:11:42   9   the trial.  How has that picked up?
01:11:53  10            MR. KEEGAN:  Your Honor, I think it's picked up.  We
01:11:57  11   do have some items to continue to discuss with Duke.  When we
01:11:57  12   do talk, we seem to make progress on those.  We are making
01:11:57  13   progress there but nothing real substantive to report.
01:12:03  14            THE COURT:  Chris, if you had to guess, what
01:12:06  15   percentage of production do you figure you have completed?
01:12:11  16            MR. KEEGAN:  Your Honor, I think we are pretty
01:12:13  17   confident that we are sort of in the nearly complete or mostly
01:12:17  18   complete, and that's part of what we want to talk with Duke
01:12:20  19   about, after he has a chance to get the full document report
01:12:24  20   again, is where is it that we are going to have disputes about
01:12:28  21   and where is it that we think we can show him we have produced
01:12:33  22   sufficient documents under the request.
01:12:35  23            THE COURT:  Okay.  Good, good, good.
01:12:36  24                 Now, let me ask you all.  It sounds like, at
01:12:41  25   least as to Bisso, we are getting our act in gear.  Do you
```

```
01:12:48   1  think that -- and have we done this?  If we have done this,
01:12:52   2  just tell me because I'm not sure anymore what we have or
01:12:56   3  haven't done.  Have you all discussed who the deponents are
01:13:03   4  going to be?  I think we have.  We had a tentative schedule.
01:13:10   5  Have we kind of lined things up as far as who BP wants, who
01:13:18   6  Bisso wants, etc.?  Not as far as dates, but just as far as who
01:13:23   7  is who.
01:13:26   8            MR. WILLIAMS:  Paul, do you want to -- and/or Matt
01:13:30   9  and/or Chris are probably in a better position than I am to
01:13:32  10  answer that.
01:13:34  11            MR. STERBCOW:  Judge, from Bisso's end, we got a list
01:13:36  12  of both.  We know who BP wants or at least, as of the last time
01:13:42  13  we talked, wanted.  I have been in contact with all of them on
01:13:49  14  multiple occasions, but I'm not getting any new dates because
01:13:55  15  we have scheduled and canceled a couple of times.
01:13:59  16            THE COURT:  That's right.
01:13:59  17            MR. STERBCOW:  So as soon as I know that there will
01:14:01  18  be a date certain in a given period of time where everybody can
01:14:05  19  do this, I'm going to go back to those folks.  So they are just
01:14:12  20  waiting to hear from me.
01:14:13  21            THE COURT:  Okay, but we have the hit parade lined
01:14:16  22  up.  Matt and Chris, you have given them everybody that you
01:14:19  23  want or know about as of this time, huh?
01:14:24  24            MR. REGAN:  I think so, Your Honor.  This is Matt.
01:14:26  25  When we gave those names -- I think those are probably from
```

```
01:14:30   1   August or September.  I would agree with what Paul said.  Once
01:14:33   2   we kind of sort the document stuff out, which is close to being
01:14:37   3   done -- and we may have some motion practice on that, but we
01:14:40   4   can get that squared away.
01:14:42   5            We have given them a list of names that I think
01:14:46   6   almost exclusively came from the initial disclosures.  It's
01:14:49   7   possible we might have a few modifications to that list once we
01:14:53   8   look through the documents, but I think in large measure that's
01:14:57   9   the list.  Candidly, it might be us taking people off, as tends
01:15:02  10   to happen in cases, rather than adding people on.
01:15:03  11            THE COURT:  Exactly.
01:15:04  12            MR. REGAN:  We will get through the documents.  We
01:15:05  13   will work with Paul.  We agree with him, too, for everybody's
01:15:09  14   sake, including the witnesses' sake, once everybody feels like,
01:15:13  15   all right, we are in a good position to start to go and lock
01:15:15  16   out some times, then we can get those set up.
01:15:19  17            THE COURT:  That's good.  Yes, as I said, you have
01:15:22  18   given them everybody you know as of this time.  You have not
01:15:27  19   reviewed the documents.  So you might want to add or you might
01:15:29  20   want to subtract.
01:15:31  21            MR. REGAN:  That's right.
01:15:31  22            THE COURT:  I'm okay with that. I guess the only
01:15:33  23   other question I have is:  Does the production of Bisso's
01:15:38  24   documents include the custodial files for those employees?
01:15:45  25            MR. WILLIAMS:  Yes, Your Honor, it does, and will if
```

```
01:15:50   1   they weren't part of Volumes 501 through 504.
01:15:57   2               THE COURT:  Good.  So, really, we will be ready to
01:16:00   3   roll pretty soon.  When we get back together on March 12, we
01:16:07   4   should be able to talk about your review of the production, set
01:16:15   5   a date for motions to compel, and then look forward to actually
01:16:24   6   starting the Bisso deposition schedule, huh?
01:16:28   7               MR. WILLIAMS:  I hope so.  I think we ought to be in
01:16:32   8   that position by March 12 --
01:16:35   9               THE COURT:  Okay.  Well, good.
01:16:36  10               MR. WILLIAMS:  -- or close to it.
01:16:39  11               MR. KEEGAN:  I think that sounds reasonable,
01:16:40  12   Your Honor.  This is Chris.  I think that's a very obtainable
01:16:44  13   goal.
01:16:44  14               THE COURT:  Okay.  Well, good.  Is there anything
01:16:46  15   that I haven't covered that you all want to cover?
01:16:50  16               MR. WILLIAMS:  Not on our side, Your Honor.
01:16:54  17               THE COURT:  Well, then I will talk to you all on
01:16:56  18   Thursday, March 12.  Good luck on getting this last round done.
01:17:07  19               (Proceedings adjourned.)
01:17:07  20                              * * *
          21
          22
          23
          24
          25
```

# **CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter

## 0

0706 [1]  1/8
0810 [1]  1/8

## 1

1,300 [2]  4/11 4/16
10-MD-2179 [1]  1/5
1143 [1]  1/8
1185 [1]  1/8
12 [3]  11/3 11/8 11/18
12,000 [1]  4/12
1222 [1]  1/9
13,000 [1]  5/21
13-0706 [1]  1/8
13-0810 [1]  1/8
13-1143 [1]  1/8
13-1185 [1]  1/8
13-1222 [1]  1/9
13-1386 [1]  1/9
13-2006 [1]  1/9
1386 [1]  1/9

## 2

20 [1]  1/6
20,000 [1]  4/24
2006 [1]  1/9
2010 [1]  1/6
2015 [2]  1/7 3/2
2179 [1]  1/5
26 [2]  1/7 3/2
275 [1]  1/21

## 5

500 [1]  1/21
501 [7]  4/12 5/2 5/20 5/22 5/24 6/5 11/1
502 [9]  4/10 4/12 4/15 4/18 5/2 5/20 5/22 5/24 6/5
503 [4]  4/24 5/5 6/3 6/6
504 [5]  1/22 4/24 5/5 6/4 11/1
589-7778 [1]  1/22

## 7

70130 [1]  1/22
7778 [1]  1/22

## A

ability [1]  12/5
able [1]  11/4
about [7]  4/11 4/16 5/21 8/19 8/20 9/23 11/4
above [1]  12/6
above-entitled [1]  12/6
accepted [1]  4/13
act [1]  8/25
actually [1]  11/5
add [1]  10/19
adding [1]  10/10
adjourned [1]  11/19
after [1]  8/19
afternoon [1]  3/6
again [1]  8/20
agenda [1]  4/1
agree [4]  5/19 6/8 10/1 10/13
ahead [1]  5/13
aided [1]  1/25
all [14]
almost [2]  4/12 10/6
already [1]  5/8
also [1]  3/12
am [1]  9/9
and/or [2]  9/8 9/9
Andy [1]  3/9

answer [1]  9/10
anticipate [1]  5/4
any [3]  5/4 6/12 9/14
anymore [1]  9/2
anything [1]  11/14
Applies [1]  1/8
APRIL [1]  1/6
are [32]
aren't [1]  4/21
as [24]
ask [2]  3/20 8/24
assess [1]  7/20
assumption [1]  6/12
at [7]  3/19 4/6 4/17 6/18 7/2 8/24 9/12
attachment [1]  4/20
August [1]  10/1
away [1]  10/4

## B

B-275 [1]  1/21
back [7]  4/20 6/11 6/20 6/20 6/22 9/19 11/3
be [15]
because [3]  8/8 9/2 9/14
been [8]  4/13 5/21 5/22 7/12 7/14 7/18 8/7 9/13
before [3]  1/13 4/5 7/20
begin [1]  5/13
being [1]  10/2
best [1]  12/5
better [1]  9/9
Bisso [9]  4/2 5/7 5/10 5/12 6/23 7/3 8/25 9/6 11/6
Bisso's [2]  9/11 10/23
bit [1]  6/9
both [4]  4/22 5/22 5/24 9/12
BP [5]  3/9 5/14 7/10 9/5 9/12
BP's [2]  7/7 7/16
but [15]

## C

call [1]  4/9
called [1]  7/13
calling [1]  4/11
came [1]  10/6
can [8]  4/22 6/6 6/13 7/20 8/21 9/18 10/4 10/16
canceled [1]  9/15
Candidly [1]  10/9
case [1]  6/8
cases [2]  5/10 10/10
catastrophic [1]  7/11
CCR [3]  1/21 12/2 12/9
certain [2]  7/3 9/18
CERTIFICATE [1]  12/1
certified [2]  6/22 7/3
certify [2]  7/2 12/4
chance [1]  8/19
check [3]  6/7 6/12 6/20
child [1]  5/25
Chris [10]  3/8 4/4 5/4 5/16 5/18 8/7 8/14 9/9 9/22 11/12
Chris Keegan [1]  4/4
close [2]  10/2 11/10
color [1]  4/21
comment [1]  5/16
compel [1]  11/5
complain [3]  7/21 7/25 8/1
complete [4]  4/13 5/13 8/17 8/18
completed [2]  6/22 8/15
completion [1]  5/9
computer [3]  1/25 7/12 7/17
computer-aided [1]  1/25

CONFERENCE [1]  1/13
confident [1]  8/17
contact [1]  9/13
continue [1]  8/11
conversation [1]  4/4
cooperatively [1]  4/22
correct [1]  12/4
couple [2]  4/19 9/15
court [6]  1/1 1/21 3/20 12/2 12/3 12/10
cover [1]  11/15
covered [2]  3/14 11/15
crashed [1]  7/17
currently [1]  4/16
curve [1]  5/13
custodial [1]  10/24

## D

date [4]  7/2 7/15 9/18 11/5
dates [2]  9/6 9/14
day [1]  4/4
deadline [1]  7/1
DEEPWATER [1]  1/5
delayed [1]  8/8
deponents [1]  9/3
deposition [1]  11/6
did [2]  4/22 6/3
different [2]  5/20 8/8
directed [1]  3/21
disclosures [1]  10/6
discovery [3]  6/14 7/7 8/7
discuss [1]  8/11
discussed [2]  4/9 9/3
disputes [1]  8/20
DISTRICT [4]  1/1 1/2 12/3 12/3
do [8]  5/16 6/21 8/11 8/12 8/15 8/25 9/8 9/19
document [2]  8/19 10/2
documents [12]  4/11 4/12 4/16 4/24 5/21 6/11 7/18 8/22 10/8 10/12 10/19 10/24
does [2]  10/23 10/25
doing [3]  3/3 3/10 3/15
don't [2]  4/1 5/4
done [9]  5/10 5/10 5/23 6/5 9/1 9/1 9/3 10/3 11/18
double [1]  6/12
double-check [1]  6/12
down [1]  5/14
Doyle [4]  1/21 12/2 12/9 12/9
Duke [5]  3/5 5/19 6/9 8/11 8/18

## E

easily [1]  4/22
EASTERN [2]  1/2 12/3
efficient [1]  7/15
employees [1]  10/24
end [2]  6/18 9/11
entitled [1]  12/6
etc [1]  9/6
even [1]  6/4
everybody [6]  3/3 5/11 9/18 9/22 10/14 10/18
everybody's [1]  10/13
everything [3]  4/10 5/23 6/12
exactly [3]  5/2 8/3 10/11
exclusively [1]  10/6

## F

failure [1]  7/11
far [5]  5/17 5/21 9/5 9/6 9/6
FCRR [3]  1/21 12/2 12/9
February [2]  1/7 3/2
feels [1]  10/14

| F | issue [1] 6/14 | multiple [1] 9/14 |
|---|---|---|
| few [1] 10/7 | issues [7] 4/18 4/21 5/4 5/21 6/12 6/13 6/13 | N |
| figure [1] 8/15 | it [18] | |
| files [1] 10/24 | it's [7] 4/12 4/16 4/17 5/10 7/19 8/10 10/6 | names [2] 9/25 10/5 |
| final [1] 4/16 | | nearly [1] 8/17 |
| Fine [1] 3/4 | items [1] 8/11 | need [1] 6/11 |
| finish [1] 5/7 | its [1] 5/14 | new [4] 1/8 1/22 4/6 9/14 |
| first [4] 4/10 5/10 5/24 7/10 | J | next [2] 5/8 6/20 |
| fixed [1] 7/12 | | nicely [1] 8/1 |
| floodgates [1] 6/9 | JUDGE [8] 1/14 3/4 3/6 3/12 3/16 4/3 6/24 9/11 | night [1] 4/5 |
| folks [1] 9/19 | just [7] 5/1 6/6 6/13 7/1 9/2 9/6 9/19 | no [4] 4/18 5/5 5/12 6/7 |
| foregoing [1] 12/4 | K | not [10] 3/21 4/11 6/25 7/10 7/21 9/2 9/6 9/14 10/18 11/16 |
| forward [2] 6/7 11/5 | | noted [1] 4/18 |
| full [1] 8/19 | Keegan [2] 3/8 4/4 | nothing [1] 8/13 |
| G | kind [2] 9/5 10/2 | now [2] 7/22 8/24 |
| | know [5] 5/3 9/12 9/17 9/23 10/18 | numbers [1] 5/20 |
| gave [1] 9/25 | L | O |
| gear [1] 8/25 | | |
| get [10] 3/25 4/1 5/10 6/20 6/21 8/19 10/4 10/12 10/16 11/3 | large [1] 10/8 | objectively [1] 7/20 |
| getting [3] 8/25 9/14 11/18 | largely [1] 5/19 | obtainable [1] 11/12 |
| give [2] 4/3 7/2 | last [5] 4/5 4/9 8/6 9/12 11/18 | occasions [1] 9/14 |
| given [4] 9/18 9/22 10/5 10/18 | late [1] 4/5 | off [2] 6/13 10/9 |
| go [3] 6/11 9/19 10/15 | laughing [1] 3/21 | Official [3] 1/21 12/2 12/10 |
| goal [2] 6/25 11/13 | leads [1] 6/5 | OIL [2] 1/5 1/5 |
| going [12] 3/17 3/19 3/20 6/9 6/10 6/25 7/8 7/9 7/20 8/20 9/4 9/19 | least [4] 4/6 7/2 8/25 9/12 | okay [8] 3/25 5/23 7/6 8/23 9/21 10/22 11/9 11/14 |
| good [18] | let [1] 8/24 | on [18] |
| got [5] 3/12 3/14 4/5 5/14 9/11 | let's [2] 3/25 7/7 | once [3] 10/1 10/7 10/14 |
| great [1] 7/6 | light [1] 6/18 | one [3] 4/23 6/13 7/14 |
| guess [4] 3/19 8/4 8/14 10/22 | like [4] 6/13 6/21 8/24 10/14 | one-off [1] 6/13 |
| GULF [1] 1/6 | lined [2] 9/5 9/21 | only [1] 10/22 |
| guys [1] 3/25 | list [4] 9/11 10/5 10/7 10/9 | open [1] 6/9 |
| H | little [1] 6/9 | or [13] |
| | lock [1] 10/15 | Orleans [2] 1/8 1/22 |
| had [12] 4/4 4/11 4/12 4/15 5/24 5/25 7/11 7/14 7/18 8/7 8/14 9/4 | logs [1] 7/4 | other [3] 5/3 5/9 10/23 |
| happen [1] 10/10 | look [2] 10/8 11/5 | ought [1] 11/7 |
| happy [2] 5/11 5/18 | looked [1] 5/5 | our [5] 4/6 5/6 6/24 8/25 11/16 |
| has [2] 8/9 8/19 | lost [1] 7/18 | out [4] 4/13 6/25 10/2 10/16 |
| have [37] | LOUISIANA [4] 1/2 1/8 1/22 12/4 | over [1] 7/7 |
| haven't [2] 9/3 11/15 | luck [1] 11/18 | |
| he [1] 8/19 | M | P |
| hear [1] 9/20 | | |
| Hello [1] 3/16 | made [1] 4/7 | PAGE [1] 2/2 |
| here [1] 3/8 | MAGISTRATE [1] 1/14 | parade [1] 9/21 |
| Hey [1] 3/5 | mainframe [1] 7/12 | parent [1] 5/25 |
| Hi [3] 3/3 3/4 3/14 | major [1] 6/7 | parent/child [1] 5/25 |
| him [2] 8/21 10/13 | make [4] 5/10 5/14 7/1 8/12 | part [2] 8/18 11/1 |
| hit [1] 9/21 | making [3] 5/23 7/19 8/12 | participant [1] 3/18 |
| Honor [7] 5/18 8/10 8/16 9/24 10/25 11/12 11/16 | many [1] 4/21 | parties [1] 4/22 |
| | March [3] 11/3 11/8 11/18 | Paul [4] 3/12 9/8 10/1 10/13 |
| HONORABLE [1] 1/13 | March 12 [3] 11/3 11/8 11/18 | people [2] 10/9 10/10 |
| hope [3] 5/8 6/24 11/7 | Matt [7] 3/7 5/5 5/16 8/6 9/8 9/22 9/24 | percentage [1] 8/15 |
| hopeful [3] 6/3 6/5 7/1 | matter [1] 12/6 | period [1] 9/18 |
| HORIZON [1] 1/5 | may [1] 10/3 | phase [3] 4/23 7/14 8/8 |
| how [5] 3/3 3/10 3/14 7/7 8/9 | maybe [4] 5/3 6/4 6/4 8/8 | Phase One [2] 4/23 7/14 |
| huh [6] 3/18 3/24 6/15 7/25 9/23 11/6 | MD [1] 1/5 | picked [2] 8/9 8/10 |
| I | me [3] 8/24 9/2 9/20 | position [5] 7/2 7/21 9/9 10/15 11/8 |
| | measure [1] 10/8 | possible [1] 10/7 |
| I'll [2] 4/3 8/1 | mechanical [1] 1/24 | Poydras [1] 1/21 |
| I'm [9] 3/8 4/11 5/18 7/1 7/21 9/2 9/14 9/19 10/22 | metadata [1] 5/25 | practice [1] 10/3 |
| | MEXICO [1] 1/6 | pretty [2] 8/16 11/3 |
| if [6] 5/4 6/8 8/1 8/14 9/1 10/25 | might [5] 5/13 10/7 10/9 10/19 10/19 | privilege [1] 7/4 |
| in [24] | minor [2] 4/19 5/3 | probably [5] 4/7 5/7 7/20 9/9 9/25 |
| include [2] 7/3 10/24 | modifications [1] 10/7 | problem [1] 7/10 |
| including [1] 10/14 | more [4] 6/10 7/15 7/15 7/15 | problems [4] 4/13 5/4 5/6 6/7 |
| initial [1] 10/6 | most [2] 6/11 7/19 | proceedings [4] 1/24 3/1 11/19 12/6 |
| instance [1] 7/10 | mostly [1] 8/17 | process [4] 5/9 5/14 7/16 7/22 |
| instead [1] 4/20 | motion [1] 10/3 | produced [6] 4/15 4/20 5/2 5/21 5/24 8/21 |
| ironed [1] 4/13 | motions [1] 11/5 | |
| is [19] | move [2] 6/7 7/7 | production [11] 4/2 5/7 6/23 7/4 7/8 7/10 7/16 7/21 8/15 10/23 11/4 |
| | Mr. [1] 4/17 | |
| | Mr. Sotto [1] 4/17 | productions [4] 5/22 6/1 6/10 7/5 |

**P**

progress [4] 4/8 7/19 8/12 8/13
projection [1] 6/21
PSC [1] 3/13
pulling [1] 6/25
purpose [1] 6/1

**Q**

QC [1] 6/11
question [1] 10/23
quick [1] 6/6

**R**

rate [1] 3/19
rather [1] 10/10
re [2] 1/5 7/19
re-reviewed [1] 7/19
ready [1] 11/2
real [2] 4/7 8/13
really [4] 4/7 4/21 5/4 11/2
reasonable [1] 11/11
reassessing [1] 7/22
recall [1] 7/11
receive [1] 6/3
received [1] 4/25
record [3] 3/21 3/22 12/6
recorded [1] 1/24
regular [1] 3/17
relationships [2] 5/25 6/1
relative [1] 4/6
reliable [1] 7/15
replaced [2] 7/12 7/14
report [3] 6/15 8/13 8/19
reported [1] 8/7
reporter [4] 1/21 3/20 12/3 12/10
reprocessing [1] 7/16
reproducing [1] 4/10
request [1] 8/22
reserve [1] 8/4
reserving [1] 7/24
resolve [1] 6/13
resolved [1] 4/22
review [3] 4/17 5/1 11/4
reviewed [3] 7/18 7/19 10/19
RIG [1] 1/5
right [8] 5/11 5/12 7/22 7/24 8/5 9/16
 10/15 10/21
roll [1] 11/3
round [1] 11/18
run [1] 6/6

**S**

sacrifice [1] 7/1
said [3] 5/19 10/1 10/17
sake [2] 10/14 10/14
SALLY [1] 1/13
satisfied [1] 5/15
schedule [2] 9/4 11/6
scheduled [1] 9/15
Section [1] 1/6
see [3] 6/7 6/10 6/13
seeing [1] 6/18
seem [1] 8/12
seen [1] 5/17
September [1] 10/1
set [2] 10/16 11/4
shipped [1] 4/25
short [2] 3/22 3/23
should [3] 6/22 8/4 11/4
show [2] 3/21 8/21
SHUSHAN [1] 1/13
side [1] 11/16

significant [4] 4/8 4/18 4/19 5/6
since [1] 7/14
situation [1] 6/6
slightly [1] 5/20
small [1] 6/13
so [17]
software [3] 1/25 7/13 7/15
some [10] 4/7 5/3 5/24 5/25 5/25 6/10
 8/7 8/11 10/3 10/16
soon [2] 9/17 11/3
sorry [1] 4/11
sort [3] 6/11 8/17 10/2
Sotto [1] 4/17
sounds [3] 6/21 8/24 11/11
SPILL [1] 1/5
squared [1] 10/4
stages [1] 4/17
standard [1] 6/14
start [3] 5/9 6/10 10/15
started [3] 4/1 5/1 5/8
starting [1] 11/6
STATES [3] 1/1 1/14 12/3
status [3] 1/13 4/2 7/7
stenography [1] 1/24
step [1] 4/19
Sterbcow [1] 3/12
still [4] 4/16 7/9 7/16 7/22
stops [1] 6/25
Street [1] 1/21
stuff [2] 7/4 10/2
subsequently [2] 4/5 4/15
substantive [1] 8/13
subtract [1] 10/20
sufficient [1] 8/22
sure [5] 5/10 5/14 5/23 6/24 9/2

**T**

take [1] 6/6
taking [1] 10/9
talk [4] 8/12 8/18 11/4 11/17
talked [1] 9/13
TELEPHONE [1] 1/13
tell [2] 5/5 9/2
tends [1] 10/9
tentative [1] 9/4
terms [2] 4/7 4/7
Terrific [2] 6/17 7/6
test [3] 5/9 5/22 6/1
than [3] 5/3 9/9 10/10
that [42]
that's [12] 3/7 5/12 6/15 6/18 7/6 7/12
 8/18 9/16 10/8 10/17 10/21 11/12
them [4] 9/13 9/22 10/5 10/18
then [5] 5/6 6/8 10/16 11/5 11/17
there [9] 4/14 4/19 4/19 4/21 5/1 5/5
 8/13 9/17 11/14
they [7] 4/21 4/25 5/1 5/24 6/2 9/19 11/1
things [1] 9/5
think [23]
this [9] 5/18 9/1 9/1 9/19 9/23 9/24
 10/18 11/12 11/18
Thomassie [1] 3/13
those [10] 4/21 5/1 6/2 7/19 8/12 9/19
 9/25 9/25 10/16 10/24
thousands [1] 7/17
through [6] 6/2 6/6 7/9 10/8 10/12 11/1
Thursday [2] 4/25 11/18
tied [1] 8/8
time [4] 9/12 9/18 9/23 10/18
times [2] 9/15 10/16
today [2] 3/23 6/4
together [4] 6/21 6/22 8/6 11/3
Tommy [3] 3/13 3/14 3/25

Toni [4] 1/21 12/2 12/9 12/9
too [1] 10/13
total [2] 4/24 5/20
transcript [2] 3/23 12/5
transcription [1] 1/25
trial [1] 8/9
true [2] 5/22 12/4
tunnel [1] 6/18
Tusa [4] 1/21 12/2 12/9 12/9
two [2] 5/2 5/8
type [1] 7/4

**U**

under [1] 8/22
understanding [2] 4/17 12/5
UNITED [3] 1/1 1/14 12/3
up [7] 7/15 8/8 8/9 8/10 9/5 9/22 10/16
up-to-date [1] 7/15
update [3] 4/1 4/3 4/6
us [3] 5/5 5/23 10/9
using [3] 1/24 7/13 7/14

**V**

vendor [1] 4/6
very [5] 3/23 4/21 6/3 6/4 11/12
volume [4] 4/10 4/10 4/15 4/18
volumes [4] 4/24 5/2 5/2 11/1

**W**

waiting [1] 9/20
want [8] 5/10 5/16 8/18 9/8 9/23 10/19
 10/20 11/15
wanted [1] 9/13
wants [3] 9/5 9/6 9/12
was [8] 4/4 4/11 4/12 5/12 5/23 6/1 6/5
 7/13
way [1] 5/6
we [87]
week [2] 5/8 7/20
welcome [1] 3/25
well [14]
were [12] 4/13 4/18 4/25 4/25 5/2 5/2
 5/23 5/24 7/13 7/18 8/6 8/8
weren't [1] 11/1
what [7] 5/17 5/19 7/22 8/14 8/18 9/2
 10/1
whatever [1] 7/13
when [9] 5/24 6/20 6/21 7/3 7/17 8/6
 8/11 9/25 11/3
where [5] 5/23 6/6 8/20 8/21 9/18
which [4] 4/12 4/15 4/19 10/2
white [1] 4/20
who [6] 9/3 9/5 9/5 9/6 9/7 9/12
whole [1] 7/21
Why [1] 4/1
will [14]
within [1] 5/8
without [1] 6/10
witnesses' [1] 10/14
work [2] 6/5 10/13
worked [1] 6/2
would [3] 3/22 7/3 10/1

**Y**

Yeah [1] 3/8
yes [4] 6/17 8/4 10/17 10/25
yesterday [4] 4/5 4/18 5/1 6/4
you [30]
you're [1] 7/24
your [9] 5/18 8/7 8/10 8/16 9/24 10/25
 11/4 11/12 11/16
Your Honor [5] 5/18 8/16 10/25 11/12
 11/16