UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## GLEN J. LERNER'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Glen J. Lerner appeals to the United States Court of Appeals for the Fifth Circuit from the final ORDER [concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions] entered in this action on February 26, 2015 [Doc. 14221].

    Respectfully submitted,

    */s/ William W. Taylor, III*
    William W. Taylor, III (D.C. Bar #84194)
    ZUCKERMAN SPAEDER LLP
    Suite 1000
    1800 M Street, NW
    Washington, DC 20036-5802
    Telephone: (202) 778-1865
    Facsimile: (202) 822-8106
    wtaylor@zuckerman.com

    and

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
Jones Walker LLP
49th Floor
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: (504) 582-8110
Facsimile: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

*Attorneys for Glen J. Lerner*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing notice of appeal has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 24th day of March, 2015.

                                              */s/ William W. Taylor, III*
                                              William W. Taylor, III