UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Wetlands Claimants<br>Identification Nos. 100063663,<br>100063641, 100064975 and<br>100066161<br>　　　　　Claimants | CASE NO. 10-MD-2179;<br>　　　　　12-970 |

**MOTION FOR AUTHORITY**
**TO FILE WETLANDS CLAIMS**

**NOW COME** Claimants, Identification Nos. 100063663, 100063641, 100064975 and 100066161, appearing herein through undersigned counsel, who move this court for authority to file wetlands claims under the Economic Settlement for two parcels of immovable property situated in Plaquemines Parish, Louisiana, to-wit: Tax Identification No. 1460300 and 1610194. The basis for this Motion is more fully set out in the attached Memorandum in support hereof and movers further request oral argument. A Certificate pursuant to Section 18.2 of the Settlement Agreement, a Request for Oral Argument and a proposed Order are also attached hereto.

　　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF KEVIN C. SCHOENBERGER**

　　　　　　　　　　　By:　　*/s/ Kevin C. Schoenberger*
　　　　　　　　　　　　　　　**KEVIN C. SCHOENBERGER (Bar No. 11813)**
　　　　　　　　　　　　　　　201 St. Charles Avenue
　　　　　　　　　　　　　　　Suite 2422 - Place St. Charles
　　　　　　　　　　　　　　　New Orleans, Louisiana 70170
　　　　　　　　　　　　　　　Telephone: (504) 525-1143
　　　　　　　　　　　　　　　Facsimile: (504) 587-0901
　　　　　　　　　　　　　　　Email: kcschoenberger@gmail.com

　　　　　　　　　　　　　　　*Attorney for Movants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: Wetlands Claimants  CASE NO. 10-MD-2179;
Identification Nos. 100063663,  12-970
100063641, 100064975 and
100066161

Claimants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of March, 2015, the above and foregoing Motion for Authority to File Wetlands Claims, along with a supporting Memorandum, Sec. 18.2 Certificate, Request for Oral Argument and proposed Order, have been filed with the Clerk of Court using the CM/ECF electronic document filing system which will send notice of filing to all counsel of record, and further certify that these pleadings have been forwarded via email to the following:

Bryan Reuter, Esq.
Stanley Reuter Ross Thornton & Alford
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
Counsel for the Claims Administrator

Don Haycraft, Esq.
Liskow & Lewis
50th Floor - One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139

Richard Godfrey, Esq.
Kirkland & Ellis
300 N. LaSalle Street
Chicago, Illinois 60654

/s/ Kevin C. Schoenberger
**KEVIN C. SCHOENBERGER**