DECLARATION OF JOHN PIVACH

1. I, John Pivach, am an attorney at law licensed to practice in the State of Louisiana.

2. I am employed at the law firm of Pivach, Pivach, Hufft, Thriffiley & Dunbar, LLC in Belle Chasse, Louisiana.

3. My client co-owns property with Kevin Schoenberger briefly described as Sec. 19, T23S, R33E in Plaquemines Parish, Louisiana.

4. In 2013, I attempted to prepare and submit a Wetlands Real Property Claim Form with the Deepwater Horizon Claims Center through the Attorney Portal on behalf of my client for the above-referenced property.

5. When I submitted the Tax Identification Number for the above-referenced property on the Parcel Eligibility Screen in an attempt to access my client's Wetlands Real Property Claim Form, the Attorney Portal indicated "Parcel not in Claim Zone".

6. I make this declaration under penalty of perjury.

Plaquemines Parish, Louisiana this 24 day of March, 2015.

_____
JOHN PIVACH

EXHIBIT 1