# KEVIN C. SCHOENBERGER
ATTORNEY AND COUNSELOR AT LAW
201 ST. CHARLES AVENUE
SUITE 2422 - PLACE ST. CHARLES
NEW ORLEANS, LOUISIANA 70170

TELEPHONE: (504) 525-1143

FACSIMILE: (504) 587-0901
E-MAIL: kcschoenberger@gmail.com

June 25, 2014

Richard Stanley, Esq
Stanley, Reuter, Ross, Thornton & Alford
909 Poydras St.
Suite 2500
New Orleans, LA 70112

Re: Bp Wetlands claims

Dear Mr. Stanley,

  I represent several clients, ▇▇▇▇▇▇▇ who have made wetlands claims under the Bp class-action settlement program. I am writing to you because you are the attorney for the Claims Administrator in this litigation. If I am addressing this to the incorrect person, please advise as to the proper recipient.

  Under the terms of the wetlands settlement, a property owner is eligible to recover damages if his property was oiled as a result of the spill. In order to submit a claim, a claimant must provide the property tax parcel/ assessment number for identification. If the parcel number is in the database of eligible properties, the computer portal responds that it is eligible. If not, then it is ineligible.

  I submitted claims ▇▇▇▇▇▇▇ in July, 2012. The two claims at issue were deemed ineligible. They are Plaquemines parish parcels 1460300 and 1610194. I have attached the tax bills. There were two other parcels considered eligible, one of which paid in April, 2013.

  I have recently learned the two ineligible parcels are, in fact, eligible. I attempted to submit the claims again, but the claims were blocked on the computer. Under the terms of this settlement, a claimant must submit all claims within six months of payment on his/her first claim. Since we were paid more than 6 months ago the claims are blocked.

  I contact Holden Bryant of Brown Greer, who is my attorney contact person. He investigated the matter and responded that he could not provide relief because of the 6 month rule. His contact information is (804) 482-1991.

  I am attempting to determine why these two parcels were initially deemed to be ineligible, and when their status changed to eligible. To that end, do I need to issue a subpoena to the Claims Administrator, to obtain the records? If there is an informal way to do this, I would rather do it that


EXHIBIT 2

**KEVIN C. SCHOENBERGER**

way.

    Any guidance you can provide would be greatly appreciated.

                      Very truly yours,

                      Kevin Schoenberger

KS
encls.