

Kevin Schoenberger <kcschoenberger@gmail.com>

## wetlands claimants
1 message

**Kevin Schoenberger** <kcschoenberger@gmail.com>        Thu, Jul 17, 2014 at 11:10 AM
To: mromaguera@dhecc.com

Good morning Maclain,

Here is the information concerning the claimants and the tax parcels in question. All properties are located in Plaquemines parish.

Parcels 1460300 and 1610194:



Claimant # 100063641;
        # 100063663
        # 100064975
        #100066161

Parcels 1264500; 1263950 and 1265100:



Claimant # 100105340;
        # 100145547;
        # 100145053;
        # 100114271;
        # 100146704;
        # 100104796
        # 100146436

Parcel 1263550;



Kevin Schoenberger
(504) 525-1143



EXHIBIT 3