Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE# TAX NOTICE
302 MAIN STREET                                                      WARD 1
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 60      LESS HOMESTEAD: 0       TAXABLE: 60

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 1460300
MARSH, FRESWA-60-12
===PROPERTY DESCRIPTION===
AN UND 1/4 INT INTO: SEC 19 T23S R33E (46
.88 AC).

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 0.07 |
| 05.32M HOSPITAL DISTRICT | $ 0.32 |
| 15.15M PARISH GOVERNMEN | $ 0.91 |
| 24.41M SCHOOL BOARD | $ 1.46 |
| 16.45M SHERIFF'S OFFICE | $ 0.98 |

3.61

TOTAL DUE   $ 3.74

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

EXHIBIT 4