DELINQUENT NOTICE TAX YEAR 2011

P. QUEMINES PARISH SHERIFF'S OFFICE
302 MAIN ST.
BELLE CHASSE, LA. 70037



TAX NOTICE #: 1610194
3RD NOTICE OF TAXES DUE
TO AVOID AN ADVERTISEMENT FEE OF $25.00, PAY BEFORE MAY 14, 2012

TOTAL TAXES DUE: $29.39

PARCEL NUMBER: 1610194

| CLASS | VALUE | HOMESTEAD | UNITS |
|---|---|---|---|
| MARSH, SALT | 360 | 0 | 120 |
| TOTAL VALUE | 360 | | |
| HOMESTEAD | 0 | | |
| LTC VALUE CHANGE | 0 | | |
| LTC HOMESTEAD CHANGE | 0 | | |
| TAXABLE | 360 | | |

===PROPERTY DESCRIPTION===
AN UND 1/6 INT INTO: NW/4, S/2 OF NW/4 OF SE/4 OF SEC 1, ENTIRE SEC 2, ENTIRE SEC 3 & NW/4 OF OF SEC 12. ALL IN T18S R16E, OF SE LAND DISTRICT, E OF MISS RIVER.



EXHIBIT 5