UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Wetlands Claimants<br>Identification Nos. 100063663,<br>100063641, 100064975 and<br>100066161 | CASE NO. 10-MD-2179;<br>12-970 |
| Claimants | |

**CERTIFICATE PURSUANT TO SECTION 18.2 OF THE**
**BP ECONOMIC LOSS SETTLEMENT AGREEMENT**

I, Kevin C. Schoenberger, attorney for the claimants, certify that on March 20, 2015 I spoke to attorney Bryan Reuter of the law firm of Stanley, Reuter, Ross, Thornton & Alford, attorneys for the Claims Administrator, who indicated that, while he cannot agree to the relief sought herein, he has no objection to the filing of this Motion. I also corresponded with Don Haycraft of Liskow & Lewis, and Richard C. Godfrey of Kirkland & Ellis, counsel for BP. No response from them has been received at the time of filing.

/s/ Kevin C. Schoenberger
**KEVIN C. SCHOENBERGER**