UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Wetlands Claimants Identification Nos. 100063663, 100063641, 100064975 and 100066161 | CASE NO. 10-MD-2179; 12-970 |
| Claimants | |

## REQUEST FOR ORAL ARGUMENT

Movants hereby request oral argument on their Motion, pursuant to Local Rule 78.1.


*/s/ Kevin C. Schoenberger*
**KEVIN C. SCHOENBERGER**