UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Wetlands Claimants<br>Identification Nos. 100063663,<br>100063641, 100064975 and<br>100066161<br><br>Claimants | CASE NO. 10-MD-2179;<br>12-970 |

## O R D E R

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that Claimant Identification Nos. 100063663, 100063641, 100064975 and 100066161 are authorized to submit wetlands claims for damages in the BP Economic Loss Settlement Agreement for Tax Parcels 1460300 and 1610194, Plaquemines Parish, Louisiana.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
**HON. CARL BARBIER**
**UNITED STATES DISTRICT JUDGE**