# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) CONSOLIDATED UNDER MDL ) DOCKET NO. 2179 ) |
| | ) |
| *Vision Bank v. 145 LLC, et.al.,* No. 2:11-cv-00912-CJB-SS | ) ) |
| | ) |
| *Fran Hopkins v. BP, PLC, et.al.,* No. 2:10-cv-02653-CJB-SS | ) ) |
| | ) |
| *Sea Eagles Fisheries, Inc., et al., v. BP, PLC, et.al.,* No. 2:10-cv-02661-CJB-SS | ) ) ) |
| | ) |
| *Ronnie Daniels v. Cameron International Corporation, et.al.,* No. 2:10-cv-02679-CJB-SS | ) ) ) |
| | ) |
| *Stacey Van Duyn v. Cameron International Corporation, et.al.,* No. 2:10-cv-02680-CJB-SS | ) ) ) |
| | ) |
| *Carden Simcox v. BP America, Inc., et.al.,* No. 2:10-cv-02999-CJB-SS | ) ) |
| | ) |
| *Peter J. Barber v. BP, PLC, et.al.,* No. 2:10-cv-03249-CJB-SS | ) ) |
| | ) |
| *Papa Rod, Inc., et al v. BP, PLC, et.al.,* No. 2:10-cv-03250-CJB-SS | ) ) |
| | ) |
| *James Ferguson v. BP, PLC, et.al.,* No. 2:10-cv-03251-CJB-SS | ) ) |
| | ) |
| *Alan F. Ford v. BP, PLC, et.al.,* No. 2:10-cv-03252-CJB-SS | ) ) |
| | ) |
| *Sarah Moore et al., v. BP, PLC, et.al.,* No. 2:10-cv-03253-CJB-SS | ) ) |
| | ) |
| *John Crenshaw v. BP, PLC, et.al.,* No. 2:10-cv-03255-CJB-SS | ) ) ) |

*Bradley Shivers et al., v. BP, PLC, et.al.,*                )
No. 2:10-cv-03261-CJB-SS                                     )
                                                            )
*Mobile Fixture & Equipment Company, Inc. v.*               )
*BP, PLC, et.al.,*                                           )
No. 2:10-cv-03262-CJB-SS                                     )
                                                            )
*Kimberly Nguyen v. BP, PLC, et.al.,*                       )
No. 2:10-cv-03269-CJB-SS                                     )
                                                            )
*Bobby Wilson v. BP, PLC, et.al.,*                          )
No. 2:10-cv-03272-CJB-SS                                     )
                                                            )
*Jacob R. Shemper v. BP, PLC, et.al.,*                      )
No. 2:10-cv-03274-CJB-SS                                     )
                                                            )
*Alabama State v. Transocean, Ltd et.al.,*                  )
No. 2:10-cv-04183-CJB-SS                                     )
                                                            )
*Obie F. Carlisle v. BP, PLC, et.al.,*                      )
No. 2:10-cv-04188-CJB-SS                                     )
                                                            )
*Worldwide Interiors, LLC v. BP, PLC, et.al.,*              )
No. 2:10-cv-04191-CJB-SS                                     )
                                                            )
*Fish Market Restaurant, Inc v. BP, PLC, et.al.,*           )
No. 2:10-cv-04192-CJB-SS                                     )
                                                            )
*Robyn Hill v. BP, PLC, et.al.,*                            )
No. 2:10-cv-04193-CJB-SS                                     )
                                                            )
*Paul Monroe et al v. BP, PLC, et.al.,*                     )
No. 2:10-cv-04194-CJB-SS                                     )
                                                            )
*Daniel Hudley v. BP, PLC, et.al.,*                         )
No. 2:10-cv-04200-CJB-SS                                     )

## <u>ORDER</u>

Upon consideration of Defendant Anadarko Petroleum Corporation's Motion for Withdrawal of Counsel, the Motion is hereby GRANTED.

The Court orders that (1) Joel M. Kuehnert, Sid J. Trant, R. Thomas Warburton, Jack L. Wilson, W. Wayne Drinkwater, and Jonathan D. Rose, and the law firm of Bradley Arant Boult

Cummings LLP, are withdrawn as attorneys of record for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP, and the clerk will remove said counsel and law firm from the cases referenced in the motion, and (2) James J. Dragna and Ky E. Kirby and the law firm of Morgan Lewis & Bockius LLP are substituted as counsel of record, to the extent they are not already listed as counsel of record, for Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP in the cases referenced in the motion.

      SO ORDERED

New Orleans, Louisiana this 25th day of March, 2015.

_____
United States District Judge