UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" SHORT-FORM JOINDERS | * * | NO.: 2:10-md-02179-CJB-SS SECTION: "J" |
| This Document Applies to | * | JUDGE BARBIER |
| No. 2: 10-cv-08888-CJB-SS (Short Form No. 131242 | * | MAG. JUDGE SHUSHAN |

---

### ORDER

---

Considering the foregoing Motion to Withdraw as Attorney of Record;

IT IS HEREBY ORDERED that the name of **MATTHEW F. BLOCK**, on behalf of **BLOCK LAW FIRM, APLC**, be withdrawn as the attorney of record for **MKC SERVICES, LLC.**

Because companies, LLCs, corporations, and other juridical entities may not proceed *pro se* (i.e., they must be represented by an attorney), MKC Services, LLC eventually will have to enroll new counsel of record or its case may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 25th day of March, 2015.

_____
United States District Judge