**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888, [Rec. Doc. 129138]; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of The Dugan Law Firm, APLC is hereby **GRANTED** and The Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for Plaintiff Eddie Teal, Sr. in the above captioned case.

Signed in  New Orleans, Louisiana this 25th day of March, 2015.

_____
United States District Judge