## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN STONE and SARA STONE** | **CIVIL ACTION** |
| | **NO. 13-6011 -CJB-SS** |
| **VERSUS** | Also applies to: *10-3168-CJB-SS* |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this  25th  day of _____March_____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**