UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     "DEEPWATER HORIZON" in the     GULF OF MEXICO, on     APRIL 20, 2010 | *  *  *  *  * | MDL NO. 2179    SECTION J    JUDGE BARBIER |
| **THIS DOCUMENT APPLIES TO:**  No. 12-311, Cameron Int'l Corp. v.  Liberty Ins. Underwriters, Inc., a/k/a  Liberty Int'l Underwriters | *  *  *  * | MAG. JUDGE SUSHAN |

### SECOND JOINT SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Pursuant to the Order entered by the United States Court of Appeals for the Fifth Circuit, Cameron International Corporation and Liberty Insurance Underwriters, Inc. submit this Second Joint Supplemental Designation of Record on Appeal and request that the items listed below be included in the record for this appeal

| Date | Rec. Doc. | Document Title |
|---|---|---|
| 02/18/11 | 1320 | THIRD PARTY COMPLAINT *Rule 14(c) of Petitioner* against Airborne Support Inc, Airborne Support International Inc, DRC Emergency Services, LLC, Dynamic Aviation Group Inc, International Air Response Inc, Lane Aviation, Lyden Inc, Marine Spill Response Corporation, National Response Corporation, O'Brien Response Management Inc, Tiger Safety, LLC, BP Exploration & Production Inc., BP America Production Company, Halliburton Energy Services, Inc., M-I, LLC, Cameron International Corporation f/k/a Cooper Cameron Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Company, Ltd., BP, Weatherford International, Weatherford U.S., Dril-Quip Inc, Nalco Company, UNITED STATES OF AMERICA filed by Petitioners Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (Attachments: # 1 Exhibit, # 2 Exhibit) (Reference: 2:10-cv-02771)(Miller, Kerry) Modified text on 2/22/2011 (sek, ). (Entered: 02/18/2011) |
| 04/20/11 | 2065 | THIRD PARTY COMPLAINT against Cameron International Corporation filed by Defendant BP Exploration & Production Inc. (Reference: 2:10-cv-04536)(Haycraft, Don) Modified on 4/21/2011 (blg). (Entered: 04/20/2011) |

| | | |
|---|---|---|
| 04/20/11 | 2068 | CROSSCLAIM/COUNTERCLAIM against BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., M-I, LLC, Cameron International Corporation f/k/a Cooper Cameron Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, Mitsui Oil Exploration Company, Ltd. (a/k/a MOECO), Weatherford International, Inc., Weatherford U.S.L.P., Dril-Quip, Inc., the United States of America, Marine Spill Response Corporation, Airborne Support, Inc., Airborne Support International, Inc., Lynden, Inc., Lynden Air Cargo LLC, Dynamic Aviation Group, Inc., International Air Response, Inc., Lane Aviation, National Response Corporation, OBrien Response Management, Inc., The Modern Group, Ltd., DRC Emergency Services, LLC, and Nalco Company filed by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (Reference: 10-2771)(Miller, Kerry) Modified on 4/21/2011 (blg). (Entered: 04/20/2011) |
| 11/03/11 | 4477 | MOTION for Partial Summary Judgment against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnify and Hold Transocean Harmless Against Pollution Claims by Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/ Uncontested Facts, # 3 Proposed Order, # 4 Notice of Manual Attachment Sealed Appendix (A, B, C), # 5 Notice of Manual Attachment Appendix A (A-3, A-15, A-27, A-29, A-45), # 6 Affidavit of Tim Keller, # 7 Affidavit of Stacey Earley, # 8 Affidavit of Stephany Legrand, # 9 Exhibit A1-A2, # 10 Exhibit A4-A5, # 11 Exhibit A16, A26, # 12 Exhibit A28, # 13 Exhibit A33, # 14 Exhibit A34, # 15 Exhibit A35, # 16 Exhibit A36, # 17 Exhibit A37-A39, # 18 Exhibit A44, # 19 Exhibit B1-B6, # 20 Exhibit B7-B16, # 21 Exhibit B17-B30, # 22 Exhibit B31, # 23 Exhibit B33-B40, # 24 Exhibit B41-B60, # 25 Exhibit B61-B75, # 26 Exhibit B77-B81, # 27 Exhibit B84-B85, # 28 Exhibit B87, # 29 Exhibit B89-B90, # 30 Exhibit B92-B95, # 31 Exhibit B97, # 32 Exhibit B99-B109, # 33 Exhibit B111-B112, # 34 Exhibit C3, C5, C11, C12, # 35 Exhibit D1, # 36 Exhibit D2, # 37  Exhibit D3-D6, # 38 Exhibit D7-D14, # 39 Exhibit D15-D16, # 40 Exhibit D17, # 41 Exhibit D18-D23, # 42 Exhibit D24, # 43 Exhibit D25-D30, # 44 Exhibit D31, # 45 Exhibit D32, # 46 Exhibit D33-D35, # 47 Exhibit D36-D40, # 48 Exhibit D41-45, # 49 Exhibit D46-49, # 50 Exhibit D50, # 51 Exhibit D51-D56, # 52 Exhibit D57-D59, # 53 Exhibit D60, # 54 Exhibit D61, # 55 Exhibit D62-D68, # 56 Exhibit D69-D71, # 57 Exhibit D72, # 58 Exhibit D73-D76, # 59 Exhibit D77-D78, # 60 Exhibit D79-D81, # 61 Exhibit D82, # 62 Exhibit D83-D86, # 63 Exhibit D87-D89, # 64 Exhibit D90, # 65 Exhibit D91, # 66 Exhibit D92) (Reference: ALL CASES, 10-2771, 10-4536)(blg) (Additional attachment(s) added on 11/4/2011: # 67 SEALED - A6, # 68 SEALED - A7, # 69 SEALED - A8, # 70 SEALED - A9, # 71 SEALED - A10, # 72 |

| | | SEALED - A11, # 73 SEALED - A12, # 74 SEALED - A13 (part 1), # 75 SEALED - A13 (part 2), # 76 SEALED - A13 (part 3), # 77 SEALED - A14 (part 1), # 78 SEALED - A14 (part 2), # 79 SEALED - A14 (part 3), # 80 SEALED - A14 (part 4), # 81 SEALED - A14 (part 5), # 82 SEALED - A14 (part 6), # 83 SEALED - A17 (part 1), # 84 SEALED - A17 (part 2), # 85 SEALED - A18 (part 1), # 86 SEALED - A18 (part 2), # 87 SEALED - A18 (part 3), # 88 SEALED - A18 (part 4), # 89 SEALED - A18 (part 5), # 90 SEALED - A18 (part 6), # 91 SEALED - A18 (part 7), # 92 SEALED - A18 (part 8), # 93 SEALED - A19 (part 1), # 94 SEALED - A19 (part 2), # 95 SEALED - A19 (part 3), # 96 SEALED - A19 (part 4), # 97 SEALED - A20 (part 1), # 98 SEALED - A20 (part 2), # 99 SEALED - A20 (part 3), # 100 SEALED - A21 (part 2), # 101 SEALED - A21 (part 3), # 102 SEALED - A21 (part 4), # 103 SEALED - A21 (part 5), # 104 SEALED - A21 (part 6), # 105 SEALED - A21 (part 7), # 106 SEALED - A22 (part 1), # 107 SEALED - A22 (part 2), # 108 SEALED - A22 (part 3), # 109 SEALED - A22 (part 4), # 110 SEALED - A22 (part 5), # 111 SEALED - A22 (part 6), # 112 SEALED - A22 (part 7), # 113 SEALED - A22 (part 8), # 114 SEALED - A22 (part 9), # 115 SEALED - A22 (part 10), # 116 SEALED - A22 (part 11), # 117 SEALED - A22 (part 12), # 118 SEALED - A22 (part 13), # 119 SEALED - A22 (part 14), # 120 SEALED - A22 (part 15), # 121 SEALED - A22 (part 16), # 122 SEALED - A22 (part 17), # 123 SEALED - A22 (part 18), # 124 SEALED - A22 (part 19), # 125 SEALED - A22 (part 20), # 126 SEALED - A22 (part 21), # 127 SEALED - A22 (part 22), # 128 SEALED - A22 (part 23), # 129 SEALED - A22 (part 24), # 130 SEALED - A22 (part 25), # 131 SEALED - A22 (part 26), # 132 SEALED - A22 (part 27), # 133 SEALED - A22 (part 28), # 134 SEALED - A22 (part 29), # 135 SEALED - A22 (part 30), # 136 SEALED - A22 (part 31), # 137 SEALED - A22 (part 32), # 138 SEALED - A22 (part 33), # 139 SEALED - A22 (part 34), # 140 SEALED - A22 (part 35), # 141 SEALED - A22 (part 36), # 142 SEALED - A22 (part 37), # 143 SEALED - A22 (part 38), # 144 SEALED - A23, # 145 SEALED - A24 (part 1), # 146 SEALED - A24 (part 2), # 147 SEALED - A25) (blg). (Additional attachment(s) added on 11/4/2011: # 148 SEALED - A30 (part 1), # 149SEALED - A30 (part 2), # 150 SEALED - A30 (part 3), # 151 SEALED - A30 (part 4), # 152 SEALED - A31, # 153 SEALED - A32, # 154 SEALED - A40, # 155 SEALED - A41 (part 1), # 156 SEALED - A41 (part 2), # 157 SEALED - A43, # 158 SEALED - A46, # 159 SEALED - B32, # 160 SEALED - B76, # 161 SEALED - B82, # 162 SEALED - B83, # 163 SEALED - B86, # 164 SEALED - B88, # 165 SEALED - B91, # 166 SEALED - B96, # 167 SEALED - B98, # 168 SEALED - B110, # 169 SEALED - C1, # 170 SEALED - C2, # 171 SEALED - C4, # 172 SEALED - C6, # 173 SEALED - C7, # 175 SEALED - C8, # 176 SEALED - C9, # 177 SEALED - C10) (blg). Modified on 11/4/2011 - Sealed Exhibits added, pursuant to 4478 Order. |

| | | |
|---|---|---|
| | | (blg). (Entered: 11/04/2011) |
| 11/08/11 | 4524 | **DOCUMENT WITHDRAWN PURSUANT TO ORDER 4941 ** MOTION for Summary Judgment *Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnify and Defend Cameron* by Defendant Cameron International Corporation. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/ Uncontested Facts, # 3 Appendix A, # 4 Appendix B, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12)(Reference: All Cases and 10-2771)(Wittmann, Phillip) Modified on 11/9/2011 (blg). Modified on 12/16/2011 (gec, ). (Entered: 11/08/2011) |
| 11/30/11 | 4778 | RESPONSE/MEMORANDUM in Opposition filed by Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. re 4524 MOTION for Summary Judgment Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnify and Defend Cameron. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: All cases and 10-2771)(Miller, Kerry) Modified on 12/1/2011 (blg). Modified on 12/13/2011 (blg). (Entered: 11/30/2011) |
| 12/07/11 | 4828 | RESPONSE/MEMORANDUM in Opposition filed by Defendants BP p.l.c., BP Exploration & Production Inc., and BP America Production Company re 4524 MOTION for Summary Judgment Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnify and Defend Cameron. (Attachments: # 1 Exhibit 1)(Reference: All Cases)(Haycraft, Don) Modified on 12/8/2011 (blg). (Entered: 12/07/2011) |
| 12/12/11 | 4865 | REPLY to Response to Motion by Defendant Cameron International Corporation re 4524 Motion for Summary Judgment Confirming Indemnity Obligations of Transocean. (to address 4778 Transocean's Opposition) (Reference: All Cases and 10-2771)(Wittmann, Phillip) Modified on 12/13/2011 (blg). (Entered: 12/12/2011) |
| 12/16/11 | 4941 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 12/16/2011. ORDERED GRANTED: Motions for Leave to File Short Form Joinders after Monition Date 4465 , 4542 . ORDERED that Cameron's 4524 MOTION for Summary Judgment Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnify and Defend Cameron be WITHDRAWN WITHOUT PREJUDICE to Cameron's right to reassert its Motion. Transocean's 4477 Motion for Partial Summary Judgment against BP to Enforce BP's Contractual Obligations and BP's 4827 Cross-Motion for Summary Judgment against Transocean were taken UNDER ADVISEMENT. The next status conference will be held January 20,2012 at 9:30 AM. (Court Reporter Cathy Pepper.) (Reference: All Cases) (gec, ) (Entered: 12/16/2011) |

| 01/26/12 | 5446 | ORDER AND REASONS granting in part, denying in part 4477 Transocean's MOTION for Partial Summary Judgment, and 4827 BP's Cross-MOTION for Partial Summary Judgment. Signed by Judge Carl Barbier on 1/26/2012. (Reference: 10-2771, 10-4536, ALL CASES)(blg) (Entered: 01/26/2012) |
|---|---|---|

Respectfully submitted,

*/s/ Christopher W. Martin*
Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Robert G. Dees, PRO HAC VICE
Federal I.D. 13899
MARTIN, DISIERE, JEFFERSON
& WISDOM, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)


*/s/ Judy Y. Barrasso*
Judy Y. Barrasso
Federal I.D. 2814
Celeste Coco-Ewing,
Federal I.D. 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504-589-9700 (Telephone)
504-589-9701 (Facsimile)

*Attorneys for Liberty Insurance Underwriters, Inc.*

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
Camelite M. Bertaut, 3054
cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
212-728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Second Joint Supplemental Designation of Record on Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of March, 2015.

                                                  */s/     Judy Y. Barrasso*