UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>       (Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## *EX PARTE* MOTION FOR INTERIM REIMBURSEMENT OF SHARED EXPENSES

**NOW INTO COURT**, through Co-Liaison Counsel, come attorneys who have contributed funds for the common benefit of Plaintiffs in accordance with Pre-Trial Order No. 9, and respectfully request an Order approving an interim and interlocutory reimbursement and payment of shared expenses, for the reasons that follow:

I.

Pursuant to Section 5.16 of and Exhibit 27 to the Economic and Property Damages Class Action Settlement, a Common Benefit Fee and Cost Fund has been established for the payment of common benefit attorneys' fees and costs to Economic Class Counsel and the other Common Benefit Attorneys who have submitted time and costs in compliance with Pre-Trial Order No. 9, subject to approval and order of the Court.[1]

---

[1] *See also* Exhibit 19 to the MEDICAL BENEFITS SETTLEMENT AGREEMENT.

II.

Since the Court's Order of August 29, 2014 [Doc 13342], Liaison Counsel and the PSC have contributed a total of $1,800,000.00 to be used for the common benefit of Plaintiffs in MDL No. 2179 under the procedures set forth in Pre-Trial Order No. 9, Sections I(4), III(1)(a) and IV.[2]

III.

In addition, Common Benefit Attorneys have incurred outstanding expenses for the common benefit of the Economic & Property Damages Class, some Economic and Medical Classmembers, and other Plaintiffs in MDL No. 2179, in accordance with Pre-Trial Order No. 9.[3]

**WHEREFORE** Plaintiffs respectfully request an Order from the Court authorizing and directing Mr. Garrett to **(i)** reimburse shared expenses to Common Benefit Attorneys, and **(ii)** pay the agreed-upon outstanding invoices for shared costs to WorldWide Court Reporters out of the Common Benefit Fee and Cost Fund, in full and final satisfaction of Plaintiffs and Claimants-in-Limitation's obligation for expenses associated with depositions, videography, evidence management, trial attendance, and other services by WorldWide and is associated vendors and/or sub-contractors.

This 26th day of March, 2015.

---

[2] *See* LETTER FROM PHILIP A. GARRETT, CPA TO THE COURT (March 20, 2015) (Exhibit "A"); DECLARATION OF STEPHEN J. HERMAN (March 26, 2015) (Exhibit "B"); *and,* ASSESSMENTS (attached as Exhibit "C").

[3] *See* GARRETT LETTER; HERMAN DECLARATION ¶¶ 6-7; E-MAIL EXCHANGE BETWEEN LIAISON COUNSEL AND KYM FONTANA (March 2015) (Exhibit "D").

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman |    /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue |    **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax. No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 26th day of March, 2015.

   /s/ Stephen J. Herman and James Parkerson Roy