**Philip A. Garrett, CPA**
**156 Bald Eagle Drive**
**Abita Springs, LA  70420**
**985-635-1500**
**pgarrett@garrettco.com**

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.  Room C256
New Orleans, Louisiana 70130

March 20, 2015

Dear Judge Barbier,

    I have been requested by the PSC to ask for an interim interlocutory distribution from the Common Benefit Fee Qualified Settlement Fund.

    Previously you authorized that the original cash assessments be refunded to all common benefit attorneys which was completed except for $40,000.00 which is awaiting wiring information from certain members.

    Previous orders for such distributions were:

| Amount | Date |
| --- | --- |
| $1,950,000.00 | 4/24/2013 |
| $1,800,000.00 | 7/8/2013 |
| $1,800,000.00 | 11/5/2013 |
| $1,800,000.00 | 4/1/2014 |
| $1,800,000.00 | 8/29/2014 |

    At this point the PSC needs additional operating funds of $1,800,000.00 and needs to pay off one vendor (Worldwide Court Reporters) for $685,022.05

    Please approve the disbursement of $2,485,022.05 from the Common Benefit Fee Qualified Settlement Fund   to the Shared Litigation Expense Account. The QSF currently has a balance of $225,442,937.02 and an additional fund of $25,754,747.83 is held by the Clerk of Court.

    If you have any questions please do not hesitate to contact us.

Sincerely,

Philip A. Garrett, CPA

cc: Mr. Steve Herman
cc: Mr. Jim Roy

Exhibit A