UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## DECLARATION OF STEPHEN J. HERMAN

I, Stephen J. Herman, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am licensed to practice law in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the U.S. Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

2. James Parkerson Roy and I were appointed Interim Co-Liaison Counsel for the plaintiffs in the consolidated cases that were pending in Section J of the Eastern District of Louisiana on or around June 4, 2010.  We were appointed Plaintiffs Co-Liaison Counsel in MDL No. 2179 on or around August 27, 2010.  We were also appointed Interim Co-Class Counsel on or around March 5, 2012, and Co-Lead Class Counsel on or around May 2, 2012.

3. I have reviewed the Letter of Philip A. Garrett, C.P.A., to the Court, dated March 20, 2015, and the list of Assessments identified as Exhibit "C".

4. To the best of my knowledge, information and belief, Exhibit C accurately reflects the shared cost contributions (or "assessments") made by Co-Liaison Counsel, the Plaintiffs Steering Committee, and other attorneys performing common benefit services in accordance with Pre-Trial Order No. 9 (collectively referred to as "Common Benefit Attorneys"), since the Court's Order of August 29, 2014 [Doc 13342].

5. These shared cost contributions were incurred for the common benefit of Plaintiffs in MDL No. 2179 (including members of the Economic and Medical Benefits Settlement Classes) under the procedures set forth in Pre-Trial Order No. 9, Section I(4), Section III(1)(a) and Section IV.

6. In addition, Co-Liaison Counsel have, for several months, been in discussions with Counsel for All Parties, Kym Fontana of WorldWide Court Reporters, and, at times, Judge Shushan, to attempt to come to a fair and appropriate resolution regarding outstanding invoices associated with depositions, videography, the preparation and submission of deposition bundles, and other trial preparation, evidence management, and attendance at trial, particularly the Phase Two segment of the Limitation and Liability Trial.

7. A final resolution of this issue, (at least as far as the Plaintiffs and Claimants-in-Limitation are concerned), has been reached, as evidenced by the March 2015 e-mail exchange with Mr. Fontana, identified as Exhibit "D".

Signed, under penalty of perjury, this 26th day of March, 2015, in New Orleans, Louisiana.

_____
Stephen J. Herman