# Steve Herman

| | |
|---|---|
| **From:** | Kym Fontana <kymfontana@aol.com> |
| **Sent:** | Monday, March 16, 2015 10:57 AM |
| **To:** | Steve Herman |
| **Subject:** | Re: BP Oil - WorldWide / InData Invoices |

Steve:  I have confirmed and agree that the sum invoiced to the PSC of $685,022.05 does indeed cover all currently outstanding charges to Worldwide (and/or InData and/or any additional sub-contractors or videographers) for any and all deposition transcripts, videography, deposition bundle creation, trial preparation, and/or trial attendance, evidence management, and/or presentation.

I wish to thank you, Regina and Brian for your help.

Sent from Kym's iPhone5

On Mar 13, 2015, at 2:35 PM, Steve Herman <SHERMAN@hhklawfirm.com> wrote:

> Dear Kym,
>
> As you know, we do not believe (as only one of three Aligned Parties with respect to the Source Control segment only) that we should have been billed half of the expenses relating to the Phase Two discovery, deposition bundle process, and trial.  (We understand and acknowledge that some, but not all, of these invoiced expenses were ultimately paid by the United States.)  We have also had numerous questions about the precise nature of specific services and/or reasonableness of charges for which we have been billed from time to time.
>
> Nevertheless, in order to try to bring this matter to a close:
>
> We believe, based on the current set of invoices that you have provided, that there is a current outstanding balance for which the PSC has been billed a total of $685,022.05.   If you can confirm that payment by the PSC in that amount will cover all currently outstanding charges to WorldWide (and/or InData and/or any additional sub-contractors or videographers) for any and all deposition transcripts, videography, deposition bundle creation, trial preparation, and/or trial attendance, evidence management, and/or presentation, we will submit to the Court a Motion to have you paid such amount as a Shared MDL Expense.  But we want a receipt, in writing, that you and anyone that you have hired or sub-contracted or arranged or otherwise billed for has been paid in full for any deposition, video and/or trial-related services and expenses.
>
> Please let us know.
>
> In the meantime, we appreciate your patience.

1

Thanks, and best wishes, - Steve


Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

Visit: www.thetruthaboutthebpsettlement.com

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```