UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## ORDER

**CONSIDERING** the *Ex Parte* Motion for Interim Reimbursement of Shared Expenses, together with the Letter of Phil Garrett dated March 20, 2015, and the Declaration of Stephen J. Herman, as well as the Economic and Property Damages Class Settlement Agreement, Pre-Trial Order No. 9, and the record in this multi-district litigation proceeding:

**IT IS ORDERED** that Philip A. Garrett, C.P.A., be and is hereby authorized and directed to arrange for the interim and interlocutory payment of shared cost reimbursements from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement: **(i)** to the Common Benefit Attorneys and in the amounts reflected in Exhibit C; and **(ii)** to WorldWide Court Reporters in the amount of $685,022.05, in full and final satisfaction of Plaintiffs and Claimants-in-Limitation's obligation for expenses associated with depositions, videography, evidence management, trial attendance, and other services by WorldWide and is associated vendors and/or sub-contractors.

**SIGNED** at New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Hon. Carl J. Barbier