UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> Section "J" |
| This Document Applies to: | Judge Barbier |
| No. 12-970, Bon Secour Fisheries., et al. v. BP Exploration & Production Inc., et al. | Magistrate Judge Shushan |

_____

## JONATHN B. ANDRY'S NOTICE OF APPEAL

Pursuant to the Federal Rules of Appellate Procedures 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Jonathan B. Andry appeals to the United States Court of Appeals or the Fifth Circuit from the final ORDER [concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions] entered in this action of February 26, 2015 [Doc. 14221].

                Respectfully submitted,

By:    ***/s/ Jonathan B. Andry***_____
       Jonathan B. Andry (# 20081)
       jandry@andrylawgroup.com
       610 Baronne Street
       New Orleans, Louisiana 70113
       Telephone: (504) 525-5535
       Fax: (504) 586-8933

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of appeal has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 27th day of March, 2015.

/s/ *Jonathan B. Andry*
Jonathan B. Andry (# 20081)