UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, March 26, 2015]

1. **Bisso Discovery**.

   The parties are working to resolve issues with Bisso's document production.  They are also working to narrow the issues concerning interrogatories and requests for production of documents.

   Plaintiffs reported that there was a significant change in Bisso's operations in 2007, so the records available after 2007 are markedly different than before 2007.   In addition, Bisso lost records in 2005 in Katrina.

2. **BPXP Document Production**.

   The parties are working on resolving any issues with the document production.

3. **BPXP Depositions**.

   The parties are working on a common Rule 30(b)(6) notice for BPXP.

---

[1] The OPA Causation Test Cases are:

> Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
> Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
> Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
> Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
> Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
> Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
> Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Other Plaintiffs' Production**.

Plaintiffs report that the procedures developed and lessons learned in the Bisso production will be applied to the production from the other plaintiffs.

5. **U.S. Document Production**.

BPXP reports that everything it received from the U.S. was produced to plaintiffs. BPXP will confirm that the production by the U.S. is complete.

6. **Next Conference**.

The next conference will be **Thursday, April 9, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 27th day of March, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**