UNITED STATES DISTRICT COURT
For the
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re: Subpoenas Issued to Non-Party
Polaris Applied Sciences, Inc. (a Washington State Corporation)

In re Oil Spill by the Oil Rig
   DEEPWATER HORIZON in the
   Gulf of Mexico on April 20, 2010

APPLIES TO 2:10-cv-4182, 2:10-cv-4183,
   2:13-cv-2645, 2:13-cv-2646,
   2:13-cv-2647, and 2:13-cv-2813

Misc. Case No.: 15-MS-008 RSL

Related to MDL NO.10-md-2179
Pending in U.S. District Court for the
Eastern District of Louisiana

[PROPOSED] ORDER

AND NOW, upon consideration of the Motion of Non-party Polaris Applied Sciences, Inc. to Quash the Subpoenas issued by the State of Alabama on December 23, 2014, for deposition testimony and documents, and any response thereto,

**IT IS HEREBY ORDERED** as follows:

1. That the Motion is granted.

2. The Subpoenas are quashed.

[PROPOSED ORDER)
*In Re Polaris Applied Sciences, Inc.*
*Motion to Quash Alabama Subpoenas*
Page **1** of **2**

3. Polaris shall be awarded reasonable attorneys' fees and costs for having to bring the Motion to Quash in response to the State of Alabama's defective subpoenas.

4. In the alternative, should the Court deem to modify rather than quash the subpoenas, that Polaris' cost of compliance shall be fully compensated.

**DATED** this _____ day of February, 2015

By_____
The Honorable
District Court Judge