

Motion to Quash Subpoenas Issued by the State of Alabama
Kevin Beauchamp Smith
to:
newcases.seattle
01/23/2015 04:24 PM
Cc:
CMaze, Parker.Miller, "'Douglas, Matthew J.'", "Collier, Paul D.", "'Morriss, Chad'"
Please respond to kbeaus
Show Details

History: This message has been replied to and forwarded.

3 Attachments



01. 23. 15 Polaris Motion to Quash AL Subpoenas pdf.pdf    Declaration of Sheree Neal in Support of Motion to Quash with Exhibits.pdf

PROPOSED ORDER Polaris Motion to Quash.pdf

Dear New Cases United States District Court for the Western District of Washington,

Attached please find for filing a Motion brought by my client Polaris Applied Sciences, Inc., a Washington State Corporation, to Quash Subpoenas issued by the State of Alabama.

For filing are:
    1) The Motion, noted for February 20, 2015;
    2) A Supporting Declaration with Exhibits; and
    3) A proposed Order.

Respectfully submitted,
Kevin Beauchamp Smith
WSBA# 21156
On behalf of
Polaris Applied Sciences, Inc.

Admitted in Washington State, Alaska & U.S. Court of Appeals for the 9th Circuit.
Law Office of Kevin Beauchamp Smith
4714 Ballard Avenue NW, PMB 194
Seattle, WA 98107-4850  USA
Tel. 206-781-1657

Fax: 1-888-435-0145
Mobile: 206-714-4097

This is a Confidential Attorney Client Privileged and/or Work Product Doctrine Protected Communication. It is intended solely for the listed addressees. If you are not a listed addressee, contact the sender immediately at 1-206-781-1657 to arrange destruction or return of this communication. Unauthorized use or and/or distribution of this communication is a violation of, and punishable by, applicable Federal and State law.