UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: 2:10-cv-8888 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.2.11 the law firm of Herman, Herman & Katz, LLC., and its individual attorneys respectfully move this Court for an order allowing them to withdraw as counsel of record for Plaintiff Charles Duhon, (Short Form Joinder No. 55023), and as grounds state:

1. Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff identified as Rec. Doc. 55023.

2. Plaintiff and Counsel have terminated their attorney/client relationship.

3. Plaintiff has been notified by certified mail that Counsel will no longer be representing Plaintiff and of the applicable deadlines and applicable pending court appearances.

4. Plaintiff will remain in the litigation.

5. The present address and telephone number of Plaintiff is the following: 407 Ruskin Avenue Ocean Springs, MS 39564, and may be reached at (228) 297-8002.

6.     This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firm of Herman, Herman & Katz, LLC., requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

                        S/Soren E. Gisleson
                        SOREN E. GISLESON (La. 26302)
                        Herman, Herman,& Katz
                        820 O'Keefe Avenue
                        New Orleans, LA 70113
                        Tel. (504) 581-4892; Fax (504) 561 6024

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March 2015.

                                              S/Soren E. Gisleson