UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: 2:10-cv-8888 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that the motion is GRANTED. All correspondence, notice, and service to the Plaintiff shall be mailed to: 407 Ruskin Avenue Ocean Springs, MS 39564, and may be reached at (228) 297-8002.

This the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE