UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

............................................................

**UNITED STATES' EX PARTE MOTION TO FILE APPENDIX A TO THE UNITED STATES' PROPOSED FINDINGS OF FACT FOR THE PENALTY PHASE TRIAL UNDER SEAL**

Pursuant to Pre-Trial Order 13, Rec. Doc. 641, the United States respectfully requests leave to file under seal Appendix A to its Proposed Findings of Fact for the Penalty Phase Trial. Appendix A contains information as to which Anadarko has asserted confidentiality pursuant to PTO 13 and, therefore, must be filed under seal.

Respectfully submitted,

| | |
|---|---|
| BENJAMIN C. MIZER | JOHN C. CRUDEN |
| Acting Deputy Assistant Attorney General | Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | PATRICK CASEY |
| SHARON SHUTLER | RICHARD GLADSTEIN |
| MALINDA LAWRENCE | Senior Counsel |
| LAURA MAYBERRY | NANCY FLICKINGER |
| Trial Attorneys | Senior Attorney |
| R. MICHAEL UNDERHILL, T.A | ABIGAIL ANDRE |
| Attorney in Charge, West Coast Office | A. NATHANIEL CHAKERES |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |
| | |
| | /s/ Sarah D. Himmelhoch |
| | STEVEN O'ROURKE |
| | Senior Attorney |

        Environmental Enforcement Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone: 202-514-2779
        E-mail: steve.o'rourke@usdoj.gov
        KENNETH A. POLITE, JR.
        United States Attorney
        Eastern District of Louisiana
        SHARON D. SMITH
        Assistant United States Attorney
        Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27 day of March, 2015.

        /s/ Sarah D. Himmelhoch