UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, March 26, 2015]

1. **Alabama's Document Production.**

Alabama's document production was substantially complete except for discrete documents which may be produced after completion and review of privilege logs and supplemental production by some departments of the State.

BPXP's review is turning up some systemic issues. It cited modeling data associated with revenue projections as an example.

Monday, April 13, 2015, is the deadline for the parties to report on the sufficiency of document production. The reports shall be no more than five pages.

Prior to the submission of the April 13 reports, BPXP shall email Alabama descriptions of the issues concerning the sufficiency of the document production on a rolling basis as the issues are identified. The parties shall meet-and-confer on these issues to determine if they can be resolved before April 13, 2015. A telephone conference limited to document production issues prior the April 9, 2015 conference may be requested.

2. **Stipulations**.

Alabama and Anadarko reached a stipulation. It will be presented to the Court for entry.

3. **Defendants' Motion to Compel Alabama**.

  A. State-owned properties in Mobile and Baldwin counties.

Alabama and BPXP reached a tentative agreement, where Alabama will pull the files and BPXP will bear the burden of scanning them.  A sample of five to ten files will be submitted to BPXP so that its vendor can better estimate the cost of the production.

  B. Recurring revenues.

Alabama is pulling the information on hunting and fishing licenses.

4. **BPXP's Production.**

BPXP's production is substantially complete.  There is an issue with a spread sheet concerning response costs.  The parties are working on a solution.

Alabama has an issue with a hard drive with GIS data produced by BPXP.  The parties will confer and schedule a meeting or conference among the tech people.

5. **Confidential Information**.

Alabama and BPXP anticipate a final agreement will be reached by the next telephone conference.

6. **Alabama's Third Party Discovery**.

Alabama seeks discovery from:  (1) Polaris – the parties are close to resolving issue on production; (2) Danos & Curole – production is expected shortly; and (3) CrowderGulf – the parties are working on production.  It did not have anything new to report since the March 12, 2015 conference.

7. **Authenticating Documents**.

On March 12, Alabama raised the question of authenticating documents produced by third parties. The same question is present with the production sought by BPXP from third

2

parties. The Court suggested that the first step was for the parties to identify the documents from the third party production that they may offer at the trial. If the opposing party objects to the authenticity, a Rule 30(b)(6) deposition could be taken to establish authenticity.

On March 26, the parties reported that there were no further discussions on the issue.

8. **BPXP's Third Party Discovery**.

There were no developments since March 12. BPXP is in discussions with the third parties. No depositions are set.

9. **Dr. Keivan Deravi**.

Dr. Deravi is an economics professor with Auburn University. Alabama contends that he should be deposed one time as an expert witness. Because of his work with the State, BPXP contends that he is the most important fact witness in Alabama's claim and should be deposed twice: once as a fact witness; and second time as an expert witness. His deposition has not been noticed. His custodial file has not been produced.

A decision will be deferred until the parties and the Court have a better understanding of the document production issues relating to Dr. Deravi, including his custodial file production.

10. **Next Telephone Conference**.

The next telephone conference is on **Thursday, April 9, 2015, at 11:00 a.m**.

New Orleans, Louisiana, this 30th day of March, 2015.



_____
SALLY SHUSHAN
U.S. Magistrate Judge