UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an Order withdrawing The Dugan Law Firm, APLC ("DLF") as counsel of record for the following Plaintiffs/Claimants listed below:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| Louisiana Connection Network, LLC | 143 Tourist Drive, Gray, LA 70359 | 67023 |
| Grant Daniel, Inc. | 5781 West Park Avenue, Houma, LA 70364 | 63624 |
| Cheryl Jones | 310 Willowdale Drive, Gray, LA 70359 | 68826 |
| Clyde's Jewelers, Inc. | 300 Levert Drive, Thibodaux, LA 70301 | 72231 |
| Samuel Washington | 142 Blessing Court, Gray, LA 70359 | 63882 |
| Warren Harris | P.O. Box 2644, Patterson, LA 70392 | 67151 |
| J.C. Ross | 3000 Jasper Street, Kenner, LA 70065 | 133917 |

| | | |
|---|---|---|
| Warbucks International Seafood, LLC | P.O. Box 678, Raceland, LA 70394 | 71929 |
| Import One of Houma, LLC | 5781 West Park Avenue, Houma, LA 70364 | 63616 |
| Whole Body Health & Wellness | 3742 Highway 1, Raceland, LA 70394 | 64035 |
| Dr. Bryan Dufrene | 3742 Highway 1, Raceland, LA 70394 | 63664 |

In support thereof, Movants would show:

1. The above-named Plaintiffs/Claimants retained DLF to serve as counsel with regards to any and all claims Plaintiffs/Claimants had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or around April 19, 2011, the undersigned filed Short Form Joinders on behalf of Plaintiffs/Claimants.

3. On or around March 27, 2015, Plaintiffs/Claimants were notified by certified mail that DLF would no longer be representing the Plaintiffs/Claimants and of the applicable deadlines and applicable pending Court appearances.

4. Thus, DLF and Plaintiffs/Claimants have terminated their attorney/client relationship and DLF as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiffs/Claimants in this case.

5. This motion is made in good faith and will not prejudice any party.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of The Dugan Law Firm, APLC as counsel of record for Plaintiffs/Claimants in the above-captioned case.

Dated: March 30, 2015						Respectfully submitted,

						By:
							**THE DUGAN LAW FIRM, APLC**

							*s/ David B. Franco*
							David B. Franco (TXBSA# 24072097)
							James R. Dugan, II (LSBA# 24785)
							One Canal Place
							365 Canal Street, Suite 1000
							New Orleans, Louisiana 70130
							Telephone: (504) 648 0180
							Facsimile: (504) 648 0181
							Email: dfranco@dugan-lawfirm.com

							*Counsel for Plaintiffs/Claimants*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiffs/Claimants on this 30th day of March 2015.

                                         *s/ David B. Franco*
                                         David B. Franco, Esq.