UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of The Dugan Law Firm, APLC is hereby **GRANTED** and The Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for the following Plaintiffs/Claimants in the above-captioned case.

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| Louisiana Connection Network, LLC | 143 Tourist Drive, Gray, LA 70359 | 67023 |
| Grant Daniel, Inc. | 5781 West Park Avenue, Houma, LA 70364 | 63624 |
| Cheryl Jones | 310 Willowdale Drive, Gray, LA 70359 | 68826 |
| Clyde's Jewelers, Inc. | 300 Levert Drive, Thibodaux, LA 70301 | 72231 |
| Samuel Washington | 142 Blessing Court, Gray, LA 70359 | 63882 |

| | | |
|---|---|---|
| Warren Harris | P.O. Box 2644, Patterson, LA 70392 | 67151 |
| J.C. Ross | 3000 Jasper Street, Kenner, LA 70065 | 133917 |
| Warbucks International Seafood, LLC | P.O. Box 678, Raceland, LA 70394 | 71929 |
| Import One of Houma, LLC | 5781 West Park Avenue, Houma, LA 70364 | 63616 |
| Whole Body Health & Wellness | 3742 Highway 1, Raceland, LA 70394 | 64035 |
| Dr. Bryan Dufrene | 3742 Highway 1, Raceland, LA 70394 | 63664 |

Signed in New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE