UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF
PAYMENTS MADE TO JONATHAN TAYLOR AND OTHERS

COMES NOW Claims Administrator Patrick Juneau and Special Master Louis J. Freeh, on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), seeking to remedy a fraud committed upon the DHECC by claimant Jonathan Taylor ("Taylor"). As set forth more fully in the accompanying memorandum, Taylor falsely represented to the DHECC that he was the boat captain of the vessel *God's Grace*. Relying on his misrepresentations, the DHECC paid Taylor $71,328 for his shrimp boat captain claim.

The DHECC seeks a judgment requiring Taylor to return all money the DHECC paid for his improper claim and prohibiting Taylor from participating in any further seafood distributions. All professionals who assisted Taylor and benefitted from this unjustified payment also should be required to return any payments they received from Taylor's claim.

                                                    Respectfully submitted,

                                                         /s/ Patrick Juneau
                                                    Patrick Juneau
                                                    Claims Administrator

                                                         /s/ Louis J. Freeh
                                                    Louis J. Freeh
                                                    Special Master

Dated:  March 31, 2015

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 31st day of March, 2015, by electronic mail, on the following:

    Craig S. Coleman
    Faegre, Baker, Daniels LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    *Attorneys for Jonathan Taylor*

    Stephen S. Kreller
    Kreller Law Firm
    757 St. Charles Ave., Suite 301
    New Orleans, LA 70130
    *Attorneys for Jonathan Taylor*

            /s/Louis J. Freeh
            Louis J. Freeh