

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Tax Return Transcript

Request Date: 03-15-2011
Response Date: 03-15-2011
Tracking Number: 100094031350

SSN Provided: ████████
Tax Period Ending: Dec. 31, 2009

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: ████████        SPOUSE SSN: ████████
NAME(S) SHOWN ON RETURN: JONATHAN D TAYLOR & ████████

ADDRESS: ████████

```
FILING STATUS:           Married Filing Joint
FORM NUMBER:                             1040
CYCLE POSTED:                        20101808
RECEIVED DATE:                   Apr.15, 2010
REMITTANCE:                              0.00
EXEMPTION NUMBER:                           3
DEPENDENT 1 NAME CTRL:                   TAYL
DEPENDENT 1 SSN:                      ████████
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:
PREPARER EIN:
```

## Income

```
WAGES, SALARIES, TIPS, ETC:                                          $0.00
TAXABLE INTEREST INCOME: SCH B:                                      $0.00
TAX-EXEMPT INTEREST:                                                 $0.00
ORDINARY DIVIDEND INCOME: SCH B:                                     $0.00
QUALIFIED DIVIDENDS:                                                 $0.00
REFUNDS OF STATE/LOCAL TAXES:                                        $0.00
ALIMONY RECEIVED:                                                    $0.00
BUSINESS INCOME OR LOSS (Schedule C):                           $27,662.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:                    $27,662.00
```

```
CAPITAL GAIN OR LOSS: (Schedule D):                              $0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:                       $0.00
OTHER GAINS OR LOSSES (Form 4797):                               $0.00
TOTAL IRA DISTRIBUTIONS:                                         $0.00
TAXABLE IRA DISTRIBUTIONS:                                       $0.00
TOTAL PENSIONS AND ANNUITIES:                                    $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                  $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                    $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:       $0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                           $0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                           $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                     $0.00
FARM INCOME OR LOSS (Schedule F):                                $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                   $0.00
UNEMPLOYMENT COMPENSATION:                                       $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                  $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                   $0.00
OTHER INCOME:                                                    $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                        $25,707.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                    $25,707.00
SCH EIC DISQUALIFIED INC COMPUTER:                               $0.00
TOTAL INCOME:                                               $27,662.00
TOTAL INCOME PER COMPUTER:                                  $27,662.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                               $0.00
EDUCATOR EXPENSES PER COMPUTER:                                  $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                            $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                   $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                        $0.00
MOVING EXPENSES: F3903:                                          $0.00
SELF EMPLOYMENT TAX DEDUCTION:                               $1,955.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                  $1,955.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                $0.00
SELF-EMP HEALTH INS DEDUCTION:                                   $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                             $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                    $0.00
IRA DEDUCTION:                                                   $0.00
IRA DEDUCTION PER COMPUTER:                                      $0.00
STUDENT LOAN INTEREST DEDUCTION:                                 $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                    $0.00
TUITION AND FEES DEDUCTION:                                      $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                         $0.00
JURY DUTY PAY DEDUCTION:                                         $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                        $0.00
OTHER ADJUSTMENTS:                                               $0.00
ARCHER MSA DEDUCTION:                                            $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                               $0.00
```

```
TOTAL ADJUSTMENTS:                                              $1,955.00
TOTAL ADJUSTMENTS PER COMPUTER:                                 $1,955.00
ADJUSTED GROSS INCOME:                                         $25,707.00
ADJUSTED GROSS INCOME PER COMPUTER:                            $25,707.00
```

## Tax and Credits

```
65-OR-OVER:                                                             0
BLIND:                                                                  0
SPOUSE 65-OR-OVER:                                                      0
SPOUSE BLIND:                                                           0
STANDARD DEDUCTION PER COMPUTER:                               $11,400.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                         $0.00
TAX TABLE INCOME PER COMPUTER:                                 $14,307.00
EXEMPTION AMOUNT PER COMPUTER:                                 $10,950.00
TAXABLE INCOME:                                                 $3,357.00
TAXABLE INCOME PER COMPUTER:                                    $3,357.00
TOTAL POSITIVE INCOME PER COMPUTER:                            $27,662.00
TENTATIVE TAX:                                                    $338.00
TENTATIVE TAX PER COMPUTER:                                       $338.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                    $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                     $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                  $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                     $0.00
FOREIGN TAX CREDIT:                                                 $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                    $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                              $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                          $0.00
CHILD & DEPENDENT CARE CREDIT:                                      $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                         $0.00
CREDIT FOR ELDERLY AND DISABLED:                                    $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                       $0.00
EDUCATION CREDIT:                                                   $0.00
EDUCATION CREDIT PER COMPUTER:                                      $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                    $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                       $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                     $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                      $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                 $0.00
RESIDENTIAL ENERGY CREDIT:                                          $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                             $0.00
CHILD TAX CREDIT:                                                 $338.00
CHILD TAX CREDIT PER COMPUTER:                                    $338.00
ADOPTION CREDIT: F8839:                                             $0.00
ADOPTION CREDIT PER COMPUTER:                                       $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                      $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                         $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                              $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                 $0.00
F8396 AND F8859 CREDITS:                                            $0.00
```

| | |
|---|---|
| FORM 3800 GENERAL BUSINESS CREDITS: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $0.00 |
| FORM 1040C CREDIT: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $0.00 |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $0.00 |
| EMPOWERMENT ZONE CREDIT: F8844: | $0.00 |
| EMPOWERMENT ZONE CREDIT COMPUTER: F8844: | $0.00 |
| OTHER CREDITS: | $0.00 |
| TOTAL CREDITS: | $338.00 |
| TOTAL CREDITS PER COMPUTER: | $338.00 |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $0.00 |

## Other Taxes

| | |
|---|---|
| SE TAX: | $3,909.00 |
| SE TAX PER COMPUTER: | $3,909.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $0.00 |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $0.00 |
| IRAF TAX PER COMPUTER: | $0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $3,909.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $3,909.00 |
| ADVANCED EARNED INCOME CREDIT: | $0.00 |
| ADVANCED EARNED INCOME CREDIT AND OTHER EMPLOYMENT TAXES: | $0.00 |
| UNPAID FICA ON REPORTED TIPS: | $0.00 |
| FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS: | $0.00 |
| RECAPTURE TAX: F8611: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $0.00 |
| RECAPTURE TAXES: | $0.00 |
| TOTAL ASSESSMENT PER COMPUTER: | $3,909.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $3,909.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $3,909.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $0.00 |
| COBRA PREMIUM SUBSIDY: | $0.00 |
| ESTIMATED TAX PAYMENTS: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT: | $800.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $800.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED: | $0.00 |
| REFUNDABLE EDUCATION CREDIT: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $2,355.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $2,355.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $0.00 |

```
TOT SS/MEDICARE WITHHELD: F8812:                                    $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                            $662.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:               $662.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                     $0.00
AMOUNT PAID WITH FORM 4868:                                         $0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                      $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                          $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:             $0.00
HEALTH COVERAGE TX CR: F8885:                                       $0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:                $0.00
FIRST TIME HOME BUYER CREDIT PER COMPUTER:                          $0.00
FIRST TIME HOME BUYER CREDIT:                                       $0.00
FIRST TIME HOME BUYER CREDIT VERIFIED:                              $0.00
FORM 2439, 8801, and OTHER CREDIT TOTAL AMT:                        $0.00
TOTAL PAYMENTS:                                                 $3,817.00
TOTAL PAYMENTS PER COMPUTER:                                    $3,817.00
```

## Refund or Amount Owed

```
AMOUNT YOU OWE:                                                    $92.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                               $0.00
ESTIMATED TAX PENALTY:                                              $0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                       $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                       $92.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                          $92.00
FORM 8888 TOTAL REFUND PER COMPUTER:                                $0.00
```

## Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                                0
THIRD PARTY DESIGNEE NAME:
```

## Schedule C--Profit or Loss From Business

```
SOCIAL SECURITY NUMBER:
EMPLOYER ID NUMBER:
BUSINESS NAME:
DESCRIPTION OF BUSINESS/PROFESSION:                            CONSULTING
NAICS CODE:                                                        541600
ACCT MTHD:                                                           Cash
FIRST TIME SCHEDULE C FILED:                                            Y
STATUTORY EMPLOYEE IND:                                                 N
```

**INCOME**
```
GROSS RECEIPTS OR SALES:                                       $33,706.00
RETURNS AND ALLOWANCES:                                             $0.00
NET GROSS RECEIPTS:                                            $33,706.00
COST OF GOODS SOLD:                                                 $0.00
OTHER INCOME:                                                       $0.00
```

**EXPENSES**
```
CAR AND TRUCK EXPENSES:                                         $4,400.00
DEPRECIATION:                                                     $996.00
INSURANCE (OTHER THAN HEALTH):                                      $0.00
```

| | |
|---|---|
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $0.00 |
| TRAVEL: | $0.00 |
| MEALS-AND-ENTERTAINMENT: | $481.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $0.00 |
| TOTAL EXPENSES: | $6,044.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $27,662.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

**COST OF GOODS SOLD**

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule SE--Self-Employment Tax

| | |
|---|---|
| SSN OF SELF-EMPLOYED TAXPAYER: | ■■■■ |
| NET FARM PROFIT/LOSS: SCH F: | $0.00 |
| CONSERVATION RESERVE PROGRAM PAYMENTS: | $0.00 |
| NET NONFARM PROFIT/LOSS: | $27,662.00 |
| TOTAL SE INCOME: | $27,662.00 |
| SE QUARTERS COVERED: | 4 |
| TOTAL SE TAX PER COMPUTER: | $3,908.38 |
| SE INCOME PER COMPUTER: | $25,545.00 |
| TOTAL NET EARNINGS PER COMPUTER: | $25,545.00 |

**LONG FORM ONLY**

| | |
|---|---|
| TENTATIVE CHURCH EARNINGS: | $0.00 |
| TOTAL SOC SEC & RR WAGES: | $0.00 |
| SE SS TAX COMPUTER: | $3,167.58 |
| SE MEDICARE INCOME PER COMPUTER: | $25,545.00 |
| SE MEDICARE TAX PER COMPUTER: | $740.80 |
| SE FARM OPTION METHOD USED: | 0 |
| SE OPTIONAL METHOD INCOME: | $0.00 |

## Schedule EIC--Earned Income Credit

| | |
|---|---|
| QUALIFIED EIC DEPENDENTS: | 1 |

**CHILD 1**

| | |
|---|---|
| CHILD'S NAME CNTRL: | TAYL |
| SSN: | ■■■■ |
| YEAR OF BIRTH: | ■■■■ |
| STUDENT/DISABLED: | 0 |

**CHILD 2**

| | |
|---|---|
| CHILD'S NAME CNTRL: | |
| SSN: | |
| YEAR OF BIRTH: | 0000 |
| STUDENT/DISABLED: | 0 |

**CHILD 3**
CHILD'S NAME CNTRL:
SSN:
YEAR OF BIRTH:                                                                                  0000
STUDENT/DISABLED:                                                                                   0

# Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

## PART III - ALLOWABLE EDUCATION CREDITS

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $0.00 |

This Product Contains Sensitive Taxpayer Data

To continue, select one of the following.
- Select **Previous** to navigate back to the previous page.
- Select **Print** to go to a printer friendly page
- Select **Done** to return to the TDS main menu.

[ Previous ]   [ Print ]   [ Done ]