

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 08-08-2014
Response Date: 08-08-2014
Tracking Number: 100208460190

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

JONATHAN D TAYLOR &

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                   0.00
ACCRUED INTEREST:                                  0.00    AS OF: May 17, 2010
ACCRUED PENALTY:                                   0.00    AS OF: May 17, 2010

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                          03
FILING STATUS:                      Married Filing Joint
ADJUSTED GROSS INCOME:                         25,707.00
TAXABLE INCOME:                                 3,357.00
TAX PER RETURN:                                 3,909.00
SE TAXABLE INCOME TAXPAYER:                    25,545.00
SE TAXABLE INCOME SPOUSE:                           0.00
TOTAL SELF EMPLOYMENT TAX:                      3,909.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Apr. 15, 2010
PROCESSING DATE                                                  May 17, 2010

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20101808 | 05-17-2010 | $3,909.00 |
| n/a | 76221-107-15336-0 | | | |
| 610 | Payment with return | | 04-15-2010 | -$92.00 |
| 766 | Credit to your account | | 04-15-2010 | -$800.00 |
| 766 | Credit to your account | | 04-15-2010 | -$662.00 |
| 768 | Earned income credit | | 04-15-2010 | -$2,355.00 |

This Product Contains Sensitive Taxpayer Data

https://la2.www4.irs.gov/semail/servlet/FileDownload                  8/11/2014



| | |
|---|---|
| This Product Contains Sensitive Taxpayer Data | |

# Record of Account

```
                                              Request Date:      08-08-2014
                                              Response Date:     08-08-2014
                                              Tracking Number:   100208460190

FORM NUMBER:           1040
TAX PERIOD:            Dec. 31, 2010


TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

JONATHAN D &            TAYLOR


              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                       0.00
ACCRUED INTEREST:                                      0.00     AS OF: Jan. 14, 2013
ACCRUED PENALTY:                                       0.00     AS OF: Jan. 14, 2013


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                         0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                              03
FILING STATUS:                         Married Filing Joint
ADJUSTED GROSS INCOME:                            40,163.00
TAXABLE INCOME:                                   17,813.00
TAX PER RETURN:                                    6,270.00
SE TAXABLE INCOME TAXPAYER:                       40,983.00
SE TAXABLE INCOME SPOUSE:                              0.00
TOTAL SELF EMPLOYMENT TAX:                         6,270.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)           Aug. 08, 2011
PROCESSING DATE                                                        Sep. 12, 2011
```

| TRANSACTIONS | | | |
|---|---|---|---|
| **CODE** | **EXPLANATION OF TRANSACTION** | **CYCLE    DATE** | **AMOUNT** |
| 150 | Tax return filed | 20113508  09-12-2011 | $6,270.00 |
| n/a | 76221-221-00740-1 | | |
| 610 | Payment with return | 08-15-2011 | -$500.00 |

| | | | | |
|---|---|---|---|---|
| 766 | Credit to your account | | 04-15-2011 | -$800.00 |
| 766 | Credit to your account | | 04-15-2011 | -$580.00 |
| 766 | Credit to your account | | 04-15-2011 | -$35.00 |
| 170 | Penalty for not pre-paying tax | 20113508 | 09-12-2011 | $2.00 |
| 166 | Penalty for filing tax return after the due date | 20113508 | 09-12-2011 | $873.90 |
| 276 | Penalty for late payment of tax | 20113508 | 09-12-2011 | $118.87 |
| 196 | Interest charged for late payment | 20113508 | 09-12-2011 | $93.41 |
| 971 | Notice issued<br>CP 0014 | | 09-12-2011 | $0.00 |
| 971 | Installment agreement established | | 11-14-2011 | $0.00 |
| 706 | Credit transferred in from<br>1040 201112 | | 04-15-2012 | -$2,565.00 |
| 670 | Payment<br>Miscellaneous Payment | | 05-17-2012 | -$150.00 |
| 706 | Credit transferred in from<br>1040 200812 | | 06-19-2012 | -$150.00 |
| 670 | Payment<br>Miscellaneous Payment | | 12-19-2012 | -$2,957.72 |
| 196 | Interest charged for late payment | 20125305 | 01-14-2013 | $156.31 |
| 276 | Penalty for late payment of tax | 20125305 | 01-14-2013 | $223.23 |
| 971 | No longer in installment agreement status | | 01-14-2013 | $0.00 |

**SSN Provided:** ███████
**Tax Period Ending:** Dec. 31, 2010

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC),
if applicable. They do not show subsequent activity on the account.

**SSN:**                    ███████
**SPOUSE SSN:**             ███████
NAME(S) SHOWN ON RETURN: JONATHAN D & ███████ TAYLOR

ADDRESS:                    ███████
                            ███████

```
FILING STATUS:                  Married Filing Joint
FORM NUMBER:                    1040
CYCLE POSTED:                   20113508
RECEIVED DATE:                  Aug.08, 2011
REMITTANCE:                     $0.00
EXEMPTION NUMBER:               3
DEPENDENT 1 NAME CTRL:          TAYL
DEPENDENT 1 SSN:                ███████
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:     000000
PREPARER SSN:
PREPARER EIN:
```

**Income**

```
WAGES, SALARIES, TIPS, ETC:                                              $0.00
TAXABLE INTEREST INCOME: SCH B:                                          $0.00
TAX-EXEMPT INTEREST:                                                     $0.00
ORDINARY DIVIDEND INCOME: SCH B:                                         $0.00
QUALIFIED DIVIDENDS:                                                     $0.00
REFUNDS OF STATE/LOCAL TAXES:                                            $0.00
ALIMONY RECEIVED:                                                        $0.00
BUSINESS INCOME OR LOSS (Schedule C):                               $44,378.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:                        $44,378.00
CAPITAL GAIN OR LOSS: (Schedule D):                                      $0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:                               $0.00
OTHER GAINS OR LOSSES (Form 4797):                                       $0.00
TOTAL IRA DISTRIBUTIONS:                                                 $0.00
TAXABLE IRA DISTRIBUTIONS:                                               $0.00
TOTAL PENSIONS AND ANNUITIES:                                            $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                          $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                            $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:               $0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                                   $0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                                   $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                             $0.00
FARM INCOME OR LOSS (Schedule F):                                        $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                           $0.00
UNEMPLOYMENT COMPENSATION:                                               $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                          $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                        $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                           $0.00
OTHER INCOME:                                                            $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                                     $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                                 $0.00
SCH EIC DISQUALIFIED INC COMPUTER:                                       $0.00
TOTAL INCOME:                                                       $44,378.00
TOTAL INCOME PER COMPUTER:                                          $44,378.00
```

**Adjustments to Income**

```
EDUCATOR EXPENSES:                                                       $0.00
EDUCATOR EXPENSES PER COMPUTER:                                          $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                                    $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                           $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                                $0.00
MOVING EXPENSES: F3903:                                                  $0.00
SELF EMPLOYMENT TAX DEDUCTION:                                       $3,135.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                          $3,135.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                        $0.00
SELF-EMP HEALTH INS DEDUCTION:                                           $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                                     $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                            $0.00
IRA DEDUCTION:                                                           $0.00
IRA DEDUCTION PER COMPUTER:                                              $0.00
STUDENT LOAN INTEREST DEDUCTION:                                     $1,080.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                        $1,080.00
TUITION AND FEES DEDUCTION:                                              $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                                 $0.00
JURY DUTY PAY DEDUCTION:                                                 $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                                $0.00
OTHER ADJUSTMENTS:                                                       $0.00
ARCHER MSA DEDUCTION:                                                    $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                                       $0.00
```

```
TOTAL ADJUSTMENTS:                                                     $4,215.00
TOTAL ADJUSTMENTS PER COMPUTER:                                        $4,215.00
ADJUSTED GROSS INCOME:                                                $40,163.00
ADJUSTED GROSS INCOME PER COMPUTER:                                   $40,163.00
```

**Tax and Credits**

```
65-OR-OVER:                                                                  NO
BLIND:                                                                       NO
SPOUSE 65-OR-OVER:                                                           NO
SPOUSE BLIND:                                                                NO
STANDARD DEDUCTION PER COMPUTER:                                      $11,400.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                                $0.00
TAX TABLE INCOME PER COMPUTER:                                        $28,763.00
EXEMPTION AMOUNT PER COMPUTER:                                        $10,950.00
TAXABLE INCOME:                                                       $17,813.00
TAXABLE INCOME PER COMPUTER:                                          $17,813.00
TOTAL POSITIVE INCOME PER COMPUTER:                                   $44,378.00
TENTATIVE TAX:                                                         $1,836.00
TENTATIVE TAX PER COMPUTER:                                            $1,836.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                           $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                            $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                         $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                            $0.00
FOREIGN TAX CREDIT:                                                        $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                           $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                                     $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                                 $0.00
CHILD & DEPENDENT CARE CREDIT:                                             $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                                $0.00
CREDIT FOR ELDERLY AND DISABLED:                                           $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                              $0.00
EDUCATION CREDIT:                                                        $871.00
EDUCATION CREDIT PER COMPUTER:                                           $870.60
GROSS EDUCATION CREDIT PER COMPUTER:                                     $870.60
RETIREMENT SAVINGS CNTRB CREDIT:                                           $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                              $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                            $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                             $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                        $0.00
RESIDENTIAL ENERGY CREDIT:                                                 $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                                    $0.00
CHILD TAX CREDIT:                                                        $965.00
CHILD TAX CREDIT PER COMPUTER:                                           $965.40
ADOPTION CREDIT: F8839:                                                    $0.00
ADOPTION CREDIT PER COMPUTER:                                              $0.00
FORM 8839 REFUND ADOPTION CREDIT AMOUNT:                                   $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                             $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                                $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                                     $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                        $0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:                                      $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                        $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                           $0.00
FORM 1040C CREDIT:                                                         $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                            $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                               $0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:                                      $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                                $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                             $0.00
```

```
OTHER CREDITS:                                                          $0.00
TOTAL CREDITS:                                                      $1,836.00
TOTAL CREDITS PER COMPUTER:                                         $1,836.00
INCOME TAX AFTER CREDITS PER COMPUTER:                                  $0.00
```

**Other Taxes**

```
SE TAX:                                                             $6,270.00
SE TAX PER COMPUTER:                                                $6,270.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                    $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:       $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                      $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                              $0.00
IRAF TAX PER COMPUTER:                                                  $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                      $6,270.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                       $6,270.00
ADVANCED EARNED INCOME CREDIT:                                          $0.00
ADVANCED EARNED INCOME CREDIT AND OTHER EMPLOYMENT TAXES:               $0.00
UNPAID FICA ON REPORTED TIPS:                                           $0.00
FORM 4970 ACCUMULATION DISTRIBUTION OF TRUSTS:                          $0.00
RECAPTURE TAX: F8611:                                                   $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                             $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                                $0.00
RECAPTURE TAXES:                                                        $0.00
TOTAL ASSESSMENT PER COMPUTER:                                      $6,270.00
TOTAL TAX LIABILITY TP FIGURES:                                     $6,270.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                        $6,270.00
```

**Payments**

```
FEDERAL INCOME TAX WITHHELD:                                            $0.00
COBRA PREMIUM SUBSIDY:                                                  $0.00
ESTIMATED TAX PAYMENTS:                                                 $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                                 $800.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:                    $800.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:                          $0.00
REFUNDABLE EDUCATION CREDIT:                                          $580.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                             $580.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                                   $0.00
EARNED INCOME CREDIT:                                                   $0.00
EARNED INCOME CREDIT PER COMPUTER:                                      $0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                             $0.00
SCHEDULE M NONTAXABLE COMBAT PAY:                                       $0.00
FORM 8812 NONTAXABLE COMBAT PAY:                                        $0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                             $0.00
TOT SS/MEDICARE WITHHELD: F8812:                                        $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                                 $35.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:                    $35.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                         $0.00
AMOUNT PAID WITH FORM 4868:                                             $0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                          $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                              $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:                 $0.00
HEALTH COVERAGE TX CR: F8885:                                           $0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:                    $0.00
FIRST TIME HOME BUYER CREDIT PER COMPUTER:                              $0.00
FIRST TIME HOME BUYER CREDIT:                                           $0.00
FIRST TIME HOME BUYER CREDIT VERIFIED:                                  $0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                      $0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                    $0.00
RECOVERY REBATE CREDIT:                                                 $0.00
```

| | |
|---|---:|
| RECOVERY REBATE CREDIT PER COMPUTER: | $0.00 |
| FORM 2439, 8801, and OTHER CREDIT TOTAL AMT: | $0.00 |
| TOTAL PAYMENTS: | $1,415.00 |
| TOTAL PAYMENTS PER COMPUTER: | $1,415.40 |

## Refund or Amount Owed

| | |
|---|---:|
| AMOUNT YOU OWE: | $4,857.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $2.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $4,857.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $4,857.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---:|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

## Schedule C--Profit or Loss From Business (Occurrence #: 1)

| | |
|---|---:|
| SOCIAL SECURITY NUMBER: | ▮▮▮▮▮ |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |
| DESCRIPTION OF BUSINESS/PROFESSION: | CONSULTING |
| NAICS CODE: | 541600 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

### INCOME

| | |
|---|---:|
| GROSS RECEIPTS OR SALES: | $37,180.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $37,180.00 |
| COST OF GOODS SOLD: | $0.00 |
| OTHER INCOME: | $0.00 |

### EXPENSES

| | |
|---|---:|
| CAR AND TRUCK EXPENSES: | $723.00 |
| DEPRECIATION: | $0.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $0.00 |
| TRAVEL: | $155.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $0.00 |
| TOTAL EXPENSES: | $878.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $36,302.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

### COST OF GOODS SOLD

| | |
|---|---:|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule C--Profit or Loss From Business (Occurrence #: 2)

| | |
|---|---:|
| SOCIAL SECURITY NUMBER: | ▮▮▮▮▮ |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |

| | |
|---|---:|
| DESCRIPTION OF BUSINESS/PROFESSION: | COMMERCIAL FISHING |
| NAICS CODE: | 114110 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

**INCOME**

| | |
|---|---:|
| GROSS RECEIPTS OR SALES: | $31,807.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $31,807.00 |
| COST OF GOODS SOLD: | $0.00 |
| OTHER INCOME: | $0.00 |

**EXPENSES**

| | |
|---|---:|
| CAR AND TRUCK EXPENSES: | $14,706.00 |
| DEPRECIATION: | $800.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $842.00 |
| TRAVEL: | $144.00 |
| MEALS AND ENTERTAINMENT: | $481.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $1,298.00 |
| TOTAL EXPENSES: | $23,731.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $8,076.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

**COST OF GOODS SOLD**

| | |
|---|---:|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

## Schedule SE--Self-Employment Tax

| | |
|---|---:|
| SSN OF SELF-EMPLOYED TAXPAYER: | |
| NET FARM PROFIT/LOSS: SCH F: | $0.00 |
| CONSERVATION RESERVE PROGRAM PAYMENTS: | $0.00 |
| NET NONFARM PROFIT/LOSS: | $44,378.00 |
| TOTAL SE INCOME: | $44,378.00 |
| SE QUARTERS COVERED: | 4 |
| TOTAL SE TAX PER COMPUTER: | $6,270.39 |
| SE INCOME PER COMPUTER: | $40,983.00 |
| TOTAL NET EARNINGS PER COMPUTER: | $40,983.00 |

**LONG FORM ONLY**

| | |
|---|---:|
| TENTATIVE CHURCH EARNINGS: | $0.00 |
| TOTAL SOC SEC & RR WAGES: | $0.00 |
| SE SS TAX COMPUTER: | $5,081.89 |
| SE MEDICARE INCOME PER COMPUTER: | $40,983.00 |
| SE MEDICARE TAX PER COMPUTER: | $1,188.50 |
| SE FARM OPTION METHOD USED: | 0 |
| SE OPTIONAL METHOD INCOME: | $0.00 |

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART I - HOPE CREDITS**

| | |
|---|---:|
| STUDENT 1 NAME CNTRL: | TAYL |
| STUDENT 1 SSN: | |
| STUDENT 2 NAME CNTRL: | |
| STUDENT 2 SSN: | |
| STUDENT 3 NAME CNTRL: | |

```
STUDENT 3 SSN:
TENTATIVE CREDIT AMOUNT:                                                  $1,451.00
```

**PART II - LIFETIME LEARNING CREDITS**

```
STUDENT 1 NAME CNTRL:
STUDENT 1 SSN:
STUDENT 2 NAME CNTRL:
STUDENT 2 SSN:
STUDENT 3 NAME CNTRL:
STUDENT 3 SSN:
TOTL LIFETIM LRNING CR QLFD EXP:                                              $0.00
TOTL LIFETIM LRNING CR QLFD EXP PER COMPUTER:                                 $0.00
```

**PART III - ALLOWABLE EDUCATION CREDITS**

```
GROSS EDUCATION CR PER COMPUTER:                                            $870.60
TOTAL EDUCATION CREDIT AMOUNT:                                              $871.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                                 $870.60
```

```
                    This Product Contains Sensitive Taxpayer Data
```



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

```
                                              Request Date:       08-08-2014
                                             Response Date:       08-08-2014
                                           Tracking Number:      100208460190
```

**SSN Provided:** ███████████
**Tax Period Requested:** December, 2009

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 132695912
ABSG CONSULTING INC
16855 NORTHCHASE DRIVE
HOUSTON, TX 77060-0000

**Recipient:**
Recipient's Identification Number: ███████████
TAYLOR JONATHAN D
███████████
███████████████████

```
Submission Type:                                              Original document
Account Number (Optional):                                                   1
Tax Withheld:                                                             0.00
Non-Employee Compensation:                                          $20,700.00
Medical Payments:                                                         0.00
Fishing Income:                                                           0.00
Rents:                                                                    0.00
Royalties:                                                                0.00
Other Income:                                                             0.00
Substitute Payments for Dividends:                                        0.00
Excess Golden Parachute:                                                  0.00
Crop Insurance:                                                           0.00
Attorney Fees:                                                            0.00
Section 409A Deferrals:                                                   0.00
Section 409A Income:                                                      0.00
Direct Sales Indicator:                                       Not Direct Sales
Second Notice Indicator:                                        No Second Notice
```

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 223069605
ABS GROUP SERVICES INC
16855 NORTHCHASE DRIVE
HOUSTON, TX 77060-0000

**Recipient:**

Recipient's Identification Number: ▮▮▮▮▮▮▮
TAYLOR JONATHAN D
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | 1 |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $2,080.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 262804543
CAMERON FISHERIES LLC
PO BOX 1328
CAMERON, LA 70631-0000

**Recipient:**
Recipient's Identification Number: ▮▮▮▮▮▮▮
JONATHON TAYLOR
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $726.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 434353869
ESTELLA MUDD
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Recipient:**

Recipient's Identification Number: ▮▮▮▮▮▮▮▮
JONATHAN TAYLOR
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $7,960.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data



This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

```
Request Date:   08-08-2014
Response Date:  08-08-2014
Tracking Number: 100208460190
```

**SSN Provided:**  
**Tax Period Requested:** December, 2010

## Form 1098-E Student Loan Interest Statement

**Recipient/Lender:**  
Recipient's Federal Identification Number (FIN): 952501112  
ACS INC  
2277 E 220TH STREET  
LONG BEACH, CA 90810-1690

**Borrower:**  
Borrower's Social Security Number:  
TAYLOR JONATHAN D

Submission Type: Original document  
Account Number (Optional):  
Loan Origination Fees: Not checked - does include loan origination fees and/or capitalized interest, and the loan was made before September 1, 2004  
Student Loan Interest Received by Lender: $1,079.00

## Form 1099-MISC

**Payer:**  
Payer's Federal Identification Number (FIN): 232667877  
INA TAX BENEFITS REPORTING INC  
120 N 9TH ST  
RICHMOND, IN 47374-0000

**Recipient:**  
Recipient's Identification Number:  
JONATHAN TAYLOR

Submission Type: Original document  
Account Number (Optional):  
Tax Withheld: 0.00  
Non-Employee Compensation: 0.00  
Medical Payments: 0.00  
Fishing Income: 0.00  
Rents: 0.00

```
        Royalties:                                                         0.00
        Other Income:                                                 $8,222.00
        Substitute Payments for Dividends:                                 0.00
        Excess Golden Parachute:                                           0.00
        Crop Insurance:                                                    0.00
        Attorney Fees:                                                     0.00
        Section 409A Deferrals:                                            0.00
        Section 409A Income:                                               0.00
        Direct Sales Indicator:                              Not Direct Sales
        Second Notice Indicator:                                No Second Notice
```

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 276748992
DEEPWATER HORIZON OIL SPILL TRUST
C/O GULF COAST CLAIMS FACILITY
P O BOX 9685
DUBLIN, OH 43017-4985

**Recipient:**
Recipient's Identification Number: ███████
JONATHAN DOYLE TAYLOR

```
        Submission Type:                                     Original document
        Account Number (Optional):                                      ███████
        Tax Withheld:                                                      0.00
        Non-Employee Compensation:                                         0.00
        Medical Payments:                                                  0.00
        Fishing Income:                                                    0.00
        Rents:                                                             0.00
        Royalties:                                                         0.00
        Other Income:                                                $12,700.00
        Substitute Payments for Dividends:                                 0.00
        Excess Golden Parachute:                                           0.00
        Crop Insurance:                                                    0.00
        Attorney Fees:                                                     0.00
        Section 409A Deferrals:                                            0.00
        Section 409A Income:                                               0.00
        Direct Sales Indicator:                              Not Direct Sales
        Second Notice Indicator:                                No Second Notice
```

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 434353869
ESTELLA MUDD
RCTS LLC

**Recipient:**
Recipient's Identification Number: ███████
JONATHAN TAYLOR

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $37,180.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 721442348
DOYLE L TAYLOR
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Recipient:**
Recipient's Identification Number: ▮▮▮▮▮▮▮
JONATHAN D TAYLOR
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $10,885.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data