

1501
1129868
Jonathan Doyle Taylor



**FINAL CLAIM FORM**
**FAEGRE & BENSON CLAIM #1501**

I.    CLAIMANT IDENTIFYING/CONTACT INFORMATION

  A.  <u>Business Information</u>

1. Name: <u>Jonathan Doyle Taylor</u>

2. GCCF Claim No.: <u>1129868</u>

3. Type of Business: <u>Oyster Fisherman</u>

4. Business Address: ███████████

                     ███████████

5. Phone Number: _____

6. Website Address: _____

7. Other Business Name: _____

8. Name of Business on
Federal Income Tax Return: _____

9. Employer Identification Number
or Social Security Number: ███████

10. Date and Place Founded/Incorporated: _____

  B.  <u>Authorized Business Representative Information</u>

1. Name: <u>Jonathan Doyle Taylor</u>

2. Address: ███████████

          ███████████

3. Phone Number: _____

4. E-Mail Address: _____

5. Individual Taxpayer Identification
Number or Social Security Number: ███████

6. Attorney: <u>Gerard Nolting</u>

## II.   EXECUTIVE SUMMARY

### A.   The Oil Spill's Devastating Impact on the Gulf Coast Seafood Industry

The Gulf of Mexico's fisheries are the heart of the Gulf Coast.  The Gulf fisheries, including shrimp, oyster, crab, and fin fish, are vital to the economic and cultural wellbeing of the entire region.  Indeed, commercial shrimping alone accounts for over half the region's economy.[1]  In 2008, even with many communities still recovering from Hurricane Katrina, the commercial fishing harvest from the five U.S. Gulf States was roughly 1.3 billion pounds of landings worth $661 million.[2]  The industry has provided economic opportunity and a way of life for generations of fishermen and their families.

In 2010, the Gulf of Mexico experienced a catastrophic blow.  On April 20, 2010, the Deepwater Horizon exploded just 42 miles southeast of Venice, Louisiana.  For 87 days, oil from the well gushed into the Gulf at estimated rates of between 5,000 and 40,000 barrels a day.  Just ten days after the explosion, oil began washing ashore in Louisiana, and oil has continued to wash ashore in all five Gulf states ever since.  At the same time, nearly two million gallons of chemical dispersants were sprayed in some of the area's most ecologically sensitive regions.  The oil spill has infested the Gulf's marshes, estuaries, coastlines, and aquatic habitats.  Oil has polluted shrimp breeding grounds, destroyed oyster reefs, and killed, weakened or diseased unknown numbers of fin fish and marine life.

Perhaps no industry has suffered the effects of the BP oil spill more than the Gulf's fishing industry.  Shrimpers, oyster fishers, crabbers, and other fisherman were unable to fish for most or all of 2010.  Even today, many still wait as their boats sit idle at dock, and those able to fish are suffering from low catches, diseased seafood, catches contaminated by oil, and low demand with rock-bottom prices.  Processors have closed.  And the Gulf's once firmly-held market share in the seafood industry is being eroded by Asian imports and aquaculture products.  The Gulf seafood's once storied brand has been decimated, which is driving down price and destroying market share for Gulf seafood.[3]

Uncertainty lingers about the precise amount and mechanism of long-term damage caused by this oil spill.  There is no doubt, however, that existing damages and future biological and economic risks are severe.  Damage from lack of harvest, loss of jobs, reduction of market share, and tarnished brand have put the Gulf seafood industry at such serious risk that the industry may *never* recover from the BP oil spill.  The industry and an entire way of life are on the brink.

---

[1] http://www.mscenterforjustice.org/glomer/upload_repo/docs/MS%20Coalition%20PrelimReport_FINAL_06%2004%2010.pdf
[2] http://gulfofmexicoalliance.org/pdfs/gulf_glance_1008.pdf
[3] http://yourlife.usatoday.com/fitness-food/safety/story/2011/05/Gulf-seafood-safety-concerns-consumers/47507778/1

B. **Summary of My Damage Claim**

1. **DECKHAND LOST REVENUES**

|   | Boat Name | Deckhand Name | Boat Lost Annual Earning Capacity | Deckhand Lost Annual Earning Capacity | Jeff June's Multiplier |
|---|---|---|---|---|---|
|   | *Gods Grace* | Jonathan Doyle Taylor | $138,605.00 | $41,581.50 | 8.56 |

**DECKHAND DAMAGES = Lost Annual Earning Capacity X Multiplier =$355,937.64**

2. **OYSTER LOST REVENUES**

|   | Boat Name | Boat Length | License Type | Lost Annual Earning Capacity |
|---|---|---|---|---|
|   | *LA-3709-EG* | 21 | Oyster Dredge | $50,803.20 |

**OYSTER DAMAGES = Lost Annual Earning Capacity X 9.65 =$490,250.88**

3. **OFFSETS**

| OFFSET CATEGORY | OFFSET AMOUNT |
|---|---|
| BP Payments | $8,222.00 |
| GCCF Payments | $12,700.00 |
| 2010 Oyster Income | $3,060 |

**TOTAL OFFSETS = $23,982.00**

2. **TOTAL CLAIM AMOUNT = $822,206.52**

3

### III.  GULF COAST SEAFOOD TRADITION

#### A.  The Seafood Capital of the World

The Gulf of Mexico's marine life has been the backbone of the region for generations.  Starting in the early 19th Century, the industry supplied food to residents of the region.  By the end of the century, expansion of the railroad, invention of artificial ice for refrigeration, and improved canning technology allowed the Gulf to supply seafood to the nation and the world.  By the beginning of the 20th Century, the Gulf Coast became "The Seafood Capital of the World."

The 21 major estuaries along the Gulf Coast serve as nurseries and spawning grounds for 98% of the commercially significant Gulf fisheries.  Oysters and crabs live in coastal areas, while estuaries and marshes are critical to the development of shrimp.  These species are an economic engine for Louisiana, Mississippi, and Alabama, with shrimp, crab, and oysters contributing billions of dollars annually to the economies of these states.  Eighty percent of the shrimp, 20 of the 22 million pounds of eastern oysters, and 40% of blue crab landed in the United States are caught along the Gulf Coast.

The Deepwater Horizon's oil coated miles of the estuarine and coastal habitats that are essential to supporting shrimp, crab, oysters, reef fish populations.  These fisheries are at risk as a result.  The massive influx of oil and chemical dispersants from the spill had a multitude of devastating impacts, the full reach of which will not be known for decades.  As a result, these fisheries are at severe risk for the foreseeable future.

#### B.  The Gulf Coast Seafood Heritage

The roots of many Gulf fishermen can be traced through many generations, and many operations are family businesses that employ multiple family members who fish and work together.  Fishing is a culture and a lifestyle inherited and received from previous generations.  Fishermen learn the trade from their parents, who in turn fished with their parents.  Boats are often passed from generation to generation, with each one improving the efficiency and techniques.  Small wooden row boats with one net progressed into boats that included engines and ice, which evolved into today's 90-foot vessels with multiple engines, nets, and freezers.  Becoming a boat captain and ultimately owning a boat is a rite of passage.  This family orientation and fishing culture has allowed the industry to withstand world wars, depressions, and hurricanes to become world renowned.[4]

Fishing is all many families know.  Fishermen may have little formal education, many having left school to work on a father's boat or even begin their own fishing business.  Yet fishermen have mastered Gulf weather patterns, shrimp behavioral and development tendencies, price trends, boat-building, and the Gulf's waters and floor bottom.  This knowledge is used to weigh the risks of fishing against the rewards from catches.  Two hundred million gallons of oil and two million gallons of dispersants in the Gulf disrupts this calculation.  Fishers cannot know the impact that the oil spill and its aftermath will have on seafood health and marketplace impacts.  The oil spill has placed fishers in a no-win position and with nowhere else to turn for their livelihoods.

### IV.  INDIVIDUAL CIRCUMSTANCES

Jonathan is the captain of God's Grace, his father's (Doyle Taylor) 50' shrimp boat (claim # 1500, GCCF# 01011421).  This is Jonathan's second year at the helm of God's Grace.  Jonathan's share has been deducted from Doyle's final claim.

Jonathan also invested in his own 21-foot oyster boat (*LA-3709-EG*) on April 5, 2010, that he planned to use for the following oyster season and the future.  He began working on the boat immediately by rigging a dredge on the boat.  Despite the April 20, 2010, explosion on the Deep Water Horizon and ensuing oil spill, Jonathan continued making

---

[4] http://mshistory.k12.ms.us/articles/209/the-seafood-industry-in-biloxi-its-early-history-1848-1930

Jonathan Doyle Taylor                                                                                                              1501

repairs to the boat and started using it to oyster in December 2010.  Jonathan continues to oyster on his new boat, but the reefs in Cameron and Calcasieu Parishes have been devastated by the spill.

### V.   BP'S LIABILITY

BP admits liability under the Oil Pollution Act of 1990 ("OPA 90") for damages caused by the oil spill.[5]  OPA 90 establishes strict liability for all damages caused by oil discharged into waters and shorelines.[6]  BP has agreed to pay damages in excess of OPA caps.[7]  All damages claimed herein fall squarely within the scope of OPA 90.  BP's liability to pay 100% of compensatory damages to Gulf fishers and seafood-related businesses is unquestionable.

Oil spill victims that can show gross negligence are entitled to punitive damages.[8]  BP was notified of serious problems with the well casing and blowout preventer of the Deepwater Horizon nearly a year before the oil spill.  Yet, it chose to cut corners, bypass federal safety regulations and tests, and save money rather than protect the resources of the Gulf.[9]  This conduct will support a punitive damage claim in the Deepwater Horizon litigation.[10]

### VI.   FINAL CLAIM METHODOLOGY

Claimants are entitled to recovery of past damages and compensation for future risks.  We have retained a team of world-renowned experts to calculate past and future damages.

  A. **Experts**

#### Jeff June

Jeff June is a fisheries expert and one of the world's foremost experts in analyzing oil spill damages.  Mr. June leads a team of scientists and economist at Natural Resources Consultants, Inc.  Over the past 30 years, Mr. June and his team have analyzed the biological risks and economic damages associated with five oil spills, including the effects of the 1987 BP Glacier Bay oil spill and 1989 Exxon Valdez oil spill.  Mr. June's report provides a risk multiplier that compensates fishermen for the full range of future risks and damages they face.

#### Robert Mosher

Robert Mosher is a Certified Public Accountant and the world's foremost expert in Vietnamese-American commercial fishing accounting.  For nearly thirty years, Mr. Mosher provided accounting services to hundreds of Vietnamese-American commercial shrimpers located throughout the Gulf Coast.  Mr. Mosher has successfully built vessel-performance accounting models to help facilitate litigation settlements.  Mr. Mosher's report demonstrates the annual earning capacity of shrimp and crab boats.

#### William Corky Perret

Corky Perret served the Louisiana Department of Wildlife and Fisheries and the Mississippi Department of Marine Resources during a forty-five year career in fisheries management.  This career include thirty years in a variety of leadership and management positions, including two terms of service to the State of Louisiana as Assistant Secretary for the Department of Wildlife and Fisheries and approximately two years of service to the State of Mississippi as Deputy

---

[5] Def.'s Answer, 2:10-md-02179, at pgs. 27-28, ¶ 90.
[6] 33 U.S.C. § 2702 (2010).
[7] Ct. Order, 2:10-md-02179, Dec. 23, 2010, at 2.
[8] See Exxon Shipping Co. v. Baker, 554 U.S. 471 (2008).
[9] http://www.nytimes.com/2010/05/30/us/30rig.html?pagewanted=1
[10] See Exxon Shipping Co, 554 U.S. at 471.

5

Director.  A wide variety of appointed leadership positions on various fisheries-related commissions and councils.  Mr. Perret will analyze the impacts of the BP oil spill on shrimp, crab, and fin fish.

### Dr. Edward Cake

Dr. Edward Cake is an oyster biologist.  Dr. Cake is the Chief Executive Officer of Gulf Environmental Associates, a private environmental consulting firm located in Ocean Springs, Mississippi.  Dr. Cake is a leading oyster biologist who consults with state and federal agencies, as well as corporate clients, regarding environmental assessments, permitting, and mitigation measures for oysters.  For the past 30 years Dr. Cake has assisted the Gulf Coast oyster industry assess and settle claims involving damage to oyster beds caused by the oil, gas, and sulfur industries.  Dr. Cake will focus on past and future damages to the oyster fishery caused by the BP oil spill.

### Scott Porter

Scott Porter is also an oyster biologist.  Mr. Porter is an independent environmental consultant and marine ecologist who represents both oyster fishers and oil companies.  He specializes in shellfish and reef surveys on oyster grounds to determine oyster population dynamics.  His work includes assessments of water bottom productivity and analysis of reef communities.  Mr. Porter is certified as an oyster biologist by the Louisiana State Oyster Lease Damage Review Board.  Mr. Porter will assess damages to oyster beds caused by the BP oil spill.

### Bob Nickinovich

Bob Nickinovich has over 30 years of experience in the seafood processing industry.  He has managed sales of domestic branded canned seafood, developed annual sales and marketing plans, and handled all financial aspects of major American seafood processing businesses, including Bumble Bee Seafoods and North Pacific Seafoods.  Mr. Nickinovich was the lead negotiator for the "Seattle Seven" group of seafood processors who settled with Exxon for damages related to the Valdez spill.  Mr. Nickinovich will address damages to seafood processors caused by the BP oil spill.

### Raymond Flores

Ray Flores is a Certified Public Accountant located in Pensacola, Florida.  Mr. Flores provides business consulting and accounting services to a wide range of businesses located in the Gulf.  He represents numerous hotels, restaurants, and other hospitality businesses and has developed expertise in calculating damages caused to these businesses.  Mr. Flores will address past and future damages suffered by hotels and restaurants caused by the BP oil spill.

### B.  **Final Claim Damages Formula**

The formula used for calculating final claims has four parts: 1) lost annual earning capacity; 2) multiplied by a risk multiplier; 3) plus property damages; 4) less offsets.

### 1.  **Lost Annual Earning Capacity**

Lost annual earning capacity is a calculation of a fisher's annual profits from each fishery.  The method for calculating annual earning capacity varies by fishery.

#### **Shrimp**

Vessel size and capacity is the most significant variable for determining a shrimper's annual earning capacity.  Mr. Mosher places shrimp boats into one of five categories:  (1) freezer boats over 80 feet; (2) freezer boats below 80 feet; (3) ice boats over 65 feet; (4) ice boats between 45 and 65 feet; and (5) ice boats below 45 feet.  Mr. Mosher's model places shrimpers into classes within each vessel category based on historical performance.  Annual gross revenue from

shrimp catch revenue is determined accordingly.  Mr. Mosher's model deducts costs based on vessel category, deriving annual shrimp profits.

### Oyster

Public reef oyster fishing is regulated by state quotas.  State regulators set daily oyster sack quotas that apply to oyster dredgers and "tongers."  It is a simple matter for oyster fishers to catch their daily quota of oyster sacks.  Accordingly, an oyster fisher's annual gross revenue is determined as follows:  [oyster fishing days per year] X [daily oyster quota  of sacks] X [2010 pre-spill price per sack].  Conservatively, oyster fishermen spend no more than $5 in fuel and other costs to harvest a sack of oysters.  Annual oyster profits are therefore determined by subtracting $5 per sack costs from revenue.

2.  **Risk Multiplier**

The risk multiplier incorporates all future risks faced by fishers and ensures that fishers are compensated for those risks.  The risk multiplier is the standard damages model for oil spills, and it is used by both courts and settlement funds.  GCCF, the scientific community, and federal and state governments all acknowledge that damages will take years, if not decades, to measure with certainty.  Fishers must be compensated for this uncertainty and the full range of future risks in order to sign a final release of all legal claims.

The BP oil spill has caused two categories of damages and future risks for Gulf seafood:  biological and business.  Biological risks include reduced fertility, higher occurrences of disease or disfigurement, damage to marshes and breeding grounds, and increased death rates of juveniles.  Ongoing reports from fishermen indicate these risks are the reality:  low juvenile counts, high mortality, and diseased shrimp are being reported throughout the fisheries.

Business risks include decimation of the once storied Gulf seafood brand.  American restaurants and seafood markets, once proud purveyors of Gulf seafood, now openly advertise that they *do not* serve Gulf seafood.  Asian imports and aquaculture products replaced a great portion of Gulf seafood in 2010, leaving Gulf seafood with drastically reduced market share.  Shrimp prices in 2011 remain rock bottom, making it impossible for shrimpers to fish profitably.  The oyster industry remains essentially shut down.  It will be years before the business environment for Gulf fishers returns to pre-spill conditions, if it ever does.

Mr. June and his team of experts have determined the risk multipliers applicable to each fishery.  Their extensive analysis and the risk assessment conclusions of this team of experts are described in detail in the NRC report submitted herewith.

3.  **Property Losses**

Fishers are entitled to compensation for devaluation and loss of use of their vessels.  Commercial fishing requires large upfront investments.  Fishers invest hundreds of thousands of dollars in their vessels and equipment.  This investment decreases in value every year, whether being used or sitting at dock.  2010 was no different.  Though many vessels sat idle during the 2010 season, their value depreciated at a steady rate, and claimants were deprived of this value.  Fishers face ongoing risks of not being able to fish.  Additionally, the market for fishing vessels has deteriorated, reducing the value of fishers' boats.  This asset loss reduces a fisher's ability to pledge their boats as collateral, to borrow, and to fund their business.  As a conservative measure of this loss, claimants are entitled to a value equal to one year's depreciation of their vessel and equipment.

The BP oil spill directly damaged the property of many fishers.  Some boats were damaged by corrosion caused by oil.  Crab traps were lost when crabbers could not retrieve traps from oiled and closed areas.  Fishers are entitled to compensation for these losses.

### 4. Offsets

After summing all damage categories, the final claim calculation deducts payments already received from BP or GCCF. It also deducts net fishing profits made in 2010.

## VII. DAMAGE CALCULATIONS

### 1. Deckhand Damages

| Deckhand Total Damages | $355,937.64 |
|---|---|

### 2. Oyster Damages

Boat Name: *LA-3709-EG*  
License Type: Oyster Dredge

| Daily Sack Quota | 15 |
|---|---|
|  | X |
| Number of Fishing Days | 168 |
| Annual Oyster Sacks | 2520 |
|  | X |
| Additional Sack Allowance | $0.12 |
|  | X |
| Profits Per Sack | $18.00 |
| Annual Earning Capacity | $50,803.20 |
|  | X |
| Risk Multiplier | 9.65 |
| **Total Lost Oyster Income** | **$490,250.88** |

### 1. Offsets

| BP Payments | $8,222.00 |
|---|---|
| GCCF Payments | $12,700.00 |
| 2010 Oyster Revenue | $3,825 |
|  | X |
| Oyster Margin | 0.8 |
| 2010 Oyster Income | $3,060 |
| **Total Offsets** | $23,982 |

### 2. Final Claim

| Deckhand Total Damages | $355,937.64 |
|---|---|
|  | + |
| Total Lost Oyster Income | $490,250.88 |
|  | - |
| Total Offsets | $23,982.00 |
| **Final Claim** | **$822,206.52** |

## VIII. CONCLUSION

My final claim is $822,206.52.

### IX. FINAL CLAIM AUTHORIZATION

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

Jonathan Doyle Taylor
Claimant

JONATHAN DOYLE TAYLOR
Authorized Representative (Print)

Dated: July **25**, 2011

Authorized Representative (Signature)

1501