## CLAIM RECORD OF CONVERSATION

| File Number | Date | Time | Person taking information |
|---|---|---|---|
| 6866-124-163671  166057 | 05/24/10 | 10:51 AM | DREW BUCCI |

| I called | Claimant Telephone Number | Recorded |
|---|---|---|
| Walk in | [redacted] | |
| **I was called by** | **Social Security Number or Tax ID Number** | Not Recorded |
| | [redacted] | |

| Claimant | Spoke to |
|---|---|
| Doyle Taylor | |
| | Telephone # |
| **Address** | |
| [redacted] | |
| **City/State/Zip** | |
| [redacted] | |

**Summary of Conversation:**

Claimant came into the Houma office and is not represented by and attorney. Mr Taylor stated that he is captain, comm. fish. lic.#18600, and owner of the God's Grace, vessel#232754. He provided all required current licenses and current boat registration docs and 2007-2009 tax returns and trip/dock tickets. He stated that because of the oil spill he is not able to fish. Claim is for loss of income due to the oil spill. Mr Taylor is currnetly lossing $2,400.00 week on average. Requesting partial payment of $5,000.00 for an apparent legitimate claim.