☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2007** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| Doyle L. Taylor [redacted] Capt. Doyle Taylor [redacted] | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | |
| PAYER'S federal identification number 72-1442348 | RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | Copy 2 To be filed with recipient's state income tax return, when required. |
| RECIPIENT'S name Jonathan D. Taylor | | 7 Nonemployee compensation $12,661.00 | 8 Substitute payments in lieu of dividends or interest $ | |
| Street address (including apt. no.) [redacted] | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code [redacted] | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**                                    Department of the Treasury - Internal Revenue Service

ATTN: Butch McDaniel

Claim # 6866124-163550