☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| *Doyle L. Taylor* [address redacted] *Cont: Doyle Taylor* | $ | **2008** | **Miscellaneous Income** |
| | 2 Royalties | Form 1099-MISC | |
| | $ | | |
| | 3 Other Income | 4 Federal income tax withheld | Copy 1 |
| | $ | $ | For State Tax Department |
| PAYER'S federal identification number | RECIPIENT'S Identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
| 72-1442348 | [redacted] | $ | $ |
| RECIPIENT'S name *Jonathan D. Taylor* | | 7 Nonemployee compensation $ 8,718.00 | 8 Substitute payments in lieu of dividends or interest $ |
| Street address (including apt. no.) [redacted] | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| City, state, and ZIP code [redacted] | | 11 | 12 |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**                                             Department of the Treasury - Internal Revenue Service