**CLAIM #:** 163550

**CLAIMANT:** Jonathan Taylor

**DATE RECEIVED:** 8/20/10

**OFFICE:** VENICE

**DOCUMENT(S):** Captain's Statement

To whom it may concern:

Jonathan Taylor was the captain on my shrimp boat, Gad's Grace, during the years 2005 – 2008. Documentation number is 542012. My commercial shrimp license # is 18600 & Jonathan's # is 348627.



