LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**794**

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ

**FISHERMAN COPY**

TICKET NO. 5757737

CONTINUATION TICKET NO.

VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

Dayle Taylor

TRIP TIME: 10

Commercial Fisherman's License Number: C 18600

VESSEL NAME: Gods Grace

Coast Guard Documented Vessel Number: 549012

OR

State Vessel Registration Number:

Area Fished: 312

Gear Used: 215

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)

Davis Seafood

Seafood Dealer's License Number: C 9767

Transaction Date: 031509

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---------|----------------|----------|------|------|-----------------|------------|-------|------|
| | 12 | 300 | 1 | 1 | 41 — 50 | 1.25 | $ 375 00 | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |
| | | | | | | | $ | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|------|-------------------|------|
| Tracy R. | | $ 95 00 |
| | | |
| | | |

| | |
|---|---|
| TOTAL PURCHASES | 375 00 |
| TOTAL DEDUCTIONS | |
| TOTAL PAID | 375 00 |

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE: Dayle Taylor

DEALER'S SIGNATURE:

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP.
I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

TICKET NO. **000009**                                                                                       Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

GOD`S GRACE

Coast Guard Documented     542012
Vessel Number
     OR
State Vessel Registration

Commercial Fisherman's License Number   **C018600**

Area Fished: 312

Dealer   CAMERON FISHERIES LLC

Dealer Lic #   401079

Gear Used:   189
       BUTTERFLY NETS

Transaction Date: 05/13/2009       Trip Time: 12

**Transactions:**

**Permits**

| | |
|---|---|
| Total Purchases | $2,349.00 |
| Total Deductions | $0.00 |
| Total Paid | $2,349.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 3,915.00 | $0.60 | $2,349.00 |
| | | | | **Total:** | | **3,915.00** | **$0.60** | **$2,349.00** |

*Mike S. Jr. — $399*

*David D. — $305*

*Doyle T. — $1,645*

TICKET NO. **000022**

Paid With Check Number: 1054

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number **C018600**

. Dealer   CAMERON FISHERIES LLC

. Dealer Lic #   401079

. Transaction Date: 05/15/2009          Trip Time: 12

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | | | | | Total Purchases | $1,386.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | Total Deductions | $0.00 |
| | | | | | | Total Paid | $1,386.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 3,080.00 | $0.45 | $1,386.00 |
| | | | | | **Total:** | **3,080.00** | **$0.45** | **$1,386.00** |

*Mike S. Jr. - $236*

*David D. - $180*

*Doyle T. - $970*

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.**

893 ■    1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ    DEALER COPY

TICKET NO. 6366751    CONTINUATION TICKET NO. [ ]    VOID TICKET □

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

DOYLE TAYLOR

Commercial Fisherman's License Number    C  VS600

VESSEL NAME  GOD'S Grace

Coast Guard Documented Vessel Number  542012

OR

State Vessel Registration Number

Area Fished 0312    Gear Used VSD

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)  DAYLE TAYLOR

Dealer's License Number  C 245600

YEAR 2005    MONTH 05

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|-----|-----------|----------------|----------|------|------|-----------------|------------|-------|---------------------|------|
| 24 | 8 | 12 | 443 | 1 | 1 | 16 = 20 | 3.00 | $ 1329 | DT | □ |
| 25 | 12 | 12 | 300 | 1 | 1 | 16 = 20 | 3.00 | $ 900 | DT | □ |
| 26 | 12 | 12 | 425 | 1 | 1 | 16 = 20 | 3.00 | $ 1275 | DT | □ |
| 28 | 12 | 12 | 317 | 1 | 1 | 16 = 20 | 3.00 | $ 951 | DT | □ |
| 29 | 12 | 12 | 200 | 1 | 1 | 16 = 20 | 3.00 | $ 600 | DT | □ |
| 30 | 12 | 12 | 375 | 1 | 1 | 16 = 20 | 3.00 | $ 1125 | DT | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |
|  |  |  |  |  |  | = |  | $ |  | □ |

| ITEM | DEALER DEDUCTIONS | COST |
|------|-------------------|------|
|  | S | $ 1040.00 |
|  |  | $ 796.00 |
|  |  |  |

TOTAL PURCHASES  6180
TOTAL DEDUCTIONS  1836.00
TOTAL PAID  4284.00

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Doyle Taylor*
FISHERMAN'S SIGNATURE

*Doyle Taylor*
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

TICKET NO. **000203**

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD'S GRACE |

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number   **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 06/01/2009          Trip Time: 12

**Transactions:**

**VESSEL NAME**

GOD'S GRACE

Coast Guard Documented          542012
Vessel Number
OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
                    BUTTERFLY NETS

| Permits | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Purchases | | $5,553.60 |
| | | | | | Total Deductions | | $0.00 |
| | | | | | Total Paid | | $0.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 2,262.00 | $0.40 | $904.80 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 1,204.00 | $0.55 | $662.20 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 981.00 | $0.55 | $539.55 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 1,725.00 | $0.50 | $862.50 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 3,735.00 | $0.45 | $1,680.75 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 61 | 70 | 1,072.00 | $0.65 | $696.80 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 100 | 120 | 460.00 | $0.45 | $207.00 |
| | | | | **Total:** | | 11,439.00 | $0.49 | $5,553.60 |

*Mike S. Jr. – $944*

*David D. – $722*

*Doyle T. – $3888*

LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

**893** ■  `1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ`  **DEALER COPY**

TICKET NO. **6793731**   CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]   ■   VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print): *DOYLE TAYLOR*

Commercial Fisherman's License Number: **C** *18600*

VESSEL NAME: *GOD'S GRACE*

Coast Guard Documented Vessel Number: *T43012*
OR
State Vessel Registration Number: [ ] - [ ][ ] - [ ][ ] [ ]

Area Fished: *0304*   Gear Used: *115*

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print): *DOYLE TAYLOR*

Dealer's License Number: **C** *447600*

YEAR *2007*   MONTH *06*

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMANS INITALS | VOID |
|-----|-----------|----------------|----------|------|------|-----------------|------------|-------|--------------------|------|
| 03 | 7 | 12 | 315 | 1 | 1 | 10 = 20 | 3.00 | $939 | DT | ☐ |
| 04 | 10 | 12 | 335 | 1 | 1 | | 3.00 | $100 | DT | ☐ |
| 05 | 7 | 12 | 575 | 1 | 1 | 10 = 20 | 3.00 | $1725 | DT | ☐ |
| 06 | 13 | 12 | 375 | 1 | 1 | | 3.01 | $1125 | DT | ☐ |
| 07 | 7 | 12 | 414 | 1 | 1 | | 3.00 | $772 | DT | ☐ |
| 08 | 13 | 12 | 370 | 1 | 1 | | 3.00 | $1110 | DT | ☐ |
| 09 | 7 | 12 | 350 | 1 | 1 | 2 = 20 | 3.00 | $1050 | DT | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |
| | | | | | | | | $ | | ☐ |

| ITEM DEALER DEDUCTIONS | COST |
|------------------------|------|
| *Mike S. Jr.* | *$1,300.00* |
| *David D.* | *$994.00* |
| *Doyle T.* | *$5,352.00* |

TOTAL PURCHASES *$8,646*
TOTAL DEDUCTIONS *$2,294*
TOTAL PAID *$5,352*

■

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE: *Doyle Taylor*

DEALER'S SIGNATURE: *Doyle Taylor*

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.
NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only _blue_ or _black_ ink.**

893 ■  1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■     DEALER COPY

TICKET NO. 6793715     CONTINUATION TICKET NO. [ ]     VOID TICKET [ ]

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

DOYLE TAYLOR

Commercial Fisherman's License Number **C** 18600

VESSEL NAME *GOD'S GRACE*

Coast Guard Documented Vessel Number: 542012
OR
State Vessel Registration Number: [ ]

Area Fished 0304     Gear Used 189

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)

DOYLE TAYLOR

Dealer's License Number **C** 245600

YEAR 2009     MONTH 06

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 6 | 12 | 250 | 1 | 1 | 10 – 20 | 3.00 | $750 00 | DT | ☐ |
| 11 | 11 | 12 | 500 | 1 | 1 | 16 – 20 | 3.00 | $1500 00 | DT | ☐ |
| 12 | 9 | 12 | 287 | 1 | 1 | 16 – 20 | 3.00 | $861 00 | DT | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |
|  |  |  |  |  |  | – |  | $ |  | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| Mike S. Jr. |  | $529 00 |
| David D. |  | $404 00 |
| Doyle T. |  | $2178 00 |

■

TOTAL PURCHASES 3111 00
TOTAL DEDUCTIONS 933 00
TOTAL PAID 2178 00

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_Doyle Taylor_
FISHERMAN'S SIGNATURE

_Doyle Taylor_
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

TICKET NO. **000411**                                    Paid With Check Number: 2141

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number  **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 06/16/2009          Trip Time: 42

**Transactions:**

Coast Guard Documented          542012
Vessel Number
                    OR
State Vessel Registration

Area Fished: 312

Gear Used:  189
            BUTTERFLY NETS

| Permits | | |
|---|---|---|
| | Total Purchases | $6,610.60 |
| | Total Deductions | $0.00 |
| | Total Paid | $6,610.60 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 2,844.00 | $0.40 | $1,137.60 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 2,503.00 | $0.35 | $876.05 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 1,831.00 | $0.35 | $640.85 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 2,135.00 | $0.45 | $960.75 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 2,165.00 | $0.45 | $974.25 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 1,908.00 | $0.45 | $858.60 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 2,325.00 | $0.50 | $1,162.50 |
| | | | | **Total:** | | 15,711.00 | $0.42 | $6,610.60 |

*Mike S. Jr. - $1,124*

*David D. - $859*

*Doyle T. - $4,628*

TICKET NO. **000430**                                    Paid With Check Number: 2218

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 06/22/2009          Trip Time:  6

**Transactions:**

Coast Guard Documented          542012
Vessel Number
           OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
             BUTTERFLY NETS

| Permits | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Purchases | | $643.20 | |
| | | | | Total Deductions | | $0.00 | |
| | | | | Total Paid | | $643.20 | |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 61 | 70 | 1,072.00 | $0.60 | $643.20 |
| | | | | **Total:** | | 1,072.00 | $0.60 | $643.20 |

*Mike S. Jr. — $109*

*David D.  — $84*

*Doyle T.  — $450*

TICKET NO. **000481**                                    Paid With Check Number: 2272

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number  **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 06/24/2009          Trip Time:  11

**Transactions:**

Coast Guard Documented          542012
Vessel Number
         OR
State Vessel Registration

Area Fished:  312

Gear Used:   189
         BUTTERFLY NETS

| Permits | | Total Purchases | $587.00 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $587.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 505.00 | $0.40 | $202.00 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 770.00 | $0.50 | $385.00 |
| | | | | | Total: | 1,275.00 | $0.46 | $587.00 |

*Mike S. Jr — $100*

*David D — $76*

*Doyle T — $411*

TICKET NO. **000501**                                                     Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

GOD`S GRACE

Commercial Fisherman's License Number **C018600**

Coast Guard Documented        542012
Vessel Number
            OR
State Vessel Registration

Dealer:   CAMERON FISHERIES LLC

Area Fished: 312

Dealer Lic #   401079

Transaction Date: 06/25/2009          Trip Time: 9

Gear Used:   189
            BUTTERFLY NETS

**Transactions:**

| Permits | | |
|---|---|---|
| | Total Purchases | $435.60 |
| | Total Deductions | $0.00 |
| | Total Paid | $435.60 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 240.00 | $0.40 | $96.00 |
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 61 | 70 | 566.00 | $0.60 | $339.60 |
| | | | | | **Total:** | **806.00** | **$0.54** | **$435.60** |

*Mike S. Jr. — $74*

*David D. — $57*

*Doyle T. — $305*

TICKET NO. **000532**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number  **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 06/27/2009          Trip Time: 12

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
            OR
State Vessel Registration

Area Fished:  312

Gear Used:    189
                BUTTERFLY NETS

| Permits | | Total Purchases | $441.00 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $441.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 61 | 70 | 735.00 | $0.60 | $441.00 |
| | | | | **Total:** | | 735.00 | $0.60 | $441.00 |

*Mike S. Jr. – $75*

*David D. – $57*

*Doyle T. – $309*

TICKET NO. **000620**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number   **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 07/08/2009          Trip Time:  9

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished:  312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | Total Purchases | $151.20 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $151.20 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 71 | 80 | 336.00 | $0.45 | $151.20 |
| | | | | **Total:** | | **336.00** | **$0.45** | **$151.20** |

*Mike S. jr. – $26*

*David D. – $20*

*Doyle T. – $105*

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

**893** ■    `1 2 3 4 5 6 7 8 9 0` `A B C D E F G H I J K L M N O P Q R S T U V W X Y Z`    **DEALER COPY**

TICKET NO. **6793764**    CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]    VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print): *DAYLE TAYLOR*

Commercial Fisherman's License Number: **C** - **118600**

VESSEL NAME: *GOD'S GRACE*

Coast Guard Documented Vessel Number: [ ][ ][ ][ ]5*712112*

**OR**

State Vessel Registration Number: [ ][ ][ ]-[ ][ ][ ]-[ ]

Area Fished: **0312**    Gear Used: **0189**

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print): *DAYLE TAYLOR*

Dealer's License Number: **C** **247604**

YEAR **2009**    MONTH **07**

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 5 | 12 | 350 | 1 | 1 | 21 - 25 | 225 | $ 787 50 | DT | ☐ |
| 23 | 5 | 12 | 161 | 1 | 1 | 21 - 25 | 225 | $ 362 25 | DT | ☐ |
| 25 | 4 | 12 | 300 | 1 | 1 | 21 - 25 | 225 | $ 675 00 | DT | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |

| ITEM    DEALER DEDUCTIONS    COST |
|---|
| Mike S. Jr. $ 310.00 |
| David D. $ 237.00 |
| Dayle T. $ 277.75 |

TOTAL PURCHASES $ 1824 75
TOTAL DEDUCTIONS $ 547 00
TOTAL PAID $ 1277 75

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE *Dayle Taylor*

DEALER'S SIGNATURE *Dayle Taylor*

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT *PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.*
NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

TICKET NO. **000666**                                          Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number  C018600

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 07/21/2009          Trip Time: 8

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
                    OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
              BUTTERFLY NETS

**Permits**

| | |
|---|---|
| Total Purchases | $391.50 |
| Total Deductions | $0.00 |
| Total Paid | $391.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 522.00 | $0.75 | $391.50 |
| | | | | **Total:** | | **522.00** | **$0.75** | **$391.50** |

*Mike S. Jr. — $67*

*David D. — $51*

*Doyle T. — $274*

TICKET NO. **000674**

Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number   **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 07/24/2009          Trip Time: 8

**Transactions:**

VESSEL NAME

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | Total Purchases | $80.50 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $80.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 81 | 100 | 230.00 | $0.35 | $80.50 |
| | | | | Total: | | 230.00 | $0.35 | $80.50 |

*Mike S. Jr. — $14*

*David D. — $11*

*Doyle T. — $56*

TICKET NO. **000681**                                                                  Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number  **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 07/27/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented          542012
Vessel Number
              OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
              BUTTERFLY NETS

| Permits | | Total Purchases | $66.00 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $66.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 61 | 70 | 120.00 | $0.55 | $66.00 |
| | | | | | Total: | 120.00 | $0.55 | $66.00 |

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only blue or black ink.**

893 ■   1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■   **DEALER COPY**

TICKET NO. **6793756**   CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]   VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)
**DOYLE TAYLOR**

Commercial Fisherman's License Number   **C** - 118600

VESSEL NAME **GOD'S GRACE**

Coast Guard Documented Vessel Number [ ][ ][ ][ ] 542012

OR

State Vessel Registration Number [ ][ ][ ] - [ ][ ][ ][ ] - [ ][ ]

Area Fished 0312   Gear Used 0159

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)
**DOYLE TAYLOR**

Dealer's License Number **C** - 345600

YEAR 2009   MONTH 07

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 3 | 12 | 220 | 1 | 1 | 31 - 25T | 225 | $ 495 00 | DT | ☐ |
| 31 | 3 | 12 | 92 | 1 | 1 | 31 - 35T | 125 | $ 169 00 | DT | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |
| | | | | | | - | | $ | | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| Mike S Jr. | | $ 113.00 |
| David D. | | $ 86.00 |
| Doyle T. | | $ 465.75 |

TOTAL PURCHASES $ 664 75
TOTAL DEDUCTIONS $ 199 00
TOTAL PAID $ 465 75

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_Doyle Taylor_
FISHERMAN'S SIGNATURE

_Doyle Taylor_
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.
NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)**

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

893 ■

1 2 3 4 5 6 7 8 9 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**DEALER COPY**

TICKET NO. 6793749

CONTINUATION TICKET NO.

VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

*DOYLE TAYLOR*

Commercial Fisherman's License Number  **C** - *18600*

VESSEL NAME *GOD'S GRACE*

Coast Guard Documented Vessel Number: *593012*

OR

State Vessel Registration Number

Area Fished *4312*     Gear Used *0185*

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)

*DOYLE TAYLOR*

Dealer's License Number **C** *245604*

YEAR *2009*     MONTH *08*

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | | PRICE/UNIT | VALUE | | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *13* | *3* | *12* | *1,200* | *1* | *1* | *21* = *25* | | *2.25* | $ *420* | *25* | *DT* | ☐ |
| *15* | *4* | *12* | *350* | *1* | *1* | | | | $ *295* | *DT* | | ☐ |
| *17* | *4* | *12* | *195* | *1* | *1* | *21* = *25* | | *2.25* | $ *138* | *25* | *DT* | ☐ |
| *18* | *8* | *12* | *48* | *1* | *1* | *21* = *25* | | *1.75* | $ *108* | *DT* | | ☐ |
| *18* | *8* | *12* | *250* | *1* | *1* | *31* = *35* | | *1.75* | *465* | *DT* | | ☐ |
| *19* | *6* | *12* | *250* | *1* | *1* | *51* = *70* | | *1.00* | $ *75* | *00* | *DT* | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |
| | | | | | | = | | | $ | | | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| *with S ?* | | *$ 21.00* |
| *David D* | | *$ 250.00* |
| *Doyle T* | | *$ 1,349.95* |

| | |
|---|---|
| TOTAL PURCHASES | *1,911.25* |
| TOTAL DEDUCTIONS | *576.00* |
| TOTAL PAID | *1,343.25* |

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Doyle Taylor*
FISHERMAN'S SIGNATURE

*Doyle Taylor*
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

TICKET NO. **000711**                                                                  Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number  **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 08/03/2009          Trip Time:  7

**Transactions:**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
          OR
State Vessel Registration

Area Fished:  312

Gear Used:    189
          BUTTERFLY NETS

**Permits**

| | Total Purchases | $69.00 |
|---|---|---|
| | Total Deductions | $0.00 |
| | Total Paid | $69.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0010 | BROWN SHRIMP (BRAZIL) | 1 | 1 | 41 | 50 | 92.00 | $0.75 | $69.00 |
| | | | | **Total:** | | **92.00** | **$0.75** | **$69.00** |

TICKET NO. **000722**                                                          Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number   C018600

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 08/05/2009          Trip Time: 10

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Total Purchases | | $296.00 | |
| | | | | | Total Deductions | | $0.00 | |
| | | | | | Total Paid | | $296.00 | |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 36 | 40 | 272.00 | $0.80 | $217.60 |
| 0012 | WHITE SHRIMP | 1 | 1 | 36 | 40 | 98.00 | $0.80 | $78.40 |
| | | | | | Total: | 370.00 | $0.80 | $296.00 |

*Mike S. Jn - $50*

*David D. - $38*

*Doyle T. - $208*

TICKET NO. **000780**                                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer: CAMERON FISHERIES LLC

Dealer Lic # 401079

Transaction Date: 08/17/2009           Trip Time: 7

**Transactions:**

Coast Guard Documented Vessel Number        542012
OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
                     BUTTERFLY NETS

| Permits | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Purchases | | $30.55 |
| | | | | | Total Deductions | | $0.00 |
| | | | | | Total Paid | | $30.55 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 47.00 | $0.65 | $30.55 |
| | | | | **Total:** | | 47.00 | $0.65 | $30.55 |

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)**

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

**893** ■   1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■   **DEALER COPY**

TICKET NO. **6793772**   CONTINUATION TICKET NO. [ ][ ][ ][ ][ ]   VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)
**DOYLE TAYLOR**

Commercial Fisherman's License Number  **C  - 18600**

VESSEL NAME  **GOD'S GRACE**

Coast Guard Documented Vessel Number OR State Vessel Registration Number  [ ][ ][ ][ 5 4 2 0 1 3 ]

Area Fished  **3 3 1 2**   Gear Used  **1 1 5**

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)
**DOYLE TAYLOR**

Dealer's License Number  **C  1 4 5 6 0 4**

YEAR **2 0 0 9**   MONTH **0 8**

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 3 | 12 | 375 | 1 | 1 | 31 — 35 | 3 25 | $ 242 .00 | DT | ☐ |
| 22 | 3 | 12 | 150 | 1 | 1 | 31 — 35 | 1 75 | $ 262 .00 | DT | ☐ |
| 23 | 3 | 12 | 120 | 1 | 1 | 31 — 35 | 2 25 | $ 270 .00 | DT | ☐ |
| 23 | 3 | 12 | 91 | 1 | 1 | 31 — 35 | 1 75 | $ 159 .00 | DT | ☐ |
| 25 | 11 | 12 | 300 | 1 | 1 | 31 — 35 | 2 25 | $ 65 .00 | DT | ☐ |
| 25 | 11 | 12 | 99 | 1 | 1 | 31 — 35 | 2 25 | $ 341 .00 | DT | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |
|  |  |  |  |  |  | — |  | $ |  | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| Mike S. Jr. |  | $134.00 |
| David D. |  | $332.00 |
| Doyle T. |  | $1786.00 |

TOTAL PURCHASES $ 2351 .00
TOTAL DEDUCTIONS $ 566 .00
TOTAL PAID $ 1785 .00

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE  *Doyle Taylor*

DEALER'S SIGNATURE  *Doyle Taylor*

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.**

1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■

893 ■

**DEALER COPY**

TICKET NO. **6793798**

CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]

VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)
*DOYLE TAYLOR*

Commercial Fisherman's License Number **C -13440**

VESSEL NAME *GOD'S GRACE*

Coast Guard Documented Vessel Number [ ][ ][ ][ ][ ]*143342*

OR

State Vessel Registration Number [ ][ ]-[ ][ ][ ][ ]-[ ][ ]

Area Fished *1312*   Gear Used *DR*

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)
*DOYLE TAYLOR*

Dealer's License Number **C -21400**

YEAR *2007*   MONTH *11*

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 7 | 13 | 110 | 1 | 1 | 21 = 45 | | 225 | $ 382 ⁰⁰ | DT | ☐ |
| 11 | 7 | 13 | 110 | 1 | 1 | 20 = 40 | | 250 | $ 250 ⁰⁰ | DT | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |
| | | | | | | = | | | $ | | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| Mike S. Jr. | | $ 108 ⁰⁰ |
| David D. | PL | $ 138 ⁰⁰ |
| Doyle T. | | 79 ⁰⁰ |

TOTAL PURCHASES $ 632 ⁰⁰

TOTAL DEDUCTIONS $ 190 ⁰⁰

TOTAL PAID $ 443 ⁰⁰

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE *Doyle Taylor*

DEALER'S SIGNATURE *Doyle Taylor*

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only blue or black ink.**

893 ■  1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■  **DEALER COPY**

TICKET-NO. **6793780**  CONTINUATION TICKET NO. [ ] VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)
**DOYLE TAYLOR**

Commercial Fisherman's License Number  **C** — _18000

VESSEL NAME  **GOD'S GRACE**

Coast Guard Documented Vessel Number  _542212_
OR
State Vessel Registration Number

Area Fished  _6312_   Gear Used  _DRT_

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)
**DOYLE TAYLOR**

Dealer's License Number  **C** _241604_

YEAR  _2009_   MONTH  _09_

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 7 | 12 | 300 | 1 | 1 | 16 - 20 | | 3.50 | $1050 00 | DT | ☐ |
| 24 | 7 | 12 | 170 | 1 | 1 | 21 - 25 | | 3.25 | $124 00 | DT | ☐ |
| 24 | 7 | 12 | 75 | 1 | 1 | 26 - 30 | | 2.75 | $206 25 | DT | ☐ |
| 30 | 13 | 12 | 335 | 1 | 1 | 16 - 20 | | 3.50 | $1172 50 | DT | ☐ |
| 30 | 13 | 12 | 300 | 1 | 1 | 20 - 30 | | 2.75 | $825 00 | DT | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |
|  |  |  |  |  |  | - | | | $ | | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| Mike S Jr | | $653.00 |
| David D. | | $500.00 |
| Doyle T | | $2,690.00 |

TOTAL PURCHASES  $3847 25
TOTAL DEDUCTIONS  $1153 00
TOTAL PAID  $2690 25

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_David Taylor_
FISHERMAN'S SIGNATURE

_Doyle Taylor_
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

TICKET NO. **000961**

Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number   **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 09/30/2009          Trip Time: 12

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
        BUTTERFLY NETS

| Permits | | Total Purchases | $2,668.00 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $2,668.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 21 | 25 | 2,668.00 | $1.00 | $2,668.00 |
| | | | | | Total: | 2,668.00 | $1.00 | $2,668.00 |

*Doyle T. – $1,867*

*Mike S. Jr. – $454*

*David D. – $347*

TICKET NO. **000975**                                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date:  10/01/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented          542012
Vessel Number
             OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
             BUTTERFLY NETS

| Permits | | Total Purchases | $1,066.85 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $1,066.85 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 26      30 | 1,123.00 | $0.95 | $1,066.85 |
| | | | | Total: | 1,123.00 | $0.95 | $1,066.85 |

*Jonny T - $213*
*Mike S. Jr. - $181*
*David D. - $139*
*Doyle T. - $534*

TICKET NO. **001004**

Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

**FISHERMAN PROVIDED INFORMATION**

DOYLE TAYLOR

Commercial Fisherman's License Number   **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 10/02/2009          Trip Time: 7

**Transactions:**

**VESSEL NAME**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | Total Purchases | $81.25 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $81.25 |

| JD | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 51 | 60 | 125.00 | $0.65 | $81.25 |
| | | | | | Total: | 125.00 | $0.65 | $81.25 |

*Mike S. Jr. — $/4*

*David D. — $/11*

*Doyle T. — $56*

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)**

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

794 ■    1 2 3 4 5 6 7 8 9 0  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    **FISHERMAN COPY**

TICKET NO. **5900808**    CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]    VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

Doyle Taylor

VESSEL NAME  Gods Grace

Coast Guard Documented Vessel Number  5 4 6 0 1 2 [ ][ ][ ]

OR

State Vessel Registration Number  [ ][ ] - [ ][ ][ ][ ] - [ ][ ]

TRIP TIME

Commercial Fisherman's License Number  C 1 8 4 4 1    1 C

Area Fished  5 0 4    Gear Used  1 1 9

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)

Davis Seafood

Seafood Dealer's License Number  C 1 7 6 7 [ ]

Transaction Date  1 0  0 4  0 9

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | | PRICE/UNIT | VALUE | VOID |
|---------|---------------|----------|------|------|----------------|---|-----------|-------|------|
| | 1 3 | 3 7 0 0 0 | 1 | 1 | 2 6 | = 3 0 | 9 5 | $ 2 5 6 5 | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |
| | | | | | | = | | $ | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|------|-------------------|------|
| Ice | | 40 |
| Mike S. Jr. | | $436.00 |
| David S. | | $333.00 |
| Doyle T. | | $1796.00 |

| | |
|---|---|
| TOTAL PURCHASES | 2565 |
| TOTAL DEDUCTIONS | 42 |
| TOTAL PAID | 2523 |

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE  Chris Davis

DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP.
I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**893** ■  Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.   **DEALER COPY**

1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■

TICKET NO. **6793855**    CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]    VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)
*DOYLE TAYLOR*

Commercial Fisherman's License Number   C [ ][ ][ ][ ][ ][ ]

VESSEL NAME   *GOD'S GRACE*

Coast Guard Documented Vessel Number   [ ][ ][ ][5][4][3][2][1][3]
OR
State Vessel Registration Number   [ ][ ]-[ ][ ][ ][ ]-[ ][ ]

Area Fished  *0312*    Gear Used  *0107*

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print)
*DOYLE TAYLOR*

Dealer's License Number  C [4][5][7][0][0]

YEAR  *2009*    MONTH  *10*

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 9 | 12 | 125 | 1 | 1 | 21 - 25T | 3.25 | $ 406.25 | D.T. | ☐ |
| 04 | 9 | 12 | 284 | 1 | 1 | 26 - 30 | 2.75 | $ 781.00 | D.T. | ☐ |
| 04 | 9 | 12 | 166 | 1 | 1 | 15 - 20 | 3.50 | $ 581.00 | D.T. | ☐ |
| 04 | 10 | 12 | 100 | 1 | 1 | 26 - 30 | 2.25 | $ 225.00 | D.T. | ☐ |
| 10 | 10 | 12 | 75 | 1 | 1 | 15 - 20 | 3.50 | $ 262.50 | D.T. | ☐ |
| 10 | 10 | 12 | 251 | 1 | 1 | 36 - | 2.00 | $ 502.00 | D.T. | ☐ |
| 10 | 12 | 12 | 213 | 1 | 1 | 21 - 25T | 3.00 | $ 639.00 | D.T. | ☐ |
| 10 | 12 | 12 | 82 | 1 | 1 | 15 - 20 | 3.75 | $ 307.50 | D.T. | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |
|  |  |  |  |  |  | - |  | $ |  | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| *Mike S., Jr* |  | $512.00 |
| *David D.* |  | $411.00 |
| *Doyle T.* |  | $2231.00 |

TOTAL PURCHASES  $4157.25
TOTAL DEDUCTIONS  $934.00
TOTAL PAID  $2231.25

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Doyle Taylor*
FISHERMAN'S SIGNATURE

*Doyle Taylor*
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

TICKET NO. **001031**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 10/05/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | Total Purchases | $946.90 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $946.90 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 36 | 40 | 1,114.00 | $0.85 | $946.90 |
| | | | | | Total: | 1,114.00 | $0.85 | $946.90 |

*Jonny D — $237*

*David D. — $189*

*Doyle T. — $521*

TICKET NO. **001036**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 10/06/2009         Trip Time: 10

**Transactions:**

VESSEL NAME

GOD`S GRACE

Coast Guard Documented        542012
Vessel Number
        OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
        BUTTERFLY NETS

| Permits | | Total Purchases | $1,697.65 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $1,697.65 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 26 | 30 | 1,787.00 | $0.95 | $1,697.65 |
| | | | | Total: | | 1,787.00 | $0.95 | $1,697.65 |

*Mike S. Jr. — $289*

*David D — $221*

*Doyle T. — $1,188*

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.**

**893** ■  1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ ■   **DEALER COPY**

TICKET NO. **6793863**    CONTINUATION TICKET NO. [ ][ ][ ][ ][ ][ ]    VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print)

**DOYLE TAYLOR**

Commercial Fisherman's License Number **C - 18600**

VESSEL NAME **GOD'S GRACE**

Coast Guard Documented Vessel Number [ ][ ][ ]**542012**

OR

State Vessel Registration Number [ ][ ]-[ ][ ][ ]-[ ]

Area Fished **0312**    Gear Used **0189**

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print) **DOYLE TAYLOR**

Dealer's License Number **C 245604**    YEAR **2009**    MONTH **10**

| DAY | TRIP TIME | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | FISHERMAN'S INITIALS | VOID |
|-----|-----------|----------------|----------|------|------|-----------------|------------|-------|---------------------|------|
| 14 | 12 | 12 | 173 | 1 | 1 | 21 = 25 | 3.00 | $ 519 00 | D.T. | ☐ |
| 15 | 12 | 12 | 216 | 1 | 1 | 31 = 35 | 2.50 | $ 540 00 | D.T. | ☐ |
| 17 | 8 | 12 | 302 | 1 | 1 | 21 = 25 | 3.00 | $ 906 00 | D.T. | ☐ |
| 16 | 15 | 12 | 251 | 1 | 1 | 16 = 20 | 3.50 | $ 87 50 | D.T. | ☐ |
| 18 | 15 | 12 | 510 | 1 | 1 | 21 = 25 | 3.00 | $ 150 00 | D.T. | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |
|  |  |  |  |  |  |  |  | $ |  | ☐ |

| ITEM — DEALER DEDUCTIONS | COST |
|--------------------------|------|
| Mike S. Jr. | $375 00 |
| David D. | $286 00 |
| Doyle T. | $1542 00 |

TOTAL PURCHASES $2203 00
TOTAL DEDUCTIONS $661 00
TOTAL PAID $1542 00

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Doyle Taylor*
FISHERMAN'S SIGNATURE

*Doyle Taylor*
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

NOTE: THIS FORM MAY BE USED FOR TRANSACTIONS FOR NO MORE THAN 7 CONSECUTIVE DAYS.

TICKET NO. **001141**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

█████████████████

Commercial Fisherman's License Number  **C018600**

   Dealer:   CAMERON FISHERIES LLC

   Dealer Lic #   401079

   Transaction Date: 10/14/2009          Trip Time: 12

**Transactions:**

GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
         BUTTERFLY NETS

| Permits | Total Purchases | $723.90 |
|---|---|---|
| | Total Deductions | $0.00 |
| | Total Paid | $723.90 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 36 | 40 | 624.00 | $0.85 | $530.40 |
| 0012 | WHITE SHRIMP | 1 | 1 | 31 | 35 | 215.00 | $0.90 | $193.50 |
| | | | | **Total:** | | **839.00** | **$0.86** | **$723.90** |

*Mike S. Jr. — $23*
*David D. — $94*
*Doyle T. — $507*

TICKET NO. **001174**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

GOD'S GRACE

Commercial Fisherman's License Number **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 10/16/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented Vessel Number          542012
OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
                     BUTTERFLY NETS

| Permits | | | | | Total Purchases | $1,530.50 |
|---|---|---|---|---|---|---|
| | | | | | Total Deductions | $0.00 |
| | | | | | Total Paid | $1,530.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 61 | 70 | 430.00 | $0.65 | $279.50 |
| 0012 | WHITE SHRIMP | 1 | 1 | 31 | 35 | 1,251.00 | $1.00 | $1,251.00 |
| | | | | Total: | | 1,681.00 | $0.91 | $1,530.50 |

*Mike S. fr — $260*

*David D. — $199*

*Doyle T. — $1,072*

---

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)**
**Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.**

**893** ■   1 2 3 4 5 6 7 8 9 0  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z          **DEALER COPY**

TICKET NO.   **6793798**          CONTINUATION TICKET NO.                                    VOID TICKET ☐

**FISHERMAN PROVIDED INFORMATION**          VESSEL NAME   *GOD'S GRACE*

COMMERCIAL FISHERMAN'S

TICKET NO. **001213**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number  **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 10/19/2009         Trip Time: 8

**Transactions:**

Coast Guard Documented Vessel Number          542012
OR
State Vessel Registration

Area Fished: 312

Gear Used:  189
BUTTERFLY NETS

| Permits | | Total Purchases | $1,134.10 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $1,134.10 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 36 | 40 | 558.00 | $0.95 | $530.10 |
| 0012 | WHITE SHRIMP | 1 | 1 | 31 | 35 | 604.00 | $1.00 | $604.00 |
| | | | | | Total: | 1,162.00 | $0.98 | $1,134.10 |

*Mike S. Jr. — $193*

*David D. — $147*

*Doyle T. — $794*

TICKET NO. **001257**                                          Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD'S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 10/26/2009          Trip Time: 9

**Transactions:**

VESSEL NAME

GOD'S GRACE

Coast Guard Documented          542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:    189
          BUTTERFLY NETS

| Permits | | Total Purchases | $175.50 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $175.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 195.00 | $0.90 | $175.50 |
| | | | | Total: | | 195.00 | $0.90 | $175.50 |

*Mike S. Jr. — $30*

*David D. — $23*

*Doyle T. — $123*

TICKET NO. **001288**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

Commercial Fisherman's License Number  **C018600**

  Dealer:  CAMERON FISHERIES LLC

  Dealer Lic #  401079

  Transaction Date: 10/27/2009       Trip Time: 10

**Transactions:**

GOD'S GRACE

Coast Guard Documented     542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:  189
       BUTTERFLY NETS

| Permits | | Total Purchases | $882.00 |
|---|---|---|---|
| | | Total Deductions | $34.00 |
| | | Total Paid | $848.00 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 980.00 | $0.90 | $882.00 |
| | | | | **Total:** | | 980.00 | $0.90 | $882.00 |

*Mike S. Jr. — $150*

*David D. — $115*

*Doyle T. — $617*

TICKET NO. **001295**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number   C018600

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date:  10/28/2009          Trip Time:  9

**Transactions:**

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished:  304

Gear Used:   189
        BUTTERFLY NETS

| Permits | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Purchases | | $453.60 | |
| | | | | Total Deductions | | $0.00 | |
| | | | | Total Paid | | $453.60 | |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 504.00 | $0.90 | $453.60 |
| | | | | **Total:** | | 504.00 | $0.90 | $453.60 |

*Mike S. Jr. — $77*

*David D — $59*

*Doyle T. — $318*

TICKET NO. **001317**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

**VESSEL NAME**

GOD`S GRACE

Commercial Fisherman's License Number  **C018600**

Coast Guard Documented   542012
Vessel Number
OR
State Vessel Registration

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 10/29/2009          Trip Time: 9

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

**Transactions:**

| Permits | | Total Purchases | $730.80 |
|---|---|---|---|
| | | Total Deductions | $34.00 |
| | | Total Paid | $696.80 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 812.00 | $0.90 | $730.80 |
| | | | | **Total:** | | 812.00 | $0.90 | $730.80 |

*David D. — $183*
*Doyle T. — $548*

TICKET NO. **001330**                                                      Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD'S GRACE |

Commercial Fisherman's License Number  C018600

Dealer:  CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 10/30/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented        542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | Total Purchases | $1,255.05 |
|---|---|---|
| | Total Deductions | $34.00 |
| | Total Paid | $1,221.05 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 61 | 70 | 405.00 | $0.65 | $263.25 |
| 0012 | WHITE SHRIMP | 1 | 1 | 41 | 50 | 1,102.00 | $0.90 | $991.80 |
| | | | | **Total:** | | **1,507.00** | **$0.83** | **$1,255.05** |

*Mike S. Jr. — #314*

*Doyle T. — #941*

TICKET NO. **001344**                                              Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR<br><br>Commercial Fisherman's License Number  C018600<br>  Dealer:   CAMERON FISHERIES LLC<br>  Dealer Lic #   401079<br>  Transaction Date:  10/31/2009        Trip Time:  10<br>**Transactions:** | GOD`S GRACE<br><br>Coast Guard Documented        542012<br>Vessel Number<br>        OR<br>State Vessel Registration<br><br>Area Fished:  304<br><br>Gear Used:   189<br>        BUTTERFLY NETS |

| Permits | | Total Purchases | $622.40 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $622.40 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 51 | 60 | 778.00 | $0.80 | $622.40 |
| | | | | **Total:** | | 778.00 | $0.80 | $622.40 |

*Mike S. Jr. – $156*

*Doyle T.  – $466*

TICKET NO. **001377**                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|

DOYLE TAYLOR

GOD`S GRACE

Commercial Fisherman's License Number  **C018600**

Coast Guard Documented         542012
Vessel Number
                OR
State Vessel Registration

Dealer:   CAMERON FISHERIES LLC

Area Fished: 312

Dealer Lic #   401079

Transaction Date: 11/01/2009          Trip Time: 12

Gear Used:    189
          BUTTERFLY NETS

**Transactions:**

Permits

| Total Purchases | $1,783.20 |
|---|---|
| Total Deductions | $34.00 |
| Total Paid | $1,749.20 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 51 | 60 | 2,229.00 | $0.80 | $1,783.20 |
| | | | | Total: | | 2,229.00 | $0.80 | $1,783.20 |

*David D — $4/4/6*

*Doyle T — $1,337*

TICKET NO. **001385**                                          Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD'S GRACE |

Commercial Fisherman's License Number  **C018600**

Dealer.   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date: 11/02/2009          Trip Time: 9

**Transactions:**

Coast Guard Documented        542012
Vessel Number
          OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
          BUTTERFLY NETS

| Permits | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Purchases | | $1,072.80 | |
| | | | | Total Deductions | | $34.00 | |
| | | | | Total Paid | | $1,038.80 | |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 51 | 60 | 1,341.00 | $0.80 | $1,072.80 |
| | | | | **Total:** | | **1,341.00** | **$0.80** | **$1,072.80** |

*Mike S. Jr. — $268*

*Doyle T. — $805*

TICKET NO. **001404**                                                              Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #   401079

Transaction Date:  11/03/2009          Trip Time:  10

**Transactions:**

Coast Guard Documented          542012
Vessel Number
        OR
State Vessel Registration

Area Fished:  312

Gear Used:    189
        BUTTERFLY NETS

| Permits | | |
|---|---|---|
| | Total Purchases | $604.50 |
| | Total Deductions | $0.00 |
| | Total Paid | $604.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 61 | 70 | 930.00 | $0.65 | $604.50 |
| | | | | | **Total:** | 930.00 | $0.65 | $604.50 |

*David D. — $151*

*Doyle T. — $454*

TICKET NO. **001455**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number **C018600**

Dealer:   CAMERON FISHERIES LLC

Dealer Lic # 401079

Transaction Date: 11/13/2009         Trip Time: 7

**Transactions:**

Coast Guard Documented         542012
Vessel Number
       OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
       BUTTERFLY NETS

| Permits | | Total Purchases | $149.50 |
|---|---|---|---|
| | | Total Deductions | $0.00 |
| | | Total Paid | $149.50 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 0012 | WHITE SHRIMP | 1 | 1 | 61 | 70 | 230.00 | $0.65 | $149.50 |
| | | | | **Total:** | | **230.00** | **$0.65** | **$149.50** |

*Mike S.Jr. – $38*
*Dayle T. – $112*

TICKET NO. **020904**                                                    Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GODS GRACE |

Commercial Fisherman's License Number **C018600**

Coast Guard Documented Vessel Number   18600
OR
State Vessel Registration

Dealer.   MARSHALL SPICER BAIT

Dealer Lic #   011777

Area Fished: 304

Transaction Date:  11/17/2009          Trip Time:  5

Gear Used:   680
TROT LINES

**Transactions:**

**Permits**

| | |
|---|---|
| Total Purchases | $1,563.20 |
| Total Deductions | $0.00 |
| Total Paid | $1,563.20 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| 1235 | FLOUNDER | 1 | 1 | | 977.00 | $1.60 | $1,563.20 |
| | | | | **Total:** | **977.00** | **$1.60** | **$1,563.20** |

*Mike S. Jr. — $391*

*Doyle T. — $1,172*

TICKET NO. **021012**

Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GODS GRACE |

Commercial Fisherman's License Number **C018600**

Coast Guard Documented Vessel Number   18600
OR
State Vessel Registration

Area Fished: 304

Gear Used:   215
SHRIMP TRAWL

Dealer:   MARSHALL SPICER BAIT

Dealer Lic #   011777

Transaction Date:  12/01/2009          Trip Time:  5

**Transactions:**

**Permits**

| Total Purchases | $1,272.60 |
|---|---|
| Total Deductions | $0.00 |
| Total Paid | $1,272.60 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| 1235 | FLOUNDER | 1 | 1 | | 909.00 | $1.40 | $1,272.60 |
| | | | | **Total:** | **909.00** | **$1.40** | **$1,272.60** |

*David D.  — $318*

*Doyle T.  — $955*

TICKET NO. **001532**                                                                 Paid By Check.

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| DOYLE TAYLOR | GOD`S GRACE |

Commercial Fisherman's License Number  C018600

Dealer:   CAMERON FISHERIES LLC

Dealer Lic #  401079

Transaction Date: 12/03/2009          Trip Time: 8

**Transactions:**

VESSEL NAME: GOD`S GRACE

Coast Guard Documented          542012
Vessel Number
OR
State Vessel Registration

Area Fished: 312

Gear Used:   189
            BUTTERFLY NETS

Permits

| | | |
|---|---|---|
| Total Purchases | $211.20 |
| Total Deductions | $0.00 |
| Total Paid | $211.20 |

| ID | Species Description | Unit | Cond | Cnt / Mkt | Qty | Price | Total |
|---|---|---|---|---|---|---|---|
| 0013 | SEABOB | 1 | 1 | | 704.00 | $0.30 | $211.20 |
| | | | | Total: | 704.00 | $0.30 | $211.20 |

*Mike S. Jr. – $100*

*Doyle T. – $111*