UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: 2:10-cv-8888 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that the motion is GRANTED and Herman, Herman & Katz, LLC and its individual attorneys are withdrawn as counsel of record for Plaintiff Charles Duhon (Short Form Joinder No. 55023). Plaintiff's mailing address is 407 Ruskin Avenue Ocean Springs, MS 39564, and may be reached at (228) 297-8002.

New Orleans, Louisiana this 31st day of March, 2015.

_____
United States District Judge