UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal Appendix A to its Proposed Findings of Fact for the Penalty Phase trial IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that Appendix A shall be filed under seal.

New Orleans, Louisiana this 31st day of March, 2015.

_____
United States District Judge