# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
## March 1, 2015

Claims Administrator Patrick Juneau has announced that the Settlement Program began issuing payments on July 31, 2012, and has been issuing outcome Notices since July 15, 2012. The Program will issue Notices on a rolling basis as we complete reviews, and they will include Eligibility Notices, Incompleteness Notices, and Denial Notices. Each Notice will provide information explaining the outcome. We will post Notices on the secure DWH Portal for any law firm or unrepresented claimant who uses the DWH Portal. We will notify firms and unrepresented claimants by email at the end of each day if we have posted a Notice that day. Firms and unrepresented claimants may then log onto the DWH Portal to see a copy of the Notice(s). Law Firms or claimants who do not use the DWH Portal will receive Notices in the mail. Claimants who receive an Eligibility Notice and qualify for a payment will receive that payment after all appeal periods have passed, if applicable, and the claimant has submitted all necessary paperwork, including a fully executed Release and Covenant Not to Sue.

| Table 1 | Filings by State of Residence | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Registration Forms | | | | Claims | | |
| | State | Form Begun | Form Submitted | Total | % | Form Begun | Form Submitted | Total | % |
| 1. | Alabama | 762 | 43,368 | 44,130 | 18.5% | 1,685 | 53,265 | 54,950 | 17.8% |
| 2. | Florida | 1,878 | 77,883 | 79,761 | 33.4% | 5,214 | 87,277 | 92,491 | 29.9% |
| 3. | Louisiana | 1,458 | 55,205 | 56,663 | 23.7% | 2,284 | 78,835 | 81,119 | 26.3% |
| 4. | Mississippi | 498 | 30,947 | 31,445 | 13.2% | 1,082 | 35,466 | 36,548 | 11.8% |
| 5. | Texas | 233 | 11,872 | 12,105 | 5.1% | 536 | 16,952 | 17,488 | 5.7% |
| 6. | Other | 978 | 14,076 | 15,054 | 6.3% | 1,128 | 25,290 | 26,418 | 8.6% |
| 7. | Total | 5,807 | 233,351 | 239,158 | 100.0% | 11,929 | 297,085 | 309,014 | 100.0% |



Chart 1: Filings by State of Residence

| Table 2 | Number of Claims by Claim Type | | | | | |
|---|---|---|---|---|---|---|
| | Claim Type | Claims | | | | Unique Claimants with Form Submitted |
| | | Form Begun | Form Submitted | Total | % | |
| 1. | Seafood Compensation Program | 410 | 24,773 | 25,183 | 8.2% | 10,504 |
| 2. | Individual Economic Loss | 6,574 | 45,289 | 51,863 | 16.8% | 44,022 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 185 | 302 | 487 | 0.2% | 298 |
| 4. | Business Economic Loss | 2,428 | 108,254 | 110,682 | 35.8% | 81,610 |
| 5. | Start-Up Business Economic Loss | 278 | 5,994 | 6,272 | 2.0% | 5,017 |
| 6. | Failed Business Economic Loss | 264 | 4,062 | 4,326 | 1.4% | 3,611 |
| 7. | Coastal Real Property | 795 | 37,895 | 38,690 | 12.5% | 26,384 |
| 8. | Wetlands Real Property | 129 | 18,721 | 18,850 | 6.1% | 3,754 |
| 9. | Real Property Sales | 188 | 1,745 | 1,933 | 0.6% | 1,390 |
| 10. | Subsistence | 532 | 39,809 | 40,341 | 13.1% | 39,640 |
| 11. | VoO Charter Payment | 80 | 8,784 | 8,864 | 2.9% | 6,200 |
| 12. | Vessel Physical Damage | 66 | 1,457 | 1,523 | 0.5% | 1,238 |
| 13. | Total | 11,929 | 297,085 | 309,014 | 100.0% | 205,450 |

# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
### March 1, 2015

## Chart 2: Number of Claims by Claim Type



| Claim Type | Count |
|---|---|
| Seafood | 25,183 |
| IEL | 51,863 |
| IPV/FV | 487 |
| BEL | 110,682 |
| Start-Up BEL | 6,272 |
| Failed BEL | 4,326 |
| Coastal | 38,690 |
| Wetlands | 18,850 |
| Real Prop Sales | 1,933 |
| Subsistence | 40,341 |
| VoO | 8,864 |
| Vessel Damage | 1,523 |

| Table 3 | Claimant Assistance Center | Filings by Claimant Assistance Center | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Registration Forms | | | | Claims | | | |
| | | Form Begun | Form Submitted | Total | % | Form Begun | Form Submitted | Total | % |
| 1. | Apalachicola, FL | 28 | 1,506 | 1,534 | 4.9% | 39 | 2,168 | 2,207 | 5.8% |
| 2. | Bay St. Louis , MS | 8 | 610 | 618 | 2.0% | 28 | 754 | 782 | 2.1% |
| 3. | Bayou La Batre, AL | 17 | 1,027 | 1,044 | 3.4% | 45 | 1,126 | 1,171 | 3.1% |
| 4. | Biloxi , MS | 36 | 1,571 | 1,607 | 5.2% | 67 | 2,032 | 2,099 | 5.5% |
| 5. | Bridge City, TX | 2 | 419 | 421 | 1.4% | 16 | 792 | 808 | 2.1% |
| 6. | Clearwater, FL | 63 | 2,571 | 2,634 | 8.5% | 330 | 2,247 | 2,577 | 6.8% |
| 7. | Cut Off, LA | 12 | 498 | 510 | 1.6% | 25 | 758 | 783 | 2.1% |
| 8. | Fort Myers, FL | 0 | 13 | 13 | <0.1% | 1 | 12 | 13 | <0.1% |
| 9. | Fort Walton Beach , FL | 8 | 1,329 | 1,337 | 4.3% | 45 | 1,823 | 1,868 | 4.9% |
| 10. | Grand Isle, LA | 4 | 144 | 148 | 0.5% | 5 | 227 | 232 | 0.6% |
| 11. | Gretna/Harvey, LA | 34 | 2,183 | 2,217 | 7.1% | 45 | 2,205 | 2,250 | 5.9% |
| 12. | Gulf Shores, AL | 18 | 2,152 | 2,170 | 7.0% | 67 | 2,830 | 2,897 | 7.6% |
| 13. | Houma, LA | 23 | 808 | 831 | 2.7% | 41 | 1,047 | 1,088 | 2.9% |
| 14. | Lafitte, LA | 6 | 349 | 355 | 1.1% | 12 | 484 | 496 | 1.3% |
| 15. | Lake Charles, LA | 0 | 25 | 25 | 0.1% | 1 | 32 | 33 | 0.1% |
| 16. | Metairie, LA | 0 | 75 | 75 | 0.2% | 4 | 107 | 111 | 0.3% |
| 17. | Mobile, AL | 74 | 7,715 | 7,789 | 25.0% | 184 | 8,441 | 8,625 | 22.7% |
| 18. | Naples, FL | 21 | 1,385 | 1,406 | 4.5% | 38 | 1,286 | 1,324 | 3.5% |
| 19. | New Orleans – CBD BG, LA | 13 | 348 | 361 | 1.2% | 18 | 361 | 379 | 1.0% |
| 20. | New Orleans East, LA | 41 | 2,090 | 2,131 | 6.9% | 98 | 2,476 | 2,574 | 6.8% |
| 21. | Panama City Beach, FL | 20 | 2,395 | 2,415 | 7.8% | 95 | 3,725 | 3,820 | 10.1% |
| 22. | Pensacola, FL | 28 | 1,451 | 1,479 | 4.8% | 71 | 1,799 | 1,870 | 4.9% |
| 23. | **Total** | **456** | **30,664** | **31,120** | **100.0%** | **1,275** | **36,732** | **38,007** | **100.0%** |



# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
## March 1, 2015

### Chart 3: Number of Claims by Claimant Assistance Center



| Table 4 | Claim Type | Notices Issued | | | | | | | | Opt-Outs | Withdrawn | Closed | Total Claims Issued Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Eligible - Payable | Eligible - No Payment | Incomplete | Denial | | | | | | | | |
| | | | | | Exclusion Denials | Prior GCCF Release | Causation Denials | Other Denials | Incomplete Denials | | | | |
| 1. | Seafood Compensation Program | 12,464 | 1,517 | 535 | 49 | 2,427 | 0 | 503 | 4,742 | 1,164 | 2,533 | 2,016 | **27,950** |
| 2. | Individual Economic Loss | 6,148 | 1,538 | 3,403 | 3,269 | 1,976 | 100 | 1,107 | 19,877 | 707 | 1,911 | 3,227 | **43,263** |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 8 | 0 | 11 | 4 | 24 | 0 | 68 | 138 | 2 | 86 | 28 | **369** |
| 4. | Business Economic Loss | 17,792 | 508 | 28,178 | 1,490 | 689 | 4,299 | 1,256 | 12,936 | 807 | 4,513 | 2,474 | **74,942** |
| 5. | Start-Up Business Economic Loss | 634 | 27 | 1,681 | 70 | 45 | 164 | 296 | 1,478 | 90 | 185 | 308 | **4,978** |
| 6. | Failed Business Economic Loss | 35 | 21 | 619 | 58 | 103 | 330 | 809 | 918 | 111 | 127 | 364 | **3,495** |
| 7. | Coastal Real Property | 27,259 | 56 | 153 | 8 | 859 | 0 | 4,961 | 1,533 | 367 | 482 | 2,033 | **37,711** |
| 8. | Wetlands Real Property | 5,842 | 11 | 195 | 28 | 72 | 0 | 3,199 | 106 | 85 | 187 | 1,488 | **11,213** |
| 9. | Real Property Sales | 803 | 6 | 7 | 10 | 66 | 32 | 555 | 83 | 14 | 78 | 118 | **1,772** |
| 10. | Subsistence | 9,003 | 578 | 8,109 | 19 | 1,320 | 0 | 97 | 4,574 | 190 | 383 | 878 | **25,151** |
| 11. | VoO Charter Payment | 7,031 | 19 | 16 | 16 | 0 | 0 | 597 | 722 | 93 | 67 | 121 | **8,682** |
| 12. | Vessel Physical Damage | 814 | 21 | 57 | 5 | 0 | 0 | 120 | 235 | 21 | 41 | 97 | **1,411** |
| 13. | Total | 87,833 | 4,302 | 42,964 | 5,026 | 7,581 | 4,925 | 13,568 | 47,342 | 3,651 | 10,593 | 13,152 | **240,937** |

# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
## March 1, 2015

| Table 5 | | Payment Information | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Type | Eligibility Notices Issued with Payment Offer | | Accepted Offers | | Payments Made | | |
| | | Number | Amount | Number | Amount | Number | Amount | Unique Claimants Paid |
| 1. | Seafood Compensation Program | 12,464 | $1,469,239,833 | 11,335 | $1,446,272,257 | 10,911 | $1,418,667,529 | 4,800 |
| 2. | Individual Economic Loss | 6,148 | $75,638,895 | 5,818 | $72,853,055 | 5,578 | $67,582,468 | 5,578 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 8 | $77,085 | 8 | $77,085 | 8 | $77,085 | 8 |
| 4. | Business Economic Loss | 17,792 | $3,015,588,817 | 16,861 | $2,896,026,498 | 15,319 | $2,529,144,493 | 14,456 |
| 5. | Start-Up Business Economic Loss | 634 | $125,050,864 | 592 | $118,988,486 | 565 | $109,824,892 | 541 |
| 6. | Failed Business Economic Loss | 35 | $3,083,159 | 31 | $2,866,288 | 28 | $2,846,288 | 28 |
| 7. | Coastal Real Property | 27,259 | $151,152,652 | 26,726 | $148,123,141 | 26,329 | $146,000,897 | 20,688 |
| 8. | Wetlands Real Property | 5,842 | $172,712,467 | 5,712 | $148,910,358 | 5,573 | $147,873,802 | 1,463 |
| 9. | Real Property Sales | 803 | $38,129,348 | 788 | $37,567,613 | 780 | $37,302,975 | 687 |
| 10. | Subsistence | 9,003 | $63,421,469 | 5,652 | $44,381,478 | 5,132 | $39,388,031 | 5,132 |
| 11. | VoO Charter Payment | 7,031 | $280,891,637 | 7,009 | $278,842,009 | 6,971 | $277,746,518 | 5,305 |
| 12. | Vessel Physical Damage | 814 | $12,755,961 | 806 | $12,647,591 | 775 | $11,941,356 | 723 |
| 13. | **Totals on DWH Releases** | **87,833** | **$5,407,742,187** | **81,338** | **$5,207,555,860** | **77,969** | **$4,788,396,334** | **55,467** |
| 14. | **Paid As 40% Payments to Claimants with Transition Payments** | | | | | 3,208 | $52,877,616 | 3,208 |
| 15. | **Total Payments:** | | | | | 81,177 | $4,841,273,949 | 58,675 |

| Table 6 | | Appeals Received | | |
|---|---|---|---|---|
| | | Resolved Appeals | | |
| | Appeal Status | BP Appeals | Claimant Appeals | Total Appeals |
| 1. | Resolved by Panel Decision | 2,053 | 1,199 | 3,252 |
| 2. | Resolved by Parties | 780 | 89 | 869 |
| 3. | Withdrawn | 345 | 41 | 386 |
| 4. | Administratively Closed | 423 | 59 | 482 |
| 5. | Inactive Under Reconsideration/Re-Review | 211 | 0 | 211 |
| 6. | Remand to Claims Administrator | 125 | 56 | 181 |
| 7. | Return for Review Under Policy 495 | 1,445 | 90 | 1,535 |
| 8. | **Total** | **5,382** | **1,534** | **6,916** |
| | | Pending Appeals | | |
| 9. | In "Baseball" Process | 249 | 24 | 273 |
| 10. | In "Non-Baseball" Process | 0 | 91 | 91 |
| 11. | Submitted to Panel | 143 | 65 | 208 |
| 12. | Under Discretionary Court Review | 189 | 119 | 308 |
| 13. | **Total** | **581** | **299** | **880** |
| | | Grand Total | | |
| 14. | | **5,963** | **1,833** | **7,796** |

# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
## March 1, 2015









# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
March 1, 2015

**Legend:**

1. Form Begun - Includes electronically filed registration or claim forms for the period of time between the moment a claimant or his attorney has initiated the submission of a form and moment they complete that filing by submitting the electronic signature. This definition also includes hard copy registration or claim forms where the DWH Intake Team is in the process of linking the scanned images and has not yet completed the data entry on that form.

2. Form Submitted. Includes electronically file registration or claim forms after the claimant or his attorney completes the electronic signature and clicks the Submit button. This definition also includes hard copy registration or claim forms where the DWH Intake Team has completed both the linking of scanned images and the data entry on that form.

3. Unique Claimants with Form Submitted - Counts the unique number of claimants with at least one Claim Form Submitted for each Claim Type. Because claimants may file claims for more than one Claim Type, the sum of all Claim Types will not equal the count of total unique claimants.

4. Filings by Claimant Assistance Center- The following Claimant Assistance Centers in Table 3 and Chart 3 are closed: Bayou La Batre, AL, Gulf Shores, AL, Apalachicola, FL, Ft. Walton Beach, FL, Naples, FL, Grand Isle, LA, Gretna/Harvey, LA, Houma, LA, New Orleans East, LA, Bay St. Louis, MS, Bridge City, TX.

5. Notices Issued – The Seafood Compensation Program row (row 1) of Table 4 includes Seafood Supplemental Distribution Claims. The count of Notices Issued in Table 4 counts each unique claim issued a Notice only once. For claims issued multiple Notices, this report uses the following hierarchy when counting the claim: (1) Eligibility Notice if the claim has been paid; (2) Most recent active Notice if the claim has not been paid; (3) If the claim has been closed it will not be counted as an Eligibility Notice unless the claim has been paid. The count of Notices Issued in Chart 5 counts all Notices Issued and reports claims with multiple Notices once for each Notice issued. Because of this, the totals reported in Table 4 do not match the totals reported in Chart 5.

6. Payment Information - The timing of payment can be affected by a number of factors. Even after the DHECC receives a Release, delay in receipt of a W-9, or in receipt of the Attorney Fee Acknowledgment Form can delay payment. In addition, any alterations or omissions on the Release Form, or an assertion of a third-party lien against an award amount, can delay payment. As a result, this report will show a higher number of Accepted Offers than Amounts Paid. The Seafood Compensation Program row (row 1) of Table 5 includes Seafood Supplemental Distribution Claims.

7. Appeals Received - Excludes Appeals closed pursuant to 4/24/13 Court Order.

8. Note: The Claims Administrator continually monitors the status of all claim filings. Through this process, the Claims Administrator may find duplicate claims from the same claimant. In such cases, the Claims Administrator will close the duplicate claim and only process the remaining valid claim. This report excludes duplicate claims from all counts of claims filed. Page

9. Note: The Seafood Supplemental Distribution Notices are included in the Exhibit A as appropriate.

10. Note: The final deadline for filing all claims other than those that fall into the Seafood Compensation Program is 6/8/15.

