UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
|---|---|
| | Section: J |
| This Documents Relates to: 2:13-cv-02318-CJB-SS | Judge Barbier  Mag. Judge Shushan |

**PETITIONER, SHERI ANN ALLEN'S MOTION TO SUBSTITUTE COUNSEL**

COMES NOW, Petitioner, SHERI ANN ALLEN, and files this Petitioner's Motion to Substitute Counsel. Petitioner requests the substitution of Charles F. Herd, Jr., *The Lanier Law Firm*, 6810 FM 1960 West, Houston, Texas 77069, in place of Paul A. Dominick, *Nexsen Pruet, LLC*, 206 King Street, Suite 400 Charleston, SC 29401.

Respectfully submitted,

**THE LANIER LAW FIRM P.C.**

By: _____
W. MARK LANIER
TBA # 11934600
CHARLES F. HERD, JR.
TBA # 09504480
6810 F.M. 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Fax: 713-659-2204

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 31st day of March, 2015, I will electronically file the foregoing PLAINTIFF'S NOTICE OF ATTORNEY IN CHARGE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants.

_____
Charles F. Herd, Jr.