# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 27, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31321   In re: Deepwater Horizon  
                    USDC No. 2:10-MD-2179  
                    USDC No. 2:12-CV-311

The court has granted the motion to supplement the record in this case with the following:

Documents: 1320, 2065, 2068, 4477, 4524, 4778, 4828, 4865, 4941, and 5446 in case number 2:10-MD-2179.

The District Court is asked to supplement the electronic record with these documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Connie Brown, Deputy Clerk  
504-310-7671

Mr. Mitchell J. Auslander  
Ms. Judy Y. Barrasso  
Ms. Carmelite M. Bertaut  
Mr. William W. Blevins  
Mr. Kevin Graham Cain  
Ms. Celeste Ruth Coco-Ewing  
Mr. Robert G. Dees  
Ms. Abigayle Clary McDowell Farris  
Ms. Catherine Fornias Giarrusso  
Mr. Levon G. Hovnatanian  
Mr. Jeffrey B. Korn  
Mr. Christopher Weldon Martin  
Mr. Phillip A. Wittmann