IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 31, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30139   In re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:10-CV-2771

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District
Court within 14 days from the date of this letter and counsel must
also provide this court with a copy of the designation at the time
of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. William W. Blevins
Mr. Brad D. Brian
Mr. Jeffrey Bossert Clark Sr.
Mr. Matthew Miles Collette
Mr. Grant Alexander Davis-Denny
Mr. Miguel Angel Estrada
Mr. Jimmy Roy Faircloth Jr.
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Donald Everett Godwin
Mr. John David Gunter II
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Allan L. Kanner
Mrs. Deborah DeRoche Kuchler
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Corey L. Maze
Ms. Anne M. Murphy
Mr. Theodore B. Olson

```
Ms. Elizabeth B. Petersen
Mr. Frank Anthony Piccolo I
Mr. James Parkerson Roy
Mr. R. Michael Underhill
```