UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This Documents Relates to: 2:13-cv-02318-CJB-SS | Judge Barbier Mag. Judge Shushan |

## ORDER GRANTING PETITIONER SHERI ANN ALLEN'S MOTION TO SUBSTITUTE COUNSEL

The Court has considered Petitioner's Motion to Substitute Counsel. Having considered Petitioner's Motion, it is

ORDERED that Charles F. Herd, Jr., The Lanier Law Firm, 6810 FM 1960 W., Houston, TX 77069, be substituted as counsel of record for Petitioner SHERI ANN ALLEN in place of Paul A. Dominick, *Nexsen Pruet, LLC*, 206 King Street, Suite 400 Charleston, SC 29401.

New Orleans, Louisiana this 2nd day of April, 2015.

_____
United States District Judge

**APPROVED**:

| THE LANIER LAW FIRM P.C. | NEXSEN PRUET, LLC |
|---|---|
| By: _____ | /s/ Paul A. Dominick |
| CHARLES F. HERD, JR. | Paul A. Dominick |
| TBA # 09504480 | Fed ID No. 577 |
| 6810 F.M. 1960 West | 205 King Street, Suite 400 |
| Houston, Texas 77069 | Charleston, SC 29401 |
| PHONE: 713-659-5200 | PHONE: 843.577.9440 |
| FACSIMILE: 713-659-2204 | FACSIMILE: 843.720.1777 |
| cfh@lanierlawfirm.com | PDominick@nexsenpruet.com |
| **ATTORNEY- IN-CHARGE FOR PETITIONER** | **FORMER ATTORNEY-IN-CHARGE FOR PETITIONER** |