UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.    2179 |
| | | NUMBER: |
| | | SECTION: |
| This document relates to: Civil Action No. 2:14-cv-01155 | * * * * * | JUDGE:  BARBIER |
| | | MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who file this Memorandum in Support of Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages.  Plaintiffs filed Complaint for Damages on April 17, 2014. To date, Defendants have not filed Answers to the Complaint for damages. Additionally, the civil action is stayed by order of this Honorable Court. The amending of the petition in this matter will not delay the proceedings or prejudice any parties. Accordingly, Plaintiffs request that this Honorable Court grant leave so that the attached Motion for Leave to File Plaintiffs' First Amended Complaint for Damages may be filed and served pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs move this Honorable Court to grant the Motion for Leave to File Plaintiffs' First Amending Complaint as outlined above.

Respectfully submitted:

 /s/    Bonnie A. Kendrick
**BONNIE A. KENDICK**
Email: bkendrick@smithstag.com
**MICHAEL STAG (23314)**
Email: mstag@smithstag.com
**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

Attorney for Plaintiffs


Co-Counsel for Plaintiffs

**KELLEY B. STEWART** (FL # 492132)
Email:kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages  has been served on All

Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 2, 2015.

/s/   Bonnie A. Kendrick
**BONNIE A. KENDICK**
Email: bkendrick@smithstag.com
**MICHAEL STAG (23314)**
Email: mstag@smithstag.com
**STUART H. SMITH (17805)**
Email: ssmith@stag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

Attorney for Plaintiffs


Co-Counsel for Plaintiffs

**KELLEY B. STEWART** (FL # 492132)
Email:kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile