# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.   2179<br><br>NUMBER:<br><br>SECTION: |
| This document relates to:<br>    Civil Action No. 2:14-cv-01155 | * * * * * * | JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion for Leave of Court to File Plaintiffs' First Amended Complaint for Damages:

**IT IS HEREBY ORDERED** that Plaintiffs be granted leave to file Plaintiffs' First Amended Complaint for Damages.

**THIS DONE AND SIGNED** on this _____ day of _____, 2015, in New Orleans, Louisiana.

_____
**JUDGE**

3