UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179<br>Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

CONSENT MOTION FOR
ENTRY OF FINAL CONSENT JUDGMENT AGAINST TIMOTHY SEYMOUR

Claims Administrator Patrick Juneau and Special Master Louis J. Freeh on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") and Timothy Allen Seymour ("Claimant") hereby jointly move for the Court to enter a Final Consent Judgment against the Claimant, as follows:

1. The Court has continuing jurisdiction over claims submitted to the DHECC and any dispute concerning such claims.

2. Claimant submitted Claim 35607, Claim 35641, and Claim 35643 (the "Claims") to the DHECC as part of the Court Supervised Settlement Program ("CSSP") and was awarded payment of $282,582.87 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust (the "Trust").

3. Krause Lawdog LLC ("Krause") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $70,645.72 in connection with the Claims, out of the proceeds paid to the Claimant by the DHECC.

4. Following Claimant's receipt of the payment described in Paragraph 2 above, it was determined that Claimant was not entitled to receive compensation for the Claims because, among other factors, (a) Claimant's purported 2007 revenue was generated in

part from hurricane debris removal rather than oyster landings; (b) Claimant's purported 2008 revenue was reported on a tax document that was never filed with the IRS; (c) Claimant's purported 2009 revenue was reported on an amended tax return for which taxes were not paid until after Claimant was compensated for the Claims.

5. Krause has agreed to pay to the Trust $70,645.72 that it received in legal fees for work on the Claims.

6. The Claimant agrees that Claimant owes restitution to the Trust of the payments described in Paragraph 2, above, in the amount of $282,582.87.

7. To resolve the issues concerning Claimant's receipt of the payment described in Paragraph 2 above, Claimant agrees that it is appropriate for the Court to enter a Final Consent Judgment against the Claimant in the amount of $282,582.87, plus post-judgment interest ("Claimant's Judgment Amount").

7. The Claimant agrees that the Claimant's Judgment Amount will be reduced by any amount paid by Krause, pursuant to paragraph 5, above, up to $70,645.72.

8. The Claimant further agrees that Claimant shall not be entitled to receive any Seafood Supplemental Distribution from any Seafood Compensation Program Supplemental Distribution, as established by the Deepwater Horizon Economic and Property Damages Settlement Agreement as amended on May 2, 2012 (the "Supplemental Distribution"), and hereby waives his right to appeal denial of participation in any Supplemental Distribution.

9. The Claimant further agrees that if Claimant has any balance owing under this consent motion, the Claimant shall receive no payments from the CSSP or DHECC for any claim under any program under the Deepwater Horizon Economic and Property Damages

Settlement Agreement, as amended on May 2, 2012, until such time as the Claimant's balance owing is fully repaid. Any such payment shall be provided to the DHECC for deposit in the "BP Economic and Property Damages Settlement Trust – Clawback Account" for credit against the Claimant's balance. If any such payment fully satisfies the Claimant's balance, any remaining funds may be released to the Claimant.

10. Claimant agrees and understands that the Special Master may provide information and cooperation concerning the Claimant and the Claims to any authorized third party, including but not limited to any local, state or federal law enforcement agency.

11. The Claimant represents that Claimant is not represented by counsel and that he understands that he has the option to retain counsel. The Claimant has fully read and understood the terms and conditions of this consent motion. The Claimant must personally sign this consent motion; electronic signatures are not sufficient. This consent motion may be executed in counterparts.

_____     _____
Special Master Louis J. Freeh              Date
By: Gregory Paw, Counsel

Signature: *Gregory Paw*     Date: 4-6-15

_____     _____
Timothy Allen Seymour                      Date

Distribution.

9. The Claimant further agrees that if Claimant has any balance owing under this consent motion, the Claimant shall receive no payments from the CSSP or DHECC for any claim under any program under the Deepwater Horizon Economic and Property Damages Settlement Agreement, as amended on May 2, 2012, until such time as the Claimant's balance owing is fully repaid. Any such payment shall be provided to the DHECC for deposit in the "BP Economic and Property Damages Settlement Trust – Clawback Account" for credit against the Claimant's balance. If any such payment fully satisfies the Claimant's balance, any remaining funds may be released to the Claimant.

10. Claimant agrees and understands that the Special Master may provide information and cooperation concerning the Claimant and the Claims to any authorized third party, including but not limited to any local, state or federal law enforcement agency.

11. The Claimant represents that Claimant is not represented by counsel and that he understands that he has the option to retain counsel. The Claimant has fully read and understood the terms and conditions of this consent motion. The Claimant must personally sign this consent motion; electronic signatures are not sufficient. This consent motion may be executed in counterparts.

_____   Date
Special Master Louis J. Freeh
By: /Gregory Paw, Counsel

_Timothy Allen Seymour_   4-1-15
_____   Date
Timothy Allen Seymour

[Notary signature: Lori Lynn Rodriguez, 4/1/15]
[Notary seal: State of Mississippi, Notary Public, ID # 105993, Lori Lynn Rodriguez, Commission Expires Oct. 16, 2017, Harrison County]