UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179  Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

CONSENT FINAL JUDGMENT

WHEREAS, Timothy Allen Seymour ("Claimant") submitted Claim 35607, Claim 35641, and Claim 35643 ("the Claims") to the Deepwater Horizon Economic Claims Center ("DHECC") and was awarded payment of $282,582.87 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust ("the Trust"), but was not entitled to be paid on the Claims; and

WHEREAS, Krause Lawdog LLC ("Krause") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $70,645.72 in connection with the Claims, out of the proceeds paid to the Claimant by the DHECC, and has agreed to repay $70,645.72 to the Trust; and

WHEREAS, the Claims Administrator and Special Master, on behalf of the DHECC, have filed a consent motion with the Claimant, requesting that the Court enter a Final Consent Judgment for purposes of repaying to the Trust $282,582.87 that the Claimant owes to the Trust ("Claimant's Judgment Amount");

WHEREAS, the Claims Administrator and Special Master, on behalf of the DHECC, have filed a consent motion with the Claimant, requesting that the Claimant's Judgment Amount be reduced by any amount paid by Krause to the Trust, up to $70,645.72.

IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  The DHECC claim awards in favor of Claimant for Claim 35607, Claim 35641, and Claim 35643 are hereby RESCINDED and VACATED; and

2.  Judgment is entered in favor of the DHECC and the Trust and against the Claimant, requiring Claimant to make restitution of $282,582.87 to the DHECC and the Trust, plus post-judgment interest ; and

3.  Claimant's Judgment Amount shall be reduced by any amount paid by Krause to the Trust, in connection with its agreement to repay, up to $70,645.72; and

4.  Claimant shall participate in no further distributions under the Seafood Compensation Program; and

5.  IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold such funds and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

6.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

7.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

8.  This Court shall retain jurisdiction for purposes of enforcing the Consent

Judgment.

Signed in New Orleans, Louisiana, this __ day of _____, 2015.


_____

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE