## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**************************************

| | | |
|---|---|---|
| **LEROY G. WILSON, JR.** | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 14-2730** |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| **BP EXPLORATION & PRODUCTION** | * | **CHIEF MAGISTRATE** |
| **INC. AND BP AMERICA PRODUCTION** | * | **JUDGE WILKINSON** |
| **COMPANY** | * | |
| | * | |
| **Related to:  12-968 BELO** | * | |
| **in MDL No. 2179** | * | |
| | * | |

**************************************

### Exhibit A

With respect to the foregoing memorandum in opposition to BP's motion to strike plaintiff's jury request, plaintiff's counsel discussed filing a motion to amend his complaint with BP's counsel in order to allege diversity jurisdiction.  BP's counsel did not consent to a motion to amend the complaint.

Respectfully submitted,

/s/ David D. Kervin, Jr.

David D. Kervin, Jr., LSBA 28374
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
(504) 599-5906 Tel  (504) 754-7514 Fax
david@kervinlaw.com
*Attorney for Plaintiff, LeRoy G. Wilson, Jr.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 3, 2015, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Don Keller Haycraft at dkhaycraft@liskow.com, attorney for Defendants.

<u>/s/ David D. Kervin, Jr.</u>
David D. Kervin, Jr.