UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | |
| **"DEEPWATER HORIZON" in the Gulf** | * | **MDL No. 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This Filing Relates to:** | * | **JUDGE BARBIER** |
| | * | |
| **Cal Dive International, Inc.** | * | **MAGISTRATE SHUSHAN** |
| **v.** | * | |
| **BP Exploration & Production, et al** | * | **Rule 9(h)** |
| **2:13-cv-00709-CJB-SS** | * | |

*************************************************************************

## ORDER

Considering the Foregoing Motion for Leave of Court to File Amended Complaint for Damages, Memorandum in Support, Certification, and based upon the representations of counsel contained herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that plaintiff's Motion for Leave to File Amended Complaint for Damages is hereby granted and the Amended Complaint for Damages shall be filed into the record with the signing of this Order.

New Orleans, Louisiana this 6th day of April, 2015.

UNITED STATES DISTRICT COURT JUDGE