UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To:  Case No. 2:10-cv-08888-CJB-SS | * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that John Tomlinson and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be permitted to withdraw as Counsel of records for Montgomery Hospitality, LLC d/b/a Wingate Inn, 7561 (Short Form Joinder # 42479).

Because companies, LLCs, corporations, and other juridical entities may not proceed pro se (i.e., they must be represented by licensed counsel), the above Plaintiff eventually will have to enroll new counsel of record or its case may be dismissed.  S*ee Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 6th day of April, 2015.

_____
United States District Judge