UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, April 9, 2015]

**1. Alabama's Document Production.**

Alabama made its tenth document production with about 4,200 documents. It will make an eleventh production with ADECA documents and Confidential Information documents. It anticipates a twelfth production with the expectation that it will resolve disputes concerning prior productions.

By **Monday, April 13, at 5:00 p.m.**, the parties shall submit their reports on the sufficiency of the document production. Responses shall be submitted by **Wednesday, April 15, at 5:00 p.m**. The reports and responses shall be double spaced and no more than five pages.

On **Thursday, April 16, at 1:00 p.m.,** there will be a telephone conference where the unresolved issues with the sufficiency of the production will be addressed. Other pending matters will be considered as well. At that conference, a determination will be made as to whether there will be a conference on April 23, 2015.

BPXP's right to raise issues with sufficiency of the eleventh and twelfth productions and further productions is reserved.

**2. Stipulations**.

The Alabama/Anadarko stipulation will be submitted by Friday, April 10, 2015.

3. **Dr. Keivan Deravi**.

   Alabama will review Dr. Deravi's custodial file. It contains forecasting reports and tourism information. A decision on whether Dr. Deravi is deposed twice (once as a fact witness and once as an expert) or only once (as an expert) remains deferred until there is a better understanding of the document production issues relating to Dr. Deravi, including his custodial file production.

4. **State-owned Properties in Mobile and Baldwin Counties**.

   Samples of the documents were provided to BPXP. Alabama is pulling the files and will make them available to BPXP's vendor for scanning.

5. **BPXP's Production.**

   Alabama provided BPXP with a letter describing issues with the hard drive with GIS data. It anticipates that the meeting among the tech people will occur the week of April 13.

6. **Confidential Information**.

   The confidential information will be part of the eleventh production. The parties anticipate that this will resolve the issue.

7. **Alabama's Third Party Discovery**.

   Alabama received production from CrowderGulf and Danos & Curole. Alabama will provide BPXP with copies of the production. Alabama reports that the Polaris production may be resolved with the hard drive with GIS data.

8. **Authenticating Documents**.

   The authentication of documents was not addressed during the conference.

2

9. **BPXP's Third Party Discovery**.

There was no discussion of the status of BPXP's third party discovery, except for the discussion of Dr. Deravi and a reference to Dr. Joel Hayworth.

10. **General Areas of Expert Discovery**.

On Monday, April 6, the parties exchanged information on general areas of expert testimony. BPXP asked whether Alabama's environmental expert would offer expert testimony on human health (toxicology). Alabama confirmed it is only seeking property damage and will not have an expert related to human health.

11. **Identity of Fact Witnesses**.

On Monday, April 13, the parties are to identify fact witnesses to be deposed in addition to witnesses identified in the parties' Rule 26 disclosures. This includes third party witnesses.

12. **Next Telephone Conference**.

The next telephone conference is on **Thursday, April 16, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 9th day of April, 2015.

                                          **SALLY SHUSHAN**
                                          **U.S. Magistrate Judge**