UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[OPA Test Cases – Conference on Thursday, April 9, 2015]**

1. **Bisso Discovery**.

    Plaintiffs are working on Bisso's document production. They have completed about 20% of the re-review. They anticipate that technical issues with the prior production will be resolved.

2. **BPXP Document Production**.

    The PSC has not yet outlined its issues with BPXP's document production.

3. **Common Rule 30(b)(6) Notice**.

    The parties had a conference call this week and one is set for the week of April 13. They are working on what is required and whether it is available from the record in the prior phases or can be provided through a stipulation.

4. **Third Party Subpoenas**.

    BPXP served subpoenas for documents on third parties. Plaintiffs urged that third party

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

discovery was not contemplated in the OPA test cases and would significantly delay their progress. BPXP responded that it is entitled to third party discovery to test propositions asserted by the OPA test case plaintiffs.

When subpoenas are issued to third parties, advance notice shall be given to opposing counsel. BPXP shall proceed with negotiations with representatives of the third parties to resolve any issues with the subpoenas. The Court will take up issues with the third party subpoenas for Bisso's claims as promptly as possible so document production for Bisso is completed and the Bisso depositions can be scheduled.

5. **Other Plaintiffs' Production**.

Once the Bisso production is completed, the PSC will commence production of documents for the other plaintiffs.

6. **Next Conference**.

The next conference will be **Thursday, April 23, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 10th day of April, 2015.

                                                       SALLY SHUSHAN
                                                       U.S. Magistrate Judge