Case 2:10-md-02179-cjb-ss

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 09 2015

WILLIAM W. BLEVINS
CLERK

In the United States District Court
For the Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Oil spill by the Oil Rig " Deepwater horizon" In the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179 Section : j Judge Barbier Magistrate Shushan |

### WOODARD/WOODWARD ENTERPRISE INC., COMPANY MOTION FOR CLAIM OR CLAIMS FOR THE USE OF DESIGN AND EXPERT DATA AND ABILITY

Come now **WOODARD/WOODWARD ENTERPRISE INC., COMPANY** Respectfully submit some data and information seeking the court for claim or claims for the use of Design and Expert data and ability to help stop the Oil Rig from leaking Oil in the Gulf of Mexico **from May 2010 to July 2010 and not October and November 2010.** WOODARD/WOODWARD ENTERPRISE INC., COMPANY request that the court's grant its motion. EXHEBITS: **1,2,3,4, AND 5**

**Dated: April 9, 2015**

Respectfully Submitted,

*Booker T. Woodard / Woodward* (signature)
**BOOKER T. WOODARD/WOODWARD, PRESIDENT**
WOODARD/WOODWARD
ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

E-MAIL INFO@BOOKERTWOODARD.COM

779-348-6748 AND 601-259-0512

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this 9th day of April, 2015.

*Booker T. Woodward* (Signature)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CRmDep____
___ Doc. No._____



# U.S. Department of Justice

Environment and Natural Resources Division

---

*Law and Policy Section*  
*P.O. Box 4390*  
*Ben Franklin Station*  
*Washington, DC 20044-4390*

*Telephone (202) 514-1442*  
*Facsimile (202) 514-4231*

**DEC - 7 2011**

Mr. Booker T. Woodard
Woodard/Woodward Enterprise Inc.
157 Isaac Newsome Road
Pinola, MS 39149

Dear Mr. Woodard:

    I am writing in response to your telephone calls and emails to my office and staff regarding the Gulf oil spill. As you know, we have already responded to your inquiries and have provided you contact information with respect to your claims related to the Deepwater spill. Unfortunately, the Department of Justice is not in a position to evaluate the merits of technical claims, nor can we provide legal representation to individuals and, therefore, we are unable to provide you further assistance. I would again refer you to the contacts previously provided, or to your local bar association.

                              Sincerely,

                              Karen M. Wardzinski
                              Chief, Law and Policy Section



**Re: Response to your fax**                                                      Wednesday, January 19, 2011 12:03 PM
From: "BOOKER WOODARD" <bookerwoodard@yahoo.com>
To: " Carolyn (ENRD)Woody" <Carolyn.Woody2@usdoj.gov>

January 19, 2011
CAROLYN WOODY
PROGRAM SPECIALIST
U.S.DEPARTMENT OF JUSTIC

Dear Carolyn Woody:

Today I received your e-mail regarding my fax to the UNITED STATES DEPARTMENT OF JUSTIC ABOUT ( BP ) OIL SPILL IN THE GULF OF MEXICO AND THE PROBLEMS WITH CONGRESSMAN IN COMITTEE WAISTING TIME POINTING FINGERS AT AND LOOKING FOR SOMEONE TO BLAIM WHEN THEY SHOULD HAVE BEEN LOOKING FOR SOMEONE TO HELP WORK OUT THE PROBLEMS.

THE FORMOR PRESIDENT/CEO MR. HAYWOOD STATED IN THE US A TODAY DAILY NEWS PAPER, THEY DID NOT HAVE A PLAIN OR ANY THING, THEY WERE MAKING UP THING EACH AND EVERY DAY.

NOW, ONE DAY I CALLED THE CALL CENTER TO FOLLOW UP REGARING MY E-MAIL AND PROBLEMS WITH E-MAIL BECAUSE NOW ONE FOLLOW UP. I WAS TOLD BY A CLERK AT BP CALL CENTER, MR. WOODARD YOUR E-MAIL GO DIRECT TO THE ENGINEER AT THE BP WELL SITE.

ONE MAIN TOLD ME THEY SHOULD PAY COLD CASH. MY PLAN IS TO GET RESPECT AND CREDIT FOR MY VALUE WORK THAT I BELIEVE MADE AND IMPACT INDEED, NOT ONLY TO HELP BP STOP THE OIL WELL FROM LEAKING IN JULY 2010 BUT HELP BP TO REMAIN IN BUSINESS WITH SUCCESS BECAUSE BP PLAN WERE TO STOP THEIR BP OIL WELL FROM LEAKING IN THE GULF ABOUT OCTOBET OR NOVEMBER 2010.

I NEED THE UNITED STATES DEPARTMENT OF JUSTIC TO HELP ME GET CREDIT AND PAY FOR MY VALUE WORK AND THE WORK I DO IN THE FUTURE TO COME.

sincerely,

Booker T.Woodard/Woodward,President
WOODARD/WOODWARD
ENTERPRISE INC., COMPANY

601-946-6431 AND 779-348-6748

E-MAIL INFO@BOOKER T.WOODARD.COM


--- On **Tue, 1/18/11, Woody, Carolyn (ENRD)** <Carolyn.Woody2@usdoj.gov> wrote:

> From: Woody, Carolyn (ENRD) <Carolyn.Woody2@usdoj.gov>
> Subject: Response to your fax
> To: info@bookertwoodard.com
> Date: Tuesday, January 18, 2011, 3:20 PM

Response to your fax - Yahoo! Mail    Case 2:10-md-02179-CJB-DPC   Document 14407   Filed 04/10/15   Page 4 of 6

3985



**Response to your fax**  
From: "Woody, Carolyn (ENRD)" <Carolyn.Woody2@usdoj.gov>  
To: info@bookertwoodard.com

Tuesday, January 18, 2011 3:20 PM

Mr. Booker T. Woodard  
Woodard/WoodwardEnterprise Inc

Thank you for writing to the U.S. Department of Justice advising that you submitted your ideas and suggestions regarding the Deepwater Horizon spill and our apologies for the delayed response. The federal government's interagency group, called the Interagency Alternative Technology Assessment Program (IATAP) workgroup, was established by the National Incident Commander to provide a well-defined, documented, systematic, and fair government-managed process to solicit, screen, and evaluate all suggested technologies in support of response activities related to the Deepwater Horizon spill.

On September 19, 2010, the National Incident Commander declared that the Deepwater Horizon well-site no longer poses a substantial threat of a discharge or a substantial threat to the public health or welfare of the United States. Therefore, the IATAP stopped accepting new white papers in support of the Deepwater Horizon Response by closing Broad Agency Announcement (BAA) on September 30, 2010. After the BAA closure date of September 30, 2010, response ideas can continue to be submitted to BP. See the following link for further information on submitting your idea to BP.

http://www.restorethegulf.gov/release/2010/09/27/submit-suggestion

Also, to the extent you wish to share your ideas that could be useful in the future, you may wish to share your information with the Coast Guard, EPA and NOAA.

Carolyn Woody  
Program Specialist



# JACKSON/HINDS LIBRARY SYSTEM
# TELEFACSIMILE SERVICE

# FAX COVER SHEET

DATE: NOVEMBER 10, 2010

TIME: _____

TO: FRAUD SECTION
U.S. DEPARTMENT JUSTIC

FAX #: 202-514-7021

FROM: BOOKER T. WOODARD
WOODARD_WOODWARD ENTERPRISE INC.

PHONE: 601-946-6431

WWW.BOOKERTWOODARD.COM
INFO@BOOKERTWOODARD.COM

NUMBER OF PAGES (EXCLUDING COVER PAGE) 6

MESSAGE PLEASE REVIEW THIS COMPLAINT, I CALLED TODAY AND AND ADVISED OF MY CONCERN REGARDING MY EFFORT TO HELP BP STOP THE OIL LEAK, I BELIEVE MY EFFORT INDEED, IMPACTED THE PROBLEM.
9/08/10 to FAX 202-616-0762
Please Call when receive This FAX
Booker T. Woodard

CHARGES: $12.00

STAFF SIGNATURE

_F. Stanford_

WOODARD/WOODWARD

ENTERPRISE INC., CO.

157 ISAAC NEWSOME ROAD

PINOLA, MS 39149

SEPTEMBER 8, 2010

RE: BP RUN WAY OIL WELL IN THE GULF OF MEXICO

WOODARD/WOODWARD ENTERPRISE INC., CO. IDEAS

U.S.DEPARTMENT OF JUSTIC

ENVIRONMENT AND NATIONAL

RESOURENCES DIVISION

601 PENNSYLVANIA NW

WASHINGTON, D.C.

**TO WHOM IT MAY CONCERN:**

THE PURPOSE OF THIS LETTER, TO FOLLOW UP REGARDING SEVERAL TELEPHONE CALLS TO **THE U.S.DEPARTMENT OF JUSTIC DEPARTMENT, ENVIRONMENT AND NATIONAL RESOURCE DIVISON ABOUT AUGUST 27, 2010 TO SEPTEMBER 8, 2010 CONCERNING WOODARD/WOODWARD ENTERPRISE INC., CO. IDEAS TO HELP BP CALL CENTER STOP THE RUN WAY BP OIL WELL IN THE DEEP WATER IN THE GULF OF MEXICO.** NOW, ABOUT MAY 18, 2010 AND MAY 19, 2010, **WOODARD/WOODWARD ENTERPRISE INC., CO. PROCESS SOME DATA FORM TO THE CALL CENTER TO OFFER SOME GOOD IDEAS AND THE NEED FOR BIGER SHIPS AND BIGER TOOLS.** SOME NEW TOOLS 500 AND 1000 TON GATERS TO SIT OVER BLOW OUT RUN WAY WELL IN DEEP WATER IN THE GULF OF MEXICO. THEY DID NOT FOLLOW UP AND CONTACT ME. **I BELIEVE MY EFFORT IMPACTED THE SUCCESS WITH CAP.** PLEASE REVIEW THIS MATTER. MY WWW.BOOKERT.WOODARD.COM WEB SITE AND E-MAIL INFO@BOOKERTWOODARD.COM AND CELL TELEPHONE 601-946-6431.

SINCERELY,

BOOKER T.WOODARD/WOODWARD, PRESIDENT