Case 2:10-md-02179-cjb-ss

In the United States District Court
For the Eastern District of Louisiana

In re: Oil spill by the Oil Rig "Deepwater horizon"  \*     MDL NO. 2179
In the Gulf of Mexico, on April 20, 2010            \*
                                                    •     Section : j
                                                    \*
                                                    \*     Judge Barbier
                                                    \*
                                                    \*     Magistrate Shushan
                                                    \*

## Order

Woodard/Woodward Enterprise Inc., company request the court to enter an order grant rights for a design, expert data and ability claim for helping stop the oil spill in the Gulf of Mexico with success.

_____
Judge