UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:10-cv-08888-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.211 for an Order withdrawing Davis & Crump, P. C. as counsel of record for the following Plaintiffs/Claimants listed below:

| Plaintiff/Claimant | Address | Short Form Joinder Doc. No. (10-8888) |
|---|---|---|
| Mike Aertker<br>Island View Campsite | Post Office Box 4201<br>Bay St. Louis, MS 39521 | 49222 |
| Tracy Ainsworth | 6068 Forrest H. Necaise Rd.<br>Kiln, MS 39556 | 53590 |
| James R. Alexander<br>Premier Recovery & Towing | 10465 Riviere Vue Dr.<br>Biloxi, MS 39532 | 43974 |
| Stephen A. Allen | 5310 Quincy Avenue<br>Gulfport, MS 39507 | 51468 |
| Stephen A. Allen<br>Allen Plumbing Co. | 5310 Quincy Avenue<br>Gulfport, MS 39507 | 51474 |
| Bobby Armstrong | 13208 Southern Pine Drive<br>Vancleave, MS 39565 | 55053 |

| | | |
|---|---|---|
| Elden Arnoult | 11680 Firetower Road<br>Pass Christian, MS 39571 | 60776 |
| Mary Arnoult | 11680 Firetower Road<br>Pass Christian, MS 39571 | 60783 |
| George D. Ashley | 1804 61st Ave.<br>Gulfport, MS 39501 | 54666 |
| William Atchison | 4001 Drifting Sand Trail<br>Destin, FL 32541 | 47625 |
| Robin Bailey | 7104 Princeton Drive<br>Biloxi, MS 39532 | 54685 |
| Stacy Banks | 104 Mary Ellen Drive<br>D'Iberville, MS 39540 | 52613 |
| Charles Benefield | 16344 Three Rivers Road<br>Biloxi, MS 39532 | 56017 |
| Sammy Benefield<br>Quality Drywall | 16404 Three Rivers Road<br>Biloxi, MS 39532 | 42643 |
| Dennis Benyard | 3007 Andrews Ave.<br>Pascagoula, MS 39567 | 45150 |
| Thomas Bernard | 25449 St. Stephens Rd.<br>Pass Christian, MS 39571 | 55083 |
| Roger Bingham | 18235 Fenton Dedeaux Rd.<br>Kiln, MS 39556 | 42640 |
| Tracy Bowen | 12020 Lilly Orchard Rd.<br>Moss Point, MS 39562 | 55241 |
| Nancy Broadus | 2338 Sandalwood Place<br>Gautier, MS 39553 | 56362 |
| Rodrick Brooks | 13361 Woodmill Drive<br>Vancleave, MS 39565 | 56191 |
| Rick Camerena<br>Kremer Building, LLC<br>dba Blue Oak Development | 1601 19th Avenue<br>Gulfport, MS 39501 | 63673 |

| Name | Address | Number |
|---|---|---|
| Rick Camerena<br>Clower Building LLC | 1601 19th Avenue<br>Gulfport, MS 39501 | 63663 |
| Rick Carbello<br>Infinity Staffing, LLC | P. O. Box 466<br>Lumberton, MS 39455 | 60591 |
| Tasha Castiglia | 710 Klondyke Road<br>Long Beach, MS 39560 | 44111 |
| Shawn Chambers | 637 Octave Drive<br>Ocean Springs, MS 39564 | 48694 |
| Donna Chisolm | 218 Stone Cypher Road<br>Lucedale, MS 39452 | 55738 |
| Mike Chisolm | 218 Stone Cypher Road<br>Lucedale, MS 39452 | 55757 |
| James Cook<br>James Cook Transmissions | 13817 School Land Road<br>Vancleave, MS 39565 | 49240 |
| Clayton Cromer | 885 Larkspur Lane<br>Bay St. Louis, MS 39520 | 53294 |
| Jennifer Davi | 1601 19th Avenue<br>Gulfport, MS 39501 | 64280 |
| Delorise Dorsey | 521 Easterbrook Street<br>Bay St. Louis, MS 39520 | 60650 |
| Florida Eash | 3455 Brandon James Drive<br>Biloxi, MS 39532 | 47586 |
| Jason Fazende | 6 Oak Ridge Lane<br>Poplarville, MS 39470 | 52397 |
| E. C. Floyd | 1404 Larsen Avenue<br>Pascagoula, MS 39567 | 58633 |
| Mary Fountain | 610 Dogwood Road<br>Ocean Springs, MS 39564 | 53986 |

| Name | Address | Number |
|---|---|---|
| Gwin O. Garrison | 537 Howard Avenue<br>Biloxi, MS 39530 | 47164 |
| Robert Goudy | 357 Hiller Drive<br>Biloxi, MS 39531 | 55843 |
| Alfred Green | 2405 33rd Street<br>Gulfport, MS 39501 | 58080 |
| Lisa Harbour | 126 Fairway Drive<br>Pass Christian, MS 39571 | 56251 |
| Wayne Harbour | 126 Fairway Drive<br>Pass Christian, MS 39571 | 56290 |
| Thomas Harrison<br>Cajun Boy Seafood | 7570 Lower Bay Road<br>Bay St. Louis, MS 39520 | 52684 |
| William Harrison<br>Popps' Auto Sales, Inc. | 1701 Pass Road<br>Gulfport, MS 39501 | 58238 |
| William Harrison | 1701 Pass Road<br>Gulfport, MS 39501 | 58244 |
| Peggy Hayes | 106 Pecan Park Drive<br>Ocean Springs, MS 39564 | 52256 |
| Kendall Henry<br>Savannah Coffee, LLC<br>dba PJ's Cofeee Shop | 2288 E. Orange Grove Blvd.<br>Pasadena, CA 91104 | 63032 |
| Kendall Henry<br>Scarlet Wind, LLC | 2288 E. Orange Grove Blvd.<br>Pasadena, CA 91104 | 63041 |
| Neal Henry | 92 Hickory Street<br>Lucedale, MS 39452 | 42660 |
| Christopher Herndon | 14 Colonel Wink<br>Gulfport, MS 39507 | 55725 |
| Brent Hidalgo | 4020 Tahiti Road<br>Pearlington, MS 39572 | 49693 |
| George Hopkins | 1016 E. Beach Blvd.<br>Gulfport, MS 39501 | 43193 |

| | | |
|---|---|---|
| TaiEast Hopkins | 3503 Hancock Ave., #4<br>Gulfport, MS 39507 | 52076 |
| Uyen Huynh | 13009 Sweetwater Trail<br>Gulfport, MS 39501 | 52123 |
| Norma Jeffries | 101 Oaks Blvd.<br>Bay St. Louis, MS 39520 | 64201 |
| Mary Lou Kendrick | P. O. Box 4534<br>D'Iberville, MS 39540 | 52252 |
| Donald Keys | 600 Rainey Road<br>Moselle, MS 39459 | 56844 |
| George Kiernan | 6801 Bayou Pine Drive<br>Biloxi, MS 39532 | 53309 |
| Margaret King | 10023 Grissom Street<br>Bay St. Louis, MS 39520 | 63101 |
| Patrick King | 10023 Grissom Street<br>Bay St. Louis, MS 39520 | 45254 |
| Charles Knieper | 31 Charlie Walker Road<br>Picayune, MS 39466 | 56830 |
| David Ladnier | 7621 Portland Drive<br>Biloxi, MS 39532 | 56840 |
| Jimmy Le<br>Anthony Le shrimp vessel | 15255 Camelot Drive<br>Biloxi, MS 39532 | 63350 |
| Phuong Le | 15255 Camelot Drive<br>Biloxi, MS 39532 | 63350 |
| Thang Le | 6913 Rue Mornay Dr. N.<br>Biloxi, MS 39532 | 55920 |
| Jeffrey Lidman<br>Metor Finance | P. O. Box 1405<br>Apple Valley, CA 92307 | 60557 |
| Jeffrey Lidman<br>Rebec, Inc. | P. O. Box 1405<br>Apple Valley, CA 92307 | 60565 |

| | | |
|---|---|---|
| Jeffrey Lidman<br>Dora Land | P. O. Box 1405<br>Apple Valley, CA 92307 | 60544 |
| Erica Long | 7707 Albert Ave.<br>Moss Point, MS 39563 | 54245 |
| Marcus Martin | 3401 Brooks St., Apt. D7<br>Pascagoula, MS 39567 | 53949 |
| Mark Matherne | 42205 Hwy. 190 E.<br>Slidell, LA 70461 | 56700 |
| Jeremy Meggs | 109 S. Girard Ave.<br>Long Beach, MS 39560 | 63281 |
| Brian Miller | 3145 Toncrey Road<br>D'Iberville, MS 39540 | 56871 |
| Cora Miller | 7350 Tucker Rd., Apt. 313<br>Ocean Springs, MS 39564 | 54690 |
| Betty Moffett | 337 Menge Avenue<br>Pass Christian, MS 39571 | 53973 |
| Mary Moody | 2015 44th Avenue<br>Gulfport, MS 39501 | 47668 |
| Richard Mosley | P. O. Box 10701<br>Jacksonville, FL 32247 | 47171 |
| Edna Nash | 3507 Juniper St.<br>Moss Point, MS 39563 | 52086 |
| A. Nelson<br>Gulf Coast RV Sales, LLC | 11818 L Street<br>Omaha, NE 68137 | 59719 |
| Hoi Van Nguyen | 131021 Mock Street<br>Gulfport, MS 39501 | 52163 |
| Kim Thoa Nguyen | 123 Beverly Drive<br>Ocean Springs, MS 39564 | 47163 |
| Shawnta Noyes | 8277 Vidalia Road<br>Pass Christian, MS 39571 | 56876 |

| | | |
|---|---|---|
| Elva O'Brien<br>Parkers Landing<br>RV Park | 7577 E. Oaklawn Road<br>Biloxi, MS 39532 | 52663 |
| Tolly Ray Parker | 6522 Hwy. 11<br>Lumberton, MS 39455 | 60102 |
| Tolly Ray Parker<br>Parker's Fish House | 6522 Hwy. 11<br>Lumberton, MS 39455 | 60108 |
| Cardie Parson | 100085 Bayou View Dr. W.<br>Bay St. Louis, MS 39520 | 52466 |
| Chi Pham | 2802 Tara Lane<br>Ocean Springs, MS 39564 | 56886 |
| Penelope Raley | 530 Oak Street<br>Ocean Springs, MS 39564 | 52864 |
| Richard Rasmussen | 2516 Bayou Oaks Road<br>Gautier, MS 39553 | 56874 |
| Christian Rios | 15282 Haversham Place<br>Biloxi, MS 39532 | 53015 |
| Michael Sanks | 971 Greystone Drive<br>Biloxi, MS 39532 | 52220 |
| Deyanita Shephard | 15282 Haversham Place<br>Biloxi, MS 39532 | 52052 |
| Jerry Snyder<br>Jani King d/b/a<br>A and A Enterprises | 23516 Enchanted Avenue<br>Pass Christian, MS 39571 | 44166 |
| Deborah Stanley | 2213 Victoria Drive<br>Gautier, MS 39553 | 56894 |
| Hugh Stiel<br>Subway Franchise<br>Co., Inc. | 2420 Athania Blvd.<br>Metairie, LA 70001 | 56538 |
| Hugh Stiel | 2420 Athania Blvd.<br>Metairie, LA 70001 | 56550 |

| | | |
|---|---|---|
| Erica Vargo | 9420 Sir Brutus Run<br>Mobile, AL 36695 | 45255 |
| Mary Vo | 371 Springdale Circle<br>D'Iberville, MS 39540 | 52749 |
| Alfred Walker | 437 31st Street<br>Gulfport, MS 39507 | 38726 |
| Stella Warrick | 546 Meadow Drive<br>D'Iberville, MS 39540 | 52188 |

In support thereof, Movant would show:

1. The above-named Plaintiffs/Claimants retained Davis & Crump, P. C. to serve as counsel with regard to any and all claims Plaintiffs/Claimants have arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. Subsequently, the undersigned filed short form joinders on behalf of Plaintiffs/Claimants.

3. Plaintiffs/Claimants were notified by mail that Davis & Crump, P. C. would no longer be representing the Plaintiffs/Claimants and of the applicable deadlines.

4. Davis & Crump, P. C. and Plaintiffs/Claimants have terminated their attorney-client relationship and Davis & Crump, P. C., as counsel of record, now requests this Court to allow its withdrawal from representation of the above-referenced Plaintiffs/Claimants.

5. This motion is made in good faith and will not prejudice any party.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of Davis & Crump, P. c. as counsel of record for the Plaintiffs/Claimants referenced above.

        Respectfully submitted,

        DAVIS & CRUMP, P. C.

        <u>*s/ Martin D. Crump*</u>      .
        Martin D. Crump (MS Bar No. 10652)
        2601 14th Street
        Gulfport, MS 39501
        Telephone: 228-863-6000
        Fax:       228-864-0907
        E-mail:   martincrump@daviscrump.com

        *Counsel for Plaintiffs/Claimants*

Case 2:10-md-02179-CJB-DPC   Document 14408   Filed 04/13/15   Page 10 of 10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel and [Proposed] Order have been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile and/or U. S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U. S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiffs/Claimants.

*s/ Martin D. Crump*            .
Martin D. Crump