UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970 and all cases* | * | **MAGISTRATE SHUSHAN** |
| | * | |

## ORDER

Before the Court are three motions relating to Special Master Freeh and/or the Special Master's Report of September 6, 2013: (1) BP's Motion Seeking Limited Injunctive Relief (Rec. Doc. 11471), (2) Gilbert "Gibby" Andry, IV's Motion to Strike References to Gibby Andry in the Special Master's Report (Rec. Doc. 12247), and the Andry Law Firm's Motion to Vacate the Order Appointing Louis Freeh as Special Master and to Disqualify Special Master Louis Freeh (Rec. Doc. 12271).

IT IS ORDERED that the above Motions (Rec. Docs. 11471, 12247, 12271) are DENIED or DENIED AS MOOT.

New Orleans, Louisiana, this 13th day of April, 2014.

_____
United States District Judge