UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-968* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

Before the Court is Class Counsel's Motion for Leave to File Request for Oral Argument and Motion to Strike relating to the Chronic Specified Conditions/Later-Manifested Conditions issue under the Medical Benefits Class Settlement. (Rec. Doc. 12909).

IT IS ORDERED that leave to file is GRANTED, the request for oral argument is MOOT, and the motion to strike the declaration of Jessica Herzstein is DENIED.

New Orleans, Louisiana, this 13th day of April, 2014.

_____
United States District Judge