UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-968 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO STRIKE
## DECLARATION OF JESSICA HERZSTEIN, M.D.

NOW INTO COURT, through appointed Class Counsel, come the Medical Benefits Settlement Class, who respectfully moves to strike the April 14, 2014 Declaration of Jessica Herzstein [Rec. Doc. 12862-2 at 14-23], for the reasons that follow:

I.

The Declaration is after-the-fact parole evidence that sheds no light on the negotiations, intent or agreement between the Parties as of April 18, 2012, when the Medical Benefits Class Action Settlement Agreement was executed.[1]

II.

The Declaration was not submitted to the Court for consideration prior to the Final Approval of the Settlement Agreement on January 11, 2013.[2]

---

[1] *See, e.g.,* DECLARATION OF DR. JESSICA HERZSTEIN [Rec. Doc. 7112-7] (Aug. 12, 2012) at ¶7 ("I did not personally participate in any settlement negotiations between BP and the plaintiffs, nor did I have an advisory role during the settlement process").

[2] *See* ORDER AND JUDGMENT [Rec. Doc. 8218].

1

III.

The Declaration is inconsistent with the prior declaration that Dr. Herzstein submitted to this Court in support of settlement approval.[3]

This 21st day of May, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 1511 |
| Herman Herman & Katz LLC | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 21st day of May, 2014.

/s/ Stephen J. Herman and James Parkerson Roy

---

[3] *See, e.g.,* DECLARATION OF DR. JESSICA HERZSTEIN [Rec. Doc. 7112-7] (Aug. 12, 2012) at ¶¶13-15 (in which Dr. Herzstein confirms that the conditions identified in Exhibit 8, Section III, to the Medical Settlement Agreement are Chronic Specified Physical Conditions), *and* ¶¶26-28 (in which Dr. Herzstein describes "Later-Manifested Physical Conditions" as "latent diseases, such as *cancers*" which likely could not develop before April 16, 2012, and "would not be expected to manifest in class members for years after their exposure to these substances") (emphasis supplied).

2