UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *Nos. 13-6015 and 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court Naussera N. Zadeh's Motion of Objection to Dismiss and for Reconsideration (Rec. Doc. 12698), which seeks reconsideration of the Court's order of April 7, 2014 (Rec. Doc. 12640) dismissing Zadeh's claims against certain defendants.

IT IS ORDERED that the Motion (Rec. Doc. 12698) is DENIED.

Before the Court is OM, LLC and SUBLAXIMI, LLC's Motion to Revoke Opt-Out and Reinstate Claim (Rec. Doc. 13319) and BP's opposition to same (Rec. Doc. 13387).

IT IS ORDERED that the Motion (Rec. Doc. 13319) is DENIED.

New Orleans, Louisiana, this 13th day of April, 2014.

                                                                                                 United States District Judge

**Note to Clerk:**
**Mail copies of this Order to**

| | |
|---|---|
| **Chand A. Kalia** | **Naussera N. Zadeh** |
| P.O. Box 13288 | 428 Pasage Avenue |
| Tampa, FL 33681 | Tarpon Springs, FL 34689 |