**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |
| | * | |

<u>ORDER</u>

Before the Court is Johnny Sexton's "Motion for Extension of Time to File Seafood Workers Claim or Alternatively to Treat Claim as Timely Filed but Incomplete."  (Rec. Doc. 14241).  Having considered the motion and attached papers,

IT IS ORDERED that the motion (Rec. Doc. 14241) is DENIED.

New Orleans, Louisiana, this 14th day of April, 2015.

_____
United States District Judge