UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-970* | * * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a Motion for Authority to File Wetlands Claims in the *Deepwater Horizon* Economic and Property Damages Settlement. (Rec. Doc. 14285). Having reviewed the motion and attached papers,

IT IS ORDERED that the motion (Rec. Doc. 14285) is DENIED.

New Orleans, Louisiana, this 14th day of April, 2015.

_____
United States District Judge