UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| | * | |
| *No. 12-2715* | * | MAGISTRATE SHUSHAN |
| | * | |

### ORDER

Before the Court is Hank J. Kiff's Motion to Sever. (Rec. Doc. 14230)

IT IS ORDERED that the Motion (Rec. Doc. 14230) is DENIED.

New Orleans, Louisiana, this 14th day of April, 2015.

_____
United States District Judge