UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *All Cases* | * * | MAGISTRATE SHUSHAN |

**ORDER**
[Noting Potentially Moot or Premature Motions]

Certain motions listed below appear to be moot or premature. The Court intends to deny these motions accordingly.

IT IS ORDERED that any party who believes that a motion listed below is *not* moot or premature shall file by Friday, April 24, 2015 a concise objection stating why the motion is not moot or premature. If a party objects to multiple motions, it shall file only one, consolidated objection. No objection shall exceed five pages.

New Orleans, Louisiana, this 14th day of April, 2015.

_____
United States District Judge

Motions in MDL 2179 that appear to be moot or premature:

1. Halliburton's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Under Rule 12(b)(6) (re: Karl Rhodes, No. 10-1502) (Rec. Doc. 1176)

2. Halliburton's Motion to Dismiss Plaintiff's Petition for Failure to State a Claim Under Rule 12(b)(6) (re: Carl Lavergne, No. 10-4211) (Rec. Doc. 1181)

3. Anadarko and MOEX's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) (re: Karl Rhodes, No. 10-1502) (Rec. Doc. 1219)

4. Plaintiff Buddy Trahan's Motions to Remand (re: 11-263) (Rec. Docs. 1900 & 5791)

5. Halliburton's Motion to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint (Rec. Doc. 2941)

6. Plaintiffs' Supplemental Brief in Support of Supervision Over the BP Interim Claims Process (Rec. Doc. 3423)

7. Hoi Nguyen's Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charger Agreement, Vessel of Opportunity Program (re VoO Contract Disputes) (Rec. Doc. 4035)

8. BP's Motion to Strike the Affidavits of Phillip Levine, Jr. and Barry Rogers (re: VoO Contract Disputes) (Rec. Doc. 4609)

9. Plaintiffs' Motion for Leave to File Supplemental Opposition to BP's Motion to Exclude Phase Two Evidence from the Phase One Trial (Rec. Doc. 5302)

10. Plaintiff Rhonda Burkeen's Motions to Remand (re: 10-4427) (Rec. Docs. 6298, 11815)

11. Motion by Certain Commercial Fishermen to Amend the Definition of the Benchmark Period under the Shrimp Compensation Plan in the Economic and Property Damages Settlement Agreement (Rec. Doc. 6371)

12. BP's Motion (letter brief) to Compel Halliburton to Comply with the Court's Order of January 20, 2012 Regarding BP's Motion for Spoliation Sanctions (Rec. Doc. 6449)

13. Reynaldo Abreu, et al.'s Motion for Clarification of Time Allotted for Objectors' Counsel at Fairness Hearing (Rec. Doc. 7714)

14. Transocean's and Halliburton's Rule 12(c) or 56 Partial Motions as to Punitive Damages (Rec. Docs. 8105, 8267)

15. Transocean's Rule 12(c) Partial Motion as to Claims Based on Subsurface Discharge of Oil (Rec. Doc. 8106)

16. Transocean's and Halliburton's Rule 12(c) or 56 Partial Motions as to Claims Assigned under Settlement Agreement (Rec. Docs. 8120, 8268, 10281, 10548)

17. Transocean's, BP's, and Halliburton's Motions to Add Exhibits to Phase One Trial Exhibit List (Rec. Docs. 8223, 8225, 8228)

18. Andry Lerner, L.L.C.'s and Ethan J. Cheramie's Motions to Lift Stay, etc., of Andry Lerner Clients' (or former clients) Claims (Rec. Docs. 11022, 11311, 11459)

19. Russll Hayden's Motion to Remand (re: Nos. 13-5234, 13-5235) (Rec. Docs. 11186, 11187)

20. BP's Objection to Magistrate Judge's Order Striking BP's November 7, 2013 Notice of Filing (Rec. Doc. 11891)

21. Class Counsel's Motion to Strike Unsubstantiated Exhibits and to Contest Misstatements Concerning Specific Claims (Rec. Doc. 11989)

22. Van Tang d/b/a/ Cho Saigon's Motion to Seal Court Records (Rec. Doc. 12002)

23. Defendants Mikal Watts and Watts Guerra LLP Motion to Extend Deadline to File Responsive Pleadings (re: 13-6674) (Rec. Doc. 12234)

24. Andry Law Firm, L.L.C.'s Motion to Release Hold on Payment to the Andry Law Firm (Rec. Doc. 12277)

25. Lionel H. Sutton, III's Motion to Dismiss Pursuant to Rule 12(b) (re: Special Master's Motion for Return of Payments to Casey Thonn, et al) (Rec. Doc. 12339)

26. Coastal Claims Group, LLC's Motion For Leave to File Response to Motion of the Special Master (Rec. Doc. 12423)

27. Defendant Carr, Riggs & Ingram, L.L.C.'s Motion for Extension of Time Within Which to File Responsive Pleadings (Rec. Doc. 13391)

28. Christine Reitano's Motion for Leave to File Supplement to Christine Reitano's Submission (Rec. Doc. 13535)

29. BP's Motion to Enjoin Implementation of Policies Tainted by the Claims Administrator's Prior Representation (Rec. Doc. 13575)

30. BP's Motion to Unseal the McGladrey Contract (Rec. Doc. 13869) and Motion Seeking Production of the McGladrey LLP Work Papers and Related Relief (Rec. Doc. 13870)

Reasons for apparent mootness or prematurity:

- Nos. 1, 2, 3, 4, 10. The case or claim targeted by the motion was settled and/or voluntarily dismissed.

- Nos. 5, 14, 15, 16. Moot in light of certain findings of fact and conclusions of law from the Phase One Trial (Rec. Doc. 13381-1).

- Nos. 6, 7, 8, 11, 13, 20, 21. Mooted by the Settlement Fairness Hearing on Nov. 8, 2012 (Rec. Doc. 7900), the Court's approval of the Economic and Property Damages Settlement on Dec. 21, 2012 (Rec. Doc. 8138), and/or the Supreme Court's denial of certiorari on Dec. 8, 2014 (Rec. Doc. 13854).

- No. 9. Moot in light of the Court's Order at Rec. Doc. 5407.

- No. 12. To the extent this motion was not resolved by Magistrate Judge Shushan, it is moot in light of the Court's Order at Rec. Doc. 13354.

- No. 17. To the extent this motion was not resolved by Magistrate Judge Shushan, it is moot in light of the Phase One Exhibit Marshaling Conference (Rec. Doc. 10254).

- Nos. 18, 24, 28. Mooted by the Court's Order approving procedures for paying certain claims (Rec. Doc. 12077) and/or the Order of February 26, 2015 imposing certain sanctions (Rec. Doc. 14221).

- No. 22. Mooted by the Court's Order at Rec. Doc. 12366.

- Nos. 23, 27. Premature in light of Pretrial Order No. 1 ¶ 8 (Rec. Doc. 2).

- Nos. 25, 26. Mooted or implicitly resolved by the Court's Order at Rec. Doc. 12794.

- Nos. 29, 30. Moot in light of the dismissal of appeal no. 14-31299 before the Fifth Circuit (Rec. Doc. 14239).