UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "**Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970* | * | **MAGISTRATE SHUSHAN** |
| *No. 10-8888, Rec. Docs. 69523, 69591* | * | |

## ORDER

St. Theresa Anna, Inc. moves to file under seal a Motion to Enforce Receipt and Release Letter Agreement and related documents. (Rec. Doc. 13929).

IT IS ORDERED that St. Theresa Anna, Inc.'s motion to seal is GRANTED and the following documents be filed under seal: Motion by St. Theresa Anna, Inc. to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc. and the accompanying Memorandum in Support and the Exhibits thereto.

IT IS FURTHER ORDERED that the following documents be filed under seal: Motion by St. Vincent VI, Inc. to Enforce receipt and Release Letter Contract Entered into with British Petroleum, Inc. and the accompanying Memorandum in Support and Exhibits thereto.

The Clerk of Court shall provide copies of these sealed documents to counsel for BP, counsel for the Claims Administrator, and Class Counsel.

IT IS FURTHER ORDERED that by Thursday, May 14, 2015, BP shall file a response, not to exceed 25 pages double-spaced, to St. Theresa Anna, Inc.'s and St. Vincent VI, Inc.'s Motions to Enforce Receipt and Release Letter Agreement.

Signed in New Orleans, Louisiana, this 14th day of April, 2015.

_____
United States District Judge