UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:  11-01439 and 11-01440 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## FINAL JUDGMENT DISMISSING INTERPLEADERS

On June 17, 2011, Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively, "First Excess Layer Insurers"), which issued and/or subscribed to certain excess liability insurance policies (Policy Nos. ARS4926, PE0902632, and PE0902536; collectively, "First Excess Layer Insurance Policies"), filed two separate complaints in interpleader in the United States District Court for the Eastern District of Louisiana (Case Nos. 11-cv-01439 and 11-cv-01440; collectively, "Interpleader Actions").  On June 20, 2011, the Interpleader Actions were assigned to this multidistrict proceeding (MDL No. 2179).

1. The Parties to the Interpleader Actions executed an Agreement Relating to Insurance Payment of Transocean Employee Settlement Claims for payment of claims, effective December 1, 2011 ("Agreement").  Under the Agreement, BP and Transocean submitted disputed claims for reimbursement of employee settlement claims to the Court for *in camera* determinations regarding coverage and/or the reasonableness of the employee settlements for which reimbursement was sought under the First Excess Layer Insurance Policies.

2. On or about November 6, 2014, the Court issued its ruling regarding reimbursement of certain settlement claims.  When those settlements are added to the total settlements the Court previously has adjudicated as reasonable under the Agreement, total

approved settlements exceed the First Excess Layer Insurance Policies' collective limit of $150,000,000. The First Excess Layer Insurers have confirmed that actual payments have been tendered to BP and Transocean consistent with the Agreement and the Court's rulings.

3. Accordingly, the Court finds that (a) the First Excess Layer Insurers' obligations under the First Excess Layer Insurance Policies are satisfied in respect to the amount of their payments pursuant to Agreement; (b) the First Excess Layer Policies are fully and properly exhausted to the extent of payments under the Agreement; and (c) the Interpleader Actions, Case Nos. 11-cv-01439 and 11-cv-01440, are dismissed with prejudice, with the Parties to bear their own costs and expenses.

New Orleans, Louisiana this 16th day of April, 2015.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179, 11-01439, and 11-01440.**