1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4     ******************************************************************

5     IN RE:  OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
6     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
7
                                CIVIL ACTION NO. 10-MD-2179 "J"
8                               NEW ORLEANS, LOUISIANA
                                THURSDAY, APRIL 9, 2015, 11:00 A.M.
9

10    THIS DOCUMENT RELATES TO:

11    10-4182, 10-4183,
      13-2645, 13-2646,
12    13-2647, 13-2813

13    ******************************************************************

14

15              TELEPHONE STATUS CONFERENCE PROCEEDINGS
                  REGARDING ALABAMA DAMAGE CASES
16          HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE
17

18
      APPEARANCES:
19

20
      FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
21                           BY:  COREY L. MAZE, ESQUIRE
                                  WINFIELD J. SINCLAIR, ESQUIRE
22                           500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
23

24

25

                          **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                            BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
 4                            BY:  RHON E. JONES, ESQUIRE
                                   J. PARKER MILLER, ESQUIRE
 5                                 RICHARD D. STRATTON, ESQUIRE
                              POST OFFICE BOX 4160
 6                            MONTGOMERY, AL  36013

 7

 8    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 9    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
10    BP CORPORATION NORTH
      AMERICA INC.,
11    BP EXPLORATION &
      PRODUCTION INC.,
12    BP HOLDINGS NORTH
      AMERICA LIMITED,
13    BP PRODUCTS NORTH
      AMERICA INC.:          KIRKLAND & ELLIS
14                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  PAUL D. COLLIER, ESQUIRE
15                           300 N. LASALLE
                             CHICAGO, IL  60654
16

17

                             KIRKLAND & ELLIS
18                           BY:  F. CHADWICK MORRISS, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
19                           WASHINGTON, DC  20005

20

21                           COVINGTON & BURLING
                             BY:  MAUREEN F. BROWNE, ESQUIRE
22                           1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004
23

24

25

                         OFFICIAL TRANSCRIPT
```

```
1    APPEARANCES CONTINUED:

2

3    FOR HALLIBURTON
     ENERGY SERVICES,
4    INC.:                    GODWIN LEWIS
                              BY:  JENNY L. MARTINEZ, ESQUIRE
5                             RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
6                             DALLAS, TX  75270

7

8    FOR ANADARKO
     PETROLEUM CORPORATION,
9    ANADARKO E&P
     COMPANY LP:              MORGAN, LEWIS & BOCKIUS
10                            BY:  DOUGLAS A. HASTINGS, ESQUIRE
                              2020 K STREET, NW
11                            WASHINGTON, DC  20006

12

13   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
14                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
15                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
16                               Cathy_Pepper@laed.uscourts.gov

17   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

4

1                          **I N D E X**

2

3    ITEMS                                          PAGE

4

5    SUFFICIENCY AND PRODUCTION ISSUES..................   5

6    CONFERENCE NEXT THURSDAY...........................  10

7    APRIL 23RD CONFERENCE..............................  11

8    DR. DERAVI.........................................  11

9    STIPULATION OF ALABAMA AND ANADARKO................  12

10   THE STATE-OWNED PROPERTIES.........................  12

11   GIS DATA...........................................  13

12   CONFIDENTIAL INFORMATION ISSUE.....................  13

13   ALABAMA'S THIRD-PARTY DISCOVERY....................  14

14   CROWDERGULF........................................  14

15   DANOS..............................................  14

16   POLARIS............................................  14

17   DERAVI AND HAYWORTH SUBPOENAS......................  14

18   MEET AND CONFER WITH REGARD TO AREAS OF EXPERT

19   TESTIMONY..........................................  14

20   EXPERTS RELATING TO ENVIRONMENTAL ISSUES...........  15

21   DEADLINE FOR IDENTIFICATION OF FACT WITNESSES TO BE

22   DEPOSED IN ADDITION TO THE RULE 26 WITNESSES.......  17

23

24

25

**OFFICIAL TRANSCRIPT**

1                   P-R-O-C-E-E-D-I-N-G-S

09:23:34  2             THURSDAY, APRIL 9, 2015

09:23:34  3          M O R N I N G   S E S S I O N

09:23:34  4            (IN CHAMBERS VIA TELEPHONE)

09:23:34  5

09:23:34  6

10:49:55  7        THE COURT:  Good morning, everybody.  How are you

10:49:57  8   doing?

10:49:57  9        VOICES:  Good morning, Judge.

10:49:58 10        VOICES:  Good morning, Your Honor.

10:49:59 11        THE COURT:  Thanks for calling in a little early.  We

10:50:02 12   have a doctor's appointment for my mother, and she's been

10:50:06 13   waiting for me since about 7:30 this morning; so, the sooner I

10:50:10 14   get there the better off I am.

10:50:15 15        MR. MAZE:  Your Honor, this is Corey.  I actually might

10:50:17 16   have a suggestion that will help you do that.  Monday, we have

10:50:21 17   our five-page briefs on outstanding sufficiency issues.  The

10:50:27 18   parties have a lot of outstanding issues.  We did a very long

10:50:33 19   letter last night, and we got a couple from BP.

10:50:36 20             My suggestion would be instead of going through

10:50:39 21   all of the sufficiency and production issues on the call today,

10:50:41 22   let us try to work them out before Monday, and then whatever is

10:50:44 23   left, we file a five-page brief on Monday, and then on

10:50:51 24   Wednesday we file five-page responses.

10:50:53 25             Then if you want to move up the next hearing to

10:50:57 1    next Thursday to talk about those issues, it would give you a

10:51:00 2    chance to have them in front of you in writing and would give

10:51:03 3    us a chance to work a lot of them out instead of sort of

10:51:07 4    outlining and complaining about them on a call today before

10:51:09 5    we -- before we brief the issue.

10:51:12 6          THE COURT:  Got you.  Let's first see if anybody thinks

10:51:15 7    that's a bad idea.

10:51:19 8          MR. COLLIER:  Good morning.  It's Paul Collier.  I can

10:51:21 9    respond to that briefly.  I don't disagree with Corey.  It

10:51:24 10   probably doesn't make a lot of sense for us to go into any

10:51:28 11   detail about the sufficiency issues on the call today.  I think

10:51:29 12   that's a good idea.

10:51:30 13          The only additional points I would make, though,

10:51:33 14   is that we are still continuing to get document production from

10:51:37 15   Alabama.  We just got a document production last night, which

10:51:42 16   is about 4200 documents.

10:51:43 17          We did have a meet and confer with Alabama

10:51:47 18   yesterday to talk about certain issues.  Alabama did represent

10:51:49 19   that they are producing another document production; although,

10:51:52 20   it was unclear as to when that would come, but they did mention

10:51:55 21   it would be shortly, that that could potentially clear some of

10:51:58 22   the issues what we've raised.

10:52:00 23          We still think there will be outstanding issues

10:52:03 24   to raise with the Court on sufficiency, but I guess I'm looking

10:52:06 25   for guidance from the Court, Your Honor, as to whether or not

**OFFICIAL TRANSCRIPT**

10:52:09 1     it may be justifiable to extend for a very brief period of time

10:52:14 2     the initial date for making the submission on sufficiency

10:52:19 3     issues just so that we can review the additional productions

10:52:22 4     that are coming in to assess whether or not it will eliminate

10:52:27 5     some of the concerns and hopefully streamline the issues for

10:52:29 6     the Court.

10:52:31 7          THE COURT:  Corey, do you want to respond to that?

10:52:33 8          MR. MAZE:  I do.  The first response is no, we would

10:52:35 9     not agree to pushing back the briefing schedule, and I want to

10:52:39 10    let Parker explain to the Court the new production and what you

10:52:43 11    can expect going forward.

10:52:46 12         THE COURT:  All right.

10:52:46 13         MR. MILLER:  Yes, Your Honor.  Parker Miller for the

10:52:49 14    State.  I hope you're doing well.

10:52:49 15         THE COURT:  Thank you.  The same back.

10:52:52 16         MR. MILLER:  The State recently produced production 10.

10:52:54 17    That went out this week and that's the production that Paul is

10:52:58 18    referencing.  It was about 4200 documents, and that production

10:53:03 19    accounts for recurring revenues for all of the departments

10:53:06 20    besides the Department of Labor.  That's going to go in

10:53:09 21    production 11 is my understanding.

10:53:12 22          It also included some 8(m)  supplemental

10:53:17 23    production -- 8(m) supplemental production that we discussed in

10:53:18 24    the last conference call.  It had some other miscellaneous

10:53:22 25    documents that are just part of normal discovery cleanup that

**OFFICIAL TRANSCRIPT**

10:53:27 1    we're doing on our end that we talked about previously.

10:53:29 2              We expect that there will also be a production

10:53:32 3    11, and it will be going very, very shortly is my

10:53:37 4    understanding.  It consisted of mostly of ADECA and labor

10:53:41 5    documents that were the product of the confidentiality disputes

10:53:45 6    between the parties.  I'm hopeful that that production will

10:53:51 7    resolve those issues between those two departments.

10:53:52 8              I anticipate that there will likely be a

10:53:55 9    production 12, and that will be a production that hopefully, as

10:54:01 10   the parties talk through these various issues and reach

10:54:04 11   agreements, it will -- my hope would be resolve a lot of those

10:54:10 12   issues.  So that's the report I can give on the document

10:54:12 13   production.

10:54:13 14        THE COURT:  Okay.  Good.  Let me ask, is that last

10:54:16 15   production, the one, Number 12 that you just mentioned, is that

10:54:21 16   anticipated to be the last?

10:54:24 17        MR. MILLER:  Yes, Your Honor.  I anticipate that will

10:54:27 18   be the last production.

10:54:28 19        THE COURT:  Okay.  So if that's the case, do you-all

10:54:32 20   agree that on these productions that haven't been made yet, BP

10:54:36 21   will have the right to raise sufficiency issues like you all

10:54:42 22   want to go ahead and get taken care of next week?

10:54:46 23        MR. MAZE:  Your Honor, this is Corey.  Yes.  We would

10:54:48 24   agree to that, and I think that sort of gives you the reason

10:54:51 25   why we were thinking not to push back next Monday's deadline.

10:54:54  1   We would prefer to get these issues dealt with and out of the

10:54:58  2   way and, frankly, doing that requires an absolute date to get

10:55:03  3   these things in front of the court; so, we would like to keep

10:55:06  4   it where it is on the schedule.

10:55:09  5        MR. MILLER:  Judge, this is Parker Miller again.  I

10:55:11  6   would note that, I think, during the meet and confer

10:55:14  7   discussions with the defendants we'll likely determine if there

10:55:16  8   is an impasse that may not be resolved this these supplemental

10:55:22  9   productions.  If that's the case, it will be briefed and put

10:55:24 10   before the Court and a decision will be made to resolve those

10:55:27 11   issues.

10:55:30 12        THE COURT:  Okay.  All right.  Well, Paul, do you want

10:55:31 13   to comment on that; that is, that we will, if we go forward on

10:55:34 14   Monday, we'll reserve to BP the right to reurge deficiency

10:55:40 15   issues for these upcoming productions?

10:55:44 16        MR. COLLIER:  Your Honor, I think that would be fine.

10:55:45 17   I think there is certainly issues that we feel will not be

10:55:50 18   addressed by the supplement productions that we can certainly

10:55:52 19   raise on Monday and make a submission.  But, yeah, if the

10:55:55 20   understanding is that we have the right to raise additional

10:56:00 21   issues that possibly come to light based on the additional

10:56:03 22   productions, I think that would be amenable to us.

10:56:05 23        THE COURT:  Okay.  Well, then let's go ahead and do

10:56:07 24   that.  I think that makes sense, and that way when we get back

10:56:12 25   together, I'll have a much better idea of what we're talking

10:56:15 1   about.  Because I have to say, right now I have no idea of what
10:56:18 2   we're talking about.  But that's --
10:56:18 3          MR. MAZE:  You Honor -- I'm sorry.  Go ahead.
10:56:22 4          THE COURT:  I was just going to say that has never
10:56:25 5   bothered me, has it?
10:56:26 6          MR. MAZE:  This is Corey.  I was just making sure we're
10:56:30 7   all on the same understanding.  Our thought would be five-page,
10:56:33 8   double-spaced briefs on Monday at 5:00 p.m. and then five-page
10:56:38 9   double spaced on Wednesday at 5:00 p.m.  Does that sound right?
10:56:42 10         THE COURT:  Paul, does that sound right?
10:56:44 11         MR. COLLER:  Yeah, we have no objection to that,
10:56:46 12  Your Honor.
10:56:46 13         THE COURT:  Good.  Let's go ahead and do that.
10:56:48 14             Now, do you all want to have a conference next
10:56:52 15  Thursday, if I'm available, or would you rather just roll it to
10:56:56 16  the following Thursday?
10:57:00 17         MR. COLLER:  This is Paul Collier.  My preference
10:57:02 18  would be to hold it next Thursday, if that will work for the
10:57:05 19  Court.
10:57:06 20         MR. MAZE:  Alabama agrees with that.  We would prefer
10:57:09 21  it next Thursday as well.
10:57:40 22         THE COURT:  I could do it that day at about one
10:57:43 23  o'clock, if that works for you guys.  I've got a two o'clock
10:57:46 24  settlement conference, but we could do it at 1:00 if that
10:57:49 25  works.

                              **OFFICIAL TRANSCRIPT**

10:57:51  1        MR. MAZE:  That works for Alabama.

10:57:52  2        MR. COLLER:  Yes, Your Honor, that works for BP.

10:57:55  3        THE COURT:  Perfect.  So we'll put it down.

10:57:57  4         Let's see if there is anything else we wanted to

10:58:00  5  cover.  Oh, I know.

10:58:03  6        MR. LANGAN:  Your Honor, it's Andy language, and will

10:58:05  7  we keep the April 23rd conference as is then?

10:58:08  8        THE COURT:  Let's keep that it way as is, and we can

10:58:10  9  talk about that next week.  Let's see what kind of good

10:58:13 10  progress we make.

10:58:15 11        MR. LANGAN:  Thank you, Your Honor.

10:58:15 12        THE COURT:  No worries.

10:58:17 13         Okay.  So let's talk about a couple of other

10:58:20 14  things that I think maybe we can make some progress on.  What

10:58:28 15  about any further discussions on Dr. Deravi?  Am I pronouncing

10:58:37 16  it correctly?

10:58:41 17        MR. MILLER:  Yes, Your Honor.  That's Deravi.

10:58:44 18        THE COURT:  Any further discussions there?  We're not

10:58:46 19  ready to rule, but I just didn't know whether you all had made

10:58:49 20  any progress on that.

10:58:51 21        MR. MILLER:  Your Honor, I can report progress there.

10:58:53 22  We have been talking to Dr. Deravi about pulling his custodial

10:58:59 23  file, and it's my understanding that that file has been now

10:59:01 24  made available to us.  It is processing in our system right

10:59:04 25  now, so I haven't had the opportunity to review its contents.

**OFFICIAL TRANSCRIPT**

<sup></sup>10:59:08 1        I am told, though, that it contains forecasting

10:59:13 2    reports, tourism information, and some other correspondence in

10:59:18 3    that as well.  So once we note for sure what it is and I can

10:59:22 4    report more on the substance, we will certainly do that.  I'm

10:59:27 5    hopeful we can do it in relatively short order.

10:59:29 6        THE COURT:  That's good news.  Good news.  Okay.

10:59:31 7        Let's see.  What about the stipulation Alabama

10:59:35 8    and Anadarko?

10:59:38 9        MR. MAZE:  This is Corey.  We have an agreement.  You

10:59:40 10   should be seeing it any time.  I think BP had suggested some

10:59:45 11   additions last night, which Anadarko and Alabama have both

10:59:51 12   agreed too.  You may even see it before the end of the day.

10:59:54 13       THE COURT:  Perfect.

10:59:54 14       MR. LANGAN:  This is Andy Langan for BP.  What Corey

10:59:57 15   said is exactly right.  We're doing a final check but we

11:00:00 16   appreciate the fact that Anadarko and Alabama were able to

11:00:05 17   tweak an order in the last draft.  I think it will get there

11:00:08 18   shortly.

11:00:09 19       THE COURT:  Good, good, good.

11:00:10 20       Anything to report on the State-owned properties?

11:00:16 21   Any update we need there?

11:00:19 22       MR. MILLER:  Judge, this is Parker Miller again for the

11:00:22 23   State.  I've been in contact with BP on this issue, and we have

11:00:25 24   been working with BP first to have their vendor come out and

11:00:28 25   look at the samples which we provided to them, so they can get

11:00:30 1   an idea on time and estimate.

11:00:33 2              We're now in the process of pulling the documents

11:00:36 3   that BP referenced, and we anticipate possibly even next week

11:00:43 4   having many of those documents available for scanning and

11:00:46 5   processing.

11:00:47 6              THE COURT:  Good.  Good, good, good.

11:00:50 7              Parker, while I've got you, what about the issue

11:00:52 8   with the GIS data that you had discussed last time?

11:00:58 9              MR. MILLER:  Yes, Your Honor.  We outlined our concerns

11:01:03 10  in a document sufficiency letter last night, and I'm hopeful

11:01:09 11  that we'll be able to work those out with BP.

11:01:12 12             Previously in talking to counsel for BP it was

11:01:13 13  made -- they would prefer us outline those issues in writing

11:01:19 14  before setting up a call with the GIS -- between the GIS

11:01:23 15  specialists so we've done that.

11:01:25 16             They just got it so I imagine they are digesting

11:01:28 17  it right now, and, you know, hopefully next week we can

11:01:31 18  schedule a conference between the two and hopefully get the

11:01:35 19  issue knocked out.

11:01:37 20             THE COURT:  Perfect.  Good, good, good.

11:01:39 21             Okay.  Let's talk about the confidential

11:01:41 22  information issue.  How are you doing on that?  Nobody even

11:01:49 23  remembers it, right?

11:01:53 24             MR. MAZE:  Judge, we can't forget.

11:01:56 25             MR. MILLER:  Parker Miller for the State again.  We

11:01:59 1    believe that issue is resolved, and as we discussed earlier on

11:02:03 2    the call, our hope is that those documents will be going out in

11:02:06 3    production 11.

11:02:07 4            THE COURT:  Great.  Okay.  Alabama's third-party

11:02:11 5    discovery.  Anything we need to update there?

11:02:16 6            MR. MILLER:  Judge, Parker Miller again.  Just a few

11:02:18 7    updates.  For CrowderGulf, we did receive those documents.

11:02:23 8    We're processing them now.  We will -- we intend on Bates

11:02:27 9    numbering those documents and making them available to BP.  The

11:02:30 10   same is true for Danos.  Danos.  We received those documents

11:02:35 11   very recently and we intend on doing the same.

11:02:37 12           In terms of Polaris, it has been at least

11:02:41 13   represented to us that many of their responsive documents are

11:02:45 14   contained on those hard drives, and so I suppose the

11:02:48 15   responsiveness of their production will hinge on our ability to

11:02:51 16   review and digest those hard drives, which obviously we

11:02:55 17   discussed earlier we're going to try and work through.

11:02:57 18           That's our report.  Obviously the Deravi and

11:03:05 19   Hayworth subpoenas, I suppose, account for third-party

11:03:08 20   subpoenas.  We've given a report on Deravi.  For Hayworth we're

11:03:13 21   still working on obtaining his custodial file.  We have not yet

11:03:16 22   received it.

11:03:16 23           THE COURT:  Okay.  How did you all do on your meet and

11:03:20 24   confer with regard to areas of expert testimony?  Was that

11:03:25 25   helpful?

**OFFICIAL TRANSCRIPT**

11:03:27 1          MR. MAZE:  Your Honor, this is Corey for the State of
11:03:30 2  Alabama.  That was conducted on Monday as scheduled, and I
11:03:33 3  think both parties were able to get across the areas.
11:03:40 4          MR. COLLER:  Your Honor, this is Paul Collier.  Just to
11:03:42 5  jump in on that, and Corey is right, we did have a fruitful
11:03:45 6  discussion, and I think it was a useful exercise for the
11:03:48 7  parties.
11:03:49 8          One area of potential guidance from Your Honor
11:03:52 9  that I just wanted to talk about briefly is with respect to the
11:03:55 10  property damage area, Alabama did identify that they were going
11:04:01 11  to use experts relating to environmental issues and referenced
11:04:07 12  environmental experts.
11:04:10 13          One concern with that is, and in the Court's mind
11:04:14 14  this may be perfectly appropriate, but what we asked is for
11:04:17 15  Alabama to identify whether or not they were using any kind of
11:04:21 16  human health experts or a toxicologist type expert as to
11:04:25 17  whether or not those would be issues on which they would
11:04:28 18  promote or provide expert testimony.  Alabama identified that
11:04:30 19  they would only identify the fact that they were providing an
11:04:34 20  environmental expert.
11:04:35 21          That may be fine in the Court's opinion, but it
11:04:38 22  would be useful if we did know whether or not toxicology issues
11:04:42 23  were an area of expert testimony or subject matter that would
11:04:45 24  be explored in expert testimony.  I'm just looking for
11:04:49 25  essential guidance from the Court as to whether that would be

**OFFICIAL TRANSCRIPT**

11:04:52 1    an appropriate question for Alabama to answer.

11:04:57 2        THE COURT:  Okay.  Corey, I would ask you and Parker to

11:04:59 3    think about that.  It seems to me that environmental could be

11:05:02 4    property or it could be health.  If you all are willing to, and

11:05:08 5    I'm not going to compel you to -- if you don't agree to it,

11:05:12 6    I'll take it up -- but think about whether you can give them a

11:05:16 7    heads-up on whether the expert or experts are related to

11:05:20 8    environmental property issues or environmental health issues or

11:05:26 9    both.

11:05:27 10       MR. MAZE:  Your Honor, this is Corey.  I'll go ahead

11:05:29 11   and sort of pull the curtain back as to what we told them.  Our

11:05:34 12   property damage claims and the experts on that particular

11:05:37 13   general area is related to whether or not oil from the Macondo

11:05:46 14   Well touched Alabama's property and the resulting damage or

11:05:49 15   increased cost of public services to the departments we've

11:05:52 16   named.  Our claims are limited by the four corners of our

11:05:56 17   complaint and our Rule 26 disclosure; so, to the extent that

11:06:00 18   it's outside of those bounds, we're not bringing it, and we

11:06:02 19   wouldn't be bringing an expert on the topic.

11:06:04 20       THE COURT:  So you don't need to answer the question

11:06:07 21   specific, but as I understand it, Paul, the answer is this is a

11:06:11 22   *Robins Dry Dock* issue, and, you know, it's got to be Macondo

11:06:17 23   oil, right?

11:06:20 24       MR. MAZE:  That's Alabama's understanding of what we

11:06:22 25   have to prove.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:06:23 1 | THE COURT:  Yep.  And it's limited to that.  In other |
| 11:06:28 2 | words, you're not going to have a health expert to come out and |
| 11:06:30 3 | talk about toxicology? |
| 11:06:34 4 | MR. MAZE:  I don't see that as one of our claims, no. |
| 11:06:36 5 | THE COURT:  That's my point.  Or as we say in |
| 11:06:40 6 | New Orleans, *my pernt*. |
| 11:06:44 7 | MR. MAZE:  Thank you, Your Honor. |
| 11:06:45 8 | THE COURT:  Okay.  That answers it, right, Paul? |
| 11:06:48 9 | MR. COLLER:  I think so.  Yeah, that addresses the |
| 11:06:51 10 | issue.  Thank you, Your Honor. |
| 11:06:51 11 | THE COURT:  Makes it much easier. |
| 11:06:53 12 | Okay.  That's all I've got that I think we should |
| 11:06:56 13 | cover, except, of course, when we get back together next week |
| 11:07:00 14 | on the document production.  Anything else that you all want to |
| 11:07:03 15 | cover? |
| 11:07:04 16 | MR. MAZE:  This is Corey for Alabama.  I do have one |
| 11:07:06 17 | question.  Monday, on Judge Barbier's order, we have the |
| 11:07:11 18 | deadline for identification of fact witnesses to be deposed in |
| 11:07:14 19 | addition to the Rule 26 witnesses.  Does Your Honor read that |
| 11:07:19 20 | to mean both, for example, witnesses who are employed by BP |
| 11:07:24 21 | plus third-party witnesses, or are we just identifying |
| 11:07:28 22 | witnesses who are that particular party's witnesses? |
| 11:07:34 23 | THE COURT:  Well, that's a good question.  Paul, how do |
| 11:07:36 24 | you all interpret that? |
| 11:07:40 25 | MR. COLLER:  I think our interpretation was that it |

**OFFICIAL TRANSCRIPT**

11:07:42  1   would be for witnesses of that particular party.

11:07:45  2         THE COURT:  Or that that particular party intends to

11:07:48  3   call in its case in chief.  So, for example, you all don't know

11:07:54  4   yet, I assume, who your 30(b)(6) witnesses will be, but you've

11:08:00  5   got an idea; so, those will be on your list and, additionally,

11:08:06  6   anyone else that you want to call in your case in chief, right?

11:08:13  7   Does that sound right?

11:08:15  8         MR. COLLER:  Yes, Your Honor.  That sounds right from

11:08:19  9   my perspective.

11:08:22 10         MR. SINCLAIR:  I'm still confused.

11:08:22 11         MR. MAZE:  Yeah, we just want to make sure that we're

11:08:23 12   clear on this.

11:08:25 13         THE COURT:  Who said they are still confused?

11:08:27 14         MR. MAZE:  That was Winn actually.

11:08:31 15         THE COURT:  Oh, Okay.  Winn, you don't want me to

11:08:32 16   comment.

11:08:35 17         MR. MAZE:  We're not only -- our thought about this was

11:08:38 18   we're identifying not only witnesses from ourselves, like

11:08:42 19   Alabama is identifying Alabama witnesses who we want to depose,

11:08:46 20   but also identifying any BP witness that we would want to

11:08:50 21   depose in addition to the ones in the Rule 26, because I

11:08:55 22   thought what Paul was saying is BP would be naming additional

11:08:58 23   BP witnesses and I'm not sure.

11:09:00 24         MR. COLLER:  Yes, sorry, Corey, if I created that

11:09:04 25   impression, I misspoke.  No, this is Paul Collier.  Yeah, my

**OFFICIAL TRANSCRIPT**

11:09:08  1    impression is that this would be witnesses from the other party

11:09:11  2    that we would want to --

11:09:13  3          MR. MAZE:  That's the way -- sorry, sorry.  This is

11:09:17  4    Corey.  That's the way we understood it too.  We just wanted to

11:09:20  5    make sure the third parties were excluded from this and that if

11:09:23  6    we had a misunderstanding, that we weren't waiving the right to

11:09:26  7    request third parties later.

11:09:32  8          THE COURT:  Okay.  Yeah.  I see where you've got the

11:09:35  9    problem.  Of course, you all drafted this thing; so, let me

11:09:39 10    just point that out.

11:09:41 11          MR. MAZE:  It will not be the last problem that we've

11:09:43 12    created, I'm sure.

11:09:44 13          THE COURT:  So let me just point that out.  Let's look

11:09:47 14    at it.  We've got fact at 30(b)(6) depositions commencing

11:09:55 15    May 11th and ending July 20th, and so I don't think, at least

11:10:03 16    as I'm reading the schedule, third-party witnesses are excluded

11:10:07 17    from the April 13th deadline.

11:10:12 18                Obviously if you haven't identified them yet,

11:10:16 19    that's different, but if you know of a third-party witness that

11:10:19 20    you're going to want to depose, I think that person should be

11:10:22 21    on the list so that you all can start lining them up for depos

11:10:27 22    starting May 11th.

11:10:30 23          MR. MAZE:  Okay.  So we should go ahead and include

11:10:32 24    them.

11:10:33 25          THE COURT:  I think so.

                                OFFICIAL TRANSCRIPT

11:10:33  1          MR. MAZE:  Because I do note, I think the big date is

11:10:36  2    probably April 20th we're supposed to get you a final schedule,

11:10:41  3    a final fact and 30(b)(6) witness list, and I assume that would

11:10:47  4    include third-party witnesses.

11:10:48  5          THE COURT:  That's right but you all are not going to

11:10:51  6    able to propose a final joint list until you've seen your

11:10:54  7    initial list, which I think is the 13th --

11:10:58  8          MR. MAZE:  Right.

11:10:59  9          THE COURT:  -- so I rule in favor of me.

11:11:02  10         MR. MAZE:  You always win that way.

11:11:04  11         THE COURT:  There you go.  That is how I interpret your

11:11:08  12   joint schedule.  So, yeah, I think third parties, if you've

11:11:14  13   identified them.  Obviously, if you, during depositions, come

11:11:17  14   up with a third-party that was not yet known, that seems to me

11:11:21  15   to be good cause to add them to the list.

11:11:25  16         MR. MAZE:  Understood.

11:11:27  17         THE COURT:  All right.  Anything else?

11:11:30  18         MR. MAZE:  That's all from Alabama.

11:11:31  19         THE COURT:  All right.  Guys, I will talk to you, then,

11:11:34  20   a week from today.

11:11:35  21         VOICES:  Thank you, Your Honor.

11:11:36  22         THE COURT:  Thank you.  Have a good day.

          23         (WHEREUPON, at 11:11 a.m. the proceedings were

          24   concluded.)

          25                              *    *    *

                              **OFFICIAL TRANSCRIPT**

1                       REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                          _s/Cathy Pepper_____

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Registered Merit Reporter
                            Official Court Reporter
15                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

## 1

**10** [2] - 4:6, 7:16
**10-4182** [1] - 1:11
**10-4183** [1] - 1:11
**10-MD-2179** [1] - 1:7
**11** [5] - 4:7, 4:8, 7:21, 8:3, 14:3
**11:00** [1] - 1:8
**11th** [2] - 19:15, 19:22
**12** [4] - 4:9, 4:10, 8:9, 8:15
**1201** [2] - 2:22, 3:5
**13** [2] - 4:11, 4:12
**13-2645** [1] - 1:11
**13-2646** [1] - 1:11
**13-2647** [1] - 1:12
**13-2813** [1] - 1:12
**13th** [2] - 19:17, 20:7
**14** [6] - 4:13, 4:14, 4:15, 4:16, 4:17, 4:19
**15** [1] - 4:20
**17** [1] - 4:22
**1700** [1] - 3:5
**1:00** [1] - 10:24

## 2

**20** [1] - 1:6
**20004** [1] - 2:22
**20005** [1] - 2:19
**20006** [1] - 3:11
**2010** [1] - 1:6
**2015** [2] - 1:8, 5:2
**2020** [1] - 3:10
**20th** [2] - 19:15, 20:2
**23rd** [1] - 11:7
**23RD** [1] - 4:7
**26** [4] - 4:22, 16:17, 17:19, 18:21

## 3

**30(b)(6** [3] - 18:4, 19:14, 20:3
**300** [1] - 2:15
**36013** [1] - 2:6
**36130** [1] - 1:22

## 4

**4160** [1] - 2:5
**4200** [2] - 6:16, 7:18

## 5

**5** [1] - 4:5
**500** [2] - 1:22, 3:14
**504** [1] - 3:15
**589-7779** [1] - 3:15
**5:00** [2] - 10:8, 10:9

## 6

**60654** [1] - 2:15
**655** [1] - 2:18

## 7

**70130** [1] - 3:15
**75270** [1] - 3:6
**7:30** [1] - 5:13

## 8

**8(m** [2] - 7:22, 7:23

## 9

**9** [2] - 1:8, 5:2

## A

**a.m** [1] - 20:23
**A.M** [1] - 1:8
**ability** [2] - 14:15, 21:8
**able** [4] - 12:16, 13:11, 15:3, 20:6
**above-entitled** [1] - 21:9
**absolute** [1] - 9:2
**account** [1] - 14:19
**accounts** [1] - 7:19
**ACTION** [1] - 1:7
**add** [1] - 20:15
**addition** [2] - 17:19, 18:21
**ADDITION** [1] - 4:22
**additional** [4] - 6:13, 7:3, 9:20, 9:21, 18:22
**additionally** [1] - 18:5
**additions** [1] - 12:11
**addressed** [1] - 9:18
**addresses** [1] - 17:9
**ADECA** [1] - 8:4
**agree** [4] - 7:9, 8:20, 8:24, 16:5
**agreed** [1] - 12:12
**agreement** [1] - 12:9
**agreements** [1] - 8:11
**agrees** [1] - 10:20
**ahead** [6] - 8:22, 9:23, 10:3, 10:13, 16:10, 19:23
**AL** [2] - 1:22, 2:6
**Alabama** [17] - 6:15, 6:17, 6:18, 10:20, 11:1, 12:7, 12:11, 12:16, 15:2, 15:10, 15:15, 15:18, 16:1, 17:16, 18:19, 20:18
**ALABAMA** [3] - 1:15, 1:20, 4:9
**Alabama's** [3] - 14:4, 16:14, 16:24
**ALABAMA'S** [1] - 4:13
**ALLEN** [1] - 2:3
**amenable** [1] - 9:22
**AMERICA** [6] - 2:8, 2:8, 2:9, 2:10, 2:12, 2:13
**ANADARKO** [2] - 3:8, 3:9
**Anadarko** [3] - 12:8, 12:11, 12:16
**ANADARKO..............** ... [1] - 4:9
**AND** [4] - 4:5, 4:9, 4:17, 4:18
**ANDREW** [1] - 2:14
**Andy** [2] - 11:6, 12:14
**answer** [3] - 16:1, 16:20, 16:21
**answers** [1] - 17:8
**anticipate** [2] - 8:8, 8:17, 13:3
**anticipated** [1] - 8:16
**APPEARANCES** [3] - 1:18, 2:1, 3:1
**appointment** [1] - 5:12
**appreciate** [1] - 12:16
**appropriate** [2] - 15:14, 16:1
**APRIL** [4] - 1:6, 1:8, 4:7, 5:2
**April** [3] - 11:7, 19:17, 20:2
**area** [4] - 15:8, 15:10, 15:23, 16:13
**AREAS** [1] - 4:18
**areas** [2] - 14:24, 15:3
**assess** [1] - 7:4
**assume** [2] - 18:4, 20:3
**at11:11** [1] - 20:23
**ATTORNEY** [1] - 1:20
**available** [4] - 10:15, 11:24, 13:4, 14:9

## AVENUE

**AVENUE** [2] - 1:22, 2:22

## B

**bad** [1] - 6:7
**Barbier's** [1] - 17:17
**based** [1] - 9:21
**Bates** [1] - 14:8
**BE** [1] - 4:21
**BEASLEY** [1] - 2:3
**BEFORE** [1] - 1:16
**best** [1] - 21:8
**better** [2] - 5:14, 9:25
**between** [4] - 8:6, 8:7, 13:14, 13:18
**big** [1] - 20:1
**BOCKIUS** [1] - 3:9
**bothered** [1] - 10:5
**bounds** [1] - 16:18
**BOX** [1] - 2:5
**BP** [23] - 2:8, 2:8, 2:9, 2:10, 2:11, 2:12, 2:13, 5:19, 8:20, 9:14, 11:2, 12:10, 12:14, 12:23, 12:24, 13:3, 13:11, 13:12, 14:9, 17:20, 18:20, 18:22, 18:23
**brief** [3] - 5:23, 6:5, 7:1
**briefed** [1] - 9:9
**briefing** [1] - 7:9
**briefly** [2] - 6:9, 15:9
**briefs** [2] - 5:17, 10:8
**bringing** [2] - 16:18, 16:19
**BROWNE** [1] - 2:21
**BURLING** [1] - 2:21
**BY** [10] - 1:5, 1:21, 2:4, 2:14, 2:18, 2:21, 3:4, 3:10, 3:17, 3:17

## C

**care** [1] - 8:22
**case** [4] - 8:19, 9:9, 18:3, 18:6
**CASES** [1] - 1:15
**Cathy** [2] - 21:3, 21:13
**CATHY** [1] - 3:13
**Cathy_Pepper@laed.uscourts.gov** [1] - 21:15
**cathy_Pepper@laed.uscourts.gov** [1] - 3:16
**CCR** [2] - 3:13, 21:13

**certain** [1] - 6:18
**certainly** [3] - 9:17, 9:18, 12:4
**CERTIFICATE** [1] - 21:1
**CERTIFIED** [1] - 3:13
**Certified** [3] - 21:3, 21:4, 21:13
**certify** [1] - 21:7
**CHADWICK** [1] - 2:18
**CHAMBERS** [1] - 5:4
**chance** [2] - 6:2, 6:3
**check** [1] - 12:15
**CHICAGO** [1] - 2:15
**chief** [2] - 18:3, 18:6
**CIVIL** [1] - 1:7
**claims** [3] - 16:12, 16:16, 17:4
**cleanup** [1] - 7:25
**clear** [2] - 6:21, 18:12
**COLLER** [8] - 10:11, 10:17, 11:2, 15:4, 17:9, 17:25, 18:8, 18:24
**COLLIER** [3] - 2:14, 6:8, 9:16
**Collier** [4] - 6:8, 10:17, 15:4, 18:25
**coming** [1] - 7:4
**commencing** [1] - 19:14
**comment** [2] - 9:13, 18:16
**COMPANY** [3] - 2:9, 3:9
**compel** [1] - 16:5
**complaining** [1] - 6:4
**complaint** [1] - 16:17
**COMPUTER** [1] - 3:17
**concern** [1] - 15:13
**concerns** [2] - 7:5, 13:9
**concluded** [1] - 20:24
**conducted** [1] - 15:2
**confer** [3] - 6:17, 9:6, 14:24
**CONFER** [1] - 4:18
**conference** [5] - 7:24, 10:14, 10:24, 11:7, 13:18
**CONFERENCE** [2] - 1:15, 4:6
**CONFERENCE..........** .................... [1] - 4:7
**confidential** [1] - 13:21
**CONFIDENTIAL** [1] - 4:12
**confidentiality** [1] - 8:5

confused [2] - 18:10, 18:13
consisted [1] - 8:4
contact [1] - 12:23
contained [1] - 14:14
contains [1] - 12:1
contents [1] - 11:25
CONTINUED [2] - 2:1, 3:1
continuing [1] - 6:14
COREY [1] - 1:21
Corey [14] - 5:15, 6:9, 7:7, 8:23, 10:6, 12:9, 12:14, 15:1, 15:5, 16:2, 16:10, 17:16, 18:24, 19:4
corners [1] - 16:16
CORPORATION [2] - 2:10, 3:8
correct [1] - 21:7
correctly [1] - 11:17
correspondence [1] - 12:2
cost [1] - 16:15
counsel [1] - 13:12
couple [2] - 5:19, 11:13
course [2] - 17:13, 19:9
court [1] - 9:3
COURT [46] - 1:1, 3:13, 5:7, 5:11, 6:6, 7:7, 7:12, 7:15, 8:14, 8:19, 9:12, 9:23, 10:4, 10:10, 10:13, 10:22, 11:3, 11:8, 11:12, 11:18, 12:6, 12:13, 12:19, 13:6, 13:20, 14:4, 14:23, 16:2, 16:20, 17:1, 17:5, 17:8, 17:11, 17:23, 18:2, 18:13, 18:15, 19:8, 19:13, 19:25, 20:5, 20:9, 20:11, 20:17, 20:19, 20:22
Court [12] - 6:24, 6:25, 7:6, 7:10, 9:10, 10:19, 15:25, 21:4, 21:5, 21:6, 21:14, 21:15
Court's [2] - 15:13, 15:21
cover [3] - 11:5, 17:13, 17:15
COVINGTON [1] - 2:21
created [2] - 18:24, 19:12
CROW [1] - 2:3

CrowderGulf [1] - 14:7
CROWDERGULF...... .. [1] - 4:14
CRR [2] - 3:13, 21:13
curtain [1] - 16:11
custodial [2] - 11:22, 14:21

## D

DALLAS [1] - 3:6
damage [3] - 15:10, 16:12, 16:14
DAMAGE [1] - 1:15
Danos [2] - 14:10
DANOS...................... ......................... [1] - 4:15
data [1] - 13:8
DATA........................ ..................... [1] - 4:11
date [3] - 7:2, 9:2, 20:1
DC [3] - 2:19, 2:22, 3:11
deadline [3] - 8:25, 17:18, 19:17
DEADLINE [1] - 4:21
dealt [1] - 9:1
decision [1] - 9:10
DEEPWATER [1] - 1:5
defendants [1] - 9:7
deficiency [1] - 9:14
Department [1] - 7:20
departments [3] - 7:19, 8:7, 16:15
depos [1] - 19:21
depose [3] - 18:19, 18:21, 19:20
DEPOSED [1] - 4:22
deposed [1] - 17:18
depositions [2] - 19:14, 20:13
DERAVI [1] - 4:17
Deravi [5] - 11:15, 11:17, 11:22, 14:18, 14:20
DERAVI..................... ..................... [1] - 4:8
detail [1] - 6:11
determine [1] - 9:7
DEXTER [1] - 1:22
different [1] - 19:19
digest [1] - 14:16
digesting [1] - 13:16
disagree [1] - 6:9
disclosure [1] - 16:17
discovery [2] - 7:25,

14:5
DISCOVERY.............. ....... [1] - 4:13
discussed [4] - 7:23, 13:8, 14:1, 14:17
discussion [1] - 15:6
discussions [3] - 9:7, 11:15, 11:18
disputes [1] - 8:5
District [3] - 21:6, 21:15
DISTRICT [2] - 1:1, 1:2
Dock [1] - 16:22
doctor's [1] - 5:12
document [6] - 6:14, 6:15, 6:19, 8:12, 13:10, 17:14
DOCUMENT [1] - 1:10
documents [11] - 6:16, 7:18, 7:25, 8:5, 13:2, 13:4, 14:2, 14:7, 14:9, 14:10, 14:13
done [1] - 13:15
double [1] - 10:8
double-spaced [1] - 10:8
DOUGLAS [1] - 3:10
down [1] - 11:3
DR [1] - 4:8
Dr [2] - 11:15, 11:22
draft [1] - 12:17
drafted [1] - 19:9
drives [2] - 14:14, 14:16
Dry [1] - 16:22
during [2] - 9:6, 20:13

## E

E&P [1] - 3:9
early [1] - 5:11
easier [1] - 17:11
EASTERN [1] - 1:2
Eastern [1] - 21:6
eliminate [1] - 7:4
ELLIS [2] - 2:13, 2:17
ELM [1] - 3:5
employed [1] - 17:20
end [2] - 8:1, 12:12
ending [1] - 19:15
ENERGY [1] - 3:3
entitled [1] - 21:9
ENVIRONMENTAL [1] - 4:20
environmental [6] - 15:11, 15:12, 15:20, 16:3, 16:8

ESQUIRE [11] - 1:21, 1:21, 2:4, 2:4, 2:5, 2:14, 2:14, 2:18, 2:21, 3:4, 3:10
essential [1] - 15:25
estimate [1] - 13:1
exactly [1] - 12:15
example [2] - 17:20, 18:3
except [1] - 17:13
excluded [2] - 19:5, 19:16
exercise [1] - 15:6
expect [2] - 7:11, 8:2
EXPERT [1] - 4:18
expert [9] - 14:24, 15:16, 15:18, 15:20, 15:23, 15:24, 16:7, 16:19, 17:2
EXPERTS [1] - 4:20
experts [5] - 15:11, 15:12, 15:16, 16:7, 16:12
explain [1] - 7:10
EXPLORATION [1] - 2:11
explored [1] - 15:24
extend [1] - 7:1
extent [1] - 16:17

## F

fact [5] - 12:16, 15:19, 17:18, 19:14, 20:3
FACT [1] - 4:21
favor [1] - 20:9
few [1] - 14:6
FIFTEENTH [1] - 2:18
file [5] - 5:23, 5:24, 11:23, 14:21
final [4] - 12:15, 20:2, 20:3, 20:6
fine [2] - 9:16, 15:21
first [3] - 6:6, 7:8, 12:24
five [5] - 5:17, 5:23, 5:24, 10:7, 10:8
five-page [5] - 5:17, 5:23, 5:24, 10:7, 10:8
following [1] - 10:16
FOR [5] - 1:20, 2:8, 3:3, 3:8, 4:21
forecasting [1] - 12:1
foregoing [1] - 21:7
forget [1] - 13:24
forward [2] - 7:11, 9:13
four [1] - 16:16

frankly [1] - 9:2
front [2] - 6:2, 9:3
fruitful [1] - 15:5

## G

general [1] - 16:13
GENERAL'S [1] - 1:20
GIS [4] - 4:11, 13:8, 13:14
given [1] - 14:20
GODWIN [1] - 3:4
great [1] - 14:4
guess [1] - 6:24
guidance [2] - 6:25, 15:8, 15:25
GULF [1] - 1:6
guys [2] - 10:23, 20:19

## H

HALLIBURTON [1] - 3:3
hard [2] - 14:14, 14:16
HASTINGS [1] - 3:10
Hayworth [2] - 14:19, 14:20
HAYWORTH [1] - 4:17
HB406 [1] - 3:14
heads [1] - 16:7
heads-up [1] - 16:7
health [4] - 15:16, 16:4, 16:8, 17:2
HEARD [1] - 1:16
hearing [1] - 5:25
help [1] - 5:16
helpful [1] - 14:25
hereby [1] - 21:6
hinge [1] - 14:15
hold [1] - 10:18
HOLDINGS [1] - 2:12
Honor [24] - 5:10, 5:15, 6:25, 7:13, 8:17, 8:23, 9:16, 10:3, 10:12, 11:2, 11:6, 11:11, 11:17, 11:21, 13:9, 15:1, 15:4, 15:8, 16:10, 17:7, 17:10, 17:19, 18:8, 20:21
HONORABLE [1] - 1:16
hope [3] - 7:14, 8:11, 14:2
hopeful [3] - 8:6, 12:5, 13:10
hopefully [4] - 7:5, 8:9, 13:17, 13:18

**HORIZON** [1] - 1:5
**human** [1] - 15:16

# I

**idea** [6] - 6:7, 6:12, 9:25, 10:1, 13:1, 18:5
**identification** [1] - 17:18
**IDENTIFICATION** [1] - 4:21
**identified** [3] - 15:18, 19:18, 20:13
**identify** [3] - 15:10, 15:15, 15:19
**identifying** [4] - 17:21, 18:18, 18:19, 18:20
**IL** [1] - 2:15
**imagine** [1] - 13:16
**impasse** [1] - 9:8
**impression** [2] - 18:25, 19:1
**IN** [4] - 1:5, 1:6, 4:22, 5:4
**INC** [6] - 2:8, 2:9, 2:10, 2:11, 2:13, 3:4
**include** [2] - 19:23, 20:4
**included** [1] - 7:22
**increased** [1] - 16:15
**information** [2] - 12:2, 13:22
**INFORMATION** [1] - 4:12
**initial** [2] - 7:2, 20:7
**instead** [2] - 5:20, 6:3
**intend** [2] - 14:8, 14:11
**intends** [1] - 18:2
**INTERESTS** [1] - 1:20
**interpret** [2] - 17:24, 20:11
**interpretation** [1] - 17:25
**issue** [8] - 6:5, 12:23, 13:7, 13:19, 13:22, 14:1, 16:22, 17:10
**ISSUE**..................... [1] - 4:12
**issues** [25] - 5:17, 5:18, 5:21, 6:1, 6:11, 6:18, 6:22, 6:23, 7:3, 7:5, 8:7, 8:10, 8:12, 8:21, 9:1, 9:11, 9:15, 9:17, 9:21, 13:13, 15:11, 15:17, 15:22, 16:8
**ISSUES**............. [1] -

4:20
**ISSUES**...................
[1] - 4:5
**ITEMS** [1] - 4:3

# J

**JENNY** [1] - 3:4
**joint** [2] - 20:6, 20:12
**JONES** [1] - 2:4
**judge** [3] - 9:5, 12:22, 13:24
**Judge** [3] - 5:9, 14:6, 17:17
**JUDGE** [1] - 1:16
**July** [1] - 19:15
**jump** [1] - 15:5
**justifiable** [1] - 7:1

# K

**keep** [3] - 9:3, 11:7, 11:8
**kind** [2] - 11:9, 15:15
**KIRKLAND** [2] - 2:13, 2:17
**knocked** [1] - 13:19
**known** [1] - 20:14

# L

**LA** [1] - 3:15
**Labor** [1] - 7:20
**labor** [1] - 8:4
**Langan** [1] - 12:14
**LANGAN** [4] - 2:14, 11:6, 11:11, 12:14
**language** [1] - 11:6
**LASALLE** [1] - 2:15
**last** [11] - 5:19, 6:15, 7:24, 8:14, 8:16, 8:18, 12:11, 12:17, 13:8, 13:10, 19:11
**least** [2] - 14:12, 19:15
**left** [1] - 5:23
**letter** [2] - 5:19, 13:10
**LEWIS** [2] - 3:4, 3:9
**light** [1] - 9:21
**likely** [2] - 8:8, 9:7
**limited** [2] - 16:16, 17:1
**LIMITED** [1] - 2:12
**lining** [1] - 19:21
**list** [6] - 18:5, 19:21, 20:3, 20:6, 20:7, 20:15
**look** [2] - 12:25, 19:13
**looking** [2] - 6:24,

15:24
**LOUISIANA** [2] - 1:2, 1:8
**Louisiana** [2] - 21:5, 21:6
**LP** [1] - 3:9

# M

**Macondo** [2] - 16:13, 16:22
**MAGISTRATE** [1] - 1:16
**MARTINEZ** [1] - 3:4
**matter** [2] - 15:23, 21:9
**MAUREEN** [1] - 2:21
**MAZE** [27] - 1:21, 5:15, 7:8, 8:23, 10:3, 10:6, 10:20, 11:1, 12:9, 13:24, 15:1, 16:10, 16:24, 17:4, 17:7, 17:16, 18:11, 18:14, 18:17, 19:3, 19:11, 19:23, 20:1, 20:8, 20:10, 20:16, 20:18
**mean** [1] - 17:20
**MECHANICAL** [1] - 3:17
**meet** [3] - 6:17, 9:6, 14:23
**MEET** [1] - 4:18
**mention** [1] - 6:20
**mentioned** [1] - 8:15
**MERIT** [1] - 3:14
**Merit** [2] - 21:4, 21:14
**METHVIN** [1] - 2:3
**MEXICO** [1] - 1:6
**might** [1] - 5:15
**MILES** [1] - 2:3
**Miller** [5] - 7:13, 9:5, 12:22, 13:25, 14:6
**MILLER** [11] - 2:4, 7:13, 7:16, 8:17, 9:5, 11:17, 11:21, 12:22, 13:9, 13:25, 14:6
**mind** [1] - 15:13
**miscellaneous** [1] - 7:24
**misspoke** [1] - 18:25
**misunderstanding** [1] - 19:6
**Monday** [6] - 5:16, 5:22, 5:23, 9:14, 9:19, 10:8, 15:2, 17:17
**Monday's** [1] - 8:25
**MONTGOMERY** [2] -

1:22, 2:6
**MORGAN** [1] - 3:9
**morning** [5] - 5:7, 5:9, 5:10, 5:13, 6:8
**MORRISS** [1] - 2:18
**mostly** [1] - 8:4
**mother** [1] - 5:12
**move** [1] - 5:25
**MR** [50] - 5:15, 6:8, 7:8, 7:13, 7:16, 8:17, 8:23, 9:5, 9:16, 10:3, 10:6, 10:11, 10:17, 10:20, 11:1, 11:2, 11:6, 11:11, 11:17, 11:21, 12:9, 12:14, 12:22, 13:9, 13:24, 13:25, 14:6, 15:1, 15:4, 16:10, 16:24, 17:4, 17:7, 17:9, 17:16, 17:25, 18:8, 18:10, 18:11, 18:14, 18:17, 18:24, 19:3, 19:11, 19:23, 20:1, 20:8, 20:10, 20:16, 20:18

# N

**N.W** [1] - 2:18
**named** [1] - 16:16
**naming** [1] - 18:22
**need** [3] - 12:21, 14:5, 16:20
**never** [1] - 10:4
**new** [1] - 7:10
**NEW** [2] - 1:8, 3:15
**New** [1] - 17:6
**news** [1] - 12:6
**next** [11] - 5:25, 6:1, 8:22, 8:25, 10:14, 10:18, 10:21, 11:9, 13:3, 13:17, 17:13
**NEXT** [1] - 4:6
**night** [4] - 5:19, 6:15, 12:11, 13:10
**NO** [1] - 1:7
**nobody** [1] - 13:22
**normal** [1] - 7:25
**NORTH** [4] - 2:9, 2:10, 2:12, 2:13
**note** [3] - 9:6, 12:3, 20:1
**Number** [1] - 8:15
**numbered** [1] - 21:9
**numbering** [1] - 14:9
**NW** [2] - 2:22, 3:10

# O

**o'clock** [2] - 10:23
**objection** [1] - 10:11
**obtaining** [1] - 14:21
**obviously** [4] - 14:16, 14:18, 19:18, 20:13
**OF** [5] - 1:2, 1:6, 4:9, 4:18, 4:21
**OFFICE** [2] - 1:20, 2:5
**Official** [2] - 21:5, 21:14
**OFFICIAL** [1] - 3:13
**OIL** [2] - 1:5, 1:5
**oil** [2] - 16:13, 16:23
**ON** [1] - 1:6
**once** [1] - 12:3
**one** [6] - 8:15, 10:22, 15:8, 15:13, 17:4, 17:16
**ones** [1] - 18:21
**opinion** [1] - 15:21
**opportunity** [1] - 11:25
**order** [3] - 12:5, 12:17, 17:17
**ORLEANS** [2] - 1:8, 3:15
**Orleans** [1] - 17:6
**ourselves** [1] - 18:18
**outline** [1] - 13:13
**outlined** [1] - 13:9
**outlining** [1] - 6:4
**outside** [1] - 16:18
**outstanding** [3] - 5:17, 5:18, 6:23
**OWNED** [1] - 4:10
**owned** [1] - 12:20

# P

**p.m** [2] - 10:8, 10:9
**page** [5] - 5:17, 5:23, 5:24, 10:7, 10:8
**PAGE** [1] - 4:3
**Parker** [8] - 7:10, 7:13, 9:5, 12:22, 13:7, 13:25, 14:6, 16:2
**PARKER** [1] - 2:4
**part** [1] - 7:25
**particular** [4] - 16:12, 17:22, 18:1, 18:2
**parties** [8] - 5:18, 8:6, 8:10, 15:3, 15:7, 19:5, 19:7, 20:12
**party** [10] - 14:4, 14:19, 17:21, 18:1, 18:2, 19:1, 19:16,

19:19, 20:4, 20:14
**PARTY** [1] - 4:13
**party's** [1] - 17:22
**Paul** [10] - 6:8, 7:17, 9:12, 10:10, 10:17, 15:4, 16:21, 17:8, 18:22, 18:25
**paul** [1] - 17:23
**PAUL** [1] - 2:14
**PENNSYLVANIA** [1] - 2:22
**Pepper** [3] - 21:3, 21:12, 21:13
**PEPPER** [1] - 3:13
**perfect** [3] - 11:3, 12:13, 13:20
**perfectly** [1] - 15:14
**period** [1] - 7:1
**pernt** [1] - 17:6
**person** [1] - 19:20
**perspective** [1] - 18:9
**PETROLEUM** [1] - 3:8
**plus** [1] - 17:21
**point** [3] - 17:5, 19:10, 19:13
**points** [1] - 6:13
**Polaris** - 14:12
**POLARIS**................
.......................... [1] -
4:16
**PORTIS** [1] - 2:3
**possibly** [2] - 9:21, 13:3
**POST** [1] - 2:5
**potential** [1] - 15:8
**potentially** [1] - 6:21
**POYDRAS** [1] - 3:14
**prefer** [3] - 9:1, 10:20, 13:13
**preference** [1] - 10:17
**previously** [2] - 8:1, 13:12
**problem** [2] - 19:9, 19:11
**PROCEEDINGS** [3] - 1:15, 3:17, 5:1
**proceedings** [2] - 20:23, 21:9
**process** [1] - 13:2
**processing** [3] - 11:24, 13:5, 14:8
**PRODUCED** [1] - 3:17
**produced** [1] - 7:16
**producing** [1] - 6:19
**product** [1] - 8:5
**PRODUCTION** [3] - 2:8, 2:11, 4:5
**production** [21] - 5:21, 6:14, 6:15, 6:19,

7:10, 7:16, 7:17, 7:18, 7:21, 7:23, 8:2, 8:6, 8:9, 8:13, 8:15, 8:18, 14:3, 14:15, 17:14
**productions** [6] - 7:3, 8:20, 9:9, 9:15, 9:18, 9:22
**PRODUCTS** [1] - 2:13
**progress** [4] - 11:10, 11:14, 11:20, 11:21
**promote** [1] - 15:18
**pronouncing** [1] - 11:15
**properties** [1] - 12:20
**PROPERTIES**..........
.............. [1] - 4:10
**property** [5] - 15:10, 16:4, 16:8, 16:12, 16:14
**propose** [1] - 20:6
**prove** [1] - 16:25
**provide** [1] - 15:18
**provided** [1] - 12:25
**providing** [1] - 15:19
**public** [1] - 16:15
**pull** [1] - 16:11
**pulling** [2] - 11:22, 13:2
**push** [1] - 8:25
**pushing** [1] - 7:9
**put** [2] - 9:9, 11:3

**R**

**raise** [4] - 6:24, 8:21, 9:19, 9:20
**raised** [1] - 6:22
**rather** [1] - 10:15
**RE** [1] - 1:5
**reach** [1] - 8:10
**read** [1] - 17:19
**reading** [1] - 19:16
**ready** [1] - 11:19
**REALTIME** [1] - 3:13
**Realtime** [2] - 21:3, 21:13
**reason** [1] - 8:24
**receive** [1] - 14:7
**received** [2] - 14:10, 14:22
**recently** [2] - 7:16, 14:11
**record** [1] - 21:8
**RECORDED** [1] - 3:17
**recurring** [1] - 7:19
**referenced** [2] - 13:3, 15:11
**referencing** [1] - 7:18

**regard** [1] - 14:24
**REGARD** [1] - 4:18
**REGARDING** [1] - 1:15
**REGISTERED** [1] - 3:14
**Registered** [1] - 21:3
**registered** [1] - 21:14
**related** [2] - 16:7, 16:13
**RELATES** [1] - 1:10
**relating** [1] - 15:11
**RELATING** [1] - 4:20
**relatively** [1] - 12:5
**remembers** [1] - 13:23
**RENAISSANCE** [1] - 3:5
**report** [6] - 8:12, 11:21, 12:4, 12:20, 14:18, 14:20
**REPORTER** [3] - 3:13, 3:13, 3:14
**Reporter** [7] - 21:3, 21:4, 21:5, 21:13, 21:14, 21:14
**REPORTER'S** [1] - 21:1
**reports** [1] - 12:2
**represent** [1] - 6:18
**represented** [1] - 14:13
**request** [1] - 19:7
**requires** [1] - 9:2
**reserve** [1] - 9:14
**resolve** [3] - 8:7, 8:11, 9:10
**resolved** [2] - 9:8, 14:1
**respect** [1] - 15:9
**respond** [2] - 6:9, 7:7
**response** [1] - 7:8
**responses** [1] - 5:24
**responsive** [1] - 14:13
**responsiveness** [1] - 14:15
**resulting** [1] - 16:14
**reurge** [1] - 9:14
**revenues** [1] - 7:19
**review** [3] - 7:3, 11:25, 14:16
**RHON** [1] - 2:4
**RICHARD** [1] - 2:5
**RIG** [1] - 1:5
**RMR** [2] - 3:13, 21:13
**Robins** [1] - 16:22
**roll** [1] - 10:15
**ROOM** [1] - 3:14
**Rule** [3] - 16:17, 17:19, 18:21

**rule** [2] - 11:19, 20:9
**RULE** [1] - 4:22

**S**

**s/Cathy** [1] - 21:12
**SALLY** [1] - 1:16
**samples** [1] - 12:25
**scanning** [1] - 13:4
**schedule** [6] - 7:9, 9:4, 13:18, 19:16, 20:2, 20:12
**scheduled** [1] - 15:2
**see** [7] - 6:6, 11:4, 11:9, 12:7, 12:12, 17:4, 19:8
**seeing** [1] - 12:10
**sense** [2] - 6:10, 9:24
**SERVICES** [1] - 3:3
**services** [1] - 16:15
**setting** [1] - 13:14
**settlement** [1] - 10:24
**short** [1] - 12:5
**shortly** [3] - 6:21, 8:3, 12:18
**SHUSHAN** [1] - 1:16
**SINCLAIR** [2] - 1:21, 18:10
**sooner** [1] - 5:13
**sorry** [4] - 10:3, 18:24, 19:3
**sort** [3] - 6:3, 8:24, 16:11
**sound** [3] - 10:9, 10:10, 18:7
**sounds** [1] - 18:8
**spaced** [2] - 10:8, 10:9
**specialists** [1] - 13:15
**specific** [1] - 16:21
**SPILL** [1] - 1:5
**start** [1] - 19:21
**starting** [1] - 19:22
**State** [7] - 7:14, 7:16, 12:20, 12:23, 13:25, 15:1, 21:4
**STATE** [1] - 1:20, 4:10
**State-owned** [1] - 12:20
**STATE-OWNED** [1] - 4:10
**States** [2] - 21:5, 21:15
**STATES** [2] - 1:1, 1:16
**STATUS** [1] - 1:15
**STENOGRAPHY** [1] - 3:17
**still** [5] - 6:14, 6:23, 14:21, 18:10, 18:13
**stipulation** [1] - 12:7

**STIPULATION** [1] - 4:9
**STRATTON** [1] - 2:5
**streamline** [1] - 7:5
**STREET** [4] - 2:18, 3:5, 3:10, 3:14
**subject** [1] - 15:23
**submission** [2] - 7:2, 9:19
**subpoenas** [2] - 14:19, 14:20
**SUBPOENAS**............
........... [1] - 4:17
**substance** [1] - 12:4
**sufficiency** [7] - 5:17, 5:21, 6:11, 6:24, 7:2, 8:21, 13:10
**SUFFICIENCY** [1] - 4:5
**suggested** [1] - 12:10
**suggestion** [2] - 5:16, 5:20
**SUITE** [1] - 3:5
**supplement** [1] - 9:18
**supplemental** [3] - 7:22, 7:23, 9:8
**suppose** [2] - 14:14, 14:19
**supposed** [1] - 20:2
**system** [1] - 11:24

**T**

**TELEPHONE** [2] - 1:15, 5:4
**terms** [1] - 14:12
**testimony** [4] - 14:24, 15:18, 15:23, 15:24
**TESTIMONY**...............
.............................. [1]
- 4:19
**THE** [49] - 1:5, 1:6, 1:16, 4:10, 4:22, 5:7, 5:11, 6:6, 7:7, 7:12, 7:15, 8:14, 8:19, 9:12, 9:23, 10:4, 10:10, 10:13, 10:22, 11:3, 11:8, 11:12, 11:18, 12:6, 12:13, 12:19, 13:6, 13:20, 14:4, 14:23, 16:2, 16:20, 17:1, 17:5, 17:8, 17:11, 17:23, 18:2, 18:13, 18:15, 19:8, 19:13, 19:25, 20:5, 20:9, 20:11, 20:17, 20:19, 20:22
**thinking** [1] - 8:25
**thinks** [1] - 6:6

**THIRD** [1] - 4:13
**third** [10] - 14:4, 14:19, 17:21, 19:5, 19:7, 19:16, 19:19, 20:4, 20:12, 20:14
**THIRD-PARTY** [1] - 4:13
**third-party** [7] - 14:4, 14:19, 17:21, 19:16, 19:19, 20:4, 20:14
**THIS** [1] - 1:10
**Thursday** [5] - 6:1, 10:15, 10:16, 10:18, 10:21
**THURSDAY** [2] - 1:8, 5:2
**THURSDAY................ ............** [1] - 4:6
**TO** [5] - 1:10, 4:18, 4:20, 4:21, 4:22
**today** [4] - 5:21, 6:4, 6:11, 20:20
**together** [2] - 9:25, 17:13
**topic** [1] - 16:19
**touched** [1] - 16:14
**tourism** [1] - 12:2
**TOWER** [1] - 3:5
**toxicologist** [1] - 15:16
**toxicology** [2] - 15:22, 17:3
**transcript** [1] - 21:7
**TRANSCRIPT** [1] - 3:17
**true** [2] - 14:10, 21:7
**try** [2] - 5:22, 14:17
**tweak** [1] - 12:17
**two** [3] - 8:7, 10:23, 13:18
**TX** [1] - 3:6
**type** [1] - 15:16

## U

**unclear** [1] - 6:20
**understood** [2] - 19:4, 20:16
**UNITED** [2] - 1:1, 1:16
**United** [2] - 21:5, 21:15
**up** [6] - 5:25, 13:14, 16:6, 16:7, 19:21, 20:14
**upcoming** [1] - 9:15
**update** [2] - 12:21, 14:5
**updates** [1] - 14:7
**useful** [2] - 15:6,

15:22

## V

**various** [1] - 8:10
**vendor** [1] - 12:24
**VIA** [1] - 5:4
**VOICES** [3] - 5:9, 5:10, 20:21

## W

**waiting** [1] - 5:13
**waiving** [1] - 19:6
**WASHINGTON** [3] - 2:19, 2:22, 3:11
**Wednesday** [2] - 5:24, 10:9
**week** [7] - 7:17, 8:22, 11:9, 13:3, 13:17, 17:13, 20:20
**WHEREUPON** [1] - 20:23
**willing** [1] - 16:4
**win** [1] - 20:10
**WINFIELD** [1] - 1:21
**Winn** [2] - 18:14, 18:15
**WITH** [1] - 4:18
**witness** [3] - 18:20, 19:19, 20:3
**WITNESSES** [1] - 4:21
**witnesses** [14] - 17:18, 17:19, 17:20, 17:21, 17:22, 18:1, 18:4, 18:18, 18:19, 18:23, 19:1, 19:16, 20:4
**WITNESSES........** [1] - 4:22
**words** [1] - 17:2
**works** [4] - 10:23, 10:25, 11:1, 11:2
**worries** [1] - 11:12
**writing** [2] - 6:2, 13:13

## Y

**yesterday** [1] - 6:18
**you-all** [1] - 8:19

**OFFICIAL TRANSCRIPT**