UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | Oral Argument Requested |
| ) | |
| and All Civil Actions, including ) | |
| 33:2701; 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321 and 15:6651 ) | |

**MOTION FOR AN AMENDED
CLASS ACTION SETTLEMENT NOTICE**

COME NOW the class members represented by the law firm of Brent Coon & Associates ("BCA clients" and "BCA firm"), and hereby move the Honorable Judge Carl Barbier to order the parties to amend the *Deepwater Horizon* Oil Spill Economic and Property Damages Notice due to the issuance of hundreds of policy modifications to the Settlement Agreement, including "Final Policy 495: Business Economic Loss Claims: Matching Revenues and Expenses". The Court's authority to address this matter is found under its inherent power to enforce settlement agreements, Item 18 of the Settlement Agreement which states under Item 4.4.7 that "[t]he Settlement Program and its Claims procedures shall be subject to the ongoing supervision of the Court.", and its fiduciary duty to ensure that all class members have knowledge of proceedings in which final decisions may directly affect their interests.

Request for consent or comment by the the parties has been sought. Class Counsel's response was that they are "contemplating an appeal of Policy No. 495, and, without addressing

1

the substantive merits of this motion, (or the statements and characterizations contained therein), believe that the motion is premature at this time." BP opposes this motion and the relief requested.

In Support of the Motion, BCA clients file the attached Memorandum of Support and supporting Exhibits.

**PRAYER**

The BCA Class Members with BEL claims request that the Court require the parties to (1) amend the provisions of the Court-approved May 2012 Notice such that it directs the class members to the hundreds of policy modifications made to the terms of the Settlement Agreement, including Policy 495, (2) modify the provisions of the Court-approved May 2012 Notice such that it affords all class members who have not received claimant awards from the Settlement Program another opportunity to opt-out of the settlement class for a reasonable period of time, (3) send the modified Notice to all members of the settlement class for their review and consideration, and (4) allow disenfranchised members of the Class an second opportunity to opt-out of the class and have their day in Court and for any other relief to which they may show themselves to be entitled.

Dated:  April 15, 2015

Respectfully submitted,
/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Class Members*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on April 15, 2015, upon:

Attorneys for the Defendants:

>Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
>KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
>Telephone: 312-862-2000

>Jeffrey Lennard
>SNR Denton US LLP
>233 South Wacker Drive Suite 7800
>Chicago, IL 60606
>Telephone: 312-876-8000

>Jeffrey Bossert Clark
>Steven A. Myers
>KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005 Telephone: 202-879-5000

>Don K. Haycraft
>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000 New Orleans, LA 70139
>Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

>Stephen Jay Herman
>Soren E. Gisleson
>HERMAN HERMAN & KATZ LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Telephone: 504-581-4892
>Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Respectfully submitted,

/s/ Brent W. Coon

*Attorney for BCA Class Members*