# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| **12-970,** *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| **cases within Pleading Bundle B1** | ) | **Oral Argument Requested** |
| | ) | |
| **and All Civil Actions, including** | ) | |
| **33:2701; 13-6009; 13:6010; 13:5367;** | ) | |
| **14:1106; 14:357; 14:358; 14:359;** | ) | |
| **14:1321 and 15:6651** | ) | |

## ORDER

Upon consideration of the Motion for an Amended Class Action Settlement Notice it is hereby ORDERERD, ADJUDGED AND DECREED THAT the Claims Administrator of the Deepwater Horizon Economic & Property Damages Class SHALL:

(1) amend the provisions of the Court-approved May 2012 Notice such that it directs the class members to the hundreds of policy modifications made to the terms of the Settlement Agreement, including but not limited to Policy 495,

(2) modify the provisions of the Court-approved May 2012 Notice such that it affords all class members who have not received claimant awards from the Settlement Program another opportunity to opt-out of the settlement class for a reasonable period of time,

(3) send the modified Notice to all members of the settlement class for their review and consideration,

Signed in New Orleans, Louisiana, the ____ of _____, 2015.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE