UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

MEMORANDUM IN SUPPORT OF
An AMENDED CLASS ACTION SETTLEMMENT NOTICE

# Exhibit A-4

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Pol-98 | CLAIMS ADMINISTRATOR'S APPROVED POLICY |
|---|---|
| | **I. Profile - EXTERNAL** |

| Subject | Individual Economic Loss Claims: Reimbursable Search Costs | | |
|---|---|---|---|
| **Active Date** | 5/31/12 | **Policy Impact** | ☒All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** | | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | | Exhibit 8A, I, II and III |
| **Affected Claim Types and/or Review Processes** | | | IEL |

| **II. Summary** |
|---|
| We will not reimburse for moving/relocating expenses, uniform expenses and required tool expenses that are incurred as part of the employment process.  Additionally, we will not reimburse for expenses for car repairs, grooming, clothing and meals. |