**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

**MEMORANDUM IN SUPPORT OF**
**An AMENDED CLASS ACTION SETTLEMMENT NOTICE**

# Exhibit A-5

Case 2:10-md-02179-CJB-DPC   Document 14429-8   Filed 04/16/15   Page 2 of 2

| Pol-361 v5 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|
| **I. Profile - EXTERNAL** | | |
| Subject | Business Economic Loss Claims: Fixed and Variable Expenses | |
| Active Date | 4/23/13 | **Policy Impact** | ☐ All Claims Regardless of Active Date<br>☑ All Claims Greater than Active Date |
| Type of Decision | | Claims Administrator Decision |
| Settlement Agreement Reference | | |
| Affected Claim Types and/or Review Processes | | BEL |
| Superseding Information | | Policy 361 supersedes Policy 176 on 04/23/2013<br>Policy 361 supersedes Policy 175 on 04/23/2013<br><br>Policy 361 v5 revises Policy 361 v4 on 04/23/2013 |

**II. Summary**

The Claims Administrator will treat expenses as Variable or Fixed if they fall within either of those categories pursuant to Exhibit 4A Attachment D.  If an expense does not fit the description of the Variable or Fixed expense categories in Exhibit 4D Attachment A, the accountants will use discretion to apply the classification that best conforms to delineations made by the Parties, as reflected in Ex. 4D.