UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

MEMORANDUM IN SUPPORT OF
An AMENDED CLASS ACTION SETTLEMMENT NOTICE

# Exhibit A-7

| Pol-439 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|
| | **I. Profile  - EXTERNAL** | |
| **Subject** | Failed Start-Up Businesses EBITDA Calculation Methodology | |
| **Active Date** | 7/17/13 | **Policy Impact** | ☒All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | Exhibit 6 |
| **Affected Claim Types and/or Review Processes** | | BEL |
| | **II. Summary** | |

The Failed Business Framework in Exhibit 6 of the Settlement Agreement defines a Failed Start-Up Business as follows:

A "Failed Start-Up Business" shall be an entity that commenced operations on or after November 1, 2008, and, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets.

Generally, we consider a business to have "commenced operations" on the date of the first accounting entry for any expense or revenue relating to the business.  The Claims Administrator, however, retains the discretion to determine on a case-by-case basis whether particular expenses and/or revenues were of a de minimis nature that did not constitute the commencement of operations under the applicable circumstances.

Section III.a of Exhibit 6 denies compensation as a Failed Start-Up Business to any claimant that reported a negative EBITDA (Earnings Before Interest, Taxes, Depreciation, Amortization and Owner's Compensation) before May 1 2010:

Any Failed Business satisfying subparts (a), (b), or (c), below shall not be entitled to compensation pursuant to section IV.

a. The Failed Business or Failed Start-Up Business reported negative EBITDA for the twelve month period prior to May 1, 2010 (or, in the event that the claimant is a Failed Start-Up Business with less than twelve months of operating history, negative EBITDA for the months during which the business operated prior to May 1, 2010).

We will conduct this required EBITDA calculation on a Failed Start-Up Business in a manner consistent with the approach for determining the commencement of operations by beginning the EBITDA calculation at the date of the first accounting entry regardless of when revenues were first earned, subject to the same de minimis rule stated above.