# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig Deepwater Horizon ) | |
| In the Gulf of Mexico, On April 20, 2010 ) | |
| ) | MDL NO. 2179 |
| ) | |
| This document relates to: ) | SECTION J |
| Case No. 2:11-CV-03099 ) | |
| ) | HONORABLE CARL J. BARBIER |
| ) | |
| ) | MAGISTRATE JUDGE SUSHAN |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR ADAGIO, LLC

Plaintiff, Adagio, LLC, respectfully requests that this Honorable Court enter an order enrolling Dennis C. Reich of Reich & Binstock, LLP in substitution for Scott John Topolski as counsel of record for Adagio, LLC in this matter. Scott John Topolski ("Topolski") is no longer an associate with Buckingham, Doolittle & Burroughs, LLP ("Buckingham"), and both Topolski and Buckingham no longer represent Adagio, LLC (see Exhibit A). Adagio, LLC has assigned Dennis C. Reich as its new counsel (see Exhibit A).

Dated: April 17, 2015

                                                                             RESPECTFULLY SUBMITTED:

                                                                             /s/ Dennis C. Reich

                                                                             **REICH & BINSTOCK, LLP**

                                                                             Dennis C. Reich
                                                                             TX Bar No. 16739600
                                                                             4265 San Felipe, Suite 1000
                                                                             Houston, Texas  77027
                                                                             (713) 622-7271 [Telephone]
                                                                             (713) 623-8724 [Facsimile]
                                                                             E-mail:  dreich@reichandbinstock.com

                                                                             ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of April, 2015.

/s/ Dennis C. Reich
Dennis C. Reich