

Marianne T. Cecchi
mcecchi@bdblaw.com
d: 216.615.7309 • df: 216.615.3005

April 1, 2014

Via e-mail only: bsummers@adagiollc.com

Benjamin D. Summers
5100 Westheimer, Suite 115
Houston, Texas 77056

RE:   **Client Name:  Adagio, LLC**
      **Client No.:  73999**

Dear Mr. Summers:

As you have been previously advised, Scott J. Topolski and Scott Weires, have left Buckingham, Doolittle & Burroughs, LLC ("Buckingham") and Buckingham discontinued operations in the State of Florida as of August 30, 2013. You have the following options regarding the transfer of your file(s):  (1) transfer your file(s) and representation to another attorney of your choice or (2) request that the file(s) be returned to you. You have informed me that you have retained new counsel and wish to transfer the file.

We have attached a copy of the Fee Agreement and Authority to Represent ("Agreement") that was executed by all parties on May 6, 2011. Pursuant to the Agreement, also attached is your invoice for costs we have advanced over the representation period. Please provide the same to your new counsel as costs of $4,097.92 will need to be remitted to Buckingham. Should you or your new counsel need further clarification of the costs, please contact Rebecca Stefanko at 330-643-0247 or via e-mail rstefanko@bdblaw.com.

Please complete the form and forward to Marianne T. Cecchi, Director of Firm Administration, by e-mail at **mcecchi@bdblaw.com**, or by regular mail at Buckingham, Doolittle & Burroughs, LLC, 3800 Embassy Parkway, Suite 300, Akron, OH.

If you should have any questions, please contact me..

Sincerely,

*Marianne T. Cecchi*

Marianne T. Cecchi
Attachments as stated

Buckingham, Doolittle & Burroughs, LLC
p: 330.376.5300  f: 330.258.6559  tf: 1.800.686.2825
3800 Embassy Pkwy, Suite 300 • Akron, OH 44333 • bdblaw.com



**Client Name: Adagio, LLC**
**Client/Matter Number or Designation:** 73999

TO:   Marianne T. Cecchi
      Buckingham, Doolittle & Burroughs, LLP
      3800 Embassy Parkway, Suite 300
      Akron, OH  44333
      mcecchi@bdblaw.com

Please check one:

☐   We instruct Buckingham to transfer our file(s) to the following attorney:
    _____.

☐   We instruct Buckingham to return our file(s) to us at:
                                _____
                                _____
                                _____

We acknowledge that irrespective of our choice, we remain responsible for any fees and costs already incurred and that any fees or costs.

_____
Signature

_____
Print Name

_____
Date

«CL2:416337_1»

Buckingham, Doolittle & Burroughs, LLC
p: 330.376.5300  f: 330.258.6559  tf: 1.800.686.2825
3800 Embassy Pkwy, Suite 300 • Akron, OH 44333 • bdblaw.com