UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 15-567, Christine Reitano v. Freeh Group Int'l* | : | Mag. Judge Shushan |
| *Solutions, LLC and Louis J. Freeh* | : | |

SPECIAL MASTER'S MOTION TO DISMISS
REITANO'S ORIGINAL COMPLAINT FOR DAMAGES

Special Master Louis J. Freeh ("Freeh") and Freeh Group International Solutions, LLC ("FGIS") move this Court to dismiss Christine Reitano's Original Complaint for Damages, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.  Because absolute judicial immunity shields Freeh and FGIS from claims arising from their work as Special Master, Reitano's Complaint should be dismissed with prejudice, as explained more fully in the accompanying memorandum of law.

WHEREFORE, Freeh and FGIS respectfully request that this Court dismiss Christine Reitano's Original Complaint for Damages with prejudice.

Respectfully submitted,

/s/Eli Segal
Michael E. Baughman, PA Bar #78690
Eli Segal, PA Bar #205845
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4964

Dated:   April 17, 2015

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing SPECIAL MASTER'S MOTION TO DISMISS REITANO'S ORIGINAL COMPLAINT FOR DAMAGES is being served on all counsel this 17th day of April, 2015, by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing is being served this 17th day of April, 2015, by electronic mail, on the following:

> Mary Olive Pierson
> P.O. Box 14647 (70898)
> 8702 Jefferson Highway, Suite B
> Baton Rouge, LA 70809
> *Attorney for Plaintiff Christine Reitano*

/s/Eli Segal
Eli Segal