UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 15-567, Christine Reitano v. Freeh Group Int'l* | : | Mag. Judge Shushan |
| *Solutions, LLC and Louis J. Freeh* | : | |

O R D E R

Before the Court is the Special Master's Motion to Dismiss Christine Reitano's Original Complaint for Damages. Upon consideration of the motion, and any opposition thereto,

IT IS ORDERED that the motion is GRANTED and that Christine Retaino's Original Complaint for Damages is DISMISSED WITH PREJUDICE.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Judge