IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater * MDL No. 2179
Horizon" in the Gulf of Mexico, *
On April 20, 2010 * Section: J
*
* Judge Carl J. Barbier
*
* Magistrate Judge Sally Shushan
*
*

-----------------------------------------------------------

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Elaine Strickland-Chapman, an Incompetent Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: *Timothy Strickland* (signature)
Timothy G. Strickland
Claimant's Representative
419 Fred Kelly Road
Rome, Georgia 30161

Date: 4/1/15

By: *Lynn C. Greer* (signature)
Lynn C. Greer
VSB No.: 29211
BrownGreer, PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200
Date: 4/10/15

1