UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Thursday, April 16, 2015]

1. **Dr. Keivan Deravi**.

    Alabama is working on the review and production of Dr. Deravi's custodial file. A decision on whether Dr. Deravi is deposed twice (once as a fact witness and once as an expert) or only once (as an expert) remains deferred.

2. **Alabama's Third Party Discovery**.

    Alabama received production from CrowderGulf and Danos & Curole. It will provide BPXP with copies of the production. Alabama served third-party subpoenas on Swift, Waste Management, and The Resource Group.

3. **Authenticating Documents**.

    Alabama will prepare a proposal to resolve authentication either by stipulation or, if necessary, with a Rule 30(b)(6) document deposition. This will be carried forward until authentication becomes a priority.

4. **BPXP's Third Party Discovery**.

    BPXP is trying to reach agreement with some of the third parties on dates for depositions. It will notify Alabama of any agreement on dates for these depositions.

5. **Identity of Fact Witnesses**.

On April 13, the parties exchanged lists. Monday, April 20, 2015, is the deadline for the parties to propose a joint final fact and 30(b)(6) witness list.

To avoid simultaneous depositions in New Orleans and Montgomery, Alabama proposes that: (a) its witnesses go first in Montgomery during May 11 to June 12; (2) BPXP's witnesses follow in New Orleans from June 15 to July 10; and (3) the parties return to Montgomery for clean-up and rebuttal witnesses. The possibility of double tracking witnesses was discussed.

BPXP objects to the proposal. In prior phases witnesses were scheduled based on their availability. It will be bringing in witnesses, many of whom are no longer employed by BPXP, from around the country. It may be unable to schedule them all in a narrow time frame. Because there are substantially more Alabama witnesses than BPXP witnesses, the division of time in the Alabama proposal is insufficient for BPXP to depose Alabama witnesses.

The Court responded that: (1) the concept of dividing the deposition weeks as either Montgomery or New Orleans weeks makes sense; (2) it will be necessary to allocate more weeks to Montgomery than to New Orleans; (3) BPXP shall attempt to schedule its witnesses during the New Orleans weeks; (4) if BPXP cannot schedule a person no longer employed by it during a New Orleans week, the witness will have to be scheduled outside of the New Orleans weeks with the deposition to be taken in New Orleans.

6. **BPXP's Production.**

   A. **GIS Data Production**.

Alabama raised a number of issues with BPXP's GIS data production: (1) splitting GIS data across multiple hard drives; (2) production of many of the GIS files in raw format; (3) the apparent absence of an index file; and (4) the incompatibility of the GIS data with traditional

document retention software like Concordance; (5) the absence of metadata; and (6) production of documents, for example Microsoft Outlook files, in the GIS data production that should have been produced in a format compliant with PTO 16.  BPXP responds that Alabama's issues are all technical in nature that will be addressed and resolved.  It produced the GIS data to the U.S. in the penalty phase and the technical issues were resolved.

Based on BPXP's representation that it produced the GIS data to the U.S. across several hard drives, the Court accepts BPXP's response on the use of multiple hard drives.  It also finds that production in the GIS format was not improper.

Alabama believes that there is a final product of the raw GIS data that can be viewed in a two or three dimensional format.  BPXP shall determine whether there is a more refined version of the GIS data than the version produced to Alabama and whether an index exists.  It shall report to Alabama and the Court.

BPXP shall send its GIS tech person to Montgomery to work with Alabama's GIS tech person on the software issues.  BPXP shall work with Alabama to resolve the GIS technical issues as promptly as possible.

B.  Missing and Incomplete Reports.

Alabama sought a complete set of oiling-related reports.  It does not have full access to 17 reports.  BPXP shall identify any of the 17 the reports that:  (1) are available on Sharepoint sites; (2) it believes do not exist; or (3) it does not have access to the reports.  Alabama shall attempt to identify the reports where it has only portions of the report.  It shall go to the Sharepoint sites and determine if full versions of the reports are available on those sites, so they can be removed from the list of 17 reports.

    C.  <u>Mike Robertson and Gary Hayworth</u>.

Alabama reported that the parties are working on the issues raised concerning Robertson and Hayworth.

**7. Alabama's Document Production.**

A ruling on BPXP's objections to the sufficiency of Alabama's production is reserved until BPXP has reviewed Alabama's final production.

**8. Depositions**.

Depending on the reports at the next conference on the issues with the parties' productions, the start of depositions may be delayed from May 11, 2015.  If Alabama's issues with BPXP's productions are resolved promptly, it may be possible for Alabama to begin with depositions of representatives of BPXP.  Alabama shall identify for BPXP and the Court the Alabama witnesses it contends are not subject to assertions by BPXP that document production relating to them is deficient.

**9. Next Telephone Conference**.

The next telephone conference is scheduled on **Thursday, April 30, 2015, at 1:00 p.m**.  By **Wednesday, April 29, 2015, at 4:00 p.m**., the parties shall provide the Court with updated reports on the production issues.  The reports shall be double spaced and no more than five pages.

New Orleans, Louisiana, this 20th day of April, 2015.

                                                            **SALLY SHUSHAN**
                                                            **U.S. Magistrate Judge**