IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig Deepwater Horizon | ) | |
| In the Gulf of Mexico, On April 20, 2010 | ) | |
| | ) | MDL NO. 2179 |
| | ) | |
| This document relates to: | ) | SECTION J |
| Case No. 2:11-CV-03099 | ) | |
| | ) | HONORABLE CARL J. BARBIER |
| | ) | |
| | ) | MAGISTRATE JUDGE SUSHAN |

## **ORDER**

Considering the foregoing Motion to Substitute Counsel of Record for Adagio, LLC,

IT IS HEREBY ORDERED that Dennis C. Reich of Reich & Binstock, LLP be substituted for Scott John Topolski as counsel of record for Adagio, LLC in this matter.

New Orleans, Louisiana this 20th day of April, 2015.

_____
United States District Judge