UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Andry Law Group, et al. v. CNA Financial, et al.<br>Civil Action No:   2:14-cv-600 | MDL No:   2179<br><br>Section:   J (Barbier)<br>Mag:   1 (Shushan) |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendants, CNA FINANCIAL CORPORATION AND CONTINENTAL CASUALTY COMPANY (hereinafter "Continental"), who respectfully submit change of address information for attorney of record DAVID S. DALY to: DAVID S. DALY, ESQ., FRILOT, LLC, 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163, Phone: (504) 599-8329, Facsimile: (504) 599-8139, Email: DDaly@Frilot.com.

*Of Counsel:*
RICHARD A. SIMPSON (Trial Attorney)
DC Bar # 411893 (appearing *pro hac vice*)
KIMBERLY A. ASHMORE
DC Bar # 974326 (appearing *pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email:  rsimpson@wileyrein.com
Email:  kashmore@wileyrein.com

By: /s/ David S. Daly
DAVID S. DALY (#20774)
FRILOT, LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8329
Facsimile: (504) 599-8139
Email:  DDaly@Frilot.com
*Counsel for Defendants CNA Financial Corporation and Continental Casualty Company*

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court and all counsel of record using the CM/ECF system, this 21st day of April, 2015.

/s/ David S. Daly
DAVID S. DALY