UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>Andry Law Group, et al. v. CNA Financial, et al.<br>Civil Action No:    2:14-cv-600 | MDL No:      2179<br><br>Section:     J (Barbier)<br>Mag:          1 (Shushan) |

## ORDER

IT IS ORDERED that DAVID S. DALY's change of address information be updated in the suit record.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2015.

_____
**HONORABLE CARL J. BARBIER**