UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* | : | Mag. Judge Shushan |
| *v. BP Eploration & Production Inc., er al.* | : | |

O R D E R

Before the Court is a motion (Rec. Doc. 14286) filed by Andry Lerner LLC ("Andry Lerner"), seeking to alter or amend the Court's Orders of February 26, 2015 (Rec. Doc. 14221) and February 12, 2014 (Rec. Doc. 12321). Upon consideration of the motion,

IT IS ORDERED that the motion is GRANTED as to the request to make payment from the escrow account established pursuant to the February 12, 2014 Order to the Court-Supervised Settlement Program ("CSSP") of the full amount of legal fees deducted by Andry Lerner, without any credit for any referral fees or other payments made by Andry Lerner from such deducted legal fees, from any CSSP claim where restitution to the CSSP is awarded; and

IT IS FURTHER ORDERED that the escrow account shall immediately pay the CSSP the judgment against Andry Lerner in the Thonn case of $35,702.35, plus post-judgment interest from July 16, 2014; and

IT IS FURTHER ORDERED that the motion is denied in all other respects.

Signed in New Orleans, Louisiana, this 21st day of April, 2015.

_____
United States District Judge