*service*

IN BAY COUNTY COURT
IN AND FOR BAY COUNTY, FLORIDA
SMALL CLAIMS DIVISION
300 East 4th Street, Room 105 – Post Office Box 2269
Panama City, Florida 32402

**Plaintiff(s):** John R Wilson

**Address:** 5115 Gulf Dr #307

**City, State and Zip Code:** PCB FL 32408

**Case No.** 15-451 SC

**Division:** _____

-vs-

**Defendant(s):** Deepwater Horizon Settlement Serving Patrick Juneau, Registered Agent

**Address:** 4528 Happy Woods Rd

**City, State and Zip Code:** Hammond LA 70403

## SUMMONS
### NOTICE TO APPEAR FOR PRETRIAL CONFERENCE / MEDIATION

STATE OF FLORIDA
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney a the Bay County Courthouse, in a Courtroom, located at 300 East 4th Street, Panama City, Florida, on 04/14/15 at 8:45 a.m., for a PRETRIAL CONFERENCE.

### IMPORTANT – READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE,
BUT MAY BE MEDIATED AT THAT TIME
DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY ATTORNEY.

Page 1 of 3
Form B

EXHIBIT A

<u>WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT OR DISMISSAL.</u>

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any state of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation

Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonadversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in county court mediation are primarily conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

---

If you admit the claim, but desire additional time to pay, you must come and state the circumstances. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

EXHIBIT A

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to proper location or venue. A proper location or venue may one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s) attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED at Panama City, Florida, on February 23, 2015

BILL KINSAUL
Clerk of Court, Bay County, Florida
By: _____ Michelle Collins
As Deputy Clerk of the County Court


IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT JAN SHADBURN, COURT ADMINISTRATOR, 14TH JUDICIAL CIRCUIT, PO BOX 1089, 301 MCKENZIE AVE, PANAMA CITY FL 32402, 850-747-5370 AT LEAST 7 DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE, OR IMMEDIATELY UPON RECEIVING THIS NOTIFICATION IF THE TIME BEFORE THE SCHEDULED APPEARANCE IS LESS THAN 7 DAYS; IF YOU ARE HEARING IMPAIRED, CALL 711.

15-481 SC

## COUNTY COURT, BAY COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

### STATEMENT OF CLAIM

PLAINTIFF(S): John R Wilson     DEFENDANT(S): Deep Water Horizon Settlement Service Patrick Juneau Registered Agent

ADDRESS: 5115 Gulf Dr #307 PCB FL 32408

ADDRESS: 4528 Happy Woods Rd Hammond, LA. 70403

TELEPHONE: 850-890-5944     TELEPHONE:

EMAIL ADDRESS: wilson092256@gmail.com

**THIS IS A CIVIL ACTION THAT DOES NOT EXCEED $5000.00**

PLAINTIFF CLAIMS THE AMOUNT OF $ 5000.00 AS BEING DUE FROM THE DEFENDANT(S).

TOGETHER WITH INTEREST OF     $ _____

ATTORNEY'S FEES OF     $ _____

PLUS COURT COST OF     $ 320.00
                                              +20.00 summons

WHICH ALL TOTALS     $ 5340.00

AND ALLEGES THAT THE BASIS OF THIS SUIT IS:

Money due plaintiff on account. (See attached copy of accounts).

Goods, wares, and merchandise sold by plaintiff to defendant. (List of goods and prices below).

Money loaned by plaintiff to defendant. (Copy of any promissory note attached).

Rent due plaintiff for certain premises. (List below: (1) address of premises and (2) amount and date of rent past due and attach copy of any written lease).

Defective goods/workmanship/services furnished by defendant. (List time, materials, and charges below).

Money due plaintiff for labor and materials furnished by defendant. (List time, materials, and charges below).

FORM A

Page 1 of 2

**EXHIBIT A**

Money due plaintiff for worthless check given by defendant. (See attached copy of check).

Damages due to an auto collision. (Describe below: (1) defendant's negligent act which caused collision and (2) nature and amount of your damages).

Damages due to breach of contract or an implied/express warranty by defendant.

OTHER: (Describe below: the nature of the contract and the breach).

ADDITIONAL INFORMATION:

STATE OF FLORIDA
COUNTY OF BAY
THE PLAINTIFF IN THE ABOVE STYLED CAUSE, UPON OATH DEPOSES AND SAYS THAT THE FOREGOING IS A JUST AND TRUE STATEMENT OF THE AMOUNT OWING BY THE DEFENDANT TO SAID PLAINTIFF EXCLUSIVE OF ALL SET-OFFS AND JUST GROUNDS OF DEFENSE; AND THIS SUIT IS BROUGHT IN GOOD FAITH, WITH NO INTENT TO ANNOY THE DEFENDANT.

PLAINTIFF FURTHER STATES THAT THE DEFENDANT (IS) (IS NOT) IN THE MILITARY SERVICE.

_____            _____
PLAINTIFF                                                       PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME THIS __23__ DAY OF __February__,
20 _15_.

BILL KINSAUL
CLERK OF COUNTY COURT
SMALL CLAIMS DIVISION

By: _____Michelle Collins_____
Deputy Clerk or Notary Public

I do certify that a copy has been furnished to the plaintiff by mail/hand on this _____ day of
_____, 20_____.

FORM A
Page 2 of 2

**EXHIBIT A**

To: Mr. Juneau

John R. Wilson
5115 Gulf Dr. unit 307
Panama City Beach, Fl. 32408

Claim 100104797

Began to file paperwork with first claims administrator, Kenneth Feinberg in July of 2011. Went through all the paper work and filed every form asked over the next two years. Have not heard from them since September 18, 2013. I called a few times in 2014 and was told my claim was under review. I have called the claim center on Jan 13 and February 11th of this year. Was told a representative would call me and as now has not. This is while Im taking this action. The amount Im asking is lower than actual losses but will move on.



EXHIBIT A