**Susan Frederick**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, March 30, 2015 4:01 PM |
| **To:** | Susan Frederick |
| **Subject:** | Pay.gov Payment Confirmation: FLND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Philip Detweiler at (850) 521-3522.

Application Name: FLND CM ECF
Pay.gov Tracking ID: 25KJFG13
Agency Tracking ID: 1129-3219794
Transaction Type: Sale
Transaction Date: Mar 30, 2015 4:01:19 PM

Account Holder Name: ELIZABETH FITE BLANCO Transaction Amount: $400.00 Billing Address: 7489 18th Street, N.E.
City: St. Petersburg
State/Province: FL
Zip/Postal Code: 33702
Country: USA
Card Type: MasterCard
Card Number: ************2945


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

EXHIBIT B