IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813 | * * * | Magistrate Judge Shushan |

**BP'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL
UNDER 28 U.S.C. § 1292(b) OF THE ORDER AS TO BP'S MOTION
TO STRIKE THE STATE OF ALABAMA'S JURY DEMAND**

BP Exploration & Production Inc., BP America Production Co., and BP p.l.c. (collectively, "BP") respectfully request that the Court certify for the Fifth Circuit's interlocutory review under 28 U.S.C. § 1292(b) the March 30, 2015 Order & Reasons As to BP's Motion to Strike the State of Alabama's Jury Demand, Rec. Doc. 14347, and amend and re-enter that Order with the added certification under 1292(b).

For the reasons more fully set forth in the attached memorandum, BP respectfully submits that the Court's holding on whether the State of Alabama is entitled to a jury trial "involves a controlling question of law as to which there is substantial ground for difference of opinion and … an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). The Fifth Circuit and other appellate courts regularly hold that these requirements are satisfied and grant certification of interlocutory appeals from decisions finding a jury trial right. *See*, *e.g.*, *Luera v. M/V Alberta*, 635 F.3d 181, 186 (5th Cir. 2011); *Pavey v. Conley*, 544 F.3d 739, 740 (7th Cir. 2008); *Rex v. Compania*

*Pervana De Vapores, S.A.*, 660 F.2d 61, 62 (3d Cir. 1981).

Date: April 22, 2015                                          Respectfully submitted,

 

| | |
|---|---|
| | /s/ Don K. Haycraft |
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| F. Chad Morriss | R. Keith Jarrett (Bar #I6984) |
| Kirkland & Ellis LLP | Liskow & Lewis |
| 655 Fifteenth Street, N.W. | 701 Poydras Street, Suite 5000 |
| Washington, DC 20005-5793 | New Orleans, Louisiana 70139-5099 |
| Telephone: (202) 879-5000 | Telephone: (504) 581-7979 |
| Facsimile: (202) 879-5200 | Facsimile: (504) 556-4108 |
| | |
| Richard C. Godfrey, P.C. | Joel M. Gross |
| J. Andrew Langan, P.C. | Lawrence A. Schneider |
| Paul D. Collier | Arnold & Porter, LLP |
| R. Chris Heck | 555 12th Street N.W. |
| Kirkland & Ellis LLP | Washington, DC 20004 |
| 300 North LaSalle Street | Telephone: (202) 942-5705 |
| Chicago, IL 60654 | Facsimile: (202) 942-5999 |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | Maureen F. Browne |
| | Covington & Burling LLP |
| | One CityCenter, 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | Telephone:  (202) 662-6000 |

*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22d day of April, 2015.

/s/ Don K. Haycraft
Don K. Haycraft