IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to Case No. : 13-6011 – CJB-SS Also applies to: 2:10- cv- 03168 (Stephen Stone) | § § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AGREED MOTION TO DISMISS WITH PREJUDICE CLAIMS OF STEPHEN AND SARA STONE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs, Stephen L. Stone and Sara Stone, each individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiffs, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiffs and Defendants jointly move to dismiss the claims of Plaintiffs with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiffs, Stephen L. Stone and Sara Stone, each individually, as well as all Defendants and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

BRENT COON & ASSOCIATES

By: _____
BRENT W. COON
215 Orleans
Beaumont, Texas 77701
Phone: 409-835-2666
Fax: 409-835-1912
E-mail: Brent@bcoonlaw.com

**COUNSEL FOR STEPHEN & SARA STONE**

Respectfully Submitted,

PREIS PLC

By: _____
ROBERT M. KALLAM (#20242)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, LA 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 22nd day of April 2015.

_____
Robert M. Kallam