## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | C.A. NO. 2:10-mdl-02179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION: J |
| | § | |
| This Document Relates to | § | JUDGE BARBIER |
| Case No. : 13-6011 – CJB-SS | § | |
| Also applies to: 2:10- cv- 03168 | § | |
| (Stephen Stone) | § | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL OF CLAIMS OF STEPHEN AND SARA STONE

CONSIDERING the Agreed Motion to Dismiss with Prejudice the claims of Stephen and

Sara Stone,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice the claims of

Stephen and Sara Stone, is GRANTED and the claims asserted or which could have been

asserted in this case on behalf of Plaintiffs, Stephen and Sara Stone, each individually, are hereby

dismissed, with prejudice. Each party is to bear their own respective costs.

SIGNED this ____ day of _____, 2015.


_____
U.S. DISTRICT JUDGE CARL J. BARBIER