UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document applies to:<br>Case No. 2:10-cv-04536 | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S RESPONSE TO ORDER NOTING POTENTIALLY MOOT OR PREMATURE MOTIONS

Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), hereby respond to the Court's Order Noting Potentially Moot or Premature Motions (Rec. Doc. 14419).

Transocean agrees that the Court's Phase One Findings of Fact and Conclusions of Law (Rec. Doc. 13381-1) render moot or premature Transocean's Rule 12(c) partial motion as to Punitive Damages (Rec. Doc. 8105), Transocean's Rule 12(c) partial motion as to Claims Based on Subsurface Discharge (Rec. Doc. 8106), and Transocean's Rule 12(c) and 56 Partial Motions as to Claims Assigned under Settlement Agreement (Rec. Docs. 8120 and 10281). Transocean respectfully requests that the court deny these motions without prejudice to Transocean renewing one or more of the motions if the Court's Phase One ruling should be reversed in whole or in part on appeal. Transocean has no objection to the denial of the motions without prejudice.

DATED: April 24, 2015

By: s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin

Respectfully submitted,

By: s/ Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP

26356114.1

| | |
|---|---|
| MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel:  (213) 683-9100<br>Fax:  (213) 683-5180<br>Email:  brad.brian@mto.com<br>            daniel.levin@mto.com | 1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel:  (713) 470-6100<br>Fax:  (713) 354-1301<br>Email: steven.roberts@sutherland.com, |

By:   s/  Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel:  (504) 566-8646
Fax:  (504) 585-6946
Email: kjmiller@bakerdonelson.com

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of April, 2015.

Dated: April 24th, 2015                    Respectfully submitted,

/s/ *Kerry J. Miller*
Kerry J. Miller