UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
|---|---|
| | Section: J |
| This Documents Relates to: 3:15-CV-00118 | Judge Barbier Mag. Judge Shushan |

### PETITIONER, BRIAN GORTNEY'S MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Petitioner, BRIAN GORTNEY, and files this Petitioner's Motion to Substitute Counsel. Petitioner requests the substitution of Charles F. Herd, Jr., *The Lanier Law Firm*, 6810 FM 1960 West, Houston, Texas 77069, in place of Stephen Herre Echsner; *Aylstock, Witkin, Kreis& Overholtz, PLLC*, 17 East Main Street, Suite 200, Pensacola, FL 35202

Respectfully submitted,
**THE LANIER LAW FIRM P.C.**

By: _[signature]_
W. MARK LANIER
TBA # 11934600
CHARLES F. HERD, JR.
TBA # 09504480
6810 F.M. 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Fax: 713-659-2204
**ATTORNEYS FOR PLAINTIFF**

NEXSEN PRUET, LLC

_____
STEPHEN H. ECHSNER
Florida Bar Number: 304719
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Second floor
Pensacola, Florida 32502
Office: (850) 202-1010
Fax: (850) 916-7449
Email: sechsner@awkol.com
**FORMER ATTORNEY-IN-CHARGE
FOR PETITIONER**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of April, 2015, I will electronically file the foregoing PLAINTIFF'S NOTICE OF ATTORNEY IN CHARGE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants.

_____
Charles F. Herd, Jr.