## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section:  J |
| This Documents Relates to:<br>3:15-CV-00118 | Judge Barbier<br>Mag. Judge Shushan |

ORDER

The Court has considered Petitioner's Motion to Substitute Counsel.  Having considered Petitioner's Motion, it is

ORDERED that Charles F. Herd, Jr., The Lanier Law Firm, 6810 FM 1960 W., Houston, TX 77069, be substituted as counsel of record for Petitioner BRIAN GORTNEY in place of Stephen Herre Echsner; *Aylstock, Witkin, Kreis& Overholtz, PLLC*, 17 East Main Street, Suite 200, Pensacola, FL 35202.

SIGNED this _____ day of _____, 2015

_____
U.S. DISTRICT COURT JUDGE

**APPROVED:**

| THE LANIER LAW FIRM P.C. | NEXSEN PRUET, LLC |
|---|---|
| By: *[signature]* | *[signature]* |
| CHARLES F. HERD, JR. | STEPHEN H. ECHSNER |
| TBA # 09504480 | Florida Bar Number: 304719 |
| 6810 F.M. 1960 West | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Houston, Texas 77069 | 17 East Main Street, Second floor |
| PHONE: 713-659-5200 | Pensacola, Florida 32502 |
| FACSIMILE: 713-659-2204 | Office: (850) 202-1010 |
| cfh@lanierlawfirm.com | Fax: (850) 916-7449 |
| **ATTORNEY- IN-CHARGE FOR PETITIONER** | Email: sechsner@awkol.com |
| | **FORMER ATTORNEY-IN-CHARGE FOR PETITIONER** |