UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| This pleading applies to: | * | JUDGE BARBIER |
| No. 12-970 | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Claimants, Identification No. 100064975 (Mary S. Willkomm); Identification No.100063663 (Martin J. Schoenberger); Identification No. 100066161 (Clifford Philip Bein); and Identification No. 100063641 (Kevin C. Schoenberger), respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's April 14, 2015 Order (Rec Doc 14416) denying their Motion for Authority to File Wetlands Claims (Rec Doc 14285) in the Deepwater Horizon Economic and Property Damage Settlement.

This 24th day of April, 2015.

                                                              Respectfully submitted,
                                                              **LAW OFFICE OF KEVIN C. SCHOENBERGER**
                               By:    */s/ Kevin C. Schoenberger*
                                                              **Kevin C. Schoenberger (Bar No. 11813)**
                                                              Attorney for Appellants
                                                              201 St. Charles Avenue
                                                              Suite 2422 - Place St. Charles
                                                              New Orleans, Louisiana 70170
                                                              Telephone: (504) 525-1143
                                                              Facsimile: (504) 587-0901
                                                              Email: kcschoenberger@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| This pleading applies to: | * | JUDGE BARBIER |
| No. 12-970 | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appeal will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 24th day of April, 2015.

/s/ *Kevin C. Schoenberger*