UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: | § § | MAG. JUDGE SHUSHAN |
| No. 10-2771, *In re: The Complaint and Petition of Triton Asset Leasing GmbH, et al*. | § § § § § § | |

## HALLIBURTON ENERGY SERVICES, INC.'S CONSOLIDATED OBJECTION TO THE COURT'S ORDER NOTING POTENTIALLY MOOT OR PREMATURE MOTIONS

Halliburton Energy Services, Inc. ("HESI") files this Consolidated Objection to the Court's Order Noting Potentially Moot or Premature Motions and would respectfully show as follows:

**I.**

On April 14, 2015, this Court entered its Order [Noting Potentially Moot or Premature Motions] (Rec. Doc. 14419) (the "Order") listing numerous pending motions that appear to the Court to be moot or premature, and asking that any party objecting to denial of the listed motions advise the Court of such objection. Of the motions listed in the Order, HESI was the filer of items 1 (Rec. Doc. 1176), 2 (Rec. Doc. 1181), 5 (Rec. Doc. 2941), 14 (Rec. Doc. 8267), 16 (Rec. Docs. 8268 and 10548), and 17 (Rec. Doc. 8228). While HESI does not object to the denial of these motions, it does ask that certain of its motions be denied without prejudice to HESI's right to refile the motions should it become necessary.

## II.

Listed below are HESI's positions regarding each of these pending motions:

a. Item 1 (Rec. Doc. 1176) – HESI agrees that this motion may be denied as moot.

b. Item 2 (Rec. Doc. 1181) – HESI agrees that this motion may be denied as moot.

c. Item 5 (Rec. Doc. 2941) – HESI requests that this motion (addressing BP's fraud claim) be denied without prejudice to HESI's right to subsequently refile this motion should circumstances so warrant.  This Court's Phase One Findings of Fact and Conclusions of Law are currently on appeal. Given the pendency of the appeal, this issue could become relevant again should the appeal alter the Court's Findings and Conclusions.  In that event, HESI must be able to re-assert the issues raised in this motion.

d. Item 14 (Rec. Doc. 8267) – HESI requests that this motion (addressing the availability of punitive damages to claimants post-BP settlement) be denied without prejudice to HESI's right to subsequently refile this motion should circumstances so warrant.  It is possible that a claimant who settled its claims with BP could potentially opt out of the pending HESI punitive damages settlement.  If so, the issues raised in this motion would be applicable to such a claimant, and HESI must be able to re-assert these issues.

e. Item 16 (Rec. Docs. 8268 and 10548) - HESI requests that these motions (addressing the viability of claims purportedly assigned by BP to the BP settlement class [Rec. Doc. 8268] and the impact of a gross negligence finding on a waiver of damages and classification of indemnified third-party damages [Rec. Doc. 10548]) be denied without prejudice to HESI's right to subsequently refile these motions should circumstances so warrant.  Given the pendency of the HESI settlement of assigned claims and the pendency of the appeal of this Court's Phase One Findings of Fact and Conclusions of Law, these issues could become relevant again should the HESI settlement not achieve finality or should the appeal alter the Court's Findings and Conclusions.  In either event, HESI must be able to re-assert the issues raised in these motions.

f. Item 17 (Rec. Doc. 8228) – HESI agrees that this motion may be denied as moot.

### III.

Based on the foregoing, HESI requests that this Court deny Rec. Docs. 1176, 1181, and 8228 as moot, and that this Court deny Rec. Docs. 2941, 8267, 8268, and 10548 without prejudice as to HESI's refiling of the motions.

    Respectfully Submitted,

    Godwin Lewis PC

    By: */s/ Donald E. Godwin*
    Donald E. Godwin
    *Attorney-in-charge*
    State Bar No. 08056500
    Don.Godwin@GodwinLewis.com
    Bruce W. Bowman, Jr.
    State Bar No. 02752000
    Bruce.Bowman@GodwinLewis.com
    Jenny L. Martinez
    State Bar No. 24013109
    Jenny.Martinez@GodwinLewis.com
    1201 Elm, Suite 1700
    Dallas, Texas 75270-2041
    Telephone: (214) 939-4400
    Facsimile: (214) 760-7332

    and

    R. Alan York
    State Bar No. 22167500
    Alan.York@GodwinLewis.com
    Misty Hataway-Coné
    State Bar No. 24032277
    Misty.Cone@GodwinLewis.com
    1331 Lamar, Suite 1665
    Houston, Texas 77010
    Telephone: 713.595.8300
    Facsimile: 713.425.7594

    **ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Consolidated Objection to the Court's Order Noting Potentially Moot or Premature Motions will be served on all Counsel by electronically uploading the same to Lexis Nexis File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of April, 2015.

                                                                 */s/ Donald E. Godwin*