UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, April 23, 2015]

1. **Bisso Discovery**.

   The PSC reported on the status of Bisso's production. Volume 506 of the production was produced. Volume 507 will be produced on Monday or Tuesday.

2. **BPXP Document Production**.

   The PSC has not provided BPXP with additional comments on its production since the conference on April 9, 2016. It will provide BPXP with a list of its questions and concerns.

3. **Common Rule 30(b)(6) Notice**.

   The parties reported progress on the Common Rule 30(b)(6) notice. The categories are being narrowed. Where possible, the categories are being satisfied with stipulations or testimony from prior phases.

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Third Party Subpoenas**.

While the parties are discussing the scope of the subpoenas, the return dates for the subpoenas and the deadline for objections are extended until further order of the Court. If the third parties, PSC and BPXP are unable to resolve issues with the subpoenas, a schedule will be set for filing objections and briefing on the unresolved issues.

As BPXP receives documents from third parties, it shall Bates number the documents and provide copies to the PSC. The PSC shall follow the same procedure for responses it receives to third party subpoenas.

Pretrial Order No. 13 [Order Protecting Confidentiality] (Rec. doc. 641) and Pretrial Order No. 14 [Governing the Treatment of Privileged and Work Product Materials] (Rec. doc. 655) are applicable to production of documents by third parties.

5. **Other Plaintiffs' Production**.

BPXP will identify a priority plaintiff. After the Bisso production is complete, the PSC shall concentrate its efforts on production of documents from that plaintiff.

6. **Next Conference**.

The next conference will be **Thursday, May 7, 2015, at 1:00 p.m**.

New Orleans, Louisiana, this 24th day of April, 2015.



                    **SALLY SHUSHAN**
                    **U.S. Magistrate Judge**