**Subject:** FW: The Andry Law Firm
**Date:** Wednesday, March 18, 2015 at 12:21:56 PM Central Daylight Time
**From:** Gibby Andry (sent by Renae Decker <rdecker@gibbyandrylaw.com>)
**To:** Stephen Gele
**Priority:** High

Please attached.
Thanks
Gibby

**Gilbert V. Andry, IV**
GIBBY ANDRY, THE ANDRY LAW FIRM, L.L.C.
828 Baronne St.
New Orleans, LA 70113
Telephone: (504) 522-1000
Fax: (504) 522-8000
Toll Free: 855-88-GIBBY
Email: gandry@gibbyandrylaw.com

---

**From:** Michael Juneau [mailto:mjuneau@dheclaims.com]
**Sent:** Wednesday, March 18, 2015 9:59 AM
**To:** Gibby Andry
**Cc:** Patrick Juneau; Randall Smith; Harry.Rosenberg@phelps.com; David Forsyth; Patrick Hron; Randall Black
**Subject:** RE: The Andry Law Firm

Gibby:

To clarify, the Settlement Program views the relevant events as follows:

3/20/13 – Eligibility Notice was issued
4/10/13 – Notice of Appeal was filed by BP

As such, this was a claim that was in fact appealed by BP, and as a result is required to go through the Policy 495 process.

I have done my best to explain the Settlement Program's view of these issues to you. There is nothing more that I can offer that will be provide additional insight. We obviously just have a difference of opinion. Please thus direct any future inquiries or requests for relief to the Court rather than to the Claims Administrator's office. Thank you.

**Michael J. Juneau**
*Special Counsel*
DEEPWATER HORIZON
CLAIMS CENTER
**504-934-4999**

935 Gravier Street, Ste. 1905
New Orleans, LA 70112
mjuneau@dheclaims.com


EXHIBIT A

---

**From:** Kelley Falcon [mailto:kfalcon@gibbyandrylaw.com] **On Behalf Of** Gibby Andry

**Sent:** Tuesday, March 17, 2015 5:09 PM
**To:** Michael Juneau
**Cc:** paj@juneaudavid.com; Randall Smith; Harry.Rosenberg@phelps.com
**Subject:** RE: The Andry Law Firm

Michael,

Please see my correspondence attached.

Gilbert V. Andry, IV
GIBBY ANDRY, THE ANDRY LAW FIRM, LLC
828 Baronne Street
New Orleans, LA 70113
Telephone: (504) 522-1000
Facsimile: (504) 522-8000

---

**From:** Michael Juneau [mailto:mjuneau@dheclaims.com]
**Sent:** Monday, March 09, 2015 2:18 PM
**To:** Gibby Andry; Patrick Juneau
**Cc:** rasmith@smithfawer.com; Harry.Rosenberg@phelps.com; David Forsyth; Patrick Hron; Randall Black
**Subject:** RE: The Andry Law Firm

Gibby:

I am in receipt of your letter of March 5, 2015, which appears to be based on some misunderstandings. Please rest assured that both I and Pat Juneau, as well as others within the Court-Supervised Settlement program (CSSP), have read your March 4, 2015 letter. That was done before I sent my prior response to you. Your position is not in any way taken lightly. And my response was not motivated by anything other than simply a desire to explain to you how the CSSP views this issue, which position is the product of a good bit of analysis and discussion over an extended period of time. Judge Barbier's Order of May 28, 2014 requires that Policy 495 be applied "to all claims currently in the claims process at any point short of final payment." Your law firm's claim is one that falls within the definition of those claims to which Policy 495 is to be applied. The Claims Administrator has no discretion to process it otherwise. To the extent that you believe that your law firm's claim should be processed differently, any request for relief in that regard needs to be directed to the District Court rather than the Claims Administrator. Though I understand that you disagree, I trust that you can understand the Claims Administrator's position in this regard.

**Michael J. Juneau**
*Special Counsel*
DEEPWATER HORIZON
CLAIMS CENTER
**504-934-4999**

**935 Gravier Street, Ste. 1905**
**New Orleans, LA 70112**
mjuneau@dheclaims.com

---

**From:** Penny Riley [mailto:priley@gibbyandrylaw.com] **On Behalf Of** Gibby Andry
**Sent:** Thursday, March 05, 2015 3:28 PM
**To:** Michael Juneau; Patrick Juneau
**Cc:** rasmith@smithfawer.com; Harry.Rosenberg@phelps.com
**Subject:** The Andry Law Firm

Please see attached.

Thank you,

**Gilbert V. Andry, IV**
GIBBY ANDRY, THE ANDRY LAW FIRM, L.L.C.
828 Baronne St.
New Orleans, LA 70113
Telephone: (504) 522-1000
Fax: (504) 522-8000
Toll Free: 855-88-GIBBY
Email: gandry@gibbyandrylaw.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.