# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 10 CR 33<br>Judge James B. Zagel |
| DENNIS MICHAEL EGAN and EGAN MARINE CORPORATION | |

### ORDER

For the reasons stated in open court on June 9, 2014, and based upon the evidence, the Court finds as follows:

As to Count I, charged against Dennis Michael Egan for violation of 18 U.S.C. § 1115, I find that, beyond a reasonable doubt, (1) Dennis Michael Egan was the captain of the M/V Lisa E and the tank barge EMC-423; (2) Dennis Michael Egan's actions as captain amounted to negligence; and (3) as a result of this negligence, a human life was destroyed.

As to Count II, charged against Egan Marine Corporation for violation of 18 U.S.C. § 1115, I find that, beyond a reasonable doubt, (1) Egan Marine Corporation was the owner of the M/V Lisa E and the EMC-423; (2) Egan Marine Corporation was neglectful in relation to the EMC-423; and (3) as a result of this neglect, a human life was destroyed.

As to Count III, charged against Dennis Michael Egan for violation of 33 U.S.C. § 1321(b)(3) and 1319(c)(1)(A) and 18 U.S.C. § 2, I find that, beyond a reasonable doubt, (1) the defendant is a "person" under the statute; (2) the defendant discharged oil into a navigable water of the United States; (3) the amount of oil discharged was a harmful quantity; and (4) the defendant acted negligently in doing so.

1

As to Count III, charged against Egan Marine Corporation for violation of 33 U.S.C. § 1321(b)(3) and 1319(c)(1)(A) and 18 U.S.C. § 2, I find that, beyond a reasonable doubt, (1) the defendant is a "person" under the statute;[1] (2) the defendant discharged oil into a navigable water of the United States; (3) the amount of oil discharged was a harmful quantity; and (4) the defendant acted negligently in doing so.

In light of the foregoing, I find Defendant Dennis Michael Egan and Defendant Egan Marine Corporation guilty on all counts charged in the indictment.

ENTER:

James B. Zagel
United States District Judge

DATE: June 10, 2014

---

[1] "Person" is broadly defined under the statute to include an "individual, firm, corporation, association, and a partnership." 33 U.S.C. § 1321(a)(7).

2