UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
|---|---|
| | Section: J |
| This Documents Relates to: LAED case #15-1047 | Judge Barbier<br>Mag. Judge Shushan |

ORDER

The Court has considered Petitioner's Motion to Substitute Counsel. Having considered Petitioner's Motion, it is

ORDERED that Charles F. Herd, Jr., The Lanier Law Firm, 6810 FM 1960 W., Houston, TX 77069, be substituted as counsel of record for Petitioner BRIAN GORTNEY in place of Stephen Herre Echsner; *Aylstock, Witkin, Kreis& Overholtz, PLLC*, 17 East Main Street, Suite 200, Pensacola, FL 35202.

New Orleans, Louisiana this 27th day of April, 2015.

_____
United States District Judge

**APPROVED:**

| THE LANIER LAW FIRM P.C.<br>By: _____<br>CHARLES F. HERD, JR.<br>TBA # 09504480<br>6810 F.M. 1960 West<br>Houston, Texas 77069<br>PHONE: 713-659-5200<br>FACSIMILE: 713-659-2204<br>cfh@lanierlawfirm.com<br>**ATTORNEY- IN-CHARGE FOR PETITIONER** | NEXSEN PRUET, LLC<br>_____<br>STEPHEN H. ECHSNER<br>Florida Bar Number: 304719<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 East Main Street, Second floor<br>Pensacola, Florida 32502<br>Office: (850) 202-1010<br>Fax: (850) 916-7449<br>Email: sechsner@awkol.com<br>**FORMER ATTORNEY-IN-CHARGE FOR PETITIONER** |