IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This Document Relates To: 10-4536 | * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

### BPXP'S CONDITIONAL REQUEST FOR ORAL ARGUMENT

On April 24, 2015, Defendant Anadarko Petroleum Corporation submitted to the Court its Request for Oral Argument on its and the United States' post-trial submissions in the Penalty Phase. In the event that the Court schedules such oral argument, Defendant BP Exploration & Production Inc. ("BPXP"), pursuant to Local Rule 78.1, respectfully requests that the Court also schedule oral argument on BPXP's Penalty Phase Post-trial Briefs and Proposed Findings of Fact and Conclusions of Law so that BPXP may address any questions the Court has about the briefing or other legal and factual issues in the case.

April 27, 2015

Respectfully submitted,

/s/ R. Keith Jarrett
R. Keith Jarrett

R. Keith Jarrett (Bar #16984)
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Brian D. Israel
Joel M. Gross
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

Robert C. "Mike" Brock
Jeffrey Bossert Clark
Kimberly O. Branscome
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Hariklia "Carrie" Karis, P.C.
Matthew T. Regan, P.C.
Scott W. Fowkes, P.C.
Mark J. Nomellini
A. Katrine Jakola
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April 2015.

*/s/ R. Keith Jarrett*
R. Keith Jarrett