IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To: 10-4536 | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering Defendant BP Exploration & Production Inc.'s ("BPXP") Conditional Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on BPXP's Penalty Phase Post-trial Briefs and Proposed Findings of Fact and Conclusions of Law, as well as the corresponding post-trial submissions filed by the United States.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____<br>United States District Judge