**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 2:13-cv-01962, ATP Oil & Gas Corp. | * | |
| v. BP Exploration & Production Co. et al. | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**PROPOSED ORDER**

Considering the Trustee of ATP Oil & Gas Corp.'s Motion to Lift Stay and Provide for

Direction of Limited Reference to Bankruptcy Court:

IT IS HEREBY ORDERED, that Claimants' Motion is GRANTED; and it is further

ORDERED that the Court will file a suggestion with the Judicial Panel on Multidistrict

Litigation (the "Panel") to conditionally sever the case from MDL 2179 for the limited

purpose of allowing discovery to proceed through a limited directed reference to the U.S.

Bankruptcy Court for the Southern District of Texas, currently presiding over ATP's Chapter 7

bankruptcy case, while reserving to the MDL Court all issues of causation, applicable law,

permissible defenses (if any), and all other merits issues, with the exception of a proposed

finding regarding the calculation of ATP's damages, which may be efficiently addressed

outside the MDL.

New Orleans, Louisiana, this _____ day of April, 2015

_____
**UNITED STATES DISTRICT JUDGE**