# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

————————————

No. 14-31374

————————————

IN RE: DEEPWATER HORIZON

--------------------------------------

KARL W. RHODES; ZEKE'S LANDING MARINA, L.L.C.; B-BOY
PRODUCTIONS, INCORPORATED; LEYTHAM PHOTOGRAPHY, L.L.C.,
doing business as Rae Leytham; KIRBY JOSEPH RIVERE; ET AL,

                  Plaintiffs - Appellants - Cross Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY,

                  Defendants-Cross Claimants - Appellants - Appellees - Cross
Appellees

BP p.l.c.,

                  Defendant - Appellee

v.

TRANSOCEAN, LIMITED,

                  Third Party Defendant - Appellee

HALLIBURTON ENERGY SERVICES, INCORPORATED,

                  Cross Defendant - Appellee-Cross Appellant

UNITED STATES OF AMERICA,

        Cross Defendant - Appellee

TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN
HOLDINGS, L.L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING,
INCORPORATED; TRITON ASSET LEASING GMBH,

        Cross Defendants - Appellees - Cross Appellants


STATE OF ALABAMA,

        Claimant - Appellee - Cross Appellant

STATE OF LOUISIANA,

        Claimant - Appellee

-------------------------------------

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY,

        Defendants - Cross Claimants - Appellants - Cross Appellees

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED;
TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN
HOLDINGS, L.L.C.; TRITON ASSET LEASING GMBH,

        Defendants - Cross Defendants - Appellees - Cross Appellants

TRANSOCEAN, LIMITED,

Cross Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

IT IS ORDERED that the joint stipulation of all parties to view all sealed
documents is GRANTED.

/s/ E. Grady Jolly
_____
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31374   In Re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:10-CV-2771
                USDC No. 2:10-CV-4536

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Mr. Brad D. Brian
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Matthew Miles Collette
Mr. Grant Alexander Davis-Denny
Ms. Ellen J. Durkee
Mr. Miguel Angel Estrada
Mr. Jimmy Roy Faircloth Jr.
Mr. Soren E. Gisleson
Mr. Donald Everett Godwin
Mr. John David Gunter II
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. Allan L. Kanner
Mr. Allen Mark Katz
Mr. James Andrew Langan
Mr. Daniel Benjamin Levin
Mr. Scott Payne Martin
Mr. Corey L. Maze
Ms. Barbara Bell Melton
Mr. Kerry J. Miller
Ms. Anne M. Murphy
Mr. Steven O'Rourke

Mr. Theodore B. Olson
Ms. Elizabeth B. Petersen
Mr. Frank Anthony Piccolo I
Mr. Steven Lynn Roberts
Mr. James Parkerson Roy
Mr. Robert Alan York


P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.