# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**William W. Blevins**
    **Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

April 14,2015

2015 APR 24   PM 3: 00

WILLIAM W. BLEVINS
CLERK

APPEAL NO <u>14-31374</u>

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
  600 South Maestri Place
New Orleans, LA  70130

<u>IN RE:  IN RE OIL SPILL BY OIL RIG DEEPWATER HORIZON</u>    MD 10-2179-J c/w  10-2771 & 10-4536

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   ___ 1) Electronic Record on appeal

      ___ Volume(s) of record    ___ Volume(s)of transcripts

      ___ Volume(s) of depositions

      _x_ Container(s) of exhibits  **1 hard drive of Phase I Trial Evidence**

      ___ 2) Supplemental record_____

      ___ 3) SEALED DOCUMENT _____

      ___ 4) Other_____

Very truly yours,

By___ Alicia Phelps_____
     Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____