UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

**O R D E R**

Before the Court is the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to claimant Wardell Parker [Rec. Doc. 13848], and upon being informed that the Special Master has provided discovery to claimant and that the parties agree as to a briefing schedule,

IT IS HEREBY ORDERED that any response by claimant Wardell Parker to the Special Master's motion shall be filed on or before   May 20, 2015  . Any reply by the Special Master to the response of claimant shall be filed on or before   June 12, 2015  . The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 28th day of April, 2014.

_____
United States District Judge