UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

**O R D E R**

Before the Court is the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to claimant Vision Design Management, Inc. [Rec. Doc. 14262], and upon being informed that the Special Master has provided discovery to claimant and that the parties agree as to a briefing schedule,

IT IS HEREBY ORDERED that any response by claimant Vision Design Management, Inc. to the Special Master's motion shall be filed on or before   May 13, 2015  . Any reply by the Special Master to the response of claimant shall be filed on or before   June 5, 2015  . The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 28th day of April, 2014.

_____
United States District Judge