UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | |
| ) | |
| and All Civil Actions, including ) | |
| 33:2701; 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321 and 15:6651 ) | |

**NOTICE OF JOINDER IN MOTION FOR AN AMENDED CLASS ACTION SETTLEMENT NOTICE AND SUPPORTING MEMORANDUM**

**COME NOW** the class members represented by the Law Firm of Samuel T. Adams, Attorney, and hereby give notice of their joinder in the Motion for An Amended Class Action Settlement Notice (Rec. Doc. 14229) and Memorandum in Support of Motion for An Amended Class Action Settlement Notice (Rec. Doc. 14229-1) filed April 16, 2015, by the Law Firm of Brent Coon & Associates.

**DATED** this 29th day of April, 2015.

Respectfully submitted,

/S/ Samuel T. Adams

SAMUEL T. ADAMS
Florida Bar Number 160184
Post Office Box 8420
Southport, FL  32409
850-785-3469 – office
850-640-1562 – facsimile
tom@samueltadams.com
Attorney for Class Members
represented by Samuel T. Adams

1

**CERTIFICATE OF SERVICE**

    I certify that this document has been filed with the Clerk of the Court and served by ECF on April 29, 2015, upon:

Attorneys for the Defendants:

    Richard C. Godfrey, P.C.
    J. Andrew Langan, P.C.
    Wendy L. Bloom
    KIRKLAND & ELLIS LLP
    300 North LaSalle Street
    Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive, Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, N.W.
    Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000
    New Orleans, LA 70139
    Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

    James Parkerson Roy
    DOMENGEAUX, WRIGHT, ROY & EDWARDS
    556 Jefferson Street - Suite 500

Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: 409-835-2666
Fax: 409-835-1912
Attorney for BCA Class Members

Respectfully submitted,

/S/ Samuel T. Adams

Attorney for Class Members
represented by Samuel T. Adams