IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) | |
| IN RE THE COMPLAINT AND PETITION OF ) | Section: J(1) |
| TRITON ASSET LEASING GmbH, ET AL., IN A ) | |
| CAUSE OF EXONERATION FROM OR ) | Judge: Barbier |
| LIMITATION OF LIABILITY ) | |
| ) | Magistrate: Shushan |
| This Document Relates To: ) | |
| ) | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 54394) ) | |
| _____ ) | |

### *EX-PARTE* JOINT MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C., and its individual attorneys (hereinafter sometimes collectively referred to as "WWG") and Andrew Lemmon of the Lemmon Law Firm respectfully move this Court for an order allowing Andrew Lemmon of the Lemmon Law Firm to substitute as counsel of record for plaintiff Hai Van Do. In support thereof, Movants state:

1. On April 14, 2011, Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff, identified as Rec. Doc. 54394.

2. In August of 2012, Counsel filed Plaintiff's seafood claims with the DHECC. In July or August of 2013, Plaintiff's seafood claims were paid.

3. In March of 2015, Special Master filed a Motion for the Return of Payments against Plaintiff and Counsel. While WWG disagrees with the allegations and request for relief contained therein, the filing has placed WWG in a conflict position, pursuant to Rule 1.16 of the Louisiana Rules of Professional Conduct.

4. Plaintiff Hai Do was notified of WWG's conflict and the need to withdraw, and hired Andrew Lemmon of the Lemmon Law Firm, who has been notified of all applicable deadlines and pending court motions. Special Master Freeh and Administrator Pat Juneau's Motion for Return of Payments has not been set for hearing. Thus, this motion is made in good faith and will not prejudice any party.

5. Special Master Freeh and Administrator Pat Juneau have been advised of this motion and have no objection.

WHEREFORE, Waltzer Wiygul & Garside, L.L.C. and its individual attorneys request that they be allowed to withdraw as counsel of record for Hai Do in the above-captioned action. Andrew Lemmon of the Lemmon Law Firm requests that he be enrolled in same.

Respectfully submitted, this 29'th day of April, 2015,

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel Waltzer*
Joel R. Waltzer (LSBA#: 19268)
1000 Behrman Highway
Gretna, LA 70056
joel@waltzerlaw.com
504-340-6300 – Telephone
504-340-6330 – Facsimile
  *Individually and for WWG, LLC.*

and

**LEMMON LAW FIRM, LLC**

*/s/ Andrew A. Lemmon*
ANDREW A. LEMMON (#18302)
15058 River Road
PO Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com
  *on behalf of plaintiff Hai Do*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Ex-Parte Joint Motion to Substitute Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                  */s/ Joel Waltzer*