# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) Judge: Barbier Magistrate: Shushan |
| **This Document Relates To:** | |
| **Case No.: 2:10-CV-08888 (Rec. Doc. 54394)** | |

# O R D E R

**IT IS ORDERED** that Andrew Lemmon (LA#18302) and the Lemmon Law Firm be granted leave to substitute for Joel Waltzer (LA #19268) and Waltzer, Wiygul & Garside, L.L.C., as counsel of record for Hai Van Do in the above-captioned matter.

This _____ day of _____, 2015.

_____
**Judge C. Barbier, Eastern District of Louisiana**