Minute Entry
Shushan, J.
April 28, 2015
MJStar:  5 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>CATHY PEPPER |

EXHIBIT MARSHALING CONFERENCE
(previous conf held March 16, 2015)

PENALTY PHASE
TUESDAY, APRIL 28, 2015   11:00 A.M.
MAGISTRATE JUDGE  SALLY SHUSHAN PRESIDING

REVISED Hard drive dated March 27, 2015 containing all of the exhibits of the penalty phase: ORDERED ADMITTED.

ORDERED that this hard drive serves as the final record of the penalty phase exhibits and will supersede the previous hard drive submitted dated March 9, 2015.

Penalty Phase Marshaling Conference concluded.