UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| *Nos. 10-4182, 10-4183, 13-2645, 13-* | * | **MAGISTRATE SHUSHAN** |
| *2646, 13-2647, 13-2813* | * | |

### ORDER

Before the Court is BP's Motion for Certification of Interlocutory Appeal (Rec. Doc. 14460) and the State of Alabama's opposition to same (Rec. Doc. 14494).

For essentially the reasons expressed by the State of Alabama,

IT IS ORDERED that BP's motion (Rec. Doc. 14460) is DENIED.

New Orleans, Louisiana, this 29th day of April, 2015.

_____
United States District Judge