UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 10-4536* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

IT IS ORDERED that Anadarko's and BP's requests for oral argument (Rec. Docs. 14478, 14484) are DENIED at this time. The Court will inform the parties if it requires oral argument with respect to the Penalty Phase trial.

New Orleans, Louisiana, this 29th day of April, 2015.

_____
United States District Judge