UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010          2:10 MDL 2179

         SECTION J

JOHNNY SEXTON          JUDGE BARBIER
     Claimant,
         MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

## CLAIMANT JOHNNY SEXTON'S NOTICE OF APPEAL

NOTICE IS GIVEN that JOHNNY SEXTON (claim number 100167032), Claimant in the above named case, individually, appeals to the United States Court of Appeal, Fifth Circuit, the order dated April 14, 2015 from the United States District Court for the Eastern District of Louisiana's denying his Motion for Extension of Time to File Seafood Workers Claim or Alternatively to Treat Claim as Timely Filed But Incomplete filed on March 9, 2015.  Copies of the Motion and Order are attached as Exhibits 1 and 2.

Dated April 30, 2015.

         ATTORNEYS FOR CLAIMANT

         /s/Douglas S. Lyons
         DOUGLAS S. LYONS
         Florida Bar No. 128277
         Lyons & Farrar, P.A.
         325 North Calhoun Street
         Tallahassee, Florida 32301
         (850) 222-8811 - telephone

2

        (850) 222-5583 - facsimile
Primary:  doug.lyons@lyonsandfarrar.com
Secondary:  dawnw@lyonsandfarrar.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 30, 2015 a true and correct copy of the foregoing Claimant Johnny Sexton's Notice of Appeal was filed with the Clerk of the Panel via the JPML CM/ECF system, which will send notice of the same to all counsel of record.

/s/ Douglas S. Lyons
Douglas S. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\Appeal\Pleading\Notice\Notice of Appeal.rtf