UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                             2:10 MDL 2179

                                                         SECTION J

JOHNNY SEXTON                                              JUDGE BARBIER
    Claimant,
                                                         MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

**CLAIMANT JOHNNY SEXTON'S NOTICE OF APPEAL**

      NOTICE IS GIVEN that JOHNNY SEXTON (claim number 100167032), Claimant in the above named case, individually, appeals to the United States Court of Appeal, Fifth Circuit, the order dated April 14, 2015 from the United States District Court for the Eastern District of Louisiana's denying his Motion for Extension of Time to File Seafood Workers Claim or Alternatively to Treat Claim as Timely Filed But Incomplete filed on March 9, 2015.  Copies of the Motion and Order are attached as Exhibits 1 and 2.

      Dated April 30, 2015.

                                                          ATTORNEYS FOR CLAIMANT

                                                          /s/Douglas S. Lyons
                                                          DOUGLAS S. LYONS
                                                          Florida Bar No. 128277
                                                          Lyons & Farrar, P.A.
                                                          325 North Calhoun Street
                                                          Tallahassee, Florida 32301
                                                         (850) 222-8811 - telephone

(850) 222-5583 - facsimile  
Primary:  doug.lyons@lyonsandfarrar.com  
Secondary:  dawnw@lyonsandfarrar.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 30, 2015 a true and correct copy of the foregoing Claimant Johnny Sexton's Notice of Appeal was filed with the Clerk of the Panel via the JPML CM/ECF system, which will send notice of the same to all counsel of record.

/s/ Douglas S. Lyons  
Douglas S. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\Appeal\Pleading\Notice\Notice of Appeal.rtf