UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig § | | MDL No. 2179 |
| "Deepwater Horizon" in the § | | |
| Gulf of Mexico, on § | | SECTION: "J" |
| April 20, 2010 § | | |
| § | | Judge Barbier |
| This Document Relates to: All Cases § | | |
| § | | |
| (includes No. 2:10-cv-08888-CJB-SS) § | | Mag. Judge Shushan |

CLAIMANT SHAWN A. HESS'
MOTION FOR LEAVE TO FILE SHORT FORM JOINDER
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes Claimant Shawn A. Hess, who moves this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimant attempted to contact counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because claimant was unaware of the Court-established deadline, or had not yet fully realized its damages, it did not timely file in the Transocean limitation proceeding.

5.  No prejudice will result from the acceptance of the late-filed Short Form Joinder filed for Cypress Bayou Industrial Painting as document number 136988 on April 30, 2015.  No action has yet been taken in the limitation proceeding that would cause prejudice to any other party involved in the proceeding, should the court grant this Motion.

For these reasons, Claimant respectfully requests that the Court grant Claimants' Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinder to be timely filed.

Respectfully submitted,

**WILLIAMSON & RUSNAK**

   /s/ *Jimmy Williamson*

Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email:  jimmy@wsrlawfirm.com
Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email: cyndi@wsrlawfirm.com
William Dills
Federal ID No. 2346498
Texas State Bar No. 24067421
Email: billy@wsrlawfirm.com
4310 Yoakum Boulevard
Houston, Texas 77006
(713) 223-3330 – Telephone
(713) 223-0001 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2015, a copy of the foregoing Motion was sent via the Court's CM/ECF system to all counsel of record and via email to all attorneys on the Panel Attorney Service List.

 /s/ *Jimmy Williamson*
JIMMY WILLIAMSON