UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an Order withdrawing The Dugan Law Firm, APLC ("DLF") as counsel of record for the following Plaintiffs/Claimants listed below:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| Gary Blanchard d/b/a Hit-N-Run Charters | 521 Barrow Street, Houma, LA 70360 | 68886 |
| Fleur De Lis Dental Care | 6000 Fleur De Lis Drive, New Orleans, LA 70124 | 71658 |
| Nu Code Shutters & Security Systems, LLC | 1308 Burma Road, Thibodaux, LA 70301 | 72068 |
| Diedrich Trading Company, LLC | 5509 West Park Avenue, Houma, LA 70364 | 66917 |

In support thereof, Movants would show:

1. The above-named Plaintiffs/Claimants retained DLF to serve as counsel with regards to any and all claims Plaintiffs/Claimants had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or around April 19, 2011, the undersigned filed Short Form Joinders on behalf

of Plaintiffs/Claimants.

3. On or around April 18, 2015, Plaintiffs/Claimants were notified by certified mail that DLF would no longer be representing the Plaintiffs/Claimants and of the applicable deadlines and applicable pending Court appearances.

4. Thus, DLF and Plaintiffs/Claimants have terminated their attorney/client relationship and DLF as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiffs/Claimants in this case.

5. This motion is made in good faith and will not prejudice any party.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of The Dugan Law Firm, APLC as counsel of record for Plaintiffs/Claimants in the above-captioned case.

Dated: April 30, 2015              Respectfully submitted,

By: **THE DUGAN LAW FIRM, APLC**

*s/ David B. Franco*
David B. Franco (TXBSA# 24072097)
James R. Dugan, II (LSBA# 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181
Email: dfranco@dugan-lawfirm.com

*Counsel for Plaintiffs/Claimants*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiffs/Claimants on this 30th day of April 2015.

                *s/ David B. Franco*
                David B. Franco, Esq.