UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case Nos. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of The Dugan Law Firm, APLC is hereby **GRANTED** and The Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for the following Plaintiffs/Claimants in the above-captioned case.

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| Gary Blanchard d/b/a Hit-N-Run Charters | 521 Barrow Street, Houma, LA 70360 | 68886 |
| Fleur De Lis Dental Care | 6000 Fleur De Lis Drive, New Orleans, LA 70124 | 71658 |
| Nu Code Shutters & Security Systems, LLC | 1308 Burma Road, Thibodaux, LA 70301 | 72068 |
| Diedrich Trading Company, LLC | 5509 West Park Avenue, Houma, LA 70364 | 66917 |

Signed in New Orleans, Louisiana this _____ day of _____, 2015.

_____
United States District Judge