IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | Section:  J(1) |
| | Judge:  Barbier |
| | Magistrate:  Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 54394) | |

# O R D E R

**IT IS ORDERED** that Andrew Lemmon (LA#18302) and the Lemmon Law Firm be granted leave to substitute for Joel Waltzer (LA #19268) and Waltzer, Wiygul & Garside, L.L.C., as counsel of record for Hai Van Do in the above-captioned matter.

New Orleans, Louisiana this 30th day of April, 2015.

_____
United States District Judge