IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | Section: J(1) |
| | Judge: Barbier |
| | Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 108961) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion is GRANTED and Waltzer Wiygul & Garside, L.L.C. is hereby withdrawn as counsel of record for Plaintiff Edward Phillips, whose contact infromation appears below:

        Edward Phillips
        160 Azeila Dr.
        Port Sulphur, LA 70083
        (504) 912-7129

New Orleans, Louisiana this 30th day of April, 2015.

_____
United States District Judge