UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to:  *No. 12-970* | * * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that BP's motion to file documents under seal (Rec. Doc. 12424) is GRANTED.

FURTHER ORDERED that the motions now filed under seal—BP's s motion to strike reply and BP's alternative motion for leave to file a surreply—are both DENIED.

New Orleans, Louisiana, this 30th day of April, 2015.

_____
United States District Judge