UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: Oil Spill by the Oil Rig      *   MDL No. 2179
       "Deepwater Horizon" in the Gulf *
       of Mexico, on April 20, 2010    *   SECTION J
                                       *
                                       *   JUDGE BARBIER
                                       *   MAGISTRATE SHUSHAN
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**OCEANEERING INTERNATIONAL, INC.'S
MOTION TO BE RELIEVED FROM ANY OBLIGATIONS TO
FURTHER ACCUMULATE AND/OR TO PRESERVE AND STORE AND
PERMITTING OCEANEERING INTERNATIONAL, INC. TO INITIATE
DISPOSAL AND/OR DESTRUCTION OF THE
DOCUMENTS, ELECTRONIC FILES, EVIDENCE AND/OR OTHER DATA
IN A FORMAT OR MEANS AS MAY BE DETERMINED BY
OCEANEERING INTERNATIONAL, INC., SOLELY**</u>

COMES NOW, Oceaneering International, Inc., for itself, its subsidiaries and related entities, who respectfully requests entry of an Order by this Honorable Court with respect to this captioned Civil Action, all related cases, tagalong actions and related Civil Actions therein, relieving Oceaneering International, Inc., its subsidiaries and related entities from any obligations to further accumulate and/or preserve and store documents, electronic files, evidence and/or other data (Preserved Data) and thereby permitting Oceaneering to initiate disposal and/or destruction of the Preserved Data in a format or means as may be determined by Oceaneering, solely, shows:

Oceaneering International, Inc. ("Oceaneering"), non party to this Civil Action and/or Civil Actions therein, for compliance with this Honorable Court's certain Orders in respect of and/or pertaining to the preservation of documents, electronic files, evidence and/or

1

other data (Preserved Data) relevant to the issues in the Civil Actions, accumulated, preserved and stored a substantial volume of documents, electronic files, evidence and other data (Preserved Data). To comply with the Court's Orders, necessitated Oceaneering utilize its assets and the services of its employees and hire third party vendor, Iron Mountain, and in so doing incurred substantial costs and expenses.  Oceaneering and its third party vendor, Iron Mountain, continue to secure and store the Preserved Data at substantial costs which continue to accrue (See Exhibits "A" and "A-1.")

Absent relief of the obligations imposed under this Honorable Court's Orders, Oceaneering will continue to incur substantial costs to preserve and store the Preserved Data.  Oceaneering shows that responses to all discovery requests directed to Oceaneering were provided fully and timely.  The last discovery request to Oceaneering was the Agreed 30(b)(6) Deposition Notice of Oceaneering (with 30(b)(2) Document Requests) dated 27 January 2012, was completed via the 7 and 8 March 2013 depositions of Oceaneering representatives, Anthony Harwin and Kinton Lawler.  There are no outstanding discovery requests to Oceaneering.

Oceaneering requests to be relieved of any and all obligations to further accumulate and/or preserve and store any and all documents, electronic files, evidence and/or other data pertaining to this Civil Action, all related cases, tagalong actions and related Civil Actions therein, thereby permitting Oceaneering to initiate disposal and/or destruction of the Preserved Data in a format or means as may be determined by Oceaneering, solely.

WHEREFORE, Oceaneering International, Inc. respectfully requests entry of an Order by this Honorable Court to be relieved of any and all obligations to further accumulate and/or to preserve and store documents, electronic files, evidence and/or other data any and all documents, electronic files, evidence and/or other data pertaining to this Civil Action, all related cases, tagalong actions and related Civil Actions therein, thereby permitting Oceaneering to initiate disposal and/or destruction of the Preserved Data in a format or means as may be determined by Oceaneering, solely.

Respectfully submitted,

KRAFT GATZ LLC

BY:    /s/ Ralph E. Kraft
       Ralph E. Kraft, ID 7918
       F. Douglas Gatz Jr., ID 16934
       Bryan E. Lege, ID 26378
       600 Jefferson Street, Suite 410
       Lafayette, LA 70501
       (337) 706-1818
       (337) 706-1828 Telefax
Attorneys for Oceaneering International, Inc.

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing in accordance with the procedure established in MDL 2179.

Lafayette, Louisiana, this ___30___ day of April 2015.

   /s/ Ralph E. Kraft
   Ralph E. Kraft