UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Oceaneering International, Inc., for itself and its subsidiaries and related entities filed a Motion to be Relieved From Any Obligations to Further Accumulate and/or to Preserve and Store Documents, Electronic Files, Evidence and/or Other Data as respects the captioned Civil Action, all related cases, tagalong actions and related Civil Actions therein thereby permitting Oceaneering to initiate disposal and/or destruction of the Preserved Data in a format or means as may be determined by Oceaneering, solely.

IT IS ORDERED that Oceaneering International, Inc.'s Motion is set for submission on the _____ day of _____ 2015.  Any opposition thereto shall be submitted by close of business on the _____ day of _____ 2015.

THUS DONE AND SIGNED, this _____ day of _____ 2015, New Orleans, Louisiana.

                                                                                   _____
                                                               MAGISTRATE JUDGE SALLY SHUSHAN

4