## DECLARATION OF SEAN ERNEST WALSH

COMES NOW, Sean Ernest Walsh, who makes the following declaration under 28 U.S.C. § 1746:

I am a citizen of the United States, resident of Harris County, Texas, am over eighteen (18) years of age, have never been convicted of any felony or misdemeanor involving moral turpitude, am in possession of my mental faculties and competent to make this Declaration.

I.

At all times relevant, Declarant was employed by Oceaneering International, Inc. ("Oceaneering") formerly in the capacity of Americas Technology Manager, presently Western Hemisphere Senior IT Manager. Declarant has personal knowledge of all matters stated herein and is competent to testify as follows:

II.

This Honorable Court issued certain Orders in respect of, pertaining to and/or for preservation of documents, electronic files, evidence and/or other data in the Civil Action "In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010", MDL No. 2179, United States District Court, Eastern District of Louisiana, all related cases, tagalong actions and related Civil Actions therein. To ensure compliance with said Orders, to include Pre-trial Order No. 16, necessitated

SEW    4/30/2015
        Date

Page 1 of 2



EXHIBIT A

and Oceaneering utilized its employees and assets to accumulate, preserve and store a substantial volume of documents, electronic files, evidence and other data (Preserved Data) and hire third party vendor, Iron Mountain, to secure and store the said Preserved Data at substantial cost and expense to Oceaneering.

III.

Oceaneering and third party vendor, Iron Mountain, continue to secure and store Preserved Data the cost for which continue to accrue (See attached Exhibit A-1).

IV.

Iron Mountain charges to Oceaneering to secure and store the Preserved Data through 31 January 2015 total $129,382.34, which continue to accrue at $6,255.16 each month.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of April 2015.

Sean Ernest Walsh

SEW   4/30/2015
Date