Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 11/30/2010 | 102987674 | Administrative Fee | | $0.000 | $0.00 | $0.00 | $0.00 |
| 11/30/2010 | 102987674 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 11/30/2010 | 102987674 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 11/30/2010 | 102987674 | Media Care Monthly | | $0.000 | $0.00 | $0.00 | $0.00 |
| 11/30/2010 | 102987674 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 11/30/2010 | 102987674 | Handling - Containers | | $2.930 | $117.20 | $9.38 | $126.58 |
| 11/30/2010 | 102987674 | Container - Iron Mountain Multi Media | 40 | $16.500 | $660.00 | $52.80 | $712.80 |
| | 102987674 Total | | | | | | $839.38 |
| 12/31/2010 | 103022441 | Administrative Fee | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2010 | 103022441 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2010 | 103022441 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2010 | 103022441 | Media Care Monthly | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2010 | 103022441 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2010 | 103022441 | Handling - Containers | | $2.930 | $275.42 | $22.03 | $297.45 |
| 12/31/2010 | 103022441 | Container - Iron Mountain Multi Media | 74 | $16.500 | $1,121.00 | $97.68 | $1,218.68 |
| | 103022441 Total | | | | | | $1,516.13 |
| 1/31/2011 | 103056981 | Administrative Fee | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2011 | 103056981 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2011 | 103056981 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2011 | 103056981 | Media Care Monthly | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2011 | 103056981 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2011 | 103056981 | Handling - Containers | | $2.930 | $76.18 | $6.09 | $82.27 |
| 1/31/2011 | 103056981 | Container - Iron Mountain Multi Media | 86 | $16.500 | $1,419.00 | $113.52 | $1,532.52 |
| | 103056981 Total | | | | | | $1,614.79 |
| 5/31/2011 | 103193363 | Administrative Fee | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2011 | 103193363 | Fuel Surcharge | | $24.360 | $24.36 | $0.00 | $24.36 |
| 5/31/2011 | 103193363 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2011 | 103193363 | Media Care Monthly | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2011 | 103193363 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2011 | 103193363 | May 11, 2011 REQ#: 111695 BY: IM, PERSO | | $165.000 | $165.00 | $0.00 | $165.00 |
| 5/31/2011 | 103193363 | May 23, 2011 REQ#: 111783 BY: TROXCLAIR | | $125.000 | $125.00 | $0.00 | $125.00 |
| 5/31/2011 | 103193363 | Handling - Containers | | $2.930 | $105.48 | $8.44 | $113.92 |
| 5/31/2011 | 103193363 | Container - Iron Mountain Multi Media | 144 | $16.500 | $2,376.00 | $190.08 | $2,566.08 |
| | 103193363 Total | | | | | | $2,994.36 |



EXHIBIT A-1

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 7/31/2011 | 103276258 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 7/31/2011 | 103276258 | Fuel Surcharge | | $12.630 | $12.63 | $0.00 | $12.63 |
| 7/31/2011 | 103276258 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 7/31/2011 | 103276258 | Media Care Monthly | | $0.000 | $0.00 | $0.00 | $0.00 |
| 7/31/2011 | 103276258 | Transporation - Per Trip | | $26.312 | $131.56 | $0.00 | $131.56 |
| 7/31/2011 | 103276258 | Handling - Containers | | $1.689 | $15.20 | $0.00 | $15.20 |
| 7/31/2011 | 103276258 | Container - Plastic (Large) | 5 | $14.903 | $74.52 | $0.00 | $74.52 |
| | 103276258 Total | | | | | | $259.03 |
| 3/31/2012 | 103523278 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 3/31/2012 | 103523278 | Fuel Surcharge | | $13.730 | $13.73 | $0.00 | $13.73 |
| 3/31/2012 | 103523278 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2012 | 103523278 | Media Care Monthly | | $90.200 | $90.20 | $7.49 | $97.69 |
| 3/31/2012 | 103523278 | Transporation - Per Trip | | $44.013 | $176.05 | $0.00 | $176.05 |
| 3/31/2012 | 103523278 | Handling - Containers | | $2.824 | $56.48 | $4.69 | $61.17 |
| 3/31/2012 | 103523278 | Container - Iron Mountain Multi Media | 208 | $16.183 | $3,366.06 | $279.38 | $3,645.44 |
| | 103523278 Total | | | | | | $4,021.28 |
| 5/31/2012 | 103587427 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 5/31/2012 | 103587427 | Fuel Surcharge | | $10.290 | $10.29 | $0.00 | $10.29 |
| 5/31/2012 | 103587427 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2012 | 103587427 | Media Care Monthly | | $90.200 | $90.20 | $7.49 | $97.69 |
| 5/31/2012 | 103587427 | Transporation - Per Trip | | $53.581 | $107.16 | $0.00 | $107.16 |
| 5/31/2012 | 103587427 | Handling - Containers | | $2.824 | $45.18 | $3.75 | $48.93 |
| 5/31/2012 | 103587427 | Container - Iron Mountain Multi Media | 224 | $16.183 | $3,624.99 | $300.87 | $3,925.86 |
| | 103587427 Total | | | | | | $4,217.13 |
| 8/31/2012 | 103682607 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 8/31/2012 | 103682607 | Fuel Surcharge | | $10.300 | $10.30 | $0.00 | $10.30 |
| 8/31/2012 | 103682607 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2012 | 103682607 | Media Care Monthly | | $90.200 | $90.20 | $7.49 | $97.69 |
| 8/31/2012 | 103682607 | Transporation - Per Trip | | $44.013 | $132.04 | $0.00 | $132.04 |
| 8/31/2012 | 103682607 | Handling - Containers | | $2.824 | $90.37 | $7.50 | $97.87 |
| 8/31/2012 | 103682607 | Container - Iron Mountain Multi Media | 250 | $16.183 | $4,045.75 | $335.80 | $4,381.55 |
| | 103682607 Total | | | | | | $4,746.65 |

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12/31/2012 | 103808034 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 12/31/2012 | 103808034 | Fuel Surcharge | | $5.140 | $5.14 | $0.00 | $5.14 |
| 12/31/2012 | 103808034 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 | 103808034 | Media Care Monthly | | $90.200 | $90.20 | $7.49 | $97.69 |
| 12/31/2012 | 103808034 | Transporation - Per Trip | | $53.581 | $53.58 | $0.00 | $53.58 |
| 12/31/2012 | 103808034 | Handling - Containers | | $2.824 | $33.89 | $2.81 | $36.70 |
| 12/31/2012 | 103808034 | Container - Iron Mountain Multi Media | 274 | $16.183 | $4,434.14 | $368.03 | $4,802.17 |
| | 103808034 Total | | | | | | $5,022.48 |
| 2/28/2013 | 103870136 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 2/28/2013 | 103870136 | Fuel Surcharge | | $5.210 | $5.21 | $0.00 | $5.21 |
| 2/28/2013 | 103870136 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 2/28/2013 | 103870136 | Media Care Monthly | | $94.710 | $94.71 | $7.86 | $102.57 |
| 2/28/2013 | 103870136 | Transporation - Per Trip | | $57.942 | $57.94 | $0.00 | $57.94 |
| 2/28/2013 | 103870136 | Handling - Containers | | $3.054 | $61.08 | $5.07 | $66.15 |
| 2/28/2013 | 103870136 | Container - Iron Mountain Multi Media | 290 | $17.308 | $5,019.32 | $416.60 | $5,435.92 |
| | 103870136 Total | | | | | | $5,694.99 |
| 3/31/2013 | 103900835 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 3/31/2013 | 103900835 | Fuel Surcharge | | $9.730 | $9.73 | $0.00 | $9.73 |
| 3/31/2013 | 103900835 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2013 | 103900835 | Media Care Monthly | | $94.710 | $94.71 | $7.86 | $102.57 |
| 3/31/2013 | 103900835 | Transporation - Per Trip | | $57.942 | $115.88 | $0.00 | $115.88 |
| 3/31/2013 | 103900835 | Handling - Containers | | $3.054 | $54.97 | $4.56 | $59.53 |
| 3/31/2013 | 103900835 | Container - Iron Mountain Multi Media | 298 | $17.308 | $5,157.78 | $428.10 | $5,585.88 |
| | 103900835 Total | | | | | | $5,900.79 |
| 4/30/2013 | 103931229 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 4/30/2013 | 103931229 | Fuel Surcharge | | $5.560 | $5.56 | $0.00 | $5.56 |
| 4/30/2013 | 103931229 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 4/30/2013 | 103931229 | Media Care Monthly | | $94.710 | $94.71 | $7.86 | $102.57 |
| 4/30/2013 | 103931229 | Transporation - Per Trip | | $57.942 | $57.94 | $0.00 | $57.94 |
| 4/30/2013 | 103931229 | Handling - Containers | | $3.054 | $24.43 | $2.03 | $26.46 |
| 4/30/2013 | 103931229 | Container - Iron Mountain Multi Media | 304 | $17.308 | $5,261.63 | $436.72 | $5,698.35 |
| | 103931229 Total | | | | | | $5,918.08 |

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 5/31/2013 | 103961714 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 5/31/2013 | 103961714 | Fuel Surcharge | | $5.560 | $5.56 | $0.00 | $5.56 |
| 5/31/2013 | 103961714 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2013 | 103961714 | Media Care Monthly | | $94.710 | $94.71 | $7.86 | $102.57 |
| 5/31/2013 | 103961714 | Transporation - Per Trip | | $57.942 | $57.94 | $0.00 | $57.94 |
| 5/31/2013 | 103961714 | Handling - Containers | | $3.054 | $48.86 | $4.06 | $52.92 |
| 5/31/2013 | 103961714 | Container - Iron Mountain Multi Media | 314 | $17.308 | $5,434.71 | $451.08 | $5,885.79 |
| | 103961714 Total | | | | | | $6,131.98 |
| 6/30/2013 | 103992209 | Administrative Fee | | $25.120 | $25.12 | $2.08 | $27.20 |
| 6/30/2013 | 103992209 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2013 | 103992209 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2013 | 103992209 | Media Care Monthly | | $94.710 | $94.71 | $7.86 | $102.57 |
| 6/30/2013 | 103992209 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2013 | 103992209 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2013 | 103992209 | Container - Iron Mountain Multi Media | 314 | $17.308 | $5,434.71 | $451.08 | $5,885.79 |
| | 103992209 Total | | | | | | $6,015.56 |
| 7/31/2013 | 200001480 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 7/31/2013 | 200001480 | Fuel Surcharge | | $4.870 | $4.87 | $0.00 | $4.87 |
| 7/31/2013 | 200001480 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 7/31/2013 | 200001480 | Media Care Monthly | | $94.710 | $94.71 | $0.00 | $94.71 |
| 7/31/2013 | 200001480 | Transporation - Per Trip | | $57.942 | $57.94 | $0.00 | $57.94 |
| 7/31/2013 | 200001480 | Handling - Containers | | $3.054 | $67.19 | $0.00 | $67.19 |
| 7/31/2013 | 200001480 | Container - Iron Mountain Multi Media | 326 | $17.308 | $5,642.41 | $0.00 | $5,642.41 |
| | 200001480 Total | | | | | | $5,892.24 |
| 8/31/2013 | 200030573 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 8/31/2013 | 200030573 | Fuel Surcharge | | $9.730 | $9.73 | $0.00 | $9.73 |
| 8/31/2013 | 200030573 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2013 | 200030573 | Media Care Monthly | | $94.710 | $94.71 | $0.00 | $94.71 |
| 8/31/2013 | 200030573 | Transporation - Per Trip | | $57.942 | $115.88 | $0.00 | $115.88 |
| 8/31/2013 | 200030573 | Handling - Containers | | $3.054 | $54.97 | $0.00 | $54.97 |
| 8/31/2013 | 200030573 | Container - Iron Mountain Multi Media | 332 | $17.308 | $5,746.26 | $0.00 | $5,746.26 |
| | 200030573 Total | | | | | | $6,046.67 |

014326

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 9/30/2013 | 200061731 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 9/30/2013 | 200061731 | Fuel Surcharge | | $9.730 | $9.73 | $0.00 | $9.73 |
| 9/30/2013 | 200061731 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 9/30/2013 | 200061731 | Media Care Monthly | | $94.710 | $94.71 | $0.00 | $94.71 |
| 9/30/2013 | 200061731 | Transporation - Per Trip | | $57.942 | $115.88 | $0.00 | $115.88 |
| 9/30/2013 | 200061731 | Handling - Containers | | $3.054 | $54.97 | $0.00 | $54.97 |
| 9/30/2013 | 200061731 | Container - Iron Mountain Multi Media | 344 | $17.308 | $5,953.95 | $0.00 | $5,953.95 |
| | 200061731 Total | | | | | | $6,254.36 |
| 1/31/2014 | 200181525 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 1/31/2014 | 200181525 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2014 | 200181525 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2014 | 200181525 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 1/31/2014 | 200181525 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2014 | 200181525 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2014 | 200181525 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200181525 Total | | | | | | $6,255.16 |
| 2/28/2014 | 200211272 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 2/28/2014 | 200211272 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 2/28/2014 | 200211272 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 2/28/2014 | 200211272 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 2/28/2014 | 200211272 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 2/28/2014 | 200211272 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 2/28/2014 | 200211272 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200211272 Total | | | | | | $6,255.16 |
| 3/31/2014 | 200240362 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 3/31/2014 | 200240362 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2014 | 200240362 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2014 | 200240362 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 3/31/2014 | 200240362 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2014 | 200240362 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 3/31/2014 | 200240362 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200240362 Total | | | | | | $6,255.16 |

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 5/31/2014 | 200298365 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 5/31/2014 | 200298365 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2014 | 200298365 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2014 | 200298365 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 5/31/2014 | 200298365 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2014 | 200298365 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 5/31/2014 | 200298365 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200298365 Total | | | | | | $6,255.16 |
| 6/30/2014 | 200328651 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 6/30/2014 | 200328651 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2014 | 200328651 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2014 | 200328651 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 6/30/2014 | 200328651 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2014 | 200328651 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 6/30/2014 | 200328651 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200328651 Total | | | | | | $6,255.16 |
| 8/31/2014 | 200385323 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 8/31/2014 | 200385323 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2014 | 200385323 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2014 | 200385323 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 8/31/2014 | 200385323 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2014 | 200385323 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 8/31/2014 | 200385323 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200385323 Total | | | | | | $6,255.16 |
| 9/30/2014 | 200413317 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 9/30/2014 | 200413317 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 9/30/2014 | 200413317 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 9/30/2014 | 200413317 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 9/30/2014 | 200413317 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 9/30/2014 | 200413317 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 9/30/2014 | 200413317 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200413317 Total | | | | | | $6,255.16 |

Iron Mountain Invoices to Oceaneering International

| Invoice Date | Invoice Number | Item Description | Quantity | Unit Price Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12/31/2014 | 200500231 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 12/31/2014 | 200500231 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2014 | 200500231 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2014 | 200500231 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 12/31/2014 | 200500231 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2014 | 200500231 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 12/31/2014 | 200500231 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200500231 Total | | | | | | $6,255.16 |
| 1/31/2015 | 200528022 | Administrative Fee | | $25.120 | $25.12 | $0.00 | $25.12 |
| 1/31/2015 | 200528022 | Fuel Surcharge | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2015 | 200528022 | 3RD Party Charge - Shipping | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2015 | 200528022 | Media Care Monthly | | $97.550 | $97.55 | $0.00 | $97.55 |
| 1/31/2015 | 200528022 | Transporation - Per Trip | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2015 | 200528022 | Handling - Containers | | $0.000 | $0.00 | $0.00 | $0.00 |
| 1/31/2015 | 200528022 | Container - Iron Mountain Multi Media | 344 | $17.827 | $6,132.49 | $0.00 | $6,132.49 |
| | 200528022 Total | | | | | | $6,255.16 |
| | Grand Total | | | | | | $129,382.34 |

014326