UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| **This Document Relates To:** | * | **SECTION: J** |
| *Nos. 10-3896, 11-826* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court is Seacor's Motion for Summary Judgment, which seeks the dismissal of DuWayne Mason's claims. (Rec. Doc. 13520).

IT IS ORDERED that any response to Seacor's motion shall be filed by <u>Friday, May 22, 2015</u> and shall not exceed 25 pages, double spaced. Any reply by Seacor shall be filed by <u>Friday, May 29, 2015</u> and shall not exceed 10 pages.

The Court will inform the parties if it requires oral argument on this matter.

New Orleans, Louisiana, this 1st day of May, 2015.

_____
United States District Judge