UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

**MOTION FOR STATUS CONFERENCE**

**NOW COME** Plaintiffs Melancon | Rimes, LLC, Sterbcow Law Group, LLC, Jason L. Melancon, and Marx D. Sterbcow, who respectfully file this *Motion for Status Conference* and seek an order granting an in-person status conference before Magistrate Judge Sally Shushan for the following reasons, to wit:

1.

Plaintiffs jointly represented thousands of Hispanic cleanup workers who filed claims for benefits arising under the *Medical Benefits Class Action Settlement Agreement as amended May 1, 2012*. Plaintiffs' names, including Jason L. Melancon and Marx D. Sterbcow, were expressly identified on thousands of contingency fee contracts.

2.

Without Plaintiffs' prior approval, Defendants issued a letter to all jointly represented clients that Messrs. Melancon and Sterbcow no longer represented their respective legal interests, and advised all clients to execute an amended contingency fee contract that removed Plaintiffs' names from same.

1

3.

In response to this Honorable Court's order dated March 20, 2014 (MDL Doc. 12555), Plaintiffs filed a claim for an apportionment of attorney fees before the medical benefits claims administrator, Garretson Resolution Group, and (2) further filed the above captioned lawsuit seeking additional damages and equitable relief as permitted by law.

4.

In subsequent discussions, however, Garretson Resolution Group advised Plaintiffs that they were required to submit specific information with respect to each client not otherwise in Plaintiffs' possession; that there existed no procedural means for Plaintiffs conduct discovery for the necessary information within the claims administration process itself; and that Plaintiffs needed to find an alternate route to conduct discovery for the claims information. Thus, discovery in this matter is required to obtain the requisite claim information from Defendants.

5.

Given the overall stay of litigation, on November 4, 2014 (MDL Doc. 13619), Plaintiffs filed a *Motion to Conduct and/or Lift Stay of Discovery, and Motion to Enjoin the Payment of Attorney Fees Pending Final Discovery and Claim/Lien Filing*. To date, this Court has rendered no ruling on Plaintiffs' motion.

6.

On November 26, 2014, this Court held that all medical benefits claimants diagnosed with medical ailments after April 16, 2012 must file a separate "BELO" lawsuit.

7.

To protect their legal interests, Plaintiffs now need to identify all disputed clients who fall outside the administrative claims process and must consequently file a BELO lawsuit.

8.

Plaintiffs further seek to discuss whether the above captioned matter should be severed from the overall consolidated "Deepwater Horizon" litigation so that discovery and other litigation activities can commence.

**WHEREFORE**, Plaintiffs pray for an in-person status conference before Magistrate Judge Sally Shushan to discuss how the above captioned matter should proceed within the overall context of the "Deepwater Horizon" litigation.

**Respectfully Submitted:**

| **Melancon | Rimes, LLC** | **Sterbcow Law Group, LLC** |
|---|---|

s/ Jason L. Melancon                          s/Marx D. Sterbcow

Jason L. Melancon, La. Bar No. 28152          Marx D. Sterbcow, La. Bar No. 28425
Robert C. Rimes, La. Bar No. 28740            1734 Prytania Street
Rachel Abadie, La. Bar No. 34413              New Orleans, LA 70130
8706 Jefferson Hwy., Suite A                  Telephone: (504) 523-4930
Baton Rouge, LA 70809                         Fax: (888) 241-6248
Telephone: (225) 303-0455
Fax: (225) 303-0459

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on counsel for Defendants named herein via email delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Signed this 1st day of May, 2015, at Baton Rouge, Louisiana.

s/ Jason L. Melancon

4