UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

ORDER

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS HEREBY ORDERED** that the all parties shall appear before Magistrate Judge Sally Shushan on the ____ day of _____, 2015 at New Orleans, LA for an in person status conference.

Signed this ____ day of _____, 2015 at New Orleans, LA.

_____
Magistrate Judge Sally Shushan

1