UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### LIBERTY INSURANCE UNDERWRITERS, INC.'S
### *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

Defendant, Liberty Insurance Underwriters, Inc. ("LIU"), respectfully moves that Celeste R. Coco-Ewing, Bar No. 25002, of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., be permitted to withdraw as counsel of record for LIU in the above-referenced matter. LIU will continue to be represented by other existing counsel listed below.

**WHEREFORE**, LIU prays that this Court enter an Order permitting Celeste R. Coco-Ewing to withdraw as counsel of record for Defendant, Liberty Insurance Underwriters, Inc.

Dated: May 1, 2015

                                          Respectfully submitted,

                                          */s/ Celeste R. Coco-Ewing*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

And

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Robert G. Dees, PRO HAC VICE
Federal I.D. 13899
MARTIN, DISIERE, JEFFERSON &
  WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

*Attorneys for Liberty Insurance Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2015.

/s/ *Celeste R. Coco-Ewing*

*1066777_1*