UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel of Record for Defendant Liberty Insurance Underwriters, Inc. ("LIU:");

**IT IS ORDERED** that Celeste R. Coco-Ewing, Bar No. 25002, be withdrawn as counsel of record in this proceeding, representing LIU.

New Orleans, Louisiana, this _____ day of May, 2015.

_____
JUDGE

*1066778_1*