# FRAUDULENT BP CLAIMS PAYMENTS REPRESENT *LESS THAN 1%* OF ALL CLAIMS

| | | |
|---|---|---|
| **TOTAL PAYMENTS** | $11,000,000,000[1] | 100% |
| **VALID CLAIMS** | $10,985,830,488 | 99.87% |
| **"FRAUDULENT" CLAIMS** (according to BP) | $14,169,512[2] | 0.13% |

[1] Source for BP's Claim Payments:
   www.bp.com/en/global/corporate/gulf-of-mexico-restoration/deepwater-horizon-accident-and-response/compensating-the-people-and-communities-affected (as of Nov. 3, 2014)
[2] Source for BP's "Fraud" Payments: https://www.thestateofthegulf.com/the-whole-story (as of Nov. 3, 2014)

1

# BP FRAUD CLAIMS PAYMENTS v. TYPICAL ORGANIZATION'S FRAUD LOSSES

|  | OVER 4 YEARS | ANNUALLY |
|---|---|---|
| **BP** | $11,000,000,000 = Total Claims Payments<br><br>$14,169,512 = Fraudulent Claims Payments[1]<br>(according to BP)<br><br>Less than 1% (0.13%) = % of Fraudulent Claims Payments | $2,750,000,000 = Total Claims Payments *(average)*<br><br>$3,542,378 = Fraudulent Claims Payments<br>*(average)* (according to BP)<br><br>0.0325% = Fraudulent Claims Payments |
| **Typical Organization** | $11,000,000,000 = Assumed Total Revenue<br><br>$550,000,000 = Losses to Fraud<br><br>20% = % of Annual Revenues Lost to Fraud | $2,750,000,000 = Assumed Annual Revenue<br><br>$137,500,000 = Losses to Fraud<br><br>5% = Losses to Fraud [2] |

[1] Source for BP's "Fraud" Payments: https://www.thestateofthegulf.com/the-whole-story (as of Nov. 3, 2014)
[2] Association of Certified Fraud Examiners, *2014 Global Fraud Study, Report to the Nations on Occupational Fraud and Abuse*

2

# BP FRAUD CLAIMS PAYMENTS v. TYPICAL ORGANIZATION'S FRAUD LOSSES

|  | BP<br>(Claims Payments Over 4 Yrs)[1] | TYPICAL ORGANIZATION<br>(Revenue Over 4 Yrs) |
|---|---|---|
| **TOTAL =**<br>Claims Payments/Total Revenues | $11,000,000,000 | $11,000,000,000 |
| **$$ LOSSES =** | $14,169,512<br>"Fraudulent" Claims Payments[2]<br>(according to BP) | $550,000,000<br>Losses to Fraud[3] |

[1] Source for BP's Claim Payments:
   www.bp.com/en/global/corporate/gulf-of-mexico-restoration/deepwater-horizon-accident-and-response/compensating-the-people-and-communities-affected (as of Nov. 3, 2014)
[2] Source for BP's "Fraud" Payments: https://www.thestateofthegulf.com/the-whole-story (as of Nov. 3, 2014)
[3] Typical organizations lose 5% of annual income to fraud. Assuming $2,750,000,00 in annual income ($11,000,000,000 ÷ 4), a typical organization would lose $137,5000,000 annually to fraud. Over 4 years, the organization would lose $550,000,000 ($137,500,000 x 4).
*(Association of Certified Fraud Examiners, 2014 Global Fraud Study, Report to the Nations on Occupational Fraud and Abuse)*

3

# BP TOTAL CLAIMS PAID TO DATE $11,000,000,000 [1]



Non-Fraud Claim Payments = **99.87%**
($10,985,830,488.00) [3]

Fraudulent Claims Paid = **0.13%**
($14,169,512.00) [2]

[1] Source for BP's Claim Payments:
www.bp.com/en/global/corporate/gulf-of-mexico-restoration/deepwater-horizon-accident-and-response/compensating-the-people-and-communities-affected (as of Nov. 3, 2014)
[2] Source for BP's "Fraud" Payments: https://www.thestateofthegulf.com/the-whole-story (as of Nov. 3, 2014)
[3] $10,985,830,488 paid on non-fraudulent claims ($11,000,000,000 Total claims paid, less $14,169,512 in fraudulent payments)

4

# NO Superdome to Chicago's Soldier Field



How far will 0.13%[1] of this trip get you?

## 1.2 miles

*Still in Orleans Parish*

The distance from the 📍 New Orleans Superdome to 📍 Chicago's Soldier Field is 925 miles

0.13 % of the distance between stadiums = 1.2 miles

[1] Source for BP's "Fraud" Payments:
https://www.thestateofthegulf.com/the-whole-story   (as of Nov. 3, 2014)

5

# The total of "fraudulent" claims (according to BP)[1] paid compared to the total claims paid (0.13%) Compares to 95 fans in a packed Superdome



There are 95 seats in Rows 4 - 8 of Section 604

**0.13 % of the 73,208 seating capacity of the Superdome = 95.17**

[1] Source for BP's "Fraud" Payments: https://www.thestateofthegulf.com/the-whole-story (as of Nov. 3, 2014)

6

# 0.13%[1] of a football field (47,700 sq ft) = 3 yds x 2.3 yds (62 sq ft)

**The total of "fraudulent" claims (according to BP)[1] paid compared to the total claims paid (0.13%)**

**Is equivalent to <span style="color:red">492</span> residents out of the total population of the City of New Orleans**



**2013 City of New Orleans Population 378,715 x 0.13% = 492**



[1] Source for BP's "Fraud" Payments:
https://www.thestateofthegulf.com/the-whole-story
(as of Nov. 3, 2014)

8