| | |
|---|---|
| **From:** | Steve Herman |
| **Sent:** | Thursday, March 05, 2015 7:51 PM |
| **To:** | Special Master Freeh |
| **cc:** | Jim Roy; Judge Shushan; Patrick Juneau; Thomas Souther; Frank Piantidosi Greg Paw; Randall Black; Michael Juneau; J. David Forsyth; David Welker; Rick Stanley; Phil Wittmann; 'Holstein, Mark E'; Cantor, Daniel A. |
| **Subject:** | BP Oil - Pot. "Fraud" Investigations re Claims with Alleged "Alternative Causation" |
| **Attachments:** | Class Amicus - Causation 2-20-2015.pdf BP Response to Class Amicus - Alternative Causation 2-25-2015 (redacted).pdf E-Mails with BP Counsel re Alternative Causation 2-2015.pdf From BP Annual Report (2014) 3-3-2015.pdf |

Dear Special Master Freeh,

We are glad to hear that you have had a speedy and successful recovery, and look forward to seeing you again soon.

While we thought that the "alternative causation" issue had been put to rest, BP continues to argue that a BEL Claimant who has satisfied the objective Causation standards set forth in Exhibit 4B may nevertheless be guilty of making some type of allegedly "fraudulent" attestation if the loss was arguably not due to the Spill according to some as-yet-undefined and inherently subjective standard. Class Counsel, of course, strongly disagree. (*see generally* attached)

We would like to be able to assure BEL Claimants who have been paid by the Settlement Program that they will not be the subject of any type of "fraud" investigation or claw-back effort based on BP's contention that the business' losses were not due to the *Deepwater Horizon* Incident, despite having satisfied the objective standards that BP agreed would satisfy causation in Exhibit 4B.

If the Special Master's Office has a different understanding, position, or intent, please let us know.

As always, we appreciate your time and consideration in this matter.

Respectfully submitted,
Class Counsel