# MEMORANDUM

**To:**     Special Master Louis J. Freeh

**From:** Class Counsel

**Re:**     <u>Communications from BP re Individual Claimants or Claims</u>

**Date:**  March 12, 2015


      Class Counsel have suggested to BP Counsel in the past that it was not appropriate for BP to make Claim-specific arguments or allegations or to provide Claim-specific information to the Settlement Program outside of the settlement program appeals process made available to BP through negotiation, agreement and approval of Section 6 of the Settlement Agreement.

      Additionally, while in some cases BP has copied Class Counsel on communications regarding Claim- and/or Claimant-specific arguments or allegations, BP did not appear to have copied the individual Claimants, or counsel if represented, at issue.

      Finally, it is Class Counsel's recollection that, at some point, a List of 700 allegedly "fraudulent" claims, and/or a BELO List, and/or perhaps other lists or information regarding specific Claimants and/or Claims were shared between BP and the Settlement Program and/or the Special Master's Office, which we do not recall being provided to Class Counsel.

      Class Counsel continue to respectfully object to BP's submission of any argument or allegations and/or information regarding a specific Claim or Claimant outside of the Settlement Program Section 6 Appeal and/or Request for Discretionary Review Process, and request that, if such communications are to be permitted, BP be required at the very least to copy the Claimant, or Claimant's counsel if represented.  And would further request that any past *ex parte* communications from BP to the Settlement Program and/or to the Special Master's Office be provided to the applicable Claimant, or Claimant's counsel if represented.


cc: Hon. Sally Shushan
    Patrick A. Juneau, Claims Administrator
    David Welker, Head of FWA
    Counsel for BP