UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Wednesday, April 29, 2015]

1. **Dr. Keivan Deravi**.

    Alabama is working on the review and production of Dr. Deravi's custodial file. It contends that some of the documents produced for Dr. Deravi are subject to an objection based on Rule 408 of the Federal Rules of Evidence. Documents subject to such an objection are discoverable. The issue as to their admissibility remains for the District Judge.

2. **Alabama's Third Party Discovery**.

    Alabama produced documents received from Danos & Curole. The documents from Crowder Gulf were mailed to BPXP on April 29.

    Alabama served subpoenas on and has been in contact with Waste Management Group, Swift and The Response Group.

    BPXP and Alabama agreed that the Polaris production will be satisfied with the GIS files, reports found on the Sharepoint site, and the custodial file for Elliot Taylor.

3. **BPXP's Third Party Discovery**.

    Production for the Gulf Coast Convention and Visitors Bureau is complete. It is available for deposition on Wednesday, June 10, 2015.

Production for the University of Alabama is complete. It offered the following dates for its deposition: June 1-3, June 9-12, and June 17 or 18.

Issues concerning the scope of production for Mobile and Baldwin Counties are resolved. There is no schedule for document production or depositions.

4. **BPXP's Production**.

The parties agreed that the meeting with BPXP's technical person was helpful. Going forward BPXP will provide technical information and assistance as needed to Alabama concerning the GIS data.

Alabama's issues with BPXP's reports and the production for Mike Robertson and Gary Hayward were resolved.

5. **Alabama's Production**.

BPXP produced a sample set of 100 email communications that were produced by it and not found in its search of the custodial files for Jenkins and Collins. Alabama responds that it has answers for each of the emails. It contends that the sample does not demonstrate a systemic problem. By Friday, May 1, Alabama shall send BPXP its explanation for each of the 100 emails with a copy to the Court.

Alabama anticipates that Production Twelve will go out to BPXP by May 1.

After Production 12, Alabama will produce Dr. Deravi's custodial file, Dr. Hayworth's custodial file, and custodial documents for fact witnesses. It will also produce documents from the Alabama departments found in response to the most recent effort to make sure all relevant, non-privileged documents are produced.

6. **Designation of Witnesses for Rule 30(b)(6) Topics**.

On May 1, 2015, the parties will begin identifying the witnesses for the Rule 30(b)(6) topics. The identification will be completed by May 11, 2015.

7. **Depositions**.

Kathleen Baxter.

Baxter is with the Alabama Comptroller's Office. She will be a Rule 30(b)(6) witness on one topic and will not be a fact witness. Alabama does not intend to call her at the trial. Her designated testimony is not related to the files and reports in Dr. Deravi's custodial file.

Assuming Production Twelve is made by Monday, May 4, BPXP should be ready to depose Baxter on May 11.

Kelly Butler.

Butler is with the Executive Budget Office at Alabama Department of Finance. He possesses factual knowledge about budgets. Alabama does not know whether he will be designated as a Rule 30(b)(6) witness.

Chris Blankenship.

Blankenship will be a Rule 30(b)(6) witness for Alabama. The topic will probably be DCNR's saltwater fishing license claim. Blankenship's documents will be in Production Twelve.

Sherril Parris.

She will be a fact witness and not a Paris 30(b)(6) witness. Paris is a possible witness for the early part of the deposition schedule.

Bryan Prescott.

Alabama will designate the Rule 30(b)(6) topic for Prescott.

Third Party Witnesses.

Unless Alabama can get the third party witnesses sought by BPXP to change to earlier dates, the June dates for their depositions will be used.

Baldwin and Mobile Counties.

Alabama will talk to them about completing their document production, so that dates can be set for their depositions prior to June.

Maria Travis.

Travis is a BPXP witness, who can be deposed on the front end of the schedule.

Jim Poore.

Poore is a BPXP witness, who can be deposed on the front end of the schedule.

Mike Robertson.

Robertson is a BPXP witness.  There may be an issue with additional information to be provided on a $12 million grant.  The parties will resolve the production of the grant information by Friday, May 1.  Subject to the grant information production, Robertson can be deposed on the front end of the schedule.

Laura Folse.

She cannot be deposed at the present time.  BPXP will advise as to her availability.

Ayana McIntosh-Lee.

McIntosh-Lee is a BPXP witness who works in Indonesia.  BPXP will work on July dates for her deposition and coordinate with Alabama.

8. **Next Telephone Conference**.

The next telephone conference is scheduled on **Wednesday, May 6, 2015, at 2:00 p.m**. concerning Production Twelve and scheduling witnesses for depositions.

New Orleans, Louisiana, this 4th day of May, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**