UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases, including 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Oceaneering's Motion to be relieved from Preservation Obligations (Rec. doc. 14511)]**

On April 30, 2015, Oceaneering International, Inc. ("Oceaneering), filed a motion to be relieved from preservation obligations.

IT IS ORDERED that: (1) Oceaneering's motion to be relieved from preservation obligations (Rec. doc. 14511) is set for submission on **Wednesday, May 20, 2015**, on briefs and without oral argument; and (2) the deadline for any opposition is **Tuesday, May 12, 2015**.

New Orleans, Louisiana, this 4th day of May, 2015.

                                                SALLY SHUSHAN
                                                **United States Magistrate Judge**