**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

**ORDER**
**[Scheduling Status Conference]**

A status conference is scheduled for <u>Thursday, June 18, 2015 at 9:30 a.m. CDT</u> in courtroom C-268.   The parties shall report on the following matters:

   a.   Alabama Compensatory Trial

   b.   OPA Test Cases

   c.   Any Remaining Bundle A Claims

   d.   Pretrial Order No. 57 [Establishing a Protocol for Disclosures Clarifying the Basis for the B3 Claims Against the Clean-Up Responder Defendants]

   e.   Economic and Property Damages Settlement[*]

   f.   Medical Benefits Settlement[*]

   g.   MDL 2185

   h.   State Cases

The parties may suggest additional topics for the status conference.   Suggestions must be received by Thursday, June 11.

---

[*] Report to be provided by the Claims Administrator for the respective settlements.

2

Signed in New Orleans, Louisiana, this 4th day of May, 2015

_____
United States District Judge