UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel of Record for Defendant Liberty Insurance Underwriters, Inc. ("LIU:"); (Rec. Doc. 14516)

**IT IS ORDERED** that Celeste R. Coco-Ewing, Bar No. 25002, be withdrawn as counsel of record in this proceeding, representing LIU. LIU will continue to be represented by other existing counsel listed in the Motion.

New Orleans, Louisiana this 4th day of May, 2015.

_____
United States District Judge