UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) ) | Judge Barbier Mag. Judge Shushan |

**MOTION FOR PARTIAL VOLUNTARY DISMISSAL**

**NOW COME,** Plaintiffs, Melancon | Rimes, LLC, Sterbcow Law Group, LLC, Jason L. Melancon, and Marx D. Sterbcow, who respectfully file this *Motion for Partial Voluntary Dismissal,* and respectfully seek a partial judgment of dismissal with prejudice against Defendant Daniel Perez, only, and reserving all rights against all other defendants, and with each party to bear their respective costs.

**WHEREFORE**, Plaintiffs pray for a partial judgment of dismissal with prejudice against Daniel Perez, only, and reserving all rights against all other defendants, and with each party to bear their respective costs.

**Respectfully Submitted:**

| **Melancon \| Rimes, LLC** | **Sterbcow Law Group, LLC** |
|---|---|
| s/ Jason L. Melancon | s/Marx D. Sterbcow |
| Jason L. Melancon, La. Bar No. 28152 | Marx D. Sterbcow, La. Bar No. 28425 |
| Robert C. Rimes, La. Bar No. 28740 | 1734 Prytania Street |
| Rachel Abadie, La. Bar No. 34413 | New Orleans, LA 70130 |
| 8706 Jefferson Hwy., Suite A | Telephone: (504) 523-4930 |
| Baton Rouge, LA 70809 | Fax: (888) 241-6248 |
| Telephone: (225) 303-0455 | |
| Fax: (225) 303-0459 | |

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on counsel for Defendants named herein via email delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Signed this 5th day of May, 2015, at Baton Rouge, Louisiana.

s/ Jason L. Melancon