UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J |
| | | ) | Judge Barbier |
| Relates to: | 2:14-cv-657 Melancon \| Rimes, LLC, et al. v. Downs Law Group, LLC, et al | ) ) ) ) | Mag. Judge Shushan |

**PARTIAL JUDGMENT OF DIMSISSAL**

**CONSIDERING THE ABOVE AND FOREGOING:**

**IT IS HEREBY ORDERED** that all claims brought against Daniel Perez, only, shall be dismissed with prejudice, with a reservation of rights against all remaining defendants, and with each party to bear their own respective costs.

Signed this ____ day of _____, 2015 at New Orleans, LA.

_____
Magistrate Judge Sally Shushan

1