```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2    *****************************************************************

 3    IN RE:  OIL SPILL BY THE          Docket No. MDL-2179
      OIL RIG DEEPWATER HORIZON         Section "J"
 4    IN THE GULF OF MEXICO ON          New Orleans, LA
      APRIL 20, 2010                    Tuesday, January 20, 2015
 5    CIVIL

 6    *****************************************************************
      THIS DOCUMENT RELATES TO:
 7
      UNITED STATES OF AMERICA
 8                                      Docket No. 10-CV-4536
      V.                                Section "J"
 9
      BP EXPLORATION & PRODUCTION,
10    INC., ET AL
      *****************************************************************
11                  TRANSCRIPT OF TRIAL PROCEEDINGS
12         HEARD BEFORE THE HONORABLE CARL J. BARBIER
                   UNITED STATES DISTRICT JUDGE
13                    VOLUME 1, MORNING SESSION

14
      APPEARANCES:
15
      FOR THE UNITED STATES
16    OF AMERICA:               U.S. DEPARTMENT OF JUSTICE
                                 ENVIRONMENTAL ENFORCEMENT SECTION
17                               BY:  SARAH HIMMELHOCH, ESQ.
                                      STEVE O'ROURKE, ESQ.
18                                    ABIGAIL ANDRE, ESQ.
                                      PATRICK CASEY, ESQ.
19                                    NANCY FLICKINGER, ESQ.
                                      RICHARD GLADSTEIN, ESQ.
20                                    MICHAEL ZEVENBERGEN, ESQ.
                                      A. NATHANIEL CHAKERES, ESQ.
21                                    DANIELLE FIDLER, ESQ.
                                      RACHEL HANKEY, ESQ.
22                                    JUDITH HARVEY, ESQ.
                                      RACHEL KING, ESQ.
23                                    BRANDON ROBERS, ESQ.
                                      ERICA PENCAK, ESQ.
24                                    GORDON YOUNG, ESQ.
                                 P.O. Box 7611
25                               Washington, DC 20044
```

```
 1                                    U.S. DEPARTMENT OF JUSTICE
 2                                    TORTS BRANCH, CIVIL DIVISION
                                      BY:  SHARON SHUTLER, ESQ.
 3                                         MALINDA LAWRENCE, ESQ.
                                           LAURA MAYBERRY, ESQ.
 4                                    P.O. Box 14271
                                      Washington, D.C. 20004
 5

 6     FOR BP AMERICA INC., BP
       AMERICA PRODUCTION COMPANY,
 7     BP COMPANY NORTH AMERICA,
       INC., BP CORPORATION NORTH
 8     AMERICA, INC., BP EXPLORATION &
       PRODUCTION INC., BP HOLDINGS
 9     NORTH AMERICA LIMITED, BP
       PRODUCTS NORTH AMERICA INC.:    KIRKLAND & ELLIS
10                                     BY:  J. ANDREW LANGAN, ESQ.
                                            MATTHEW T. REGAN, ESQ.
11                                          HARIKLIA KARIS, ESQ.
                                            MARK J. NOMELLINI, ESQ.
12                                          A. KATRINE JAKOLA, ESQ.
                                       300 N. LaSalle
13                                     Chicago, IL 60654

14
                                       KIRKLAND & ELLIS
15                                     BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                            KIMBERLY BRANSCOME, ESQ.
16                                     655 Fifteenth St., N.W.
                                       Washington, D.C. 20005
17

18                                     LISKOW & LEWIS
                                       BY:  R. KEITH JARRETT, ESQ.
19                                     One Shell Square
                                       701 Poydras St., Suite 5000
20                                     New Orleans, LA 70139

21
       FOR ANADARKO PETROLEUM
22     CORPORATION, ANADARKO E&P
       COMPANY, LP:                    BINGHAM McCUTCHEN
23                                     BY:  KY E. KIRBY, ESQ.
                                            THOMAS R. LOTTERMAN, ESQ.
24                                     2020 K Street, N.W.
                                       Washington, D.C. 20006
25
```

```
 1                                   MORGAN LEWIS & BOCKIUS
                                     BY:  JAMES J. DRAGNA, ESQ.
 2                                   355 South Grand Ave, Suite 4400
                                     Los Angeles, CA 90071
 3

 4   FOR THE STATE OF LOUISIANA:     KANNER & WHITELEY
                                     BY:  ALLAN KANNER, ESQ.
 5                                        DOUGLAS R. KRAUS, ESQ.
                                          SUSANNAH McKINNEY, ESQ.
 6                                        CYNTHIA ST. AMANT, ESQ.
                                     701 Camp St.
 7                                   New Orleans, LA 70130

 8

 9
     OFFICIAL COURT REPORTER:        Karen A. Ibos, CCR, RPR, CRR, RMR
10                                   500 Poydras Street, Box 2-13
                                     New Orleans, LA 70130
11                                   (504) 589-7776

12

13        Proceedings recorded by mechanical stenography, transcript
     produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>P R O C E E D I N G S</u>

(TUESDAY, JANUARY 20, 2015)

(MORNING SESSION)

(OPEN COURT.)

THE COURT:  Good morning everyone.  Welcome back.  Stephanie, you can call the case.

THE DEPUTY CLERK:  10-MD-2179, in re:  Oil spill by the oil rig *Deepwater Horizon* in the Gulf of Mexico on April 20th, 2010; 10-4536, *United States of America v. BP Exploration & Production Inc., et al.*

THE COURT:  All right.  What we'll do is let's take roll, just the first day, and we'll do like we did last time -- I don't know why this is way over here, Stephanie.  I don't know how this got way over here.  We'll get it straightened out.  We had a little technical problem this morning.

So I think what we did last time, it worked well, rather than take roll every day of the trial, we'll just do it first day and make sure your name's on the list.  Stephanie will have a list which will go into the minutes, the Court minutes of lawyers that are appearing at various times during this trial.  So let's for the day, though, go ahead and take roll of the attorneys who will be appearing during the trial.  Starting with the United States.

MR. O'ROURKE:  Steve O'Rourke, your Honor.

MS. HIMMELHOCH:  Sarah Himmelhoch, your Honor.

08:16:13  1            MR. CHAKERES:  Nat Chakeres, your Honor.

08:16:17  2            MS. PENCAK:  Good morning, your Honor, Erica Pencak.

08:16:20  3            MS. FIDLER:  Good morning, your Honor, Danielle Fidler.

08:16:25  4            MS. ANDRE:  Good morning, Abby Andre.

08:16:26  5            MS. HARVEY:  Judy Harvey.

08:16:28  6            MR. GLADSTEIN:  Richard Gladstein.

08:16:31  7            MS. FLICKINGER:  Nancy Flickinger.

08:16:31  8            THE COURT:  You need to speak louder, Ms. Flickinger, if

08:16:31  9   you're going to be away from the microphone.  I could barely hear

08:16:35 10   you.  Okay.  Go ahead.

08:16:35 11            MR. ROBERS:  Brandon Robers, your Honor.

08:16:50 12            THE COURT:  Is that it?  Okay.

08:16:51 13            MS. HIMMELHOCH:  Your Honor, that's everyone who is here

08:16:52 14   today.

08:16:54 15            THE COURT:  Okay.  BP.

08:16:55 16            MR. BROCK:  Mike Brock, good morning, your Honor.

08:16:58 17            MS. KARIS:  Good morning, your Honor, Hariklia Karis.

08:17:00 18            MR. REGAN:  Good morning, your Honor, Matt Regan.

08:17:06 19            MS. BRANSCOME:  Kimberly Branscome.

08:17:08 20            MR. JARRETT:  Keith Jarrett, Judge.

08:17:12 21            MS. KIRBY:  Your Honor, Ky Kirby for Anadarko.

08:17:14 22            MR. LOTTERMAN:  Tom Lotterman for Anadarko.

08:17:17 23            THE COURT:  Okay.  That's everyone who is here today?

08:17:19 24   Okay.  Good.  Those who are not here today, if they come later in

08:17:26 25   the trial on your team, make sure they check in with Stephanie and

08:17:29  1    let her know that they're here.

08:17:32  2         This is the so-called penalty phase of the government's

08:17:42  3    Clean Water Act trial against BP and Anadarko.  In a few minutes

08:17:46  4    we'll have opening statements.  Each side has been allocated one

08:17:50  5    hour for opening statements.  Each side, and there are only two

08:17:54  6    sides in his a case:  BP and Anadarko on one side, of course the

08:17:57  7    United States on the other side.  At the conclusion of the opening

08:18:04  8    statements, I'll take a morning recess and then we'll resume with

08:18:07  9    the first live witness.

08:18:09 10         Before we get to opening statements, let me just say a

08:18:13 11    few things.  First of all, this court, the trial schedule will be as

08:18:18 12    follows:  It's pretty much as we had done in the prior two trials, I

08:18:22 13    plan to work generally Monday through Thursday from 8:00 A.M. to

08:18:26 14    6:00 P.M.  And for this week only since we had a federal holiday

08:18:30 15    yesterday for Martin Luther King Day, we'll work Tuesday through

08:18:35 16    Friday, that's this week only.

08:18:38 17         As everyone notices, of course this is a bench trial,

08:18:41 18    meaning there is no jury.

08:18:43 19         I ask everyone at this time if you have not already done

08:18:45 20    so to make sure any cell phones, laptops, iPads, tablets, or any

08:18:51 21    other electric devices are either turned off or placed on silent

08:18:55 22    mode.  And if you need to use your phone at any time during the

08:18:59 23    trial, please step out into the outer hallway and away from the

08:19:04 24    courtroom doors to do so.

08:19:06 25         Also, if you need to just talk, please don't stand right

1   in front of the doors outside because we can generally hear

2   conversations there.  There's plenty of room down the hall for you

3   to carry on your conversations.

4         No food or drinks are allowed in the courtroom, with the

5   exception that counsel for the parties may have water at their

6   tables.

7         I also want to remind everyone that photographs or video

8   anywhere in the federal complex, not just in the courtroom, is

9   strictly prohibited by the judicial conference of the United States.

10   And any recording, broadcasting, or transmitting of any part of a

11   trial in federal court, in a federal courthouse is strictly

12   prohibited, and that anyone who violates these rules may be

13   subjected to sanctions, including seizure of the device or possible

14   ejection from the courtroom or courthouse.

15         We do have one overflow courtroom -- Ben, it's 311,

16   right?  I think it's 311 down the hall, okay.  Room 311 which is on

17   the third floor down the hall towards Camp Street.  And there are

18   video screens and sound being piped in there from this courtroom.

19   And of course the same rules of conduct apply in the overflow room

20   in terms of use of electronic equipment.

21         Again, some brief remarks about the context of this

22   particular trial.  Particularly for the benefit of the press and

23   public to understand what this trial is about.  As everyone is

24   aware, of course, this case arises out of the April 20th, 2010,

25   blowout explosion and fire on the Mobile offshore drilling unit

08:20:55 1    known as the *Deepwater Horizon*, and as it was temporarily abandoning

08:21:00 2    the Macondo Well in Block 252 Mississippi Canyon on the outer

08:21:06 3    continental shelf some 50 miles south of the Louisiana coast in the

08:21:08 4    Gulf of Mexico.

08:21:10 5            In Phase I the Court -- following the Phase I trial the

08:21:14 6    Court made certain findings of facts and conclusions of law

08:21:16 7    regarding liability of the parties involved in the trial and

08:21:20 8    allocation of fault.  In Phase II the Court made findings and

08:21:25 9    conclusions concerning so-called source control and quantification

08:21:29 10   of the volume of oil that escaped from the well over the 87 days

08:21:34 11   that the well was flowing before it was finally capped.

08:21:38 12           Those findings from Phases I and II will also be used by

08:21:42 13   the Court in connection with this trial in terms -- in determining,

08:21:48 14   that is, the amount of civil penalties to be assessed against BP and

08:21:52 15   Anadarko in this penalty phase trial.

08:21:57 16           The plaintiff in this case, of course, is the United

08:22:00 17   States.  The defendants are BP Exploration & Production and Anadarko

08:22:06 18   Petroleum Corporation.  BPXP, of course, was the Leaseholder and

08:22:10 19   operator of the Macondo Well.  In the Phase I findings the Court

08:22:16 20   further found that BPXP was an operator or person in charge of both

08:22:21 21   the offshore facility or well and the *Deepwater Horizon* vessel for

08:22:25 22   purposes of the Clean Water Act.  Anadarko owned 25 percent

08:22:30 23   nonoperating interest in the Macondo Well.

08:22:37 24           And as I said, this case or this trial involves the

08:22:41 25   United States' claim for civil penalties under Section 311 of the

08:22:47  1   Clean Water Act.  In the prior trials, Phases I and II, the United

08:22:54  2   States' Clean Water Act action was tried together with Transocean

08:22:58  3   limitation action because there were overlapping issues.  In this

08:23:04  4   case, as I indicated just now, there are only two defendants BPXP

08:23:10  5   and Anadarko Petroleum.

08:23:13  6         So this case we'll proceed as follows:  First, of course,

08:23:17  7   the United States as the plaintiff will present its evidence;

08:23:20  8   second, BP and Anadarko will present their evidence; and third the

08:23:24  9   United States may present some rebuttal evidence.

08:23:30 10         As in the prior trials, there have been a number of

08:23:32 11   depositions that have been taken in advance of trial, and as I

08:23:37 12   understand will be admitted into evidence, is that right?  Offered

08:23:42 13   into evidence without the witness appearing live here to testify

08:23:47 14   during the trial.  However, that will be part of the evidence at

08:23:51 15   this trial.  And during the trial parties may at times play certain

08:23:55 16   short video clips from some of those depositions.

08:23:58 17         The parties also have prepared, of course, numerous

08:24:02 18   exhibits, which will be admitted during the course -- offered and

08:24:06 19   admitted during the course of the trial.  And as we go along, we'll

08:24:12 20   have the -- the parties will arrange to post the exhibits, the

08:24:17 21   depositions that are introduced together with the expert reports and

08:24:24 22   CV's of the expert, various experts who testify, all of that will be

08:24:29 23   made available on a public website, it's the same website we used

08:24:33 24   previously, right?

08:24:34 25         MS. HIMMELHOCH:  Yes, your Honor.

08:24:35  1          THE COURT:  As I understand the government's arranging to

08:24:36  2    get that done?

08:24:37  3          MS. HIMMELHOCH:  Yes, your Honor.

08:24:38  4          THE COURT:  And this is not a court-sponsored website so

08:24:42  5    don't call us if you have a problem with it, you can call the United

08:24:47  6    States.  But it's an FTP internet site, public website,

08:24:55  7    www.MDL2179trialdocs.com.

08:25:04  8          All right.  We reserved two benches on the left, as I am

08:25:08  9    looking out at the audience, and on the right as you enter the

08:25:12 10    courtroom in the front for the credentialed media, and there are a

08:25:17 11    couple of benches on the other side, opposite from them for parties

08:25:21 12    to the trial, as needed.  I mentioned the overflow room.

08:25:28 13          For the attorneys, please remember to state your name and

08:25:32 14    the party you represent each time you speak during this trial since

08:25:36 15    we have so many attorneys so the court reporters can keep track of

08:25:39 16    who is speaking at various times.  Also, please speak into a

08:25:43 17    microphone, because not only so that everyone in the courtroom can

08:25:47 18    hear you, the court reporter can hear you, but people in the

08:25:50 19    overflow room can hear you also.  If you're not speaking fairly

08:25:54 20    close into a microphone, I know the people in the other courtroom,

08:25:58 21    we had a lot of complaints last time, lawyers speaking away from the

08:26:01 22    microphones.

08:26:03 23          All right.  Who will make opening statements for the

08:26:08 24    government, Mr. O'Rourke?

08:26:10 25          MR. O'ROURKE:  Yes.

08:26:11   1           THE COURT:  And for BP, Mr. Brock?

08:26:13   2           MR. BROCK:  Yes, sir.

08:26:14   3           THE COURT:  And Ms. Kirby for Anadarko.  Okay.  Very well.

08:26:18   4   And you all have divided your time?

08:26:19   5           MR. BROCK:  Yes, sir.

08:26:21   6           THE COURT:  Unless someone has any other preliminary

08:26:23   7   matter, we'll proceed to opening statements.  Okay.  Mr. O'Rourke.

08:26:32   8           MR. O'ROURKE:  Good morning, your Honor, is this

08:26:47   9   microphone on?

08:26:48  10           THE COURT:  Doesn't sound like it.

08:26:55  11           MR. O'ROURKE:  There it is.  Good morning, your Honor.

08:26:59  12           THE COURT:  Good morning.

08:27:00  13           MR. O'ROURKE:  Steve O'Rourke for the United States.  For

08:27:04  14   the opening statement of the Phase II -- Phase III.  Your Honor,

08:27:11  15   this phase is about the Court's weighing of these eight Clean Water

08:27:18  16   Act factors to determine -- sorry about this, your Honor.

08:27:47  17           THE DEPUTY CLERK:  That mic doesn't work, if you have that

08:27:50  18   on.  But I do have another mic if you choose.

08:27:53  19           MR. O'ROURKE:  It sounds like maybe that's necessary.

08:27:55  20   Thank you.

08:28:00  21           THE COURT:  As I said, if something can go wrong with

08:28:03  22   electronics, it will.

08:28:07  23           MR. O'ROURKE:  How is this?  Is this better?

08:28:12  24           THE COURT:  I think, let's go.  Let's give it a try.

08:28:15  25           MR. O'ROURKE:  Sorry about this, your Honor.  So, your

08:28:18  1    Honor, this phase is about the Court's weighing eight penalty

08:28:23  2    factors set out in the Clean Water Act.  These are the eight.  They

08:28:28  3    are in the order they are in the statute.  You have to weigh these.

08:28:31  4    You have to consider these factors to determine the appropriate

08:28:34  5    penalty amount for BPXP and for Anadarko.  And while you must

08:28:38  6    consider them, the next slide shows that we don't necessarily have

08:28:42  7    live witnesses on every one of these factors.  The ones in bold we

08:28:46  8    do have live witnesses.  The ones shaded we may have bundles or

08:28:50  9    exhibits or prior phase evidence.

08:28:52 10        And now, if we rearrange these factors into factual topics,

08:28:57 11    the next slide shows the order in which we will present our evidence

08:29:02 12    as factual topics.  We'll call our witnesses in this order.  So I

08:29:07 13    can use this slide for an overview, and then, after that, I'll walk

08:29:10 14    through each of the witnesses in the order in which we intend to

08:29:13 15    call them.

08:29:14 16        The first of the four bullet point is impacts; impacts of

08:29:19 17    the spill that relates to how serious the spill was.  And by any

08:29:22 18    measure, this spill, this violation was extremely serious.  It was

08:29:28 19    the biggest spill and largest response in US history.  The spill in

08:29:32 20    response caused significant impacts on human health and on human,

08:29:38 21    economic interests, wages, businesses.  Indeed, there were serious

08:29:42 22    impacts on human society, the social fabric of communities in the

08:29:47 23    Gulf was disrupted.  And turning to the national environment, the

08:29:51 24    spill and the response had actual adverse impacts on marshes and

08:29:55 25    other habitats, and on animals, and remains a continuing threat of

future harm.

Turning to the next bullet point, the response actions. There were adequate.  Of course, they were required by law.  BP's claims regarding the success of its response actions and its mitigation efforts are overstated.

The third part of the case is about various economic and financial issues.  This relates to several of the statutory factors, economic impact of the penalty on the violator, other matters as may be required, but it falls into these four sort of the economic financial topics.

The first up, because -- will be the United States, essentially, rebutting BP's and Anadarko's claims that they are crucial, that they are indispensable to the economies of the Gulf of Mexico.  As I mentioned rebuttal, your Honor, a lot of our case in chief will actually be rebuttal because we are supposed to call our rebuttal experts in their case in chief.

The second topic will be the status of Anadarko, their attempts to avoid paying any penalty by claiming that well owners should be passive investors.  That's contrary to industry standards and bad economic policy.

The third topic will be Anadarko's financial strength related to the topic of ability to pay, economic impact of the penalty on the violator.  The penalty's going to have to be high enough for companies of this size to each notice it, but not so high as to be ruinous to their operations.  Our forensic accountant will

08:31:28  1  discuss Anadarko's financial strength and BPXP's financial strength.

08:31:32  2  And as part of the BP financial analysis, of course, is the

08:31:35  3  relevance of the other BP group entities.

08:31:38  4       And finally, we have factors with no live witnesses, so I'll

08:31:42  5  touch on that, only briefly.

08:31:44  6       One, what are the defendants going to say about these facts?

08:31:48  7  BPXP will say that the spill was not as bad as it could have been

08:31:52  8  because only 1,100 miles of the Gulf shoreline was oil.  BP might

08:31:57  9  try to lay blame at the feet of the government for interfering with

08:32:01 10  its response action.  BP will focus on falling oil prices, that we

08:32:07 11  should be focused on the suffering of BP rather than the suffering

08:32:10 12  of the Gulf and its inhabitants.  Both defendants, BP and Anadarko,

08:32:14 13  will say, "We've paid enough" as though we should be thanking them

08:32:18 14  for their expenditures.  Indeed, Anadarko is pushing for zero dollar

08:32:22 15  penalty even though it owns the well that caused the biggest spill

08:32:26 16  in American history.

08:32:27 17       Obviously, these defendants have not accepted that this

08:32:30 18  extremely serious violation of law warrants a commensurate large

08:32:33 19  penalty.

08:32:34 20       So with that overview, I'll go through the witnesses on

08:32:37 21  these topics.  The first topic, again, impacts of the spill related

08:32:43 22  to the seriousness of the violation.  What do we already know about

08:32:45 23  the seriousness of the violation?  That the violation was serious

08:32:48 24  for all of the reasons set forth in Phase I ruling.  That BPXP has

08:32:54 25  already admitted that this is an extremely serious violation.

08:32:57   1   Anadarko has also.  In fact, Anadarko agreed with our motion that

08:33:01   2   seriousness is a given and would require no new evidence, but BPXP

08:33:06   3   opposed that position, so we will be presenting witnesses on the

08:33:10   4   seriousness factor.

08:33:11   5       And with these witnesses in this trial, we will present

08:33:14   6   testimony demonstrating actual harm, and potential harm.  BP might

08:33:20   7   imply that actual harm are di minimus and somehow we need to prove

08:33:25   8   potential harms with certainty, but let's talk about this potential

08:33:28   9   harm versus actual harm.

08:33:30  10       At the time of the spill, it was potentially massive harm

08:33:32  11   and much of that harm became reality.  People were injured, habitats

08:33:36  12   were destroyed.  Some of that's easy to see and count.  Some of it's

08:33:40  13   not easy to see and count, but actually happened.  Some of the

08:33:43  14   potential harm never actually manifested.  Responders were put at

08:33:47  15   risk by being put in boats with fumes.  If they weren't actually

08:33:51  16   harmed, the risk went away.  It didn't manifest.  They will have no

08:33:55  17   claim in tort, but they were still put at risk, and that is relevant

08:33:58  18   to the seriousness analysis.

08:34:00  19       And looking at the future giving the pollutants in the

08:34:03  20   environment, people and animal habitats remain at risk of serious

08:34:07  21   long-term harms.  So the next slide shows our witnesses on the topic

08:34:12  22   of impacts and seriousness.  And the first one will be Admiral

08:34:16  23   Meredith Austin of the Coast Guard.

08:34:19  24       Now, in Phase II, we started to examine the response to the

08:34:22  25   spill, zoom down on source control of the well.  Admiral Austin can

1  continue that story panning back out to the entire Gulf of Mexico as
2  the next slide shows.  Here we just have a map of where the oil
3  went.  The gray is everywhere that the oil was seen on the surface
4  of the water.  The darker the color, the more days it was observed.
5  The blue line shows where response workers were sent out to look for
6  oil on the beach, and they found 1,100 miles of oil.

7      Admiral Austin is going to testify as to impacts on the
8  Coast Guard and other government agencies.  She is from the
9  Philadelphia office of the Coast Guard, and her office in
10  Philadelphia was down ten percent to staff this response action.
11  Some of her equipment was taken away.  There was interference with
12  some of the other functions of her office.  They have critical
13  missions like search and rescue.

14      The next slide shows a list of agencies, state, and
15  federal, and local that were deployed into this response.  All of
16  which, of course, detracted from performing their regular duties for
17  the public.  Admiral Austin will testify that this was a massive
18  response.  Of course, it was.  It was a massive spill, but this
19  response and her experience can be compared only to Hurricane
20  Katrina and 9/11 as far as the intensity of the response.

21      Our next witness on seriousness is Dr. Diane Austin.  So we
22  have two Austins; an Admiral Austin and Dr. Austin.  She is an
23  anthropologist who uses ethnographic methods.  And the next slide
24  shows she went into five different communities from Alabama,
25  Mississippi, South Louisiana.  She conducted -- she and her team

08:36:00  1    conducted over 1,300 interviews, met hundreds of more people

08:36:04  2    interacting at community meetings, churches, and the like in these

08:36:08  3    five locations representing various aspects of Gulf living.  And her

08:36:12  4    work was not done for this lawsuit.  It was done prior to the time

08:36:15  5    we hired her.  And what did she learn from these interviews from

08:36:20  6    this ethnographic research?  That, not surprisingly, there were

08:36:25  7    serious impacts in these communities.  Not just economic impacts,

08:36:28  8    not just human health impacts, but impacts to the fabric of the

08:36:31  9    communities themselves.  For example, beyond the fact that people

08:36:33  10   lost work, they also lost their sense of pride in doing work.

08:36:38  11          BP's expert on this is Dr. Bonanno, and his complaint is

08:36:44  12   that Dr. Austin's work is non-quantitative, it's qualitative.  It is

08:36:51  13   a qualitative science and she will have no qualms.  But BP's expert,

08:36:57  14   Dr. Bonanno, in any given disaster, and this is a disaster, his own

08:37:01  15   research shows that five to 15% of people suffer PTSD after a

08:37:05  16   disaster.

08:37:06  17          Our third witness on this topic of impacts of the spill is

08:37:11  18   Dr. Richard Clapp.  The next slide, please.  He is a human health

08:37:16  19   epidemiologist, and the Court -- in the first two lines, the Court

08:37:20  20   knows from Phase I about the men -- the people who were injured and

08:37:23  21   killed in the explosion.  In this phase we'll learn about other

08:37:28  22   people who were put at actual harm or risk of harm to human health.

08:37:32  23   There were tens of thousands of people who were deployed and put at

08:37:35  24   risk.  At risk of what?  Well, almost 6,000 of these people reported

08:37:41  25   injuries or illnesses during the response.  And, of those, over 900

08:37:45  1    required actual medical treatment beyond simple first aid.  The

08:37:49  2    problems included broken bones, finger cut off, puncture wounds,

08:37:54  3    dehydration, back injuries, loss of consciousness, respiratory

08:37:58  4    irritation.  And finally, what about all of the people who are

08:38:04  5    exposed to oil constituents through their skin or hair.  Some of

08:38:08  6    these constituents are known carcinogens.

08:38:11  7         BP will say that measured concentrations in the air were

08:38:14  8    low, but Dr. Clapp's testimony will show that low concentrations

08:38:19  9    does not mean no risk.  For some compounds there are no safe levels.

08:38:24 10    And ongoing studies are being conducted.  There is a five-year

08:38:28 11    cohort study with 32,000 people who participated in the response.

08:38:32 12    In other words, the jury is still out.  It's only five years after

08:38:34 13    the spill.  It's too soon to know the long-term impacts of the spill

08:38:37 14    on human life, but the evidence will show that there is, at least, a

08:38:42 15    risk.

08:38:43 16         Before I move on to ecological harms, I'll talk briefly

08:38:47 17    about Dr. Charles Mason an economist.  Much of his testimony will be

08:38:51 18    on the more economic part of the case that will come later, but he

08:38:55 19    does have some testimony about the impact of the spill.  What he

08:38:58 20    does is he takes the claims paid under the class action settlement

08:39:03 21    under the GCCF and uses those claims as proxy or indicator of

08:39:09 22    economic harms that resulted from the spill.  And those claims

08:39:14 23    amount to over $10 billion.  And he, thus, concludes that there was

08:39:19 24    severe economic harm resulting from this spill.

08:39:21 25         Now, turning to environmental or ecological harm.  The next

08:39:26  1    slide.  Again, this is our list of witnesses on impacts of the

08:39:30  2    spill, on the harms resulting from the spill.  We have Dr. Donald

08:39:36  3    Boesch, the ecosystems ecologist, and Dr. Stanley Rice, an

08:39:41  4    environmental toxicologist.  And why do we have two environmental

08:39:44  5    witnesses?  First, because BP has three environmental witnesses, but

08:39:48  6    second, because Dr. Boesch gives a general overview of these harms

08:39:52  7    from an ecosystems perspective, and Dr. Rice is directed at specific

08:39:57  8    mechanism of toxicity in large part to rebut BP's expert, Dr. Shea;

08:40:03  9    but, again, we bring our rebuttal witnesses in our case in chief.

08:40:07 10            Remember, this is not the NRD case and we are not here to

08:40:09 11    quantify.  We are here presenting evidence for you to be able to

08:40:13 12    qualitatively assess whether this violation was a serious violation.

08:40:17 13            And so moving to the testimony of the environmental

08:40:19 14    experts, the next slide shows that oil moved into all sorts of

08:40:25 15    habitats; 45,000 square miles of surface slicks on the water.  In

08:40:29 16    the lower right you see oil on the water being burned.  Oil on

08:40:33 17    beaches, marshes, seaweed communities.  We don't have pictures of

08:40:40 18    the seaweed communities or coral on the ocean floor.  Some of the

08:40:43 19    corals were 400 years old and they're dead now.  In all, 1,100 miles

08:40:47 20    of shoreline were hit by Macondo oil including many miles of heavily

08:40:51 21    oiled marsh in Louisiana.

08:40:53 22            The next slide shows that animals were also harmed by the

08:40:57 23    spill.  Thousands of dead oil birds were recovered.  Dead or

08:41:05 24    recovered on the beach, as in these pictures.  What this means is

08:41:09 25    there were many more dead birds that did not wash up on shore that

08:41:13  1  were not found, but were still killed. Hundreds of sea turtles were

08:41:16  2  recovered and rehabilitated indicating that many more oil sea

08:41:22  3  turtles were not captured for rehabilitation. And speaking of sea

08:41:26  4  turtles, as you see, there is a turtle in the upper right.

08:41:30  5  Thousands of sea turtle hatchings had to be moved from the Gulf

08:41:34  6  Coast to the Atlantic Coast because of the oil spill. Dolphins in

08:41:37  7  Barataria Bay Louisiana had severe disease and elevated mortality.

08:41:42  8  So these were actual harms that actually happened. Exactly how

08:41:46  9  many, exactly how long will it last, this is not the phase to figure

08:41:50 10  that out. Indeed, it's not yet possible to do so.

08:41:54 11      What would BP's evidence on ecological issues be? The next

08:41:58 12  slide is some bullets. Their first argument is likely to be it's

08:42:02 13  not as bad as it could have been, because only 1,100 miles of the

08:42:08 14  Gulf Coast received oil. I keep saying that number. That number

08:42:11 15  comes from BP's expert. And of course, beyond the 1,100 miles,

08:42:17 16  there were areas that had, quote, no oil observed by response

08:42:20 17  workers in the field. That does not mean there was no oil present.

08:42:24 18  The data does not include chemical samples. The observations were

08:42:28 19  made from small boats, so there could be more oil than the

08:42:33 20  1,100 miles. So yes, it could have been worse. It could have been

08:42:37 21  1,200 miles or 4,000 miles, but it was bad enough to be serious.

08:42:41 22      BP's next point will be that there was no population level

08:42:45 23  impacts to birds or the fish. Our first point on that is thousands

08:42:50 24  of animals died, habitat was destroyed, and that is serious

08:42:54 25  regardless of whether there was a population impact.

08:42:57  1          The second point on that is that BP's Dr. Tunnell looked

08:43:01  2   at population data and concluded no significant population impacts

08:43:05  3   to fish, shellfish, or birds.  But his analysis can only detect

08:43:10  4   significant impacts.  And he did not determine how significant the

08:43:15  5   impact would have to be before he could detect it with his model.

08:43:18  6   So BP is saying that losing some percentage of the birds or fish

08:43:22  7   doesn't really matter unless it's catastrophic enough to show up in

08:43:25  8   his model as significant.

08:43:27  9          The final bullet point.  BP may try to engage in a

08:43:31 10   premature NRD analysis with Dr. Shea.  This toxicity dispute between

08:43:37 11   Dr. Rice for the US and Dr. Shea for BP is really a good example of

08:43:41 12   why scientific disputes like this will be coming up in the NRD case

08:43:46 13   where determining the actual extent of harm will be necessary.  It's

08:43:50 14   not necessary in this case to determine at this point how serious,

08:43:56 15   but BP is bringing in Dr. Shea and we will bring in Dr. Rice to

08:44:00 16   rebut it.

08:44:01 17          Dr. Shea compares concentrations of the hydrocarbons in

08:44:04 18   the environment to certain benchmarks.  It concludes that there is

08:44:07 19   no risk, but the benchmarks he uses are just screening tools and

08:44:10 20   they are not set for purposes of determining actual harm.  The

08:44:14 21   benchmarks he uses are also primarily set to look for specific types

08:44:18 22   of acute effects, and don't adequately assess other mechanisms of

08:44:24 23   toxicity like chronic toxicity and early life stage toxicity.  And

08:44:29 24   above all, Dr. Shea spends a lot of time looking at places where

08:44:33 25   there was no oil, and low and behold, the concentrations of oil in

08:44:37 1    those places are below toxic threshold.  Dr. Rice look at places

08:44:42 2    where the oil actually went and finds that there are toxic effects.

08:44:47 3         BP's theme here is not consistent with BP's prior

08:44:51 4    statements from their own CEO.

08:44:55 5                    (Video clip played.)

08:44:55 6         THE VIDEO:  What would your assessment be now?

08:44:57 7         THE VIDEO:  This is clearly an enormous catastrophe.

08:44:59 8    There is no two ways about it.  It's clear -- it is clear that we

08:45:05 9    are dealing with a very significant environmental crisis and

08:45:12 10   catastrophe.

08:45:14 11        MR. O'ROURKE:  BP's litigation position in this phase

08:45:17 12   suggests it still doesn't understand the gravity of what's happened

08:45:22 13   here.  They continue to focus on their own hardships rather than the

08:45:23 14   hardships to the environment and other people.  That's it on our

08:45:28 15   case about the impacts of the spill.  Next slide, a reminder of what

08:45:31 16   our case is like.  We talked about impacts of the spill.  Now, we'll

08:45:35 17   talk about response to the spill.

08:45:36 18        This relates to the fact of the efforts of the violator to

08:45:41 19   minimize or mitigate the discharge.  And minimizing the discharge,

08:45:45 20   that was Phase II.  And, your Honor, you found that there was no

08:45:49 21   gross negligence in Phase II, but to the extent you found any

08:45:52 22   questionable behavior or failure on their part in source control,

08:45:56 23   that would relate to this factor.  But this phase is about efforts

08:46:00 24   to mitigate the discharge.

08:46:03 25        We are not here to say that BP did a bad job in the

08:46:06  1    response action.  They didn't.  But what we really doing is -- here

08:46:10  2    is rebutting BP's case.  Now, they'll want you to know the biggest

08:46:15  3    response action ever.  And the next slide will show, again, of

08:46:18  4    course, it was the biggest response action ever.  It was the biggest

08:46:21  5    spill in US history.  It was a new, fresh, major oil spill, every

08:46:26  6    day for 87 days.  Seventeen percent of the NOAA and Fish and

08:46:32  7    Wildlife were deployed; 14 percent of the Coast Guard was deployed;

08:46:36  8    BP group deployed 2,000 employees.  Generously, about 2.5 percent of

08:46:44  9    their work force.  Other agencies were deployed as well.  But while

08:46:48 10    it was the biggest response action, it wasn't, necessarily, the best

08:46:51 11    response action ever.

08:46:53 12          Admiral Austin, the first witness, had some of her

08:46:55 13    deposition testimony.  We'll discuss some of the problems in the

08:46:58 14    response action.  Again, they did a good response action, but their

08:47:02 15    claims of doing best response action are overstated.

08:47:04 16          For example, the next slide shows what Captain

08:47:08 17    VanHaverbeke will testify about.  BP claims that they did a great

08:47:12 18    job removing oil from the environment.  Captain VanHaverbeke will

08:47:17 19    show that BP removed about five percent of the oil from the

08:47:20 20    environment -- from the open ocean environment compared to typical

08:47:24 21    open spills where ten to 15% are removed.  BP's expert will have a

08:47:30 22    higher number, but he is including all of the oil that gets

08:47:35 23    dispersed, all of the oil that gets burned.  That oil is still in

08:47:39 24    the environment.  Only five percent was collected and removed from

08:47:41 25    the environment.

1      In the interest of full disclosure, your Honor, my

2  graphics department tells me that the slice of pie might not be

3  exactly right in the graphics.  We'll have it fixed by the time

4  Captain VanHaverbeke testifies.

5      In the same vein, BP experts will argue that response action

6  yielded various advances in Oil Spill Response technology.  Captain

7  VanHaverbeke's testimony will show that almost all of these tools

8  were developed prior to this oil spill.

9      Anadarko also wants credit for response actions, even though

10  they only sent a half dozen people to help with the response.

11      And if we could have the next slide.  Turning to the cost

12  incurred for response actions and mitigation.  BP will ask the Court

13  to consider all of its expenses in the response action; adding in

14  response claims, the litigation costs, damages paid, et cetera.  BP

15  will -- it will have spent over $40 billion and that certainly is a

16  the lot money.  Shouldn't be surprising because, again, this is the

17  biggest spill with massive potential harm.

18      Of course, money spent was mostly from the BP group.  The

19  money was put through BPXP's books.  And this factor is about the

20  efforts of the violator to minimize it or mitigate the discharge,

21  not about the efforts of the violator's parent companies.  So if BP

22  wants the payments in mitigation to be relevant, that's why we're

23  going to be presenting evidence about the BP group entities on the

24  financial aspects.

25      Another comment about these response efforts, they're

08:49:19 1 required to be paid by law.  BPXP broke the Law in the explosion and

08:49:25 2 spill, broke the Law lying during the response, and then started to

08:49:29 3 comply with the law by the laws that require clean up and the laws

08:49:33 4 that require payment of claims.  Now, they want credit for mere

08:49:36 5 compliance.  And, of course, they have an economic motivation to do

08:49:40 6 the response as well.  First, to mitigate damages, because by paying

08:49:44 7 claims sooner, they, ultimately, pay less money.  For example, with

08:49:49 8 early restoration for national resource damages.  By fixing the

08:49:54 9 marsh sooner, they'll mitigate the damages they'll, ultimately, have

08:49:57 10 to pay.  Second, they had to do the response action with the same

08:50:01 11 quickness or their operator license would have been taken away.

08:50:03 12        As to these claims that various payments mitigated the

08:50:07 13 harms, you'll see no quantitative evidence of the impacts of these

08:50:11 14 payments.  They'll quantify the expense, but not quantify the

08:50:17 15 benefits.

08:50:18 16        In summary, BPXP's theme of we paid enough, would mean

08:50:21 17 that when a spill is really bad and that are a lot of costs of

08:50:24 18 damages, the penalty goes down.  And that only the small spill,

08:50:29 19 where there is no cost of damages, should the penalties be high.

08:50:32 20        Anadarko takes it to the next step saying they should pay

08:50:35 21 zero penalty due to the fact that there were high costs in damages

08:50:39 22 paid.

08:50:40 23        The last topic on response and mitigation, we expect that

08:50:43 24 BPXP may go so far as to paint the government as the bad guy in this

08:50:47 25 case.  Arguing that decisions by the FOSC slowed down the response

08:50:53  1    for things like topical dispersants on this.  It's not entirely

08:50:57  2    clear what factor this relates to.  What factor BPXP says this

08:51:03  3    relates to.  We think it's irrelevant.  But BP is asking for credit

08:51:09  4    for the response action that US states and locals performed with

08:51:12  5    them, but they also want credit for the fact that the States,

08:51:15  6    locals, and US had concerns during response.

08:51:19  7         Captain VanHaverbeke will testify that having stakeholders

08:51:23  8    concerns aired improved the response, giving different views on the

08:51:29  9    dispersants, how and when to apply them, and help the federal

08:51:32 10    on-scene coordinator make better decisions.

08:51:34 11         Now, having said these things about response and mitigation

08:51:38 12    we did say in our pretrial brief that BPXP paid for some things that

08:51:42 13    were not required by law, not required by the Unified Command.  And

08:51:47 14    we indicated that it could be appropriate for the Court to consider

08:51:50 15    those as mitigating factors to reduce the penalty.

08:51:56 16         If I could have the next slide, please.  So we've discussed

08:51:59 17    the impacts of the spill, response to the spill.  Now, we're going

08:52:03 18    to go into these various economic and financial issues.  First one

08:52:09 19    is about the defendant's position in the Gulf of Mexico.  This is

08:52:12 20    really rebuttal from us.  We're going to call Dr. Charles Mason to

08:52:18 21    discuss the defendant's argument that they're indispensable to the

08:52:22 22    Gulf of Mexico economy in the oil and gas industry.  Dr. Mason, I've

08:52:25 23    already discussed him once.  He is the one who uses the class action

08:52:28 24    settlements as an indicator of the size of the harm.

08:52:31 25         The next slide shows Dr. Mason's analysis.  What you see

08:52:37  1    here is for various metrics; four holes, production, leases held.

08:52:42  2    As a percentage of the entire industry in the Gulf, BPXP being

08:52:48  3    modestly important; ten percent, eight percent, 20 percent, but not

08:52:56  4    crucial to the successor failure of the oil and gas industry.

08:53:00  5          The next slide shows the same information for Anadarko.

08:53:03  6    Again, modestly important, but not indispensable.  In fact, these

08:53:09  7    companies are, basically, fungible because this is a competitive

08:53:13  8    market, and there are plenty of other companies out there who would

08:53:15  9    love to come in and take over BP or Anadarko's shares.

08:53:19  10         Back to the next slide.  Again, our case, we're on the

08:53:23  11   third part, economic and financial issues, turning to the status of

08:53:26  12   Anadarko as owner.  Dr. Mason, our economist, will also rebut

08:53:33  13   Anadarko's expert.  Anadarko's claiming that nonoperating investors

08:53:37  14   are fleeing the Gulf of Mexico drilling industry because this

08:53:40  15   lawsuit was filed against Anadarko, but the data doesn't bear that

08:53:44  16   out.

08:53:44  17         The next slide shows concentration.  What this means is if

08:53:51  18   co-owner investors were fleeing the Gulf, taking their capital, then

08:53:57  19   the leases would be held by fewer and fewer operators and owners if

08:54:02  20   capital flight, investor flight was happening.  But here we see the

08:54:07  21   concentration of ownership of leases over time, relatively constant,

08:54:11  22   relatively unconcentrated.  Therefore, Anadarko's argument that

08:54:17  23   co-owners are fleeing the Gulf because we filed this lawsuit is not

08:54:22  24   borne out by the evidence.

08:54:26  25         Next slide.  Anadarko's position is that it could pay --

08:54:29  1    should pay no penalty, in part, because it already paid the damages,

08:54:33  2    but, as stated, OPA requires payment of damages and Clean Water Act

08:54:38  3    requires a penalty on top of that.  But really Anadarko's major

08:54:42  4    position is that it should not pay a penalty because it was a

08:54:46  5    non-operator, and that its industry practice for non-operators to be

08:54:49  6    passive investors; and therefore, there should be no penalty.

08:54:53  7            Gardner Walkup will testify for the United States on this

08:54:55  8    issue.  His testimony will show that co-owners are not passive

08:55:00  9    investors.  There are good reasons why non-operating co-owners of

08:55:07 10    deepwater wells actively participate, even if they've designated a

08:55:10 11    different company to be the official operator under the regulations.

08:55:14 12    Standard contracts support active behavior.  Having active co-owners

08:55:20 13    creates economic incentive for safe operations while Anadarko's

08:55:24 14    position would negatively impact the safety.

08:55:27 15            Mr. Walkup's been in the industry for 30 years, and he's

08:55:32 16    never heard the term "passive investor" before.  In the industry,

08:55:36 17    these companies are known as co-owners.  They're known as partners,

08:55:40 18    not as passive investors.  In short, Anadarko owns the well.  Their

08:55:47 19    position would mean that owners of the wells pay no penalty even if

08:55:51 20    their day laborers pay massive penalties as Transocean did in this

08:55:56 21    case.  Acting passive can't be a free pass.

08:56:00 22            Staying on the topic of Anadarko, we can move to the factor

08:56:03 23    of economic impact penalty on the violator.  It has to be high

08:56:07 24    enough so that massive companies like Anadarko and BPXP will be

08:56:14 25    deterred, high enough that companies of this size won't let

08:56:18  1   something -- a spill like this ever happen again.  But, again, not

08:56:21  2   so high as to be ruinous to their operation.  So the maximum penalty

08:56:26  3   for Anadarko is three-and-a-half billion, give or take, depending on

08:56:30  4   whether you believe their argument about the Inflation Adjustment

08:56:34  5   Act; but Anadarko admitted in this case that as of August 2014 it

08:56:38  6   could pay $4.6 billion out of the combination of cash on hand,

08:56:43  7   borrowing, lines of credit, and the like.  That's in a response to

08:56:47  8   request for admission, but they did reserve the right to argue about

08:56:50  9   the impact of those payments on their ongoing operations.

08:56:54  10           So we're going to call a forensic accountant, Mr. Ian

08:56:57  11   Ratner.  His testimony will be about Anadarko's finances, also about

08:57:03  12   BPXP's finances.  But staying on the topic of Anadarko, as you know,

08:57:08  13   we stated that we don't think that Anadarko should pay the maximum

08:57:12  14   penalty.  We said that in our opening brief, but it should be north

08:57:16  15   of the billion dollars, significantly north of a billion dollars,

08:57:18  16   because compared to Transocean, the day laborer, the owner should

08:57:22  17   pay a higher penalty.

08:57:24  18           Now, Mr. Ratner will testify that Anadarko could pay

08:57:28  19   4.6 billion or 3.5 billion, the maximum penalty after your ruling.

08:57:32  20   So, of course, they could pay any number less than that.  Let's take

08:57:36  21   a look at their finances.  They have total assets in 2014 of 58

08:57:43  22   billion.  Annual cash from operations routinely far above the

08:57:49  23   $3.5 billion statutory max.  This is a company that can pay.

08:57:54  24   Routinely, deals in billion dollar increments and could pay any

08:57:58  25   penalty in this case without adversely impacting its operations.

08:58:01  1          Now, let's turn to BPXP's financials.  There are two issues

08:58:12  2   to be tried related to BPXP's; one is the ability to pay itself, but

08:58:19  3   the second issue relates to funding from the other BP group

08:58:24  4   entities.  Therefore, we have two witnesses, this is our last two,

08:58:28  5   related on these issues.  Dr. Fred Quivik will testify on the

08:58:35  6   interplay between the entities.  The evidence will show that BPXP is

08:58:38  7   part of the group and the group is run from the top.

08:58:42  8          If we could have the next slide, please.  This

08:58:44  9   organization chart for the board of directors of BP, PLC from the

08:58:50 10   CEO to and down to Andy Ingle, chief executive of exploration and

08:58:54 11   production segment.  You will remember a lot of these words from

08:58:57 12   Phase I.  Segment; doesn't say, "corporation," doesn't say, "BPXP."

08:59:01 13   Below him is James Dupree, leader of the Gulf of Mexico strategic

08:59:06 14   performance unit.  The unit; doesn't say, "corporation," doesn't

08:59:11 15   say, "BPXP."

08:59:13 16          Zooming in on Patrick O'Bryan, on the bottom, drilling

08:59:17 17   and completions, the next slide.  Here we have drilling and

08:59:21 18   completions.  Not Drilling and Completions, Inc., not BPXP.  It's a

08:59:25 19   job function.  All of these names that you remember from Phase I,

08:59:29 20   they don't work for BPXP.  Asked in deposition, the majority of the

08:59:35 21   employees said they worked for BP.  Almost none of them thought they

08:59:40 22   worked for BPXP.  Many of them hadn't heard it.  BPXP has no

08:59:47 23   employees; no employees to drill the well and no employees to

08:59:50 24   respond to the well.

08:59:51 25          The next slide talks about BPXP's response from the spill.

08:59:56 1   BP the group invented a new organization, a new business unit called
09:00:01 2   Gulf Coast Restoration Organization.  It is a business unit of BP
09:00:07 3   America, not part of BPXP.  As stated in this demonstrative, the
09:00:13 4   organization reports directly to the group chief and is overseen by
09:00:18 5   a specific new board committee.  The response was run by an
09:00:23 6   organization that reports to the chief of the group.  It does not
09:00:26 7   report to BPXP and is not part of BPXP.

09:00:29 8        Now, Dr. Quivik is testifying about these operational links
09:00:35 9   between the BPXP company and the BP group.  BP will call Professor
09:00:41 10  Daines, a law professor.  What you will see is Professor Daines and
09:00:47 11  Dr. Quivik essentially agree on the facts.  They agree that BPXP is
09:00:52 12  completely integrated into the group, that BP conducted and directed
09:00:56 13  operations in the Gulf, including Macondo, that the group conducted
09:01:01 14  and directed the response.  The group, not BPXP itself.

09:01:05 15       Both experts agree that BPXP provided 16 billion in
09:01:08 16  dividends to the BP group prior to the blowout; and that, prior to
09:01:12 17  the blowout, BPXP board of directors resolutions were almost
09:01:15 18  entirely dedicated to paying dividends to other group entities.

09:01:20 19       So what's the difference between these two experts?
09:01:23 20  Professor Daines is just here to say that it's okay for a company to
09:01:28 21  operate this way, that it's not uncommon for a company to be set up
09:01:31 22  this way and to exchange their operations this way.  And we don't
09:01:35 23  have a problem with that.  But this company operates that way.  This
09:01:40 24  group operates that way, and that's why the information is relevant
09:01:43 25  to BPXP's penalty.

09:01:46  1    The last witness, Mr. Ratner, discusses BPXP's finances.

09:01:52  2  Following on from Dr. Quivik's opinion that BPXP is operationally

09:01:56  3  linked to the group entities, Mr. Ratner's testimony will show that

09:02:00  4  BPXP is financially linked to the group entities as well.  It's a

09:02:05  5  two-prong analysis.  BPXP is completely financed by other members of

09:02:10  6  the BP group.  All of their debt, all of their equity is provided

09:02:14  7  internal to the group.

09:02:17  8    So let's look at some of the numbers.  If I could have the

09:02:19  9  next slide, please.  Here we have BP and BPXP finances.  Revenues,

09:02:27  10  almost $400 billion.  It is the fifth largest public company in the

09:02:31  11  world by revenues.  In fact, as of last June, BP the group could

09:02:38  12  have paid the maximum penalty in this case out of existing cash on

09:02:41  13  hand.  Since the spill, you'll see BP is still paying dividends;

09:02:49  14  $19 billion since the spill.  The dividend means there is surplus

09:02:54  15  cash that BP doesn't need for ongoing operations or capital

09:02:58  16  investments.  BPXP, prior to the spill, paid $16 billion to the

09:03:05  17  other group entities in dividends, and the maximum penalty in this

09:03:12  18  case is only 13.7.

09:03:14  19    In the face of these numbers, BP's expert and Mr. Den Uyl

09:03:19  20  he performs a simplistic calculation and says BPXP's ability to pay

09:03:24  21  is limited to the amount of its internal line of credit with the BP

09:03:28  22  bank.  The group is so big they don't use bank.  They have their own

09:03:32  23  internal bank.  BPXP has a line of credit with this bank, Mr. Uyl

09:03:36  24  just says their existing line of credit is all they'll ever have.

09:03:41  25  It's a static analysis that assumes nothing will ever change.  The

09:03:45  1   group will never offer more equity and BPXP will never do anything

09:03:49  2   else.

09:03:50  3          The second thing that Mr. Den Uyl does is prepare an

09:03:53  4   estimate of the value of BPXP of the company itself.  He prepared

09:03:58  5   this value.  Of course, there's no public filings about the value of

09:04:03  6   BPXP.  It's consolidated into the group.  To do this evaluation, he

09:04:07  7   looks to third-party research analysis.  That's Wood Mackenzie, but

09:04:11  8   that analysis is about BP assets in the Gulf, not BPXP.  And it

09:04:16  9   doesn't include all of the BP assets in the Gulf.  Only a portion of

09:04:19 10   it.  And he did not perform an evaluation in accordance with any

09:04:23 11   standards, and did no due diligence on the documents he relied on.

09:04:27 12   He relies on an internal BP cash flow statement highly reacted.  He

09:04:32 13   has no detail supporting it.  He's never seen the redacted parts.

09:04:36 14          Final topic on BP's ability to pay.  BPXP will argue that

09:04:43 15   recent decline in oil prices will impact their ability to pay.  By

09:04:47 16   the way, oil prices are up ten percent today.  The next slide shows

09:04:53 17   what BP said to their investors.  This is what it presented to BP

09:05:00 18   investors last month, December 2014.  Price volatility is inherent

09:05:06 19   in our industry.  In fact, the last four years have been a

09:05:11 20   remarkably stable period by historical standards.  Over time we see

09:05:16 21   this is potentially healthy for the industry overall.  It can drive

09:05:20 22   greater efficiency.  BP has a good track record of managing through

09:05:24 23   these cycles and we believe we have flexibility to withstand a

09:05:29 24   period of low oil prices.  BP is an integrated business.  Lower

09:05:33 25   prices should benefit our downstream business and provide some

09:05:36  1   national offsets.  Lower oil prices is good for part of our
09:05:42  2   business.  We enter this period with a very strong balance sheet.
09:05:45  3   We're on track to deliver the $30 billion of operating cash flow
09:05:49  4   planned for 2014."  In sum, BPXP can pay any penalty in this case up
09:05:55  5   to the statute maximum without adversely impacting its operations.
09:06:00  6        Next slide, please.  So the last thing I'll talk about
09:06:04  7   briefly are the factors where we are not bringing live witnesses in
09:06:09  8   this phase.  The first one is economic benefit.  The Court has made
09:06:12  9   finding in Phase I and II -- in Phase I about cost cutting.  And
09:06:19 10   cost cutting, that is the definition of economic benefit.  So the
09:06:23 11   defendants are wrong when they say the government concedes there's
09:06:27 12   economic benefit.  There was.  What we're saying is, compared to the
09:06:30 13   severity of this spill, the harms of this spill, the other factors
09:06:34 14   the statutory maximum, the economic benefit is not a driving factor
09:06:39 15   in the Court's analysis of this penalty.
09:06:42 16        Next, other penalties for the same incident.  The only
09:06:46 17   evidence from any party on this will be a stipulation.  It's
09:06:51 18   Rec. Document 13725.  It's a stipulation outlining all the previous
09:06:55 19   payments related to the oil spill.  Many of them are not relevant.
09:07:00 20   Like Halliburton's criminal employee for obstruction.
09:07:05 21        Other than for BP, BP paid a criminal fine.  They paid a
09:07:09 22   criminal fine of over a billion dollars for homicide, lying to
09:07:13 23   Congress, killing migratory birds, and for violating the Clean Water
09:07:20 24   Act, which seems like a very good reason to raise the penalty, but
09:07:23 25   BP is going to argue that the criminal fine should be deducted from

09:07:27  1    the civil part.  The result's not mandatory because the

09:07:30  2    Clean Water Act provides for civil penalty, and separately, provides

09:07:32  3    for criminal penalties.

09:07:37  4         Second, if you were to deduct on a dollar-for-dollar

09:07:41  5    basis the criminal fine from a civil fine, it would mean they never

09:07:44  6    paid the criminal fine.  It would just sort of evaporate.

09:07:48  7         Regarding Anadarko's prior penalties for the same

09:07:53  8    incident.  The only one that's really relevant to them is

09:07:56  9    Transocean's settlement.  Transocean paid a billion dollars civil

09:08:00 10    penalty.  And remember, Anadarko owns the well, owns the enterprise.

09:08:04 11    Transocean was their contractor.

09:08:07 12         Finally, turning to prior violations.  As to Anadarko, we

09:08:12 13    will have no evidence on this.  There is a stipulation.  Rec.

09:08:17 14    Doc.  13808.  Anadarko agrees they have ten violations in the Clean

09:08:21 15    Water Act.  That's ten violations of the same law.  Nine of the ten

09:08:25 16    in the Gulf of Mexico, all within the years preceding Macondo

09:08:28 17    explosion.  And they'll act like these are speeding tickets, but if

09:08:34 18    I had ten speeding tickets in the aim jurisdiction, there will be a

09:08:38 19    question of whether I still have a license to drive.

09:08:41 20         Turning to BP and with regard to BP as prior violations, it

09:08:45 21    may also be culpability factor.  Your Honor, you've ruled we can

09:08:51 22    move in four plea agreements from four prior incidents.  There will

09:08:54 23    be no testimony about these.  We'll just move them in, and I'll just

09:08:58 24    present this one slide about it before I wrap up.

09:09:00 25         BP's going to say that these four prior incidents are

09:09:05  1   irrelevant, but let's look at the similarities.  In 1999, they

09:09:09  2   entered a plea agreement for an oil spill in Alaska where they said

09:09:16  3   in the plea agreement they admitted that no operation would prevent

09:09:19  4   risk to the environment and they committed to identify, manage, and

09:09:23  5   avoid environmental risk.  And that covered the Gulf of Mexico

09:09:27  6   operations.

09:09:28  7        Next year, three incidents in the Grangemouth where they

09:09:31  8   failed to insure that employees were not exposed to health and

09:09:35  9   safety risks and they failed to follow their own procedures.

09:09:39 10        A few years later in Texas City an explosion where they

09:09:43 11   failed to follow procedures, did not evaluate risks, ignored known

09:09:47 12   hazards and failed to inform their contractors about the risks.

09:09:53 13        The year after that in Alaska, a major oil spill are BP

09:09:57 14   failed to mitigate risks, and did not expense such resources to

09:10:01 15   prevent the explosion.  A few years after that, Macondo.

09:10:04 16        And you heard the same story in Phase I with the Bly

09:10:07 17   report findings about failures to follow their own procedures.

09:10:11 18   Followed by a guilty employee and promises to do better.  No change

09:10:15 19   in have from this company after the four prior employee agreements.

09:10:21 20        In conclusion, your Honor, at the close of evidence the

09:10:24 21   United States will ask you to impose a civil penalty.  As to

09:10:28 22   Anadarko, the maximum is 3.5 billion, but we don't think you should

09:10:33 23   impose anything that high.  But it should be significantly higher

09:10:36 24   than the $1 billion that Transocean paid.

09:10:39 25        As to BPXP, the maximum penalty we believe is 13.7

09:10:45  1   billion but you should stay close to what maximum amount because of

09:10:49  2   the seriousness of this violation.  If you want to reduce off the

09:10:53  3   13.7 billion, we said in our opening papers that you can consider

09:10:57  4   the criminal fine and you should consider payments that were made by

09:11:02  5   BPXP above and beyond what was required by law.  If you put those

09:11:06  6   together, there's $2 billion there to consider.  Again, you should

09:11:11  7   not deduct all of that, but it's factors that you could consider to

09:11:14  8   mitigate the penalty that should be significantly north of 11.7 not

09:11:25  9   to exceed $17 billion.

09:11:27 10          THE COURT:  All right.  Mr. Brock.

09:11:39 11          MR. BROCK:  Okay.  Am I mic'ed?

09:12:09 12          THE COURT:  Yes.

09:12:11 13          MR. BROCK:  Thank you, your Honor.  Mike Brock for BPXP.

09:12:16 14          Good morning, Judge Barbier and counsel.  We appreciate

09:12:20 15   the opportunity to make this short opening statement to your Honor

09:12:24 16   this morning.  I think we have seen through the pretrial statements

09:12:29 17   that we've made and even some of the statements that the government

09:12:32 18   has made today that we've made some progress in terms of

09:12:35 19   understanding where the disputes are in this case and where they are

09:12:40 20   not.  And I would like to try to address a few of those issues today

09:12:44 21   for you to hopefully help you, as you receive the evidence, to at

09:12:48 22   least understand our perspective on the issues and the matters that

09:12:52 23   will be presented to you.

09:12:56 24          I think, Judge Barbier, you gave a very nice summary of

09:12:58 25   where the case is and what we are doing here.  I would just note

09:13:03  1    that the story for BPXP starts in this phase of the case with the

09:13:10  2    very unfortunate events of April the 20th, 2010.  No one will ever

09:13:15  3    say that that was a good day for BPXP.  The rig was on fire; 11 men

09:13:24  4    unfortunately lost their lives; there was a lot of confusion; the

09:13:30  5    term "fog of war" has been used a lot to describe that period of

09:13:35  6    time.  But the evidence we will present in this phase of the case is

09:13:40  7    what was going on to prepare for the impacts of the spill even while

09:13:47  8    the rig was burning and searchs were diligently being made for

09:13:53  9    potential survivors in the water.

09:13:56 10            Immediately upon this incident occurring, BP put its Oil

09:14:02 11    Spill Response Plan into action.  It worked cooperatively with the

09:14:07 12    Coast Guard to form a response organization.  They worked diligently

09:14:14 13    until the well was shut-in to contain the effects of the spill, to

09:14:20 14    collect oil, to burn oil, to disperse oil.  It was work that the

09:14:27 15    Coast Guard and BPXP did together, and it significantly changed the

09:14:33 16    outcome to the environment.  And our focus during this trial will

09:14:38 17    largely be focused on those efforts.

09:14:41 18            We're also going to address some of the issues that the

09:14:43 19    government has raised today, and I think the story from BPXP's

09:14:48 20    standpoint is the story of BP people who came from all over the

09:14:53 21    world to help with this response.  People who came out of retirement

09:14:58 22    to help with this response, and stuck with it until the very end.

09:15:03 23            And I will say to you, your Honor, that we will also

09:15:06 24    present evidence that BP is still on the job in terms of monitoring

09:15:12 25    impacts to the environment, picking up oil when it appears on the

1  shoreline, and doing other things that are beneficial for the

2  economy.

3  We're going to focus our attention today on many of the factors that

4  Mr. O'Rourke mentioned in his opening.  The mitigation factor,

5  seriousness of the spill, BP's important contribution to the

6  community as is recognized in the *Citgo* case as an important factor,

7  and the economic impact on the violator.

8  I think as we do that, it's important for us to keep in mind -- I

9  think it's helpful to keep in mind that, from our perspective, the

10 Clean Water Act seeks to achieve two primary goals:  Deterrence is a

11 factor here, as it is in any penalty statute; that is, to deter the

12 violator -- here, BPXP here -- and other companies engaging in

13 conduct that would cause a release of oil in the future.

14      But also, we cannot overlook the second very important

15 feature of the Clean Water Act in that it is in place to encourage a

16 rapid and effective response by companies to mitigate the harm and

17 to recognize those efforts when assessing the penalty.

18 We'll talk a good bit about deterrence in our post trial brief.  I

19 want to make a couple of comments about that now.

20      When you look at what BPXP has done since the day of the

21 spill, it immediately committed resources capturing the oil, burning

22 the oil, skimming the oil, keeping it offshore, doing it in a safe

23 way, cooperating with the Coast Guard, and spent $16 billion on

24 clean up and collection of oil.  It spent close to $34 billion to

25 date on the various activities that have been involved in the

09:17:24  1    response to the spill.

09:17:26  2            You've heard that BP has already been assessed a criminal

09:17:32  3    penalty in the amount of about $1.2 billion.  That's not the total

09:17:40  4    amount of criminal recoveries; the total amount of criminal

09:17:43  5    recoveries is $4 billion.  We will not claim anything over 1.2, but

09:17:49  6    we have paid a significant criminal penalty under the Clean Water

09:17:55  7    Act, and that number of 1.25 or 1.2 should serve as significant

09:18:01  8    deterrence here.

09:18:03  9    The government says -- I think I've heard them say today, "You

09:18:11 10    didn't do a bad job in the response."  If I could turn it the other

09:18:16 11    way, I would say, I think the government is conceding that we did a

09:18:20 12    good job.  And I want to be clear in response to the allegation that

09:18:28 13    BPXP is going to be attacking the Coast Guard in this trial.  That

09:18:33 14    is not going to occur.  We have never said that.  You will never

09:18:37 15    hear anything from a BP person other than respect and admiration for

09:18:44 16    the work of the Coast Guard in this response.

09:18:48 17            Were there challenges?  Of course, there were.  Were

09:18:50 18    there things that had to be dealt with?  Of course, those kinds of

09:18:53 19    things occurred.  But we have always said about the Coast Guard that

09:18:57 20    we thought they did a good job in this response.  And it's good to

09:19:02 21    hear the government say today that we did a good job, too.  And

09:19:07 22    we're going to present that evidence to your Honor in support of

09:19:11 23    what we say should be a significant reduction of the penalty, taking

09:19:17 24    into account the factor that we just discussed, which is the

09:19:22 25    mitigation factor.

09:19:23  1   The government's position here, your Honor, is BPXP gets no credit

09:19:30  2   for the $34 billion that it expended in mitigating environmental and

09:19:37  3   economic loss, in handling the response and getting the well

09:19:41  4   shut-in, because those were just things that were legally required

09:19:46  5   of them.  That is not what the Law says.  I have here -- and I know

09:19:50  6   your Honor is familiar with it -- the mitigation factor says that

09:19:55  7   "the nature, extent, and degree of success of any efforts."  That is

09:20:01  8   what the Court is asked to look at.  And I've just got a couple of

09:20:06  9   quotes here that reflect some of the statements that were made at

09:20:11 10   the time of the panel of the Clean Water Act in 1978 when it was

09:20:17 11   amended to include the mitigation factor.

09:20:21 12       Senator Stafford:  "Particularly emphasis should be

09:20:24 13   placed on the extent of mitigation efforts by the discharger in

09:20:28 14   order to encourage prompt and effective clean up."

09:20:31 15       And Congressman Breaux -- I hope I am pronouncing his

09:20:34 16   name right -- who went on, I think, to become Senator in

09:20:37 17   Louisiana -- says similarly when he presented this bill to the House

09:20:42 18   that it's important to encourage prompt mitigation of the discharge

09:20:46 19   by making mitigation an important consideration in establishing the

09:20:50 20   size of the penalty.

09:20:54 21       We don't need congressional history to understand the

09:20:57 22   statute.  It's unequivocal.  It's easy to read.  The statute directs

09:21:01 23   us to look at any efforts.  And that's what we would like to do in

09:21:05 24   our opening statement here a little bit and then in our trial

09:21:09 25   presentations, just to demonstrate the level of effort.

09:21:13   1   As I mentioned, immediately upon the reporting of the event on April

09:21:21   2   the 20th, BP put into motion the establishment of the things that it

09:21:27   3   needed to do under its Oil Spill Response Plan.  You can see here

09:21:31   4   just a few of the dates that were -- by which important Command

09:21:36   5   posts were set up.  The one that was in Robert, Louisiana, was set

09:21:41   6   up almost immediately.  But the very important Incident Command Post

09:21:46   7   in Houma, Louisiana, that was responsible for all of the offshore

09:21:49   8   activity, as well as the shoreline of Louisiana.

09:21:55   9        Admiral Austin, who you will hear from a little later

09:21:58   10   today I think, actually worked in this area right here (INDICATING).

09:22:02   11   And soon after that, Command posts were set up in Mobile, Alabama,

09:22:06   12   all the way down to Miami and Mobile.  They took care of coastlines

09:22:11   13   in the northwest of Florida and into Mississippi.

09:22:14   14        We had the Incident Command Post over in Houston.  As

09:22:17   15   your Honor is aware, it had responsibility for the source control

09:22:21   16   issues.  And then we had a center in Galveston that was responsible

09:22:24   17   for shoreline in Texas.

09:22:28   18   I just want to make a brief point about this, because as we go

09:22:32   19   through our presentation, your Honor, we'll talk about what BP's

09:22:37   20   contributions to many of the activities were as the response

09:22:41   21   unfolded.  This is Captain James Hanzalik, Federal on-Scene

09:22:47   22   Commander, and this is just an example.

09:22:49   23        What role did BP play in helping to set up the response

09:22:53   24   organization at the area of command.  They rented the facility.

09:22:55   25   They pretty much did all of the logistics for the facility, all of

the logistics for housing people, the communications.  When you hear about the communication systems that were in place, I don't know what your reaction will be but I was astounded at all of the things that were put into place in the very early days.  Everything that needed to be done to set up these command centers and to get the organization in place, BP was involved in; and for many of those things, they took primary responsibility.

I mentioned to you that BP got going quickly.  Before anything was even known, before we even knew that the well was flowing, BP was marshaling resources to prepare for the worst.  By April the 21st, there were 105 personnel mobilized.  If we get over to April the 22nd, 266 responders were involved in the response.  And you will see that these numbers just go up exponentially.  1,000 personnel by April the 27th; 17,000 personnel and 700 vessels by mid-May; up to 31,000 personnel, 4400 vessels by mid June; and over to July the 15th at the time of well shut-in, by that point in time there were 44,000 people involved in this response.

What was BP's contribution to the work force?  I'm mentioning this point because I have heard in depositions and seen some of the reports that the government thinks that our contribution wasn't that significant.  Mr. O'Rourke referenced that, Well, there were only a couple of thousand BPXP responders during portions of the response.

        This is a mobilization of resources chart that's dated May the 10th, 2010.  What your Honor will see is that there were 1,000 BPXP responders on that day -- contractors that we hired who

09:25:05   1   had specialties in response activities and others that had to be

09:25:10   2   trained -- totaled 15,233.  Of the sum, 19,000 responders that were

09:25:22   3   working at that time, about 85 percent of them were working on

09:25:26   4   behalf of BPXP or they were engaged as contractors by BPXP.  So a

09:25:33   5   very significant contribution in terms of personnel, in terms of the

09:25:39   6   contribution to the work that was being done.

09:25:41   7         The government has prepared two important reports,

09:25:48   8   Judge Barbier, that we will be talking about during this case.  One

09:25:52   9   is referred to as the Incident Specific Response --

09:26:00  10         Yeah, that's it.  Thank you.

09:26:02  11         -- Incident Specific Preparedness Report, sorry about

09:26:05  12   that.  ISPR, I've been calling it ISPR for a while.

09:26:12  13         The government went out and conducted a large number of

09:26:14  14   interviews of all of the people that were involved in the response,

09:26:16  15   and they prepared a couple of reports summarizing the work that was

09:26:19  16   done.

09:26:20  17         BP will be referring to these reports a lot in this case

09:26:23  18   because they speak well of BP, they speak well of the Coast Guard,

09:26:26  19   they speak well of the overall response.

09:26:28  20         This is the conclusion of the government's -- of the IPSR

09:26:33  21   report.  BP was very proactive and placed no limits on what was

09:26:37  22   needed to make this response successful.

09:26:39  23         You'll hear anecdotes of the things that were done to

09:26:45  24   enable this response to be done well.  Machine shops that were

09:26:49  25   purchased.  Manufacturing facilities where BP fronted money so that

09:26:57 1   additional equipment could be made for the response.  It was

09:27:01 2   expensive to do these things but BP was proactive and placed no

09:27:05 3   limits on what they did.

09:27:08 4        The second report that we'll spend a good bit of time in

09:27:11 5   this trial talking about is the Federal On-Scene Commander's Report.

09:27:16 6   And this is the summary of the outcome of this report.  They

09:27:22 7   interviewed about 200 people who had leadership positions within the

09:27:29 8   response organization and stated here as their ultimate conclusion:

09:27:35 9   "The *Deepwater Horizon* Oil Spill Response was ultimately successful

09:27:39 10  due to the unity of effort and perseverance of the more than 1,000

09:27:45 11  organizations that contributed to this unprecedented response."

09:27:50 12        That's the conclusion of the government about the quality

09:27:52 13  of the response.

09:27:58 14        Now, I've heard today that the government believes that

09:28:03 15  we're going to overstate our contribution or we're going to

09:28:08 16  overstate the effectiveness of the spill.  I hope that the evidence

09:28:14 17  that you hear from us will not lead you to make a finding of that

09:28:20 18  order.  What we want to do in our trial presentation is to recognize

09:28:24 19  the efforts of the Coast Guard.  It would not have been successful,

09:28:27 20  this response, without their contribution, but the same is true for

09:28:32 21  BPXP, your Honor.  This response and the success that was driven by

09:28:37 22  this response would not have been successful without BPXP's

09:28:43 23  commitment.

09:28:43 24        When we think about success, we need to think about what

09:28:47 25  were the guiding principles that we would utilize to evaluate the

09:28:51  1  success of the operation, and there were two principle goals that

09:28:55  2  were set by the response organization, by the Unified Command:

09:28:59  3  Protect the safety of the responders.  One of the sayings that we

09:29:03  4  hear about a lot when we interviewed people is "No blood for a tar

09:29:07  5  ball."  Protect the safety of the responders.  And protect the

09:29:13  6  sensitive Gulf shorelines.  Those were the two primary goals of the

09:29:19  7  response.  Don't let anybody get hurt, keep the oil off the beaches.

09:29:25  8  What about safety?  You've heard Mr. O'Rourke make some references

09:29:29  9  to the number of people that were injured during the response.  This

09:29:34 10  is the conclusion of the Federal On-Scene Commander.

09:29:39 11       "Safety report:  Safety was a focus of the entire

09:29:42 12  response organization.  The efforts and commitment to ensure the

09:29:47 13  safety of those who worked on the spill and that of the public is

09:29:50 14  one of the single most notable accomplishments of the *Deepwater*

09:29:54 15  *Horizon* response."

09:29:56 16       That list of 900 people, there are a lot of bug bites, a

09:30:01 17  lot of people that got overheated.  Sure they did.  This many

09:30:04 18  vessels working at sea, this many people working on land with

09:30:09 19  complicated equipment, would there be occasional injuries?  Of

09:30:13 20  course, there would.  But focus on safety was paramount in this

09:30:18 21  response.

09:30:19 22  The *Deepwater Horizon* response produced an exceptional safety

09:30:23 23  record.  This activity was done in a safe way.  The government has

09:30:30 24  said it was done in a safe way, that the objectives were met.  And I

09:30:36 25  am not sure if they're disputing their own report now or they're

09:30:40 1    just pointing out additional details.  I am not -- I'm a little

09:30:45 2    baffled by what they're saying.  But this is what the government

09:30:48 3    says about the safety record of the response.

09:30:52 4    Now, what were the things that were being done to address the first

09:30:59 5    issue that I referred to -- the second issue that I referred to,

09:31:03 6    keeping oil off the shoreline?  There were a number of techniques

09:31:08 7    that were deployed in a layered system to keep oil off the beach.

09:31:15 8    Skimmers is one of the techniques that you will hear about.

09:31:20 9    Importantly, you will see, by July of 2010, 76 offshore skimmers

09:31:26 10   were engaged in operations in the offshore environment.  That number

09:31:31 11   grew and grew over time, and the government has said to us in their

09:31:37 12   answers to interrogatories, recovery of approximately

09:31:42 13   160,000 barrels of oil occurred through the use of these skimmers.

09:31:52 14          In situ burning removed oil from the water surface.

09:31:55 15   There was an unprecedented number of burn operations that were

09:31:58 16   conducted.  You will see some of the metrics here, 264 personnel, 43

09:32:03 17   vessels, very complex operations.  When they would do a burn, there

09:32:09 18   would be multiple vessels in the area; there would be safety

09:32:13 19   officers there; there would be people there to watch for the safety

09:32:18 20   of the environment, making sure that there were no animals that

09:32:21 21   could be exposed.  There were complicated protocols that were in

09:32:24 22   place for measuring the toxicity of the air and making sure that

09:32:28 23   responders were not exposed to that.  No injuries to wildlife or

09:32:33 24   responders reported during these operations, and 260,000 barrels of

09:32:39 25   oil were removed from the environment as a result of this.

09:32:45   1   This is what the government says about the success of this program.

09:32:49   2   It proved to be an effective tool for removing large volumes of oil

09:32:53   3   from the water's surface.

09:32:56   4        Dispersants.  There will be a fair amount of discussion

09:33:00   5   about dispersants.  They were applied both down at the wellhead as

09:33:04   6   well as on the surface by airplanes and by ships.  The US estimates

09:33:09   7   that 770,000 barrels of oil were chemically dispersed, removed from

09:33:17   8   the environment as a result of the use of the dispersants.  It was a

09:33:20   9   very effective response tool.

09:33:22  10        What does the government say about dispersants in their

09:33:26  11   report?  "Dispersants were an effective response tool and what

09:33:31  12   prevented millions of gallons of oil from impacting the sensitive

09:33:34  13   shoreline."

09:33:40  14   Our expert in this case, Captain Frank Paskewich, has looked at

09:33:45  15   overall spill response effectiveness.  You heard Mr. O'Rourke say,

09:33:50  16   in the typical case, around 10 to 15 percent of oil is removed.

09:33:54  17   We'll talk to you a little bit in our case in chief about some

09:33:58  18   comparer events that will be helpful to the Court.

09:34:02  19   In this case, 37 percent -- 37 percent of all oil discharged was

09:34:10  20   removed from the environment.  And when we look, Judge Barbier, at

09:34:14  21   the figure of oil that was available to be recovered -- that is,

09:34:19  22   because we're look at one number is what came out, the other number

09:34:24  23   is what had already naturally dispersed, what had burned off, what

09:34:28  24   had evaporated -- the number will be well north of 50 percent, we

09:34:32  25   believe.  We're still working on those numbers a little bit based on

09:34:35  1   your Honor's recent order on the volume of oil.  But it was a

09:34:40  2   significant number of barrels of oil that were removed and kept off

09:34:46  3   of the sensitive shoreline.

09:34:49  4   This is again Captain James Hanzalik:  "Overall, burning, dispensing

09:34:55  5   and skimming was successful.  If you look at shoreline impact, it is

09:34:59  6   relatively minimal compared to the amount of oil spilled."

09:35:06  7   Shoreline clean-up techniques.  Unfortunately, some oil did get to

09:35:11  8   shore, to the beaches, and to the marshes.  There was a massive

09:35:17  9   effort that was put forth to clean up the beaches.  There were

09:35:22 10   aerial overflights.  There were what we refer to as SCAT teams that

09:35:26 11   walked the beaches.  4,380 miles of beaches were walked.  You can

09:35:32 12   see the number of teams and the number of person days.

09:35:35 13        I just want to show you this briefly just to show what

09:35:38 14   the recovery was of the beaches and the marshes.  This slide here

09:35:45 15   depicts every single area in the Gulf that was oil at any time.  We

09:35:53 16   call this "cumulative oiling."  So if it was ever oil on the beach

09:35:57 17   at any point in time, that's what this slide shows.  So if we call

09:36:03 18   this out and then we --

09:36:05 19        I'm sorry.  This is the maximum oil level here, this is

09:36:10 20   all comers, all time, this is where we have maximum oiling.  And you

09:36:15 21   can see that, over in the Barataria Bay and the barrier islands,

09:36:21 22   there are areas that do have -- it's a small percentage but that are

09:36:24 23   heavily oiled.  But if we look at this over time, you can see the

09:36:30 24   efforts that were being made to clean up as well as the natural

09:36:34 25   processes that were in place, how the environment recovers, and does

09:36:39  1   very well.  By 2011, the areas of heavy and moderate oiling have

09:36:45  2   almost disappeared.  And by May of 2012, the Gulf Coast was back to

09:36:55  3   baseline condition.

09:36:56  4          Still areas where there was oil.  There were still areas

09:37:01  5   where they couldn't get to it and clean up or small areas where the

09:37:05  6   decision was made that, if you removed the oil, it could cause more

09:37:09  7   damage than it would be if you just left it there to naturally

09:37:13  8   weather.  But there was a significant recovery of the shoreline

09:37:17  9   reflected in this chart.

09:37:19 10   So the active response ended with regard to the shoreline.  Each

09:37:24 11   state had a different date and all the government standards were met

09:37:29 12   as to the clean up, and you can see the dates here, April of '14 for

09:37:35 13   Louisiana; Mississippi, June of '13; Alabama, June '13; Florida,

09:37:39 14   June of '13.  And then there was significant DOI land where active

09:37:45 15   clean up was ended May of 2013.

09:37:49 16          I want to point out that, even though there is no active

09:37:54 17   oil to be cleaned up at this point, BPXP is still on the job.  We've

09:37:59 18   got two "fire houses," we refer to them as, where we have about 30

09:38:03 19   personnel who are on standby in various shifts.  And if notified by

09:38:08 20   the Coast Guard or notified that they need to respond to oil that's

09:38:14 21   on the shore, they respond immediately.  They go out, they pick it

09:38:18 22   up, and they deal with it.  Their utilization rate or time is around

09:38:24 23   ten percent.  There are not many calls occurring at this point in

09:38:28 24   time, but we are still standing by to do that in the event that it

09:38:32 25   is necessary.

1   Let's turn quickly to environmental impact.  On this issue, I want

2   to be clear now that there was significant impact to the Gulf

3   region.  No one disputes that.  Oil reached the shorelines; it

4   caused injury to the marshes; it caused injury to birds; it caused

5   injury to other wildlife.  The issue that we want to make sure the

6   Court understands or hope the Court will understand as part of this

7   presentation today and trial is that we now have a massive amount of

8   data that demonstrates that the Gulf did not suffer what was feared

9   in April, May, June, July, August of 2010.  There has been no

10  collapse of the ecosystem.  In fact, we know now that the incident

11  did not cause significant adverse impact to populations.  We have a

12  lot of data now about shellfish and fish and other -- and the

13  species of the Gulf.  And we'll present that evidence to you.  And

14  what we'll see when we do is that, when we look at the important

15  data related to the populations of the different species, that

16  they're doing pretty well.  They're within their historical numbers,

17  if you look back in time.  And we think that that is in part due to

18  the robustness of the response.  It's due somewhat to the

19  environment and the conditions in the environment that were present

20  during the spill.  But it is, it is the case that the injury was not

21  nearly what folks feared back in 2010.

22  Why is that?  Just a couple of data points here.  As I mentioned,

23  there's been a massive amount of information that's been collected

24  over time.  This is a chart that shows water sampling that was taken

25  during the period of time of May 2010 to July 2012.  There are about

09:41:01  1   18,000 samples here and if I go to the next chart, you will see

09:41:07  2   that, of these 18,000 samples, using the EPA benchmarks for

09:41:16  3   toxicity, 17,000 of the samples that were taken during the response

09:41:22  4   were safe for aquatic life.  That's using EPA benchmarks.  The same

09:41:29  5   is true for sediment samples, that's another environmental concern.

09:41:34  6          When we look at this, we have to think about what

09:41:37  7   exposure has occurred to potentially toxic components of

09:41:43  8   hydrocarbons.  Again, over two years of sampling and the outcome is

09:41:51  9   very similar.  Using EPA benchmarks, 98 percent of the samples were

09:42:00 10   safe for aquatic life.  So it's a very, very significant finding in

09:42:07 11   terms of what the exposure was.

09:42:11 12   Why is it that there has been such a nice recovery of the Gulf?  One

09:42:19 13   of the things that you'll hear about in this case is that the Gulf

09:42:23 14   of Mexico is a hydrocarbon-rich environment.  What does that mean?

09:42:29 15   There are seeps out in the Gulf of Mexico that produce on the order

09:42:32 16   of up to about 1.2 million barrels of oil into the Gulf every year.

09:42:40 17   And as a result of that, there are bacteria who have -- that have

09:42:45 18   evolved to consume hydrocarbons.  So when hydrocarbons are in the

09:42:50 19   water, this bacteria proliferates and it actually consumes the oil.

09:42:57 20          It's also the case that this -- the oil in this case was

09:43:01 21   a very light oil.  And light oil will also -- will also not have the

09:43:09 22   same sort of toxicity and length of life that the heavier oils will.

09:43:15 23          And of course, we have weathering and evaporation that

09:43:18 24   occurs.  When the oil does get to the surface, there is a

09:43:21 25   significant weathering and evaporation.  And the response efforts, I

think, also are significant to this.

So Mr. O'Rourke has said that BP's position is that the available data reflects that there is limited impact to wildlife. And I agree with that. And I just put a few metrics here for your Honor to consider.

As we start the case, this right here is a published article in the peer-reviewed literature. There is an absence of measurable negative impacts among populations looking at fish.

For birds, from the US live bird oiling data collection of the birds that were observed in the relevant period, over 99 percent have no visible oil.

There were a number of sea turtles that were picked up. Of the ones that were, 400 or so, through a very vigorous, very effective rehabilitation program, almost all were returned to the Gulf.

Coral, we mentioned coral. Most known deepwater coral communities in the Gulf of Mexico do not appear to have been acutely impacted by the spill. That's a Fisher study. This study does identify a few corals that have been affected and we will talk about that in this case. But most do not appear to have been affected.

You heard about dolphins from Mr. O'Rourke. No medical records identified not a single dolphin that died as a result of the oil. And he mentioned that there were dolphins that were sick in Barataria Bay. There was an event that was being tracked on dolphins that began before the *Deepwater Horizon* spill occurred. So

1   there was already a trend and it was already being studied that

2   there was an event of some kind going on with dolphins.  And that is

3   still under study.

4   We do want to convey, your Honor, that BPXP is still there, still

5   working on environmental issues.  The money that has been spent to

6   study the environment to date to collect data and analyze it is on

7   the order of about a billion dollars, which BP has paid for.  BP has

8   also engaged in what is referred to as an "Early Restoration

9   Program," so there are a number of projects that have been

10  negotiated with the government and the trustees to ensure and help

11  the environment recover.  And that money will be spent and those

12  activities will occur even before the NRD assessment occurs.

13          And then $500 million was used to fund an independent

14  research group through the Gulf of Mexico.  And BP has -- does not

15  control the research that is done there.  It does not make the

16  decisions as to what will be done.  It is truly -- it is truly

17  independent research.

18  What about economic mitigation?  I want to just address a few things

19  here in summary fashion.  Shortly after the spill, BP committed

20  about $25 million to each of the Gulf states to help them with their

21  response needs.  It increased those amounts over time.  $230 million

22  was advanced to the states for tourism promotion.  Those amounts to

23  Louisiana, Mississippi, Alabama, and Florida, in most instances,

24  doubled their tourism budgets for the states.  And we'll see in this

25  case that this had a very significant impact on restoring tourism to

09:47:20  1    the Gulf states.

09:47:21  2          There's a seafood testing and marketing program, I think

09:47:24  3    your Honor has heard about.  The rig workers fund was established

09:47:29  4    and $100 million was placed in that.  Gulf Coast claims,

09:47:34  5    11.2 billion.

09:47:36  6          One point I would make about this is that there was about

09:47:40  7    $400 million that was distributed even before the Gulf Coast claims

09:47:46  8    facility was set up so that money could get out in a quick way.

09:47:51  9          And the Vessels of Opportunity Program, we will talk

09:47:54 10    about a good bit, close to $600 million.  This provided important

09:48:00 11    work for fishermen who could not carry out their normal activities

09:48:06 12    during the response.  And actually, the Vessels of Opportunity

09:48:10 13    Program proved to be very beneficial to the work of the response.

09:48:13 14    *Citgo* tells us that the company should -- BPXP in its role in the

09:48:24 15    community should be looked at as a whole, as opposed to just looking

09:48:29 16    at it in the context of the event.

09:48:33 17          I just want to convey a few things to you, please, about

09:48:37 18    BP's significant role in the Gulf.  BP employs, provides for

09:48:43 19    employment of about 2300 high-paying jobs.  That's about

09:48:48 20    $483 million of employee compensation for the period of time 2009 to

09:48:55 21    2013.  BPXP has paid about $5 billion to the government in royalty,

09:49:01 22    bonus, and rental payments.  They say that the company is not a

09:49:05 23    significant contributor in the Gulf.  I just have to take issue with

09:49:10 24    that.  For this period of time, BPXP has spent approximately

09:49:14 25    $13 billion in capital expenditures in the Gulf of Mexico.  It's a

09:49:19  1  significant company, it makes a significant contribution.  This just

09:49:28  2  characterizes BP's significant role in the Gulf.

09:49:31  3       We have to keep in mind when we think about Gulf of

09:49:34  4  Mexico production that most of the production now, Judge Barbier is

09:49:39  5  in deepwater.  The shallow water wells have mostly -- they're not as

09:49:44  6  productive as the ones in deepwater.  Deepwater is also the place

09:49:48  7  where it's expensive to develop -- to develop resources.  And that's

09:49:53  8  why the number is so high for BP's capital expenditure because, to

09:49:58  9  stay in business in the oil business, you have to continually be

09:50:03 10  replacing your resources.

09:50:06 11  Vendor spending, not only does it provide significant employment for

09:50:10 12  its employees, this chart here shows that BPXP spent over

09:50:18 13  $16 billion on its contractors in the same period of time, 2009 to

09:50:23 14  2013, providing for significant employment.

09:50:28 15  Just a word today on the issue of BPXP and the analysis that the

09:50:37 16  government has given about its parent.  In this case, as we know,

09:50:43 17  the government is not seeking to pierce the corporate veil.  They

09:50:47 18  have said that.  When we make a statement that we're not seeking to

09:50:52 19  pierce the corporate veil, that means a subsidiary sits here and the

09:50:57 20  parent sits here, that we don't reach through the veil to the assets

09:51:02 21  of the parent.  That's the corporate veil.

09:51:06 22  That means and it's a general important principle of corporation law

09:51:16 23  that, if you have an investment of $100, you only risk the $100 that

09:51:20 24  you invested, not your entire portfolio of assets.  And in this

09:51:26 25  case, there's going to be a lot of agreement between Mr. Quivik and

Mr. Daines.  Parental control of the subsidiary is proper; that's the way they're set up.  Payment of dividends by a subsidiary is proper.  That's the way corporations are set up; that's the way they do business.  It's the case that large multi-national corporations with hundreds of subsidiaries usually do business through three or four business units.  That's the way they're organized and the legal function is carried out by the corporation, the subsidiaries.  And we'll talk about that a good bit in the case.

Discretionary injections of capital by the parent are proper.  They don't mean that the veil should be pierced.  And a parent board is always going to be more active than a subsidiary board.  Why is that?  A subsidiary has a single shareholder; a public company has thousands or millions of shareholders.  And so the Corporate governance of the two is very, very different, and we'll talk about those issues during this trial.

Now, I want to turn, your Honor, to the issue of the economic impact on the violator.  As we talked about, the violator and sole defendant here is BPXP and BPXP only, and the question for this trial is:  What would be the impact on the violator now?  You'll have under consideration a penalty for BPXP, and to understand the impact of that penalty that is imposed, the first step we think is to understand the condition of the company before any penalty is assessed; that is:  What is their condition today?  So what we want to talk about here, over the next ten minutes or so, let's see what its condition was after it went through the incident and expended

09:53:32  1    the monies that we have talked about, what it looks like today in

09:53:39  2    2015.  And then we'll look at the model for what it will look like

09:53:42  3    going forward.

09:53:44  4           First of all, I mentioned this number.  $14 billion is

09:53:48  5    the number that BP has spent on response and clean-up activities.

09:53:53  6    As I mentioned earlier, that's not the only thing they spent money

09:53:57  7    on.  If you look at the chart here, you'll see that progression of

09:54:00  8    what has been spent by BPXP over the period of time leading to the

09:54:07  9    fourth quarter of 2013.  It's a massive amount of money.

09:54:14 10    So when we look at BPXP in light of these costs, the first question

09:54:22 11    that we think needs to be answered is:  What are the funds that are

09:54:26 12    still available to BPXP in light of these costs?  And to answer that

09:54:34 13    question, we will present testimony from Mr. Bruce Den Uyl, who has

09:54:39 14    over 30 years of experience providing valuation and financial,

09:54:42 15    economic consulting services, has spent a lot of time in the energy

09:54:47 16    industry.  And what he will describe for your Honor is that, after

09:54:53 17    the negative change in cash is accounted for in the second half of

09:54:59 18    '14 and the first half of '15, in 2015, based on projections, that

09:55:06 19    if we assume that a judgment is taken in 2015 -- and I understand

09:55:10 20    that that's completely within your Honor's discretion, but we've

09:55:13 21    looked at it as something that would occur in 2015 -- the funds that

09:55:18 22    BPXP has available is $2.277 billion.

09:55:27 23           Now, that, your Honor, is a number that represents

09:55:31 24    available credit.  That's what they could pay in 2015 based on these

09:55:41 25    projections, but keeping in mind that that 2,000 -- that

09:55:46  1   $2.2 billion also needs to stand for the support of the operations

09:55:52  2   of the company.  So that's the short-term picture.

09:55:57  3           What about the long-term picture?  We have used Wood

09:56:04  4   Mackenzie, who is a global leader in commercial intelligence for the

09:56:06  5   energy industry.  They have hundreds of people who analyze the value

09:56:12  6   of resources in the oil and gas business.  We are using a

09:56:17  7   third-party asset valuation that they have conducted of the assets

09:56:21  8   that have been -- assets that are in the Gulf of Mexico portfolio.

09:56:31  9           We were interested to know what the plaintiff's expert,

09:56:33 10   Mr. Ratner, thinks about Wood Mackenzie and using them as resource

09:56:41 11   here.  And we asked him the question:  "You would expect equity

09:56:46 12   investors to rely on things like Wood Mackenzie analysis, correct?

09:56:51 13           "I think so, with respect to the individual Gulf of

09:56:54 14   Mexico assets that were valued by Wood Mackenzie as cited by

09:56:57 15   Mr. Den Uyl.

09:56:59 16           "Have you developed any opinion that any of those asset

09:57:02 17   valuations are incorrect?

09:57:05 18           "No."

09:57:07 19           So there's going to be no dispute about the Wood

09:57:14 20   Mackenzie numbers.  It's also the case that we wanted to know from

09:57:17 21   Mr. Ratner:  "Have you done your own valuation from BPXP?"

09:57:20 22           We heard from the government today that BPXP is where the

09:57:24 23   focus should be.  What has he done?  I'll just read this to you.  I

09:57:28 24   have the tape keyed up but just in the interest of the time.

09:57:32 25           "You knew the valuation of BPXP would be relevant to the

09:57:35  1    question of future funding or financing at the time you issued your

09:57:38  2    report.  Correct?  But you did not perform a valuation of BPXP.  We

09:57:44  3    know that to be true.

09:57:46  4           "Yes.  Correct.  I didn't -- I did not perform a

09:57:49  5    valuation."

09:57:51  6           So the numbers that we present to your Honor are going to

09:57:54  7    be the only valuation that you are going to receive, and we know

09:57:59  8    from Mr. Den Uyl that he doesn't take issue with the asset

09:58:03  9    valuation.

09:58:05 10           So I would like to just walk you through what we did in

09:58:09 11    August very quickly and the changes that were made to the BP

09:58:13 12    position when we get over to December.

09:58:16 13           This number right here, 38.3 billion, that's a valuation

09:58:20 14    of all of the assets of any of the BP companies in the Gulf of

09:58:28 15    Mexico.  That's the work that they do.  An adjustment has to be made

09:58:33 16    for that because BPXP doesn't own this entire $38.3 billion asset.

09:58:41 17    They own 85 percent of that, so we take off 5.4.  There is an

09:58:47 18    operating expense adjustment that is made to the Wood valuation.

09:58:53 19           There is going to be an area of dispute in the case.

09:58:58 20    Wood Mackenzie does not have access to the operating expenses of the

09:59:02 21    company when they do their valuation.  We've made an adjustment for

09:59:06 22    that, and there will be an issue about that particular issue in

09:59:10 23    trial.

09:59:11 24           BPXP has intercompany debt of 3.4 billion, intercompany

09:59:17 25    payable of 1.6, future incident provisions and payables of

09:59:21   1   $4 billion if we are not including any provisions for CWA here.  So

09:59:25   2   we come to $16 billion as the valuation of BPXP in terms of the

09:59:30   3   report that we presented in August.

09:59:34   4           As your Honor is aware, there's been a significant change

09:59:38   5   in the oil price since then.  We have appreciated the opportunity to

09:59:42   6   present a new report to you on the impact that the oil price has on

09:59:48   7   BPXP's valuation.  And if you look at this, you see there's a lot of

09:59:53   8   variation in the price of oil, even in the year period of time

09:59:59   9   January of 2010 coming over to 2015.  But what we know is we've had

10:00:06 10   a significant change in the price of the commodity because of

10:00:12 11   oversupply in January of -- by January of 2006.  That's the new

10:00:18 12   reality that we have here.

10:00:22 13           What the revised expert report does, your Honor, is it

10:00:26 14   takes -- this is really an important feature of this.  Present oil

10:00:31 15   price is important to the analysis.  It is an important feature.

10:00:36 16   But the more important feature in looking at valuation when you're

10:00:39 17   saying, "What is the revenue stream going to be out for 45 years?

10:00:44 18   What are the future prices being predicted for oil in the market?"

10:00:50 19           This blue line here represents the future prices of oil

10:00:54 20   over time as they were being expressed in late December, early

10:00:59 21   January.  And you can see that that's up in the $6,465 barrel range

10:01:06 22   order.

10:01:07 23           Then Wood Mackenzie, in the report that we furnished and

10:01:12 24   provided to the Court when we originally filed the report, has a

10:01:15 25   sensitivity analysis.  That is:  What if the price of oil goes down,

10:01:21  1   what would a worst case look like?  And what is the sensitivity?

10:01:25  2   And you can see that their worst case -- we're close to what we're

10:01:30  3   looking at now.  That is, basically their worst case was based on

10:01:34  4   $65 or $66 barrel oil at this time -- is very close to what people

10:01:38  5   are actually paying on the market for oil for contracts to deliver

10:01:44  6   out in the future.

10:01:48  7   The Wood Mackenzie analysis, we needed to talk to Mr. Ratner about

10:01:56  8   that because we wanted to know if they had any disagreement with

10:01:58  9   that sensitivity analysis and we asked him and he did not.

10:02:04  10          So very quickly, I just want to go through what we're

10:02:08  11  looking at now.  This board right here depicts it probably as good

10:02:18  12  as anything I can probably furnish to your Honor.

10:02:18  13          If we look at the adjustment for the future prices of oil

10:02:22  14  and the present price of oil, we come down by about $12 billion.  So

10:02:28  15  that the value of the assets is now 25 instead of 38.  And then if

10:02:35  16  we make the other adjustments that we talked about, operating

10:02:39  17  expenses and these things that are fixed, 3.4, 1.6, and 4, we get

10:02:46  18  down to a valuation of BPXP of $5.1 billion.

10:02:52  19          And, your Honor, DOJ knows that this is not -- that BPXP

10:03:01  20  cannot afford a penalty in the range that they're asking for.  And

10:03:04  21  so that's why they're saying, "Look to the parent."

10:03:10  22          That's the issue that is framed here.  And I think the

10:03:14  23  only point --

10:03:16  24          THE COURT:  I hate to interrupt but I should have asked

10:03:19  25  you this question because I think this is going to be relevant in

10:03:23 1   this case and because of these recent developments:  Is there any

10:03:27 2   reason that any penalties can't be structured to be paid over a

10:03:31 3   number of years?

10:03:32 4           MR. BROCK:  We have talked about that, your Honor, and I

10:03:35 5   do not know the answer.  I don't know the answer to that.

10:03:38 6           THE COURT:  The government can certainly agree to that,

10:03:40 7   right?

10:03:42 8           MR. BROCK:  I suspect they might could.  But we've had no

10:03:47 9   discussions with them about that, and we don't know of any precedent

10:03:50 10  for that.  I guess, as I've looked at it, I guess I've thought of it

10:03:55 11  as a judgment that would be entered.  I don't know if I've ever seen

10:03:59 12  one that was structured, but I don't think I could rule out, as I'm

10:04:01 13  standing now, that as being something that could be possible.

10:04:05 14          THE COURT:  Nothing to preclude that?

10:04:07 15          MR. BROCK:  I don't have a precedent either way.

10:04:10 16          THE COURT:  Mr. O'Rourke, do you want to comment on that?

10:04:12 17          MR. O'ROURKE:  I am aware of at least one Clean Water Act

10:04:15 18  judgment entered by a federal court that required payments over

10:04:20 19  time.  And --

10:04:21 20          THE COURT:  Seems like that's certainly relevant, that

10:04:23 21  question, that issue, to -- if this becomes a factor as to what the

10:04:31 22  company can afford to pay all in one swoop.  But anyway...

10:04:36 23          MR. BROCK:  All right.  Thank you.

10:04:37 24          I'll just wrap up with this.  When an investor -- either a

10:04:41 25  parent corporation or a private investor, if you go to a market to

10:04:46  1    look at equity, what they would look is they would look at this 5.1.

10:04:50  2         And I will make one other point:  If the price of oil goes

10:04:53  3    way back up between now and the time of a judgment, this number is

10:04:57  4    going to change.  I think you will have the tools from our trial

10:05:02  5    presentations at least to give rough justice to what an valuation

10:05:08  6    would be if the changes were made.  If you wanted to have a

10:05:11  7    discussion about that later, we could but we could only present what

10:05:13  8    we know today.

10:05:14  9         But when an investor looks at this, they are going to look

10:05:17 10    at a lot of things.  They are going to look at the amount of the

10:05:21 11    judgment.  We also know that BPXP still has cases to deal with,

10:05:27 12    state and local cases.  We've got the Alabama test case that they're

10:05:31 13    working up.  Louisiana and Mississippi and others have them.

10:05:33 14    There's still some OPA issues to deal with, including the test cases

10:05:40 15    that we've talked about from moratorium.  There's NRD and that's a

10:05:45 16    case that will be filed some day and it will be something that BPXP

10:05:51 17    will have to deal with.  And as I mentioned, there's the Clean Water

10:05:56 18    Act.

10:05:56 19         From our point of view it's the Clean Water Act where the

10:06:00 20    Court has discretion.  These are compensatory components.  This is

10:06:05 21    where the Court has the discretion to fashion a fair penalty.  The

10:06:16 22    government would say that the Court should speculate as to a source

10:06:22 23    of funding and its terms, they're not going to provide any model or

10:06:27 24    analysis as to the cost of such funding, its components, or its

10:06:31 25    impact.  They're not considering this valuation.  They're not

10:06:36 1  considering the contingent liabilities in assessing the ability of

10:06:40 2  BP to track additional funding.

10:06:44 3         And just from a policy standpoint, the last thing I would

10:06:50 4  like to convey to the Court, BPXP did the right thing bringing it to

10:06:58 5  this financial condition.  They expended the funds.  They committed

10:07:03 6  to do it and they did it well.  The government now says, because the

10:07:09 7  parent contributed to the terrific outcome that occurred in the

10:07:16 8  response, they're obligated to contribute again now.  And we just

10:07:22 9  don't think in any world that's a good policy.  And I think that

10:07:27 10 would be the last thing I would share with the Court.  I thank you

10:07:32 11 for the time and we look forward to presenting our case.

10:07:35 12        THE COURT:  All right.  Thank you, Mr. Brock.

10:07:37 13        Ms. Kirby?

10:07:40 14        MS. KIRBY:  Is it working?

10:07:57 15        THE COURT:  I think so.

10:07:58 16        MS. KIRBY:  Good morning, your Honor.  May it please the

10:08:01 17 Court, Ky Kirby on behalf of Anadarko.

10:08:05 18        Anadarko's role in this case is straightforward and

10:08:08 19 unusual.  We are here today because the Court has already ruled

10:08:11 20 that, as a co-owner of the Macondo well, Anadarko is strictly liable

10:08:16 21 for a civil penalty under the Clean Water Act.  But that ruling by

10:08:21 22 itself says nothing about whether a penalty should be assessed.

10:08:28 23        The Clean Water Act CWA says that a party shall be subject

10:08:34 24 to a penalty, which is a far cry from saying "shall pay a penalty."

10:08:40 25 Whether and what a penalty should be is committed to the Court's

10:08:44  1    discretion and must be tailored to a particular defendant's conduct

10:08:49  2    and circumstances.  It is to be guided by the goals of the Clean

10:08:54  3    Water Act which is, everyone agrees, including the government, are

10:08:58  4    to punish violators and deter future violations.

10:09:02  5         The Clean Water Act gives us a road map for making this

10:09:06  6    evaluation.  It sets forth eight factors that the Court is to

10:09:11  7    consider.  But the problem here -- and this is where the case is

10:09:15  8    really unusual -- is that most of those factors are irrelevant to

10:09:20  9    Anadarko as a non-operator.

10:09:22  10        One factor that is extremely relevant, that is culpability

10:09:26  11   or wrongful conduct.  As this Court has repeatedly held, Anadarko

10:09:31  12   was not culpable for the events that led up to, occurred on, and

10:09:36  13   followed April 20, 2010.  That ruling removes any reason for

10:09:43  14   punishing Anadarko.

10:09:46  15        Well, what about deterrence?  We also believe, your Honor,

10:09:50  16   that there is no basis for a deterrence-based penalty because

10:09:54  17   Anadarko committed no act that needs to be deterred.  Anadarko will

10:09:59  18   elicit expert testimony that a penalty is not justified under

10:10:05  19   traditional economic theories of deterrence.

10:10:09  20        Professor Sunding, an economist and an authority on the

10:10:13  21   economics of deterrence and environmental penalties, will testify

10:10:17  22   that the damage provisions of the Oil Pollution Act provide ample

10:10:22  23   deterrence here because they assure that the violator will address

10:10:26  24   the harms caused by the violation.

10:10:29  25        This is particularly true here where the Court has already

10:10:33 1    allocated fault for the damages.  But if that isn't enough and the

10:10:38 2    Court is looking for additional deterrence against a non-culpable,

10:10:42 3    non-operator, Anadarko has already paid $4 billion in damages and

10:10:47 4    millions more in mitigation.

10:10:49 5           Now, there is a second reason for deterrence-based

10:10:54 6    penalty, and that is to remove any economic benefit that may have

10:10:58 7    been realized from the violation.  In this case, the government has

10:11:03 8    conceded that any economic benefit to BP, let alone Anadarko, is

10:11:10 9    merely background noise, and there has been no finding that Anadarko

10:11:15 10   received any benefit or saved any cost as a result of any violation.

10:11:21 11   Now, Professor Sunding also will testify that the penalty doesn't

10:11:27 12   serve the deterrence goal of the Clean Water Act and it's not

10:11:31 13   economically rational.  And in fact, will testify that, if a penalty

10:11:35 14   is warranted it should be assessed against the culpable operating

10:11:40 15   party, not the non-culpable non-operator.

10:11:43 16   Now, since a penalty is not warranted by the twin goals of the Clean

10:11:52 17   Water Act, punishment and deterrence, the government presents a

10:11:54 18   different theory.  Its theory is that a $1 billion-plus penalty

10:11:58 19   should be assessed to send a message.  But what's the message?  That

10:12:03 20   a non-operator should be punished for doing no wrong?  That a

10:12:07 21   non-operator should be forced to intervene in the offshore

10:12:10 22   operations on a rig?  That is a risky, cavalier, and unprecedented

10:12:16 23   approach that will have negative consequences both on the rigs and

10:12:20 24   beyond.

10:12:21 25   Ken Arnold, Anadarko's second expert and a world-renowned expert on

10:12:26  1   safety, who has devoted his career to trying to improve safety on

10:12:30  2   offshore facilities, will testify that penalizing a non-operator

10:12:36  3   will not improve safety but will impede it.  He will testify that

10:12:41  4   trying to incentivize nonoperating parties to intervene in offshore

10:12:47  5   drilling operations will not only blur lines of authority but it

10:12:51  6   will delay and impede time-critical -- time-sensitive, critical

10:12:56  7   decisions.

10:12:57  8        He also will testify that federal agencies responsible

10:13:01  9   for offshore safety on offshore facilities have passed new

10:13:06 10   regulations since Macondo, and those new regulations make clear that

10:13:11 11   only the operator can ensure that the rules and regulations are

10:13:15 12   followed.  Those new regulations embrace and promote the approach

10:13:20 13   that it is the operator who must create the culture of safety across

10:13:26 14   the entire operation that will produce a safe and productive

10:13:31 15   environment.

10:13:33 16        Conversely, there have been no new regulations that

10:13:37 17   affect non-operators.

10:13:39 18        Now, Professor Sunding will testify as well that, if

10:13:43 19   Anadarko is penalized, it may deter future investment in offshore

10:13:50 20   Gulf of Mexico operations by non-operators who, of course, are

10:13:55 21   diverse in a competitive marketplace.  In fact, Professor Sunding's

10:14:00 22   studies indicate that we already are seeing a retreat in

10:14:04 23   non-operating investment in the Gulf and an increase in

10:14:07 24   concentration in lease shares, which should concern even the

10:14:11 25   government.

10:14:12  1          So how does the US justify its $1 billion-plus demand

10:14:18  2   against Anadarko?  Not with any evidence but with a tortured analogy

10:14:24  3   to Transocean.  The argument goes that that, if Transocean paid a

10:14:31  4   billion dollars to settle its liability at Macondo, Anadarko should

10:14:34  5   pay more.  The flaws in this analogy are self-evident and don't

10:14:40  6   deserve lengthy discussion this morning.  But let me point out two

10:14:43  7   reasons why any amount paid by Anadarko is require -- I mean, pardon

10:14:48  8   me -- Transocean is irrelevant to Anadarko.

10:14:51  9          First of all, Transocean's payment was a settlement.  No

10:14:55 10   evidence even remotely suggests that Transocean's settlement

10:15:00 11   strategy should apply to Anadarko.

10:15:01 12   Secondly, this Court has found Transocean 30 percent liable.

10:15:06 13   Transocean owned and operated the rig.  Transocean even pled guilty

10:15:11 14   and paid an additional criminal fine for its conduct in connection

10:15:16 15   with Macondo.  So how can Anadarko and Transocean be similar?

10:15:22 16          In short, your Honor, any comparison between Transocean

10:15:27 17   and Anadarko is a world class stretch.

10:15:30 18   Not even the MOEX offshore civil penalty of $90 million can serve as

10:15:36 19   a benchmark here.  Like the Transocean payment, that was a

10:15:40 20   settlement that occurred years ago before the Court ever ruled that

10:15:45 21   the non-operators for the Macondo well were not culpable, and it

10:15:50 22   saved MOEX the cost of years of litigation.  I can assure you that

10:15:55 23   if MOEX was here today it would be saying "$90 million is too much

10:16:00 24   for a non-operator to pay in penalty."

10:16:02 25   Now, the government has an expert who intends to testify that

10:16:07 1    Anadarko can pay a million dollars -- a billion dollars or more in a

10:16:12 2    penalty.  But he will admit that every dollar that is paid in the

10:16:16 3    penalty takes away from Anadarko's operations and capital

10:16:20 4    expenditures.  And that expert relies on projections that were

10:16:24 5    created in March of 2014 when the forecasted oil price was $90 for

10:16:31 6    2015 and 2016.

10:16:34 7         Well, we all know that we live in a different world

10:16:37 8    today.  Those prices have declined by 50 percent since June of last

10:16:42 9    year.  Those prices drive the engine of Anadarko's growth and

10:16:49 10   profitability, and slashing them by 50 percent has an impact on

10:16:53 11   Anadarko.

10:16:54 12        The bottom line is that the full economic impact of a

10:16:59 13   penalty on Anadarko is as unknown as the future path of oil prices.

10:17:04 14   But since a penalty would serve none of the goals of the Clean Water

10:17:10 15   Act, punishment or deterrence, really, any analysis of Anadarko's

10:17:15 16   ability to pay is just a distraction.

10:17:18 17   I want to pause for a moment to address Mr. O'Rourke's comment about

10:17:23 18   Anadarko probably treating prior violations like speeding tickets.

10:17:29 19   Let me say that Anadarko does not view any discharge as if it is

10:17:33 20   merely a speeding ticket to be brushed off.

10:17:38 21   As far as the Gulf of Mexico violations that Mr. O'Rourke was

10:17:42 22   alluding to, let me also say that those nine violations, which

10:17:47 23   occurred between 2004 and 2010, were always two gallons or fewer of

10:17:54 24   oil or synthetic mud, that most fines were $250, and that the total

10:18:00 25   amount of fines total -- total -- was $12,834.

10:18:06  1    Now, in conclusion, I would like to say that we do not dispute that

10:18:11  2    the spill was extremely serious when it occurred.  And we do not

10:18:15  3    take lightly the impact that it has had on the families of those

10:18:20  4    killed in the tragedy, on the environment, or on the folks who live

10:18:24  5    and work in the Gulf.

10:18:26  6    In fact, Anadarko's third witness, Darrell Hollek, senior

10:18:31  7    vice-president, will testify about Anadarko's efforts to mitigate

10:18:36  8    the effects of the spill, including its $4 billion payment to BP,

10:18:41  9    which was explicitly directed to be used to pay damages to persons

10:18:45 10    who were injured from this event.

10:18:49 11            We do dispute, however, your Honor, that Anadarko should

10:18:52 12    be punished for acts it did not take and for actions it could not

10:18:56 13    control.  Since the penalty will serve neither of the goals of the

10:19:01 14    Clean Water Act, we respectfully submit that the Court should

10:19:04 15    decline to impose one.  Thank you

10:19:06 16            THE COURT:  All right.  Thank you.  All right.  Let's take

10:19:09 17    about a 15-minute recess.  We will come back and take the

10:19:12 18    government's first witness.

10:19:13 19            THE DEPUTY CLERK:  All rise.

10:19:23 20        (WHEREUPON, A RECESS WAS TAKEN.)

10:41:33 21        (OPEN COURT.)

10:41:33 22            THE COURT:  All right.  Please be seated everyone.  The

10:41:41 23    government can call its first witness.

10:41:43 24            MS. HIMMELHOCH:  Good morning, your Honor, Sarah

10:41:47 25    Himmelhoch of the United States.  As our first witness, we call Rear

10:41:50  1    Admiral Meredith Austin.

10:41:54  2              THE COURT:  That is a fact witness, correct?

10:41:56  3              MS. HIMMELHOCH:  Yes, your Honor.

10:41:57  4              THE COURT:  Okay.

10:42:04  5              MS. HIMMELHOCH:  Head on up to the witness stand.

10:42:04  6         (WHEREUPON, MEREDITH L. AUSTIN, WAS SWORN IN AND TESTIFIED AS

10:42:06  7         FOLLOWS:)

10:42:06  8              THE DEPUTY CLERK:  If you'll take a seat.

10:42:08  9              If you'll state and spell your name for the record,

10:42:10 10    please.

10:42:11 11              THE WITNESS:  Meredith, M-E-R-E-D-I-T-H, Lee, L-E-E,

10:42:22 12    Austin, A-U-S-T-I-N.

10:42:22 13                           DIRECT EXAMINATION

10:42:22 14    BY MS. HIMMELHOCH:

10:42:25 15    Q.  Good morning, Admiral, I'm Sarah Himmelhoch, and I have you on

10:42:31 16    direct examination.

10:42:32 17              You've given us your name.  Can you please identify your

10:42:34 18    current rank?

10:42:35 19    A.  Rear Admiral, lower half, in the U.S. Coast Guard.

10:42:38 20    Q.  Where are you currently stationed?

10:42:39 21    A.  At the Coast Guard Personnel Service Center in D.C.

10:42:42 22    Q.  How long have you been with the Coast Guard?

10:42:44 23    A.  Twenty-nine years.

10:42:45 24    Q.  Could you please give the Court a brief overview of the types

10:42:50 25    of positions you've held while serving in the Coast Guard?

10:42:52  1    A.  For the majority of my career, I've been in marine safety.  So

10:42:55  2    that's accident investigation, mariner documentation, oil spill

10:43:02  3    hazardous materials response operations, that kind of thing.

10:43:05  4    Q.  Have you had any command positions?

10:43:07  5    A.  Yes.

10:43:07  6    Q.  Please identify those for us.

10:43:09  7    A.  In addition to my current command, Personnel Service Center, I

10:43:13  8    was the commanding officer of the Coast Guard Pacific Strike Team,

10:43:17  9    commander of the National Strike Force, and commander of the Coast

10:43:19 10    Guard Sector Delaware Bay in Philadelphia.

10:43:22 11    Q.  What is the Pacific Strike Team?

10:43:23 12    A.  It's one of three special teams under the National Contingency

10:43:29 13    Plan to help Federal On-Scene Coordinators as search forces and oil

10:43:34 14    and hazardous material response.

10:43:35 15    Q.  What degrees, if any, do you hold?

10:43:37 16    A.  I have a Bachelor of Science in Marine Science from the Coast

10:43:41 17    Guard Academy; Master of Science in Public Health and Industrial

10:43:43 18    Hygiene from the University of North Carolina Chapel Hill; and a

10:43:46 19    Master in National Defense Studies in the Naval Postgraduate School

10:43:52 20    in Monterey.

10:43:53 21    Q.  What professional certification do you hold?

10:43:57 22    A.  Certified Industrial Hygienist, Certified Emergency Manager,

10:44:00 23    and a Coast Guard-Certified Type 1 Incident Commander, Type 1

10:44:06 24    Operations Section Chief, and Type 1 Planning Section Chief.

10:44:09 25    Q.  Admiral Austin, were you involved at all in the response to the

10:44:12  1   explosion and fire and the subsequent oil spill that began on

10:44:17  2   April 20th, 2010, as a result of the *Deepwater Horizon*?

10:44:18  3   A.  Yes.

10:44:19  4   Q.  Roughly over what period of time were you involved in that

10:44:22  5   response?

10:44:23  6   A.  I first arrived in Houma on May 25th of 2010.  I was there

10:44:27  7   until about the 10th of July, went back to my unit for a couple of

10:44:32  8   weeks and returned on the 24th of July and stayed until the 20th of

10:44:35  9   August.

10:44:36 10   Q.  We will they get into the details of your involvement in the

10:44:39 11   response.  But before April 20th, 2010, had you been involved in the

10:44:42 12   response to any oil spills?

10:44:44 13   A.  Yes.

10:44:44 14   Q.  Roughly how many?

10:44:45 15   A.  Probably a couple of hundred.

10:44:47 16   Q.  Generally what types of work did you do while working on those

10:44:50 17   prior oil spills?

10:44:51 18   A.  Early on, I would go out in the field to make sure that the oil

10:44:54 19   is being picked up in accordance with the National Contingency Plan.

10:44:59 20   As I became more senior in my employment, I became, first, the

10:45:03 21   Operations Section Chief, Planning Section Chief, and then

10:45:06 22   eventually Incident Commander for responses.

10:45:08 23   Q.  During your experience with oil spill response for the Coast

10:45:12 24   Guard, did you become familiar with what is known as the Incident

10:45:16 25   Command System or the ICS?

10:45:18  1    A.  Yes.

10:45:18  2    Q.  What is the ICS?

10:45:20  3    A.  The Incident Command System is a way to manage activities,

10:45:25  4    events, using management by objectives, and it's a way to ensure

10:45:28  5    that resources and personnel are used efficiently.

10:45:31  6    Q.  There's -- is there a concept used in the management of oil

10:45:36  7    spill response known as "span of control"?

10:45:38  8    A.  Yes.

10:45:39  9    Q.  What is meant by "span of control"?

10:45:41  10   A.  Span of control is a way to make sure that the personnel and

10:45:44  11   resources are used efficiently, that there's -- any one supervisor

10:45:50  12   does not get overwhelmed by having too many personnel working for

10:45:53  13   them, too many activities going on.

10:45:55  14   Q.  Was the ICS used in response to the *Deepwater Horizon* disaster?

10:45:59  15   A.  Yes.

10:45:59  16   Q.  What positions within the ICS did you personally hold during

10:46:04  17   the response to the *Deepwater Horizon* disaster?

10:46:06  18   A.  When I first arrived in May, I was a Deputy Incident Commander.

10:46:09  19   And then when I returned in July, I was -- for the State of

10:46:13  20   Louisiana, deputy for the State of Louisiana.  And then when I

10:46:15  21   returned, I took over as the incident commander for the state of

10:46:19  22   Louisiana.

10:46:19  23   Q.  And the Louisiana Incident Command Post was at Houma, is that

10:46:22  24   correct?

10:46:22  25   A.  Yes.

10:46:22  1   Q.  What was your role as Deputy Incident Commander?

10:46:25  2   A.  Getting back to span of control, because there were so many

10:46:30  3   activities going on in relation to this response, it was too much

10:46:33  4   work for any one person to do.  So the Incident Commander, Captain

10:46:37  5   Laferriere at the time, focused his attention on the work that had

10:46:41  6   to be handled external to the command post.  So visiting in the

10:46:46  7   field, talking with politicians, dealing with stakeholders

10:46:50  8   externally to the response.  And I was in the command post making

10:46:55  9   sure that the planning for the next operational cycle took place,

10:46:57 10   and any decisions that had to be made in the course in the command

10:47:03 11   post, I was there to make.  If we had to wait for Roger to get back,

10:47:06 12   then there would have been a delay that would be not good for the

10:47:10 13   response.  And so this way, we were able to split the work.

10:47:13 14   Q.  Was the Incident Commander at Houma a federal On-Scene

10:47:20 15   Commander's Representative?

10:47:20 16   A.  Yes.

10:47:20 17   Q.  As Deputy Incident Commander, did you have any responsibilities

10:47:24 18   with respect to the federal On-Scene Coordinator position?

10:47:28 19   A.  The federal On-Scene Coordinator was at the Unified Area

10:47:33 20   Command, at first in Robert and then New Orleans.  And he or she,

10:47:37 21   whoever it was at the time, was in charge of the entire response,

10:47:42 22   taking care of critical resources and other things.  So at each of

10:47:46 23   the five or four Incident Command Posts, we had a federal On-Scene

10:47:52 24   Coordinator Representative who was the Coast Guard Incident

10:47:53 25   Commander for those command posts.

10:47:55  1    Q.  As Deputy Incident Commander, were you a FOSC representative?

10:48:00  2    A.  Yes, Captain Fairer and I were designated as FOSC-Rs.

10:48:07  3    Q.  I would to talk for a minute about the ICS used in the

10:48:09  4    *Deepwater Horizon* as compared to your prior experiences in oil

10:48:11  5    spills.

10:48:12  6            How does the ICS used in the *Deepwater Horizon* compare to

10:48:16  7    your experience in the prior oil spills?

10:48:18  8    A.  It was the most complex application of ICS in history.

10:48:22  9    Q.  How so?

10:48:23  10   A.  It was -- first of all, the spill was designated as a spill of

10:48:28  11   national significance.  That was the first time that had happened in

10:48:32  12   the US.  They designated a NIC, National Incident Commander.  There

10:48:37  13   were five incident command posts that spanned five states throughout

10:48:41  14   the Gulf.  It was just a very complex operation.

10:48:45  15   Q.  Were there also things known as "forward operating bases"?

10:48:50  16   A.  There were.  In Louisiana, because, again, the span of control

10:48:53  17   was so big at each of the -- there were nine forward operating

10:48:58  18   bases, you know, in ICS vernacular, "branches" that were set up in

10:49:03  19   order to respond and some of them were big enough to be incident

10:49:08  20   command posts in their own right, had it been that was the only

10:49:12  21   spill that we were dealing with.

10:49:13  22   Q.  What was the function of the National Incident Commander and

10:49:18  23   his staff?

10:49:19  24   A.  The NIC's job was to coordinate national resources and to

10:49:23  25   coordinate the activities of the federal government --

10:49:26  1   Q.  And --

10:49:27  2   A.  -- and the agencies.

10:49:28  3   Q.  I apologize.  Just for clarity, who was the National Incident

10:49:32  4   Commander for the *Deepwater Horizon*?

10:49:33  5   A.  Admiral Thad Allen.

10:49:35  6   Q.  What function in comparison to the NIC and your role as

10:49:39  7   Incident Commander did the Unified Area Command serve?

10:49:44  8   A.  The Unified Area Command served to broker critical resources

10:49:49  9   amongst the five states that were involved.  They also would answer

10:49:55 10   questions that would come down from Washington and other places.

10:49:59 11   They would get information from us, but they were able to then feed

10:50:01 12   that information up to the national level.

10:50:04 13   Q.  In the course of your coming to understand the ICS, did you

10:50:09 14   become familiar with a distinction between strategic and tactical

10:50:13 15   decision making?

10:50:14 16   A.  Yes.  Unified Area Command was a little bit more strategically

10:50:20 17   focused because they were dealing with the response throughout the

10:50:23 18   entire affected region throughout the Gulf, whereas in Houma,

10:50:27 19   probably like the other state, we were tactically focused on the oil

10:50:31 20   impacting when it hit the surface and when it hit the shores of

10:50:35 21   Louisiana.

10:50:35 22   Q.  Why was the ICS for the *Deepwater Horizon* disaster so much more

10:50:40 23   complex than the other spills that you've worked on?

10:50:42 24   A.  First, it was the sheer size; the fact that it impacted five

10:50:48 25   states that was big part.  Another part was that it was a major -- a

10:50:52  1   new major oil spill every day for 87 days.  So not only were we

10:50:56  2   worried about the oil as it impacted the beach or as it was

10:51:00  3   approaching the beach, we also had to worry about forecasting where

10:51:04  4   will the oil be a couple of days from now?  A couple of weeks from

10:51:07  5   now?  What would be the impact of changing currents on it?  So there

10:51:11  6   was quite a bit of forecasting in the command post to try to figure

10:51:14  7   out the best placement of equipment.

10:51:17  8   Q.  Were there any mechanisms put in place to keep track of such a

10:51:21  9   complicated response?

10:51:22  10  A.  Yes.

10:51:22  11  Q.  Please give us some examples of those.

10:51:25  12  A.  Every day -- at least early on and then, later, the operational

10:51:29  13  period got a little bit longer but we created an Incident Action

10:51:33  14  Plan.  There were daily calls with the branches to see what was

10:51:37  15  going on.  We had daily calls with the governor's office of Homeland

10:51:42  16  Security and Environmental and Emergency Preparedness to find out

10:51:45  17  what the issues were in the various affected parishes.  We also had

10:51:49  18  a common operating picture.

10:51:50  19  Q.  What do you mean by a "common operating picture"?

10:51:53  20  A.  It's a place -- sometimes, literally, a wall where you post

10:51:57  21  maps and weather forecasts and resources at risk and other things --

10:52:02  22  or it could be virtual, could be in a computer, and it's a way to

10:52:05  23  make sure that everyone involved with the response is operating off

10:52:08  24  the same sheet of music, is operated off the same conditions and so

10:52:12  25  we're all unified in our efforts.

10:52:16  1    Q.  What tool or platform was used to provide the common operating

10:52:19  2    picture in the *Deepwater Horizon* event?

10:52:21  3    A.  We used a computer program called ERMA.

10:52:24  4    Q.  Does that stand for "Environmental Response Management

10:52:27  5    Application"?

10:52:27  6    A.  Yes.

10:52:28  7    Q.  Please call --

10:52:30  8            MS. HIMMELHOCH:  Mr. Jackson, if you could please call up

10:52:32  9    D 3200.

10:52:32 10    BY MS. HIMMELHOCH:

10:52:34 11    Q.  Admiral, do you recognize this figure?

10:52:35 12    A.  Yes.

10:52:36 13    Q.  What is it?

10:52:36 14    A.  It's a screen shot from ERMA.

10:52:39 15    Q.  What kinds of information could you retrieve from ERMA?

10:52:43 16    A.  Geographic boundaries between the different incident command

10:52:49 17    posts, resources at risk, critical -- where skimmers were.

10:52:55 18            This particular picture shows -- I think it's several days

10:52:58 19    or several periods of time where the oil was.

10:53:02 20    Q.  And who could access the information contained in ERMA?

10:53:05 21    A.  The Incident Command Post had access to this as well as the

10:53:09 22    Unified Area Command and the National Incident Commander.

10:53:12 23    Q.  I want to turn to a slightly different topic now and I want to

10:53:15 24    talk about your experience with prior oil spills.

10:53:18 25            When you worked on those prior oil spills, did you

10:53:21 1    undertake an assessment of whether or not your response efforts were

10:53:25 2    successful?

10:53:25 3    A.   Yes.

10:53:25 4    Q.   And how did you go about doing that?

10:53:28 5    A.   In the mid '90s a couple of Coast Guard officers with a lot of

10:53:33 6    experience with oil spills wrote a paper, which they call *Best*

10:53:36 7    *Response*, and it discussed how it's not enough to just clean up the

10:53:39 8    oil, that there's other factors that have to be taken into account

10:53:42 9    in order for a spill response to be considered successful.  This

10:53:47 10   paper was -- they turned it into a survey tool that could be handed

10:53:53 11   out after a response or exercises to kind of gauge how well you did

10:53:58 12   for lessons learned capturing.

10:54:00 13        It could also be used during a response, you can kind of

10:54:02 14   in your mind do a mental note, "are we hitting everything we need to

10:54:06 15   hit."  This was presented at our training center in the mid '90s, so

10:54:10 16   I know a lot of Coasties saw it.

10:54:13 17   Q.   One of the criteria that we included in that survey to

10:54:16 18   evaluate, that you used in evaluating the past oil spill responses

10:54:20 19   that you were involved in?

10:54:21 20   A.   Safety and health of responders and the community,

10:54:25 21   environmental impacts, economic impacts, public information,

10:54:31 22   stakeholder support, and response organization.

10:54:33 23   Q.   I would like to explore each of these criteria just very

10:54:37 24   briefly.  Let's start with respect to human health and safety.  What

10:54:41 25   have you looked at in applying this factor to your past response?

10:54:44 1    A.  As we would be drafting up tactics for the next operational

10:54:49 2    period, we made sure that they scrubbed the tactics to see if

10:54:53 3    there's any controls that we had to do to make sure that the

10:54:56 4    operation would be as safe as possible.  So that's what we did ahead

10:54:58 5    of time.

10:54:59 6         Kind of on the flip side, we would be looking at accident

10:55:02 7    rate, injury rate, near misses, that kind of thing.

10:55:06 8    Q.  Why was it that you were seeking to incorporate human health

10:55:11 9    and safety into the planning of response actions?

10:55:13 10   A.  Because responding to an oil spill is an inherently dangerous

10:55:17 11   or can be inherently dangerous.

10:55:19 12   Q.  What kind of dangers were you planning for when you were

10:55:22 13   developing your health and safety plans?

10:55:24 14   A.  Some were the chemical hazards, oil, it could be an inhalation

10:55:31 15   hazard from the volatile chemicals coming off.  It could be a skin

10:55:35 16   hazard to the people who are responding.

10:55:37 17        Also you have physical hazards, oil is slippery, so I have

10:55:40 18   slips, trips and falls for that.

10:55:42 19        And then also you have to look at the environment in which

10:55:44 20   the spill happens, is it really hot, is it really cold, is it near

10:55:48 21   water, are there dangerous wildlife in the area that you have to

10:55:51 22   worry about.

10:55:51 23   Q.  With respect to the natural environment, which was the second

10:55:56 24   criteria you listed, what did you look for when evaluating your

10:56:01 25   prior oil spill response?

83

10:56:02  1    A.  Again, looking at the tactics, you want to make sure that you

10:56:05  2    took into account the environmental conditions and what was being

10:56:08  3    affected in the environment because you wanted to make sure that

10:56:10  4    when you did your response you were doing it in the most

10:56:14  5    environmentally benign way possible.

10:56:16  6    Q.  What do you mean by most environmentally benign way possible?

10:56:19  7    A.  In oil spill response there is trade-offs and sometimes --

10:56:26  8    well, the easiest thing to do would be, I am going to go in there

10:56:29  9    and take steam and blast everything away to make it look nice and

10:56:32 10    pretty, that might not be the best for the environment, for the then

10:56:35 11    environmental benefit.  So, for example, if it's oil impacted marsh,

10:56:39 12    if it's during the growing season, the best bet might be to wait

10:56:43 13    until the growing season is over or wait until a different part of

10:56:46 14    that growing cycle to go in there because you might be trampling

10:56:49 15    down and driving the oil or damaging the root system.

10:56:52 16    Q.  With respect to the economic impact, which was the third

10:56:56 17    criteria that you listed, what do you consider in determining

10:57:00 18    whether you were successful in your prior oil spill responses?

10:57:03 19    A.  Again, looking at the tactics and looking on where the oil

10:57:06 20    spill has occurred, what economic disruptions might have been caused

10:57:11 21    by it.  If you're closing a channel because that's where the oil is,

10:57:16 22    maybe that heating oil barge isn't getting where it needs to go and

10:57:20 23    that means that people are going to run out and it's going to be

10:57:22 24    really cold tomorrow and that could be really bad.  So you might

10:57:26 25    alter the way you're going to do the -- you might decide to do

10:57:29  1   cleanup in this area -- in one area versus another area to account

10:57:33  2   to make sure that -- again, the environment is, you know, key but if

10:57:40  3   it's possible to delay something in order to lessen the disruption

10:57:43  4   to economics, that's something that has to be part of the equation.

10:57:47  5   Q.  What have you done with respect to past oil spill responses to

10:57:52  6   address concerns regarding public communication, which was your next

10:57:55  7   factor?

10:57:56  8   A.  It's very important to keep the public involved with what's

10:57:59  9   going on, or at least notified as to what's going on.  An oil spill

10:58:04  10  is a high concern event and people want to know that the right

10:58:07  11  things are being accomplished.

10:58:08  12  Q.  What actions did you take in prior oil spill responses to

10:58:13  13  address that concern?

10:58:14  14  A.  We would set up a joint information center so that media and

10:58:18  15  members of the public can get information directly from the Unified

10:58:23  16  Command and to make sure that we got accurate information out.

10:58:27  17  Q.  You indicated that it was important for the public to

10:58:31  18  understand what was going on, why is that?

10:58:33  19  A.  Because if you lose public trust, if the public doesn't think

10:58:38  20  that what you're doing is correct, then you can lose trust.  And

10:58:43  21  it's bad if you lose trust because a couple of things happen:  One

10:58:46  22  is they might say, I don't think you're doing the right thing, I'm

10:58:50  23  going to go ahead and do my own thing and might start freelancing,

10:58:54  24  which could put them in harm's way or do actions that are counter in

10:58:59  25  what we in the Unified Command want to do.  That's one issue.

10:59:02  1          The other issue is they will try to get information

10:59:05  2   wherever they can get it and that could be totally inaccurate.

10:59:08  3   Q.  The last -- the next factor that you mentioned was the

10:59:15  4   stakeholder service and support.  When evaluating your prior oil

10:59:18  5   spill responses, how have you evaluated whether or not you address

10:59:21  6   that factor?

10:59:22  7   A.  Well, ahead of time you try to identify who all the

10:59:26  8   stakeholders are and hopefully you're meeting their information

10:59:30  9   needs.  One way to find out that you haven't met them or you have is

10:59:34 10   their demeanor in meetings.  For instance, you can go to a

10:59:36 11   stakeholder meeting and if everyone is yelling at you, chances are

10:59:40 12   they're not happy with what's going on.

10:59:42 13          And it's been seen that if you do some of these trust

10:59:46 14   building activities, which I failed to mention before, that when you

10:59:50 15   lose the trust sometimes you have to take trust building activities

10:59:53 16   because if you just say, hey, trust us and they don't, that doesn't

10:59:56 17   work; so you have to show them that you're doing things where they

10:59:59 18   can say, okay.  They're actually doing what they say they're doing

11:00:02 19   and get some of the trust back.

11:00:04 20          So with the stakeholders, with the demeanor, if you've

11:00:06 21   built the trust back with them, they calm down and become more

11:00:10 22   cooperative.

11:00:10 23   Q.  Typically, who are the stakeholders you took into account when

11:00:13 24   applying this criteria?

11:00:14 25   A.  Government officials, affected property owners, affected

11:00:20 1    businesses, schools.

11:00:22 2    Q.  Let's turn to another topic more closely related to the

11:00:26 3    *DEEPWATER HORIZON* response.  Let's call, Mr. Jackson, if you could

11:00:29 4    call up TREX 012481-R.  Do you recognize this document, Admiral?

11:00:36 5    A.  I do.

11:00:36 6    Q.  What is it?

11:00:37 7    A.  It's an e-mail that I sent to everyone in Houma in the command

11:00:43 8    post to let them know that I had assumed the Incident Commander

11:00:47 9    position.

11:00:47 10   Q.  And why generally -- were there any other reasons why you sent

11:00:52 11   this e-mail?

11:00:53 12   A.  Also to boost morale and give kind of a rallying cry.

11:01:00 13   Q.  Mr. Jackson, if you could please show callout TREX

11:01:07 14   012418.1.1.US (VERBATIM).  Admiral, if you could please read for the

11:01:11 15   court the second full paragraph in your e-mail.

11:01:14 16           THE COURT:  It's pretty blurry on my screen, how about

11:01:16 17   yours?  Is it blurry?  Can you read it?

11:01:20 18           THE WITNESS:  I can read it.

11:01:21 19           THE COURT:  You have better eyes than me.

11:01:24 20           MS. HIMMELHOCH:  We can go back to the original document.

11:01:26 21           THE COURT:  I am just saying my screen, if I get close to

11:01:29 22   it I can read it.  Maybe it's just me.

11:01:31 23           MS. HIMMELHOCH:  No, it is the document quality, your

11:01:34 24   Honor, because it was a deposition exhibit it was scanned twice.

11:01:37 25           THE COURT:  Okay.  As long as the witness can read it, go

11:01:39  1   ahead.

11:01:40  2             THE WITNESS:  Yes, your Honor.  Perfect.

11:01:41  3             THE COURT:  That's much better.

11:01:43  4             MS. HIMMELHOCH:  Thank you, Mr. Jackson.

11:01:45  5             THE WITNESS:  "I ask that all of you keep each other safe

11:01:48  6   as you work together to respond to this incident in a professional,

11:01:51  7   efficient, and effective manner, keeping foremost in our minds that

11:01:54  8   that this is a fight to save a way of life for the people of

11:01:57  9   Louisiana."

11:01:57  10  BY MS. HIMMELHOCH:

11:01:57  11  Q.  Why did you remind the troops that they were fighting for a way

11:02:00  12  of life?

11:02:01  13  A.  Because the communities, because the areas impacted by the oil

11:02:04  14  spill meant the closure of fisheries for a period of time and the

11:02:08  15  concern was that if they didn't get the fisheries -- if the areas

11:02:12  16  weren't cleaned up to be able to get the fisheries opened, then

11:02:16  17  people who had been fishing for generations would have to find

11:02:20  18  another line of work and potentially would have to move away.

11:02:21  19  Q.  I want to turn to another aspect of the response, and that is

11:02:25  20  dispersant.  In its opening statement BP mentioned the use of

11:02:28  21  dispersants as an issue that arose in the response.  As part of the

11:02:31  22  United States rebuttal case, I will ask you some questions regarding

11:02:35  23  dispersants.

11:02:36  24            As part of your duties as Deputy Incident Commander and

11:02:39  25  then Incident Commander in Houma, did you deal with decisions as to

11:02:42 1  whether or not to apply dispersants as part of the response?

11:02:45 2  A.  Yes.

11:02:45 3       MR. BROCK:  Your Honor, just for the record, I don't need

11:02:47 4  to say this but briefly.  We don't necessarily agree that this is

11:02:51 5  rebuttal case, but with that I have no objection.

11:02:56 6       THE COURT:  All right.

11:02:56 7       MS. HIMMELHOCH:  Your Honor, I want the record to reflect

11:02:58 8  that we are not waiving our relevance objections to certain

11:03:02 9  deposition designations that they have made that go towards the

11:03:05 10  theme that Mr. O'Rourke referenced regarding blaming the United

11:03:09 11  States.

11:03:09 12       THE COURT:  All right.  Go ahead.

11:03:10 13  BY MS. HIMMELHOCH:

11:03:12 14  Q.  Admiral Austin, prior to the *DEEPWATER HORIZON* disaster, did

11:03:15 15  you have experience in the application of dispersants?

11:03:17 16  A.  Yes.

11:03:17 17  Q.  Please describe that experience.

11:03:19 18  A.  When I was stationed in Galveston in the late '90s, any time

11:03:23 19  you had an offshore oil spill we would pull out the Regional

11:03:27 20  Response Team pre-approval checklist, which was actually a flow

11:03:31 21  chart that you put in some factors like the weather condition, wave

11:03:34 22  heights, type of oil, what not, into the top of the flow chart and

11:03:38 23  then you'd work your way through.  And when you get to the bottom,

11:03:42 24  it would say either not recommended to use dispersants or

11:03:44 25  recommended to spray dispersants.

11:03:46  1         For the most part, we would end up with a no answer, but

11:03:48  2    on a handful of occasions we ended up with a yes and then we did use

11:03:52  3    dispersants.

11:03:52  4    Q.  Was your experience with the *DEEPWATER HORIZON* with respect to

11:03:56  5    deepwater -- slow down.  We need to both slow down a little bit for

11:03:59  6    the court reporter, actually.

11:04:01  7         Was your experience different with respect to the use of

11:04:04  8    dispersants in the *DEEPWATER HORIZON* disaster?

11:04:06  9    A.  Yes.

11:04:06  10   Q.  How so?

11:04:06  11   A.  On the *DEEPWATER HORIZON* disaster -- well, let me back up a

11:04:10  12   little bit.  Dispersants, the window that you can use dispersants is

11:04:14  13   pretty short.  For a typical oil spill, there's a point source

11:04:17  14   release, so there's a blop of oil out there.  And then the clock

11:04:20  15   starts.  Once the oil gets too weathered, you can't use dispersants

11:04:25  16   anymore.

11:04:26  17        Contrast it with the *DEEPWATER HORIZON* spill where you had

11:04:27  18   a fresh spill over day, we would start at the top of the Region VI

11:04:32  19   pre-approval checklist and we'd get to the bottom and we would get

11:04:35  20   to a yes, recommended using dispersants on many, many days in a row.

11:04:39  21   Q.  Did there come a time when EPA raised concerns regarding the

11:04:44  22   use of dispersants in the *DEEPWATER HORIZON* disaster response?

11:04:48  23   A.  Yes.

11:04:49  24   Q.  When was that?

11:04:50  25   A.  Right around the time I got to Louisiana, Admiral Landry who

11:04:55  1    was at the time the Federal On-Scene Coordinator, made an addendum

11:05:00  2    to a memo to BP saying that they needed to limit the amount of

11:05:03  3    dispersants used, they wanted to lower the amount of dispersants

11:05:07  4    used by 75 percent and then only use aerial dispersant in rare

11:05:13  5    occasions.

11:05:14  6    Q.  Mr. Jackson, if you could please call up TREX 010576.  Admiral

11:05:20  7    Austin, do you recognize this document?

11:05:22  8    A.  Yes.

11:05:22  9    Q.  Is there a focus we can fix on this, Mr. Jackson?  Thank you.

11:05:29  10   What is this document?

11:05:30  11   A.  This is the addendum three and it's signed by Admiral Landry

11:05:35  12   and by Sam Coleman, who is the Region VI cochair of the RRT.

11:05:41  13   Q.  Is it typical for EPA to have a role in decision making for oil

11:05:47  14   spill responses being handled by the Coast Guard?

11:05:49  15   A.  In the respect that EPA is a cochair to a regional response

11:05:54  16   team, any time there's a meeting of the RRT in response to an oil

11:05:59  17   spill, or hazmat spill for that matter, EPA would be a part of that.

11:06:03  18   Q.  Was EPA part of the Unified Command for the *DEEPWATER HORIZON*

11:06:06  19   response?

11:06:07  20   A.  They were not but they were an agency representative, so it's

11:06:12  21   typical for there to be other agencies involved with an incident

11:06:16  22   command, they just want to be part of the Unified Command.

11:06:20  23   Q.  Please describe what happened with respect to Houma's decision

11:06:24  24   making once EPA raised these concerns and addendum three was signed?

11:06:29  25   A.  From my vantage, for the first couple of days after the

11:06:34  1   addendum as signed the way we did business was the way -- what I

11:06:38  2   mean by that is, we put the request in and then we would hear the

11:06:40  3   answer back yes or no that we could spray pretty quickly.

11:06:45  4          After about a week, suddenly there were more commands for

11:06:49  5   information and they wanted more information and sometimes it took a

11:06:54  6   little bit of time and sometimes we would get an answer that was no.

11:06:58  7   Q.  Did that cause any frustration for the Incident Commander staff

11:07:03  8   at Houma?

11:07:03  9   A.  It did.

11:07:05  10  Q.  Why was that?

11:07:06  11  A.  You got to remember we're all working really hard and we're

11:07:12  12  working really long hours, and I think people said things in e-mails

11:07:15  13  that were pretty condescending and kind of not diplomatic.  And so,

11:07:22  14  where we were in the command post, we were like, "why are they

11:07:24  15  suddenly requiring more information and what's going on?"  And at

11:07:29  16  the time it seemed a little "us versus them," realizing now in

11:07:34  17  hindsight that they had reason, probably just would have been a

11:07:37  18  better way to have communicated it.

11:07:38  19  Q.  During the course of your duties for the response or for the

11:07:42  20  Coast Guard, did you later come to understand the reasons for the

11:07:46  21  change or for the issuance of addendum three?

11:07:49  22  A.  Yes.

11:07:50  23  Q.  What did you understand the reason for the issuance of addendum

11:07:53  24  three to be?

11:07:54  25  A.  That there was concern with the use of so much dispersant over

11:08:00  1   so many days that what would the impact, the long-term impact to the

11:08:05  2   environment be by having so many applications of dispersants.

11:08:09  3   Q.  Do you know how many days dispersants were not applied out of

11:08:14  4   Houma?

11:08:14  5   A.  You know, totally no.  But I know when I was there between

11:08:19  6   May 26th and when we stopped spraying, that was 56 days and I think

11:08:25  7   they sprayed 36 times during that 56 days.

11:08:27  8   Q.  So if my math is right, does that leave 19 that dispersants

11:08:32  9   weren't applied?

11:08:33  10  A.  That sounds about right.

11:08:34  11  Q.  And was the reason that dispersants weren't applied on all

11:08:40  12  19 days that there was a "no answer" from the Unified Area Command?

11:08:43  13  A.  No.

11:08:44  14  Q.  What were some of the other reasons that dispersants weren't

11:08:47  15  applied during those 19 days?

11:08:49  16  A.  That the weather conditions were not right for the use of

11:08:52  17  dispersants, that there was other activities going on in the area

11:08:55  18  and they wanted, out of an abundance of caution, you wanted to make

11:08:59  19  sure you wouldn't over spray the other activities that were going

11:09:01  20  on.

11:09:01  21  Q.  During the response, did requesting approval for application of

11:09:07  22  dispersants require a lot of your time and attention?

11:09:09  23  A.  It took some of my focus because initially early on with so

11:09:17  24  many requests I would get a request back, I could check that off my

11:09:21  25  to do list for the day.  But as more information was requested then

11:09:24 1   that just meant something I had to go back more than once to either

11:09:28 2   ask for more information from the staff in Houma or go to the

11:09:34 3   Unified Area Commander to get an answer.

11:09:36 4   Q.  Were dispersants the only issue that stole a little bit of your

11:09:40 5   focus during the response?

11:09:41 6   A.  No.

11:09:42 7   Q.  What other kinds of issues commanded your focus during the

11:09:44 8   response?

11:09:45 9   A.  Personnel issues, there was suddenly we needed resources

11:09:50 10  somewhere that I had to stop everything and kind of answer that

11:09:53 11  question.  The big thing was tropical storm, hurricane, bad weather

11:09:59 12  planning because it was in the Gulf in the summer and you always

11:10:02 13  have to worry about the next storm that might be coming.

11:10:05 14  Q.  And that's what you mean by heavy weather?

11:10:08 15  A.  Yes.

11:10:08 16  Q.  Let's turn now to the impact of this disaster on the Coast

11:10:12 17  Guard.  Let's focus at the level of you first.  How many hours a day

11:10:17 18  did you typically work during the response?

11:10:19 19  A.  Twelve to 16.

11:10:20 20  Q.  How many days a week?

11:10:21 21  A.  Seven.

11:10:22 22  Q.  What was the standard duty shift for Coast Guard personnel

11:10:26 23  employed to the response?

11:10:27 24  A.  Twelve hours on, 12 hours off.

11:10:31 25  Q.  How many days a week?

11:10:32  1    A.  Six to seven.

11:10:33  2    Q.  Did there ever come a time when the Coast Guard command

11:10:36  3    expressed concern over the work hours of its personnel?

11:10:39  4    A.  Yes.

11:10:40  5    Q.  What steps, if any, did they take to address that concern?

11:10:43  6    A.  The Federal on-Scene Coordinator ordered that everyone would

11:10:47  7    take at least a day off.

11:10:48  8    Q.  At the peak of the response -- moving out to the broader

11:10:51  9    picture, at the peak of the response, how many Coast Guard employees

11:10:54  10   were involved in the response?

11:10:56  11   A.  2,900.

11:10:57  12   Q.  In the first year, approximately how many Coast Guard personnel

11:11:01  13   rotated through the response?

11:11:03  14   A.  8,000.

11:11:04  15   Q.  Prior to the *DEEPWATER HORIZON* disaster with respect to oil

11:11:09  16   spills that you were involved in, what was the maximum number of

11:11:12  17   Coast Guard personnel involved?

11:11:14  18   A.  During the oil spill response as a result of Hurricane Katrina,

11:11:20  19   there were two to 300 Coast Guard personnel involved in that oil

11:11:24  20   response.

11:11:24  21   Q.  Did the Coast Guard personnel involved in the response include

11:11:27  22   reserve personnel?

11:11:28  23   A.  Yes.

11:11:28  24   Q.  And what was the impact of using the Coast Guard's reserve

11:11:31  25   personnel?

11:11:32   1   A.  When Coast Guard, when reserves are involuntarily activated,

11:11:38   2   you can only -- you can't use them again for another two years.

11:11:41   3   Q.  And what percentage of reserve personnel were deployed to the

11:11:45   4   response?

11:11:45   5   A.  Fifty percent, 5-0.

11:11:47   6   Q.  What is the implication of not being able to call up those

11:11:51   7   reservists for another two years?

11:11:52   8   A.  Our reservists are our search forces, so by not having them

11:11:56   9   available that meant if we had another either large natural disaster

11:12:00  10   or man-made disaster they wouldn't be available.

11:12:02  11   Q.  Did the Coast Guard have personnel available to backfill the

11:12:06  12   active duty positions that were vacated by personnel deployed to the

11:12:10  13   response?

11:12:10  14   A.  No.

11:12:10  15   Q.  Why not?

11:12:11  16   A.  The Coast Guard doesn't have -- carry forces so people just

11:12:17  17   waiting to respond like a firehouse.  Every Coast Guard person has a

11:12:20  18   position that they fill day in and day out, so any time we have a

11:12:24  19   large event where we have to surge forces in some place, that leaves

11:12:29  20   a gap back at their home unit.

11:12:30  21   Q.  Now, at the time you became involved in the response you were a

11:12:35  22   sector commander, correct?

11:12:36  23   A.  Yes.

11:12:36  24   Q.  Where were you a sector commander?

11:12:38  25   A.  Delaware Bay in Philadelphia.

11:12:40 1   Q.  Is oil spill response the only mission that the Coast Guard

11:12:43 2   sectors are responsible for?

11:12:44 3   A.  No.

11:12:45 4   Q.  And I know there are a lot of them, if you could just give a

11:12:49 5   couple to give the court a sense of what else the Coast Guard does

11:12:52 6   in the sector offices?

11:12:53 7   A.  Search and rescue, drug interdiction, migrant operations,

11:13:02 8   vessel inspection.

11:13:04 9   Q.  What percentage of your command at Delaware Bay was involved in

11:13:10 10  the response at its peak?

11:13:12 11  A.  About 14 percent.

11:13:13 12  Q.  Did that include you?

11:13:16 13  A.  Yes.

11:13:16 14  Q.  Overall, what percentage of the Coast Guard was involved in the

11:13:19 15  response to the *DEEPWATER HORIZON* disaster at its peak?

11:13:23 16  A.  It was about the same, about 14 percent.

11:13:25 17  Q.  Did the timing of the spill have any impact on the Coast Guard?

11:13:29 18  A.  Yes.

11:13:30 19  Q.  How so?

11:13:31 20  A.  The Coast Guard being a military organization transfers its

11:13:35 21  people relatively frequently.  So at any one year about a third of

11:13:40 22  the person -- between 25 percent and a third of the personnel

11:13:44 23  transfer, and typically that happens between May and August.  So

11:13:49 24  that was going on, where units have to deal with a gap and then you

11:13:52 25  overlay that with the response to the oil spill.

11:13:54  1   Q.  And did the fact that it happened during transfer season have

11:13:59  2   any other impact?

11:14:00  3   A.  It did.  It meant that units, number one, had a much bigger gap

11:14:04  4   than they normally have.  The second implication was that people, it

11:14:07  5   took them longer to get up to speed in their new positions.  And

11:14:11  6   then for people, a lot of people who were deployed were also

11:14:15  7   transferring that summer, so that meant that that their families had

11:14:19  8   to take care of moving their household goods.  And missing

11:14:22  9   graduations, as everyone did, so.

11:14:25 10   Q.  Was the Coast Guard the only federal agency involved in the

11:14:28 11   response?

11:14:28 12   A.  No.

11:14:28 13   Q.  Again, I am not going to ask you to list them all, but if you

11:14:33 14   could the give the court some examples of other agencies that were

11:14:36 15   involved?

11:14:36 16   A.  Minerals Management Service, NOAA, EPA, National Weather --

11:14:43 17   that's NOAA, Fish and Wildlife Service.

11:14:45 18   Q.  Can you give some examples, if you know, of how the oil spill

11:14:49 19   response compacted these other agencies?

11:14:51 20          MR. BROCK:  I am going to object to her speaking to other

11:14:54 21   agencies as beyond her personal knowledge.

11:14:58 22          MS. HIMMELHOCH:  I will lay some foundation, your Honor.

11:14:59 23          THE DEFENDANT:  All right.  Go ahead.

11:15:01 24   BY MS. HIMMELHOCH:

11:15:03 25   Q.  As Deputy Incident Commander and Incident Commander, part of

11:15:06  1    your duties included response planning; is that correct?

11:15:08  2    A.  I yes.

11:15:09  3    Q.  And does that include all personnel involved in the Unified

11:15:13  4    Area Command?

11:15:13  5    A.  In Houma, yes.

11:15:14  6    Q.  And at Houma, were there individuals from federal agencies

11:15:19  7    other than the Coast Guard in part of the Unified Area Command?

11:15:23  8    A.  Yes.

11:15:23  9    Q.  Based on that experience, do you have knowledge as to any of

11:15:27 10    the impacts of the *DEEPWATER HORIZON* response on those other

11:15:31 11    agencies?

11:15:32 12              MR. BROCK:  Same objection, it would be based on hearsay.

11:15:35 13              THE COURT:  Overrule the objection.  Go ahead, ma'am.

11:15:37 14              THE WITNESS:  NOAA provides scientific support

11:15:42 15    coordinators to assist Coast Guard during oil spill response and

11:15:46 16    they are geographically stationed around the country, and in order

11:15:50 17    to meet our needs down in Houma, they cycled through, just like a

11:15:53 18    lot of other people cycled through, and I think they hit every SSC

11:15:59 19    was either at our command post or in Mobile and even brought in some

11:16:02 20    retirees to cover that.

11:16:06 21    BY MS. HIMMELHOCH:

11:16:06 22    Q.  I want to turn now to a slightly different topic, which is any

11:16:08 23    impacts that might have happened outside of the Gulf.  And I want to

11:16:11 24    ask you whether the Coast Guard -- well, I will ask you rather than

11:16:14 25    just want to.

11:16:15 1          Did the Coast Guard make any changes to the requirements

11:16:18 2  to private party oil spill preparedness as part of the response?

11:16:22 3  A.  Yes.

11:16:23 4  Q.  What was that change?

11:16:25 5          MR. BROCK:  Your Honor, I am going to object to changes

11:16:27 6  that were made after this incident.  I may not understand the nature

11:16:31 7  of the question, but I think she is being asked what changes did you

11:16:34 8  make after the incident.  I don't think those would be relevant.

11:16:38 9          MS. HIMMELHOCH:  Your Honor, my question was as part of

11:16:40 10 the response and this was done as part of the response.

11:16:43 11         THE COURT:  All right.  Overrule the objection.

11:16:46 12         THE WITNESS:  The common issue and emergency rule that

11:16:50 13 relaxed the requirements for vessel and facility operators to have a

11:16:55 14 certain number of or certain amount of oil spill response equipment

11:16:59 15 at the ready in the case they had a spill.

11:17:02 16 BY MS. HIMMELHOCH:

11:17:02 17 Q.  And what was the practical implication of that rule change?

11:17:05 18 A.  That enabled those -- that equipment to offshore skimmers and

11:17:10 19 other skimming vessels to leave where they were stationed around the

11:17:13 20 country and brought down to Louisiana, or brought down to the Gulf.

11:17:17 21 Q.  And did that change affect, for instance, offshore oil spill

11:17:22 22 response vehicles that were stationed in your sector in Delaware

11:17:25 23 Bay?

11:17:25 24 A.  Yes.

11:17:25 25 Q.  And did the Coast Guard receive any opposition to this

11:17:30 1   emergency rule?

11:17:30 2   A.  Yes.

11:17:30 3   Q.  From whom?

11:17:31 4   A.  At my sector the state of New Jersey had great objections to

11:17:37 5   losing, having the equipment leave.  And we had to assure them that,

11:17:43 6   you know, had there been another incident we would be able to get

11:17:46 7   equipment flown back in there.

11:17:47 8   Q.  Were there any other -- what was the concern expressed by the

11:17:53 9   state of New Jersey about those oil spill vessels leaving their

11:17:56 10  jurisdiction?

11:17:56 11  A.  Twofold:  One is they were convinced that the loop current

11:18:01 12  would capture some of the oil and turn some of the oil and bring it

11:18:06 13  up the east coast and foul New Jersey beaches; and then there were

11:18:10 14  also concerns had there been another spill somewhere along their

11:18:13 15  border.

11:18:13 16  Q.  I am going to turn now to BP's role in the response to the

11:18:17 17  disaster.  BP participated in the response, did it not?

11:18:20 18  A.  Yes.

11:18:20 19  Q.  Did the Coast Guard expect BP to participate in the response?

11:18:25 20  A.  Absolutely.  BP was designated the responsible party, so as

11:18:29 21  required under the Oil Pollution Act they had to, they had to

11:18:33 22  participate in the response.

11:18:35 23  Q.  Does having the responsibility party participate in the

11:18:38 24  response pose any challenges?

11:18:43 25          Let me rephrase the question because you're looking like

11:18:46  1  you don't know what I'm asking you.

11:18:47  2        In your training have you been advised regarding any

11:18:49  3  challenges posed by the inclusion of the responsible party in the

11:18:54  4  response?

11:18:54  5  A.  Yes.  We've been taught that an oil spill response is a

11:18:59  6  multi-million dollars corporation set up overnight with partners who

11:19:03  7  don't necessarily want to be in business with each other.

11:19:05  8  Q.  And has that been in your experience in the oil spill response

11:19:08  9  for the Coast Guard?

11:19:08 10  A.  It has.

11:19:09 11  Q.  Overall, how would you rate BP's efforts in response to the

11:19:13 12  spill based on what you saw?

11:19:15 13  A.  I think BP did a pretty good job, I give it a B plus or an A.

11:19:19 14  Q.  Were there any problems or frustrations in working with BP

11:19:22 15  during the response?

11:19:23 16  A.  There was a few.

11:19:24 17  Q.  Did you personally have any concerns with the way in which BP

11:19:29 18  was performing the response action?

11:19:30 19  A.  I was concerned -- after the well was capped and there was no

11:19:38 20  more oil flowing into the Gulf, I had heard from some of the branch

11:19:43 21  directors -- and when I visited the branch directors I saw this --

11:19:46 22  that some of their BP counterparts were trying to demobilize

11:19:52 23  equipment.  It's not what was being discussed in Houma, the BP

11:19:56 24  incident commanders were very clear to the folks there that, no, no,

11:20:00 25  we're not demobilizing until the well is killed and past hurricane

11:20:05 1  season.  But it took a little bit of, I guess, goating to make sure

11:20:09 2  that the folks at the branch understood to not demobilize anything.

11:20:12 3  Q.  In the course of your duties assisting in the planning or

11:20:15 4  conducting the planning and allocation of resources within Houma,

11:20:20 5  did you become aware of any other concerns that the Houma incident

11:20:23 6  command had regarding BP's performance in the response?

11:20:26 7  A.  Yes.

11:20:27 8  Q.  Please describe that.

11:20:29 9  A.  Every morning we would have an OPS, operations call with the

11:20:33 10  different branches, and one of the things we do is ask them, do you

11:20:37 11  have the resources you need, do you need anymore resources; and one

11:20:42 12  day they said, yeah, we need X, Y and Z, everyone took notes in the

11:20:47 13  meeting, and then the next day or two days later they say, hey, that

11:20:51 14  stuff still hasn't shown up yet.  And I know there would be a

11:20:56 15  closed-door meeting between Captain Laferriere and Mike Utsler and

11:21:00 16  then a day later the equipment would show up.

11:21:02 17  Q.  I want to wrap up your questioning with one final line of

11:21:06 18  questioning.  In its opening statement BP has emphasized that it

11:21:10 19  dedicated significant resources to the response.  Do you agree with

11:21:14 20  that statement?

11:21:15 21  A.  I agree and I also think that massive amounts of resources were

11:21:18 22  required for this response given its size.

11:21:20 23  Q.  How would you characterize the level of resources dedicated to

11:21:24 24  this response by the Coast Guard?

11:21:25 25  A.  The Coast Guard used unprecedented amount of resources in this

11:21:29 1   response.

11:21:30 2   Q.  And if you add in the other federal agencies, how would you

11:21:33 3   characterize the level of resources dedicated to this response by

11:21:36 4   the U.S. Government?

11:21:37 5   A.  The U.S. Government used a significant amount of resources,

11:21:43 6   they also had people who were deployed who don't normally go for oil

11:21:48 7   spill response, and it was a protracted response, a lot more people

11:21:52 8   were involved in their agencies.

11:21:53 9   Q.  Are you aware of any other incident response efforts undertaken

11:21:57 10  by the Coast Guard that were similar in terms of their impact on the

11:22:00 11  Coast Guard?

11:22:01 12  A.  Yes.

11:22:01 13  Q.  Which ones?

11:22:02 14  A.  The response after 911, the response to Hurricane Katrina.

11:22:07 15  Q.  How were those responses similar to the *DEEPWATER HORIZON*

11:22:11 16  response?

11:22:11 17  A.  That they were large-scale events that required Coast Guard

11:22:18 18  resources and time because we are the lead agency for search and

11:22:24 19  rescue or oil spill response.

11:22:27 20  Q.  And how did those responses differ?

11:22:29 21  A.  They differed in a couple of ways.  Give you an example, for

11:22:35 22  911 it was a lot of Coast Guard men and women were involved for a

11:22:39 23  long period of time, except typically they were involved where their

11:22:43 24  home unit was.  So you had extra security zones, you had extra ship

11:22:51 25  transit escorts, but you were in your home unit, so at the end of

11:22:57  1    the day you could go home to your family.

11:22:58  2            Or in the case of the search and rescue aspect after

11:23:02  3    Katrina, we floated a massive amount of resources, helicopters from

11:23:06  4    Alaska for instance; but once the search and rescue effort was over

11:23:10  5    after the first couple of weeks, they all went back, so it was a

11:23:14  6    much shorter period of time.

11:23:15  7            MS. HIMMELHOCH:  Thank you, I have no further questions at

11:23:18  8    this time.

11:23:18  9            THE COURT:  Thank you.  Mr. Brock.

11:23:20 10            MR. BROCK:  Thank you, your Honor.

11:23:27 11                         CROSS-EXAMINATION

11:23:28 12    BY MR. BROCK:

11:24:04 13    Q.  Good morning, Admiral.

11:24:05 14    A.  Good morning.

11:24:05 15    Q.  Thank you for the B plus or A, I gave you the same grade

11:24:11 16    earlier today.  So just to be clear on that.

11:24:13 17            Just a few questions for you on some of the things you've

11:24:19 18    testified to, and then I have a few documents that I want to ask you

11:24:22 19    about also, if that's okay.

11:24:24 20            First of all, the incident command in Houma was

11:24:29 21    responsible for response operations in the deepwater as well as the

11:24:38 22    Louisiana coast, correct?

11:24:39 23    A.  We were responsible once the oil hit the surface, so anything

11:24:44 24    with source control or subsurface activities was not run out of the

11:24:48 25    Houma office, just once the oil hit the surface.

11:24:51  1   Q.  What about the application of subsea dispersants?

11:24:54  2   A.  No, that was out of Houston.

11:24:56  3   Q.  So offshore, on the water, all the way to the shore of

11:25:02  4   Louisiana?

11:25:04  5   A.  Aerial dispersant and to the shore, yes.

11:25:06  6   Q.  Correct.  When you were Deputy Incident Commander at the ICP

11:25:13  7   Houma, you would have provided input and guidance on a daily basis

11:25:21  8   to the daily plan, correct?

11:25:22  9   A.  Yes.

11:25:23 10   Q.  And there would be people representing BPXP who would be

11:25:27 11   working alongside you in terms of helping to develop those plans?

11:25:31 12   A.  Yes.

11:25:31 13   Q.  And when you later became the Incident Commander at Houma, you

11:25:40 14   would have then been responsible for approving the operational

11:25:44 15   plans?

11:25:45 16   A.  Yes.

11:25:45 17   Q.  And probably did some of that even when you were Deputy

11:25:50 18   Incident Commander, if Mr. Laferriere was not present?

11:25:54 19   A.  Yes.

11:25:55 20   Q.  Now, is it correct that the Coast Guard had final authority on

11:26:04 21   the daily plans?

11:26:05 22   A.  The Unified Command had final authority on the daily plans, so

11:26:09 23   it wasn't just the Coast Guard, it was Coast Guard, BP, and the

11:26:14 24   states.

11:26:14 25   Q.  Okay.  And that's a good point, and that is that the Unified

11:26:21  1  Command was made up of the Coast Guard, representatives of BPXP, and

11:26:25  2  representatives of the states?

11:26:27  3  A.  Yes.

11:26:27  4  Q.  Out of ICP Houma in terms of the work that was being done, it

11:26:40  5  would have included the in situ burning, aerial dispersants, and

11:26:46  6  offshore skimming?

11:26:47  7  A.  Yes.

11:26:48  8  Q.  And the operations for which you were responsible while at

11:26:55  9  Houma were overall performed well?

11:26:59  10  A.  Yes.

11:27:00  11  Q.  You believe that they limited the effects of the spill?

11:27:03  12  A.  Yes, they had effects.

11:27:07  13  Q.  And contributed to minimizing the effects of the spill?

11:27:10  14  A.  Yes.

11:27:11  15  Q.  Put another way, less oil hit the beach because of the actions

11:27:17  16  of the ICP Houma group?

11:27:20  17  A.  Yes.

11:27:21  18  Q.  Let me turn to the concept now of unity of effort.  That's a

11:27:30  19  phrase that is utilized a good bit in thinking about effective

11:27:35  20  responses, correct?

11:27:36  21  A.  Yes.

11:27:37  22  Q.  And in your experience as Deputy Incident Commander and

11:27:44  23  Incident Commander during the response, you believe that BP and the

11:27:47  24  Coast Guard worked effectively together?

11:27:50  25  A.  For the most part, yes.

11:27:51  1    Q.  They worked hard?

11:27:52  2    A.  Yes.

11:27:52  3    Q.  And with a common purpose?

11:27:54  4    A.  Yes.

11:27:55  5    Q.  The individuals from BPXP with whom you had personal experience

11:28:04  6    were professional in their approach to issues?

11:28:06  7    A.  Yes.

11:28:08  8              MS. HIMMELHOCH:  Your Honor, I am going to object to the

11:28:10  9    phrasing of the question, the witness beat me to it, but just for

11:28:13 10    the record, BPXP has no employees.  So these individuals could not

11:28:19 11    have been BPXP employees, so for that reason I have an objection to

11:28:23 12    the question.

11:28:24 13              MR. BROCK:  That's just an argument -- I'm sorry.

11:28:28 14              THE COURT:  Well --

11:28:32 15              MS. HIMMELHOCH:  To put it in evidentiary phrases, it

11:28:35 16    lacks foundation.

11:28:37 17              THE COURT:  I think part of the confusion is throughout

11:28:39 18    this thing most of the time we've just been referring to BP, and I

11:28:44 19    assume that's what you're doing now, Mr. Brock.  All of the

11:28:49 20    resources brought to bear by BP, which as has been pointed out by

11:28:56 21    you and the government, include employees, contractors that don't

11:29:03 22    technically work for BPXP.

11:29:07 23              MR. BROCK:  Yes, they were working on behalf of BPXP

11:29:09 24    during the response, their time and expenses were being charged to

11:29:15 25    BPXP.

11:29:16  1        So I don't mind, understanding that BPXP is the defendant,

11:29:20  2   I don't mind saying BP but with the understanding that I am

11:29:25  3   referring to the defendant.

11:29:27  4        THE COURT:  Okay.  All right.  Let's go.

11:29:29  5   BY MR. BROCK:

11:29:31  6   Q.  Now, with regard to the interaction with BP, the Federal

11:29:44  7   On-Scene Commander had the discretion to issue directives to the

11:29:50  8   responsible party in the event that was needed, correct?

11:29:53  9   A.  Yes.

11:29:53 10   Q.  And you're not aware of any instance in which BP refused an

11:29:58 11   order by yourself or Captain Laferriere as Incident Commander in

11:30:04 12   Houma, do you?

11:30:05 13   A.  Me personally, no.

11:30:07 14   Q.  You were shown an e-mail a little bit ago about the

11:30:12 15   announcement that you made when you were coming to Houma, and do you

11:30:16 16   recall that in that e-mail you made reference to being honored to

11:30:23 17   serve with the individuals who were involved in the response?

11:30:27 18   A.  Yes.

11:30:27 19   Q.  And that would include the representatives of BP?

11:30:30 20   A.  Yes.

11:30:31 21   Q.  You would agree that the responders as a whole, including BP

11:30:37 22   and the Coast Guard, were a world class group?

11:30:42 23   A.  For the most part, yes; there could be individuals in there,

11:30:48 24   but, yeah, people worked very well.

11:30:50 25   Q.  Now, I want to turn to the issue of communication for just a

11:30:58  1    minute.  If we could have TREX 12486.2.1.  Do you see that this is

11:31:13  2    an e-mail that was written by you to James Sommer --

11:31:18  3    A.  Yes.

11:31:18  4    Q.  -- on June the 7th, 2010.

11:31:21  5    A.  Yes.

11:31:23  6    Q.  And if I could focus your attention on the portion that I've

11:31:27  7    highlighted.  You write, "Don't believe what you see on TV.  People

11:31:33  8    here are working very hard and we're keeping the vast majority of

11:31:37  9    the oil off of the beaches.  We need to do a better job telling our

11:31:42  10   story."  Is that what you wrote on June the 7th?

11:31:47  11   A.  It's what I wrote, but I need to put it in the right context.

11:31:54  12   James Sommer is a friend of mine.  At the time he was also in the

11:31:57  13   Coast Guard.  We were very frustrated at the time because what was

11:32:02  14   being portrayed in the media was not accurate, even though we were

11:32:06  15   trying to get our story out.  And so I wanted Jim to understand that

11:32:12  16   what he might perceive based on what he saw in the accounts of the

11:32:16  17   media was not reality on the ground, that there was a lot of oil not

11:32:20  18   getting on the beach, some of that due to mother nature just the

11:32:24  19   currents not bringing it to shore, some of it due to our response

11:32:28  20   actions.

11:32:28  21   Q.  So you wanted to convey to him everyone is working hard, we're

11:32:32  22   keeping the vast majority of the oil off the beaches; you would say

11:32:37  23   that was due to a combination of factors to include mother nature

11:32:42  24   and the work of the response group?

11:32:43  25   A.  Yes.

11:32:44  1    Q.  And at that time the media was portraying individuals and the

11:32:53  2    response as not working as hard as they needed to work, was that the

11:32:57  3    issue you were addressing?

11:32:58  4    A.  Yes.

11:32:58  5    Q.  And that was not true either for the representatives of the

11:33:03  6    Coast Guard or the representatives of BP and the states, correct?

11:33:06  7    A.  Yes.

11:33:08  8    Q.  Let's see 12486.2.2.  Is this an e-mail, another e-mail that

11:33:24  9    you wrote to James Sommer on June the 7th, 2010?

11:33:33 10    A.  Yes.

11:33:33 11    Q.  And I would like to focus your attention, if I could, please,

11:33:36 12    on the last sentence.  "They keep showing the same small area of

11:33:40 13    impacted shoreline/marsh, because that's all that they can show."

11:33:46 14    Do you see that?

11:33:47 15    A.  Yes.

11:33:47 16    Q.  And is that what you communicated to Mr. Sommer on June the

11:33:52 17    7th, 2010?

11:33:54 18    A.  Yes.  And again, he is a friend so I was probably using a

11:33:58 19    little bit of hyperbole there.  There might have been other areas

11:34:04 20    they could have showed, but it was very frustrating to us at the

11:34:09 21    time of the response.

11:34:09 22    Q.  You knew that what was being represented on TV was an

11:34:14 23    exaggeration of the reality of what was happening in the marshes,

11:34:17 24    correct?

11:34:17 25    A.  Yes.  In scale, but, yes.

11:34:21 1    Q.  Let's look at TREX 12487.  Now, we're over into July of 2010.

11:34:35 2    Do you see that e-mail?

11:34:36 3    A.  Yes.

11:34:36 4    Q.  Do you see that?

11:34:39 5    A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

11:34:40 6    Q.  And do you report to Mr. Burch at this time that, "you're still

11:34:46 7    here fighting the oil spill.  Don't believe what you see on the

11:34:49 8    news.  We are working hard and are keeping the VAST majority of the

11:34:56 9    oil off the beach."?

11:34:57 10   A.  Yes.

11:34:58 11   Q.  Now, it is correct, is it not, that one of the primary

11:35:01 12   objectives was to -- of the response team was to keep the oil off of

11:35:10 13   the sensitive beaches and shorelines?

11:35:12 14   A.  Yes.

11:35:13 15   Q.  Now, you are familiar with the federal on-scene commanders

11:35:23 16   report that was dated September of 2011, are you not?

11:35:26 17   A.  Yes.

11:35:26 18   Q.  You actually contributed to this report, correct?

11:35:30 19   A.  Yes.

11:35:31 20   Q.  And you reviewed the draft sections of the report, correct?

11:35:34 21   A.  Some of the sections, yes.

11:35:36 22   Q.  Could we have 9105, please.  Do you see that this is the cover

11:35:47 23   page to the Federal on-Scene Commander -- Coordinator Report?

11:35:55 24   A.  Yes.

11:35:55 25   Q.  And if we could now turn to callout .14.1.  This is callout

11:36:05  1   from a slide that I put up for Judge Barbier earlier, I would just

11:36:09  2   like to review it with you briefly.

11:36:12  3         "The *DEEPWATER HORIZON* oil spill response was ultimately

11:36:15  4   successful, due to the unity of effort and perseverance of the more

11:36:21  5   than 1,000 organizations that contributed to this unprecedented

11:36:24  6   response."  Do you see that?

11:36:25  7   A.  Yes.

11:36:25  8   Q.  And you agree with that statement, do you not?

11:36:28  9   A.  For the most part, yes.

11:36:30  10  Q.  Now, it says, the agencies, including the Coast Guard, worked

11:36:36  11  collectively with BP towards a common goal as part of the response."

11:36:41  12  Do you see that?

11:36:47  13        I'm sorry.  We need to go to the next callout, I thought

11:36:50  14  it was at the bottom of that one.  Let me just ask you the

11:36:56  15  question -- let me put it this way.

11:37:08  16        Do you agree that the agencies, including the Coast Guard,

11:37:11  17  worked collectively with BP towards a common goal as part of the

11:37:15  18  response?

11:37:15  19  A.  Yes.

11:37:16  20  Q.  And you described for us in your deposition that BP's approach

11:37:22  21  was unlike some other responsible parties you had dealt with in the

11:37:26  22  past where the responsible party came kicking and screaming into the

11:37:31  23  response, do you recall that?

11:37:33  24  A.  Yes.

11:37:33  25  Q.  And you don't put BP in that category, do you?

11:37:36  1   A.  No.

11:37:36  2   Q.  They came in willingly, correct?

11:37:39  3   A.  They did, but they were also required to.

11:37:41  4   Q.  And with their resources?

11:37:43  5   A.  Yes.

11:37:43  6   Q.  And they were committed to obtaining the best result possible?

11:37:50  7   A.  Yes.

11:37:55  8   Q.  Now, let's look at a callout from the report 9105.79.1.  Do you

11:38:05  9   see that this is a section from the operations portion of the

11:38:09  10  report?

11:38:10  11  A.  Yes.

11:38:10  12  Q.  I'll read this for the record, please and then ask you a

11:38:15  13  question.  "The shoreline protection tactics, techniques and

11:38:18  14  procedures used by the Operations Sections, and within individual

11:38:21  15  states across the response area ensured a layered defense beyond

11:38:26  16  sub-sea dispersant, skimming at the source, in situ burning, aerial

11:38:34  17  dispersant use, and VOOs skimming."  Do you see that?

11:38:37  18  A.  Yes.

11:38:37  19  Q.  And is this statement consistent with your experience?

11:38:41  20  A.  Yes.

11:38:45  21  Q.  The report continues in the non-highlighted section, "All those

11:38:49  22  measures helped minimize the environmental impacts of oiling along

11:38:52  23  the Gulf Coast."  Do you see that?

11:38:54  24  A.  Yes.

11:38:54  25  Q.  And you agree with that?

11:38:55 1   A.  Yes.

11:38:56 2   Q.  Let's look at 9105.79.3, Operations.  Do you see here the part

11:39:09 3   that I have highlighted, "The protection plans and actions were made

11:39:11 4   possible through cooperation between federal, state, and local

11:39:14 5   officials, the RP --" which was BPXP -- "and environmental experts."

11:39:19 6   Do you see that?

11:39:20 7   A.  Yes.

11:39:22 8   Q.  And do you agree with it?

11:39:23 9   A.  Yes.

11:39:24 10  Q.  And if I could have one more callout 9105.79.4.  To sum up,

11:39:35 11  "These plans and actions minimized not only the threat, but also the

11:39:39 12  actual impact of oil in the marshes and on the beaches."  Do you see

11:39:44 13  that?

11:39:45 14  A.  Yes.

11:39:46 15  Q.  And do you agree with that?

11:39:46 16  A.  Yes.

11:39:47 17  Q.  Let's go to TREX 12484.1.2, please.  Do you see here I have

11:40:14 18  called out at the top an e-mail from you to Kathleen Neary?

11:40:20 19  A.  Yes.

11:40:20 20  Q.  Can you see it okay?

11:40:22 21  A.  I can.

11:40:23 22  Q.  All right.  Thank you.  And do you see that this was sent,

11:40:26 23  please, on June the 13th of 2010?

11:40:30 24  A.  Yes.

11:40:31 25  Q.  And I'll just read this for the record and then I have a

11:40:35 1   question.  "The shoreline damage is actually not as bad as is being

11:40:39 2   portrayed...frankly, they are showing the same heavily oiled patch

11:40:43 3   and making it seem that it represents miles and miles of

11:40:47 4   shoreline -- it absolutely does not!  What you mostly see along the

11:40:53 5   affected coast, which, by the way is much less than 200 miles are

11:40:58 6   sheens (which will burn off) and tar balls, which are being picked

11:41:02 7   up one at a time."  Did you write that?

11:41:04 8   A.  Yes.  Again, to put it in the proper context, Kathleen Neary is

11:41:12 9   a friend, she called me and sent me e-mails very concerned thinking

11:41:16 10  that it was an ecological holocaust that was going on down in

11:41:20 11  Louisiana, and I wanted to ensure her that it was not as bad as it

11:41:24 12  was being portrayed on TV.  It was bad, but not as bad as it was

11:41:28 13  being portrayed.

11:41:30 14  Q.  You characterized what you were seeing in terms of impact

11:41:33 15  accurately in this e-mail, did you not?

11:41:35 16  A.  I would say qualitatively -- I would not absolutely say, yes,

11:41:40 17  it was 200 miles; but qualitatively, yes.

11:41:44 18  Q.  You were trying to convey to her your point of view about the

11:41:48 19  impact to the shoreline damage, correct?

11:41:50 20  A.  I was trying to reassure her that it wasn't as bad as she was

11:41:54 21  perceiving it.

11:41:55 22  Q.  And then you go on to give some information about that,

11:41:58 23  correct?

11:41:59 24  A.  Yes.

11:41:59 25  Q.  If we now look at 12484.1.3.  And if we can focus on the

11:42:11  1   highlighted part.  You write in this note of June 13th, 2010, "The

11:42:16  2   marshes will recover...they have been impacted by oil spills in

11:42:20  3   years past, including in the aftermath of Katrina.  After a year or

11:42:24  4   so, you can't even tell there was ever any oil there."

11:42:29  5          And then just to finish it out I'll go down to the bottom.

11:42:32  6   You continue in the last sentence, "The oil coating the marsh has

11:42:35  7   pretty much lost its toxicity and just sticks to the reeds...then

11:42:40  8   falls off.  It is very resilient this way."  Is that what you wrote?

11:42:46  9   A.  Yes.  And I wrote that because, again, she was very concerned,

11:42:52 10   I was trying to allay her concerns and I was passing information

11:42:56 11   that I had had in a conversation with folks in the environmental

11:42:58 12   end.

11:42:58 13   Q.  The folks, experts in the environmental unit conveyed these

11:43:02 14   facts to you?

11:43:03 15   A.  I would say, again, qualitatively, not quantitatively.

11:43:08 16   Q.  The qualitative statement they conveyed to you was that the

11:43:15 17   marshes will recover, correct?

11:43:16 18   A.  Yes, yes.  But the timing, I said it was a year, I could be

11:43:20 19   totally wrong about the time frame.

11:43:21 20   Q.  Just one more on this, please.  12484.  You write, "There is

11:43:40 21   some damage, but not nearly what's being portrayed.  And that's sad,

11:43:44 22   because people are really working hard to make a difference and when

11:43:48 23   they hear what's being said about the responders and the condition

11:43:52 24   of the shoreline, it's pretty demoralizing."  And you're addressing

11:43:58 25   here a morale issue, correct?

11:43:59  1   A.  Yes.

11:44:00  2   Q.  Now, one of the things that you had to do as a leader at Houma

11:44:04  3   was to support the morale of the response team that was working out

11:44:12  4   of that location, correct?

11:44:13  5   A.  Yes.

11:44:14  6   Q.  And you would be interacting with a good number of people

11:44:19  7   there, including folks who were there on behalf of BPXP?

11:44:23  8   A.  Yes.

11:44:23  9   Q.  It's also the case that BP provided leadership in terms of

11:44:33 10   maintaining the morale of the group that was working in the

11:44:38 11   response?

11:44:38 12   A.  Yes.

11:44:38 13   Q.  And you give them high marks for their leadership in that way?

11:44:42 14   A.  Yes.

11:44:42 15   Q.  Did you interact with Mike Utsler as the Incident Commander for

11:44:52 16   BPXP during the time that you were there?

11:44:53 17   A.  Yes.

11:44:54 18   Q.  And do you give him good marks for leadership?

11:44:56 19   A.  I do, yes.

11:44:57 20   Q.  Can we put him in the B plus, A category?

11:45:03 21   A.  Yes.

11:45:03 22   Q.  How about A plus?

11:45:08 23   A.  Well, from where I sat for the things that he was responsible

11:45:11 24   for, you know, I have to say A because I was not privy to things

11:45:14 25   that went from him and above.

11:45:16  1   Q.  That's all I can ask you about is your personal knowledge.  You

11:45:19  2   give him an A for what you observed?

11:45:21  3   A.  Yes.

11:45:21  4   Q.  Now, let's look at TREX 12485.1.1, please.  This again is a

11:45:33  5   note to Kathleen Neary dated June 23rd, 2010.  Do you see that?

11:45:38  6   A.  Yes.

11:45:39  7   Q.  And do you write, "It might make you feel a bit better to know

11:45:43  8   that a similar thing happened in 1980 off the Gulf Coast of Mexico

11:45:48  9   when the Ixtoc I well blew out, discharging over 100 million gallons

11:45:55 10   of oil.  Tarballs reached the coast of Texas that needed to be

11:45:59 11   cleaned up, but over the next several years Mother Nature took care

11:46:03 12   of the oil and water, fisheries recovered and beaches were again

11:46:08 13   supportive of life.  There is an incredible resiliency to our

11:46:14 14   environment -- it's our job to help the process in the most

11:46:17 15   environmentally benign way possible."  Do you see that?

11:46:20 16   A.  Yes.

11:46:20 17   Q.  And that's what you conveyed to Ms. Neary on June the 23rd?

11:46:27 18   A.  Yes.

11:46:37 19   Q.  I want to talk just a minute about the effectiveness of some of

11:46:41 20   the response techniques that were utilized, please.  And I'll ask

11:46:45 21   you first about in situ burning.  Is it right that in situ burning

11:46:50 22   was determined to be a viable response technique by late April 2010?

11:46:55 23   A.  I'm not sure what you mean.

11:46:58 24   Q.  When I say viable, I am talking about a response technique that

11:47:04 25   can be carried out in a safe and effective way.

11:47:07  1    A.  Yes.

11:47:07  2    Q.  And if we could see TREX 9105.65.1.  Admiral, this is a callout

11:47:17  3    from the FOSC report that we were looking at earlier, and I'd direct

11:47:22  4    your attention down to the sentence that begins finally.  "Finally

11:47:26  5    the OSC determined in situ burning was a safe and effective way to

11:47:31  6    remove large volumes of oil from the ocean surface, based on in situ

11:47:38  7    data from previous spills."  Do you see that?

11:47:39  8    A.  Yes.

11:47:40  9    Q.  And you agree with that?

11:47:43  10   A.  Yes.

11:47:43  11   Q.  And then if we look at TREX 9105.65.2, this refers to, "SMART

11:47:52  12   in situ burning monitoring protocols," and it says that, "they were

11:47:56  13   designed to protect the general population and response workers from

11:48:00  14   smoke particulates.  SMART sampling revealed no detectable

11:48:08  15   particulates in work zones and population centers."  Do you see

11:48:11  16   that?

11:48:11  17   A.  Yes.

11:48:12  18   Q.  And that was an important component of these operations, was it

11:48:16  19   not?

11:48:17  20   A.  Yes, because you're taking the oil off the surface, now it's

11:48:23  21   going to be airborne and you want to make sure that it's going to

11:48:27  22   not affect the population or the workers that are near the site.

11:48:30  23   Q.  And there was a very sophisticated testing plan that was in

11:48:33  24   place to ensure that that occurred, correct?

11:48:34  25   A.  Yes.

11:48:35 1   Q.  And it's also correct that these operations were conducted in a

11:48:39 2   very safe manner --

11:48:40 3   A.  Yes.

11:48:41 4   Q.  -- correct?

11:48:42 5        Now, if we look at 9105.66.1.  I'll mention this to you,

11:48:53 6   please.  In the opening comments that we made to Judge Barbier, I

11:48:57 7   mentioned that safety and keeping oil off the beaches were two of

11:49:00 8   the primary goals of the response organization.  Do you agree with

11:49:05 9   that

11:49:05 10  A.  Yes.

11:49:05 11  Q.  And do you see here that with regard to safety and smoke

11:49:11 12  plumes, that the FOSC report reports that attention to safety was

11:49:16 13  always paramount.  Do you see that?

11:49:18 14  A.  Yes.

11:49:18 15  Q.  And do you agree with that?

11:49:19 16  A.  Yes.

11:49:19 17  Q.  There were no injuries or illnesses resulting from the burning

11:49:22 18  operations.  Do you see that?

11:49:23 19  A.  Yes.

11:49:24 20  Q.  And do you agree with that?

11:49:25 21  A.  Yeah.

11:49:26 22  Q.  And these are very complex operations, are they not?

11:49:30 23  A.  Yes.

11:49:31 24  Q.  It takes several vessels to manage the various activities that

11:49:37 25  take place with regard to in situ burning?

11:49:39  1   A.  Yes.

11:49:40  2   Q.  And it also is important to take due consideration to issues of

11:49:48  3   the environment, including wildlife, correct?

11:49:50  4   A.  Yes.

11:49:50  5   Q.  And when these in situ burning operations were being conducted,

11:49:56  6   it's correct, is it not, that there were environmental

11:50:00  7   representatives on the vessels to ensure that turtles and dolphins

11:50:05  8   and other wildlife weren't affected by the operations?

11:50:09  9   A.  They were there to minimize it, but I think there's no way that

11:50:14  10  we could say that for 100 percent surety the animals weren't

11:50:18  11  affected.  But I know it was in keeping with the regulations of

11:50:21  12  Section 7 activities that have to go on to minimize the threat to

11:50:25  13  the affected wildlife.

11:50:26  14  Q.  Do you agree that the folks that were involved in the

11:50:30  15  operations did a good job of minimizing any potential impact to

11:50:35  16  wildlife?

11:50:36  17  A.  To --

11:50:39  18  Q.  Do you agree that the individuals who were involved in in situ

11:50:45  19  burning did a good job of protecting against any potential impact to

11:50:50  20  wildlife while the operations were being conducted?

11:50:54  21  A.  Yes, they were very mindful of protecting the animals.

11:50:57  22  Q.  Let's just look at one callout on that, please.  TREX

11:51:04  23  12489.6.2.  It refers to what I just mentioned, "the existing

11:51:12  24  wildlife monitoring effort was augmented with two trained and

11:51:16  25  qualified turtle observers per task force, including observer

11:51:20  1    trainees.  There were as many as five observers on the vessels at

11:51:23  2    one time."  Do you see that?

11:51:26  3    A.  I do.  To be fair, though, and it's great that it happened, but

11:51:32  4    it was also required.  So it wasn't just luck that there was these

11:51:37  5    observers out there.

11:51:38  6    Q.  I'm trying to focus on the effectiveness of the response, the

11:51:43  7    sensitivity to the environmental issues, and the protection of

11:51:47  8    individuals who are working on the response, that's what I'm

11:51:52  9    focussing in on right now, okay?

11:51:54 10    A.  Okay.

11:51:54 11    Q.  Let's look at the conclusion about wildlife monitoring,

11:52:00 12    12489.6.3.  It says, "To the best of our knowledge, no turtles were

11:52:10 13    spotted in or near the fire boom during this period or previous

11:52:15 14    operational periods."  Do you see that?

11:52:17 15    A.  Yes.

11:52:17 16    Q.  And you have no reason to disagree with that?

11:52:20 17    A.  No.

11:52:21 18    Q.  You were asked some questions about dispersants, so I am going

11:52:27 19    to ask you a few questions about those, okay.

11:52:29 20            You know that dispersants were being used during the

11:52:35 21    response, both subsea and on the surface, correct?

11:52:37 22    A.  Yes.

11:52:38 23    Q.  And dispersants are a valid and useful tool in removing oil

11:52:46 24    from the environment, correct?

11:52:47 25    A.  It's a tool to break it down into smaller pieces to allow the

11:52:53  1    environment -- to allow weathering quicker, it doesn't remove it

11:52:58  2    from the environment, it helps to speed up the removal from the

11:53:00  3    environment.

11:53:01  4    Q.  Right.  There's also a process that we call biodegradation --

11:53:06  5    A.  Right.

11:53:06  6    Q.  -- that is facilitated by the action of the dispersant,

11:53:11  7    correct?

11:53:11  8    A.  Yes.

11:53:12  9    Q.  And that allows for the removal of a substantial amount of oil

11:53:16  10   from the environment, correct?

11:53:18  11   A.  Yes.

11:53:19  12   Q.  Now, you agree that dispersants were effective when used during

11:53:26  13   the response?

11:53:27  14   A.  Yes.

11:53:27  15   Q.  And you agree that dispersants were used in a careful and

11:53:34  16   judicial way during the response?

11:53:36  17   A.  Yes.

11:53:37  18   Q.  And that dispersants contributed to preventing oil from

11:53:42  19   reaching the shoreline and injuring wildlife?

11:53:45  20   A.  Yes.

11:53:45  21   Q.  You agree that there was a net benefit for the approval of

11:53:51  22   dispersants on those occasions when they were used?

11:53:54  23   A.  Yes.

11:53:54  24   Q.  You agree that dispersants are less toxic than freshly spilled

11:54:04  25   crude oil?

11:54:04  1    A.  That's what the reports say.

11:54:07  2    Q.  Now, let's turn to the SCAT work that was done.  Would you tell

11:54:24  3    the court what SCAT is?

11:54:26  4    A.  Shoreline Cleanup Assessment Teams.

11:54:30  5    Q.  Thank you.  And that process, that SCAT process is the accepted

11:54:36  6    standard procedure in the United States for evaluating shoreline

11:54:41  7    oiling and developing cleanup techniques?

11:54:44  8    A.  Yes.

11:54:45  9    Q.  And the SCAT program used in the response was consistent with

11:54:51 10    what was needed for the response?

11:54:53 11    A.  Yes.

11:54:55 12    Q.  Now, your knowledge is that the SCAT teams would locate oil and

11:55:05 13    then recommend appropriate treatment for the oil, correct?

11:55:09 14    A.  Yes.

11:55:09 15    Q.  And the recommendations would need to take into account

11:55:14 16    environmental conditions?

11:55:15 17    A.  Yes.

11:55:16 18    Q.  And then once the environmental conditions or recommendations

11:55:20 19    were made, the cleanup actions would be conducted in accordance with

11:55:25 20    the recommendations?

11:55:26 21    A.  Yes.

11:55:26 22    Q.  And it would be a process for signing off on all of that?

11:55:30 23    A.  Yes.

11:55:31 24    Q.  You would say that the Coast Guard and BP worked together

11:55:36 25    cooperatively to cleanup oiling along the shoreline?

11:55:40  1    A.  Yes.

11:55:42  2    Q.  And effectively?

11:55:44  3    A.  Yes.

11:55:44  4    Q.  You would agree that BP worked with the Unified Command to

11:55:51  5    provide appropriate resources for shoreline cleanup?

11:55:54  6    A.  BP was part of the Unified Command, so, yes.

11:56:00  7    Q.  That's probably not, probably not a good question.  I'll do it

11:56:05  8    this way.

11:56:06  9         The Unified Command provided appropriate resources for

11:56:09  10   shoreline cleanup?

11:56:10  11   A.  For the most part, yes.

11:56:12  12   Q.  And BP was an important participant and contributor to that

11:56:16  13   process?

11:56:16  14   A.  Yes.

11:56:17  15   Q.  You are familiar -- new topic - booming.  You're familiar with

11:56:23  16   booming as a response technique?

11:56:25  17   A.  Yes.

11:56:25  18   Q.  And you were personally involved in deployment of boom during

11:56:29  19   the response?

11:56:30  20   A.  I had personal knowledge of it, I didn't lay any of the boom

11:56:34  21   personally.

11:56:34  22   Q.  Right.  That would have been dangerous if I had tried it, too.

11:56:40  23         But you would have known of the activity, you would have

11:56:43  24   signed off on some of the activities of those types of things?

11:56:46  25   A.  Yes.

11:56:46  1    Q.  And there was an issue in terms of making sure that boom was

11:56:50  2    allocated in a manner that would be the most effective across the

11:56:54  3    response at preventing the oil from reaching the shoreline or

11:56:58  4    containing it in certain areas?

11:57:00  5    A.  Boom was a critical resource because there wasn't enough to go

11:57:07  6    around all at the same time initially.  So that was one of the

11:57:11  7    resources that was brokered by the Unified Area Command, they saw

11:57:14  8    the bigger picture, we were just worried about Louisiana and Houma.

11:57:18  9    Q.  Your view was that, from your perspective in Houma, you would

11:57:22  10   be responsible for triaging what was needed and making sure that the

11:57:27  11   highest needs got the boom, and your view further would be that you

11:57:33  12   were able to get boom to where it was needed?

11:57:35  13   A.  We were following the -- sorry, I forget the name of the

11:57:40  14   acronym, but there was a plan that was developed that with the

11:57:46  15   state, BP, the Coast Guard, others in the Unified Command to

11:57:50  16   delineate where the most critical needs and the priorities were.

11:57:53  17   And so when we got boom, we followed that plan that was approved.

11:57:57  18   Q.  And did you tell us in your deposition that you believed that

11:58:00  19   you were able to get boom to where it needed to be?

11:58:03  20   A.  Eventually, yes.

11:58:05  21   Q.  Now, you also agree that the boom deployment strategy that was

11:58:09  22   utilized during the response minimized the effects of the spill?

11:58:12  23   A.  Yes.

11:58:13  24   Q.  Skimmers were also used as a response technique, correct?

11:58:19  25   A.  Yes.

11:58:20   1    Q.  Will you confirm for the court that not oil, not all oil that's
11:58:25   2    on the surface is skimmable?
11:58:27   3    A.  Yes.
11:58:27   4    Q.  And that there are challenges to skimming in the open water?
11:58:33   5    A.  Yes.
11:58:33   6    Q.  Challenges that include wave height?
11:58:36   7    A.  Yes.
11:58:37   8    Q.  Other weather conditions?
11:58:39   9    A.  Yes.
11:58:39  10    Q.  And the conditions have to be right in order to deploy the
11:58:42  11    skimming technique, correct?
11:58:44  12    A.  Yes.
11:58:44  13    Q.  You also can't do it at night, can you?
11:58:47  14    A.  Offshore, it's possible that it can, but it's much more
11:58:52  15    complicated.
11:58:53  16    Q.  Let me just ask you quickly about 12493.  And do you see this
11:59:20  17    is a cover e-mail from you, Admiral, to a number of recipients,
11:59:27  18    including is that Christal Bryant is the first person named there?
11:59:33  19    A.  Right, yes.
11:59:34  20    Q.  And there's an attachment that goes with this document,
11:59:37  21    correct?
11:59:38  22    A.  Yes.
11:59:39  23    Q.  And the attached document is the ICP Houma's input to the FOSC
11:59:47  24    report that we've looked at earlier today, correct?
11:59:50  25    A.  Yes.

11:59:51  1    Q.  This is a part of the process that goes into creating that

11:59:55  2    report?

11:59:56  3    A.  Yes.

11:59:57  4    Q.  If you look down to, I'm going to go down to a new callout,

12:00:05  5    12493.3.3.1.  And I think this is consistent with what you said just

12:00:14  6    a minute ago, but let me just make sure.  "Hundredes of skimmers

12:00:18  7    were on-scene with factories around the world upping their

12:00:22  8    throughput (like Lamor in Finland).  There were ample numbers of

12:00:28  9    skimmers, but it did take some time for them to arrive on scene and

12:00:32  10   be employed."  Do you see that?

12:00:34  11   A.  Yes.

12:00:35  12   Q.  And then you go on to speak to some of the challenges with the

12:00:42  13   use and staging of skimmers and the environment in which you are

12:00:46  14   working?

12:00:47  15   A.  Yes.

12:00:48  16   Q.  If we go down to 12493.8.1, please.  You see there that you

12:01:00  17   refer to Frank Paskewich with Clean Gulf?

12:01:03  18   A.  Yes.

12:01:03  19   Q.  And you knew Frank personally?

12:01:05  20   A.  Yes.

12:01:06  21   Q.  And you had worked with him in New Orleans during Hurricane

12:01:11  22   Katrina, correct?

12:01:11  23   A.  Yes.

12:01:12  24   Q.  And he had a significant leadership role during that response,

12:01:16  25   did he not?

12:01:17  1    A.  Yes.

12:01:17  2    Q.  And you would characterize Frank Paskewich as someone who is

12:01:23  3    very experienced in oil spill response?

12:01:25  4    A.  Yes.

12:01:25  5    Q.  And you would rely on his judgment about issues that come up in

12:01:28  6    oil spill response?

12:01:29  7    A.  Yes.

12:01:29  8    Q.  Let's turn to just a few questions on health and safety,

12:01:38  9    please.

12:01:41  10           Admiral Austin, you are a certified industrial hygienist,

12:01:45  11   as I understand it?

12:01:45  12   A.  Yes.

12:01:46  13   Q.  And your certificate comes from the American Board of

12:01:49  14   Industrial Hygiene.  Does industrial hygiene refer to protecting and

12:01:56  15   enhancing the health and safety of people at work and in their

12:01:59  16   communities?

12:02:00  17   A.  Yes.

12:02:04  18   Q.  And from your perspective with regard to the *DEEPWATER HORIZON*

12:02:09  19   incident, you agree that safety was a top priority for the Unified

12:02:16  20   Command during the response?

12:02:16  21   A.  Yes.

12:02:17  22   Q.  I want to ask you about air monitoring now.  TREX 241736.2.1.

12:02:43  23   Do you see that this is a note of July the 30th, 2010?

12:02:47  24   A.  Yes.

12:02:47  25   Q.  And I'll ask you to focus on the highlighted portion.  "All of

12:02:52  1  the sampling to date has shown no air emissions of concern across

12:02:56  2  our AOR."  Is that area of responsibility?

12:03:00  3  A.  Yes.

12:03:01  4  Q.  "Additionally, BP is paying for a third party IH firm --" what

12:03:08  5  is IH?

12:03:09  6  A.  Industrial hygiene.

12:03:11  7  Q.  "-- to conduct extensive air sampling throughout the Gulf.  The

12:03:14  8  company conducting the sampling is accredited to do this work, and

12:03:18  9  in fact is frequently hired by Reg VI EPA to conduct sampling on

12:03:25 10  their behalf."  Do you see that?

12:03:27 11  A.  Yes.

12:03:27 12  Q.  Do you agree that this was a very positive step for BP to

12:03:34 13  engage the third party industrial hygienist firm to conduct this air

12:03:39 14  sampling?

12:03:39 15  A.  Yes.  Because again, trying to make sure that there was trust

12:03:44 16  in the response having a third party or an objective observer is a

12:03:49 17  good way to go.

12:03:49 18  Q.  I want to talk a little bit about BP's contribution of

12:04:00 19  resources to the response, please.

12:04:01 20          If we could look at 9105.131.  This is the logistics

12:04:14 21  section of the FOSC report.  Do you see that?

12:04:17 22  A.  Yes.

12:04:17 23  Q.  "The responsible party --" that would be BPXP, correct?

12:04:20 24  A.  Yes.

12:04:21 25  Q.  "Made large-scale and significant contributions to logistics

12:04:26  1    procuring much-needed resources, such as booms, skimmers, and

12:04:30  2    decontamination equipment, and providing food, housing and

12:04:34  3    transportation for the more than 47,000 response personnel."  Do you

12:04:39  4    see that?

12:04:39  5    A.  Yes.

12:04:40  6    Q.  And is that consistent with your experience in terms of what

12:04:46  7    occurred in Houma?

12:04:47  8    A.  Yes.

12:04:48  9    Q.  The RP also managed -- I'm sorry, thank you.  This is a

12:04:53  10   separate callout, so I just need to state it for the record, I'm

12:04:55  11   sorry.  This is 9105.131.2.

12:05:00  12          "The RP also managed the logistics and finance of the

12:05:05  13   Vessels of Opportunity program."  Do you see that?

12:05:07  14   A.  Yes.

12:05:08  15   Q.  Do you agree that the VOO program contributed to the

12:05:13  16   effectiveness of the response?

12:05:14  17   A.  Yes.

12:05:15  18   Q.  And also provided much needed income and revenue to commercial

12:05:21  19   fishermen during periods of time when the fisheries were closed?

12:05:25  20   A.  Yes.

12:05:25  21   Q.  Another question for you on dispersants, please.  TREX 12495.

12:06:05  22   Is this a note from Captain James Hanzalik to yourself and others?

12:06:10  23   A.  Yes.

12:06:10  24   Q.  And, please, for the benefit of the court, who was Captain

12:06:15  25   James Hanzalik?

12:06:16 1    A.  Let me get the context.  I think at this point he was working

12:06:21 2    at the UAC, the Unified Area Command.

12:06:24 3    Q.  And he is describing here an instance in which a request was

12:06:28 4    made for dispersant application, correct?

12:06:31 5    A.  Yes.

12:06:31 6    Q.  And he writes, if we can look down at 12495.1.2:  "Don't you

12:06:39 7    think it is odd that the EPA would be directing the FOSC when and

12:06:43 8    when not to use dispersants.  We have a 2 mile x 6 mile slick

12:06:49 9    offshore that skimmers cannot get to and we have the EPA telling us

12:06:53 10   to justify our use of surface dispersants which are already

12:06:58 11   preapproved/preauthorized by the RRT."  Do you see that?

12:07:04 12   A.  Yes.

12:07:04 13       MS. HIMMELHOCH:  Your Honor, I object to this question on

12:07:06 14   the grounds of hearsay.  This was not a statement on which the

12:07:09 15   captain was authorized to speak on behalf of the United States,

12:07:13 16   therefore, is not an admission of a party opponent, nor is it a

12:07:17 17   business record under your prior rulings regarding what e-mails

12:07:21 18   constitute business records.

12:07:22 19       MR. BROCK:  Your Honor, the witness has already

12:07:23 20   testified --

12:07:24 21       THE COURT:  I'll overrule the objection, go ahead,

12:07:26 22   Mr. Brock.

12:07:29 23   BY MR. BROCK:

12:07:29 24   Q.  I just asked you, did I read that right?

12:07:33 25   A.  You did.  But, again, this e-mail probably needs to be put in

12:07:36 1   the right context.

12:07:37 2   Q.  I will give you a chance to do that.  I have a couple of other

12:07:40 3   things I want to put in the record, if that's okay, and then we can

12:07:42 4   have a discussion about it.

12:07:44 5          If we pull up 12495.1.5.  "We also have an agency that is

12:07:55 6   "outside" the response calling the shots at the national level.  We

12:07:59 7   have senior leadership intimidated by repercussions of their

12:08:04 8   decisions and the unwillingness to make them based on what EPA's

12:08:08 9   desires are and the potential to alleviate/prevent interagency

12:08:14 10  tensions."  Do you see that?

12:08:16 11  A.  Yes.

12:08:16 12  Q.  I am going to show you one more and then I'll let you explain,

12:08:20 13  if you need to.

12:08:21 14         This is 12495.1.4 -- well, I'm sorry, I have two more.

12:08:28 15  12495.1.3.  "It would be a travesty if the oil hits the beach

12:08:35 16  because we did not use the tools available to fight this offshore.

12:08:40 17  This responsibility needs to be placed squarely in EPA's court if it

12:08:44 18  does hit the shoreline."  Do you see that?

12:08:46 19  A.  Yes.

12:08:47 20  Q.  Now one more.  12495.1.4.  This is from you responding to

12:08:57 21  Captain James Hanzalik's e-mail, where he has just said it would be

12:09:02 22  a travesty if the oil hits the shore.  And do you answer there,

12:09:06 23  "Amen James!"?

12:09:07 24  A.  Yes.

12:09:08 25  Q.  And I'll just ask you, when you were speaking earlier in your

12:09:13 1    direct examination about frustrations that related to the use of

12:09:20 2    dispersants, does this e-mail capture it pretty well?

12:09:23 3    A.  It does.  I would like to make one statement though.  I think

12:09:27 4    it's a little unfair -- again, we're all a little cranky.  I think

12:09:31 5    it was a little unfair for James to say "agency outside of the

12:09:34 6    response" because EPA is a cochair of the regional response team.

12:09:39 7    And so while they may not have been designated FOSC for this

12:09:45 8    response, they would have input as part of the ROT.

12:09:48 9    Q.  But it is the case, is it not, that in Houma you thought you

12:09:53 10   had an understanding of how dispersants could be used, you would

12:09:57 11   bring forth proposals and then you would get denials to use

12:10:02 12   dispersants when you thought you should be permitted to use them and

12:10:06 13   that was frustrating?

12:10:07 14   A.  Yes.  At the time, yes.

12:10:09 15   Q.  And BP folks were a bit frustrated by that, too, weren't they?

12:10:14 16   A.  Everyone was frustrated.

12:10:25 17        MR. BROCK:  I believe that's all I have, Admiral.  Thank

12:10:27 18   you very much for your time and for your service.

12:10:28 19        THE COURT:  Redirect?

12:10:30 20        MS. HIMMELHOCH:  Very short redirect, your Honor.

12:10:32 21                  REDIRECT EXAMINATION

12:10:33 22   BY MS. HIMMELHOCH:

12:10:33 23   Q.  Admiral, do you recall Mr. Brock showing you a number of

12:10:36 24   e-mails that you sent to your friends during the course of the

12:10:40 25   response?

12:10:40 1    A.   Yes.

12:10:40 2    Q.   During what time period do you recall were those e-mails sent?

12:10:44 3    A.   Probably early June.

12:10:46 4    Q.   The spill that occurred began 50 miles offshore; isn't that

12:10:50 5    correct?

12:10:50 6    A.   Yes.

12:10:51 7    Q.   How long did it take for oil to hit the shoreline?

12:10:54 8    A.   It took several weeks.

12:10:55 9    Q.   I also want to ask you if we could please call up -- Mr. Brock

12:11:08 10   asked you a number of questions based on the FOSC report, do you

12:11:11 11   remember that?

12:11:12 12   A.   Yes.

12:11:13 13   Q.   When was the FOSC report written?  That's TREX 9105 for the

12:11:18 14   record.

12:11:20 15   A.   I think it was published in September of 2011.

12:11:25 16   Q.   Had the response concluded by then?

12:11:27 17   A.   No.

12:11:27 18   Q.   Has the response concluded today?

12:11:29 19   A.   No.

12:11:30 20   Q.   Is the Coast Guard dedicating any resources to the response

12:11:34 21   right now?

12:11:35 22   A.   Yes.

12:11:35 23   Q.   How many?  What is the nature of the Coast Guard's resources

12:11:38 24   assigned at this time?

12:11:40 25   A.   Still the management oversights on those reporting of oil in

12:11:45  1   certain areas that they're dispatching the folks needed to deal with

12:11:48  2   it and to do the monitoring.

12:11:51  3   Q.  And is that being handled by the FOSC in the district, in the

12:11:55  4   applicable district office?  Has the Coast Guard designated a

12:11:59  5   specific FOSC for the spill still?

12:12:02  6   A.  Yes.  Typically the sector commander -- when you're sector

12:12:07  7   commander you wear several hats, one of those hats is FOSC for a

12:12:13  8   predesignated area.  Because of the ongoing requirements for the

12:12:16  9   spill, instead of having a local sector commander deal with that

12:12:21  10  response as well as all of his other duties, we still have a

12:12:24  11  separate FOSC designated for *DEEPWATER HORIZON*.

12:12:30  12  Q.  You were asked several questions about efforts to keep the oil

12:12:33  13  off of the shoreline.  And I want to ask you, is the shoreline the

12:12:37  14  only part of the environment to which the response was directed?

12:12:40  15  A.  No.

12:12:40  16  Q.  Are there other sensitive areas that you were concerned about

12:12:44  17  in planning your response activities?

12:12:46  18  A.  Yes.  We were also concerned about -- some areas it's better to

12:12:52  19  not go in there, it's better to let things weather.  Also offshore

12:12:58  20  you have to worry about breeding season, you have to worry about

12:13:01  21  what species of fish might be in a certain area.  And I know there's

12:13:05  22  concern about the cumulative effects of having dispersant in the

12:13:09  23  water.

12:13:09  24        So I know that while we in Houma were concentrated on

12:13:11  25  Louisiana's coast line and also the plume offshore, the Unified Area

12:13:17  1   Command was worried strategically about the entire Gulf and

12:13:21  2   long-term effects.

12:13:22  3   Q.  And Mr. Brock asked you a number of questions about whether

12:13:27  4   there were very good plans for the safety of the application of

12:13:31  5   dispersants and other response actions.  Do you recall those?

12:13:34  6   A.  Yes.

12:13:35  7   Q.  Does the fact that there were very good plans insure that there

12:13:39  8   was absolutely no risk?

12:13:40  9   A.  It was the plans minimized the risk.  You can never say that

12:13:44  10  there is -- you can never rule out 100 percent risk.

12:13:46  11  Q.  And is that also true for the wildlife efforts that were

12:13:50  12  undertaken?

12:13:50  13  A.  Yes.

12:13:55  14  Q.  Mr. Brock asked you about a statement you made in one of your

12:13:59  15  e-mails about comparing this spill to the Katrina spill, do you

12:14:02  16  recall that?

12:14:03  17  A.  Yes.

12:14:03  18  Q.  How many barrels, if you know, were spilled in the Katrina and

12:14:06  19  Rita spills?

12:14:07  20  A.  After the storm passed I think it was about 8 million gallons

12:14:12  21  left that had to be cleaned up.

12:14:14  22  Q.  And do you know how many barrels that is?

12:14:17  23  A.  I would have to do the math, so 8 million divided by 42.

12:14:22  24          MR. BROCK:  Just for the record, I think I asked about

12:14:25  25  Ixtoc.  If I asked about Katrina, I don't remember that question.

12:14:29  1          MS. HIMMELHOCH:  He called out a portion of her e-mail in

12:14:31  2  which she talked about the effects of Katrina.

12:14:34  3          THE COURT:  She did.  Go ahead.

12:14:35  4  BY MS. HIMMELHOCH:

12:14:36  5  Q.  So, to find out how many barrels that is I would divide by 42?

12:14:39  6  A.  Right.

12:14:40  7  Q.  I won't make you do that on the fly because I couldn't

12:14:43  8  possibly.

12:14:43  9          Mr. Brock, as Mr. Brock just referenced, he also asked you

12:14:47 10  about Ixtoc.  Do you make an effort as part of your duties in the

12:14:52 11  Coast Guard to be aware of the scientific literature regarding the

12:14:55 12  study of the effects of oil spills?

12:14:58 13  A.  Broadly.  But quite frankly, we have scientific support, and so

12:15:02 14  when questions arise I would always defer to them to get the

12:15:05 15  answers, I don't have it off the top of my head.

12:15:07 16  Q.  Do you know whether the effects of the Ixtoc spill were

12:15:11 17  carefully studied after it was over?

12:15:14 18          MR. BROCK:  I am going to object, beyond the scope.

12:15:18 19          MS. HIMMELHOCH:  Your Honor, he called out a portion of

12:15:20 20  her e-mail in which he pointed out her view of the effects of the

12:15:26 21  Ixtoc spill on the Gulf of Mexico.  I am simply inquiring into the

12:15:31 22  basis of that statement.

12:15:32 23          THE COURT:  Overrule the objection.

12:15:33 24          MR. BROCK:  That's fine.

12:15:34 25  BY MS. HIMMELHOCH:

12:15:35   1    Q.  Admiral Austin, when you made that statement about the Ixtoc

12:15:38   2    spill, had you read any of the scientific literature relating to the

12:15:41   3    effects of the Ixtoc spill?

12:15:42   4    A.  No, it was a qualitative statement I heard by a scientific

12:15:47   5    support coordinator.

12:15:48   6    Q.  I am going wrap up with one final set of questions.  You were

12:15:51   7    asked a number of questions about whether or not there were any

12:15:54   8    effects of the oil.  Did you make the statements that Mr. Brock read

12:15:58   9    you based on any scientific studies?

12:16:00  10    A.  No.

12:16:01  11    Q.  And are you aware of any studies going on now about the effects

12:16:05  12    of the various oil dispersant and response actions that were

12:16:10  13    undertaken?

12:16:10  14    A.  You can look in many journals and see there's a lot of studies

12:16:14  15    going on about the future effects.

12:16:16  16              MS. HIMMELHOCH:  I have no further questions, your Honor.

12:16:17  17              THE COURT:  All right.  Thank you, ma'am.  You're

12:16:19  18    finished.

12:16:20  19              Okay.  It's 12:15, we're going to recess for lunch, we'll

12:16:24  20    come back at 1:15, one hour.  Okay.

12:16:28  21              THE DEPUTY CLERK:  All rise.

12:16:30  22        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

          23

          24                          * * * * * *

          25

1

2

3

4                        REPORTER'S CERTIFICATE

5

6         I, Karen A. Ibos, CCR, Official Court Reporter, United

7   States District Court, Eastern District of Louisiana, do hereby

8   certify that the foregoing is a true and correct transcript, to the

9   best of my ability and understanding, from the record of the

10  proceedings in the above-entitled and numbered matter.

11

12

13                        /s/ Karen A. Ibos

14                    Karen A. Ibos, CCR, RPR, CRR, RMR

15                    Official Court Reporter

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 18:23
**$100** [3] - 55:4, 56:23
**$12** [1] - 62:14
**$12,834** [1] - 70:25
**$13** [1] - 55:25
**$14** [1] - 58:4
**$16** [4] - 32:16, 39:23, 56:13, 61:2
**$17** [1] - 37:9
**$19** [1] - 32:14
**$2.277** [1] - 58:22
**$230** [1] - 54:21
**$25** [1] - 54:20
**$250** [1] - 70:24
**$30** [1] - 34:3
**$34** [2] - 39:24, 41:2
**$40** [1] - 24:15
**$400** [2] - 32:10, 55:7
**$483** [1] - 55:20
**$500** [1] - 54:13
**$6,465** [1] - 61:21
**$600** [1] - 55:10
**$65** [1] - 62:4
**$66** [1] - 62:4
**$90** [3] - 69:18, 69:23, 70:5

## '

**'13** [3] - 50:13, 50:14
**'14** [2] - 50:12, 58:18
**'15** [1] - 58:18
**'90s** [3] - 81:5, 81:15, 88:18

## /

**/s** [1] - 140:13

## 0

**010576** [1] - 90:6
**012418.1.1.US** [1] - 86:14
**012481-R** [1] - 86:4

## 1

**1** [7] - 1:13, 36:24, 67:18, 69:1, 73:23, 73:24
**1,000** [4] - 43:13, 43:25, 45:10, 112:5
**1,100** [6] - 14:8, 16:6,

19:19, 20:13, 20:15, 20:20
**1,200** [1] - 20:21
**1,300** [1] - 17:1
**1.2** [4] - 40:3, 40:5, 40:7, 52:16
**1.25** [1] - 40:7
**1.6** [2] - 60:25, 62:17
**10** [1] - 48:16
**10-4536** [1] - 4:10
**10-CV-4536** [1] - 1:8
**10-MD-2179** [1] - 4:8
**100** [3] - 118:9, 121:10, 137:10
**105** [1] - 43:11
**10th** [2] - 43:24, 74:7
**11** [1] - 38:3
**11.2** [1] - 55:5
**11.7** [1] - 37:8
**12** [1] - 93:24
**12484** [1] - 116:20
**12484.1.2** [1] - 114:17
**12484.1.3** [1] - 115:25
**12485.1.1** [1] - 118:4
**12486.2.1** [1] - 109:1
**12486.2.2** [1] - 110:8
**12487** [1] - 111:1
**12489.6.2** [1] - 121:23
**12489.6.3** [1] - 122:12
**12493** [1] - 127:16
**12493.3.3.1** [1] - 128:5
**12493.8.1** [1] - 128:16
**12495** [1] - 131:21
**12495.1.2** [1] - 132:6
**12495.1.3** [1] - 133:15
**12495.1.4** [2] - 133:14, 133:20
**12495.1.5** [1] - 133:5
**12:15** [1] - 139:19
**13.7** [3] - 32:18, 36:25, 37:3
**13725** [1] - 34:18
**13808** [1] - 35:14
**13th** [2] - 114:23, 116:1
**14** [3] - 23:7, 96:11, 96:16
**14.1** [1] - 111:25
**14271** [1] - 2:4
**15** [1] - 48:16
**15%** [2] - 17:15, 23:21

**15,233** [1] - 44:2
**15-minute** [1] - 71:17
**15th** [1] - 43:16
**16** [2] - 31:15, 93:19
**160,000** [1] - 47:13
**17,000** [2] - 43:14, 52:3
**18,000** [2] - 52:1, 52:2
**19** [3] - 92:8, 92:12, 92:15
**19,000** [1] - 44:2
**1978** [1] - 41:10
**1980** [1] - 118:8
**1999** [1] - 36:1
**1:15** [1] - 139:20

## 2

**2** [2] - 37:6, 132:8
**2,000** [2] - 23:8, 58:25
**2,900** [1] - 94:11
**2-13** [1] - 3:10
**2.2** [1] - 59:1
**2.5** [1] - 23:8
**20** [5] - 1:4, 4:2, 27:3, 66:13
**200** [3] - 45:7, 115:5, 115:17
**20004** [1] - 2:4
**20005** [1] - 2:16
**20006** [1] - 2:24
**20044** [1] - 1:25
**2006** [1] - 61:11
**2009** [2] - 55:20, 56:13
**2010** [24] - 1:4, 4:9, 7:24, 38:2, 43:24, 47:9, 51:9, 51:21, 51:25, 61:9, 66:13, 70:23, 74:2, 74:6, 74:11, 109:4, 110:9, 110:17, 111:1, 114:23, 116:1, 118:5, 118:22, 129:23
**2011** [3] - 50:1, 111:16, 135:15
**2012** [2] - 50:2, 51:25
**2013** [4] - 50:15, 55:21, 56:14, 58:9
**2014** [5] - 29:5, 29:21, 33:18, 34:4, 70:5
**2015** [9] - 1:4, 4:2, 58:2, 58:18, 58:19, 58:21, 58:24, 61:9, 70:6

**2016** [1] - 70:6
**2020** [1] - 2:24
**20th** [7] - 4:9, 7:24, 38:2, 42:2, 74:2, 74:8, 74:11
**21st** [1] - 43:10
**22nd** [1] - 43:12
**2300** [1] - 55:19
**23rd** [2] - 118:5, 118:17
**241736.2.1** [1] - 129:22
**24th** [1] - 74:8
**25** [3] - 8:22, 62:15, 96:22
**252** [1] - 8:2
**25th** [1] - 74:6
**260,000** [1] - 47:24
**264** [1] - 47:16
**266** [1] - 43:12
**26th** [1] - 92:6
**27th** [1] - 43:14

## 3

**3.4** [2] - 60:24, 62:17
**3.5** [3] - 29:19, 29:23, 36:22
**30** [4] - 28:15, 50:18, 58:14, 69:12
**300** [2] - 2:12, 94:19
**30th** [1] - 129:23
**31,000** [1] - 43:15
**311** [4] - 7:15, 7:16, 8:25
**32,000** [1] - 18:11
**3200** [1] - 80:9
**355** [1] - 3:2
**36** [1] - 92:7
**37** [2] - 48:19
**38** [1] - 62:15
**38.3** [2] - 60:13, 60:16

## 4

**4** [5] - 40:5, 61:1, 62:17, 67:3, 71:8
**4,000** [1] - 20:21
**4,380** [1] - 49:11
**4.6** [2] - 29:6, 29:19
**400** [2] - 19:19, 53:13
**42** [2] - 137:23, 138:5
**43** [1] - 47:16
**44,000** [1] - 43:17
**4400** [2] - 3:2, 43:15
**45** [1] - 61:17
**45,000** [1] - 19:15

**47,000** [1] - 131:3

## 5

**5** [1] - 55:21
**5-0** [1] - 95:5
**5.1** [2] - 62:18, 64:1
**5.4** [1] - 60:17
**50** [5] - 8:3, 48:24, 70:8, 70:10, 135:4
**500** [1] - 3:10
**5000** [1] - 2:19
**504** [1] - 3:11
**56** [2] - 92:6, 92:7
**58** [1] - 29:21
**589-7776** [1] - 3:11

## 6

**6** [1] - 132:8
**6,000** [1] - 17:24
**60654** [1] - 2:13
**655** [1] - 2:16
**6:00** [1] - 6:14

## 7

**7** [1] - 121:12
**700** [1] - 43:14
**701** [2] - 2:19, 3:6
**70130** [2] - 3:7, 3:10
**70139** [1] - 2:20
**75** [1] - 90:4
**76** [1] - 47:9
**7611** [1] - 1:24
**770,000** [1] - 48:7
**7th** [4] - 109:4, 109:10, 110:9, 110:17

## 8

**8** [2] - 137:20, 137:23
**8,000** [1] - 94:14
**85** [2] - 44:3, 60:17
**87** [3] - 8:10, 23:6, 79:1
**8:00** [1] - 6:13

## 9

**9/11** [1] - 16:20
**900** [2] - 17:25, 46:16
**90071** [1] - 3:2
**9105** [2] - 111:22, 135:13
**9105.131** [1] - 130:20

**9105.131.2** [1] - 131:11

**9105.65.1** [1] - 119:2

**9105.65.2** [1] - 119:11

**9105.66.1** [1] - 120:5

**9105.79.1** [1] - 113:8

**9105.79.3** [1] - 114:2

**9105.79.4** [1] - 114:10

**911** [2] - 103:14, 103:22

**98** [1] - 52:9

**99** [1] - 53:11

## A

**A-U-S-T-I-N** [1] - 72:12

**A.M** [1] - 6:13

**abandoning** [1] - 8:1

**Abby** [1] - 5:4

**ABIGAIL** [1] - 1:18

**ability** [8] - 13:22, 30:2, 32:20, 33:14, 33:15, 65:1, 70:16, 140:9

**able** [8] - 19:11, 76:13, 78:11, 87:16, 95:6, 100:6, 126:12, 126:19

**above** [5] - 21:24, 29:22, 37:5, 117:25, 140:10

**above-entitled** [1] - 140:10

**absence** [1] - 53:7

**absolutely** [4] - 100:20, 115:4, 115:16, 137:8

**abundance** [1] - 92:18

**Academy** [1] - 73:17

**accepted** [2] - 14:17, 124:5

**access** [3] - 60:20, 80:20, 80:21

**accident** [2] - 73:2, 82:6

**accomplished** [1] - 84:11

**accomplishments** [1] - 46:14

**accordance** [3] - 33:10, 74:19, 124:19

**account** [6] - 40:24, 81:8, 83:2, 84:1, 85:23, 124:15

**accountant** [2] -

13:25, 29:10

**accounted** [1] - 58:17

**accounts** [1] - 109:16

**accredited** [1] - 130:8

**accurate** [2] - 84:16, 109:14

**accurately** [1] - 115:15

**achieve** [1] - 39:10

**acronym** [1] - 126:14

**across** [4] - 68:13, 113:15, 126:2, 130:1

**Act** [28] - 6:3, 8:22, 9:1, 9:2, 11:16, 12:2, 28:2, 29:5, 34:24, 35:2, 35:15, 39:10, 39:15, 40:7, 41:10, 63:17, 64:18, 64:19, 65:21, 65:23, 66:3, 66:5, 66:22, 67:12, 67:17, 70:15, 71:14, 100:21

**act** [2] - 35:17, 66:17

**acting** [1] - 28:21

**action** [21] - 9:2, 9:3, 14:10, 16:10, 18:20, 23:1, 23:3, 23:4, 23:10, 23:11, 23:14, 23:15, 24:5, 24:13, 25:10, 26:4, 26:23, 38:11, 101:18, 123:6

**Action** [1] - 79:13

**actions** [15] - 13:2, 13:4, 24:9, 24:12, 71:12, 82:9, 84:12, 84:24, 106:15, 109:20, 114:3, 114:11, 124:19, 137:5, 139:12

**activated** [1] - 95:1

**active** [7] - 28:12, 50:10, 50:14, 50:16, 57:11, 95:12

**actively** [1] - 28:10

**activities** [19] - 39:25, 42:20, 44:1, 54:12, 55:11, 58:5, 75:3, 75:13, 76:3, 77:25, 85:14, 85:15, 92:17, 92:19, 104:24, 120:24, 121:12, 125:24, 136:17

**activity** [3] - 42:8, 46:23, 125:23

**acts** [1] - 71:12

**actual** [1] - 12:24, 15:6, 15:7, 15:9,

17:22, 18:1, 20:8, 21:13, 21:20, 114:12

**actually** [15] - 13:15, 15:13, 15:14, 15:15, 20:8, 22:2, 42:10, 52:19, 55:12, 62:5, 85:18, 88:20, 89:6, 111:18, 115:1

**acute** [1] - 21:22

**acutely** [1] - 53:17

**add** [1] - 103:2

**addendum** [6] - 90:1, 90:11, 90:24, 91:1, 91:21, 91:23

**adding** [1] - 24:13

**addition** [1] - 73:7

**additional** [5] - 45:1, 47:1, 65:2, 67:2, 69:14

**additionally** [1] - 130:4

**address** [10] - 37:20, 38:18, 47:4, 54:18, 66:23, 70:17, 84:6, 84:13, 85:5, 94:5

**addressing** [2] - 110:3, 116:24

**adequate** [1] - 13:3

**adequately** [1] - 21:22

**Adjustment** [1] - 29:4

**adjustment** [4] - 60:15, 60:18, 60:21, 62:13

**adjustments** [1] - 62:16

**Admiral** [13] - 15:22, 16:22, 72:1, 72:15, 72:19, 73:25, 86:4, 86:14, 89:25, 90:11, 104:13, 127:17, 134:17

**admiral** [13] - 15:25, 16:7, 16:17, 23:12, 42:9, 78:5, 80:11, 88:14, 90:6, 119:2, 129:10, 134:23, 139:1

**admiration** [1] - 40:15

**admission** [2] - 29:8, 132:16

**admit** [1] - 70:2

**admitted** [6] - 9:12, 9:18, 9:19, 14:25, 29:5, 36:3

**advance** [1] - 9:11

**advanced** [1] - 54:22

**advances** [1] - 24:6

**adverse** [2] - 12:24,

51:11

**adversely** [2] - 29:25, 34:5

**advised** [1] - 101:2

**aerial** [5] - 49:10, 90:4, 105:5, 106:5, 113:16

**affect** [3] - 68:17, 99:21, 119:22

**affected** [11] - 53:19, 53:20, 78:18, 79:17, 83:3, 85:25, 115:5, 121:8, 121:11, 121:13

**AFFIRMATIVE** [1] - 111:5

**afford** [2] - 62:20, 63:22

**after** [23] - 12:13, 17:15, 18:12, 29:19, 36:13, 36:15, 36:19, 42:11, 54:19, 57:25, 58:16, 81:11, 90:25, 91:4, 99:6, 99:8, 101:19, 103:14, 104:2, 104:5, 116:3, 137:20, 138:17

**aftermath** [1] - 116:3

**again** [30] - 7:21, 14:21, 19:1, 19:9, 23:3, 23:14, 24:16, 27:6, 27:10, 29:1, 37:6, 49:4, 52:8, 65:8, 77:16, 83:1, 83:19, 84:2, 95:2, 97:13, 110:18, 115:8, 116:9, 116:15, 118:4, 118:12, 130:15, 132:25, 134:4

**against** [7] - 6:3, 8:14, 27:15, 67:2, 67:14, 69:2, 121:19

**agencies** [15] - 16:8, 16:14, 23:9, 68:8, 78:2, 90:21, 97:14, 97:19, 97:21, 98:6, 98:11, 103:2, 103:8, 112:10, 112:16

**agency** [5] - 90:20, 97:10, 103:18, 133:5, 134:5

**ago** [3] - 69:20, 108:14, 128:6

**agree** [29] - 31:11, 31:15, 53:4, 63:6, 88:4, 102:19, 102:21, 108:21, 112:8, 112:16, 113:25, 114:8, 114:15, 119:9, 120:8, 120:15, 120:20, 121:14,

121:18, 123:12, 123:15, 123:21, 123:24, 125:4, 126:21, 129:19, 130:12, 131:15

**agreed** [1] - 15:1

**agreement** [3] - 36:2, 36:3, 56:25

**agreements** [2] - 35:22, 36:19

**agrees** [2] - 35:14, 66:3

**ahead** [11] - 4:22, 5:10, 82:4, 84:23, 85:7, 87:1, 88:12, 97:23, 98:13, 132:21, 138:3

**aid** [1] - 18:1

**aim** [1] - 35:18

**air** [6] - 18:7, 47:22, 129:22, 130:1, 130:7, 130:13

**airborne** [1] - 119:21

**aired** [1] - 26:8

**airplanes** [1] - 48:6

**al** [1] - 4:11

**AL** [1] - 1:10

**Alabama** [5] - 16:24, 42:11, 50:13, 54:23, 64:12

**Alaska** [3] - 36:2, 36:13, 104:4

**All** [1] - 113:21

**all** [78] - 4:12, 6:11, 9:22, 10:8, 10:23, 11:4, 14:24, 16:15, 18:4, 19:14, 19:19, 21:24, 23:22, 23:23, 24:7, 24:13, 30:19, 32:6, 32:24, 33:9, 34:18, 35:16, 37:7, 37:10, 38:20, 42:7, 42:12, 42:25, 43:3, 44:14, 48:19, 49:20, 50:11, 53:14, 58:4, 60:14, 63:22, 63:23, 65:12, 69:9, 70:7, 71:16, 71:19, 71:22, 73:25, 77:10, 79:25, 85:7, 87:5, 88:6, 88:12, 91:11, 92:11, 97:13, 97:23, 98:3, 99:11, 104:5, 104:20, 105:3, 107:19, 108:4, 110:13, 114:22, 118:1, 124:22, 126:6, 127:1, 129:25, 134:4, 134:17, 136:10, 139:17, 139:21

**ALLAN** [1] - 3:4

3

**allay** [1] - 116:10
**allegation** [1] - 40:12
**Allen** [1] - 78:5
**alleviate/prevent** [1] - 133:9
**allocated** [3] - 6:4, 67:1, 126:2
**allocation** [2] - 8:8, 102:4
**allow** [2] - 122:25, 123:1
**allowed** [1] - 7:4
**allows** [1] - 123:9
**alluding** [1] - 70:22
**almost** [8] - 17:24, 24:7, 30:21, 31:17, 32:10, 42:6, 50:2, 53:14
**alone** [1] - 67:8
**along** [5] - 9:19, 100:14, 113:22, 115:4, 124:25
**alongside** [1] - 105:11
**already** [15] - 6:19, 14:22, 14:25, 26:23, 28:1, 40:2, 48:23, 54:1, 65:19, 66:25, 67:3, 68:22, 132:10, 132:19
**also** [65] - 6:25, 7:7, 8:12, 9:17, 10:16, 10:19, 15:1, 17:10, 19:22, 21:21, 24:9, 26:5, 27:12, 29:11, 35:21, 38:18, 38:23, 39:14, 52:20, 52:21, 53:1, 54:8, 56:6, 59:1, 59:20, 64:11, 66:15, 67:11, 68:8, 70:22, 77:15, 78:9, 79:3, 79:17, 81:13, 82:17, 82:19, 86:12, 97:6, 100:14, 102:21, 103:6, 104:19, 109:12, 113:3, 114:11, 117:9, 120:1, 121:2, 122:4, 123:4, 126:21, 126:24, 127:13, 131:9, 131:12, 131:18, 133:5, 135:9, 136:18, 136:19, 136:25, 137:11, 138:9
**alter** [1] - 83:25
**always** [6] - 40:19, 57:11, 70:23, 93:12, 120:13, 138:14
**AMANT** [1] - 3:6
**Amen** [1] - 133:23

**amended** [1] - 41:11
**America** [2] - 4:10, 31:3
**AMERICA** [8] - 1:7, 1:16, 2:6, 2:6, 2:7, 2:8, 2:9, 2:9
**American** [2] - 14:16, 129:13
**among** [1] - 53:8
**amongst** [1] - 78:9
**amount** [23] - 8:14, 12:5, 18:23, 32:21, 37:1, 40:3, 40:4, 48:4, 49:6, 51:7, 51:23, 58:9, 64:10, 69:7, 70:25, 90:2, 90:3, 99:14, 102:25, 103:5, 104:3, 123:9
**amounts** [3] - 54:21, 54:22, 102:21
**ample** [2] - 66:22, 128:8
**ANADARKO** [2] - 2:21, 2:22
**Anadarko** [57] - 5:21, 5:22, 6:3, 6:6, 8:15, 8:17, 8:22, 9:5, 9:8, 11:3, 12:5, 13:17, 14:12, 14:14, 15:1, 24:9, 25:20, 27:5, 27:12, 27:15, 28:18, 28:22, 28:24, 29:3, 29:5, 29:12, 29:13, 29:18, 35:10, 35:12, 35:14, 36:22, 65:17, 65:20, 66:9, 66:11, 66:14, 66:17, 67:3, 67:8, 67:9, 68:19, 69:2, 69:4, 69:7, 69:8, 69:11, 69:15, 69:17, 70:1, 70:11, 70:13, 70:18, 70:19, 71:11
**Anadarko's** [19] - 13:12, 13:21, 14:1, 27:9, 27:13, 27:22, 27:25, 28:3, 28:13, 29:11, 35:7, 65:18, 67:25, 70:3, 70:9, 70:15, 71:6, 71:7
**analogy** [2] - 69:2, 69:5
**analysis** [18] - 14:2, 15:18, 21:3, 21:10, 26:25, 32:5, 32:25, 33:7, 33:8, 34:15, 56:15, 59:12, 61:15, 61:25, 62:7, 62:9, 64:24, 70:15
**analyze** [2] - 54:6, 59:5

**AND** [1] - 72:6
**ANDRE** [2] - 1:18, 5:4
**Andre** [1] - 5:4
**ANDREW** [1] - 2:10
**Andy** [1] - 30:10
**anecdotes** [1] - 44:23
**Angeles** [1] - 3:2
**animal** [1] - 15:20
**animals** [6] - 12:25, 19:22, 20:24, 47:20, 121:10, 121:21
**announcement** [1] - 108:15
**annual** [1] - 29:22
**another** [16] - 11:18, 24:25, 52:5, 78:25, 84:1, 86:2, 87:18, 87:19, 95:2, 95:7, 95:9, 100:6, 100:14, 106:15, 110:8, 131:21
**answer** [17] - 58:12, 63:5, 78:9, 89:1, 91:3, 91:6, 92:12, 93:3, 93:10, 133:22
**answered** [1] - 58:11
**answers** [2] - 47:12, 138:15
**anthropologist** [1] - 16:23
**any** [81] - 6:20, 6:22, 7:10, 11:6, 12:17, 13:18, 17:14, 22:21, 29:20, 29:24, 33:10, 34:4, 34:17, 39:11, 41:7, 41:23, 49:15, 49:17, 57:22, 59:16, 60:14, 61:1, 62:8, 63:1, 63:2, 63:9, 64:23, 65:9, 66:13, 67:6, 67:8, 67:10, 69:2, 69:7, 69:16, 70:15, 70:19, 73:4, 73:15, 74:12, 75:11, 76:4, 76:10, 76:17, 79:8, 82:3, 86:10, 88:18, 90:16, 91:7, 94:5, 95:18, 96:17, 96:21, 97:2, 98:9, 98:22, 99:1, 99:25, 100:8, 100:24, 101:2, 101:14, 101:17, 102:5, 103:9, 108:10, 116:4, 121:15, 121:19, 125:20, 135:20, 139:2, 139:7, 139:9, 139:11
**anybody** [1] - 46:7
**anymore** [2] - 89:16,

102:11
**anyone** [1] - 7:12
**anything** [8] - 33:1, 36:23, 40:5, 40:15, 43:8, 62:12, 102:2, 104:23
**anyway..** [1] - 63:22
**anywhere** [1] - 7:8
**AOR** [1] - 130:2
**apologize** [1] - 78:3
**appear** [2] - 53:17, 53:20
**APPEARANCES** [1] - 1:14
**appearing** [3] - 4:21, 4:23, 9:13
**appears** [1] - 38:25
**applicable** [1] - 136:4
**application** [6] - 77:8, 88:15, 92:21, 105:1, 132:4, 137:4
**Application** [1] - 80:5
**applications** [1] - 92:2
**applied** [5] - 48:5, 92:3, 92:9, 92:11, 92:15
**apply** [4] - 7:19, 26:9, 69:11, 88:1
**applying** [2] - 81:25, 85:24
**appreciate** [1] - 37:14
**appreciated** [1] - 61:5
**approach** [4] - 67:23, 68:12, 107:6, 112:20
**approaching** [1] - 79:3
**appropriate** [5] - 12:4, 26:14, 124:13, 125:5, 125:9
**approval** [4] - 88:20, 89:19, 92:21, 123:21
**approved** [1] - 126:17
**approving** [1] - 105:14
**approximately** [3] - 47:12, 55:24, 94:12
**APRIL** [1] - 1:4
**April** [13] - 4:9, 7:24, 38:2, 42:1, 43:10, 43:11, 43:14, 50:12, 51:9, 66:13, 74:2, 74:11, 118:22
**aquatic** [2] - 52:4, 52:10

**are** [134] - 4:21, 5:24, 6:5, 6:21, 7:4, 7:17, 8:17, 9:4, 9:21, 10:10, 12:2, 12:3, 13:5, 13:12, 13:13, 13:15, 14:6, 15:7, 18:4, 18:6, 18:9, 18:10, 19:10, 19:11, 21:19, 21:20, 21:21, 22:1, 22:2, 22:9, 22:25, 23:15, 23:21, 25:17, 27:7, 27:8, 27:14, 27:23, 28:8, 28:9, 28:17, 30:1, 33:16, 34:7, 34:11, 34:19, 35:17, 35:25, 36:13, 37:19, 37:25, 39:1, 46:16, 49:22, 50:19, 50:23, 50:24, 51:25, 52:15, 52:17, 52:18, 53:1, 54:9, 57:3, 57:9, 58:11, 59:6, 59:8, 59:17, 60:6, 60:7, 61:1, 61:18, 62:5, 62:17, 64:9, 64:10, 64:20, 65:19, 66:3, 66:8, 68:11, 68:20, 68:22, 69:5, 72:20, 75:5, 75:11, 81:14, 82:16, 82:21, 83:23, 84:11, 84:24, 85:8, 85:11, 85:23, 88:8, 91:14, 95:1, 95:8, 96:2, 96:4, 98:16, 103:9, 103:18, 109:8, 111:8, 111:15, 111:16, 115:2, 115:5, 115:6, 116:22, 119:22, 120:22, 122:8, 122:23, 123:24, 125:15, 127:4, 128:13, 129:10, 132:10, 133:9, 136:16, 139:11
**area** [15] - 42:10, 42:24, 47:18, 49:15, 60:19, 82:21, 84:1, 92:17, 110:12, 113:15, 130:2, 136:8, 136:21
**Area** [12] - 76:19, 78:7, 78:8, 78:16, 80:22, 92:12, 93:3, 98:4, 98:7, 126:7, 132:2, 136:25
**areas** [13] - 20:16, 49:22, 50:1, 50:4, 50:5, 87:13, 87:15, 110:19, 126:4, 136:1, 136:16, 136:18

**argue** [4] - 24:5, 29:8, 33:14, 34:25
**arguing** [1] - 25:25
**argument** [6] - 20:12, 26:21, 27:22, 29:4, 69:3, 107:13
**arise** [1] - 138:14
**arises** [1] - 7:24
**Arnold** [1] - 67:25
**arose** [1] - 87:21
**around** [7] - 48:16, 50:22, 89:25, 98:16, 99:19, 126:6, 128:7
**arrange** [1] - 9:20
**arranging** [1] - 10:1
**arrive** [1] - 128:9
**arrived** [2] - 74:6, 75:18
**article** [1] - 53:7
**AS** [1] - 72:6
**ask** [22] - 6:19, 24:12, 36:21, 87:5, 87:22, 93:2, 97:13, 98:24, 102:10, 104:18, 112:14, 113:12, 118:1, 118:20, 122:19, 127:16, 129:22, 129:25, 133:25, 135:9, 136:13
**asked** [16] - 30:20, 41:8, 59:11, 62:9, 62:24, 99:7, 122:18, 132:24, 135:10, 136:12, 137:3, 137:14, 137:24, 137:25, 138:9, 139:7
**asking** [2] - 26:3, 62:20, 101:1
**aspect** [2] - 87:19, 104:2
**aspects** [2] - 17:3, 24:24
**assess** [2] - 19:12, 21:22
**assessed** [6] - 8:14, 40:2, 57:23, 65:22, 67:14, 67:19
**assessing** [2] - 39:17, 65:1
**Assessment** [1] - 124:4
**assessment** [3] - 22:6, 54:12, 81:1
**asset** [4] - 59:7, 59:16, 60:8, 60:16
**assets** [10] - 29:21, 33:8, 33:9, 56:20, 56:24, 59:7, 59:8, 59:14, 60:14, 62:15

**assigned** [1] - 135:24
**assist** [1] - 98:15
**assisting** [1] - 102:3
**assume** [2] - 58:19, 107:19
**assumed** [1] - 86:8
**assumes** [1] - 32:25
**assure** [3] - 66:23, 69:22, 100:5
**astounded** [1] - 43:3
**at** [153] - 4:21, 6:7, 6:19, 6:22, 7:5, 9:14, 9:15, 10:9, 10:16, 14:9, 15:10, 15:14, 15:17, 15:19, 15:20, 17:2, 17:22, 17:23, 17:24, 18:14, 19:7, 21:2, 21:14, 21:24, 22:1, 29:21, 32:8, 36:1, 36:20, 37:21, 39:20, 41:8, 41:9, 41:23, 42:24, 43:3, 43:16, 44:3, 46:18, 48:5, 48:14, 48:20, 48:22, 49:5, 49:15, 49:17, 49:23, 50:17, 50:23, 51:14, 52:6, 53:8, 55:15, 55:16, 58:2, 58:7, 58:10, 58:21, 60:1, 61:7, 61:16, 62:3, 62:4, 62:11, 62:13, 63:10, 63:17, 64:1, 64:5, 64:9, 64:10, 69:4, 72:21, 73:25, 75:23, 76:5, 76:14, 76:19, 76:20, 76:21, 76:22, 77:17, 79:12, 79:21, 80:17, 81:15, 81:25, 82:6, 82:19, 83:1, 83:19, 84:9, 85:11, 89:18, 90:1, 91:8, 91:15, 93:17, 94:7, 94:8, 94:9, 95:20, 95:21, 96:9, 96:10, 96:15, 96:21, 98:6, 98:19, 99:15, 100:4, 102:2, 103:25, 104:7, 105:6, 105:13, 106:8, 109:12, 109:13, 110:1, 110:20, 111:1, 111:6, 112:14, 113:8, 113:16, 114:2, 114:18, 115:7, 115:25, 117:2, 118:4, 119:3, 119:11, 120:5, 121:22, 122:1, 122:11, 126:3, 126:6, 127:13, 127:24,

129:15, 130:20, 132:1, 132:2, 132:6, 133:6, 134:14, 135:24, 139:20
**Atlantic** [1] - 20:6
**attached** [1] - 127:23
**attachment** [1] - 127:20
**attacking** [1] - 40:13
**attempts** [1] - 13:18
**attention** [7] - 39:3, 76:5, 92:22, 109:6, 110:11, 119:4, 120:12
**attorneys** [3] - 4:22, 10:13, 10:15
**audience** [1] - 10:9
**augmented** [1] - 121:24
**August** [6] - 29:5, 51:9, 60:11, 61:3, 74:9, 96:23
**AUSTIN** [1] - 72:6
**Austin** [16] - 15:23, 15:25, 16:7, 16:17, 16:21, 16:22, 23:12, 42:9, 72:1, 72:12, 73:25, 88:14, 90:7, 129:10, 139:1
**Austin's** [1] - 17:12
**Austins** [1] - 16:22
**authority** [4] - 66:20, 68:5, 105:20, 105:22
**authorized** [1] - 132:15
**available** [10] - 9:23, 48:21, 53:3, 58:12, 58:22, 58:24, 95:9, 95:10, 95:11, 133:16
**Ave** [1] - 3:2
**avoid** [2] - 13:18, 36:5
**aware** [9] - 7:24, 42:15, 61:4, 63:17, 102:5, 103:9, 108:10, 138:11, 139:11
**away** [5] - 5:9, 6:23, 10:21, 15:16, 16:11, 25:11, 70:3, 83:9, 87:18

## B

**B** [3] - 101:13, 104:15, 117:20
**Bachelor** [1] - 73:16
**back** [23] - 4:6, 16:1, 18:3, 27:10, 50:2, 51:17, 51:21, 64:3, 71:17, 74:7, 76:2,

76:1, 85:19, 85:21, 86:20, 89:11, 91:3, 92:24, 93:1, 95:20, 100:7, 104:5, 139:20
**backfill** [1] - 95:11
**background** [1] - 67:9
**bacteria** [2] - 52:17, 52:19
**bad** [16] - 13:20, 14:7, 20:13, 20:21, 22:25, 25:17, 25:24, 40:10, 83:24, 84:21, 93:11, 115:1, 115:11, 115:12, 115:20
**baffled** [1] - 47:2
**balance** [1] - 34:2
**ball** [1] - 46:5
**balls** [1] - 115:6
**bank** [4] - 32:22, 32:23
**Barataria** [3] - 20:7, 49:21, 53:24
**Barbier** [7] - 37:14, 37:24, 44:8, 48:20, 56:4, 112:1, 120:6
**BARBIER** [1] - 1:12
**barely** [1] - 5:9
**barge** [1] - 83:22
**barrel** [2] - 61:21, 62:4
**barrels** [8] - 47:13, 47:24, 48:7, 49:2, 52:16, 137:18, 137:22, 138:5
**barrier** [1] - 49:21
**based** [14] - 48:25, 58:18, 58:24, 62:3, 66:16, 67:5, 98:9, 98:12, 101:12, 109:16, 119:6, 133:8, 135:10, 139:9
**baseline** [1] - 50:3
**bases** [2] - 77:15, 77:18
**basically** [2] - 27:7, 62:3
**basis** [4] - 35:5, 66:16, 105:7, 138:22
**Bay** [7] - 20:7, 49:21, 53:24, 73:10, 95:25, 96:9, 99:23
**be** [201] - 4:22, 5:9, 6:11, 7:12, 8:12, 8:14, 9:12, 9:14, 9:18, 9:22, 13:9, 13:11, 13:15, 13:17, 13:19, 13:21, 13:23, 13:25, 14:11, 14:13, 15:3, 15:22, 16:19, 18:17, 19:11,

20:5, 20:11, 20:12, 20:19, 20:21, 20:22, 21:5, 21:12, 21:13, 22:6, 24:2, 24:16, 24:22, 24:23, 25:1, 25:19, 26:14, 27:19, 28:5, 28:6, 28:11, 28:21, 28:23, 28:24, 29:2, 29:11, 29:14, 30:2, 31:21, 34:17, 34:25, 35:18, 35:21, 35:23, 36:23, 37:8, 37:23, 38:17, 40:12, 40:13, 40:18, 40:23, 41:12, 43:3, 43:5, 44:1, 44:8, 44:17, 44:24, 45:1, 46:19, 47:18, 47:19, 47:21, 48:2, 48:4, 48:18, 48:21, 48:24, 50:7, 50:17, 51:2, 54:11, 54:16, 55:13, 55:15, 56:9, 56:25, 57:10, 57:11, 57:19, 58:11, 59:19, 59:23, 59:25, 60:3, 60:7, 60:15, 60:19, 60:22, 61:17, 62:25, 63:2, 63:11, 63:13, 64:6, 64:16, 65:10, 65:22, 65:23, 65:25, 66:1, 66:2, 66:17, 67:14, 67:19, 67:20, 67:21, 69:15, 69:23, 70:20, 71:9, 71:12, 71:22, 76:6, 76:10, 76:12, 77:19, 79:4, 79:5, 79:22, 81:8, 81:9, 81:10, 81:13, 82:1, 82:4, 82:6, 82:11, 82:14, 82:15, 83:8, 83:10, 83:12, 83:14, 83:23, 83:24, 84:4, 85:2, 87:16, 90:17, 90:21, 90:22, 91:24, 92:2, 93:13, 95:10, 98:12, 99:8, 100:6, 101:7, 102:14, 104:16, 105:10, 108:23, 116:18, 117:6, 118:10, 118:22, 118:25, 119:21, 122:3, 124:19, 124:22, 126:2, 126:10, 126:11, 126:19, 127:10, 128:10, 130:23, 132:7, 132:25, 133:15, 133:17, 133:21, 134:10, 134:12, 136:21,

5

137:21, 138:11
**beach** [10] - 16:6,
19:24, 47:7, 49:16,
79:2, 79:3, 106:15,
109:18, 111:9, 133:15
**beaches** [14] - 19:17,
46:7, 49:8, 49:9,
49:11, 49:14, 100:13,
109:9, 109:22,
111:13, 114:12,
118:12, 120:7
**bear** [2] - 27:15,
107:20
**beat** [1] - 107:9
**became** [5] - 15:11,
74:20, 95:21, 105:13
**because** [65] - 7:1,
9:3, 10:17, 13:11,
13:15, 14:8, 19:5,
19:6, 20:6, 20:13,
24:16, 25:6, 27:7,
27:14, 27:23, 28:1,
28:4, 29:16, 35:1,
37:1, 41:4, 42:18,
43:19, 44:18, 48:22,
56:8, 60:16, 61:10,
62:8, 62:25, 63:1,
65:6, 65:19, 66:16,
66:23, 76:2, 77:16,
78:17, 82:10, 83:3,
83:14, 83:21, 84:19,
84:21, 85:16, 86:24,
87:13, 92:23, 93:12,
100:25, 103:18,
106:15, 109:13,
110:13, 116:9,
116:22, 117:24,
119:20, 126:5,
130:15, 133:16,
134:6, 136:8, 138:7
**become** [5] - 41:16,
74:24, 78:14, 85:21,
102:5
**becomes** [1] - 63:21
**been** [53] - 6:4, 9:10,
9:11, 14:7, 20:13,
20:20, 25:11, 28:15,
33:19, 38:5, 39:25,
40:2, 44:12, 45:19,
45:22, 51:9, 51:23,
52:12, 53:17, 53:19,
53:20, 54:5, 54:9,
58:8, 59:8, 61:4, 67:7,
67:9, 68:16, 72:22,
73:1, 74:11, 76:12,
77:20, 83:20, 85:13,
87:17, 91:17, 100:6,
100:14, 101:2, 101:5,
101:8, 105:14,
107:11, 107:18,

107:20, 110:19,
116:2, 125:22, 134:7
**BEFORE** [1] - 1:12
**before** [15] - 6:10,
8:11, 18:16, 21:5,
23:16, 35:24, 43:8,
43:9, 53:25, 54:12,
55:7, 57:22, 69:20,
74:11, 85:14
**began** [3] - 53:25,
74:1, 135:4
**begins** [1] - 119:4
**behalf** [6] - 44:4,
65:17, 107:23, 117:7,
130:10, 132:15
**behavior** [2] - 22:22,
28:12
**behold** [1] - 21:25
**being** [37] - 7:18,
15:15, 18:10, 19:16,
27:2, 38:8, 44:6, 47:4,
49:24, 53:24, 54:1,
61:18, 61:20, 63:13,
74:19, 83:2, 84:11,
90:14, 95:6, 96:20,
99:7, 101:23, 106:4,
107:24, 108:16,
109:14, 110:22,
115:1, 115:6, 115:12,
115:13, 116:21,
116:23, 121:5,
121:20, 122:20, 136:3
**believe** [29] - 29:4,
33:23, 36:25, 48:25,
66:15, 106:11,
106:23, 109:7, 111:7,
134:17
**believed** [1] - 126:18
**believes** [1] - 45:14
**below** [2] - 22:1,
30:13
**Ben** [1] - 7:15
**bench** [1] - 6:17
**benches** [2] - 10:8,
10:11
**benchmark** [1] -
69:19
**benchmarks** [6] -
21:18, 21:19, 21:21,
52:2, 52:4, 52:9
**beneficial** [2] - 39:1,
55:13
**benefit** [12] - 7:22,
33:25, 34:8, 34:10,
34:12, 34:14, 67:6,
67:8, 67:10, 83:11,
123:21, 131:24
**benefits** [1] - 25:15
**benign** [3] - 83:5,
83:6, 118:15

**best** [8] - 23:10,
23:15, 79:7, 83:10,
83:12, 113:6, 122:12,
140:9
**Best** [1] - 81:6
**bet** [1] - 83:12
**better** [10] - 11:23,
26:10, 36:18, 86:19,
87:3, 91:18, 109:9,
118:7, 136:18, 136:19
**between** [15] - 21:10,
30:6, 31:9, 31:19,
56:25, 64:3, 69:16,
70:23, 78:14, 80:16,
92:5, 96:22, 96:23,
102:15, 114:4
**beyond** [8] - 17:9,
18:1, 20:15, 37:5,
67:24, 97:21, 113:15,
138:18
**big** [5] - 32:22,
77:17, 77:19, 78:25,
93:11
**bigger** [2] - 97:3,
126:8
**biggest** [7] - 12:19,
14:15, 23:2, 23:4,
23:10, 24:17
**bill** [1] - 41:17
**billion** [50] - 18:23,
24:15, 29:3, 29:6,
29:15, 29:19, 29:22,
29:23, 29:24, 31:15,
32:10, 32:14, 32:16,
34:3, 34:22, 35:9,
36:22, 36:24, 37:1,
37:3, 37:6, 37:9,
39:23, 39:24, 40:3,
40:5, 41:2, 54:7, 55:5,
55:21, 55:25, 56:13,
58:4, 58:22, 59:1,
60:13, 60:16, 60:24,
61:1, 61:2, 62:14,
62:18, 67:3, 67:18,
69:1, 69:4, 70:1, 71:8
**billion-plus** [2] -
67:18, 69:1
**BINGHAM** [1] - 2:22
**biodegradation** [1] -
123:4
**bird** [1] - 53:9
**birds** [9] - 19:23,
19:25, 20:23, 21:3,
21:6, 34:23, 51:4,
53:9, 53:10
**bit** [21] - 39:18,
41:24, 45:4, 48:17,
48:25, 55:10, 57:8,
78:16, 79:6, 79:13,
89:5, 89:12, 91:6,

93:4, 102:1, 106:19,
108:14, 110:19,
118:7, 130:18, 134:15
**bites** [1] - 46:16
**blame** [1] - 14:9
**blaming** [1] - 88:10
**blast** [1] - 83:9
**blew** [1] - 118:9
**Block** [1] - 8:2
**blood** [1] - 46:4
**blop** [1] - 89:14
**blowout** [3] - 7:25,
31:16, 31:17
**blue** [2] - 16:5, 61:19
**blur** [1] - 68:5
**blurry** [2] - 86:16,
86:17
**Bly** [1] - 36:16
**board** [6] - 30:9,
31:5, 31:17, 57:10,
57:11, 62:11
**Board** [1] - 129:13
**boats** [2] - 15:15,
20:19
**BOCKIUS** [1] - 3:1
**Boesch** [2] - 19:3,
19:6
**bold** [1] - 12:7
**Bonanno** [2] - 17:11,
17:14
**bones** [1] - 18:2
**bonus** [1] - 55:22
**books** [1] - 24:19
**boom** [10] - 122:13,
125:18, 125:20,
126:1, 126:5, 126:11,
126:12, 126:17,
126:19, 126:21
**booming** [2] -
125:15, 125:16
**booms** [1] - 131:1
**boost** [1] - 86:12
**border** [1] - 100:15
**borne** [1] - 27:24
**borrowing** [1] - 29:7
**both** [7] - 8:20,
14:12, 31:15, 48:5,
67:23, 89:5, 122:21
**bottom** [2] - 30:16,
70:12, 88:23, 89:19,
112:14, 116:5
**boundaries** [1] -
80:16
**Box** [3] - 1:24, 2:4,
3:10
**BP** [128] - 1:9, 2:6,
2:7, 2:7, 2:8, 2:8, 2:9,
4:10, 5:15, 6:3, 6:6,
8:14, 8:17, 9:8, 11:1,
14:2, 14:3, 14:8,

14:10, 14:11, 14:12,
15:6, 18:7, 19:5, 21:6,
21:9, 21:11, 21:15,
22:25, 23:8, 23:17,
23:19, 24:5, 24:12,
24:14, 24:18, 24:21,
24:23, 26:3, 27:9,
30:3, 30:9, 30:21,
31:1, 31:2, 31:9,
31:12, 31:16, 32:6,
32:9, 32:11, 32:13,
32:15, 32:21, 33:8,
33:9, 33:12, 33:17,
33:22, 33:24, 34:21,
34:25, 35:20, 36:13,
38:10, 38:20, 38:24,
40:2, 40:15, 42:2,
42:23, 43:6, 43:8,
43:9, 44:17, 44:18,
44:21, 44:25, 45:2,
54:7, 54:14, 54:19,
55:18, 58:5, 60:11,
60:14, 65:2, 67:8,
71:8, 87:20, 90:2,
100:17, 100:19,
100:20, 101:13,
101:14, 101:17,
101:22, 101:23,
102:18, 105:23,
106:23, 107:18,
107:20, 108:2, 108:6,
108:10, 108:19,
108:21, 110:6,
112:11, 112:17,
112:25, 117:9,
124:24, 125:4, 125:6,
125:12, 126:15,
130:4, 130:12, 134:15
**BP's** [29] - 13:3,
13:12, 17:11, 17:13,
19:8, 20:11, 20:15,
20:22, 21:1, 22:3,
22:11, 23:2, 23:21,
32:19, 33:14, 35:25,
39:5, 42:19, 43:18,
53:2, 55:18, 56:2,
56:8, 100:16, 101:11,
102:6, 112:20, 130:18
**BPXP** [94] - 8:18,
8:20, 9:4, 12:5, 14:7,
14:24, 15:2, 25:1,
25:24, 26:2, 26:12,
27:2, 28:24, 30:6,
30:12, 30:15, 30:18,
30:20, 30:22, 31:3,
31:7, 31:9, 31:11,
31:14, 31:15, 31:17,
32:2, 32:4, 32:5, 32:9,
32:16, 32:23, 33:1,
33:4, 33:6, 33:8,
33:14, 34:4, 36:25,

6

37:5, 37:13, 38:1,
38:3, 38:15, 39:12,
39:20, 40:13, 41:1,
43:22, 43:25, 44:4,
45:21, 50:17, 54:4,
55:14, 55:21, 55:24,
56:12, 56:15, 57:18,
57:20, 58:8, 58:10,
58:12, 58:22, 59:21,
59:22, 59:25, 60:2,
60:16, 60:24, 61:2,
62:18, 62:19, 64:11,
64:16, 65:4, 105:10,
106:1, 107:5, 107:10,
107:11, 107:22,
107:23, 107:25,
108:1, 114:5, 117:7,
117:16, 130:23
**BPXP's** [13] - 14:1,
24:19, 25:16, 29:12,
30:1, 30:2, 30:25,
31:25, 32:1, 32:20,
38:19, 45:22, 61:7
**branch** [3] - 101:20,
101:21, 102:2
**BRANCH** [1] - 2:2
**branches** [3] - 77:18,
79:14, 102:10
**Brandon** [1] - 5:11
**BRANDON** [1] - 1:23
**BRANSCOME** [2] -
2:15, 5:19
**Branscome** [1] -
5:19
**break** [1] - 122:25
**Breaux** [1] - 41:15
**breeding** [1] - 136:20
**brief** [6] - 7:21,
26:12, 29:14, 39:18,
42:18, 72:24
**briefly** [7] - 14:5,
18:16, 34:7, 49:13,
81:24, 88:4, 112:2
**bring** [4] - 19:9,
21:15, 100:12, 134:11
**bringing** [4] - 21:15,
34:7, 65:4, 109:19
**broadcasting** [1] -
7:10
**broader** [1] - 94:8
**broadly** [1] - 138:13
**BROCK** [25] - 2:15,
5:16, 11:2, 11:5,
37:11, 37:13, 63:4,
63:8, 63:15, 63:23,
88:3, 97:20, 98:12,
99:5, 104:10, 104:12,
107:13, 107:23,
108:5, 132:19,
132:23, 134:17,

137:24, 138:18,
138:24
**Brock** [15] - 5:16,
11:1, 37:10, 37:13,
65:12, 104:9, 107:19,
132:22, 134:23,
135:9, 137:3, 137:14,
138:9, 139:8
**broke** [2] - 25:1, 25:2
**broken** [1] - 18:2
**broker** [1] - 78:8
**brokered** [1] - 126:7
**brought** [4] - 98:19,
99:20, 107:20
**Bruce** [1] - 58:13
**brushed** [1] - 70:20
**Bryant** [1] - 127:18
**budgets** [1] - 54:24
**bug** [1] - 46:16
**building** [2] - 85:14,
85:15
**built** [1] - 85:21
**bullet** [2] - 12:16,
13:2, 21:9
**bullets** [1] - 20:12
**bundles** [1] - 12:8
**Burch** [1] - 111:6
**burn** [4] - 38:14,
47:15, 47:17, 115:6
**burned** [3] - 19:16,
23:23, 48:23
**burning** [14] - 38:8,
39:21, 47:14, 49:4,
106:5, 113:16,
118:21, 119:5,
119:12, 120:17,
120:25, 121:5, 121:19
**business** [15] - 31:1,
31:2, 33:24, 33:25,
34:2, 56:9, 57:4, 57:5,
57:6, 59:6, 91:1,
101:7, 132:17, 132:18
**businesses** [2] -
12:21, 86:1
**but** [130] - 10:6,
10:18, 11:18, 13:9,
13:24, 15:2, 15:8,
15:13, 15:17, 16:18,
17:8, 17:13, 18:8,
18:14, 18:18, 19:5,
19:9, 20:1, 20:21,
21:3, 21:15, 21:19,
22:21, 22:23, 23:1,
23:9, 23:14, 23:22,
25:14, 26:3, 26:5,
27:3, 27:6, 27:15,
27:20, 28:2, 28:3,
29:1, 29:5, 29:8,
29:12, 29:14, 30:2,
31:23, 33:7, 34:24,

35:17, 36:1, 36:22,
36:23, 37:1, 37:7,
38:6, 39:14, 40:5,
40:19, 42:6, 43:3,
45:2, 45:20, 46:20,
47:2, 49:1, 49:22,
49:23, 50:8, 50:24,
51:20, 53:20, 58:20,
58:25, 59:24, 60:2,
61:9, 61:16, 62:24,
63:8, 63:12, 63:22,
64:7, 64:9, 65:21,
66:7, 67:1, 67:19,
68:3, 68:5, 69:2, 69:6,
70:2, 70:14, 74:11,
78:11, 79:13, 84:2,
88:4, 88:5, 89:1,
90:20, 92:5, 92:25,
97:13, 99:7, 102:1,
103:25, 104:4, 107:9,
108:2, 108:24,
109:11, 110:20,
110:25, 113:3,
114:11, 115:12,
115:17, 116:18,
116:21, 118:11,
121:9, 121:11, 122:3,
125:23, 126:14,
127:14, 128:6, 128:9,
132:25, 134:9, 138:13
**by** [111] - 3:12, 3:13,
4:8, 7:9, 8:12, 12:17,
13:10, 13:18, 15:15,
19:20, 19:22, 20:16,
24:3, 25:1, 25:3, 25:6,
25:8, 25:25, 26:13,
27:19, 27:24, 31:4,
31:5, 32:5, 32:11,
33:15, 33:20, 36:18,
37:4, 37:5, 39:16,
41:13, 41:19, 42:4,
43:10, 43:13, 43:14,
43:15, 43:16, 44:4,
45:21, 46:2, 47:2,
47:9, 48:6, 50:1, 50:2,
50:19, 50:24, 53:18,
59:14, 61:11, 62:14,
63:18, 65:21, 66:2,
66:24, 67:16, 68:20,
69:7, 70:8, 70:10,
75:4, 75:9, 75:12,
79:19, 83:6, 83:21,
87:13, 90:4, 90:11,
90:12, 90:14, 91:2,
92:2, 93:14, 95:8,
95:12, 100:8, 101:3,
102:24, 103:3,
103:10, 107:20,
108:11, 109:2,
113:14, 115:5, 116:2,

118:22, 121:8, 123:6,
126:7, 130:9, 132:11,
133:7, 134:15,
135:16, 136:3,
137:23, 138:5, 139:4
**BY** [22] - 1:3, 1:17,
2:2, 2:10, 2:15, 2:18,
2:23, 3:1, 3:4, 72:14,
80:10, 87:10, 88:13,
97:24, 98:21, 99:16,
104:12, 108:5,
132:23, 134:22,
138:4, 138:25

## C

**C** [2] - 2:15, 4:1
**CA** [1] - 3:2
**calculation** [1] -
32:20
**call** [23] - 4:7, 10:5,
12:12, 12:15, 13:15,
26:20, 29:10, 31:9,
49:16, 49:17, 71:23,
71:25, 80:7, 80:8,
81:6, 86:3, 86:4, 90:6,
95:6, 102:9, 123:4,
135:9
**called** [8] - 6:2, 8:9,
31:1, 80:3, 114:18,
115:9, 138:1, 138:19
**calling** [2] - 44:12,
133:6
**callout** [10] - 86:13,
111:25, 112:13,
113:8, 114:10, 119:2,
121:22, 128:4, 131:10
**calls** [3] - 50:23,
79:14, 79:15
**calm** [1] - 85:21
**came** [5] - 38:20,
38:21, 48:22, 112:22,
113:2
**Camp** [2] - 3:6, 7:17
**can** [65] - 4:7, 7:1,
10:5, 10:15, 10:17,
10:18, 10:19, 11:21,
21:3, 28:22, 29:23,
33:21, 34:4, 35:21,
37:3, 42:3, 49:11,
49:21, 49:23, 50:12,
61:21, 62:2, 62:12,
63:6, 63:22, 68:11,
69:15, 69:18, 69:22,
70:1, 71:23, 72:17,
81:13, 82:11, 84:15,
84:20, 85:2, 85:10,
85:18, 86:17, 86:18,
86:20, 86:22, 86:25,

89:12, 90:9, 95:2,
97:18, 110:13,
114:20, 114:21,
115:25, 117:20,
118:1, 118:25,
127:13, 127:14,
132:6, 133:3, 137:9,
137:10, 139:14
**can't** [6] - 28:21,
63:2, 89:15, 95:2,
116:4, 127:13
**cannot** [3] - 39:14,
62:20, 132:9
**Canyon** [1] - 8:2
**capital** [7] - 27:18,
27:20, 32:15, 55:25,
56:8, 57:9, 70:3
**capped** [2] - 8:11,
101:19
**Captain** [15] - 23:16,
23:18, 24:4, 24:6,
26:7, 42:21, 48:14,
49:4, 76:4, 77:2,
102:15, 108:11,
131:22, 131:24,
133:21
**captain** [1] - 132:15
**capture** [2] - 100:12,
134:2
**captured** [1] - 20:3
**capturing** [2] -
39:21, 81:12
**carcinogens** [1] -
18:6
**care** [4] - 42:12,
76:22, 97:8, 118:11
**career** [2] - 68:1,
73:1
**careful** [1] - 123:15
**carefully** [1] - 138:17
**CARL** [1] - 1:12
**Carolina** [1] - 73:18
**carried** [2] - 57:7,
118:25
**carry** [3] - 7:3, 55:11,
95:16
**case** [66] - 4:7, 6:6,
7:24, 8:16, 8:24, 9:4,
9:6, 13:6, 13:14,
13:16, 18:18, 19:9,
19:10, 21:12, 21:14,
22:15, 22:16, 23:2,
25:25, 27:10, 28:21,
29:5, 29:25, 32:12,
32:18, 34:4, 37:19,
37:25, 38:1, 38:6,
39:6, 44:8, 44:17,
48:14, 48:16, 48:17,
48:19, 51:20, 52:13,
52:20, 53:6, 53:20,

7

54:25, 56:16, 56:25, 57:4, 57:8, 59:20, 60:19, 62:1, 62:2, 62:3, 63:1, 64:12, 64:16, 65:11, 65:18, 66:7, 67:7, 87:22, 88:5, 99:15, 104:2, 117:9, 134:9

**cases** [3] - 64:11, 64:12, 64:14

**CASEY** [1] - 1:18

**cash** [7] - 29:6, 29:22, 32:12, 32:15, 33:12, 34:3, 58:17

**catastrophe** [2] - 22:7, 22:10

**catastrophic** [1] - 21:7

**category** [2] - 112:25, 117:20

**cause** [4] - 39:13, 50:6, 51:11, 91:7

**caused** [7] - 12:20, 14:15, 51:4, 66:24, 83:20

**caution** [1] - 92:18

**cavalier** [1] - 67:22

**CCR** [3] - 3:9, 140:6, 140:14

**cell** [1] - 6:20

**Center** [2] - 72:21, 73:7

**center** [3] - 42:16, 81:15, 84:14

**centers** [2] - 43:5, 119:15

**CEO** [2] - 22:4, 30:10

**certain** [9] - 8:6, 9:15, 21:18, 88:8, 99:14, 126:4, 136:1, 136:21

**certainly** [3] - 24:15, 63:6, 63:20

**certainty** [1] - 15:8

**certificate** [1] - 129:13

**CERTIFICATE** [1] - 140:4

**certification** [1] - 73:21

**certified** [2] - 73:22, 129:10

**Certified** [2] - 73:22, 73:23

**certify** [1] - 140:8

**cetera** [1] - 24:14

**Chakeres** [1] - 5:1

**CHAKERES** [2] - 1:20, 5:1

**challenges** [6] -

40:17, 100:24, 101:3, 127:4, 127:6, 128:12

**chance** [1] - 133:2

**chances** [1] - 85:11

**change** [10] - 32:25, 36:18, 58:17, 61:4, 61:10, 64:4, 91:21, 99:4, 99:17, 99:21

**changed** [1] - 38:15

**changes** [5] - 60:11, 64:6, 99:1, 99:5, 99:7

**changing** [1] - 79:5

**channel** [1] - 83:21

**Chapel** [1] - 73:18

**characterize** [3] - 102:23, 103:3, 129:2

**characterized** [1] - 115:14

**characterizes** [1] - 56:2

**charge** [2] - 8:20, 76:21

**charged** [1] - 107:24

**Charles** [2] - 18:17, 26:20

**chart** [9] - 30:9, 43:23, 50:9, 51:24, 52:1, 56:12, 58:7, 88:21, 88:22

**check** [2] - 5:25, 92:24

**checklist** [1] - 88:20, 89:19

**chemical** [2] - 20:18, 82:14

**chemically** [1] - 48:7

**chemicals** [1] - 82:15

**Chicago** [1] - 2:13

**chief** [7] - 13:15, 13:16, 19:9, 30:10, 31:4, 31:6, 48:17

**Chief** [4] - 73:24, 74:21

**choose** [1] - 11:18

**Christal** [1] - 127:18

**chronic** [1] - 21:23

**churches** [1] - 17:2

**circumstances** [1] - 66:2

**cited** [1] - 59:14

**Citgo** [2] - 39:6, 55:14

**City** [1] - 36:10

**CIVIL** [2] - 1:5, 2:2

**civil** [9] - 8:14, 8:25, 35:1, 35:2, 35:5, 35:9, 36:21, 65:21, 69:18

**claim** [3] - 8:25, 15:17, 40:5

**claiming** [2] - 13:18, 27:13

**claims** [13] - 13:4, 13:12, 18:20, 18:21, 18:22, 23:15, 23:17, 24:14, 25:4, 25:7, 25:12, 55:4, 55:7

**Clapp** [1] - 17:18

**Clapp's** [1] - 18:8

**clarity** [1] - 78:3

**class** [4] - 18:20, 26:23, 69:17, 108:22

**Clean** [26] - 6:3, 8:22, 9:1, 9:2, 11:15, 12:2, 28:2, 34:23, 35:2, 35:14, 39:10, 39:15, 40:6, 41:10, 63:17, 64:17, 64:19, 65:21, 65:23, 66:2, 66:5, 67:12, 67:16, 70:14, 71:14, 128:17

**clean** [11] - 25:3, 39:24, 41:14, 49:7, 49:9, 49:24, 50:5, 50:12, 50:15, 58:5, 81:7

**clean-up** [2] - 49:7, 58:5

**cleaned** [4] - 50:17, 87:16, 118:11, 137:21

**cleanup** [6] - 84:1, 124:7, 124:19, 124:25, 125:5, 125:10

**Cleanup** [1] - 124:4

**clear** [8] - 22:8, 26:2, 40:12, 51:2, 68:10, 101:24, 104:16

**clearly** [1] - 22:7

**CLERK** [5] - 4:8, 11:17, 71:19, 72:8, 139:21

**clip** [1] - 22:5

**clips** [1] - 9:16

**clock** [1] - 89:14

**close** [8] - 10:20, 36:20, 37:1, 39:24, 55:10, 62:2, 62:4, 86:21

**closed** [2] - 102:15, 131:19

**closed-door** [1] - 102:15

**closely** [1] - 86:2

**closing** [1] - 83:21

**closure** [1] - 87:14

**co** [7] - 27:18, 27:23, 28:8, 28:9, 28:12, 28:17, 65:20

**co-owner** [1] - 27:18, 65:20

**co-owners** [5] - 27:23, 28:8, 28:9, 28:12, 28:17

**coast** [6] - 8:3, 100:13, 104:22, 115:5, 118:10, 136:25

**Coast** [83] - 15:23, 16:8, 16:9, 20:6, 20:14, 23:7, 31:2, 38:12, 38:15, 39:23, 40:13, 40:16, 40:19, 44:18, 45:19, 50:2, 50:20, 55:4, 55:7, 72:19, 72:21, 72:22, 72:25, 73:8, 73:9, 73:16, 73:23, 74:23, 76:24, 81:5, 90:14, 91:20, 93:16, 93:22, 94:2, 94:9, 94:12, 94:17, 94:19, 94:21, 94:24, 95:1, 95:11, 95:16, 95:17, 96:1, 96:5, 96:14, 96:17, 96:20, 97:10, 98:7, 98:15, 98:24, 99:1, 99:25, 100:19, 101:9, 102:24, 102:25, 103:10, 103:11, 103:17, 103:22, 105:20, 105:23, 106:1, 106:24, 108:22, 109:13, 110:6, 112:10, 112:16, 113:23, 118:8, 124:24, 126:15, 135:20, 135:23, 136:4, 138:11

**Coasties** [1] - 81:16

**coastlines** [1] - 42:12

**coating** [1] - 116:6

**cochair** [1] - 90:12, 90:15, 134:6

**cohort** [1] - 18:11

**cold** [2] - 82:20, 83:24

**Coleman** [1] - 90:12

**collapse** [1] - 51:10

**collect** [2] - 38:14, 54:6

**collected** [2] - 23:24, 51:23

**collection** [2] - 39:24, 53:9

**collectively** [2] - 112:11, 112:17

**color** [1] - 16:4

**combination** [2] - 29:6, 109:23

**come** [12] - 5:24,

18:18, 27:9, 61:2, 62:14, 71:17, 78:10, 89:21, 91:20, 94:2, 129:5, 139:20

**comers** [1] - 49:20

**comes** [2] - 20:15, 129:13

**coming** [6] - 21:12, 61:9, 78:13, 82:15, 93:13, 108:15

**command** [20] - 42:24, 43:5, 73:4, 73:7, 76:6, 76:8, 76:10, 76:25, 77:13, 77:20, 79:6, 80:16, 86:7, 90:22, 91:14, 94:2, 96:9, 98:19, 102:6, 104:20

**Command** [33] - 26:13, 42:4, 42:6, 42:11, 42:14, 46:2, 74:25, 75:3, 75:23, 76:20, 76:23, 78:7, 78:8, 78:16, 80:21, 80:22, 84:16, 84:25, 90:18, 90:22, 92:12, 98:4, 98:7, 105:22, 106:1, 125:4, 125:6, 125:9, 126:7, 126:15, 129:20, 132:2, 137:1

**commanded** [1] - 93:7

**commander** [8] - 73:9, 75:21, 95:22, 95:24, 136:6, 136:7, 136:9

**Commander** [32] - 42:22, 46:10, 73:23, 74:22, 75:18, 76:1, 76:4, 76:14, 76:17, 76:25, 77:1, 77:12, 77:22, 78:4, 78:7, 80:22, 86:8, 87:24, 87:25, 91:7, 93:3, 97:25, 105:6, 105:13, 105:18, 106:22, 106:23, 108:7, 108:11, 111:23, 117:15

**Commander's** [2] - 45:5, 76:15

**commanders** [2] - 101:24, 111:15

**commanding** [1] - 73:8

**commands** [1] - 91:4

**commensurate** [1] - 14:18

**comment** [3] - 24:25, 63:16, 70:17

**comments** [2] - 39:19, 120:6
**commercial** [2] - 59:4, 131:18
**commitment** [2] - 45:23, 46:12
**committed** [7] - 36:4, 39:21, 54:19, 65:5, 65:25, 66:17, 113:6
**committee** [1] - 31:5
**commodity** [1] - 61:10
**common** [7] - 79:18, 79:19, 80:1, 99:12, 107:3, 112:11, 112:17
**communicated** [2] - 91:18, 110:16
**communication** [3] - 43:2, 84:6, 108:25
**communications** [1] - 43:1
**communities** [9] - 12:22, 16:24, 17:7, 17:9, 19:17, 19:18, 53:17, 87:13, 129:16
**community** [4] - 17:2, 39:6, 55:15, 81:20
**compacted** [1] - 97:19
**companies** [10] - 13:24, 24:21, 27:7, 27:8, 28:17, 28:24, 28:25, 39:12, 39:16, 60:14
**company** [18] - 28:11, 29:23, 31:9, 31:20, 31:21, 31:23, 32:10, 33:4, 36:19, 55:14, 55:22, 56:1, 57:12, 57:22, 59:2, 60:21, 63:22, 130:8
**COMPANY** [3] - 2:6, 2:7, 2:22
**compare** [1] - 77:6
**compared** [6] - 16:19, 23:20, 29:16, 34:12, 49:6, 77:4
**comparer** [1] - 48:18
**compares** [1] - 21:17
**comparing** [1] - 137:15
**comparison** [2] - 69:16, 78:6
**compensation** [1] - 55:20
**compensatory** [1] - 64:20
**competitive** [2] - 27:7, 68:21

**complaint** [1] - 17:11
**complaints** [1] - 10:21
**completely** [3] - 31:12, 32:5, 58:20
**completions** [2] - 30:17, 30:18
**Completions** [1] - 30:18
**complex** [6] - 7:8, 47:17, 77:8, 77:14, 78:23, 120:22
**compliance** [1] - 25:5
**complicated** [4] - 41:19, 47:21, 79:9, 127:15
**comply** [1] - 25:3
**component** [1] - 119:18
**components** [3] - 52:7, 64:20, 64:24
**compounds** [1] - 18:9
**computer** [3] - 3:13, 79:22, 80:3
**conceded** [1] - 67:8
**concedes** [1] - 34:11
**conceding** [1] - 40:11
**concentrated** [1] - 136:24
**concentration** [3] - 27:17, 27:21, 68:24
**concentrations** [4] - 18:7, 18:8, 21:17, 21:25
**concept** [2] - 75:6, 106:18
**concern** [11] - 52:5, 68:24, 84:10, 84:13, 87:15, 91:25, 94:3, 94:5, 100:8, 130:1, 136:22
**concerned** [5] - 101:19, 115:9, 116:9, 136:16, 136:18
**concerning** [1] - 8:9
**concerns** [9] - 26:6, 26:8, 84:6, 89:21, 90:24, 100:14, 101:17, 102:5, 116:10
**concluded** [2] - 21:2, 135:16, 135:18
**concludes** [2] - 18:23, 21:18
**conclusion** [8] - 6:7, 36:20, 44:20, 45:8, 45:12, 46:10, 71:1, 122:11

**conclusions** [2] - 8:6, 8:9
**condescending** [1] - 91:13
**condition** [7] - 50:3, 57:22, 57:23, 57:25, 65:5, 88:21, 116:23
**conditions** [8] - 51:19, 79:24, 83:2, 92:16, 124:16, 124:18, 127:8, 127:10
**conduct** [8] - 7:19, 39:13, 66:1, 66:11, 69:14, 130:7, 130:9, 130:13
**conducted** [12] - 16:25, 17:1, 18:10, 31:12, 31:13, 44:13, 47:16, 59:7, 120:1, 121:5, 121:20, 124:19
**conducting** [2] - 102:4, 130:8
**conference** [1] - 7:9
**confirm** [1] - 127:1
**confusion** [2] - 38:4, 107:17
**Congress** [1] - 34:23
**congressional** [1] - 41:21
**Congressman** [1] - 41:15
**connection** [2] - 8:13, 69:14
**consciousness** [1] - 18:3
**consequences** [1] - 67:23
**consider** [11] - 12:4, 12:6, 24:13, 26:14, 37:3, 37:4, 37:6, 37:7, 53:5, 66:7, 83:17
**consideration** [3] - 41:19, 57:20, 121:2
**considered** [1] - 81:9
**considering** [2] - 64:25, 65:1
**consistent** [5] - 22:3, 113:19, 124:9, 128:5, 131:6
**consolidated** [1] - 33:6
**constant** [1] - 27:21
**constituents** [2] - 18:5, 18:6
**constitute** [1] - 132:18
**consulting** [1] - 58:15
**consume** [1] - 52:18
**consumes** [1] -

52:19
**contain** [1] - 38:13
**contained** [1] - 80:20
**containing** [1] - 126:4
**context** [6] - 7:21, 55:16, 109:11, 115:8, 132:1, 133:1
**continental** [1] - 8:3
**Contingency** [2] - 73:12, 74:19
**contingent** [1] - 65:1
**continually** [1] - 56:9
**continue** [3] - 16:1, 22:13, 116:6
**continues** [1] - 113:21
**continuing** [1] - 12:25
**contractor** [1] - 35:11
**contractors** [5] - 36:12, 43:25, 44:4, 56:13, 107:21
**contracts** [2] - 28:12, 62:5
**contrary** [1] - 13:19
**contrast** [1] - 89:17
**contribute** [1] - 65:8
**contributed** [7] - 45:11, 65:7, 106:13, 111:18, 112:5, 123:18, 131:15
**contribution** [9] - 39:5, 43:18, 43:20, 44:5, 44:6, 45:15, 45:20, 56:1, 130:18
**contributions** [2] - 42:20, 130:25
**contributor** [2] - 55:23, 125:12
**control** [13] - 8:9, 15:25, 22:22, 42:15, 54:15, 57:1, 71:13, 75:7, 75:9, 75:10, 76:2, 77:16, 104:24
**controls** [1] - 82:3
**conversation** [1] - 116:11
**conversations** [2] - 7:2, 7:3
**conversely** [1] - 68:16
**convey** [5] - 54:4, 55:17, 65:4, 109:21, 115:18
**conveyed** [3] - 116:13, 116:16, 118:17
**convinced** [1] -

100:11
**cooperating** [1] - 39:23
**cooperation** [1] - 114:4
**cooperative** [1] - 85:22
**cooperatively** [2] - 38:11, 124:25
**coordinate** [2] - 77:24, 77:25
**coordinator** [2] - 26:10, 139:5
**Coordinator** [6] - 76:18, 76:19, 76:24, 90:1, 94:6, 111:23
**coordinators** [1] - 98:15
**Coordinators** [1] - 73:13
**coral** [4] - 19:18, 53:16
**corals** [2] - 19:19, 53:19
**corporate** [3] - 56:17, 56:19, 56:21
**Corporate** [1] - 57:13
**corporation** [6] - 30:12, 30:14, 56:22, 57:7, 63:25, 101:6
**Corporation** [1] - 8:18
**CORPORATION** [2] - 2:7, 2:22
**corporations** [2] - 57:3, 57:4
**correct** [44] - 59:12, 60:2, 60:4, 72:2, 75:24, 84:20, 95:22, 98:1, 104:22, 105:6, 105:8, 105:20, 106:20, 108:8, 110:6, 110:24, 111:11, 111:18, 111:20, 113:2, 115:19, 115:23, 116:17, 116:25, 117:4, 119:24, 120:1, 120:4, 121:3, 121:6, 122:21, 122:24, 123:7, 123:10, 124:13, 126:24, 127:11, 127:21, 127:24, 128:22, 130:23, 132:4, 135:5, 140:8
**cost** [7] - 24:11, 25:19, 34:9, 34:10, 64:24, 67:10, 69:22
**costs** [5] - 24:14, 25:17, 25:21, 58:10,

58:12
**could** [69] - 5:9, 14:7, 20:13, 20:19, 20:20, 21:5, 24:11, 26:14, 26:16, 27:25, 29:6, 29:18, 29:20, 29:24, 30:8, 32:8, 32:11, 37:7, 40:10, 45:1, 47:21, 50:6, 55:8, 55:11, 58:24, 63:8, 63:12, 63:13, 64:7, 71:12, 72:24, 79:22, 80:8, 80:15, 80:20, 81:10, 81:13, 82:14, 82:15, 83:24, 84:24, 85:2, 86:3, 86:13, 86:14, 90:6, 91:3, 92:24, 96:4, 97:14, 104:1, 107:10, 108:23, 109:1, 109:6, 110:11, 110:20, 111:22, 111:25, 114:10, 116:18, 119:2, 121:10, 130:20, 134:10, 135:9
**couldn't** [2] - 50:5, 138:7
**counsel** [2] - 7:5, 37:14
**count** [2] - 15:12, 15:13
**counter** [1] - 84:24
**counterparts** [1] - 101:22
**country** [2] - 98:16, 99:20
**couple** [17] - 10:11, 39:19, 41:8, 43:22, 44:15, 51:22, 74:7, 74:15, 79:4, 81:5, 84:21, 90:25, 96:5, 103:21, 104:5, 133:2
**course** [30] - 6:6, 6:17, 7:19, 7:24, 8:16, 8:18, 9:6, 9:17, 9:18, 9:19, 13:3, 14:2, 16:16, 16:18, 20:15, 23:4, 24:18, 25:5, 29:20, 33:5, 40:17, 40:18, 46:20, 52:23, 68:20, 76:10, 78:13, 91:19, 102:3, 134:24
**COURT** [50] - 1:1, 3:9, 4:5, 4:6, 4:12, 5:8, 5:12, 5:15, 5:23, 10:1, 10:4, 11:1, 11:3, 11:6, 11:10, 11:12, 11:21, 11:24, 37:10, 37:12, 62:24, 63:6, 63:14, 63:16, 63:20,

65:12, 65:15, 71:16, 71:21, 71:22, 72:2, 72:4, 86:16, 86:19, 86:21, 86:25, 87:3, 88:6, 88:12, 98:13, 99:11, 104:9, 107:14, 107:17, 108:4, 132:21, 134:19, 138:3, 138:23, 139:17
**court** [14] - 6:11, 7:11, 10:4, 10:15, 10:18, 63:18, 86:15, 89:6, 96:5, 97:14, 124:3, 127:1, 131:24, 133:17
**Court** [34] - 4:20, 8:5, 8:6, 8:8, 8:13, 8:19, 17:19, 24:12, 26:14, 34:8, 41:8, 48:18, 51:6, 61:24, 64:20, 64:21, 64:22, 65:4, 65:10, 65:17, 65:19, 66:6, 66:11, 66:25, 67:2, 69:12, 69:20, 71:14, 72:24, 140:6, 140:7, 140:15
**Court's** [4] - 11:15, 12:1, 34:15, 65:25
**court-sponsored** [1] - 10:4
**courthouse** [2] - 7:11, 7:14
**courtroom** [9] - 6:24, 7:4, 7:8, 7:14, 7:15, 7:18, 10:10, 10:17, 10:20
**cover** [3] - 98:20, 111:22, 127:17
**covered** [1] - 36:5
**cranky** [1] - 134:4
**create** [1] - 68:13
**created** [2] - 70:5, 79:13
**creates** [1] - 28:13
**creating** [1] - 128:1
**credentialed** [1] - 10:10
**credit** [10] - 24:9, 25:4, 26:3, 26:5, 29:7, 32:21, 32:23, 32:24, 41:1, 58:24
**criminal** [13] - 34:20, 34:21, 34:22, 34:25, 35:3, 35:5, 35:6, 37:4, 40:2, 40:4, 40:6, 69:14
**crisis** [1] - 22:9
**criteria** [5] - 81:17, 81:23, 82:24, 83:17, 85:24

**critical** [8] - 16:12, 68:6, 76:22, 78:8, 80:17, 126:5, 126:16
**CROSS** [1] - 104:11
**CROSS-EXAMINATION** [1] - 104:11
**CRR** [2] - 3:9, 140:14
**crucial** [2] - 13:13, 27:4
**crude** [1] - 123:25
**cry** [2] - 65:24, 86:12
**culpability** [2] - 35:21, 66:10
**culpable** [5] - 66:12, 67:2, 67:14, 67:15, 69:21
**culture** [1] - 68:13
**cumulative** [2] - 49:16, 136:22
**current** [3] - 72:18, 73:7, 100:11
**currently** [1] - 72:20
**currents** [2] - 79:5, 109:19
**cut** [1] - 18:2
**cutting** [2] - 34:9, 34:10
**CV's** [1] - 9:22
**CWA** [2] - 61:1, 65:23
**cycle** [2] - 76:9, 83:14
**cycled** [2] - 98:17, 98:18
**cycles** [1] - 33:23
**CYNTHIA** [1] - 3:6

# D

**D** [2] - 4:1, 80:9
**D.C** [4] - 2:4, 2:16, 2:24, 72:21
**daily** [6] - 79:14, 79:15, 105:7, 105:8, 105:21, 105:22
**Daines** [4] - 31:10, 31:20, 57:1
**damage** [5] - 50:7, 66:22, 115:1, 115:19, 116:21
**damages** [12] - 24:14, 25:6, 25:8, 25:9, 25:18, 25:19, 25:21, 28:1, 28:2, 67:1, 67:3, 71:9
**damaging** [1] - 83:15
**dangerous** [4] - 82:10, 82:11, 82:21,

125:22
**dangers** [1] - 82:12
**Danielle** [1] - 5:3
**DANIELLE** [1] - 1:21
**darker** [1] - 16:4
**Darrell** [1] - 71:6
**data** [11] - 20:18, 21:2, 27:15, 51:8, 51:12, 51:15, 51:22, 53:3, 53:9, 54:6, 119:7
**date** [4] - 39:25, 50:11, 54:6, 130:1
**dated** [3] - 43:23, 111:16, 118:5
**dates** [2] - 42:4, 50:12
**day** [23] - 4:13, 4:18, 4:22, 23:6, 28:20, 29:16, 38:3, 39:20, 43:25, 64:16, 79:1, 79:12, 89:18, 92:25, 93:17, 94:7, 95:18, 102:12, 102:13, 102:16, 104:1
**Day** [1] - 6:15
**days** [19] - 8:10, 16:4, 23:6, 43:4, 49:12, 79:1, 79:4, 80:18, 89:20, 90:25, 92:1, 92:3, 92:6, 92:7, 92:12, 92:15, 93:20, 93:25, 102:13
**DC** [1] - 1:25
**dead** [4] - 19:19, 19:23, 19:25
**deal** [8] - 50:22, 64:11, 64:14, 64:17, 87:25, 96:24, 136:1, 136:9
**dealing** [4] - 22:9, 76:7, 77:21, 78:17
**deals** [1] - 29:24
**dealt** [2] - 40:18, 112:21
**debt** [2] - 32:6, 60:24
**December** [3] - 33:18, 60:12, 61:20
**decide** [1] - 83:25
**decision** [4] - 50:6, 78:15, 90:13, 90:23
**decisions** [7] - 25:25, 26:10, 54:16, 68:7, 76:10, 87:25, 133:8
**decline** [2] - 33:15, 71:15
**declined** [1] - 70:8
**decontamination** [1] - 131:2

**dedicated** [4] - 31:18, 102:19, 102:23, 103:3
**dedicating** [1] - 135:20
**deduct** [2] - 35:4, 37:7
**deducted** [1] - 34:25
**deepwater** [7] - 28:10, 53:16, 56:5, 56:6, 89:5, 104:21
**DEEPWATER** [16] - 1:3, 86:3, 88:14, 89:4, 89:8, 89:11, 89:17, 89:22, 90:18, 94:15, 96:15, 98:10, 103:15, 112:3, 129:18, 136:11
**Deepwater** [15] - 4:9, 8:1, 8:21, 45:9, 46:14, 46:22, 53:25, 74:2, 75:14, 75:17, 77:4, 77:6, 78:4, 78:22, 80:2
**defendant** [3] - 57:18, 108:1, 108:3
**DEFENDANT** [1] - 97:23
**defendant's** [3] - 26:19, 26:21, 66:1
**defendants** [6] - 8:17, 9:4, 14:6, 14:12, 14:17, 34:11
**defense** [1] - 113:15
**Defense** [1] - 73:19
**defer** [1] - 138:14
**definition** [1] - 34:10
**degree** [1] - 41:7
**degrees** [1] - 73:15
**dehydration** [1] - 18:3
**Delaware** [4] - 73:10, 95:25, 96:9, 99:22
**delay** [3] - 68:6, 76:12, 84:3
**delineate** [1] - 126:16
**deliver** [1] - 34:3, 62:5
**demand** [1] - 69:1
**demeanor** [2] - 85:10, 85:20
**demobilize** [2] - 101:22, 102:2
**demobilizing** [1] - 101:25
**demonstrate** [1] - 41:25
**demonstrates** [1] - 51:8
**demonstrating** [1] -

15:6

**demonstrative** [1] - 31:3

**demoralizing** [1] - 116:24

**den** [1] - 32:19

**Den** [4] - 33:3, 58:13, 59:15, 60:8

**denials** [1] - 134:11

**DEPARTMENT** [2] - 1:16, 2:1

**department** [1] - 24:2

**depending** [1] - 29:3

**depicts** [2] - 49:15, 62:11

**deploy** [1] - 127:10

**deployed** [11] - 16:15, 17:23, 23:7, 23:8, 23:9, 47:7, 95:3, 95:12, 97:6, 103:6

**deployment** [2] - 125:18, 126:21

**deposition** [6] - 23:13, 30:20, 86:24, 88:9, 112:20, 126:18

**depositions** [4] - 9:11, 9:16, 9:21, 43:19

**DEPUTY** [5] - 4:8, 11:17, 71:19, 72:8, 139:21

**Deputy** [9] - 75:18, 76:1, 76:17, 77:1, 87:24, 97:25, 105:6, 105:17, 106:22

**deputy** [1] - 75:20

**describe** [5] - 38:5, 58:16, 88:17, 90:23, 102:8

**described** [1] - 112:20

**describing** [1] - 132:3

**deserve** [1] - 69:6

**designated** [8] - 28:10, 77:2, 77:10, 77:12, 100:20, 134:7, 136:4, 136:11

**designations** [1] - 88:9

**designed** [1] - 119:13

**desires** [1] - 133:9

**destroyed** [2] - 15:12, 20:24

**detail** [1] - 33:13

**details** [2] - 47:1, 74:10

**detect** [2] - 21:3,

21:5

**detectable** [1] - 119:14

**deter** [3] - 39:11, 66:4, 68:19

**determine** [4] - 11:16, 12:4, 21:4, 21:14

**determined** [2] - 118:22, 119:5

**determining** [4] - 8:13, 21:13, 21:20, 83:17

**deterred** [2] - 28:25, 66:17

**deterrence** [13] - 39:10, 39:18, 40:8, 66:15, 66:16, 66:19, 66:21, 66:23, 67:2, 67:5, 67:12, 67:17, 70:15

**deterrence-based** [2] - 66:16, 67:5

**detracted** [1] - 16:16

**develop** [3] - 56:7, 105:11

**developed** [3] - 24:8, 59:16, 126:14

**developing** [2] - 82:13, 124:7

**developments** [1] - 63:1

**device** [1] - 7:13

**devices** [1] - 6:21

**devoted** [1] - 68:1

**di** [1] - 15:7

**Diane** [1] - 16:21

**did** [93] - 4:13, 4:17, 17:5, 19:25, 21:4, 22:25, 23:14, 23:17, 26:12, 28:20, 29:8, 33:10, 33:11, 36:11, 36:14, 38:15, 40:11, 40:20, 40:21, 42:23, 42:25, 45:3, 46:17, 49:7, 51:8, 51:11, 60:2, 60:4, 60:10, 62:9, 65:4, 65:6, 71:12, 74:16, 74:24, 75:16, 76:17, 78:7, 78:13, 80:25, 81:4, 81:11, 82:4, 82:24, 83:4, 84:12, 87:11, 87:25, 88:14, 89:2, 89:21, 91:1, 91:7, 91:9, 91:20, 91:23, 92:21, 93:18, 94:2, 94:5, 94:21, 95:11, 96:12, 96:17, 97:1, 97:3, 97:9, 99:1, 99:7,

99:21, 99:25, 100:17, 100:19, 101:13, 101:17, 102:5, 103:20, 105:17, 113:3, 115:7, 115:15, 117:15, 121:15, 121:19, 126:18, 128:9, 128:25, 132:24, 132:25, 133:16, 135:7, 138:3, 139:8

**didn't** [6] - 15:16, 23:1, 40:10, 60:4, 87:15, 125:20

**died** [2] - 20:24, 53:22

**differ** [1] - 103:20

**differed** [1] - 103:21

**difference** [2] - 31:19, 116:22

**different** [14] - 16:24, 26:8, 28:11, 50:11, 51:15, 57:14, 67:18, 70:7, 80:16, 80:23, 83:13, 89:7, 98:22, 102:10

**diligence** [1] - 33:11

**diligently** [2] - 38:8, 38:12

**diplomatic** [1] - 91:13

**DIRECT** [1] - 72:13

**direct** [3] - 72:16, 119:3, 134:1

**directed** [5] - 19:7, 31:12, 31:14, 71:9, 136:14

**directing** [1] - 132:7

**directives** [1] - 108:7

**directly** [2] - 31:4, 84:15

**directors** [4] - 30:9, 31:17, 101:21

**directs** [1] - 41:22

**disagree** [1] - 122:16

**disagreement** [1] - 62:8

**disappeared** [1] - 50:2

**disaster** [16] - 17:14, 17:16, 75:14, 75:17, 78:22, 88:14, 89:8, 89:11, 89:22, 93:16, 94:15, 95:9, 95:10, 96:15, 100:17

**discharge** [6] - 22:19, 22:24, 24:20, 41:18, 70:19

**discharged** [1] - 48:19

**discharger** [1] - 41:13

**discharging** [1] - 118:9

**disclosure** [1] - 24:1

**discretion** [5] - 58:20, 64:20, 64:21, 66:1, 108:7

**discretionary** [1] - 57:9

**discuss** [3] - 14:1, 23:13, 26:21

**discussed** [5] - 26:16, 26:23, 40:24, 81:7, 101:23

**discusses** [1] - 32:1

**discussion** [4] - 48:4, 64:7, 69:6, 133:4

**discussions** [1] - 63:9

**disease** [1] - 20:7

**dispatching** [1] - 136:1

**dispensing** [1] - 49:4

**dispersant** [10] - 87:20, 90:4, 91:25, 105:5, 113:16, 113:17, 123:6, 132:4, 136:22, 139:12

**dispersants** [47] - 26:1, 26:9, 48:4, 48:5, 48:8, 48:10, 48:11, 87:21, 87:23, 88:1, 88:15, 88:24, 88:25, 89:3, 89:8, 89:12, 89:15, 89:20, 89:22, 90:3, 92:2, 92:3, 92:8, 92:11, 92:14, 92:17, 92:22, 93:4, 105:1, 106:5, 122:18, 122:20, 122:23, 123:12, 123:15, 123:18, 123:22, 123:24, 131:21, 132:8, 132:10, 134:2, 134:10, 134:12, 137:5

**disperse** [1] - 38:14

**dispersed** [3] - 23:23, 48:7, 48:23

**dispute** [5] - 21:10, 59:19, 60:19, 71:1, 71:11

**disputes** [3] - 21:12, 37:19, 51:3

**disputing** [1] - 46:25

**disrupted** [1] - 12:23

**disruption** [1] - 84:3

**disruptions** [1] - 83:20

**discharger** [1] - 41:13

**distinction** [1] - 78:14

**distraction** [1] - 70:16

**distributed** [1] - 55:7

**District** [2] - 140:7

**DISTRICT** [3] - 1:1, 1:1, 1:12

**district** [2] - 136:3, 136:4

**diverse** [1] - 68:21

**divide** [1] - 138:5

**divided** [2] - 11:4, 137:23

**dividend** [1] - 32:14

**dividends** [5] - 31:16, 31:18, 32:13, 32:17, 57:2

**DIVISION** [1] - 2:2

**Doc** [1] - 35:14

**Docket** [2] - 1:3, 1:8

**document** [7] - 86:4, 86:20, 86:23, 90:7, 90:10, 127:20, 127:23

**Document** [1] - 34:18

**DOCUMENT** [1] - 1:6

**documentation** [1] - 73:2

**documents** [2] - 33:11, 104:18

**does** [32] - 18:9, 18:19, 18:20, 20:17, 20:18, 31:6, 33:3, 48:10, 49:25, 52:14, 52:24, 53:18, 54:14, 54:15, 56:11, 60:20, 61:13, 69:1, 70:19, 75:12, 77:6, 80:4, 92:8, 96:5, 98:3, 100:23, 115:4, 129:14, 133:18, 134:2, 134:3, 137:7

**doesn't** [18] - 11:10, 11:17, 21:7, 22:12, 27:15, 30:12, 30:14, 32:15, 33:9, 60:8, 60:16, 67:11, 84:19, 85:16, 95:16, 123:1

**DOI** [1] - 50:14

**doing** [16] - 17:10, 23:1, 23:15, 37:25, 39:1, 39:22, 51:16, 67:20, 81:4, 83:4, 84:20, 84:22, 85:17, 85:18, 107:19

**DOJ** [1] - 62:19

**dollar** [5] - 14:14, 29:24, 35:4, 70:2

**dollar-for-dollar** [1] -

35:4
  **dollars** [9] - 29:15, 34:22, 35:9, 54:7, 69:4, 70:1, 101:6
  **dolphin** [1] - 53:22
  **dolphins** [6] - 20:6, 53:21, 53:23, 53:25, 54:2, 121:7
  **Don't** [1] - 109:7
  **don't** [40] - 4:13, 4:14, 6:25, 10:5, 12:6, 19:17, 21:22, 29:13, 30:20, 31:22, 32:22, 36:22, 41:21, 43:2, 46:7, 56:20, 57:10, 63:5, 63:9, 63:11, 63:12, 63:15, 65:9, 69:5, 84:22, 85:16, 88:3, 88:4, 99:8, 101:1, 101:7, 103:6, 107:21, 108:1, 108:2, 111:7, 112:25, 132:6, 137:25, 138:15
  **Donald** [1] - 19:2
  **done** [22] - 6:12, 6:19, 10:2, 17:4, 39:20, 43:5, 44:6, 44:16, 44:23, 44:24, 46:23, 46:24, 47:4, 54:15, 54:16, 59:21, 59:23, 84:5, 99:10, 106:4, 124:2
  **door** [1] - 102:15
  **doors** [2] - 6:24, 7:1
  **doubled** [1] - 54:24
  **DOUGLAS** [1] - 3:5
  **down** [29] - 7:2, 7:16, 7:17, 15:25, 16:10, 25:18, 25:25, 30:10, 42:12, 48:5, 61:25, 62:14, 62:18, 78:10, 83:15, 85:21, 89:5, 98:17, 99:20, 115:10, 116:5, 119:4, 122:25, 128:4, 128:16, 132:6
  **downstream** [1] - 33:25
  **dozen** [1] - 24:10
  **Dr** [30] - 16:21, 16:22, 17:11, 17:12, 17:14, 17:18, 18:8, 18:17, 19:2, 19:3, 19:6, 19:7, 19:8, 21:1, 21:10, 21:11, 21:15, 21:17, 21:24, 22:1, 26:20, 26:22, 26:25, 27:12, 30:5, 31:8, 31:11, 32:2
  **draft** [1] - 111:20
  **drafting** [1] - 82:1

  **DRAGNA** [1] - 3:1
  **drill** [1] - 30:23
  **drilling** [5] - 7:25, 27:14, 30:16, 30:17, 68:5
  **Drilling** [1] - 30:18
  **drinks** [1] - 7:4
  **drive** [3] - 33:21, 35:19, 70:9
  **driven** [1] - 45:21
  **driving** [2] - 34:14, 83:15
  **drug** [1] - 96:7
  **due** [10] - 25:21, 33:11, 45:10, 51:17, 51:18, 109:18, 109:19, 109:23, 112:4, 121:2
  **Dupree** [1] - 30:13
  **during** [51] - 4:21, 4:23, 6:22, 9:14, 9:15, 9:18, 9:19, 10:14, 17:25, 25:2, 26:6, 38:16, 43:22, 44:8, 46:9, 47:24, 51:20, 51:25, 52:3, 55:12, 57:15, 74:23, 75:16, 81:13, 83:12, 91:19, 92:7, 92:15, 92:21, 93:5, 93:7, 93:18, 94:18, 97:1, 98:15, 101:15, 106:23, 107:24, 117:16, 122:13, 122:20, 123:12, 123:16, 125:18, 126:22, 128:21, 128:24, 129:20, 131:19, 134:24, 135:2
  **duties** [7] - 16:16, 87:24, 91:19, 98:1, 102:3, 136:10, 138:10
  **duty** [2] - 93:22, 95:12

  **E**

  **E** [3] - 2:23, 4:1
  **e** [23] - 86:7, 86:11, 86:15, 91:12, 108:14, 108:16, 109:2, 110:8, 111:2, 114:18, 115:9, 115:15, 127:17, 132:17, 132:25, 133:21, 134:2, 134:24, 135:2, 137:15, 138:1, 138:20
  **E&P** [1] - 2:22
  **e-mail** [17] - 86:7,

  86:11, 86:15, 108:14, 108:16, 109:2, 110:8, 111:2, 114:18, 115:15, 127:17, 132:25, 133:21, 134:2, 138:1, 138:20
  **e-mails** [6] - 91:12, 115:9, 132:17, 134:24, 135:2, 137:15
  **each** [12] - 6:4, 6:5, 10:14, 12:14, 13:24, 50:10, 54:20, 76:22, 77:17, 81:23, 87:5, 101:7
  **earlier** [6] - 58:6, 104:16, 112:1, 119:3, 127:24, 133:25
  **early** [8] - 21:23, 25:8, 43:4, 61:20, 74:18, 79:12, 92:23, 135:3
  **Early** [1] - 54:8
  **easiest** [1] - 83:8
  **east** [1] - 100:13
  **Eastern** [1] - 140:7
  **EASTERN** [1] - 1:1
  **easy** [3] - 15:12, 15:13, 41:22
  **ecological** [4] - 18:16, 18:25, 20:11, 115:10
  **ecologist** [1] - 19:3
  **economic** [31] - 12:21, 13:6, 13:8, 13:9, 13:20, 13:22, 17:7, 18:18, 18:22, 18:24, 25:5, 26:18, 27:11, 28:13, 28:23, 34:8, 34:10, 34:12, 34:14, 39:7, 41:3, 54:18, 57:16, 58:15, 66:19, 67:6, 67:8, 70:12, 81:21, 83:16, 83:20
  **economically** [1] - 67:13
  **economics** [2] - 66:21, 84:4
  **economies** [1] - 13:13
  **economist** [3] - 18:17, 27:12, 66:20
  **economy** [2] - 26:22, 39:2
  **ecosystem** [1] - 51:10
  **ecosystems** [2] - 19:3, 19:7
  **effective** [12] - 39:16, 41:14, 48:2, 48:9,

  48:11, 53:14, 87:7, 106:19, 118:25, 119:5, 123:12, 126:2
  **effectively** [2] - 106:24, 125:2
  **effectiveness** [5] - 45:16, 48:15, 118:19, 122:6, 131:16
  **effects** [18] - 21:22, 22:2, 38:13, 71:8, 106:11, 106:12, 106:13, 126:22, 136:22, 137:2, 138:2, 138:12, 138:16, 138:20, 139:3, 139:8, 139:11, 139:15
  **efficiency** [1] - 33:22
  **efficient** [1] - 87:7
  **efficiently** [2] - 75:5, 75:11
  **effort** [8] - 41:25, 45:10, 49:9, 104:4, 106:18, 112:4, 121:24, 138:10
  **efforts** [22] - 13:5, 22:18, 22:23, 24:20, 24:21, 24:25, 38:17, 39:17, 41:7, 41:13, 41:23, 45:19, 46:12, 49:24, 52:25, 71:7, 79:25, 81:1, 101:11, 103:9, 136:12, 137:11
  **eight** [5] - 11:15, 12:1, 12:2, 27:3, 66:6
  **either** [6] - 6:21, 63:15, 63:24, 88:24, 93:1, 95:9, 98:19, 110:5
  **ejection** [1] - 7:14
  **electric** [1] - 6:21
  **electronic** [1] - 7:20
  **electronics** [1] - 11:22
  **elevated** [1] - 20:7
  **elicit** [1] - 66:18
  **ELLIS** [2] - 2:9, 2:14
  **else** [2] - 33:2, 96:5
  **embrace** [1] - 68:12
  **emergency** [2] - 99:12, 100:1
  **Emergency** [2] - 73:22, 79:16
  **emissions** [1] - 130:1
  **emphasis** [1] - 41:12
  **emphasized** [1] - 102:18
  **employed** [2] - 93:23, 128:10
  **employee** [4] -

  34:20, 36:18, 36:19, 55:20
  **employees** [11] - 23:8, 30:21, 30:23, 36:8, 56:12, 94:9, 107:10, 107:11, 107:21
  **employment** [4] - 55:19, 56:11, 56:14, 74:20
  **employs** [1] - 55:18
  **enable** [1] - 44:24
  **enabled** [1] - 99:18
  **encourage** [2] - 39:15, 41:14, 41:18
  **end** [4] - 38:22, 89:1, 103:25, 116:12
  **ended** [2] - 50:10, 50:15, 89:2
  **energy** [2] - 58:15, 59:5
  **ENFORCEMENT** [1] - 1:16
  **engage** [2] - 21:9, 130:13
  **engaged** [3] - 44:4, 47:10, 54:8
  **engaging** [1] - 39:12
  **engine** [1] - 70:9
  **enhancing** [1] - 129:15
  **enormous** [1] - 22:7
  **enough** [11] - 13:24, 14:13, 20:21, 21:7, 25:16, 28:24, 28:25, 67:1, 77:19, 81:7, 126:5
  **ensure** [4] - 46:12, 54:10, 68:11, 75:4, 115:11, 119:24, 121:7
  **ensured** [1] - 113:15
  **enter** [2] - 10:9, 34:2
  **entered** [3] - 36:2, 63:11, 63:18
  **enterprise** [1] - 35:10
  **entire** [9] - 16:1, 27:2, 46:11, 56:24, 60:16, 68:14, 76:21, 78:18, 137:1
  **entirely** [2] - 26:1, 31:18
  **entities** [8] - 14:3, 24:23, 30:4, 30:6, 31:18, 32:3, 32:4, 32:17
  **entitled** [1] - 140:10
  **environment** [40] - 12:23, 15:20, 21:18, 22:14, 23:18, 23:20,

23:24, 23:25, 36:4,
38:16, 38:25, 47:10,
47:20, 47:25, 48:8,
48:20, 49:25, 51:19,
52:14, 54:6, 54:11,
68:15, 71:4, 82:19,
82:23, 83:3, 83:10,
84:2, 92:2, 118:14,
121:3, 122:24, 123:1,
123:2, 123:3, 123:10,
128:13, 136:14
**Environmental** [2] -
79:16, 80:4
**ENVIRONMENTAL**
[1] - 1:16
**environmental** [23] -
18:25, 19:4, 19:5,
19:13, 22:9, 36:5,
41:2, 51:1, 52:5, 54:5,
66:21, 81:21, 83:2,
83:11, 113:22, 114:5,
116:11, 116:13,
121:6, 122:7, 124:16,
124:18
**environmentally** [3]
- 83:5, 83:6, 118:15
**EPA** [14] - 52:2, 52:4,
52:9, 89:21, 90:13,
90:15, 90:17, 90:18,
90:24, 97:16, 130:9,
132:7, 132:9, 134:6
**EPA's** [2] - 133:8,
133:17
**epidemiologist** [1] -
17:19
**equation** [1] - 84:4
**equipment** [12] -
7:20, 16:11, 45:1,
46:19, 79:7, 99:14,
99:18, 100:5, 100:7,
101:23, 102:16, 131:2
**equity** [4] - 32:6,
33:1, 59:11, 64:1
**Erica** [1] - 5:2
**ERICA** [1] - 1:23
**ERMA** [4] - 80:3,
80:14, 80:15, 80:20
**escaped** [1] - 8:10
**escorts** [1] - 103:25
**ESQ** [33] - 1:17, 1:17,
1:18, 1:18, 1:19, 1:19,
1:20, 1:20, 1:21, 1:21,
1:22, 1:22, 1:23, 1:23,
1:24, 2:2, 2:3, 2:3,
2:10, 2:10, 2:11, 2:11,
2:12, 2:15, 2:15, 2:18,
2:23, 2:23, 3:1, 3:4,
3:5, 3:5, 3:6
**essentially** [2] -
13:12, 31:11

**established** [1] -
55:3
**establishing** [1] -
41:19
**establishment** [1] -
42:2
**estimate** [1] - 33:4
**estimates** [1] - 48:6
**et** [2] - 4:11, 24:14
**ET** [1] - 1:10
**ethnographic** [2] -
16:23, 17:6
**evaluate** [1] - 36:11,
45:25, 81:18
**evaluated** [1] - 85:5
**evaluating** [4] -
81:18, 82:24, 85:4,
124:6
**evaluation** [3] - 33:6,
33:10, 66:6
**evaporate** [1] - 35:6
**evaporated** [1] -
48:24
**evaporation** [2] -
52:23, 52:25
**even** [20] - 14:15,
24:9, 28:10, 28:19,
37:17, 38:7, 43:9,
50:16, 54:12, 55:7,
61:8, 68:24, 69:10,
69:13, 69:18, 98:19,
105:17, 109:14, 116:4
**event** [10] - 42:1,
50:24, 53:24, 54:2,
55:16, 71:10, 80:2,
84:10, 95:19, 108:8
**events** [5] - 38:2,
48:18, 66:12, 75:4,
103:17
**eventually** [2] -
74:22, 126:20
**ever** [12] - 23:3, 23:4,
23:11, 29:1, 32:24,
32:25, 38:2, 49:16,
63:11, 69:20, 94:2,
116:4
**every** [11] - 4:18,
12:7, 23:5, 49:15,
52:16, 70:2, 79:1,
79:12, 95:17, 98:18,
102:9
**everyone** [18] - 4:6,
5:13, 5:23, 6:17, 6:19,
7:7, 7:23, 10:17, 66:3,
71:22, 79:23, 85:11,
86:7, 94:6, 97:9,
102:12, 109:21,
134:16
**everything** [4] - 43:4,
81:14, 83:9, 93:10

**everywhere** [1] -
16:3
**evidence** [27] - 9:7,
9:8, 9:9, 9:12, 9:13,
9:14, 12:9, 12:11,
15:2, 18:14, 19:11,
20:11, 24:23, 25:13,
27:24, 30:6, 34:17,
35:13, 36:20, 37:21,
38:6, 38:24, 40:22,
45:16, 51:13, 69:2,
69:10
**evident** [1] - 69:5
**evidentiary** [1] -
107:15
**evolved** [1] - 52:18
**exactly** [3] - 20:8,
20:9, 24:3
**exaggeration** [1] -
110:23
**EXAMINATION** [3] -
72:13, 104:11, 134:21
**examination** [2] -
72:16, 134:1
**examine** [1] - 15:24
**example** [7] - 17:9,
21:11, 23:16, 25:7,
42:22, 83:11, 103:21
**examples** [3] -
79:11, 97:14, 97:18
**exceed** [1] - 37:9
**except** [1] - 103:23
**exception** [1] - 7:5
**exceptional** [1] -
46:22
**exchange** [1] - 31:22
**executive** [1] - 30:10
**exercises** [1] - 81:11
**exhibit** [1] - 86:24
**exhibits** [3] - 9:18,
9:20, 12:9
**existing** [3] - 32:12,
32:24, 121:23
**expect** [3] - 25:23,
59:11, 100:19
**expended** [2] - 41:2,
57:25, 65:5
**expenditure** [1] -
56:8
**expenditures** [3] -
14:14, 55:25, 70:4
**expense** [3] - 25:14,
36:14, 60:18
**expenses** [4] -
24:13, 60:20, 62:17,
107:24
**expensive** [2] - 45:2,
56:7
**experience** [16] -
16:19, 58:14, 74:23,

77:7, 80:24, 81:6,
88:15, 88:17, 89:4,
89:7, 98:9, 101:8,
106:22, 107:5,
113:19, 131:6
**experienced** [1] -
129:3
**experiences** [1] -
77:4
**expert** [17] - 9:21,
9:22, 17:11, 17:13,
19:8, 20:15, 23:21,
27:13, 32:19, 48:14,
59:9, 61:13, 66:18,
67:25, 69:25, 70:4
**experts** [8] - 9:22,
13:16, 19:14, 24:5,
31:15, 31:19, 114:5,
116:13
**explain** [1] - 133:12
**explicitly** [1] - 71:9
**Exploration** [2] -
4:10, 8:17
**exploration** [1] -
30:10
**EXPLORATION** [2] -
1:9, 2:8
**explore** [1] - 81:23
**explosion** [7] - 7:25,
17:21, 25:1, 35:17,
36:10, 36:15, 74:1
**exponentially** [1] -
43:13
**exposed** [4] - 18:5,
36:8, 47:21, 47:23
**exposure** [2] - 52:7,
52:11
**expressed** [3] -
61:20, 94:3, 100:8
**extensive** [1] - 130:7
**extent** [4] - 21:13,
22:21, 41:7, 41:13
**external** [1] - 76:6
**externally** [1] - 76:8
**extra** [2] - 103:24
**extremely** [5] -
12:18, 14:18, 14:25,
66:10, 71:2
**eyes** [1] - 86:19

**F**

**fabric** [2] - 12:22,
17:8
**face** [1] - 32:19
**facilitated** [1] - 123:6
**facilities** [3] - 44:25,
68:2, 68:9
**facility** [5] - 8:21,

42:24, 42:25, 55:8,
99:13
**fact** [17] - 15:1, 17:9,
22:18, 25:21, 26:5,
27:6, 32:11, 33:19,
51:10, 67:13, 68:21,
71:6, 72:2, 78:24,
97:1, 130:9, 137:7
**factor** [21] - 15:4,
22:23, 24:19, 26:2,
28:22, 34:14, 35:21,
39:4, 39:6, 39:11,
40:24, 40:25, 41:6,
41:11, 63:21, 66:10,
81:25, 84:7, 85:3,
85:6
**factories** [1] - 128:7
**factors** [17] - 11:16,
12:2, 12:4, 12:7,
12:10, 13:7, 14:4,
26:15, 34:7, 34:13,
37:7, 39:3, 66:6, 66:8,
81:8, 88:21, 109:23
**facts** [4] - 8:6, 14:6,
31:11, 116:14
**factual** [2] - 12:10,
12:12
**failed** [6] - 36:8,
36:9, 36:11, 36:12,
36:14, 85:14
**failure** [2] - 22:22,
27:4
**failures** [1] - 36:17
**fair** [3] - 48:4, 64:21,
122:3
**Fairer** [1] - 77:2
**fairly** [1] - 10:19
**falling** [1] - 14:10
**falls** [3] - 13:9, 82:18,
116:8
**familiar** [6] - 41:6,
74:24, 78:14, 111:15,
125:15
**families** [2] - 71:3,
97:7
**family** [1] - 104:1
**far** [5] - 16:20, 25:24,
29:22, 65:24, 70:21
**fashion** [2] - 54:19,
64:21
**fault** [2] - 8:8, 67:1
**feared** [2] - 51:8,
51:21
**feature** [4] - 39:15,
61:14, 61:15, 61:16
**federal** [18] - 6:14,
7:8, 7:11, 16:15, 26:9,
63:18, 68:8, 76:14,
76:18, 76:19, 76:23,
77:25, 97:10, 98:6,

103:2, 111:15, 114:4
**Federal** [8] - 42:21, 45:5, 46:10, 73:13, 90:1, 94:6, 108:6, 111:23
**feed** [1] - 78:11
**feel** [1] - 118:7
**feet** [1] - 14:9
**few** [15] - 6:3, 6:11, 36:10, 36:15, 37:20, 42:4, 53:4, 53:19, 54:18, 55:17, 101:16, 104:17, 104:18, 122:19, 129:8
**fewer** [3] - 27:19, 70:23
**FIDLER** [2] - 1:21, 5:3
**Fidler** [1] - 5:3
**field** [3] - 20:17, 74:18, 76:7
**Fifteenth** [1] - 2:16
**fifth** [1] - 32:10
**fifty** [1] - 95:5
**fight** [2] - 87:8, 133:16
**fighting** [2] - 87:11, 111:7
**figure** [4] - 20:9, 48:21, 79:6, 80:11
**filed** [4] - 27:15, 27:23, 61:24, 64:16
**filings** [1] - 33:5
**fill** [1] - 95:18
**final** [6] - 21:9, 33:14, 102:17, 105:20, 105:22, 139:6
**finally** [6] - 8:11, 14:4, 18:4, 35:12, 119:4
**finance** [1] - 131:12
**financed** [1] - 32:5
**finances** [5] - 29:11, 29:12, 29:21, 32:1, 32:9
**financial** [11] - 13:7, 13:10, 13:21, 14:1, 14:2, 24:24, 26:18, 27:11, 58:14, 65:5
**financially** [1] - 32:4
**financials** [1] - 30:1
**financing** [1] - 60:1
**find** [4] - 79:16, 85:9, 87:17, 138:5
**finding** [4] - 34:9, 45:17, 52:10, 67:9
**findings** [5] - 8:6, 8:8, 8:12, 8:19, 36:17
**finds** [1] - 22:2
**fine** [9] - 34:21,

34:22, 34:25, 35:5, 35:6, 37:4, 69:14, 138:24
**fines** [2] - 70:24, 70:25
**finger** [1] - 18:2
**finish** [1] - 116:5
**finished** [1] - 139:18
**Finland)** [1] - 128:8
**fire** [5] - 7:25, 38:3, 50:18, 74:1, 122:13
**firehouse** [1] - 95:17
**firm** [2] - 130:4, 130:13
**first** [41] - 4:13, 4:18, 6:9, 6:11, 9:6, 12:16, 13:11, 14:21, 15:22, 17:19, 18:11, 19:5, 20:12, 20:23, 23:12, 25:6, 26:18, 34:8, 47:4, 57:21, 58:4, 58:10, 58:18, 69:9, 71:18, 71:23, 71:25, 74:6, 74:20, 75:18, 76:20, 77:10, 77:11, 78:24, 90:25, 93:17, 94:12, 104:5, 104:20, 118:21, 127:18
**Fish** [2] - 23:6, 97:17
**fish** [6] - 20:23, 21:3, 21:6, 51:12, 53:8, 136:21
**Fisher** [1] - 53:18
**fisheries** [5] - 87:14, 87:15, 87:16, 118:12, 131:19
**fishermen** [2] - 55:11, 131:19
**fishing** [1] - 87:17
**five** [13] - 16:24, 17:3, 17:15, 18:10, 18:12, 23:19, 23:24, 76:23, 77:13, 78:9, 78:24, 122:1
**five-year** [1] - 18:10
**fix** [1] - 90:9
**fixed** [2] - 24:3, 62:17
**fixing** [1] - 25:8
**flaws** [1] - 69:5
**fleeing** [3] - 27:14, 27:18, 27:23
**flexibility** [1] - 33:23
**FLICKINGER** [2] - 1:19, 5:7
**Flickinger** [2] - 5:7, 5:8
**flight** [2] - 27:20
**flip** [1] - 82:6
**floated** [1] - 104:3

**floor** [2] - 7:17, 19:18
**Florida** [3] - 42:13, 50:13, 54:23
**flow** [4] - 33:12, 34:3, 88:20, 88:22
**flowing** [3] - 8:11, 43:9, 101:20
**flown** [1] - 100:7
**fly** [1] - 138:7
**focus** [17] - 14:10, 22:13, 38:16, 39:3, 46:11, 46:20, 59:23, 90:9, 92:23, 93:5, 93:7, 93:17, 109:6, 110:11, 115:25, 122:6, 129:25
**focused** [5] - 14:11, 38:17, 76:5, 78:17, 78:19
**focussing** [1] - 122:9
**fog** [1] - 38:5
**folks** [10] - 51:21, 71:4, 101:24, 102:2, 116:11, 116:13, 117:7, 121:14, 134:15, 136:1
**follow** [3] - 36:9, 36:11, 36:17
**followed** [4] - 36:18, 66:13, 68:12, 126:17
**following** [3] - 8:5, 32:2, 126:13
**FOLLOWS** [1] - 72:7
**follows** [2] - 6:12, 9:6
**food** [2] - 7:4, 131:2
**FOR** [4] - 1:15, 2:6, 2:21, 3:4
**for** [285] - 4:21, 5:21, 5:22, 6:5, 6:14, 6:15, 7:2, 7:5, 7:22, 8:21, 8:25, 10:10, 10:11, 10:13, 10:23, 11:1, 11:3, 11:13, 12:5, 12:13, 13:24, 14:9, 14:14, 14:24, 16:5, 16:16, 17:4, 17:9, 18:9, 19:11, 20:3, 21:11, 21:20, 21:21, 23:6, 23:16, 24:9, 24:12, 25:4, 25:7, 25:8, 26:1, 26:3, 26:4, 26:5, 26:12, 26:14, 27:1, 27:5, 28:5, 28:7, 28:13, 28:15, 29:3, 29:8, 30:9, 30:20, 30:21, 30:22, 31:20, 31:21, 32:15, 33:21, 34:1, 34:4, 34:16, 34:20, 34:21, 34:22,

34:23, 35:2, 35:3, 35:4, 35:7, 36:2, 37:13, 37:21, 38:1, 38:3, 38:7, 38:8, 39:1, 39:8, 40:15, 41:2, 42:7, 42:15, 42:17, 42:25, 43:1, 43:6, 43:10, 44:12, 45:1, 45:20, 46:4, 47:19, 47:22, 48:2, 50:12, 52:2, 52:4, 52:5, 52:10, 53:4, 53:9, 54:7, 54:22, 54:24, 55:11, 55:18, 55:20, 55:24, 56:8, 56:11, 56:14, 57:18, 57:20, 58:2, 58:16, 58:17, 59:1, 59:4, 60:16, 60:21, 61:1, 61:17, 61:18, 62:5, 62:13, 62:20, 63:10, 65:11, 65:21, 66:5, 66:12, 66:13, 66:16, 67:1, 67:2, 67:5, 67:20, 68:9, 69:14, 69:21, 69:24, 70:5, 70:17, 71:12, 72:9, 73:1, 73:6, 74:7, 74:22, 74:23, 75:12, 75:19, 75:20, 75:21, 76:4, 76:9, 76:11, 76:12, 76:25, 77:3, 78:3, 78:4, 78:22, 79:1, 80:4, 81:9, 81:12, 82:1, 82:12, 82:18, 82:24, 83:10, 83:11, 84:17, 85:10, 86:14, 87:8, 87:11, 87:14, 87:17, 88:3, 89:1, 89:5, 89:13, 90:13, 90:17, 90:18, 90:21, 90:25, 91:4, 91:7, 91:19, 91:20, 91:21, 91:23, 92:16, 92:21, 92:25, 93:2, 93:22, 95:2, 95:7, 96:2, 97:6, 99:13, 99:21, 101:9, 102:22, 103:6, 103:18, 103:21, 103:22, 104:4, 104:15, 104:17, 104:21, 105:14, 106:8, 106:25, 107:9, 107:11, 107:22, 108:23, 108:25, 110:5, 112:1, 112:9, 112:20, 113:12, 114:25, 117:13, 117:15, 117:18, 117:23, 117:24, 118:2, 121:10, 123:9,

123:21, 124:6, 124:10, 124:13, 124:22, 125:5, 125:9, 125:11, 126:10, 127:1, 128:9, 129:19, 130:4, 130:12, 131:3, 131:10, 131:21, 131:24, 132:4, 134:5, 134:7, 134:18, 135:7, 135:13, 136:5, 136:7, 136:8, 136:11, 137:4, 137:11, 137:24, 139:19
**Force** [1] - 73:9
**force** [3] - 23:9, 43:18, 121:25
**forced** [1] - 67:21
**forces** [4] - 73:13, 95:8, 95:16, 95:19
**forecasted** [1] - 70:5
**forecasting** [2] - 79:3, 79:6
**forecasts** [1] - 79:21
**foregoing** [1] - 140:8
**foremost** [1] - 87:7
**forensic** [2] - 13:25, 29:10
**forget** [1] - 126:13
**form** [1] - 38:12
**forth** [4] - 14:24, 49:9, 66:6, 134:11
**forward** [4] - 58:3, 65:11, 77:15, 77:17
**FOSC** [15] - 25:25, 77:1, 77:2, 119:3, 120:12, 127:23, 130:21, 132:7, 134:7, 135:10, 135:13, 136:3, 136:5, 136:7, 136:11
**FOSC-Rs** [1] - 77:2
**foul** [1] - 100:13
**found** [6] - 8:20, 16:6, 20:1, 22:20, 22:21, 69:12
**foundation** [2] - 97:22, 107:16
**four** [10] - 12:16, 13:9, 27:1, 33:19, 35:22, 35:25, 36:19, 57:6, 76:23
**fourth** [1] - 58:9
**frame** [1] - 116:19
**framed** [1] - 62:22
**Frank** [4] - 48:14, 128:17, 128:19, 129:2
**frankly** [1] - 138:13
**Fred** [1] - 30:5
**free** [1] - 28:21
**freelancing** [1] -

84:23
**frequently** [2] - 96:21, 130:9
**fresh** [2] - 23:5, 89:18
**freshly** [1] - 123:24
**Friday** [1] - 6:16
**friend** [3] - 109:12, 110:18, 115:9
**friends** [1] - 134:24
**from** [112] - 5:9, 6:13, 6:23, 7:14, 7:18, 8:10, 8:12, 9:16, 10:11, 10:21, 16:8, 16:16, 16:24, 17:5, 17:20, 18:22, 18:24, 19:2, 19:7, 20:5, 20:15, 20:19, 22:4, 23:18, 23:19, 23:20, 23:24, 24:18, 26:20, 29:22, 30:3, 30:7, 30:9, 30:11, 30:19, 30:25, 32:2, 34:17, 34:25, 35:5, 35:22, 36:19, 38:19, 38:20, 39:9, 40:15, 42:9, 45:17, 47:14, 47:25, 48:3, 48:7, 48:12, 48:20, 53:9, 53:21, 58:13, 59:20, 59:21, 59:22, 60:8, 64:4, 64:15, 64:19, 65:3, 65:24, 67:7, 70:3, 71:10, 73:16, 73:18, 78:10, 78:11, 79:4, 80:14, 80:15, 82:15, 84:15, 90:25, 92:12, 93:2, 98:6, 100:3, 101:20, 104:3, 107:5, 112:1, 113:8, 113:9, 114:18, 117:23, 117:25, 119:3, 119:6, 119:7, 119:13, 120:17, 122:24, 123:2, 123:10, 123:18, 126:3, 126:9, 127:17, 129:13, 129:18, 131:22, 133:20, 140:9
**front** [2] - 7:1, 10:10
**fronted** [1] - 44:25
**frustrated** [3] - 109:13, 134:15, 134:16
**frustrating** [2] - 110:20, 134:13
**frustration** [1] - 91:7
**frustrations** [2] - 101:14, 134:1
**FTP** [1] - 10:6
**full** [3] - 24:1, 70:12,

86:15
**fumes** [1] - 15:15
**function** [4] - 30:19, 57:7, 77:22, 78:6
**functions** [1] - 16:12
**fund** [2] - 54:13, 55:3
**funding** [5] - 30:3, 60:1, 64:23, 64:24, 65:2
**funds** [3] - 58:11, 58:21, 65:5
**fungible** [1] - 27:7
**furnish** [1] - 62:12
**furnished** [1] - 61:23
**further** [4] - 8:20, 104:7, 126:11, 139:16
**future** [3] - 13:1, 15:19, 39:13, 60:1, 60:25, 61:18, 61:19, 62:6, 62:13, 66:4, 68:19, 70:13, 139:15

# G

**G** [1] - 4:1
**gallons** [4] - 48:12, 70:23, 118:9, 137:20
**Galveston** [2] - 42:16, 88:18
**gap** [3] - 95:20, 96:24, 97:3
**Gardner** [1] - 28:7
**gas** [3] - 26:22, 27:4, 59:6
**gauge** [1] - 81:11
**gave** [2] - 37:24, 104:15
**GCCF** [1] - 18:21
**general** [3] - 19:6, 56:22, 119:13
**generally** [4] - 6:13, 7:1, 74:16, 86:10
**generations** [1] - 87:17
**generously** [1] - 23:8
**geographic** [1] - 80:16
**geographically** [1] - 98:16
**get** [38] - 4:15, 6:10, 10:2, 43:5, 43:11, 46:7, 49:7, 50:5, 52:24, 55:8, 60:12, 62:17, 74:10, 75:12, 76:11, 78:11, 84:15, 85:1, 85:2, 85:19, 86:21, 87:15, 87:16, 88:23, 89:19, 91:6, 92:24, 93:3, 97:5,

100:6, 109:15, 126:12, 126:19, 132:1, 132:9, 134:11, 138:14
**gets** [4] - 23:22, 23:23, 41:1, 89:15
**getting** [4] - 41:3, 76:2, 83:22, 109:18
**give** [17] - 11:24, 29:3, 64:5, 72:24, 79:11, 86:12, 96:4, 96:5, 97:14, 97:18, 101:13, 103:21, 115:22, 117:13, 117:18, 118:2, 133:2
**given** [5] - 15:2, 17:14, 56:16, 72:17, 102:22
**gives** [2] - 19:6, 66:5
**giving** [2] - 15:19, 26:8
**Gladstein** [1] - 5:6
**GLADSTEIN** [2] - 1:19, 5:6
**global** [1] - 59:4
**go** [46] - 4:20, 4:22, 5:10, 9:19, 11:21, 11:24, 14:20, 25:24, 26:18, 42:18, 43:13, 50:21, 52:1, 62:10, 63:25, 74:18, 81:4, 83:8, 83:14, 83:22, 84:23, 85:10, 86:20, 86:25, 88:9, 88:12, 93:1, 93:2, 97:23, 98:13, 103:6, 104:1, 108:4, 112:13, 114:17, 115:22, 116:5, 121:12, 126:5, 128:4, 128:12, 128:16, 130:17, 132:21, 136:19, 138:3
**goal** [2] - 67:12, 112:11, 112:17
**goals** [8] - 39:10, 46:1, 46:6, 66:2, 67:16, 70:14, 71:13, 120:8
**goating** [1] - 102:1
**goes** [6] - 25:18, 61:25, 64:2, 69:3, 127:20, 128:1
**going** [65] - 5:9, 13:23, 14:6, 16:7, 24:23, 26:17, 26:20, 29:10, 34:25, 35:25, 38:7, 38:18, 39:3, 40:13, 40:14, 40:22, 43:8, 45:15, 54:2, 56:25, 57:11, 58:3,

59:19, 60:6, 60:7, 60:19, 61:17, 62:25, 64:4, 64:9, 64:10, 64:23, 75:13, 76:3, 79:15, 83:8, 83:23, 83:25, 84:9, 84:18, 84:23, 85:12, 91:15, 92:17, 92:19, 96:24, 97:13, 97:20, 99:5, 100:16, 107:8, 115:10, 119:21, 122:18, 128:4, 133:12, 138:18, 139:6, 139:11, 139:15, 139:19
**good** [45] - 4:6, 5:2, 5:3, 5:4, 5:16, 5:17, 5:18, 5:24, 11:8, 11:11, 11:12, 21:11, 23:14, 28:9, 33:22, 34:1, 34:24, 37:14, 38:3, 39:18, 40:12, 40:20, 40:21, 45:4, 55:10, 57:8, 62:11, 65:9, 65:16, 71:24, 76:12, 101:13, 104:13, 104:14, 105:25, 106:19, 117:6, 117:18, 121:15, 121:19, 125:7, 130:17, 137:4, 137:7
**Good** [1] - 72:15
**goods** [1] - 97:8
**GORDON** [1] - 1:24
**got** [12] - 4:15, 41:8, 43:8, 46:17, 50:18, 64:12, 79:13, 84:16, 89:25, 91:11, 126:11, 126:17
**governance** [1] - 57:14
**Government** [2] - 103:4, 103:5
**government** [38] - 10:24, 14:9, 16:8, 25:24, 34:11, 37:17, 38:19, 40:9, 40:11, 40:21, 43:20, 44:7, 44:13, 45:12, 45:14, 46:23, 47:2, 47:11, 48:1, 48:10, 50:11, 54:10, 55:21, 56:16, 56:17, 59:22, 63:6, 64:22, 65:6, 66:3, 67:7, 67:17, 68:25, 69:25, 71:23, 77:25, 85:25, 107:21
**government's** [5] - 6:2, 10:1, 41:1, 44:20,

71:18
**governor's** [1] - 79:15
**grade** [1] - 104:15
**graduations** [1] - 97:9
**Grand** [1] - 3:2
**Grangemouth** [1] - 36:7
**graphics** [2] - 24:2, 24:3
**gravity** [1] - 22:12
**gray** [1] - 16:3
**great** [3] - 23:17, 100:4, 122:3
**greater** [1] - 33:22
**grew** [2] - 47:11
**gross** [1] - 22:21
**ground** [1] - 109:17
**grounds** [1] - 132:14
**group** [31] - 14:3, 23:8, 24:18, 24:23, 30:3, 30:7, 31:1, 31:4, 31:6, 31:9, 31:12, 31:13, 31:14, 31:16, 31:18, 31:24, 32:3, 32:4, 32:6, 32:7, 32:11, 32:17, 32:22, 33:1, 33:6, 54:14, 106:16, 108:22, 109:24, 117:10
**growing** [3] - 83:12, 83:13, 83:14
**growth** [1] - 70:9
**Guard** [72] - 15:23, 16:8, 16:9, 23:7, 38:12, 38:15, 39:23, 40:13, 40:16, 40:19, 44:18, 45:19, 50:20, 72:19, 72:21, 72:22, 72:25, 73:8, 73:10, 73:17, 73:23, 74:24, 76:24, 81:5, 90:14, 91:20, 93:17, 93:22, 94:2, 94:9, 94:12, 94:17, 94:19, 94:21, 95:1, 95:11, 95:16, 95:17, 96:1, 96:5, 96:14, 96:17, 96:20, 97:10, 98:7, 98:15, 98:24, 99:1, 99:25, 100:19, 101:9, 102:24, 102:25, 103:10, 103:11, 103:17, 103:22, 105:20, 105:23, 106:1, 106:24, 108:22, 109:13, 110:6, 112:10, 112:16, 124:24,

126:15, 135:20,
136:4, 138:11
  **Guard's** [2] - 94:24,
135:23
  **Guard-Certified** [1] -
73:23
  **guess** [3] - 63:10,
102:1
  **guidance** [1] - 105:7
  **guided** [1] - 66:2
  **guiding** [1] - 45:25
  **guilty** [2] - 36:18,
69:13
  **GULF** [1] - 1:4
  **Gulf** [64] - 4:9, 8:4,
12:23, 13:13, 14:8,
14:12, 16:1, 17:3,
20:5, 20:14, 26:19,
26:22, 27:2, 27:14,
27:18, 27:23, 30:13,
31:2, 31:13, 33:8,
33:9, 35:16, 36:5,
46:6, 49:15, 50:2,
51:2, 51:8, 51:13,
52:12, 52:13, 52:15,
52:16, 53:15, 53:17,
54:14, 54:20, 55:1,
55:4, 55:7, 55:18,
55:23, 55:25, 56:2,
56:3, 59:8, 59:13,
60:14, 68:20, 68:23,
70:21, 71:5, 77:14,
78:18, 93:12, 98:23,
99:20, 101:20,
113:23, 118:8,
128:17, 130:7, 137:1,
138:21
  **guy** [1] - 25:24

# H

  **habitat** [1] - 20:24
  **habitats** [4] - 12:25,
15:11, 15:20, 19:15
  **had** [80] - 4:15, 6:12,
6:14, 10:21, 12:24,
20:5, 20:7, 20:16,
23:12, 25:10, 26:6,
35:18, 40:18, 42:14,
42:15, 42:16, 44:1,
45:7, 48:23, 48:24,
50:11, 54:25, 61:9,
62:8, 63:8, 71:3, 73:4,
74:11, 76:5, 76:10,
76:11, 76:23, 77:11,
77:20, 79:3, 79:15,
79:17, 80:21, 82:3,
86:8, 87:17, 88:19,
89:17, 91:17, 93:1,
93:10, 95:9, 97:3,

97:7, 99:15, 100:4,
100:5, 100:6, 100:14,
100:21, 101:20,
102:6, 103:6, 103:24,
105:20, 105:22,
106:12, 107:5, 108:7,
112:21, 116:11,
117:2, 125:20,
125:22, 128:21,
128:24, 134:10,
135:16, 137:21, 139:2
  **hadn't** [1] - 30:22
  **hair** [1] - 18:5
  **half** [5] - 24:10, 29:3,
58:17, 58:18, 72:19
  **hall** [3] - 7:2, 7:16,
7:17
  **Halliburton's** [1] -
34:20
  **hallway** [1] - 6:23
  **hand** [2] - 29:6,
32:13
  **handed** [1] - 81:10
  **handful** [1] - 89:2
  **handled** [3] - 76:6,
90:14, 136:3
  **handling** [1] - 41:3
  **HANKEY** [1] - 1:21
  **Hanzalik** [4] - 42:21,
49:4, 131:22, 131:25
  **Hanzalik's** [1] -
133:21
  **happen** [2] - 29:1,
84:21
  **happened** [9] -
15:13, 20:8, 22:12,
77:11, 90:23, 97:1,
98:23, 118:8, 122:3
  **happening** [2] -
27:20, 110:23
  **happens** [2] - 82:20,
96:23
  **happy** [1] - 85:12
  **hard** [7] - 91:11,
107:1, 109:8, 109:21,
110:2, 111:8, 116:22
  **hardships** [2] -
22:13, 22:14
  **Hariklia** [1] - 5:17
  **HARIKLIA** [1] - 2:11
  **harm** [18] - 13:1,
15:6, 15:7, 15:9,
15:10, 15:11, 15:14,
17:22, 18:24, 18:25,
21:13, 21:20, 24:17,
26:24, 39:16
  **harm's** [1] - 84:24
  **harmed** [2] - 15:16,
19:22
  **harms** [10] - 15:8,

15:21, 18:16, 18:22,
19:2, 19:6, 20:8,
25:13, 34:13, 66:24
  **Harvey** [1] - 5:5
  **HARVEY** [2] - 1:22,
5:5
  **has** [72] - 6:4, 11:6,
14:24, 15:1, 19:5,
28:23, 30:22, 32:23,
33:13, 33:22, 34:8,
37:18, 38:5, 38:19,
39:20, 40:2, 44:7,
46:23, 47:11, 48:14,
51:9, 52:7, 52:12,
53:2, 54:5, 54:7,
54:14, 55:3, 55:21,
55:24, 56:16, 57:12,
58:5, 58:8, 58:13,
58:15, 58:22, 59:23,
60:15, 60:24, 61:6,
61:24, 64:11, 64:20,
64:21, 65:19, 66:11,
66:25, 67:3, 67:7,
67:9, 68:1, 69:12,
69:25, 70:10, 71:3,
83:20, 84:4, 95:17,
101:8, 101:10,
102:18, 107:10,
107:20, 116:6, 130:1,
132:19, 133:21,
135:18, 136:4
  **hasn't** [1] - 102:14
  **hatchings** [1] - 20:5
  **hate** [1] - 62:24
  **hats** [2] - 136:7
  **have** [198] - 4:19, 6:4,
6:19, 7:5, 7:15, 9:10,
9:11, 9:17, 9:20, 10:5,
10:15, 11:4, 11:17,
11:18, 12:3, 12:4,
12:6, 12:8, 13:23,
14:4, 14:7, 14:17,
15:16, 16:2, 16:12,
16:22, 17:13, 18:19,
19:2, 19:4, 19:17,
20:13, 20:20, 21:5,
23:21, 24:3, 24:11,
24:15, 25:5, 25:9,
25:11, 26:16, 29:21,
30:4, 30:8, 30:17,
31:23, 32:8, 32:9,
32:12, 32:22, 32:24,
33:19, 33:23, 35:13,
35:14, 35:19, 36:19,
37:16, 39:25, 40:6,
40:14, 40:19, 41:5,
43:19, 45:19, 45:22,
49:20, 49:22, 50:1,
50:18, 51:7, 51:11,
52:6, 52:17, 52:21,

52:23, 53:11, 53:17,
53:19, 53:20, 54:9,
55:23, 56:3, 56:5,
56:9, 56:18, 56:23,
57:20, 58:1, 59:3,
59:5, 59:7, 59:8,
59:16, 59:21, 59:24,
60:20, 61:5, 61:12,
62:24, 63:4, 63:15,
64:4, 64:6, 64:13,
64:17, 67:6, 67:23,
68:9, 68:16, 70:8,
72:15, 72:22, 73:4,
73:16, 76:12, 76:17,
81:8, 81:25, 82:17,
82:19, 82:21, 83:20,
84:5, 85:5, 85:9,
85:15, 85:17, 86:19,
87:17, 87:18, 88:5,
88:9, 88:15, 90:13,
91:17, 91:18, 93:13,
95:11, 95:16, 95:18,
95:19, 96:17, 96:24,
97:1, 97:4, 98:9,
98:23, 99:13, 101:2,
101:17, 102:9,
102:11, 104:7,
104:18, 105:7,
105:14, 106:5,
107:11, 109:1,
110:19, 110:20,
111:22, 114:3,
114:10, 114:17,
114:25, 116:2,
117:24, 121:12,
122:16, 125:22,
125:23, 127:10,
132:8, 132:9, 133:2,
133:4, 133:5, 133:7,
133:14, 134:7, 134:8,
134:17, 136:10,
136:20, 137:23,
138:13, 138:15,
139:16
  **haven't** [1] - 85:9
  **having** [11] - 26:7,
26:11, 28:12, 75:12,
92:2, 95:8, 100:5,
100:23, 130:16,
136:9, 136:22
  **hazard** [2] - 82:15,
82:16
  **hazardous** [2] - 73:3,
73:14
  **hazards** [3] - 36:12,
82:14, 82:17
  **hazmat** [1] - 90:17
  **he's** [2] - 28:15,
33:13
  **head** [2] - 72:5,

138:15
  **HEAD** [1] - 111:5
  **Health** [1] - 73:17
  **health** [11] - 12:20,
17:8, 17:18, 17:22,
36:8, 81:20, 81:24,
82:8, 82:13, 129:8,
129:15
  **healthy** [1] - 33:21
  **hear** [16] - 5:9, 7:1,
10:18, 10:19, 40:15,
40:21, 42:9, 43:1,
44:23, 45:17, 46:4,
47:8, 52:13, 91:2,
116:23
  **heard** [14] - 28:16,
30:22, 36:16, 40:2,
40:9, 43:19, 45:14,
46:8, 48:15, 53:21,
55:3, 59:22, 101:20,
139:4
  **HEARD** [1] - 1:12
  **hearsay** [2] - 98:12,
132:14
  **heating** [1] - 83:22
  **heavier** [1] - 52:22
  **heavily** [3] - 19:20,
49:23, 115:2
  **heavy** [2] - 50:1,
93:14
  **height** [1] - 127:6
  **heights** [1] - 88:22
  **held** [4] - 27:1,
27:19, 66:11, 72:25
  **helicopters** [1] -
104:3
  **help** [9] - 24:10,
26:9, 37:21, 38:21,
38:22, 54:10, 54:20,
73:13, 118:14
  **helped** [1] - 113:22
  **helpful** [2] - 39:9,
48:18
  **helping** [2] - 42:23,
105:11
  **helps** [1] - 123:2
  **her** [18] - 6:1, 16:9,
16:11, 16:12, 16:19,
16:25, 17:3, 17:5,
23:12, 97:20, 97:21,
115:11, 115:18,
115:20, 116:10,
138:1, 138:20
  **here** [66] - 4:14, 4:15,
5:13, 5:23, 5:24, 6:1,
9:13, 16:2, 19:10,
19:11, 22:3, 22:13,
22:25, 23:1, 27:1,
27:20, 30:17, 31:20,
32:9, 37:25, 39:11,

39:12, 40:8, 41:1,
41:5, 41:9, 41:24,
42:3, 42:10, 45:8,
47:16, 49:14, 49:19,
50:12, 51:22, 52:1,
53:4, 53:6, 54:19,
56:12, 56:19, 56:20,
57:18, 57:24, 58:7,
59:11, 60:13, 61:1,
61:12, 61:19, 62:11,
62:22, 65:19, 66:7,
66:23, 66:25, 69:19,
69:23, 109:8, 111:7,
114:2, 114:17,
116:25, 120:11, 132:3
  **hereby** [1] - 140:7
  **hey** [2] - 85:16,
102:13
  **high** [12] - 13:23,
13:24, 25:19, 25:21,
28:23, 28:25, 29:2,
36:23, 55:19, 56:8,
84:10, 117:13
  **high-paying** [1] -
55:19
  **higher** [3] - 23:22,
29:17, 36:23
  **highest** [1] - 126:11
  **highlighted** [5] -
109:7, 113:21, 114:3,
116:1, 129:25
  **highly** [1] - 33:12
  **Hill** [1] - 73:18
  **him** [10] - 26:23,
30:13, 59:11, 62:9,
109:21, 117:18,
117:20, 117:25,
118:2, 128:21
  **Himmelhoch** [3] -
4:25, 71:25, 72:15
  **HIMMELHOCH** [33] -
1:17, 4:25, 5:13, 9:25,
10:3, 71:24, 72:3,
72:5, 72:14, 80:8,
80:10, 86:20, 86:23,
87:4, 87:10, 88:7,
88:13, 97:22, 97:24,
98:21, 99:9, 99:16,
104:7, 107:8, 107:15,
132:13, 134:20,
134:22, 138:1, 138:4,
138:19, 138:25,
139:16
  **hindsight** [1] - 91:17
  **hired** [3] - 17:5,
43:25, 130:9
  **his** [16] - 6:6, 17:11,
17:14, 18:17, 21:3,
21:5, 21:8, 28:8,
29:11, 39:4, 41:15,

68:1, 76:5, 77:23,
129:5, 136:10
  **historical** [1] - 33:20,
51:16
  **history** [5] - 12:19,
14:16, 23:5, 41:21,
77:8
  **hit** [10] - 19:20,
78:20, 81:15, 98:18,
104:23, 104:25,
106:15, 133:18, 135:7
  **hits** [2] - 133:15,
133:22
  **hitting** [1] - 81:14
  **hold** [3] - 73:15,
73:21, 75:16
  **HOLDINGS** [1] - 2:8
  **holes** [1] - 27:1
  **holiday** [1] - 6:14
  **Hollek** [1] - 71:6
  **holocaust** [1] -
115:10
  **home** [4] - 95:20,
103:24, 103:25, 104:1
  **Homeland** [1] -
79:15
  **homicide** [1] - 34:22
  **Honor** [66] - 4:24,
4:25, 5:1, 5:2, 5:3,
5:11, 5:13, 5:16, 5:17,
5:18, 5:21, 9:25, 10:3,
11:8, 11:11, 11:14,
11:16, 11:25, 12:1,
13:14, 22:20, 24:1,
35:21, 36:20, 37:13,
37:15, 38:23, 40:22,
41:1, 41:6, 42:15,
42:19, 43:24, 45:21,
53:5, 54:4, 55:3,
57:16, 58:16, 58:23,
60:6, 61:4, 61:13,
62:12, 62:19, 63:4,
65:16, 66:15, 69:16,
71:11, 71:24, 72:3,
86:24, 87:2, 88:3,
88:7, 97:22, 99:5,
99:9, 104:10, 107:8,
132:13, 132:19,
134:20, 138:19,
139:16
  **Honor's** [2] - 49:1,
58:20
  **HONORABLE** [1] -
1:12
  **honored** [1] - 108:16
  **hope** [3] - 41:15,
45:16, 51:6
  **hopefully** [2] - 37:21,
85:8
  **HORIZON** [16] - 1:3,

86:3, 88:14, 89:4,
89:8, 89:11, 89:17,
89:22, 90:18, 94:15,
96:15, 98:10, 103:15,
112:3, 129:18, 136:11
  **Horizon** [15] - 4:9,
8:1, 8:21, 45:9, 46:15,
46:22, 53:25, 74:2,
75:14, 75:17, 77:4,
77:6, 78:4, 78:22,
80:2
  **hot** [1] - 82:20
  **Houma** [31] - 42:7,
74:6, 75:23, 76:14,
78:18, 86:7, 87:25,
91:8, 92:4, 93:2, 98:5,
98:6, 98:17, 101:23,
102:4, 102:5, 104:20,
104:25, 105:7,
105:13, 106:4, 106:9,
106:16, 108:12,
108:15, 117:2, 126:8,
126:9, 131:7, 134:9,
136:24
  **Houma's** [2] - 90:23,
127:23
  **hour** [2] - 6:5, 139:20
  **hours** [5] - 91:12,
93:17, 93:24, 94:3
  **House** [1] - 41:17
  **household** [1] - 97:8
  **houses** [1] - 50:18
  **housing** [2] - 43:1,
131:2
  **Houston** [2] - 42:14,
105:2
  **however** [2] - 9:14,
71:11
  **human** [9] - 12:20,
12:22, 17:8, 17:18,
17:22, 18:14, 81:24,
82:8
  **hundred** [1] - 74:15
  **hundredes** [1] -
128:6
  **hundreds** [4] - 17:1,
20:1, 57:5, 59:5
  **hurricane** [2] -
93:11, 101:25
  **Hurricane** [4] -
16:19, 94:18, 103:14,
128:21
  **hurt** [1] - 46:7
  **hydrocarbon** [1] -
52:14
  **hydrocarbon-rich**
[1] - 52:14
  **hydrocarbons** [4] -
21:17, 52:8, 52:18
  **Hygiene** [2] - 73:18,

129:14
  **hygiene** [2] - 129:14,
130:6
  **Hygienist** [1] - 73:22
  **hygienist** [2] -
129:10, 130:13
  **hyperbole** [1] -
110:19

## I

  **I** [298] - 4:1, 4:13,
4:14, 4:17, 5:9, 6:12,
6:19, 7:7, 7:16, 8:5,
8:12, 8:19, 8:24, 9:1,
9:4, 9:11, 10:1, 10:8,
10:12, 10:20, 11:18,
11:21, 11:24, 12:12,
13:14, 14:24, 17:20,
18:16, 20:14, 26:16,
30:12, 30:19, 32:8,
34:9, 35:18, 35:19,
35:24, 36:16, 37:11,
37:16, 37:20, 37:24,
37:25, 38:19, 38:23,
39:8, 39:18, 40:9,
40:10, 40:11, 40:12,
41:5, 41:15, 41:16,
42:1, 42:10, 42:18,
43:2, 43:3, 43:8,
43:19, 45:16, 46:24,
47:1, 47:5, 49:13,
50:16, 51:1, 51:22,
52:1, 52:25, 53:4,
54:18, 55:2, 55:6,
55:17, 55:23, 57:16,
58:4, 58:6, 58:19,
59:13, 59:23, 60:4,
60:10, 62:10, 62:12,
62:22, 62:24, 62:25,
63:4, 63:5, 63:8,
63:10, 63:11, 63:12,
63:15, 63:17, 64:2,
64:4, 64:17, 65:3,
65:9, 65:10, 65:15,
69:7, 69:22, 70:17,
71:1, 72:12, 72:15,
73:7, 73:16, 74:6,
74:18, 74:20, 75:18,
75:19, 75:20, 75:21,
76:8, 76:11, 77:2,
77:3, 78:3, 80:18,
80:23, 81:16, 81:23,
82:17, 83:8, 84:22,
85:14, 86:5, 86:7,
86:8, 86:18, 86:21,
86:22, 87:5, 87:19,
87:22, 88:3, 88:5,
88:7, 88:18, 89:25,
91:1, 91:12, 92:5,

92:6, 92:24, 93:1,
93:10, 96:4, 97:13,
97:20, 97:22, 98:2,
98:18, 98:22, 98:23,
98:24, 99:5, 99:6,
99:7, 99:8, 100:16,
101:13, 101:19,
101:20, 101:21,
102:1, 102:14,
102:17, 102:21,
104:7, 104:15,
104:18, 107:8,
107:11, 107:17,
107:18, 108:1, 108:2,
108:25, 109:6,
109:11, 109:15,
110:11, 110:18,
112:1, 112:13, 114:3,
114:10, 114:17,
114:21, 114:25,
115:11, 115:16,
115:20, 116:9,
116:10, 116:11,
116:15, 116:18,
117:19, 117:23,
117:24, 118:1, 118:9,
118:19, 118:24,
120:6, 121:9, 121:11,
121:23, 122:3,
122:18, 125:20,
125:22, 126:13,
128:5, 129:11,
129:22, 130:18,
131:10, 132:1,
132:13, 132:24,
133:2, 133:3, 133:12,
133:14, 134:3, 134:4,
134:17, 135:9,
135:15, 136:13,
136:21, 136:24,
137:20, 137:23,
137:24, 137:25,
138:5, 138:7, 138:14,
138:15, 138:18,
138:21, 139:4, 139:6,
139:16, 140:6
  **I'd** [1] - 119:3
  **I'll** [19] - 6:8, 12:13,
14:4, 14:20, 18:16,
34:6, 35:23, 59:23,
63:24, 113:12,
114:25, 116:5,
118:20, 120:5, 125:7,
129:25, 132:21,
133:12, 133:25
  **I'm** [16] - 43:18, 47:1,
49:19, 63:12, 72:15,
84:22, 101:1, 107:13,
112:13, 118:23,
122:6, 122:8, 128:4,
131:9, 131:10, 133:14

**I've** [10] - 26:22, 40:9, 41:8, 44:12, 45:14, 63:10, 63:11, 73:1, 109:6

**Ian** [1] - 29:10

**Ibos** [4] - 3:9, 140:6, 140:13, 140:14

**ICP** [4] - 105:6, 106:4, 106:16, 127:23

**ICS** [10] - 74:25, 75:2, 75:14, 75:16, 77:3, 77:6, 77:8, 77:18, 78:13, 78:22

**identified** [1] - 53:22

**identify** [5] - 36:4, 53:19, 72:17, 73:6, 85:7

**if** [115] - 5:8, 5:24, 6:19, 6:22, 6:25, 10:5, 10:19, 11:17, 11:18, 11:21, 12:10, 15:15, 24:11, 24:21, 26:16, 27:17, 27:19, 28:10, 28:19, 30:8, 32:8, 35:4, 35:17, 37:2, 37:5, 40:10, 43:11, 46:25, 49:5, 49:16, 49:17, 49:23, 50:6, 50:7, 50:19, 51:17, 52:1, 56:23, 58:7, 58:19, 61:1, 61:7, 61:25, 62:8, 62:13, 62:15, 63:11, 63:21, 63:25, 64:2, 64:6, 67:1, 67:13, 68:18, 69:3, 69:23, 70:19, 72:8, 72:9, 73:15, 76:11, 80:8, 82:2, 83:11, 83:12, 83:21, 84:2, 84:19, 84:21, 85:11, 85:13, 85:16, 85:20, 86:3, 86:13, 86:14, 86:21, 87:15, 90:6, 92:8, 94:5, 95:9, 96:4, 97:13, 97:18, 103:2, 104:19, 105:18, 109:1, 109:6, 110:11, 111:25, 114:10, 115:25, 119:2, 119:11, 120:5, 125:22, 128:4, 128:16, 130:20, 132:6, 133:3, 133:5, 133:13, 133:15, 133:17, 133:22, 135:9, 137:18, 137:25

**ignored** [1] - 36:11

**IH** [2] - 130:4, 130:5

**II** [8] - 8:8, 8:12, 9:1, 11:14, 15:24, 22:20,

22:21, 34:9

**III** [1] - 11:14

**IL** [1] - 2:13

**illnesses** [2] - 17:25, 120:17

**immediately** [5] - 38:10, 39:21, 42:1, 42:6, 50:21

**impact** [38] - 13:8, 13:22, 18:19, 20:25, 21:5, 28:14, 28:23, 29:9, 33:15, 39:7, 49:5, 51:1, 51:2, 51:11, 53:3, 54:25, 57:16, 57:19, 57:21, 61:6, 64:25, 70:10, 70:12, 71:3, 79:5, 81:18, 92:1, 93:16, 94:24, 96:17, 97:2, 103:10, 114:12, 115:14, 115:19, 121:15, 121:19

**impacted** [7] - 53:18, 78:24, 79:2, 83:11, 87:13, 110:13, 116:2

**impacting** [4] - 29:25, 34:5, 48:12, 78:20

**impacts** [30] - 12:16, 12:20, 12:22, 12:24, 14:21, 15:22, 16:7, 17:7, 17:8, 17:17, 18:13, 19:1, 20:23, 21:2, 21:4, 22:15, 22:16, 25:13, 26:17, 38:7, 38:25, 53:8, 81:21, 98:10, 98:23, 113:22

**impede** [2] - 68:3, 68:6

**implication** [3] - 95:6, 97:4, 99:17

**imply** [1] - 15:7

**important** [23] - 27:3, 27:6, 39:5, 39:6, 39:8, 39:14, 41:18, 41:19, 42:4, 42:6, 44:7, 51:14, 55:10, 56:22, 61:14, 61:15, 61:16, 84:8, 84:17, 119:18, 121:2, 125:12

**importantly** [1] - 47:9

**impose** [3] - 36:21, 36:23, 71:15

**imposed** [1] - 57:21

**improve** [2] - 68:1, 68:3

**improved** [1] - 26:8

**in** [611] - 4:8, 4:9,

5:24, 5:25, 6:3, 6:6, 6:12, 7:1, 7:4, 7:8, 7:11, 7:18, 7:19, 7:20, 8:2, 8:3, 8:5, 8:7, 8:8, 8:13, 8:15, 8:16, 8:19, 8:20, 8:23, 9:1, 9:3, 9:10, 9:11, 10:10, 10:17, 10:18, 10:20, 12:2, 12:3, 12:7, 12:11, 12:12, 12:14, 12:19, 12:22, 13:14, 13:16, 14:16, 14:24, 15:1, 15:5, 15:15, 15:17, 15:19, 15:24, 16:9, 17:2, 17:7, 17:10, 17:14, 17:19, 17:21, 18:7, 18:11, 18:12, 19:8, 19:9, 19:15, 19:19, 19:21, 19:24, 20:4, 20:6, 20:17, 21:7, 21:9, 21:12, 21:14, 21:15, 21:17, 21:25, 22:11, 22:21, 22:22, 22:25, 23:5, 23:13, 23:23, 24:1, 24:3, 24:5, 24:6, 24:13, 24:22, 25:1, 25:16, 25:21, 25:24, 26:12, 26:19, 26:22, 27:2, 27:6, 27:9, 28:1, 28:15, 28:16, 28:18, 28:20, 29:5, 29:7, 29:14, 29:21, 29:24, 29:25, 30:16, 30:20, 31:3, 31:13, 31:15, 32:10, 32:11, 32:12, 32:17, 32:19, 33:8, 33:9, 33:10, 33:15, 33:19, 34:4, 34:7, 34:9, 34:15, 35:14, 35:16, 35:18, 35:22, 35:23, 36:1, 36:2, 36:3, 36:7, 36:10, 36:13, 36:16, 36:19, 36:20, 37:3, 37:18, 37:19, 38:1, 38:6, 38:9, 38:13, 38:24, 39:4, 39:6, 39:8, 39:9, 39:11, 39:12, 39:13, 39:15, 39:18, 39:22, 39:25, 40:3, 40:10, 40:12, 40:13, 40:16, 40:20, 40:22, 41:2, 41:3, 41:4, 41:10, 41:15, 41:19, 41:23, 41:24, 42:5, 42:7, 42:10, 42:11, 42:13, 42:14, 42:16, 42:17, 42:23, 43:2, 43:4, 43:6, 43:12, 43:16, 43:17, 43:19,

44:1, 44:5, 44:14, 44:17, 45:4, 45:18, 46:20, 46:23, 46:24, 47:7, 47:10, 47:11, 47:14, 47:18, 47:21, 48:10, 48:14, 48:16, 48:17, 48:19, 49:15, 49:17, 49:21, 49:25, 50:9, 50:19, 50:23, 50:24, 51:9, 51:10, 51:17, 51:19, 51:21, 52:10, 52:13, 52:15, 52:18, 52:20, 53:7, 53:10, 53:17, 53:20, 53:23, 54:8, 54:19, 54:23, 54:24, 55:4, 55:8, 55:14, 55:16, 55:18, 55:21, 55:23, 55:25, 56:2, 56:3, 56:5, 56:6, 56:9, 56:13, 56:16, 56:24, 57:8, 58:1, 58:10, 58:12, 58:15, 58:17, 58:18, 58:19, 58:21, 58:24, 58:25, 59:4, 59:6, 59:8, 59:24, 60:10, 60:14, 60:19, 60:22, 61:2, 61:3, 61:5, 61:8, 61:10, 61:11, 61:16, 61:18, 61:20, 61:21, 61:23, 62:6, 62:20, 62:25, 63:22, 65:1, 65:7, 65:9, 65:18, 67:3, 67:4, 67:7, 67:13, 67:21, 68:4, 68:19, 68:21, 68:22, 68:23, 68:24, 69:5, 69:14, 69:16, 69:24, 70:1, 70:2, 70:5, 70:7, 71:1, 71:4, 71:5, 71:6, 72:19, 72:21, 72:25, 73:1, 73:7, 73:10, 73:16, 73:17, 73:19, 73:20, 73:25, 74:4, 74:6, 74:10, 74:11, 74:18, 74:19, 74:20, 75:6, 75:14, 75:18, 75:19, 76:3, 76:6, 76:8, 76:10, 76:20, 76:21, 77:3, 77:4, 77:6, 77:7, 77:8, 77:11, 77:16, 77:18, 77:20, 78:6, 78:13, 78:18, 79:6, 79:8, 79:17, 79:22, 79:25, 80:2, 80:20, 81:5, 81:9, 81:14, 81:15, 81:17, 81:18, 81:19, 81:25, 82:19, 82:21, 83:3, 83:4, 83:7, 83:8,

83:14, 83:17, 83:18, 84:1, 84:3, 84:12, 84:24, 84:25, 85:10, 86:7, 86:15, 87:6, 87:7, 87:20, 87:21, 87:25, 88:15, 88:18, 88:21, 89:8, 89:20, 89:22, 90:4, 90:13, 90:15, 90:16, 91:2, 91:12, 91:14, 91:16, 92:17, 93:2, 93:12, 94:10, 94:12, 94:16, 94:19, 94:21, 95:18, 95:19, 95:21, 95:25, 96:6, 96:9, 96:14, 97:5, 97:10, 98:3, 98:5, 98:7, 98:16, 98:17, 98:19, 99:15, 99:22, 100:7, 100:16, 100:17, 100:19, 100:22, 100:23, 101:2, 101:3, 101:7, 101:8, 101:11, 101:14, 101:17, 101:23, 102:3, 102:6, 102:12, 102:18, 102:25, 103:2, 103:8, 103:10, 103:21, 103:25, 104:2, 104:20, 104:21, 105:11, 106:4, 106:5, 106:19, 106:22, 107:6, 107:15, 108:8, 108:10, 108:11, 108:16, 108:17, 108:23, 109:11, 109:12, 109:14, 109:16, 110:23, 110:25, 112:20, 112:21, 112:25, 113:2, 113:16, 113:21, 114:12, 115:8, 115:10, 115:14, 115:15, 116:1, 116:2, 116:3, 116:6, 116:11, 116:13, 117:9, 117:10, 117:13, 117:20, 118:8, 118:14, 118:21, 118:25, 119:5, 119:6, 119:12, 119:15, 119:23, 120:1, 120:6, 120:25, 121:5, 121:11, 121:14, 121:18, 122:9, 122:13, 122:23, 123:15, 124:6, 124:9, 124:19, 125:18, 126:1, 126:2, 126:4, 126:9, 126:15,

126:18, 127:4,
127:10, 128:8,
128:13, 128:21,
129:3, 129:5, 129:15,
130:9, 130:16, 131:6,
131:7, 132:3, 132:25,
133:3, 133:17,
133:25, 134:9,
135:15, 135:25,
136:3, 136:17,
136:19, 136:21,
136:22, 136:24,
137:14, 137:18,
138:1, 138:10,
138:20, 139:14,
140:10

**IN** [4] - 1:3, 1:4, 72:6, 111:5

**inaccurate** [1] - 85:2
**Inc** [2] - 4:11, 30:18
**INC** [6] - 1:10, 2:6, 2:7, 2:8, 2:8, 2:9
**incentive** [1] - 28:13
**incentivize** [1] - 68:4
**incident** [20] - 34:16, 35:8, 38:10, 51:10, 57:25, 60:25, 75:21, 77:13, 77:19, 80:16, 87:6, 90:21, 99:6, 99:8, 100:6, 101:24, 102:5, 103:9, 104:20, 129:19

**Incident** [37] - 42:6, 42:14, 44:9, 44:11, 73:23, 74:22, 74:24, 75:3, 75:18, 75:23, 76:1, 76:4, 76:14, 76:17, 76:23, 76:24, 77:1, 77:12, 77:22, 78:3, 78:7, 79:13, 80:21, 80:22, 86:8, 87:24, 87:25, 91:7, 97:25, 105:6, 105:13, 105:18, 106:22, 106:23, 108:11, 117:15

**incidents** [3] - 35:22, 35:25, 36:7

**include** [10] - 20:18, 33:9, 41:11, 94:21, 96:12, 98:3, 107:21, 108:19, 109:23, 127:6
**included** [4] - 18:2, 81:17, 98:1, 106:5
**including** [16] - 7:13, 19:20, 23:22, 31:13, 61:1, 64:14, 66:3, 71:8, 108:21, 112:10, 112:16, 116:3, 117:7, 121:3, 121:25, 127:18

**inclusion** [1] - 101:3
**income** [1] - 131:18
**incorporate** [1] - 82:8
**incorrect** [1] - 59:17
**increase** [1] - 68:23
**increased** [1] - 54:21
**incredible** [1] - 118:13
**increments** [1] - 29:24
**incurred** [1] - 24:12
**indeed** [3] - 12:21, 14:14, 20:10
**independent** [2] - 54:13, 54:17
**indicate** [1] - 68:22
**indicated** [3] - 9:4, 26:14, 84:17
**indicating** [1] - 20:2
**INDICATING** [1] - 42:10
**indicator** [2] - 18:21, 26:24
**indispensable** [3] - 13:13, 26:21, 27:6
**individual** [2] - 59:13, 113:14
**individuals** [8] - 98:6, 107:5, 107:10, 108:17, 108:23, 110:1, 121:18, 122:8
**Industrial** [3] - 73:17, 73:22, 129:14
**industrial** [4] - 129:10, 129:14, 130:6, 130:13
**industry** [12] - 13:19, 26:22, 27:2, 27:4, 27:14, 28:5, 28:15, 28:16, 33:19, 33:21, 58:16, 59:5
**Inflation** [1] - 29:4
**inform** [1] - 36:12
**information** [20] - 27:5, 31:24, 51:23, 78:11, 78:12, 80:15, 80:20, 81:21, 84:14, 84:15, 84:16, 85:1, 85:8, 91:5, 91:15, 92:25, 93:2, 115:22, 116:10
**Ingle** [1] - 30:10
**inhabitants** [1] - 14:12
**inhalation** [1] - 82:14
**inherent** [1] - 33:18
**inherently** [2] - 82:10, 82:11
**initially** [2] - 92:23,

126:6
**injections** [1] - 57:9
**injured** [4] - 15:11, 17:20, 46:9, 71:10
**injuries** [5] - 17:25, 18:3, 46:19, 47:23, 120:17
**injuring** [1] - 123:19
**injury** [5] - 51:4, 51:5, 51:20, 82:7
**input** [3] - 105:7, 127:23, 134:8
**inquiring** [1] - 138:21
**inspection** [1] - 96:8
**instance** [5] - 85:10, 99:21, 104:4, 108:10, 132:3
**instances** [1] - 54:23
**instead** [2] - 62:15, 136:9
**insure** [2] - 36:8, 137:7
**integrated** [2] - 31:12, 33:24
**intelligence** [1] - 59:4
**intend** [1] - 12:14
**intends** [1] - 69:25
**intensity** [1] - 16:20
**interact** [1] - 117:15
**interacting** [2] - 17:2, 117:6
**interaction** [1] - 108:6
**interagency** [1] - 133:9
**intercompany** [1] - 60:24
**interdiction** [1] - 96:7
**interest** [3] - 8:23, 24:1, 59:24
**interested** [1] - 59:9
**interests** [1] - 12:21
**interference** [1] - 16:11
**interfering** [1] - 14:9
**internal** [4] - 32:7, 32:21, 32:23, 33:12
**internet** [1] - 10:6
**interplay** [1] - 30:6
**interrogatories** [1] - 47:12
**interrupt** [1] - 62:24
**intervene** [2] - 67:21, 68:4
**interviewed** [2] - 45:7, 46:4
**interviews** [3] - 17:1,

17:5, 44:14
**intimidated** [1] - 133:7
**into** [34] - 4:20, 6:23, 9:12, 9:13, 10:16, 10:20, 12:10, 13:9, 16:15, 16:24, 19:14, 26:18, 31:12, 33:6, 38:11, 40:24, 42:2, 42:13, 43:4, 52:16, 74:10, 81:8, 81:10, 82:9, 83:2, 85:23, 88:22, 101:20, 111:1, 112:22, 122:25, 124:15, 128:1, 138:21
**introduced** [1] - 9:21
**invented** [1] - 31:1
**invested** [1] - 56:24
**investigation** [1] - 73:2
**investment** [3] - 56:23, 68:19, 68:23
**investments** [1] - 32:16
**investor** [5] - 27:20, 28:16, 63:24, 63:25, 64:9
**investors** [9] - 13:19, 27:13, 27:18, 28:6, 28:9, 28:18, 33:17, 33:18, 59:12
**involuntarily** [1] - 95:1
**involved** [32] - 8:7, 39:25, 43:6, 43:12, 43:17, 44:14, 73:25, 74:4, 74:11, 78:9, 79:23, 81:19, 84:8, 90:21, 94:10, 94:16, 94:17, 94:19, 94:21, 95:21, 96:9, 96:14, 97:10, 97:15, 98:3, 103:8, 103:22, 103:23, 108:17, 121:14, 121:18, 125:18
**involvement** [1] - 74:10
**involves** [1] - 8:24
**iPads** [1] - 6:20
**IPSR** [1] - 44:20
**irrelevant** [4] - 26:3, 36:1, 66:8, 69:8
**irritation** [1] - 18:4
**islands** [1] - 49:21
**isn't** [3] - 67:1, 83:22, 135:4
**ISPR** [2] - 44:12
**issuance** [2] - 91:21, 91:23

**issue** [24] - 28:8, 30:3, 47:5, 51:1, 51:5, 55:23, 56:15, 57:16, 60:8, 60:22, 62:22, 63:21, 84:25, 85:1, 87:21, 93:4, 99:12, 108:7, 108:25, 110:3, 116:25, 126:1
**issued** [1] - 60:1
**issues** [21] - 9:3, 13:7, 20:11, 26:18, 27:11, 30:1, 30:5, 37:20, 37:22, 38:18, 42:16, 54:5, 57:15, 64:14, 79:17, 93:7, 93:9, 107:6, 121:2, 122:7, 129:5
**It** [1] - 118:7
**it** [295] - 4:15, 4:17, 4:18, 5:12, 8:1, 8:11, 10:5, 11:10, 11:11, 11:19, 11:22, 11:24, 12:18, 13:9, 13:24, 14:7, 14:15, 15:10, 15:16, 16:4, 16:18, 17:4, 17:12, 20:9, 20:13, 20:20, 20:21, 21:5, 21:16, 21:18, 22:8, 22:12, 22:14, 23:4, 23:5, 23:10, 24:3, 24:15, 24:20, 25:20, 26:14, 27:25, 28:1, 28:4, 28:23, 29:5, 29:14, 30:22, 31:2, 31:6, 32:10, 33:8, 33:10, 33:13, 33:17, 33:21, 35:5, 35:6, 35:20, 35:24, 36:23, 38:11, 38:14, 38:15, 38:22, 38:25, 39:11, 39:15, 39:21, 39:22, 39:24, 40:10, 41:2, 41:6, 41:10, 42:2, 42:15, 44:10, 44:12, 45:1, 45:19, 46:24, 48:2, 48:8, 49:1, 49:5, 49:16, 50:5, 50:6, 50:7, 50:21, 50:22, 50:24, 51:3, 51:4, 51:20, 52:12, 52:19, 54:1, 54:6, 54:15, 54:16, 54:21, 55:16, 56:1, 56:11, 57:25, 58:1, 58:2, 58:21, 61:13, 61:15, 62:11, 63:10, 64:16, 65:4, 65:6, 65:14, 65:16, 66:2, 66:6, 67:14, 68:3, 68:5, 68:13, 68:19,

69:21, 69:23, 70:19,
71:2, 71:3, 71:12,
76:3, 76:21, 77:8,
77:10, 77:14, 77:20,
78:20, 78:24, 78:25,
79:2, 79:5, 79:22,
80:13, 81:7, 81:10,
81:13, 81:16, 82:8,
82:14, 82:15, 82:20,
83:4, 83:9, 83:21,
83:22, 84:17, 85:2,
86:6, 86:17, 86:18,
86:22, 86:23, 86:24,
86:25, 88:24, 89:17,
90:13, 91:5, 91:9,
91:16, 91:18, 92:23,
93:12, 96:16, 97:1,
97:3, 97:4, 98:12,
100:12, 100:17,
101:10, 101:13,
102:1, 102:18, 103:7,
103:22, 104:5,
105:20, 105:23,
106:4, 107:9, 107:15,
109:11, 109:19,
110:20, 111:11,
112:2, 112:10,
112:14, 112:15,
114:8, 114:20, 115:3,
115:4, 115:8, 115:10,
115:11, 115:12,
115:17, 115:20,
115:21, 116:5, 116:8,
116:18, 118:21,
119:12, 119:18,
120:24, 121:2, 121:6,
121:9, 121:11,
121:23, 122:3, 122:4,
122:12, 122:25,
123:1, 123:2, 124:22,
125:7, 125:20,
125:22, 126:4,
126:12, 126:19,
127:13, 127:14,
128:9, 129:11,
131:10, 132:7,
132:16, 133:4,
133:15, 133:17,
133:21, 134:2, 134:3,
134:5, 134:9, 135:7,
135:8, 135:15, 136:2,
137:9, 137:20,
138:15, 138:17, 139:4
    **it's** [79] - 6:12, 7:15,
7:16, 9:23, 10:6,
15:12, 17:12, 18:12,
18:13, 20:10, 20:12,
21:7, 21:13, 22:8,
26:1, 26:3, 30:18,
31:20, 31:21, 32:4,
32:25, 33:6, 34:17,

34:18, 37:7, 39:8,
39:9, 40:20, 41:18,
41:22, 49:22, 51:18,
52:10, 52:20, 55:25,
56:7, 56:22, 57:4,
58:9, 59:20, 64:19,
67:12, 73:12, 75:4,
79:20, 79:22, 80:14,
80:18, 81:7, 83:11,
83:12, 83:23, 84:3,
84:8, 84:21, 85:13,
86:7, 86:16, 86:22,
90:11, 90:20, 101:23,
109:11, 116:24,
117:9, 118:14,
119:20, 119:21,
120:1, 121:6, 122:3,
122:25, 127:14,
134:4, 136:18,
136:19, 139:19
    **its** [34] - 9:7, 13:4,
14:10, 14:12, 24:13,
28:5, 29:25, 32:21,
34:5, 38:10, 42:3,
55:14, 56:12, 56:13,
56:16, 57:25, 64:23,
64:24, 67:18, 69:1,
69:4, 69:14, 71:8,
71:23, 87:20, 94:3,
96:10, 96:15, 96:20,
102:18, 102:22, 116:7
    **itself** [4] - 30:2,
31:14, 33:4, 65:22
    **Ixtoc** [7] - 118:9,
137:25, 138:10,
138:16, 138:21,
139:1, 139:3

### J

    **J** [6] - 1:3, 1:8, 1:12,
2:10, 2:11, 3:1
    **Jackson** [6] - 80:8,
86:3, 86:13, 87:4,
90:6, 90:9
    **JAKOLA** [1] - 2:12
    **James** [11] - 30:13,
42:21, 49:4, 109:2,
109:12, 110:9,
131:22, 131:25,
133:21, 133:23, 134:5
    **JAMES** [1] - 3:1
    **January** [5] - 1:4,
61:9, 61:11, 61:21
    **JANUARY** [1] - 4:2
    **Jarrett** [1] - 5:20
    **JARRETT** [2] - 2:18,
5:20
    **Jersey** [3] - 100:4,
100:9, 100:13

    **Jim** [1] - 109:15
    **job** [15] - 22:25,
23:18, 30:19, 38:24,
40:10, 40:12, 40:20,
40:21, 50:17, 77:24,
101:13, 109:9,
118:14, 121:15,
121:19
    **jobs** [1] - 55:19
    **joint** [1] - 84:14
    **journals** [1] - 139:14
    **Judge** [8] - 5:20,
37:14, 37:24, 44:8,
48:20, 56:4, 112:1,
120:6
    **JUDGE** [1] - 1:12
    **judgment** [6] - 58:19,
63:11, 63:18, 64:3,
64:11, 129:5
    **judicial** [2] - 7:9,
123:16
    **JUDITH** [1] - 1:22
    **Judy** [1] - 5:5
    **July** [9] - 43:15, 47:9,
51:9, 51:25, 74:7,
74:8, 75:19, 111:1,
129:23
    **June** [10] - 32:11,
43:15, 50:13, 50:14,
51:9, 70:8, 109:4,
109:10, 110:9,
110:16, 114:23,
116:1, 118:5, 118:17,
135:3
    **jurisdiction** [2] -
35:18, 100:10
    **jury** [2] - 6:18, 18:12
    **just** [89] - 4:13, 4:18,
6:10, 6:25, 7:8, 9:4,
16:2, 17:7, 17:8,
21:19, 31:20, 32:24,
35:6, 35:23, 37:25,
40:24, 41:4, 41:8,
41:25, 42:4, 42:18,
42:22, 43:13, 47:1,
49:13, 50:7, 51:22,
53:4, 54:18, 55:15,
55:17, 55:23, 56:1,
56:15, 59:23, 59:24,
60:10, 62:10, 63:24,
65:3, 65:8, 70:16,
77:14, 78:3, 81:7,
81:23, 85:16, 86:21,
86:22, 88:3, 90:22,
91:17, 93:1, 95:16,
96:4, 98:17, 98:25,
104:16, 104:17,
104:25, 105:23,
107:9, 107:13,
107:18, 108:25,

109:18, 112:1,
112:14, 114:25,
116:5, 116:7, 116:20,
118:19, 121:22,
121:23, 122:4, 126:8,
127:16, 128:5, 128:6,
129:8, 131:10,
132:24, 133:21,
133:25, 137:24, 138:9
    **JUSTICE** [2] - 1:16,
2:1
    **justice** [1] - 64:5
    **justified** [1] - 66:18
    **justify** [1] - 69:1,
132:10

### K

    **K** [1] - 2:24
    **KANNER** [2] - 3:4,
3:4
    **Karen** [4] - 3:9,
140:6, 140:13, 140:14
    **KARIS** [2] - 2:11,
5:17
    **Karis** [1] - 5:17
    **Kathleen** [3] -
114:18, 115:8, 118:5
    **Katrina** [10] - 16:20,
94:18, 103:14, 104:3,
116:3, 128:22,
137:15, 137:18,
137:25, 138:2
    **KATRINE** [1] - 2:12
    **keep** [13] - 10:15,
20:14, 39:8, 39:9,
46:7, 47:7, 56:3, 79:8,
84:8, 87:5, 110:12,
111:12, 136:12
    **keeping** [9] - 39:22,
47:6, 58:25, 87:7,
109:8, 109:22, 111:8,
120:7, 121:11
    **Keith** [1] - 5:20
    **KEITH** [1] - 2:18
    **Ken** [1] - 67:25
    **kept** [1] - 49:2
    **key** [1] - 84:2
    **keyed** [1] - 59:24
    **kicking** [1] - 112:22
    **killed** [4] - 17:21,
20:1, 71:4, 101:25
    **killing** [1] - 34:23
    **Kimberly** [1] - 5:19
    **KIMBERLY** [1] - 2:15
    **kind** [10] - 54:2, 73:3,
81:11, 81:13, 82:6,
82:7, 82:12, 86:12,
91:13, 93:10

    **kinds** [3] - 40:18,
80:15, 93:7
    **KING** [1] - 1:22
    **King** [1] - 6:15
    **Kirby** [4] - 5:21, 11:3,
65:13, 65:17
    **KIRBY** [4] - 2:23,
5:21, 65:14, 65:16
    **KIRKLAND** [2] - 2:9,
2:14
    **knew** [4] - 43:9,
59:25, 110:22, 128:19
    **know** [47] - 4:14, 6:1,
10:20, 14:22, 18:13,
23:2, 29:12, 41:5,
43:2, 51:10, 56:16,
59:9, 59:20, 60:3,
60:7, 61:9, 62:8, 63:5,
63:9, 63:11, 64:8,
64:11, 70:7, 77:18,
81:16, 84:2, 84:10,
86:8, 92:3, 92:5, 96:4,
97:18, 100:6, 101:1,
102:14, 117:24,
118:7, 121:11,
122:20, 136:21,
136:24, 137:18,
137:22, 138:16
    **knowledge** [6] -
97:21, 98:9, 118:1,
122:12, 124:12,
125:20
    **known** [11] - 8:1,
18:6, 28:17, 36:11,
43:9, 53:16, 74:24,
75:7, 77:15, 125:23
    **knows** [2] - 17:20,
62:19
    **KRAUS** [1] - 3:5
    **KY** [1] - 2:23
    **Ky** [2] - 5:21, 65:17

### L

    **L** [1] - 72:6
    **LA** [4] - 1:4, 2:20,
3:7, 3:10
    **laborer** [1] - 29:16
    **laborers** [1] - 28:20
    **lacks** [1] - 107:16
    **Laferriere** [4] - 76:5,
102:15, 105:18,
108:11
    **Lamor** [1] - 128:8
    **land** [2] - 46:18,
50:14
    **Landry** [2] - 89:25,
90:11
    **LANGAN** [1] - 2:10

laptops [1] - 6:20
large [10] - 14:18, 19:8, 44:13, 48:2, 57:4, 95:9, 95:19, 103:17, 119:6, 130:25
large-scale [2] - 103:17, 130:25
largely [1] - 38:17
largest [2] - 12:19, 32:10
LaSalle [1] - 2:12
last [17] - 4:13, 4:17, 10:21, 20:9, 25:23, 30:4, 32:1, 32:11, 33:18, 33:19, 34:6, 65:3, 65:10, 70:8, 85:3, 110:12, 116:6
late [3] - 61:20, 88:18, 118:22
later [10] - 5:24, 18:18, 36:10, 42:9, 64:7, 79:12, 91:20, 102:13, 102:16, 105:13
LAURA [1] - 2:3
Law [3] - 25:1, 25:2, 41:5
law [10] - 8:6, 13:3, 14:18, 25:1, 25:3, 26:13, 31:10, 35:15, 37:5, 56:22
LAWRENCE [1] - 2:3
laws [2] - 25:3
lawsuit [3] - 17:4, 27:15, 27:23
lawyers [2] - 4:20, 10:21
lay [3] - 14:9, 97:22, 125:20
layered [2] - 47:7, 113:15
lead [2] - 45:17, 103:18
leader [3] - 30:13, 59:4, 117:2
leadership [6] - 45:7, 117:9, 117:13, 117:18, 128:24, 133:7
leading [1] - 58:8
learn [2] - 17:5, 17:21
learned [1] - 81:12
lease [1] - 68:24
Leaseholder [1] - 8:18
leases [3] - 27:1, 27:19, 27:21
least [7] - 18:14, 37:22, 63:17, 64:5, 79:12, 84:9, 94:7

leave [3] - 92:8, 99:19, 100:5
leaves [1] - 95:19
leaving [1] - 100:9
led [1] - 66:12
Lee [1] - 72:11
LEE [1] - 72:11
left [3] - 10:8, 50:7, 137:21
legal [1] - 57:6
legally [1] - 41:4
length [1] - 52:22
lengthy [1] - 69:6
less [5] - 25:7, 29:20, 106:15, 115:5, 123:24
lessen [1] - 84:3
lessons [1] - 81:12
let [19] - 6:1, 6:10, 28:25, 46:7, 67:8, 69:6, 70:19, 70:22, 86:8, 89:11, 100:25, 106:18, 112:14, 112:15, 127:16, 128:6, 132:1, 133:12, 136:19
let's [28] - 4:12, 4:21, 11:24, 15:8, 29:20, 30:1, 32:8, 36:1, 51:1, 57:24, 71:16, 81:24, 86:2, 86:3, 93:16, 93:17, 108:4, 110:8, 111:1, 113:8, 114:2, 114:17, 118:4, 121:22, 122:11, 124:2, 129:8
level [8] - 20:22, 41:25, 49:19, 78:12, 93:17, 102:23, 103:3, 133:6
levels [1] - 18:9
LEWIS [2] - 2:18, 3:1
liabilities [1] - 65:1
liability [2] - 8:7, 69:4
liable [1] - 65:20, 69:12
license [2] - 25:11, 35:19
life [8] - 18:14, 21:23, 52:4, 52:10, 52:22, 87:8, 87:12, 118:13
light [4] - 52:21, 58:10, 58:12
lightly [1] - 71:3
like [38] - 4:13, 11:10, 11:19, 16:13, 17:2, 21:12, 21:23, 22:16, 26:1, 28:24, 29:1, 29:7, 34:20, 34:24, 35:17, 37:20,

41:23, 58:1, 58:2, 59:12, 60:10, 62:1, 63:20, 65:4, 69:19, 70:18, 71:1, 78:19, 81:23, 88:21, 91:14, 95:17, 98:17, 100:25, 110:11, 112:2, 128:8, 134:3
likely [1] - 20:12
limit [1] - 90:2
limitation [1] - 9:3
limited [3] - 32:21, 53:3, 106:11
LIMITED [1] - 2:9
limits [2] - 44:21, 45:3
line [9] - 16:5, 32:21, 32:23, 32:24, 61:19, 70:12, 87:18, 102:17, 136:25
lines [3] - 17:19, 29:7, 68:5
linked [2] - 32:3, 32:4
links [1] - 31:8
LISKOW [1] - 2:18
list [7] - 4:19, 16:14, 19:1, 46:16, 92:25, 97:13
listed [2] - 82:24, 83:17
literally [1] - 79:20
literature [3] - 53:7, 138:11, 139:2
litigation [3] - 22:11, 24:14, 69:22
little [20] - 4:15, 41:24, 42:9, 47:17, 48:17, 48:25, 78:16, 79:13, 89:5, 89:12, 91:6, 91:16, 93:4, 102:1, 108:14, 110:19, 130:18, 134:4, 134:5
live [9] - 6:9, 9:13, 12:7, 12:8, 14:4, 34:7, 53:9, 70:7, 71:4
lives [1] - 38:4
living [1] - 17:3
local [4] - 16:15, 64:12, 114:4, 136:9
locals [2] - 26:4, 26:6
locate [1] - 124:12
location [1] - 117:4
locations [1] - 17:3
logistics [5] - 42:25, 43:1, 130:20, 130:25, 131:12
long [11] - 15:21, 18:13, 20:9, 59:3,

72:22, 86:25, 91:12, 92:1, 103:23, 135:7, 137:2
long-term [5] - 15:21, 18:13, 59:3, 92:1, 137:2
longer [2] - 79:13, 97:5
look [45] - 16:5, 21:21, 22:1, 29:21, 32:8, 36:1, 39:20, 41:8, 41:23, 48:20, 48:22, 49:5, 49:23, 51:14, 51:17, 52:6, 58:2, 58:7, 58:10, 61:7, 62:1, 62:13, 64:1, 64:9, 64:10, 65:11, 82:19, 82:24, 83:9, 111:1, 113:8, 114:2, 115:25, 118:4, 119:11, 120:5, 121:22, 122:11, 128:4, 130:20, 132:6, 139:14
Look [1] - 62:21
looked [7] - 21:1, 48:14, 55:15, 58:21, 63:10, 81:25, 127:24
looking [15] - 10:9, 15:19, 21:24, 53:8, 55:15, 61:16, 62:3, 62:11, 67:2, 82:6, 83:1, 83:19, 100:25, 119:3
looks [3] - 33:7, 58:1, 64:9
loop [1] - 100:11
Los [1] - 3:2
lose [4] - 84:19, 84:20, 84:21, 85:15
losing [2] - 21:6, 100:5
loss [2] - 18:3, 41:3
lost [4] - 17:10, 38:4, 116:7
lot [27] - 10:21, 13:14, 21:24, 24:16, 25:17, 30:11, 38:4, 38:5, 44:17, 46:4, 46:16, 46:17, 51:12, 56:25, 58:15, 61:7, 64:10, 81:5, 81:16, 92:22, 96:4, 97:6, 98:18, 103:7, 103:22, 109:17, 139:14
Lotterman [1] - 5:22
LOTTERMAN [2] - 2:23, 5:22
louder [1] - 5:8
LOUISIANA [2] - 1:1,

3:4
Louisiana [25] - 8:3, 16:25, 19:21, 20:7, 41:17, 42:5, 42:7, 42:8, 50:13, 54:23, 64:13, 75:20, 75:22, 75:23, 77:16, 78:21, 87:9, 89:25, 99:20, 104:22, 105:4, 115:11, 126:8, 140:7
Louisiana's [1] - 136:25
love [1] - 27:9
low [4] - 18:8, 21:25, 33:24
lower [5] - 19:16, 33:24, 34:1, 72:19, 90:3
LP [1] - 2:22
luck [1] - 122:4
lunch [1] - 139:19
LUNCH [1] - 139:22
Luther [1] - 6:15
lying [2] - 25:2, 34:22

## M

ma'am [2] - 98:13, 139:17
machine [1] - 44:24
Mackenzie [2] - 33:7, 59:4, 59:10, 59:12, 59:14, 59:20, 60:20, 61:23, 62:7
Macondo [12] - 8:2, 8:19, 8:23, 19:20, 31:13, 35:16, 36:15, 65:20, 68:10, 69:4, 69:15, 69:21
made [35] - 8:6, 8:8, 9:23, 20:19, 34:8, 37:4, 37:17, 37:18, 38:8, 41:9, 45:1, 49:24, 50:6, 60:11, 60:15, 60:18, 60:21, 64:6, 76:10, 82:2, 88:9, 90:1, 95:10, 99:6, 106:1, 108:15, 108:16, 114:3, 120:6, 124:19, 130:25, 132:4, 137:14, 139:1
mail [17] - 86:7, 86:11, 86:15, 108:14, 108:16, 109:2, 110:8, 111:2, 114:18, 115:15, 127:17, 132:25, 133:21, 134:2, 138:1, 138:20

**mails** [6] - 91:12, 115:9, 132:17, 134:24, 135:2, 137:15
**maintaining** [1] - 117:10
**major** [5] - 23:5, 28:3, 36:13, 78:25, 79:1
**majority** [5] - 30:20, 73:1, 109:8, 109:22, 111:8
**make** [42] - 4:19, 5:25, 6:20, 10:23, 26:10, 37:15, 39:19, 42:18, 44:22, 45:17, 46:8, 51:5, 54:15, 55:6, 56:18, 62:16, 64:2, 68:10, 74:18, 75:10, 76:11, 79:23, 82:3, 83:1, 83:3, 83:9, 84:2, 84:16, 92:18, 99:1, 99:8, 102:1, 116:22, 118:7, 119:21, 128:6, 130:15, 133:8, 134:3, 138:7, 138:10, 139:8
**makes** [1] - 56:1
**making** [1] - 41:19, 47:20, 47:22, 66:5, 76:8, 78:15, 90:13, 90:24, 115:3, 126:1, 126:10
**MALINDA** [1] - 2:3
**man** [1] - 95:10
**man-made** [1] - 95:10
**manage** [3] - 36:4, 75:3, 120:24
**managed** [2] - 131:9, 131:12
**management** [3] - 75:4, 75:6, 135:25
**Management** [2] - 80:4, 97:16
**Manager** [1] - 73:22
**managing** [1] - 33:22
**mandatory** [1] - 35:1
**manifest** [1] - 15:16
**manifested** [1] - 15:14
**manner** [3] - 87:7, 120:2, 126:2
**manufacturing** [1] - 44:25
**many** [34] - 10:15, 19:20, 19:25, 20:2, 20:9, 30:22, 34:19, 39:3, 42:20, 43:6, 46:17, 46:18, 50:23, 74:14, 75:12, 75:13,

76:2, 89:20, 92:1, 92:2, 92:3, 92:24, 93:17, 93:20, 93:25, 94:9, 94:12, 122:1, 135:23, 137:18, 137:22, 138:5, 139:14
**map** [2] - 16:2, 66:5
**maps** [1] - 79:21
**March** [1] - 70:5
**marine** [1] - 73:1
**Marine** [1] - 73:16
**mariner** [1] - 73:2
**MARK** [1] - 2:11
**market** [4] - 27:8, 61:18, 62:5, 63:25
**marketing** [1] - 55:2
**marketplace** [1] - 68:21
**marks** [2] - 117:13, 117:18
**marsh** [4] - 19:21, 25:9, 83:11, 116:6
**marshaling** [1] - 43:10
**marshes** [9] - 12:24, 19:17, 49:8, 49:14, 51:4, 110:23, 114:12, 116:2, 116:17
**Martin** [1] - 6:15
**Mason** [4] - 18:17, 26:20, 26:22, 27:12
**Mason's** [1] - 26:25
**massive** [12] - 15:10, 16:17, 16:18, 24:17, 28:20, 28:24, 49:8, 51:7, 51:23, 58:9, 102:21, 104:3
**Master** [2] - 73:17, 73:19
**material** [1] - 73:14
**materials** [1] - 73:3
**math** [2] - 92:8, 137:23
**Matt** [1] - 5:18
**matter** [4] - 11:7, 21:7, 90:17, 140:10
**matters** [2] - 13:8, 37:22
**MATTHEW** [1] - 2:10
**max** [1] - 29:23
**maximum** [13] - 29:2, 29:13, 29:19, 32:12, 32:17, 34:5, 34:14, 36:22, 36:25, 37:1, 49:19, 49:20, 94:16
**may** [14] - 7:5, 7:12, 9:9, 9:15, 12:8, 13:8, 21:9, 25:24, 35:21, 65:16, 67:6, 68:19,

99:6, 134:7
**May** [10] - 43:14, 43:24, 50:2, 50:15, 51:9, 51:25, 74:6, 75:18, 92:6, 96:23
**maybe** [3] - 11:19, 83:22, 86:22
**MAYBERRY** [1] - 2:3
**McCUTCHEN** [1] - 2:22
**McKINNEY** [1] - 3:5
**MDL-2179** [1] - 1:3
**me** [20] - 6:10, 24:2, 69:6, 69:8, 70:19, 70:22, 86:19, 86:22, 89:11, 100:25, 106:18, 107:9, 108:13, 112:14, 112:15, 115:9, 127:16, 128:6, 132:1
**mean** [13] - 18:9, 20:17, 25:16, 28:19, 35:5, 52:14, 57:10, 69:7, 79:19, 83:6, 91:2, 93:14, 118:23
**meaning** [1] - 6:18
**means** [6] - 19:24, 27:17, 32:14, 56:19, 56:22, 83:23
**meant** [6] - 75:9, 87:14, 93:1, 95:9, 97:3, 97:7
**measurable** [1] - 53:8
**measure** [1] - 12:18
**measured** [1] - 18:7
**measures** [1] - 113:22
**measuring** [1] - 47:22
**mechanical** [1] - 3:12
**mechanism** [1] - 19:8
**mechanisms** [2] - 21:22, 79:8
**media** [5] - 10:10, 84:14, 109:14, 109:17, 110:1
**medical** [2] - 18:1, 53:21
**meet** [1] - 98:17
**meeting** [5] - 85:8, 85:11, 90:16, 102:13, 102:15
**meetings** [2] - 17:2, 85:10
**members** [2] - 32:5, 84:15
**memo** [1] - 90:2

**men** [3] - 17:20, 38:3, 103:22
**mental** [1] - 81:14
**mention** [2] - 85:14, 120:5
**mentioned** [15] - 10:12, 13:14, 39:4, 42:1, 43:8, 51:22, 53:16, 53:23, 58:4, 58:6, 64:17, 85:3, 87:20, 120:7, 121:23
**mentioning** [1] - 43:18
**mere** [1] - 25:4
**Meredith** [3] - 15:23, 72:1, 72:11
**MEREDITH** [2] - 72:6, 72:11
**merely** [2] - 67:9, 70:20
**message** [2] - 67:19
**met** [4] - 17:1, 46:24, 50:11, 85:9
**methods** [1] - 16:23
**metrics** [3] - 27:1, 47:16, 53:4
**MEXICO** [1] - 1:4
**Mexico** [23] - 4:9, 8:4, 13:14, 16:1, 26:19, 26:22, 27:14, 30:13, 35:16, 36:5, 52:14, 52:15, 53:17, 54:14, 55:25, 56:4, 59:8, 59:14, 60:15, 68:20, 70:21, 118:8, 138:21
**Miami** [1] - 42:12
**mic** [2] - 11:17, 11:18
**mic'ed** [1] - 37:11
**MICHAEL** [1] - 1:20
**microphone** [4] - 5:9, 10:17, 10:20, 11:9
**microphones** [1] - 10:22
**mid** [4] - 43:14, 43:15, 81:5, 81:15
**mid-May** [1] - 43:14
**might** [14] - 14:8, 15:6, 24:2, 63:8, 83:10, 83:12, 83:14, 83:20, 83:24, 83:25, 84:22, 84:23, 93:13, 98:23, 109:16, 110:19, 118:7, 136:21
**migrant** [1] - 96:7
**migratory** [1] - 34:23
**Mike** [5] - 5:16, 37:13, 102:15, 117:15
**MIKE** [1] - 2:15

**mile** [2] - 132:8
**miles** [17] - 8:3, 14:8, 16:6, 19:15, 19:19, 19:20, 20:13, 20:15, 20:20, 20:21, 49:11, 115:3, 115:5, 115:17, 135:4
**military** [1] - 96:20
**million** [5] - 52:16, 54:13, 54:20, 54:21, 55:4, 55:7, 55:10, 55:20, 69:18, 69:23, 70:1, 101:6, 118:9, 137:20, 137:23
**millions** [3] - 48:12, 57:13, 67:4
**mind** [7] - 39:8, 39:9, 56:3, 58:25, 81:14, 108:1, 108:2
**mindful** [1] - 121:21
**minds** [1] - 87:7
**mine** [1] - 109:12
**minerals** [1] - 97:16
**minimal** [1] - 49:6
**minimize** [5] - 22:19, 24:20, 113:22, 121:9, 121:12
**minimized** [3] - 114:11, 126:22, 137:9
**minimizing** [3] - 22:19, 106:13, 121:15
**minimus** [1] - 15:7
**minute** [4] - 77:3, 109:1, 118:19, 128:6
**minutes** [4] - 4:20, 6:3, 57:24
**misses** [1] - 82:7
**missing** [1] - 97:8
**mission** [1] - 96:1
**missions** [1] - 16:13
**Mississippi** [6] - 8:2, 16:25, 42:13, 50:13, 54:23, 64:13
**mitigate** [9] - 22:19, 22:24, 24:20, 25:6, 25:9, 36:14, 37:8, 39:16, 71:7
**mitigated** [1] - 25:12
**mitigating** [2] - 26:15, 41:2
**mitigation** [14] - 13:5, 24:12, 24:22, 25:23, 26:11, 39:4, 40:25, 41:6, 41:11, 41:13, 41:18, 41:19, 54:18, 67:4
**Mobile** [4] - 7:25, 42:11, 42:12, 98:19
**mobilization** [1] - 43:23

**mobilized** [1] - 43:11
**mode** [1] - 6:22
**model** [4] - 21:5,
21:8, 58:2, 64:23
**moderate** [1] - 50:1
**modestly** [2] - 27:3,
27:6
**MOEX** [3] - 69:18,
69:22, 69:23
**moment** [1] - 70:17
**Monday** [1] - 6:13
**money** [10] - 24:16,
24:18, 24:19, 25:7,
44:25, 54:5, 54:11,
55:8, 58:6, 58:9
**monies** [1] - 58:1
**monitoring** [6] -
38:24, 119:12,
121:24, 122:11,
129:22, 136:2
**Monterey** [1] - 73:20
**month** [1] - 33:18
**morale** [4] - 86:12,
116:25, 117:3, 117:10
**moratorium** [1] -
64:15
**more** [35] - 16:4,
17:1, 18:18, 19:25,
20:2, 20:19, 33:1,
45:10, 50:6, 57:11,
61:16, 67:4, 69:5,
70:1, 74:20, 78:16,
78:22, 85:21, 86:2,
91:4, 91:5, 91:15,
92:25, 93:1, 93:2,
101:20, 103:7, 112:4,
114:10, 116:20,
127:14, 131:3,
133:12, 133:14,
133:20
**MORGAN** [1] - 3:1
**morning** [21] - 4:6,
4:16, 5:2, 5:3, 5:4,
5:16, 5:17, 5:18, 6:8,
11:8, 11:11, 11:12,
37:14, 37:16, 65:16,
69:6, 71:24, 72:15,
102:9, 104:13, 104:14
**MORNING** [2] - 1:13,
4:3
**mortality** [1] - 20:7
**most** [19] - 46:14,
53:16, 53:20, 54:23,
56:4, 66:8, 70:24,
77:8, 83:4, 83:6, 89:1,
106:25, 107:18,
108:23, 112:9,
118:14, 125:11,
126:2, 126:16
**mostly** [3] - 24:18,

56:5, 115:4
**mother** [2] - 109:18,
109:23
**Mother** [1] - 118:11
**motion** [2] - 15:1,
42:2
**motivation** [1] - 25:5
**move** [5] - 18:16,
28:22, 35:22, 35:23,
87:18
**moved** [2] - 19:14,
20:5
**moving** [3] - 19:13,
94:8, 97:8
**Mr** [50] - 10:24, 11:1,
11:7, 28:15, 29:10,
29:18, 32:1, 32:3,
32:19, 32:23, 33:3,
37:10, 39:4, 43:21,
46:8, 48:15, 53:2,
53:21, 56:25, 57:1,
58:13, 59:10, 59:15,
59:21, 60:8, 62:7,
63:16, 65:12, 70:17,
70:21, 80:8, 86:3,
86:13, 87:4, 88:10,
90:6, 90:9, 104:9,
105:18, 107:19,
110:16, 111:6,
132:22, 134:23,
135:9, 137:3, 137:14,
138:9, 139:8
**MR** [40] - 4:24, 5:1,
5:6, 5:11, 5:16, 5:18,
5:20, 5:22, 10:25,
11:2, 11:5, 11:8,
11:11, 11:13, 11:19,
11:23, 11:25, 22:11,
37:11, 37:13, 63:4,
63:8, 63:15, 63:17,
63:23, 88:3, 97:20,
98:12, 99:5, 104:10,
104:12, 107:13,
107:23, 108:5,
132:19, 132:23,
134:17, 137:24,
138:18, 138:24
**MS** [42] - 4:25, 5:2,
5:3, 5:4, 5:5, 5:7,
5:13, 5:17, 5:19, 5:21,
9:25, 10:3, 65:14,
65:16, 71:24, 72:3,
72:5, 72:14, 80:8,
80:10, 86:20, 86:23,
87:4, 87:10, 88:7,
88:13, 97:22, 97:24,
98:21, 99:9, 99:16,
104:7, 107:8, 107:15,
132:13, 134:20,
134:22, 138:1, 138:4,

138:19, 138:25,
139:16
**Ms** [4] - 5:8, 11:3,
65:13, 118:17
**much** [17] - 6:12,
15:11, 18:17, 42:25,
69:23, 76:3, 78:22,
87:3, 91:25, 97:3,
104:6, 115:5, 116:7,
127:14, 131:1,
131:18, 134:18
**much-needed** [1] -
131:1
**mud** [1] - 70:24
**multi** [2] - 57:4,
101:6
**multi-million** [1] -
101:6
**multi-national** [1] -
57:4
**multiple** [1] - 47:18
**music** [1] - 79:24
**must** [3] - 12:5, 66:1,
68:13
**my** [16] - 24:1, 73:1,
73:7, 74:7, 74:20,
84:23, 86:16, 86:21,
90:25, 92:8, 92:23,
92:24, 99:9, 100:4,
138:15, 140:9

# N

**N** [3] - 2:12, 4:1,
72:12
**N.W** [2] - 2:16, 2:24
**name** [5] - 10:13,
41:16, 72:9, 72:17,
126:13
**name's** [1] - 4:19
**named** [1] - 127:18
**names** [1] - 30:19
**Nancy** [1] - 5:7
**NANCY** [1] - 1:19
**Nat** [1] - 5:1
**NATHANIEL** [1] -
1:20
**National** [9] - 73:9,
73:12, 73:19, 74:19,
77:12, 77:22, 78:3,
80:22, 97:16
**national** [8] - 12:23,
25:8, 34:1, 57:4,
77:11, 77:24, 78:12,
133:6
**natural** [3] - 49:24,
82:23, 95:9
**naturally** [2] - 48:23,
50:7

**Nature** [1] - 118:11
**nature** [5] - 41:7,
99:6, 109:18, 109:23,
135:23
**Naval** [1] - 73:19
**near** [4] - 82:7,
82:20, 119:22, 122:13
**nearly** [2] - 51:21,
116:21
**Neary** [4] - 114:18,
115:8, 118:5, 118:17
**necessarily** [4] -
12:6, 23:10, 88:4,
101:7
**necessary** [4] -
11:19, 21:13, 21:14,
50:25
**need** [20] - 5:8, 6:22,
6:25, 15:7, 32:15,
41:21, 45:24, 50:20,
81:14, 88:3, 89:5,
102:11, 102:12,
109:9, 109:11,
112:13, 124:15,
131:10, 133:13
**needed** [17] - 10:12,
42:3, 43:5, 44:22,
62:7, 90:2, 93:9,
108:8, 110:2, 118:10,
124:10, 126:10,
126:19, 131:1,
131:1, 131:18, 136:1
**needs** [11] - 54:21,
58:11, 59:1, 66:17,
83:22, 85:9, 98:17,
126:11, 126:16,
132:25, 133:17
**negative** [2] - 53:8,
58:17, 67:23
**negatively** [1] -
28:14
**negligence** [1] -
22:21
**negotiated** [1] -
54:10
**neither** [1] - 71:13
**net** [1] - 123:21
**never** [10] - 15:14,
28:16, 33:1, 33:13,
35:5, 40:14, 137:9,
137:10
**New** [9] - 1:4, 2:20,
3:7, 3:10, 76:20,
100:4, 100:9, 100:13,
128:21
**new** [15] - 15:2, 23:5,
31:1, 31:5, 61:6,
61:11, 68:9, 68:10,
68:12, 68:16, 79:1,
97:5, 125:15, 128:4

**news** [1] - 111:8
**next** [43] - 12:6,
12:11, 13:2, 15:21,
16:2, 16:14, 16:21,
16:23, 17:18, 18:25,
19:14, 19:22, 20:11,
20:22, 22:15, 23:3,
23:16, 24:11, 25:20,
26:16, 26:25, 27:5,
27:10, 27:17, 27:25,
30:8, 30:17, 30:25,
32:9, 33:16, 34:6,
34:16, 36:7, 52:1,
57:24, 76:9, 82:1,
84:6, 85:3, 93:13,
102:13, 112:13,
118:11
**NIC** [2] - 77:12, 78:6
**NIC's** [1] - 77:24
**nice** [3] - 37:24,
52:12, 83:9
**night** [1] - 127:13
**nine** [4] - 35:15,
70:22, 72:23, 77:17
**No** [3] - 1:3, 1:8, 46:4
**no** [85] - 6:18, 7:4,
14:4, 15:2, 15:16,
17:13, 18:9, 20:16,
20:17, 20:22, 21:2,
21:19, 21:25, 22:8,
22:20, 25:13, 25:19,
28:1, 28:6, 28:19,
30:22, 30:23, 33:5,
33:11, 33:13, 35:13,
35:23, 36:3, 36:18,
38:2, 41:1, 44:21,
45:2, 47:20, 47:23,
50:16, 51:3, 51:9,
53:11, 53:21, 59:18,
59:19, 63:8, 66:16,
66:17, 67:9, 67:20,
68:16, 69:9, 86:23,
88:5, 89:1, 91:3, 91:6,
92:5, 92:12, 92:13,
93:6, 95:14, 96:3,
97:12, 101:19,
101:24, 104:7, 105:2,
107:10, 108:13,
113:1, 119:14,
120:17, 121:9,
122:12, 122:16,
122:17, 130:1,
135:17, 135:19,
136:15, 137:8, 139:4,
139:10, 139:16
**NOAA** [4] - 23:6,
97:16, 97:17, 98:14
**NODS** [1] - 111:5
**noise** [1] - 67:9
**NOMELLINI** [1] -

2:11

**non** [18] - 17:12, 28:5, 28:9, 66:9, 67:2, 67:3, 67:15, 67:20, 67:21, 68:2, 68:17, 68:20, 68:23, 69:21, 69:24, 113:21

**non-culpable** [2] - 67:2, 67:15

**non-highlighted** [1] - 113:21

**non-operating** [2] - 28:9, 68:23

**non-operator** [8] - 28:5, 66:9, 67:3, 67:15, 67:20, 67:21, 68:2, 69:24

**non-operators** [4] - 28:5, 68:17, 68:20, 69:21

**non-quantitative** [1] - 17:12

**none** [2] - 30:21, 70:14

**nonoperating** [3] - 8:23, 27:13, 68:4

**nor** [1] - 132:16

**normal** [1] - 55:11

**normally** [2] - 97:4, 103:6

**NORTH** [4] - 2:7, 2:7, 2:9, 2:9

**north** [4] - 29:14, 29:15, 37:8, 48:24

**North** [1] - 73:18

**northwest** [1] - 42:13

**not** [181] - 5:24, 6:19, 7:8, 10:4, 10:17, 10:19, 13:24, 14:7, 14:17, 15:13, 17:4, 17:6, 17:7, 17:8, 18:9, 19:10, 19:25, 20:1, 20:3, 20:9, 20:10, 20:13, 20:17, 20:18, 21:4, 21:14, 21:20, 22:3, 22:25, 24:2, 24:21, 25:14, 26:1, 26:13, 27:3, 27:6, 27:23, 28:4, 28:8, 28:18, 29:1, 30:18, 31:3, 31:6, 31:7, 31:14, 31:21, 33:8, 33:10, 34:7, 34:14, 34:19, 35:1, 36:8, 36:11, 36:14, 37:7, 37:8, 37:20, 40:3, 40:5, 40:14, 41:5, 45:17, 45:19, 45:22, 46:25, 47:1, 47:23,

50:23, 51:8, 51:11, 51:20, 52:21, 53:17, 53:20, 53:22, 54:14, 54:15, 55:11, 55:22, 56:5, 56:11, 56:17, 56:18, 56:24, 58:6, 60:2, 60:4, 60:20, 61:1, 62:9, 62:19, 63:5, 64:23, 64:25, 66:12, 66:18, 67:12, 67:15, 67:16, 68:3, 68:5, 69:2, 69:18, 69:21, 70:19, 71:1, 71:2, 71:12, 75:12, 76:12, 79:1, 81:1, 81:7, 83:10, 85:5, 85:12, 88:1, 88:8, 88:22, 88:24, 90:20, 91:13, 92:3, 92:16, 95:6, 95:8, 95:15, 97:13, 99:6, 100:17, 101:23, 101:25, 102:2, 104:24, 105:18, 107:10, 108:10, 109:14, 109:17, 109:19, 110:2, 110:5, 111:11, 111:16, 112:8, 114:11, 115:1, 115:4, 115:11, 115:12, 115:15, 115:16, 116:15, 116:21, 117:24, 118:23, 119:19, 119:22, 120:22, 121:6, 125:7, 127:1, 128:25, 132:8, 132:14, 132:16, 133:16, 134:7, 134:9, 136:19, 139:7

**notable** [1] - 46:14

**note** [6] - 37:25, 81:14, 116:1, 118:5, 129:23, 131:22

**notes** [1] - 102:12

**nothing** [3] - 32:25, 63:14, 65:22

**notice** [1] - 13:24

**notices** [1] - 6:17

**notified** [3] - 50:19, 50:20, 84:9

**now** [72] - 9:4, 12:10, 15:24, 18:25, 19:19, 22:6, 22:16, 23:2, 25:4, 26:11, 26:17, 29:18, 30:1, 31:8, 39:19, 45:14, 46:25, 47:4, 51:2, 51:7, 51:10, 51:12, 56:4, 57:16, 57:19, 58:23, 62:3, 62:11, 62:15,

63:13, 64:3, 65:6, 65:8, 65:7, 67:11, 67:16, 68:18, 69:25, 71:1, 79:4, 79:5, 80:23, 91:16, 93:16, 95:21, 98:22, 100:16, 105:20, 106:18, 107:19, 108:6, 108:25, 111:1, 111:11, 111:15, 111:25, 112:10, 113:8, 115:25, 117:2, 118:4, 119:20, 120:5, 122:9, 123:12, 124:2, 124:12, 126:21, 129:22, 133:20, 135:21, 139:11

**NRD** [5] - 19:10, 21:10, 21:12, 54:12, 64:15

**number** [35] - 9:10, 20:14, 23:22, 29:20, 40:7, 44:13, 46:9, 47:6, 47:10, 47:15, 48:22, 48:24, 49:2, 49:12, 53:12, 54:9, 56:8, 58:4, 58:5, 58:23, 60:13, 63:3, 64:3, 94:16, 97:3, 99:14, 117:6, 127:17, 134:23, 135:10, 137:3, 139:7

**numbered** [1] - 140:10

**numbers** [8] - 32:8, 32:19, 43:13, 48:25, 51:16, 59:20, 60:6, 128:8

**numerous** [1] - 9:17

---

**O**

**O** [1] - 4:1

**O'Bryan** [1] - 30:16

**O'ROURKE** [11] - 1:17, 4:24, 10:25, 11:8, 11:11, 11:13, 11:19, 11:23, 11:25, 22:11, 63:17

**O'Rourke** [13] - 4:24, 10:24, 11:7, 11:13, 39:4, 43:21, 46:8, 48:15, 53:2, 53:21, 63:16, 70:21, 88:10

**O'Rourke's** [1] - 70:17

**object** [5] - 97:20, 99:5, 107:8, 132:13, 138:18

**objection** [7] - 88:5,

98:12, 98:13, 99:11, 107:11, 132:21, 138:23

**objections** [2] - 88:8, 100:4

**objective** [1] - 130:16

**objectives** [3] - 46:24, 75:4, 111:12

**obligated** [1] - 65:8

**observations** [1] - 20:18

**observed** [4] - 16:4, 20:16, 53:10, 118:2

**observer** [2] - 121:25, 130:16

**observers** [3] - 121:25, 122:1, 122:5

**obstruction** [1] - 34:20

**obtaining** [1] - 113:6

**obviously** [1] - 14:17

**occasional** [1] - 46:19

**occasions** [3] - 89:2, 90:5, 123:22

**occur** [3] - 40:14, 54:12, 58:21

**occurred** [13] - 40:19, 47:13, 52:7, 53:25, 65:7, 66:12, 69:20, 70:23, 71:2, 83:20, 119:24, 131:7, 135:4

**occurring** [2] - 38:10, 50:23

**occurs** [2] - 52:24, 54:12

**ocean** [3] - 19:18, 23:20, 119:6

**odd** [1] - 132:7

**of** [947] - 4:9, 4:10, 4:18, 4:20, 4:22, 6:2, 6:6, 6:7, 6:11, 6:17, 7:1, 7:2, 7:9, 7:10, 7:13, 7:19, 7:20, 7:21, 7:22, 7:24, 8:3, 8:4, 8:6, 8:7, 8:8, 8:10, 8:14, 8:16, 8:18, 8:19, 8:20, 8:22, 8:25, 9:6, 9:10, 9:11, 9:14, 9:16, 9:17, 9:19, 9:22, 10:11, 10:15, 10:21, 11:14, 11:15, 12:7, 12:14, 12:16, 12:22, 12:25, 13:3, 13:4, 13:6, 13:7, 13:8, 13:9, 13:13, 13:14, 13:17, 13:22, 13:24, 14:2, 14:3, 14:8, 14:9,

14:11, 14:12, 14:18, 14:21, 14:22, 14:23, 14:24, 15:10, 15:11, 15:12, 15:13, 15:20, 15:22, 15:23, 15:25, 16:1, 16:2, 16:4, 16:6, 16:9, 16:11, 16:12, 16:14, 16:15, 16:16, 16:18, 16:20, 17:1, 17:3, 17:8, 17:10, 17:15, 17:17, 17:22, 17:23, 17:24, 17:25, 18:3, 18:4, 18:5, 18:13, 18:17, 18:18, 18:19, 18:21, 19:1, 19:6, 19:8, 19:13, 19:14, 19:15, 19:17, 19:18, 19:20, 19:23, 20:1, 20:3, 20:5, 20:6, 20:13, 20:15, 20:24, 20:25, 21:6, 21:11, 21:13, 21:17, 21:20, 21:22, 21:24, 21:25, 22:12, 22:15, 22:16, 22:18, 23:3, 23:6, 23:7, 23:8, 23:12, 23:13, 23:15, 23:19, 23:22, 23:23, 24:1, 24:2, 24:7, 24:13, 24:18, 24:20, 24:21, 25:4, 25:5, 25:13, 25:16, 25:17, 25:19, 26:17, 26:19, 26:22, 26:24, 27:2, 27:4, 27:8, 27:11, 27:14, 27:21, 28:2, 28:3, 28:9, 28:19, 28:22, 28:23, 28:25, 29:5, 29:6, 29:7, 29:9, 29:12, 29:15, 29:20, 29:21, 30:7, 30:9, 30:10, 30:11, 30:13, 30:19, 30:20, 30:21, 30:22, 31:2, 31:3, 31:6, 31:7, 31:17, 32:5, 32:6, 32:8, 32:11, 32:12, 32:19, 32:21, 32:23, 32:24, 33:4, 33:5, 33:9, 33:22, 33:24, 34:1, 34:3, 34:10, 34:13, 34:15, 34:19, 34:22, 35:6, 35:15, 35:16, 35:19, 36:5, 36:20, 37:1, 37:2, 37:7, 37:8, 37:17, 37:18, 37:20, 37:24, 38:1, 38:2, 38:4, 38:5, 38:6, 38:7, 38:13, 38:18, 38:20, 38:21, 38:24, 39:3, 39:5, 39:13, 39:15,

39:19, 39:20, 39:24, 40:3, 40:4, 40:7, 40:16, 40:17, 40:18, 40:22, 40:23, 41:5, 41:7, 41:8, 41:9, 41:10, 41:13, 41:18, 41:20, 41:25, 42:1, 42:2, 42:4, 42:7, 42:8, 42:12, 42:13, 42:20, 42:24, 42:25, 43:3, 43:6, 43:16, 43:19, 43:22, 43:23, 44:2, 44:3, 44:4, 44:5, 44:13, 44:14, 44:15, 44:18, 44:19, 44:20, 44:23, 45:4, 45:6, 45:10, 45:12, 45:13, 45:16, 45:17, 45:19, 46:1, 46:3, 46:5, 46:6, 46:9, 46:10, 46:11, 46:13, 46:14, 46:16, 46:17, 46:19, 47:3, 47:6, 47:8, 47:9, 47:12, 47:13, 47:15, 47:16, 47:20, 47:22, 47:24, 47:25, 48:1, 48:2, 48:4, 48:7, 48:8, 48:12, 48:16, 48:19, 48:21, 48:24, 49:1, 49:2, 49:3, 49:6, 49:11, 49:12, 49:14, 50:1, 50:2, 50:8, 50:12, 50:13, 50:14, 50:15, 51:6, 51:7, 51:9, 51:10, 51:12, 51:13, 51:15, 51:18, 51:22, 51:23, 51:25, 52:2, 52:3, 52:7, 52:8, 52:9, 52:11, 52:12, 52:13, 52:14, 52:15, 52:16, 52:17, 52:22, 52:23, 53:7, 53:10, 53:12, 53:13, 53:17, 53:22, 54:2, 54:7, 54:9, 54:14, 54:20, 55:9, 55:12, 55:13, 55:16, 55:19, 55:20, 55:24, 55:25, 56:3, 56:4, 56:13, 56:15, 56:21, 56:22, 56:23, 56:24, 56:25, 57:1, 57:2, 57:5, 57:9, 57:13, 57:14, 57:16, 57:21, 57:22, 58:4, 58:7, 58:8, 58:9, 58:10, 58:12, 58:14, 58:15, 58:17, 58:18, 59:1, 59:2, 59:5, 59:6, 59:7, 59:8, 59:13, 59:16, 59:24, 59:25, 60:1, 60:2, 60:14,

60:17, 60:19, 60:20, 60:24, 60:25, 61:2, 61:7, 61:8, 61:9, 61:10, 61:11, 61:14, 61:19, 61:25, 62:13, 62:14, 62:15, 62:18, 63:1, 63:3, 63:9, 63:10, 63:17, 64:2, 64:3, 64:10, 64:19, 64:23, 64:24, 65:1, 65:17, 65:20, 66:2, 66:8, 66:19, 66:21, 66:22, 67:10, 67:12, 67:16, 68:5, 68:13, 68:20, 69:9, 69:18, 69:22, 70:5, 70:8, 70:9, 70:12, 70:13, 70:14, 70:15, 70:21, 70:23, 70:25, 71:3, 71:8, 71:13, 71:25, 72:24, 72:25, 73:1, 73:3, 73:8, 73:9, 73:12, 73:16, 73:17, 73:18, 74:2, 74:4, 74:6, 74:7, 74:8, 74:10, 74:15, 74:16, 75:6, 75:7, 75:9, 75:10, 75:19, 75:20, 75:21, 76:2, 76:21, 76:22, 77:8, 77:10, 77:16, 77:17, 77:19, 77:22, 77:25, 78:13, 78:20, 79:4, 79:5, 79:6, 79:7, 79:8, 79:11, 79:15, 79:24, 80:15, 80:19, 81:1, 81:5, 81:11, 81:13, 81:16, 81:17, 81:20, 81:23, 82:5, 82:6, 82:7, 82:9, 82:12, 83:13, 84:4, 84:15, 84:21, 85:7, 85:13, 85:19, 86:12, 87:5, 87:8, 87:12, 87:14, 87:18, 87:19, 87:20, 87:21, 87:24, 88:1, 88:15, 88:22, 89:2, 89:7, 89:14, 89:18, 89:22, 90:2, 90:3, 90:12, 90:16, 90:17, 90:18, 90:22, 90:25, 91:6, 91:13, 91:19, 91:21, 91:23, 91:25, 92:2, 92:3, 92:14, 92:16, 92:18, 92:21, 92:22, 92:23, 93:4, 93:7, 93:10, 93:16, 93:17, 94:3, 94:8, 94:9, 94:16, 94:18, 94:24, 95:3, 95:6, 96:4, 96:5, 96:9,

96:14, 96:17, 96:21, 96:22, 97:6, 97:8, 97:14, 97:18, 97:25, 98:7, 98:9, 98:10, 98:18, 98:23, 99:2, 99:7, 99:9, 99:10, 99:14, 99:17, 100:4, 100:9, 100:12, 101:3, 101:20, 101:22, 102:1, 102:3, 102:4, 102:5, 102:10, 102:17, 102:21, 102:23, 102:25, 103:3, 103:5, 103:9, 103:10, 103:21, 103:22, 103:23, 103:25, 104:2, 104:3, 104:5, 104:6, 104:17, 104:20, 104:24, 105:1, 105:2, 105:3, 105:11, 105:17, 106:1, 106:2, 106:4, 106:11, 106:13, 106:15, 106:16, 106:18, 107:9, 107:17, 107:18, 107:19, 107:23, 108:10, 108:19, 108:25, 109:8, 109:9, 109:12, 109:16, 109:17, 109:18, 109:19, 109:22, 109:23, 109:24, 110:5, 110:6, 110:12, 110:19, 110:21, 110:23, 111:1, 111:8, 111:11, 111:12, 111:16, 111:20, 111:21, 112:4, 112:11, 112:14, 112:17, 113:9, 113:22, 114:12, 114:23, 115:3, 115:14, 115:18, 116:1, 116:3, 116:24, 117:2, 117:3, 117:4, 117:6, 117:7, 117:9, 117:10, 118:8, 118:10, 118:12, 118:13, 118:19, 119:6, 119:18, 120:7, 120:8, 121:2, 121:11, 121:15, 121:19, 121:21, 122:6, 122:7, 122:12, 123:6, 123:9, 123:21, 124:22, 125:6, 125:18, 125:20, 125:23, 125:24, 126:1, 126:6, 126:13, 126:22, 127:17, 128:1, 128:6,

128:8, 128:12, 128:13, 129:13, 129:15, 129:23, 129:25, 130:1, 130:2, 130:18, 130:21, 131:6, 131:12, 131:13, 131:16, 131:19, 131:24, 132:10, 132:14, 132:15, 132:16, 133:2, 133:7, 134:1, 134:5, 134:6, 134:8, 134:10, 134:23, 134:24, 135:10, 135:15, 135:23, 135:25, 136:7, 136:8, 136:9, 136:10, 136:13, 136:14, 136:21, 136:22, 137:3, 137:4, 137:14, 138:1, 138:2, 138:10, 138:11, 138:12, 138:15, 138:16, 138:19, 138:20, 138:21, 138:22, 139:2, 139:3, 139:6, 139:7, 139:8, 139:11, 139:12, 139:14, 140:7, 140:9

**OF** [8] - 1:1, 1:4, 1:7, 1:11, 1:16, 2:1, 3:4

**off** [29] - 6:21, 18:2, 37:2, 46:7, 47:6, 47:7, 48:23, 49:2, 60:17, 70:20, 79:23, 79:24, 82:15, 92:24, 93:24, 94:7, 109:9, 109:22, 111:9, 111:12, 115:6, 116:8, 118:8, 119:20, 120:7, 124:22, 125:24, 136:13, 138:15

**offer** [1] - 33:1

**offered** [2] - 9:12, 9:18

**office** [6] - 16:9, 16:12, 79:15, 104:25, 136:4

**officer** [1] - 73:8
**officers** [2] - 47:19, 81:5
**offices** [1] - 96:6
**OFFICIAL** [1] - 3:9
**Official** [2] - 140:6, 140:15
**official** [1] - 28:11
**officials** [2] - 85:25, 114:5

**offs** [1] - 83:7
**offsets** [1] - 34:1

**offshore** [24] - 7:25, 8:21, 39:22, 42:7, 47:9, 47:10, 67:21, 68:2, 68:4, 68:9, 68:19, 69:18, 88:19, 99:18, 99:21, 105:3, 106:6, 127:14, 132:9, 133:16, 135:4, 136:19, 136:25

**Oil** [6] - 24:6, 38:10, 42:3, 45:9, 66:22, 100:21

**OIL** [2] - 1:3, 1:3

**oil** [197] - 4:8, 4:9, 8:10, 14:8, 14:10, 16:2, 16:3, 16:6, 18:5, 19:14, 19:16, 19:20, 19:23, 20:2, 20:6, 20:14, 20:16, 20:17, 20:19, 21:25, 22:2, 23:5, 23:18, 23:19, 23:22, 23:23, 24:8, 26:22, 27:4, 33:15, 33:16, 33:24, 34:1, 34:19, 36:2, 36:13, 38:14, 38:25, 39:13, 39:21, 39:22, 39:24, 46:7, 47:6, 47:7, 47:13, 47:14, 47:25, 48:2, 48:7, 48:12, 48:16, 48:19, 48:21, 49:1, 49:2, 49:6, 49:7, 49:15, 49:16, 49:19, 50:4, 50:6, 50:17, 50:20, 51:3, 52:16, 52:19, 52:20, 52:21, 52:24, 53:11, 53:23, 56:9, 59:6, 61:5, 61:6, 61:8, 61:14, 61:18, 61:19, 61:25, 62:4, 62:5, 62:13, 62:14, 64:2, 70:5, 70:13, 70:24, 73:2, 73:13, 74:1, 74:12, 74:17, 74:18, 74:23, 75:6, 77:4, 77:7, 78:19, 79:1, 79:2, 79:4, 80:19, 80:24, 80:25, 81:6, 81:8, 81:18, 82:10, 82:14, 82:17, 82:25, 83:7, 83:11, 83:15, 83:18, 83:19, 83:21, 83:22, 84:5, 84:9, 84:12, 85:4, 87:13, 88:19, 88:22, 89:13, 89:14, 89:15, 90:13, 90:16, 94:15, 94:18, 94:19, 96:1, 96:25, 97:18, 98:15, 99:2, 99:14, 99:21, 100:9, 100:12, 101:5,

101:8, 101:20, 103:6, 103:19, 104:23, 104:25, 106:15, 109:9, 109:17, 109:22, 111:7, 111:9, 111:12, 112:3, 114:12, 116:2, 116:4, 116:6, 118:10, 118:12, 119:6, 119:20, 120:7, 122:23, 123:9, 123:18, 123:25, 124:12, 124:13, 126:3, 127:1, 129:3, 129:6, 133:15, 133:22, 135:7, 135:25, 136:12, 138:12, 139:8, 139:12
**oiled** [3] - 19:21, 49:23, 115:2
**oiling** [7] - 49:16, 49:20, 50:1, 53:9, 113:22, 124:7, 124:25
**oils** [1] - 52:22
**okay** [23] - 5:10, 5:12, 5:15, 5:23, 5:24, 7:16, 11:3, 11:7, 31:20, 37:11, 72:4, 85:18, 86:25, 104:19, 105:25, 108:4, 114:20, 122:9, 122:10, 122:19, 133:3, 139:19, 139:20
**old** [1] - 19:19
**On** [9] - 45:5, 46:10, 73:13, 76:14, 76:18, 76:19, 76:23, 90:1, 108:7
**on** [252] - 4:9, 4:19, 5:25, 6:6, 6:7, 6:21, 7:3, 7:16, 7:25, 8:2, 9:23, 10:8, 10:9, 10:11, 11:9, 11:18, 12:7, 12:20, 12:22, 12:24, 12:25, 13:8, 13:23, 14:5, 14:10, 14:11, 14:20, 15:3, 15:21, 15:25, 16:3, 16:6, 16:7, 16:21, 17:11, 17:17, 18:14, 18:16, 18:18, 19:1, 19:2, 19:15, 19:16, 19:18, 19:24, 19:25, 20:11, 20:23, 21:1, 22:13, 22:14, 22:22, 24:23, 25:23, 26:1, 26:8, 26:10, 27:10, 28:3, 28:7, 28:22, 28:23, 29:3, 29:6, 29:9, 29:12, 30:5,

30:16, 31:11, 32:2, 32:12, 33:11, 33:12, 33:14, 34:3, 34:17, 35:4, 35:13, 37:22, 38:3, 38:7, 38:17, 38:24, 38:25, 39:3, 39:7, 39:23, 39:25, 41:13, 41:16, 42:1, 42:21, 43:25, 44:3, 44:21, 45:3, 46:13, 46:18, 46:20, 48:6, 48:25, 49:1, 49:16, 50:17, 50:19, 50:21, 51:1, 52:15, 53:24, 54:2, 54:5, 54:6, 54:25, 56:13, 56:15, 57:17, 57:19, 58:5, 58:7, 58:18, 58:24, 59:12, 61:6, 62:3, 62:5, 63:16, 65:17, 66:12, 66:20, 67:22, 67:23, 67:25, 68:1, 68:9, 70:4, 70:10, 70:13, 71:3, 71:4, 72:5, 72:15, 74:1, 74:6, 74:8, 74:16, 74:18, 75:13, 76:3, 76:5, 78:19, 78:23, 79:5, 79:12, 79:15, 80:25, 82:6, 83:19, 84:9, 84:18, 85:12, 86:16, 89:2, 89:11, 89:20, 90:9, 91:15, 92:11, 92:17, 92:20, 92:23, 93:16, 93:24, 94:6, 96:17, 96:24, 98:9, 98:10, 98:12, 101:12, 103:10, 104:16, 104:17, 105:3, 105:17, 105:20, 105:22, 107:23, 109:4, 109:6, 109:7, 109:10, 109:16, 109:17, 109:18, 110:9, 110:12, 110:16, 110:22, 111:7, 111:15, 111:23, 114:12, 114:23, 115:10, 115:12, 115:22, 115:25, 116:20, 117:7, 118:17, 119:6, 121:7, 121:12, 121:22, 122:1, 122:6, 122:8, 122:9, 122:21, 123:22, 124:22, 125:24, 127:2, 128:7, 128:9, 128:12, 129:5, 129:8, 129:25, 130:9, 131:21, 132:13, 132:14, 132:15,

133:8, 135:10, 135:25, 136:24, 138:7, 138:21, 139:9, 139:11, 139:15
**ON** [1] - 1:4
**on-scene** [6] - 26:10, 42:21, 94:6, 111:15, 111:23, 128:7
**On-Scene** [9] - 45:5, 46:10, 73:13, 76:14, 76:18, 76:19, 76:23, 90:1, 108:7
**once** [8] - 26:23, 89:15, 90:24, 93:1, 104:4, 104:23, 104:25, 124:18
**one** [58] - 6:4, 6:6, 7:15, 12:7, 14:6, 15:22, 26:18, 26:23, 30:2, 34:8, 35:8, 35:24, 38:2, 42:5, 44:8, 46:3, 46:14, 47:8, 48:22, 51:3, 52:12, 55:6, 63:12, 63:17, 63:22, 64:2, 66:10, 71:15, 73:12, 75:11, 76:4, 81:17, 84:1, 84:21, 84:25, 85:9, 96:21, 97:3, 100:11, 102:10, 102:11, 102:17, 111:11, 112:14, 114:10, 115:7, 116:20, 117:2, 121:22, 122:2, 126:6, 133:12, 133:20, 134:3, 136:7, 137:14, 139:6, 139:20
**One** [1] - 2:19
**ones** [5] - 12:7, 12:8, 53:13, 56:6, 103:13
**ongoing** [4] - 18:10, 29:9, 32:15, 136:8
**only** [37] - 6:5, 6:14, 6:16, 9:4, 10:17, 14:5, 14:8, 16:19, 18:12, 20:13, 21:3, 23:24, 24:10, 25:18, 32:18, 33:9, 34:16, 35:8, 43:21, 56:11, 56:23, 57:18, 58:6, 60:7, 62:23, 64:7, 68:5, 68:11, 77:20, 79:1, 90:4, 93:4, 95:2, 96:1, 97:10, 114:11, 136:14
**OPA** [2] - 28:2, 64:14
**open** [3] - 23:20, 23:21, 127:4
**OPEN** [2] - 4:5, 71:21
**opened** [1] - 87:16

**opening** [15] - 6:4, 6:5, 6:7, 6:10, 10:23, 11:7, 11:14, 29:14, 37:3, 37:15, 39:4, 41:24, 87:20, 102:18, 120:6
**operate** [1] - 31:21
**operated** [2] - 69:13, 79:24
**operates** [2] - 31:23, 31:24
**operating** [13] - 28:9, 34:3, 60:18, 60:20, 62:16, 67:14, 68:23, 77:15, 77:17, 79:18, 79:19, 79:23, 80:1
**operation** [6] - 29:2, 36:3, 46:1, 68:14, 77:14, 82:4
**operational** [6] - 31:8, 76:9, 79:12, 82:1, 105:14, 122:14
**operationally** [1] - 32:2
**Operations** [4] - 73:24, 74:21, 113:14, 114:2
**operations** [33] - 13:25, 28:13, 29:9, 29:22, 29:25, 31:13, 31:22, 32:15, 34:5, 36:6, 47:10, 47:15, 47:17, 47:24, 59:1, 67:22, 68:5, 68:20, 70:3, 73:3, 96:7, 102:9, 104:21, 106:8, 113:9, 119:18, 120:1, 120:18, 120:22, 121:5, 121:8, 121:15, 121:20
**operator** [14] - 8:19, 8:20, 25:11, 28:5, 28:11, 66:9, 67:3, 67:15, 67:20, 67:21, 68:2, 68:11, 68:13, 69:24
**operators** [6] - 27:19, 28:5, 68:17, 68:20, 69:21, 99:13
**opinion** [2] - 32:2, 59:16
**opponent** [1] - 132:16
**opportunity** [2] - 37:15, 61:5
**Opportunity** [3] - 55:9, 55:12, 131:13
**opposed** [2] - 15:3, 55:15
**opposite** [1] - 10:11

**opposition** [1] - 99:25
**OPS** [1] - 102:9
**or** [102] - 6:20, 6:21, 7:4, 7:7, 7:10, 7:13, 7:14, 8:20, 8:21, 8:24, 12:8, 12:9, 17:22, 17:25, 18:5, 18:21, 18:25, 19:18, 19:23, 20:21, 20:23, 21:3, 21:6, 22:19, 22:22, 24:20, 25:11, 27:9, 29:3, 29:19, 32:15, 40:7, 44:4, 45:15, 46:25, 47:23, 50:5, 50:20, 50:22, 51:6, 53:13, 57:5, 57:13, 57:24, 60:1, 62:4, 63:25, 64:23, 64:24, 66:11, 67:10, 70:1, 70:15, 70:23, 70:24, 71:4, 74:25, 76:20, 76:23, 79:2, 79:22, 80:1, 80:19, 81:1, 81:11, 82:11, 83:13, 83:15, 84:9, 84:24, 85:5, 85:9, 88:1, 88:24, 90:17, 91:3, 91:19, 91:21, 93:2, 95:10, 98:19, 99:14, 99:20, 101:13, 101:14, 102:3, 102:13, 103:19, 104:2, 104:15, 104:24, 108:11, 110:6, 116:3, 119:22, 120:17, 122:13, 124:18, 126:3, 130:16, 139:7
**order** [16] - 12:3, 12:11, 12:12, 12:14, 41:14, 45:18, 49:1, 52:15, 54:7, 61:22, 77:19, 81:9, 84:3, 98:16, 108:11, 127:10
**ordered** [1] - 94:6
**Organization** [1] - 31:2
**organization** [13] - 30:9, 31:1, 31:4, 31:6, 38:12, 42:24, 43:6, 45:8, 46:2, 46:12, 81:22, 96:20, 120:8
**organizations** [2] - 45:11, 112:5
**organized** [1] - 57:6
**original** [1] - 86:20
**originally** [1] - 61:24
**Orleans** [6] - 1:4, 2:20, 3:7, 3:10, 76:20,

128:21
**OSC** [1] - 119:5
**other** [67] - 6:7, 6:21, 10:11, 10:20, 11:6, 12:25, 13:8, 14:3, 16:8, 16:12, 17:21, 18:12, 21:22, 22:14, 23:9, 27:8, 30:3, 31:18, 32:5, 32:17, 34:13, 34:16, 34:21, 39:1, 39:12, 40:10, 40:15, 48:22, 51:5, 51:12, 62:16, 64:2, 76:22, 78:10, 78:19, 78:23, 79:21, 81:8, 85:1, 86:10, 87:5, 90:21, 92:14, 92:17, 92:19, 93:7, 97:2, 97:14, 97:19, 97:20, 98:7, 98:10, 98:18, 99:19, 100:8, 101:7, 102:5, 103:2, 103:9, 110:19, 112:21, 121:8, 127:8, 133:2, 136:10, 136:16, 137:5
**others** [4] - 44:1, 64:13, 126:15, 131:22
**our** [57] - 12:11, 12:12, 13:14, 13:15, 13:25, 15:1, 15:21, 16:21, 17:17, 19:1, 19:9, 20:23, 22:14, 22:16, 26:12, 27:10, 27:12, 29:14, 30:4, 33:19, 33:25, 34:1, 37:3, 37:22, 38:16, 39:3, 39:9, 39:18, 41:24, 42:19, 43:20, 45:15, 45:18, 48:14, 48:17, 64:4, 64:19, 65:11, 71:25, 79:25, 81:15, 87:7, 88:8, 95:8, 98:17, 98:19, 109:9, 109:15, 109:19, 118:13, 118:14, 122:12, 130:2, 132:10
**out** [58] - 4:15, 6:23, 7:24, 10:9, 12:2, 16:1, 16:5, 18:12, 20:10, 27:8, 27:16, 27:24, 29:6, 32:12, 38:21, 44:13, 47:1, 48:22, 49:18, 50:16, 50:21, 52:15, 55:8, 55:11, 57:7, 61:17, 62:6, 63:12, 69:6, 74:18, 79:7, 79:16, 81:11, 83:23, 84:16, 85:9, 88:19, 89:14, 92:3,

92:18, 94:8, 95:18, 104:24, 105:2, 106:4, 107:20, 109:15, 114:18, 116:5, 117:3, 118:9, 118:25, 122:5, 137:10, 138:1, 138:5, 138:19, 138:20
**outcome** [4] - 38:16, 45:6, 52:8, 65:7
**outer** [2] - 6:23, 8:2
**outlining** [1] - 34:18
**outside** [4] - 7:1, 98:23, 133:6, 134:5
**over** [44] - 4:14, 4:15, 8:10, 17:1, 17:25, 18:23, 24:15, 27:9, 27:21, 33:20, 34:22, 38:20, 40:5, 42:14, 43:11, 43:15, 47:11, 49:21, 49:23, 51:24, 52:8, 53:10, 54:21, 56:12, 57:24, 58:8, 58:14, 60:12, 61:9, 61:20, 63:2, 63:18, 74:4, 75:21, 83:13, 88:19, 91:25, 92:19, 94:3, 104:4, 111:1, 118:9, 118:11, 138:17
**overall** [7] - 33:21, 44:19, 48:15, 49:4, 96:14, 101:11, 106:9
**overflights** [1] - 49:10
**overflow** [1] - 7:15, 7:19, 10:12, 10:19
**overheated** [1] - 46:17
**overlapping** [1] - 9:3
**overlay** [1] - 96:25
**overlook** [1] - 39:14
**overnight** [1] - 101:6
**overrule** [4] - 98:13, 99:11, 132:21, 138:23
**overseen** [1] - 31:4
**oversights** [1] - 135:25
**overstate** [2] - 45:15, 45:16
**overstated** [2] - 13:5, 23:15
**oversupply** [1] - 61:11
**overview** [4] - 12:13, 14:20, 19:6, 72:24
**overwhelmed** [1] - 75:12
**own** [12] - 17:14, 22:4, 22:13, 32:22, 36:9, 36:17, 46:25, 59:21, 60:16, 60:17,

77:20, 84:23
**owned** [2] - 8:22, 69:13
**owner** [4] - 27:12, 27:18, 29:16, 65:20
**owners** [9] - 13:18, 27:19, 27:23, 28:8, 28:9, 28:12, 28:17, 28:19, 85:25
**ownership** [1] - 27:21
**owns** [4] - 14:15, 28:18, 35:10

**P**

**P** [1] - 4:1
**P.M** [1] - 6:14
**P.O** [2] - 1:24, 2:4
**Pacific** [2] - 73:8, 73:11
**page** [1] - 111:23
**paid** [24] - 14:13, 18:20, 24:14, 25:1, 25:16, 25:22, 26:12, 28:1, 32:12, 32:16, 34:21, 35:6, 35:9, 36:24, 40:6, 54:7, 55:21, 63:2, 67:3, 69:3, 69:7, 69:14, 70:2
**paint** [1] - 25:24
**panel** [1] - 41:10
**panning** [1] - 16:1
**paper** [2] - 81:6, 81:10
**papers** [1] - 37:3
**paragraph** [1] - 86:15
**paramount** [2] - 46:20, 120:13
**pardon** [1] - 69:7
**parent** [9] - 24:21, 56:16, 56:20, 56:21, 57:9, 57:10, 62:21, 63:25, 65:7
**parental** [1] - 57:1
**parishes** [1] - 79:17
**part** [46] - 7:10, 9:14, 13:6, 14:2, 18:18, 19:8, 22:22, 27:11, 28:1, 30:7, 31:3, 31:7, 34:1, 35:1, 51:6, 51:17, 78:25, 83:13, 84:4, 87:21, 87:24, 88:1, 89:1, 90:17, 90:18, 90:22, 97:25, 98:7, 99:2, 99:9, 99:10, 106:25,

107:17, 108:23, 112:9, 112:11, 112:17, 114:2, 116:1, 125:6, 125:11, 128:1, 134:8, 136:14, 138:10
**participant** [1] - 125:12
**participate** [4] - 28:10, 100:19, 100:22, 100:23
**participated** [2] - 18:11, 100:17
**particular** [4] - 7:22, 60:22, 66:1, 80:18
**particularly** [3] - 7:22, 41:12, 66:25
**particulates** [2] - 119:14, 119:15
**parties** [8] - 7:5, 8:7, 9:15, 9:17, 9:20, 10:11, 68:4, 112:21
**partners** [2] - 28:17, 101:6
**parts** [1] - 33:13
**party** [17] - 10:14, 33:7, 34:17, 59:7, 65:23, 67:15, 99:2, 100:20, 100:23, 101:3, 108:8, 112:22, 130:4, 130:13, 130:16, 130:23, 132:16
**Paskewich** [3] - 48:14, 128:17, 129:2
**pass** [1] - 28:21
**passed** [2] - 68:9, 137:20
**passing** [1] - 116:10
**passive** [6] - 13:19, 28:6, 28:8, 28:16, 28:18, 28:21
**past** [6] - 81:18, 81:25, 84:5, 101:25, 112:22, 116:3
**patch** [1] - 115:2
**path** [1] - 70:13
**Patrick** [1] - 30:16
**PATRICK** [1] - 1:18
**pause** [1] - 70:17
**pay** [29] - 13:22, 25:7, 25:10, 25:20, 27:25, 28:1, 28:4, 28:19, 28:20, 29:6, 29:13, 29:17, 29:18, 29:20, 29:23, 29:24, 30:2, 32:20, 33:14, 33:15, 34:4, 58:24, 63:22, 65:24, 69:5, 69:24, 70:1, 70:16, 71:9

**payable** [1] - 60:25
**payables** [1] - 60:25
**paying** [7] - 13:18, 25:6, 31:18, 32:13, 55:19, 62:5, 130:4
**payment** [6] - 25:4, 28:2, 57:2, 69:9, 69:19, 71:8
**payments** [8] - 24:22, 25:12, 25:14, 29:9, 34:19, 37:4, 55:22, 63:18
**peak** [4] - 94:8, 94:9, 96:10, 96:15
**peer** [1] - 53:7
**peer-reviewed** [1] - 53:7
**penalized** [1] - 68:19
**penalizing** [1] - 68:2
**penalties** [9] - 8:14, 8:25, 25:19, 28:20, 34:16, 35:3, 35:7, 63:2, 66:21
**penalty** [64] - 6:2, 8:15, 12:1, 12:5, 13:8, 13:18, 13:23, 14:15, 14:19, 25:18, 25:21, 26:15, 28:1, 28:3, 28:4, 28:6, 28:19, 28:23, 29:2, 29:14, 29:17, 29:19, 29:25, 31:25, 32:12, 32:17, 34:4, 34:15, 34:24, 35:2, 35:10, 36:21, 36:25, 37:8, 39:11, 39:17, 40:3, 40:6, 40:23, 41:20, 57:20, 57:21, 57:22, 62:20, 64:21, 65:21, 65:22, 65:24, 65:25, 66:16, 66:18, 67:6, 67:11, 67:13, 67:16, 67:18, 69:18, 69:24, 70:2, 70:3, 70:13, 70:14, 71:13
**penalty's** [1] - 13:23
**PENCAK** [2] - 1:23, 5:2
**Pencak** [1] - 5:2
**people** [49] - 10:18, 10:20, 15:11, 15:20, 17:1, 17:9, 17:15, 17:20, 17:22, 17:23, 17:24, 18:4, 18:11, 22:14, 24:10, 38:20, 38:21, 43:1, 43:17, 44:14, 45:7, 46:4, 46:9, 46:16, 46:17, 46:18, 47:19, 59:5, 62:4, 82:16, 83:23,

84:10, 87:8, 87:17,
91:12, 95:16, 96:21,
97:4, 97:6, 98:18,
103:6, 103:7, 105:10,
108:24, 109:7,
116:22, 117:6, 129:15
**per** [1] - 121:25
**perceive** [1] - 109:16
**perceiving** [1] -
115:21
**percent** [30] - 8:22,
16:10, 23:6, 23:7,
23:8, 23:19, 23:24,
27:3, 33:16, 44:3,
48:16, 48:19, 48:24,
50:23, 52:9, 53:11,
60:17, 69:12, 70:8,
70:10, 90:4, 95:5,
96:11, 96:16, 96:22,
121:10, 137:10
**percentage** [6] -
21:6, 27:2, 49:22,
95:3, 96:9, 96:14
**perfect** [1] - 87:2
**perform** [3] - 33:10,
60:2, 60:4
**performance** [2] -
30:14, 102:6
**performed** [2] - 26:4,
106:9
**performing** [2] -
16:16, 101:18
**performs** [1] - 32:20
**period** [19] - 33:20,
33:24, 34:2, 38:5,
51:25, 53:10, 55:20,
55:24, 56:13, 58:8,
61:8, 74:4, 79:13,
82:2, 87:14, 103:23,
104:6, 122:13, 135:2
**periods** [3] - 80:19,
122:14, 131:19
**permitted** [1] -
134:12
**perseverance** [2] -
45:10, 112:4
**person** [7] - 8:20,
40:15, 49:12, 76:4,
95:17, 96:22, 127:18
**personal** [4] - 97:21,
107:5, 118:1, 125:20
**personally** [6] -
75:16, 101:17,
108:13, 125:18,
125:21, 128:19
**personnel** [25] -
43:11, 43:13, 43:14,
43:15, 44:5, 47:16,
50:19, 75:5, 75:10,
75:12, 93:9, 93:22,

94:3, 94:12, 94:17,
94:19, 94:21, 94:22,
94:25, 95:3, 95:11,
95:12, 96:22, 98:3,
131:3
**Personnel** [2] -
72:21, 73:7
**persons** [1] - 71:9
**perspective** [5] -
19:7, 37:22, 39:9,
126:9, 129:18
**PETROLEUM** [1] -
2:21
**Petroleum** [2] - 8:18,
9:5
**phase** [12] - 6:2,
8:15, 11:15, 12:1,
12:9, 17:21, 20:9,
22:11, 22:23, 34:8,
38:1, 38:6
**Phase** [16] - 8:5, 8:8,
8:19, 11:14, 14:24,
15:24, 17:20, 22:20,
22:21, 30:12, 30:19,
34:9, 36:16
**Phases** [2] - 8:12,
9:1
**Philadelphia** [4] -
16:9, 16:10, 73:10,
95:25
**phone** [1] - 6:22
**phones** [1] - 6:20
**photographs** [1] -
7:7
**phrase** [1] - 106:19
**phrases** [1] - 107:15
**phrasing** [1] - 107:9
**physical** [1] - 82:17
**pick** [1] - 50:21
**picked** [3] - 53:12,
74:19, 115:6
**picking** [1] - 38:25
**picture** [8] - 59:2,
59:3, 79:18, 79:19,
80:2, 80:18, 94:9,
126:8
**pictures** [2] - 19:17,
19:24
**pie** [1] - 24:2
**pieces** [1] - 122:25
**pierce** [2] - 56:17,
56:19
**pierced** [1] - 57:10
**piped** [1] - 7:18
**place** [13] - 39:15,
43:2, 43:4, 43:6,
47:22, 49:25, 56:6,
76:9, 79:8, 79:20,
95:19, 119:24, 120:25
**placed** [6] - 6:21,

41:13, 44:21, 45:2,
55:4, 133:17
**placement** [1] - 79:7
**places** [4] - 21:24,
22:1, 78:10
**plaintiff** [2] - 8:16,
9:7
**plaintiff's** [1] - 59:9
**plan** [5] - 6:13,
105:8, 119:23,
126:14, 126:17
**Plan** [5] - 38:11,
42:3, 73:13, 74:19,
79:14
**planned** [1] - 34:4
**Planning** [2] - 73:24,
74:21
**planning** [8] - 76:9,
82:9, 82:12, 93:12,
98:1, 102:3, 102:4,
136:17
**plans** [10] - 82:13,
105:11, 105:15,
105:21, 105:22,
114:3, 114:11, 137:4,
137:7, 137:9
**platform** [1] - 80:1
**play** [2] - 9:15, 42:23
**played** [1] - 22:5
**PLC** [1] - 30:9
**plea** [3] - 35:22, 36:2,
36:3
**please** [41] - 6:23,
6:25, 10:13, 10:16,
17:18, 26:16, 30:8,
32:9, 34:6, 55:17,
65:16, 71:22, 72:10,
72:17, 72:24, 73:6,
79:11, 80:7, 80:8,
86:13, 86:14, 88:17,
90:6, 90:23, 102:8,
110:11, 111:22,
113:12, 114:17,
114:23, 116:20,
118:4, 118:20, 120:6,
121:22, 128:16,
129:9, 130:19,
131:21, 131:24, 135:9
**pled** [1] - 69:13
**plenty** [2] - 7:2, 27:8
**plume** [1] - 136:25
**plumes** [1] - 120:12
**plus** [6] - 67:18,
69:1, 101:13, 104:15,
117:20, 117:22
**point** [23] - 12:16,
13:2, 20:22, 20:23,
21:1, 21:9, 21:14,
42:18, 43:16, 43:19,
49:17, 50:16, 50:17,

50:23, 55:6, 62:23,
64:2, 64:19, 69:6,
89:13, 105:25,
115:18, 132:1
**pointed** [2] - 107:20,
138:20
**pointing** [1] - 47:1
**points** [1] - 51:22
**policy** [3] - 13:20,
65:3, 65:9
**politicians** [1] - 76:7
**pollutants** [1] - 15:19
**Pollution** [2] - 66:22,
100:21
**population** [7] -
20:22, 20:25, 21:2,
119:13, 119:15,
119:22
**populations** [3] -
51:11, 51:15, 53:8
**portfolio** [2] - 56:24,
59:8
**portion** [6] - 33:9,
109:6, 113:9, 129:25,
138:1, 138:19
**portions** [1] - 43:22
**portrayed** [4] -
109:14, 115:12,
115:13, 116:21
**portrayed...frankly**
[1] - 115:2
**portraying** [1] -
110:1
**pose** [1] - 100:24
**posed** [1] - 101:3
**position** [13] - 15:3,
22:11, 26:19, 27:25,
28:4, 28:14, 28:19,
41:1, 53:2, 60:12,
76:18, 86:9, 95:18
**positions** [6] - 45:7,
72:25, 73:4, 75:16,
95:12, 97:5
**positive** [1] - 130:12
**possible** [11] - 7:13,
20:10, 63:13, 82:4,
83:5, 83:6, 84:3,
113:6, 114:4, 118:15,
127:14
**possibly** [1] - 138:8
**post** [10] - 9:20,
39:18, 76:6, 76:8,
76:11, 79:6, 79:20,
86:8, 91:14, 98:19
**Post** [4] - 42:6,
42:14, 75:23, 80:21
**Postgraduate** [1] -
73:19
**Posts** [1] - 76:23
**posts** [6] - 42:5,

42:11, 76:25, 77:13,
77:20, 80:17
**potential** [9] - 15:6,
15:8, 15:14, 24:17,
38:9, 121:15, 121:19,
133:9
**potentially** [4] -
15:10, 33:21, 52:7,
87:18
**Poydras** [2] - 2:19,
3:10
**practical** [1] - 99:17
**practice** [1] - 28:5
**pre** [2] - 88:20, 89:19
**pre-approval** [2] -
88:20, 89:19
**preapproved/
preauthorized** [1] -
132:11
**precedent** [2] - 63:9,
63:15
**preceding** [1] - 35:16
**preclude** [1] - 63:14
**predesignated** [1] -
136:8
**predicted** [1] - 61:18
**preliminary** [1] -
11:6
**premature** [1] -
21:10
**prepare** [3] - 33:3,
38:7, 43:10
**prepared** [4] - 9:17,
33:4, 44:7, 44:15
**Preparedness** [2] -
44:11, 79:16
**preparedness** [1] -
99:2
**present** [19] - 9:7,
9:8, 9:9, 12:11, 15:5,
20:17, 35:24, 38:6,
38:24, 40:22, 51:13,
51:19, 58:13, 60:6,
61:6, 61:14, 62:14,
64:7, 105:18
**presentation** [3] -
42:19, 45:18, 51:7
**presentations** [2] -
41:25, 64:5
**presented** [5] -
33:17, 37:23, 41:17,
61:3, 81:15
**presenting** [4] -
15:3, 19:11, 24:23,
65:11
**presents** [1] - 67:17
**president** [1] - 71:7
**press** [1] - 7:22
**pretrial** [2] - 26:12,
37:16

**pretty** [12] - 6:12, 42:25, 51:16, 83:10, 86:16, 89:13, 91:3, 91:13, 101:13, 116:7, 116:24, 134:2

**prevent** [2] - 36:3, 36:15

**prevented** [1] - 48:12

**preventing** [2] - 123:18, 126:3

**previous** [3] - 34:18, 119:7, 122:13

**previously** [1] - 9:24

**price** [10] - 33:18, 61:5, 61:6, 61:8, 61:10, 61:15, 61:25, 62:14, 64:2, 70:5

**prices** [12] - 14:10, 33:15, 33:16, 33:24, 33:25, 34:1, 61:18, 61:19, 62:13, 70:8, 70:9, 70:13

**pride** [1] - 17:10

**primarily** [1] - 21:21

**primary** [5] - 39:10, 43:7, 46:6, 111:11, 120:8

**principle** [2] - 46:1, 56:22

**principles** [1] - 45:25

**prior** [29] - 6:12, 9:1, 9:10, 12:9, 17:4, 22:3, 24:8, 31:16, 32:16, 35:7, 35:12, 35:20, 35:22, 35:25, 36:19, 70:18, 74:17, 77:4, 77:7, 80:24, 80:25, 82:25, 83:18, 84:12, 85:4, 88:14, 94:15, 132:17

**priorities** [1] - 126:16

**priority** [1] - 129:19

**private** [2] - 63:25, 99:2

**privy** [1] - 117:24

**proactive** [2] - 44:21, 45:2

**probably** [12] - 62:11, 62:12, 70:18, 74:15, 78:19, 91:17, 105:17, 110:18, 125:7, 132:25, 135:3

**problem** [4] - 4:16, 10:5, 31:23, 66:7

**problems** [3] - 18:2, 23:13, 101:14

**procedure** [1] - 124:6

**procedures** [4] -

36:9, 36:11, 36:17, 113:14

**proceed** [2] - 9:6, 11:7

**Proceedings** [1] - 3:12

**proceedings** [1] - 140:10

**PROCEEDINGS** [1] - 1:11

**process** [7] - 118:14, 123:4, 124:5, 124:22, 125:13, 128:1

**processes** [1] - 49:25

**procuring** [1] - 131:1

**produce** [2] - 52:15, 68:14

**produced** [2] - 3:13, 46:22

**PRODUCTION** [3] - 1:9, 2:6, 2:8

**production** [4] - 27:1, 30:11, 56:4

**Production** [2] - 4:10, 8:17

**productive** [2] - 56:6, 68:14

**PRODUCTS** [1] - 2:9

**professional** [3] - 73:21, 87:6, 107:6

**Professor** [5] - 31:9, 31:10, 67:11, 68:18, 68:21

**professor** [3] - 31:10, 31:20, 66:20

**profitability** [1] - 70:10

**Program** [3] - 54:9, 55:9, 55:13

**program** [7] - 48:1, 53:14, 55:2, 80:3, 124:9, 131:13, 131:15

**progress** [1] - 37:18

**progression** [1] - 58:7

**prohibited** [2] - 7:9, 7:12

**projections** [3] - 58:18, 58:25, 70:4

**projects** [1] - 54:9

**proliferates** [1] - 52:19

**promises** [1] - 36:18

**promote** [1] - 68:12

**promotion** [1] - 54:22

**prompt** [2] - 41:14, 41:18

**prong** [1] - 32:5

**pronouncing** [1] - 41:15

**proper** [4] - 57:1, 57:3, 57:9, 115:8

**property** [1] - 85:25

**proposals** [1] - 134:11

**protect** [4] - 46:3, 46:5, 119:13

**protecting** [3] - 121:19, 121:21, 129:14

**protection** [3] - 113:13, 114:3, 122:7

**protocols** [2] - 47:21, 119:12

**protracted** [1] - 103:7

**prove** [1] - 15:7

**proved** [2] - 48:2, 55:13

**provide** [6] - 33:25, 56:11, 64:23, 66:22, 80:1, 125:5

**provided** [8] - 31:15, 32:6, 55:10, 61:24, 105:7, 117:9, 125:9, 131:18

**provides** [4] - 35:2, 55:18, 98:14

**providing** [3] - 56:14, 58:14, 131:2

**provisions** [3] - 60:25, 61:1, 66:22

**proxy** [1] - 18:21

**PTSD** [1] - 17:15

**Public** [1] - 73:17

**public** [15] - 7:23, 9:23, 10:6, 16:17, 32:10, 33:5, 46:13, 57:12, 81:21, 84:6, 84:8, 84:15, 84:17, 84:19

**published** [2] - 53:6, 135:15

**pull** [2] - 88:19, 133:5

**puncture** [1] - 18:2

**punish** [1] - 66:4

**punished** [2] - 67:20, 71:12

**punishing** [1] - 66:14

**punishment** [2] - 67:17, 70:15

**purchased** [1] - 44:25

**purpose** [1] - 107:3

**purposes** [2] - 8:22, 21:20

**pushing** [1] - 14:14

**put** [26] - 15:14, 15:15, 15:17, 17:22, 17:23, 24:19, 37:5, 38:10, 42:2, 43:4, 49:9, 53:4, 79:8, 84:24, 88:21, 91:2, 106:15, 107:15, 109:11, 112:1, 112:15, 112:25, 115:8, 117:20, 132:25, 133:3

**Q**

**qualified** [1] - 121:25

**qualitative** [4] - 17:12, 17:13, 116:16, 139:4

**qualitatively** [4] - 19:12, 115:16, 115:17, 116:15

**quality** [2] - 45:12, 86:23

**qualms** [1] - 17:13

**quantification** [1] - 8:9

**quantify** [3] - 19:11, 25:14

**quantitative** [2] - 17:12, 25:13

**quantitatively** [1] - 116:15

**quarter** [1] - 58:9

**question** [21] - 35:19, 57:18, 58:10, 58:13, 59:11, 60:1, 62:25, 63:21, 93:11, 99:7, 99:9, 100:25, 107:9, 107:12, 112:15, 113:13, 115:1, 125:7, 131:21, 132:13, 137:25

**questionable** [1] - 22:22

**questioning** [2] - 102:17, 102:18

**questions** [14] - 78:10, 87:22, 104:7, 104:17, 122:18, 122:19, 129:8, 135:10, 136:12, 137:3, 138:14, 139:6, 139:7, 139:16

**quick** [1] - 55:8

**quicker** [1] - 123:1

**quickly** [6] - 43:8, 51:1, 60:11, 62:10, 91:3, 127:16

**quickness** [1] -

25:11

**quite** [2] - 79:6, 138:13

**Quivik** [4] - 30:5, 31:8, 31:11, 56:25

**Quivik's** [1] - 32:2

**quote** [1] - 20:16

**quotes** [1] - 41:9

**R**

**R** [4] - 2:18, 2:23, 3:5, 4:1

**RACHEL** [2] - 1:21, 1:22

**raise** [1] - 34:24

**raised** [3] - 38:19, 89:21, 90:24

**rallying** [1] - 86:12

**range** [2] - 61:21, 62:20

**rank** [1] - 72:18

**rapid** [1] - 39:16

**rare** [1] - 90:4

**rate** [4] - 50:22, 82:7, 101:11

**rather** [4] - 4:17, 14:11, 22:13, 98:24

**rational** [1] - 67:13

**Ratner** [6] - 29:11, 29:18, 32:1, 59:10, 59:21, 62:7

**Ratner's** [1] - 32:3

**re** [1] - 4:8

**RE** [1] - 1:3

**reach** [1] - 56:20

**reached** [2] - 51:3, 118:10

**reaching** [2] - 123:19, 126:3

**reacted** [1] - 33:12

**reaction** [1] - 43:3

**read** [12] - 41:22, 59:23, 86:14, 86:17, 86:18, 86:22, 86:25, 113:12, 114:25, 132:24, 139:2, 139:8

**ready** [1] - 99:15

**reality** [4] - 15:11, 61:12, 109:17, 110:23

**realized** [1] - 67:7

**realizing** [1] - 91:16

**really** [17] - 21:7, 21:11, 23:1, 25:17, 26:20, 28:3, 35:8, 61:14, 66:8, 70:15, 82:20, 83:24, 91:11, 91:12, 116:22

**Rear** [2] - 71:25,

72:19
**rearrange** [1] - 12:10
**reason** [9] - 34:24,
63:2, 66:13, 67:5,
91:17, 91:23, 92:11,
107:11, 122:16
**reasons** [6] - 14:24,
28:9, 69:7, 86:10,
91:20, 92:14
**reassure** [1] - 115:20
**rebut** [3] - 19:8,
21:16, 27:12
**rebuttal** [8] - 9:9,
13:14, 13:15, 13:16,
19:9, 26:20, 87:22,
88:5
**rebutting** [2] - 13:12,
23:2
**Rec** [1] - 34:18
**rec** [1] - 35:13
**recall** [6] - 16:13,
112:23, 134:23,
135:2, 137:5, 137:16
**receive** [3] - 37:21,
60:7, 99:25
**received** [2] - 20:14,
67:10
**recent** [3] - 33:15,
49:1, 63:1
**RECESS** [2] - 71:20,
139:22
**recess** [3] - 6:8,
71:17, 139:19
**recipients** [1] -
127:17
**recognize** [5] -
39:17, 45:18, 80:11,
86:4, 90:7
**recognized** [1] - 39:6
**recommend** [1] -
124:13
**recommendations**
[3] - 124:15, 124:18,
124:20
**recommended** [3] -
88:24, 88:25, 89:20
**record** [15] - 33:22,
46:23, 47:3, 72:9,
88:3, 88:7, 107:10,
113:12, 114:25,
131:10, 132:17,
133:3, 135:14,
137:24, 140:9
**recorded** [1] - 3:12
**recording** [1] - 7:10
**records** [2] - 53:22,
132:18
**recover** [2] - 54:11,
116:17
**recover...they** [1] -

116:2
**recovered** [5] -
19:23, 19:24, 20:2,
48:21, 118:12
**recoveries** [2] - 40:4,
40:5
**recovers** [1] - 49:25
**recovery** [4] - 47:12,
49:14, 50:8, 52:12
**redacted** [1] - 33:13
**redirect** [2] - 134:19,
134:20
**REDIRECT** [1] -
134:21
**reduce** [2] - 26:15,
37:2
**reduction** [1] - 40:23
**reeds...then** [1] -
116:7
**refer** [4] - 49:10,
50:18, 128:17, 129:14
**reference** [1] -
108:16
**referenced** [3] -
43:21, 88:10, 138:9
**references** [1] - 46:8
**referred** [4] - 44:9,
47:5, 54:8
**referring** [3] - 44:17,
107:18, 108:3
**refers** [2] - 119:11,
121:23
**reflect** [2] - 41:9,
88:7
**reflected** [1] - 50:9
**reflects** [1] - 53:3
**refused** [1] - 108:10
**Reg** [1] - 130:9
**REGAN** [2] - 2:10,
5:18
**Regan** [1] - 5:18
**regard** [6] - 35:20,
50:10, 108:6, 120:11,
120:25, 129:18
**regarding** [11] - 8:7,
13:4, 35:7, 84:6,
87:22, 88:10, 89:21,
101:2, 102:6, 132:17,
138:11
**regardless** [1] -
20:25
**Region** [2] - 89:18,
90:12
**region** [2] - 51:3,
78:18
**Regional** [1] - 88:19
**regional** [2] - 90:15,
134:6
**regular** [1] - 16:16
**regulations** [7] -

28:11, 68:10, 68:11,
68:12, 68:16, 121:11
**rehabilitated** [1] -
20:2
**rehabilitation** [2] -
20:3, 53:14
**relate** [1] - 22:23
**related** [8] - 13:22,
14:21, 30:2, 30:5,
34:19, 51:15, 86:2,
134:1
**RELATES** [1] - 1:6
**relates** [6] - 12:17,
13:7, 22:18, 26:2,
26:3, 30:3
**relating** [1] - 139:2
**relation** [1] - 76:3
**relatively** [4] - 27:21,
27:22, 49:6, 96:21
**relaxed** [1] - 99:13
**release** [2] - 39:13,
89:14
**relevance** [2] - 14:3,
88:8
**relevant** [11] - 15:17,
24:22, 31:24, 34:19,
35:8, 53:10, 59:25,
62:25, 63:20, 66:10,
99:8
**relied** [1] - 33:11
**relies** [2] - 33:12,
70:4
**rely** [2] - 59:12,
129:5
**remain** [1] - 15:20
**remains** [1] - 12:25
**remarkably** [1] -
33:20
**remarks** [1] - 7:21
**remember** [8] -
10:13, 19:10, 30:11,
30:19, 35:10, 91:11,
135:11, 137:25
**remind** [2] - 7:7,
87:11
**reminder** [1] - 22:15
**remotely** [1] - 69:10
**removal** [2] - 123:2,
123:9
**remove** [3] - 67:6,
119:6, 123:1
**removed** [10] -
23:19, 23:21, 23:24,
47:14, 47:25, 48:7,
48:16, 48:20, 49:2,
50:6
**removes** [1] - 66:13
**removing** [2] - 23:18,
48:2, 122:23
**renowned** [1] - 67:25

**rental** [1] - 55:22
**rented** [1] - 42:24
**repeatedly** [1] -
66:11
**repercussions** [1] -
133:7
**rephrase** [1] - 100:25
**replacing** [1] - 56:10
**report** [28] - 31:7,
36:17, 44:21, 45:4,
45:6, 46:11, 46:25,
48:11, 60:2, 61:3,
61:6, 61:13, 61:23,
61:24, 111:6, 111:16,
111:18, 111:20,
113:8, 113:10,
113:21, 119:3,
120:12, 127:24,
128:2, 130:21,
135:10, 135:13
**Report** [3] - 44:11,
45:5, 111:23
**reported** [2] - 17:24,
47:24
**REPORTER** [1] - 3:9
**reporter** [2] - 10:18,
89:6
**Reporter** [2] - 140:6,
140:15
**REPORTER'S** [1] -
140:4
**reporters** [1] - 10:15
**reporting** [2] - 42:1,
135:25
**reports** [9] - 9:21,
31:4, 31:6, 43:20,
44:7, 44:15, 44:17,
120:12, 124:1
**represent** [1] - 10:14
**Representative** [2] -
76:15, 76:24
**representative** [2] -
77:1, 90:20
**representatives** [6] -
106:1, 106:2, 108:19,
110:5, 110:6, 121:7
**represented** [1] -
110:22
**representing** [2] -
17:3, 105:10
**represents** [3] -
58:23, 61:19, 115:3
**request** [4] - 29:8,
91:2, 92:24, 132:3
**requested** [1] - 92:25
**requesting** [1] -
92:21
**requests** [1] - 92:24
**require** [5] - 15:2,
25:3, 25:4, 69:7,

92:22
**required** [14] - 13:3,
13:9, 18:1, 25:1,
26:13, 37:5, 41:4,
63:18, 100:21,
102:22, 103:17,
113:3, 122:4
**requirements** [3] -
99:1, 99:13, 136:8
**requires** [2] - 28:2,
28:3
**requiring** [1] - 91:15
**rescue** [5] - 16:13,
96:7, 103:19, 104:2,
104:4
**research** [6] - 17:6,
17:15, 33:7, 54:14,
54:15, 54:17
**reserve** [4] - 29:8,
94:22, 94:24, 95:3
**reserved** [1] - 10:8
**reserves** [1] - 95:1
**reservists** [2] - 95:7,
95:8
**resiliency** [1] -
118:13
**resilient** [1] - 116:8
**resolutions** [1] -
31:17
**resource** [3] - 25:8,
59:10, 126:5
**resources** [35] -
36:14, 39:21, 43:10,
43:23, 56:7, 56:10,
59:6, 75:5, 75:11,
76:22, 77:24, 78:8,
79:21, 80:17, 93:9,
102:4, 102:11,
102:19, 102:21,
102:23, 102:25,
103:3, 103:5, 103:18,
104:3, 107:20, 113:4,
125:5, 125:9, 126:7,
130:19, 131:1,
135:20, 135:23
**respect** [12] - 40:15,
59:13, 76:18, 81:24,
82:23, 83:16, 84:5,
89:4, 89:7, 90:15,
90:23, 94:15
**respectfully** [1] -
71:14
**respiratory** [1] - 18:3
**respond** [6] - 30:24,
50:20, 50:21, 77:19,
87:6, 95:17
**responders** [12] -
15:14, 43:12, 43:22,
43:25, 44:2, 46:3,
46:5, 47:23, 47:24,

81:20, 108:21, 116:23
**responding** [1] -
82:10, 82:16, 133:20
**response** [237] -
12:19, 12:20, 12:24,
13:2, 13:4, 14:10,
15:24, 16:5, 16:10,
16:15, 16:18, 16:19,
16:20, 17:25, 18:11,
20:16, 22:17, 23:1,
23:3, 23:4, 23:10,
23:11, 23:14, 23:15,
24:5, 24:9, 24:10,
24:12, 24:13, 24:14,
24:25, 25:2, 25:6,
25:10, 25:23, 25:25,
26:4, 26:6, 26:8,
26:11, 26:17, 29:7,
30:25, 31:5, 31:14,
38:12, 38:21, 38:22,
39:16, 40:1, 40:10,
40:12, 40:16, 40:20,
41:3, 42:20, 42:23,
43:12, 43:17, 43:22,
44:1, 44:14, 44:19,
44:22, 44:24, 45:1,
45:8, 45:11, 45:13,
45:20, 45:21, 45:22,
46:2, 46:7, 46:9,
46:12, 46:15, 46:21,
46:22, 47:3, 48:9,
48:11, 48:15, 50:10,
51:18, 52:3, 52:25,
54:21, 55:12, 55:13,
58:5, 65:8, 73:3,
73:14, 73:25, 74:5,
74:11, 74:12, 74:23,
75:7, 75:14, 75:17,
76:3, 76:8, 76:13,
76:21, 78:17, 79:9,
79:23, 81:1, 81:9,
81:11, 81:13, 81:22,
81:25, 82:9, 82:25,
83:4, 83:7, 86:3,
87:19, 87:21, 88:1,
89:22, 90:15, 90:16,
90:19, 91:19, 92:21,
93:5, 93:8, 93:18,
93:23, 94:8, 94:9,
94:10, 94:13, 94:18,
94:20, 94:21, 95:4,
95:13, 95:21, 96:1,
96:10, 96:15, 96:25,
97:11, 97:19, 98:1,
98:10, 98:15, 99:2,
99:10, 99:14, 99:22,
100:16, 100:17,
100:19, 100:22,
100:24, 101:4, 101:5,
101:8, 101:11,
101:15, 101:18,

102:6, 102:19,
102:22, 102:24,
103:1, 103:3, 103:7,
103:9, 103:14,
103:16, 103:19,
104:21, 106:23,
107:24, 108:17,
109:19, 109:24,
110:2, 110:21,
111:12, 112:3, 112:6,
112:11, 112:18,
112:23, 113:15,
117:3, 117:11,
118:20, 118:22,
118:24, 119:13,
120:8, 122:6, 122:8,
122:21, 123:13,
123:16, 124:9,
124:10, 125:16,
125:19, 126:3,
126:22, 126:24,
128:24, 129:3, 129:6,
129:20, 130:16,
130:19, 131:3,
131:16, 133:6, 134:6,
134:8, 134:25,
135:16, 135:18,
135:20, 136:10,
136:14, 136:17,
137:5, 139:12
**Response** [8] - 24:6,
38:11, 42:3, 44:9,
45:9, 80:4, 81:7,
88:20
**responses** [10] -
74:22, 81:18, 83:18,
84:5, 84:12, 85:5,
90:14, 103:15,
103:20, 106:20
**responsibilities** [1] -
76:17
**responsibility** [5] -
42:15, 43:7, 100:23,
130:2, 133:17
**responsible** [16] -
42:7, 42:16, 68:8,
96:2, 100:20, 101:3,
104:21, 104:23,
105:14, 106:8, 108:8,
112:21, 112:22,
117:23, 126:10,
130:23
**restoration** [1] - 25:8
**Restoration** [2] -
31:2, 54:8
**restoring** [1] - 54:25
**result** [8] - 47:25,
48:8, 52:17, 53:22,
67:10, 74:2, 94:18,
113:6

**result's** [1] - 35:1
**resulted** [1] - 18:22
**resulting** [3] - 18:24,
19:2, 120:17
**resume** [1] - 6:8
**retirees** [1] - 98:20
**retirement** [1] -
38:21
**retreat** [1] - 68:22
**retrieve** [1] - 80:15
**returned** [4] - 53:14,
74:8, 75:19, 75:21
**revealed** [1] - 119:14
**revenue** [2] - 61:17,
131:18
**revenues** [2] - 32:9,
32:11
**review** [1] - 112:2
**reviewed** [2] - 53:7,
111:20
**revised** [1] - 61:13
**Rice** [5] - 19:3, 19:7,
21:11, 21:15, 22:1
**rich** [1] - 52:14
**Richard** [2] - 5:6,
17:18
**RICHARD** [1] - 1:19
**rig** [6] - 4:9, 38:3,
38:8, 55:3, 67:22,
69:13
**RIG** [1] - 1:3
**right** [51] - 4:12,
6:25, 7:16, 9:12, 9:24,
10:8, 10:9, 10:23,
19:16, 20:4, 24:3,
29:8, 37:10, 41:16,
42:10, 53:6, 60:13,
62:11, 63:7, 63:23,
65:4, 65:12, 71:16,
71:22, 77:20, 84:10,
84:22, 88:6, 88:12,
89:25, 92:8, 92:10,
92:16, 97:23, 99:11,
108:4, 109:11,
114:22, 118:21,
122:9, 123:4, 123:5,
125:22, 127:10,
127:19, 132:24,
133:1, 135:21, 138:6,
139:17
**rigs** [1] - 67:23
**rise** [2] - 71:19,
139:21
**risk** [18] - 15:15,
15:16, 15:17, 15:20,
17:22, 17:24, 18:9,
18:15, 21:19, 36:4,
36:5, 56:23, 79:21,
80:17, 137:8, 137:9,
137:10

**risks** [4] - 36:9,
36:11, 36:12, 36:14
**risky** [1] - 67:22
**Rita** [1] - 137:19
**RMR** [2] - 3:9, 140:14
**road** [1] - 66:5
**ROBERS** [1] - 1:23,
5:11
**Robers** [1] - 5:11
**Robert** [2] - 42:5,
76:20
**ROBERT** [1] - 2:15
**robustness** [1] -
51:18
**Roger** [1] - 76:11
**role** [10] - 42:23,
55:14, 55:18, 56:2,
65:18, 76:1, 78:6,
90:13, 100:16, 128:24
**roll** [3] - 4:12, 4:18,
4:22
**room** [5] - 7:2, 7:16,
7:19, 10:12, 10:19
**root** [1] - 83:15
**ROT** [1] - 134:8
**rotated** [1] - 94:13
**rough** [1] - 64:5
**roughly** [2] - 74:4,
74:14
**routinely** [2] - 29:22,
29:24
**row** [1] - 89:20
**royalty** [1] - 55:21
**RP** [3] - 114:5, 131:9,
131:12
**RPR** [2] - 3:9, 140:14
**RRT** [3] - 90:12,
90:16, 132:11
**Rs** [1] - 77:2
**ruinous** [2] - 13:25,
29:2
**rule** [5] - 63:12,
99:12, 99:17, 100:1,
137:10
**ruled** [3] - 35:21,
65:19, 69:20
**rules** [3] - 7:12, 7:19,
68:11
**ruling** [4] - 14:24,
29:19, 65:21, 66:13
**rulings** [1] - 132:17
**run** [4] - 30:7, 31:5,
83:23, 104:24

## S

**S** [2] - 4:1, 72:12
**sad** [1] - 116:21
**safe** [13] - 18:9,

**risks** [4] - 36:9,

28:13, 39:22, 46:23,
46:24, 52:4, 52:10,
68:14, 82:4, 87:5,
118:25, 119:5, 120:2
**safety** [30] - 28:14,
36:9, 46:3, 46:5, 46:8,
46:11, 46:13, 46:20,
46:22, 47:3, 47:18,
47:19, 68:1, 68:3,
68:9, 68:13, 73:1,
81:20, 81:24, 82:9,
82:13, 120:7, 120:11,
120:12, 129:8,
129:15, 129:19, 137:4
**said** [20] - 8:24,
11:21, 26:11, 29:14,
30:21, 33:17, 36:2,
37:3, 40:14, 40:19,
46:24, 47:11, 53:2,
56:18, 91:12, 102:12,
116:18, 116:23,
128:5, 133:21
**Sam** [1] - 90:12
**same** [21] - 7:19,
9:23, 24:5, 25:10,
27:5, 34:16, 35:7,
35:15, 36:16, 45:20,
52:4, 52:22, 56:13,
79:24, 96:16, 98:12,
104:15, 110:12,
115:2, 126:6
**samples** [6] - 20:18,
52:1, 52:2, 52:3, 52:5,
52:9
**sampling** [8] - 51:24,
52:8, 119:14, 130:1,
130:7, 130:8, 130:9,
130:14
**sanctions** [1] - 7:13
**Sarah** [3] - 4:25,
71:24, 72:15
**SARAH** [1] - 1:17
**sat** [1] - 117:23
**save** [1] - 87:8
**saved** [2] - 67:10,
69:22
**saw** [5] - 81:16,
101:12, 101:21,
109:16, 126:7
**say** [45] - 6:10, 14:6,
14:7, 14:13, 18:7,
22:25, 26:12, 30:12,
30:14, 30:15, 31:20,
34:11, 35:25, 38:3,
38:23, 40:9, 40:11,
40:21, 40:23, 48:10,
48:15, 55:22, 64:22,
70:19, 70:22, 71:1,
84:22, 85:16, 85:18,
88:4, 88:24, 102:13,

109:22, 115:16, 116:15, 117:24, 118:24, 121:10, 124:1, 124:24, 134:5, 137:9

**saying** [12] - 20:14, 21:6, 25:20, 34:12, 47:2, 61:17, 62:21, 65:24, 69:23, 86:21, 90:2, 108:2

**sayings** [1] - 46:3

**says** [15] - 26:2, 32:20, 32:24, 40:9, 41:5, 41:6, 41:17, 47:3, 48:1, 65:6, 65:22, 65:23, 112:10, 119:12, 122:12

**scale** [3] - 103:17, 110:25, 130:25

**scanned** [1] - 86:24

**SCAT** [6] - 49:10, 124:2, 124:3, 124:5, 124:9, 124:12

**Scene** [12] - 42:21, 45:5, 46:10, 73:13, 76:14, 76:18, 76:19, 76:23, 90:1, 94:6, 108:7, 111:23

**scene** [4] - 26:10, 111:15, 128:7, 128:9

**schedule** [1] - 6:11

**School** [1] - 73:19

**schools** [1] - 86:1

**Science** [3] - 73:16, 73:17

**science** [1] - 17:13

**scientific** [7] - 21:12, 98:14, 138:11, 138:13, 139:2, 139:4, 139:9

**scope** [1] - 138:18

**screaming** [1] - 112:22

**screen** [3] - 80:14, 86:16, 86:21

**screening** [1] - 21:19

**screens** [1] - 7:18

**scrubbed** [1] - 82:2

**sea** [7] - 20:1, 20:2, 20:3, 20:5, 46:18, 53:12, 113:16

**seafood** [1] - 55:2

**search** [6] - 16:13, 73:13, 95:8, 96:7, 103:18, 104:2, 104:4

**searchs** [1] - 38:8

**season** [5] - 83:12, 83:13, 97:1, 102:1, 136:20

**seat** [1] - 72:8

**seated** [1] - 71:22

**seaweed** [2] - 19:17, 19:18

**second** [17] - 9:8, 13:17, 19:6, 21:1, 25:10, 30:3, 33:3, 35:4, 39:14, 45:4, 47:5, 58:17, 67:5, 67:25, 82:23, 86:15, 97:4

**secondly** [1] - 69:12

**Section** [8] - 1:3, 1:8, 8:25, 73:24, 74:21, 121:12

**section** [3] - 113:9, 113:21, 130:21

**SECTION** [1] - 1:16

**sections** [2] - 111:20, 111:21

**Sections** [1] - 113:14

**sector** [8] - 95:22, 95:24, 96:6, 99:22, 100:4, 136:6, 136:9

**Sector** [1] - 73:10

**sectors** [1] - 96:2

**security** [1] - 103:24

**Security** [1] - 79:16

**sediment** [1] - 52:5

**see** [71] - 15:12, 15:13, 19:16, 20:4, 25:13, 26:25, 27:20, 31:10, 32:13, 33:20, 42:3, 43:13, 43:24, 47:9, 47:16, 49:12, 49:21, 49:23, 50:12, 51:14, 52:1, 54:24, 57:24, 58:7, 61:7, 61:21, 62:2, 79:14, 82:2, 109:1, 109:7, 110:8, 110:14, 111:2, 111:4, 111:7, 111:22, 112:6, 112:12, 113:9, 113:17, 113:23, 114:2, 114:6, 114:12, 114:17, 114:20, 114:22, 115:4, 118:5, 118:15, 119:2, 119:7, 119:15, 120:11, 120:13, 120:18, 122:2, 122:14, 127:16, 128:10, 128:16, 129:23, 130:10, 130:21, 131:4, 131:13, 132:11, 133:10, 133:18, 139:14

**seeing** [2] - 68:22, 115:14

**seeking** [3] - 56:17, 56:18, 82:8

**seeks** [1] - 39:10

**seem** [1] - 115:3

**seemed** [1] - 91:16

**seems** [2] - 34:24, 63:20

**seen** [6] - 16:3, 33:13, 37:16, 43:19, 63:11, 85:13

**seeps** [1] - 52:15

**segment** [2] - 30:11, 30:12

**seizure** [1] - 7:13

**self** [1] - 69:5

**self-evident** [1] - 69:5

**Senator** [2] - 41:12, 41:16

**send** [1] - 67:19

**senior** [3] - 71:6, 74:20, 133:7

**sense** [2] - 17:10, 96:5

**sensitive** [6] - 46:6, 48:12, 49:3, 68:6, 111:13, 136:16

**sensitivity** [4] - 61:25, 62:1, 62:9, 122:7

**sent** [8] - 16:5, 24:10, 86:7, 86:10, 114:22, 115:9, 134:24, 135:2

**sentence** [3] - 110:12, 116:6, 119:4

**separate** [2] - 131:10, 136:11

**separately** [1] - 35:2

**September** [2] - 111:16, 135:15

**serious** [13] - 12:17, 12:18, 12:21, 14:18, 14:23, 14:25, 15:20, 17:7, 19:12, 20:21, 20:24, 21:14, 71:2

**seriousness** [9] - 14:22, 14:23, 15:2, 15:4, 15:18, 15:22, 16:21, 37:2, 39:5

**serve** [7] - 40:7, 67:12, 69:18, 70:14, 71:13, 78:7, 108:17

**served** [1] - 78:8

**service** [2] - 85:4, 134:18

**Service** [4] - 72:21, 73:7, 97:16, 97:17

**services** [1] - 58:15

**serving** [1] - 72:25

**SESSION** [2] - 1:13, 4:3

**set** [18] - 12:2, 14:24, 21:20, 21:21, 31:21, 42:5, 42:11, 42:23, 43:5, 46:2, 55:8, 57:2, 57:3, 77:18, 84:14, 101:6, 139:6

**sets** [1] - 66:6

**settle** [1] - 69:4

**settlement** [5] - 18:20, 35:9, 69:9, 69:10, 69:20

**settlements** [1] - 26:24

**seven** [2] - 93:21, 94:1

**seventeen** [1] - 23:6

**several** [8] - 13:7, 80:18, 80:19, 118:11, 120:24, 135:8, 136:7, 136:12

**severe** [2] - 18:24, 20:7

**severity** [1] - 34:13

**shaded** [1] - 12:8

**shall** [2] - 65:23, 65:24

**shallow** [1] - 56:5

**share** [1] - 65:10

**shareholder** [1] - 57:12

**shareholders** [1] - 57:13

**shares** [2] - 27:9, 68:24

**SHARON** [1] - 2:2

**Shea** [6] - 19:8, 21:10, 21:11, 21:15, 21:17, 21:24

**sheens** [1] - 115:6

**sheer** [1] - 78:24

**sheet** [2] - 34:2, 79:24

**shelf** [1] - 8:3

**Shell** [1] - 2:19

**shellfish** [2] - 21:3, 51:12

**shift** [1] - 93:22

**shifts** [1] - 50:19

**ship** [1] - 103:24

**ships** [1] - 48:6

**shops** [1] - 44:24

**shore** [7] - 19:25, 49:8, 50:21, 105:3, 105:5, 109:19, 133:22

**shoreline** [27] - 14:8, 19:20, 39:1, 42:8, 42:17, 47:6, 48:13, 49:3, 49:5, 49:7, 50:8, 50:10, 113:13, 115:1, 115:4, 115:19,

116:24, 123:19, 124:6, 124:25, 125:5, 125:10, 126:3, 133:18, 135:7, 136:13

**Shoreline** [1] - 124:4

**shoreline/marsh** [1] - 110:13

**shorelines** [3] - 46:6, 51:3, 111:13

**shores** [1] - 78:20

**short** [7] - 9:16, 28:18, 37:15, 59:2, 69:16, 89:13, 134:20

**short-term** [1] - 59:2

**shorter** [1] - 104:6

**shortly** [1] - 54:19

**shot** [1] - 80:14

**shots** [1] - 133:6

**should** [40] - 13:19, 14:11, 14:13, 25:19, 25:20, 28:1, 28:4, 28:6, 29:13, 29:14, 29:16, 33:25, 34:25, 36:22, 36:23, 37:1, 37:4, 37:6, 37:8, 40:7, 40:23, 41:12, 55:14, 55:15, 57:10, 59:23, 62:24, 64:22, 65:22, 65:25, 67:14, 67:19, 67:20, 67:21, 68:24, 69:4, 69:11, 71:11, 71:14, 134:12

**shouldn't** [1] - 24:16

**show** [16] - 18:8, 18:14, 21:7, 23:3, 23:19, 24:7, 28:8, 30:6, 32:3, 49:13, 85:17, 86:13, 102:16, 110:13, 133:12

**showed** [1] - 110:20

**showing** [3] - 110:12, 115:2, 134:23

**shown** [3] - 102:14, 108:14, 130:1

**shows** [19] - 12:6, 12:11, 15:21, 16:2, 16:5, 16:14, 16:24, 17:15, 19:14, 19:22, 23:16, 26:25, 27:5, 27:17, 33:16, 49:17, 51:24, 56:12, 80:18

**shut** [3] - 38:13, 41:4, 43:16

**shut-in** [3] - 38:13, 41:4, 43:16

**SHUTLER** [1] - 2:2

**sick** [1] - 53:23

**side** [6] - 6:4, 6:5, 6:6, 6:7, 10:11, 82:6

**sides** [1] - 6:6

**signed** [4] - 90:11, 90:24, 91:1, 125:24
**significance** [1] - 77:11
**significant** [33] - 12:20, 21:2, 21:4, 21:8, 22:9, 40:6, 40:7, 40:23, 43:21, 44:5, 49:2, 50:8, 50:14, 51:2, 51:11, 52:10, 52:25, 53:1, 54:25, 55:18, 55:23, 56:1, 56:2, 56:11, 56:14, 61:4, 61:10, 102:19, 103:5, 128:24, 130:25
**significantly** [4] - 29:15, 36:23, 37:8, 38:15
**signing** [1] - 124:22
**silent** [1] - 6:21
**similar** [5] - 52:9, 69:15, 103:10, 103:15, 118:8
**similarities** [1] - 36:1
**similarly** [1] - 41:17
**simple** [1] - 18:1
**simplistic** [1] - 32:20
**simply** [1] - 138:21
**since** [11] - 6:14, 10:14, 32:13, 32:14, 39:20, 61:5, 67:16, 68:10, 70:8, 70:14, 71:13
**single** [4] - 46:14, 49:15, 53:22, 57:12
**sir** [2] - 11:2, 11:5
**site** [2] - 10:6, 119:22
**sits** [2] - 56:19, 56:20
**situ** [11] - 47:14, 106:5, 113:16, 118:21, 119:5, 119:6, 119:12, 120:25, 121:5, 121:18
**six** [1] - 94:1
**size** [6] - 13:24, 26:24, 28:25, 41:20, 78:24, 102:22
**skimmable** [1] - 127:2
**skimmers** [11] - 47:8, 47:9, 47:13, 80:17, 99:18, 126:24, 128:6, 128:9, 128:13, 131:1, 132:9
**skimming** [8] - 39:22, 49:5, 99:19, 106:6, 113:16, 113:17, 127:4, 127:11
**skin** [2] - 18:5, 82:15
**slashing** [1] - 70:10

**slice** [1] - 24:2
**slick** [1] - 132:8
**slicks** [1] - 19:15
**slide** [32] - 12:6, 12:11, 12:13, 15:21, 16:2, 16:14, 16:23, 17:18, 19:1, 19:14, 19:22, 20:12, 22:15, 23:3, 23:16, 24:11, 26:16, 26:25, 27:5, 27:10, 27:17, 27:25, 30:8, 30:17, 30:25, 32:9, 33:16, 34:6, 35:24, 49:14, 49:17, 112:1
**slightly** [2] - 80:23, 98:22
**slippery** [1] - 82:17
**slips** [1] - 82:18
**slow** [2] - 89:5
**slowed** [1] - 25:25
**small** [5] - 20:19, 25:18, 49:22, 50:5, 110:12
**smaller** [1] - 122:25
**SMART** [2] - 119:11, 119:14
**smoke** [2] - 119:14, 120:11
**so-called** [2] - 6:2, 8:9
**social** [1] - 12:22
**society** [1] - 12:22
**sole** [1] - 57:17
**some** [64] - 7:21, 8:3, 9:9, 9:16, 15:12, 15:13, 16:11, 16:12, 18:5, 18:9, 18:19, 19:18, 20:12, 21:6, 23:12, 23:13, 26:12, 32:8, 33:25, 37:17, 37:18, 38:18, 41:9, 43:19, 46:8, 47:16, 48:17, 49:7, 54:2, 64:14, 64:16, 77:19, 79:11, 82:14, 85:13, 85:19, 87:22, 88:21, 92:14, 92:23, 95:19, 97:14, 97:18, 97:22, 98:19, 100:12, 101:20, 101:22, 104:17, 105:17, 109:18, 109:19, 111:21, 112:21, 115:22, 116:21, 118:19, 122:18, 125:24, 128:9, 128:12, 136:18
**somehow** [1] - 15:7
**someone** [2] - 11:6,

129:2
**something** [8] - 11:21, 29:1, 58:21, 63:13, 64:16, 84:3, 84:4, 93:1
**sometimes** [5] - 79:20, 83:7, 85:15, 91:5, 91:6
**somewhat** [1] - 51:18
**somewhere** [2] - 93:10, 100:14
**Sommer** [4] - 109:2, 109:12, 110:9, 110:16
**soon** [2] - 18:13, 42:11
**sooner** [2] - 25:7, 25:9
**sophisticated** [1] - 119:23
**sorry** [10] - 11:16, 11:25, 44:11, 49:19, 107:13, 112:13, 126:13, 131:9, 131:11, 133:14
**sort** [3] - 13:9, 35:6, 52:22
**sorts** [1] - 19:14
**sound** [2] - 7:18, 11:10
**sounds** [2] - 11:19, 92:10
**source** [8] - 8:9, 15:25, 22:22, 42:15, 64:22, 89:13, 104:24, 113:16
**South** [2] - 3:2, 16:25
**south** [1] - 8:3
**span** [5] - 75:7, 75:9, 75:10, 76:2, 77:16
**spanned** [1] - 77:13
**speak** [8] - 5:8, 10:14, 10:16, 44:18, 44:19, 128:12, 132:15
**speaking** [6] - 10:16, 10:19, 10:21, 20:3, 97:20, 133:25
**special** [1] - 73:12
**specialties** [1] - 44:1
**species** [3] - 51:13, 51:15, 136:20
**specific** [4] - 19:7, 21:21, 31:5, 136:5
**Specific** [2] - 44:9, 44:11
**speculate** [1] - 64:22
**speed** [2] - 97:5, 123:2
**speeding** [4] - 35:17, 35:18, 70:18, 70:20

**spell** [1] - 72:9
**spend** [1] - 45:4
**spending** [1] - 56:11
**spends** [1] - 21:24
**spent** [12] - 24:15, 24:18, 39:23, 39:24, 54:5, 54:11, 55:24, 56:12, 58:5, 58:6, 58:8, 58:15
**SPILL** [1] - 1:3
**Spill** [4] - 24:6, 38:11, 42:3, 45:9
**spill** [120] - 4:8, 12:17, 12:18, 12:19, 12:24, 14:7, 14:15, 14:21, 15:10, 15:25, 16:18, 17:17, 18:13, 18:19, 18:22, 18:24, 19:2, 19:23, 20:6, 22:15, 22:16, 22:17, 23:5, 24:8, 24:17, 25:2, 25:17, 25:18, 26:17, 29:1, 30:25, 32:13, 32:14, 32:16, 34:13, 34:19, 36:2, 36:13, 38:7, 38:13, 39:5, 39:21, 40:1, 45:16, 46:13, 48:15, 51:20, 53:18, 53:25, 54:19, 71:2, 71:8, 73:2, 74:1, 74:23, 75:7, 77:10, 77:21, 79:1, 81:9, 81:18, 82:10, 82:20, 82:25, 83:7, 83:18, 83:20, 84:5, 84:9, 84:12, 85:5, 87:14, 88:19, 89:13, 89:17, 89:18, 90:14, 90:17, 94:18, 96:1, 96:17, 96:25, 97:18, 98:15, 99:2, 99:14, 99:15, 99:21, 100:9, 100:14, 101:5, 101:8, 101:12, 103:7, 103:19, 106:11, 106:13, 111:7, 112:3, 126:22, 129:3, 129:6, 135:4, 136:5, 136:9, 137:15, 138:16, 138:21, 139:2, 139:3
**spilled** [3] - 49:6, 123:24, 137:18
**spills** [14] - 23:21, 74:12, 74:17, 77:5, 77:7, 78:23, 80:24, 80:25, 81:6, 94:16, 116:2, 119:7, 137:19, 138:12
**split** [1] - 76:13
**sponsored** [1] - 10:4

**spotted** [1] - 122:13
**spray** [3] - 88:25, 91:3, 92:19
**sprayed** [1] - 92:7
**spraying** [1] - 92:6
**Square** [1] - 2:19
**square** [1] - 19:15
**squarely** [1] - 133:17
**SSC** [1] - 98:18
**ST** [1] - 3:6
**St** [3] - 2:16, 2:19, 3:6
**stable** [1] - 33:20
**staff** [4] - 16:10, 77:23, 91:7, 93:2
**Stafford** [1] - 41:12
**stage** [1] - 21:23
**staging** [1] - 128:13
**stakeholder** [3] - 81:22, 85:4, 85:11
**stakeholders** [5] - 26:7, 76:7, 85:8, 85:20, 85:23
**stand** [4] - 6:25, 59:1, 72:5, 80:4
**standard** [3] - 28:12, 93:22, 124:6
**standards** [4] - 13:19, 33:11, 33:20, 50:11
**standby** [1] - 50:19
**standing** [2] - 50:24, 63:13
**standpoint** [2] - 38:20, 65:3
**Stanley** [1] - 19:3
**start** [4] - 53:6, 81:24, 84:23, 89:18
**started** [2] - 15:24, 25:2
**starting** [1] - 4:23
**starts** [2] - 38:1, 89:15
**State** [2] - 75:19, 75:20
**state** [12] - 10:13, 16:14, 50:11, 64:12, 72:9, 75:21, 78:19, 100:4, 100:9, 114:4, 126:15, 131:10
**STATE** [1] - 3:4
**stated** [4] - 28:2, 29:13, 31:3, 45:8
**statement** [17] - 11:14, 33:12, 37:15, 41:24, 56:18, 87:20, 102:18, 102:20, 112:8, 113:19, 116:16, 132:14, 134:3, 137:14,

138:22, 139:1, 139:4
**statements** [11] -
6:4, 6:5, 6:8, 6:10,
10:23, 11:7, 22:4,
37:16, 37:17, 41:9,
139:8
**STATES** [4] - 1:1,
1:7, 1:12, 1:15
**states** [12] - 26:4,
54:20, 54:22, 54:24,
55:1, 77:13, 78:9,
78:25, 105:24, 106:2,
110:6, 113:15
**States** [19] - 4:10,
4:23, 6:7, 7:9, 8:17,
9:7, 9:9, 10:6, 11:13,
13:11, 26:5, 28:7,
36:21, 71:25, 87:22,
88:11, 124:6, 132:15,
140:7
**States'** [2] - 8:25, 9:2
**static** [1] - 32:25
**stationed** [5] - 72:20,
88:18, 98:16, 99:19,
99:22
**status** [2] - 13:17,
27:11
**statute** [5] - 12:3,
34:5, 39:11, 41:22
**statutory** [3] - 13:7,
29:23, 34:14
**stay** [2] - 37:1, 56:9
**stayed** [1] - 74:8
**staying** [2] - 28:22,
29:12
**steam** [1] - 83:9
**stenography** [1] -
3:12
**step** [4] - 6:23,
25:20, 57:21, 130:12
**Stephanie** [4] - 4:6,
4:14, 4:19, 5:25
**steps** [1] - 94:5
**STEVE** [1] - 1:17
**Steve** [2] - 4:24,
11:13
**sticks** [1] - 116:7
**still** [24] - 15:17,
18:12, 20:1, 22:12,
23:23, 32:13, 35:19,
38:24, 48:25, 50:4,
50:17, 50:24, 54:3,
54:4, 58:12, 64:11,
64:14, 102:14, 111:6,
135:25, 136:5, 136:10
**stipulation** [3] -
34:17, 34:18, 35:13
**stole** [1] - 93:4
**stop** [1] - 93:10
**stopped** [1] - 92:6

**storm** [3] - 93:11,
93:13, 137:20
**story** [7] - 16:1,
36:16, 38:1, 38:19,
38:20, 109:10, 109:15
**straightened** [1] -
4:15
**straightforward** [1] -
65:18
**strategic** [2] - 30:13,
78:14
**strategically** [2] -
78:16, 137:1
**strategy** [2] - 69:11,
126:21
**stream** [1] - 61:17
**Street** [3] - 2:24,
3:10, 7:17
**strength** [2] - 13:21,
14:1
**stretch** [1] - 69:17
**strictly** [3] - 7:9,
7:11, 65:20
**Strike** [3] - 73:8,
73:9, 73:11
**strong** [1] - 34:2
**structured** [2] - 63:2,
63:12
**stuck** [1] - 38:22
**studied** [2] - 54:1,
138:17
**studies** [5] - 18:10,
68:22, 139:9, 139:11,
139:14
**Studies** [1] - 73:19
**study** [6] - 18:11,
53:18, 54:3, 54:6,
138:12
**stuff** [1] - 102:14
**sub** [1] - 113:16
**sub-sea** [1] - 113:16
**subject** [1] - 65:23
**subjected** [1] - 7:13
**submit** [1] - 71:14
**subsea** [2] - 105:1,
122:21
**subsequent** [1] -
74:1
**subsidiaries** [2] -
57:5, 57:7
**subsidiary** [5] -
56:19, 57:1, 57:2,
57:11, 57:12
**substantial** [1] -
123:9
**subsurface** [1] -
104:24
**success** [6] - 13:4,
41:7, 45:21, 45:24,
46:1, 48:1

**successful** [9] -
44:22, 45:9, 45:19,
45:22, 49:5, 81:2,
81:9, 83:18, 112:4
**successor** [1] - 27:4
**such** [5] - 36:14,
52:12, 64:24, 79:8,
131:1
**suddenly** [3] - 91:4,
91:15, 93:9
**suffer** [2] - 17:15,
51:8
**suffering** [2] - 14:11
**suggests** [2] - 22:12,
69:10
**Suite** [2] - 2:19, 3:2
**sum** [3] - 34:4, 44:2,
114:10
**summarizing** [1] -
44:15
**summary** [4] - 25:16,
37:24, 45:6, 54:19
**summer** [2] - 93:12,
97:7
**Sunding** [3] - 66:20,
67:11, 68:18
**Sunding's** [1] - 68:21
**supervisor** [1] -
75:11
**support** [9] - 28:12,
40:22, 59:1, 81:22,
85:4, 98:14, 117:3,
138:13, 139:5
**supporting** [1] -
33:13
**supportive** [1] -
118:13
**supposed** [1] - 13:15
**sure** [26] - 4:19, 5:25,
6:20, 46:17, 46:25,
47:20, 47:22, 51:5,
74:18, 75:10, 76:9,
79:23, 82:2, 82:3,
83:1, 83:3, 84:2,
84:16, 92:19, 102:1,
118:23, 119:21,
126:1, 126:10, 128:6,
130:15
**surety** [1] - 121:10
**surface** [14] - 16:3,
19:15, 47:14, 48:3,
48:6, 52:24, 78:20,
104:23, 104:25,
119:6, 119:20,
122:21, 127:2, 132:10
**surge** [1] - 95:19
**surplus** [1] - 32:14
**surprising** [1] -
24:16
**surprisingly** [1] -

17:6
**survey** [2] - 81:10,
81:17
**survivors** [1] - 38:9
**SUSANNAH** [1] - 3:5
**suspect** [1] - 63:8
**swoop** [1] - 63:22
**SWORN** [1] - 72:6
**synthetic** [1] - 70:24
**system** [2] - 47:7,
83:15
**System** [2] - 74:25,
75:3
**systems** [1] - 43:2

**T**

**T** [2] - 2:10, 72:12
**tables** [1] - 7:6
**tablets** [1] - 6:20
**tactical** [1] - 78:14
**tactically** [1] - 78:19
**tactics** [5] - 82:1,
82:2, 83:1, 83:19,
113:13
**tailored** [1] - 66:1
**take** [26] - 4:12, 4:18,
4:22, 6:8, 27:9, 29:3,
29:20, 55:23, 60:8,
60:17, 71:3, 71:12,
71:16, 71:17, 72:8,
83:9, 84:12, 85:15,
94:5, 94:7, 97:8,
120:25, 121:2,
124:15, 128:9, 135:7
**TAKEN** [2] - 71:20,
139:22
**taken** [7] - 9:11,
16:11, 25:11, 51:24,
52:3, 58:19, 81:8
**takes** [5] - 18:20,
25:20, 61:14, 70:3,
120:24
**taking** [4] - 27:18,
40:23, 76:22, 119:20
**talk** [18] - 6:25, 15:8,
18:16, 22:17, 34:6,
39:18, 42:19, 48:17,
53:19, 55:9, 57:8,
57:14, 57:24, 62:7,
77:3, 80:24, 118:19,
130:18
**talked** [7] - 22:16,
57:17, 58:1, 62:16,
63:4, 64:15, 138:2
**talking** [4] - 44:8,
45:5, 76:7, 118:24
**talks** [1] - 30:25
**tape** [1] - 59:24

**tar** [2] - 46:4, 115:6
**tarballs** [1] - 118:10
**task** [1] - 121:25
**taught** [1] - 101:5
**team** [6] - 5:25,
16:25, 90:16, 111:12,
117:3, 134:6
**Team** [3] - 73:8,
73:11, 88:20
**teams** [4] - 49:10,
49:12, 73:12, 124:12
**Teams** [1] - 124:4
**technical** [1] - 4:16
**technically** [1] -
107:22
**technique** [5] -
118:22, 118:24,
125:16, 126:24,
127:11
**techniques** [6] -
47:6, 47:8, 49:7,
113:13, 118:20, 124:7
**technology** [1] - 24:6
**tell** [3] - 116:4, 124:2,
126:18
**telling** [2] - 109:9,
132:9
**tells** [2] - 24:2, 55:14
**temporarily** [1] - 8:1
**ten** [10] - 16:10,
23:21, 27:3, 33:16,
35:14, 35:15, 35:18,
50:23, 57:24
**tens** [1] - 17:23
**tensions** [1] - 133:10
**term** [8] - 15:21,
18:13, 28:16, 38:5,
59:2, 59:3, 92:1,
137:2
**terms** [16] - 7:20,
8:13, 37:18, 38:24,
44:5, 52:11, 61:2,
64:23, 103:10,
105:11, 106:4,
115:14, 117:9, 126:1,
131:6
**terrific** [1] - 65:7
**test** [2] - 64:12,
64:14
**testified** [2] - 104:18,
132:20
**TESTIFIED** [1] - 72:6
**testifies** [1] - 24:4
**testify** [18] - 9:13,
9:22, 16:7, 16:17,
23:17, 26:7, 28:7,
29:18, 30:5, 66:21,
67:11, 67:13, 68:2,
68:3, 68:8, 68:18,
69:25, 71:7

**testifying** [1] - 31:8
**testimony** [13] -
15:6, 18:8, 18:17,
18:19, 19:13, 23:13,
24:7, 28:8, 29:11,
32:3, 35:23, 58:13,
66:18
**testing** [2] - 55:2,
119:23
**Texas** [3] - 36:10,
42:17, 118:10
**Thad** [1] - 78:5
**than** [21] - 4:18,
14:11, 20:19, 22:13,
29:20, 34:21, 36:24,
40:15, 45:10, 50:7,
57:11, 78:23, 86:19,
93:1, 97:4, 98:7,
98:24, 112:5, 115:5,
123:24, 131:3
**thank** [19] - 11:20,
37:13, 44:10, 63:23,
65:10, 65:12, 71:15,
71:16, 87:4, 90:9,
104:7, 104:9, 104:10,
104:15, 114:22,
124:5, 131:9, 134:17,
139:17
**thanking** [1] - 14:13
**that** [874] - 4:20,
5:12, 6:1, 7:5, 7:7,
7:12, 8:10, 8:11, 8:14,
8:20, 9:11, 9:12, 9:14,
9:21, 9:22, 10:2,
10:17, 11:17, 12:6,
12:13, 12:17, 13:12,
13:13, 13:18, 14:5,
14:7, 14:10, 14:15,
14:17, 14:20, 14:23,
14:24, 14:25, 15:1,
15:3, 15:7, 15:11,
15:17, 16:1, 16:3,
16:15, 16:17, 17:6,
17:9, 17:12, 17:15,
18:7, 18:8, 18:14,
18:18, 18:22, 18:23,
19:14, 19:22, 19:25,
20:2, 20:8, 20:10,
20:14, 20:16, 20:17,
20:22, 20:23, 20:24,
21:1, 21:6, 21:18,
22:2, 22:8, 22:20,
22:23, 22:25, 23:17,
23:19, 23:22, 23:23,
24:2, 24:5, 24:7,
24:15, 25:3, 25:4,
25:12, 25:17, 25:18,
25:21, 25:23, 25:25,
26:4, 26:5, 26:7,
26:12, 26:14, 26:21,

27:13, 27:15, 27:22,
27:25, 28:3, 28:4,
28:5, 28:8, 28:19,
28:24, 28:25, 29:5,
29:13, 29:14, 29:18,
29:20, 29:23, 30:6,
30:19, 31:6, 31:11,
31:12, 31:13, 31:15,
31:16, 31:20, 31:21,
31:23, 31:24, 32:2,
32:3, 32:15, 32:25,
33:3, 33:8, 33:14,
34:10, 34:25, 35:25,
36:3, 36:5, 36:8,
36:13, 36:15, 36:23,
36:24, 37:3, 37:4,
37:7, 37:8, 37:17,
37:18, 37:22, 38:1,
38:3, 38:5, 38:14,
38:18, 38:23, 38:24,
39:1, 39:3, 39:8, 39:9,
39:11, 39:13, 39:15,
39:19, 39:25, 40:2,
40:7, 40:11, 40:12,
40:13, 40:14, 40:18,
40:19, 40:21, 40:22,
40:24, 41:2, 41:4,
41:5, 41:6, 41:7, 41:9,
41:18, 42:2, 42:4,
42:5, 42:7, 42:11,
42:16, 43:2, 43:4,
43:8, 43:9, 43:13,
43:16, 43:20, 43:21,
43:24, 43:25, 44:1,
44:2, 44:3, 44:6, 44:8,
44:12, 44:14, 44:15,
44:23, 44:24, 44:25,
45:4, 45:11, 45:14,
45:16, 45:17, 45:21,
45:25, 46:1, 46:3,
46:9, 46:13, 46:16,
46:17, 46:24, 47:4,
47:5, 47:7, 47:8,
47:10, 47:15, 47:20,
47:21, 47:22, 47:23,
48:7, 48:18, 48:21,
49:2, 49:9, 49:10,
49:15, 49:21, 49:22,
49:24, 49:25, 50:6,
50:16, 50:20, 50:24,
51:2, 51:3, 51:5, 51:7,
51:8, 51:10, 51:13,
51:14, 51:15, 51:17,
51:19, 51:20, 51:22,
51:24, 52:2, 52:3,
52:12, 52:13, 52:14,
52:15, 52:17, 52:20,
52:22, 52:23, 53:2,
53:3, 53:4, 53:10,
53:12, 53:13, 53:19,
53:20, 53:22, 53:23,

53:24, 53:25, 54:1,
54:2, 54:4, 54:5, 54:9,
54:11, 54:15, 54:25,
55:4, 55:6, 55:7, 55:8,
55:14, 55:22, 55:24,
56:4, 56:12, 56:15,
56:18, 56:19, 56:20,
56:22, 56:23, 57:4,
57:8, 57:10, 57:12,
57:21, 57:23, 58:1,
58:5, 58:7, 58:11,
58:12, 58:16, 58:18,
58:19, 58:20, 58:21,
58:23, 58:25, 59:7,
59:8, 59:14, 59:16,
59:20, 59:22, 60:3,
60:6, 60:7, 60:8,
60:11, 60:15, 60:16,
60:17, 60:18, 60:22,
61:3, 61:6, 61:12,
61:21, 61:23, 61:25,
62:2, 62:3, 62:8, 62:9,
62:15, 62:16, 62:17,
62:19, 62:20, 62:22,
63:2, 63:4, 63:5, 63:6,
63:9, 63:10, 63:11,
63:12, 63:13, 63:14,
63:16, 63:18, 63:20,
63:21, 64:7, 64:11,
64:12, 64:15, 64:16,
64:22, 65:7, 65:9,
65:20, 65:21, 65:23,
66:6, 66:8, 66:10,
66:12, 66:13, 66:16,
66:17, 66:18, 66:22,
66:23, 67:1, 67:6,
67:8, 67:9, 67:11,
67:13, 67:18, 67:19,
67:20, 67:22, 67:23,
68:2, 68:3, 68:8,
68:10, 68:11, 68:13,
68:14, 68:16, 68:18,
68:22, 69:3, 69:10,
69:19, 69:20, 69:22,
69:25, 70:2, 70:4,
70:7, 70:12, 70:19,
70:21, 70:22, 70:24,
71:1, 71:3, 71:11,
71:14, 72:2, 73:3,
74:1, 74:4, 74:18,
75:5, 75:10, 75:11,
75:23, 76:5, 76:9,
76:10, 76:12, 77:11,
77:13, 77:18, 77:20,
77:21, 78:9, 78:10,
78:12, 78:23, 78:24,
78:25, 79:23, 80:4,
81:4, 81:8, 81:10,
81:17, 81:18, 81:19,
82:2, 82:3, 82:7, 82:8,
82:18, 82:21, 83:1,

83:3, 83:10, 83:14,
83:17, 83:22, 83:23,
83:24, 84:2, 84:4,
84:10, 84:13, 84:14,
84:16, 84:17, 84:18,
84:20, 84:24, 85:2,
85:3, 85:6, 85:9,
85:13, 85:14, 85:16,
85:17, 86:7, 86:8,
87:5, 87:7, 87:8,
87:11, 87:15, 87:19,
87:21, 88:4, 88:5,
88:8, 88:9, 88:10,
88:17, 88:21, 89:12,
89:24, 90:2, 90:15,
90:17, 91:2, 91:3,
91:6, 91:7, 91:10,
91:13, 91:17, 91:25,
92:1, 92:6, 92:7, 92:8,
92:10, 92:11, 92:12,
92:14, 92:16, 92:17,
92:19, 92:24, 93:1,
93:4, 93:10, 93:13,
94:5, 94:6, 94:16,
94:19, 95:9, 95:12,
95:18, 95:19, 96:1,
96:12, 96:23, 96:24,
96:25, 97:1, 97:3,
97:4, 97:7, 97:14,
98:1, 98:3, 98:9,
98:20, 98:23, 99:4,
99:6, 99:12, 99:17,
99:18, 99:21, 99:22,
100:5, 100:11, 101:5,
101:8, 101:22,
101:24, 102:2, 102:5,
102:8, 102:13,
102:18, 102:20,
102:21, 103:10,
103:17, 104:16,
104:18, 105:2,
105:17, 105:20,
105:25, 106:4,
106:11, 106:19,
106:23, 107:11,
107:21, 108:1, 108:2,
108:8, 108:15,
108:16, 108:19,
108:21, 109:1, 109:2,
109:6, 109:10,
109:15, 109:17,
109:18, 109:23,
110:1, 110:2, 110:5,
110:8, 110:13,
110:14, 110:16,
110:22, 111:2, 111:4,
111:6, 111:11,
111:16, 111:22,
112:1, 112:5, 112:6,
112:8, 112:12,
112:14, 112:16,

112:20, 112:23,
112:25, 113:9,
113:17, 113:23,
113:25, 114:3, 114:6,
114:13, 114:15,
114:22, 115:3, 115:7,
115:10, 115:11,
115:20, 115:22,
116:8, 116:9, 116:11,
116:16, 117:2, 117:3,
117:4, 117:9, 117:10,
117:13, 117:16,
117:23, 117:25,
118:5, 118:8, 118:10,
118:15, 118:20,
118:21, 118:24,
119:3, 119:4, 119:7,
119:9, 119:12,
119:16, 119:18,
119:21, 119:22,
119:23, 119:24,
120:1, 120:6, 120:7,
120:9, 120:11,
120:12, 120:13,
120:15, 120:18,
120:20, 120:24,
121:6, 121:7, 121:9,
121:10, 121:12,
121:14, 121:18,
121:22, 122:2, 122:3,
122:4, 122:14,
122:16, 122:20,
123:4, 123:6, 123:9,
123:12, 123:15,
123:18, 123:21,
123:24, 124:2, 124:5,
124:12, 124:22,
124:24, 125:4,
125:12, 125:22,
126:1, 126:2, 126:6,
126:7, 126:9, 126:10,
126:11, 126:14,
126:17, 126:18,
126:21, 127:1, 127:4,
127:6, 127:14,
127:18, 127:20,
127:24, 128:1,
128:10, 128:16,
128:24, 129:5,
129:19, 129:23,
130:2, 130:10,
130:12, 130:15,
130:21, 130:23,
131:4, 131:6, 131:13,
131:15, 132:7, 132:9,
132:11, 132:24,
133:2, 133:5, 133:10,
133:18, 134:1, 134:9,
134:13, 134:15,
134:24, 135:4,
135:11, 136:1, 136:3,

136:9, 136:16,
136:24, 137:7, 137:9,
137:11, 137:16,
137:21, 137:22,
137:25, 138:5, 138:7,
138:22, 139:1, 139:8,
139:12, 140:8
  **that's** [69] - 5:13,
5:23, 6:16, 11:19,
13:19, 15:12, 22:14,
24:22, 29:7, 31:24,
33:7, 35:8, 35:15,
40:3, 41:23, 43:23,
44:10, 45:12, 49:17,
50:20, 51:23, 52:4,
52:5, 53:18, 55:19,
56:7, 56:21, 57:1,
57:3, 57:6, 58:6,
58:20, 58:24, 59:2,
60:13, 60:15, 61:11,
61:21, 62:21, 62:22,
63:20, 64:15, 65:9,
73:2, 82:4, 83:21,
84:4, 84:25, 87:3,
93:14, 97:17, 104:19,
105:25, 106:18,
107:13, 107:19,
110:13, 116:21,
118:1, 118:17, 122:8,
124:1, 125:7, 127:1,
133:3, 134:17,
135:13, 138:24
  **THE** [66] - 1:3, 1:4,
1:12, 1:15, 3:4, 4:6,
4:8, 4:12, 5:8, 5:12,
5:15, 5:23, 10:1, 10:4,
11:1, 11:3, 11:6,
11:10, 11:12, 11:17,
11:21, 11:24, 22:6,
22:7, 37:10, 37:12,
62:24, 63:6, 63:14,
63:16, 63:20, 65:12,
65:15, 71:16, 71:19,
71:22, 72:2, 72:4,
72:8, 72:11, 86:16,
86:18, 86:19, 86:21,
86:25, 87:2, 87:3,
87:5, 88:6, 88:12,
97:23, 98:13, 98:14,
99:11, 99:12, 104:9,
107:14, 107:17,
108:4, 111:5, 132:21,
134:19, 138:3,
138:23, 139:17,
139:21
  **their** [70] - 7:5, 9:8,
13:16, 13:17, 13:25,
14:14, 16:16, 17:10,
18:5, 20:12, 22:4,
22:13, 22:22, 23:9,
23:14, 25:11, 27:18,

28:18, 28:20, 29:2,
29:4, 29:9, 29:21,
31:22, 32:6, 32:22,
32:24, 33:15, 33:17,
35:11, 36:9, 36:12,
36:17, 38:4, 45:8,
45:20, 46:25, 47:11,
48:10, 50:22, 51:16,
54:20, 54:24, 55:11,
57:23, 60:21, 62:2,
62:3, 77:20, 85:8,
85:10, 95:20, 97:5,
97:7, 97:8, 100:9,
100:14, 101:22,
103:8, 103:10,
103:23, 107:6,
107:24, 113:4,
117:13, 128:7,
129:15, 130:10, 133:7
  **theme** [3] - 22:3,
25:16, 88:10
  **themselves** [1] -
17:9
  **theories** [1] - 66:19
  **theory** [2] - 67:18
  **there's** [25] - 7:2,
33:5, 34:11, 37:6,
51:23, 55:2, 56:25,
59:19, 61:4, 61:7,
64:14, 64:15, 64:17,
75:6, 75:11, 81:8,
82:3, 89:13, 89:14,
90:16, 121:9, 123:4,
127:20, 136:21,
139:14
  **therefore** [4] - 27:22,
28:6, 30:4, 132:16
  **These** [1] - 114:11
  **these** [62] - 7:12,
11:15, 12:2, 12:3,
12:4, 12:7, 12:10,
13:9, 14:6, 14:17,
14:21, 15:5, 17:2,
17:5, 17:7, 17:24,
18:6, 19:6, 19:24,
20:8, 24:7, 24:25,
25:12, 25:13, 26:11,
26:18, 27:6, 28:17,
30:5, 30:11, 30:19,
31:8, 31:19, 32:19,
33:23, 35:17, 35:23,
35:25, 43:5, 43:13,
44:17, 45:2, 47:13,
47:24, 52:2, 58:10,
58:12, 58:24, 62:17,
63:1, 64:20, 81:23,
85:13, 90:24, 97:19,
107:10, 116:13,
119:18, 120:1,
120:22, 121:5, 122:4

  **they'll** [6] - 23:2,
25:9, 25:14, 32:24,
35:17
  **they're** [24] - 6:1,
19:19, 24:25, 26:21,
28:17, 46:25, 47:2,
51:16, 56:5, 57:2,
57:6, 62:20, 62:21,
64:12, 64:23, 64:25,
65:8, 85:12, 85:18,
136:1
  **they've** [1] - 28:10
  **thing** [14] - 33:3,
34:6, 58:6, 65:3, 65:4,
65:10, 73:3, 82:7,
83:8, 84:22, 84:23,
93:11, 107:18, 118:8
  **things** [35] - 6:11,
26:1, 26:11, 26:12,
39:1, 40:18, 40:19,
41:4, 42:2, 43:3, 43:7,
44:23, 45:2, 47:4,
52:13, 54:18, 55:17,
59:12, 62:17, 64:10,
76:22, 77:15, 79:21,
84:11, 84:21, 85:17,
91:12, 102:10,
104:17, 117:2,
117:23, 117:24,
125:24, 133:3, 136:19
  **think** [52] - 4:17,
7:16, 11:24, 26:3,
29:13, 36:22, 37:16,
37:24, 38:19, 39:8,
39:9, 40:9, 40:11,
41:16, 42:10, 45:24,
51:17, 52:6, 53:1,
55:2, 56:3, 57:21,
58:11, 59:13, 62:22,
62:25, 63:12, 64:4,
65:9, 65:15, 80:18,
84:19, 84:22, 91:12,
92:6, 98:18, 99:7,
99:8, 101:13, 102:21,
107:17, 121:9, 128:5,
132:1, 132:7, 134:3,
134:4, 135:15,
137:20, 137:24
  **thinking** [2] - 106:19,
115:9
  **thinks** [2] - 43:20,
59:10
  **third** [15] - 7:17, 9:8,
13:6, 13:21, 17:17,
27:11, 33:7, 59:7,
71:6, 83:16, 96:21,
96:22, 130:4, 130:13,
130:16
  **third-party** [2] - 33:7,
59:7

**THIS** [1] - 1:6
  **this** [300] - 4:14,
4:16, 4:21, 6:2, 6:11,
6:14, 6:16, 6:17, 6:19,
7:18, 7:21, 7:23, 7:24,
8:13, 8:15, 8:16, 8:24,
9:3, 9:6, 9:15, 10:4,
10:14, 11:8, 11:15,
11:16, 11:23, 11:25,
12:1, 12:12, 12:13,
12:18, 13:7, 13:24,
14:17, 14:25, 15:5,
15:8, 16:10, 16:15,
16:17, 16:18, 17:4,
17:6, 17:11, 17:14,
17:17, 17:21, 18:24,
19:1, 19:10, 19:12,
19:24, 20:9, 21:10,
21:12, 21:14, 22:7,
22:11, 22:18, 22:23,
24:8, 24:16, 24:19,
25:24, 26:1, 26:2,
26:19, 27:7, 27:14,
27:17, 27:23, 28:7,
28:20, 28:25, 29:1,
29:5, 29:23, 29:25,
30:4, 30:8, 31:3,
31:21, 31:22, 31:23,
32:12, 32:17, 32:23,
33:5, 33:6, 33:17,
33:21, 34:2, 34:4,
34:8, 34:13, 34:15,
34:17, 35:13, 35:24,
36:19, 37:2, 37:15,
37:16, 37:19, 38:1,
38:6, 38:10, 38:16,
38:21, 38:22, 40:13,
40:16, 40:20, 41:17,
42:10, 42:18, 42:21,
42:22, 43:17, 43:18,
43:23, 44:8, 44:17,
44:20, 44:22, 44:24,
45:5, 45:6, 45:11,
45:20, 45:21, 45:22,
46:9, 46:17, 46:18,
46:20, 46:23, 47:2,
47:25, 48:1, 48:14,
48:19, 49:4, 49:13,
49:14, 49:16, 49:17,
49:18, 49:19, 49:20,
49:23, 50:9, 50:17,
50:23, 51:1, 51:6,
51:24, 52:6, 52:13,
52:19, 52:20, 53:1,
53:6, 53:18, 53:20,
54:24, 54:25, 55:6,
55:10, 55:24, 56:1,
56:12, 56:16, 56:24,
57:15, 57:18, 58:4,
59:23, 60:13, 60:16,
61:7, 61:14, 61:19,

62:4, 62:11, 62:19,
62:25, 63:1, 63:21,
63:24, 64:1, 64:3,
64:9, 64:20, 64:25,
65:5, 65:18, 66:5,
66:7, 66:11, 66:25,
67:7, 69:5, 69:6,
69:12, 71:10, 76:3,
76:13, 80:11, 80:18,
80:21, 81:9, 81:15,
81:25, 84:1, 85:24,
86:4, 86:11, 87:6,
87:8, 88:4, 90:7, 90:9,
90:10, 90:11, 93:16,
99:6, 99:10, 99:25,
101:21, 102:22,
102:24, 102:25,
103:3, 104:8, 107:18,
109:1, 110:8, 111:6,
111:18, 111:22,
111:25, 112:5,
112:15, 113:9,
113:12, 113:19,
114:22, 114:25,
115:15, 116:1, 116:8,
116:20, 118:4, 119:2,
119:11, 120:5,
122:13, 125:8,
127:16, 127:20,
128:1, 128:5, 129:23,
130:8, 130:12,
130:13, 130:20,
131:9, 131:11,
131:22, 132:1,
132:13, 132:14,
132:25, 133:14,
133:16, 133:17,
133:20, 134:2, 134:7,
135:24, 137:15
  **THOMAS** [1] - 2:23
  **those** [53] - 5:24,
8:12, 9:16, 17:25,
18:21, 18:22, 22:1,
26:15, 29:9, 37:5,
37:20, 38:17, 39:17,
40:18, 41:4, 43:6,
46:6, 46:13, 48:25,
54:11, 54:21, 54:22,
57:15, 59:16, 66:8,
68:10, 68:12, 70:8,
70:9, 70:22, 71:3,
73:6, 74:16, 76:25,
79:11, 80:25, 92:15,
95:6, 98:10, 99:8,
99:18, 100:9, 103:15,
103:20, 105:11,
113:21, 122:19,
123:22, 125:24,
135:2, 135:25, 136:7,
137:5
  **though** [8] - 4:22,

14:13, 14:15, 24:9,
50:16, 109:14, 122:3,
134:3
  **thought** [6] - 30:21,
40:20, 63:10, 112:13,
134:9, 134:12
  **thousand** [1] - 43:22
  **thousands** [5] -
17:23, 19:23, 20:5,
20:23, 57:13
  **threat** [3] - 12:25,
114:11, 121:12
  **three** [9] - 19:5, 29:3,
36:7, 57:5, 73:12,
90:11, 90:24, 91:21,
91:24
  **three-and-a-half** [1] -
29:3
  **threshold** [1] - 22:1
  **through** [22] - 6:13,
6:15, 12:14, 14:20,
18:5, 24:19, 33:22,
37:16, 42:19, 47:13,
53:13, 54:14, 56:20,
57:5, 57:25, 60:10,
62:10, 88:23, 94:13,
98:17, 98:18, 114:4
  **throughout** [5] -
77:13, 78:17, 78:18,
107:17, 130:7
  **throughput** [1] -
128:8
  **Thursday** [1] - 6:13
  **thus** [1] - 18:23
  **ticket** [1] - 70:20
  **tickets** [2] - 35:17,
35:18, 70:18
  **time** [86] - 4:13, 4:17,
6:19, 6:22, 10:14,
10:21, 11:4, 15:10,
17:4, 21:24, 24:3,
27:21, 33:20, 38:6,
41:10, 43:16, 44:3,
45:4, 47:11, 49:15,
49:17, 49:20, 49:23,
50:22, 50:24, 51:17,
51:24, 51:25, 54:21,
55:20, 55:24, 56:13,
58:8, 58:15, 59:24,
60:1, 61:8, 61:20,
62:4, 63:19, 64:3,
65:11, 68:6, 74:4,
76:5, 76:21, 77:11,
80:19, 82:5, 85:7,
87:14, 88:18, 89:21,
89:25, 90:1, 90:16,
91:6, 91:16, 92:22,
94:2, 95:18, 95:21,
103:18, 103:23,
104:6, 104:8, 107:18,

107:24, 109:12,
109:13, 110:1,
110:21, 111:6, 115:7,
116:19, 117:16,
122:2, 126:6, 128:9,
131:19, 134:14,
134:18, 135:2, 135:24
  **time-critical** [1] -
68:6
  **time-sensitive** [1] -
68:6
  **times** [4] - 4:21,
9:15, 10:16, 92:7
  **timing** [2] - 96:17,
116:18
  **TO** [1] - 1:6
  **today** [24] - 5:14,
5:23, 5:24, 33:16,
37:18, 37:20, 38:19,
39:3, 40:9, 40:21,
42:10, 45:14, 51:7,
56:15, 57:23, 58:1,
59:22, 64:8, 65:19,
69:23, 70:8, 104:16,
127:24, 135:18
  **together** [7] - 9:2,
9:21, 37:6, 38:15,
87:6, 106:24, 124:24
  **Tom** [1] - 5:22
  **tomorrow** [1] - 83:24
  **too** [9] - 18:13,
40:21, 69:23, 75:12,
75:13, 76:3, 89:15,
125:22, 134:15
  **took** [13] - 42:12,
43:7, 75:21, 76:9,
83:2, 85:23, 91:5,
92:23, 97:5, 102:1,
102:12, 118:11, 135:8
  **tool** [7] - 48:2, 48:9,
48:11, 80:1, 81:10,
122:23, 122:25
  **tools** [4] - 21:19,
24:7, 64:4, 133:16
  **top** [7] - 28:3, 30:7,
88:22, 89:18, 114:18,
129:19, 138:15
  **topic** [14] - 13:17,
13:21, 13:22, 14:21,
15:21, 17:17, 25:23,
28:22, 29:12, 33:14,
80:23, 86:2, 98:22,
125:15
  **topical** [1] - 26:1
  **topics** [4] - 12:10,
12:12, 13:10, 14:21
  **tort** [1] - 15:17
  **TORTS** [1] - 2:2
  **tortured** [1] - 69:2
  **total** [6] - 29:21,

40:3, 40:4, 70:24,
70:25
  **totaled** [1] - 44:2
  **totally** [3] - 85:2,
92:5, 116:19
  **touch** [1] - 14:5
  **tourism** [3] - 54:22,
54:24, 54:25
  **towards** [4] - 7:17,
88:9, 112:11, 112:17
  **toxic** [4] - 22:1, 22:2,
52:7, 123:24
  **toxicity** [5] - 19:8,
21:10, 21:23, 47:22,
52:3, 52:22, 116:7
  **toxicologist** [1] -
19:4
  **track** [5] - 10:15,
33:22, 34:3, 65:2,
79:8
  **tracked** [1] - 53:24
  **trade** [1] - 83:7
  **trade-offs** [1] - 83:7
  **traditional** [1] -
66:19
  **tragedy** [1] - 71:4
  **trained** [2] - 44:2,
121:24
  **trainees** [1] - 122:1
  **training** [2] - 81:15,
101:2
  **trampling** [1] - 83:14
  **transcript** [2] - 3:12,
140:8
  **TRANSCRIPT** [1] -
1:11
  **transfer** [2] - 96:23,
97:1
  **transferring** [1] -
97:7
  **transfers** [1] - 96:20
  **transit** [1] - 103:25
  **transmitting** [1] -
7:10
  **Transocean** [15] -
9:2, 28:20, 29:16,
35:9, 35:11, 36:24,
69:3, 69:8, 69:12,
69:13, 69:15, 69:16,
69:19
  **Transocean's** [3] -
35:9, 69:9, 69:10
  **transportation** [1] -
131:3
  **travesty** [2] - 133:15,
133:22
  **treating** [1] - 70:18
  **treatment** [2] - 18:1,
124:13
  **trend** [1] - 54:1

  **TREX** [13] - 86:4,
86:13, 90:6, 109:1,
111:1, 114:17, 118:4,
119:2, 119:11,
121:22, 129:22,
131:21, 135:13
  **triaging** [1] - 126:10
  **trial** [35] - 4:18, 4:21,
4:23, 5:25, 6:3, 6:11,
6:17, 6:23, 7:11, 7:22,
7:23, 8:5, 8:7, 8:13,
8:15, 8:24, 9:11, 9:14,
9:15, 9:19, 10:12,
10:14, 15:5, 38:16,
39:18, 40:13, 41:24,
45:5, 45:18, 51:7,
57:15, 57:19, 60:23,
64:4
  **TRIAL** [1] - 1:11
  **trials** [3] - 6:12, 9:1,
9:10
  **tried** [3] - 9:2, 30:2,
125:22
  **trips** [1] - 82:18
  **troops** [1] - 87:11
  **tropical** [1] - 93:11
  **true** [7] - 45:20, 52:5,
60:3, 66:25, 110:5,
137:11, 140:8
  **truly** [2] - 54:16
  **trust** [10] - 84:19,
84:20, 84:21, 85:13,
85:15, 85:16, 85:19,
85:21, 130:15
  **trustees** [1] - 54:10
  **try** [7] - 11:24, 14:9,
21:9, 37:20, 79:6,
85:1, 85:7
  **trying** [9] - 68:1,
68:4, 101:22, 109:15,
115:18, 115:20,
116:10, 122:6, 130:15
  **TUESDAY** [1] - 4:2
  **Tuesday** [2] - 1:4,
6:15
  **Tunnell** [1] - 21:1
  **turn** [16] - 30:1,
40:10, 51:1, 57:16,
80:23, 86:2, 87:19,
93:16, 98:22, 100:12,
100:16, 106:18,
108:25, 111:25,
124:2, 129:8
  **turned** [2] - 6:21,
81:10
  **turning** [7] - 12:23,
13:2, 18:25, 24:11,
27:11, 35:12, 35:20
  **turtle** [3] - 20:4, 20:5,
121:25

  **turtles** [6] - 20:1,
20:3, 20:4, 53:12,
121:7, 122:12
  **TV** [3] - 109:7,
110:22, 115:12
  **twelve** [2] - 93:19,
93:24
  **twenty** [1] - 72:23
  **twenty-nine** [1] -
72:23
  **twice** [1] - 86:24
  **twin** [1] - 67:16
  **two** [29] - 6:5, 6:12,
9:4, 10:8, 16:22,
17:19, 19:4, 22:8,
30:1, 30:4, 31:19,
32:5, 39:10, 44:7,
46:1, 46:6, 50:18,
52:8, 57:14, 69:6,
70:23, 94:19, 95:2,
95:7, 102:13, 120:7,
121:24, 133:14
  **two-prong** [1] - 32:5
  **twofold** [1] - 100:11
  **Type** [3] - 73:23,
73:24
  **type** [1] - 88:22
  **types** [4] - 21:21,
72:24, 74:16, 125:24
  **typical** [5] - 23:20,
48:16, 89:13, 90:13,
90:21
  **typically** [5] - 85:23,
93:18, 96:23, 103:23,
136:6

## U

  **U** [1] - 72:12
  **U.S** [5] - 1:16, 2:1,
72:19, 103:4, 103:5
  **UAC** [1] - 132:2
  **ultimate** [1] - 45:8
  **ultimately** [4] - 25:7,
25:9, 45:9, 112:3
  **uncommon** [1] -
31:21
  **unconcentrated** [1] -
27:22
  **under** [13] - 8:25,
18:20, 18:21, 28:11,
40:6, 42:3, 54:3,
57:20, 65:21, 66:18,
73:12, 100:21, 132:17
  **understand** [17] -
7:23, 9:12, 10:1,
22:12, 37:22, 41:21,
51:6, 57:20, 57:22,
58:19, 78:13, 84:18,

91:20, 91:23, 99:6,
109:15, 129:11
**understanding** [5] -
37:19, 108:1, 108:2,
134:10, 140:9
**understands** [1] -
51:6
**understood** [1] -
102:2
**undertake** [1] - 81:1
**undertaken** [3] -
103:9, 137:12, 139:13
**unequivocal** [1] -
41:22
**unfair** [2] - 134:4,
134:5
**unfolded** [1] - 42:21
**unfortunate** [1] -
38:2
**unfortunately** [2] -
38:4, 49:7
**unified** [1] - 79:25
**Unified** [25] - 26:13,
46:2, 76:19, 78:7,
78:8, 78:16, 80:22,
84:15, 84:25, 90:18,
90:22, 92:12, 93:3,
98:3, 98:7, 105:22,
105:25, 125:4, 125:6,
125:9, 126:7, 126:15,
129:19, 132:2, 136:25
**unit** [10] - 7:25,
30:14, 31:1, 31:2,
74:7, 95:20, 103:24,
103:25, 116:13
**UNITED** [4] - 1:1,
1:7, 1:12, 1:15
**United** [20] - 4:10,
4:23, 6:7, 7:9, 8:16,
8:25, 9:1, 9:7, 9:9,
10:5, 11:13, 13:11,
28:7, 36:21, 71:25,
87:22, 88:10, 124:6,
132:15, 140:6
**units** [1] - 57:6,
96:24, 97:3
**unity** [3] - 45:10,
106:18, 112:4
**University** [1] -
73:18
**unknown** [1] - 70:13
**unless** [2] - 11:6,
21:7
**unlike** [1] - 112:21
**unprecedented** [5] -
45:11, 47:15, 67:22,
102:25, 112:5
**until** [7] - 38:13,
38:22, 74:7, 74:8,
83:13, 101:25

**unusual** [2] - 65:19,
66:8
**unwillingness** [1] -
133:8
**up** [71] - 13:11,
19:25, 21:7, 21:12,
25:3, 31:21, 33:16,
34:4, 35:24, 38:25,
39:24, 41:14, 42:5,
42:6, 42:11, 42:23,
43:5, 43:13, 43:14,
49:7, 49:9, 49:24,
50:5, 50:12, 50:15,
50:17, 50:22, 52:16,
53:12, 55:8, 57:2,
57:3, 58:5, 59:24,
61:21, 63:24, 64:3,
64:13, 66:12, 72:5,
74:19, 77:18, 78:12,
80:8, 81:7, 82:1,
84:14, 86:4, 87:16,
89:1, 89:2, 89:11,
90:6, 95:6, 97:5,
100:13, 101:6,
102:14, 102:16,
102:17, 106:1, 112:1,
114:10, 115:7,
118:11, 123:2, 129:5,
133:5, 135:9, 137:21,
139:6
**upon** [2] - 38:10,
42:1
**upper** [1] - 20:4
**upping** [1] - 128:7
**US** [5] - 12:19, 21:11,
23:5, 26:4, 26:6, 48:6,
53:9, 69:1, 77:12
**us** [18] - 10:5, 26:20,
39:8, 41:23, 45:17,
47:11, 55:14, 66:5,
72:17, 73:6, 78:11,
79:11, 85:16, 91:16,
110:20, 112:20,
126:18, 132:9
**use** [25] - 6:22, 7:20,
12:13, 32:22, 47:13,
48:8, 87:20, 88:24,
89:2, 89:7, 89:12,
89:15, 89:22, 90:4,
91:25, 92:16, 95:2,
113:17, 128:13,
132:8, 132:10,
133:16, 134:1,
134:11, 134:12
**used** [28] - 8:12,
9:23, 38:5, 54:13,
59:3, 71:9, 75:5, 75:6,
75:11, 75:14, 77:3,
77:6, 80:1, 80:3,
81:13, 81:18, 90:3,

90:4, 102:25, 103:5,
113:14, 122:20,
123:12, 123:15,
123:22, 124:9,
126:24, 134:10
**useful** [1] - 122:23
**uses** [5] - 16:23,
18:21, 21:19, 21:21,
26:23
**using** [9] - 52:2,
52:4, 52:9, 59:6,
59:10, 75:4, 89:20,
94:24, 110:18
**usually** [1] - 57:5
**utilization** [1] - 50:22
**utilize** [1] - 45:25
**utilized** [3] - 106:19,
118:20, 126:22
**Utsler** [2] - 102:15,
117:15
**Uyl** [6] - 32:19,
32:23, 33:3, 58:13,
59:15, 60:8

## V

**v** [2] - 1:8, 4:10
**vacated** [1] - 95:12
**valid** [1] - 122:23
**valuation** [17] -
58:14, 59:7, 59:21,
59:25, 60:2, 60:5,
60:7, 60:9, 60:13,
60:18, 60:21, 61:2,
61:7, 61:16, 62:18,
64:5, 64:25
**valuations** [1] -
59:17
**value** [5] - 33:4, 33:5,
59:5, 62:15
**valued** [1] - 59:14
**VanHaverbeke** [4] -
23:17, 23:18, 24:4,
26:7
**VanHaverbeke's** [1]
- 24:7
**vantage** [1] - 90:25
**variation** [1] - 61:8
**various** [14] - 4:21,
9:22, 10:16, 13:6,
17:3, 24:6, 25:12,
26:18, 27:1, 39:25,
50:19, 79:17, 120:24,
139:12
**vast** [2] - 109:8,
109:22
**VAST** [1] - 111:8
**vehicles** [1] - 99:22
**veil** [5] - 56:17,

56:19, 56:20, 56:21,
57:10
**vein** [1] - 24:5
**vendor** [1] - 56:11
**VERBATIM** [1] -
86:14
**vernacular** [1] -
77:18
**versus** [3] - 15:9,
84:1, 91:16
**very** [49] - 11:3, 22:9,
34:2, 34:24, 37:24,
38:2, 38:22, 39:14,
42:6, 43:4, 44:5,
44:21, 47:17, 48:9,
50:1, 52:9, 52:10,
52:21, 53:13, 54:25,
55:13, 57:14, 60:11,
62:4, 62:10, 77:14,
81:23, 84:8, 101:24,
108:24, 109:8,
109:13, 110:20,
115:9, 116:8, 116:9,
119:23, 120:2,
120:22, 121:21,
129:3, 130:12,
134:18, 134:20,
137:4, 137:7
**vessel** [3] - 8:21,
96:8, 99:13
**vessels** [10] - 43:14,
43:15, 46:18, 47:17,
47:18, 99:19, 100:9,
120:24, 121:7, 122:1
**Vessels** [3] - 55:9,
55:12, 131:13
**VI** [3] - 89:18, 90:12,
130:9
**viable** [2] - 118:22,
118:24
**vice** [1] - 71:7
**vice-president** [1] -
71:7
**video** [4] - 7:7, 7:18,
9:16, 22:5
**VIDEO** [2] - 22:6,
22:7
**view** [6] - 64:19,
70:19, 115:18, 126:9,
126:11, 138:20
**views** [1] - 26:8
**vigorous** [1] - 53:13
**violates** [1] - 7:12
**violating** [1] - 34:23
**violation** [12] - 12:18,
14:18, 14:22, 14:23,
14:25, 19:12, 37:2,
66:24, 67:7, 67:10
**violations** [8] -
35:12, 35:14, 35:15,

35:20, 66:4, 70:18,
70:21, 70:22
**violator** [11] - 13:8,
13:23, 22:18, 24:20,
28:23, 39:7, 39:12,
57:17, 57:19, 66:23
**violator's** [1] - 24:21
**violators** [1] - 66:4
**virtual** [1] - 79:22
**visible** [1] - 53:11
**visited** [1] - 101:21
**visiting** [1] - 76:6
**volatile** [1] - 82:15
**volatility** [1] - 33:18
**volume** [2] - 8:10,
49:1
**VOLUME** [1] - 1:13
**volumes** [2] - 48:2,
119:6
**VOO** [1] - 131:15
**VOOs** [1] - 113:17

## W

**wages** [1] - 12:21
**wait** [3] - 76:11,
83:12, 83:13
**waiting** [1] - 95:17
**waiving** [1] - 88:8
**walk** [2] - 12:13,
60:10
**walked** [2] - 49:11
**Walkup** [1] - 28:7
**walkup's** [1] - 28:15
**wall** [1] - 79:20
**want** [43] - 7:7, 23:2,
25:4, 26:5, 37:2,
39:19, 40:12, 42:18,
45:18, 49:13, 50:16,
51:1, 51:5, 54:4,
54:18, 55:17, 57:16,
57:23, 62:10, 63:16,
70:17, 80:23, 83:1,
84:10, 84:25, 87:19,
88:7, 90:22, 98:22,
98:23, 98:25, 101:7,
102:17, 104:18,
108:25, 118:19,
119:21, 129:22,
130:18, 133:3, 135:9,
136:13
**wanted** [11] - 59:20,
62:8, 64:6, 83:3, 90:3,
91:5, 92:18, 109:15,
109:21, 115:11
**wants** [2] - 24:9,
24:22
**war** [1] - 38:5
**warranted** [2] -

67:14, 67:16
**warrants** [1] - 14:18
**WAS** [3] - 71:20,
72:6, 139:22
**wash** [1] - 19:25
**Washington** [5] -
1:25, 2:4, 2:16, 2:24,
78:10
**wasn't** [6] - 23:10,
43:20, 105:23,
115:20, 122:4, 126:5
**watch** [1] - 47:19
**Water** [25] - 6:3,
8:22, 9:1, 9:2, 11:15,
12:2, 28:2, 34:23,
35:2, 35:15, 39:10,
39:15, 40:6, 41:10,
63:17, 64:17, 64:19,
65:21, 65:23, 66:3,
66:5, 67:12, 67:17,
70:14, 71:14
**water** [14] - 7:5, 16:4,
19:15, 19:16, 38:9,
47:14, 51:24, 52:19,
56:5, 82:21, 105:3,
118:12, 127:4, 136:23
**water's** [1] - 48:3
**wave** [2] - 88:21,
127:6
**way** [50] - 4:14, 4:15,
31:21, 31:22, 31:23,
31:24, 33:16, 39:23,
40:11, 42:12, 46:23,
46:24, 55:8, 57:2,
57:3, 57:6, 63:15,
64:3, 75:3, 75:4,
75:10, 76:13, 79:22,
83:5, 83:6, 83:25,
84:24, 85:9, 87:8,
87:11, 88:23, 91:1,
91:18, 101:17, 105:3,
106:15, 112:15,
115:5, 116:8, 117:13,
118:15, 118:25,
119:5, 121:9, 123:16,
125:8, 130:17
**ways** [2] - 22:8,
103:21
**we** [277] - 4:13, 4:15,
4:17, 6:10, 6:12, 6:14,
7:1, 7:15, 9:19, 9:23,
10:8, 10:15, 10:21,
12:6, 12:7, 12:8,
12:10, 12:11, 12:14,
13:15, 14:4, 14:10,
14:13, 14:22, 15:3,
15:5, 15:7, 15:24,
16:2, 16:21, 17:5,
19:2, 19:4, 19:9,
19:10, 19:11, 19:17,

21:15, 22:8, 22:16,
22:25, 23:1, 24:11,
25:16, 25:23, 26:3,
26:12, 26:14, 27:20,
27:23, 28:22, 29:13,
29:14, 30:4, 30:8,
30:17, 31:22, 32:9,
33:20, 33:23, 34:2,
34:7, 35:12, 35:21,
36:22, 36:25, 37:3,
37:14, 37:16, 37:25,
38:6, 38:23, 39:8,
39:14, 40:5, 40:6,
40:11, 40:14, 40:19,
40:20, 40:21, 40:23,
40:24, 41:21, 41:23,
42:14, 42:16, 42:18,
43:9, 43:11, 43:25,
44:8, 45:18, 45:24,
45:25, 46:3, 46:4,
48:20, 48:24, 49:10,
49:15, 49:17, 49:18,
49:20, 49:23, 50:18,
50:24, 51:5, 51:7,
51:10, 51:11, 51:14,
51:17, 52:6, 52:23,
53:6, 53:16, 53:19,
54:4, 55:9, 56:3,
56:16, 56:18, 56:20,
57:17, 57:21, 57:23,
58:1, 58:10, 58:11,
58:13, 58:19, 59:3,
59:6, 59:9, 59:11,
59:20, 59:22, 60:2,
60:6, 60:7, 60:10,
60:12, 60:17, 61:1,
61:2, 61:3, 61:5, 61:9,
61:12, 61:23, 61:24,
62:7, 62:8, 62:9,
62:13, 62:14, 62:16,
62:17, 63:4, 63:9,
64:7, 64:8, 64:11,
65:8, 65:11, 65:19,
66:15, 68:22, 70:7,
71:1, 71:2, 71:11,
71:14, 71:17, 71:25,
74:10, 76:11, 76:13,
76:23, 77:21, 78:19,
79:1, 79:3, 79:13,
79:15, 79:17, 80:3,
81:14, 81:17, 82:1,
82:2, 82:3, 82:4, 82:6,
84:14, 84:16, 84:25,
86:20, 88:4, 88:8,
88:19, 89:1, 89:2,
89:5, 89:18, 89:19,
90:9, 91:1, 91:2, 91:3,
91:6, 91:14, 92:6,
93:9, 95:9, 95:18,
95:19, 100:5, 100:6,
102:9, 102:10,

102:12, 103:18,
104:3, 104:23, 109:1,
109:9, 109:13,
109:14, 111:8,
111:22, 111:25,
112:13, 115:25,
117:20, 119:2, 119:3,
119:11, 120:5, 120:6,
121:10, 123:4, 126:8,
126:13, 126:17,
128:16, 130:20,
132:6, 132:8, 132:9,
133:3, 133:5, 133:6,
133:16, 135:9,
136:10, 136:18,
136:24, 138:13
**we'd** [1] - 89:19
**we'll** [27] - 4:12, 4:13,
4:15, 4:18, 6:4, 6:8,
6:15, 9:6, 9:19, 11:7,
12:12, 17:21, 22:16,
23:13, 24:3, 35:23,
39:18, 42:19, 45:4,
48:17, 51:13, 51:14,
54:24, 57:8, 57:14,
58:2, 139:19
**we're** [27] - 24:22,
26:17, 26:20, 27:10,
29:10, 34:3, 34:12,
38:18, 39:3, 40:22,
45:15, 48:22, 48:25,
56:18, 62:2, 62:10,
79:25, 91:11, 101:25,
109:8, 109:21, 111:1,
134:4, 139:19
**we've** [13] - 26:16,
37:17, 37:18, 50:17,
58:20, 60:21, 61:9,
63:8, 64:12, 64:15,
101:5, 107:18, 127:24
**We've** [1] - 14:13
**wear** [1] - 136:7
**Weather** [1] - 97:16
**weather** [8] - 50:8,
79:21, 88:21, 92:16,
93:11, 93:14, 127:8,
136:19
**weathered** [1] -
89:15
**weathering** [3] -
52:23, 52:25, 123:1
**website** [4] - 9:23,
10:4, 10:6
**week** [5] - 6:14, 6:16,
91:4, 93:20, 93:25
**weeks** [4] - 74:8,
79:4, 104:5, 135:8
**weigh** [1] - 12:3
**weighing** [2] - 11:15,
12:1

**welcome** [1] - 4:6
**well** [53] - 4:17, 8:10,
8:11, 8:21, 11:3,
13:18, 14:15, 15:25,
17:24, 23:9, 25:6,
28:18, 30:23, 30:24,
32:4, 35:10, 38:13,
41:3, 42:8, 43:9,
43:16, 44:18, 44:19,
44:24, 48:6, 48:24,
49:24, 50:1, 51:16,
65:6, 65:20, 66:15,
68:18, 69:21, 70:7,
80:21, 81:11, 83:8,
85:7, 89:11, 98:24,
101:19, 101:25,
104:21, 106:9,
107:14, 108:24,
117:23, 118:9,
133:14, 134:2, 136:10
**Well** [4] - 8:2, 8:19,
8:23, 43:21
**wellhead** [1] - 48:5
**wells** [3] - 28:10,
28:19, 56:5
**went** [10] - 15:16,
16:3, 16:24, 22:2,
41:16, 44:13, 57:25,
74:7, 104:5, 117:25
**weren't** [8] - 15:15,
87:16, 92:9, 92:11,
92:14, 121:8, 121:10,
134:15
**what's** [9] - 22:12,
31:19, 67:19, 84:8,
84:9, 85:12, 91:15,
116:21, 116:23
**whereas** [1] - 78:18
**WHEREUPON** [3] -
71:20, 72:6, 139:22
**wherever** [1] - 85:2
**whether** [14] - 19:12,
20:25, 29:4, 35:19,
65:22, 65:25, 81:1,
83:18, 85:5, 88:1,
98:24, 137:3, 138:16,
139:7
**which** [40] - 4:20,
7:16, 9:18, 12:11,
12:14, 16:16, 34:24,
40:24, 42:4, 54:7,
65:24, 66:3, 68:24,
70:22, 71:9, 81:6,
82:19, 82:23, 83:16,
84:6, 84:24, 85:14,
88:20, 98:22, 101:17,
103:13, 106:8,
107:20, 108:10,
114:5, 115:5, 115:6,
128:13, 132:3,

132:10, 132:14,
136:14, 138:2, 138:20
**while** [11] - 12:5,
23:9, 28:13, 38:7,
44:12, 72:25, 74:16,
106:8, 121:20, 134:7,
136:24
**WHITELEY** [1] - 3:4
**whoever** [1] - 76:21
**whole** [2] - 55:15,
108:21
**whom** [1] - 100:3,
107:5
**wildlife** [13] - 47:23,
51:5, 53:3, 82:21,
121:3, 121:8, 121:13,
121:16, 121:20,
121:24, 122:11,
123:19, 137:11
**Wildlife** [2] - 23:7,
97:17
**will** [141] - 4:19, 4:20,
4:22, 6:11, 8:12, 9:7,
9:8, 9:12, 9:14, 9:18,
11:22, 12:11, 13:11,
13:15, 13:17, 13:21,
13:25, 14:7, 14:10,
14:13, 15:3, 15:5,
15:16, 15:22, 16:17,
17:13, 18:7, 18:8,
18:14, 18:17, 18:18,
20:9, 20:22, 21:12,
21:13, 21:15, 23:3,
23:17, 23:18, 23:21,
24:5, 24:7, 24:12,
24:15, 26:7, 27:12,
28:7, 28:8, 28:24,
29:11, 29:18, 30:5,
30:6, 30:11, 31:9,
31:10, 32:3, 32:25,
33:1, 33:14, 33:15,
34:17, 35:13, 35:18,
35:22, 36:21, 37:23,
38:2, 38:6, 38:16,
38:23, 40:5, 40:14,
42:9, 43:3, 43:12,
43:24, 44:8, 44:17,
45:17, 47:8, 47:9,
47:16, 48:4, 48:18,
48:24, 51:6, 52:1,
52:21, 52:22, 53:19,
54:11, 54:12, 54:16,
55:9, 58:2, 58:13,
58:16, 60:22, 64:2,
64:4, 64:16, 64:17,
66:17, 66:21, 66:23,
67:11, 67:13, 67:23,
68:2, 68:3, 68:5, 68:6,
68:8, 68:14, 68:18,

70:2, 71:7, 71:13,
71:17, 74:10, 79:4,
85:1, 87:22, 97:22,
98:24, 115:6, 116:2,
116:17, 127:1, 133:2
**willingly** [1] - 113:2
**window** [1] - 89:12
**with** [157] - 4:23,
5:25, 6:8, 7:4, 8:13,
9:2, 9:21, 10:5, 11:21,
14:4, 14:9, 14:20,
15:1, 15:5, 15:8,
15:15, 16:11, 18:11,
21:5, 21:10, 22:3,
22:9, 24:10, 24:17,
25:3, 25:7, 25:10,
26:4, 31:23, 32:21,
32:23, 33:10, 34:2,
35:20, 36:16, 38:1,
38:11, 38:21, 38:22,
39:23, 40:18, 41:6,
46:18, 50:10, 50:22,
53:4, 54:2, 54:10,
54:20, 55:23, 57:5,
59:13, 60:8, 62:8,
63:9, 63:24, 64:11,
64:14, 64:17, 65:10,
69:2, 69:15, 72:22,
74:19, 74:23, 74:24,
76:7, 76:18, 77:21,
78:14, 78:17, 79:14,
79:15, 79:23, 80:24,
81:5, 81:6, 81:24,
82:23, 83:16, 84:5,
84:8, 85:12, 85:20,
85:21, 87:25, 88:5,
89:1, 89:2, 89:4, 89:7,
89:17, 90:21, 90:23,
91:25, 92:23, 94:15,
96:24, 96:25, 101:6,
101:7, 101:14,
101:17, 102:9,
102:17, 102:19,
104:24, 107:3, 107:5,
108:2, 108:6, 108:17,
111:15, 112:2, 112:8,
112:11, 112:17,
112:21, 113:4,
113:19, 113:25,
114:8, 114:15,
116:11, 117:6,
117:15, 119:9, 120:8,
120:11, 120:15,
120:20, 120:25,
121:11, 121:24,
122:16, 124:9,
124:19, 125:4,
125:15, 126:14,
127:20, 128:5, 128:7,
128:12, 128:17,
128:21, 129:18,

131:6, 136:1, 136:9,
139:6
**within** [7] - 35:16,
45:7, 51:16, 58:20,
75:16, 102:4, 113:14
**without** [5] - 9:13,
29:25, 34:5, 45:20,
45:22
**withstand** [1] - 33:23
**WITNESS** [7] -
72:11, 86:18, 87:2,
87:5, 98:14, 99:12,
111:5
**witness** [15] - 6:9,
9:13, 16:21, 17:17,
23:12, 32:1, 71:6,
71:18, 71:23, 71:25,
72:2, 72:5, 86:25,
107:9, 132:19
**witnesses** [15] -
12:7, 12:8, 12:12,
12:14, 14:4, 14:20,
15:3, 15:5, 15:21,
19:1, 19:5, 19:9, 30:4,
34:7
**women** [1] - 103:22
**won't** [2] - 28:25,
138:7
**Wood** [10] - 33:7,
59:3, 59:10, 59:12,
59:14, 59:19, 60:18,
60:20, 61:23, 62:7
**word** [1] - 56:15
**words** [2] - 18:12,
30:11
**work** [36] - 6:13,
6:15, 11:17, 17:4,
17:10, 17:12, 23:9,
30:20, 38:14, 40:16,
43:18, 44:6, 44:15,
55:11, 55:13, 60:15,
71:5, 74:16, 76:4,
76:5, 76:13, 85:17,
87:6, 87:18, 88:23,
93:18, 94:3, 106:4,
107:22, 109:24,
110:2, 119:15, 124:2,
129:15, 130:8
**worked** [17] - 4:17,
30:21, 30:22, 38:11,
38:12, 42:10, 46:13,
78:23, 80:25, 106:24,
107:1, 108:24,
112:10, 112:17,
124:24, 125:4, 128:21
**workers** [5] - 16:5,
20:17, 55:3, 119:13,
119:22
**working** [25] - 44:3,
46:18, 48:25, 54:5,

64:13, 65:14, 74:16,
75:12, 91:11, 91:12,
101:14, 105:11,
107:23, 109:8,
109:21, 110:2, 111:8,
116:22, 117:3,
117:10, 122:8,
128:14, 132:1
**world** [8] - 32:11,
38:21, 65:9, 67:25,
69:17, 70:7, 108:22,
128:7
**world-renowned** [1]
- 67:25
**worried** [3] - 79:2,
126:8, 137:1
**worry** [5] - 79:3,
82:22, 93:13, 136:20
**worse** [1] - 20:20
**worst** [4] - 43:10,
62:1, 62:2, 62:3
**would** [125] - 15:2,
20:11, 21:5, 22:6,
22:23, 25:11, 25:16,
27:8, 27:19, 28:14,
28:19, 35:5, 35:6,
36:3, 37:20, 37:25,
39:13, 40:11, 41:23,
45:19, 45:22, 45:25,
46:19, 46:20, 47:17,
47:18, 47:19, 50:7,
55:6, 57:19, 58:21,
59:11, 59:25, 60:10,
62:1, 63:11, 64:1,
64:6, 64:22, 65:3,
65:10, 69:23, 70:14,
71:1, 74:18, 76:12,
77:3, 78:9, 78:10,
78:11, 79:5, 81:23,
82:1, 82:4, 82:6, 83:8,
84:14, 87:17, 87:18,
88:19, 88:24, 89:1,
89:18, 89:19, 90:17,
91:2, 91:6, 91:17,
92:1, 92:24, 94:6,
98:12, 99:8, 100:6,
100:12, 101:11,
102:9, 102:14,
102:16, 102:23,
103:2, 105:7, 105:10,
105:14, 106:5,
108:19, 108:21,
109:22, 110:11,
112:1, 115:16,
116:15, 117:6, 124:2,
124:12, 124:15,
124:19, 124:22,
124:24, 125:4,
125:22, 125:23,
126:2, 126:9, 126:11,

129:2, 129:5, 130:23,
132:7, 133:15,
133:21, 134:3, 134:8,
134:10, 134:11,
137:23, 138:5, 138:14
**wouldn't** [2] - 92:19,
95:10
**wounds** [1] - 18:2
**wrap** [4] - 35:24,
63:24, 102:17, 139:6
**write** [5] - 109:7,
115:7, 116:1, 116:20,
118:7
**writes** [1] - 132:6
**written** [2] - 109:2,
135:13
**wrong** [4] - 11:21,
34:11, 67:20, 116:19
**wrongful** [1] - 66:11
**wrote** [6] - 81:6,
109:10, 109:11,
110:9, 116:8, 116:9
**www.MDL2179**
**trialdocs.com** [1] -
10:7

---

# X

**X** [1] - 102:12
**x** [1] - 132:8

---

# Y

**Y** [1] - 102:12
**yeah** [4] - 44:10,
102:12, 108:24,
120:21
**year** [10] - 18:10,
36:7, 36:13, 52:16,
61:8, 70:9, 94:12,
96:21, 116:3, 116:18
**years** [18] - 18:12,
19:19, 28:15, 33:19,
35:16, 36:10, 36:15,
52:8, 58:14, 61:17,
63:3, 69:20, 69:22,
72:23, 95:2, 95:7,
116:3, 118:11
**yelling** [1] - 85:11
**yes** [210] - 9:25, 10:3,
10:25, 11:2, 11:5,
20:20, 37:12, 60:4,
72:3, 73:5, 74:3,
74:13, 75:1, 75:8,
75:15, 75:25, 76:16,
77:2, 78:16, 79:10,
80:6, 80:12, 81:3,
87:2, 88:2, 88:16,
89:2, 89:9, 89:20,

89:23, 90:8, 91:3,
91:22, 93:15, 94:4,
94:23, 95:23, 96:13,
96:18, 98:2, 98:5,
98:8, 99:3, 99:24,
100:2, 100:18, 101:5,
102:7, 103:12, 105:5,
105:9, 105:12,
105:16, 105:19,
106:3, 106:7, 106:10,
106:12, 106:14,
106:17, 106:21,
106:25, 107:2, 107:4,
107:7, 107:23, 108:9,
108:18, 108:20,
108:23, 109:3, 109:5,
109:25, 110:4, 110:7,
110:10, 110:15,
110:18, 110:25,
111:3, 111:10,
111:14, 111:17,
111:19, 111:21,
111:24, 112:7, 112:9,
112:19, 112:24,
113:5, 113:7, 113:11,
113:18, 113:20,
113:24, 114:1, 114:7,
114:9, 114:14,
114:16, 114:19,
114:24, 115:8,
115:16, 115:17,
115:24, 116:9,
116:18, 117:1, 117:5,
117:8, 117:12,
117:14, 117:17,
117:19, 117:21,
118:3, 118:6, 118:16,
118:18, 119:1, 119:8,
119:10, 119:17,
119:20, 119:25,
120:3, 120:10,
120:14, 120:16,
120:19, 120:23,
121:1, 121:4, 121:21,
122:15, 122:22,
123:8, 123:11,
123:14, 123:17,
123:20, 123:23,
124:8, 124:11,
124:14, 124:17,
124:21, 124:23,
125:1, 125:3, 125:6,
125:11, 125:14,
125:17, 125:25,
126:20, 126:23,
126:25, 127:3, 127:5,
127:7, 127:9, 127:12,
127:19, 127:22,
127:25, 128:3,
128:11, 128:15,
128:18, 128:20,

128:23, 129:1, 129:4,
129:7, 129:12,
129:17, 129:21,
129:24, 130:3,
130:11, 130:15,
130:22, 130:24,
131:5, 131:8, 131:14,
131:17, 131:20,
131:23, 132:5,
132:12, 133:11,
133:19, 133:24,
134:14, 135:1, 135:6,
135:12, 135:22,
136:6, 136:18, 137:6,
137:13, 137:17
    **yesterday** [1] - 6:15
    **yet** [2] - 20:10,
102:14
    **yielded** [1] - 24:6
    **You** [1] - 40:9
    **you** [480] - 4:7, 5:8,
5:10, 6:19, 6:22, 6:25,
7:2, 10:5, 10:9, 10:14,
10:18, 10:19, 11:4,
11:17, 11:18, 11:20,
12:3, 12:4, 12:5,
19:11, 19:16, 20:4,
22:20, 22:21, 23:2,
26:25, 29:4, 29:12,
30:11, 30:19, 31:10,
35:4, 36:16, 36:21,
36:22, 37:1, 37:2,
37:3, 37:4, 37:5, 37:6,
37:7, 37:13, 37:21,
37:23, 37:24, 38:23,
39:20, 40:14, 42:3,
42:9, 43:1, 43:8,
43:12, 44:10, 45:17,
47:8, 47:9, 47:16,
48:15, 48:17, 49:5,
49:11, 49:13, 49:20,
49:23, 50:6, 50:7,
50:12, 51:13, 51:17,
52:1, 53:21, 55:17,
56:9, 56:23, 56:24,
58:7, 59:11, 59:16,
59:21, 59:23, 59:25,
60:1, 60:2, 60:7,
60:10, 61:6, 61:7,
61:21, 62:2, 62:25,
63:16, 63:23, 63:25,
64:4, 64:6, 65:10,
65:12, 69:22, 71:15,
71:16, 72:15, 72:17,
72:20, 72:22, 72:24,
73:4, 73:15, 73:21,
73:25, 74:4, 74:11,
74:16, 74:24, 75:16,
76:17, 77:1, 77:18,
78:13, 79:19, 79:20,

80:8, 80:11, 80:15,
80:25, 81:4, 81:11,
81:13, 81:18, 81:19,
81:25, 82:8, 82:12,
82:17, 82:19, 82:21,
82:24, 83:1, 83:3,
83:4, 83:6, 83:14,
83:17, 83:18, 83:24,
83:25, 84:2, 84:5,
84:12, 84:17, 84:19,
84:20, 84:21, 85:3,
85:5, 85:7, 85:9,
85:10, 85:11, 85:13,
85:14, 85:15, 85:16,
85:17, 85:23, 86:3,
86:4, 86:10, 86:13,
86:14, 86:17, 86:19,
87:4, 87:5, 87:6,
87:11, 87:22, 87:25,
88:15, 88:19, 88:21,
88:23, 89:12, 89:15,
89:17, 90:6, 90:7,
90:9, 91:11, 91:20,
91:23, 92:3, 92:5,
92:18, 92:19, 93:12,
93:14, 93:17, 93:18,
94:16, 95:2, 95:21,
95:24, 96:4, 96:12,
96:24, 97:13, 97:18,
98:9, 98:24, 99:7,
100:6, 101:1, 101:2,
101:11, 101:12,
101:17, 102:5,
102:10, 102:11,
102:19, 102:23,
103:2, 103:9, 103:21,
103:24, 103:25,
104:1, 104:7, 104:9,
104:10, 104:15,
104:17, 104:18,
105:6, 105:7, 105:11,
105:13, 105:17,
106:8, 106:11,
106:23, 107:5,
107:21, 108:12,
108:14, 108:15,
108:16, 108:21,
109:1, 109:2, 109:7,
109:10, 109:21,
109:22, 110:3, 110:9,
110:14, 110:16,
110:22, 111:2, 111:4,
111:6, 111:7, 111:15,
111:16, 111:18,
111:20, 111:22,
112:2, 112:6, 112:8,
112:12, 112:14,
112:16, 112:20,
112:21, 112:23,
112:25, 113:8,
113:12, 113:17,

113:23, 113:25,
114:2, 114:6, 114:8,
114:12, 114:15,
114:17, 114:18,
114:20, 114:22,
115:4, 115:7, 115:14,
115:15, 115:18,
115:22, 116:1, 116:4,
116:6, 116:8, 116:14,
116:16, 116:20,
117:2, 117:6, 117:13,
117:15, 117:16,
117:18, 117:24,
118:1, 118:2, 118:5,
118:7, 118:15,
118:17, 118:21,
118:23, 119:7, 119:9,
119:15, 119:21,
120:5, 120:8, 120:11,
120:13, 120:15,
120:18, 120:20,
121:14, 121:18,
122:2, 122:14,
122:16, 122:18,
122:19, 122:20,
123:12, 123:15,
123:21, 123:24,
124:2, 124:5, 124:24,
125:4, 125:15,
125:18, 125:23,
126:9, 126:11,
126:18, 126:19,
126:21, 127:1,
127:13, 127:16,
127:17, 128:4, 128:5,
128:10, 128:12,
128:13, 128:16,
128:19, 128:21,
129:2, 129:5, 129:10,
129:19, 129:22,
129:23, 129:25,
130:10, 130:12,
130:21, 131:3, 131:9,
131:13, 131:15,
131:21, 132:6,
132:11, 132:24,
132:25, 133:2,
133:10, 133:12,
133:13, 133:18,
133:20, 133:22,
133:25, 134:9,
134:10, 134:11,
134:12, 134:18,
134:23, 134:24,
135:2, 135:9, 135:10,
136:7, 136:12,
136:13, 136:16,
136:20, 137:3, 137:5,
137:9, 137:10,
137:14, 137:15,
137:18, 137:22,

138:7, 138:9, 138:10,
138:16, 139:1, 139:2,
139:6, 139:8, 139:9,
139:11, 139:14,
139:17
    **you'd** [1] - 88:23
    **you'll** [8] - 25:13,
32:13, 44:23, 52:13,
57:19, 58:7, 72:8,
72:9
    **you're** [18] - 5:9,
10:19, 61:16, 83:21,
83:25, 84:20, 84:22,
85:8, 85:17, 100:25,
107:19, 108:10,
111:6, 116:24,
119:20, 125:15,
136:6, 139:17
    **you've** [8] - 35:21,
40:2, 46:8, 72:17,
72:25, 78:23, 85:20,
104:17
    **YOUNG** [1] - 1:24
    **your** [143] - 4:19,
4:24, 4:25, 5:1, 5:2,
5:3, 5:11, 5:13, 5:16,
5:17, 5:18, 5:21, 5:25,
6:22, 7:3, 9:25, 10:3,
10:13, 11:4, 11:8,
11:11, 11:14, 11:16,
11:25, 13:14, 22:6,
22:20, 24:1, 29:19,
35:21, 36:20, 37:13,
37:15, 38:23, 40:22,
41:1, 41:6, 42:15,
42:19, 43:3, 43:24,
45:21, 49:1, 53:4,
54:4, 55:3, 56:10,
56:24, 57:16, 58:16,
58:20, 58:23, 59:21,
60:1, 60:6, 61:4,
61:13, 62:12, 62:19,
63:4, 65:16, 66:15,
69:16, 71:11, 71:24,
72:3, 72:9, 72:17,
74:10, 74:23, 76:1,
77:4, 77:7, 78:6,
78:13, 80:24, 81:1,
81:14, 81:25, 82:13,
82:24, 83:4, 83:18,
84:6, 85:4, 86:15,
86:23, 87:2, 87:24,
88:3, 88:7, 88:23,
89:4, 89:7, 91:19,
92:22, 93:4, 93:7,
96:9, 97:22, 98:1,
99:5, 99:9, 99:22,
101:2, 101:8, 102:3,
102:17, 103:25,
104:1, 104:10,

106:22, 107:8, 109:6,
110:11, 112:20,
113:19, 115:18,
118:1, 119:4, 124:12,
126:9, 126:11,
126:18, 129:13,
129:18, 131:6,
132:13, 132:17,
132:19, 133:25,
134:18, 134:20,
134:25, 136:17,
137:14, 138:10,
138:19, 139:16
    **yours** [1] - 86:17
    **yourself** [2] - 108:11,
131:22

## Z

    **Z** [1] - 102:12
    **zero** [2] - 14:14,
25:21
    **ZEVENBERGEN** [1]
- 1:20
    **zones** [2] - 103:24,
119:15
    **zoom** [1] - 15:25
    **zooming** [1] - 30:16