1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE      *    Civil Action No. 10-MD-2179
    OIL RIG *DEEPWATER HORIZON*   *
5   IN THE GULF OF MEXICO ON      *    Section J
    APRIL 20, 2010                *
6                                 *    New Orleans, Louisiana
    THIS DOCUMENT RELATES TO:     *
7   #10-4536                      *    January 20, 2015
                                  *
8                                 *
    UNITED STATES OF AMERICA      *
9                                 *
    v.                            *
10                                *
    BP EXPLORATION &              *
11  PRODUCTION INC.,              *
    ANADARKO EXPLORATION &        *
12  PRODUCTION LP, ANADARKO       *
    PETROLEUM CORPORATION,        *
13  MOEX OFFSHORE 2007 LLC,       *
    TRITON ASSET LEASING GMBH,    *
14  TRANSOCEAN HOLDINGS LLC,      *
    TRANSOCEAN OFFSHORE           *
15  DEEPWATER DRILLING INC.,      *
    TRANSOCEAN DEEPWATER INC.,    *
16  AND QBE UNDERWRITING LTD.,    *
    LLOYD'S SYNDICATE 1036        *
17  ******************************

18              DAY 1, AFTERNOON SESSION
19           TRANSCRIPT OF TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE CARL J. BARBIER
20             UNITED STATES DISTRICT JUDGE

21

22

23

24

25

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2

 3    For the United States
      of America:
 4                              U.S. Department of Justice
                                Environment & Natural Resources Division
 5                              Environmental Enforcement Section
                                BY:   SARAH D. HIMMELHOCH, ESQ.
 6                                    STEVEN O'ROURKE, ESQ.
                                      PATRICK CASEY, ESQ.
 7                                    NANCY FLICKINGER, ESQ.
                                      ABIGAIL ANDRE, ESQ.
 8                                    RACHEL KING, ESQ.
                                      RACHEL HANKEY, ESQ.
 9                                    A. NATHANIEL CHAKERES, ESQ.
                                      BRANDON ROBERS, ESQ.
10                                    ERICA PENCAK, ESQ.
                                      JUDY HARVEY, ESQ.
11                                    RICHARD GLADSTEIN, ESQ.
                                      MICHAEL ZEVENBERGEN, ESQ.
12                                    DANIELLE FIDLER, ESQ.
                                      Post Office Box 7611
13                                    Washington, D.C.  20044

14
                                U.S. Department of Justice
15                              Torts Branch, Civil Division
                                BY: SHARON SHUTLER, ESQ.
16                                  MALINDA LAWRENCE, ESQ.
                                    LAURA MAYBERRY, ESQ.
17                              Post Office Box 14271
                                Washington, D.C.  20004
18

19
      For the State of
20    Louisiana:
                                Kanner & Whiteley
21                              BY: ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
22                                  SUSANNAH MCKINNEY, ESQ.
                                    CYNTHIA ST. AMANT, ESQ.
23                              701 Camp Street
                                New Orleans, Louisiana  70130
24

25
```

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2   For BP Exploration and
     Production, Inc.:
 3                              Kirkland & Ellis
                                BY: J. ANDREW LANGAN, ESQ.
 4                                  MATTHEW T. REGAN, ESQ.
                                    HARIKLIA KARIS, ESQ.
 5                                  MARK J. NOMELLINI, ESQ.
                                    A. KATRINE JAKOLA, ESQ.
 6                              300 North LaSalle
                                Chicago, Illinois  60654
 7

 8
                                Kirkland & Ellis
 9                              BY: ROBERT C. "MIKE" BROCK, ESQ.
                                    KIMBERLY BRANSCOME, ESQ.
10                              655 Fifteenth Street, N.W.
                                Washington, D.C.  20005
11

12
                                Liskow & Lewis
13                              BY: R. KEITH JARRETT, ESQ.
                                One Shell Square
14                              701 Poydras Street
                                Suite 5000
15                              New Orleans, Louisiana  70139

16

17   For Anadarko
     Petroleum
18   Corporation:
                                Bingham McCutchen
19                              BY: KY E. KIRBY, ESQ.
                                    THOMAS R. LOTTERMAN, ESQ.
20                              2020 K Street, NW
                                Washington, D.C.  20006
21

22
                                Morgan Lewis & Bockius
23                              BY: JAMES J. DRAGNA, ESQ.
                                355 South Grand Avenue
24                              Suite 4400
                                Los Angeles, California  90071
25
```

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2    Official Court Reporter:       Jodi Simcox, RMR, FCRR
                                    500 Poydras Street, Room HB-275
3                                   New Orleans, Louisiana 70130
                                    (504) 589-7780
4                                   Jodi_Simcox@laed.uscourts.gov

5

6

7

8    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              <u>I N D E X</u>

2                                                              <u>Page</u>

3
   Dr. Diane Austin
4         Direct Examination By Ms. Fidler:              147
          Cross-Examination By Ms. Karis:                195
5         Redirect Examination By Ms. Fidler:            237

6  Dr. Richard Clapp
          Direct Examination By Ms. Pencak:              240
7         Cross-Examination By Ms. Karis:                276
          Redirect Examination By Ms. Pencak:            325
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 12:55PM | 5 |
| 1:19PM | 6 |
| 1:19PM | 7 |
| 1:19PM | 8 |

AFTERNOON SESSION

(January 20, 2015)

* * * * *

(OPEN COURT)


THE COURT:  All right.  Please be seated, everyone.

Okay.  The government can call its next witness.

MS. FIDLER:  Good afternoon, Your Honor.  I'm
Danielle Fidler on behalf of the United States.  I'll be doing
the direct examination of Diane Austin.

THE COURT:  Okay.

MS. FIDLER:  The United States calls Dr. Diane
Austin.

MS. KARIS:  Your Honor, Hariklia Karis for BP.  There
is a *Daubert* motion that we have filed with respect to
Dr. Austin's testimony.

(WHEREUPON, **DR. DIANE AUSTIN,** having been duly sworn,
testified as follows:**)**

THE DEPUTY CLERK:  Please state your full name and
correct spelling for the record.

THE WITNESS:  My name is Dr. Diane Austin, D-I-A-N-E,
A-U-S-T-I-N.

THE COURT:  All right.  Yes, there is a *Daubert*
motion, as I think there is with every expert somehow in this
case.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:20PM    1              I have read the expert report of Dr. Austin and

1:20PM    2    I've read the briefing on the *Daubert* motion.  I'm going to

1:20PM    3    overrule BP's *Daubert* motion.  I think this witness is clearly

1:20PM    4    qualified, by reason of education, experience, and so forth, to

1:20PM    5    express the opinions that she renders in her report.  And I

1:20PM    6    also think that she appears to use a reliable methodology.

1:20PM    7              BP can certainly cross-examine her on the points

1:20PM    8    raised in their motion.

1:20PM    9         **MS. KARIS:**  Thank you, Your Honor.  I do have one

1:20PM   10    additional question.  At her deposition, Dr. Austin withdrew

1:21PM   11    her opinion with respect to seafood safety and ongoing

1:21PM   12    concerns.

1:21PM   13              Specifically at page 138 -- I'm sorry, lines 4

1:21PM   14    to 10.  When asked the question:

1:21PM   15         "QUESTION:  So do you intend to offer to this Court

1:21PM   16       an opinion about concerns related to seafood safety" --

1:21PM   17         **THE COURT:**  All right.  Ms. Karis, we can short

1:21PM   18    circuit this.  If she's asked that question and she goes there,

1:21PM   19    you can raise that objection.  We'll deal with it.  Okay?

1:21PM   20         **MS. KARIS:**  Thank you, Your Honor.

1:21PM   21         **THE COURT:**  All right.  Sure.  Go ahead.  Go ahead.

1:21PM   22    Yeah.

1:21PM   23                        **DIRECT EXAMINATION**

1:21PM   24    BY MS. FIDLER:

1:21PM   25    **Q.**    You've been retain -- Dr. Austin, you've been retained on

DR. DIANE AUSTIN - DIRECT

1:21PM   1   behalf of the United States to serve as an expert witness in

1:21PM   2   this case; correct?

1:21PM   3   **A.**   Correct.

1:21PM   4   **Q.**   And what were the tasks you were retained to perform?

1:21PM   5   **A.**   I was asked to evaluate the sociocultural effects of the

1:21PM   6   *Deepwater Horizon* disaster on Gulf Coast communities.

1:21PM   7   **Q.**   Were you asked to perform any other tasks?

1:21PM   8   **A.**   Yes.  I was also asked to review and respond to several

1:22PM   9   reports by BP's experts.

1:22PM   10  **Q.**   Dr. Austin, have you prepared a slide summarizing your

1:22PM   11  education and expertise in this case?

1:22PM   12  **A.**   Yes, I have.

1:22PM   13          **MS. FIDLER:**  Mr. Jackson, please call D-33300.

1:22PM   14  **BY MS. FIDLER:**

1:22PM   15  **Q.**   Is this that slide?

1:22PM   16  **A.**   Yes, it is.

1:22PM   17  **Q.**   Please describe your educational background for the Court.

1:22PM   18  **A.**   I have a Bachelor of Science in environmental science and

1:22PM   19  biology from Texas Christian University, a Master's in

1:22PM   20  environmental engineering from the California Institute of

1:22PM   21  Technology, and a Ph.D. in natural resources and environment

1:22PM   22  from the University of Michigan.  That is an interdisciplinary

1:22PM   23  Ph.D. that incorporates sociocultural anthropology,

1:22PM   24  environmental policy, environmental psychology, and

1:22PM   25  environmental sociology.

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 1:22PM | 1 | **Q.**   What do you consider to be your area of expertise as it |
| 1:22PM | 2 | relates to the work you performed in this case? |
| 1:22PM | 3 | **A.**   I'm an applied anthropologist, and I specialize in the |
| 1:22PM | 4 | study of the sociocultural effects of environmental change. |
| 1:22PM | 5 | **Q.**   Turning to your professional experience, where are you |
| 1:23PM | 6 | currently employed, Dr. Austin? |
| 1:23PM | 7 | **A.**   I'm the director of the School of Anthropology at the |
| 1:23PM | 8 | University of Arizona. |
| 1:23PM | 9 | **Q.**   And how long have you been there? |
| 1:23PM | 10 | **A.**   I've been at the University of Arizona for 20 years. |
| 1:23PM | 11 | **Q.**   What subjects do you teach? |
| 1:23PM | 12 | **A.**   I teach applied anthropology.  I teach research methods, |
| 1:23PM | 13 | data management and analysis.  Both cover both qualitative and |
| 1:23PM | 14 | quantitative research, and I teach both undergraduate and |
| 1:23PM | 15 | graduate students. |
| 1:23PM | 16 | **Q.**   Do you do work for anyone else related to your expertise |
| 1:23PM | 17 | in this case? |
| 1:23PM | 18 | **A.**   Yes.  I have been the principal investigator or |
| 1:23PM | 19 | co-investigator for more than 12 multiyear, multidisciplinary |
| 1:23PM | 20 | studies for both the public and the private sector. |
| 1:23PM | 21 | **Q.**   Any sectors in particular -- I mean, any public entities |
| 1:23PM | 22 | in particular? |
| 1:23PM | 23 | **A.**   Including the Minerals Management Service, which is now |
| 1:23PM | 24 | the Bureau of Ocean Energy Management. |
| 1:23PM | 25 | **Q.**   Do you have peer-reviewed publications relating to your |

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 1:23PM | 1 | work in your areas of expertise? |
| 1:23PM | 2 | **A.**   Yes, I do.  I have over 50 peer-reviewed publications, |
| 1:23PM | 3 | including articles and research reports. |
| 1:24PM | 4 | **Q.**   Dr. Austin, have you received any awards in your 20-year |
| 1:24PM | 5 | career in the field of applied anthropology? |
| 1:24PM | 6 | **A.**   Yes.  I was designated the 2008 University of Arizona |
| 1:24PM | 7 | Distinguished Outreach Professor for my work in public policy |
| 1:24PM | 8 | and community-relevant work. |
| 1:24PM | 9 | In terms of my research, one of the studies that we |
| 1:24PM | 10 | did for the MMS was awarded a Department of Interior award for |
| 1:24PM | 11 | its contributions to the mission of that agency. |
| 1:24PM | 12 | **Q.**   Does your work with the University of Arizona and your |
| 1:24PM | 13 | contract work for other public and private entities relate to |
| 1:24PM | 14 | your work in this case? |
| 1:24PM | 15 | **A.**   Yes, it does. |
| 1:24PM | 16 | **Q.**   How so? |
| 1:24PM | 17 | **A.**   In particular, I have worked for 18 years studying the |
| 1:24PM | 18 | effects of the offshore oil and gas industry in the Gulf of |
| 1:24PM | 19 | Mexico and the relevant sectors related to that industry. |
| 1:24PM | 20 | **MS. FIDLER:**  Thank you.  You can take down that |
| 1:24PM | 21 | slide. |
| 1:24PM | 22 | **BY MS. FIDLER:** |
| 1:24PM | 23 | **Q.**   Dr. Austin, what is applied anthropology? |
| 1:24PM | 24 | **A.**   Well, first, the anthropology is the scientific study of |
| 1:25PM | 25 | humans and human societies, both past and present.  Applied |

DR. DIANE AUSTIN - DIRECT

1:25PM   1    anthropology is the practical application of the theories,

1:25PM   2    methods, and perspectives of anthropology to both every day and

1:25PM   3    novel problems.

1:25PM   4    Q.    What are the research approaches used by applied

1:25PM   5    anthropologists?

1:25PM   6    A.    Applied anthropologists use whatever research approaches

1:25PM   7    are necessary to address the problem at hand.  We work as part

1:25PM   8    of interdisciplinary teams.  One of the research approaches

1:25PM   9    that we use commonly is ethnography.

1:25PM   10   Q.    And, Dr. Austin, have you prepared a slide to assist you

1:25PM   11   in describing ethnography?

1:25PM   12   A.    Yes, I have.

1:25PM   13         MS. FIDLER:  Mr. Jackson, please call D-33301.

1:25PM   14   BY MS. FIDLER:

1:25PM   15   Q.    Dr. Austin, what is ethnography?

1:25PM   16   A.    Well, ethnography is a scientific research approach that

1:25PM   17   embeds researchers in the communities under study so that they

1:25PM   18   might see, hear, experience, and talk to people about the

1:25PM   19   phenomenon that they are experiencing.

1:25PM   20   Q.    And does ethnography have standard methods?

1:25PM   21   A.    Yes, it does.  Several of those include observations, such

1:25PM   22   as attending meetings, observing and recording what is going

1:26PM   23   on; participant observation, in which the -- case the

1:26PM   24   researcher is actually participating in activities such as

1:26PM   25   festivals; as well as semistructured interviews, which is --

DR. DIANE AUSTIN - DIRECT

1:26PM   1   which are interviews that are guided by a general topic and --

1:26PM   2   but are open-ended to allow the interviewee to educate the

1:26PM   3   interviewer.

1:26PM   4   Q.   How is -- how is ethnography used?

1:26PM   5   A.   Well, ethnography is used to identify patterns.  It's used

1:26PM   6   to describe social relationships and networks, and it is used

1:26PM   7   to reveal understandings and the meanings that people give to

1:26PM   8   the places and events in their lives.

1:26PM   9   Q.   And I can see the court reporter typing furiously, so if

1:26PM   10  we can both slow down a little bit, I think that might be

1:26PM   11  helpful.

1:26PM   12         What is the goal of ethnographic research?

1:26PM   13  A.   Well, fundamentally, the purpose is to place the

1:26PM   14  phenomenon under study in its -- in the historical, economic,

1:26PM   15  social, and political context.

1:27PM   16  Q.   Is ethnography used in the private sector?

1:27PM   17  A.   Yes, it is.

1:27PM   18  Q.   Could you provide a couple of examples?

1:27PM   19  A.   Certainly.  Corporations hire ethnographers to embed them

1:27PM   20  in -- with their workers to understand workflow, to understand

1:27PM   21  safety practices if they're trying to address problems in their

1:27PM   22  workforce.

1:27PM   23         Corporations also hire ethnographers to -- for market

1:27PM   24  research or product development.  For instance, the development

1:27PM   25  of smartphones.  Anthropologists and ethnographers contributed

DR. DIANE AUSTIN - DIRECT

1:27PM 1    to that by working alongside people to understand how they

1:27PM 2    process knowledge and information and retrieve information.

1:27PM 3    **Q.**   And can you -- is ethnographic research also used in the

1:27PM 4    public sector?

1:27PM 5    **A.**   Certainly.  It's used to help guide decision making and

1:27PM 6    public policy making.  So, for instance, the National

1:27PM 7    Environmental Policy Act requires environmental impact

1:27PM 8    statements, which also include social impact assessments.

1:28PM 9    Anthropologists are frequently hired to conduct those.  As

1:28PM 10    well, anthropologists work to help evaluate and develop public

1:28PM 11    programs, such as health programs or food security programs,

1:28PM 12    for example.

1:28PM 13    **Q.**   Dr. Austin, you also stated that you have a specialization

1:28PM 14    in the sociocultural effects of environmental change?

1:28PM 15    **A.**   That is correct.

1:28PM 16    **Q.**   What do you mean by that?

1:28PM 17    **A.**   Well, essentially, when environments change, people's

1:28PM 18    reactions to those environments change.  And the purpose of

1:28PM 19    studying the sociocultural effects is to understand, both at

1:28PM 20    the individual and societal community level, how people change

1:28PM 21    their behaviors and their beliefs in reaction to those changes.

1:28PM 22    **Q.**   Dr. Austin, you mentioned that you've worked on several

1:28PM 23    research projects for the Bureau of Ocean Energy Management, or

1:28PM 24    BOEM.  Have you prepared a slide summarizing this work?

1:28PM 25    **A.**   Yes, I have.

DR. DIANE AUSTIN - DIRECT

1:28PM   1          **MS. FIDLER:**  Please call D-33302.

1:28PM   2   **BY MS. FIDLER:**

1:28PM   3   **Q.**   Could you please describe the work that you have done for

1:29PM   4   BOEM that relates to the work you've done in this case?

1:29PM   5   **A.**   Certainly.  The slide shows the covers of five of the

1:29PM   6   reports that we've produced for BOEM.

1:29PM   7          I began working in 1997 as part of a team --

1:29PM   8   interdisciplinary team working on a historical baseline of

1:29PM   9   socioeconomic impacts of the offshore oil and gas industry in

1:29PM  10   the Gulf of Mexico.  From that, I became involved in what we

1:29PM  11   term the "family study," whose goal was to understand the

1:29PM  12   effects of working offshore on individuals, their households,

1:29PM  13   and their communities.

1:29PM  14          We then developed a study of the history and

1:29PM  15   evolution of the offshore oil and gas industry to document the

1:29PM  16   cumulative effects.  We have led a study on the fabrication of

1:29PM  17   the shipbuilding industry because it has such a large physical

1:29PM  18   footprint in a region.  And so we looked to study the effects

1:29PM  19   of that industry.

1:30PM  20          We were -- or are actually still in the process of

1:30PM  21   doing a study of the history of the deepwater era, which began

1:30PM  22   in the 1970s, to document the movement of the offshore oil and

1:30PM  23   gas industry into waters greater than 1,000 feet.

1:30PM  24          We have begun a study of ethnic groups and enclaves

1:30PM  25   and the ways that they are affected by the oil and gas

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:30PM   1   industry, the offshore industry in particular, when the
1:30PM   2   *Deepwater Horizon* rig exploded in the Gulf.  At that point, we
1:30PM   3   turned our attention and have -- or continue to study
1:30PM   4   specifically the social effects of that disaster on Gulf Coast
1:30PM   5   communities.
1:30PM   6   Q.   Were the reports you issued for BOEM peer-reviewed?
1:30PM   7   A.   Yes.  The agency, as part of contracts, requires that we
1:30PM   8   submit a draft report.  They put it through their review
1:30PM   9   process and send us comments, and we are required to respond to
1:30PM   10  those comments when we submit the final reports.
1:30PM   11  Q.   What kinds of research approaches did you use for these
1:30PM   12  studies?
1:30PM   13  A.   On several of those studies, we were, as I mentioned, part
1:31PM   14  of interdisciplinary teams.  Our role in all of these studies
1:31PM   15  included conducting ethnography or ethnographic research.
1:31PM   16  Q.   Did any of these studies involve the analysis of
1:31PM   17  sociocultural effects of environmental change?
1:31PM   18  A.   Yes.  Several of them did.
1:31PM   19          MS. FIDLER:  Please call TREX-13112.
1:31PM   20  BY MS. FIDLER:
1:31PM   21  Q.   It's a little blurry; but, Dr. Austin, do you recognize
1:31PM   22  this document?
1:31PM   23  A.   Yes, I do.  This is my expert report submitted for this
1:31PM   24  trial.
1:31PM   25  Q.   And does TREX-13112 contain a copy of your curriculum

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 1:31PM | 1 | vitae? |
| 1:31PM | 2 | **A.**   Yes, it does. |
| 1:31PM | 3 | **Q.**   And does that curriculum vitae accurately summarize your |
| 1:31PM | 4 | qualifications as they relate to this case? |
| 1:31PM | 5 | **A.**   Yes, it does. |
| 1:31PM | 6 | **MS. FIDLER:**  Please call TREX-13113. |
| 1:31PM | 7 | **BY MS. FIDLER:** |
| 1:31PM | 8 | **Q.**   Dr. Austin, do you recognize this document? |
| 1:31PM | 9 | **A.**   Yes.  This is the rebuttal report that I prepared to BP's |
| 1:31PM | 10 | expert. |
| 1:31PM | 11 | **Q.**   Do these documents accurately state your opinions and the |
| 1:32PM | 12 | bases therefor that you are offering to the Court in this |
| 1:32PM | 13 | matter? |
| 1:32PM | 14 | **A.**   Yes, they do. |
| 1:32PM | 15 | **MS. FIDLER:**  Your Honor, at this time I tender |
| 1:32PM | 16 | Dr. Diane Austin as an expert in applied anthropology with a |
| 1:32PM | 17 | specialization in sociocultural effects of environmental |
| 1:32PM | 18 | change. |
| 1:32PM | 19 | **THE COURT:**  All right.  Ms. Karis, other than your |
| 1:32PM | 20 | *Daubert* motion, do you have any questions for the witness on |
| 1:32PM | 21 | qualifications? |
| 1:32PM | 22 | **MS. KARIS:**  I don't, Your Honor. |
| 1:32PM | 23 | **THE COURT:**  Okay.  Thank you. |
| 1:32PM | 24 | Go ahead, ma'am. |
| | 25 | |

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:32PM  1   BY MS. FIDLER:

1:32PM  2   Q.   Dr. Austin, do you adopt TREX-13112 and 13113 as your

1:32PM  3   testimony today?

1:32PM  4   A.   Yes, I do.

1:32PM  5          MS. FIDLER:  I also move Dr. Austin's expert reports,

1:32PM  6   TREX-13112 and TREX-13113, into evidence.

1:32PM  7          THE COURT:  Okay.  I think we'll do those all as we

1:32PM  8   did last time.  We'll do them tomorrow morning or whenever you

1:32PM  9   all . . .

1:32PM  10         MS. FIDLER:  Thank you, Judge.

1:32PM  11         THE COURT:  Yeah, all the exhibits.

1:32PM  12         MS. FIDLER:  Thank you, Your Honor.

1:32PM  13         THE COURT:  Sure.

1:32PM  14  BY MS. FIDLER:

1:32PM  15  Q.   Dr. Austin, how did you first become involved with

1:32PM  16  studying the sociocultural effects of the *Deepwater Horizon*

1:32PM  17  disaster?

1:32PM  18  A.   Well, as I mentioned, our research team was conducting a

1:33PM  19  study of the history of the deepwater era, and one of our

1:33PM  20  researchers was working in one of the communities that was the

1:33PM  21  hometown to one of the men who was killed on the rig.  So he

1:33PM  22  immediately contacted me, and we discussed how he would go

1:33PM  23  about and our team would go about starting to document the

1:33PM  24  effects of the disaster.

1:33PM  25         We then -- I personally went to the community, to the

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:33PM 1  region, in May of 2010 and began working in developing a study

1:33PM 2  design and putting together a research team to document the

1:33PM 3  effects of this disaster.

1:33PM 4  **Q.**   And what was your role in the research project for BOEM?

1:33PM 5  **A.**   I was the principal investigator.

1:33PM 6  **Q.**   What time period did that study cover?

1:33PM 7  **A.**   This -- that study -- I was initially asked to design

1:33PM 8  studies for short, medium, and long term.  That's the

1:33PM 9  short-term study that looked at the effects from April of 2010

1:34PM 10 through March of 2012.

1:34PM 11 **Q.**   How long were you in the Gulf, overall, during that time?

1:34PM 12 **A.**   I cumulatively was in the Gulf for six months, between May

1:34PM 13 of 2010 and January of 2012.

1:34PM 14 **Q.**   When did you submit the first report for the BOEM study?

1:34PM 15 **A.**   I submitted the draft report in 2013.

1:34PM 16 **Q.**   Were you working for the Department of Justice at that

1:34PM 17 time?

1:34PM 18 **A.**   No.

1:34PM 19      **MS. FIDLER:**  Please call TREX-11922.

1:34PM 20 **BY MS. FIDLER:**

1:34PM 21 **Q.**   What is this document?

1:34PM 22 **A.**   This is Volume 1 of the report that we submitted on the

1:34PM 23 social effects of the *Deepwater Horizon* disaster on the

1:34PM 24 Gulf Coast communities.

1:34PM 25      **MS. FIDLER:**  Please call up TREX-11923.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:34PM   1   BY MS. FIDLER:
1:34PM   2   Q.   And what is this document?
1:34PM   3   A.   This is Volume 2 of that same study.
1:34PM   4   Q.   I'll refer to these two volumes cumulatively as the
1:34PM   5   "social effects study."
1:34PM   6        Does the work you did on the social effects study
1:35PM   7   relate to the opinions you are offering in this case?
1:35PM   8   A.   Yes, it does.
1:35PM   9   Q.   And how so?
1:35PM   10  A.   Because we were studying the social effects of this
1:35PM   11  disaster, the -- part of what I was asked to address were the
1:35PM   12  sociocultural effects, and so the work that I did here relates
1:35PM   13  to that.
1:35PM   14       MS. FIDLER:   Please take that down.
1:35PM   15  BY MS. FIDLER:
1:35PM   16  Q.   Did you rely on any other bases of information in forming
1:35PM   17  your opinions?
1:35PM   18  A.   Yes, I did.  I relied on the 18 years that I've spent
1:35PM   19  studying this region and several of the major economic sectors
1:35PM   20  in the region, as well as the six months that I spent
1:35PM   21  personally in the region during the disaster.
1:35PM   22  Q.   As part of your 18 years of research work for BOEM, have
1:35PM   23  you studied the demographics of the Gulf region?
1:35PM   24  A.   Yes, I have.
1:35PM   25  Q.   Did you rely on that demographic information in forming

OFFICIAL TRANSCRIPT

160

DR. DIANE AUSTIN - DIRECT

1:35PM   1    your opinions in this case?

1:35PM   2    A.   Yes.  In order to design the social effects study, I took

1:35PM   3    into account the knowledge and understanding that I have of the

1:36PM   4    demographics in order to identify where we would conduct the

1:36PM   5    research.

1:36PM   6    Q.   Dr. Austin, what is your opinion regarding the

1:36PM   7    sociocultural effects of the *Deepwater Horizon* disaster?

1:36PM   8    A.   The *Deepwater Horizon* disaster caused serious and

1:36PM   9    widespread sociocultural harm to the coastal communities of the

1:36PM   10   Gulf of Mexico, U.S. -- the Gulf of Mexico region, from

1:36PM   11   Louisiana through Alabama.

1:36PM   12   Q.   Have you prepared a slide providing an overview of your

1:36PM   13   key opinions in this case?

1:36PM   14   A.   Yes, I have.

1:36PM   15        MS. FIDLER:  Please call D-33303.

1:36PM   16   BY MS. FIDLER:

1:36PM   17   Q.   What are your key opinions?

1:36PM   18   A.   Well, as I mentioned, that the disaster caused serious and

1:36PM   19   widespread sociocultural harm.  Number one, it disrupted

1:36PM   20   livelihoods and patterns of daily living.  It exacerbated

1:36PM   21   social and economic inequality.  It challenged individual and

1:36PM   22   collective identity, fostered conflict and divisiveness, and

1:36PM   23   disempowered local governments and NGOs.

1:37PM   24        In addition, BP's criticisms trivialized the harm to

1:37PM   25   the Gulf Coast communities.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

| | |
|---|---|
| 1:37PM | 1 |
| 1:37PM | 2 |
| 1:37PM | 3 |
| 1:37PM | 4 |
| 1:37PM | 5 |
| 1:37PM | 6 |
| 1:37PM | 7 |
| 1:37PM | 8 |
| 1:37PM | 9 |
| 1:37PM | 10 |

**Q.**   We will talk more about your opinions shortly; but before we do, I would like to discuss the methodology underlying the research upon which you base your opinions.

What was the question you were tasked with answering for the social effects study for BOEM?

**A.**   For BOEM we were asked to describe and document the social effects of the *Deepwater Horizon* disaster in the U.S. Gulf of Mexico.

**Q.**   And can you explain more specifically what kinds of effects you were investigating?

**A.**   Certainly.  We were looking at homes and businesses and communities.  We were trying to understand changes or effects on the patterns of daily living on social networks and relationships on livelihoods and livelihood strategies.

**Q.**   Is this a common kind of question for applied anthropologists?

**A.**   Yes.

**Q.**   What research approach was used in the social effects study?

**A.**   We used ethnographic research, which is a qualitative research approach.

**Q.**   And have you prepared a series of slides to assist you in further explaining the methodology underlying your opinion?

**A.**   Yes, I have.

**MS. FIDLER:**  Please call D-33304.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

BY MS. FIDLER:

Q.   Why did you decide to use the ethnographic approach?

A.   One way of thinking about research is that we start on the left when we know very little about a phenomenon and move toward the right.  So, for instance, we begin by exploring, describing, explaining, and then predicting outcomes.

And qualitative research is used, as you can see by the slide on the left side, when we know very little about a phenomenon, and we begin by exploring and describing what is going on.

Quantitative research is used when we know more about a phenomenon and we're trying to describe or -- especially to measure the degree of effect.  So, for instance, it would involve hypothesis testing.

In this case the *Deepwater Horizon* disaster was unprecedented, the size of the disaster, the depth at which the oil was coming into Gulf.  And so very little was known at that point in time.  And we identified qualitative research and specifically ethnography because of its strength and reliability as a research approach.

Q.   Why did you not use quantitative research for this study?

A.   Well, there are various forms of quantitative research.  There's economic, demographic, large scale surveys.  But, again, at the time that this study began, there was not enough information, and the information was not going to become

DR. DIANE AUSTIN - DIRECT

1:39PM  1   available for some time.  And so, again -- and it wasn't even
1:39PM  2   enough information upon which to base the design of, say, a
1:39PM  3   large quantitative survey at that point.
1:39PM  4            MS. FIDLER:  Let's go to the next slide.  It's called
1:39PM  5   D-33305.
1:39PM  6   BY MS. FIDLER:
1:39PM  7   Q.   Where did you conduct your research?
1:39PM  8   A.   This is a map from our study report.
1:39PM  9            THE WITNESS:  And, first, Your Honor, I apologize.
1:40PM 10   There's a typo that was in the report.  Bayou La Batre is in
1:40PM 11   Alabama, not in Louisiana.
1:40PM 12            These are the five study regions that we
1:40PM 13   identified.
1:40PM 14            And the purpose of doing so was to -- we --
1:40PM 15   rather than spread our research team very thinly across the
1:40PM 16   region, we used the case study approach, which concentrates
1:40PM 17   researchers in areas so that they can investigate more deeply
1:40PM 18   the phenomenon under study and particularly the interactions
1:40PM 19   among those phenomenon -- or among the various sectors.
1:40PM 20            So we started from Bayou La Batre, Alabama.  If
1:40PM 21   we start from east to west, it included East Biloxi,
1:40PM 22   Mississippi; central Plaquemines Parish, Louisiana; Larose,
1:40PM 23   Louisiana; and Dulac, Louisiana.
1:40PM 24   BY MS. FIDLER:
1:40PM 25   Q.   Why were these communities in particular chosen?

DR. DIANE AUSTIN - DIRECT

1:40PM   1   A.   When we -- in the study design, we identified what we
1:40PM   2   expected to be key factors and variables that needed to be
1:40PM   3   considered.  And so among those were the economies, the
1:41PM   4   livelihoods in the regions, the ethnicity of the region.
1:41PM   5          And so we -- for instance, if we -- this is detailed
1:41PM   6   at great length in our social effects study report, and also I
1:41PM   7   have details in my expert reports.
1:41PM   8          But to give two examples, so central Plaquemines
1:41PM   9   Parish, for example, has offshore -- people who work offshore.
1:41PM  10   They have a lot of commercial fishing.  They have recreation,
1:41PM  11   particularly in the charter boat industry.
1:41PM  12          And the people who live there, you have large numbers
1:41PM  13   of Croatians, African Americans, and Southeast Asians.
1:41PM  14          If we compare that to Dulac, Louisiana, where we have
1:41PM  15   also a lot of commercial fishing, we also have offshore service
1:41PM  16   companies.  We have fabrication yards.  And the people who live
1:41PM  17   there are largely Cajun and Native American.
1:41PM  18   Q.   Did you only speak with people in the case study
1:41PM  19   communities in doing your -- in doing the research for the
1:42PM  20   social effects study?
1:42PM  21   A.   No.  The -- the approach that we took by focusing on case
1:42PM  22   studies was to use that as a focal point -- point and then to
1:42PM  23   spread into surrounding communities, into urban areas, and to
1:42PM  24   seats of government that have responsibility for those
1:42PM  25   communities.  And that allows us to further -- better

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:42PM  1    understand what is happening.

1:42PM  2              MS. FIDLER:  Let's go to the next slide.  Please call

1:42PM  3    D-33306.

1:42PM  4    BY MS. FIDLER:

1:42PM  5    Q.   What sources of data did you rely on for the social

1:42PM  6    effects study?

1:42PM  7    A.   Well, this was an ethnographic study, so we conducted

1:42PM  8    interviews.  And we did two types of interviews.  Drop-in

1:42PM  9    interviews are interviews that are fairly short, and we use

1:42PM 10    them so we can spread across large areas in these regions, and

1:42PM 11    often are repeated interviews where we go in to try and get at

1:42PM 12    that moment what is happening in a business, in an office, or

1:42PM 13    for an agency.

1:42PM 14              So, for example -- and those interviews give you a

1:43PM 15    picture of what's happening at that point in time.  They give

1:43PM 16    information about, say, the business that we're talking to, but

1:43PM 17    also the community more broadly.

1:43PM 18              So, for example, we interviewed florists and kept

1:43PM 19    track of what was happening for the florists; and they would

1:43PM 20    tell us what was happening in their business, but they would

1:43PM 21    also tell us things such as the fact that at times of economic

1:43PM 22    distress, they were not receiving any orders for floral

1:43PM 23    blankets for funerals, which is a very common practice in these

1:43PM 24    communities.  And they would report that, in fact, the only

1:43PM 25    orders they were receiving were Internet orders coming from

DR. DIANE AUSTIN - DIRECT

1:43PM   1   relatives from out of town.  So it helps us track, again, what

1:43PM   2   is happening in the community.

1:43PM   3       We also used extended interviews, which are longer

1:43PM   4   interviews with people, aimed both at people, say, for

1:43PM   5   instance, in these economic sectors; so we talked to fishermen.

1:43PM   6   But we also conducted interviews with people who work with

1:44PM   7   large numbers of people in these sectors.  So the people who

1:44PM   8   provide loans to fishermen, for example, we would also talk to.

1:44PM   9       We attended lots -- hundreds of public and private

1:44PM  10   meetings and events.

1:44PM  11       We also tracked news reports, the information sheets

1:44PM  12   that were put out during this period, industry publications,

1:44PM  13   court filings, and other documents.

1:44PM  14   Q.   And who did you decide to talk with?

1:44PM  15   A.   We used that approach for sampling, which is called

1:44PM  16   "purpose of sampling."  And the idea is that you understand --

1:44PM  17   from the beginning you have a strategy to go about how to

1:44PM  18   determine who to talk to.

1:44PM  19       We began with a matrix, which is a common way to

1:44PM  20   start a community study.  And that is, based on our knowledge

1:44PM  21   of this region, we developed a series of categories of economic

1:44PM  22   sectors, but also organizations, churches, banks, the kinds of

1:44PM  23   entities that are important at the community level.

1:44PM  24       And from that, we then -- that gave us an idea of

1:45PM  25   where to begin so that we would spread our interviews across

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:45PM   1    the community.

1:45PM   2         Then another important strategy, of course, is to

1:45PM   3    interview knowledgeable people, people who know about their

1:45PM   4    communities, who know about what is happening in them.

1:45PM   5    **Q.**    Did the researchers know the participants they

1:45PM   6    interviewed?

1:45PM   7    **A.**    I've worked in this region for 18 years, so I know a lot

1:45PM   8    of people. Some of those people we contacted as to get started

1:45PM   9    with the -- the study. We informed them the study was going

1:45PM   10    on. In some cases we actually interviewed them; in other cases

1:45PM   11    they referred us to other people. So we knew some of them. We

1:45PM   12    certainly did not know the majority of the people we talked to.

1:45PM   13    **Q.**    Has BP challenged your methodology?

1:45PM   14    **A.**    Yes.

1:45PM   15    **Q.**    What are some of the challenges they've made?

1:45PM   16    **A.**    Well, most of them revolve around the question of whether

1:45PM   17    this is a biased form of research or data collection, whether

1:45PM   18    you can collect unbiased data using this approach.

1:46PM   19         **MS. FIDLER:** Please call D-33307.

1:46PM   20    **BY MS. FIDLER:**

1:46PM   21    **Q.**    What steps, if any, did you take to protect against

1:46PM   22    potential bias in the study?

1:46PM   23    **A.**    Well, first of all, as in any research, you begin with a

1:46PM   24    well-qualified team. We had 19 researchers working on this

1:46PM   25    study, all of whom had either worked with us or had done

DR. DIANE AUSTIN - DIRECT

1:46PM   1    ethnographic research before.  I've already discussed the

1:46PM   2    purpose of sampling that we use.

1:46PM   3              We also use an approach, which is very common in

1:46PM   4    science, called "triangulation."  And the idea is that you come

1:46PM   5    at a question from multiple directions.  So in this case, we

1:46PM   6    triangulated across the researchers.  We had multiple

1:46PM   7    researchers working across the case study locations and also

1:46PM   8    across the methods which I've just described.

1:46PM   9              And, fundamentally, we were seeking out opposing

1:46PM  10    viewpoints to identify and describe all the effects, the

1:46PM  11    positive and the negative.  Again, the purpose of the study was

1:46PM  12    to identify the range of effects.

1:47PM  13    Q.   Dr. Austin, you just said that one of the points of

1:47PM  14    triangulation was across the methods.  Did you mean to say

1:47PM  15    "methods" in terms of the --

1:47PM  16    A.   I'm sorry.  The slide says "data sources."  Certainly, the

1:47PM  17    methods lead to the sources of data, that is correct.

1:47PM  18    Q.   What do you mean by the last bullet on the slide?

1:47PM  19    A.   And we then -- in terms of processing and analyzing the

1:47PM  20    data, we developed new standardized protocols that are common

1:47PM  21    in qualitative research.

1:47PM  22    Q.   How did the combination of these measures protect against

1:47PM  23    bias?

1:47PM  24    A.   Well, essentially what they allowed us to do was to ensure

1:47PM  25    that the results or findings from any one interview or any one

DR. DIANE AUSTIN - DIRECT

1:47PM  1   observation would not bias the findings of the entire study.

1:47PM  2           It's important to remember that in qualitative

1:47PM  3   research, we're not trying to average across the responses.  So

1:47PM  4   what we're trying to do is to identify patterns in the

1:48PM  5   research.  And what happens, if we find a finding that does not

1:48PM  6   fit the pattern, we have the opportunity to either go back to

1:48PM  7   that individual and understand, realize maybe we've missed an

1:48PM  8   entire area or find out that we misunderstood or to take the

1:48PM  9   information that was shared in that interview and take it to

1:48PM  10  others and try to further understand what was going on.

1:48PM  11          MS. FIDLER:  You can take down that slide.  Thank

1:48PM  12  you.

1:48PM  13  BY MS. FIDLER:

1:48PM  14  Q.   How many interviews were conducted in all?

1:48PM  15  A.   We conducted interviews with over 1,300 individuals.  A

1:48PM  16  number of those interviews were -- a number of those

1:48PM  17  individuals were interviewed more than once.

1:48PM  18  Q.   Were those the only people the team spoke with?

1:48PM  19  A.   No.  We give unique identifiers to individuals with whom

1:48PM  20  we've had an extended interaction.  However, as I mentioned, we

1:48PM  21  use participant observation, so we're attending festivals,

1:48PM  22  we're talking to lots of people that are attending meetings;

1:49PM  23  and all of those individuals do not get an identification

1:49PM  24  number.

1:49PM  25  Q.   Do you have a rough estimate of how many people your team

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:49PM  1   spoke with?

1:49PM  2   A.   I would argue that certainly we talked to at least as many

1:49PM  3   people that did not get identification numbers as we did, so

1:49PM  4   probably over 2,000.

1:49PM  5   Q.   How did you decide when to cut off further research in a

1:49PM  6   particular subject area?

1:49PM  7   A.   Well, again, it's important to remember the purpose of

1:49PM  8   this kind of research is to identify the range of effects.  And

1:49PM  9   so once we are hearing the same information over and over again

1:49PM  10  from people in a particular community or people in a particular

1:49PM  11  sector, we would stop and move on to another sector or another

1:49PM  12  topic.

1:49PM  13  Q.   For the question that you were looking at in the social

1:49PM  14  effects study, were the data you considered, including the over

1:49PM  15  2,000 people you spoke with and the hundreds of meetings you

1:49PM  16  attended, sufficient to reliably determine the range of

1:49PM  17  effects?

1:49PM  18  A.   In terms of an ethnographic research study, this was a

1:49PM  19  large study, and any findings that we reported in our reports

1:50PM  20  to BOEM are ones about which we have confidence that the

1:50PM  21  findings are reliable.

1:50PM  22  Q.   Is this information sufficient to be generalizable across

1:50PM  23  the Gulf?

1:50PM  24  A.   Yeah.  The notion of generalizability in qualitative

1:50PM  25  research is that findings from a situation or a location or --

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 1:50PM | 1 | findings across situations or across locations or across time |
| 1:50PM | 2 | can be generalized to other locations and at other points in |
| 1:50PM | 3 | time where the conditions are the same. |
| 1:50PM | 4 | **Q.**   Was the social effects study reviewed and accepted by |
| 1:50PM | 5 | BOEM? |
| 1:50PM | 6 | **A.**   Yes, it was. |
| 1:50PM | 7 | **Q.**   Do you know whether they've used this study? |
| 1:50PM | 8 | **A.**   The findings from this study have been incorporated into |
| 1:50PM | 9 | the most recent EIS on the upcoming lease sale. |
| 1:50PM | 10 | **MS. FIDLER:**  Please call D-33303. |
| 1:50PM | 11 | **BY MS. FIDLER:** |
| 1:50PM | 12 | **Q.**   Just coming back to your findings on the *Deepwater Horizon* |
| 1:50PM | 13 | disaster, I would like you to elaborate a little bit on your |
| 1:51PM | 14 | findings that the *Deepwater Horizon* disaster caused serious and |
| 1:51PM | 15 | widespread sociocultural harm. |
| 1:51PM | 16 | Have you prepared a series of slides to help you |
| 1:51PM | 17 | describe your findings? |
| 1:51PM | 18 | **A.**   Yes, I have. |
| 1:51PM | 19 | **MS. FIDLER:**  Please call D-33308. |
| 1:51PM | 20 | **BY MS. FIDLER:** |
| 1:51PM | 21 | **Q.**   We've been calling this "the *Deepwater Horizon* disaster." |
| 1:51PM | 22 | Can you please explain what you mean by that term? |
| 1:51PM | 23 | **A.**   Certainly.  From the perspective of understanding the |
| 1:51PM | 24 | sociocultural effects of this disaster, it was actually a |
| 1:51PM | 25 | series of events. |

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:51PM   1          It began with the blowout of the Macondo well and the
1:51PM   2   search and rescue efforts, the -- the explosion that resulted
1:51PM   3   in the death of 11 individuals and the injury of 17 more as
1:51PM   4   well as the exposure to the trauma of the others on the rig and
1:51PM   5   the rescue workers.  That process occurred over several days.
1:51PM   6          Then the next series of events were -- as we've heard
1:51PM   7   is a series of oil spills, the way they were experienced with
1:51PM   8   oil continuing to come over 87 days.
1:52PM   9          There were then response efforts to clean up the oil.
1:52PM  10   And those, too, had lasted over a period of time.  One thing to
1:52PM  11   remember is each of these series of events also continued to
1:52PM  12   change over time.  So what the response was, where it was
1:52PM  13   directed changed.
1:52PM  14          Then we had the accident investigation, which was
1:52PM  15   ongoing and spread across many people and involved a large
1:52PM  16   number of people.
1:52PM  17          Then there was the moratorium and suspension of
1:52PM  18   drilling and the changes to the permitting of drilling in the
1:52PM  19   Gulf of Mexico.  Again, those changed over time and led to
1:52PM  20   effects.
1:52PM  21          And then, finally, the reparations, which included
1:52PM  22   the claims, which included compensation funds, lawsuits, all of
1:52PM  23   those evolved over time as well, changed over time, and had
1:52PM  24   effects.
1:52PM  25          **MS. FIDLER:**  And please call the next slide, D-33309.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

<div style="margin-left:2em">

1:53PM   1   **BY MS. FIDLER:**

1:53PM   2   **Q.**   And what is the importance of context for understanding

1:53PM   3   the effects -- the sociocultural effects of the *Deepwater*

1:53PM   4   *Horizon* spill?

1:53PM   5   **A.**   Well, the -- in any study, understanding the -- context

1:53PM   6   affects the way that any event is experienced and the way that

1:53PM   7   it is either mediated or exacerbated.  So I've put here several

1:53PM   8   of the contextual elements that were particularly important

1:53PM   9   here.  One is that the region was just recovering both from the

1:53PM   10  recession that began in late 2007, but also from the series of

1:53PM   11  hurricanes, Katrina, Rita, Gustav and Ike, and which had both

1:53PM   12  physical -- caused both physical direction and -- I'm sorry,

1:53PM   13  physical destruction and disruption of social relationships and

1:53PM   14  networks.

1:53PM   15          The -- at this time when -- in April of 2010, there

1:53PM   16  was an expectation in the region that that spring and summer

1:54PM   17  was going -- 2010 was going to be a good year across a number

1:54PM   18  of economic sectors.  So, for instance, in tourism, the hotels

1:54PM   19  had been rebuilt, people were expecting tourists to come back.

1:54PM   20  In addition, the oil and gas industry was expecting --

1:54PM   21  generally the industry slows down in the winter and moving into

1:54PM   22  the spring and summer was expecting a busy year.

1:54PM   23          Another example of a contextual factor that's

1:54PM   24  important to remember is that this region -- across the region

1:54PM   25  suffers from very high levels of social and economic

</div>

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:54PM   1    inequality.

1:54PM   2              MS. FIDLER:  And please call the next slide, D-33310.

1:54PM   3    BY MS. FIDLER:

1:54PM   4    Q.   What do you mean when discussing sociocultural harms from

1:54PM   5    the disaster, starting with your first bullet?

1:54PM   6    A.   Well, first, to give an example of how sociocultural

1:54PM   7    harms, you know, develop and spread is obviously the deaths and

1:54PM   8    injuries of the men on the rig had an immediate impact on their

1:54PM   9    families and friends; but it's also important to remember that

1:55PM   10   this is a region where the oil and gas industry is prevalent

1:55PM   11   and important.  And so there are many people who work offshore.

1:55PM   12             Working offshore is known to involve risks.  Having

1:55PM   13   this kind of disaster occur in that industry rippled throughout

1:55PM   14   the industry to workers, to the spouses of people who work

1:55PM   15   offshore, and the concerns were -- surfaced again of having

1:55PM   16   family members and friends work offshore.  Again, because it is

1:55PM   17   so prevalent, this rippled throughout communities.

1:55PM   18   Q.   And turning -- and what do you mean by your second bullet?

1:55PM   19   A.   Well, there was -- the -- and this disaster caused

1:55PM   20   widespread disruption across all of the economic sectors that

1:55PM   21   we studied and including their commodity chains.  And it's

1:55PM   22   important to remember that it affected successful business

1:55PM   23   owners as well as struggling deckhands when these industries

1:55PM   24   were affected.  And so the -- having that disruption occur, it

1:56PM   25   disrupts the lives of people.  So I'll give a few examples.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:56PM   1          So, for instance, in this region, people's work and
1:56PM   2   their recreation, which also occurs in -- many people are tied
1:56PM   3   to the Gulf, help structure people's daily lives.  And when
1:56PM   4   that's disrupted, it has a -- it disrupts those lives.
1:56PM   5          Work and recreation also are important for the social
1:56PM   6   relationships that people have, as well as -- and another
1:56PM   7   example is in this region is -- is very accustomed to both
1:56PM   8   seasonal and cyclical fluctuations.  People recognize that, and
1:56PM   9   their major industries do fluctuate and have developed
1:56PM  10   livelihood strategies to move from one sector to another or to
1:56PM  11   work across those sectors.
1:56PM  12          So, for instance, people who work offshore oftentimes
1:57PM  13   also fish.  Grocery stores that provide food to commercial
1:57PM  14   fishing vessels also provide to the offshore oil and gas
1:57PM  15   industry, the OSVs or the offshore service vessel.  When all of
1:57PM  16   these economic sectors went down at the same time, it had a
1:57PM  17   huge effect because people were not able to use their typical
1:57PM  18   livelihood strategies to respond.
1:57PM  19   Q.   And what do you mean by "high levels of uncertainty"?
1:57PM  20   A.   Well, high levels of uncertainty pervaded this disaster.
1:57PM  21   First of all, the extent and duration of the disaster.  At the
1:57PM  22   time that the disaster began, the region -- we were just moving
1:57PM  23   into hurricane season.  And so throughout 2007 and even in
1:57PM  24   2011 -- I'm sorry, throughout 2010 and even into 2011, there
1:57PM  25   was the concern that a hurricane would come into the Gulf and

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:58PM  1   further spread this oil.

1:58PM  2           So where the oil was going to end up and what was

1:58PM  3   going to happen was really unknown at that time.  There were

1:58PM  4   concerns about exposure, exposure to the oil, exposure to the

1:58PM  5   dispersants, exposure to seafood that had been affected by any

1:58PM  6   of those -- of either the oil or the dispersants.

1:58PM  7           There was uncertainty related to livelihoods.

1:58PM  8   Fishing areas were closed, the oil and gas drilling had

1:58PM  9   stopped.  People faced a very uncertain future about what was

1:58PM  10  coming next.  And then, finally, there was the fact that

1:58PM  11  certainly -- uncertainty about who to trust, who to turn to,

1:58PM  12  where to get information about what was happening.

1:58PM  13  **Q.**  And please call D-3303 (verbatim) again.

1:58PM  14          Returning to your key findings, have you prepared a

1:58PM  15  series of slides explaining each of these specific

1:58PM  16  sociocultural harms that you've identified?

1:59PM  17  **A.**  Yes, I have.

1:59PM  18          **MS. FIDLER:**  And please call D-33311.

1:59PM  19  BY MS. FIDLER:

1:59PM  20  **Q.**  Turning to your first finding, what do you mean when you

1:59PM  21  say that the *Deepwater Horizon* disaster disrupted lives and

1:59PM  22  livelihoods?

1:59PM  23  **A.**  Well, as I mentioned, the disaster affected all of the

1:59PM  24  economic sectors that we studied.  And so I will provide

1:59PM  25  some -- just some examples.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

1:59PM  1        So in fishing, there were fish closures and these

1:59PM  2   closures, they were -- the areas were closed and then opened

1:59PM  3   and then new areas were closed.  And that itself created

1:59PM  4   confusion and disruption in people's lives.  For some of the

1:59PM  5   fisheries, such as crabbers, if they had their crab pots out in

1:59PM  6   one area and then that area was closed, they couldn't even get

1:59PM  7   back in to retrieve their pots to move them to another area.

1:59PM  8        The fact that people -- the fishermen were being

1:59PM  9   moved, it affected fishermen in areas that were not affected by

1:59PM  10  the oil because as fishermen would move from the areas they

1:59PM  11  normally fished into other areas, that created conflict in

2:00PM  12  those areas.

2:00PM  13       And then across the Gulf, people rely on seafood

2:00PM  14  for -- to supplement their diets.  Many people fish or harvest

2:00PM  15  food from the Gulf.  And when this disaster affected their

2:00PM  16  ability to acquire seafood, it affected also their ability to

2:00PM  17  share that with their neighbors or to provide for their

2:00PM  18  families.

2:00PM  19  Q.   And turning to the -- your second set of examples

2:00PM  20  regarding oil and gas, could you explain those?

2:00PM  21  A.   Well, the drilling sector in the oil and gas industry is

2:00PM  22  a -- one of the sectors that employs a lot of people and a lot

2:00PM  23  of companies both in contract companies and service companies;

2:00PM  24  so whether they're companies that provide transportation, such

2:00PM  25  as the service -- offshore service vessels or helicopters or

DR. DIANE AUSTIN - DIRECT

2:00PM   1    those that provide wireline services and other types of
2:00PM   2    service.
2:00PM   3            So when that sector was affected and the drilling was
2:01PM   4    halted, the companies that provide service to that sector faced
2:01PM   5    decisions about what to do.  Companies worked very hard not to
2:01PM   6    lay off their workers.  So in some cases, they relocated their
2:01PM   7    entire offices to regions such as Pennsylvania where the oil --
2:01PM   8    the shale gas was expanding, or sent workers to Brazil.  And so
2:01PM   9    those relocations, of course, disrupt people's lives.
2:01PM   10           In addition, I mentioned the -- the companies didn't
2:01PM   11   lay off workers, but many workers' hours were reduced or the
2:01PM   12   amount of work that a contract company had was reduced.  And
2:01PM   13   that affected -- that meant that people were home.
2:01PM   14           So, for instance, commercial oilfield divers work on
2:01PM   15   an on-call basis, 24/7.  They wait to be called out.  When
2:01PM   16   there's no work, they still hang around, waiting for the call.
2:01PM   17   And in this case, they had no resources to go do anything else.
2:01PM   18   So they're now home and their presence home in -- which was
2:02PM   19   not -- they were not expecting and neither were the rest of
2:02PM   20   their households expecting, affect their entire household under
2:02PM   21   conditions that are often not positive because there's a lot of
2:02PM   22   tension about whether they're going to go back to work.
2:02PM   23   Q.   Turning to the tourism examples that you provided, could
2:02PM   24   you explain those?
2:02PM   25   A.   Certainly.  Tourism was in a state of flux.  The people in

DR. DIANE AUSTIN - DIRECT

2:02PM  1  the tourist industry reported getting calls.  There were

2:02PM  2  questions again about where the oil was or where the oil might

2:02PM  3  end up.  And so as soon as there's information out that there's

2:02PM  4  oil gushing into the Gulf, people start canceling their hotel

2:02PM  5  rooms, they cancel their charter fishing trips.  And so the

2:02PM  6  businesses that operated in that industry were left to try to

2:02PM  7  go from day to day, trying to figure out what to do.  Many

2:02PM  8  small businesses were simply forced to close because they

2:02PM  9  didn't have the capital to withstand this.

2:03PM  10          The fabrication and shipbuilding is a unique industry

2:03PM  11  in this region.  It has largely evolved to respond and service

2:03PM  12  the offshore oil and gas industry and also services commercial

2:03PM  13  fishing.  So, of course, when both of those industries are

2:03PM  14  affected, fabrication and shipbuilding was affected.

2:03PM  15          There were contracts that were canceled, companies

2:03PM  16  did not get contracts for new builds during this time of

2:03PM  17  uncertainty.  And, in particular, the small yards were often

2:03PM  18  hardest hit, and these are yards that are very important in

2:03PM  19  these communities.  They hire local workers.  Oftentimes, it's

2:03PM  20  workers' first jobs.  So when they have no work and they no

2:03PM  21  longer employ people, it has an effect on those people's lives.

2:03PM  22  Q.   And turning to your next subfinding, please call D-33312.

2:03PM  23          Overall, what do you mean by the disaster exacerbated

2:04PM  24  economic and social inequality?

2:04PM  25  A.   Well, I've mentioned that this is a region of high levels

DR. DIANE AUSTIN - DIRECT

2:04PM    1   of social and -- of both economic and social inequality.  So if
2:04PM    2   we start with the response that the effect was unequal, people
2:04PM    3   who had boats, especially people who had fast boats or larger
2:04PM    4   boats, could enter those boats into the Vessels of Opportunity
2:04PM    5   program and some of them made a lot of money.  But there were
2:04PM    6   also people who could not get their boats in or didn't have
2:04PM    7   boats to begin with, or people who had boats that got into the
2:04PM    8   program, they were not able to fish, but they did never get
2:04PM    9   called out, so they made no money.
2:04PM   10         This beach cleanup in a similar way, there were
2:04PM   11   contractors hired to help with the beach cleanup.  And
2:04PM   12   people -- if -- those folks who had connections into getting
2:04PM   13   hired were the ones who were more likely to be hired.
2:04PM   14   Q.   How did BP's reparation efforts exacerbate economic and
2:05PM   15   social inequality?
2:05PM   16   A.   Well, I will talk about two just as an example.  The -- if
2:05PM   17   we talk about the claims processes that were put in place, and
2:05PM   18   as I described, changed over time, they were very confusing for
2:05PM   19   people and they required documentation that not everybody had.
2:05PM   20   In the initial phases of those claims processes, there was a
2:05PM   21   lack of understanding of just how complex the livelihood
2:05PM   22   strategies of people in this region are, and so for them to be
2:05PM   23   able to document where they had losses.
2:05PM   24         So, again, those people who had access to the
2:05PM   25   resources, those people who could get help filling out forms

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:05PM  1    and understanding the process were better able to get help than

2:05PM  2    those who were not.

2:05PM  3            In a similar way, BP provided tourism grants, which

2:05PM  4    were provided through the states and were -- the aim was to

2:05PM  5    help the industry, the tourist industry, get back on its feet

2:06PM  6    to advertise that the oil was not everywhere in the Gulf.

2:06PM  7            Now, of course, for those communities where oil was

2:06PM  8    still coming ashore, they were hit twice.  They not only could

2:06PM  9    not advertise that there was no oil there, but there started to

2:06PM 10    become a perception that all the oil was gone.  And, in fact,

2:06PM 11    for those communities that were still not able to access their

2:06PM 12    fisheries or their beaches, that wasn't the case.

2:06PM 13    Q.   Based on your research, did everyone who qualified for

2:06PM 14    compensation actually apply for it?

2:06PM 15    A.   No.  It was a complicated decision about whether to apply

2:06PM 16    for compensation or not.  As I mentioned, the processes were

2:06PM 17    complicated and some people simply could not pull together the

2:06PM 18    documentation.

2:06PM 19            It's also important to recognize that in this region,

2:06PM 20    as I -- that if we -- to expand a little bit on my comment

2:06PM 21    about everybody being affected from successful business owners

2:06PM 22    to people who were less successful; and that is that especially

2:06PM 23    the oil and gas and the commercial fishing industry, people are

2:07PM 24    very proud of the work that they do and they're quite

2:07PM 25    successful.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:07PM   1           So it's very difficult for somebody who -- and

2:07PM   2   especially in an area where people are used to upturns and

2:07PM   3   downturns and organize their businesses to respond to those to

2:07PM   4   come forward and to seek assistance.

2:07PM   5   Q.   Did you look at the potential benefits of the claims

2:07PM   6   process?

2:07PM   7   A.   Certainly.

2:07PM   8   Q.   And did you find there were positive effects?

2:07PM   9   A.   Yes, we did.

2:07PM   10  Q.   Did you look at whether BP's tourism grants had positive

2:07PM   11  effects?

2:07PM   12  A.   Certainly.

2:07PM   13  Q.   And what did you find?

2:07PM   14  A.   And again found that for those communities that were able

2:07PM   15  to access those resources to expand their festivals that, in

2:07PM   16  fact, they had a positive effect.

2:07PM   17  Q.   You next mention the differential effects on communities.

2:07PM   18  What do you mean by that?

2:07PM   19  A.   Well, in the same way that an individual's ability to

2:07PM   20  access resources depends in part on their economic and social

2:08PM   21  capital are -- and in the case of the communities, also on

2:08PM   22  their political capital.  Some communities were better able to

2:08PM   23  get members of their communities into the VoO program or to get

2:08PM   24  offices and assistance for their communities than others.  So

2:08PM   25  those communities who were the most disadvantaged were often

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:08PM 1    the ones who were not able to get any help here either.

2:08PM 2    **Q.**   What do you mean by differential effects on ethnic

2:08PM 3    subpopulations?

2:08PM 4    **A.**   Well, across the region we find there are a lot of ethnic

2:08PM 5    enclaves, people who -- and those are often tied to occupation.

2:08PM 6             So if we take an example of central Plaquemines

2:08PM 7    Parish and oystermen, we have Croatian oyster fishers -- oyster

2:08PM 8    harvesters and we have -- who -- many of whom have fairly large

2:08PM 9    operations.  We also have communities of very small oyster --

2:08PM 10   African American oyster fishermen and harvesters who often may

2:09PM 11   not even own their own boat, but certainly operate at a much

2:09PM 12   smaller scale.  And so there was a differential effect both on

2:09PM 13   their ability to even get, say, a vessel into the VoO program

2:09PM 14   or to have the information needed to file a claim.

2:09PM 15             **MS. FIDLER:**  And turning to the next in the series of

2:09PM 16   the slides, please call D-33313.

2:09PM 17   **BY MS. FIDLER:**

2:09PM 18   **Q.**   What do you mean when you say that the *Deepwater Horizon*

2:09PM 19   disaster challenged individual and collective identity?

2:09PM 20   **A.**   Well, it's important to recognize that in this region,

2:09PM 21   many people are tied to the Gulf of Mexico, for work, for

2:09PM 22   recreation, but also culturally.  There are festivals that

2:09PM 23   occur there.  The Gulf inspires artists and people.  And having

2:09PM 24   the experience of oil in their -- in the Gulf and witnessing

2:09PM 25   treasured places, birds, wildlife being oiled challenged that

DR. DIANE AUSTIN - DIRECT

2:09PM    1    connection that people have to the Gulf.

2:10PM    2         In addition, their -- the identities are closely tied

2:10PM    3    to occupations.  People are shipyard workers or oilfield

2:10PM    4    workers or fishermen, and this was particularly difficult for

2:10PM    5    people who worked in the offshore oil and gas industry.  This

2:10PM    6    is the region where the offshore oil and gas industry actually

2:10PM    7    began off the coast of southern Louisiana.

2:10PM    8         And to have the critique and the criticism that came

2:10PM    9    upon this industry because of this disaster caused effects to

2:10PM   10    people who -- negative harm to people who were part of that

2:10PM   11    industry, and particularly to offshore workers who were being

2:10PM   12    criticized and very angry people were talking to them about and

2:10PM   13    criticizing their role and the role of this region in this

2:10PM   14    industry.

2:10PM   15         This -- and the region also works very carefully to

2:10PM   16    balance and has been in tenuous balance between commercial

2:11PM   17    fishing, offshore oil and gas, and tourism for many, many

2:11PM   18    years.  And this certainly disrupted that balance.  An example

2:11PM   19    for the -- some of the fisheries is that these fisheries have

2:11PM   20    been struggling against international competition and other

2:11PM   21    factors.  And one of the strategies that has been developed is

2:11PM   22    to develop niche marketing.

2:11PM   23         So we have wild-caught Alabama shrimp.  We have

2:11PM   24    Louisiana seafood.  And the tourists and people outside the

2:11PM   25    region identify and eat seafood because it comes from this

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 2:11PM | 1 | region.  To then have that seafood tainted with oil or even the |
| 2:11PM | 2 | perception that it's tainted with oil had an effect on those |
| 2:11PM | 3 | businesses and markets. |
| 2:11PM | 4 | And, finally, certainly the loss of a family business |
| 2:11PM | 5 | has economic ramifications, but it's more than that.  Many of |
| 2:11PM | 6 | these -- the people in this region have businesses that go -- |
| 2:12PM | 7 | that span over several generations.  So to lose that or have |
| 2:12PM | 8 | that business threatened extends to, again, their identity. |
| 2:12PM | 9 | Q.   And what do you mean by pride in self-reliance? |
| 2:12PM | 10 | A.   This is a region where many people are very self-reliant. |
| 2:12PM | 11 | I've mentioned the mobility across industries.  If one industry |
| 2:12PM | 12 | goes down, workers figure out how to go to another industry. |
| 2:12PM | 13 | Companies retool to work in another sector.  Again, because all |
| 2:12PM | 14 | of these went down at the same time, they weren't able to |
| 2:12PM | 15 | practice that kind of mobility. |
| 2:12PM | 16 | But it extends beyond that because it is a region |
| 2:12PM | 17 | where people have experienced disaster.  They've experienced |
| 2:12PM | 18 | hurricanes and flooding and are -- frequently respond to that |
| 2:12PM | 19 | by getting out and put -- if they're repairing their roofs or |
| 2:12PM | 20 | cleaning out after floods, and moving on.  In addition, even in |
| 2:12PM | 21 | the face of coastal erosion now, people are actively raising |
| 2:13PM | 22 | their homes and trying to figure out how to continue living. |
| 2:13PM | 23 | This was a disaster to which few people actually |
| 2:13PM | 24 | could respond.  There were some involved in the cleanup, but |
| 2:13PM | 25 | most people were simply not able to respond to help themselves. |

DR. DIANE AUSTIN - DIRECT

2:13PM   1   Q.   And turning to your next finding, please call the next

2:13PM   2   slide, D-33314.

2:13PM   3          What do you mean when you say the *Deepwater Horizon*

2:13PM   4   disaster fostered conflict and divisiveness?

2:13PM   5   A.   Well, for all the reasons I've just discussed, there was a

2:13PM   6   lot of stress and anxiety in the region in terms of -- I talked

2:13PM   7   about the uncertainty.  But despite the uncertainty about what

2:13PM   8   was going to happen in the Gulf or livelihoods, people had to

2:13PM   9   make decisions.  They had to decide whether to continue fishing

2:13PM   10  or to enter the VoO program, whether to go to a workforce

2:13PM   11  training program and get out of fishing.

2:14PM   12         So there were a lot of decisions that had to be made,

2:14PM   13  but they were being made under conditions of uncertainty.  When

2:14PM   14  that happens, you have conflict.  You have conflict at the

2:14PM   15  level of the household.  You have conflict within the business,

2:14PM   16  should we invest, should we not invest.  You have conflict

2:14PM   17  within the communities.

2:14PM   18         On top of that, people were receiving conflicting

2:14PM   19  information about what to do, what the long-term -- how long

2:14PM   20  would this disaster last, where was the oil going to end up.

2:14PM   21  And so all of that leads to this pervasive stress and anxiety,

2:14PM   22  which then fosters conflict.

2:14PM   23  Q.   And turning to your second point, could you describe the

2:14PM   24  disparate impacts within tight-knit communities?

2:14PM   25  A.   Certainly.  I talked about the fact that some people

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:14PM  1   benefited and some people were harmed.  Having that kind of

2:14PM  2   disparate effect causes rifts.  People who normally -- they

2:14PM  3   understand people's place in the economic system, they

2:14PM  4   understand who makes money and who doesn't, and having this

2:14PM  5   type of disaster where people's ability to work in the VoO

2:15PM  6   program or to get their claims processed was not -- necessarily

2:15PM  7   followed a pattern that people were already used to.  And so

2:15PM  8   having those kind -- some people are benefiting and some people

2:15PM  9   are being harmed exacerbated or created conflict in these

2:15PM  10  communities.

2:15PM  11  Q.   What do you mean by your third bullet?

2:15PM  12  A.   Well, one of the ways that, in society, we respond to the

2:15PM  13  fact that we don't always get along and there -- there are

2:15PM  14  rifts is that we work together, we recreate together, we attend

2:15PM  15  cultural events together.

2:15PM  16       But in this case, because much of -- in this region

2:15PM  17  that activity occurs in the Gulf of Mexico, it wasn't

2:15PM  18  happening.  And so fishermen who couldn't go fishing also

2:15PM  19  couldn't go recreational if they weren't commercial fishing.

2:15PM  20  Oilfield workers couldn't go fishing.

2:16PM  21       And so what was -- in addition to the fact that you

2:16PM  22  had this conflict, you didn't have the usual support networks

2:16PM  23  that people rely on to work through this.  And for this -- the

2:16PM  24  disaster was, for many people, very isolating because they were

2:16PM  25  home without opportunities to do something else.

DR. DIANE AUSTIN - DIRECT

2:16PM   1    Q.    And turning to your next finding, please call D-33315.

2:16PM   2              How was this disaster disempowering for local

2:16PM   3    governments and NGOs?

2:16PM   4    A.    Well, in this region, local governments and NGOs provide a

2:16PM   5    lot of the assistance to people in the communities and they're

2:16PM   6    used to providing that to the people who are in their

2:16PM   7    jurisdictions.  And so for various reasons, there was

2:16PM   8    uncertainty about how they would help.

2:16PM   9              We'll take the example of the oil coming into --

2:16PM   10   potentially coming into the Gulf with a hurricane.  The

2:16PM   11   emergency response planners had to -- at the local level had to

2:17PM   12   figure out how to adapt their emergency response plans in the

2:17PM   13   face of a disaster they weren't -- they didn't have much

2:17PM   14   information about and to figure -- to rewrite those plans if,

2:17PM   15   in fact, oil was going to be coming ashore at the time that a

2:17PM   16   hurricane hit.

2:17PM   17             In addition, for the individuals, but the same for

2:17PM   18   the local governments and NGOs, there was uncertainty who had

2:17PM   19   information, who to get information from, who had the authority

2:17PM   20   to make decisions.  All of that challenges your local leaders

2:17PM   21   and their ability to help.

2:17PM   22             And one of the pervasive challenges that were

2:17PM   23   reported across these communities from leaders was that it was

2:17PM   24   not clear always who needed help or how to help.  If we compare

2:17PM   25   this to a hurricane, when you see the blue tarps on the roofs,

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:17PM  1   you know whose home was damaged, you know where resources are

2:17PM  2   needed.

2:17PM  3           In this case, many of those who were affected and

2:17PM  4   harmed were hidden.  They may not have been coming forward.

2:18PM  5   They were proud, they didn't want to admit that something was

2:18PM  6   going on, or they were fighting the claims processes on their

2:18PM  7   own.

2:18PM  8           So for those who are used to responding, they didn't

2:18PM  9   have -- it was very -- it was challenging for them.

2:18PM  10  Q.   And what do you mean by your second point here?

2:18PM  11  A.   Well, to add to that, because of the structure of -- of

2:18PM  12  the response -- first of all, there were high levels of need.

2:18PM  13  Even while it was difficult for governments or for NGOs to

2:18PM  14  figure out where that need was, it was out there.  And as

2:18PM  15  people started realizing that they were going to have to come

2:18PM  16  forward, they were going to have to seek help, this was

2:18PM  17  extending over a long period of time, the expectation was they

2:18PM  18  would turn to the same people they turn to after a hurricane,

2:18PM  19  which would be the NGOs or the local agencies.  And there were

2:18PM  20  few resources, for multiple reasons, directed to them.

2:18PM  21          So, for instance, in the case of nonprofits, they by

2:19PM  22  definition don't make a profit and so they couldn't show a

2:19PM  23  business loss.  So they were not eligible to apply for claims.

2:19PM  24  In addition, the donors frequently, they would not give money

2:19PM  25  because they recognized BP as the responsible party and said

DR. DIANE AUSTIN - DIRECT

2:19PM  1    that BP was going to be cleaning -- you know, was responsible
2:19PM  2    for helping with the financial needs.
2:19PM  3    **Q.**   Have BP's experts criticized your work in this case?
2:19PM  4    **A.**   Yes, they have.
2:19PM  5    **Q.**   Have you prepared a summary to help you explain some of
2:19PM  6    those criticisms?
2:19PM  7    **A.**   Yes, I have.
2:19PM  8           **MS. FIDLER:**  Please call D-33316.
2:19PM  9    **BY MS. FIDLER:**
2:19PM  10   **Q.**   Can you please explain this first criticism.
2:19PM  11   **A.**   Yes.  The -- I will expand on -- on our discussion earlier
2:19PM  12   about the -- the notion of generalizability.  The criticisms
2:19PM  13   are that at best, the information we have can only apply to the
2:19PM  14   people we actually talked to or the communities we actually
2:20PM  15   worked in.
2:20PM  16          In fact, as I've explained, in qualitative research
2:20PM  17   there are mechanisms for us when situations, events -- or
2:20PM  18   situations or circumstances are similar that these will apply
2:20PM  19   elsewhere.  We also incorporate approach -- methods and
2:20PM  20   techniques to ensure that we understand the relationship with
2:20PM  21   the communities that are case studies to other places.
2:20PM  22          So, for example, when we -- I mentioned we were
2:20PM  23   talking about commodity chains.  When we were looking at the
2:20PM  24   effects on the oyster harvesters in Plaquemines Parish, we also
2:20PM  25   talked to restaurants in New Orleans.  We talked to oyster

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:20PM  1   shuckers and learned what was happening to them as well.

2:20PM  2         In reverse, we talked to a lot of people in the urban

2:20PM  3   areas notice centers of government who are responsible for

2:20PM  4   providing resources in these communities.  And in the fall of

2:20PM  5   2011, when BP directed money, for instance, to the NGOs to

2:21PM  6   help, at that point we talked to the organizations that were

2:21PM  7   responsible for -- for organizing that response in the NGO

2:21PM  8   community.

2:21PM  9         And we talked about the extent to -- the kinds of

2:21PM  10  problems that were existing not just in the case study

2:21PM  11  communities, but the extent to which what we were seeing was

2:21PM  12  being found elsewhere as well.

2:21PM  13  Q.  What is BP's criticism regarding preexisting

2:21PM  14  circumstances?

2:21PM  15  A.  Well, one of BP's expert, Dr. Bonanno, argues that -- two

2:21PM  16  things.  That first is you -- it's we didn't take into account

2:21PM  17  preexisting circumstances, and then that it's impossible to

2:21PM  18  differentiate the effects of this disaster from preexisting

2:21PM  19  ones.

2:21PM  20  Q.  How do you respond to that criticism?

2:21PM  21  A.  Well, first of all, we did in fact.  And the ethnographic

2:21PM  22  research is designed to take into account preexisting

2:21PM  23  circumstances.  We consider them elements of the cumulative

2:21PM  24  effects.

2:21PM  25        And as far as being able to differentiate which of

DR. DIANE AUSTIN - DIRECT

2:22PM  1   these sociocultural harms would result from the disaster as

2:22PM  2   opposed from -- from the *Deepwater Horizon* disaster as opposed

2:22PM  3   from other disasters, clearly the fishing closures, the claims

2:22PM  4   processes, the things I've described are direct results of this

2:22PM  5   particular disaster.

2:22PM  6           Also, we identified where the fact that these

2:22PM  7   communities have faced other disasters exacerbate the effects

2:22PM  8   of this disaster.  So, for instance, fishermen were -- had --

2:22PM  9   were receiving loans in 2008 to help in response to the damages

2:22PM  10  caused by the hurricanes and the damage to their businesses,

2:22PM  11  et cetera.  When this disaster began, they were not eligible to

2:22PM  12  take out any more loans because they had those loans.  That's

2:22PM  13  an example of how the effect is exacerbated.

2:22PM  14  Q.   What is BP's criticism regarding resilience?

2:22PM  15  A.   Well, Dr. Bonanno also -- he argues that fundamentally,

2:23PM  16  these -- the communities are -- the people of the region are

2:23PM  17  resilient and, therefore, these effects that -- the effects

2:23PM  18  in -- in the research exacerbate -- that the effects are

2:23PM  19  exacerbated.

2:23PM  20  Q.   And what is your response to that criticism?

2:23PM  21  A.   Well, Dr. Bonanno considers resilience at two levels.  He

2:23PM  22  talks about individual resilience, which he defines as being a

2:23PM  23  trajectory -- a stable trajectory of healthy functioning.

2:23PM  24  And -- but, in fact, in his own research, he documents that up

2:23PM  25  to 35 percent of people in the community -- actually, I'm

DR. DIANE AUSTIN - DIRECT

| | | |
|---|---|---|
| 2:23 PM | 1 | sorry, that -- that trajectory of stably functioning is the |
| 2:23 PM | 2 | outcome of exposure to extremely stressful or traumatic events. |
| 2:23 PM | 3 | And yet he provides data in his own research that up |
| 2:24 PM | 4 | to 35 percent of people actually do not return to a stable -- |
| 2:24 PM | 5 | or do not maintain a stable trajectory of healthy functioning |
| 2:24 PM | 6 | after exposure to such an event. |
| 2:24 PM | 7 | In addition, Dr. Bonanno seems to argue that you can |
| 2:24 PM | 8 | measure resilience at the community level.  This is something |
| 2:24 PM | 9 | that is being debated in social science.  There are questions |
| 2:24 PM | 10 | about what it means. |
| 2:24 PM | 11 | He adopts an approach and cites the work of Craig |
| 2:24 PM | 12 | Colton and others that argue that resilience -- community-level |
| 2:24 PM | 13 | resilience is built in the face -- in response to -- or is |
| 2:24 PM | 14 | increased in response to events like hurricanes because people |
| 2:24 PM | 15 | pull together and they increase their resilience. |
| 2:24 PM | 16 | In this case, as I've already described, that was not |
| 2:24 PM | 17 | the case.  And, in fact, in most technological disasters of |
| 2:24 PM | 18 | this nature, they do not cause people to come together for a |
| 2:25 PM | 19 | myriad of reasons.  So, if anything, we would argue that the |
| 2:25 PM | 20 | community resilience was decreased as a result of this |
| 2:25 PM | 21 | disaster. |
| 2:25 PM | 22 | Q.   What do you mean by "averaging masks harm"? |
| 2:25 PM | 23 | A.   Well, one of -- another BP expert, Dr. Scott, uses |
| 2:25 PM | 24 | macroeconomic analyses to identify or to assess general |
| 2:25 PM | 25 | increases and decreases in income and revenue. |

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - DIRECT

2:25PM  1    Q.    And what is your response to that?

2:25PM  2    A.    Well, first of all, that approach dilutes effects in the

2:25PM  3    sense that in that sort of averaging, what you lose are the

2:25PM  4    patterns of losses and gains.  You certainly don't get any

2:25PM  5    information about why some individuals or businesses are doing

2:25PM  6    better, some are breaking even and some are doing worse.  And

2:25PM  7    it completely misses any effects that are not monetized.

2:25PM  8    Q.    Having read BP's expert reports, what is your overall

2:26PM  9    response to their arguments?

2:26PM  10   A.    Well, first, many individuals, businesses, and

2:26PM  11   organizations were not compensated or were not fully

2:26PM  12   compensated for even their economic losses.  But if -- and if

2:26PM  13   we go beyond economic losses, even for those who were

2:26PM  14   compensated, monetary payments cannot erase the disruption of

2:26PM  15   lives and livelihoods, the fracturing of social relationships

2:26PM  16   that occurred as a result of this disaster.  And they certainly

2:26PM  17   cannot bring back the lives of the people who were lost in this

2:26PM  18   disaster or erase the suffering of their loved ones.

2:26PM  19            MS. FIDLER:  Thank you, Dr. Austin.

2:26PM  20            I have no further questions at this time.

2:28PM  21            MS. KARIS:  May I proceed?

2:28PM  22            THE COURT:  Yes.

2:28PM  23            MS. KARIS:  Thank you, Your Honor.  Hariklia Karis on

2:28PM  24   behalf of BP conducting the cross-examination of Dr. Austin.

2:28PM  25

DR. DIANE AUSTIN - CROSS

**CROSS-EXAMINATION**

**BY MS. KARIS:**

2:26PM 1

2:28PM 2

2:28PM 3 **Q.**   Good afternoon, Dr. Austin.  You were retained by the

2:28PM 4 United States Government to be an expert in this penalty phase

2:28PM 5 case; correct?

2:28PM 6 **A.**   That is correct.

2:28PM 7 **Q.**   And you are speaking to the seriousness of the

2:28PM 8 sociocultural effects?

2:28PM 9 **A.**   That is correct.

2:28PM 10 **Q.**   And you told us that as part of the work that you did, you

2:28PM 11 looked at some of the actions that BP took, positive effects I

2:28PM 12 think you called them; correct?

2:28PM 13 **A.**   Our responsibility was to look across the range of effects

2:28PM 14 to all of the aspects of the disaster.  That included the

2:28PM 15 response, whoever provided it.

2:28PM 16 **Q.**   You were not asked to consider, as part of your agreement

2:28PM 17 in this case, what impact BP's mitigation efforts had on the

2:29PM 18 harm that you were reporting on; correct?

2:29PM 19 **A.**   No.  I was asked to look at the sociocultural effects

2:29PM 20 between April of 2010 and March of 2012.

2:29PM 21 **Q.**   Is it correct, then, that you were not asked to look at

2:29PM 22 BP's mitigation efforts as to the harm that you are speaking

2:29PM 23 to?

2:29PM 24 **A.**   No, I was not.

2:29PM 25 **Q.**   Thank you.

DR. DIANE AUSTIN - CROSS

2:29PM  1   **A.**   Can I clarify?

2:29PM  2   **Q.**   And to be clear -- well, let's pull up your deposition,

2:29PM  3   please.

2:29PM  4        You agree you were not asked, before we pull up your

2:29PM  5   deposition, to look --

2:29PM  6   **A.**   That's correct.

2:29PM  7   **Q.**   Okay.  Then we don't need the depo.

2:29PM  8        **THE COURT:**  Well, hold on a second.  She's -- she

2:29PM  9   answered, but then she said she wanted to clarify something.

2:29PM  10  So I think the witness has a right to do that.

2:29PM  11       **THE WITNESS:**  Again, when -- I was -- we were

2:29PM  12  asked -- I -- I was asked to assess the sociocultural effects

2:29PM  13  of the disaster.  I was not asked to look -- to separate what

2:30PM  14  was mitigation, what was response.  I was asked to assess the

2:30PM  15  effects.

2:30PM  16  **BY MS. KARIS:**

2:30PM  17  **Q.**   You were not asked to even consider the impact of BP's

2:30PM  18  mitigation efforts; is that correct?

2:30PM  19  **A.**   It was not separated out, that is correct.

2:30PM  20  **Q.**   But you're aware that BP took several steps in order to

2:30PM  21  mitigate the impact of the spill; correct?

2:30PM  22  **A.**   I'm aware that BP provided extensive response and reported

2:30PM  23  on that.

2:30PM  24  **Q.**   Okay.  We'll talk about those shortly.  But to be clear,

2:30PM  25  your sociocultural effects report is not an econometric study

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:30PM  1  of what effect the spill had on the Gulf Coast communities;

2:30PM  2  correct?

2:30PM  3  A.   That is correct.  It was not intended to be.

2:30PM  4  Q.   And while your report speaks to mental health effects,

2:30PM  5  you're not a psychologist; correct?

2:31PM  6  A.   That is correct.

2:31PM  7  Q.   You're not a psychiatrist?

2:31PM  8  A.   That is correct.

2:31PM  9  Q.   And you're not diagnosing anyone in the Gulf Coast

2:31PM  10  community, any individual as to what effect the spill had on

2:31PM  11  them from a medical perspective; correct?

2:31PM  12  A.   That is correct.  That was not the goal and we -- and I

2:31PM  13  did not diagnose anyone.

2:31PM  14  Q.   Now, the study that you did, it was based on a study that

2:31PM  15  BOEM had commissioned shortly after the spill, as you've told

2:31PM  16  us; correct?

2:31PM  17  A.   That is the study that I did, yes.

2:31PM  18  Q.   Okay.  And you took the results from that study and then

2:31PM  19  you prepared expert reports in this case?

2:31PM  20  A.   I used the results of that study as well as my 18 years of

2:31PM  21  experience working in this region and the six months I spent in

2:31PM  22  this region after the spill -- the disaster began.

2:31PM  23  Q.   Both the BOEM study and your expert reports in this case,

2:31PM  24  the two that we saw, are qualitative ethnographic studies;

2:32PM  25  correct?

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:32PM  1   A.   That is correct.

2:32PM  2   Q.   You did not go out and collect any quantitative data as

2:32PM  3   part of that study; correct?

2:32PM  4   A.   The only quantitative data that our researchers collected

2:32PM  5   was that which was provided say, for instance, by a fishing

2:32PM  6   agent on catches or the -- the information in the course of an

2:32PM  7   interview that an individual provided.  We did not design the

2:32PM  8   study to collect quantitative data.

2:32PM  9         MS. KARIS:   If you can pull up your deposition,

2:32PM  10  please, lines -- I'm sorry, page 62, lines 11 to 15.

2:32PM  11         And we have the same question, Your Honor, for

2:32PM  12  each of the industries.

2:32PM  13  BY MS. KARIS:

2:32PM  14  Q.   Were you asked at your deposition:

2:32PM  15         "QUESTION:  Did you go out and collect any

2:32PM  16         quantitative data regarding the oil and gas industry from

2:32PM  17         April of 2010 to March of 2012?"

2:33PM  18         And you say what?  "We did not," correct?

2:33PM  19  A.   And I say, "We did not."  That's, I believe, what I just

2:33PM  20  said.  We did not design this study to set out to collect

2:33PM  21  quantitative data, no.

2:33PM  22  Q.   Okay.  Now, the purpose of a qualitative study is not to

2:33PM  23  generalize in a quantitative way from the study sample size to

2:33PM  24  a larger population; correct?

2:33PM  25  A.   Qualitative and quantitative research approaches are

DR. DIANE AUSTIN - CROSS

2:33PM  1    completely -- are distinct.  So, no, we do not take the goals

2:33PM  2    or the approaches used in quantitative research and apply them

2:33PM  3    to qualitative research.

2:33PM  4    Q.   At no time have you quantified how many people were

2:33PM  5    affected by the spill; correct?

2:33PM  6    A.   Correct.  That was not the intent.

2:33PM  7    Q.   Now, you told us you did a qualitative study, and I'd like

2:33PM  8    to talk about the time period for which your quantitative --

2:33PM  9    I'm sorry, qualitative study uncovered.  You contend in your

2:34PM  10   expert report that it is a reflection of what happened for the

2:34PM  11   period of April 2010 to January of 2012; is that correct?

2:34PM  12   A.   That is the time that the researchers were in the field,

2:34PM  13   yes.

2:34PM  14   Q.   And, accordingly, the analysis of the BOEM report and your

2:34PM  15   expert reports look only at the short-term effects of the

2:34PM  16   *Deepwater Horizon* spill and response; correct?

2:34PM  17   A.   That is correct.  We are -- we have an ongoing study of

2:34PM  18   the midrange effects; but the data are not analyzed, so I

2:34PM  19   cannot report on that.

2:34PM  20   Q.   Okay.  So your opinions in this case pertain to short-term

2:34PM  21   effects that end in early 2012; correct?

2:34PM  22   A.   The data upon which I'm drawing, yes, is drawn from the

2:34PM  23   period that ends in March of 2012.

2:34PM  24   Q.   Not only the data, but the opinions that you are offering

2:34PM  25   are limited to research that was conducted through early 2012;

DR. DIANE AUSTIN - CROSS

2:35PM    1    correct?

2:35PM    2    A.    The opinions that I'm offering are based on the research

2:35PM    3    that was conducted at that time.

2:35PM    4    Q.    You have not conducted any interviews since then that

2:35PM    5    you're relying; correct?

2:35PM    6    A.    That is correct.

2:35PM    7    Q.    You are not -- you have not done any analysis of any data

2:35PM    8    since early 2012; correct?

2:35PM    9    A.    That is correct.  Not that I'm -- I'm in the process.  I

2:35PM   10    have no analyses to report of current research.

2:35PM   11    Q.    So you reference Dr. Bonanno and his comments about

2:35PM   12    resiliency.  You have not looked at the resiliency -- haven't

2:35PM   13    opined on the resiliency of the Gulf Coast communities after

2:35PM   14    early 2012 when you stopped your analysis; correct?

2:35PM   15    A.    The report that I'm reporting on is from data from that

2:36PM   16    earlier period.

2:36PM   17    Q.    And so with respect to resiliency after early 2012, you

2:36PM   18    have no opinions in this case on that; correct?

2:36PM   19    A.    As I described in terms of the -- at the level of the

2:36PM   20    individual, we did not measure individual mental health

2:36PM   21    functioning.  At the level of the community, there's a question

2:36PM   22    of what that means.  But certainly at the -- as of 2012, we did

2:36PM   23    not see that the communities were more resilient based on his

2:36PM   24    definition.

2:36PM   25    Q.    And to the extent that Dr. Bonanno is speaking for the

DR. DIANE AUSTIN - CROSS

| | | |
|---|---|---|
| 2:36PM | 1 | community's resiliency after 2012, you haven't looked at that; |
| 2:36PM | 2 | correct? |
| 2:36PM | 3 | A.   I don't know that he was speaking to that period after |
| 2:36PM | 4 | 2012 either. |
| 2:36PM | 5 | Q.   Now, we're talking about the period of after 2012, but is |
| 2:37PM | 6 | it correct that for some topics -- tourism, for example -- your |
| 2:37PM | 7 | research stopped in 2011, September of 2011?  So you looked at |
| 2:37PM | 8 | it from September of 2010 to September of 2011? |
| 2:37PM | 9 | A.   As I described, in ethnographic research, if the topic |
| 2:37PM | 10 | that we are studying, we have -- we are learning no new |
| 2:37PM | 11 | information at the time of that study, we move on.  So the |
| 2:37PM | 12 | study -- tourism was part of the study through the end of the |
| 2:37PM | 13 | fieldwork.  But the data that's reported on tourist, the |
| 2:37PM | 14 | economic data that's reported in the report was through |
| 2:37PM | 15 | September of 2011. |
| 2:37PM | 16 | Q.   Okay.  And we'll talk a little bit more about tourism. |
| 2:37PM | 17 | But just to be clear on what time period you were looking at, |
| 2:37PM | 18 | your analysis was stopping basically in September of 2011, or |
| 2:37PM | 19 | at least the data that you were collecting; correct? |
| 2:38PM | 20 | A.   No.  The quantitative data that was reported in the report |
| 2:38PM | 21 | stopped then.  The interviews on people in the tourism industry |
| 2:38PM | 22 | continued throughout the report. |
| 2:38PM | 23 | Q.   Okay. |
| 2:38PM | 24 | A.   Or throughout the period of the study. |
| 2:38PM | 25 | Q.   All right.  And so you learned, then, how tourism was |

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:38PM   1   performing in the Gulf Coast communities up through the time

2:38PM   2   that you stopped your -- collecting your data in early 2012?

2:38PM   3   A.   We documented what was happening in the tourism industry,

2:38PM   4   yes.

2:38PM   5   Q.   Okay.  And to be clear, was the intent of your report to

2:38PM   6   identify the negative effect, but then also identify the

2:38PM   7   positive effects?

2:38PM   8   A.   Excuse me, which report are you referring to?

2:38PM   9   Q.   The expert reports.

2:38PM   10  A.   Yes.  The intent of that report was to describe the

2:38PM   11  sociocultural effects, to render an opinion on that and then

2:38PM   12  support that opinion.

2:38PM   13  Q.   Okay.  And that would include negative as well as positive

2:38PM   14  is what I'm trying to get at?

2:38PM   15  A.   The -- what went into deciding whether there was, in fact,

2:39PM   16  sociocultural harm or not was a weighing of all of the data,

2:39PM   17  positive and negative.  My opinion was that there was

2:39PM   18  sociocultural harm.  So the report supports that opinion.

2:39PM   19  Q.   Okay.  Now, just so I'm clear, we spoke to the fact that

2:39PM   20  your analysis stops in early 2012.  Is it correct that you are

2:39PM   21  not offering any opinions to this Court regarding the impact of

2:39PM   22  the spill after early 2012?

2:39PM   23  A.   I am not offering opinions on data that I collected after

2:39PM   24  that point.  I am offering the fact that qualitative research

2:39PM   25  data is generalizable across places and times, as long as

DR. DIANE AUSTIN - CROSS

2:39PM  1   conditions are the same.

2:39PM  2   Q.   Okay.  Now, you say it's generalizable as long as

2:39PM  3   conditions are the same; correct?

2:39PM  4   A.   Yes.  So, for example, the claims process is still

2:40PM  5   ongoing.  Oil -- tar mats with oil from the Macondo were

2:40PM  6   washing up on the beaches of Florida in 2014.  Those are the

2:40PM  7   types of conditions that result in sociocultural harms and that

2:40PM  8   are ongoing.

2:40PM  9   Q.   I'm glad you mentioned Florida.  Does your report include

2:40PM  10  impact on Florida?

2:40PM  11  A.   No, it does not.  I simply used that as an example of

2:40PM  12  something that has been widely reported in the media.

2:40PM  13  Q.   All right.  But not something you studied or are opining

2:40PM  14  on in this case; correct?

2:40PM  15  A.   I am not offering opinions as to what happened in Florida.

2:40PM  16  I did not --

2:40PM  17  Q.   All right.

2:40PM  18  A.   -- do research in Florida.

2:40PM  19  Q.   And you were saying that they are generalizable as long as

2:40PM  20  conditions are the same.

2:40PM  21       The conditions of the tourism industry changed on an

2:40PM  22  annual basis; correct?

2:40PM  23  A.   That is true.

2:40PM  24  Q.   And the conditions of the seafood industry which you told

2:40PM  25  us about changed on an annual basis; correct?

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

| | | |
|---|---|---|
| 2:40PM | 1 | A.   Some of -- well, let me clarify.  Some of those conditions |
| 2:40PM | 2 | changed, yes. |
| 2:41PM | 3 | MS. KARIS:  Can you please pull up deposition -- |
| 2:41PM | 4 | Dr. Austin's deposition, page 302, line 9 to line 11. |
| 2:41PM | 5 | BY MS. KARIS: |
| 2:41PM | 6 | Q.   Were you asked the following question at your deposition |
| 2:41PM | 7 | and did you give the following answer? |
| 2:41PM | 8 | A.   I did. |
| 2:41PM | 9 | Q.   "The conditions of the seafood industry changed on an |
| 2:41PM | 10 | annual basis; correct?" |
| 2:41PM | 11 | A.   That is true. |
| 2:41PM | 12 | Q.   And you said, "That is correct."  Correct? |
| 2:41PM | 13 | A.   That is correct. |
| 2:41PM | 14 | Q.   Likewise, the conditions of the oil and gas industry |
| 2:41PM | 15 | changed on an annual basis? |
| 2:41PM | 16 | A.   That is correct. |
| 2:41PM | 17 | Q.   And the conditions of the shipyard industry, the other |
| 2:41PM | 18 | industry you looked at, changed on an annual basis; correct? |
| 2:41PM | 19 | A.   That is correct. |
| 2:41PM | 20 | Q.   And so when you say things are generalizable, you did not |
| 2:41PM | 21 | look at any data at all after 2012 to present to generalize |
| 2:41PM | 22 | whether the conditions of the four industries that you are |
| 2:41PM | 23 | speaking to changed; correct? |
| 2:41PM | 24 | A.   I just concluded -- reported that the conditions do |
| 2:42PM | 25 | change. |

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:42PM    1    Q.   And you did not look at any data to determine whether they

2:42PM    2    changed; correct?

2:42PM    3    A.   No, I did not.

2:42PM    4    Q.   Thank you.

2:42PM    5         We talked about the time period for your report and

2:42PM    6    where your analysis stopped.  I'd like to talk to you a little

2:42PM    7    bit about the geography, the limitations of the geographic

2:42PM    8    scope that you looked at.

2:42PM    9         You have no opinions at all about the impact of the

2:42PM   10    spill on the State of Florida, as you just told us; correct?

2:42PM   11    A.   That is correct.

2:42PM   12    Q.   Your opinions and the work that was done by BOEM

2:42PM   13    researchers -- strike that.

2:42PM   14         The BOEM researchers prioritized small cities and

2:42PM   15    communities as part of this work; correct?

2:43PM   16    A.   That is correct.

2:43PM   17    Q.   And in the states that you did study, none of the

2:43PM   18    communities that you selected were urban communities; correct?

2:43PM   19    A.   Again, the case study focal communities were not urban

2:43PM   20    communities.  The research extended into the urban centers.

2:43PM   21         MS. KARIS:  Can we please pull up Dr. Austin's

2:43PM   22    deposition, page 90, lines 9 to 11.

2:43PM   23    BY MS. KARIS:

2:43PM   24    Q.   Were you asked the following question and did you give the

2:43PM   25    following answer in your deposition, again, page 90, line 9 to

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:43PM   1    11:
2:43PM   2                "QUESTION:  None of the communities that you selected
2:43PM   3            were urban communities; correct?"
2:43PM   4                And you gave the following answer:
2:43PM   5                "ANSWER:  That is correct."
2:43PM   6    A.   And that is what I just said, yes.
2:43PM   7    Q.   Thank you.  All of the communities that were selected by
2:43PM   8    BO -- by the BOEM study were rural towns within the coastal
2:43PM   9    region; correct?
2:43PM  10    A.   The question of whether they were rural, these are
2:43PM  11    communities with small populations, linear communities with a
2:43PM  12    lot of industrial activity, but they are small communities.
2:44PM  13    Q.   So they're rural towns; correct?
2:44PM  14    A.   Again, from a social science perspective, "rural" implies
2:44PM  15    certain things.  They are small communities across this region.
2:44PM  16                MS. KARIS:  Could we pull up Dr. Austin's deposition,
2:44PM  17    please, again, line (verbatim) 90, 12 to 15.
2:44PM  18    BY MS. KARIS:
2:44PM  19    Q.   All the community -- were you asked the following question
2:44PM  20    and did you give the following answer:
2:44PM  21                "QUESTION:  All the communities that you selected
2:44PM  22            were rural coastal towns within the coastal region?
2:44PM  23                "ANSWER:  Yes."
2:44PM  24                Correct?
2:44PM  25    A.   They are within the coastal region, yes.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:44PM  1   **Q.**   You did not conduct any study of any inland communities;

2:44PM  2   correct?

2:44PM  3   **A.**   We did gather data from inland communities where it was

2:44PM  4   relevant to the case study communities.  So, for instance, many

2:44PM  5   people in Mississippi work offshore from the inland

2:44PM  6   communities, and they are tied to the coastal communities, so

2:44PM  7   we were conducting interviews with those -- some of those

2:44PM  8   offshore workers.

2:44PM  9          **MS. KARIS:**  Can we pull up her deposition again.

2:44PM  10  Page 100, line 8 to 11.

2:45PM  11  **BY MS. KARIS:**

2:45PM  12  **Q.**   While we were talking at your deposition about what you

2:45PM  13  looked at, did I ask you the following question:

2:45PM  14         "QUESTION:  So you did not conduct any case study for

2:45PM  15     any inland communities; correct?"

2:45PM  16         And you gave me the following answer:

2:45PM  17         "ANSWER:  That is correct."

2:45PM  18  **A.**   Yes.

2:45PM  19         **MS. FIDLER:**  Objection, Your Honor.  This is improper

2:45PM  20  impeachment.

2:45PM  21         **THE COURT:**  The problem, Ms. Karis, is the witness is

2:45PM  22  giving essentially the same answers and may be expanding a

2:45PM  23  little bit, and then you're bringing up the deposition.  And, I

2:45PM  24  don't know, you seem like you're quibbling about words here,

2:45PM  25  you know.  You know, it's not -- you're not proving anything to

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:45PM   1   me.   You're overdoing this deposition stuff.

2:45PM   2          Just because she didn't say it exactly the same

2:45PM   3   way maybe, if -- if the substance is the same, I think we ought

2:45PM   4   to move along, you know.

2:45PM   5   **BY MS. KARIS:**

2:45PM   6   **Q.**   Dr. Austin, you would agree that your study does not

2:45PM   7   address the impacts of disaster on large inland areas; correct?

2:45PM   8   **A.**   That is correct.

2:46PM   9   **Q.**   And your study also does not address the impact of the

2:46PM  10   disaster on large corporations whose offices and decision

2:46PM  11   makers are located outside of the region but operate in the

2:46PM  12   Gulf of Mexico; correct?

2:46PM  13   **A.**   That is correct.

2:46PM  14   **Q.**   You spoke to the economic effects that individuals

2:46PM  15   experienced with respect to their change in income as a result

2:46PM  16   of the spill; correct?   You spoke to the --

2:46PM  17          **THE COURT:**   Wait.   Wait.   Reask your question.   I

2:46PM  18   think she was changing a tape here.

2:47PM  19   **BY MS. KARIS:**

2:47PM  20   **Q.**   I'm going to try and say it the same.   Certainly.   I'll

2:47PM  21   try and ask it the same.   Can't promise that.

2:47PM  22          You spoke to the effect of the spill on the economic

2:47PM  23   situation on various members of the Gulf community; correct?

2:47PM  24   **A.**   Yes.

2:47PM  25   **Q.**   And to be clear, the information that you had from all the

DR. DIANE AUSTIN - CROSS

2:47PM  1    research in your study did not at any time collect information

2:47PM  2    about the individuals you were speaking to, their incomes;

2:47PM  3    correct?

2:47PM  4    A.    I'm sorry, you began with "the information you had."

2:47PM  5    Could you repeat the question, please.

2:47PM  6    Q.    Sure.   That was a very poorly worded question.   So let me

2:47PM  7    back up.

2:47PM  8             You would consider income level to be a relevant

2:47PM  9    consideration for your study; correct?

2:47PM  10   A.    I would consider that -- they were -- yes, that what --

2:48PM  11   people's income or resources that they had available to them

2:48PM  12   was important, yes.

2:48PM  13   Q.    And to be clear with respect to what information you

2:48PM  14   collected as part of your study, you didn't ask the individuals

2:48PM  15   that you were speaking to about the range of their income or

2:48PM  16   the change in their range of incomes; correct?

2:48PM  17   A.    No.   We were not trying to assess income level of the

2:48PM  18   individual households.

2:48PM  19   Q.    The 1300 individuals that you spoke to, you did not

2:48PM  20   decipher them by what their individual range of incomes was;

2:48PM  21   that is, how many were living in poverty levels before the

2:48PM  22   spill, how many were living in affluent households before the

2:48PM  23   spill; correct?

2:48PM  24   A.    That is correct.   We did not -- we did not collect

2:48PM  25   individual household income level.

DR. DIANE AUSTIN - CROSS

2:49PM  1   Q.   You also mentioned that you interviewed some people more
2:49PM  2   than once; correct?
2:49PM  3   A.   That is correct.
2:49PM  4   Q.   But using the information that you've collected from your
2:49PM  5   study, it's not possible to determine from any of the pulled
2:49PM  6   reports that you've provided which individuals were interviewed
2:49PM  7   more than once; correct?
2:49PM  8   A.   That is correct.  Each interview gets a unique identifier.
2:49PM  9   Q.   And it's not possible to tell how many people you spoke to
2:49PM 10   more than once; correct?
2:49PM 11   A.   That is correct.
2:50PM 12   Q.   Dr. Austin, you spent quite a bit of time on direct
2:50PM 13   telling us about the social effects or harms that people told
2:50PM 14   you about, and many of those were the result of interviews that
2:50PM 15   your team conducted; correct?
2:50PM 16   A.   The data that we gathered, yes, came from both interviews
2:50PM 17   and observation -- and participant observation.
2:50PM 18   Q.   The BOEM report that is the result of those interviews,
2:50PM 19   that data and data observation notes in several places a
2:50PM 20   positive impact from BP's actions after the spill.  You share
2:50PM 21   those opinions that are in the BOEM report; correct?
2:50PM 22   A.   Yes.  The information that we reported, I -- I still stand
2:51PM 23   by.
2:51PM 24   Q.   I'd like to talk about some of the specific positive
2:51PM 25   impacts that you found and that were documented in the BOEM

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

2:51PM   1   report that we did not previously hear about.

2:51PM   2           You agree that BP's funds were used immediately after

2:51PM   3   the spill to help reduce the immediate economic effects of the

2:51PM   4   spill; correct?

2:51PM   5   A.   That was the intent of the -- of BP putting money into the

2:51PM   6   communities.

2:51PM   7   Q.   And so the intent of why BP put money into the communities

2:51PM   8   was to help reduce any immediate economic effect; correct?

2:51PM   9   A.   That's what I understood it to be, yes.

2:51PM  10   Q.   And those monetary inputs included both money that

2:51PM  11   individuals and companies received in exchange for

2:51PM  12   participating in cleanup efforts; correct?

2:51PM  13   A.   Correct.

2:51PM  14   Q.   And they also included money that individuals and

2:52PM  15   companies received as part of payments in the initial claims

2:52PM  16   process or emergency claims payments; correct?

2:52PM  17   A.   Yes, some individuals and companies did receive money at

2:52PM  18   that time.

2:52PM  19   Q.   And the payments that went to those individuals helped

2:52PM  20   them.  You would agree with that?

2:52PM  21   A.   In most cases, yes.

2:52PM  22   Q.   You would agree it was a good thing that BP made those

2:52PM  23   early payments in order to help reduce the immediate economic

2:52PM  24   effects of the disaster?

2:52PM  25   A.   I agree that where family -- households or businesses

DR. DIANE AUSTIN - CROSS

2:52PM   1   received income that they were able to use to address the

2:52PM   2   effects of this disaster, that was good, yes.

2:52PM   3   **Q.**   VoO is one of the programs that were put in place

2:52PM   4   immediately after the spill; correct?

2:52PM   5   **A.**   That is correct.

2:52PM   6   **Q.**   And VoO was a program that BP put in place.  When we say,

2:53PM   7   VoO, for the record, that's the Vessels of Opportunity program,

2:53PM   8   first of all; correct?

2:53PM   9   **A.**   That's correct.

2:53PM   10  **Q.**   And the BOEM report specifically discusses the VoO program

2:53PM   11  in some detail; correct?

2:53PM   12  **A.**   It does.

2:53PM   13          **MS. KARIS:**  And if we could now look at D-35337,

2:53PM   14  please.

2:53PM   15  **BY MS. KARIS:**

2:53PM   16  **Q.**   And this is from the social effects report that was

2:53PM   17  published, Volume I.  It says:

2:53PM   18          "To help mitigate the effects of the disaster on

2:53PM   19  fishermen, BP created the Vessels of Opportunity program to

2:53PM   20  employ local boat owners and operators to develop boom and to

2:53PM   21  seek and clean up oil.  Many fishermen did benefit from their

2:53PM   22  participation in the program, but so, too, did others who saw

2:53PM   23  and capitalized on the opportunity to make a lot of money."

2:53PM   24          Correct?

2:53PM   25  **A.**   That's what it says, yes.

DR. DIANE AUSTIN - CROSS

2:54PM   1   Q.   You agree with that statement in the BOEM report?

2:54PM   2   A.   Yes, I do.  One of the points being made was that

2:54PM   3   individuals beyond fishermen were, in fact -- entered their

2:54PM   4   boats and were able to make money off of this program.

2:54PM   5           MS. KARIS:   And if we can now look at D-35338,

2:54PM   6   please.

2:54PM   7   BY MS. KARIS:

2:54PM   8   Q.   The report goes on to say:  "In May of 2010, soon after

2:54PM   9   the spill, training for the Vessels of Opportunity (VoO)

2:54PM   10  Program, began at various sites along the Mississippi Coast,

2:54PM   11  including Point Cadet in Biloxi.  At the program's height, it

2:54PM   12  employed around 800 Mississippi fishermen."

2:54PM   13          Correct?

2:54PM   14  A.   Correct.

2:54PM   15  Q.   And you understand those 800 individuals, they were just

2:54PM   16  in Mississippi, and there were many others who were employed in

2:54PM   17  Louisiana as well as Alabama that participated and benefited

2:55PM   18  from the program; correct?

2:55PM   19  A.   According to this, these 800 were Mississippi fishermen

2:55PM   20  which would be -- I would read that to be they were fishermen

2:55PM   21  from Mississippi.

2:55PM   22  Q.   And you understand that there were, similarly, VoO

2:55PM   23  participants in Louisiana?

2:55PM   24  A.   Certainly.

2:55PM   25  Q.   And there were VoO participants in Alabama; correct?

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

| | | |
|---|---|---|
| 2:55PM | 1 | **A.**   Yes, there were. |
| 2:55PM | 2 | **Q.**   Let's talk about how much money was spent on the VoO |
| 2:55PM | 3 | program. |
| 2:55PM | 4 |        **MS. KARIS:**  If we could pull up D-35309. |
| 2:55PM | 5 | **BY MS. KARIS:** |
| 2:55PM | 6 | **Q.**   And do you recognize this as coming from the time line of |
| 2:55PM | 7 | the BOEM report that you were the principal author of? |
| 2:55PM | 8 | **A.**   Yes, I do recognize this. |
| 2:55PM | 9 | **Q.**   And according to this, BP officially halted the VoO |
| 2:55PM | 10 | program on September 15th of 2010 in Florida, Alabama, and |
| 2:55PM | 11 | Mississippi.  In these three states, the program spent |
| 2:56PM | 12 | $500 million and hired 3,500 vessels; correct? |
| 2:56PM | 13 | **A.**   That is correct. |
| 2:56PM | 14 | **Q.**   And that does not include Louisiana, where the program |
| 2:56PM | 15 | continued at this time; is that correct? |
| 2:56PM | 16 | **A.**   That is correct. |
| 2:56PM | 17 | **Q.**   And to be clear, for every one of those 3500 vessels -- or |
| 2:56PM | 18 | I should say for many of those 3500 vessels, there were |
| 2:56PM | 19 | multiple individuals that were hired; correct?  To participate |
| 2:56PM | 20 | as part of VoO.  That is, these were multi-person vessels? |
| 2:56PM | 21 | **A.**   Okay.  It's -- yes, it's impossible to know from this |
| 2:56PM | 22 | statement how many people were working on any of these vessels. |
| 2:56PM | 23 | But, yes, some -- the vessels, in fact, hired multiple deck |
| 2:56PM | 24 | hands. |
| 2:56PM | 25 | **Q.**   Are you aware that by the end of the VoO program, BP had |

DR. DIANE AUSTIN - CROSS

2:56PM   1  spent approximately $600 million for the four states?

2:56PM   2  A.   Yes, I am.

2:56PM   3  Q.   And you understand that BP set that program up

2:56PM   4  voluntarily?

2:56PM   5  A.   Yes.  BP -- Vessels of Opportunity is a -- one of many

2:57PM   6  responses that companies can make and -- after a disaster like

2:57PM   7  this, and BP chose to set up a VoO program.

2:57PM   8  Q.   Let's talk about the effects, then, of spending

2:57PM   9  $600 million.

2:57PM   10       MS. KARIS:  If we can go to D-35310.

2:57PM   11  BY MS. KARIS:

2:57PM   12  Q.   Again, in your BOEM report, it says, "Fishermen who worked

2:57PM   13  for VoO for a significant amount of time built up a financial

2:57PM   14  reserve they used to maintain their vessels, do repairs, or pay

2:57PM   15  down debts, helping some return to fishing, while others took

2:57PM   16  the rest of 2010 off."

2:57PM   17       Correct?

2:57PM   18  A.   That is correct.

2:57PM   19  Q.   And that's consistent with what individuals were telling

2:57PM   20  your team when you were interviewing them; correct?

2:57PM   21  A.   Yes.  Those fishermen who worked for VoO for a significant

2:57PM   22  amount of time and were able to build up a reserve, in many

2:57PM   23  cases, they did, in fact, use that money to repair their

2:58PM   24  vessels and/or upgrade, pay down their debts, et cetera.

2:58PM   25  Q.   And you agree that was a good thing that BP voluntarily

DR. DIANE AUSTIN - CROSS

2:58PM    1   put that program in place that allowed those fishermen that are

2:58PM    2   referenced here to take all those actions; correct?

2:58PM    3   A.   I agree that the VoO program had these kinds of results.

2:58PM    4   I'm not in a position to evaluate it as opposed to other

2:58PM    5   options that they had.

2:58PM    6   Q.   But at least the program that was put in place did have

2:58PM    7   those results?

2:58PM    8   A.   For those fishermen and other individuals who made a lot

2:58PM    9   of money, yes, it had positive effects.

2:58PM   10        MS. KARIS:   Now, if we can pull up D-35311.

2:58PM   11   BY MS. KARIS:

2:58PM   12   Q.   We've been looking at the BOEM report.  But as part of the

2:58PM   13   case study, various individuals from your team went out and

2:58PM   14   conducted interviews and took notes from what people were

2:59PM   15   telling them; correct?

2:59PM   16   A.   That is the methodology, yes.

2:59PM   17   Q.   And those -- you call those code reports; correct?

2:59PM   18   A.   These are reports pulled from the interviews, yes.

2:59PM   19   Q.   Okay.  And so what we're looking at here, to be clear, are

2:59PM   20   notes from your team from a specific interview that was

2:59PM   21   conducted of somebody who was identified as PP 928; correct?

2:59PM   22   A.   That is correct.

2:59PM   23   Q.   And what this person told your team was, they said that,

2:59PM   24   "Honestly, the oil spill had probably helped the local economy

2:59PM   25   around Pascagoula more than anything.

DR. DIANE AUSTIN - CROSS

2:59PM  1        "BP was, quote, just handing money out, end quote,

2:59PM  2  last summer, he said.  People were getting money for any sort

2:59PM  3  of claim.  Plus, lots of people had been hired into the VoO

2:59PM  4  program and just to clean up the beaches.  There had been

2:59PM  5  thousands of people just walking around picking up trash along

2:59PM  6  the beaches."

2:59PM  7        That's what this individual told your team; correct?

2:59PM  8  A.   Yes.  This is exactly the type of conversation that I was

3:00PM  9  referring to in the communities where people have a belief that

3:00PM  10  there are lots of people getting money, and some people are

3:00PM  11  getting money, some people aren't, and it increases local

3:00PM  12  discord.

3:00PM  13  Q.   It also, if BP is handing out money, helps the local

3:00PM  14  economy; correct?

3:00PM  15  A.   Yes, that obviously is a phrase this individual used.  I

3:00PM  16  imagine BP was not walking up and down the beach handing out

3:00PM  17  money.

3:00PM  18  Q.   Well, are you aware of the program where BP was writing

3:00PM  19  claims checks for $5,000 early on in the program to help the

3:00PM  20  local fishermen and others who had lost their jobs?

3:00PM  21  A.   Certainly I'm aware of that program.

3:00PM  22  Q.   And that program definitely helped the local economy;

3:00PM  23  correct?

3:00PM  24  A.   For the people that got money and were able to use that

3:00PM  25  money to pay off their bills or otherwise invest in their local

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:00PM  1   community, it helped the local economy.

3:00PM  2   Q.   And we were talking about VoO, and this individual is

3:00PM  3   referencing VoO here.  You're aware that BP did not require

3:01PM  4   anyone to make any deductions from any claims they were filing

3:01PM  5   if they had participated and gotten paid as part of the VoO

3:01PM  6   program; correct?

3:01PM  7   A.   I'm aware that eventually that was the case.  When the

3:01PM  8   program began, there was -- people were not certain.  There was

3:01PM  9   a lot of mixed information coming out about what was going to

3:01PM  10  be the effect on people's ability to file claims or if they

3:01PM  11  participated in VoO.  Eventually, yes, that was clarified.

3:01PM  12  Q.   And when you say "eventually," we're talking about how

3:01PM  13  much time?  After people started working in the VoO program,

3:01PM  14  did they learn they can double collect, get paid from VoO and

3:01PM  15  also file a claim for having been out of work as fishermen?

3:01PM  16  A.   That's correct.  If they could -- if -- if they could

3:01PM  17  document those losses and go through the claims process, they

3:01PM  18  could enter the claims process, and their participation in VoO

3:01PM  19  was seen as a separate action.

3:01PM  20  Q.   You referenced "eventually" when I asked you previously,

3:02PM  21  and I was wondering if you knew how quickly people learned that

3:02PM  22  they could do the double-dipping, if you will?

3:02PM  23  A.   I do not recall the date that that occurred.

3:02PM  24  Q.   Do you know whether it was pretty quickly?

3:02PM  25  A.   No.  I -- I don't know what pretty quickly -- it was

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:02PM  1    within months of -- I -- I will withdraw that.  I do not

3:02PM  2    remember exactly when.

3:02PM  3    Q.    Now, this individual also referenced people participating

3:02PM  4    in the cleanup efforts.  And you agree that participation in

3:02PM  5    the cleanup efforts and claims processes made good the losses

3:02PM  6    of many commercial fishermen and seafood businesses; correct?

3:02PM  7    A.    There are -- there were people who participated in this

3:02PM  8    program, in the cleanup, who benefited in the same way there

3:02PM  9    were people who benefited from the VoO program.

3:02PM  10   Q.    You agree that some fishermen would have been worse off

3:03PM  11   economically had BP not set up this VoO program?

3:03PM  12   A.    Certainly some fishermen would have been worse off.

3:03PM  13   Q.    And you agree that this wasn't the only individual that

3:03PM  14   told you that they benefited significantly.  Many individuals

3:03PM  15   told your team that they were significantly financially

3:03PM  16   benefited as a result of the VoO program; correct?

3:03PM  17   A.    Yes.  To clarify, this individual doesn't say whether he

3:03PM  18   benefited or not.  He's referring to people in his -- in

3:03PM  19   Pascagoula.  There were people who reported to our team that

3:03PM  20   they had benefited.

3:03PM  21   Q.    And they told you that they had significantly benefited;

3:03PM  22   correct?

3:03PM  23   A.    There were people, in the same way there were people who

3:03PM  24   reported to our team that they had not been able to participate

3:03PM  25   in VoO at all.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:03PM   1   **Q.**   You're familiar with Dr. Luton; correct?

3:03PM   2   **A.**   Dr. Luton, yes.

3:04PM   3   **Q.**   Luton.  Excuse me.  And you read Dr. Luton's testimony in

3:04PM   4   connection with giving your opinions in this case?

3:04PM   5   **A.**   I read his deposition.

3:04PM   6   **Q.**   Yes, I'm sorry, deposition.

3:04PM   7   **A.**   Yes.

3:04PM   8   **Q.**   And you're aware that he was the United States' corporate

3:04PM   9   representative to speak to the social effects of the spill?

3:04PM  10   **A.**   Yes.

3:04PM  11   **MS. KARIS:**  And if we can now pull up D-35342.

3:04PM  12   **BY MS. KARIS:**

3:04PM  13   **Q.**   And to be clear, Dr. Luton participated in this BOEM study

3:04PM  14   along with you; correct?

3:04PM  15   **A.**   No.  Dr. Luton was the BOEM's contracting officer's

3:04PM  16   technical representative.  In that role, he does not play any

3:04PM  17   role in actually conducting the research or analyzing the data

3:04PM  18   or anything else.

3:04PM  19   **Q.**   Fair enough.  He was the technical representative for the

3:04PM  20   BOEM here; correct?

3:04PM  21   **A.**   That is correct.

3:04PM  22   **Q.**   And he was also the U.S.' corporate representative.  And

3:04PM  23   Dr. Luton was asked:

3:04PM  24   "QUESTION:  So what you're saying, Dr. Luton, it

3:04PM  25   sounds you agree that researchers who wrote this report,

DR. DIANE AUSTIN - CROSS

3:05PM 1        that many fishermen did benefit from participation in the

3:05PM 2        Vessel of Opportunity program?"

3:05PM 3            He says:

3:05PM 4            "ANSWER:  Correct."

3:05PM 5            And he says:

3:05PM 6            "QUESTION:  It helped both fishermen and

3:05PM 7        nonfishermen, too, make a lot of money?"

3:05PM 8            He says:

3:05PM 9            "ANSWER:  Some to make a lot of money, yes.

3:05PM 10           "QUESTION:  And that's because, as you understand,

3:05PM 11       participation in the Vessel of Opportunity program was

3:05PM 12       lucrative to many?

3:05PM 13           "ANSWER:  Yes."

3:05PM 14           And you agree with that testimony; correct?

3:05PM 15   A.   Yes.

3:05PM 16   Q.   We've been talking about fishermen.  And to wrap up on

3:05PM 17   VoO, it wasn't just fishermen who -- who benefited.  There were

3:05PM 18   others like suppliers, for example, who benefited and made huge

3:05PM 19   profits; correct?

3:05PM 20   A.   I'm sorry, suppliers to -- suppliers to the VoO program,

3:05PM 21   is that what you're referring to?

3:05PM 22   Q.   Suppliers to the VoO vessels.

3:05PM 23   A.   Yes.  The -- the suppliers who were providing supplies

3:05PM 24   that were needed in the VoO program, yes, some of them also

3:06PM 25   benefited.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:06PM  1   **Q.**   Earlier when you were telling us about the effects of the
3:06PM  2   spill, you said you looked, for example, even at flower shops
3:06PM  3   that had incurred effects from the spill; correct?
3:06PM  4   **A.**   That is correct.
3:06PM  5   **Q.**   All right.  And similarly, for the VoO program, it wasn't
3:06PM  6   just those individuals who participated; there was a whole
3:06PM  7   chain of people who benefited from the VoO program, including
3:06PM  8   suppliers, as well as others; correct?
3:06PM  9   **A.**   Yes.  The thing to clarify there is that not all of the
3:06PM  10  suppliers in a program like that are from local areas, so as
3:06PM  11  opposed to the flower shop, which is in the local community we
3:06PM  12  were researching, but certainly there were suppliers to the VoO
3:06PM  13  program, and some of them were local companies.
3:06PM  14  **Q.**   Okay.  And so at least -- you agree that at least some
3:06PM  15  local companies made huge profits off of the VoO program?
3:06PM  16  **A.**   Yes, some companies did.
3:07PM  17  **Q.**   You referenced shipbuilding as one of the industries you
3:07PM  18  looked at; correct?
3:07PM  19  **A.**   That is correct.
3:07PM  20         **MS. KARIS:**  And if we can look at -- look at D-35339.
3:07PM  21  **BY MS. KARIS:**
3:07PM  22  **Q.**   You state in your report that before the start of the 2011
3:07PM  23  May shrimp season -- I'm sorry -- shipyards were reportedly
3:07PM  24  doing record amounts of repair work on shrimp boats, as many
3:07PM  25  captains reinvested their VoO and claims earnings into the

DR. DIANE AUSTIN - CROSS

3:07PM  1   vessels.

3:07PM  2          Yet, this is another example of how the VoO program

3:07PM  3   benefited another industry; correct?

3:07PM  4   A.   That is correct, those yards that got this kind of repair

3:07PM  5   work.  This makes the same point we made earlier is that some

3:07PM  6   of the fishermen took their VoO money and reinvested into their

3:07PM  7   vessels to improve their business.

3:08PM  8   Q.   Let's talk about another program that was put in place

3:08PM  9   that benefited or mitigated the impacts of the spill.  You

3:08PM  10  referenced the claims process as part of your testimony on

3:08PM  11  direct examination that was put in place; correct?

3:08PM  12  A.   That is correct.

3:08PM  13  Q.   You're aware that as early as early May, there was a

3:08PM  14  claims process put in place in order to compensate out-of-work

3:08PM  15  fishermen?

3:08PM  16  A.   Early May 2010.

3:08PM  17  Q.   Yes, I'm sorry.

3:08PM  18  A.   Yes.

3:08PM  19  Q.   Okay.

3:08PM  20         MS. KARIS:   And if we can look at D-35313.

3:08PM  21  BY MS. KARIS:

3:08PM  22  Q.   And this is under a section in your report entitled

3:08PM  23  "Immediate Oil Spill Impacts, Summer Through Fall of 2010."

3:08PM  24         You say:  "By early May, out-of-work fishermen could

3:08PM  25  avail themselves of the economic claims offices that BP had

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:09PM  1   opened around the Gulf Coast.  The first claims process, which

3:09PM  2   ran until August 23rd, directly under BP's authority, focused

3:09PM  3   primarily on paying commercial fisheries' claimants and wrote

3:09PM  4   checks of up to $5,000 a month based on presented registration

3:09PM  5   documents, seafood sales receipts, and tax records."

3:09PM  6           That's the $5,000 that we were talking about earlier;

3:09PM  7   correct?

3:09PM  8   A.   Correct.

3:09PM  9   Q.   And these claims facilities, they were open within a

3:09PM  10  couple of weeks of the spill; correct?

3:09PM  11  A.   Yes.  Where those claims office opened, they -- those

3:09PM  12  opened up quickly.

3:09PM  13          MS. KARIS:  If we can now go to D-35347.

3:09PM  14  BY MS. KARIS:

3:09PM  15  Q.   "By May 26th" -- again, this is from your BOEM report --

3:09PM  16  "BP reported receiving 25,000 claims and paying $29 million to

3:09PM  17  12,000 claimants, denying no claimant by that date.  Claimants

3:09PM  18  could get up to $5,000 a month through the process and were not

3:10PM  19  required to waive their right to sue for future damages.

3:10PM  20  Commercial fishermen, shut down by area closures resulting from

3:10PM  21  the spill, made up a major part of the claimants during the BP

3:10PM  22  process, as claims offices began regularizing what became

3:10PM  23  monthly payments as the spill stretched through the summer of

3:10PM  24  2010."

3:10PM  25          Correct?

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:10PM   1   **A.**   That is correct.

3:10PM   2   **Q.**   So within just under a month of the spill, $29 million had

3:10PM   3   been paid out under that claims process; correct?

3:10PM   4   **A.**   According to what BP reported, yes.

3:10PM   5   **Q.**   And that's what is in BOEM's report; correct?

3:10PM   6   **A.**   Yes.  As it is worded there, BP reported doing that, and

3:10PM   7   we cite the source.

3:10PM   8   **Q.**   Okay.  You referenced on direct that there was some

3:10PM   9   frustration resulting from people needing to document their

3:10PM   10   claims as part of the early claims process or unable to

3:11PM   11   document their claim; correct?

3:11PM   12   **A.**   That is correct.

3:11PM   13   **Q.**   But you see that at least with respect to those 12,000

3:11PM   14   claimants, not a single claim was denied; correct?

3:11PM   15   **A.**   That's what was reported.

3:11PM   16   **Q.**   Dr. Austin, you're aware that in addition to the early

3:11PM   17   payments, BP has paid out billions of dollars in claims to

3:11PM   18   individuals and businesses in the Gulf states; correct?

3:11PM   19   **A.**   That is correct.

3:11PM   20   **Q.**   As part of the report that you put together for the BOEM

3:12PM   21   where you were looking at the impacts, did you determine or did

3:12PM   22   you learn what the total amount of claims was that BP had paid

3:12PM   23   out by early 2012 when you stopped interviewing individuals and

3:12PM   24   collecting data and information?

3:12PM   25   **A.**   Yes, that information was in the report.

DR. DIANE AUSTIN - CROSS

3:12PM 1   **Q.**   And do you know, sitting here, how much that was?

3:12PM 2   **A.**   I would misrepresent it if I tried to pull it off the top

3:12PM 3   of my head.

3:12PM 4         **MS. KARIS:**  Let's look at D-35315, please -- I'm

3:12PM 5   sorry, 35315.

3:12PM 6   **BY MS. KARIS:**

3:12PM 7   **Q.**   This is just through the end of 2010.  Total payments to

3:12PM 8   individuals and businesses are over $3 million; correct?

3:13PM 9   **A.**   That is correct.

3:13PM 10  **Q.**   I'm sorry, billion, excuse me.  Yes, $3.1 billion.

3:13PM 11  **A.**   Yes, that is correct.

3:13PM 12  **Q.**   So within eight months of when the spill occurred, BP had

3:13PM 13  paid -- or had put over $3 billion into the economy just from

3:13PM 14  claim and government payments; correct?

3:13PM 15  **A.**   That is correct.

3:13PM 16  **Q.**   And that would be separate and apart from the $600 million

3:13PM 17  that we spoke to earlier under the VoO claims process; correct?

3:13PM 18  **A.**   Correct.

3:13PM 19  **Q.**   Now, one of the things that you did as part of your BOEM

3:13PM 20  work was to inquire or to discuss with people what they did

3:13PM 21  with some of the money they got from this claims process;

3:13PM 22  correct?

3:13PM 23  **A.**   That is correct.

3:13PM 24        **MS. KARIS:**  And if we can look at D-35316.

25

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:14PM  1    BY MS. KARIS:

3:14PM  2    Q.   Under "Specific Effects of the Spill," you state:  "Those

3:14PM  3    who received money from claims used the funds to finance their

3:14PM  4    house or boat," repair -- I'm sorry -- "raise and repair homes,

3:14PM  5    or invest in new nets or engines for their boats."

3:14PM  6            That's what folks told you they were doing with their

3:14PM  7    money; correct?

3:14PM  8    A.   Yes.  That's what some of the folks did report.

3:14PM  9    Q.   And then stories about some people were spending their

3:14PM  10   money on new vehicles or recreational activities were common.

3:14PM  11   That's how described it; correct?

3:14PM  12   A.   Yes, as I mentioned that -- and you can see that the

3:14PM  13   "some" is in italics.  This is an example of how in the

3:14PM  14   communities there's starting to become stories of people who

3:14PM  15   didn't deserve the money, they were spending it on things that

3:14PM  16   were inappropriate.  So this is part of what creates that

3:15PM  17   local-level discord.

3:15PM  18   Q.   But from BP's perspective, they were putting that money

3:15PM  19   into the economy through paying those claims payments; correct?

3:15PM  20   A.   The money was going to individuals.  How it was being

3:15PM  21   spent varied across the communities.

3:15PM  22   Q.   You agree that the money that BP put into the local

3:15PM  23   economy, including the $3.1 billion that we just looked at, had

3:15PM  24   a substantial impact on minimizing the economic impact of the

3:15PM  25   spill; correct?

DR. DIANE AUSTIN - CROSS

3:15PM 1   **A.**   I'm sorry, would you repeat that again?

3:15PM 2   **Q.**   Sure.  Because it was a poorly phrased question, maybe we

3:15PM 3   can do it easier.

3:15PM 4          **MS. KARIS:**  Let's go to D-35341, please.

3:15PM 5   **BY MS. KARIS:**

3:15PM 6   **Q.**   This is again the United States' corporate representative

3:15PM 7   on the issue of effects of the spill, and he's asked if

3:15PM 8   $3.1 billion had an economic effect -- had an economic effect

3:15PM 9   in Gulf communities along the coast and throughout the Gulf

3:16PM 10  region, and he says, "Correct."

3:16PM 11         And then he's asked:

3:16PM 12         "QUESTION:  A substantial impact?

3:16PM 13         "ANSWER:  Yes.

3:16PM 14         "QUESTION:  And that substantial impact by those

3:16PM 15     claim payments made early after the spill helped to

3:16PM 16     minimize the economic effects of the spill in the region,

3:16PM 17     didn't it?"

3:16PM 18         And he says:

3:16PM 19         "ANSWER:  Yes."

3:16PM 20         Do you see that?

3:16PM 21  **A.**   Yes, he does.

3:16PM 22  **Q.**   And you agree with Dr. Luton on that; correct?

3:16PM 23  **A.**   Yes.

3:16PM 24  **Q.**   You agree that it was a good thing that BP made those

3:16PM 25  payments in order to help reduce the immediate economic effects

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:16PM   1    of the disaster; correct?

3:16PM   2    A.   I agree that the fact that BP -- that the economic

3:16PM   3    payments helped to alleviate the economic harms was a good

3:16PM   4    thing, yes.

3:16PM   5    Q.   You referenced some grants on your direct examination;

3:16PM   6    correct?

3:16PM   7    A.   I referenced tourism grants.

3:17PM   8    Q.   Tourism grants.

3:17PM   9    A.   Yes.

3:17PM  10    Q.   Are you aware that BP, in addition to tourism grants, made

3:17PM  11    block grants to the various states?

3:17PM  12    A.   Yes, I am.

3:17PM  13         MS. KARIS:   And if we can now look at D-35318.

3:17PM  14    BY MS. KARIS:

3:17PM  15    Q.   On May 5th of 2010 -- that's within a couple of weeks of

3:17PM  16    the spill -- BP announces the release of 25 million block

3:17PM  17    grants to each affected state to implement spill response area

3:17PM  18    contingency plans.  Do you see that?

3:17PM  19    A.   Yes, I do.

3:17PM  20    Q.   And do you know whether that, too, was a voluntarily

3:17PM  21    program that BP put in place?

3:17PM  22    A.   No, I don't.

3:17PM  23    Q.   But you're aware that BP did, in fact, put that money into

3:17PM  24    the local economies or the state economies in the Gulf;

3:17PM  25    correct?

DR. DIANE AUSTIN - CROSS

3:17PM    1   A.   I know that they gave the money to the State.  Whether
3:17PM    2   those ended up in the local economies, I can't tell you.
3:17PM    3   Q.   You referenced tourism grants earlier.
3:17PM    4   A.   That is correct.
3:18PM    5   Q.   Let's talk about the benefits -- the economic benefits
3:18PM    6   from BP's investment into the tourism industry following the
3:18PM    7   spill.  You understand that BP spent a significant amount of
3:18PM    8   money intended to mitigate the effects of the spill on the
3:18PM    9   tourism industry; correct?
3:18PM   10   A.   Yes, I do.
3:18PM   11        MS. KARIS:   If we could look at D-35340, please.
3:18PM   12   BY MS. KARIS:
3:18PM   13   Q.   We looked at this document in your deposition.  This is
3:18PM   14   the announcement of those grants.
3:18PM   15        This says:  "The Gulf tourism industry has seen a
3:18PM   16   strong rebound, and numerous tourism records have been" -- I'm
3:18PM   17   sorry -- "have been repeatedly broken in the last three years.
3:19PM   18   BP is supporting Gulf Coast tourism through the payments of
3:19PM   19   $179 million for state-led tourism campaigns and $57 million
3:19PM   20   for nonprofit groups and government entities to promote the
3:19PM   21   tourism and seafood industries."
3:19PM   22        You're aware of that fact; correct?
3:19PM   23   A.   Yeah.  This -- just to be clear, when you mentioned this
3:19PM   24   was referenced, this was a report -- or this was on BP's Web
3:19PM   25   site.

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

| | | |
|---|---|---|
| 3:19PM | 1 | Q.   And there's also a reference to these funds in the BOEM's |
| 3:19PM | 2 | report; correct? |
| 3:19PM | 3 | A.   Correct. |
| 3:19PM | 4 | Q.   Is that "yes"? |
| 3:19PM | 5 | A.   Yes, I'm sorry.  Correct. |
| 3:19PM | 6 | Q.   No problem.  No problem. |
| 3:19PM | 7 | MS. KARIS:  And just for the record, if we could pull |
| 3:19PM | 8 | up TREX-011923.92.1.  I'm sorry, TREX-011923.92.1. |
| 3:19PM | 9 | BY MS. KARIS: |
| 3:19PM | 10 | Q.   And this is from the BOEM report; correct?  Volume II.  Do |
| 3:19PM | 11 | you recognize this? |
| 3:19PM | 12 | A.   Yes. |
| 3:19PM | 13 | Q.   And it says, "In the spring of 2011, BP announced a second |
| 3:20PM | 14 | round of tourism grants to affected states.  The grants were |
| 3:20PM | 15 | slated to be dispensed and spent over three years.  Florida |
| 3:20PM | 16 | received $30 million to be divided between seven coastal |
| 3:20PM | 17 | counties.  In March of 2011, Louisiana received $30 million, |
| 3:20PM | 18 | with the greater New Orleans area set to receive $6 million and |
| 3:20PM | 19 | with $2.2 million set to issue to Jefferson, Terrebonne" -- |
| 3:20PM | 20 | you're going to have to help me. |
| 3:20PM | 21 | A.   Lafourche. |
| 3:20PM | 22 | Q.   -- "Lafourche" -- apologies -- "St. Bernard, Plaquemines |
| 3:20PM | 23 | and St. Tammany Parishes." |
| 3:20PM | 24 | You're aware that BP put that money into those |
| 3:20PM | 25 | tourism industries voluntarily; correct? |

DR. DIANE AUSTIN - CROSS

3:20PM 1 **A.**   Correct.

3:20PM 2 **Q.**   "The remainder will go to the State Department of Culture,

3:20PM 3 Recreation and Tourism to fund general tourism advertisement

3:20PM 4 and marketing for the state and will be divided among the other

3:20PM 5 Louisiana parishes according to the extent of oil spill impacts

3:21PM 6 they each suffered."

3:21PM 7      Correct?

3:21PM 8 **A.**   Correct.

3:21PM 9 **Q.**   And we don't need to read the rest of it, but it then goes

3:21PM 10 on to talk about the money put into Alabama as well as

3:21PM 11 Mississippi, again, both to the states and then to local

3:21PM 12 counties to support tourism; correct?

3:21PM 13 **A.**   Correct.

3:21PM 14 **Q.**   And, again, it was a good thing that BP was putting this

3:21PM 15 money into the tourism industry to assist the local counties as

3:21PM 16 well as the states with tourism; correct?

3:21PM 17 **A.**   Just to clarify, when you said the money was being put

3:21PM 18 into the states and to the local counties, the money was passed

3:21PM 19 through the state to get to the local counties.

3:21PM 20 **Q.**   Fair enough.  It was given to the states and then directed

3:21PM 21 to the local counties; correct?

3:21PM 22 **A.**   Correct.

3:21PM 23 **Q.**   And that was a good thing that BP put that money into the

3:21PM 24 states to then pass off to the counties to assist the tourism

3:21PM 25 industry?

DR. DIANE AUSTIN - CROSS

3:21PM  1   **A.**   It was a good thing that the tourism industry was -- was

3:22PM  2   assisted, yes.

3:22PM  3   **Q.**   And it was a good thing that BP did that?

3:22PM  4   **A.**   It was a good thing that BP attempted and did assist the

3:22PM  5   tourism industry.  Whether that was the best mechanism by going

3:22PM  6   through the states, I do not offer an opinion on.

3:22PM  7   **Q.**   Okay.  You have no opinion whether it was the best

3:22PM  8   mechanism, only that it helped; correct?

3:22PM  9   **A.**   Yes.

3:22PM  10  **Q.**   Dr. Austin, you agree that BP's grants had a positive

3:23PM  11  effect on tourism, that you can't quantify that effect; is that

3:23PM  12  correct?

3:23PM  13  **A.**   That I -- again, the -- for the communities that got the

3:23PM  14  money and invested it, that had a positive effect; and, no, I

3:23PM  15  cannot quantify that effect.

3:23PM  16  **Q.**   You spoke to individuals, though, who had knowledge of the

3:23PM  17  tourism industry who tracked, as part of their livelihood, how

3:23PM  18  the tourism industry was doing in the Gulf immediately after

3:23PM  19  the spill or shortly after the spill, within a year; correct?

3:23PM  20  **A.**   In 2011, yes.

3:23PM  21        **MS. KARIS:**  And if we can now pull up D-35323,

3:23PM  22  please.

3:23PM  23  **BY MS. KARIS:**

3:24PM  24  **Q.**   And, again, these are field notes or code reports from a

3:24PM  25  member of your team who went out into the community and spoke

DR. DIANE AUSTIN - CROSS

3:24PM  1   to somebody and came back and reported the results; correct?

3:24PM  2   A.    These are his notes from an interview, yes, with this

3:24PM  3   individual who was in Baldwin County, Alabama.

3:24PM  4   Q.    And the top got cut off there, but there's a question

3:24PM  5   that's asked:

3:24PM  6          "PP:  Are you working on a study regarding the

3:24PM  7   impacts of the oil spill at the moment?"

3:24PM  8          And here's the answer.  It says:

3:24PM  9          "No, we're not working on any particular studies.

3:24PM  10  The business council will continue to report, as always, but we

3:24PM  11  do not have a specific study of the spill."

3:24PM  12         Do you know who the business council is that's

3:24PM  13  referenced there?

3:24PM  14  A.    Okay.  Actually, I misspoke.  This is an individual in

3:24PM  15  Mississippi.  He's referring to the University of Southern

3:24PM  16  Mississippi.

3:24PM  17  Q.    Okay.

3:24PM  18  A.    The business council would be the council of the local

3:24PM  19  government, and that information has been retracted to protect

3:25PM  20  people's identities.

3:25PM  21  Q.    It goes on to say that "USM recently did a project and

3:25PM  22  partnership with us, but this has been stalled now due to the

3:25PM  23  bureaucracy.  There is a lot of emotion built into the issue of

3:25PM  24  the oil spill and there is a lot of thinking that things must

3:25PM  25  have gotten worse since the spill, but the numbers say the

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - CROSS

3:25PM    1    exact opposite.  When you look at the numbers, you see that the

3:25PM    2    casinos are up, the hotels are up, sales are up.  The last two

3:25PM    3    months have been very good.  There were 5,000 people from BP

3:25PM    4    here at one point during the summer, and this helped the

3:25PM    5    economy a lot."

3:25PM    6            That's what somebody from the business council told

3:25PM    7    your team; correct?

3:25PM    8    A.   That is correct.

3:25PM    9    Q.   The BOEM report speaks to the tourism numbers following

3:25PM   10    the spill; correct?

3:25PM   11    A.   Correct.

3:25PM   12            MS. KARIS:  If we could look at D-35324.

3:26PM   13    BY MS. KARIS:

3:26PM   14    Q.   According to the BOEM's report, at the end of 2011,

3:26PM   15    Alabama's tourism numbers were reported to be up 51 percent

3:26PM   16    since the previous year, while Mississippi was up 7 percent

3:26PM   17    over 2010; correct?

3:26PM   18    A.   That is correct.

3:26PM   19    Q.   And individuals that you spoke to mentioned that part of

3:26PM   20    the reason for the improvement in the tourism number was the

3:26PM   21    grants and the money that BP had been putting into the economy,

3:26PM   22    giving the states, which were then passed -- as well as the

3:26PM   23    money given to the states, passed on to the local communities;

3:26PM   24    correct?

3:26PM   25    A.   Yes.  And in this example, they're referring to the money

DR. DIANE AUSTIN - CROSS

3:26PM  1    that went to South Baldwin County to invest there.

3:27PM  2    **Q.**    That was in Mississippi, you said?

3:27PM  3    **A.**    No, that's South Baldwin County, Alabama.  That's one of

3:27PM  4    the more well-off counties in the region, and they were able to

3:27PM  5    access resources fairly quickly.

3:27PM  6    **Q.**    And to be clear, Alabama reported benefits through the

3:27PM  7    tourism grant, Mississippi reported benefits.  You're aware

3:27PM  8    Louisiana also benefited from the tourism grants; correct?

3:27PM  9    **A.**    Those communities that received the money, yes, they did.

3:27PM  10   **Q.**    Just to wrap this up, Dr. Austin, you agree that the money

3:27PM  11   that BP spent on VoO, on the claims process, on the block

3:27PM  12   grants, on tourism grants all had the effect of mitigating the

3:27PM  13   impact of the spill; correct?

3:28PM  14   **A.**    I agree that all of those helped some individuals and for

3:28PM  15   those individuals and businesses to address the economic losses

3:28PM  16   that they had from the spill.

3:28PM  17   **Q.**    Those individuals who received money from any of those

3:28PM  18   programs, VoO, either a result of the tourism grants, the block

3:28PM  19   grants or the claims payment process, were benefited by BP's

3:28PM  20   programs; correct?

3:28PM  21   **A.**    By and large, that is the case, yes.

3:28PM  22   **Q.**    Thank you.

3:28PM  23           **MS. KARIS:**  No further questions.

3:28PM  24           **THE COURT:**  Does Anadarko have any questions of this

3:28PM  25   witness?

DR. DIANE AUSTIN - REDIRECT

| | | |
|---|---|---|
| 3:28PM | 1 | **MS. KIRBY:**  No, Your Honor. |
| 3:28PM | 2 | **THE COURT:**  Okay.  Thank you.  Redirect? |
| 3:28PM | 3 | **MS. FIDLER:**  Your Honor, a very short redirect. |
| 3:28PM | 4 | **REDIRECT EXAMINATION** |
| 3:28PM | 5 | BY MS. FIDLER: |
| 3:29PM | 6 | Q.   Danielle Fidler on behalf of the United States. |
| 3:29PM | 7 | Dr. Austin, you were asked about the failure to |
| 3:29PM | 8 | include quantitative data in your -- in the social effects |
| 3:29PM | 9 | study.  I'd just like to know, do you try to include a |
| 3:29PM | 10 | quantitative assessment when designing a social effects study? |
| 3:29PM | 11 | A.   Yes.  When I was asked to design the study, as I |
| 3:29PM | 12 | mentioned, I went to the region and I talked to people with |
| 3:29PM | 13 | whom we've worked with before and talked to, for instance, |
| 3:29PM | 14 | economists, who argued that they were happy we were doing the |
| 3:29PM | 15 | study, they could not participate in the early phases of the |
| 3:29PM | 16 | study because the data would not be available. |
| 3:29PM | 17 | And that this particular disaster and the way that it |
| 3:29PM | 18 | was manifest would cause problems for their economic modeling |
| 3:29PM | 19 | because in the fact that all of the successful businesses -- |
| 3:30PM | 20 | businesses, whether they were successful or not, were all being |
| 3:30PM | 21 | affected at the same time.  So and -- so from an economics |
| 3:30PM | 22 | point of view, there were -- there was not data available, |
| 3:30PM | 23 | there wasn't -- there weren't economists that were in a |
| 3:30PM | 24 | position to be part of this study. |
| 3:30PM | 25 | From the demographers, we are currently involved. |

DR. DIANE AUSTIN - REDIRECT

3:30PM  1   Our phase 2 study involves demographers, and the purpose is to

3:30PM  2   compare results from demography and ethnography and to

3:30PM  3   understand for the BOEM how this -- you know, the results that

3:30PM  4   were generated.

3:30PM  5            The problem for the demographers is in -- they need

3:30PM  6   data over a period before the spill and after the spill.  And

3:30PM  7   for small communities, that means that in order to make sure

3:30PM  8   that the -- the data has to be aggregated because of the size

3:30PM  9   of the communities.  So they have to go over a three-year

3:30PM  10  period.

3:30PM  11           So this year is the first year that, for instance,

3:30PM  12  the American Community Survey data will come out with three

3:31PM  13  years post spill, three years prespill, in order for them to do

3:31PM  14  that kind of an assessment.

3:31PM  15  Q.   Dr. Austin, you testified that your opinions are

3:31PM  16  generalizable if the conditions are the same.  Are there any

3:31PM  17  conditions that you believe are the same?

3:31PM  18  A.   Certainly, as I mentioned, there are claims processes that

3:31PM  19  are ongoing.  As one of the other experts reports, 30 percent

3:31PM  20  of the claims as of June 30th, 2014 have not been processed.

3:31PM  21  Q.   Finally, in your opinion, did the positive effects of the

3:31PM  22  BP actions BP asked you about on redirect -- I mean on

3:31PM  23  cross-examination fully remedy the sociocultural harms that you

3:31PM  24  identify in your report?

3:31PM  25  A.   No.  As I testified, the sociocultural harms are -- arise

OFFICIAL TRANSCRIPT

DR. DIANE AUSTIN - REDIRECT

3:31PM   1   from disparities.  And so BP did invest resources and respond

3:32PM   2   to the spill.  Many people benefited, many people did not.  It

3:32PM   3   is that disparity that generates sociocultural harms.

3:32PM   4        And among those who did not benefit from this

3:32PM   5   disaster were some of the individuals, businesses, and

3:32PM   6   communities that could least afford another blow.

3:32PM   7        MS. FIDLER:  Thank you, Dr. Austin.

3:32PM   8        I have no further questions.

3:32PM   9        THE COURT:  All right.  Thank you, ma'am.

3:32PM  10        THE WITNESS:  Thank you.

3:32PM  11        THE COURT:  All right.  All right.  It's just about

3:32PM  12   3:30.  Let's take a 15-minute recess.

3:32PM  13        THE DEPUTY CLERK:  All rise.

3:32PM  14        (WHEREUPON, the Court took a recess.)

3:50PM  15        THE DEPUTY CLERK:  All rise.

3:50PM  16        THE COURT:  All right.  Please be seated, everyone.

3:50PM  17        All right.  The government can call its next

3:50PM  18   witness.

3:50PM  19        MS. PENCAK:  Good afternoon, Your Honor.  Erica

3:50PM  20   Pencak for the United States.  The United States calls

3:50PM  21   Dr. Richard Clapp.

3:50PM  22        THE COURT:  Okay.

3:50PM  23        (WHEREUPON, **DR. RICHARD CLAPP**, having been duly

3:50PM  24   sworn, testified as follows**:)**

3:50PM  25        THE DEPUTY CLERK:  Please state your full name and

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

| 3:50PM | 1 | correct spelling for the record. |
|---|---|---|

3:50PM   1   correct spelling for the record.

3:51PM   2          **THE WITNESS:**  My name is Richard Clapp, spelled

3:51PM   3   C-L-A-P-P.

3:51PM   4          **MS. PENCAK:**  May I proceed, Your Honor?

3:51PM   5          **THE COURT:**  Yes.  There is a *Daubert* motion with

3:51PM   6   respect to this witness also?

3:51PM   7          **MS. PENCAK:**  Yes, Your Honor.  That's correct.

3:51PM   8          **THE COURT:**  And again, I've read the -- I've read the

3:51PM   9   motion, I've read the expert reports of the witness, and I'm

3:51PM   10   going to deny the motion.  But, again, of course, if there are

3:51PM   11   any particular questions that the -- that the other side feels

3:51PM   12   are objectionable beyond the expertise of this expert, they can

3:51PM   13   object as we go along.

3:51PM   14          Go ahead.  Go ahead.

3:51PM   15          **MS. PENCAK:**  Thank you, Your Honor.

3:51PM   16                **DIRECT EXAMINATION**

3:51PM   17   **BY MS. PENCAK:**

3:51PM   18   **Q.**   Dr. Clapp, what question were you asked to address in your

3:51PM   19   work in this matter?

3:51PM   20   **A.**   I was asked to evaluate the evidence of health impacts of

3:52PM   21   the *Deepwater Horizon* explosion, spill, and cleanup.

3:52PM   22   **Q.**   And what do you consider to be your expertise as it

3:52PM   23   relates to your work in this matter?

3:52PM   24   **A.**   Epidemiology and public health.

3:52PM   25   **Q.**   What is epidemiology?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:52PM   1   **A.**   It's the study of the patterns and causes of diseases in

3:52PM   2   humans.

3:52PM   3   **Q.**   Do you have a specialty within the field of epidemiology?

3:52PM   4   **A.**   Yes.

3:52PM   5   **Q.**   What's that specialty?

3:52PM   6   **A.**   Cancer epidemiology.

3:52PM   7   **Q.**   Let's take a look at your educational and professional

3:52PM   8   background.  Dr. Clapp, did you prepare a slide that describes

3:52PM   9   that background?

3:52PM  10   **A.**   Yes.

3:52PM  11        **MS. PENCAK:**  Charles, can you please pull up D-33600.

3:52PM  12   **BY MS. PENCAK:**

3:52PM  13   **Q.**   Dr. Clapp, could you please walk through your educational

3:52PM  14   background.

3:52PM  15   **A.**   I have a Bachelor's in biology from Dartmouth College, a

3:52PM  16   Master's in public health from Harvard School of Public Health,

3:52PM  17   and a Doctorate in epidemiology from Boston University.

3:52PM  18   **Q.**   Have you taken any courses related to the investigation of

3:52PM  19   long-term health effects observed in populations?

3:52PM  20   **A.**   Yes.

3:52PM  21   **Q.**   What are those classes?

3:52PM  22   **A.**   Primarily epidemiology classes, several of those over the

3:53PM  23   years.

3:53PM  24   **Q.**   Have you taken any courses related to the health effects

3:53PM  25   of exposure to hazardous substances?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:53PM    1    A.   Yes.  A course called, "Introduction to the Workplace,"

3:53PM    2    which is all about workplace or occupational exposures, and

3:53PM    3    then a number of environmental health courses which also

3:53PM    4    described, among other things, environmental hazardous

3:53PM    5    exposures.

3:53PM    6    Q.   Have you taken any courses related to mental or behavioral

3:53PM    7    health?

3:53PM    8    A.   Yeah.

3:53PM    9    Q.   Can you describe those.

3:53PM   10    A.   I took a course actually in medical school called

3:53PM   11    "Psychiatry," and then courses in public health school called

3:53PM   12    "Social and Behavioral Sciences," and actually undergraduate

3:53PM   13    psychological courses as well.

3:53PM   14    Q.   Let's talk about your professional background.  How many

3:53PM   15    years of experience do you have in the fields of epidemiology

3:53PM   16    and public health?

3:53PM   17    A.   Well, epidemiology, perhaps going back 20 or 25 years, but

3:53PM   18    public health more like 40 years.

3:53PM   19    Q.   And it says here on the slide that you have spent over

3:54PM   20    15 years teaching epidemiology and environmental health.  Are

3:54PM   21    you currently teaching?

3:54PM   22    A.   Yes.

3:54PM   23    Q.   Where do you currently teach?

3:54PM   24    A.   At Boston University School of Public Health, Harvard

3:54PM   25    School of Public Health, University of Massachusetts at Lowell,

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:54PM   1   and then occasionally at Clark University.

3:54PM   2   **Q.**   Have you taught classes on any subjects that you believe

3:54PM   3   are related to the work you did in this case?

3:54PM   4   **A.**   Yes.  Occupational epidemiology and environmental

3:54PM   5   epidemiology, in particular, and then other courses where I

3:54PM   6   have given lectures.

3:54PM   7   **Q.**   Turning back to the slide on the screen, Dr. Clapp, can

3:54PM   8   you describe your experience managing and directing local and

3:54PM   9   state-level public health programs?

3:54PM   10   **A.**   Yes.  I think the first local state -- or local public

3:54PM   11   health program actually I was involved in was in prisons in

3:54PM   12   New York City in the New York City Health Services

3:54PM   13   Administration, where I worked in the prison health program.

3:54PM   14   And then I did a similar job at the Massachusetts Department of

3:54PM   15   Public Health.  I was deputy director of prison health for the

3:54PM   16   state prisons in Massachusetts.

3:55PM   17          After that, I worked as director of a community

3:55PM   18   health and counseling center in a small city called Lynn,

3:55PM   19   Massachusetts.  I was director of the statewide childhood lead

3:55PM   20   poisoning prevention program in Massachusetts.  And subsequent

3:55PM   21   to that, director of the child -- sorry, the state cancer

3:55PM   22   registry, also in the Department of Public Health in

3:55PM   23   Massachusetts.

3:55PM   24   **Q.**   It says here you also have done some consulting work.

3:55PM   25   Could you describe that work briefly?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:55PM  1   **A.**   Briefly, it was basically two jobs, one at a consulting

3:55PM  2   company called JSI, which stands for John Snow, Incorporated,

3:55PM  3   where we, among other things, provided technical assistance to

3:55PM  4   communities concerned about toxic exposures and their health.

3:55PM  5   And then a similar job at a place called -- another nonprofit,

3:55PM  6   an environmental consulting company called Tellus Incorporated

3:55PM  7   in -- or Tellus Institute in Boston.

3:55PM  8   **Q.**   It states on the slide you've written over

3:55PM  9   70 peer-reviewed publications.  Do any of the peer-reviewed

3:55PM  10  publications you've written investigate the health effects of

3:56PM  11  exposure to substances that are constituents of crude oil or to

3:56PM  12  substances that are created during the burning of crude oil?

3:56PM  13  **A.**   Yes.

3:56PM  14  **Q.**   Could you describe those publications?

3:56PM  15  **A.**   Well, one was actually a review article reviewing the

3:56PM  16  literature about petroleum refineries and exposure to benzene

3:56PM  17  and the effects of that.  I've written a number of publications

3:56PM  18  regarding Agent Orange and its contaminant dioxin, which was

3:56PM  19  produced in the *Deepwater Horizon* response.

3:56PM  20  **Q.**   Do any of the peer-reviewed publications you've written

3:56PM  21  investigate the long-term health effects of exposure to

3:56PM  22  hazardous substances?

3:56PM  23  **A.**   Yes.

3:56PM  24  **Q.**   Can you briefly name those?

3:56PM  25  **A.**   Well, several.  But particularly, for example, studies of

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:56PM   1   workers at IBM in the United States and especially in San Jose,
3:56PM   2   California, and what IBM workers died of.  Workers at a company
3:56PM   3   where they were exposed to airborne synthetic fibers and what
3:57PM   4   their incidence of lung cancer was and a number of other
3:57PM   5   similar reports.
3:57PM   6   Q.    Do any of the peer-reviewed publications you've written
3:57PM   7   investigate the health effects of exposure to low levels of
3:57PM   8   hazardous substances?
3:57PM   9   A.    Yes.
3:57PM  10   Q.    Could you briefly describe those.
3:57PM  11   A.    Well, one, for example, was people who lived near the
3:57PM  12   General Electric plant in Pittsfield, Massachusetts, where they
3:57PM  13   were exposed to waste contaminant -- the waste transformer oil.
3:57PM  14   It was actually used as fill -- the soil that was contaminated
3:57PM  15   with transformer oil, it was used as fill in their backyards.
3:57PM  16   And some of the people in that study were exposed to low levels
3:57PM  17   of waste oil.
3:57PM  18   Q.    And do any of the peer-reviewed publications you've
3:57PM  19   written investigate mental or behavioral health issues?
3:57PM  20   A.    Yes.
3:57PM  21   Q.    Could you describe those?
3:57PM  22   A.    Well, one in particular was Gulf War veterans, the first
3:57PM  23   Persian Gulf war.  And among other things, these were veterans
3:58PM  24   who had been exposed to nerve gas; and the question was whether
3:58PM  25   their symptoms might be also due to stress.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

3:58PM   1             Another publication was looking at an aluminum

3:58PM   2    smelting factory in Washington State where one of the symptoms

3:58PM   3    that was at issue was depress -- depression.

3:58PM   4    Q.   Are any of the peer-reviewed publications you've written

3:58PM   5    cohort studies?

3:58PM   6    A.   Yes.

3:58PM   7    Q.   What is a cohort study?

3:58PM   8    A.   It's a study where you define a group of people based on

3:58PM   9    their exposure.  So, for example, it might be people who worked

3:58PM  10    at a particular plant or in a particular industry, and then you

3:58PM  11    follow them over time to see what happened to their health.

3:58PM  12    Q.   How long do you follow them over time?

3:58PM  13    A.   It depends on what it is you're studying.  But they can --

3:58PM  14    if it's a chronic disease, such as cancer, for example, those

3:58PM  15    studies may take 10, 15, 20, or more years of follow-up.

3:58PM  16    Q.   Dr. Clapp, what professional memberships do you hold?

3:58PM  17    A.   I'm a member of the Society for Epidemiologic Research,

3:59PM  18    the International Society for Environmental Epidemiology, the

3:59PM  19    American Public Health Association, and the Massachusetts

3:59PM  20    Public Health Association.

3:59PM  21    Q.   Have you received any honors or awards you feel are

3:59PM  22    relevant to your work in this case?

3:59PM  23    A.   Yes.  I think the most relevant perhaps is the

3:59PM  24    International Society for Environmental Epidemiology gave me

3:59PM  25    their Research Integrity Award in 2008.  And also the

DR. RICHARD CLAPP - DIRECT

| | | |
|---|---|---|
| 3:59PM | 1 | Occupational Health and Safety section of the American Public |
| 3:59PM | 2 | Health Association gave me a research award in 2012. |
| 3:59PM | 3 | **Q.**   Turning to your work in this case, you prepared three |
| 3:59PM | 4 | expert reports; is that correct? |
| 3:59PM | 5 | **A.**   Yes. |
| 3:59PM | 6 | **MS. PENCAK:**  Charles, could you please pull up TREXs |
| 3:59PM | 7 | 13346, 13347, and 13348. |
| 3:59PM | 8 | **BY MS. PENCAK:** |
| 3:59PM | 9 | **Q.**   Dr. Clapp, are the bases for all of your opinions and |
| 4:00PM | 10 | conclusions set forth in your three expert reports in this |
| 4:00PM | 11 | matter? |
| 4:00PM | 12 | **A.**   Yes. |
| 4:00PM | 13 | **Q.**   And do you adopt the contents of these reports as your |
| 4:00PM | 14 | testimony in this matter? |
| 4:00PM | 15 | **A.**   I do. |
| 4:00PM | 16 | **MS. PENCAK:**  Your Honor, at this time I tender |
| 4:00PM | 17 | Dr. Clapp as an expert in epidemiology and public health, and I |
| 4:00PM | 18 | would also move his expert reports into evidence. |
| 4:00PM | 19 | **THE COURT:**  All right.  Are there any questions on |
| 4:00PM | 20 | his qualifications? |
| 4:00PM | 21 | **MS. KARIS:**  Subject to our *Daubert* motion, |
| 4:00PM | 22 | Your Honor, none. |
| 4:00PM | 23 | **THE COURT:**  All right.  Thank you.  Go ahead. |
| 4:00PM | 24 | **BY MS. PENCAK:** |
| 4:00PM | 25 | **Q.**   So, Dr. Clapp, turning to your work in this case, what are |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:00PM    1    your opinions regarding the health effects of the
4:00PM    2    *Deepwater Horizon* explosion, oil spill, and response?
4:00PM    3    **A.**   Well, that there is -- there are substantial and numerous
4:00PM    4    health effects for people who were, you know, exposed in the
4:00PM    5    *Deepwater Horizon* explosion and subsequent activities.
4:00PM    6    **Q.**   What are your opinions regarding long-term health effects
4:00PM    7    of the explosion, oil spill, and response?
4:00PM    8    **A.**   Well, it's, I think, too early to say; that the long-term
4:01PM    9    effects will be observed in future studies.
4:01PM   10    **Q.**   Did you prepare a slide that summarized the elements of
4:01PM   11    your opinion?
4:01PM   12    **A.**   Yes.
4:01PM   13          **MS. PENCAK:**  Charles, could you please call up
4:01PM   14    D-33601.
4:01PM   15    **BY MS. PENCAK:**
4:01PM   16    **Q.**   Dr. Clapp, could you briefly walk through the elements of
4:01PM   17    your opinion?
4:01PM   18    **A.**   Yes.  Well, first, 11 people were killed and then many
4:01PM   19    others were injured -- injured or burned in the explosion and
4:01PM   20    the fire that occurred on the rig in April of 2010.  Thousands
4:01PM   21    of injuries and illnesses were then documented amongst cleanup
4:01PM   22    workers, volunteers, and others exposed during that time
4:01PM   23    period.
4:01PM   24          There is an ongoing study, a cohort study that's
4:01PM   25    being conducted now and will go on for several more years to

DR. RICHARD CLAPP - DIRECT

4:01PM   1   determine the long-term effects of this spill and the -- and

4:01PM   2   the aftermath.

4:01PM   3        And Dr. Cox's opinions in this matter and his

4:01PM   4   conclusions don't alter my opinion, as I've expressed it in my

4:01PM   5   reports.

4:01PM   6   Q.   Let's take a look at the first element of your opinion.

4:02PM   7        MS. PENCAK:   Charles, D-33601.1.

4:02PM   8   BY MS. PENCAK:

4:02PM   9   Q.   Dr. Clapp, what information, if any, did you review that

4:02PM   10  support this finding?

4:02PM   11  A.   I read deposition transcripts and trial testimony,

4:02PM   12  transcripts of people who were actually at -- on the rig at the

4:02PM   13  time of the explosion.  I've read a report published in the

4:02PM   14  *New England Journal of Medicine*, first author is Goldstein and

4:02PM   15  colleagues that describes this.  And also the Institute of

4:02PM   16  Medicine workshop summary from a workshop held in the summer

4:02PM   17  of -- or I guess it was in June of 2010, also refers to this

4:02PM   18  immediate effect.

4:02PM   19  Q.   What types of injuries were described in the materials you

4:02PM   20  reviewed?

4:02PM   21  A.   Well, the deaths.  And then, also, people got burns,

4:02PM   22  fractures, and what I would call massive trauma, for example,

4:02PM   23  from being blown across the room in the -- on the rig.  So a

4:02PM   24  combination of those things.

4:02PM   25  Q.   Let's take a look at the second element of your opinion.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

| | | |
|---|---|---|
| 4:02PM | 1 | **MS. PENCAK:**  Charles, D-33601.2, please. |
| 4:03PM | 2 | BY MS. PENCAK: |
| 4:03PM | 3 | **Q.**   It says on the screen: "Thousands of injuries and |
| 4:03PM | 4 | illnesses were documented amongst cleanup workers and |
| 4:03PM | 5 | volunteers during the response to the DWH oil spill." |
| 4:03PM | 6 | Dr. Clapp, did you review any information that |
| 4:03PM | 7 | supports this finding? |
| 4:03PM | 8 | **A.**   Yes, I did. |
| 4:03PM | 9 | **Q.**   And did you prepare a demonstrative to help you walk |
| 4:03PM | 10 | through the information you prepared? |
| 4:03PM | 11 | **A.**   Yes. |
| 4:03PM | 12 | **MS. PENCAK:**  Charles, D-33602, please. |
| 4:03PM | 13 | BY MS. PENCAK: |
| 4:03PM | 14 | **Q.**   Dr. Clapp, is this the demonstrative? |
| 4:03PM | 15 | **A.**   Yes. |
| 4:03PM | 16 | **Q.**   Could you walk through the information listed on this |
| 4:03PM | 17 | demonstrative? |
| 4:03PM | 18 | **A.**   The first line, the first bullet is NIOSH Health Hazard |
| 4:03PM | 19 | Evaluations.  And these reports -- there's a series of them, |
| 4:03PM | 20 | actually, that describe work -- cleanup worker injuries and |
| 4:03PM | 21 | illnesses. |
| 4:03PM | 22 | Next is a British Petroleum *Deepwater Horizon* |
| 4:03PM | 23 | incident response and recordable injury and illness data report |
| 4:03PM | 24 | that covered the time period April 22nd through December 3rd of |
| 4:03PM | 25 | 2010. |

DR. RICHARD CLAPP - DIRECT

4:03PM  1            Next was a BP Medical Encounters Database.  And then,
4:03PM  2   lastly, a status report from the *Deepwater Horizon* medical
4:04PM  3   benefits claims administrator, the one that was at least filed
4:04PM  4   last August.
4:04PM  5   Q.   Starting at the top, Dr. Clapp, what does "NIOSH" stand
4:04PM  6   for?
4:04PM  7   A.   It stands for National Institute for Occupational Safety
4:04PM  8   and Health.
4:04PM  9   Q.   And what is a Health Hazard Evaluation?
4:04PM  10  A.   These are reports that NIOSH does periodically.  They're
4:04PM  11  based on observations or measurements taken at work sites where
4:04PM  12  there was concern about health problems.
4:04PM  13  Q.   Have you reviewed NIOSH Health Hazard Evaluations prior to
4:04PM  14  your work in this case?
4:04PM  15  A.   Yes.
4:04PM  16  Q.   What is your opinion regarding the reliability of
4:04PM  17  information set forth in NIOSH HHEs?
4:04PM  18  A.   These are -- those are reliable documents in my view.
4:04PM  19  Q.   Did you prepare a slide that describes what the NIOSH HHE
4:04PM  20  in this instance entails?
4:04PM  21  A.   Yes.
4:04PM  22       MS. PENCAK:  Charles, D-33603, please.
4:04PM  23  BY MS. PENCAK:
4:04PM  24  Q.   Dr. Clapp, can you explain what NIOSH HHEs entails?
4:04PM  25  A.   This was a response to a request from British Petroleum,

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:05PM  1   actually, to investigate health hazards in a variety of work

4:05PM  2   sites in the -- in the Gulf of Mexico following the DWH spill

4:05PM  3   and response.

4:05PM  4           So the first were teams that would go actually to

4:05PM  5   places where workers were actually engaged in the cleanup or on

4:05PM  6   the shore even.  Secondly, they conducted quantitative and

4:05PM  7   qualitative data collections.  So the quantitative data

4:05PM  8   included monitoring of the air levels of various contaminants.

4:05PM  9   And the qualitative data was symptom surveys that were

4:05PM  10  administered and then compiled.

4:05PM  11          There was some quantitative analysis of the symptom

4:05PM  12  surveys, and a couple of these are in their Health Hazard

4:05PM  13  Evaluations.  And then they reported on what they saw in the

4:05PM  14  form of work practices and procedures, such as personal

4:05PM  15  protective equipment being used.

4:05PM  16          They also record -- reviewed records of people who

4:05PM  17  had been hospitalized, either fishermen or others who had been

4:06PM  18  hospitalized in the response.  And then, finally, in almost all

4:06PM  19  of these, they produced conclusions and recommendations.

4:06PM  20  Q.   Dr. Clapp, you noticed that -- you noted that NIOSH

4:06PM  21  collected air monitoring data.  What is your opinion regarding

4:06PM  22  the comprehensiveness of that data?

4:06PM  23  A.   It was not comprehensive.

4:06PM  24  Q.   What is the basis of that opinion?

4:06PM  25  A.   The -- the air monitoring data was collected at the time

DR. RICHARD CLAPP - DIRECT

4:06PM  1   of the site visit, so that might be on a particular day or a
4:06PM  2   particular short -- short time period, and it could be
4:06PM  3   different on other days or in other meteorologic conditions
4:06PM  4   than on the days that the site -- the site visit occurred.
4:06PM  5           So it wasn't comprehensive.  In fact, I don't think
4:06PM  6   NIOSH would claim that it was comprehensive.
4:06PM  7   Q.   Speaking generally right now, not necessarily about NIOSH,
4:06PM  8   are there certain types of symptoms that are associated with
4:06PM  9   human exposure to crude oil?
4:06PM  10  A.   Yes.
4:06PM  11  Q.   Did you prepare a slide to summarize those symptoms?
4:06PM  12  A.   Yes, I did.
4:07PM  13          MS. PENCAK:  Charles, could you pull up D-33604.
4:07PM  14  BY MS. PENCAK:
4:07PM  15  Q.   Dr. Clapp, what is the source of this chart we're looking
4:07PM  16  at?
4:07PM  17  A.   This is a table from the workshop summary of that
4:07PM  18  Institute of Medicine workshop that I mentioned.  So it's a
4:07PM  19  workshop entitled, "Assessing the Health Effects" -- sorry,
4:07PM  20  "Assessing the Effects of the Gulf of Mexico Spill on Human
4:07PM  21  Health:  A Summary of the June 2010 Workshop."
4:07PM  22          So this is a table from that workshop summary.
4:07PM  23  Q.   What is the Institute of Medicine?
4:07PM  24  A.   It's one of the three components of the National Academy
4:07PM  25  of Sciences.  It's the one that deals with health and public

DR. RICHARD CLAPP - DIRECT

4:07PM   1    health.

4:07PM   2    Q.    Who participated in the IOM June workshop?

4:07PM   3    A.    This workshop was public health experts, researchers who

4:07PM   4    had studied the health effects of previous oil spills and --

4:07PM   5    that was in the published literature.  The agency

4:07PM   6    representatives from a variety of government agencies and the

4:07PM   7    public all participated in this workshop.

4:08PM   8    Q.    What is your opinion regarding the reputation of the IOM?

4:08PM   9    A.    Oh, the IOM has a good reputation.  It's well respected in

4:08PM   10   the field that I'm familiar with.

4:08PM   11   Q.    What's your opinion on the reliability of information

4:08PM   12   published by the IOM?

4:08PM   13   A.    Their reports are reliable in my view.

4:08PM   14   Q.    So going back to the demonstrative on the screen, D-33604,

4:08PM   15   which for the record is a call-out from TREX-232509.066.

4:08PM   16          Dr. Clapp, what are some of the symptoms associated

4:08PM   17   with human exposure to crude oil?

4:08PM   18   A.    Well, first is the skin, dermal symptoms.  So that can

4:08PM   19   include redness, swelling, irritation, and a rash.  Next, there

4:08PM   20   are ocular -- in other words, the eyes -- which also can get,

4:08PM   21   from exposure to airborne contaminants, redness, soreness,

4:08PM   22   watering, itching of the eyes.

4:08PM   23          Respiratory effects, including cough, shortness of

4:08PM   24   breath, wheezing, those kinds of things.

4:09PM   25          And then lastly, neurological effects, which include

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:09PM   1   nausea, vomiting, headache, dizziness, confusion, weakness of

4:09PM   2   the extremities.

4:09PM   3   **Q.**   Have you reviewed other sources of information that list

4:09PM   4   symptoms associated with human exposure to crude oil?

4:09PM   5   **A.**   Yes.

4:09PM   6   **Q.**   What are those other sources?

4:09PM   7   **A.**   The article I mentioned in the *New England Journal of*

4:09PM   8   *Medicine* mentions these, the article authored by Goldstein and

4:09PM   9   coauthors.  The previously studied oil spills that are in the

4:09PM  10   published literature list all of these, actually, and different

4:09PM  11   situations as symptoms from the exposures from previous oil

4:09PM  12   spills.

4:09PM  13   **Q.**   Dr. Clapp, turning back to the NIOSH HHEs, were symptoms

4:09PM  14   associated with human exposure to crude oil reported in the

4:09PM  15   responses to NIOSH's human health surveys?

4:09PM  16   **A.**   Yes.

4:09PM  17   **Q.**   What types of symptoms associated with human exposure to

4:10PM  18   crude oil were reported in the responses to NIOSH's human

4:10PM  19   health surveys?

4:10PM  20   **A.**   All of these.  Skin -- skin symptoms, ocular symptoms,

4:10PM  21   respiratory symptoms, and neurological symptoms were all

4:10PM  22   reported in the various databases.

4:10PM  23            **MS. PENCAK:**  Charles, can you please bring up

4:10PM  24   D-33603.

         25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:10PM  1   **BY MS. PENCAK:**

4:10PM  2   **Q.**   Dr. Clapp, as you discussed before, NIOSH conducted some

4:10PM  3   quantitative analysis of the health systems surveys.  Can you

4:10PM  4   describe that analysis?

4:10PM  5   **A.**   Yes.  In particular, there was a survey that was done of

4:10PM  6   workers who had been exposed to oil or dispersants.  And they

4:10PM  7   would compare -- the prevalence of certain symptoms were

4:10PM  8   compared to the same symptoms in those not exposed.  So it was

4:10PM  9   a comparison of exposed to unexposed on specific symptoms.

4:10PM  10  **Q.**   And you used the word "prevalence."  Is this also known as

4:10PM  11  a prevalence study?

4:10PM  12  **A.**   Yes.

4:10PM  13  **Q.**   What basis -- on what basis were the workers placed into

4:10PM  14  an unexposed or exposed group?

4:10PM  15  **A.**   It was based on self-report and also where they worked,

4:11PM  16  where their jobs were located.

4:11PM  17  **Q.**   How are prevalence studies used as a tool by

4:11PM  18  epidemiologists?

4:11PM  19  **A.**   Well, they're a way of estimating risks.  I mean, there

4:11PM  20  is -- it is one of the methods used by epidemiologists to

4:11PM  21  estimate risk, either excess risk or even reduced risk in

4:11PM  22  exposed populations.

4:11PM  23  **Q.**   What did NIOSH find when it conducted its prevalence

4:11PM  24  study?

4:11PM  25  **A.**   Well, in particular, the respiratory symptoms were

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:11PM   1   significantly higher amongst those who were exposed to either

4:11PM   2   oil or dispersants in one particular analysis that they did.

4:11PM   3   Q.   All right.  Let's take a closer look at one of those

4:11PM   4   analyses.

4:11PM   5          MS. PENCAK:  Charles, can you pull up D-33605.

4:11PM   6   BY MS. PENCAK:

4:11PM   7   Q.   Dr. Clapp, what are we looking at here?

4:11PM   8   A.   This is a table from one of the NIOSH Health Hazard

4:11PM   9   Evaluation reports, and it actually lists the symptoms on the

4:11PM  10   left, the upper left.  It says either upper respiratory cough

4:11PM  11   or lower respiratory symptoms.  And this analysis lists --

4:11PM  12   focuses on lower respiratory, which they define in the footnote

4:12PM  13   as trouble breathing, shortness of breath, chest tightness, or

4:12PM  14   wheezing.

4:12PM  15          So in those who were exposed to oil -- since I have

4:12PM  16   Charles' pointer, I'm going to use it here.

4:12PM  17          Those who were exposed to oil, 12 percent had lower

4:12PM  18   respiratory symptoms.  Those who were unexposed to oil, only

4:12PM  19   4 percent had respiratory symptoms in this survey.  And so the

4:12PM  20   ratio of 12 percent divided by 4 percent is roughly 3, or 2.99,

4:12PM  21   and that's what's referred to here as a prevalence ratio.

4:12PM  22          And then in the same column, lower -- or on the same

4:12PM  23   line, lower respiratory symptoms, those who were exposed to

4:12PM  24   dispersant, 18 percent got these lower respiratory symptoms.

4:12PM  25   Those who were unexposed to dispersant, 4.7 percent had the

DR. RICHARD CLAPP - DIRECT

4:12PM  1    lower respiratory symptoms.  So that ratio of 18 divided by
4:12PM  2    4.7 is 3.76, or almost a fourfold increased prevalence in the
4:13PM  3    exposed population.
4:13PM  4    Q.   Dr. Clapp, are any of the prevalence ratios shown on this
4:13PM  5    slide statistically significant?
4:13PM  6    A.   Yes, they all are.  In this particular slide, all of them
4:13PM  7    are.
4:13PM  8    Q.   How can you tell?
4:13PM  9    A.   There's a column here called "p-value."  And then for the
4:13PM  10   oil comparison, all of the p-values are less than .01.  And
4:13PM  11   similarly for dispersant, all of the p-values are less than
4:13PM  12   .01.  And in my field, by definition, that refer -- that is
4:13PM  13   referred to as a statistically significant comparison and
4:13PM  14   finding.
4:13PM  15   Q.   And what does it mean that the -- the finding is
4:13PM  16   statistically significant?
4:13PM  17   A.   It's a way of saying the -- the likelihood -- the
4:13PM  18   likelihood that this difference could be occurred -- could have
4:13PM  19   occurred by chance is less than 1 percent.
4:13PM  20   Q.   What relevance does this prevalence study have to your
4:13PM  21   opinions in this case?
4:13PM  22   A.   Well, it supports my opinions.  It's part of the
4:13PM  23   information I take into account to say that there was
4:13PM  24   substantial evidence of health effects in the people exposed in
4:14PM  25   the *Deepwater Horizon*.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:14PM  1   **Q.**   Now, I want to be clear, are you testifying that any
4:14PM  2   specific symptom reported in NIOSH's health symptom surveys
4:14PM  3   was, in fact, caused by exposure to oil?
4:14PM  4   **A.**   No.
4:14PM  5   **Q.**   So have you drawn any conclusions about the specific cause
4:14PM  6   of any given symptom observed or reported during the response?
4:14PM  7   **A.**   No.
4:14PM  8   **Q.**   Dr. Clapp, what is your opinion about the short-term human
4:14PM  9   health effects of the spill?
4:14PM  10  **A.**   That there were substantial -- the people who were exposed
4:14PM  11  in the response work or in the cleanup showed evidence of
4:14PM  12  substantial health effects, adverse health effects.
4:14PM  13  **Q.**   How can you reach that opinion without drawing any
4:14PM  14  conclusions about the specific cause of any given symptom
4:14PM  15  observed or reported?
4:14PM  16  **A.**   I'm looking at the pattern in the groups, in the groups of
4:14PM  17  people who worked on the ships as doing, you know, immediate
4:14PM  18  response, people who worked onshore, and the pattern in the
4:15PM  19  databases that collected information about the health
4:15PM  20  consequences.
4:15PM  21       **MS. KARIS:**   Your Honor, I apologize.  But at this
4:15PM  22  time we renew our *Daubert* motion in light of testimony of
4:15PM  23  Dr. Clapp, that he cannot -- he has no opinion connecting a
4:15PM  24  single injury that was reported in these databases to the
4:15PM  25  *Deepwater Horizon* spill.  Without that connection, we believe

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:15PM   1    that Dr. Clapp's testimony should be stricken.
4:15PM   2              THE COURT:  Okay.  I'll overrule the objection.  I
4:15PM   3    don't understand that that's the point of his testimony.
4:15PM   4              Am I right about that?
4:15PM   5              THE WITNESS:  Yes.
4:15PM   6              THE COURT:  Yeah.  Okay.  Go ahead.
4:15PM   7              MS. PENCAK:  Thank you, Your Honor.
4:15PM   8              Charles, could you please pull up D-33602.
4:15PM   9    BY MS. PENCAK:
4:15PM  10    Q.   And the second bullet point here, the BP *Deepwater Horizon*
4:15PM  11    incident response and recordable injury and illness data
4:15PM  12    report, can we refer to that more briefly as the BP injury and
4:15PM  13    illness data report?
4:16PM  14    A.   Yes, please.
4:16PM  15              MS. PENCAK:  Charles, could you please pull up
4:16PM  16    TREX-12020.003, please.
4:16PM  17    BY MS. PENCAK:
4:16PM  18    Q.   Dr. Clapp, is this the -- the report?
4:16PM  19    A.   This is the cover, yes.
4:16PM  20    Q.   It says here on the screen that this information covers
4:16PM  21    occupational illnesses and injuries.  What is an occupational
4:16PM  22    illness or injury?
4:16PM  23    A.   In my field, that means something that occurred at work or
4:16PM  24    arose as a result of the things that happened at work.
4:16PM  25    Q.   What information, if any, did you find in this document

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:16PM  1    that was pertinent to your work in this case?

4:16PM  2    **A.**   Well, there were lots of examples actually, lots of

4:16PM  3    documented cases that indicate that adverse health effect.

4:16PM  4    **Q.**   In the fields of epidemiology and public health, are

4:16PM  5    symptom summary reports like this something you or your

4:16PM  6    colleagues rely on?

4:16PM  7    **A.**   Yes.

4:16PM  8    **Q.**   In what way?

4:16PM  9    **A.**   It's a way of understanding the pattern of illness in an

4:16PM  10   exposed or even a population of interest, what -- whatever they

4:16PM  11   were exposed to.  So these databases are used in other settings

4:17PM  12   as well.

4:17PM  13   **Q.**   In your work, have you relied on symptom databases in the

4:17PM  14   past?

4:17PM  15   **A.**   Yes.

4:17PM  16   **Q.**   Can you give an example?

4:17PM  17   **A.**   Well, I mentioned before, the Gulf War illnesses --

4:17PM  18   Gulf War veterans.  There was a database like this of Gulf War

4:17PM  19   illnesses collected by the Veterans Administration that I and

4:17PM  20   my colleagues looked at and relied upon.

4:17PM  21          Similarly, Agent Orange exposed Vietnam veterans.

4:17PM  22   There were, you know, databases collected by the VA -- or data

4:17PM  23   collected by the VA of people with illnesses that they

4:17PM  24   considered were potentially related to Agent Orange.

4:17PM  25   **Q.**   And what's your opinion regarding the reliability of such

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:17PM   1   databases or reports compiling information of such databases?

4:17PM   2   A.   Well, it's certainly reliable information and one takes

4:17PM   3   those into account in perhaps doing further studies.

4:17PM   4   Q.   Let's take a look at some of the injuries and illnesses

4:18PM   5   described in this report.

4:18PM   6        MS. PENCAK:   Charles, could you please turn to

4:18PM   7   TREX-12020.041, please.   Is there a way to blow that up to make

4:18PM   8   it a little less blurry?

4:18PM   9   BY MS. PENCAK:

4:18PM  10   Q.   I apologize for the quality.   This is another deposition

4:18PM  11   exhibit that's been scanned a few times.

4:18PM  12        Dr. Clapp, could you -- what is the title of this

4:18PM  13   slide we're looking at?

4:18PM  14   A.   The title is "Medical Treatment, Restricted Duty and Days

4:18PM  15   Away from Work, Recordable Incidents," and this looks like all

4:18PM  16   from July 10th.

4:18PM  17   Q.   And if you can read on the screen in front of you, if the

4:18PM  18   print is good enough, can you just describe a few of the

4:18PM  19   injuries and illnesses on this slide?

4:18PM  20   A.   Oh, I'll just read it.   I think the third entry says,

4:18PM  21   "Worker slipped and fell on oil covered stem of vessel," and

4:18PM  22   then "pain in left arm and neck."   And the treatment he

4:18PM  23   received were -- he was -- his arm put in a splint, wrapped

4:19PM  24   with an ACE bandage, transported to the hospital.   And his arm

4:19PM  25   was -- his arm was fractured.

DR. RICHARD CLAPP - DIRECT

4:19PM  1        Going down another three or four, there's a person

4:19PM  2   who had heat stress, nausea, vomiting, dehydration.  And that

4:19PM  3   person's treatment included IV, which I think means intravenous

4:19PM  4   fluids, and cooling pack.

4:19PM  5        Further down, there was a worker who was -- had rapid

4:19PM  6   progression of heart-related illness, clammy, chills,

4:19PM  7   disoriented.  He was transported to the hospital and also got

4:19PM  8   intravenous fluids, and on with that.

4:19PM  9   Q.   I know the print is bad, but is that heat-related illness,

4:19PM  10  not heart?

4:19PM  11  A.   Yes.

4:19PM  12  Q.   Not heart-related --

4:19PM  13  A.   Yes.  That's what it said, rapid progression of

4:19PM  14  heat-related illness, clammy, chills, disoriented.

4:19PM  15  Q.   And then let's just briefly take a look at one more page.

4:19PM  16       MS. PENCAK:  Charles, can you pull up TREX-12020.066.

4:20PM  17  And if you can blow that up just a little bit.

4:20PM  18  BY MS. PENCAK:

4:20PM  19  Q.   Dr. Clapp, can you walk through just a few of the injuries

4:20PM  20  and illnesses reported on this page?

4:20PM  21  A.   Yes.  Here I think -- oh, what is it?  The fourth one

4:20PM  22  down, it's a person who was cutting rope on a boom, a wave hit

4:20PM  23  the boat, his knife slipped, his or her knife slipped and the

4:20PM  24  worker was stabbed in the arm.  Then the treatment was pressure

4:20PM  25  bandage, transported to medical center, and IV.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:20PM   1              And, again, further down, a little below the middle
4:20PM   2    of that, there is another nausea, vomiting, headache, dizziness
4:20PM   3    entry, and there the treatment was oxygen.  And a similar
4:20PM   4    combination of, I would say, symptoms and injuries are reported
4:20PM   5    on this page.
4:20PM   6    Q.   We just looked at injuries and symptoms that were reported
4:20PM   7    on a few days during the response.  Were the types of injuries
4:20PM   8    you've just testified about reported on other days during the
4:21PM   9    spill?
4:21PM  10    A.   Yes.
4:21PM  11    Q.   Dr. Clapp, were any of the symptoms you saw reported in
4:21PM  12    the BP injury and illness data report symptoms that are
4:21PM  13    associated with exposure to crude oil?
4:21PM  14    A.   Yes.
4:21PM  15    Q.   Can you give some examples just using the page that's
4:21PM  16    still up on the screen?
4:21PM  17    A.   Well, nausea, vomiting, headache, dizziness, those are all
4:21PM  18    symptoms, as we've seen from the previous summary, that are
4:21PM  19    related to exposure to oil.
4:21PM  20              It looks like the eyes in this instance on the
4:21PM  21    bottom -- the line at the bottom is from sand.  So that's not
4:21PM  22    specifically to -- to oil.  Those are the ones that I can see.
4:21PM  23    The others on this page are more injuries.
4:21PM  24    Q.   What relevance does the BP injury and illness data report
4:21PM  25    have to your opinions in this case?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:21PM  1   A.   Well, it's certainly one of the databases that I take into
4:21PM  2   account.  And I think it does document numerous illnesses and
4:21PM  3   injuries in people exposed during the response.
4:22PM  4              MS. PENCAK:  Charles, D-33602, please.
4:22PM  5   BY MS. PENCAK:
4:22PM  6   Q.   Dr. Clapp, the third item on this list of information you
4:22PM  7   reviewed is the BP Medical Encounters Database.  What is the BP
4:22PM  8   Medical Encounters Database?
4:22PM  9   A.   This is a compilation of information at BP clinics that
4:22PM  10  were compiled by people who visited or compiled, I believe, by
4:22PM  11  medics who worked in these BP clinics, but it was people who
4:22PM  12  visited those clinics over a time period.
4:22PM  13  Q.   What are some of the symptoms you saw in the Medical
4:22PM  14  Encounters Database?
4:22PM  15  A.   These same types of symptoms:  neurological effects such
4:22PM  16  as dizziness, lightheadedness, respiratory effects, cough,
4:22PM  17  upper respiratory irritation, skin rashes.  All of that was
4:22PM  18  recorded in the Medical Encounters Database.
4:22PM  19  Q.   Let's take a look at the Medical Encounters Database for
4:22PM  20  just a moment.
4:22PM  21             MS. PENCAK:  And for the record, Your Honor, I'll let
4:22PM  22  you know that a few of the columns have been hidden in order
4:22PM  23  to, out of an abundance of caution, protect personal privacy.
4:23PM  24             Charles, can you please pull up TREX-230437 NR.
        25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:23PM 1   BY MS. PENCAK:

4:23PM 2   Q.   Dr. Clapp, is that the Medical Encounters Database with

4:23PM 3   some of the columns redacted?

4:23PM 4   A.   Yes.

4:23PM 5   Q.   And is there a way of telling from this database whether

4:23PM 6   or not the symptoms reported are occupational?

4:23PM 7   A.   Yes.

4:23PM 8   Q.   How do you use this database to find that out?

4:23PM 9   A.   There's a column where that is entered.  It's either yes

4:23PM 10  or no, occupational.

4:23PM 11           MS. PENCAK:  Charles, you can pull down this TREX.

4:23PM 12  BY MS. PENCAK:

4:23PM 13  Q.   Dr. Clapp, what relevance does the Medical Encounters

4:23PM 14  Database have to your opinions in this case?

4:23PM 15  A.   Well, this also supports my opinion that there's

4:23PM 16  considerable evidence of adverse health effects in people who

4:23PM 17  were exposed during the *Deepwater Horizon* spill and the

4:23PM 18  aftermath.

4:23PM 19           MS. PENCAK:  Charles, sorry, we're already there.

4:24PM 20  BY MS. PENCAK:

4:24PM 21  Q.   Dr. Clapp, you also note that you reviewed the status

4:24PM 22  report from the *Deepwater Horizon* Medical Benefits Settlement

4:24PM 23  claims administrator.  Is that correct?

4:24PM 24  A.   Yes.

4:24PM 25           MS. PENCAK:  Charles, can you please pull up

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:24PM   1    TREX-232524.

4:24PM   2    **BY MS. PENCAK:**

4:24PM   3    **Q.**    Dr. Clapp, is this the status report that you reviewed or

4:24PM   4    the first page of it, at least?

4:24PM   5    **A.**    Yes.

4:24PM   6    **Q.**    What relevance does the status report from the *Deepwater*

4:24PM   7    *Horizon* Medical Benefits Settlement claims administrator have

4:24PM   8    to your opinions?

4:24PM   9    **A.**    Again, it provides evidence that people are already being

4:24PM  10    compensated for claims that were described in this process as

4:24PM  11    having occurred within 72 hours, for example, of the *Deepwater*

4:24PM  12    *Horizon* event.

4:24PM  13    **Q.**    Now, Dr. Clapp, you also reviewed peer-reviewed literature

4:24PM  14    about prior spills; correct?

4:24PM  15    **A.**    Yes.

4:24PM  16    **Q.**    Why did you review that peer-reviewed literature?

4:24PM  17    **A.**    I thought it would be important to know what had been seen

4:24PM  18    in previous spills where people were exposed to oil from an

4:24PM  19    accident at sea.

4:24PM  20    **Q.**    Are there differences between those prior oil spills and

4:25PM  21    this spill?

4:25PM  22    **A.**    Yes.

4:25PM  23    **Q.**    What impact do those differences have, in your opinion, on

4:25PM  24    the applicability of that peer-reviewed literature on prior oil

4:25PM  25    spills to an assessment of this spill?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:25PM  1   **A.**   The differences did not render the prior oil spills

4:25PM  2   inapplicable and the lessons learned in the prior oil spills

4:25PM  3   inapplicable, even though the conditions themselves may have

4:25PM  4   been somewhat different.

4:25PM  5   **Q.**   Continuing on with the elements of your opinion --

4:25PM  6          **MS. PENCAK:**  Charles, can you pull up D-33600.3,

4:25PM  7   please.

4:25PM  8   **BY MS. PENCAK:**

4:25PM  9   **Q.**   Dr. Clapp, this third element of your opinion is that

4:25PM  10  ongoing work is being conducted to determine the long-term

4:25PM  11  impact of the spill on human health and it is premature to draw

4:25PM  12  conclusions about the long-term impacts at this time.

4:25PM  13         Can you explain about the ongoing work that is being

4:25PM  14  conducted?

4:25PM  15  **A.**   Yes.  There is a cohort study, a large one, actually, of

4:25PM  16  30,000 people or more that is being conducted by a federal

4:25PM  17  agency called the National Institute of Environmental Health

4:26PM  18  Sciences.

4:26PM  19         The people who have been enrolled in this study have

4:26PM  20  already -- many of them had home visits, have given biological

4:26PM  21  samples, and will be followed for another ten years or another

4:26PM  22  five years.  We're not quite halfway through the initial plan

4:26PM  23  for the length of this particular cohort study.  But it's still

4:26PM  24  not quite half -- half finished.

4:26PM  25  **Q.**   So what is the initial plan for the length of the cohort

DR. RICHARD CLAPP - DIRECT

4:26PM   1    study?

4:26PM   2    A.    The initial plan is for ten years.

4:26PM   3    Q.    Dr. Clapp, have you read the report submitted by BP's

4:26PM   4    expert, Dr. Cox, in this matter?

4:26PM   5    A.    Yes.

4:26PM   6          MS. PENCAK:   Charles, D-33604, please.

4:26PM   7    BY MS. PENCAK:

4:26PM   8    Q.    Dr. Clapp, what's the final element of your opinion listed

4:26PM   9    on this slide?

4:26PM  10    A.    Well, Dr. Cox's opinions and conclusions have not altered

4:26PM  11    mine in this matter in that this -- *this Deepwater Horizon*

4:26PM  12    explosion, spill, and the response resulted in substantial

4:26PM  13    human health impact.

4:26PM  14    Q.    Does Dr. Cox draw any conclusions regarding the long-term

4:27PM  15    impacts of the spill?

4:27PM  16    A.    He says the long-term impacts of the spill are unlikely.

4:27PM  17          MS. PENCAK:   Just for the record, I said the

4:27PM  18    demonstrative number wrong.  This is D-33601.4 that we're

4:27PM  19    looking at.

4:27PM  20    BY MS. PENCAK:

4:27PM  21    Q.    Dr. Clapp, what is your opinion regarding Dr. Cox's

4:27PM  22    conclusions regarding long-term effects?

4:27PM  23    A.    I don't think they're correct.

4:27PM  24    Q.    Why is that?

4:27PM  25    A.    Well, I think it's premature to have such an opinion,

DR. RICHARD CLAPP - DIRECT

4:27PM  1  actually, that they were unlikely -- that it would be unlikely
4:27PM  2  that there would be any effects.  We're still looking.
4:27PM  3  Q.   Does Dr. Cox draw any conclusions regarding the likelihood
4:27PM  4  of adverse health effects due to inhalation exposure to oil or
4:27PM  5  dispersants during the spill and response?
4:27PM  6  A.   Yes.
4:27PM  7  Q.   What are those conclusions?
4:27PM  8  A.   Again, I think that they're unlikely.
4:27PM  9  Q.   And do you agree with that conclusion?
4:27PM  10  A.   No.
4:27PM  11  Q.   What is the methodology that Dr. Cox relies upon to form
4:28PM  12  that conclusion?
4:28PM  13  A.   He conducted what he called a risk assessment, and in
4:28PM  14  that, he relied on something called benchmark levels or
4:28PM  15  benchmark doses.
4:28PM  16  Q.   And how does he define a benchmark dose?
4:28PM  17  A.   A level below which no adverse human health impact is
4:28PM  18  likely to occur.
4:28PM  19  Q.   And do you agree that benchmark doses, those that Dr. Cox
4:28PM  20  relied upon, are levels below which no adverse health effects
4:28PM  21  are expected?
4:28PM  22  A.   No.
4:28PM  23  Q.   Based on the data you reviewed, do you agree with Dr. Cox
4:28PM  24  that most air measurements taken during the response were below
4:28PM  25  the benchmarks used by Dr. Cox?

DR. RICHARD CLAPP - DIRECT

4:28PM  1   **A.**   Yes.

4:28PM  2   **Q.**   What is your opinion regarding the health effects of

4:28PM  3   exposure to components of crude oil at levels below the

4:28PM  4   benchmarks used by Dr. Cox in his report?

4:28PM  5   **A.**   It's my opinion that they can still occur.

4:28PM  6   **Q.**   What's the basis for that opinion?

4:28PM  7   **A.**   That there are, in any population, susceptible subgroups

4:29PM  8   and people who are, for example, stressed from other conditions

4:29PM  9   that were in their lives at the time.  And also that there are

4:29PM  10  some particular exposures, like, to benzene, which is a known

4:29PM  11  human carcinogen, where there's no safe level.  There's no

4:29PM  12  benchmark level that would adequately protect all future health

4:29PM  13  events.

4:29PM  14  **Q.**   What do you mean by "no safe level"?

4:29PM  15  **A.**   That any exposure to that chemical -- benzene, in

4:29PM  16  particular -- above zero, can cause an adverse health effect.

4:29PM  17  **Q.**   And what is the basis for -- what is your basis for that

4:29PM  18  opinion?

4:29PM  19  **A.**   Two things.  There's an EPA guidance document which -- for

4:29PM  20  benzene which suggests that the dose response for benzene

4:29PM  21  exposure is linear, and that means that it just goes up with

4:29PM  22  any increasing dose from zero.  So that's guidance that the EPA

4:29PM  23  uses.

4:30PM  24        Also, there's a journal article by, I think, one of

4:30PM  25  the country's most -- foremost experts on how benzene affects

DR. RICHARD CLAPP - DIRECT

4:30PM   1   the human body -- his name is Martin Smith -- where he says the

4:30PM   2   same thing, there is no safe level of benzene.

4:30PM   3        MS. PENCAK:  Charles, could you please pull up

4:30PM   4   TREX-13108.

4:30PM   5   BY MS. PENCAK:

4:30PM   6   Q.   Dr. Clapp, is this the first page of the EPA guidance you

4:30PM   7   just mentioned?

4:30PM   8   A.   Yes.

4:30PM   9        MS. PENCAK:  And, Charles, could you please call up

4:30PM  10   TREX-233329.

4:30PM  11   BY MS. PENCAK:

4:30PM  12   Q.   Dr. Clapp, is this the first page of the Martin Smith

4:30PM  13   article you just mentioned?

4:30PM  14   A.   Yes, it is.

4:31PM  15   Q.   Dr. Clapp, does Dr. Cox draw any conclusions regarding the

4:31PM  16   likelihood of adverse health effects due to dermal exposure to

4:31PM  17   oil or dispersant during the spill and response?

4:31PM  18   A.   Yes, he does.

4:31PM  19   Q.   What is his conclusion?

4:31PM  20   A.   That they're unlikely, and I actually think he even says

4:31PM  21   that because of personal protection equipment, there may be no

4:31PM  22   dermal effects.

4:31PM  23   Q.   Do you agree with that?

4:31PM  24   A.   No.

4:31PM  25   Q.   Why not?

DR. RICHARD CLAPP - DIRECT

4:31PM   1   A.   There's ample evidence of -- of dermal exposures and the

4:31PM   2   kinds of effects that one would expect from oil exposures in

4:31PM   3   these databases that we've been discussing.  And also, we have

4:31PM   4   photographs of people doing cleanup work where they were not

4:31PM   5   adequately protected and their skin was not adequately

4:31PM   6   protected.

4:31PM   7        MS. PENCAK:  Charles, could you please pull up

4:31PM   8   TREX-231739.

4:31PM   9   BY MS. PENCAK:

4:31PM  10   Q.   Dr. Clapp, is this one of the photos you were referring

4:31PM  11   to?

4:31PM  12   A.   Yes.

4:32PM  13   Q.   Could you explain what we're looking at here?

4:32PM  14   A.   Yes.  This is two women cleaning a bird, and one is

4:32PM  15   holding the bird's beak and doesn't have gloves; the other

4:32PM  16   woman does.  And neither of them has long clothes -- or long

4:32PM  17   sleeves, I should say, or long pants.

4:32PM  18        There are two other people on this slide who just

4:32PM  19   seem to be observing, so I can't tell whether they should have

4:32PM  20   been wearing personal protective equipment or not.  But the

4:32PM  21   woman holding the bird -- holding the bird's beak certainly

4:32PM  22   should have.

4:32PM  23        MS. PENCAK:  Charles, can you please pull up

4:32PM  24   TREX-12621.

        25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - DIRECT

4:32PM   1  **BY MS. PENCAK:**

4:32PM   2  Q.   Dr. Clapp, is this another one of the photos you were

4:32PM   3  referring to?

4:32PM   4  A.   Yes.

4:32PM   5  Q.   Can you describe what we're looking at here?

4:32PM   6  A.   Well, here it looks like a man is dropping some kind of

4:32PM   7  solution on the bird's feet, without gloves.  And then the

4:32PM   8  woman who is holding the bird does have gloves, but it looks as

4:32PM   9  though there are some sort of smears on her right leg.

4:33PM  10  Q.   Dr. Clapp, did NIOSH make any conclusions about PPEs

4:33PM  11  during their response?

4:33PM  12  A.   Yes.

4:33PM  13  Q.   What were those conclusions?

4:33PM  14  A.   Well, they concluded that it was used appropriately in

4:33PM  15  many instances but that it was not always used.

4:33PM  16  Q.   Switching topics for just a few questions.

4:33PM  17          Dr. Clapp, what is biomonitoring?

4:33PM  18  A.   That refers to the collecting of biological specimens.

4:33PM  19  Usually it's blood or urine.

4:33PM  20  Q.   Was biomonitoring conducted by BP or federal agencies

4:33PM  21  during the response?

4:33PM  22  A.   No.

4:33PM  23  Q.   What is your opinion regarding the implications, if any,

4:33PM  24  of the absence of biomonitoring during the response?

4:33PM  25  A.   It's going to -- it's going to make it more difficult to

DR. RICHARD CLAPP - DIRECT

4:33PM  1    accurately characterize exposure.  And it also will have
4:33PM  2    implications for the cohort study and, again, the inability to
4:33PM  3    fully characterize exposure.
4:33PM  4    **Q.**   Did Dr. Cox rely on any -- did Dr. Cox rely on any
4:33PM  5    biomonitoring data in forming his conclusions?
4:33PM  6    **A.**   No.
4:33PM  7    **Q.**   Does Dr. Cox criticize you for not conducting a risk
4:34PM  8    assessment in this case?
4:34PM  9    **A.**   Yes.
4:34PM  10   **Q.**   What is your opinion regarding the necessity of conducting
4:34PM  11   a risk assessment to answer the question you were asked to
4:34PM  12   address here?
4:34PM  13   **A.**   It doesn't affect my ability to answer the question I was
4:34PM  14   asked.  It isn't necessary for that purpose.
4:34PM  15   **Q.**   Why not?
4:34PM  16   **A.**   Well, there's -- in the databases that we've been
4:34PM  17   discussing, there's ample evidence that there were health
4:34PM  18   impacts and people were either going to clinics or being
4:34PM  19   admitted to the hospital or getting IVs.  That, you don't need
4:34PM  20   a risk assessment to produce.  It's already been -- it's
4:34PM  21   already occurred, and the databases summarize that.
4:34PM  22          **MS. PENCAK:**  Thank you.
4:34PM  23              No further questions for this witness at this
4:34PM  24   time, Your Honor.
4:34PM  25          **THE COURT:**  All right.  Okay.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:34PM   1            **MS. KARIS:**  May I proceed, Your Honor?

4:34PM   2            **THE COURT:**  Yes.

4:34PM   3                        **CROSS-EXAMINATION**

4:34PM   4   BY MS. KARIS:

4:35PM   5   **Q.**   Hariklia Karis for BP.  And, Dr. Clapp, for the record, I

4:35PM   6   have you on cross-examination.

4:35PM   7            Dr. Clapp, you are not a medical doctor; correct?

4:35PM   8   **A.**   Correct.

4:35PM   9   **Q.**   You are not licensed to evaluate or treat patients for

4:35PM  10   medical conditions; correct?

4:35PM  11   **A.**   Correct.

4:35PM  12   **Q.**   You're not board-certified in any medical specialty;

4:35PM  13   correct?

4:35PM  14   **A.**   Correct.

4:35PM  15   **Q.**   And you are also not a toxicologist; correct?

4:35PM  16   **A.**   Correct.

4:35PM  17   **Q.**   You spoke about Dr. Cox.  You're aware that he is a

4:35PM  18   board-certified toxicologist; correct?

4:35PM  19   **A.**   I recall that on his CV, yes.

4:35PM  20   **Q.**   And he is also a board-certified physician; correct?

4:36PM  21   **A.**   As I recall, yes.

4:36PM  22   **Q.**   You spoke about your prior experience.  And to be clear,

4:36PM  23   you have no prior experience assessing the potential toxicity

4:36PM  24   of oil or oil constituents following an oil spill; correct?

4:36PM  25   **A.**   Not of this type, correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:36PM   1   **Q.**   You have no prior experience assessing the potential
4:36PM   2   toxicity of dispersants or constituents of dispersants
4:36PM   3   following an oil spill; correct?
4:36PM   4   **A.**   Correct.
4:36PM   5   **Q.**   You have no experience assessing potential human exposure
4:36PM   6   to weathered oil or its constituents following a marine oil
4:36PM   7   spill; correct?
4:36PM   8   **A.**   Correct.
4:36PM   9   **Q.**   You have no experience assessing potential human exposure
4:36PM  10   to volatile organic compounds, or VOCs, after a marine oil
4:37PM  11   spill; correct?
4:37PM  12   **A.**   Correct.
4:37PM  13   **Q.**   And the same is true, with no experience for assessing
4:37PM  14   potential human exposures to polycyclic aromatic hydrocarbons,
4:37PM  15   PAHs as they're referred to, correct, following a marine oil
4:37PM  16   spill?
4:37PM  17   **A.**   Well, with that addition, yes, correct.
4:37PM  18   **Q.**   You have no experience assessing any acute health
4:37PM  19   conditions from potential exposure to oil or oil constituents
4:37PM  20   following a marine oil spill; correct?
4:37PM  21   **A.**   Correct.
4:37PM  22   **Q.**   And the same is true with respect to chronic health
4:37PM  23   conditions; correct?  No prior experience following a marine
4:37PM  24   oil spill?
4:37PM  25   **A.**   With respect to chronic conditions, that's correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| 4:37PM | 1 | **Q.**   Dr. Clapp, it's correct that you have no experience |
| 4:37PM | 2 | assessing any potential human health impacts to workers or to |
| 4:38PM | 3 | communities following a marine oil spill; correct? |
| 4:38PM | 4 | **A.**   Not an ocean spill such as this, no. |
| 4:38PM | 5 | **Q.**   Now, I noticed in your direct exam you didn't speak much |
| 4:38PM | 6 | of mental health; but in the reports that were put into the |
| 4:38PM | 7 | record, you have some opinions on mental health.  And I want to |
| 4:38PM | 8 | be clear, although you speak in your report about mental |
| 4:38PM | 9 | health, you are not an expert in mental health generally; |
| 4:38PM | 10 | correct? |
| 4:38PM | 11 | **A.**   Well, I understand that it's the Court who decides who's |
| 4:38PM | 12 | an expert.  I don't hold myself to be an expert in mental |
| 4:38PM | 13 | health as I sit here. |
| 4:38PM | 14 | **Q.**   And you don't hold yourself out to be an expert in |
| 4:38PM | 15 | psychiatry or psychology; correct? |
| 4:38PM | 16 | **A.**   Correct. |
| 4:38PM | 17 | **Q.**   In fact, you've never diagnosed any patient with any |
| 4:38PM | 18 | mental health condition; correct? |
| 4:38PM | 19 | **A.**   Correct. |
| 4:38PM | 20 | **Q.**   You have never conducted any research regarding |
| 4:38PM | 21 | individuals or community responses to disasters or highly |
| 4:39PM | 22 | stressful events, have you? |
| 4:39PM | 23 | **A.**   The Gulf War illnesses, I think, were an example of a |
| 4:39PM | 24 | highly stressful event, people were exposed to a nerve gas |
| 4:39PM | 25 | explosion. |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:39PM   1   Q.   Let me make sure I asked the correct question.  You have
4:39PM   2   no experience conducting research regarding individuals or
4:39PM   3   community responses to disasters in highly stressful events;
4:39PM   4   correct?
4:39PM   5   A.   Well, again, the individuals were U.S. veterans who were
4:39PM   6   exposed to a highly stressful event, so I think it does apply.
4:39PM   7   Q.   All right.  Then if we can now look at your deposition.
4:39PM   8            MS. KARIS:  Page 48, line 1 through 8, please.
4:39PM   9            I'm sorry.  49, line 1 through 8.
4:40PM  10   BY MS. KARIS:
4:40PM  11   Q.   You were asked:
4:40PM  12            "QUESTION:  You've never conducted research regarding
4:40PM  13        individual and community responses to disasters and highly
4:40PM  14        stressful events, have you?"
4:40PM  15            And then you say:
4:40PM  16            "ANSWER:  The question was specifically about
4:40PM  17        research, had I conducted research.  The answer is no."
4:40PM  18            Correct?
4:40PM  19   A.   Yes.  There I responded -- referring particularly to
4:40PM  20   communities.
4:40PM  21   Q.   You are not an industrial hygienist?
4:40PM  22   A.   I am not.
4:40PM  23   Q.   And you've never evaluated safety programs for workers;
4:40PM  24   correct?
4:40PM  25   A.   No, correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:40PM  1   **Q.**   Now, you just testified you're not a toxicologist.  Is it

4:40PM  2   correct that in connection with rendering your opinions in this

4:40PM  3   case, you did not consult with any toxicologist prior to

4:40PM  4   issuing your report?

4:40PM  5   **A.**   It's true I didn't consult with any toxicologist.  I read

4:41PM  6   the toxicological literature.  In fact, I refer to several

4:41PM  7   articles in the toxicological literature in my reports.

4:41PM  8   **Q.**   We'll get to that toxicological literature.  But with

4:41PM  9   respect to consulting with any toxicologist, you did not

4:41PM  10  consult with anyone; correct?

4:41PM  11  **A.**   Correct.

4:41PM  12  **Q.**   And there's extensive sampling -- toxicological sampling,

4:41PM  13  air monitoring, water sampling -- that was done in this case;

4:41PM  14  correct?

4:41PM  15  **A.**   Yes.  And I refer to that, and I think I even refer to

4:41PM  16  Dr. Cox's summary of that.

4:41PM  17  **Q.**   And you did not speak to any toxicologist about sampling

4:41PM  18  that was done specifically following the *Deepwater Horizon*

4:41PM  19  spill; correct?

4:41PM  20  **A.**   Correct.

4:41PM  21  **Q.**   And while you render -- you have in your expert report

4:41PM  22  opinions about mental health, similarly, you did not consult

4:41PM  23  with any mental health experts in reaching your opinions in

4:42PM  24  this case; correct?

4:42PM  25  **A.**   Correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:42PM  1   **Q.**   I heard you testify on direct that you did not conduct a

4:42PM  2   risk assessment.  Correct?

4:42PM  3   **A.**   Correct.

4:42PM  4   **Q.**   And you referenced Dr. Cox just a minute ago.  You're

4:42PM  5   aware that Dr. Cox did conduct a risk assessment; correct?

4:42PM  6   **A.**   I am aware that he did something he called a risk

4:42PM  7   assessment, yes.

4:42PM  8   **Q.**   And you would agree with me that toxicologists are

4:42PM  9   typically the discipline who do risk assessments; correct?

4:42PM  10  **A.**   Yes.

4:42PM  11  **Q.**   Now, you said that you reviewed publically available data.

4:42PM  12  And you focused on literature, if I understood you correctly.

4:43PM  13  **A.**   Well, I looked at databases that were part of the

4:43PM  14  materials for this matter and then previously published

4:43PM  15  peer-reviewed literature.

4:43PM  16  **Q.**   And let's be clear when you reviewed databases.  When you

4:43PM  17  issued your opinions in this case on August 15th, the opinions

4:43PM  18  that we saw -- not the rebuttal opinions, but the initial

4:43PM  19  opinions -- you issued those opinions without having reviewed

4:43PM  20  any of the data on the publically available databases; correct?

4:43PM  21  **A.**   Could you tell me what you mean by "publically available

4:43PM  22  databases"?

4:43PM  23          **MS. KARIS:**  Sure.  Let's pull up D-353 -- I'm sorry,

4:43PM  24  35270.

        25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:43PM  1  **BY MS. KARIS:**
4:43PM  2  **Q.**   Dr. Clapp, you're aware that numerous U.S. federal
4:43PM  3  agencies and various entities of the government performed
4:43PM  4  environmental sampling and monitoring for potential human
4:44PM  5  health effects following the *Deepwater Horizon* spill; correct?
4:44PM  6  **A.**   Yes.
4:44PM  7  **Q.**   And I have here just a smattering -- a sample of some of
4:44PM  8  the testing that was done.  And to be clear, some of the
4:44PM  9  agencies that conducted air sampling and other monitoring
4:44PM  10  testing -- and testing included OSHA; correct?
4:44PM  11  **A.**   Yes.
4:44PM  12  **Q.**   NIOSH; correct?
4:44PM  13  **A.**   Yes.
4:44PM  14  **Q.**   And that would be the National Institute for Occupational
4:44PM  15  Safety and Health; correct?
4:44PM  16  **A.**   Yes.
4:44PM  17  **Q.**   And OSHA, to go back, is the Occupational Safety and
4:44PM  18  Health Administration; correct?
4:44PM  19  **A.**   Correct.
4:44PM  20  **Q.**   The EPA conducted some, the Environmental Protection
4:44PM  21  Agency; correct?
4:44PM  22  **A.**   Yes.
4:44PM  23  **Q.**   You see at the bottom there OSAT, Operational Science
4:44PM  24  Advisory Team.  They conducted some sampling as well; correct?
4:44PM  25  **A.**   Correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:44PM 1    Q.    And prior to issuing your opinions in this case, you had
4:44PM 2    not reviewed any of that data and analysis, in -- on
4:44PM 3    August 15th of 2014, in connection with this case; correct?
4:45PM 4    A.    I had reviewed some of the materials that were in the
4:45PM 5    database provided to me by attorneys for the Department of
4:45PM 6    Justice.  I can't speak to all of these that are listed on this
4:45PM 7    chart that you have up on the table -- or on the screen, but
4:45PM 8    some.
4:45PM 9    Q.    Okay.  We'll get to that in a minute.
4:45PM 10          BP also conducted sampling and testing; correct?
4:45PM 11   A.    Yes.
4:45PM 12   Q.    And you would agree with me, in total, there is over
4:45PM 13   1.4 million pieces of data that has been analyzed from sampling
4:45PM 14   that has been conducted following the *Deepwater Horizon* oil
4:45PM 15   spill from the relevant area; correct?
4:45PM 16   A.    The way you put that it was interesting.  "Pieces of data"
4:45PM 17   is correct, as I understand it.  And I understand this from
4:45PM 18   Dr. Cox's report, actually, not from my own counting of the
4:45PM 19   pieces of data.
4:46PM 20   Q.    I understand.  But you had access to every single piece of
4:46PM 21   data on any one of these databases; correct?
4:46PM 22   A.    Potentially, I suppose.  It wasn't pertinent to my opinion
4:46PM 23   in this matter.
4:46PM 24   Q.    You're aware that Dr. Cox has actually looked at that
4:46PM 25   data, including all of those pieces of analyses, the

DR. RICHARD CLAPP - CROSS

4:46PM  1  1.4 million pieces of analyses; correct?

4:46PM  2  A.   You know, I haven't actually heard him say that he looked

4:46PM  3  at 1.4 million pieces of data in any of his reports.  But he

4:46PM  4  has provided a summary of it, which I have looked at.

4:46PM  5  Q.   Did you look at what Dr. Cox said about his review of this

4:46PM  6  data?

4:46PM  7  A.   Yes.

4:46PM  8  Q.   And he relied on this data in rendering his opinions in

4:46PM  9  this case; correct?

4:46PM  10  A.   He did, for his opinions, yes.

4:46PM  11  Q.   And you criticized some of his opinions in this case;

4:46PM  12  correct?

4:46PM  13  A.   I did.

4:46PM  14  Q.   And you're not sure what data he looked at in rendering

4:46PM  15  those opinions, how much of this 1.4 million piece of analysis

4:46PM  16  he looked at; correct?

4:46PM  17  A.   Correct.  I'm not sure how much of the 1.4 million pieces

4:47PM  18  of data he looked at.

4:47PM  19  Q.   And to be clear, Dr. Clapp, this data included

4:47PM  20  occupational exposure data; correct?

4:47PM  21  A.   Yes.

4:47PM  22  Q.   That would be data that was collected by BP and various

4:47PM  23  federal agencies from cleanup workers at various locations;

4:47PM  24  correct?

4:47PM  25  A.   Yes.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:47PM    1    Q.    It would include response workers who were working near

4:47PM    2    the well site, onshore, offshore, in various locations;

4:47PM    3    correct?

4:47PM    4    A.    Yes.  And on ships, as I suppose you mean "offshore."

4:47PM    5    Q.    Yes.

4:47PM    6           And it would also include air sampling data that was

4:47PM    7    collected; correct?

4:47PM    8    A.    Yes.

4:47PM    9    Q.    And there was community exposure data that is not data

4:47PM   10    from those who were working on the response, but from the

4:47PM   11    various communities that were being impacted by the spill;

4:48PM   12    correct?

4:48PM   13    A.    Yes.  I mean, I think those are described in, for example,

4:48PM   14    the EPA TAGA reports, where the -- where the sampling was done.

4:48PM   15    Q.    EPA deployed TAGA, that you referenced, the Trace

4:48PM   16    Atmospheric Gas Analyzers, which were mobile labs, basically,

4:48PM   17    to go and collect air monitoring -- air quality data; correct?

4:48PM   18    A.    Correct.

4:48PM   19    Q.    And as a result, they collected data from May through

4:48PM   20    August of 2010 from Alabama, from Florida, from Louisiana, and

4:48PM   21    from Mississippi; correct?

4:48PM   22    A.    Well, that's not described on this slide.  As I recall,

4:48PM   23    they did do air TAGA sampling in all of those states, yes.

4:48PM   24    Q.    But you know that from your access to the publically

4:48PM   25    available data?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 4:48PM | 1 | **A.**   Yes. |
| 4:48PM | 2 | **Q.**   Thank you. |
| 4:48PM | 3 | The EPA set up 19 different sites to collect air |
| 4:48PM | 4 | monitoring and sampling data; correct? |
| 4:48PM | 5 | **A.**   Correct.  I believe those are on the shore, primarily. |
| 4:49PM | 6 | **Q.**   And OSHA, they collected over 4500 pieces -- strike that. |
| 4:49PM | 7 | They collected over 4500 exposure measurements, |
| 4:49PM | 8 | again, from May through -- May 27th through September 9th of |
| 4:49PM | 9 | 2010; correct? |
| 4:49PM | 10 | **A.**   It looks to me like it's September 6th, but that's the |
| 4:49PM | 11 | OSHA entry. |
| 4:49PM | 12 | **Q.**   Let me reask the question.  I apologize if I asked it |
| 4:49PM | 13 | incorrectly. |
| 4:49PM | 14 | From May 27th, following the spill, through |
| 4:49PM | 15 | September 6th of 2010, OSHA collected 4500 pieces -- or |
| 4:49PM | 16 | exposure measurements from the vicinity in the *Deepwater* |
| 4:49PM | 17 | *Horizon* spill cleanup activities; correct? |
| 4:50PM | 18 | **A.**   I'd like to know what you mean by "from the vicinity." |
| 4:50PM | 19 | **Q.**   Do you know where OSHA collected -- I'm sorry -- yeah.  Do |
| 4:50PM | 20 | you know where OSHA collected their information from? |
| 4:50PM | 21 | **A.**   Not specifically.  It was work sites, but I'm not sure |
| 4:50PM | 22 | whether that means from the vicinity. |
| 4:50PM | 23 | **Q.**   Okay.  Do you know whether these were air monitoring |
| 4:50PM | 24 | samples? |
| 4:50PM | 25 | **A.**   As I recall, OSHA was collecting air monitoring samples, |

DR. RICHARD CLAPP - CROSS

4:50PM    1   yes.

4:50PM    2   Q.    And do you know -- where it says "occupational," what

4:50PM    3   would that indicate?

4:50PM    4   A.    Where people were working.

4:50PM    5   Q.    Where people were working on the response; correct?

4:50PM    6   A.    Yes.

4:50PM    7   Q.    So to summarize, there was data collected both from people

4:50PM    8   working on the -- or in the areas where people were working on

4:50PM    9   the response and from local communities, and in total that was

4:50PM   10   approximately one and a half million pieces of analysis that

4:50PM   11   comes out of that work; correct?

4:50PM   12   A.    Well, now you're using the phrase "one and a half million

4:51PM   13   pieces of analysis."  I'm not sure I would agree to that.

4:51PM   14   There certainly seems to be that many data points, but the

4:51PM   15   analysis was something different from that.

4:51PM   16   Q.    Now, you've referenced the NIOSH data.  And I believe I

4:51PM   17   heard you testify that you did not think that was

4:51PM   18   comprehensive?

4:51PM   19   A.    Yes, nor do I think NIOSH thought it was comprehensive.

4:51PM   20   Q.    Do you know who John Howard is?

4:51PM   21   A.    Yes.

4:51PM   22   Q.    Who is Mr. Howard?

4:51PM   23   A.    He's the director of NIOSH.

4:51PM   24   Q.    He's the director of NIOSH.  And you are aware that he was

4:51PM   25   deposed in this case; correct?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:51PM  1   A.   Correct.

4:51PM  2   Q.   And you read his deposition and you relied on it?

4:51PM  3   A.   Correct.

4:51PM  4        MS. KARIS:  Can we look at Mr. Howard -- Dr. Howard's

4:51PM  5   deposition, please?  Page 75, line 18 to page 76, line 6.

4:51PM  6   BY MS. KARIS:

4:51PM  7   Q.   This is from Dr. Howard's deposition.  He's asked:

4:51PM  8        "QUESTION:  Would you describe NIOSH's -- oops, let's

4:51PM  9        try it again.

4:52PM  10       Thank you.

4:52PM  11       "QUESTION:  "Would you describe NIOSH's sampling for

4:52PM  12       chemicals of concern that could be encountered by DWH

4:52PM  13       workers as comprehensive?"

4:52PM  14       Do you see his answer?  He says, "Yes."

4:52PM  15  A.   Yes, I see that.

4:52PM  16  Q.   And then it goes on.  He was asked:

4:52PM  17       "QUESTION:  Would you agree that NIOSH's HHEs were a

4:52PM  18       thorough evaluation of potential *Deepwater Horizon*

4:52PM  19       response worker exposures to chemicals of concern?

4:52PM  20       "ANSWER:  Yes, to chemicals of concern."

4:52PM  21       Correct?

4:52PM  22  A.   That's what he says in this deposition, yes.

4:53PM  23  Q.   Did you consult with anyone who analyzed any of the

4:53PM  24  environmental sampling or monitoring data associated with the

4:53PM  25  *Deepwater Horizon* incident?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:53PM   1    **A.**   No.

4:53PM   2    **Q.**   If we can now pull up 13346.6.1.

4:53PM   3         Do you recognize this from your Round 1 report in

4:53PM   4    this case, Dr. Clapp?  This is your expert report; correct?

4:53PM   5    **A.**   Yes.

4:54PM   6    **Q.**   And I asked you earlier whether you had looked at any of

4:54PM   7    the data that we just looked at prior to issuing your report.

4:54PM   8    Do you recall me asking you that question?

4:54PM   9    **A.**   I do.

4:54PM   10   **Q.**   And do you see here when you say, "I've been asked to

4:54PM   11   offer an opinion regarding health effects of the *Deepwater*

4:54PM   12   *Horizon* explosion, the oil spill, and response in the Gulf of

4:54PM   13   Mexico in 2010.  My opinion is based on my review of documents

4:54PM   14   provided to me by attorneys of the U.S. Department of Justice

4:54PM   15   and my review of a summary of a June 2010 workshop at the

4:54PM   16   Institute of Medicine"?

4:54PM   17        Correct?

4:54PM   18   **A.**   Yes, and it lists where those references are to be found

4:54PM   19   in my report.

4:54PM   20   **Q.**   Okay.  Now, I want to talk first about the June 2010

4:54PM   21   workshop at the Institute of Medicine that you relied on.  That

4:54PM   22   was a workshop that was held, to be clear, less than two months

4:54PM   23   after the spill took place; correct?

4:54PM   24   **A.**   Correct.

4:54PM   25   **Q.**   You did not participate in that workshop?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:55PM  1    **A.**   I did not, is that a question?

4:55PM  2    **Q.**   Yes.  Is that correct, that you did not participate in

4:55PM  3    that workshop?

4:55PM  4    **A.**   It is correct.

4:55PM  5    **Q.**   And is it also correct that you didn't review any audio or

4:55PM  6    video from that workshop?

4:55PM  7    **A.**   That's correct.

4:55PM  8    **Q.**   You did look, though, at the summary that was developed

4:55PM  9    from that workshop; correct?

4:55PM  10   **A.**   Correct.

4:55PM  11   **Q.**   And to be clear, let's first pull up D-35287.  Is this the

4:55PM  12   summary -- it's hard to see.

4:55PM  13          **MS. KARIS:**  If you can -- pull up in the middle where

4:55PM  14   it says a summary of the 2010 workshop.  Just above there.

4:55PM  15   There you go.

4:55PM  16   **BY MS. KARIS:**

4:55PM  17   **Q.**   And to be clear, this package that you relied on prior to

4:55PM  18   issuing your expert report is merely a summary of publications

4:56PM  19   referenced therein; correct?

4:56PM  20   **A.**   No.  This is a summary of the discussion in the -- in the

4:56PM  21   workshop by people, some of whom I know and some of whom I've

4:56PM  22   had personal professional contact with, as well as prior

4:56PM  23   publications.  So it's a combination of both of those.

4:56PM  24   **Q.**   And to be clear, it has the discussions and then it has a

4:56PM  25   summary of prior publications; correct?  It doesn't have the

DR. RICHARD CLAPP - CROSS

4:56PM  1   actual publications?

4:56PM  2   A.   Well, with one exception.  It actually does have a table

4:56PM  3   in this report that is from a prior publication.

4:56PM  4   Q.   It has one table from a prior publication, but none of the

4:56PM  5   actual -- and none of the other actual publications referenced

4:56PM  6   herein; correct?

4:56PM  7   A.   Your -- your question is confusing me.  I mean --

4:56PM  8   Q.   I apologize.  It was.  Let me start again.

4:56PM  9        This summary document that you looked at prior to

4:56PM  10  issuing your report, it references various publications;

4:57PM  11  correct?

4:57PM  12  A.   It does.

4:57PM  13  Q.   The document itself, with the exception of that one table,

4:57PM  14  doesn't actually contain those publications; correct?

4:57PM  15  A.   Correct.  It refers to them in the reference list.

4:57PM  16  Q.   And at the time that you issued your -- I mean -- yeah, at

4:57PM  17  the time you issued your report, you had not actually read the

4:57PM  18  literature that was the subject of the IOM summary; correct?

4:57PM  19  A.   I hadn't read the original articles.  I read the author's

4:57PM  20  summary of what was in those original articles, however.

4:57PM  21  Q.   You had not read the original articles, nor had you looked

4:57PM  22  at any of the data that was referenced in any of those original

4:57PM  23  articles; correct?

4:57PM  24  A.   No, that's not correct.  As I just said, there was a data

4:57PM  25  table from one of the original articles in this summary report.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

4:57PM  1   Q.   I stand corrected.  With that one single table as an
4:57PM  2   exception, all the other publications referenced in this
4:58PM  3   summary, you did not look at any of the other underlying data
4:58PM  4   prior to issuing your expert report in this case; correct?
4:58PM  5   A.   In August, that's correct.
4:58PM  6   Q.   And, Dr. Clapp, you've testified on over 120 occasions; is
4:58PM  7   that correct?
4:58PM  8   A.   Yes.
4:58PM  9   Q.   In fact, you've testified in court about 25 times?
4:58PM  10  A.   Correct.
4:58PM  11  Q.   At the time of your deposition, you could not recall any
4:58PM  12  other expert report that you had ever written in which you
4:58PM  13  relied only on the summary and had not actually read the
4:58PM  14  studies as the basis for your opinions; correct?
4:58PM  15  A.   Correct.  And I gave the reason for that.
4:58PM  16  Q.   And what you told us is after you issued your report, you
4:58PM  17  then had the time to go and read the actual publications;
4:58PM  18  correct?
4:58PM  19  A.   Correct.
4:58PM  20  Q.   But you didn't have the time to do that before you issued
4:59PM  21  your expert report?
4:59PM  22  A.   Correct.  I was reading a lot of things, so I didn't go
4:59PM  23  back to those particular articles.
4:59PM  24  Q.   Now, the Institute of Medicine conference or workshop that
4:59PM  25  was held in June of 2010.

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 4:59PM | 1 |      **MS. KARIS:**  If we can pull up D-35286, please. |
| 4:59PM | 2 | **BY MS. KARIS:** |
| 4:59PM | 3 | **Q.**  This is from the institute of workshop (verbatim) summary |
| 4:59PM | 4 | that you reviewed; correct? |
| 4:59PM | 5 | **A.**  I don't see a specific citation for that, but it looks |
| 4:59PM | 6 | familiar, yes. |
| 4:59PM | 7 | **Q.**  All right.  I'll represent to you that this is straight |
| 4:59PM | 8 | out of the summary, and we've just retyped it because it was |
| 4:59PM | 9 | difficult to read. |
| 4:59PM | 10 |      It says:  "While studies of previous oil spills |
| 4:59PM | 11 | provide some basis for identifying and mitigating the human |
| 4:59PM | 12 | health effects of these exposures, the existing data are |
| 4:59PM | 13 | insufficient to fully understand and predict the overall impact |
| 5:00PM | 14 | of hazards from the *Deepwater* oil spill on the health of |
| 5:00PM | 15 | individuals, including workers, volunteers, residents, visitors |
| 5:00PM | 16 | and special populations."  Correct? |
| 5:00PM | 17 | **A.**  Correct.  At the time of this workshop, that's what they |
| 5:00PM | 18 | were saying. |
| 5:00PM | 19 | **Q.**  And what they were saying is previous -- data from |
| 5:00PM | 20 | previous oil spills, which you testified about to on direct, |
| 5:00PM | 21 | was insufficient to fully understand and predict the overall |
| 5:00PM | 22 | impact of hazards arising from the *Deepwater Horizon* spill on |
| 5:00PM | 23 | humans -- I'm sorry, on health of individuals; correct? |
| 5:00PM | 24 | **A.**  Correct. |
| 5:00PM | 25 | **Q.**  And so you told us about prior publications that you |

DR. RICHARD CLAPP - CROSS

5:00PM   1   consulted, or at least read the summary from, that referenced

5:00PM   2   earlier spills; correct?

5:00PM   3   A.   Correct.

5:00PM   4   Q.   And to be clear, those earlier spills that are

5:01PM   5   referenced -- strike that.

5:01PM   6          Those early -- those prior oil spills that are

5:01PM   7   referenced in your report, those were surface spills.  They

5:01PM   8   were not deep sea spills; correct?

5:01PM   9   A.   They were not underwater spills.  They were surface

5:01PM  10   spills.  Two in particular are *Prestige* off the coast of Spain

5:01PM  11   and the *Exxon Valdez* spill.

5:01PM  12   Q.   They certainly were not at 5,000 feet below the surface of

5:01PM  13   the water where the oil was being released; correct?

5:01PM  14   A.   Those previous spills that I just referred to were not.

5:01PM  15   Q.   And you agree that weathering is one of the factors that

5:01PM  16   can affect the toxicity of oil; correct?

5:01PM  17   A.   Yes.

5:01PM  18   Q.   And weathering is one of the factors that can not only

5:01PM  19   affect the toxicity, but may affect, then, the potential for

5:01PM  20   having a human health effect; correct?

5:01PM  21   A.   Correct.  It might actually make the spilled oil more

5:02PM  22   toxic, actually.

5:02PM  23   Q.   But if the spill is closer to the shore, the oil would be

5:02PM  24   weathered less if it had occurred -- than had it occurred

5:02PM  25   further away; correct?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:02PM  1    A.    Depending on how further away it was, as you've just put

5:02PM  2    it.  This is an area that others in this matter are going to

5:02PM  3    testify to, and it's not something that I'm providing a strong

5:02PM  4    opinion about.

5:02PM  5    Q.    But you agree with me the further away from the

5:02PM  6    shoreline -- I'm sorry, the further away the oil is from the

5:02PM  7    shoreline, by the time it travels from 5,000 feet below the

5:02PM  8    surface, to the surface, and then to the shoreline, that

5:02PM  9    weather -- I mean, that oil weathers more; correct?

5:02PM  10   A.    It certainly weathers.  It transforms in some ways.  The

5:02PM  11   conditions under which the spill occurs and the distance from

5:02PM  12   the shore all -- all would vary, in answer to your question.

5:02PM  13   Q.    And you did not study in this case what effect that

5:02PM  14   weathering had on the potential for harm or impact to human

5:03PM  15   health; correct?

5:03PM  16   A.    Correct.

5:03PM  17   Q.    Now, I heard you testify that you're not offering any

5:03PM  18   causal opinions in this case; correct?

5:03PM  19   A.    With respect to individuals and individual symptoms,

5:03PM  20   that's correct.

5:03PM  21        MS. KARIS:  And if you can now pull up

5:03PM  22   TREX-13348.5.2, please.

5:03PM  23   BY MS. KARIS:

5:03PM  24   Q.    You say here in the report:  "As I mentioned above, I made

5:03PM  25   no causal conclusions in my report."  Correct?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:03PM   1    **A.**   Correct.

5:03PM   2    **Q.**   And that's no causal conclusions for any cleanup workers

5:03PM   3    or for anyone else that was exposed to any constituents from

5:03PM   4    the *Deepwater Horizon*; correct?

5:03PM   5    **A.**   For any individuals, that's correct.

5:04PM   6    **Q.**   You're not offering any opinions concerning any causal

5:04PM   7    link between symptoms reported by any Gulf Coast residents and

5:04PM   8    potential exposures to oil or oil constituents; correct?

5:04PM   9    **A.**   Correct.

5:04PM   10   **Q.**   Likewise, you are not offering any opinions concerning any

5:04PM   11   causal link between symptoms reported by Gulf Coast residents

5:04PM   12   and potential exposure to dispersants or dispersant

5:04PM   13   constituents; correct?

5:04PM   14   **A.**   Correct.

5:04PM   15   **Q.**   You're not offering any opinions that constitute causal

5:04PM   16   conclusions for any observed symptoms; correct?

5:04PM   17   **A.**   Correct.  In any individual, that's true.

5:05PM   18   **Q.**   Now, you agree, Dr. Clapp, that the measured air

5:05PM   19   concentrations of specific chemicals sampled during the

5:05PM   20   response were, as you describe them, relatively low; correct?

5:05PM   21   **A.**   Yes.

5:05PM   22   **Q.**   And even with the measured air concentrations being

5:05PM   23   relatively low, you're aware that steps were taken to limit

5:05PM   24   human health impact on response workers; correct?

5:05PM   25   **A.**   Correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:05PM   1   Q.   Some of those steps included the requirement for personal

5:05PM   2   protective equipment to be used, PPE, as it's sometimes called;

5:05PM   3   correct?

5:05PM   4   A.   Yes, it was required.  It wasn't always used.

5:05PM   5        MS. KARIS:  If we can look at D-35280, please.

5:05PM   6   BY MS. KARIS:

5:05PM   7   Q.   Do you recognize this document titled *"Deepwater Horizon*

5:06PM   8   *Oil Spill:*  OSHA's Role in the Response"?

5:06PM   9   A.   Yes, I recognize that.

5:06PM   10  Q.   Okay.  And this is a government document generated from

5:06PM   11  the Occupational Safety and Health Administration speaking

5:06PM   12  specifically to the *Deepwater Horizon* oil spill; correct?

5:06PM   13  A.   Correct.

5:06PM   14  Q.   And you reviewed this as part of your subsequent reports

5:06PM   15  and opinions in this case; correct?

5:06PM   16  A.   Yes.

5:06PM   17  Q.   If we can go to D-35281.  OSHA writes:  "OSHA stressed

5:06PM   18  throughout the response that decisions about PPE should be

5:06PM   19  based on a scientific characterization of the hazards,

5:06PM   20  including air sampling."

5:06PM   21       It goes on to say:  "OSHA assisted UC," Unified

5:06PM   22  Command, "with performing these characterizations for each job

5:06PM   23  task to determine the appropriate level of protection."

5:07PM   24       Correct?

5:07PM   25  A.   Yes.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:07PM  1  Q.   And then OSHA, based on these hazard assessments and
5:07PM  2  guidance -- I'm sorry.  "Based on these hazard assessments and
5:07PM  3  guidance from OSHA and NIOSH, in early May, BP developed a
5:07PM  4  matrix outlining the PPE that workers should use for each
5:07PM  5  category of cleanup work."
5:07PM  6         Correct?
5:07PM  7  A.   That's what it says, yes.
5:07PM  8  Q.   And so OSHA and NIOSH provided to BP the matrix for what
5:07PM  9  PPE equipment should be required; correct?
5:07PM  10  A.   It does, yes.
5:07PM  11  Q.   BP, as the report says, complied with OSHA's request to
5:07PM  12  institute a credentialing program whereby workers received
5:07PM  13  certificates after completing training; correct?
5:07PM  14  A.   Yes, that's what it says.
5:07PM  15  Q.   And then all workers engaged in the response and cleanup
5:07PM  16  activities have to have a training certification card showing
5:07PM  17  that they had completed the BP-sponsored training program;
5:07PM  18  correct?
5:08PM  19  A.   Again, that seems to be an accurate reading of what's in
5:08PM  20  this document.
5:08PM  21  Q.   And to your knowledge, that's an accurate reflection of
5:08PM  22  what OSHA required and what BP did; correct?
5:08PM  23  A.   Correct.  Again, it was not always followed.
5:08PM  24  Q.   You reference in your report that somebody elected to not
5:08PM  25  follow it and held themselves out as a trainer and that person

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:08PM  1    turned out to be a fraud; is that correct?

5:08PM  2    A.   Yes.

5:08PM  3    Q.   But you agree that BP put the steps in place in order for

5:08PM  4    the OSHA requirements to be followed; correct?

5:08PM  5    A.   BP did do that, and they apparently weren't always

5:08PM  6    followed.

5:08PM  7    Q.   Now, the sampling data that we looked at earlier -- and we

5:08PM  8    don't have to put it -- we don't need to put it back up, but

5:08PM  9    that data was taken with these PPE requirements in place;

5:09PM  10   correct?

5:09PM  11   A.   I don't know how to answer that question.  I don't have

5:09PM  12   any direct evidence of that.

5:09PM  13   Q.   Do you know one way or the other?

5:09PM  14   A.   No, not as I sit here.

5:09PM  15   Q.   Dr. Clapp, we saw a couple of pages from different

5:09PM  16   databases where it listed injuries that various individuals

5:09PM  17   reported, one from the medical encounters database and one from

5:09PM  18   another database.  Do you recall those?

5:09PM  19   A.   No, I think they were just from the BP occupational

5:09PM  20   recordable injuries and illness database.

5:09PM  21   Q.   So from the BP database; correct?

5:09PM  22   A.   Yes.

5:09PM  23   Q.   And to be clear, that information is all of the

5:09PM  24   information that you have about what may cause those

5:09PM  25   individuals' injuries; correct?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:10PM   1    A.   The individuals on that table, yes, that's all the

5:10PM   2    information I had.  There's certainly other information about

5:10PM   3    individuals injured in other ways.

5:10PM   4    Q.   And I believe you testified that based on the two pages --

5:10PM   5    two tables that you've put up there, you saw evidence of

5:10PM   6    respiratory or dermatological or other effects like dizziness

5:10PM   7    and headaches; correct?

5:10PM   8    A.   Did I say that?  I have to go --

5:10PM   9    Q.   Well, would you agree that what those databases showed is

5:10PM  10    some people complained of headaches, some people complained of

5:10PM  11    certain other injuries like a bug bite or some other effect

5:10PM  12    that was on that list?

5:10PM  13    A.   Those things were on the list.  I don't think I referred

5:10PM  14    to bug bites in my testimony prior today.

5:10PM  15    Q.   That's probably right.  But the page that you showed had a

5:10PM  16    bug bite on there?

5:10PM  17    A.   It did.

5:11PM  18    Q.   Now, for the -- I believe you said that you saw evidence

5:11PM  19    of short-term effects, including, for example, respiratory

5:11PM  20    effects; correct?

5:11PM  21    A.   Yes.

5:11PM  22    Q.   You would agree with me that acute respiratory effects

5:11PM  23    could be caused by factors other than exposure to oil and oil

5:11PM  24    constituents; correct?

5:11PM  25    A.   Correct.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:11PM  1    **Q.**   And similarly, there -- you said that there was evidence
5:11PM  2    of acute -- or at least a reference to acute dermatological
5:11PM  3    effects, rashes and the like; correct?
5:11PM  4    **A.**   Correct.
5:11PM  5    **Q.**   And you would agree with me that acute dermatological
5:11PM  6    effects could likewise be caused by factors other than oil and
5:11PM  7    oil constituents?
5:11PM  8    **A.**   They can be.  They could also be caused by oil and its
5:11PM  9    constituents.
5:11PM 10    **Q.**   Understood.  You did not look at what caused those
5:11PM 11    specific illnesses or effects; correct?
5:11PM 12    **A.**   Correct.
5:12PM 13    **Q.**   Dr. Clapp, to wrap this piece up, you agree you have no
5:12PM 14    information or data that any short-term health effects for any
5:12PM 15    population were, in fact, caused by exposure to any toxins or
5:12PM 16    chemicals associated with the *Deepwater Horizon* incident;
5:12PM 17    correct?
5:12PM 18    **A.**   Well, not specific to that link as you put it, no, in your
5:12PM 19    question.
5:12PM 20    **Q.**   You referenced earlier NIOSH's work, and we talked a
5:12PM 21    little bit about the sampling data that NIOSH had done, and we
5:12PM 22    talked about Dr. Howard's testimony describing that data as
5:13PM 23    comprehensive and robust.
5:13PM 24            **MS. KARIS:**   If we can pull up D-35271, please.
       25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 5:13PM | 1 | **BY MS. KARIS:** |
| 5:13PM | 2 | **Q.**   Do you recognize this document that we have here entitled |
| 5:13PM | 3 | "Review of the OSHA-NIOSH Response to the *Deepwater Horizon* Oil |
| 5:13PM | 4 | Spill" -- |
| 5:13PM | 5 | **A.**   Yes. |
| 5:13PM | 6 | **Q.**   -- "Protecting the Health and Safety of Cleanup Workers? |
| 5:13PM | 7 | Do you -- |
| 5:13PM | 8 | **A.**   Yes. |
| 5:13PM | 9 | **Q.**   -- recognize this? |
| 5:13PM | 10 | **A.**   Yes, that's the full title. |
| 5:13PM | 11 | **Q.**   And this is a publication written by the directors of both |
| 5:13PM | 12 | OSHA and NIOSH; correct? |
| 5:13PM | 13 | **A.**   Yes. |
| 5:13PM | 14 | **Q.**   And it's published in PLOS; correct? |
| 5:13PM | 15 | **A.**   Correct. |
| 5:13PM | 16 | **Q.**   And you -- you have seen this article, I think you said; |
| 5:13PM | 17 | correct? |
| 5:13PM | 18 | **A.**   I have. |
| 5:13PM | 19 | **Q.**   NIOSH, to be clear, is the federal government agency |
| 5:13PM | 20 | responsible for conducting research and issuing recommendations |
| 5:13PM | 21 | for prevention of work-related injuries and illnesses? |
| 5:13PM | 22 | **A.**   Yes. |
| 5:13PM | 23 | **Q.**   And OSHA is the federal government agency within the |
| 5:14PM | 24 | Department of Labor responsible for regulating workplace safety |
| 5:14PM | 25 | and health; correct? |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:14 PM 1   **A.**   Correct.

5:14 PM 2   **Q.**   And in this article, Drs. Michael and Howard, the

5:14 PM 3   directors of OSHA and NIOSH, respectively, discuss efforts

5:14 PM 4   taken by federal agencies and BP to protect health -- worker

5:14 PM 5   health; correct?

5:14 PM 6   **A.**   Yes, they do.

5:14 PM 7         **MS. KARIS:**   And if we can now look at D-35251.

5:14 PM 8   **BY MS. KARIS:**

5:14 PM 9   **Q.**   And what they write and conclude in their report is that,

5:14 PM 10  "Overall, the efforts to ensure the safety and health of these

5:14 PM 11  cleanup workers were very effective."  Correct?

5:14 PM 12  **A.**   That's in their conclusions.  They also have a further

5:14 PM 13  statement that there should be follow-up to make sure that

5:14 PM 14  there aren't future health effects.

5:14 PM 15  **Q.**   The way they described the cleanup efforts -- or I'm

5:14 PM 16  sorry, the efforts to ensure the safety and health of cleanup

5:15 PM 17  workers was by using the words "very effective"; correct?

5:15 PM 18  **A.**   These are the words in this sentence, that's correct, and

5:15 PM 19  there's more.

5:15 PM 20  **Q.**   Okay.

5:15 PM 21        **MS. KARIS:**   And now let's look at D-35279, please.

5:15 PM 22  **BY MS. KARIS:**

5:15 PM 23  **Q.**   In this same publication, they write:  "OSHA worked

5:15 PM 24  closely with USCG" -- that is the Coast Guard -- "BP, and

5:15 PM 25  local, state, and federal health agencies to jointly plan and

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:15PM    1    execute response actions and worker safety and health

5:15PM    2    programs."  Correct?

5:15PM    3    A.    Yes.

5:15PM    4    Q.    You reviewed Dr. Howard's deposition specifically

5:15PM    5    regarding these efforts and the effectiveness of these efforts;

5:15PM    6    correct?

5:15PM    7    A.    Yes.  This is about their collaborations.

5:15PM    8    Q.    Right.

5:15PM    9         MS. KARIS:  And we can pull it up, but D-5266

5:15PM   10    (verbatim), please.

5:15PM   11    BY MS. KARIS:

5:15PM   12    Q.    Dr. Howard says that it was his experience that NIOSH

5:16PM   13    worked collaboratively with BP from early stages of the

5:16PM   14    response; correct?

5:16PM   15    A.    That was the question, and his answer was "Yes."

5:16PM   16    Q.    You have no reason to disagree with that?

5:16PM   17    A.    No, not as I sit here.

5:16PM   18    Q.    And it says:

5:16PM   19         "QUESTION:  It was your experience that other

5:16PM   20         governmental agencies, such as OSHA, were working

5:16PM   21         collaboratively with BP from the early stages of the

5:16PM   22         response to protect human health?"

5:16PM   23         Correct?

5:16PM   24    A.    Again, that's the question.

5:16PM   25    Q.    And the answer was "Yes"?

DR. RICHARD CLAPP - CROSS

5:16PM   1   **A.**   Correct.

5:16PM   2   **Q.**   And, again, you have no reason to disagree with

5:16PM   3   Dr. Howard, the director of NIOSH, in connection with those

5:16PM   4   collaborative efforts; correct?

5:16PM   5   **A.**   Not as I sit here.  I don't know what the details were.

5:16PM   6         **MS. KARIS:**  And to close this off, D-35268, please.

5:16PM   7   **BY MS. KARIS:**

5:16PM   8   **Q.**   Dr. Howard was asked:

5:16PM   9         "QUESTION:  So it was your view that NIOSH

5:16PM  10      successfully partnered with BP and with other governmental

5:17PM  11      entities within the Unified Command in successfully

5:17PM  12      mitigating most" human -- I'm sorry, "most acute health

5:17PM  13      effects on *Deepwater Horizon* response workers?"

5:17PM  14         And his answer was "Correct."

5:17PM  15         Is that right?

5:17PM  16   **A.**   No, the last word in the question was "correct" and his

5:17PM  17   answer was "Yes."

5:17PM  18   **Q.**   Sorry.  I stand corrected.  Yes.

5:17PM  19         What he said is it was his view that NIOSH

5:17PM  20   successfully partnered with BP and other governmental agencies

5:17PM  21   in successfully mitigating most human health effects on

5:17PM  22   response workers.  He agreed with that; correct?

5:17PM  23   **A.**   No --

5:17PM  24         **MS. PENCAK:**  Objection to the characterization of the

5:17PM  25   testimony.  You left out a word, Counsel, "acute."

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:17PM  1   BY MS. KARIS:

5:17PM  2   Q.   I thought I said "acute."  But to be clear, he's talking

5:17PM  3   about successfully mitigating most acute health effects on

5:17PM  4   *Deepwater Horizon* response workers; correct?

5:18PM  5   A.   That's the way it read -- that's how the question reads,

5:18PM  6   yes.

5:18PM  7   Q.   Now, you've referenced the HHEs, the Health Hazard

5:18PM  8   Evaluations, that were performed by NIOSH; correct?

5:18PM  9   A.   Yes.

5:18PM  10  Q.   And you reference those in connection with saying they

5:18PM  11  supported your opinions in this case about human health

5:18PM  12  effects, if I understood you correctly?

5:18PM  13  A.   Yes.

5:18PM  14       MS. KARIS:  If we can pull up TREX-232463.23.1.

5:18PM  15  BY MS. KARIS:

5:18PM  16  Q.   And just to orient ourselves, HHEs are field

5:18PM  17  investigations that were conducted by NIOSH to determine

5:18PM  18  whether any substance was found in the place of employment or

5:18PM  19  would potential -- that potential -- that potentially had a

5:18PM  20  toxic effect; correct?

5:18PM  21  A.   I'm not sure what this --

5:18PM  22  Q.   We'll get to this in a second.  But just to orient

5:18PM  23  ourselves, HHEs, they were human health evaluations (verbatim)

5:19PM  24  where field investigations were conducted to determine whether

5:19PM  25  any substance was found in a place of employment that was

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:19PM    1   potentially toxic; correct?

5:19PM    2   A.   Well, there's a word missing in what you've just read.

5:19PM    3   Any substance normally found in a place of employment that has

5:19PM    4   potentially toxic effects in such concentrations as used or

5:19PM    5   found.  This is sort of preamble of what they're going to do.

5:19PM    6   Q.   Okay.  And as part of what they were going to do, they

5:19PM    7   actually went forward and conducted those human health

5:19PM    8   evaluations; correct?

5:19PM    9   A.   Health Hazard Evaluations is what they did, yes.

5:19PM   10   Q.   Okay.  And they published a series of reports, you told

5:19PM   11   us?

5:19PM   12   A.   Yes.

5:19PM   13   Q.   And you reviewed the results of those reports?

5:19PM   14   A.   I did.

5:19PM   15        MS. KARIS:  If we could look at TREX-232463.5.1,

5:20PM   16   please.

5:20PM   17   BY MS. KARIS:

5:20PM   18   Q.   Do you recognize this --

5:20PM   19        MS. KARIS:  Actually, maybe we need to pull up

5:20PM   20   D-35272 first.

5:20PM   21   BY MS. KARIS:

5:20PM   22   Q.   These are the human health evaluation reports, correct,

5:20PM   23   that we've just been referencing?

5:20PM   24   A.   This is one of them, yes.  This is the August 2011 one.

5:20PM   25        MS. KARIS:  And then if we could pull up

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:20PM    1    TREX-232463.5.1.

5:20PM    2    **BY MS. KARIS:**

5:20PM    3    **Q.**   Coming from this report, what NIOSH reports on these human

5:20PM    4    health -- in these human health evaluation reports is, "The

5:20PM    5    results of these investigations were reported in a series of

5:20PM    6    nine reports and report summaries were posted on NIOSH's

5:20PM    7    website."  Correct?

5:20PM    8    **A.**   That's what this says, with one additional word, nine

5:20PM    9    interim reports.

5:20PM   10    **Q.**   This -- I'm sorry.  Nine interims and then report

5:20PM   11    summaries were posted on NIOSH's website; correct?

5:20PM   12    **A.**   Yes.

5:20PM   13    **Q.**   And you're aware that BP requested that NIOSH expand the

5:21PM   14    scope of this work in order to include all major offshore

5:21PM   15    response activities; correct?

5:21PM   16    **A.**   I'd have to see how that -- the sequence of those things

5:21PM   17    occurred, but that's how I recollect it, yes.

5:21PM   18    **Q.**   All right.  Let's see if we can refresh your recollection.

5:21PM   19    D-35252.

5:21PM   20         "As the plans were developing, BP requested that we

5:21PM   21    expand the scope of the HHE to include all major offshore

5:21PM   22    response activities.  In addition to oil booming and skimming

5:21PM   23    conducted by workers on VoO vessels, these activities included

5:21PM   24    aerial and vessel-based dispersant releases, in-situ

5:21PM   25    surface-oil-burning containment and recovery work at the oil

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:22PM   1   source and other related offshore oil removal activities."
5:22PM   2   Correct?
5:22PM   3   A.   Yes, that's approximately correct.
5:22PM   4   Q.   "And in the weeks that followed, teams of NIOSH industrial
5:22PM   5   hygienists, medical officers, and other occupational health
5:22PM   6   specialists conducted on-site investigations at locations
5:22PM   7   throughout the Gulf region to collect quantitative and
5:22PM   8   qualitative data on potential worker exposures, health
5:22PM   9   symptoms, work practices and procedures and work
5:22PM  10   organizations"; correct?
5:22PM  11   A.   Yes.  I think I put that on one of the slides we were
5:22PM  12   looking at earlier.
5:22PM  13   Q.   And then on June 22nd, NIOSH received a request from BP
5:22PM  14   for a second HHE to investigate potential hazards associated
5:22PM  15   with onshore response work activities; correct?
5:22PM  16   A.   Yes.  And I think here it's saying "onshore response."
5:22PM  17   Earlier I think you were asking me about offshore.
5:22PM  18   Q.   So they did offshore; they also did onshore?
5:22PM  19   A.   That's correct.
5:22PM  20   Q.   And in response, again, to this request, teams of NIOSH
5:22PM  21   personnel evaluated practices and procedures, including
5:22PM  22   wildlife cleanup operations, beach cleanup operations, and
5:23PM  23   decontamination, and waste management activities throughout the
5:23PM  24   states of Louisiana, Alabama, Mississippi, and Florida;
5:23PM  25   correct?

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 5:23PM | 1 | **A.**   Correct. |
| 5:23PM | 2 | **Q.**   "The goal of the NIOSH HHE assessment was to describe |
| 5:23PM | 3 | acute health effects, to evaluate occupational exposures in |
| 5:23PM | 4 | both qualitative and quantitative assessments"; correct? |
| 5:23PM | 5 | **A.**   Yes. |
| 5:23PM | 6 | **Q.**   As part of this work, a large number of chemicals were |
| 5:23PM | 7 | sampled over the course of the HHEs; correct? |
| 5:23PM | 8 | **A.**   I'm not sure what you mean by "a large number."  There |
| 5:24PM | 9 | were certainly more than one or two.  I don't know how large. |
| 5:24PM | 10 | **Q.**   We can go back to D-35270, but there were over 4,000 |
| 5:24PM | 11 | samples -- or analyses of samples; correct? |
| 5:24PM | 12 | **A.**   There were that many samples collected, but I'm not sure |
| 5:24PM | 13 | how many -- I think your question was about different |
| 5:24PM | 14 | substances. |
| 5:24PM | 15 | **Q.**   There were over 4,000 samples collected over the course of |
| 5:24PM | 16 | this work? |
| 5:24PM | 17 | **A.**   Yes. |
| 5:24PM | 18 | **Q.**   And those samples included VOCs, or volatile organic |
| 5:24PM | 19 | compounds; polycyclic aromatic hydrocarbons; carbon monoxide; |
| 5:24PM | 20 | glycol ethers; and a bunch of other compounds.  Correct? |
| 5:24PM | 21 | **A.**   I would be interested in what the "bunch" includes, but, |
| 5:24PM | 22 | yes, other compounds than the ones you just named. |
| 5:24PM | 23 | **Q.**   Well, you looked at these HHEs.  You know what they |
| 5:24PM | 24 | included? |
| 5:24PM | 25 | **A.**   Yes, I did. |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:24 PM   1    **Q.**   You know that they included a number of different
5:24 PM   2    compounds, and we can go through them.  But you have no doubt
5:25 PM   3    that they included particulates from combustion sources,
5:25 PM   4    including burning oil and natural gas; correct?
5:25 PM   5    **A.**   Correct.
5:25 PM   6    **Q.**   And then NIOSH compared the air monitoring data to its
5:25 PM   7    benchmarks for OELs; correct?
5:25 PM   8    **A.**   Yes -- no, sorry.  NIOSH refers to RELs as its reference
5:25 PM   9    levels, not OELs.
5:25 PM   10   **Q.**   Tell the Court what an REL is.
5:25 PM   11   **A.**   It's a recommended exposure limit.
5:25 PM   12   **Q.**   So NIOSH took the air monitoring data and compared it to
5:25 PM   13   its recommended exposure limits; correct?
5:25 PM   14   **A.**   It did, as well as to the OSHA what are called OELs or
5:25 PM   15   PELs, which are different --
5:25 PM   16   **Q.**   And OELs are what?
5:25 PM   17   **A.**   Occupational exposure limits, and that's a term of art
5:25 PM   18   that's used by OSHA in particular.
5:25 PM   19   **Q.**   And PELs?
5:25 PM   20   **A.**   It's a permissible exposure limits.  And all of those are
5:25 PM   21   different from what NIOSH represents.
5:25 PM   22   **Q.**   These are all benchmarks or limits that government
5:25 PM   23   agencies have set for exposure limits; correct?
5:26 PM   24   **A.**   No, they're not benchmarks.  That's a different concept.
5:26 PM   25   **Q.**   Well, those are all exposure limits that various

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:26PM  1   government agencies have set as recommended exposure levels;
5:26PM  2   correct?
5:26PM  3   A.    Well, no.  You're confusing two different things here.
5:26PM  4   OSHA sets permissible exposure limits as not just recommended;
5:26PM  5   that's the law, so to speak.  Whereas NIOSH recommends levels
5:26PM  6   of exposure that might be different from what OSHA has.  In
5:26PM  7   fact, that's the case with respect to benzene.
5:26PM  8   Q.    So whether they're required levels or recommended levels,
5:26PM  9   those are levels that are set for exposure limits for people to
5:26PM  10  be exposed to; correct?
5:26PM  11  A.    In this context we're talking about work place exposures?
5:26PM  12  Q.    Yes.
5:26PM  13  A.    Yes.
5:26PM  14  Q.    And when NIOSH collected these air samples and compared
5:26PM  15  the air monitoring data to these RELs, they then posted that
5:27PM  16  data on a public Web site; correct?
5:27PM  17  A.    Yes.  I think they have a column that includes both RELs
5:27PM  18  and OELs.
5:27PM  19  Q.    Did you look at that data as a part of your work in this
5:27PM  20  case?
5:27PM  21  A.    Yes, I did.
5:27PM  22        MS. KARIS:  If we can go to TREX-232463.5.2.
5:27PM  23  BY MS. KARIS:
5:27PM  24  Q.    And this is on NIOSH's Web site.  "All exposure and health
5:27PM  25  symptom survey data were compiled into electronic spreadsheets

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:27PM  1    and posted on all NIOSH Web sites."

5:27PM  2              And it tells you where to go get this information;

5:27PM  3    correct?

5:27PM  4    A.   Yes.

5:27PM  5    Q.   And let's look now at what NIOSH found from those samples

5:27PM  6    that it tested -- or I'm sorry, compared to air monitoring data

5:27PM  7    and posted the results online.

5:27PM  8              MS. KARIS:  D-35254, please.

5:28PM  9    BY MS. KARIS:

5:28PM  10   Q.   As reported in NIOSH's health hazard evaluation report,

5:28PM  11   they write, "Throughout the evaluation, results for all

5:28PM  12   airborne chemical samples were uniformly nondetectable or at

5:28PM  13   levels below applicable OELs"; correct?

5:28PM  14   A.   Yes.  Actually, they say "well below applicable OELs."

5:28PM  15   Q.   Right.  I need new glasses, I think.

5:28PM  16             So they were at levels well below applicable OELs, or

5:28PM  17   occupational exposure levels, that you told us were

5:28PM  18   requirements; correct?

5:28PM  19   A.   Yes.  The OSHA so-called PELs is what they're referring to

5:28PM  20   here.

5:28PM  21   Q.   Now, NIOSH wasn't the only government agency that's

5:28PM  22   published how these samples that were collected compared to

5:29PM  23   RELs, OELs, or PELs; correct?

5:29PM  24   A.   Correct.  I think the others issues we're referring to are

5:29PM  25   environmental limits, which would not be applicable to

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:29PM 1    workplaces.

5:29PM 2    Q.   Well, let's look at OSHA's publication, D-35273.  We'll

5:29PM 3    move through this quickly.

5:29PM 4         You recognize this document.  It's from OSHA's Web

5:29PM 5    site; correct?

5:29PM 6    A.   Yes.

5:29PM 7    Q.   And it's entitled "OSHA Activities During the *Deepwater*

5:29PM 8    *Horizon* Oil Spill"; correct?

5:29PM 9    A.   Yes.

5:29PM 10        **MS. KARIS:**  And if we can pull out the top there, it

5:29PM 11   says "Efforts to protect workers."  There you go.  Thank you.

5:29PM 12   And if we can go to D-35255.

5:29PM 13   **BY MS. KARIS:**

5:29PM 14   Q.   OSHA writes in their publication:  "To determine whether

5:29PM 15   or not workers were exposed to dangerous levels of toxic

5:29PM 16   chemicals, OSHA conducted its own independent air monitoring,

5:29PM 17   both onshore and on the cleanup vessels, and reviewed data from

5:30PM 18   BP; the Environmental Protection Agency, EPA; and the National

5:30PM 19   Oceanic and Atmospheric Administration, NOAA.  Correct?

5:30PM 20   A.   Yes.

5:30PM 21   Q.   And if we can go to D-35256.  And what they found is, "No

5:30PM 22   air samples by OSHA detected any hazardous chemicals at levels

5:30PM 23   of concern"; correct?

5:30PM 24   A.   That's what they say, and I think they're referring to

5:30PM 25   exceeding the OELs.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 5:30PM | 1 | **Q.**   So they didn't find a single air sampling result that |
| 5:30PM | 2 | exceeded the OELs; correct? |
| 5:30PM | 3 | **A.**   Well, again, I think that's what they mean by "at levels |
| 5:30PM | 4 | of concern."  RELs are lower than that, and there were |
| 5:30PM | 5 | definitely BP samples that were above the REL. |
| 5:30PM | 6 | **Q.**   Well, to be clear, for the mandatory standards that OSHA |
| 5:31PM | 7 | sets, the sampling test showed -- the air sampling showed not a |
| 5:31PM | 8 | single level that was above the OSHA-required OEL level; |
| 5:31PM | 9 | correct? |
| 5:31PM | 10 | **A.**   That's my understanding, yes. |
| 5:31PM | 11 | **Q.**   You're familiar with the CDC as well; correct? |
| 5:31PM | 12 | **A.**   I am. |
| 5:31PM | 13 | **Q.**   And the CDC and the EPA did an independent analysis of its |
| 5:31PM | 14 | own; correct? |
| 5:31PM | 15 | **A.**   They did an analysis, yes. |
| 5:31PM | 16 | **MS. KARIS:**  D-35274.  If we can pull out the top, |
| 5:31PM | 17 | please.  Just call out the top with the title.  Thank you. |
| 5:31PM | 18 | **BY MS. KARIS:** |
| 5:31PM | 19 | **Q.**   And, again, this is the CDC response to the Gulf of Mexico |
| 5:31PM | 20 | oil spill; correct? |
| 5:31PM | 21 | **A.**   Yes. |
| 5:31PM | 22 | **Q.**   And what they were looking at is to determine -- they were |
| 5:31PM | 23 | looking at the sampling data to determine whether exposure to |
| 5:32PM | 24 | oil or oil constituents or dispersants might cause short-term |
| 5:32PM | 25 | or long-term health effects; correct? |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:32PM  1  A.   I don't see that on this page.

5:32PM  2  Q.   Okay.  Let's go to D-35257.  If you can -- do you see

5:32PM  3  where it says the CDC -- let's start at the beginning.

5:32PM  4       "CDC's Environmental Health Team reviewed nearly 400

5:32PM  5  packages of data taken from environmental samples collected on

5:32PM  6  Gulf Coast at the request of the EPA.  CDC reviewed this

5:32PM  7  sampling data to determine whether exposure to oil, oil

5:32PM  8  constituents, or dispersants might cause short-term or

5:32PM  9  long-term health effects.  The data included sampling results

5:32PM  10 for air, water, soil/sediment, and waste of oil samples

5:32PM  11 (material actually reaching the beach or the marsh.)

5:33PM  12      "CDC's review was one of multiple independent reviews

5:33PM  13 of this EPA data."

5:33PM  14      Correct?

5:33PM  15 A.   Yes.

5:33PM  16      MS. KARIS:  And if we can now pull up D-35258.

5:33PM  17 BY MS. KARIS:

5:33PM  18 Q.   What they report here is that "...the samples collected in

5:33PM  19 places where nonresponse workers would spend time showed none

5:33PM  20 of those substances at levels high enough to cause long-term

5:33PM  21 health effects"; correct?

5:33PM  22 A.   Correct, in nonresponse workers.

5:33PM  23 Q.   Correct.  And then, "Working separately, EPA and CDC came

5:33PM  24 to the same conclusion, that with respect to nonresponse

5:33PM  25 workers - the agencies found no direct exposures to these

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | |
|---|---|
| 5:33PM | 1 |
| 5:33PM | 2 |
| 5:33PM | 3 |
| 5:33PM | 4 |
| 5:34PM | 5 |
| 5:34PM | 6 |
| 5:34PM | 7 |
| 5:34PM | 8 |
| 5:34PM | 9 |
| 5:34PM | 10 |

1  substances at levels high enough to be expected to cause harm";

2  correct?

3  A.   That's what they say.

4  Q.   The EPA put out its own publication, separate from the

5  CDC; correct --

6  A.   Yes.

7  Q.   -- regarding monitoring air quality along the Gulf Coast;

8  correct?

9  A.   That's correct.

10        MS. KARIS:  And if we can look at D-35282.

11  BY MS. KARIS:

12  Q.   This is that publication, last updated Thursday,

13  February 14th of 2013; correct?

14  A.   That's what it says.  I recall seeing that.

15  Q.   And you have seen this document before?

16  A.   Yes.

17        MS. KARIS:  If we can go to D-35283.

18  BY MS. KARIS:

19  Q.   "The EPA has been monitoring the air at multiple sites

20  onshore along the Gulf Coast.  The purpose is to see if

21  spill-related pollutants are present in the air at levels that

22  might cause health problems for people onshore in the Gulf

23  region.  EPA has been monitoring for pollutants that:

24        "can evaporate from fresh crude oil.

25        "can evaporate from weathered oil.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:35PM   1          "came ashore from burning oil out at sea.

5:35PM   2          "EPA has also monitored onshore air to determine

5:35PM   3  whether chemicals in the dispersants used offshore are reaching

5:35PM   4  onshore air."

5:35PM   5          Correct?

5:35PM   6  A.   Correct.

5:35PM   7  Q.   And you looked at the results of that work as well;

5:35PM   8  correct?

5:35PM   9  A.   I did.

5:35PM   10         MS. KARIS:  And if we can now look at D-35284.

5:35PM   11  BY MS. KARIS:

5:35PM   12  Q.   What the EPA reported was that "based on monitoring to

5:35PM   13  date, EPA has not seen onshore levels of pollutants that are of

5:35PM   14  significant concern for long-term health effects"; correct?

5:35PM   15  A.   That's what they say.

5:35PM   16  Q.   Dr. Clapp, in the interest of time, I'm going to ask you

5:35PM   17  quickly, you know that OSAT, the Operational Science Advisory

5:35PM   18  Team, they reached a comparable conclusion; correct?

5:35PM   19  A.   There were two OSAT reports, OSAT 1 and OSAT 2.  And I

5:36PM   20  believe it was actually OSAT 2 that suggested there may still

5:36PM   21  be onshore tar paddies and tar balls that could become broken

5:36PM   22  up, and people could be exposed to harmful contaminants that

5:36PM   23  way.

5:36PM   24  Q.   They found that the tar balls or tar paddies could be

5:36PM   25  broken up.  It did not conclude that any exposure would result

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:36PM   1    in health concerns, did they?

5:36PM   2    **A.**   Not that I'm aware of.  They didn't discuss exposure

5:36PM   3    there.  You're talking about cleanup.

5:36PM   4    **Q.**   OSAT 1 found that none of the samples of the 6,090 water

5:36PM   5    samples that they had collected -- not one of them exceeded the

5:36PM   6    EPA benchmarks for human health; correct?

5:36PM   7    **A.**   I'd have to refer to the EPA benchmarks that they're

5:36PM   8    talking about.

5:36PM   9    **Q.**   We can look at, perhaps to help refresh you, D-35260,

5:36PM  10    please.

5:36PM  11         Actually, before we go there, since you said

5:37PM  12    benchmarks, D-35259.

5:37PM  13         This is from the OSAT 1 report.  "Human health

5:37PM  14    benchmarks developed by the EPA, in coordination with the U.S.

5:37PM  15    Department of Health and Human Services, are used to assess

5:37PM  16    potential human health risks from exposure to oil-contaminated

5:37PM  17    water.  These benchmark are based on potential cancer and

5:37PM  18    non-cancer health risks.  Where applicable, the benchmarks

5:37PM  19    account for both skin contact and incidental ingestion of water

5:37PM  20    by a child swimmer, assuming 90 hours of exposure, or one hour

5:37PM  21    per day for 90 days."

5:37PM  22         Correct?

5:37PM  23    **A.**   Yes, this is for the child swimmer.

5:37PM  24    **Q.**   And the child swimmer would reflect a lower level than an

5:37PM  25    adult swimmer, for example, correct?

DR. RICHARD CLAPP - CROSS

5:37PM   1    A.   I believe that's the case for this particular --

5:37PM   2    Q.   So it's a more conservative level; correct?

5:37PM   3    A.   It should be.  Yes.  I hope it is.

5:38PM   4         MS. KARIS:  And if we can now go to D-35260.

5:38PM   5    BY MS. KARIS:

5:38PM   6    Q.   Comparison to human health benchmarks:  "A total of 6,090

5:38PM   7    water samples were considered for comparison the human health

5:38PM   8    benchmarks.  None of the samples exceeded the EPA benchmarks

5:38PM   9    for human health, child swimmer scenario."

5:38PM   10        Correct?

5:38PM   11   A.   Correct.  That is the water dermal exposure scenario.

5:38PM   12   Q.   You referenced OSAT 2.

5:38PM   13        MS. KARIS:  If you can pull up D-35276.  D-35276.

5:38PM   14   Thank you.

5:38PM   15   BY MS. KARIS:

5:38PM   16   Q.   This is the OSAT 2, the Occupational Science Advisory

5:38PM   17   Team's Second Report for Gulf Coast Incident Management Team;

5:38PM   18   correct?

5:38PM   19   A.   Correct.

5:38PM   20   Q.   And it's titled "Summary Report for Fate and Effects of

5:39PM   21   Remnant Oil in the Beach Environment"; correct?

5:39PM   22   A.   Yes.

5:39PM   23   Q.   And you reviewed this as part of your work in this case?

5:39PM   24   A.   I did.

5:39PM   25        MS. KARIS:  And if we can now go to D-35261.

DR. RICHARD CLAPP - CROSS

5:39PM 1  BY MS. KARIS:

5:39PM 2  Q.   And what OSAT 2 said was:  "Calculated potential cancer

5:39PM 3  and non-cancer health effects from short- and long-term

5:39PM 4  exposures are below U.S. Environmental Protection Agency

5:39PM 5  acceptable health-based risk and hazard levels."

5:39PM 6       Correct?

5:39PM 7  A.   Yes.

5:39PM 8       MS. PENCAK:  Your Honor, I would object to this

5:39PM 9  demonstrative as not actually being a call-out of the text.

5:39PM 10  It's just the front page and one snippet that looks like it was

5:39PM 11  typed in rather than -- what we've been doing in this case is

5:39PM 12  putting the full page up and then calling out, with

5:39PM 13  highlighting or with a box, a portion of this text.

5:39PM 14       It doesn't let you see any of the context, and

5:39PM 15  also, it has been retyped.  We're not sure if there are any

5:39PM 16  errors there.

5:39PM 17       THE COURT:  Does this come from a particular page in

5:40PM 18  the exhibit?

5:40PM 19       MS. KARIS:  It does, Your Honor.

5:40PM 20       THE COURT:  Why don't you identify that for us.

5:40PM 21       MS. KARIS:  Page 3 of TREX-9105.  Your Honor, I'm

5:40PM 22  happy to go back to following protocol, but this is the

5:40PM 23  protocol we've used in prior phases as well.  Sometimes it's

5:40PM 24  more difficult to read using the actual type, so we retype it.

5:40PM 25  But here's the page from that report.

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 5:40PM | 1 | As you'll see, it says "Key Findings" on top. |
| 5:40PM | 2 | If you can just call that out from the actual |
| 5:40PM | 3 | document. |
| 5:40PM | 4 | BY MS. KARIS: |
| 5:40PM | 5 | Q.   Dr. Clapp, can you read to us what the key finding is from |
| 5:40PM | 6 | OSAT 2. |
| 5:40PM | 7 | A.   I'll read No. 4.  "Calculated potential cancer and |
| 5:40PM | 8 | non-cancer health effects from short- and long-term exposures |
| 5:40PM | 9 | are below U.S. Environmental Protection Agency (US EPA) |
| 5:40PM | 10 | acceptable health-based risk and hazard levels." |
| 5:40PM | 11 | Q.   And I think the record will reflect that's exactly what |
| 5:41PM | 12 | D-35261 said. |
| 5:41PM | 13 | THE COURT:  Does that cure your objection? |
| 5:41PM | 14 | MS. PENCAK:  Your Honor, with respect to that |
| 5:41PM | 15 | demonstrative, yes, it does cure the objection.  But my |
| 5:41PM | 16 | recollection from prior phases is that we weren't retyping text |
| 5:41PM | 17 | into call-outs, that call-outs were actually called out from |
| 5:41PM | 18 | the text. |
| 5:41PM | 19 | MS. KARIS:  Your Honor, we have a distinction between |
| 5:41PM | 20 | a D document, which is a demonstrative, which reflects |
| 5:41PM | 21 | something has been taken out and typed and retyped, because |
| 5:41PM | 22 | we've done that before.  And TREXs. |
| 5:41PM | 23 | And as you'll know, I referenced it as a TREX. |
| 5:41PM | 24 | THE COURT:  D. |
| 5:41PM | 25 | MS. KARIS:  D for demonstrative.  We've been using |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

| | | |
|---|---|---|
| 5:41PM | 1 | D -- |
| 5:41PM | 2 | THE COURT:  You referenced it as a D, as a |
| 5:41PM | 3 | demonstrative?  Is that what you said? |
| 5:41PM | 4 | MS. KARIS:  Correct. |
| 5:41PM | 5 | THE COURT:  Okay.  I overrule the objection. |
| 5:41PM | 6 | MS. KARIS:  Thank you. |
| 5:41PM | 7 | THE COURT:  Thank you. |
| 5:41PM | 8 | It's getting late, and we're arguing about Ds |
| 5:42PM | 9 | and Ts. |
| 5:42PM | 10 | MS. KARIS:  Exactly.  So to finish that -- we all |
| 5:42PM | 11 | have the same interest, to close this up. |
| 5:42PM | 12 | THE WITNESS:  It's time for tea. |
| 5:42PM | 13 | MS. KARIS:  If we can now pull up D, Demonstrative, |
| 5:42PM | 14 | 35250, please. |
| 5:42PM | 15 | MR. BROCK:  Say the number again. |
| 5:42PM | 16 | MS. KARIS:  D-35250.  My apologies. |
| 5:42PM | 17 | BY MS. KARIS: |
| 5:42PM | 18 | Q.   All right.  Dr. Clapp, you would agree with me that we |
| 5:42PM | 19 | have looked at a number of government reports and findings on |
| 5:42PM | 20 | human health here; correct? |
| 5:42PM | 21 | A.   On both human health and exposure levels, I suppose, yes. |
| 5:42PM | 22 | Q.   And all of those reports were issued by government |
| 5:43PM | 23 | agencies; correct? |
| 5:43PM | 24 | A.   The recent ones that we've looked at, yes. |
| 5:43PM | 25 | Q.   Now, let's move to the last topic and hopefully get |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - CROSS

5:43PM   1    through this quickly.  You spoke to long-term health impacts,

5:43PM   2    and I just want to make sure I'm clear.

5:43PM   3            It is not your opinion that we will see long-term

5:43PM   4    human health effects as a result of exposure to chemicals or

5:43PM   5    toxins associated with the *Deepwater Horizon* spill; correct?

5:43PM   6    A.   Correct.  The words I used were "may," "we may see."

5:43PM   7    Q.   You have no information or data demonstrating any

5:43PM   8    long-term effects in any population as a result of exposure to

5:43PM   9    any toxins or chemicals associated with the *Deepwater Horizon*

5:43PM   10   incident; correct?

5:44PM   11   A.   Well, we've talked about benzene -- I mean, with respect

5:44PM   12   to the benzene exposures in this matter, no, not yet.  But

5:44PM   13   there's certainly long-term effects of benzene exposure in

5:44PM   14   general.

5:44PM   15   Q.   Sitting here now, four and a half years after the

5:44PM   16   incident, you have no information or data demonstrating any

5:44PM   17   long-term effects in any population as a result of exposure to

5:44PM   18   any toxins or chemicals associated with the *Deepwater Horizon*

5:44PM   19   incident; correct?

5:44PM   20   A.   Correct, not yet.

5:44PM   21        **MS. KARIS:**  I have no further questions.  Thank you.

5:44PM   22        **THE COURT:**  Redirect?

5:44PM   23        **MS. PENCAK:**  Very briefly, Your Honor.  Erica Pencak

5:44PM   24   for the United States.

5:44PM   25

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP – REDIRECT

|          |    |                                                                       |
|----------|----|-----------------------------------------------------------------------|
| 5:44PM   | 1  | **REDIRECT EXAMINATION**                                              |
| 5:44PM   | 2  | **BY MS. PENCAK:**                                                    |
| 5:45PM   | 3  | **Q.**   Dr. Clapp, do you recall that counsel for BP asked you      |
| 5:45PM   | 4  | some questions about data, air sampling measurements that were       |
| 5:45PM   | 5  | taken in this case?                                                   |
| 5:45PM   | 6  | **A.**   Yes.                                                        |
| 5:45PM   | 7  | **Q.**   In the data that you reviewed, were there any samples that  |
| 5:45PM   | 8  | exhibited levels that were of concern to you from an                 |
| 5:45PM   | 9  | epidemiological perspective?                                         |
| 5:45PM   | 10 | **A.**   Yes.                                                        |
| 5:45PM   | 11 | **Q.**   Can you briefly describe those?                             |
| 5:45PM   | 12 | **A.**   Well, particularly the BP data on benzene levels, there     |
| 5:45PM   | 13 | were many that were above.  As I mentioned, the REL for benzene      |
| 5:45PM   | 14 | that OSHA has -- sorry, that NIOSH has recommended, and then         |
| 5:45PM   | 15 | there were some that exceeded even the 1 PPM OSHA PEL.               |
| 5:45PM   | 16 | **Q.**   Counsel for BP also asked you about the articles that were  |
| 5:45PM   | 17 | underlying the June 2010 IOM summary.  Do you recall that?           |
| 5:45PM   | 18 | **A.**   Yes.                                                        |
| 5:45PM   | 19 | **Q.**   And you testified that you did read those underlying        |
| 5:45PM   | 20 | articles?                                                            |
| 5:45PM   | 21 | **A.**   I did.                                                      |
| 5:45PM   | 22 | **Q.**   Did anything you read in those articles change your         |
| 5:46PM   | 23 | opinions --                                                          |
| 5:46PM   | 24 | **A.**   No.                                                         |
| 5:46PM   | 25 | **Q.**   -- after having first read the summary?                     |

OFFICIAL TRANSCRIPT

DR. RICHARD CLAPP - REDIRECT

5:46PM   1   **A.**   No.

5:46PM   2   **Q.**   Counsel for BP asked you a number of questions about

5:46PM   3   OSHA's PELs; correct?

5:46PM   4   **A.**   Yes.

5:46PM   5   **Q.**   Were you aware of any public statements OSHA has made

5:46PM   6   regarding some of its PELs?

5:46PM   7   **A.**   Yes.

5:46PM   8   **Q.**   What have they stated about those PELs?

5:46PM   9   **A.**   They're under review.  In fact, they're calling for input

5:46PM   10   to update their PELs because they're outdated.

5:46PM   11   **Q.**   And finally, Dr. Clapp, BP asked you some questions about

5:46PM   12   not only those PELs, but also NIOSH's RELs and other

5:46PM   13   benchmarks.

5:46PM   14        In your opinion, do exposures to some substances at

5:46PM   15   levels below those benchmarks constitute a risk to human

5:46PM   16   health?

5:46PM   17   **A.**   Yes.

5:46PM   18        **MS. PENCAK:**  I have no further questions, Your Honor.

5:46PM   19        **THE COURT:**  All right.  Thank you, Doctor.

5:46PM   20        **THE WITNESS:**  Thank you.

5:47PM   21        **THE COURT:**  All right.  It's a quarter till 6:00.

5:47PM   22   We'll just recess now for the evening, and we'll resume at

5:47PM   23   8:00 in the morning.

5:47PM   24        The next two witnesses for the government, as I

5:47PM   25   understand it, are Dr. Donald Boesch, and then Dr. Stanley

| | | |
|---|---|---|
| 5:47PM | 1 | Rice? |
| 5:47PM | 2 | **MS. HIMMELHOCH:**  That's correct, Your Honor. |
| 5:47PM | 3 | **THE COURT:**  And then you have Captain Mark |
| 5:47PM | 4 | VanHaverbeke? |
| 5:47PM | 5 | **MS. HIMMELHOCH:**  Yes, Your Honor. |
| 5:47PM | 6 | **THE COURT:**  How many do you think we'll get through |
| 5:47PM | 7 | tomorrow?  Do you have any sense? |
| 5:47PM | 8 | **MS. HIMMELHOCH:**  I think all three of those and |
| 5:47PM | 9 | possibly start on the next one. |
| 5:47PM | 10 | **THE COURT:**  The next one is Dr. Charles Mason? |
| 5:47PM | 11 | **MS. HIMMELHOCH:**  That's correct, Your Honor. |
| 5:47PM | 12 | **THE COURT:**  So three, possibly four tomorrow, right? |
| 5:47PM | 13 | **MS. HIMMELHOCH:**  That's correct, Your Honor. |
| 5:47PM | 14 | **THE COURT:**  All right.  Everyone have a good evening. |
| 5:47PM | 15 | **MR. BROCK:**  Judge Barbier, may I mention one thing? |
| 5:47PM | 16 | **THE COURT:**  Sure. |
| 5:47PM | 17 | **MR. BROCK:**  Mike Brock for BP.  I was just looking at |
| 5:47PM | 18 | the list also, and if we were to get three witnesses in |
| 5:47PM | 19 | tomorrow and start a fourth, it looks like that would leave us |
| 5:48PM | 20 | three or three and a half for Thursday.  And I assume that |
| 5:48PM | 21 | would mean we would start our case Friday morning.  Would that |
| 5:48PM | 22 | be the Courts' preference? |
| 5:48PM | 23 | **THE COURT:**  Well, as I recall, at the pretrial |
| 5:48PM | 24 | conference we had previously, you indicated that you would be |
| 5:48PM | 25 | prepared to do that. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 5:48PM | 1 | **MR. BROCK:**  I am.  I just wanted to make sure that's |
| 5:48PM | 2 | right. |
| 5:48PM | 3 | **THE COURT:**  If we go beyond Thursday, into Friday -- |
| 5:48PM | 4 | I mean -- it would be fine with me if you wanted to start your |
| 5:48PM | 5 | presentation on Monday.  Because the government's apparently |
| 5:48PM | 6 | going to be not using all its time.  That's the sense I'm |
| 5:48PM | 7 | getting here from Sarah. |
| 5:48PM | 8 | Right? |
| 5:48PM | 9 | **MS. HIMMELHOCH:**  It is our expectation, Your Honor. |
| 5:48PM | 10 | **THE COURT:**  Ms. Himmelhoch.  I'm sorry. |
| 5:48PM | 11 | So if that's the case, we would still be on |
| 5:48PM | 12 | schedule for the trial. |
| 5:48PM | 13 | I'm just -- I'd like to accommodate you as best |
| 5:49PM | 14 | I can.  If it's a problem for you -- if you can have witnesses |
| 5:49PM | 15 | here Friday, we'll -- I'm here Friday regardless. |
| 5:49PM | 16 | **MR. BROCK:**  Okay. |
| 5:49PM | 17 | **THE COURT:**  Do you want to think about it tonight? |
| 5:49PM | 18 | Is that what you want to do? |
| 5:49PM | 19 | **MR. BROCK:**  I'll think about it tonight and let you |
| 5:49PM | 20 | know tomorrow morning.  Yes, sir.  Thank you. |
| 5:49PM | 21 | **THE COURT:**  I think we can safely say that the |
| 5:49PM | 22 | government's evidence will go through at least Thursday |
| 5:49PM | 23 | afternoon, it looks like. |
| 5:49PM | 24 | **MS. HIMMELHOCH:**  Absolutely, Your Honor. |
| 5:49PM | 25 | **THE COURT:**  Maybe into Friday.  We just don't know. |

OFFICIAL TRANSCRIPT

5:49PM    1            **MS. HIMMELHOCH:**  Correct.

5:49PM    2            **MR. BROCK:**  Thank you.

5:49PM    3            **THE COURT:**  Thank you.  Have a good evening.

5:49PM    4            **THE DEPUTY CLERK:**  All rise.

5:49PM    5            (WHEREUPON, the proceedings were concluded.)

          6                              *****

          7                          **CERTIFICATE**

          8            I, Jodi Simcox, RMR, FCRR, Official Court Reporter

          9     for the United States District Court, Eastern District of

          10    Louisiana, do hereby certify that the foregoing is a true and

          11    correct transcript, to the best of my ability and

          12    understanding, from the record of the proceedings in the

          13    above-entitled and numbered matter.

          14

          15

          16                    *s/Jodi Simcox, RMR, FCRR*
                                Jodi Simcox, RMR, FCRR
          17                    Official Court Reporter

          18

          19

          20

          21

          22

          23

          24

          25

                               OFFICIAL TRANSCRIPT

**$**
$179 [1] 230/19
$179 million [1] 230/19
$2.2 [1] 231/19
$2.2 million [1] 231/19
$29 [2] 224/16 225/2
$29 million [2] 224/16 225/2
$3 [2] 226/8 226/13
$3 billion [1] 226/13
$3 million [1] 226/8
$3.1 [3] 226/10 227/23 228/8
$3.1 billion [3] 226/10 227/23 228/8
$30 [2] 231/16 231/17
$30 million [2] 231/16 231/17
$5,000 [4] 217/19 224/4 224/6 224/18
$500 [1] 214/12
$500 million [1] 214/12
$57 [1] 230/19
$57 million [1] 230/19
$6 [1] 231/18
$6 million [1] 231/18
$600 [3] 215/1 215/9 226/16
$600 million [3] 215/1 215/9 226/16

**.**
...the [1] 316/18
.01 [2] 258/10 258/12

**0**
011923.92.1 [2] 231/8 231/8

**1**
1 percent [1] 258/19
1,000 feet [1] 154/23
1,300 [1] 169/15
1.4 million [5] 283/13 284/1 284/3 284/15 284/17
10 [2] 147/14 246/15
10-4536 [1] 141/7
10-MD-2179 [1] 141/4
100 [1] 207/10
1036 [1] 141/16
10th [1] 262/16
11 [7] 172/3 198/10 204/4 205/22 206/1 207/10 224/8
11922 [1] 158/19
11923 [1] 158/25
12 [3] 149/19 206/17 257/20
12 percent [1] 257/17
12,000 [2] 224/17 225/13
120 [1] 292/6
12020.003 [1] 260/16
12020.041 [1] 262/7
12020.066 [1] 263/16
12621 [1] 273/24
1300 [1] 209/19
13108 [1] 272/4
13112 [4] 155/19 155/25 157/2 157/6
13113 [3] 156/6 157/2 157/6
13346 [1] 247/7
13346.6.1 [1] 289/2
13347 [1] 247/7
13348 [1] 247/7
13348.5.2 [1] 295/22
138 [1] 147/13
14271 [1] 142/17
15 [3] 198/10 206/17 246/15
15 years [1] 242/20
15-minute [1] 239/12
15th [1] 281/17
17 [1] 172/3
18 [7] 150/17 159/18 159/22 167/7 197/20

258/1 288/5
18 percent [1] 257/24
19 [2] 167/24 286/3
1970s [1] 154/22
1997 [1] 154/7

**2**
2,000 [2] 170/4 170/15
2.99 [1] 257/20
20 [6] 141/5 141/7 146/2 149/10 242/17 246/15
20-year [1] 150/4
20004 [1] 142/17
20005 [1] 143/10
20006 [1] 143/20
20044 [1] 142/13
2007 [3] 141/13 173/10 175/23
2008 [3] 150/6 192/9 246/25
2010 [33] 141/5 158/1 158/9 158/13 173/15 173/17 175/24 195/20 198/17 199/11 201/8 213/8 214/10 215/16 223/16 223/23 224/24 226/7 229/15 235/17 248/20 249/17 250/25 253/21 285/20 286/9 286/15 289/13 289/15 289/20 290/14 292/25 325/17
2011 [14] 175/24 175/24 191/5 201/7 201/7 201/8 201/15 201/18 222/22 231/13 231/17 233/20 235/14 307/24
2012 [21] 158/10 158/13 195/20 198/17 199/11 199/21 199/23 199/25 200/8 200/14 200/17 200/22 201/1 201/4 201/5 202/2 202/20 202/22 204/21 225/23 247/2
2013 [2] 158/15 317/13
2014 [3] 203/6 238/20 283/3
2015 [2] 141/7 146/2
2020 [1] 143/20
2179 [1] 141/4
230437 [1] 265/24
231739 [1] 273/8
232463.23.1 [1] 306/14
232463.5.1 [2] 307/15 308/1
232463.5.2 [1] 312/22
232509.066 [1] 254/15
232524 [1] 267/1
233329 [1] 272/10
23rd [1] 224/2
24/7 [1] 178/15
25 [2] 242/17 292/9
25 million [1] 229/16
25,000 [1] 224/16
26th [1] 224/15
275 [1] 144/2
27th [1] 286/14

**3**
3,500 [1] 214/12
3.76 [1] 258/2
30 percent [1] 238/19
30,000 [1] 268/16
300 [1] 143/6
302 [1] 204/4
30th [1] 238/20
3303 [1] 176/13
33300 [1] 148/13
33301 [1] 151/13
33302 [1] 154/1
33303 [2] 160/15 171/10
33304 [1] 161/25
33305 [1] 163/5
33306 [1] 165/3
33307 [1] 167/19
33308 [1] 171/19
33309 [1] 172/25

33310 [1] 174/2
33311 [1] 176/8
33312 [1] 179/22
33313 [1] 183/16
33314 [1] 186/2
33315 [1] 188/1
33316 [1] 190/8
33600 [1] 241/11
33600.3 [1] 268/6
33601 [1] 248/14
33601.1 [1] 249/7
33601.2 [1] 250/1
33601.4 [1] 269/18
33602 [3] 250/12 260/8 265/4
33603 [2] 251/22 255/24
33604 [3] 253/13 254/14 269/6
33605 [1] 257/5
35 percent [2] 192/25 193/4
3500 [2] 214/17 214/18
35250 [2] 323/14 323/16
35251 [1] 303/7
35252 [1] 308/19
35254 [1] 313/8
35255 [1] 314/12
35256 [1] 314/21
35257 [1] 316/2
35258 [1] 316/16
35259 [1] 319/12
35260 [2] 319/9 320/4
35261 [2] 320/25 322/12
35268 [1] 305/6
35270 [2] 281/24 310/10
35271 [1] 301/24
35272 [1] 307/20
35273 [1] 314/2
35274 [1] 315/16
35276 [2] 320/13 320/13
35279 [1] 303/21
35280 [1] 297/5
35281 [1] 297/17
35282 [1] 317/10
35283 [1] 317/17
35284 [1] 318/10
35286 [1] 293/1
35287 [1] 290/11
353 [1] 281/23
35309 [1] 214/4
35310 [1] 215/10
35311 [1] 216/10
35313 [1] 223/20
35315 [2] 226/4 226/5
35316 [1] 226/24
35318 [1] 229/13
35323 [1] 233/21
35324 [1] 235/12
35337 [1] 212/13
35338 [1] 213/5
35339 [1] 222/20
35340 [1] 230/11
35341 [1] 228/4
35342 [1] 220/11
35347 [1] 224/13
355 [1] 143/23
3:30 [1] 239/12

**4**
4 percent [2] 257/19 257/20
4,000 [2] 310/10 310/15
4.7 is [1] 258/2
4.7 percent [1] 257/25
40 [1] 242/18
400 [1] 316/4
4400 [1] 143/24

**4**

4500 [3] 286/6 286/7 286/15
4536 [1] 141/7
48 [1] 279/8
49 [1] 279/9

**5**

5,000 [1] 235/3
5,000 feet [2] 294/12 295/7
50 [1] 150/2
500 [1] 144/2
5000 [1] 143/14
504 [1] 144/3
51 percent [1] 235/15
5266 [1] 304/9
589-7780 [1] 144/3

**6**

6,090 [2] 319/4 320/6
60654 [1] 143/6
62 [1] 198/10
655 [1] 143/10
6:00 [1] 326/21
6th [1] 286/10

**7**

7 percent [1] 235/16
70 peer-reviewed [1] 244/9
701 [2] 142/23 143/14
70130 [2] 142/23 144/3
70139 [1] 143/15
72 [1] 267/11
75 [1] 288/5
76 [1] 288/5
7611 [1] 142/12
7780 [1] 144/3

**8**

800 [3] 213/12 213/15 213/19
87 [1] 172/8
8:00 in [1] 326/23

**9**

90 [5] 205/22 205/25 206/17 319/20 319/21
90071 [1] 143/24
9105 [1] 321/21
928 [1] 216/21

**A**

A-U-S-T-I-N [1] 146/22
ABIGAIL [1] 142/7
ability [9] 177/16 177/16 182/19 183/13 187/5 188/21 218/10 275/13 329/11
able [17] 175/17 180/8 180/23 181/1 181/11 182/14 182/22 183/1 185/14 185/25 191/25 212/1 213/4 215/22 217/24 219/24 236/4
about [120] 147/16 151/18 157/23 157/23 161/1 162/3 162/4 162/8 162/11 165/16 166/17 167/3 167/4 170/20 176/4 176/9 176/11 176/12 178/5 178/22 179/2 180/16 180/17 181/15 181/21 184/12 186/7 186/7 186/19 186/25 188/8 188/14 190/12 190/23 191/9 192/22 193/10 194/5 196/24 199/8 200/11 201/5 201/16 203/25 205/5 205/7 205/9 207/12 207/24 209/2 209/15 210/13 210/14 210/24 211/1 214/2 215/8 218/2 218/9 218/12 221/16 222/1 223/8 224/6 227/9 230/5 232/10 237/7 238/22 239/11 242/2 242/14 244/4 244/16 251/12 253/7 259/5 259/8 259/14 259/19 260/4 264/8 267/14 268/12 268/13 274/10 276/17 276/22 278/8 279/16 280/17 280/22 284/5 289/20 292/9 293/20 293/25 295/4 297/18 299/24

300/2 301/21 301/22 304/7 306/3 306/11 309/10 311/13 312/11 315/2 319/8 323/8 324/11 325/4 325/16 326/2 326/8 326/11 328/17 328/19
above [7] 271/16 290/14 295/24 315/5 315/8 325/13 329/13
above-entitled [1] 329/13
absence [1] 274/24
Absolutely [1] 328/24
abundance [1] 265/23
Academy [1] 253/24
acceptable [2] 321/5 322/10
accepted [1] 171/4
access [7] 180/24 181/11 182/15 182/20 236/5 283/20 285/24
accident [2] 172/14 267/19
accommodate [1] 328/13
according [5] 213/19 214/9 225/4 232/5 235/14
accordingly [1] 199/14
account [7] 160/3 191/16 191/22 258/23 262/3 265/2 319/19
accurate [2] 298/19 298/21
accurately [3] 156/3 156/11 275/1
accustomed [1] 175/7
ACE [1] 262/24
acquire [1] 177/16
across [26] 163/15 165/10 166/25 168/6 168/7 168/8 168/14 169/3 170/22 171/1 171/1 171/1 172/15 173/17 173/24 174/20 175/11 177/13 183/4 185/11 188/23 195/13 202/25 206/15 227/21 249/23
Act [1] 153/7
action [2] 141/4 218/19
actions [5] 195/11 210/20 216/2 238/22 304/1
actively [1] 185/21
activities [12] 151/24 227/10 248/5 286/17 298/16 308/15 308/22 308/23 309/1 309/15 309/23 314/7
activity [2] 187/17 206/12
actual [6] 291/1 291/5 291/5 292/17 321/24 322/2
actually [46] 151/24 154/20 167/10 171/24 181/14 184/6 185/23 190/14 190/14 192/25 193/4 220/17 234/14 242/10 242/12 243/11 244/15 245/14 249/12 250/20 252/1 252/4 252/5 255/10 257/9 261/2 268/15 270/1 272/20 283/18 283/24 284/2 291/2 291/14 291/17 292/13 294/21 294/22 307/7 307/19 313/14 316/11 318/20 319/11 321/9 322/7
acute [10] 277/18 300/22 301/2 301/2 301/5 305/12 305/25 306/2 306/3 310/3
adapt [1] 188/12
add [1] 189/5
addition [13] 160/24 173/20 178/10 184/2 185/20 187/21 188/17 189/24 193/7 225/16 229/10 277/17 308/22
additional [2] 147/10 308/8
address [9] 151/7 152/21 159/11 208/7 208/9 212/1 236/15 240/18 275/12
adequately [3] 271/12 273/5 273/5
administered [1] 252/10
Administration [5] 243/13 261/19 282/18 297/11 314/19
administrator [3] 251/3 266/23 267/7
admit [1] 189/5
admitted [1] 275/19
adopt [2] 157/2 247/13
adopts [1] 193/11
adult [1] 319/25
adverse [8] 259/12 261/3 266/16 270/4 270/17 270/20 271/16 272/16

advertise [2] 181/6 181/9
advertisement [1] 192/1
Advisory [3] 282/24 318/17 320/16
aerial [1] 308/24
affect [5] 178/20 275/13 294/16 294/19 294/19
affected [19] 154/25 174/22 174/24 176/5 176/23 177/9 177/9 177/15 177/16 178/3 178/13 179/14 179/14 181/21 189/3 199/5 229/17 231/14 237/21
affects [2] 173/6 271/25
affluent [1] 209/22
afford [1] 239/6
African [2] 164/13 183/10
after [30] 185/20 189/18 193/6 197/15 197/22 200/13 200/17 201/1 201/3 201/5 202/22 202/23 204/21 210/20 211/2 212/4 213/8 215/6 218/13 228/15 233/18 233/19 238/6 243/17 277/10 289/23 292/16 298/13 324/15 325/25
aftermath [2] 249/2 266/18
afternoon [6] 141/18 146/1 146/8 195/3 239/19 328/23
again [47] 162/24 163/1 166/1 168/11 170/7 170/9 172/19 174/15 174/16 176/13 179/2 180/24 182/14 185/8 185/13 196/11 205/19 205/25 206/14 206/17 207/9 215/12 224/15 228/1 228/6 232/11 232/14 233/13 233/24 240/8 240/10 264/1 267/9 270/8 275/2 279/5 286/8 288/9 291/8 298/19 298/23 304/24 305/2 309/20 315/3 315/19 323/15
against [3] 167/21 168/22 184/20
agencies [14] 189/19 254/6 274/20 282/3 282/9 284/23 303/4 303/25 304/20 305/20 311/23 312/1 316/25 323/23
agency [12] 150/11 155/7 165/13 254/5 268/17 282/21 302/19 302/23 313/21 314/18 321/4 322/9
agent [4] 198/6 244/18 261/21 261/24
aggregated [1] 238/8
ago [1] 281/4
agree [39] 196/4 208/6 211/2 211/20 211/22 211/25 213/1 215/25 216/3 219/4 219/10 219/13 220/25 221/14 222/14 227/22 228/22 228/24 229/2 233/10 236/10 236/14 270/9 270/19 270/23 272/23 281/8 283/12 287/13 288/17 294/15 295/5 296/18 299/3 300/9 300/22 301/5 301/13 323/18
agreed [1] 305/22
agreement [1] 195/16
ahead [7] 147/21 147/21 156/24 240/14 240/14 247/23 260/6
aided [1] 144/8
aim [1] 181/4
aimed [1] 166/4
air [32] 252/8 252/21 252/25 270/24 280/13 282/9 285/6 285/17 285/17 285/23 286/3 286/23 286/25 296/18 296/22 297/20 311/6 311/12 312/14 312/15 313/6 314/16 314/22 315/1 315/7 316/10 317/7 317/19 317/21 318/2 318/4 325/4
airborne [3] 245/3 254/21 313/12
Alabama [13] 160/11 163/11 163/20 184/23 213/17 213/25 214/10 232/10 234/3 236/3 236/6 285/20 309/24
Alabama's [1] 235/15
all [102] 146/6 146/23 147/17 147/21 155/14 156/19 157/7 157/9 157/11 167/23 167/25 168/10 169/14 169/23 172/22 174/20 175/15 175/21 176/23 181/10 185/13 186/5 186/21 188/20 189/12 191/21 194/2 195/14 201/25 202/16 203/13 203/17 204/21 205/9 206/7 206/19 206/21 208/25 212/8 216/2 219/25

**A**

all... [61]  222/5 222/9 236/12 236/14 237/19 237/20 239/9 239/11 239/13 239/15 239/16 239/17 242/2 247/9 247/19 247/23 252/18 254/7 255/10 255/20 255/21 257/3 258/6 258/6 258/10 258/11 262/15 264/17 265/17 271/12 275/25 279/7 283/6 283/25 285/23 292/2 293/7 295/12 295/12 298/15 299/23 300/1 308/14 308/18 308/21 311/20 311/22 311/25 312/24 313/1 313/11 323/10 323/18 323/22 326/19 326/21 327/8 327/14 328/6 329/4
ALLAN [1]  142/21
alleviate [1]  229/3
allow [1]  152/2
allowed [2]  168/24 216/1
allows [1]  164/25
almost [2]  252/18 258/2
along [9]  187/13 208/4 213/10 217/5 220/14 228/9 240/13 317/7 317/20
alongside [1]  153/1
already [8]  168/1 187/7 193/16 266/19 267/9 268/20 275/20 275/21
also [85]  147/6 148/8 152/23 153/3 153/8 153/13 157/5 164/6 164/15 164/15 165/17 165/21 166/3 166/6 166/8 166/11 166/22 168/3 168/7 172/11 173/10 174/9 175/2 175/5 175/13 175/14 177/16 179/12 180/6 181/19 182/21 183/9 183/22 184/15 187/18 190/19 190/24 192/6 192/15 202/6 208/9 210/1 211/14 217/13 218/15 219/3 220/22 221/24 231/1 236/8 240/6 242/3 243/22 243/24 245/25 246/25 247/18 249/15 249/17 249/21 252/16 254/20 256/10 256/15 263/7 266/15 266/21 267/13 271/9 271/24 273/3 275/1 276/15 276/20 283/10 285/6 290/5 301/8 303/12 309/18 318/2 321/15 325/16 326/12 327/18
alter [1]  249/4
altered [1]  269/10
although [1]  278/8
aluminum [1]  246/1
always [7]  187/13 188/24 234/10 274/15 297/4 298/23 299/5
am [10]  202/23 202/24 203/15 215/2 229/12 260/4 279/22 281/6 315/12 328/1
AMANT [1]  142/22
AMERICA [2]  141/8 142/3
American [5]  164/17 183/10 238/12 246/19 247/1
Americans [1]  164/13
among [8]  163/19 163/19 164/3 232/4 239/4 242/4 244/3 245/23
amongst [3]  248/21 250/4 257/1
amount [5]  178/12 215/13 215/22 225/22 230/7
amounts [1]  222/24
ample [2]  273/1 275/17
ANADARKO [4]  141/11 141/12 143/17 236/24
analyses [6]  193/24 200/10 257/4 283/25 284/1 310/11
analysis [20]  149/13 155/16 199/14 200/7 200/14 201/18 202/20 205/6 252/11 256/3 256/4 257/2 257/11 283/2 284/15 287/10 287/13 287/15 315/13 315/15
analyzed [3]  199/18 283/13 288/23
Analyzers [1]  285/16
analyzing [2]  168/19 220/17
and/or [1]  215/24
ANDRE [1]  142/7
ANDREW [1]  143/3

Angeles [1]  143/24
angry [1]  184/23
announced [1]  231/13
announcement [1]  230/14
announces [1]  229/16
annual [5]  203/22 203/25 204/10 204/15 204/18
another [23]  167/2 170/11 170/11 173/23 175/6 175/10 177/7 185/12 185/13 193/23 223/2 223/3 223/8 239/6 244/5 246/1 262/10 263/1 264/2 268/21 268/21 274/2 299/18
answer [16]  204/7 205/25 206/4 206/20 207/16 234/8 275/11 275/13 279/17 288/14 295/12 299/11 304/15 304/25 305/14 305/17
answered [1]  196/9
answering [1]  161/4
answers [1]  299/13
anthropologist [1]  149/3
anthropologists [6]  151/5 151/6 152/25 153/9 153/10 161/16
anthropology [9]  148/23 149/7 149/12 150/5 150/23 150/24 151/1 151/2 156/16
anxiety [2]  186/6 186/21
any [132]  148/7 149/21 149/21 150/4 155/16 156/20 159/16 165/22 167/21 167/23 168/25 168/25 170/19 173/5 173/6 176/5 183/1 192/12 194/4 194/7 197/10 198/2 198/15 200/4 200/7 200/7 202/21 204/21 205/1 207/1 207/1 207/14 207/15 209/1 210/5 211/8 214/22 217/2 218/4 218/4 220/16 234/9 236/17 236/24 238/16 240/11 241/18 241/24 242/6 243/2 244/9 244/20 245/6 245/18 246/4 247/19 249/9 250/6 258/4 259/1 259/5 259/6 259/13 259/14 260/25 264/11 269/14 270/2 270/3 271/7 271/15 271/22 272/15 274/10 274/23 275/4 275/4 276/12 277/18 278/2 278/17 278/17 278/20 280/3 280/5 280/9 280/17 280/23 281/20 283/2 283/21 284/3 288/23 289/6 290/5 291/22 291/22 292/3 292/11 295/17 296/2 296/3 296/5 296/6 296/6 296/7 296/10 296/10 296/15 296/16 296/17 299/12 301/14 301/14 301/15 306/18 306/25 307/3 314/22 318/25 321/14 321/15 324/7 324/8 324/9 324/16 324/17 324/18 325/7 326/5 327/7
anyone [7]  149/16 197/9 197/13 218/4 280/10 288/23 296/3
anything [6]  178/17 193/19 207/25 216/25 220/18 325/22
apart [1]  226/16
apologies [2]  231/22 323/16
apologize [5]  163/9 259/21 262/10 286/12 291/8
apparently [2]  299/5 328/5
Appearances [3]  142/1 143/1 144/1
appears [1]  147/6
applicability [1]  267/24
applicable [5]  313/13 313/14 313/16 313/25 319/18
application [1]  151/1
applied [9]  149/3 149/12 150/5 150/23 150/25 151/4 151/6 156/16 161/15
apply [7]  181/14 181/15 189/23 190/13 190/18 199/2 279/6
approach [13]  151/16 161/18 161/21 162/2 162/20 163/16 164/21 166/15 167/18 168/3 190/19 193/11 194/2
approaches [6]  151/4 151/6 151/8 155/11 198/25 199/2
appropriate [1]  297/23
appropriately [1]  274/14
approximately [3]  215/1 287/10 309/3
APRIL [8]  141/5 158/9 173/15 195/20

198/17 199/11 248/20 250/24
291/15 310/1
April 22nd [1]  250/24
are [219]
area [12]  149/1 169/8 170/6 177/6 177/6 177/7 182/2 224/20 229/17 231/18 283/15 295/2
areas [15]  150/1 163/17 164/23 165/10 176/8 177/2 177/3 177/9 177/10 177/11 177/12 191/3 208/7 222/10 287/8
aren't [2]  217/11 303/14
argue [4]  170/2 193/7 193/12 193/19
argued [1]  237/14
argues [2]  191/15 192/15
arguing [1]  323/8
arguments [1]  194/9
arise [1]  238/25
arising [1]  293/22
Arizona [4]  149/9 149/10 150/6 150/12
arm [5]  262/22 262/23 262/24 262/25 263/24
aromatic [2]  277/14 310/19
arose [1]  260/24
around [6]  167/16 178/16 213/12 216/25 217/5 224/1
art [1]  311/17
article [7]  244/15 255/7 255/8 271/24 272/13 302/16 303/2
articles [11]  150/3 280/7 291/19 291/20 291/21 291/23 291/25 292/23 325/16 325/20 325/22
artists [1]  183/23
as [215]
ashore [3]  181/8 188/15 318/1
Asians [1]  164/13
ask [4]  207/13 208/21 209/14 318/16
asked [45]  147/14 147/18 148/5 148/7 148/8 158/7 159/11 161/6 195/16 195/19 195/21 196/4 196/12 196/12 196/13 196/14 196/17 198/14 204/6 205/24 206/19 218/20 220/23 228/7 228/11 234/5 237/7 237/11 238/22 240/18 240/20 275/11 275/14 279/1 279/11 286/12 288/7 288/16 289/6 289/10 305/8 325/3 325/16 326/2 326/11
asking [2]  289/8 309/17
aspects [1]  195/14
assess [5]  193/24 196/12 196/14 209/17 319/15
assessing [5]  253/19 253/20 276/23 277/1 277/5 277/9 277/13 277/18 278/2
assessment [11]  237/10 238/14 267/25 270/13 275/8 275/11 275/20 281/2 281/5 281/7 310/2
assessments [5]  153/8 281/9 298/1 298/2 310/4
ASSET [1]  141/13
assist [5]  151/10 161/22 232/15 232/24 233/4
assistance [4]  182/4 182/24 188/5 244/3
assisted [2]  233/2 297/21
associated [12]  253/8 254/16 255/4 255/14 255/17 264/13 288/24 301/16 309/14 324/5 324/9 324/18
Association [3]  246/19 246/20 247/2
assume [1]  327/20
assuming [1]  319/20
Atmospheric [2]  285/16 314/19
attempted [1]  233/4
attend [1]  187/14
attended [2]  166/9 170/16
attending [3]  151/22 169/21 169/22
attention [1]  155/3
attorneys [2]  283/5 289/14
audio [1]  290/5
August [7]  224/2 251/4 281/17 283/3 285/20

**A**

August... [2] 292/5 307/24
August 15th [1] 281/17
August 15th of [1] 283/3
August 23rd [1] 224/2
Austin [33] 146/10 146/13 146/17 146/21
147/1 147/10 147/25 148/10 149/6 150/4
150/23 151/10 151/15 153/13 153/22 155/21
156/8 156/16 157/2 157/15 160/6 168/13
194/19 194/24 195/3 208/6 210/12 225/16
233/10 236/10 237/7 238/15 239/7
Austin's [5] 146/16 157/5 204/4 205/21
206/16
author [2] 214/7 249/14
author's [1] 291/19
authored [1] 255/8
authority [2] 188/19 224/2
avail [1] 223/25
available [8] 163/1 209/11 237/16 237/22
281/11 281/20 281/21 285/25
Avenue [1] 143/23
average [1] 169/3
averaging [2] 193/22 194/3
award [3] 150/10 246/25 247/2
awarded [1] 150/10
awards [2] 150/4 246/21
aware [25] 196/20 196/22 214/25 217/18
217/21 218/3 218/7 220/8 223/13 225/16
229/10 229/23 230/22 231/24 236/7 276/17
281/5 281/6 282/2 283/24 287/24 296/23
308/13 319/2 326/5
away [5] 262/15 294/25 295/1 295/5 295/6

**B**

Bachelor [1] 148/18
Bachelor's [1] 241/15
back [18] 169/6 171/12 173/19 177/7 178/22
181/5 194/17 209/7 234/1 242/17 243/7
254/14 255/13 282/17 292/23 299/8 310/10
321/22
background [5] 148/17 241/8 241/9 241/14
242/14
backyards [1] 245/15
bad [1] 263/9
balance [3] 184/16 184/16 184/18
Baldwin [3] 234/3 236/1 236/3
balls [2] 318/21 318/24
bandage [2] 262/24 263/25
banks [1] 166/22
BARBIER [2] 141/19 327/15
base [2] 161/3 163/2
based [20] 166/20 181/13 197/14 200/2
200/23 224/4 246/8 251/11 256/15 270/23
289/13 297/19 298/1 298/2 300/4 308/24
318/12 319/17 321/5 322/10
baseline [1] 154/8
bases [3] 156/12 159/16 247/9
basically [3] 201/18 244/1 285/16
basis [14] 178/15 203/22 203/25 204/10
204/15 204/18 252/24 256/13 256/13 271/6
271/17 271/17 292/14 293/11
Batre [2] 163/10 163/20
Bayou [2] 163/10 163/20
Bayou La Batre [2] 163/10 163/20
be [107] 146/6 146/9 149/1 152/10 164/2
164/2 170/22 171/2 173/17 178/15 180/13
180/22 186/12 188/15 189/19 190/1 195/4
196/2 196/24 197/3 201/17 202/5 207/22
208/25 209/8 209/13 211/9 213/20 213/20
214/17 216/19 218/10 220/13 226/13 226/23
231/15 231/16 232/4 234/18 235/15 236/6
237/16 237/24 238/8 239/16 240/22 245/25
246/9 248/9 253/1 253/2 258/18 259/1 260/1
267/17 268/24 274/14 275/23 276/4 276/11
276/22 278/8 278/12 278/14 281/16 282/8
282/14 284/19 284/22 287/14 288/12 289/18
289/22 290/11 290/17 290/24 294/4 294/23
297/2 297/18 298/9 298/19 299/1 299/4
299/23 300/23 301/6 301/8 301/8 302/19
303/13 306/2 310/21 312/6 312/10 313/25
315/6 317/1 318/21 318/22 318/24 320/3
327/22 327/24 328/4 328/6 328/11
beach [6] 180/10 180/11 217/16 309/22
316/11 320/21
beaches [4] 181/12 203/6 217/4 217/6
beak [2] 273/15 273/21
became [2] 150/14 224/22
because [29] 154/17 159/10 162/19 174/16
175/17 177/10 178/21 179/8 184/9 184/25
185/13 185/16 187/16 187/24 189/11 189/25
192/12 193/14 208/2 221/10 228/2 237/16
237/19 238/8 272/21 293/8 322/21 326/10
328/5
become [5] 157/15 162/25 181/10 227/14
318/21
been [55] 146/17 147/25 147/25 149/9
149/10 149/18 171/8 171/21 173/19 176/5
184/16 184/20 184/21 189/4 203/12 216/12
217/3 217/4 218/15 219/10 219/12 219/24
221/16 225/3 230/16 230/17 234/19 234/22
235/3 235/21 238/20 239/23 245/24 252/17
252/17 256/6 262/11 265/22 267/17 268/4
268/19 273/3 273/20 275/16 275/20 283/13
283/14 289/10 307/23 317/19 317/23 321/11
321/15 322/21 322/25
before [15] 141/19 161/1 168/1 196/4 209/21
209/22 222/22 237/13 238/6 256/2 261/17
292/20 317/15 319/11 322/22
began [15] 154/7 154/21 158/1 162/24
166/19 172/1 173/10 175/22 184/7 192/11
197/22 209/4 213/10 218/8 224/22
begin [5] 162/5 162/9 166/25 167/23 180/7
beginning [2] 166/17 316/3
began [1] 154/24
behalf [4] 146/9 148/1 194/24 237/6
behavioral [3] 242/6 242/12 245/19
behaviors [1] 153/21
being [26] 177/8 181/21 183/25 184/11
186/13 187/9 191/12 191/25 192/22 193/9
213/2 227/20 232/17 237/20 248/25 249/23
252/15 267/9 268/10 268/13 268/16 275/18
285/11 294/13 296/22 321/9
belief [1] 217/9
beliefs [1] 153/21
believe [11] 198/19 238/17 243/2 259/25
265/10 286/5 287/16 300/4 300/18 318/20
320/1
below [13] 264/1 270/17 270/20 270/24
271/3 294/12 295/7 313/13 313/14 313/16
321/4 322/9 326/15
benchmark [6] 270/14 270/15 270/16 270/19
271/12 319/17
benchmarks [15] 270/25 271/4 311/7 311/22
311/24 319/6 319/7 319/12 319/14 319/18
320/6 320/8 320/8 326/13 326/15
benefit [5] 212/21 221/1 239/4
benefited [18] 187/1 213/17 219/8 219/9
219/14 219/16 219/18 219/20 219/21 221/17
221/18 221/25 222/7 223/3 223/9 236/8
236/19 239/2
benefiting [1] 187/8
benefits [8] 182/5 230/5 230/5 236/6 236/7
251/3 266/22 327/25
benzene [13] 244/16 271/10 271/15 271/20
271/20 271/25 272/2 312/7 324/11 324/12
324/13 325/12 325/13
best [5] 190/13 233/5 233/7 328/13 329/11
better [2] 164/25 181/1 182/22 194/6
between [8] 158/12 184/16 195/20 231/16
267/20 296/7 296/11 322/19
beyond [5] 185/16 194/13 213/3 240/12
328/3
bias [3] 167/22 168/23 169/1
biased [1] 167/17
billion [5] 226/10 226/10 226/13 227/23
228/8
billions [1] 225/17
bills [1] 217/25
Biloxi [2] 163/21 213/11
Bingham [1] 143/18
biological [2] 268/20 274/18
biology [2] 148/19 241/15
biomonitoring [4] 274/17 274/20 274/24
275/5
bird [3] 273/14 273/21 274/8
bird's [3] 273/15 273/21 274/7
birds [1] 183/25
bit [9] 152/10 171/13 181/20 201/16 205/7
207/23 210/12 263/17 301/21
bite [2] 300/11 300/16
bites [1] 300/14
blankets [1] 165/23
block [4] 229/11 229/16 236/11 236/18
blood [1] 274/19
blow [3] 239/6 262/7 263/17
blown [1] 249/23
blowout [1] 172/1
blue [1] 188/25
blurry [2] 155/21 262/8
BO [1] 206/8
board [3] 276/12 276/18 276/20
board-certified [3] 276/12 276/18 276/20
boat [5] 144/11 183/11 212/20 227/4 263/23
boats [10] 180/3 180/3 180/4 180/4 180/6
180/7 180/7 213/4 222/24 227/5
Bockius [1] 143/22
body [1] 272/1
BOEM [33] 153/24 154/4 154/6 155/6 158/4
158/14 159/22 161/5 161/6 170/20 171/5
197/15 197/23 199/14 205/12 205/14 206/8
210/18 210/21 210/25 212/10 213/1 214/7
215/12 216/12 220/13 220/20 224/15 225/20
226/19 231/10 235/9 238/3
BOEM's [4] 220/15 225/5 231/1 235/14
Boesch [1] 326/25
Bonanno [6] 191/15 192/15 192/21 193/7
200/11 200/25
boom [2] 212/20 263/22
booming [1] 308/22
Boston [3] 241/17 242/24 244/7
both [30] 149/13 149/13 149/14 149/20
150/25 151/2 152/10 153/19 166/4 173/9
173/11 173/12 175/7 177/23 179/13 180/1
183/12 197/23 210/16 211/10 221/6 232/11
287/7 290/23 302/11 310/4 312/17 314/17
319/19 323/21
bottom [3] 264/21 264/21 282/23
box [3] 142/12 142/17 321/13
BP [99] 141/10 143/2 146/14 147/7 167/13
181/3 189/25 190/1 191/5 193/23 194/24
195/11 196/20 196/22 211/5 211/7 211/22
212/6 212/19 214/9 214/25 215/3 215/5
215/7 215/25 217/1 217/13 217/16 217/18
218/3 219/11 223/25 224/16 224/21 225/4
225/6 225/17 225/22 226/12 227/22 228/24
229/2 229/10 229/16 229/21 229/23 230/7
230/18 231/13 231/24 232/14 232/23 233/3

**B**

BP... [46] 233/4 235/3 235/21 236/11 238/22 238/22 239/1 251/1 260/10 260/12 264/12 264/24 265/7 265/7 265/9 265/11 274/20 276/5 283/10 284/22 298/3 298/8 298/11 298/17 298/22 299/3 299/5 299/19 299/21 303/4 303/24 304/13 304/21 305/10 305/20 308/13 308/20 309/13 314/18 315/5 325/3 325/12 325/16 326/2 326/11 327/17
BP's [23] 147/3 148/9 156/9 160/24 180/14 182/10 190/3 191/13 191/15 192/14 194/8 195/17 195/22 196/17 210/20 211/2 224/2 227/18 230/6 230/24 233/10 236/19 269/3
BP-sponsored [1] 298/17
Branch [1] 142/15
BRANDON [1] 142/9
BRANSCOME [1] 143/9
Brazil [1] 178/8
breaking [1] 194/6
breath [2] 254/24 257/13
breathing [1] 257/13
briefing [1] 147/2
briefly [9] 243/25 244/1 244/24 245/10 248/16 260/12 263/15 324/23 325/11
bring [2] 194/17 255/23
bringing [1] 207/23
British [2] 250/22 251/25
broadly [1] 165/17
BROCK [2] 143/9 327/17
broken [3] 230/17 318/21 318/25
bug [3] 300/11 300/14 300/16
build [1] 215/22
builds [1] 179/16
built [3] 193/13 215/13 234/23
bullet [6] 168/18 174/5 174/18 187/11 250/18 260/10
bunch [2] 310/20 310/21
Bureau [2] 149/24 153/23
bureaucracy [1] 234/23
burned [1] 248/19
burning [4] 244/12 308/25 311/4 318/1
burns [1] 249/21
business [14] 165/12 165/16 165/20 174/22 181/21 185/4 185/8 186/15 189/23 223/7 234/10 234/12 234/18 235/6
businesses [17] 161/11 179/6 179/8 182/3 185/3 185/6 192/10 194/5 194/10 211/25 219/6 225/18 226/8 236/15 237/19 237/20 239/5
busy [1] 173/22

**C**

C-L-A-P-P [1] 240/3
Cadet [1] 213/11
Cajun [1] 164/17
Calculated [2] 321/2 322/7
California [3] 143/24 148/20 245/2
call [36] 146/7 148/13 151/13 154/1 155/19 156/6 158/19 158/25 160/15 161/25 165/2 167/19 171/10 171/19 172/25 174/2 176/13 176/18 178/15 178/16 179/22 183/16 186/1 188/1 190/8 216/17 239/17 248/13 249/22 254/15 272/9 315/17 321/9 322/2 322/17 322/17
call-out [2] 254/15 321/9
call-outs [2] 322/17 322/17
called [22] 163/4 166/15 168/4 178/15 180/9 195/12 242/1 242/10 242/11 243/18 244/2 244/5 244/6 258/9 268/17 270/13 270/14 281/6 297/2 311/14 313/19 322/17
calling [3] 171/21 321/12 326/9
calls [3] 146/12 179/1 239/20

came [5] 184/8 210/16 234/1 316/23 318/1
Campbell [1] 142/1
campaigns [1] 230/19
can [112] 146/7 147/7 147/17 147/19 150/20 152/9 152/10 153/3 161/9 162/7 163/17 165/10 167/18 169/11 171/2 171/22 190/10 190/13 193/7 196/1 198/9 204/3 205/21 207/9 213/5 215/6 215/10 216/10 218/14 220/11 222/20 223/20 224/13 226/24 227/12 228/3 229/13 233/21 239/17 240/12 241/11 242/9 243/7 244/24 246/13 251/24 254/18 254/20 255/23 256/3 257/5 258/8 259/13 260/12 261/16 262/17 262/18 263/16 263/17 263/19 264/15 264/22 265/24 266/11 266/25 268/6 268/13 271/5 271/16 273/23 274/5 279/7 288/4 289/2 290/13 293/1 294/16 294/18 295/21 297/5 297/17 301/8 301/24 303/7 304/9 306/14 308/18 310/10 311/2 312/22 314/10 314/12 314/21 315/16 316/2 316/16 317/10 317/17 317/24 317/25 318/10 319/9 320/4 320/13 320/25 322/2 322/5 323/13 325/11 328/14 328/14 328/21
can't [5] 208/21 230/2 233/11 273/19 283/6
cancel [1] 179/5
canceled [1] 179/15
canceling [1] 179/4
cancer [10] 241/6 243/21 245/4 246/14 319/17 319/18 321/2 321/3 322/7 322/8
cannot [5] 194/14 194/17 199/19 233/15 259/23
capital [3] 179/9 182/21 182/22
capitalized [1] 212/23
Captain [1] 327/3
captains [1] 222/25
carbon [1] 310/19
carcinogen [1] 271/11
card [1] 298/16
career [1] 150/5
carefully [1] 184/15
CARL [1] 141/19
case [76] 146/25 148/2 148/11 149/2 149/17 150/14 151/23 154/4 156/4 159/7 160/1 160/13 162/15 163/16 164/18 164/21 168/5 168/7 178/17 181/12 182/21 187/16 189/3 189/21 190/3 190/21 191/10 193/16 193/17 195/5 195/17 197/19 197/23 199/20 200/18 203/14 205/19 207/4 207/14 216/13 218/7 220/4 236/21 243/3 246/22 247/3 247/25 251/14 258/21 261/1 264/25 266/14 275/8 280/3 280/13 280/24 281/17 283/1 283/3 284/9 284/11 287/25 289/4 292/4 295/13 295/18 297/15 306/11 312/7 312/20 320/1 320/23 321/11 325/5 327/21 328/11
cases [6] 167/10 167/10 178/6 211/21 215/23 261/3
CASEY [1] 142/6
casinos [1] 235/2
catches [1] 198/6
categories [1] 166/21
category [1] 298/5
caught [1] 184/23
causal [6] 295/18 295/25 296/2 296/6 296/11 296/15
cause [11] 193/18 237/18 259/5 259/14 271/16 299/24 315/24 316/8 316/20 317/1 317/22
caused [13] 160/8 160/18 171/14 173/12 174/19 184/9 192/10 259/3 300/23 301/6 301/8 301/10 301/15
causes [2] 187/2 241/1
caution [1] 147/25
CDC [7] 315/11 315/13 315/19 316/3 316/6 316/23 317/5

CDC's [2] 316/4 316/12
Cebulski [2] 141/6 143/6
centers [2] 191/3 205/20
central [3] 163/22 164/8 183/6
certain [5] 206/15 218/8 253/8 256/7 300/11
certainly [35] 147/7 152/19 153/5 154/5 161/11 167/12 168/16 170/2 171/23 176/11 178/25 182/7 182/12 183/11 184/18 185/4 186/25 194/4 194/16 200/22 208/20 213/24 217/21 219/12 222/12 238/18 262/2 265/1 273/21 287/14 294/12 295/10 300/2 310/9 324/13
CERTIFICATE [1] 329/7
certificates [1] 298/13
certification [1] 298/16
certified [3] 276/12 276/18 276/20
certify [1] 329/10
cetera [2] 192/11 215/24
chain [1] 222/7
chains [2] 174/21 190/23
CHAKERES [1] 142/9
challenged [4] 160/21 167/13 183/19 183/25
challenges [3] 167/15 188/20 188/22
challenging [1] 189/9
chance [1] 258/19
change [12] 149/4 153/14 153/17 153/18 153/20 155/17 156/18 172/12 204/25 208/15 209/16 325/22
changed [12] 172/13 172/19 172/23 180/18 203/21 203/25 204/2 204/9 204/15 204/18 204/23 205/2
changes [3] 153/21 161/12 172/18
changing [1] 208/18
characterization [2] 297/19 305/24
characterizations [1] 297/22
characterize [2] 275/1 275/3
Charles [26] 241/11 247/6 248/13 249/7 250/1 250/12 251/22 253/13 255/23 257/5 260/8 260/15 262/6 263/16 265/4 265/24 266/11 266/19 266/25 268/6 269/6 272/3 272/9 273/7 273/23 327/10
Charles' [1] 257/16
chart [2] 253/15 283/7
charter [2] 164/11 179/5
checks [2] 217/19 224/4
chemical [2] 271/15 313/12
chemicals [12] 288/12 288/19 288/20 296/19 301/16 310/6 314/16 314/22 318/3 324/4 324/9 324/18
chest [1] 257/13
Chicago [1] 143/6
child [5] 243/21 319/20 319/23 319/24 320/9
childhood [1] 243/19
chills [2] 263/6 263/14
chose [1] 215/7
chosen [1] 163/25
Christian [1] 148/19
chronic [3] 246/14 277/22 277/25
churches [1] 166/22
circuit [1] 147/18
circumstances [4] 190/18 191/14 191/17 191/23
citation [1] 293/5
cite [1] 225/7
cites [1] 193/11
cities [1] 205/14
city [3] 243/12 243/12 243/18
Civil [2] 141/4 142/15
claim [8] 183/14 217/3 218/15 225/11 225/14 226/14 228/15 253/6
claimant [1] 224/17
claimants [5] 224/3 224/17 224/17 224/21 225/14

Case 2:10-md-02179-CJB-DPC Document 11467-14526   Filed 05/09/14   Page 195 of 217

**claims** [43] 172/22 180/17 180/20 182/5 187/6 189/6 189/23 192/3 203/4 211/15 211/16 217/19 218/4 218/10 218/17 218/18 219/5 222/25 223/10 223/14 223/25 224/1 224/9 224/11 224/16 224/22 225/3 225/10 225/10 225/17 225/22 226/17 226/21 227/3 227/19 236/11 236/19 238/18 238/20 251/3 266/23 267/7 267/10

**clammy** [2] 263/6 263/14

**Clapp** [62] 239/21 239/23 240/2 240/18 241/8 241/13 243/7 246/16 247/9 247/17 247/25 248/16 249/9 250/6 250/14 251/5 251/24 252/20 253/15 254/16 255/13 256/2 257/7 258/4 259/8 259/23 260/18 262/12 263/19 264/11 265/6 266/2 266/13 266/21 267/3 267/13 268/9 269/3 269/8 269/21 272/6 272/12 272/15 273/10 274/2 274/10 274/17 276/5 276/7 278/1 282/2 284/19 289/4 292/6 296/18 299/15 301/13 318/16 322/5 323/18 325/3 326/11

**Clapp's** [1] 260/1

**clarified** [1] 218/11

**clarify** [6] 196/1 196/9 204/1 219/17 222/9 232/17

**Clark** [1] 243/1

**classes** [3] 241/21 241/22 243/2

**clean** [3] 172/9 212/21 217/4

**cleaning** [3] 185/20 190/1 273/14

**cleanup** [27] 180/10 180/11 185/24 211/12 219/4 219/5 219/8 240/21 248/21 250/4 250/20 252/5 259/11 273/4 284/23 286/17 296/2 298/5 298/15 302/6 303/11 303/15 303/16 309/22 309/22 314/17 319/3

**clear** [29] 188/24 196/2 196/24 201/17 202/5 202/19 208/25 209/13 214/17 216/19 220/13 230/23 236/6 259/1 276/22 278/8 281/16 282/8 284/19 289/22 290/11 290/17 290/24 294/4 299/23 302/19 306/2 315/6 324/2

**clearly** [2] 147/3 192/3

**clinics** [4] 265/9 265/11 265/12 275/18

**close** [3] 179/8 305/6 323/11

**closed** [4] 176/8 177/2 177/3 177/6

**closely** [2] 184/2 303/24

**closer** [2] 257/3 294/23

**closures** [4] 177/1 177/2 192/3 224/20

**clothes** [1] 273/16

**co** [1] 149/19

**co-investigator** [1] 149/19

**coast** [21] 148/6 155/4 158/24 160/25 184/7 197/1 197/9 200/13 202/1 213/10 224/1 228/9 230/18 294/10 296/7 296/11 303/24 316/6 317/7 317/20 320/17

**coastal** [8] 160/9 185/21 206/8 206/22 206/22 206/25 207/6 231/16

**coauthors** [1] 255/9

**code** [2] 216/17 233/24

**cohort** [7] 246/5 246/7 248/24 268/15 268/23 268/25 275/2

**collaborations** [1] 304/7

**collaborative** [1] 305/4

**collaboratively** [2] 304/13 304/21

**colleagues** [3] 249/15 261/6 261/20

**collect** [11] 167/18 198/2 198/8 198/15 198/20 209/1 209/24 218/14 285/17 286/3 309/7

**collected** [26] 198/4 202/23 209/14 210/4 252/21 252/25 259/19 261/19 261/22 261/23 284/22 285/7 285/19 286/6 286/7 286/15 286/19 286/20 287/7 310/12 310/15 312/14 313/22 316/5 316/18 319/5

**collecting** [5] 201/19 202/2 225/24 274/18

**collection** [1] 167/11

**collections** [1] 252/7

**collective** [2] 160/22 183/19

**College** [1] 241/15

**Colton** [1] 193/12

**column** [4] 257/22 258/9 266/9 312/17

**columns** [2] 265/22 266/3

**combination** [4] 168/22 249/24 264/4 290/23

**combustion** [1] 311/3

**come** [9] 168/4 172/8 173/19 175/25 182/4 189/15 193/18 238/12 321/17

**comes** [2] 184/25 287/11

**coming** [12] 162/17 165/25 171/12 176/10 181/8 188/9 188/10 188/15 189/4 214/6 218/9 308/3

**Command** [2] 297/22 305/11

**comment** [1] 181/20

**comments** [3] 155/9 155/10 200/11

**commercial** [11] 164/10 164/15 175/13 178/14 179/12 181/23 184/16 187/19 219/6 224/3 224/20

**commissioned** [1] 197/15

**commodity** [2] 174/21 190/23

**common** [6] 161/15 165/23 166/19 168/3 168/20 227/10

**commonly** [1] 151/9

**communities** [78] 148/6 151/17 154/13 155/5 157/20 158/24 160/9 160/25 161/12 163/25 164/19 164/23 164/25 165/24 167/4 174/17 179/19 181/7 181/11 182/14 182/17 182/21 182/22 182/23 182/24 182/25 183/9 186/17 186/24 187/10 188/5 188/23 190/14 190/21 191/4 191/11 192/7 192/16 197/1 200/13 200/23 202/1 205/15 205/18 205/18 205/19 205/20 206/2 206/3 206/7 206/11 206/11 206/12 206/15 206/24 207/1 207/3 207/4 207/6 207/6 207/15 211/6 211/7 217/9 227/14 227/21 228/9 233/13 235/23 236/9 238/7 238/9 239/6 244/4 278/3 279/20 285/11 287/9

**community** [27] 150/8 153/20 157/25 165/17 166/2 166/20 166/23 167/1 170/10 191/8 192/25 193/8 193/12 193/20 197/10 200/21 206/19 208/23 218/1 222/11 233/25 238/12 243/17 278/21 279/3 279/13 285/9

**community's** [1] 201/1

**community-level** [1] 193/12

**community-relevant** [1] 150/8

**companies** [17] 164/16 177/23 177/23 177/23 177/24 178/4 178/5 178/10 179/15 185/13 211/11 211/15 211/17 215/6 222/13 222/15 222/16

**company** [4] 178/12 244/2 244/6 245/2

**comparable** [1] 318/18

**compare** [4] 164/14 188/24 238/2 256/7

**compared** [6] 256/8 311/6 311/12 312/14 313/6 313/22

**comparison** [5] 256/9 258/10 258/13 320/6 320/7

**compensate** [1] 223/14

**compensated** [4] 194/11 194/12 194/14 267/10

**compensation** [3] 172/22 181/14 181/16

**competition** [1] 184/20

**compilation** [1] 265/9

**compiled** [4] 252/10 265/10 265/10 312/25

**compiling** [1] 262/1

**complained** [2] 300/10 300/10

**completed** [1] 298/17

**completely** [2] 194/7 199/1

**completing** [1] 298/13

**complex** [1] 180/21

**complicated** [2] 181/15 181/17

**complied** [1] 228/11

**components** [2] 253/24 271/3

**compounds** [5] 277/10 310/19 310/20 310/22 311/2

**comprehensive** [7] 252/23 253/5 253/6 287/18 287/19 288/13 301/23

**comprehensiveness** [1] 252/22

**computer** [1] 144/8

**computer-aided** [1] 144/8

**concentrates** [1] 163/16

**concentrations** [3] 296/19 296/22 307/4

**concept** [1] 311/24

**concern** [9] 175/25 251/12 288/12 288/19 288/20 314/23 315/4 318/14 325/8

**concerned** [1] 244/4

**concerning** [2] 296/6 296/10

**concerns** [5] 147/12 147/16 174/15 176/4 319/1

**conclude** [2] 303/9 318/25

**concluded** [3] 204/24 274/14 329/5

**conclusion** [5] 270/9 270/12 272/19 316/24 318/18

**conclusions** [19] 247/10 249/4 252/19 259/5 259/14 268/12 269/10 269/14 269/22 270/3 270/7 272/15 274/10 274/13 275/5 295/25 296/2 296/16 303/12

**condition** [1] 278/18

**conditions** [25] 171/3 178/21 186/13 203/1 203/3 203/7 203/20 203/21 203/24 204/1 204/9 204/14 204/17 204/22 204/24 238/16 238/17 253/3 268/3 271/8 276/10 277/19 277/23 277/25 295/11

**conduct** [7] 153/9 160/4 163/7 207/1 207/14 281/1 281/5

**conducted** [33] 165/7 166/6 169/14 169/15 199/25 200/3 200/4 210/15 216/14 216/21 248/25 252/6 256/2 256/23 268/10 268/14 268/16 270/13 274/20 278/20 279/12 279/17 282/9 282/20 282/24 283/10 283/14 306/17 306/24 307/7 308/23 309/6 314/16

**conducting** [9] 155/15 157/18 194/24 207/7 220/17 275/7 275/10 279/2 302/20

**conference** [2] 292/24 327/24

**confidence** [1] 170/20

**conflict** [10] 160/22 177/11 186/4 186/14 186/14 186/15 186/16 186/22 187/9 187/22

**conflicting** [1] 186/18

**confusing** [3] 180/18 291/7 312/3

**confusion** [2] 177/4 255/1

**connecting** [1] 259/23

**connection** [7] 184/1 220/4 259/25 280/2 283/3 305/3 306/10

**connections** [1] 180/12

**consequences** [1] 259/20

**conservative** [1] 320/2

**consider** [7] 149/1 191/23 195/16 196/17 209/8 209/10 240/22

**considerable** [1] 266/16

**consideration** [1] 209/9

**considered** [4] 164/3 170/14 261/24 320/7

**considers** [1] 192/21

**consistent** [1] 215/19

**constituents** [13] 244/11 276/24 277/2 277/6 277/19 296/3 296/8 296/13 300/24 301/7 301/9 315/24 316/8

**constitute** [2] 296/15 326/15

**consult** [5] 280/3 280/5 280/10 280/22 288/23

**consulted** [1] 294/1

**consulting** [4] 243/24 244/1 244/6 280/9

**contact** [2] 290/22 319/19

**contacted** [2] 157/22 167/8

**286/25**

**C**

contain [2]  155/25 291/14
containment [1]  308/25
contaminant [1]  244/18 245/13
contaminants [3]  252/8 254/21 318/22
contaminated [2]  245/14 319/16
contend [1]  199/9
contents [1]  247/13
context [5]  152/15 173/2 173/5 312/11
321/14
contextual [2]  173/8 173/23
contingency [1]  229/18
continue [4]  155/3 185/22 186/9 234/10
continued [3]  172/11 201/22 214/15
continuing [2]  172/8 268/5
contract [3]  150/13 177/23 178/12
contracting [1]  220/15
contractors [1]  180/11
contracts [3]  155/7 179/15 179/16
contributed [1]  152/25
contributions [1]  150/11
conversation [1]  217/8
cooling [1]  263/4
coordination [1]  319/14
copy [1]  155/25
corporate [3]  220/8 220/22 228/6
CORPORATION [2]  141/12 143/18
corporations [3]  152/19 152/23 208/10
correct [478]
corrected [2]  292/1 305/18
correctly [2]  281/12 306/12
cough [3]  254/23 257/10 265/16
could [58]  152/18 154/3 177/20 178/23 180/4
180/6 180/25 181/8 181/17 185/24 186/23
206/16 209/5 212/13 214/4 218/16 218/16
218/18 218/22 223/24 224/18 230/11 231/7
235/12 237/15 239/6 241/13 243/25 244/14
245/10 245/21 247/6 248/13 248/16 250/16
253/2 253/13 258/18 258/18 260/8 260/15
262/6 262/12 272/3 272/9 273/7 273/13
281/21 288/12 292/11 300/23 301/6 301/8
307/15 307/25 318/21 318/22 318/24
couldn't [5]  177/6 187/18 187/19 187/20
189/22
council [5]  234/10 234/12 234/18 234/18
235/6
counsel [4]  305/25 325/3 325/16 326/2
counseling [1]  243/18
counties [8]  231/17 232/12 232/15 232/18
232/19 232/21 232/24 236/4
counting [1]  283/18
country's [1]  271/25
County [3]  234/3 236/1 236/3
couple [5]  152/18 224/10 229/15 252/12
299/15
course [10]  167/2 178/9 179/13 181/7 198/6
240/10 242/1 242/10 310/7 310/15
courses [7]  241/18 241/24 242/3 242/6
242/11 242/13 243/5
court [16]  141/1 144/2 146/4 147/15 148/17
152/9 156/12 166/13 202/21 239/14 278/11
292/9 311/10 329/8 329/9 329/17
Courts' [1]  327/22
cover [3]  149/13 158/6 260/19
covered [2]  250/24 262/21
covers [2]  154/5 260/20
Cox [17]  269/4 269/14 270/3 270/11 270/19
270/23 270/25 271/4 272/15 275/4 275/4
275/7 276/17 281/4 281/5 283/24 284/5
Cox's [5]  249/3 269/10 269/21 280/16 283/18
crab [1]  177/5
crabbers [1]  177/5

Craig [1]  193/11
create [3]  172/11 245/9 247/9
creates [1]  227/16
credentialing [1]  298/12
criticism [6]  184/8 190/10 191/13 191/20
192/14 192/20
criticisms [3]  160/24 190/6 190/12
criticize [1]  275/7
criticized [3]  184/12 190/3 284/11
criticizing [1]  184/13
critique [1]  184/8
Croatian [1]  183/7
Croatians [1]  164/13
cross [6]  147/7 194/24 195/1 238/23 276/3
276/6
cross-examination [5]  194/24 195/1 238/23
276/3 276/6
cross-examine [1]  147/7
crude [10]  244/11 244/12 253/9 254/17
255/4 255/14 255/18 264/13 271/3 317/24
cultural [1]  187/15
culturally [1]  183/22
Culture [1]  232/2
cumulative [2]  154/16 191/23
cumulatively [2]  158/12 159/4
cure [2]  322/13 322/15
current [1]  307/10
currently [4]  149/6 237/25 242/21 242/23
curriculum [2]  155/25 156/3
cut [2]  170/5 234/4
cutting [1]  263/22
CV [1]  276/19
cyclical [1]  175/8
CYNTHIA [1]  142/22

**D**

D-3303 [1]  176/13
D-33300 [1]  148/13
D-33301 [1]  151/13
D-33302 [1]  154/1
D-33303 [2]  160/15 171/10
D-33304 [1]  161/25
D-33305 [1]  163/5
D-33306 [1]  165/3
D-33307 [1]  167/19
D-33308 [1]  171/19
D-33309 [1]  172/25
D-33310 [1]  174/2
D-33311 [1]  176/18
D-33312 [1]  179/22
D-33313 [1]  183/16
D-33314 [1]  186/2
D-33315 [1]  188/1
D-33316 [1]  190/8
D-33600 [1]  241/11
D-33600.3 [1]  268/6
D-33601 [1]  248/14
D-33601.1 [1]  249/7
D-33601.2 [1]  250/1
D-33601.4 [1]  269/18
D-33602 [3]  250/12 260/8 265/4
D-33603 [2]  251/22 255/24
D-33604 [3]  253/13 254/14 269/6
D-33605 [1]  257/5
D-35250 [1]  312/6
D-35251 [1]  303/7
D-35252 [1]  308/19
D-35254 [1]  313/8
D-35255 [1]  314/12
D-35256 [1]  314/4
D-35257 [1]  316/2
D-35258 [1]  316/16

D-35259 [1]  319/12
D-35260 [1]  318/13 319/4
D-35261 [2]  320/25 322/12
D-35268 [1]  305/6
D-35270 [1]  310/10
D-35271 [1]  301/24
D-35272 [1]  307/20
D-35273 [1]  314/2
D-35274 [1]  315/16
D-35276 [2]  320/13 320/13
D-35279 [1]  303/21
D-35280 [1]  297/5
D-35281 [1]  297/17
D-35282 [1]  317/10
D-35283 [1]  317/17
D-35284 [1]  318/10
D-35286 [1]  293/1
D-35287 [1]  290/11
D-353 [1]  281/23
D-35309 [1]  214/4
D-35310 [1]  215/10
D-35311 [1]  216/10
D-35313 [1]  223/20
D-35315 [1]  226/4
D-35316 [1]  226/24
D-35318 [1]  229/13
D-35323 [1]  233/21
D-35324 [1]  235/12
D-35337 [1]  212/13
D-35338 [1]  213/5
D-35339 [1]  222/20
D-35340 [1]  230/11
D-35341 [1]  228/4
D-35342 [1]  220/11
D-35347 [1]  224/13
D-5266 [1]  304/9
D-I-A-N-E [1]  146/21
D.C [4]  142/13 142/17 143/10 143/20
daily [3]  160/20 161/13 175/3
damage [1]  192/10
damaged [1]  189/1
damages [2]  192/9 224/19
dangerous [1]  314/15
DANIELLE [3]  142/12 146/9 237/6
Dartmouth [1]  241/15
data [112]  149/13 165/5 167/17 167/18
168/16 168/17 168/20 170/14 193/3 198/2
198/4 198/8 198/16 198/21 199/18 199/22
199/24 200/7 200/15 201/13 201/14 201/19
201/20 202/2 202/16 202/23 202/25 204/21
205/1 207/3 210/16 210/19 210/19 220/17
225/24 237/8 237/16 237/22 238/6 238/8
238/12 250/23 252/7 252/7 252/9 252/21
252/22 252/25 260/11 260/13 261/22 264/12
264/24 270/23 275/5 281/11 281/20 283/2
283/13 283/16 283/19 283/21 283/25 284/3
284/6 284/8 284/14 284/18 284/19 284/20
284/22 285/6 285/9 285/9 285/17 285/19
285/25 286/4 287/7 287/14 287/16 288/24
289/7 291/22 291/24 292/3 293/12 293/19
299/7 299/9 301/14 301/21 301/22 309/8
311/6 311/12 312/15 312/16 312/19 312/25
313/6 314/17 315/23 316/5 316/7 316/9
316/13 324/7 324/16 325/4 325/7 325/23
database [16]  251/1 261/18 265/7 265/8
265/14 265/18 265/19 266/2 266/5 266/8
266/14 283/5 299/17 299/18 299/20 299/21
databases [19]  252/25 259/19 259/24 261/11
261/13 261/22 262/1 262/1 265/1 273/3
275/16 275/21 281/13 281/16 281/20 281/22
283/21 299/16 300/9
date [3]  218/23 224/17 318/13
Daubert [8]  146/15 146/23 147/2 147/3

# D

**Daubert... [4]** 156/20 240/5 247/21 259/22
**day [6]** 141/18 151/2 179/7 179/7 253/1 319/21
**days [8]** 172/5 172/8 253/3 253/4 262/14 264/7 264/8 319/21
**deal [1]** 147/19
**deals [1]** 253/25
**death [1]** 172/3
**deaths [2]** 174/7 249/21
**debated [1]** 193/9
**debts [2]** 215/15 215/24
**December [1]** 250/24
**December 3rd of [1]** 250/24
**decide [4]** 162/2 166/14 170/5 186/9
**decides [1]** 278/11
**deciding [1]** 202/15
**decipher [1]** 209/20
**decision [3]** 153/5 181/15 208/10
**decisions [5]** 178/5 186/9 186/12 188/20 297/18
**deck [1]** 214/23
**deckhands [1]** 174/23
**decontamination [1]** 309/23
**decreased [1]** 193/20
**decreases [1]** 193/25
**deductions [1]** 218/4
**deep [1]** 294/8
**deeply [1]** 163/17
**deepwater [56]** 141/4 141/15 141/15 148/6 154/21 155/2 157/16 157/19 158/23 160/7 160/8 161/7 162/15 171/12 171/14 171/21 173/3 176/21 183/18 186/3 192/2 199/16 240/21 244/19 248/2 248/5 250/22 251/2 258/25 259/25 260/10 266/17 266/22 267/6 267/11 269/11 280/18 282/5 283/14 286/16 288/18 288/25 289/11 293/14 293/22 296/4 297/7 297/12 301/16 302/3 305/13 306/4 314/7 324/5 324/9 324/18
**Deepwater Horizon [3]** 183/18 248/2 248/5
**define [2]** 246/8 257/12 270/16
**defines [1]** 192/22
**definitely [2]** 217/22 315/5
**definition [3]** 189/22 200/24 258/12
**degree [1]** 162/13
**dehydration [1]** 263/2
**demographers [3]** 237/25 238/1 238/5
**demographic [2]** 159/25 162/23
**demographics [2]** 159/23 160/4
**demography [1]** 238/2
**demonstrating [2]** 324/7 324/16
**demonstrative [11]** 250/9 250/14 250/17 254/14 269/18 321/9 322/15 322/20 322/25 323/3 323/13
**denied [1]** 225/14
**deny [1]** 240/10
**denying [1]** 224/17
**Department [11]** 142/4 142/14 150/10 158/16 232/2 243/14 243/22 283/5 289/14 302/24 319/15
**Depending [1]** 295/1
**depends [2]** 182/20 246/13
**deployed [1]** 285/15
**depo [1]** 196/7
**deposed [1]** 287/25
**deposition [27]** 147/10 196/2 196/5 198/9 198/14 204/3 204/4 204/6 205/22 205/25 206/16 207/9 207/12 207/23 208/1 220/5 220/6 230/13 249/11 262/10 279/7 288/2 288/5 288/7 288/22 292/11 304/4
**depress [1]** 246/3
**depression [1]** 246/3

**depth [1]** 162/16
**deputy [1]** 143/11
**dermal [5]** 254/18 272/16 272/22 273/1 320/11
**dermatological [3]** 300/6 301/2 301/5
**describe [24]** 148/17 152/6 154/3 161/6 162/12 168/10 171/17 186/23 202/10 242/9 243/8 243/25 244/14 245/10 245/21 250/20 256/4 262/18 274/5 288/8 288/11 296/20 310/2 325/11
**described [14]** 168/8 180/18 192/4 193/16 200/19 201/9 227/11 242/4 249/19 262/5 267/10 285/13 285/22 303/15
**describes [3]** 241/8 249/15 251/19
**describing [4]** 151/11 162/6 162/9 301/22
**deserve [1]** 227/15
**design [8]** 158/2 158/7 160/2 163/2 164/1 198/7 198/20 237/11
**designated [1]** 150/6
**designed [1]** 191/22
**designing [1]** 237/10
**despite [1]** 186/7
**destruction [1]** 173/13
**detail [1]** 212/11
**detailed [1]** 164/5
**details [2]** 164/7 305/5
**detected [1]** 314/22
**determine [15]** 166/18 170/16 205/1 210/5 225/21 249/1 268/10 297/23 306/17 306/24 314/14 315/22 315/23 316/7 318/2
**develop [4]** 153/10 174/7 184/22 212/20
**developed [8]** 154/14 166/21 168/20 175/9 184/21 290/8 290/8 293/10
**developing [2]** 158/1 308/20
**development [2]** 152/24 152/24
**diagnose [1]** 197/13
**diagnosed [1]** 278/17
**diagnosing [1]** 197/9
**Diane [5]** 146/10 146/12 146/17 146/21 156/16
**did [152]** 150/10 155/11 155/16 155/18 157/8 157/15 158/6 158/14 159/6 159/12 159/16 159/18 159/25 162/2 162/21 163/7 164/18 165/5 165/8 166/14 167/5 167/12 167/21 168/14 168/22 170/3 170/3 170/5 179/16 180/8 180/14 181/13 182/5 182/8 182/9 182/10 182/13 191/21 195/10 197/13 197/14 197/17 198/2 198/7 198/15 198/18 198/19 198/20 199/7 200/20 200/22 203/16 204/7 204/8 204/20 205/1 205/3 205/17 205/24 206/20 207/1 207/3 207/13 207/14 209/1 209/19 209/24 209/24 211/1 211/17 212/21 212/22 215/23 216/6 218/3 218/14 221/1 222/16 225/21 225/21 226/19 226/20 227/8 229/23 233/3 233/4 234/21 236/9 238/21 239/1 239/2 239/4 241/8 243/3 243/14 248/10 249/9 250/6 250/8 250/9 251/19 253/11 253/12 256/23 257/2 260/25 267/16 268/1 274/10 275/4 275/4 280/3 280/9 280/17 280/22 281/1 281/5 281/6 284/5 284/10 284/13 285/23 287/17 288/23 289/25 290/1 290/2 290/8 292/3 295/13 298/2 299/5 300/8 300/17 301/10 307/9 307/14 309/18 309/18 310/25 311/14 312/19 312/21 315/13 315/15 318/9 318/25 319/1 320/24 325/19 325/21 325/22
**didn't [19]** 178/10 179/9 180/6 187/22 188/13 189/5 189/8 191/16 208/2 209/14 227/15 228/17 278/5 280/5 290/5 292/20 292/22 315/1 319/2
**died [1]** 245/2
**diets [1]** 177/14
**difference [1]** 258/18

**differences [3]** 267/20 267/23 268/1
**different [13]** 253/8 255/14 285/7 286/3 287/15 299/15 310/13 311/1 311/15 311/21 311/24 312/3 312/6
**differential [3]** 182/17 183/2 183/12
**differentiate [2]** 191/18 191/25
**difficult [6]** 182/1 184/4 189/13 274/25 293/9 321/24
**dilutes [1]** 194/2
**dioxin [1]** 244/18
**dipping [1]** 218/22
**direct [13]** 146/10 147/23 192/4 210/12 223/11 225/8 229/5 240/16 278/5 281/1 293/20 299/12 316/25
**directed [4]** 172/13 189/20 191/5 232/20
**directing [1]** 243/8
**direction [1]** 173/12
**directions [1]** 168/5
**directly [1]** 224/2
**director [8]** 149/7 243/15 243/17 243/19 243/21 287/23 287/24 305/3
**directors [2]** 302/11 303/3
**disadvantaged [1]** 182/25
**disagree [2]** 304/16 305/2
**disaster [59]** 148/6 155/4 157/17 157/24 158/3 158/23 159/11 159/21 160/7 160/8 160/18 161/7 162/15 162/16 171/13 171/14 171/21 171/24 174/5 174/13 174/19 175/20 175/21 175/22 176/21 176/23 177/15 179/23 183/19 184/9 185/17 185/23 186/4 186/20 187/5 187/24 188/2 188/13 191/18 192/1 192/2 192/5 192/8 192/11 193/21 194/16 194/18 195/14 196/13 197/22 208/7 208/10 211/24 212/2 212/18 215/6 229/1 237/17 239/5
**disasters [6]** 192/3 192/7 193/17 278/21 279/3 279/13
**discipline [1]** 281/9
**discord [2]** 217/12 227/17
**discuss [4]** 161/2 226/20 303/3 319/2
**discussed [4]** 157/22 168/1 186/5 256/2
**discusses [1]** 212/10
**discussing [3]** 174/4 273/3 275/17
**discussion [2]** 190/11 290/20
**discussions [1]** 290/24
**disease [1]** 246/14
**diseases [1]** 241/1
**disempowered [1]** 160/23
**disempowering [1]** 188/2
**disoriented [2]** 263/7 263/14
**disparate [2]** 186/24 187/2
**disparities [1]** 239/1
**disparity [1]** 239/3
**dispensed [1]** 231/15
**dispersant [6]** 257/24 257/25 258/11 272/17 296/12 308/24
**dispersants [11]** 176/5 176/6 256/6 257/2 270/5 277/2 277/2 296/12 315/24 316/8 318/3
**disrupt [1]** 178/9
**disrupted [4]** 160/19 175/4 176/21 184/18
**disruption [5]** 173/13 174/20 174/24 177/4 194/14
**disrupts [2]** 174/25 175/4
**distance [1]** 295/11
**distinct [1]** 199/1
**distinction [1]** 322/19
**Distinguished [1]** 150/7
**distress [1]** 165/22
**DISTRICT [5]** 141/1 141/2 141/20 329/9 329/9
**divers [1]** 178/14
**divided [4]** 231/16 232/4 257/20 258/1

Case 2:10-md-02179-CJB-DPC Document 14526 Filed 05/05/15 Page 198 of 217

# D

**Division** [2] 142/4 142/15
**divisiveness** [1] 160/22 186/4
**dizziness** [5] 255/1 264/2 264/17 265/16 300/6
**do** [128] 147/9 147/15 149/1 149/11 149/16 149/16 149/25 150/2 153/16 155/21 155/23 156/8 156/11 156/14 156/20 157/2 157/4 157/7 157/8 161/2 168/18 168/24 169/4 169/23 169/25 171/7 174/4 174/18 175/9 175/19 176/20 178/5 178/17 179/7 179/23 181/24 182/18 183/2 183/18 185/9 186/3 186/19 187/11 187/25 189/10 191/20 193/4 193/5 193/18 193/22 196/10 199/1 203/18 204/24 213/2 214/6 214/8 215/14 218/22 218/23 218/24 219/1 226/1 228/3 228/20 229/18 229/19 229/20 230/10 231/10 233/6 234/11 234/12 237/9 238/13 240/22 241/3 242/15 242/23 244/9 244/20 245/6 245/18 246/12 246/16 247/13 247/15 266/8 267/23 270/9 270/19 270/23 271/14 272/23 281/9 285/23 286/19 286/19 286/23 287/2 287/19 287/20 288/14 289/3 289/8 289/9 289/10 292/20 297/7 299/5 299/13 299/18 302/2 302/7 303/6 307/5 307/6 307/18 316/2 325/3 325/17 326/14 327/6 327/7 327/25 328/17 328/18 329/10
**doctor** [2] 276/7 326/19
**Doctorate** [1] 241/17
**document** [28] 141/6 154/15 154/22 155/22 156/8 157/23 158/2 158/21 159/2 161/6 180/23 218/17 225/9 225/11 230/13 260/25 265/2 271/19 291/9 291/13 297/7 297/10 298/20 302/2 314/4 317/15 322/3 322/20
**documentation** [2] 180/19 181/18
**documented** [5] 202/3 210/25 248/21 250/4 261/3
**documents** [6] 156/11 166/13 192/24 224/5 251/18 289/13
**does** [44] 150/12 150/15 151/20 151/21 155/25 156/2 156/3 156/5 159/6 159/8 169/5 203/9 203/11 208/6 208/9 212/12 214/14 220/16 228/21 236/24 251/5 251/10 258/15 258/20 264/24 265/2 266/13 267/6 269/14 270/3 270/16 272/15 272/18 273/16 274/8 275/7 279/6 291/2 291/12 298/10 321/17 321/19 322/13 322/15
**doesn't** [7] 187/4 219/17 273/15 275/13 290/25 291/14 321/14
**doing** [16] 146/9 154/21 163/14 164/19 164/19 194/5 194/6 222/24 225/6 227/6 233/18 237/14 259/17 262/3 273/4 321/11
**dollars** [1] 225/17
**don't** [28] 156/22 187/13 189/22 194/4 196/7 201/3 207/24 218/25 229/22 232/9 249/4 253/5 260/3 269/23 275/19 278/12 278/14 293/5 299/8 299/8 299/11 299/11 300/13 305/5 310/9 316/1 321/20 328/25
**Donald** [1] 326/25
**done** [13] 154/3 154/4 167/25 200/7 205/12 243/24 256/5 280/13 280/18 282/8 285/14 301/21 322/22
**donors** [1] 189/24
**dose** [3] 270/16 271/20 271/22
**doses** [2] 270/15 270/19
**double** [2] 218/14 218/22
**double-dipping** [1] 218/22
**doubt** [1] 311/2
**DOUGLAS** [1] 142/21
**down** [17] 150/20 152/10 159/14 169/11 173/21 175/16 185/12 185/14 215/15 215/24 217/16 224/20 263/1 263/5 263/22 264/1

266/11
**downtown** [1] 182/3
**DR** [8] 146/17 220/2 239/23 262/12 269/21 270/25 323/18 327/10
**Dr.** [138] 146/12 146/16 146/21 147/1 147/10 147/25 148/10 149/6 150/4 150/23 151/10 151/15 153/13 153/22 155/21 156/8 156/16 157/2 157/5 157/15 160/6 168/13 191/15 192/15 192/21 193/7 193/23 194/9 194/24 195/3 200/1 200/25 204/4 205/21 206/16 208/6 210/12 220/1 220/3 220/13 220/15 220/23 220/24 225/16 228/22 233/10 236/10 237/7 238/15 239/7 239/21 240/18 241/8 241/13 243/7 246/16 247/9 247/17 247/25 248/16 249/4 249/9 250/6 250/14 251/5 251/24 252/20 253/15 254/16 255/13 256/2 257/7 258/4 259/8 259/23 260/18 263/19 264/11 265/6 266/2 266/13 266/21 267/3 267/13 268/9 269/3 269/4 269/8 269/10 269/14 269/21 270/3 270/11 270/19 270/23 271/4 272/6 272/12 272/15 272/15 273/10 274/2 274/10 274/17 275/4 275/4 275/7 276/5 276/7 276/17 278/1 280/16 281/4 281/5 282/2 283/18 283/24 284/5 284/19 288/4 288/7 289/4 292/6 296/18 299/15 301/13 301/22 304/4 304/12 305/3 305/8 318/16 322/5 325/3 326/11 326/25 326/25
**Dr. Austin** [28] 147/1 147/10 147/25 148/10 149/6 150/4 150/23 151/10 151/15 153/13 153/22 155/21 156/8 157/2 157/15 160/6 168/13 194/19 194/24 195/3 208/6 210/12 225/16 233/10 236/10 237/7 238/15 239/7
**Dr. Austin's** [5] 146/16 157/5 204/4 205/21 206/16
**Dr. Bonanno** [6] 191/15 192/15 192/21 193/7 200/11 200/25
**Dr. Clapp** [56] 240/18 241/8 241/13 243/7 246/16 247/9 247/17 247/25 248/16 249/9 250/6 250/14 251/5 251/24 252/20 253/15 254/16 255/13 256/2 257/7 258/4 259/8 259/23 260/18 263/19 264/11 265/6 266/2 266/13 266/21 267/3 267/13 268/9 269/3 269/8 272/6 272/12 272/15 273/10 274/2 274/10 274/17 276/5 276/7 278/1 282/2 284/19 289/4 292/6 296/18 299/15 301/13 318/16 322/5 325/3 326/11
**Dr. Clapp's** [1] 260/1
**Dr. Cox** [16] 269/4 269/14 270/3 270/11 270/19 270/23 271/4 272/15 275/4 275/4 275/7 276/17 281/4 281/5 283/24 284/5
**Dr. Cox's** [5] 249/3 269/10 269/21 280/16 283/18
**Dr. Diane** [3] 146/12 146/21 156/16
**Dr. Donald** [1] 326/25
**Dr. Howard** [3] 304/12 305/3 305/8
**Dr. Howard's** [4] 288/4 288/7 301/22 304/4
**Dr. Luton** [6] 220/1 220/13 220/15 220/23 220/24 228/22
**Dr. Luton's** [1] 220/3
**Dr. Richard** [1] 239/21
**Dr. Scott** [1] 193/23
**Dr. Stanley** [1] 326/25
**draft** [2] 155/8 158/15
**DRAGNA** [1] 143/23
**draw** [4] 268/11 269/14 270/3 272/15
**drawing** [2] 199/22 259/13
**drawn** [2] 199/22 259/5
**drilling** [6] 141/15 172/18 172/18 176/8 177/21 178/3
**Drop** [1] 165/8
**Drop-in** [1] 165/8
**dropping** [1] 274/6

**Drs.** [1] 303/2
**Dr's Michael** [1] 309/18
**Ds** [1] 323/8
**due** [4] 234/22 245/25 270/4 272/16
**Dulac** [2] 163/23 164/14
**duly** [2] 146/17 239/23
**duration** [1] 175/21
**during** [22] 158/11 159/21 166/12 179/16 224/21 235/4 244/12 248/22 250/5 259/6 264/7 264/8 265/3 266/17 270/5 270/24 272/17 274/11 274/21 274/24 296/19 314/7
**Duty** [1] 262/14
**DWH** [3] 250/5 252/2 288/12

# E

**each** [8] 172/11 176/15 198/12 210/8 229/17 232/6 297/22 298/4
**earlier** [14] 190/11 200/16 222/1 223/5 224/6 226/17 230/3 289/6 294/2 294/4 299/7 301/20 309/12 309/17
**early** [24] 199/21 199/25 200/8 200/14 200/17 202/2 202/20 202/22 211/23 217/19 223/13 223/13 223/16 223/24 225/10 225/16 225/23 228/15 237/15 248/8 294/6 298/3 304/13 304/21
**earnings** [1] 222/25
**easier** [1] 228/3
**east** [2] 163/21 163/21
**EASTERN** [2] 141/2 329/9
**eat** [1] 184/25
**econometric** [1] 196/25
**economic** [37] 152/14 159/19 160/21 162/23 165/21 166/5 166/21 173/18 173/25 174/20 175/16 176/24 179/24 180/1 180/14 182/20 185/5 187/3 194/12 194/13 201/14 208/14 208/22 211/3 211/8 211/23 223/25 227/24 228/8 228/8 228/16 228/25 229/2 229/3 230/5 236/15 237/18
**economically** [1] 219/11
**economics** [1] 237/21
**economies** [4] 164/3 229/24 229/24 230/2
**economists** [2] 237/14 237/23
**economy** [9] 216/24 217/14 217/22 218/1 226/13 227/19 227/23 235/5 235/21
**educate** [1] 152/2
**education** [2] 147/4 148/11
**educational** [3] 148/17 241/7 241/13
**effect** [29] 162/13 175/17 179/21 180/2 182/16 183/12 185/2 187/2 192/13 197/1 197/10 202/6 208/22 211/8 218/10 228/8 228/8 233/11 233/11 233/14 233/15 236/12 249/18 261/3 271/16 294/20 295/13 300/11 306/20
**effective** [2] 303/11 303/17
**effectiveness** [1] 304/5
**effects** [148] 148/5 149/4 150/18 153/14 153/19 154/12 154/16 154/18 155/4 155/17 156/17 157/16 157/24 158/3 158/9 158/23 159/5 159/6 159/10 159/12 160/2 160/7 161/5 161/7 161/10 161/12 161/18 164/6 164/20 165/6 168/10 168/12 170/8 170/14 170/17 171/4 171/24 172/20 172/24 173/3 173/3 182/8 182/11 182/17 183/2 184/9 190/24 191/18 191/24 192/7 192/17 192/17 192/18 194/2 194/7 195/8 195/11 195/13 195/19 196/12 196/15 196/25 197/4 199/15 199/18 199/21 202/7 202/11 208/14 210/13 211/3 211/24 212/2 212/16 212/18 215/8 216/9 220/9 222/1 222/3 227/2 228/7 228/16 228/25 230/8 237/8 237/10 238/21 241/19 241/24 244/10 244/17 244/21 245/7 248/1 248/4 248/6 248/9 249/1 253/19 253/20 254/4 254/23 254/25 258/24 259/9 259/12

Case 2:10-md-02179-CJB-DPC Document 3155 Filed 05/03/11 Page 199 of 217

**F**

effects... [41] 259/12 265/15 265/16 266/16
269/22 270/2 270/4 270/20 271/2 272/16
272/22 273/2 282/5 289/11 293/12 300/6
300/19 300/20 300/22 301/3 301/6 301/11
301/14 303/14 305/13 305/21 306/3 306/12
307/4 310/3 315/25 316/9 316/21 318/14
320/20 321/3 322/8 324/4 324/8 324/13
324/17
eight [1] 226/12
EIS [1] 171/9
either [13] 167/25 169/6 173/7 176/6 183/1
201/4 236/18 252/17 256/21 257/1 257/10
266/9 275/18
elaborate [1] 171/13
elected [1] 298/24
Electric [1] 245/12
electronic [1] 312/25
element [4] 249/6 249/25 268/9 269/8
elements [5] 173/8 191/23 248/10 248/16
268/5
eligible [2] 189/23 192/11
Ellis [2] 143/3 143/8
else [5] 149/16 178/17 187/25 220/18 296/3
elsewhere [2] 190/19 191/12
embed [1] 152/19
embeds [1] 151/17
emergency [3] 188/11 188/12 211/16
emotion [1] 234/23
employ [2] 179/21 212/20
employed [3] 149/6 213/12 213/16
employment [3] 306/18 306/25 307/3
employs [1] 177/22
enclaves [2] 154/24 183/5
encountered [1] 288/12
encounters [9] 251/1 265/7 265/8 265/14
265/18 265/19 266/2 266/13 299/17
end [9] 176/2 179/3 186/20 199/21 201/12
214/25 217/1 226/7 235/14
ended [2] 152/2 230/2
ends [1] 199/23
Energy [2] 149/24 153/23
Enforcement [1] 142/5
engaged [2] 252/5 298/15
engineering [1] 148/20
engines [1] 227/5
England [2] 249/14 255/7
enough [7] 162/24 163/2 220/19 232/20
262/18 316/20 317/1
enrolled [1] 268/19
ensure [4] 168/24 190/20 303/10 303/16
entails [2] 251/20 251/24
enter [3] 180/4 186/10 218/18
entered [2] 213/3 266/9
entire [4] 169/1 169/8 178/7 178/20
entities [6] 149/21 150/13 166/23 230/20
282/3 305/11
entitled [5] 223/22 253/19 302/2 314/7
329/13
entry [3] 262/20 264/3 286/11
environment [3] 142/4 148/21 320/21
environmental [29] 142/5 148/18 148/20
148/24 148/24 148/25 149/4 153/7 153/7
153/14 155/17 156/17 242/3 242/4 242/20
243/4 244/6 246/18 246/24 268/17 282/4
282/20 288/24 313/25 314/18 316/4 316/5
321/4 322/9
environments [2] 153/17 153/18

EPA [23] 271/19 271/22 272/6 282/20
285/7 296/19 296/21 315/3 315/11 316/11
316/13 316/23 317/4 317/19 317/23 318/2
318/12 318/13 319/6 319/7 319/14 320/8
322/9
Epidemiologic [1] 246/17
epidemiological [1] 325/9
epidemiologists [2] 256/18 256/20
epidemiology [15] 240/24 240/25 241/3
241/6 241/17 241/22 242/15 242/17 242/20
243/4 243/5 246/18 246/24 247/17 261/4
equipment [5] 252/15 272/21 273/20 297/2
298/9
era [2] 154/21 157/19
erase [2] 194/14 194/18
ERICA [3] 142/10 239/19 324/23
erosion [1] 185/21
errors [1] 321/16
especially [5] 162/12 180/3 181/22 182/2
245/1
ESQ [32] 142/5 142/6 142/6 142/7 142/7
142/8 142/8 142/9 142/9 142/10 142/10
142/11 142/11 142/12 142/15 142/16 142/16
142/21 142/22 142/22 142/22 143/3 143/4
143/4 143/5 143/5 143/9 143/9 143/13
143/19 143/19 143/23
essentially [3] 153/17 168/24 207/22
estimate [2] 169/25 256/21
estimating [1] 256/19
et [2] 192/11 215/24
et cetera [2] 192/11 215/24
ethers [1] 310/20
ethnic [3] 154/24 183/2 183/4
ethnicity [1] 164/4
ethnographers [3] 152/19 152/23 152/25
ethnographic [11] 152/12 153/3 155/15
161/20 162/2 165/7 168/1 170/18 191/21
197/24 201/9
ethnography [11] 151/9 151/11 151/15
151/16 151/20 152/4 152/5 152/16 155/15
162/19 238/2
evaluate [6] 148/5 153/10 216/4 240/20
276/9 310/3
evaluated [2] 279/23 309/21
evaluation [7] 251/9 257/9 288/18 307/22
308/4 313/10 313/11
evaluations [7] 250/19 251/13 252/13 306/8
306/23 307/8 307/9
evaporate [2] 317/24 317/25
even [22] 163/1 175/23 175/24 177/6 183/11
183/13 185/1 185/20 189/13 194/6 194/12
194/13 196/17 222/2 252/6 256/21 261/10
268/3 272/20 280/15 296/22 325/15
evening [3] 326/22 327/14 329/3
event [5] 173/6 193/6 267/12 278/24 279/6
events [13] 152/8 166/10 171/25 172/6
172/11 187/15 190/17 193/2 193/14 271/13
278/22 279/3 279/14
eventually [4] 218/7 218/11 218/12 218/20
ever [1] 292/12
every [4] 146/24 151/2 214/17 283/20
everybody [2] 180/19 181/21
everyone [4] 146/6 181/13 239/16 327/14
everywhere [1] 181/6
evidence [14] 157/6 240/20 247/18 258/24
259/11 266/16 267/9 273/1 275/17 299/12
300/5 300/18 301/1 328/22
evolution [1] 154/15
evolved [2] 172/23 179/11
exacerbate [1] 180/14 192/7 192/18
exacerbated [6] 160/20 173/7 179/23 187/9
192/13 192/19
exact [1] 235/1

exactly [5] 208/2 217/8 219/2 322/11 323/10
324/11 
examination [12] 146/10 147/23 194/24
195/1 223/11 229/5 237/4 238/23 240/16
276/3 276/6 325/1
examine [1] 147/7
example [34] 153/12 164/9 165/14 165/18
166/8 173/23 174/6 175/7 180/16 183/6
184/18 188/9 190/22 192/13 201/6 203/4
203/11 221/18 222/2 223/2 227/13 235/25
244/25 245/11 246/9 246/14 249/22 261/16
267/11 271/8 278/23 285/13 300/19 319/25
examples [8] 152/18 164/8 174/25 176/25
177/19 178/23 261/2 264/15
exceeded [4] 315/2 319/5 320/8 325/15
exceeding [1] 314/25
exception [3] 291/2 291/13 292/2
excess [1] 256/21
exchange [1] 211/11
excuse [3] 202/8 220/3 226/10
execute [1] 304/1
exhibit [2] 262/11 321/18
exhibited [1] 325/8
exhibits [1] 157/11
existing [2] 191/10 293/12
expand [5] 181/20 182/15 190/11 308/13
308/21
expanding [2] 178/8 207/22
expect [1] 273/2
expectation [3] 173/16 189/17 328/9
expected [3] 164/2 270/21 317/1
expecting [5] 173/19 173/20 173/22 178/19
178/20
experience [19] 147/4 149/5 151/18 183/24
197/21 242/15 243/8 276/22 276/23 277/1
277/5 277/9 277/13 277/18 277/23 278/1
279/2 304/12 304/19
experienced [5] 172/7 173/6 185/17 185/17
208/15
experiencing [1] 151/19
expert [34] 146/24 147/1 148/1 155/23
156/10 156/16 157/5 164/7 191/15 193/23
194/8 195/4 197/19 197/23 199/10 199/15
202/9 240/9 240/12 247/4 247/10 247/17
247/18 269/4 278/9 278/12 278/12 278/14
280/21 289/4 290/18 292/4 292/12 292/21
expertise [6] 148/11 149/1 149/16 150/1
240/12 240/22
experts [6] 148/9 190/3 238/19 254/3 271/25
280/23
explain [9] 161/9 171/22 177/20 178/24
190/5 190/10 251/24 268/13 273/13
explained [1] 190/16
explaining [3] 161/23 162/6 176/15
exploded [1] 155/2
EXPLORATION [3] 141/10 141/11 143/2
exploring [2] 162/5 162/9
explosion [10] 172/2 240/21 248/2 248/5
248/7 248/19 249/13 269/12 278/25 289/12
exposed [30] 245/3 245/13 245/16 245/24
248/4 248/22 256/6 256/8 256/9 256/14
256/22 257/1 257/15 257/17 257/23 258/3
258/24 259/10 261/10 261/11 261/21 265/3
266/17 267/18 278/24 279/6 296/3 312/10
314/15 318/22
exposure [63] 172/4 176/4 176/4 176/5
193/2 193/6 241/25 244/11 244/16 244/21
245/7 246/9 253/9 254/17 254/21 255/4
255/14 255/17 259/3 264/13 264/19 270/4
271/3 271/15 271/21 272/16 275/1 275/3
277/5 277/9 277/19 284/20 285/9 286/7
286/16 296/12 300/23 301/15 311/11 311/13
311/17 311/20 311/23 311/25 312/1 312/4

**E**

exposure... [16] 312/6 312/9 312/24 313/17
315/23 316/7 318/25 319/2 319/16 319/20
320/11 323/21 324/4 324/8 324/13 324/17
exposures [19] 242/2 242/5 244/4 255/11
271/10 273/1 273/2 277/14 288/19 293/12
296/8 309/8 310/3 312/11 316/25 321/4
322/8 324/12 326/14
express [1] 147/5
expressed [1] 249/4
extended [3] 166/3 169/20 205/20
extending [1] 189/17
extends [2] 185/8 185/16
extensive [2] 196/22 280/12
extent [5] 175/21 191/9 191/11 200/25 232/5
extremely [1] 193/2
extremities [1] 255/2
Exxon [1] 294/11
eyes [3] 254/20 254/22 264/20

**F**

fabrication [4] 154/16 164/16 179/10 179/14
face [3] 185/21 188/13 193/13
faced [3] 176/9 178/4 192/7
facilities [1] 224/9
fact [33] 165/21 165/24 176/10 177/8 181/10
182/16 186/25 187/13 187/21 188/15 190/16
191/21 192/6 192/24 193/17 202/15 202/19
202/24 213/3 214/23 215/23 229/2 229/23
230/22 237/19 253/5 259/3 278/17 280/6
292/9 301/15 312/7 326/9
factor [1] 173/23
factors [6] 164/2 184/21 294/15 294/18
300/23 301/6
factory [1] 246/2
failure [1] 237/7
Fair [2] 220/19 232/20
fairly [3] 165/9 183/8 236/5
fall [2] 191/4 223/23
familiar [4] 220/1 254/10 293/6 315/11
families [2] 174/9 177/18
family [4] 154/11 174/16 185/4 211/25
far [1] 191/25
fast [1] 180/3
Fate [1] 320/20
FCRR [4] 144/2 329/8 329/16 329/16
February [1] 317/13
February 14th of [1] 317/13
federal [8] 268/16 274/20 282/2 284/23
302/19 302/23 303/4 303/25
feel [1] 246/21
feels [1] 240/11
feet [5] 154/23 181/5 274/7 294/12 295/7
fell [1] 262/21
festivals [4] 151/25 169/21 182/15 183/22
few [9] 174/25 185/23 189/20 262/11 262/18
263/19 264/7 265/22 274/16
fibers [1] 245/3
FIDLER [3] 142/12 146/9 237/6
field [9] 150/5 199/12 233/24 241/3 254/10
258/12 260/23 306/16 306/24
fields [2] 242/15 261/4
fieldwork [1] 201/13
Fifteenth [1] 143/10
fighting [1] 169/7
figure [6] 179/7 185/12 185/22 188/12
188/14 189/14
file [3] 183/14 218/10 218/15
filed [2] 146/15 251/3
filing [1] 218/4
filings [1] 166/13
fill [2] 245/14 245/15

filling [1] 180/25
finally [6] 172/21 176/10 185/4 238/21
252/18 326/11
finance [1] 227/3
financial [2] 190/2 215/13
financially [1] 219/15
find [9] 169/5 169/8 182/8 182/13 183/4
256/23 260/25 266/8 315/1
finding [9] 169/5 176/20 186/1 188/1 249/10
250/7 258/14 258/15 322/5
findings [13] 168/25 169/1 170/19 170/21
170/25 171/1 171/8 171/12 171/14 171/17
176/14 322/1 323/19
fine [1] 328/4
finish [1] 323/10
finished [1] 268/24
fire [1] 248/20
first [35] 150/24 157/15 158/14 163/9 167/23
174/5 174/6 175/21 176/20 179/20 189/12
190/10 191/16 191/21 194/2 194/10 212/8
224/1 238/11 243/10 245/22 248/18 249/6
249/14 250/18 250/18 252/4 254/14 267/4
272/6 272/12 289/20 290/11 307/20 325/25
fish [4] 175/13 177/1 177/14 180/8
fished [1] 177/11
fisheries [4] 177/5 181/12 184/19 184/19
fisheries' [1] 224/3
fishermen [33] 166/5 166/8 177/8 177/9
177/10 183/10 184/4 187/18 192/8 212/19
212/21 213/3 213/12 213/19 213/20 215/12
215/21 216/1 216/8 217/20 218/15 219/6
219/10 219/12 221/1 221/6 221/16 221/17
223/6 223/15 223/24 224/20 252/17
fishers [1] 183/7
fishing [17] 164/10 164/15 175/14 176/8
177/1 179/15 179/13 181/23 184/17 186/9
186/11 187/18 187/19 187/20 192/3 198/5
215/15
fit [1] 169/6
five [3] 154/5 163/12 268/22
FLICKINGER [1] 142/7
flooding [1] 185/18
floods [1] 185/20
floral [1] 165/22
Florida [10] 203/6 203/9 203/10 203/15
203/18 205/10 214/10 231/15 285/20 309/24
florists [2] 165/18 165/19
flower [2] 222/2 222/11
fluctuate [1] 175/9
fluctuations [1] 175/8
fluids [2] 263/4 263/8
flux [1] 178/25
focal [2] 164/22 205/19
focused [2] 224/2 281/12
focuses [1] 257/12
focusing [1] 164/21
folks [3] 180/12 227/6 227/8
follow [5] 246/11 246/12 246/15 298/25
303/13
follow-up [2] 246/15 303/13
followed [6] 187/7 268/21 298/23 299/4
299/6 309/4
following [24] 204/6 204/7 205/24 205/25
206/4 206/19 206/20 207/13 207/16 230/6
235/9 252/2 276/24 277/3 277/6 277/15
277/20 277/23 278/3 280/18 282/5 283/14
286/14 321/22
follows [2] 146/18 239/24
food [3] 153/11 175/13 177/15
footnote [1] 257/12
footprint [1] 154/18
forced [1] 179/8

foregoing [1] 329/10
foremost [1] 175/21
form [3] 167/17 252/14 270/11
forming [3] 159/16 159/25 275/5
forms [2] 162/22 180/25
forth [3] 147/4 247/10 251/17
forward [4] 182/4 189/4 189/16 307/7
fostered [2] 160/22 186/4
fosters [1] 186/22
found [13] 182/14 191/12 210/25 289/18
306/18 306/25 307/3 307/5 313/5 314/21
316/25 318/24 319/4
four [5] 204/22 215/1 263/1 324/15 327/1
fourfold [1] 258/2
fourth [2] 263/21 327/19
fractured [1] 262/25
fractures [1] 262/25
fracturing [1] 194/15
fraud [1] 299/1
frequently [3] 153/9 185/18 189/24
fresh [1] 317/24
Friday [5] 327/21 328/3 328/15 328/15
328/25
friends [2] 174/9 174/16
front [2] 262/17 321/10
frustration [1] 225/9
full [4] 146/19 239/25 302/10 321/12
fully [5] 194/11 238/23 275/3 293/13 293/21
functioning [4] 192/23 193/1 193/5 200/21
fund [1] 232/3
fundamentally [3] 152/13 168/9 192/15
funds [4] 172/22 211/2 227/3 231/1
funerals [1] 165/23
furiously [1] 152/9
further [19] 161/23 164/25 169/10 170/5
176/1 194/20 236/23 239/8 262/3 263/5
264/1 275/23 294/25 295/1 295/5 295/6
303/12 324/21 326/18
future [5] 176/9 224/19 248/9 271/12 303/14

**G**

gains [1] 194/4
gas [23] 150/18 154/9 154/15 154/23 154/25
173/20 174/10 175/14 176/8 177/20 177/21
178/8 179/12 181/23 184/5 184/6 184/17
198/16 204/14 245/24 278/24 285/16 311/4
gather [1] 207/3
gathered [1] 210/16
gave [7] 166/24 206/4 207/16 230/1 246/24
247/2 292/15
general [5] 152/1 193/24 232/3 245/12
324/14
generalizability [2] 170/24 190/12
generalizable [6] 170/22 202/25 203/2
203/19 204/20 238/16
generalize [2] 198/23 204/21
generalized [1] 171/2
generally [3] 173/21 253/7 278/9
generated [2] 238/4 297/10
generates [1] 239/3
generations [1] 185/7
geographic [1] 205/7
geography [1] 205/7
get [33] 155/11 167/8 169/23 170/3 176/12
177/6 179/16 180/6 180/8 180/25 181/1
181/5 182/23 182/23 183/1 183/13 186/11
187/6 187/13 188/19 194/4 202/14 218/14
224/18 232/19 254/20 280/8 283/9 306/22
313/2 323/25 327/6 327/18
gets [1] 210/8
getting [9] 179/1 180/12 185/19 217/2
217/10 217/11 275/19 323/8 328/7
give [13] 152/7 164/8 165/14 165/15 169/19

Case 2:10-md-02179-CJB-DPC Document 1871 Filed 05/05/12 Page 201 of 225

**G**

give... [8] 174/6 174/25 189/24 204/7 205/24
206/20 261/16 264/15
given [6] 232/20 235/23 243/6 259/6 259/14
268/20
giving [3] 207/22 220/4 235/22
glad [1] 203/9
GLADSTEIN [1] 142/11
glasses [1] 313/15
gloves [3] 273/15 274/7 274/8
glycol [1] 310/20
GMBH [1] 141/13
go [57] 147/21 147/21 156/24 157/22 157/23
163/4 165/2 165/11 166/17 169/6 178/17
178/22 179/7 185/6 185/12 186/10 187/18
187/19 187/20 194/13 198/2 198/15 215/10
218/17 224/13 228/4 232/2 238/9 240/13
240/14 240/14 247/23 248/25 252/4 260/6
282/17 285/17 290/15 292/17 292/22 297/17
300/8 310/10 311/2 312/22 313/2 314/11
314/12 314/21 316/2 317/17 319/11 320/4
320/25 321/22 328/3 328/22
goal [4] 152/12 154/11 197/12 310/2
goals [1] 199/1
goes [8] 147/18 185/12 213/8 232/9 234/21
271/21 288/16 297/21
going [36] 147/2 151/22 162/10 162/25 167/9
169/10 173/17 173/17 176/2 176/3 178/22
186/8 186/20 188/15 189/6 189/15 189/16
190/1 208/20 218/9 227/20 231/20 233/5
240/10 242/17 254/14 257/16 263/1 274/25
274/25 275/18 295/2 307/5 307/6 318/16
328/6
Goldstein [2] 249/14 255/8
gone [1] 181/10
good [20] 146/8 173/17 195/3 211/22 212/2
215/25 219/5 228/24 229/3 232/14 232/23
233/1 233/3 233/4 235/3 239/19 254/9
262/18 327/14 329/3
got [9] 180/7 217/24 223/4 226/21 233/13
234/4 249/21 257/24 263/7
gotten [2] 218/5 234/25
government [19] 146/7 164/24 191/3 195/4
226/14 230/20 234/19 239/17 254/6 282/3
297/10 302/19 302/23 311/22 312/1 313/21
323/19 323/22 326/24
government's [2] 328/5 328/22
governmental [3] 304/20 305/10 305/20
governments [5] 160/23 188/3 188/4 188/18
189/13
graduate [1] 149/15
Grand [1] 143/23
grant [1] 236/7
grants [19] 181/3 182/10 229/5 229/7 229/8
229/10 229/11 229/17 230/3 230/14 231/14
231/14 233/10 235/21 236/8 236/12 236/12
236/18 236/19
great [1] 164/6
greater [2] 154/23 231/18
Grocery [1] 175/13
group [2] 246/8 256/14
groups [4] 154/24 230/20 259/16 259/16
Guard [1] 303/24
guess [1] 249/17
guidance [5] 271/19 271/22 272/6 298/2
298/3
guide [1] 153/5
guided [1] 152/1
GULF [62] 141/5 148/6 150/18 154/10 155/2
155/4 158/11 158/12 158/24 159/23 160/10
160/10 160/25 161/7 162/17 170/23 172/19
175/3 175/25 177/13 177/15 179/4 181/6

183/21 183/23 183/24 184/1 186/8 187/17
188/1 189/4/h 194/5 202/12 203/3
208/23 224/1 225/18 228/9 228/9 229/24
230/15 230/18 233/18 245/22 245/23 252/2
253/20 261/17 261/18 261/18 278/23 289/12
296/7 296/11 309/7 315/19 316/6 317/7
317/20 317/22 320/17
Gulf Coast [2] 158/24 160/25
Gulf War [1] 261/18
gushing [1] 179/4
Gustav [1] 173/11

**H**

had [106] 167/24 167/25 167/25 168/6
169/20 172/10 172/14 172/23 173/11 173/19
174/8 175/16 176/5 176/8 177/5 178/12
178/17 180/3 180/3 180/7 180/12 180/19
180/23 180/24 182/10 182/16 185/2 186/8
186/9 186/12 187/22 188/11 188/11 188/18
188/19 192/8 192/12 195/17 197/1 197/10
197/15 208/25 209/4 209/11 214/25 216/3
216/5 216/9 216/24 217/3 217/4 217/20
218/5 219/11 219/20 219/21 219/24 222/3
223/25 225/2 225/22 226/12 226/13 227/23
228/8 228/8 233/10 233/14 233/16 235/21
236/12 236/16 245/24 252/17 252/17 254/4
256/6 257/17 257/19 257/25 263/2 263/5
267/17 268/20 279/17 283/1 283/4 283/20
289/6 290/22 291/17 291/21 291/21 292/12
292/13 292/17 294/24 294/24 295/14 298/17
300/2 300/15 301/21 306/19 319/5 327/24
hadn't [1] 291/19
half [6] 268/24 268/24 287/10 287/12 324/15
327/20
halfway [1] 268/22
halted [2] 178/4 214/9
hand [1] 151/7
handing [1] 217/1 217/13 217/16
hands [1] 214/24
hang [1] 178/16
HANKEY [1] 142/8
happen [2] 176/3 186/8
happened [4] 199/10 203/15 246/11 260/24
happening [11] 165/1 165/12 165/15 165/19
165/20 166/2 167/4 176/12 187/18 191/1
202/3
happens [2] 169/5 186/14
happy [2] 237/14 321/22
hard [2] 178/5 290/12
hardest [1] 179/18
HARIKLIA [4] 143/4 146/14 194/23 276/5
Hariklia Karis [1] 146/14
harm [12] 160/9 160/19 160/24 171/15
184/10 193/22 195/18 195/22 202/16 202/18
295/14 317/1
harmed [3] 187/1 187/9 189/4
harmful [1] 318/22
harms [10] 174/4 174/7 176/16 192/1 203/7
210/13 229/3 238/23 238/25 239/3
Harvard [2] 241/16 242/24
harvest [1] 177/14
harvesters [3] 183/8 183/10 190/24
HARVEY [1] 142/10
has [37] 154/17 164/9 167/13 175/4 179/11
179/21 184/16 184/21 185/5 196/10 203/12
225/17 230/15 234/19 234/22 238/8 254/9
259/23 273/16 283/13 283/14 283/24 284/4
290/24 290/24 291/4 307/3 312/6 317/19
317/23 318/2 318/13 321/15 322/21 325/14
325/14 326/5
have [196]
haven't [3] 200/12 201/1 284/2
having [15] 146/17 174/12 174/15 174/24

183/23 187/1 187/4 187/8 194/8 218/15
197/23 247/at 281/20 294/20 325/25
hazard [12] 250/18 251/9 251/13 252/12
257/8 298/1 298/2 306/7 307/9 313/10 321/5
322/10
hazardous [5] 241/25 242/4 244/22 245/8
314/22
hazards [5] 252/1 293/14 293/22 297/19
309/14
HB [1] 144/2
HB-275 [1] 144/2
he [51] 157/21 157/22 192/15 192/21 192/22
192/24 193/3 193/11 201/3 217/2 219/17
220/8 220/16 220/19 220/22 221/3 221/5
221/8 228/10 228/18 228/21 259/23 259/23
262/2 262/23 263/7 269/16 270/13 270/13
270/14 270/16 272/1 272/18 272/20 276/17
276/20 281/6 281/6 284/2 284/3 284/8
284/10 284/14 284/16 284/18 287/24 288/14
288/16 288/22 305/19 305/22
he's [8] 219/18 228/7 228/11 234/15 287/23
287/24 288/7 306/2
head [1] 226/3
headache [3] 255/1 264/2 264/17
headaches [2] 300/7 300/10
health [149] 153/11 197/4 200/20 240/20
240/24 241/16 241/16 241/19 241/24 242/3
242/7 242/11 242/16 242/18 242/20 242/24
242/25 243/9 243/11 243/12 243/13 243/15
243/15 243/18 243/22 244/4 244/10 244/21
245/7 245/19 246/11 246/19 246/20 247/1
247/2 247/17 248/1 248/4 248/6 250/18
251/8 251/9 251/12 251/13 252/1 252/12
253/19 253/21 253/25 254/1 254/3 254/4
255/15 255/19 256/3 257/8 258/24 259/2
259/9 259/12 259/12 259/19 261/3 261/4
266/16 268/11 268/17 269/13 270/4 270/17
270/20 271/2 271/12 271/16 272/16 275/17
277/18 277/22 278/2 278/6 278/7 278/9
278/9 278/13 278/18 280/22 280/23 282/5
282/15 282/18 289/11 293/12 293/14 293/23
294/20 295/15 296/24 297/11 301/14 302/6
302/25 303/4 303/5 303/10 303/14 303/16
303/25 304/1 304/22 305/12 305/21 306/3
306/7 306/11 306/23 307/7 307/9 307/22
308/4 308/4 309/5 309/8 310/3 312/24
313/10 315/25 316/4 316/9 316/21 317/22
318/14 319/1 319/6 319/13 319/15 319/16
319/18 320/6 320/7 320/9 321/3 321/5 322/8
322/10 323/20 323/21 324/1 324/4 326/16
health-based [2] 321/5 322/10
healthy [2] 192/23 193/5
hear [2] 151/18 211/1
heard [6] 141/19 172/6 281/1 284/2 287/17
295/17
hearing [1] 170/9
heart [3] 263/6 263/10 263/12
heart-related [2] 263/6 263/12
heat [3] 263/2 263/9 263/14
heat-related [2] 263/9 263/14
height [1] 213/11
held [4] 249/16 289/22 292/25 298/25
helicopters [1] 177/25
help [27] 153/5 153/10 171/16 175/3 180/11
180/25 181/1 181/5 183/1 185/25 188/8
188/21 188/24 188/24 189/16 190/5 191/6
192/9 211/3 211/8 211/23 212/18 217/19
228/25 231/20 250/9 319/9
helped [10] 211/19 216/24 217/22 218/1
221/6 228/15 229/3 233/8 235/4 236/14
helpful [1] 152/11
helping [2] 190/2 215/15
helps [2] 166/1 217/13

her [7] 147/5 147/7 147/10 147/11 207/9 263/23 274/9
here [43] 159/12 173/7 173/9 183/1 189/10 207/24 208/18 216/2 216/19 218/3 220/20 226/1 235/4 242/19 243/24 257/7 257/16 257/21 258/9 260/10 260/20 263/21 273/13 274/5 274/6 275/12 278/13 282/7 289/10 295/24 299/14 302/2 304/17 305/5 309/16 312/3 313/20 316/18 323/20 324/15 328/7 328/15 328/15
here's [2] 234/8 321/25
hereby [1] 329/10
herein [1] 291/6
HHE [4] 251/19 308/21 309/14 310/2
HHEs [9] 251/17 251/24 255/13 288/17 306/7 306/16 306/23 310/7 310/23
hidden [2] 189/4 265/22
high [7] 173/25 175/19 175/20 179/25 189/12 316/20 317/1
higher [1] 257/1
highlighting [1] 321/13
highly [5] 278/21 278/24 279/3 279/6 279/13
him [1] 284/2
HIMMELHOCH [2] 142/5 328/10
hire [3] 152/19 152/23 179/19
hired [8] 153/9 180/11 180/13 180/13 214/12 214/19 214/23 217/3
his [33] 192/24 193/3 200/11 200/23 219/18 220/5 234/2 247/18 247/20 249/3 260/3 262/23 262/24 262/25 263/23 263/23 271/4 272/1 272/19 275/5 276/19 284/3 284/5 284/8 284/10 284/11 288/2 288/14 304/12 304/15 305/14 305/16 305/19
historical [2] 152/14 154/8
history [3] 154/14 154/21 157/19
hit [4] 179/18 181/8 188/16 263/22
hold [4] 196/8 246/16 278/12 278/14
holding [4] 273/15 273/21 273/21 274/8
HOLDINGS [1] 141/14
home [6] 178/13 178/18 178/18 187/25 189/1 268/20
homes [3] 161/11 185/22 227/4
hometown [1] 157/21
Honestly [1] 216/24
Honor [37] 146/8 146/14 147/9 147/20 156/15 156/22 157/12 163/9 194/23 198/11 207/19 237/1 237/3 239/19 240/4 240/7 240/15 247/16 247/22 259/21 260/7 265/21 275/24 276/1 321/8 321/19 321/21 322/14 322/19 324/23 326/18 327/2 327/5 327/11 327/13 328/9 328/24
HONORABLE [1] 141/19
honors [1] 246/21
hope [1] 320/3
hopefully [1] 323/25
HORIZON [51] 141/4 148/6 155/2 157/16 158/23 160/7 160/8 161/7 162/15 171/12 171/14 171/21 173/4 176/21 183/18 186/3 192/2 199/16 240/21 244/19 248/2 248/5 250/22 251/2 258/25 259/25 260/10 266/17 266/22 267/7 267/12 269/11 280/18 282/5 283/14 286/17 288/18 288/25 293/22 296/4 297/7 297/12 301/16 302/3 305/13 306/4 314/8 324/5 324/9 324/18
hospital [3] 262/24 263/7 275/19
hospitalized [2] 252/17 252/18
hotel [1] 179/4
hotels [2] 173/18 235/2
hour [1] 319/20
hours [3] 178/11 267/11 319/20
house [1] 227/4

household [3] 178/20 186/15 209/25 210/22
households [5] 151/14 211/23 211/25 211/25 211/25
how [62] 149/9 150/16 152/4 152/4 153/1 153/20 157/15 157/22 158/11 159/9 166/17 168/22 169/14 169/25 170/5 174/6 180/14 180/21 185/12 185/22 186/19 188/2 188/8 188/12 188/24 191/20 192/13 199/4 201/25 209/21 209/22 210/9 214/2 214/22 218/12 218/21 223/2 224/1 227/11 227/13 227/20 233/17 238/3 242/14 246/12 256/17 258/8 259/13 266/8 270/16 271/25 284/15 284/17 295/1 299/11 306/5 308/16 308/17 310/9 310/13 313/22 327/6
Howard [7] 287/20 287/22 288/4 303/2 304/12 305/3 305/8
Howard's [4] 288/4 288/7 301/22 304/4
however [2] 169/20 291/20
huge [3] 175/17 221/18 222/15
human [44] 150/25 253/9 253/20 254/17 255/4 255/14 255/15 255/17 255/18 259/8 268/11 269/13 270/17 271/11 272/1 277/5 277/9 277/14 278/2 282/4 293/11 294/20 295/14 296/24 304/22 305/12 305/21 306/11 306/23 307/7 307/22 308/3 308/4 319/6 319/13 319/15 319/16 320/6 320/7 320/9 323/20 323/21 324/4 326/15
humans [3] 150/25 241/2 293/23
hundreds [2] 166/9 170/15
hurricane [6] 175/23 175/25 188/10 188/16 188/25 189/18
hurricanes [4] 173/11 185/18 192/10 193/14
hydrocarbons [2] 277/14 310/19
hygienist [1] 279/21
hygienists [1] 309/5
hypothesis [1] 162/14

I

I'd [8] 199/7 205/6 210/24 237/9 286/18 308/16 319/7 328/13
I'll [10] 146/9 159/4 174/25 208/20 260/2 262/20 265/21 293/7 322/7 328/19
I'm [66] 146/8 147/2 147/13 149/3 149/7 168/16 173/12 175/24 192/25 196/22 198/10 199/9 199/22 200/2 200/9 200/9 200/15 202/14 202/19 203/9 208/20 209/4 216/4 217/21 218/7 220/6 221/20 222/23 223/17 226/4 226/10 227/24 228/1 230/16 231/5 231/8 240/9 246/17 254/10 257/16 259/16 279/9 281/23 284/17 286/19 286/21 287/13 293/23 295/3 295/6 298/2 303/15 305/12 306/21 308/10 310/8 310/12 313/6 318/16 319/2 321/21 324/2 328/6 328/10 328/13 328/15
I've [21] 147/2 149/10 159/18 167/7 168/1 168/8 173/7 179/25 185/11 186/5 190/16 192/4 193/16 240/8 240/8 240/9 244/17 249/4 249/13 289/10 290/21
IBM [2] 245/1 245/2
idea [3] 166/16 166/24 168/4
identification [2] 169/23 170/3
identified [6] 162/18 163/13 164/1 176/16 192/6 216/21
identifier [1] 210/8
identifiers [1] 169/19
identify [12] 152/5 160/4 168/10 168/12 169/4 170/8 184/25 193/24 202/6 202/6 238/24 321/20
identifying [1] 293/11
identities [2] 184/2 234/20
identity [3] 160/22 183/19 185/8
II [1] 231/10
Ike [1] 173/11

Illinois [1] 143/6
illness [5] 250/23 260/1 260/17 260/22 261/9 263/6 263/9 263/14 264/12 264/24 299/20
illnesses [14] 248/21 250/4 250/21 260/21 261/17 261/19 261/23 262/4 262/19 263/20 265/2 278/23 301/11 302/21
imagine [1] 217/16
immediate [8] 174/8 211/3 211/8 211/23 223/23 228/25 249/18 259/17
immediately [4] 157/22 211/2 212/4 233/18
impact [22] 153/7 153/8 174/8 195/17 196/17 196/21 202/21 203/10 205/9 208/9 210/20 227/24 227/24 228/12 228/14 236/13 267/23 268/11 269/13 270/17 293/13 293/22 295/14 296/24
impacted [1] 285/11
impacts [16] 154/9 186/24 208/7 210/25 223/9 223/23 225/21 232/5 234/7 240/20 268/12 269/15 269/16 275/18 278/2 324/1
impeachment [1] 207/20
implement [1] 229/17
implications [2] 274/23 275/2
implies [1] 206/14
importance [1] 173/2
important [15] 166/23 167/2 169/2 170/7 173/8 173/24 174/9 174/11 174/22 175/5 179/18 181/19 183/20 209/12 267/17
impossible [2] 191/17 214/21
improper [1] 207/19
improve [1] 223/7
improvement [1] 235/20
in-situ [1] 308/24
inability [1] 275/2
inapplicable [2] 268/2 268/3
inappropriate [1] 227/16
INC [4] 141/11 141/15 141/15 143/2
incidence [1] 245/4
incident [8] 250/23 260/11 288/25 301/16 320/17 324/10 324/16 324/19
incidental [1] 319/19
Incidents [1] 262/15
include [13] 151/21 153/8 202/13 203/9 214/14 237/8 237/9 254/19 254/25 285/1 285/6 308/14 308/21
included [18] 155/15 163/21 172/21 172/22 195/14 211/10 211/14 252/8 263/3 282/10 284/19 297/1 308/23 310/18 310/24 311/1 311/3 316/9
includes [2] 310/21 312/17
including [14] 149/23 150/3 170/14 174/21 213/11 222/7 227/23 254/23 283/25 293/15 297/20 300/19 309/21 311/4
income [8] 193/25 208/15 209/8 209/11 209/15 209/17 209/25 212/1
incomes [3] 209/2 209/16 209/20
incorporate [1] 190/19
incorporated [3] 171/8 244/2 244/6
incorporates [1] 148/23
incorrectly [1] 286/13
increase [1] 193/15
increased [2] 193/14 258/2
increases [2] 193/25 217/11
increasing [1] 271/22
incurred [1] 222/3
independent [3] 314/16 315/13 316/12
indicate [2] 261/3 287/3
indicated [1] 327/24
individual [23] 153/20 160/21 169/7 183/19 192/22 197/10 198/7 200/20 200/20 209/18 209/20 209/25 217/7 217/15 218/2 219/3 219/13 219/17 234/3 234/14 279/13 295/19 296/17

Case 2:10-md-02179-CJB-DPC Document 14526 Filed 05/06/15 Page 203 of 217

**individual's [1]** 182/19
**individuals [46]** 154/12 169/15 169/17 169/19 169/23 172/3 188/17 194/5 194/10 208/14 209/2 209/14 209/19 210/6 211/11 211/14 211/17 211/19 213/3 213/15 214/19 215/19 216/8 216/13 219/14 222/6 225/18 225/23 226/8 227/20 233/16 235/19 236/14 236/15 236/17 239/5 278/21 279/2 279/5 293/15 293/23 295/19 296/5 299/16 300/1 300/3
**individuals' [1]** 299/25
**industrial [3]** 206/12 279/21 309/4
**industries [9]** 174/23 175/9 179/13 185/11 198/12 204/22 222/17 230/21 231/25
**industry [52]** 150/18 150/19 154/9 154/15 154/17 154/19 154/23 155/1 155/1 164/11 166/12 173/20 173/21 174/10 174/13 174/14 175/15 177/21 179/1 179/6 179/10 179/12 181/5 181/5 181/23 184/5 184/6 184/9 184/11 184/14 185/11 185/12 198/16 201/21 202/3 203/21 203/24 204/9 204/14 204/17 204/18 223/3 230/6 230/9 230/15 232/15 232/25 233/1 235/5 233/17 233/18 246/10
**inequality [5]** 160/21 174/1 179/24 180/1 180/15
**information [57]** 153/2 153/2 159/16 159/25 162/25 162/25 163/2 165/16 166/11 169/9 170/9 170/22 176/12 179/3 183/14 186/19 188/14 188/19 188/19 190/13 194/5 198/6 201/11 208/25 209/1 209/4 209/13 210/4 210/22 218/9 225/24 225/25 249/9 250/6 250/10 250/16 251/17 254/11 255/3 258/23 259/19 260/20 260/25 262/1 262/2 265/6 265/9 286/20 299/23 299/24 300/2 300/2 301/14 313/2 324/7 324/16
**informed [1]** 167/9
**ingestion [1]** 319/19
**inhalation [1]** 270/4
**initial [6]** 180/20 211/15 268/22 268/25 269/2 281/18
**initially [1]** 158/7
**injured [3]** 248/19 248/19 300/3
**injuries [19]** 174/8 248/21 249/19 250/3 250/20 260/21 262/4 262/19 263/4 264/6 264/7 264/23 265/3 299/16 299/20 299/25 300/11 302/21
**injury [8]** 172/3 250/23 259/24 260/11 260/12 260/22 264/12 264/24
**inland [5]** 207/1 207/3 207/5 207/15 208/7
**input [1]** 326/9
**inputs [1]** 211/10
**inquire [1]** 226/20
**inspires [1]** 183/23
**instance [19]** 152/24 153/6 162/5 162/13 164/5 166/5 173/18 175/1 175/12 178/14 189/21 191/5 192/8 198/5 207/4 237/13 238/11 251/20 264/20
**instances [1]** 274/15
**institute [13]** 148/20 244/7 249/15 251/7 253/18 253/23 268/17 282/14 289/16 289/21 292/24 293/3 298/12
**insufficient [2]** 193/13 293/21
**Integrity [1]** 246/25
**intend [1]** 147/15
**intended [2]** 197/3 230/8
**intent [5]** 199/6 202/5 202/10 211/5 211/7
**interaction [1]** 169/20
**interactions [1]** 163/18
**interdisciplinary [4]** 148/22 151/8 154/8 155/14
**interest [3]** 261/10 318/16 323/11

**interested [1]** 310/21
**interesting [1]** 261/1
**interim [1]** 308/9
**interims [1]** 308/10
**Interior [1]** 150/10
**international [3]** 184/20 246/18 246/24
**Internet [1]** 165/25
**interview [7]** 167/3 168/25 169/9 198/7 210/8 216/20 234/2
**interviewed [6]** 165/18 167/6 167/10 169/17 210/1 210/6
**interviewee [1]** 152/2
**interviewer [1]** 152/3
**interviewing [2]** 215/20 225/23
**interviews [23]** 151/25 152/1 165/8 165/8 165/9 165/9 165/11 165/14 166/3 166/4 166/6 166/25 169/14 169/15 169/16 200/4 201/21 207/7 210/14 210/16 210/18 216/14 216/18
**intravenous [2]** 263/3 263/8
**Introduction [1]** 242/1
**invest [6]** 186/16 186/16 217/25 227/5 236/1 239/1
**invested [1]** 233/14
**investigate [7]** 163/17 244/10 244/21 245/7 245/19 252/1 309/14
**investigating [1]** 161/10
**investigation [2]** 172/14 241/18
**investigations [4]** 306/17 306/24 308/5 309/6
**investigator [3]** 149/18 149/19 158/5
**investment [1]** 230/6
**involve [3]** 155/16 162/14 174/12
**involved [6]** 154/10 157/15 172/15 185/24 237/25 243/11
**involves [1]** 238/1
**IOM [6]** 254/2 254/8 254/9 254/12 291/18 325/17
**irritation [2]** 254/19 265/17
**is [374]**
**isn't [1]** 275/14
**isolating [1]** 187/24
**issue [4]** 228/7 231/19 234/23 246/3
**issued [8]** 155/6 281/17 281/19 291/16 291/17 292/16 292/20 323/22
**issues [2]** 245/19 313/24
**issuing [7]** 280/4 283/1 289/7 290/18 291/10 292/4 302/20
**it [245]**
**it's [68]** 152/5 153/5 155/21 163/4 169/2 170/7 174/9 174/21 179/19 181/19 182/1 183/20 185/2 185/5 191/16 191/17 203/2 207/25 210/5 210/9 214/21 214/21 239/11 241/1 246/8 246/14 248/8 253/18 253/24 253/25 254/9 258/17 258/22 261/9 262/2 263/22 265/1 266/9 268/23 269/25 271/5 274/19 274/25 274/25 275/20 275/20 278/1 278/11 280/6 290/16 290/12 290/23 295/3 297/2 302/14 309/16 311/11 311/20 314/4 314/7 320/2 320/20 321/10 321/23 323/8 323/12 326/21 328/14
**italics [1]** 227/13
**itching [1]** 254/22
**item [1]** 265/6
**its [18]** 146/7 150/11 152/14 162/19 181/5 239/17 244/18 256/23 277/6 301/8 311/6 311/8 311/13 314/16 315/13 317/4 326/6 328/6
**itself [2]** 177/3 291/13
**IV [2]** 263/3 263/25
**IVs [1]** 275/19

**J**

**Jackson [2]** 148/13 151/13

**JAKOLA [1]** 143/5
**James [2]** 142/2 148/22
**January [4]** 141/7 146/2 158/13 199/11
**JARRETT [1]** 143/13
**Jefferson [1]** 231/19
**job [3]** 243/14 244/5 297/22
**jobs [4]** 179/20 217/20 244/1 256/16
**Jodi [5]** 144/2 144/4 329/8 329/16 329/16
**John [2]** 244/2 287/20
**jointly [1]** 303/25
**Jose [1]** 245/1
**journal [3]** 249/14 255/7 271/24
**JSI [1]** 244/2
**JUDGE [3]** 141/20 157/10 327/15
**Judge Barbier [1]** 327/15
**JUDY [1]** 142/10
**July [1]** 262/16
**July 10th [1]** 262/16
**June [9]** 238/20 249/17 253/21 254/2 289/15 289/20 292/25 309/13 325/17
**June 2010 [4]** 253/21 289/15 289/20 325/17
**June 22nd [1]** 309/13
**June 30th [1]** 238/20
**jurisdictions [1]** 188/7
**just [73]** 168/8 168/13 171/12 173/9 175/22 176/25 180/16 180/21 186/5 191/10 198/19 201/17 202/19 204/24 205/10 206/6 208/2 213/15 217/1 217/4 217/25 221/17 222/6 225/2 226/7 226/13 227/23 230/23 231/7 232/17 236/10 237/9 239/11 262/18 262/20 263/15 263/17 263/19 264/6 264/8 264/15 265/20 269/17 271/21 272/7 272/13 273/18 274/16 280/1 281/4 282/7 289/7 290/14 291/24 293/8 294/14 295/1 299/19 306/16 306/22 307/2 307/23 310/22 312/4 315/17 321/10 322/2 324/2 326/22 327/17 328/1 328/13 328/25
**just concluded [1]** 204/24
**Justice [5]** 142/4 142/14 158/16 283/6 289/14

**K**

**Kanner [2]** 142/20 142/21
**KARIS [7]** 143/4 146/14 147/17 156/19 194/23 207/21 276/5
**Katrina [1]** 173/11
**KATRINE [1]** 143/5
**KEITH [1]** 143/13
**kept [1]** 165/18
**key [6]** 160/13 160/17 164/2 176/14 322/1 322/5
**killed [2]** 157/21 248/18
**KIMBERLY [1]** 143/9
**kind [9]** 161/15 170/8 174/13 185/15 187/1 187/8 223/4 238/14 274/6
**kinds [7]** 155/11 161/9 166/22 191/9 216/3 254/24 273/2
**KING [1]** 142/8
**KIRBY [1]** 143/19
**Kirkland [2]** 143/3 143/8
**knew [2]** 167/11 218/21
**knife [2]** 263/23 263/23
**knit [1]** 186/24
**know [52]** 162/4 162/8 162/11 167/3 167/4 167/5 167/7 167/12 171/7 174/7 189/1 189/1 190/1 201/3 207/24 207/25 207/25 208/4 214/21 218/24 218/25 226/1 229/20 230/1 234/12 237/9 238/3 248/4 259/17 261/22 263/9 265/22 267/17 284/2 285/24 286/18 286/19 286/20 286/23 287/2 287/20 290/21 299/11 299/13 305/5 310/9 310/23 311/1 318/17 322/23 328/20 328/25
**knowledge [5]** 153/2 160/3 166/20 233/16

Case 2:10-md-02179-CJB-DPC Document 14526   Filed 05/05/15   Page 204 of 217

**K**

knowledge... [1] 298/21
knowledgeable [1] 167/3
known [4] 162/17 174/12 256/10 271/10
KRAUS [1] 142/21
KY [1] 143/19

**L**

La [2] 163/10 163/20
Labor [1] 302/24
labs [1] 285/16
lack [1] 180/21
laed.uscourts.gov [1] 144/4
Lafourche [2] 231/21 231/22
LANGAN [1] 143/3
large [16] 154/17 162/23 163/3 164/12 165/10 166/7 170/19 172/15 183/8 208/7 208/10 236/21 268/15 310/6 310/8 310/9
largely [2] 164/17 179/11
larger [2] 180/3 198/24
Larose [1] 163/22
LaSalle [1] 143/6
last [10] 157/8 168/18 186/20 217/2 230/17 235/2 251/4 305/16 317/12 323/25
lasted [1] 172/10
lastly [2] 251/2 254/25
late [2] 173/10 323/8
LAURA [1] 142/16
law [1] 312/5
LAWRENCE [1] 142/16
lawsuits [1] 172/22
lay [2] 178/6 178/11
lead [2] 168/17 243/19
leaders [2] 188/20 188/23
leads [1] 186/21
learn [2] 218/14 225/22
learned [4] 191/1 201/25 218/21 268/2
learning [1] 201/10
lease [1] 171/9
LEASING [1] 141/13
least [12] 170/2 201/19 216/6 222/14 222/14 225/13 239/6 251/3 267/4 294/1 301/2 328/22
leave [1] 327/19
lectures [1] 243/6
led [3] 154/16 172/19 230/19
left [7] 162/4 162/8 179/6 257/10 257/10 262/22 305/25
leg [1] 274/9
length [3] 164/6 268/23 268/25
less [7] 181/22 258/10 258/11 258/19 262/8 289/22 294/24
lessons [1] 268/2
let [8] 204/1 209/6 265/21 279/1 286/12 291/8 321/14 328/19
let's [29] 163/4 165/2 196/2 214/2 215/8 223/8 226/4 228/4 230/5 239/12 241/7 242/14 249/6 249/25 257/3 262/4 263/15 265/19 281/16 281/23 288/8 290/11 303/21 308/18 313/5 314/2 316/2 316/3 323/25
level [23] 153/20 166/23 186/15 188/11 193/8 193/12 200/19 200/21 209/8 209/17 209/25 227/17 243/9 270/17 271/11 271/12 271/14 272/2 297/23 315/8 315/8 319/24 320/2
levels [35] 173/25 175/19 175/20 179/25 189/12 192/21 209/21 245/7 245/16 252/8 270/14 270/20 271/3 311/9 312/1 312/5 312/8 312/8 312/9 313/13 313/16 313/17 314/15 314/22 315/3 316/20 317/1 317/21 318/13 321/5 322/10 323/21 325/8 325/12 326/15

**Lewis** [2] 143/12 143/22
licensed [1] 176/1
light [1] 259/22
lightheadedness [1] 265/16
like [27] 161/2 171/13 193/14 199/7 205/6 207/24 210/24 215/6 221/18 222/10 237/9 242/18 261/5 261/18 262/15 264/20 271/10 274/6 286/10 286/18 300/6 300/11 301/3 321/10 327/19 328/13 328/23
likelihood [4] 258/17 258/18 270/3 272/16
likely [2] 180/13 270/18
likewise [3] 204/14 296/10 301/6
limit [2] 296/23 311/11
limitations [1] 205/7
limited [1] 199/25
limits [9] 311/13 311/17 311/20 311/22 311/23 311/25 312/4 312/9 313/25
line [13] 204/4 204/4 205/25 206/17 207/10 214/6 250/18 257/23 264/21 279/8 279/9 288/5 288/5
linear [2] 206/11 271/21
lines [4] 147/13 198/10 198/10 205/22
link [3] 296/7 296/11 301/18
Liskow [1] 143/12
list [7] 255/3 255/10 265/6 291/15 300/12 300/13 327/18
listed [4] 250/16 269/8 283/6 299/16
lists [3] 257/9 257/11 289/18
literature [12] 244/16 254/5 255/10 267/13 267/16 267/24 280/6 280/7 280/8 281/12 281/15 291/18
little [14] 152/10 155/21 162/4 162/8 162/17 171/13 181/20 201/16 205/6 207/23 262/8 263/17 264/1 301/21
live [2] 164/12 164/16
lived [1] 245/11
livelihood [5] 161/14 175/10 175/18 180/21 233/17
livelihoods [7] 160/20 161/14 164/4 176/7 176/22 186/8 194/15
lives [11] 152/8 174/25 175/3 175/4 176/21 177/4 178/9 179/21 194/15 194/17 271/9
living [5] 160/20 161/13 185/22 209/21 209/22
LLC [2] 141/13 141/14
LLOYD'S [1] 141/16
loans [4] 166/8 192/9 192/12 192/12
local [36] 160/23 179/19 188/2 188/4 188/11 188/18 188/20 189/19 212/20 216/24 217/11 217/13 217/20 217/22 217/25 218/1 222/10 222/11 222/13 222/15 227/17 227/22 229/24 230/2 232/11 232/15 232/18 232/19 232/21 234/18 235/23 243/8 243/10 243/10 287/9 303/25
local-level [1] 227/17
located [2] 208/11 256/16
location [1] 170/25
locations [6] 168/7 171/1 171/2 284/23 285/2 309/6
long [34] 149/9 158/8 158/11 186/19 186/19 189/17 202/25 203/2 203/19 241/19 244/21 246/12 248/6 248/8 249/1 268/10 268/12 269/14 269/16 269/22 273/16 273/16 273/17 315/25 316/9 316/20 318/14 321/3 322/8 324/1 324/3 324/8 324/13 324/17
long-term [22] 186/19 241/19 244/21 248/6 248/8 249/1 268/10 268/12 269/14 269/16 269/22 315/25 316/9 316/20 318/14 321/3 322/8 324/1 324/3 324/8 324/13 324/17
longer [2] 166/3 179/21
look [44] 182/5 182/10 195/13 195/19 195/21 196/5 196/13 199/15 204/21 205/1 212/13 213/5 222/20 222/20 223/20 226/4 226/24

229/13 230/11 235/1 235/12 241/7 249/6 249/25 257/3 263/23 264/15 268/17 279/7 284/5 288/4 290/8 292/3 297/5 301/10 303/7 303/21 307/15 312/19 313/5 314/2 317/10 318/10 319/9
looked [31] 154/18 158/9 195/11 200/12 201/1 201/7 204/18 205/8 207/13 222/2 222/18 227/23 230/13 261/20 264/6 281/13 283/24 284/2 284/4 284/14 284/16 284/18 289/6 289/7 291/9 291/21 299/7 310/23 318/7 323/19 323/24
looking [20] 161/11 170/13 190/23 201/17 216/12 216/19 225/21 246/1 253/15 257/7 259/16 262/13 269/19 270/2 273/13 274/5 309/12 315/22 315/23 327/17
looks [9] 262/15 264/20 274/6 274/8 286/10 293/5 321/10 327/19 328/23
Los [1] 143/24
lose [2] 185/7 194/3
loss [2] 185/4 189/23
losses [7] 180/23 194/4 194/12 194/13 218/17 219/5 236/15
lost [2] 194/17 217/20
lot [22] 164/10 164/15 167/7 177/22 177/22 178/21 180/5 183/4 186/6 186/12 188/5 191/2 206/12 212/23 216/8 218/9 221/7 221/9 234/23 234/24 235/5 292/22
lots [6] 166/9 169/22 217/3 217/10 261/2 261/2
LOTTERMAN [1] 143/19
LOUISIANA [23] 141/2 141/6 142/20 142/23 143/15 144/3 160/11 163/11 163/22 163/23 163/23 164/14 184/7 184/24 213/17 213/23 214/14 231/17 232/5 236/8 285/20 309/24 329/10
loved [1] 194/18
low [4] 245/7 245/16 296/20 296/23
Lowell [1] 242/25
lower [9] 257/11 257/12 257/17 257/22 257/23 257/24 258/1 315/4 319/24
LP [1] 141/12
LTD [1] 141/16
lucrative [1] 221/12
lung [1] 245/4
Luton [8] 220/1 220/2 220/3 220/13 220/15 220/23 220/24 228/22
Luton's [1] 220/3
Lynn [1] 243/18

**M**

ma'am [2] 156/24 239/9
Macondo [2] 172/1 203/5
macroeconomic [1] 193/24
made [18] 167/15 180/5 180/9 186/12 186/13 211/22 213/2 216/8 219/5 221/18 222/15 223/5 224/21 228/15 228/24 229/10 295/24 326/5
maintain [2] 193/5 215/14
major [5] 159/19 175/9 224/21 308/14 308/21
majority [1] 167/12
make [18] 186/9 188/20 189/22 212/23 213/4 215/6 218/4 221/7 221/9 238/7 262/7 274/10 274/25 279/1 294/21 303/13 324/2 328/1
makers [1] 208/11
makes [2] 187/4 223/5
making [2] 153/5 153/6
MALINDA [1] 142/16
man [1] 274/6
management [6] 149/13 149/23 149/24 153/23 309/23 320/17
managing [1] 243/8
mandatory [1] 315/6

M

manifest [1] 237/18
many [46] 169/14 169/25 170/2 172/15 174/11 175/2 177/14 178/11 179/7 183/8 183/21 184/17 184/17 185/5 185/10 187/24 189/3 194/10 199/4 207/4 209/21 209/22 210/9 210/14 212/21 213/16 214/18 214/22 215/5 215/22 219/6 219/14 221/1 221/12 222/24 239/2 239/2 242/14 248/18 268/20 274/15 287/14 310/12 310/13 325/13 327/6
map [1] 163/8
March [5] 158/10 195/20 198/17 199/23 231/17
marine [6] 277/6 277/10 277/15 277/20 277/23 278/3
MARK [2] 143/5 327/3
market [1] 152/23
marketing [2] 184/22 232/4
markets [1] 185/3
marsh [1] 316/11
Martin [2] 272/1 272/12
masks [1] 193/22
Mason [1] 327/10
Massachusetts [8] 242/25 243/14 243/16 243/19 243/20 243/23 245/12 246/19
massive [1] 249/22
Master's [2] 148/19 241/16
material [1] 316/11
materials [3] 249/19 281/14 283/4
matrix [3] 166/19 298/4 298/8
mats [1] 203/5
matter [13] 156/13 240/19 240/23 247/11 247/14 249/3 269/4 269/11 281/14 283/23 295/2 324/12 329/13
MATTHEW [1] 143/4
may [29] 158/1 158/12 183/10 189/4 194/21 207/22 213/8 222/23 223/13 223/16 223/24 224/15 229/15 240/4 246/15 268/3 272/21 276/1 285/19 286/8 286/8 286/14 294/19 298/3 299/24 318/20 324/6 324/6 327/15
May 2010 [1] 223/16
May 26th [1] 224/15
May 27th [1] 286/14
May 27th through [1] 286/8
May 5th of [1] 229/15
maybe [5] 169/7 208/3 228/2 307/19 328/25
MAYBERRY [1] 142/16
McCutchen [1] 143/18
MCKINNEY [1] 142/22
MD [1] 141/4
me [28] 157/22 202/8 204/1 207/16 208/1 209/6 220/3 226/10 231/20 246/24 247/2 279/1 281/8 281/21 283/5 283/12 286/10 286/12 289/8 289/14 291/7 291/8 295/5 300/22 301/5 309/17 323/18 328/4
mean [34] 149/21 153/16 168/14 168/18 171/22 174/4 174/18 175/19 176/20 179/23 182/18 183/2 183/18 185/9 186/3 187/11 189/10 193/22 238/22 256/19 258/15 271/14 281/21 285/4 285/13 286/18 291/7 291/16 295/9 310/8 315/3 324/11 327/21 328/4
meanings [1] 152/7
means [7] 193/10 200/22 238/7 260/23 263/3 271/21 286/22
meant [1] 178/13
measure [3] 162/13 193/8 200/20
measured [1] 296/18 296/22
measurements [5] 251/11 270/24 286/7 286/16 325/4
measures [1] 168/22
mechanical [1] 144/8
mechanism [2] 233/5 233/8

mechanisms [1] 190/17
med [2] 176/24
mediated [1] 173/7
medical [20] 197/11 242/10 251/1 251/2 262/14 263/25 265/7 265/8 265/13 265/18 265/19 266/2 266/13 266/22 267/7 276/7 276/10 276/12 299/17 309/5
Medicine [8] 249/14 249/16 253/18 253/23 255/8 289/16 289/21 292/24
medics [1] 265/11
medium [1] 158/8
meetings [4] 151/22 166/10 169/22 170/15
member [2] 233/25 246/17
members [3] 174/16 182/23 208/23
memberships [1] 246/16
men [2] 157/21 174/8
mental [12] 197/4 200/20 242/6 245/19 278/6 278/7 278/8 278/9 278/12 278/18 280/22 280/23
mention [2] 182/17 327/15
mentioned [25] 153/22 155/13 157/18 160/18 169/20 176/23 178/10 179/25 181/16 185/11 190/22 203/9 210/1 227/12 230/23 235/19 237/12 238/18 253/18 255/7 261/17 272/7 272/13 295/24 325/13
mentions [1] 255/8
merely [1] 290/18
meteorologic [1] 253/3
methodology [6] 147/6 161/2 161/23 167/13 216/16 270/11
methods [9] 149/12 151/2 151/20 168/8 168/14 168/15 168/17 190/19 256/20
MEXICO [14] 141/5 150/19 154/10 160/10 160/10 161/8 172/19 183/21 187/17 208/12 252/2 253/20 289/13 315/13
MICHAEL [2] 142/11 303/2
Michigan [1] 148/22
middle [2] 264/1 290/13
midrange [1] 199/18
might [11] 151/18 152/10 179/2 245/25 246/9 253/1 294/21 312/6 315/24 316/8 317/22
MIKE [2] 143/9 327/17
million [21] 214/12 215/1 215/9 224/16 225/2 226/8 226/16 229/16 230/19 230/19 231/16 231/17 231/18 231/19 283/13 284/1 284/3 284/15 284/17 287/10 287/12
mine [1] 269/11
Minerals [1] 149/23
minimize [1] 228/16
minimizing [1] 227/24
minute [3] 239/12 281/4 283/9
misrepresent [1] 226/2
missed [1] 169/7
misses [1] 194/7
missing [1] 307/2
mission [1] 150/11
Mississippi [16] 163/22 207/5 213/10 213/12 213/16 213/19 213/21 214/11 232/11 234/15 234/16 235/16 236/2 236/7 285/21 309/24
misspoke [1] 234/14
misunderstood [1] 169/8
mitigate [3] 196/21 212/18 230/8
mitigated [1] 223/9
mitigating [5] 236/12 293/11 305/12 305/21 306/3
mitigation [4] 195/17 195/22 196/14 196/18
mixed [1] 218/9
MMS [1] 150/10
mobile [1] 285/16
mobility [2] 185/11 185/15
modeling [1] 237/18
MOEX [1] 141/13

moment [3] 165/12 234/7 265/20
monetary [2] 328/25
monetary [2] 194/14 211/10
monetized [1] 194/7
money [50] 180/5 180/9 187/4 189/24 191/5 211/5 211/7 211/10 211/14 211/17 212/23 213/4 214/2 215/23 216/9 217/1 217/2 217/10 217/11 217/13 217/17 217/24 217/25 221/7 221/9 223/6 226/21 227/3 227/7 227/10 227/15 227/18 227/20 227/22 229/23 230/1 230/8 231/24 232/10 232/15 232/17 232/18 232/23 233/14 235/21 235/23 235/5 236/9 236/10 236/17
monitored [1] 318/2
monitoring [20] 252/8 252/21 252/25 280/13 282/4 282/9 285/17 286/4 286/23 286/25 288/24 311/6 311/12 312/15 313/6 314/16 317/7 317/19 317/23 318/12
monoxide [1] 310/19
month [3] 224/4 224/18 225/2
monthly [1] 224/23
months [7] 158/12 159/20 197/21 219/1 226/12 235/3 289/22
moratorium [1] 172/17
more [32] 149/19 161/1 161/9 162/11 163/17 165/17 169/17 172/3 180/13 185/5 192/12 200/23 201/16 210/1 210/7 210/10 216/25 236/4 242/18 246/15 248/25 260/12 263/15 264/23 268/16 274/25 294/21 295/9 303/19 310/9 320/2 321/24
Morgan [1] 143/22
morning [4] 157/8 326/23 327/21 328/20
most [13] 167/16 171/9 182/25 185/25 193/17 211/21 246/23 270/24 271/25 305/12 305/12 305/21 306/3
motion [11] 146/15 146/24 147/2 147/3 147/8 156/20 240/5 240/9 240/10 247/21 259/22
move [11] 157/5 162/4 170/11 175/10 177/7 177/10 201/11 208/4 247/18 314/3 323/25
moved [1] 177/9
movement [1] 154/22
moving [3] 173/21 175/22 185/20
Mr. [4] 148/13 151/13 287/22 288/4
Mr. Howard [2] 287/22 288/4
Mr. Jackson [2] 148/13 151/13
Ms [1] 328/10
Ms. [3] 147/17 156/19 207/21
Ms. Karis [3] 147/17 156/19 207/21
much [9] 183/11 187/16 188/13 214/2 218/13 226/1 278/5 284/15 284/17
multi [1] 214/20
multi-person [1] 214/20
multidisciplinary [1] 149/19
multiple [7] 168/5 168/6 189/20 214/19 214/23 316/12 317/19
multiyear [1] 149/19
must [1] 234/24
my [34] 146/21 150/7 150/9 155/23 164/7 181/20 197/20 202/17 226/3 240/2 249/4 249/4 251/18 254/13 258/12 258/22 260/23 261/20 266/15 271/5 275/13 280/7 283/18 283/22 289/13 289/13 289/15 289/19 295/25 300/14 315/10 322/15 323/16 329/11
myriad [1] 193/19
myself [1] 278/12

N

N.W [1] 143/10
name [6] 146/19 146/21 239/25 240/2 244/24 272/1
named [1] 310/22
NANCY [1] 142/7

**N**

NATHANIEL [1] 142/9
National [6] 153/6 251/7 253/24 268/17
282/14 314/18
Native [1] 164/17
natural [3] 142/4 148/21 311/4
nature [1] 193/18
nausea [4] 255/1 263/2 264/2 264/17
near [2] 245/11 285/1
nearly [1] 316/4
necessarily [2] 187/6 253/7
necessary [2] 151/7 275/14
necessity [1] 275/10
neck [1] 262/22
need [9] 189/12 189/14 196/7 232/9 238/5
275/19 299/8 307/19 313/15
needed [5] 164/2 183/14 188/24 189/2
221/24
needing [1] 225/9
needs [1] 190/2
negative [5] 168/11 184/10 202/6 202/13
202/17
neighbors [1] 177/17
neither [2] 178/19 273/16
nerve [2] 245/24 278/24
nets [1] 227/5
networks [4] 152/6 161/13 173/14 187/22
neurological [3] 254/25 255/21 265/15
never [5] 180/8 278/17 278/20 279/12 279/23
new [17] 141/6 142/23 143/15 144/3 168/20
177/3 179/16 190/25 201/10 227/5 227/10
231/18 243/12 243/12 249/14 255/7 313/15
New England [1] 249/14
New York [1] 243/12
news [1] 166/11
next [20] 146/7 163/4 165/2 172/6 172/25
174/2 176/10 179/22 182/17 183/15 186/1
186/1 188/1 239/17 250/22 251/1 254/19
326/24 327/9 327/10
NGO [1] 191/7
NGOs [7] 160/23 188/3 188/4 188/18 189/13
189/19 191/5
niche [1] 184/22
nine [3] 308/6 308/8 308/10
NIOSH [49] 250/18 251/5 251/10 251/13
251/17 251/19 251/24 252/20 253/6 253/7
255/13 256/2 256/23 257/8 274/10 282/12
287/16 287/19 287/23 287/24 298/3 298/8
301/21 302/3 302/12 302/19 303/3 304/12
305/3 305/9 305/19 306/8 306/17 308/3
308/13 309/4 309/13 309/20 310/2 311/6
311/8 311/12 311/21 312/5 312/14 313/1
313/5 313/21 325/14
NIOSH's [12] 255/15 255/18 259/2 288/8
288/11 288/17 301/20 308/6 308/11 312/24
313/10 326/12
no [96] 141/4 158/18 164/21 169/19 178/16
178/17 179/20 179/20 180/9 181/9 181/15
194/20 195/19 195/24 198/21 199/1 199/4
200/10 200/18 201/10 201/20 203/11 205/3
205/9 209/17 218/25 220/15 224/17 229/22
231/6 231/6 233/7 233/14 234/9 236/3
236/23 237/1 238/25 239/8 259/4 259/7
259/23 266/10 270/10 270/17 270/20 270/22
271/11 271/11 271/14 272/2 272/21 272/24
274/22 275/6 275/23 276/23 277/1 277/5
277/9 277/13 277/18 277/23 278/1 278/4
279/2 279/17 279/25 289/1 290/20 291/24
295/25 296/2 299/14 299/19 301/13 301/18
304/16 304/17 305/2 305/16 305/23 311/2
311/8 311/24 312/3 314/21 316/25 322/7
324/7 324/12 324/16 324/21 325/24 326/1
326/18
SOA? [1] 319/1

**NOMELLINI [1] 143/5**
non [3] 319/18 321/3 322/8
non-cancer [3] 319/18 321/3 322/8
nondetectable [1] 313/12
none [8] 205/17 206/2 247/22 291/4 291/5
316/19 319/4 320/8
nonfishermen [1] 221/7
nonprofit [2] 230/20 244/5
nonprofits [1] 189/21
nonresponse [3] 316/19 316/22 316/24
normally [3] 177/11 187/2 307/3
North [1] 143/6
not [217]
note [1] 266/21
noted [1] 252/20
notes [5] 210/19 216/14 216/20 233/24 234/2
notice [1] 191/3
noticed [2] 252/20 278/5
notion [2] 170/24 190/12
novel [1] 151/3
now [51] 149/23 178/18 181/7 185/21 197/14
198/22 199/7 201/5 202/19 203/2 212/13
213/5 216/10 219/3 220/11 224/13 226/19
229/13 233/21 234/22 248/25 253/7 259/1
267/13 278/5 279/7 280/1 281/11 287/12
287/16 289/2 289/20 292/24 295/17 295/21
296/18 299/7 300/18 303/7 303/21 306/7
313/5 313/21 316/16 318/10 320/4 320/25
323/13 323/25 324/15 326/22
NR [1] 265/24
number [17] 160/19 169/16 169/16 169/24
172/16 173/17 235/20 242/3 244/17 245/4
269/18 310/6 310/8 311/1 323/15 323/19
326/2
numbered [1] 329/13
numbers [7] 164/12 166/7 170/3 234/25
235/1 235/9 235/15
numerous [4] 230/16 248/3 265/2 282/2
NW [1] 143/20

**O**

O'ROURKE [1] 142/6
object [2] 240/13 321/8
objection [7] 147/19 207/19 260/2 305/24
322/13 322/15 323/5
objectionable [1] 240/12
observation [6] 151/23 169/1 169/21 210/17
210/17 210/19
observations [2] 151/21 251/11
observed [5] 241/19 248/9 259/6 259/15
296/16
observing [2] 151/22 273/19
obviously [2] 174/7 217/15
occasionally [1] 243/1
occasions [1] 292/6
occupation [1] 183/5
occupational [19] 242/2 243/4 247/1 251/7
260/21 260/21 266/6 266/10 282/14 282/17
284/20 287/2 297/11 299/19 309/5 310/3
311/17 313/17 320/16
occupations [1] 184/3
occur [5] 174/13 174/24 183/23 270/18 271/5
occurred [14] 172/5 194/16 218/23 226/12
248/20 253/4 258/18 258/19 260/23 267/11
275/21 294/24 294/24 308/17
occurs [3] 175/2 218/17 295/11
ocean [3] 149/24 153/23 278/4
Oceanic [1] 314/19
ocular [2] 254/20 255/20
OEL [1] 315/8
OELs [11] 311/7 311/9 311/14 311/16

offshore [34] 141/13 141/14 150/18 154/9
154/12 154/15 154/22 155/1 164/9 164/9
164/15 174/11 174/12 174/15 174/16 175/12
175/14 175/15 177/25 179/12 184/5 184/6
184/11 184/17 207/5 207/8 285/2 285/4
308/14 308/21 309/1 309/17 309/18 318/3
off [16] 170/5 178/6 178/11 184/7 213/4
215/16 217/25 219/10 219/12 222/15 226/2
232/24 234/4 236/4 294/10 305/6
offer [3] 147/15 233/6 289/11
offering [12] 156/12 159/7 199/24 200/2
202/21 202/23 202/24 203/15 295/17 296/6
296/10 296/15
office [4] 142/12 142/17 165/12 224/11
officer's [1] 220/15
officers [1] 309/5
offices [5] 178/7 182/24 208/10 223/25
224/22
Official [3] 144/2 329/8 329/17
officially [1] 214/9
often [6] 165/11 178/21 179/17 182/25 183/5
183/10
oftentimes [2] 175/12 179/19
oh [3] 254/9 262/20 263/21
oil [139] 141/4 141/4 150/18 154/9 154/15
154/22 154/25 162/17 172/7 172/8 172/9
173/20 174/10 175/14 176/1 176/2 176/4
176/6 176/8 177/10 177/20 177/21 178/7
179/2 179/2 179/4 179/12 181/6 181/7 181/9
181/10 181/23 183/24 184/5 184/6 184/17
185/1 185/2 186/20 188/9 188/15 198/16
203/5 203/5 204/14 212/21 216/24 223/23
232/5 234/7 234/24 244/11 244/12 245/13
245/15 245/17 248/2 248/7 250/5 253/9
254/4 254/17 255/4 255/9 255/11 255/14
255/18 256/6 257/2 257/15 257/17 257/18
258/10 259/3 262/21 264/13 264/19 264/22
267/18 267/20 267/24 268/1 268/2 270/4
271/3 272/17 273/2 276/24 276/24 276/24
277/3 277/6 277/6 277/10 277/15 277/19
277/19 277/20 277/24 278/3 283/14 289/12
293/10 293/14 293/20 294/6 294/13 294/16
294/21 294/23 295/6 295/9 296/8 296/8
297/8 297/12 300/23 300/23 301/6 301/7
301/8 302/3 308/22 308/25 308/25 309/1
311/4 314/8 315/20 315/24 315/24 316/7
316/7 316/10 317/24 317/25 318/1 319/16
320/21
oil-contaminated [1] 319/16
oiled [1] 183/25
oilfield [3] 178/14 184/3 187/20
Okay [39] 146/7 146/11 147/19 156/23 157/7
196/7 196/24 197/18 198/22 199/20 201/16
201/23 202/5 202/13 202/19 203/2 214/21
216/19 222/14 223/19 225/8 233/7 234/14
234/17 237/2 239/22 260/2 260/6 275/25
283/9 286/23 289/20 297/10 303/20 307/6
307/10 316/2 323/5 328/16
on-call [1] 178/15
on-site [1] 309/6
once [5] 169/17 170/9 210/2 210/7 210/10
one [79] 143/13 147/9 150/9 151/8 157/19
157/20 157/21 160/19 162/3 168/13 168/25
168/25 172/10 173/9 175/10 177/6 177/22
184/21 185/11 187/12 188/22 191/15 193/23
212/3 213/2 214/17 215/5 222/17 226/19
235/4 236/3 238/19 244/1 244/15 245/11
245/22 246/2 251/3 253/24 253/25 256/20
257/2 257/3 257/8 262/2 263/15 263/21
265/1 268/15 271/24 273/2 273/10 273/14
274/2 283/21 287/10 287/12 291/2 291/4

Case 2:10-md-02179-CJB-DPC Document 14235-33 Filed 05/09/15 Page 207 of 217

**Q**

one... [20] 291/13 291/25 292/1 294/15
294/18 299/13 299/17 299/17 307/24 307/24
308/8 309/11 310/9 316/12 319/5 319/20
321/10 327/10 327/15
ones [8] 170/20 180/13 183/1 191/19 194/18
264/22 310/22 323/24
ongoing [9] 147/11 172/15 199/17 203/5
203/8 238/19 248/24 268/10 268/13
online [1] 313/7
only [15] 164/18 165/24 169/18 181/8 190/13
198/4 199/15 199/24 219/13 233/8 257/18
292/13 294/18 313/21 326/12
onshore [12] 259/18 285/2 309/15 309/16
309/18 314/17 317/20 317/22 318/2 318/4
318/13 318/21
oops [1] 288/8
open [3] 146/4 152/2 224/9
open-ended [1] 152/2
opened [4] 177/2 224/1 224/11 224/12
operate [2] 183/11 208/11
operated [1] 179/6
Operational [2] 282/23 318/17
operations [3] 183/9 309/22 309/22
operators [1] 212/20
opined [1] 200/13
opining [1] 203/13
opinion [44] 147/11 147/16 160/6 161/23
202/11 202/12 202/17 202/18 233/6 233/7
238/21 248/11 248/17 249/4 249/6 249/25
251/16 252/21 252/24 254/8 254/11 259/8
259/13 259/23 261/25 266/15 267/23 268/5
268/9 269/8 269/21 269/25 271/2 271/5
271/6 271/18 274/23 275/10 283/22 289/11
289/13 295/4 324/3 326/14
opinions [53] 147/5 156/11 159/7 159/17
160/1 160/13 160/17 161/1 161/3 199/20
199/24 200/2 200/18 202/21 202/23 203/15
205/9 205/12 210/21 220/4 238/15 247/9
248/1 248/6 249/3 258/21 258/22 264/25
266/14 267/8 269/10 278/7 280/2 280/22
280/23 281/17 281/17 281/18 281/19 281/19
283/1 284/8 284/10 284/11 284/15 292/14
295/18 296/6 296/10 296/15 297/15 306/11
325/23
opportunities [1] 187/25
opportunity [9] 169/6 180/4 212/7 212/19
212/23 213/9 215/5 221/2 221/11
opposed [4] 192/2 192/2 216/4 222/11
opposing [1] 168/9
opposite [1] 235/1
options [1] 216/5
Orange [3] 244/18 261/21 261/24
order [11] 160/2 160/4 196/20 211/23 223/14
228/25 238/7 238/13 265/22 299/3 308/14
orders [3] 165/22 165/25 165/25
organic [2] 277/10 310/18
organizations [4] 166/22 191/6 194/11
309/10
organize [1] 182/3
organizing [1] 191/7
orient [2] 306/16 306/22
original [5] 291/19 291/20 291/21 291/22
291/25
Orleans [6] 141/6 142/23 143/15 144/3
190/25 231/18
OSAT [12] 282/23 318/17 318/19 318/19
318/19 318/20 319/4 319/13 320/12 320/16
321/2 322/6
OSHA [36] 282/10 282/17 286/6 286/11
286/15 286/19 286/20 286/25 297/17 297/17
297/21 298/1 298/3 298/8 298/22 299/4

302/3 302/12 302/23 303/3 303/23 304/20
311/6 314/1 314/4 314/8 314/9 314/13 314/14
314/14 314/16 314/22 315/6 315/8 325/14
325/15 326/5
OSHA's [5] 297/8 298/11 314/2 314/4 326/3
OSHA-NIOSH [1] 302/3
OSHA-required [1] 315/8
OSVs [1] 175/15
other [57] 148/7 150/13 156/19 159/16
166/13 167/10 167/11 171/2 171/2 177/11
178/1 184/20 190/21 192/3 192/7 204/17
216/4 216/8 232/4 238/19 240/11 242/4
243/5 244/3 245/4 245/23 253/3 253/3
254/20 255/3 255/6 261/11 264/8 271/8
273/15 273/18 282/9 291/5 292/2 292/3
292/12 299/13 300/2 300/3 300/6 300/11
300/11 300/23 301/6 304/19 305/10 305/20
309/1 309/5 310/20 310/22 326/12
others [16] 169/10 172/4 182/24 193/12
212/22 213/16 215/15 217/20 221/18 222/8
248/19 248/22 252/17 264/23 295/2 313/24
otherwise [2] 217/25
ought [1] 208/3
our [21] 155/3 155/14 157/18 157/19 157/23
163/8 163/15 164/6 166/20 166/25 170/19
190/11 195/13 198/4 219/19 219/24 238/1
247/21 259/22 327/21 328/9
ourselves [2] 306/16 306/23
out [55] 166/1 166/12 168/9 169/8 177/5
178/15 179/3 179/7 180/9 180/25 185/12
185/19 185/20 185/22 186/11 188/12 189/14
189/14 192/12 196/19 198/2 198/15 198/20
216/13 217/1 217/13 217/16 218/9 218/15
223/14 223/24 225/3 225/17 225/23 233/25
238/12 254/15 265/23 266/8 278/14 287/11
293/8 298/25 299/1 305/25 314/10 315/16
315/17 317/4 318/1 321/9 321/12 322/2
322/17 322/21
out-of-work [2] 223/14 223/24
outcome [1] 193/2
outcomes [1] 162/6
outdated [1] 326/10
outlining [1] 298/4
Outreach [1] 150/7
outs [2] 322/17 322/17
outside [2] 184/24 208/11
over [36] 150/2 169/15 170/4 170/9 170/9
170/14 172/5 172/8 172/10 172/12 172/19
172/23 172/23 180/18 185/7 189/17 226/8
226/13 231/15 235/17 238/6 238/9 241/22
242/19 244/8 246/11 246/12 265/12 283/12
286/6 286/7 292/6 310/7 310/10 310/15
310/15
overall [6] 158/11 179/23 194/8 293/13
293/21 303/10
overdoing [1] 208/1
overrule [3] 147/3 260/2 323/5
overview [1] 160/12
own [9] 183/11 183/11 189/7 192/24 193/3
283/18 314/16 315/14 317/4
owners [3] 174/23 181/21 212/20
oxygen [1] 264/3
oyster [6] 183/7 183/7 183/9 183/10 190/24
190/25
oystermen [1] 183/7

**P**

p-value [1] 258/9
p-values [2] 258/10 258/11
pack [1] 263/4
package [1] 290/17
packages [1] 316/5
paddies [2] 318/21 318/24

page [25] 145/2 147/13 198/10 204/4 205/22
205/25 207/10 263/16 263/20 264/15
264/23 267/4 272/6 272/12 279/8 288/5
288/5 300/15 316/1 321/10 321/12 321/17
321/21 321/25
pages [2] 299/15 300/4
PAHs [1] 277/15
paid [6] 218/5 218/14 225/3 225/17 225/22
226/13
pain [1] 262/22
pants [1] 273/17
Parish [4] 163/22 164/9 183/7 190/24
parishes [2] 231/23 232/5
part [34] 151/7 154/7 155/7 155/13 159/11
159/22 182/20 184/10 195/10 195/16 198/3
201/12 205/15 209/14 211/15 214/20 216/12
218/5 223/10 224/21 225/10 225/20 226/19
227/16 233/17 235/19 237/24 258/22 281/13
297/14 307/6 310/6 312/19 320/23
participant [3] 151/23 169/21 210/17
participants [3] 167/5 213/23 213/25
participate [5] 214/19 219/24 237/15 289/25
290/2
participated [8] 213/17 218/5 218/11 219/7
220/13 222/6 254/2 254/7
participating [3] 151/24 211/12 219/3
participation [5] 212/22 218/18 219/4 221/1
221/11
particular [31] 149/21 149/22 150/17 155/1
163/25 170/6 170/10 170/10 179/17 192/5
234/9 237/17 240/11 243/5 245/22 246/10
246/10 253/1 253/2 256/5 256/25 257/2
258/6 268/23 271/10 271/16 292/23 294/10
311/18 320/1 321/17
particularly [8] 163/18 164/11 173/8 184/4
184/11 244/25 279/19 325/12
particulates [1] 311/3
partnered [2] 305/10 305/20
partnership [1] 234/22
party [1] 189/25
Pascagoula [2] 216/25 219/19
pass [1] 232/24
passed [3] 232/18 235/22 235/23
past [2] 150/25 261/14
patient [1] 278/17
patients [1] 276/9
PATRICK [1] 142/6
pattern [5] 169/6 187/7 259/16 259/18 261/9
patterns [6] 152/5 160/20 161/13 169/4
194/4 241/1
pay [3] 215/14 215/24 217/25
paying [3] 224/3 224/16 227/19
payment [1] 236/19
payments [14] 194/14 211/15 211/16 211/19
211/23 224/23 225/17 226/7 226/14 227/19
228/15 228/25 229/3 230/18
peer [13] 149/25 150/2 155/6 244/9 244/9
244/20 245/6 245/18 246/4 267/13 267/16
267/24 281/15
peer-reviewed [12] 149/25 150/2 155/6
244/9 244/20 245/6 245/18 246/4 267/13
267/16 267/24 281/15
PEL [1] 325/15
PELs [9] 311/15 311/19 313/19 313/23 326/3
326/6 326/8 326/10 326/12
penalty [1] 195/4
PENCAK [3] 142/10 239/20 324/23
Pennsylvania [1] 178/7
people [169] 151/18 152/7 153/1 153/20
164/9 164/12 164/16 164/18 166/4 166/4
166/6 166/7 166/7 167/3 167/8 167/8 167/8
167/11 167/12 169/18 169/22 169/25 170/3
170/10 170/10 170/15 172/15 172/16 173/19

people... [140] 174/11 174/14 174/25 175/2
175/6 175/8 175/12 175/17 176/9 177/8
177/13 177/14 177/22 178/13 178/25 179/4
179/21 180/2 180/3 180/6 180/7 180/12
180/19 180/22 180/24 180/25 181/17 181/22
181/23 182/2 183/5 183/21 183/23 184/1
184/3 184/5 184/10 184/10 184/12 184/24
185/6 185/10 185/17 185/21 185/23 185/25
186/8 186/18 186/25 187/1 187/2 187/7
187/8 187/8 187/23 187/24 188/5 188/6
189/15 189/18 190/14 191/2 192/16 192/25
193/4 193/14 193/18 194/17 199/4 201/21
207/5 210/1 210/9 210/13 214/22 216/14
217/2 217/3 217/5 217/9 217/10 217/10
217/11 217/24 218/8 218/13 218/21 219/3
219/7 219/9 219/18 219/19 219/23 219/23
222/7 225/9 226/20 227/9 227/14 235/3
237/12 239/2 239/2 245/11 245/16 246/8
246/9 248/4 248/18 249/12 249/21 252/16
258/24 259/10 259/17 259/18 261/23 265/3
265/10 265/11 266/16 267/9 267/18 268/16
268/19 271/8 273/4 273/18 275/18 278/24
287/4 287/5 287/7 287/8 290/21 300/10
300/10 312/9 317/22 318/22
people's [11] 153/17 175/1 175/3 177/4
178/9 179/21 187/3 187/5 209/11 218/10
234/20
per [1] 319/21
percent [12] 192/25 193/4 235/15 235/16
238/19 257/17 257/19 257/20 257/20 257/24
257/25 258/19
perception [2] 181/10 185/2
perform [2] 148/4 148/7
performed [3] 149/2 282/3 306/8
performing [2] 202/1 297/22
perhaps [4] 242/17 246/23 262/3 319/9
period [19] 158/6 166/12 172/10 189/17
199/8 199/11 199/23 200/16 201/3 201/5
201/17 201/24 205/5 238/6 238/10 248/23
250/24 253/2 265/12
periodically [1] 251/10
permissible [2] 311/20 312/4
permitting [1] 172/18
Persian [1] 245/23
person [5] 214/20 216/23 263/1 263/22
298/25
person's [1] 263/3
personal [6] 252/14 265/23 272/21 273/20
290/22 297/1
personally [2] 157/25 159/21
personnel [1] 309/21
perspective [5] 171/23 197/11 206/14 227/18
325/9
perspectives [1] 151/2
pertain [1] 199/20
pertinent [2] 261/1 283/22
pervaded [1] 175/20
pervasive [2] 186/21 188/22
petroleum [5] 141/12 143/17 244/16 250/22
251/25
Ph.D [2] 148/21 148/23
phase [2] 195/4 238/1
phases [4] 180/20 237/15 321/23 322/16
phenomenon [7] 151/19 152/14 162/4 162/9
162/12 163/18 163/19
photographs [1] 273/4
photos [2] 273/10 274/2
phrase [2] 217/15 287/12
phrased [1] 228/2
physical [4] 154/17 173/12 173/12 173/13
physician [1] 276/20

picking [1] 217/5
picture [1] 217/5
piece [3] 283/20 284/15 301/13
pieces [11] 283/13 283/16 283/19 283/25
284/1 284/3 284/17 286/6 286/15 287/10
287/13
Pittsfield [1] 245/12
place [19] 152/13 180/17 187/3 212/3 212/6
216/1 216/6 223/8 223/11 223/14 229/21
244/5 289/23 299/3 299/9 306/18 306/25
307/3 312/11
placed [1] 256/13
places [7] 152/8 183/25 190/21 202/25
210/19 252/5 316/19
plan [4] 268/22 268/25 269/2 303/25
planners [1] 188/11
plans [4] 188/12 188/14 229/18 308/20
plant [2] 245/12 246/10
Plaquemines [5] 163/22 164/8 183/6 190/24
231/22
play [1] 220/16
please [80] 146/6 146/19 148/13 148/17
151/13 154/1 154/3 155/19 156/6 158/19
158/25 159/14 160/15 161/25 165/2 167/19
171/10 171/19 171/22 172/25 174/2 176/13
176/18 179/22 183/16 186/1 188/1 190/8
190/10 196/3 198/10 204/3 205/21 206/17
209/5 212/14 213/6 226/4 228/4 230/11
233/22 239/16 239/25 241/11 241/13 247/6
248/13 250/1 250/12 251/22 255/23 260/8
260/14 260/15 260/16 262/6 262/7 265/4
265/24 266/25 268/7 269/6 272/3 272/9
273/7 273/23 279/8 288/5 293/1 295/22
297/5 301/24 303/21 304/10 305/6 307/16
313/8 315/17 319/10 323/14
PLOS [1] 302/14
Plus [1] 217/3
point [16] 155/2 162/18 163/3 164/22 164/22
165/15 186/23 189/10 191/6 202/24 213/11
223/5 235/4 237/22 260/3 260/10
pointer [1] 257/16
points [5] 147/7 168/13 171/2 213/2 287/14
poisoning [1] 243/20
policy [4] 148/24 150/7 153/6 153/7
political [2] 152/15 182/22
pollutants [3] 317/21 317/23 318/13
polycyclic [2] 277/14 310/19
poorly [2] 209/6 228/2
population [7] 198/24 258/3 261/10 271/7
301/15 324/8 324/17
populations [4] 206/11 241/19 256/22
293/16
portion [1] 321/13
position [2] 216/4 237/24
positive [15] 168/11 178/21 182/8 182/10
182/16 195/11 202/7 202/13 202/17 210/20
210/24 216/9 233/10 233/14 238/21
possible [2] 210/5 210/9
possibly [2] 327/9 327/12
post [3] 142/12 142/17 238/13
posted [5] 308/6 308/11 312/15 313/1 313/7
potential [23] 167/22 182/5 276/23 277/1
277/5 277/9 277/14 277/19 278/2 282/4
288/18 294/19 295/14 296/8 296/12 306/19
306/19 309/8 309/14 319/16 319/17 321/2
322/7
potentially [6] 188/10 261/24 283/22 306/19
307/1 307/4
pots [2] 177/5 177/7
poverty [1] 209/21
Poydras [2] 143/14 144/2
PP [2] 216/21 234/6
PPE [5] 297/2 297/18 298/4 298/9 299/9

PPEs [1] 274/10
practical [1] 151/1
practice [2] 165/23 185/15
practices [4] 152/21 252/14 309/9 309/21
preamble [1] 175/5
predict [2] 293/13 293/21
predicting [1] 162/6
preexisting [4] 191/13 191/17 191/18 191/22
preference [1] 327/22
premature [1] 268/11 269/25
prepare [5] 241/8 248/10 250/9 251/19
253/11
prepared [13] 148/10 151/10 153/24 156/9
160/12 161/22 171/16 176/14 190/5 197/19
247/3 250/10 327/25
presence [1] 178/18
present [3] 150/25 204/21 317/21
presentation [1] 328/5
presented [1] 224/4
prespill [1] 238/13
pressure [1] 263/24
Prestige [1] 294/10
pretrial [1] 327/23
pretty [2] 218/24 218/25
prevalence [9] 256/7 256/10 256/11 256/17
256/23 257/21 258/2 258/4 258/20
prevalent [2] 174/10 174/17
prevention [2] 243/20 302/21
previous [9] 235/16 254/4 255/11 264/18
267/18 293/10 293/19 293/20 294/14
previously [5] 211/1 218/20 255/9 281/14
327/24
pride [1] 185/9
primarily [3] 243/2 241/22 286/5
principal [3] 149/18 158/5 214/7
print [2] 262/18 263/9
prior [25] 251/13 267/14 267/20 267/24
268/1 268/2 276/22 276/23 277/1 277/23
280/3 283/1 289/7 290/17 290/22 290/25
291/3 291/4 291/9 292/4 293/25 294/6
300/14 321/23 322/16
prioritized [1] 205/14
prison [2] 243/13 243/15
prisons [2] 243/11 243/16
privacy [1] 265/23
private [4] 149/20 150/13 152/16 166/9
probably [3] 170/4 216/24 300/15
problem [6] 151/7 207/21 231/6 231/6 238/5
328/14
problems [6] 151/3 152/21 191/10 237/18
251/12 317/22
procedures [3] 252/14 309/9 309/21
proceed [3] 194/21 240/4 276/1
proceedings [4] 141/19 144/8 329/5 329/12
process [23] 153/2 154/20 155/9 172/5 181/1
182/6 200/9 203/4 211/16 218/17 218/18
223/10 223/14 224/1 224/18 224/22 225/3
225/10 226/17 226/21 236/11 236/19 267/10
processed [2] 187/6 238/20
processes [7] 180/17 180/20 181/16 189/6
192/4 219/5 238/18
processing [1] 168/19
produce [1] 275/20
produced [3] 154/6 244/19 252/19
product [1] 152/24
PRODUCTION [3] 141/11 141/12 143/2
professional [5] 149/5 241/7 242/14 246/16
290/22
Professor [1] 150/7
profit [1] 189/22
profits [2] 221/19 222/15
program [54] 180/5 180/8 182/23 183/13

**P**

program... [50] 186/10 186/11 187/6 212/6
212/7 212/10 212/19 212/22 213/4 213/10
213/18 214/3 214/10 214/11 214/14 214/25
215/3 215/7 216/1 216/3 216/6 217/4 217/18
217/19 217/21 217/22 218/6 218/8 218/13
219/8 219/9 219/11 219/16 221/2 221/11
221/20 221/24 222/5 222/7 222/10 222/13
222/15 223/2 223/8 229/21 243/11 243/13
243/20 298/12 298/17
program's [1] 213/11
programs [9] 153/11 153/11 153/11 212/3
236/18 236/20 243/9 279/23 304/2
progression [2] 263/6 263/13
project [2] 158/4 234/21
projects [1] 153/23
promise [1] 208/21
promote [1] 230/20
protect [8] 167/21 168/22 234/19 265/23
271/12 303/4 304/22 314/11
protected [2] 273/5 273/6
Protecting [1] 302/6
protection [6] 272/21 282/20 297/23 314/18
321/4 322/9
protective [3] 252/15 273/20 297/2
protocol [2] 321/22 321/23
protocols [1] 168/20
proud [2] 181/24 189/5
provide [1] 152/18 166/8 175/13 175/14
176/24 177/17 177/24 178/1 178/4 188/4
293/11
provided [13] 178/23 181/3 181/4 195/15
196/22 198/5 198/7 210/6 244/3 283/5 284/4
289/14 298/8
provides [2] 193/3 267/9
providing [5] 160/12 188/6 191/4 221/23
295/3
proving [1] 207/25
psychiatrist [1] 197/7
psychiatry [2] 242/11 278/15
psychological [1] 242/13
psychologist [1] 197/5
psychology [2] 148/24 278/15
public [30] 149/20 149/21 150/7 150/13
153/4 153/6 153/10 166/9 240/24 241/16
241/16 242/11 242/16 242/18 242/24 242/25
243/9 243/10 243/15 243/22 246/19 246/20
247/1 247/17 253/25 254/3 254/7 261/4
312/16 326/5
publically [4] 281/11 281/20 281/21 285/24
publication [9] 246/1 291/3 291/4 302/11
303/23 314/2 314/14 317/4 317/12
publications [21] 149/25 150/2 166/12 244/9
244/10 244/14 244/17 244/20 245/6 245/18
246/4 290/18 290/23 290/25 291/1 291/5
291/10 291/14 292/2 292/17 293/25
published [9] 212/17 249/13 254/5 254/12
255/10 281/14 302/14 307/10 313/22
pull [45] 181/17 193/15 196/2 196/4 198/9
204/3 205/21 206/16 207/9 214/4 216/10
220/11 226/2 231/7 233/21 241/11 247/6
253/13 257/5 260/8 260/15 263/16 265/24
266/11 266/25 268/6 272/3 273/7 273/23
281/23 289/2 290/11 290/13 293/1 295/21
301/24 304/9 306/14 307/19 307/25 314/10
315/16 316/16 320/13 323/13
pulled [2] 210/5 216/18
purpose [11] 152/13 153/18 163/14 166/16
168/2 168/11 170/7 198/22 238/1 275/14
317/20
put [33] 155/8 166/12 173/7 180/17 185/19
211/7 212/3 212/6 216/1 216/6 223/8 223/11
223/14 225/20 226/13 227/22 229/21 229/23
231/20 231/21 231/22 232/5 247/3 278/5
283/16 295/1 299/3 299/8 299/8 300/5
301/18 309/11 317/4
putting [6] 158/2 211/5 227/18 232/14
235/21 321/12

**Q**

QBE [1] 141/16
qualifications [1] 156/4 156/21 247/20
qualified [3] 147/4 167/24 181/13
qualitative [19] 149/13 161/20 162/7 162/18
168/21 169/2 170/24 190/16 197/24 198/22
198/25 199/3 199/7 199/9 202/24 252/7
252/9 309/8 310/4
quality [3] 262/10 285/17 317/7
quantified [1] 199/4
quantify [2] 233/11 233/15
quantitative [23] 149/14 162/11 162/21
162/22 163/3 198/2 198/4 198/8 198/16
198/21 198/23 198/25 199/2 199/8 201/20
237/8 237/10 252/6 252/7 252/11 256/3
309/7 310/4
quarter [1] 326/21
question [38] 147/10 147/14 147/18 161/4
161/15 167/16 168/5 170/13 198/11 200/21
204/6 205/24 206/10 206/19 207/13 208/17
209/5 209/6 228/2 234/4 240/18 245/24
275/11 275/13 279/1 279/16 286/12 289/8
290/1 291/7 295/12 299/11 301/19 304/15
304/24 305/16 306/5 310/13
questions [16] 156/20 179/2 193/9 194/20
236/23 236/24 239/8 240/11 247/19 274/16
275/23 324/21 325/4 326/2 326/11 326/18
quibbling [1] 207/24
quickly [8] 218/21 218/24 218/25 224/12
236/5 314/3 318/17 324/1
quite [4] 181/24 210/12 268/22 268/24
quote [2] 217/1 217/1

**R**

RACHEL [2] 142/8 142/8
raise [2] 147/19 227/4
raised [1] 147/8
raising [1] 185/21
ramifications [1] 185/5
ran [1] 224/2
range [7] 168/12 170/8 170/16 195/13
209/15 209/16 209/20
rapid [2] 263/5 263/13
rash [1] 254/19
rashes [2] 265/17 301/3
rather [2] 163/15 321/11
ratio [3] 257/20 257/21 258/1
ratios [1] 258/4
RE [1] 141/4
reach [1] 259/13
reached [1] 318/18
reaching [3] 280/23 316/11 318/3
reaction [1] 153/21
reactions [1] 153/18
read [33] 147/1 147/2 194/8 213/20 220/3
220/5 232/9 240/8 240/8 240/9 249/11
249/13 262/17 262/20 269/3 280/5 288/2
291/17 291/19 291/19 291/21 292/13 292/17
293/9 294/1 306/5 307/2 321/24 322/5 322/7
325/19 325/22 325/25
reading [2] 292/22 298/19
reads [1] 306/5
realize [1] 169/7
realizing [1] 189/15
really [1] 176/3
reask [2] 208/17 286/12

reason [5] 147/4 235/20 292/15 304/16 305/2
rebound [1] 230/16
rebuilt [1] 173/19
rebuttal [2] 156/9 281/18
recall [12] 218/23 276/19 276/21 285/22
286/25 289/8 292/11 299/18 317/14 325/3
325/17 327/23
receipts [1] 224/5
receive [2] 211/17 231/18
received [13] 150/4 211/11 211/15 212/1
227/3 231/16 231/17 236/9 236/17 246/21
262/23 298/12 309/13
receiving [5] 165/22 165/25 186/18 192/9
224/16
recent [2] 171/9 323/24
recently [1] 234/21
recess [3] 239/12 239/14 326/22
recession [1] 173/10
recognize [15] 155/21 156/8 175/8 181/19
183/20 214/6 214/8 231/11 289/3 297/7
297/9 302/2 302/9 307/18 314/4
recognized [1] 189/25
recollect [1] 308/17
recollection [2] 308/18 322/16
recommendations [2] 252/19 302/20
recommended [6] 311/11 311/13 312/1
312/4 312/8 325/14
recommends [1] 312/5
record [13] 146/20 212/7 222/24 231/7 240/1
252/16 254/15 265/21 269/17 276/5 278/7
322/11 329/12
recordable [4] 250/23 260/11 262/15 299/20
recorded [2] 144/8 265/18
recording [1] 151/22
records [3] 224/5 230/16 252/16
recovering [1] 173/9
recovery [1] 308/25
recreate [1] 187/14
recreation [5] 164/10 175/2 175/5 183/22
232/3
recreational [2] 187/19 227/10
redacted [1] 266/3
redirect [6] 237/2 237/3 237/4 238/22 324/22
325/1
redness [2] 254/19 254/21
reduce [4] 211/3 211/8 211/23 228/25
reduced [3] 178/11 178/12 256/21
refer [7] 159/4 258/12 260/12 280/6 280/15
280/15 319/7
reference [7] 200/11 231/1 291/15 298/24
301/2 306/10 311/8
referenced [26] 216/2 218/20 219/3 222/17
223/10 225/8 229/5 229/7 230/3 230/24
234/13 281/4 285/15 287/16 290/19 291/5
291/22 292/2 294/1 294/5 294/7 301/20
306/7 320/12 322/23 323/2
references [2] 289/18 291/10
referencing [2] 218/3 307/23
referred [6] 167/11 257/21 258/13 277/15
294/14 300/13
referring [12] 202/8 217/9 219/18 221/21
234/15 235/25 273/10 274/3 279/19 313/19
313/24 314/24
refers [4] 249/17 274/18 291/15 311/8
refineries [1] 244/16
reflect [2] 319/24 322/11
reflection [2] 199/10 298/21
reflects [1] 322/20
refresh [2] 308/18 319/9
REGAN [1] 143/4
regarding [29] 160/6 177/20 191/13 192/14
198/16 202/21 234/6 244/18 248/1 248/6

Case 2:10-md-02179-CJB-DPC Document 14526 Filed 05/05/15 Page 210 of 217

regarding... [19] 251/16 252/21 254/8
261/25 269/14 269/21 269/22 270/3 271/2
272/15 274/23 275/10 278/20 279/2 279/12
289/11 304/5 317/7 326/6
regardless [1] 328/15
region [50] 154/18 158/1 159/19 159/20
159/21 159/23 160/10 163/16 164/4 166/21
167/7 173/9 173/16 173/24 173/24 174/10
175/1 175/7 175/22 179/11 179/25 180/22
181/19 183/4 183/20 184/6 184/13 184/15
184/25 185/1 185/6 185/10 185/16 186/6
187/16 188/4 192/16 197/21 197/22 206/9
206/15 206/22 206/25 208/11 228/10 228/16
236/4 237/12 309/7 317/23
regions [4] 163/12 164/4 165/10 178/7
registration [1] 224/4
registry [1] 243/22
regularizing [1] 224/22
regulating [1] 302/24
reinvested [2] 222/25 223/6
REL [3] 311/10 315/5 325/13
relate [3] 150/13 156/4 159/7
related [17] 147/16 149/16 150/19 176/7
241/18 241/24 242/6 243/3 261/24 263/6
263/9 263/12 263/14 264/19 302/21 309/1
317/21
relates [5] 141/6 149/2 154/4 159/12 240/23
relating [1] 149/25
relationship [1] 190/20
relationships [5] 152/6 161/14 173/13 175/6
194/15
relatively [2] 296/20 296/23
relatives [1] 166/1
release [1] 229/16
released [1] 294/13
releases [1] 308/24
relevance [4] 258/20 264/24 266/13 267/6
relevant [7] 150/8 150/19 207/4 209/8
246/22 246/23 283/15
reliability [4] 162/20 251/16 254/11 261/25
reliable [5] 147/6 170/21 251/18 254/13
262/2
reliably [1] 170/16
reliance [1] 185/9
reliant [1] 185/10
relied [10] 159/18 261/13 261/20 270/14
270/20 284/8 288/2 289/21 290/17 292/13
relies [1] 270/11
relocated [1] 178/6
relocations [1] 178/9
RELs [6] 311/8 312/15 312/17 313/23 315/4
326/12
rely [8] 159/16 159/25 165/5 177/13 187/23
261/6 275/4 275/4
relying [1] 200/5
remainder [1] 232/2
remedy [1] 238/23
remember [7] 169/2 170/7 172/11 173/24
174/9 174/22 219/2
Remnant [1] 320/21
removal [1] 309/1
render [2] 202/11 268/1 280/21
rendering [3] 280/2 284/8 284/14
renders [1] 147/5
renew [1] 259/22
repair [5] 215/23 222/24 223/4 227/4 227/4
repairing [1] 185/19
repairs [1] 215/14
reparation [1] 180/14
reparations [1] 172/21
repeat [2] 209/5 228/1

repeated [1] 165/11
repeatedly [1] 237/14
report [100] 147/1 147/5 155/8 155/23 156/9
158/14 158/15 158/22 163/8 163/10 164/6
165/24 196/25 197/4 199/10 199/14 199/19
200/10 200/15 201/14 201/20 201/22 202/5
202/8 202/10 202/18 203/9 205/5 210/18
210/21 211/1 212/10 212/16 213/1 213/8
214/7 215/12 216/12 220/25 222/22 223/22
224/15 225/5 225/20 225/25 227/8 230/24
231/2 231/10 234/10 235/9 235/14 238/24
249/13 250/23 251/2 256/15 260/12 260/13
260/18 262/5 264/12 264/24 266/22 267/3
267/6 269/3 271/4 278/8 280/4 280/21
283/18 289/3 289/4 289/7 289/19 290/18
291/3 291/10 291/17 291/25 292/4 292/12
292/16 292/21 294/7 295/24 295/25 298/11
298/24 303/9 308/3 308/6 308/10 313/10
316/18 319/13 320/17 320/20 321/25
reported [40] 170/19 179/1 188/23 196/22
201/13 201/14 201/20 203/12 204/24 210/22
219/19 219/24 224/16 225/4 225/6 225/15
234/1 235/15 236/6 236/7 252/13 255/14
255/18 255/22 259/2 259/6 259/15 259/24
263/20 264/4 264/6 264/8 264/11 266/6
296/7 296/11 299/17 308/5 313/10 318/12
reportedly [1] 222/23
reporter [4] 144/2 152/9 329/8 329/17
reporting [2] 195/18 200/15
reports [47] 149/8 150/3 154/6 155/6 155/10
157/5 164/7 166/11 170/19 194/8 197/19
197/23 199/15 202/9 210/6 216/17 216/18
233/24 238/19 240/9 245/5 247/4 247/10
247/13 247/18 249/5 250/19 251/10 254/13
257/9 261/5 262/1 278/6 280/7 284/3 285/14
297/14 307/10 307/13 307/22 308/3 308/4
308/6 308/9 318/19 323/19 323/22
represent [1] 293/7
representative [5] 220/9 220/16 220/19
220/22 228/6
representatives [1] 254/6
represents [1] 311/21
reputation [2] 254/8 254/9
request [5] 251/25 298/11 309/13 309/20
316/6
requested [2] 308/13 308/20
require [1] 218/3
required [8] 159/9 180/19 224/19 297/4
298/9 298/22 312/8 315/8
requirement [1] 297/1
requirements [3] 299/4 299/9 313/18
requires [2] 153/7 155/7
rescue [2] 172/2 172/5
research [71] 149/12 149/14 150/3 150/9
151/4 151/6 151/8 151/16 152/12 152/24
153/3 153/23 155/11 155/15 157/18 158/2
158/4 159/22 160/5 161/3 161/18 161/20
161/21 162/3 162/7 162/11 162/18 162/20
162/21 162/22 163/7 163/15 164/19 167/17
167/23 168/1 168/21 169/3 169/5 170/5
170/8 170/18 170/25 181/13 190/16 191/22
192/18 192/24 193/3 198/25 199/2 199/3
199/25 200/2 200/10 201/7 201/9 202/24
203/18 205/20 209/1 220/17 246/17 246/25
247/2 278/20 279/2 279/12 279/17 279/17
302/20
researcher [1] 151/24
researchers [13] 151/17 157/20 163/17 167/5
167/24 168/6 168/7 198/4 199/12 205/13
205/14 220/25 254/3
researching [1] 222/12
reserve [2] 215/14 215/22
residents [3] 293/15 296/7 296/11

resilience [8] 192/14 192/21 192/22 193/8
193/13 193/14 193/21 193/23
resiliency [5] 200/12 200/12 200/13 200/17
201/1
resilient [2] 192/17 200/23
resources [12] 142/4 148/21 178/17 180/25
182/15 182/20 189/1 189/20 191/4 209/11
236/5 239/1
respect [15] 146/15 147/11 200/17 208/15
209/13 225/13 240/6 277/22 277/25 280/9
295/19 312/7 316/24 322/14 324/11
respected [1] 254/9
respectively [1] 303/3
respiratory [16] 254/23 255/21 256/25
257/10 257/11 257/12 257/18 257/19 257/23
257/24 258/1 265/16 265/17 300/6 300/19
300/22
respond [11] 148/8 155/9 175/18 179/11
182/3 185/18 185/24 185/25 187/12 191/20
239/1
responded [2] 279/19
responding [1] 189/8
response [64] 172/9 172/12 180/2 188/11
188/12 189/12 191/7 192/9 192/20 193/13
193/14 194/1 194/9 195/15 196/14 196/22
199/16 229/17 244/19 248/2 248/7 250/5
250/23 251/25 252/3 252/18 259/6 259/11
259/18 260/11 264/7 265/3 269/12 270/5
270/24 271/20 272/17 274/11 274/21 274/24
285/1 285/10 287/5 287/9 288/19 289/12
296/20 296/24 297/8 297/18 298/15 302/3
304/1 304/14 304/22 305/13 305/22 306/4
308/15 308/22 309/15 309/16 309/20 315/19
responses [7] 169/3 215/6 255/15 255/18
278/21 279/3 279/13
responsibility [2] 164/24 195/13
responsible [6] 189/25 190/1 191/3 191/7
302/20 302/24
rest [3] 178/19 215/16 232/9
restaurants [1] 190/25
Restricted [1] 262/14
result [16] 192/1 193/20 194/16 203/7
208/15 210/14 210/18 219/16 236/18 260/24
285/19 315/1 318/25 324/4 324/8 324/17
resulted [2] 172/2 269/12
resulting [2] 224/20 225/9
results [15] 168/25 192/4 197/18 197/20
216/3 216/7 234/1 238/2 238/3 307/13 308/5
313/7 313/11 316/9 318/7
resume [1] 326/22
retain [1] 147/25
retained [3] 147/25 148/4 195/3
retool [1] 185/13
retracted [1] 234/19
retrieve [2] 153/2 177/7
return [2] 193/4 215/15
Returning [1] 176/14
retype [1] 321/24
retyped [3] 293/8 321/15 322/21
retyping [1] 322/16
reveal [1] 152/7
revenue [1] 193/25
reverse [1] 191/2
review [13] 148/8 155/8 244/15 249/9 250/6
267/16 284/5 289/13 289/15 290/5 302/3
316/12 326/9
reviewed [37] 149/25 150/2 155/6 171/4
244/9 244/9 244/20 245/6 245/18 246/4
249/20 251/13 252/16 255/3 265/7 266/21
267/3 267/13 267/13 267/16 267/24 270/23
281/11 281/15 281/16 281/19 283/2 283/4
293/4 297/14 304/4 307/13 314/17 316/4
316/6 320/23 325/7

**R**
reviewing [1] 244/15
reviews [1] 316/12
revolve [1] 167/16
rewrite [1] 188/14
Rice [1] 327/1
RICHARD [4] 142/11 239/21 239/23 240/2
rifts [2] 187/2 187/14
rig [8] 141/4 155/2 157/21 172/4 174/8
 248/20 249/12 249/23
right [38] 146/6 146/23 147/17 147/21
 156/19 162/5 196/10 201/25 203/13 203/17
 222/5 224/19 239/9 239/11 239/11 239/16
 239/17 247/19 247/23 253/7 257/3 260/4
 274/9 275/25 279/7 293/7 300/15 304/8
 305/15 308/18 313/15 323/18 326/19 326/21
 327/12 327/14 328/2 328/8
rippled [2] 174/13 174/17
rise [3] 239/13 239/15 329/4
risk [14] 256/21 256/21 256/21 270/13 275/7
 275/11 275/20 281/2 281/5 281/6 281/9
 321/5 322/10 326/15
risks [4] 174/12 256/19 319/16 319/18
Rita [1] 173/11
RMR [4] 144/2 329/8 329/16 329/16
ROBERS [1] 142/9
ROBERT [1] 143/9
robust [1] 301/23
role [7] 155/14 158/4 184/13 184/13 220/16
 220/17 297/8
roofs [2] 185/19 188/25
room [2] 144/2 249/23
rooms [1] 179/5
rope [1] 263/22
rough [1] 169/25
roughly [1] 257/20
round [2] 231/14 289/3
Round 1 [1] 289/3
rural [5] 206/8 206/10 206/13 206/14 206/22

**S**
s/Jodi [1] 329/16
safe [3] 271/11 271/14 272/2
safely [1] 328/21
safety [14] 147/11 147/16 152/21 247/1
 251/7 279/23 282/15 282/17 297/11 302/6
 302/24 303/10 303/16 304/1
said [25] 168/13 189/25 196/9 198/20 204/12
 206/6 216/23 217/2 222/2 232/17 236/2
 263/13 269/17 281/11 284/5 291/24 300/18
 301/1 302/16 305/19 306/2 319/11 321/2
 322/12 323/3
sale [1] 171/9
sales [2] 224/5 235/2
same [33] 159/3 170/9 171/3 175/16 182/19
 185/14 188/17 189/18 198/11 203/1 203/3
 203/20 207/22 208/2 208/3 208/20 208/21
 219/8 219/23 223/5 237/21 238/16 238/17
 256/8 257/22 257/22 265/15 272/2 277/13
 277/22 303/23 316/24 323/11
sample [2] 198/23 282/7
sampled [2] 296/19 310/7
samples [22] 268/21 286/24 286/25 310/11
 310/11 310/12 310/15 310/18 312/14 313/5
 313/12 313/22 314/22 315/5 316/5 316/10
 316/18 319/4 319/5 320/7 320/8 325/7
sampling [28] 166/15 166/16 168/2 280/12
 280/12 280/13 280/17 282/4 282/9 282/24
 283/10 283/13 285/6 285/14 285/23 286/4
 288/11 288/24 297/20 299/7 301/21 315/1
 315/7 315/7 315/23 316/7 316/9 325/4
San [1] 245/1

San Jose [1] 245/1
sand [1] 264/3
SARAH [2] 142/5 328/7
saw [9] 197/24 212/22 252/13 264/11 265/13
 281/18 299/15 300/5 300/18
say [39] 163/2 165/16 166/4 168/14 176/21
 183/13 183/18 186/3 198/5 198/18 198/19
 203/2 204/20 208/2 208/20 212/6 213/8
 214/18 218/12 219/17 223/24 234/21 234/25
 248/8 258/23 264/4 273/17 279/15 284/2
 289/10 295/24 297/21 300/8 313/14 314/24
 317/3 318/15 323/15 328/21
saying [7] 203/19 220/24 258/17 293/18
 293/19 306/10 309/16
says [36] 168/16 212/17 212/25 215/12 221/3
 221/5 221/8 228/10 228/18 230/15 231/13
 234/8 242/19 243/24 250/3 257/10 260/20
 262/20 269/16 272/1 272/20 287/2 288/14
 288/22 290/14 293/10 298/7 298/11 298/14
 304/12 304/18 308/8 314/11 316/3 317/14
 322/1
scale [2] 162/23 183/12
scanned [1] 262/11
scenario [2] 320/9 320/11
schedule [1] 328/12
school [6] 149/7 241/16 242/10 242/11
 242/24 242/25
science [8] 148/18 148/18 168/4 193/9
 206/14 282/23 318/17 320/16
Sciences [3] 242/12 253/25 268/18
scientific [3] 150/24 151/16 297/19
scope [3] 205/8 308/14 308/21
Scott [1] 193/23
screen [7] 243/7 250/3 254/14 260/20 262/17
 264/16 283/7
sea [3] 267/19 294/8 318/1
seafood [13] 147/11 147/16 176/5 177/13
 177/16 184/24 184/25 185/1 203/24 204/9
 219/6 224/5 230/15
search [1] 172/2
season [2] 175/23 222/23
seasonal [1] 175/8
seated [2] 146/6 239/16
seats [1] 164/24
second [6] 174/18 177/19 186/23 189/10
 196/8 231/13 249/25 260/10 306/22 309/14
 320/17
Secondly [1] 252/6
section [4] 141/5 142/5 223/22 247/1
sector [10] 149/20 152/16 153/4 170/11
 170/11 175/10 177/21 178/3 178/4 185/13
sectors [13] 149/21 150/19 159/19 163/19
 166/5 166/7 166/22 173/18 174/20 175/11
 175/16 176/24 177/22
security [1] 153/11
sediment [1] 316/10
see [27] 151/18 152/9 162/7 188/25 200/23
 225/13 227/12 228/20 229/18 235/1 246/11
 264/22 282/23 288/14 288/15 289/10 290/12
 293/5 308/16 308/18 316/1 316/2 317/20
 321/14 322/1 324/3 324/6
seeing [2] 191/11 317/14
seek [3] 182/4 189/16 212/21
seeking [1] 180/25
seem [2] 207/24 273/19
seems [3] 193/7 287/14 298/19
seen [7] 218/19 230/15 264/18 267/17 302/16
 317/15 318/13
selected [4] 205/18 206/2 206/7 206/21
self [3] 185/9 185/10 256/15
self-reliance [1] 185/9
self-reliant [1] 185/10
self-report [1] 256/15

semistructured [1] 151/25
sense [3] 194/3 327/7 328/6
sent [1] 178/8
sentence [1] 303/18
separate [4] 196/13 218/19 226/16 317/4
separated [1] 196/19
separately [1] 316/23
September [9] 201/7 201/8 201/8 201/15
 201/18 214/10 286/8 286/10 286/15
September 15th of [1] 214/10
September 6th [1] 286/10
September 6th of [1] 286/15
September 9th of [1] 286/8
sequence [1] 308/16
series [13] 161/22 166/21 171/16 171/25
 172/6 172/7 172/11 173/10 176/15 183/15
 250/19 307/10 308/5
serious [3] 160/8 160/18 171/14
seriousness [1] 195/7
serve [1] 148/1
service [9] 149/23 164/15 175/15 177/23
 177/25 177/25 178/2 178/4 179/11
services [4] 178/1 179/12 243/12 319/15
SESSION [2] 141/18 146/1
set [13] 177/19 198/20 215/3 215/7 219/11
 231/18 231/19 247/10 251/17 286/3 311/23
 312/1 312/9
sets [2] 312/4 315/7
settings [1] 261/11
Settlement [2] 266/22 267/7
seven [1] 231/16
several [15] 148/8 151/21 153/22 155/13
 155/18 159/19 172/5 173/7 185/7 196/20
 210/19 241/22 244/25 248/25 280/6
shale [1] 178/8
share [2] 177/17 210/20
shared [1] 169/9
SHARON [1] 142/15
she [8] 147/5 147/6 147/18 196/8 196/9 196/9
 208/2 208/18
she's [2] 147/18 196/8
sheets [1] 166/11
Shell [1] 143/13
shipbuilding [4] 154/17 179/10 179/14
 222/17
ships [2] 259/17 285/4
shipyard [2] 184/3 204/17
shipyards [1] 222/23
shop [1] 222/11
shops [1] 222/2
shore [4] 252/6 286/5 294/23 295/12
shoreline [3] 295/6 295/7 295/8
short [16] 147/17 158/8 158/9 165/9 199/15
 199/20 237/3 253/2 253/2 259/8 300/19
 301/14 315/24 316/8 321/3 322/8
short-term [8] 158/9 199/15 199/20 259/8
 300/19 301/14 315/24 316/8
shortly [4] 161/1 196/24 197/15 233/19
shortness [2] 254/23 257/13
should [12] 186/16 186/16 214/18 260/1
 273/17 273/19 273/22 297/18 298/4 298/9
 303/13 320/3
show [1] 189/22
showed [6] 259/11 300/9 300/15 315/7 315/7
 316/19
showing [1] 298/16
shown [1] 258/4
shows [1] 154/5
shrimp [3] 184/23 222/23 222/24
shuckers [1] 191/1
shut [1] 224/20
SHUTLER [1] 142/15

side [2] 162/8 240/11
significant [7] 215/13 215/21 230/7 258/5 258/13 258/16 318/14
significantly [4] 219/14 219/15 219/21 257/1
Simcox [5] 144/2 144/4 329/8 329/16 329/16
similar [7] 180/10 181/3 190/18 243/14 244/5 245/5 264/3
similarly [6] 213/22 222/5 258/11 261/21 280/22 301/1
simply [4] 179/8 181/17 185/25 203/11
since [6] 200/4 200/8 234/25 235/16 257/15 319/11
single [6] 225/14 259/24 283/20 292/1 315/1 315/8
sir [1] 328/20
sit [4] 278/13 299/14 304/17 305/5
site [9] 230/25 253/1 253/4 253/4 285/2 309/6 312/16 312/24 314/5
sites [7] 213/10 251/11 252/2 286/3 286/21 313/1 317/19
sitting [2] 226/1 324/15
situ [1] 308/24
situation [2] 170/25 208/23
situations [4] 171/1 190/17 190/18 255/11
six [3] 158/12 159/20 197/21
size [3] 162/16 198/23 238/8
skimming [1] 308/22
skin [6] 254/18 255/20 255/20 265/17 273/5 319/19
slated [1] 231/15
sleeves [1] 273/17
slide [30] 148/10 148/15 150/21 151/10 153/24 154/5 160/12 162/8 163/4 165/2 168/16 168/18 169/11 172/25 174/2 186/2 241/8 242/19 243/7 244/8 248/10 251/19 253/11 258/5 258/6 262/13 262/19 269/9 273/18 285/22
slides [5] 161/22 171/16 176/15 183/16 309/11
slipped [3] 262/21 263/23 263/23
slow [1] 152/10
slows [1] 173/21
small [9] 179/8 179/17 183/9 205/14 206/11 206/12 206/15 238/7 243/18
smaller [1] 183/12
smartphones [1] 152/25
smattering [1] 282/7
smears [1] 274/9
smelting [1] 246/2
Smith [2] 272/1 272/12
snippet [1] 321/10
Snow [1] 244/2
so [154] 147/4 147/15 150/16 151/17 152/9 153/6 154/18 157/21 159/9 159/12 162/5 162/13 162/17 163/1 163/14 163/17 163/20 164/3 164/5 164/8 165/7 165/10 165/14 165/18 166/1 166/5 166/7 166/25 167/7 167/11 168/5 169/3 169/21 170/3 170/9 172/12 173/7 173/18 174/11 174/17 174/24 174/25 175/1 175/12 175/23 176/2 176/24 177/1 177/24 178/3 178/6 178/8 178/14 178/18 179/3 179/5 179/13 179/20 180/1 180/9 180/22 180/24 182/1 182/24 183/6 183/12 184/23 185/7 186/12 186/17 187/17 187/18 187/21 188/7 189/8 189/21 189/22 189/23 190/2 192/8 193/19 196/10 199/1 199/18 199/20 200/11 200/17 201/7 201/11 201/25 202/18 202/19 203/4 204/20 206/13 207/4 207/6 207/14 209/6 211/7 212/22 216/19 220/24 222/10 222/14 225/2 226/12 227/16 237/21 237/21 238/9 238/11 239/1

246/9 247/25 249/23 252/4 252/7 253/1 253/5 253/18 261/3 264/6 264/18 256/8 257/15 257/19 258/1 259/5 261/11 264/21 268/25 271/22 273/19 279/6 287/7 290/23 292/22 293/25 298/8 299/21 305/9 309/18 311/12 312/5 312/8 313/16 313/19 315/1 320/2 321/24 323/10 327/12 328/11
so-called [1] 313/19
social [36] 152/6 152/15 153/8 155/4 158/23 159/5 159/6 159/10 160/2 160/21 161/5 161/6 161/13 161/18 164/6 164/20 165/5 170/13 171/4 173/13 173/25 175/5 179/24 180/1 180/1 180/15 182/20 193/9 194/15 206/14 210/13 212/16 220/9 237/8 237/10 242/12
societal [1] 153/20
societies [1] 150/25
society [4] 187/12 246/17 246/18 246/24
sociocultural [30] 148/5 148/23 149/4 153/14 153/19 155/17 156/17 157/16 159/12 160/7 160/9 160/19 171/15 171/24 173/3 174/4 174/6 176/16 192/1 195/8 195/19 196/12 196/25 202/11 202/16 202/18 203/7 238/23 238/25 239/3
socioeconomic [1] 154/9
sociology [1] 148/25
software [1] 144/8
soil [2] 245/14 316/10
soil/sediment [1] 316/10
solution [1] 313/2
some [84] 163/1 167/8 167/10 167/11 167/15 176/25 176/25 177/4 178/6 180/5 181/17 182/22 184/19 185/24 186/25 187/1 187/8 187/8 190/5 194/5 194/6 194/6 195/11 201/6 204/1 204/1 207/7 210/1 210/24 211/17 212/11 214/23 215/15 217/10 217/11 219/10 219/12 221/9 221/24 222/13 222/14 222/16 223/5 225/8 226/21 227/8 227/9 227/13 229/5 236/14 239/5 243/24 245/16 252/11 254/16 256/2 262/4 264/15 265/13 266/3 271/10 274/6 274/9 278/7 282/7 282/8 282/20 282/24 283/4 283/8 284/1 290/21 290/21 293/11 295/10 297/1 300/10 300/10 300/11 325/4 325/15 326/6 326/11 326/14
somebody [5] 182/1 216/21 234/1 235/6 298/24
somehow [1] 146/24
something [13] 187/25 189/5 193/8 196/9 203/12 203/13 260/23 261/5 270/14 281/6 287/15 295/3 322/21
sometimes [2] 297/2 321/23
somewhat [1] 268/4
son [2] 179/3 213/8
soreness [1] 254/21
sorry [15] 147/13 168/16 173/12 175/24 193/1 198/10 199/9 209/4 220/6 221/20 222/23 223/17 226/5 226/10 227/4 228/1 230/17 231/5 231/8 243/21 253/19 266/19 279/9 281/23 286/19 293/23 295/6 298/2 303/16 305/12 305/18 308/10 311/8 313/6 325/14 328/10
sort [4] 194/3 217/2 274/9 307/5
sounds [1] 220/25
source [3] 257/23 253/15 309/1
sources [6] 165/5 168/16 168/17 255/3 255/6 311/3
South [3] 143/23 236/1 236/3
Southeast [1] 164/13
southern [2] 184/7 234/15
Spain [1] 294/10
span [1] 185/7
speak [7] 164/18 220/9 278/5 278/8 280/17 283/6 312/5

speaking [9] 195/7 195/22 200/25 201/3 203/13 209/3 219/9 229/12 235/25
speaks [2] 197/4 235/9
special [1] 293/16
specialists [1] 309/6
specialization [2] 153/13 156/17
specialize [1] 149/3
specialty [3] 241/3 241/5 276/12
specific [13] 176/15 210/24 216/20 227/2 234/11 256/9 259/2 259/5 259/14 293/5 296/19 301/11 301/18
specifically [11] 147/13 155/4 161/9 162/19 212/10 264/22 279/16 280/18 286/21 297/12 304/4
specimens [1] 274/18
spelled [1] 240/2
spelling [2] 146/20 240/1
spend [1] 316/19
spending [3] 215/8 227/9 227/15
spent [12] 159/18 159/20 197/21 210/12 214/2 214/11 215/1 227/21 230/7 231/15 236/11 242/19
spill [102] 141/4 173/4 196/21 197/1 197/10 197/15 197/22 199/5 199/16 202/22 205/10 208/16 208/22 209/22 209/23 210/20 211/3 211/4 212/4 213/9 216/24 220/9 222/2 222/3 223/9 223/23 224/10 224/21 224/23 225/2 226/12 227/2 227/25 228/7 228/15 228/16 229/16 229/17 230/7 230/8 232/5 233/19 233/19 234/7 234/11 234/24 234/25 235/10 236/13 236/16 238/6 238/6 238/13 239/2 240/21 248/2 248/7 249/1 250/5 252/2 253/20 259/9 259/25 264/9 266/17 267/21 267/25 268/11 269/12 269/15 269/16 270/5 272/17 276/24 277/3 277/7 277/11 277/16 277/20 277/24 278/3 278/4 280/19 282/5 283/15 285/11 286/14 286/17 289/12 289/23 293/14 293/22 294/11 294/23 295/11 297/8 297/12 302/4 314/8 315/20 317/21 324/5
spill-related [1] 317/21
spilled [1] 294/21
spills [20] 172/7 254/4 255/9 255/12 267/14 267/18 267/20 267/25 268/1 268/2 293/10 293/20 294/2 294/4 294/6 294/7 294/8 294/9 294/10 294/14
splint [1] 262/23
spoke [16] 169/18 170/1 170/15 202/19 208/14 208/16 208/22 209/19 210/9 226/17 233/16 233/25 235/19 276/17 276/22 324/1
sponsored [1] 298/17
spouses [1] 174/14
spread [7] 163/15 164/23 165/10 166/25 172/15 174/7 176/1
spreadsheets [1] 312/25
spring [3] 173/16 173/22 231/13
Square [1] 143/13
ST [1] 142/22
St. [2] 231/22 231/23
St. Bernard [1] 231/22
St. Tammany [1] 231/23
stabbed [1] 263/24
stable [3] 192/23 193/4 193/5
stably [1] 193/1
stages [2] 304/13 304/21
stalled [1] 234/22
stand [4] 210/22 251/5 292/1 305/18
standard [1] 151/20
standardized [1] 168/20
standards [1] 315/6
stands [2] 244/2 251/7
Stanley [1] 326/25
start [12] 162/3 163/21 166/20 179/4 180/2 222/22 291/8 316/3 327/9 327/19 327/21

**S**

start... [1] 328/4
started [5] 163/20 167/8 181/9 189/15
218/13
starting [4] 157/23 174/5 227/14 251/5
state [21] 142/19 146/19 156/11 178/25
205/10 222/22 227/2 229/17 229/24 230/1
230/19 232/2 232/4 232/19 239/25 243/9
243/10 243/16 243/21 246/2 303/25
state-led [1] 230/19
state-level [1] 243/9
stated [2] 153/13 326/8
statement [3] 213/1 214/22 303/13
statements [2] 153/8 326/5
states [32] 141/1 141/8 141/20 142/3 146/9
146/12 148/1 181/4 195/4 205/17 214/11
215/1 225/18 229/11 231/14 232/11 232/16
232/18 232/20 232/24 233/6 235/22 235/23
237/6 239/20 239/20 244/8 245/1 285/23
309/24 324/24 329/9
States' [2] 220/8 228/6
statewide [1] 243/19
statistically [3] 258/5 258/13 258/16
status [4] 251/2 266/21 267/3 267/6
stem [1] 262/21
stenography [1] 144/8
steps [5] 167/21 196/20 296/23 297/1 299/3
STEVEN [1] 142/6
still [12] 158/7 178/16 181/8 181/11 203/4
210/22 264/16 268/23 270/2 271/5 318/20
328/11
stop [1] 170/11
stopped [7] 176/9 200/14 201/7 201/21 202/2
205/6 225/23
stopping [1] 201/18
stops [1] 202/20
stores [1] 175/13
stories [2] 227/9 227/14
straight [1] 293/7
strategies [5] 161/14 175/10 175/18 180/22
184/21
strategy [2] 166/17 167/2
Street [5] 142/23 143/10 143/14 143/20
144/2
strength [1] 162/19
stress [4] 186/6 186/21 245/25 263/2
stressed [2] 271/8 297/17
stressful [6] 193/2 278/22 278/24 279/3
279/6 279/14
stretched [1] 224/23
stricken [1] 260/1
strike [3] 205/13 286/6 294/5
strong [2] 230/16 295/3
structure [2] 175/3 189/11
struggling [2] 174/23 184/20
students [1] 149/15
studied [6] 159/23 174/21 176/24 203/13
254/4 255/9
studies [19] 149/20 150/9 155/12 155/13
155/14 155/16 158/8 164/22 190/21 197/24
234/9 244/25 246/5 246/15 248/9 256/17
262/3 292/14 293/10
study [108] 149/4 150/24 151/17 152/14
154/11 154/14 154/16 154/18 154/21 154/24
155/3 157/19 158/1 158/6 158/7 158/9
158/14 159/3 159/5 159/6 160/2 161/5
161/19 162/21 162/24 163/8 163/12 163/16
163/18 164/1 164/6 164/18 164/20 165/6
165/7 166/20 167/9 167/9 167/22 167/25
168/7 168/11 169/1 170/14 170/18 170/19
171/4 171/7 171/8 173/5 191/10 196/25
197/14 197/14 197/17 197/18 197/20 197/23

198/3 198/8 198/20 198/22 198/23 199/7
199/20 199/22 199/25 201/13 201/15 204/7
205/17 205/19 206/8 207/1 207/4 207/14
208/6 208/9 209/1 209/9 209/14 210/5
216/13 220/13 234/6 234/11 237/9 237/10
237/11 237/15 237/16 237/24 238/1 241/1
245/16 246/7 246/8 248/24 248/24 256/11
256/24 258/20 268/15 268/19 268/23 269/1
275/2 295/13
studying [7] 150/17 153/19 157/16 159/10
159/19 201/10 246/13
stuff [1] 181/16
subfinding [1] 179/22
subgroups [1] 271/7
subject [3] 170/6 247/21 291/18
subjects [2] 149/11 243/2
submit [3] 155/8 155/10 158/14
submitted [4] 155/23 158/15 158/22 269/3
subpopulations [1] 183/3
subsequent [3] 243/20 248/5 297/14
substance [4] 208/3 306/18 306/25 307/3
substances [9] 241/25 244/11 244/12 244/22
245/8 310/14 316/20 317/1 326/14
substantial [8] 227/24 228/12 228/14 248/3
258/24 259/10 259/12 269/12
successful [6] 174/22 181/21 181/22 181/25
237/19 237/20
successfully [5] 305/10 305/11 305/20
305/21 306/3
such [18] 151/21 151/24 153/11 154/17
165/21 177/5 177/24 178/7 193/6 246/14
252/14 261/25 262/1 265/15 269/25 278/4
304/20 307/4
sue [1] 224/19
suffered [1] 232/6
suffering [1] 194/14
suffers [1] 173/25
sufficient [2] 170/16 170/22
suggested [1] 318/20
suggests [1] 271/20
Suite [2] 143/14 143/24
summaries [2] 308/6 308/11
summarize [4] 156/3 253/11 275/21 287/7
summarized [1] 248/10
summarizing [2] 148/10 153/24
summary [28] 190/5 249/16 253/17 253/21
253/22 261/5 264/18 280/16 284/4 289/15
290/8 290/12 290/14 290/18 290/20 290/25
291/9 291/18 291/20 291/25 292/3 292/13
293/3 293/8 294/1 320/20 325/17 325/25
summer [7] 173/16 173/22 217/2 223/23
224/23 235/4 249/16
supplement [1] 177/14
suppliers [8] 221/18 221/20 221/20 221/22
221/23 222/8 222/10 222/12
supplies [1] 221/23
support [4] 187/22 202/12 232/12 249/10
supported [1] 306/11
supporting [1] 230/18
supports [4] 202/18 250/7 258/22 266/15
suppose [3] 283/22 285/4 323/21
sure [19] 147/21 157/13 209/6 228/2 238/7
279/1 281/23 284/14 284/17 286/21 287/13
303/13 306/21 310/8 310/12 321/15 324/2
327/16 328/1
surface [6] 294/7 294/9 294/12 295/8 295/8
308/25
surface-oil-burning [1] 308/25
surfaced [1] 174/15
surrounding [1] 164/23
survey [5] 163/3 238/12 256/5 257/19 312/25
surveys [7] 162/23 252/9 252/12 255/15
255/19 256/3 259/2

SUSANNAH [1] 142/22
susceptible [1] 177/22
suspension [1] 172/17
swelling [1] 254/19
swimmer [5] 319/20 319/23 319/24 319/25
320/9
Switching [1] 274/16
sworn [2] 146/17 239/24
symptom [9] 252/9 252/11 259/2 259/2 259/6
259/14 261/5 261/13 312/25
symptoms [38] 245/25 246/2 253/8 253/11
254/16 254/18 255/4 255/11 255/13 255/17
255/20 255/20 255/21 255/21 256/7 256/8
256/9 256/25 257/9 257/11 257/18 257/19
257/23 257/24 258/1 264/4 264/6 264/11
264/12 264/18 265/13 265/15 266/6 295/19
296/7 296/11 296/16 309/9
SYNDICATE [1] 141/16
synthetic [1] 245/3
system [1] 187/3
systems [1] 256/3

**T**

table [10] 253/17 253/22 257/8 283/7 291/2
291/4 291/13 291/25 292/1 300/1
tables [1] 300/5
TAGA [3] 285/14 285/15 285/23
tainted [2] 185/1 185/2
take [24] 150/20 159/14 167/21 169/8 169/9
169/11 183/6 188/9 191/16 191/22 192/12
199/1 216/2 239/12 241/7 246/15 249/6
249/25 257/3 258/23 262/4 263/15 265/1
265/19
taken [11] 241/18 241/24 242/6 251/11
270/24 296/23 299/9 303/4 316/5 322/21
325/5
takes [1] 262/2
talk [19] 151/18 161/1 166/8 166/14 166/18
180/16 180/17 196/24 199/8 201/16 205/6
210/24 214/2 215/8 223/8 230/5 232/10
242/14 289/20
talked [17] 166/5 167/12 170/2 186/6 186/25
190/14 190/25 190/25 191/2 191/6 191/9
205/5 237/12 237/13 301/20 301/22 324/11
talking [14] 165/16 169/22 184/12 190/23
201/5 207/12 218/2 218/12 221/16 224/6
306/2 312/11 319/3 319/8
talks [1] 192/22
Tammany [1] 231/23
tape [1] 208/18
tar [5] 203/5 318/21 318/21 318/24 318/24
tarps [1] 188/25
task [1] 297/23
tasked [1] 161/4
tasks [2] 148/4 148/7
taught [1] 243/2
tax [1] 224/5
tea [1] 323/12
teach [5] 149/11 149/12 149/12 149/14
242/23
teaching [2] 242/20 242/21
team [24] 154/7 154/8 157/18 157/23 158/2
163/15 167/24 169/18 169/25 210/15 215/20
216/13 216/20 216/23 217/7 219/15 219/19
219/24 233/25 235/7 282/24 316/4 318/18
320/17
Team's [1] 320/17
teams [5] 151/8 155/14 252/4 309/4 309/20
technical [3] 220/16 220/19 244/3
techniques [1] 190/20
technological [1] 193/17
Technology [1] 148/21
tell [8] 165/20 165/21 210/9 230/2 258/8

Case 2:10-md-02179-CJB-DPC Document 14454-5 Filed 05/03/15 Page 215 of 217

**T**

tell... [3]  273/19 281/21 311/10
telling [5]  210/13 215/19 216/15 222/1 266/5
tells [1]  313/2
Tellus [2]  244/6 244/7
ten [2]  268/21 269/2
tender [2]  156/15 247/16
tension [1]  178/22
tenuous [1]  184/16
term [34]  154/11 158/8 158/9 171/22 186/19
199/15 199/20 241/19 244/21 248/6 248/8
249/1 259/8 268/10 268/12 269/14 269/16
269/22 300/19 301/14 311/17 315/24 315/25
316/8 316/9 316/20 318/14 321/3 322/8
324/1 324/3 324/8 324/13 324/17
terms [6]  150/9 168/15 168/19 170/18 186/6
200/19
Terrebonne [1]  231/19
test [1]  315/7
tested [1]  315/4
testified [11]  146/18 238/15 238/25 239/24
264/8 280/1 292/6 292/9 293/20 300/4
325/19
testify [4]  281/1 287/17 295/3 295/17
testifying [1]  259/1
testimony [13]  146/16 157/3 220/3 221/14
223/10 247/14 249/11 259/22 260/1 260/3
300/14 301/22 305/25
testing [5]  162/14 282/8 282/10 282/10
283/10
Texas [1]  148/19
text [4]  321/9 321/13 322/16 322/18
than [25]  149/19 154/23 156/19 163/15
169/17 181/1 182/24 188/5 210/2 210/7
210/10 216/25 253/4 258/10 258/11 258/19
289/22 294/24 300/23 301/6 310/9 310/22
315/4 319/24 321/11
Thank [34]  147/9 147/20 150/20 156/23
157/10 157/12 169/11 194/19 194/23 195/25
205/4 206/7 236/22 237/2 239/7 239/9
239/10 240/15 247/23 260/7 275/22 286/2
288/10 314/11 315/17 320/14 323/6 323/7
324/21 326/19 326/20 328/20 329/2 329/3
that [959]
that's [85]  158/8 173/23 175/4 192/12 196/6
198/19 201/13 201/14 211/9 212/7 212/9
212/25 215/19 217/7 218/16 221/10 224/6
225/5 225/15 227/6 227/8 227/11 229/15
234/5 234/12 235/6 236/3 236/3 240/7
248/24 257/21 260/3 262/11 263/13 264/15
264/21 271/22 277/25 285/22 286/10 288/22
290/7 291/24 292/5 293/17 295/20 296/2
296/5 296/17 298/7 298/14 298/21 300/1
300/15 302/10 303/12 303/18 304/24 306/5
306/5 308/8 308/17 309/3 309/19 311/17
311/18 311/24 312/5 312/7 313/21 314/24
315/3 315/10 317/3 317/9 317/14 318/15
320/1 322/11 327/2 327/11 327/13 328/1
328/6 328/11
their [103]  147/8 152/8 152/20 152/21
153/21 153/21 154/12 154/13 155/8 165/20
167/3 174/8 174/21 175/2 175/9 175/17
177/5 177/7 177/14 177/15 177/16 177/17
177/17 178/6 178/6 178/18 178/20 178/20
179/4 179/5 180/6 181/11 181/12 182/3
182/15 182/20 182/22 182/23 182/24 183/11
183/13 183/24 184/2 184/13 185/8 185/19
185/22 187/6 188/6 188/12 188/21 189/6
192/10 193/15 194/9 194/12 194/18 208/15
209/2 209/15 209/16 209/20 212/21 213/3
215/14 215/23 215/24 217/20 217/25 217/25
218/18 222/25 223/6 223/6 223/7 224/19
225/9 225/11 227/3 227/5 227/6 227/9
233/10 237/in 244/1 245/2 245/15 245/25
246/9 246/11 246/25 252/12 254/13 256/16
271/9 273/5 274/11 286/20 303/9 303/12
304/7 314/14 326/10
them [39]  152/19 155/18 157/8 165/10 167/4
167/9 167/10 167/11 167/16 177/7 180/5
180/22 184/12 189/9 189/20 191/1 191/23
195/12 197/11 199/2 209/11 209/20 211/20
215/20 216/15 221/24 222/13 238/13 246/11
246/12 250/19 258/6 268/20 273/16 291/15
296/20 307/24 311/2 319/5
themselves [4]  185/25 223/25 268/3 298/25
then [79]  154/14 157/25 162/6 164/22 166/24
167/2 168/19 171/6 172/9 172/14 172/17
172/21 176/10 177/2 177/3 177/6 177/13
185/1 186/22 191/17 195/21 196/7 196/9
197/18 200/4 201/21 201/25 202/6 202/11
207/23 215/8 227/9 228/11 232/9 232/11
232/20 232/24 235/22 242/3 242/11 243/1
243/5 243/14 244/5 246/10 248/18 248/21
249/21 251/1 252/10 252/13 252/18 254/25
257/22 258/9 262/22 263/15 263/24 274/7
279/7 279/15 281/14 288/16 290/24 292/17
294/19 295/8 298/1 298/15 307/25 308/10
309/13 311/6 312/15 316/23 321/12 325/14
326/25 327/3
theories [1]  151/1
there [144]  146/14 146/23 146/24 147/18
149/9 162/22 162/24 164/12 164/17 172/9
172/17 173/15 174/11 174/19 175/24 176/3
176/7 176/10 177/1 179/1 179/15 180/5
180/10 180/20 181/9 181/9 181/9 182/8
183/4 183/12 183/22 183/23 185/24 186/5
186/12 187/13 187/13 188/7 188/18 189/12
189/14 189/19 190/17 193/9 202/15 202/17
213/16 213/22 213/25 214/1 214/18 217/4
217/10 218/8 218/8 219/7 219/7 219/8
219/19 219/23 219/23 221/17 222/6 222/9
222/12 223/13 225/6 225/8 234/4 234/13
234/23 234/24 235/3 236/1 237/22 237/22
237/23 237/23 238/16 238/18 240/5 240/10
247/19 248/3 248/3 248/24 251/12 252/11
253/8 254/19 256/5 256/19 258/23 259/10
261/2 261/18 261/22 262/7 263/5 264/2
264/3 266/5 266/19 267/20 268/15 270/2
271/7 271/9 272/2 272/21 273/18 274/9
275/17 279/19 282/23 283/12 285/9 287/7
287/14 290/14 290/15 291/24 300/5 300/16
301/1 301/1 303/13 303/14 310/8 310/10
310/12 310/15 314/10 314/11 315/4 318/19
318/20 319/3 319/11 321/15 321/16 325/7
325/12 325/15
there's [27]  162/23 163/10 178/16 178/21
179/3 179/3 200/21 227/14 231/1 234/4
250/19 258/9 263/1 266/9 266/15 271/11
271/11 271/19 271/24 273/1 275/16 275/17
280/12 300/2 303/19 307/2 324/13
therefor [1]  156/12
therefore [1]  192/17
therein [1]  290/19
these [81]  155/11 155/14 155/16 156/11
159/4 163/12 163/25 165/10 165/23 166/5
166/7 168/22 172/11 174/23 175/16 176/15
177/1 179/18 179/19 184/19 185/6 185/14
187/9 188/23 190/18 191/4 192/1 192/6
192/16 192/17 206/10 213/19 214/11 214/20
214/22 216/3 216/18 224/9 231/1 233/24
234/2 245/23 247/13 250/19 251/10 251/18
252/12 252/19 255/8 255/10 255/20 257/24
259/24 261/11 265/11 265/15 273/3 283/6
283/21 286/23 293/12 297/22 298/1 298/2
299/9 303/10 303/18 304/5 304/5 307/22
225/9 225/11 227/3 227/5 227/6 227/9
233/10 237/in 244/1 245/2 245/15 245/25
308/3 308/4 308/5 308/23 310/23 311/22
311/25 312/6 313/22 316/5 317/17
they [197]
they're [24]  152/21 177/24 178/18 178/22
181/24 185/19 188/5 206/13 235/25 251/10
256/19 269/23 270/8 272/20 277/15 307/5
311/24 312/8 313/19 314/24 319/7 326/9
326/9 326/10
they've [3]  167/15 171/7 185/17
thing [13]  172/10 211/22 215/25 222/9
228/24 229/4 232/14 232/23 233/1 233/3
233/4 272/2 327/15
things [19]  165/21 191/16 192/4 204/20
206/15 226/19 227/15 234/24 242/4 244/3
245/23 249/24 254/24 260/24 271/19 292/22
300/13 308/16 312/3
think [46]  146/24 147/3 147/6 152/10 157/7
195/12 196/10 208/3 208/18 243/10 246/23
248/8 253/5 262/20 263/3 263/21 265/2
269/23 269/25 270/8 271/24 272/20 278/23
279/6 280/15 285/13 287/17 287/19 299/19
300/13 302/16 309/11 309/16 309/17 310/13
312/17 313/15 313/24 314/24 315/3 322/11
327/6 327/8 328/17 328/19 328/21
thinking [2]  162/3 234/24
thinly [1]  163/15
third [4]  187/11 262/20 265/6 268/9
this [361]
THOMAS [1]  143/19
thorough [1]  288/18
those [163]  151/21 153/9 153/18 153/21
155/10 155/13 157/7 163/19 164/3 164/24
165/14 167/8 169/16 169/16 169/18 169/23
172/10 172/19 172/23 175/4 175/11 176/6
177/12 177/20 178/1 178/9 178/24 179/13
179/21 180/4 180/12 180/20 180/24 180/25
181/2 181/7 181/11 182/3 182/14 182/15
182/25 183/5 185/2 187/8 188/14 189/3
189/8 190/6 192/12 194/13 196/24 203/6
204/1 207/7 207/7 210/14 210/18 210/21
211/10 211/19 211/22 213/15 214/17 214/18
215/21 216/1 216/2 216/7 216/8 216/17
216/17 218/17 222/6 223/4 224/11 224/11
225/13 227/2 227/19 228/14 228/24 230/2
230/14 231/24 236/9 236/14 236/15 236/17
236/17 239/4 241/21 241/22 242/9 244/14
244/24 245/10 245/21 246/14 249/24 251/18
253/11 254/24 255/6 256/8 257/1 257/3
257/15 257/17 257/18 257/23 257/25 262/3
264/17 264/22 265/12 267/20 267/23 270/7
270/19 274/13 281/19 283/25 284/15 285/10
285/13 285/23 286/5 289/18 290/23 291/14
291/20 291/22 292/23 294/4 294/6 294/6
294/7 294/14 297/1 299/18 299/24 300/9
300/13 301/10 305/3 306/10 307/7 307/13
308/16 310/18 311/20 311/25 312/9 313/5
316/20 323/22 325/11 325/19 325/22 326/8
326/12 326/15 327/8
though [4]  233/16 268/3 274/9 290/8
thought [3]  267/17 287/19 306/2
thousands [3]  217/5 248/20 250/3
threatened [1]  185/8
three [15]  214/11 230/17 231/15 238/9
238/12 238/13 247/3 247/10 253/24 263/1
327/8 327/12 327/18 327/20 327/20
three-year [1]  238/9
through [37]  155/8 158/10 160/11 181/4
187/23 199/25 201/12 201/14 202/1 218/17
223/23 224/18 224/23 226/7 227/19 230/18
232/19 233/6 236/6 241/13 248/16 250/10
250/16 250/24 263/19 268/22 279/8 279/9
285/19 286/8 286/8 286/14 311/2 314/3
324/1 327/6 328/22

**T**

throughout [11] 174/13 174/17 175/23 175/24 201/22 201/24 228/9 297/18 309/7 309/23 313/11
Thursday [4] 317/12 327/20 328/3 328/22
tied [5] 175/2 183/5 183/21 184/2 207/6
tight [1] 186/24
tight-knit [1] 186/24
tightness [1] 257/13
till [1] 326/21
time [67] 156/15 157/8 158/6 158/11 158/17 162/18 162/24 163/1 165/15 171/1 171/3 172/10 172/12 172/19 172/23 172/23 173/15 175/16 175/22 176/3 179/16 180/18 185/14 188/15 189/17 194/20 199/4 199/8 199/12 200/3 201/11 201/17 202/1 205/5 209/1 210/12 211/18 214/6 214/15 215/13 215/22 218/13 237/21 246/11 246/12 247/16 248/22 249/13 250/24 252/25 253/2 259/22 265/12 268/12 271/9 275/24 291/16 291/17 292/11 292/17 292/20 293/17 295/7 316/19 318/16 323/12 328/6
times [4] 165/21 202/25 262/11 292/9
title [4] 262/12 262/14 302/10 315/17
titled [2] 297/7 320/20
today [2] 157/3 300/14
together [8] 158/2 181/17 187/14 187/14 187/15 193/15 193/18 225/20
told [17] 195/10 197/15 199/7 203/24 205/10 210/13 216/23 217/7 219/14 219/15 219/21 227/6 235/6 292/16 293/25 307/10 313/17
tomorrow [5] 157/8 327/7 327/12 327/19 328/20
tonight [2] 328/17 328/19
too [5] 172/10 212/22 221/7 229/20 248/8
took [12] 160/2 164/21 195/11 196/20 197/18 215/15 216/14 223/6 239/14 242/10 289/23 311/12
tool [1] 256/17
top [8] 186/18 226/2 234/4 251/5 314/10 315/16 315/17 321/2
topic [4] 152/1 170/12 201/9 323/25
topics [2] 201/6 274/16
Torts [1] 142/15
total [5] 225/22 226/7 283/12 287/9 320/6
tourism [44] 173/18 178/23 178/25 181/3 182/10 184/17 201/6 201/12 201/16 201/21 201/25 202/3 203/21 229/7 229/8 229/10 230/3 230/6 230/9 230/15 230/16 230/18 230/19 230/21 231/14 231/25 232/3 232/3 232/12 232/15 232/16 232/24 233/1 233/5 233/11 233/17 233/18 235/9 235/15 235/20 236/7 236/8 236/12 236/18
tourist [3] 179/1 181/5 201/13
tourists [2] 173/19 184/24
toward [1] 162/5
town [1] 166/1
towns [3] 206/8 206/13 206/22
toxic [6] 244/4 294/22 306/20 307/1 307/4 314/15
toxicity [4] 276/23 277/2 294/16 294/19
toxicological [4] 280/6 280/7 280/8 280/12
toxicologist [7] 276/15 276/18 280/1 280/3 280/5 280/9 280/17
toxicologists [1] 281/8
toxins [4] 301/15 324/5 324/9 324/18
Trace [1] 285/15
track [2] 165/19 166/1
tracked [2] 166/11 233/17
trainer [1] 298/25
training [5] 186/11 213/9 298/13 298/16 298/17

trajectory [4] 192/23 192/23 193/1 193/5 193/12 193/14 193/25
transcription [1] 144/8
transcripts [2] 249/11 249/12
transformer [2] 245/13 245/15
transforms [1] 295/10
TRANSOCEAN [3] 141/14 141/14 141/15
transportation [1] 177/24
transported [3] 262/24 263/7 263/25
trash [1] 217/5
trauma [2] 172/4 249/22
traumatic [1] 193/2
travels [1] 295/7
treasured [1] 183/25
treat [1] 276/9
treatment [5] 262/14 262/22 263/3 263/24 264/3
TREX [28] 155/19 155/25 156/6 157/2 157/6 157/6 158/19 158/25 231/8 231/8 254/15 260/16 262/7 263/16 265/24 266/11 267/1 272/4 272/10 273/8 273/24 295/22 306/14 307/15 308/1 312/22 321/21 322/23
TREX-011923.92.1 [2] 231/8 231/8
TREX-11922 [1] 158/19
TREX-11923 [1] 158/25
TREX-12020.003 [1] 260/16
TREX-12020.041 [1] 262/7
TREX-12020.066 [1] 263/16
TREX-12621 [1] 273/24
TREX-13108 [1] 272/4
TREX-13112 [4] 155/19 155/25 157/2 157/6
TREX-13113 [2] 156/6 157/6
TREX-13348.5.2 [1] 295/22
TREX-230437 [1] 265/24
TREX-231739 [1] 273/8
TREX-232463.23.1 [1] 306/14
TREX-232463.5.1 [2] 307/15 308/1
TREX-232463.5.2 [1] 312/22
TREX-232509.066 [1] 254/15
TREX-232524 [1] 267/1
TREX-233329 [1] 272/10
TREX-9105 [1] 321/21
TREXs [2] 247/6 322/22
trial [6] 141/19 155/24 249/11 328/12
triangulated [1] 168/6
triangulation [2] 168/4 168/14
tried [1] 226/2
trips [1] 179/5
TRITON [1] 141/13
trivialized [1] 160/24
trouble [1] 257/13
true [7] 203/23 204/11 277/13 277/22 280/5 296/17 329/10
trust [1] 176/11
try [7] 165/11 169/10 179/6 208/20 208/21 237/9 288/9
trying [9] 152/21 161/12 162/12 169/3 169/4 179/7 185/22 202/14 209/17
Ts [1] 323/9
turn [4] 176/11 189/18 189/18 262/6
turned [1] 155/3 299/1
turning [14] 149/5 174/18 176/20 177/19 178/23 179/22 183/15 186/1 186/23 188/1 243/7 247/3 247/25 255/13
twice [1] 181/8
two [20] 159/4 164/8 165/8 180/16 191/15 192/21 197/24 235/2 244/1 271/19 273/14 273/18 289/22 294/10 300/4 300/5 310/9 312/3 318/19 326/24
type [4] 187/5 217/8 276/25 321/24
typed [2] 321/11 322/21
types [8] 165/8 178/1 203/7 249/19 253/8 255/17 264/7 265/15

typical [1] 175/17
typically [1] 288/9
typing [1] 152/9
typo [1] 163/10

**U**

U.S [10] 142/4 142/14 160/10 161/7 279/5 282/2 289/14 319/14 321/4 322/9
U.S.' [1] 220/22
UC [1] 297/21
unable [1] 225/10
unbiased [1] 167/18
uncertain [1] 176/9
uncertainty [10] 175/19 175/20 176/7 176/11 179/17 186/7 186/7 186/13 188/8 188/18
uncovered [1] 199/9
under [13] 151/17 152/14 163/18 178/20 186/13 223/22 224/2 225/2 225/3 226/17 227/2 295/11 326/9
undergraduate [2] 149/14 242/12
underlying [5] 161/2 161/23 292/3 325/17 325/19
understand [27] 152/20 152/20 153/1 153/19 154/11 161/12 165/1 166/16 169/7 169/10 187/3 187/4 190/20 213/15 213/22 215/3 221/10 230/7 238/3 260/3 278/11 283/17 283/17 283/20 293/13 293/21 326/25
understanding [9] 160/3 171/23 173/2 173/5 180/21 181/1 261/9 315/10 329/12
understandings [1] 152/7
understood [4] 211/9 281/12 301/10 306/12
underwater [1] 294/9
UNDERWRITING [1] 141/16
unequal [1] 180/2
unexposed [4] 256/9 256/14 257/18 257/25
Unified [2] 297/21 305/11
uniformly [1] 313/12
unique [3] 169/19 179/10 210/8
UNITED [16] 141/1 141/8 141/20 142/3 146/9 146/12 148/1 195/4 220/8 228/6 237/6 239/20 239/20 245/1 324/24 329/9
University [11] 148/19 148/22 149/8 149/10 150/6 150/12 234/15 241/17 242/24 242/25 243/1
unknown [1] 176/3
unlikely [5] 269/16 270/1 270/1 270/8 272/20
unprecedented [1] 162/16
until [1] 224/2
up [89] 158/25 172/9 176/2 179/3 186/20 192/24 193/3 196/2 196/4 198/9 202/1 203/6 204/3 205/21 206/16 207/9 207/23 209/7 212/21 214/4 215/3 215/7 215/13 215/22 216/10 217/4 217/5 217/16 219/11 220/11 221/16 224/4 224/12 224/18 224/21 230/2 231/8 233/21 235/2 235/2 235/2 235/15 235/16 236/10 241/11 246/15 247/6 248/13 253/13 255/23 257/5 260/8 260/15 262/7 263/16 263/17 264/16 265/24 266/25 268/6 271/21 272/3 272/9 273/7 273/23 281/23 283/7 286/3 289/2 290/11 290/13 293/1 295/21 299/8 300/5 301/13 301/24 303/13 304/9 306/14 307/19 307/25 316/16 318/22 318/25 320/13 321/12 323/11 323/13
upcoming [1] 171/9
update [1] 326/10
updated [1] 317/12
upgrade [1] 317/12
upon [7] 161/3 163/2 184/9 199/22 261/20 270/11 270/20
upper [3] 257/10 257/10 265/17
upturns [1] 182/2
urban [6] 164/23 191/2 205/18 205/19

**U**

urban... [2] 205/20 206/3
urine [1] 274/19
us [26] 155/9 164/25 165/20 165/21 166/1
166/24 167/11 167/25 168/24 190/17 195/10
197/16 199/7 203/25 205/10 210/13 222/1
234/22 292/16 293/25 307/11 313/17 321/20
322/5 322/9 327/19
USCG [1] 303/24
use [18] 147/6 151/6 151/9 155/11 162/2
162/21 164/22 165/9 168/2 168/3 169/21
175/17 212/1 215/23 217/24 257/16 266/8
298/4
used [46] 151/4 152/4 152/5 152/5 152/6
152/16 153/3 153/5 161/18 161/20 162/7
162/11 163/16 166/3 166/15 171/7 182/2
187/7 188/6 189/8 197/20 199/2 203/11
211/2 215/14 217/15 227/3 245/14 245/15
252/15 256/10 256/17 256/20 261/11 270/25
271/4 274/14 274/15 297/2 297/4 307/4
311/18 318/3 319/15 321/23 324/6
uses [2] 193/23 271/23
using [9] 144/8 167/18 210/4 264/15 287/12
303/17 321/24 322/25 328/6
USM [1] 234/21
usual [1] 187/22
Usually [1] 274/19

**V**

VA [2] 261/22 261/23
Valdez [1] 294/11
value [1] 258/9
values [2] 258/10 258/11
VanHaverbeke [1] 327/4
variables [1] 164/2
varied [1] 227/21
variety [2] 252/1 254/6
various [17] 162/22 163/19 188/7 208/23
213/10 216/13 229/11 252/8 255/22 282/3
284/22 284/23 285/2 285/11 291/10 299/16
311/25
vary [1] 295/12
vehicles [1] 227/10
verbatim [5] 176/13 206/17 293/3 304/10
306/23
very [26] 162/4 162/8 162/17 163/15 165/23
168/3 173/25 175/7 176/9 178/5 179/18
180/18 181/24 182/1 183/9 184/12 184/15
185/10 187/24 189/9 209/6 235/3 237/3
303/11 303/17 324/23
vessel [6] 175/15 183/13 221/2 221/11 262/21
308/24
vessel-based [1] 308/24
vessels [20] 175/14 177/25 180/4 212/7
212/19 213/9 214/12 214/17 214/18 214/20
214/22 214/23 215/5 215/14 215/24 221/22
223/1 223/7 308/23 314/17
veterans [6] 245/22 245/23 261/18 261/19
261/21 279/5
vicinity [3] 286/16 286/18 286/22
video [1] 290/6
Vietnam [1] 261/21
view [5] 237/22 251/18 254/13 305/9 305/19
viewpoints [1] 168/10
visit [2] 253/1 253/4
visited [2] 265/10 265/12
visitors [1] 293/15
visits [1] 268/20
vitae [2] 156/1 156/3
VOCs [2] 277/10 310/18
volatile [2] 277/10 310/18
Volume [4] 158/22 159/3 212/17 231/10

Volume 1 [1] 158/22
Volume II [1] 159/3
Volume I [1] 212/17
Volume II [1] 231/10
volumes [1] 159/4
voluntarily [4] 215/4 215/25 229/20 231/25
volunteers [3] 248/22 250/5 293/15
vomiting [4] 255/1 263/2 264/2 264/17
VoO [46] 182/23 183/13 186/10 187/5 212/3
212/6 212/7 212/10 213/9 213/22 213/25
214/2 214/9 214/20 214/25 215/7 215/13
215/21 216/3 217/3 218/2 218/3 218/5
218/11 218/13 218/14 218/18 219/9 219/11
219/16 219/25 221/17 221/20 221/22 221/24
222/5 222/7 222/12 222/15 222/25 223/2
223/6 226/17 236/11 236/18 308/23

**W**

wait [3] 178/15 208/17 208/17
waiting [1] 178/16
waive [1] 224/19
walk [5] 241/13 248/16 250/9 250/16 263/19
walking [2] 217/5 217/16
want [7] 189/5 259/1 278/7 289/20 324/2
328/17 328/18
wanted [3] 196/9 328/1 328/4
war [6] 245/22 245/23 261/17 261/18 261/18
278/23
was [331]
washing [1] 203/6
Washington [5] 142/13 142/17 143/10
143/20 246/2
wasn't [11] 163/1 181/12 187/17 219/13
221/17 222/5 237/23 253/5 283/22 297/4
313/21
waste [5] 245/13 245/13 245/17 309/23
316/10
water [8] 280/13 294/13 316/10 319/4
319/17 319/19 320/7 320/11
watering [1] 254/22
waters [1] 154/23
wave [1] 263/22
way [24] 162/3 166/19 172/7 173/6 173/6
180/10 181/3 182/19 198/23 208/3 219/8
219/23 237/17 256/19 258/17 261/8 261/9
262/7 266/5 283/16 299/13 303/15 306/5
318/23
ways [4] 154/25 187/12 295/10 300/3
we [264]
we'll [14] 147/19 157/7 157/8 188/9 196/24
201/16 280/8 283/9 306/22 314/2 326/22
326/22 327/6 328/15
we're [22] 162/12 165/16 169/3 169/4 169/21
169/22 201/5 216/19 218/12 234/9 253/15
262/13 266/19 268/22 269/18 270/2 273/13
274/5 312/11 313/24 321/15 323/8
we've [19] 154/6 169/7 169/20 171/21 172/6
216/12 221/16 237/13 264/18 273/3 275/16
293/8 307/23 321/11 321/23 322/22 322/25
323/24 324/11
weakness [1] 255/1
wearing [1] 273/20
weather [1] 295/9
weathered [3] 277/6 294/24 317/25
weathering [3] 294/15 294/18 295/14
weathers [2] 295/9 295/10
Web [5] 230/24 312/16 312/24 313/1 314/4
website [2] 308/7 308/11
weeks [3] 224/10 229/15 309/4
weighing [1] 202/16
well [113] 150/24 151/16 151/25 152/5
152/13 153/10 153/17 157/18 159/20 160/18
162/22 165/7 167/16 167/23 167/24 168/24

170/7 172/1 172/4 172/23 173/5 174/6
175/11 177/3 177/25 178/1 178/25 177/21
179/25 180/16 182/19 183/4 183/20 186/5
187/12 188/4 189/11 191/1 191/12 191/15
191/21 192/15 192/21 193/23 194/2 194/10
196/2 196/8 197/20 202/13 204/1 213/17
217/18 222/8 232/10 232/16 235/22 236/4
242/13 242/17 244/15 244/25 245/11 245/22
248/3 248/8 248/18 249/21 254/9 254/18
256/19 256/25 258/22 261/2 261/12 261/17
262/2 264/17 265/1 266/15 269/10 269/25
274/6 274/14 275/16 277/17 278/11 279/5
281/13 282/24 285/2 285/22 287/12 290/22
291/2 300/9 301/18 307/2 310/23 311/14
311/25 312/3 313/14 313/16 314/2 315/3
315/6 315/11 318/7 321/23 324/11 325/12
327/23
well-off [1] 236/4
well-qualified [1] 167/24
went [10] 157/25 175/16 185/14 202/15
211/19 216/13 233/25 236/1 237/12 307/7
were [337]
weren't [6] 185/14 187/19 188/13 237/23
299/5 322/16
west [1] 163/21
what [233]
what's [8] 165/15 241/5 254/11 257/21
261/25 269/8 271/6 298/19
whatever [2] 151/6 261/10
wheezing [2] 254/24 257/14
when [52] 147/14 153/17 155/1 155/10
158/14 162/4 162/8 162/11 164/1 170/5
173/15 174/4 174/23 175/3 175/15 176/20
177/15 178/3 178/15 179/13 179/20 183/18
186/3 186/13 188/25 190/17 190/22 190/23
191/5 192/11 196/11 200/14 204/20 212/6
215/20 218/7 218/12 218/20 219/2 222/1
225/23 226/12 230/23 232/17 235/1 237/10
237/11 256/23 281/16 281/16 289/10 312/14
whenever [1] 157/8
where [67] 149/5 160/4 163/7 164/14 165/11
166/25 171/3 172/12 174/10 176/2 176/12
178/7 179/2 179/2 180/23 181/7 182/2 184/6
185/10 185/17 186/20 187/5 189/1 189/14
192/6 205/6 207/3 211/25 214/14 217/9
217/18 224/11 225/21 242/23 243/5 243/13
244/3 245/3 245/12 246/2 246/8 251/11
252/5 256/15 256/16 266/9 267/18 271/11
272/1 273/4 285/14 285/14 286/19 286/20
287/2 287/4 287/5 287/8 289/18 290/13
294/13 299/16 306/24 313/2 316/3 316/19
319/18
Whereas [1] 312/5
whereby [1] 298/12
WHEREUPON [4] 146/17 239/14 239/23
329/5
whether [33] 167/16 167/17 171/7 177/24
178/22 181/15 182/10 186/9 186/10 202/15
204/22 205/1 206/10 218/24 219/17 229/20
230/1 233/5 233/7 237/20 245/24 266/5
273/19 286/22 286/23 289/6 306/18 306/24
312/8 314/4 315/23 316/7 318/3
which [64] 149/23 151/23 151/25 152/1
153/8 154/21 161/3 161/20 162/16 163/2
163/16 165/23 166/3 166/15 166/19 168/3
168/8 170/20 172/14 172/21 172/22 173/11
175/2 178/18 181/3 185/23 186/22 189/19
191/11 191/25 192/22 198/5 199/8 199/22
202/8 203/24 210/6 213/20 222/11 224/1
235/22 242/2 242/3 244/2 244/18 254/15
254/20 254/25 257/12 263/3 270/17 270/20
271/10 271/19 271/20 284/4 285/16 292/12
293/20 295/11 311/15 313/25 322/20 322/20

**W**

while [7] 189/13 197/4 207/12 215/15 235/16 280/21 293/10
Whiteley [1] 142/20
who [117] 157/21 164/9 164/12 164/16 166/6 166/7 166/14 166/18 167/3 167/4 174/11 174/14 175/12 176/11 176/11 180/3 180/3 180/6 180/7 180/12 180/13 180/24 180/25 181/2 181/13 181/22 182/1 182/25 183/1 183/5 183/8 183/10 184/5 184/10 184/10 184/11 187/2 187/4 187/4 187/18 188/6 188/18 188/19 188/19 188/24 189/3 189/8 191/3 194/13 194/17 212/22 213/16 215/12 215/21 216/8 216/21 217/20 219/7 219/8 219/9 219/19 219/23 220/25 221/17 221/17 221/18 221/23 222/6 222/7 227/3 227/14 233/16 233/17 233/25 234/3 234/12 236/17 237/14 239/4 245/11 245/24 246/9 248/4 249/12 252/16 252/17 254/2 254/3 256/6 257/1 257/15 257/17 257/18 257/23 257/25 259/10 259/17 259/18 263/2 263/5 263/22 265/10 265/11 265/11 266/16 268/19 271/8 273/18 274/8 278/11 279/5 281/9 285/1 285/10 287/20 287/22 288/23
who's [1] 278/11
whoever [1] 195/15
whole [1] 222/6
whom [6] 167/25 169/19 183/8 237/13 290/21 290/21
whose [3] 154/11 189/1 208/10
why [10] 162/2 162/21 163/25 194/5 211/7 267/16 269/24 272/25 275/15 321/20
widely [1] 203/12
widespread [4] 160/9 160/19 171/15 174/20
wild [1] 184/23
wild-caught [1] 184/23
wildlife [2] 183/25 309/22
will [18] 161/1 176/24 180/16 190/11 190/18 218/22 219/1 232/2 232/4 234/10 238/12 248/9 248/25 268/21 275/1 322/11 324/3 328/22
winter [1] 173/21
wireline [1] 178/1
withdraw [1] 219/1
withdrew [1] 147/10
within [16] 186/15 186/17 186/24 206/8 206/22 206/25 219/1 224/9 225/2 226/12 229/15 233/19 241/3 267/11 302/23 305/11
without [5] 187/25 259/13 259/25 274/7 281/19
withstand [1] 179/9
witness [11] 146/7 147/3 148/1 156/20 196/10 207/21 236/25 239/18 240/6 240/9 275/23
witnesses [3] 326/24 327/18 328/14
witnessing [1] 183/24
woman [3] 273/16 273/21 274/8
women [1] 273/14
wondering [1] 218/21
word [5] 256/10 305/16 305/25 307/2 308/8
worded [2] 209/6 225/6
words [5] 207/24 254/20 303/17 303/18 324/6
work [86] 149/2 149/16 150/1 150/7 150/8 150/12 150/13 150/14 151/7 153/10 153/24 154/3 154/4 159/6 159/12 159/22 164/9 166/6 174/11 174/14 174/16 175/1 175/5 175/11 175/12 178/12 178/14 178/16 178/22 179/20 181/24 183/21 185/13 187/5 187/14 187/23 190/3 193/11 195/10 205/12 205/15 207/5 218/15 222/24 223/5 223/14 223/24 226/20 240/19 240/23 243/3 243/24 243/25

246/22 247/3 247/25 250/20 251/11 251/14 252/20 253/1 256/9 256/12 260/21 260/25 261/13 262/15 268/10 268/13 273/4 286/21 287/11 298/5 301/20 302/21 308/14 308/25 309/9 309/9 309/15 310/6 310/16 312/11 312/19 318/7 320/23
work-related [1] 302/21
worked [19] 150/17 153/22 167/7 167/25 178/5 184/5 190/15 215/12 215/21 237/13 243/13 243/17 246/9 256/15 259/17 259/18 265/11 303/23 304/13
worker [8] 250/20 262/21 263/5 263/24 288/19 303/4 304/1 309/8
workers [44] 152/20 172/5 174/14 178/6 178/8 178/11 179/19 184/3 184/4 184/11 185/12 187/20 207/8 245/1 245/2 245/2 248/22 250/4 252/5 256/6 256/13 278/2 279/23 284/23 285/1 288/13 293/15 296/2 296/24 298/4 298/12 298/15 302/6 303/11 303/17 305/13 305/22 306/4 308/23 314/11 314/15 316/19 316/22 316/25
workers' [2] 178/11 179/20
workflow [1] 152/20
workforce [2] 152/22 186/10
working [23] 153/1 154/7 154/8 154/12 157/20 158/1 158/16 167/24 168/7 174/12 197/21 214/22 218/13 234/6 234/9 285/1 285/10 287/4 287/5 287/8 287/8 304/20 316/23
workplace [3] 242/1 242/2 302/24
workplaces [1] 314/1
works [1] 184/15
workshop [22] 249/16 249/16 253/17 253/18 253/19 253/21 253/22 254/2 254/3 254/7 289/15 289/21 289/22 289/25 290/3 290/6 290/9 290/14 290/21 292/24 293/3 293/17
worse [4] 194/6 219/10 219/12 234/25
would [81] 157/22 157/23 160/4 161/2 162/13 165/19 165/20 165/24 166/8 166/25 169/1 170/2 170/11 171/13 175/25 177/10 186/20 188/8 189/18 189/19 189/24 192/1 193/19 202/13 208/6 209/8 209/10 211/20 211/22 213/20 213/20 219/10 219/12 226/2 226/16 228/1 234/18 237/16 237/18 247/18 249/22 252/4 253/6 256/7 264/4 267/17 270/1 270/2 271/12 273/2 281/8 282/14 283/12 284/22 285/1 285/6 287/3 287/13 288/8 288/11 288/17 294/23 295/12 300/9 300/22 301/5 306/19 310/21 313/25 316/19 318/25 319/24 321/8 323/18 327/19 327/21 327/21 327/21 327/24 328/4 328/11
wrap [3] 221/16 236/10 301/13
wrapped [1] 262/23
write [3] 303/9 303/23 313/11
writes [2] 297/17 314/14
writing [1] 217/18
written [9] 244/8 244/10 244/17 244/20 245/6 245/19 246/4 292/12 302/11
wrong [1] 269/18
wrote [2] 220/25 224/3

**Y**

yards [4] 164/16 179/17 179/18 223/4
yeah [8] 147/22 157/11 170/24 230/23 242/8 260/6 286/19 291/16
year [8] 150/4 173/17 173/22 233/19 235/16 238/9 238/11 238/11
years [22] 149/10 150/17 159/18 159/22 167/7 184/18 197/20 230/17 231/15 238/13 238/13 241/23 242/15 242/17 242/18 242/20 246/15 248/25 268/21 268/22 269/2 324/15
yes [282]
yet [4] 193/3 223/2 324/12 324/20

York [2] 243/12 243/12
you'll [2] 322/1 322/23
you're [38] 196/20 197/5 197/7 197/9 200/5 207/23 207/24 207/25 208/1 218/3 220/1 220/8 220/24 221/21 223/13 225/16 229/23 230/22 231/20 231/24 236/7 246/13 276/12 276/17 280/1 281/4 282/2 283/24 284/14 287/12 295/17 296/6 296/15 296/23 308/13 312/3 315/11 319/3
you've [25] 147/25 147/25 153/22 154/4 176/16 197/15 210/4 210/6 244/8 244/10 244/20 245/6 245/18 246/4 264/8 278/17 279/12 279/23 287/16 292/6 292/9 295/1 300/5 306/7 307/2
your [229]
Your Honor [3] 198/11 247/22 259/21
yourself [1] 278/14

**Z**

zero [2] 271/16 271/22
ZEVENBERGEN [1] 142/11