```
 1                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2   ******************************************************************

 3   IN RE:  OIL SPILL BY THE            Docket No. MDL-2179
     OIL RIG DEEPWATER HORIZON           Section "J"
 4   IN THE GULF OF MEXICO ON            New Orleans, LA
     APRIL 20, 2010                      Wednesday, January 21, 2015
 5   CIVIL

 6   ******************************************************************

 7   THIS DOCUMENT RELATES TO:

     UNITED STATES OF AMERICA
 8                                       Docket No. 10-CV-4536
     V.                                  Section "J"
 9
     BP EXPLORATION & PRODUCTION,
10   INC., ET AL
     ******************************************************************
11
                     TRANSCRIPT OF TRIAL PROCEEDINGS
12            HEARD BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
13                    VOLUME II, MORNING SESSION

14
     APPEARANCES:
15
     FOR THE UNITED STATES
16   OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
                                 ENVIRONMENTAL ENFORCEMENT SECTION
17                               BY:  SARAH HIMMELHOCH, ESQ.
                                      STEVE O'ROURKE, ESQ.
18                                    ABIGAIL ANDRE, ESQ.
                                      PATRICK CASEY, ESQ.
19                                    NANCY FLICKINGER, ESQ.
                                      RICHARD GLADSTEIN, ESQ.
20                                    MICHAEL ZEVENBERGEN, ESQ.
                                      A. NATHANIEL CHAKERES, ESQ.
21                                    DANIELLE FIDLER, ESQ.
                                      RACHEL HANKEY, ESQ.
22                                    JUDITH HARVEY, ESQ.
                                      RACHEL KING, ESQ.
23                                    BRANDON ROBERS, ESQ.
                                      ERICA PENCAK, ESQ.
24                                    GORDON YOUNG, ESQ.
                                 P.O. Box 7611
25                               Washington, DC 20044
```

OFFICIAL TRANSCRIPT

```
 1
                                    U.S. DEPARTMENT OF JUSTICE
 2                                  TORTS BRANCH, CIVIL DIVISION
                                    BY:  SHARON SHUTLER, ESQ.
 3                                       MALINDA LAWRENCE, ESQ.
                                         LAURA MAYBERRY, ESQ.
 4                                  P.O. Box 14271
                                    Washington, D.C. 20004
 5

 6   FOR BP AMERICA INC., BP
     AMERICA PRODUCTION COMPANY,
 7   BP COMPANY NORTH AMERICA,
     INC., BP CORPORATION NORTH
 8   AMERICA, INC., BP EXPLORATION &
     PRODUCTION INC., BP HOLDINGS
 9   NORTH AMERICA LIMITED, BP
     PRODUCTS NORTH AMERICA INC.:  KIRKLAND & ELLIS
10                                  BY:  J. ANDREW LANGAN, ESQ.
                                         MATTHEW T. REGAN, ESQ.
11                                       HARIKLIA KARIS, ESQ.
                                         MARK J. NOMELLINI, ESQ.
12                                       A. KATRINE JAKOLA, ESQ.
                                    300 N. LaSalle
13                                  Chicago, IL 60654

14
                                    KIRKLAND & ELLIS
15                                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
                                         KIMBERLY BRANSCOME, ESQ.
16                                  655 Fifteenth St., N.W.
                                    Washington, D.C. 20005
17

18                                  LISKOW & LEWIS
                                    BY:  R. KEITH JARRETT, ESQ.
19                                  One Shell Square
                                    701 Poydras St., Suite 5000
20                                  New Orleans, LA 70139

21
     FOR ANADARKO PETROLEUM
22   CORPORATION, ANADARKO E&P
     COMPANY, LP:                   BINGHAM McCUTCHEN
23                                  BY:  KY E. KIRBY, ESQ.
                                         THOMAS R. LOTTERMAN, ESQ.
24                                  2020 K Street, N.W.
                                    Washington, D.C. 20006
25
```

OFFICIAL TRANSCRIPT

```
 1                                MORGAN LEWIS & BOCKIUS
                                 BY:  JAMES J. DRAGNA, ESQ.
 2                               355 South Grand Ave, Suite 4400
                                 Los Angeles, CA 90071
 3

 4   FOR THE STATE OF LOUISIANA:   KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQ.
 5                                    DOUGLAS R. KRAUS, ESQ.
                                      SUSANNAH McKINNEY, ESQ.
 6                                    CYNTHIA ST. AMANT, ESQ.
                                 701 Camp St.
 7                               New Orleans, LA 70130

 8

 9

     OFFICIAL COURT REPORTER:     Karen A. Ibos, CCR, RPR, CRR, RMR
10                               500 Poydras Street, Box 2-13
                                 New Orleans, LA 70130
11                               (504) 589-7776

12

         Proceedings recorded by mechanical stenography, transcript
13   produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1

2                          I N D E X

3

4   WITNESSES FOR THE GOVERNMENT:                    PAGE/LINE:

5

6   DR. DONALD BOESCH

7

8     Voir Dire Examination by Ms. Andre         337/17

9     Direct Examination by Ms. Andre            341/3

10    Cross-Examination by Mr. Brock             413/7

11    Redirect Examination by Ms. Andre          463/12

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    OFFICIAL TRANSCRIPT

P R O C E E D I N G S

(WEDNESDAY, JANUARY 21, 2015)

(MORNING SESSION)


(OPEN COURT.)

THE COURT:  Good morning, everyone.  All right.  Before we resume trial, I just want to announce our times as kept by the court reporters.  According to their calculations, the United States yesterday used three hours, 25 minutes; has 41 hours, 35 minutes remaining; BP Anadarko have used four hours, three minutes, and have 40 hours, 57 minutes remaining.

Next witness -- do you have something?

MS. HIMMELHOCH:  Oh, I'm sorry, Mr. Brock even asked me about this.  I was advised to speak into the mic.

Your Honor, we have agreed among the parties that we will marshal the evidence offered yesterday tomorrow morning to give ourselves some time to get the process in order.

THE COURT:  That's fine.

MS. HIMMELHOCH:  Thank you, your Honor.

THE COURT:  Sure.

MR. BROCK:  Judge Barbier, Mike Brock for BP.

I think we would like to start our case on Monday morning, if that's acceptable to the Court.  I do have a couple of witnesses I could have here Friday, if that was the Court's preference.  I am actually not convinced yet that the government's case isn't going to

08:07:47 1   go into Friday, and I think, for planning purposes, that would be

08:07:53 2   much more efficient for us and we can get the witnesses in the

08:07:56 3   sequence that we would like to, if that's still okay with the Court.

08:07:58 4   I think we're in good shape on time.

08:08:01 5          THE COURT:  I don't see any problem with that, we can do

08:08:03 6   that.  Let's just plan -- regardless on when the government finishes

08:08:06 7   their case, assuming they finish this week, which we are

08:08:09 8   expecting -- the BP/Anadarko case will start on Monday.

08:08:15 9          MR. BROCK:  Thank you, Judge.

08:08:16 10         THE COURT:  Okay.  Sure.

08:08:40 11         MS. ANDRE:  Good morning, your Honor, Abigail Andre for

08:08:43 12  the United States.  I'll have our next witness on direct.  The

08:08:52 13  United States calls Dr. Donald Boesch.

08:08:52 14         THE COURT:  Is he in the courtroom?  Okay.

08:09:01 15         THE DEPUTY CLERK:  If you'll raise your right hand.

08:09:03 16      (WHEREUPON, DR. DONALD BOESCH, WAS SWORN IN AND TESTIFIED AS

08:09:06 17      FOLLOWS:)

08:09:06 18         THE DEPUTY CLERK:  If you'll take a seat.  If you'll state

08:09:09 19  and spell your name for the record.

08:09:14 20         THE WITNESS:  My name is Donald Boesch, D-O-N-A-L-D,

08:09:18 21  B-E-O-S-C-H.

08:09:23 22         MR. BROCK:  Your Honor, we do have one motion related to

08:09:26 23  Dr. Boesch.  It's not crafted in the *Daubert* format, but it's a

08:09:34 24  motion to exclude testimony that Dr. Boesch, and actually Dr. Rice

08:09:39 25  will offer later, we think, that goes to the issue of their

OFFICIAL TRANSCRIPT

08:09:44  1   expressing opinions about concerns, potential for things to happen.

08:09:52  2   Some of these things fall into the category of speculation.  We

08:09:57  3   think that those topics are potentially appropriate for an NRD

08:10:01  4   proceeding later but do not rise to the level of proof that's

08:10:07  5   required for this trial.  A hypothesis-generating study is not

08:10:16  6   evidence that anything has occurred, and so on that basis, we would

08:10:20  7   renew our motion.

08:10:20  8            THE COURT:  All right.  I've read the motion and briefing

08:10:23  9   on it.  I am going to overrule or deny your motion.  I think, with

08:10:27 10   respect to essentially all of these *Daubert* motions which BP has

08:10:31 11   filed on every expert, I have to tell you filing a *Daubert* motion on

08:10:37 12   every expert in a case kind of undermines your credibility a little

08:10:40 13   bit, you know.

08:10:42 14            But having said that, with respect to these experts and

08:10:45 15   most of the others, they are all eminently qualified by reason of

08:10:51 16   education, training, and experience, and that goes for BP's experts

08:10:55 17   as well as in the last trials.  And I think for the most part,

08:10:59 18   particularly since this is a bench trial, the better procedure is to

08:11:05 19   object to the questions or lines of questioning as we proceed and I

08:11:13 20   think I can sort all of this out when I decide the case in terms of

08:11:17 21   what I rely on or don't rely on.  You can certainly make those

08:11:20 22   arguments, okay?

08:11:22 23            MR. BROCK:  Is it okay for the Court for this witness on

08:11:25 24   the issue of potential injury, speculation --

08:11:28 25            THE COURT:  Well, that's the whole point and I think part

08:11:31  1   of the issue in this case is the government and BP seem to be like

08:11:35  2   ships passing in the night.  They're operating on different planes

08:11:40  3   or different planets, and I am not deciding now who is right or who

08:11:44  4   is wrong about that.  But the government's position -- and this will

08:11:49  5   all be briefed post trial -- is that one of the considerations the

08:11:54  6   Court has to take into account is the potential for future harm,

08:12:02  7   long-lasting or permanent harm.  BP apparently believes that that

08:12:07  8   can only be the subject of an NRD action as I appreciate your

08:12:11  9   argument, essentially.  And if they can't prove it now, then it

08:12:14 10   shouldn't be allowed in.  I'll let you all make those arguments post

08:12:19 11   trial.

08:12:20 12          MR. BROCK:  Okay.  Thank you.

08:12:21 13          THE COURT:  Okay.

08:12:23 14          MS. ANDRE:  Thank you, your Honor.

08:12:23 15          THE COURT:  All right.  Sure.

08:12:23 16                    VOIR DIRE EXAMINATION

08:12:23 17   BY MS. ANDRE:

08:12:27 18   Q.  Will you please introduce yourself to the court.

08:12:30 19   A.  I am Dr. Donald Boesch, I'm with the University of Maryland

08:12:33 20   Center for Environmental Science.

08:12:35 21   Q.  What question were you asked to address in this case?

08:12:37 22   A.  I was asked to assess which components of the ecosystems of the

08:12:41 23   Gulf of Mexico suffered harm.

08:12:44 24   Q.  And what is your expertise as it relates to the work that you

08:12:47 25   did in this case?

08:12:48 1   A.  I have many years of experience in assessment of ecosystems --

08:12:53 2   coastal ecosystems, in particular -- and ocean ecosystems that

08:12:58 3   require bringing together very diverse information from disciplines

08:13:03 4   to draw conclusions.

08:13:04 5   Q.  Have you prepared a slide summarizing your relevant work and

08:13:07 6   educational experience?

08:13:08 7   A.  I have.

08:13:09 8   Q.  Please call up D-32150.  What degrees do you hold, Dr. Boesch?

08:13:15 9   A.  I hold a Bachelor's degree in biology from Tulane University and

08:13:19 10  a Ph.D. in marine science from the College of William & Mary.  In

08:13:24 11  addition to that, I held a Fulbright postdoctoral fellowship at the

08:13:29 12  University of Queensland in Australia.

08:13:31 13  Q.  What do you do in your role as president of the University of

08:13:35 14  Maryland Center of Environment Science?

08:13:35 15  A.  As president, I am the CEO of the institution as well as its

08:13:40 16  chief academic officer.  So in that role, I supervise the work of

08:13:46 17  8700 faculty members who are engaged in studies very appropriate to

08:13:50 18  the issues here, including physical oceanography, chemistry,

08:13:55 19  microbiology, fishery science, and toxicology economics,

08:14:00 20  environmental economics, those fields.

08:14:02 21  Q.  And what work did you do on the Exxon Valdez spill?

08:14:07 22  A.  I was a consultant to the federal state trustee agencies as they

08:14:14 23  began to do the damage assessment for the Exxon Valdez spill.

08:14:18 24  Q.  Please describe your work for the National Academy of Science.

08:14:21 25  A.  Well, over the years, I've been involved in numerous -- I think

08:14:27 1    13 study -- panel studies done by the National Academy of Science on

08:14:31 2    a wide range of topics.  In addition to that, I served fairly

08:14:34 3    recently a three-year term as chair of the Ocean Studies Board, one

08:14:39 4    of the standing boards of the National Academy.

08:14:42 5    Q.  And do you have any previous experience working on the *Deepwater*

08:14:46 6    *Horizon* spill?

08:14:47 7    A.  Yes, I have.  Because I was appointed as one of the seven

08:14:51 8    commissioners, members of the National Commission on BP *Deepwater*

08:14:57 9    *Horizon* Oil Spill and Offshore Drilling that did its work under our

08:15:02 10   chair, under our co-chairs, former Senator Graham and former EPA

08:15:07 11   Administrator Riley, and delivered a report to the president and

08:15:11 12   Congress.

08:15:11 13   Q.  Why did you take that position when it was offered to you?

08:15:14 14   A.  Well, you know, when the president asks you to do something, you

08:15:18 15   generally try to do it.  In addition to that, I grew up here on the

08:15:23 16   Gulf Coast, spent many -- much time along the Coast as well as in

08:15:29 17   Louisiana where I grew up, as well as have come back here to do

08:15:34 18   research in the Gulf of Mexico during the 80s.  So I felt I had an

08:15:38 19   obligation to bring that knowledge and understanding to bear to

08:15:42 20   address this issue.

08:15:42 21   Q.  Do you have any publications relating to ecosystem analysis?

08:15:47 22   A.  Yes.  There are about 70 of my publications dealing, one way or

08:15:53 23   another, with analysis of ecosystems as they are affected by human

08:15:57 24   activities.

08:15:59 25   Q.  Please call up the first pages of TREX 13183, 13184, and 12185R.

OFFICIAL TRANSCRIPT

08:16:09  1          Dr. Boesch, do you recognize these documents?

08:16:11  2     A.  Yes, they're the three reports I prepared for this trial.

08:16:14  3     Q.  And Dr. Stanley Rice helped write the round 2 report, correct?

08:16:22  4     A.  Yes.  I wrote, my initial expert report on my own, and I had

08:16:28  5     seen Dr. Rice's report at that time and just to verify whether the

08:16:34  6     conclusions that I drew were appropriate, given his analysis.

08:16:38  7          And then in the round 2 report, we actually collaborated

08:16:44  8     on it.  I addressed the bigger picture ecosystem level affects and

08:16:49  9     he was worked very deeply in the issue of environmental toxicology,

08:16:55 10     which is his expertise, and I brought that into our analysis.  So I

08:17:00 11     adopted his report in full.

08:17:01 12          The third report -- round 3 report I developed on my own.

08:17:01 13     BY MS. ANDRE:

08:17:06 14     Q.  Please call up TREX 13183.47.  Dr. Boesch, is this a current

08:17:14 15     copy of your curriculum vitae as it appears in your round 1 report?

08:17:19 16     A.  Yes, it is.

08:17:19 17     Q.  Does it accurately summarize your qualifications and

08:17:21 18     publications?

08:17:22 19     A.  I believe it does.

08:17:24 20          MS. ANDRE:  Your Honor, at this time, I tender Dr. Donald

08:17:27 21     Boesch as an ecosystems specialist.

08:17:29 22          THE COURT:  All right.  Any questions beyond the *Daubert*

08:17:32 23     motion that was filed?

08:17:34 24          MR. BROCK:  Not beyond what we've raised already, your

08:17:36 25     Honor.

OFFICIAL TRANSCRIPT

08:17:36 1    THE COURT:  Okay.  He is accepted.  Go ahead.

08:17:38 2                    DIRECT EXAMINATION

08:17:38 3  BY MS. ANDRE:

08:17:40 4  Q.  Do your rounds 1, 2, and 3 expert reports accurately summarize

08:17:44 5  your opinions in this matter and the bases for those opinions?

08:17:46 6  A.  Yes, I do.  Other than a few inconsequential details that I

08:17:51 7  would probably correct now with the benefit of time, yes, they do.

08:17:54 8  Q.  And do you adopt these reports as your testimony here today?

08:17:57 9  A.  I do.

08:17:58 10          MS. ANDRE:  At this time, we also move in Dr. Boesch's

08:18:02 11  expert reports TREX 13183, 13184, and 13185R.

08:18:09 12          THE COURT:  We'll take up the admission of all of the

08:18:11 13  exhibits in accordance with the procedure as Ms. Himmelhoch referred

08:18:15 14  to.

08:18:15 15          MS. ANDRE:  Thank you, your Honor.

08:18:17 16  BY MS. ANDRE:

08:18:20 17  Q.  First, Dr. Boesch, I would like to have you summarize some of

08:18:23 18  your conclusions.

08:18:24 19          As a preliminary matter, did the Macondo oil spill harm

08:18:27 20  the Gulf ecosystem?

08:18:29 21  A.  Yes, I concluded, based upon all of the evidence and literature

08:18:31 22  that I've reviewed, that it did result in serious harm to a number

08:18:35 23  of components of both offshore and coastal systems.  Basically

08:18:39 24  everywhere the oil went, it created harm.

08:18:41 25  Q.  Now, how did you categorize those harms in your report?

──────────── OFFICIAL TRANSCRIPT ────────────

08:18:45 1    A.  I categorized the harms, attempting to be very rigorous and

08:18:49 2    careful, as "actual harm," that is based upon where we thought that

08:18:55 3    the evidence is very strong that there was -- could demonstrate harm

08:18:59 4    without serious question; and "potential harm," that is where there

08:19:03 5    was evidence that probably there was harm but one -- I couldn't draw

08:19:06 6    the conclusion that there actually was, based upon the information

08:19:09 7    available at this time.

08:19:10 8    Q.  Have you prepared a slide to explain specifically what you mean

08:19:14 9    by "actual" and "potential harm"?

08:19:15 10   A.  I have.

08:19:17 11   Q.  Please call up D-12151.  What do you mean when you use the term

08:19:23 12   "actual harm"?

08:19:24 13   A.  Well, as I said, where there was a demonstrated effect that

08:19:29 14   altered the natural functions and populations in an ecosystem.  And

08:19:34 15   I used, as a basis of that, information that were observations from

08:19:39 16   the field, generally where harm was actually observed.

08:19:41 17          So, for example, if there were clear evidence where a

08:19:45 18   number of birds were killed by oiling, I mean, that's pretty obvious

08:19:50 19   demonstration of actual harm.  Or if a marsh was oiled and eroded

08:19:55 20   away, that's actual harm.

08:19:58 21   Q.  What did you mean when you used the term "potential harm" in

08:20:01 22   your report?

08:20:01 23   A.  Well, potential harm, I reviewed the information and determined

08:20:06 24   whether that, although the evidence suggests there may be harm, I

08:20:12 25   could not unambiguously demonstrate that it actually occurred, based

08:20:16 1    upon that evidence.  So, for example, if one measures the

08:20:22 2    concentrations of oil in the environment and we know the toxicity

08:20:28 3    levels, and that's a procedure used both by Dr. Shea, the BOP

08:20:34 4    expert, and Dr. Rice, for example, and then if the toxicity

08:20:40 5    concentrations -- the concentrations which elicit toxicity are

08:20:45 6    within the bounds of what was observed, you know, indicate that

08:20:50 7    effect could occur, I considered that probable harm, not actual harm

08:20:54 8    but probable harm because we haven't actually measured the changes

08:20:58 9    in the populations and the functions that are predicted by that

08:21:02 10   comparison.

08:21:03 11   Q.  Could potential harm become actual harm?

08:21:05 12   A.  Yes, it could.  Because there is a vast amount of work still

08:21:10 13   going on with National Resources Damage Assessment and a tremendous

08:21:14 14   amount of independent research going on as well.  That results in

08:21:19 15   new publications virtually every week that give us more of an

08:21:22 16   insight.  So as time goes on, maybe some of these areas would move

08:21:27 17   to the area of actual harm.

08:21:28 18        And there may be some areas that I thought, at this time

08:21:32 19   the evidence doesn't even rise to the level of potential harm, that

08:21:36 20   could be potentially or actually harmed as well.

08:21:38 21   Q.  So I want to follow-up on that.  There were other categories of

08:21:42 22   harm that you considered in preparing your report but did not

08:21:46 23   include as potential or actual harm, correct?

08:21:49 24   A.  Yes.  There are, of course, a wide range of concerns that have

08:21:55 25   been related to the effects of the oil spill.  Some of those, I

08:21:59 1  looked at but I couldn't convince myself, based upon the information

08:22:04 2  in the scientific literature, that were at this point potential.

08:22:09 3  They're speculative in that sense, but there is no real solid basis

08:22:13 4  of concluding that there was a strong potential that harm occurred.

08:22:17 5  Q.  What have past oil spills taught you about how long signs of

08:22:23 6  harm might take to surface?

08:22:25 7  A.  Well, you know, these effects can dissipate quickly but also can

08:22:31 8  be revealed later on, as both additional studies are done.  But also

08:22:35 9  sometimes there are repercussions in an ecosystem.  One of the most

08:22:41 10 widely cited is the collapse of populations of herring after the

08:22:45 11 Exxon Valdez.  I know there's speculation and controversy about

08:22:49 12 exactly the cause, but it's indicative of the kinds of things that

08:22:52 13 might occur down the road after a disturbance like this.

08:22:58 14 Q.  Have you prepared a slide summarizing your conclusions regarding

08:23:01 15 actual harm caused by the BP oil spill?

08:23:04 16 A.  I have.

08:23:04 17 Q.  Please call up D-32152.  Now, we'll discuss these conclusions in

08:23:10 18 more detail, but for now, please briefly describe your conclusions

08:23:14 19 regarding actual harm.

08:23:16 20 A.  Well, I'll try to treat these in terms of the path of the oil

08:23:20 21 coming out of the wellhead.

08:23:24 22        So the first environment ecosystem to experience this oil

08:23:27 23 is the deep Gulf of Mexico.  And as we'll reveal, quite a lot of the

08:23:33 24 oil and the gas remained in the deep Gulf.  That actually had

08:23:38 25 consequences on the ecosystems, including affecting deep seabed

08:23:43 1    organisms where this material was deposited, as well as coral, cold

08:23:48 2    water coral sparsely distributed populations in the deep waters in

08:23:52 3    the Gulf.

08:23:53 4            As the oil rose to the surface, we all know that there

08:23:56 5    were very dense mats of slicks of oil floating around, that

08:24:01 6    entrained floating seaweed, important habitat that had important

08:24:06 7    resources associated with it, sunk that seaweed.  In addition to

08:24:09 8    that, air-breathing animals such as sea turtles, dolphins, birds,

08:24:17 9    things that have to travel across the air sea surface to travel or

08:24:21 10   feed, they're obviously exposed and obviously mortalities, but we'll

08:24:24 11   talk more about them as well.

08:24:26 12           And then as that oil floated in the Gulf in the near

08:24:28 13   surface, some of that oil actually was entrained again into the

08:24:32 14   water column by waves, by dispersant application, that affected the

08:24:38 15   near-surface plankton.  There's evidence, strong evidence that that

08:24:41 16   occurred as well.

08:24:42 17           And then as the oil moved ashore and impacted the coast,

08:24:46 18   obviously shorelines, generally, but particularly the marshes and

08:24:50 19   mangroves of the Gulf Coast -- which are important habitats but also

08:24:54 20   are very susceptible because it's difficult to remove oil from

08:24:57 21   them -- were affected.  And the associated animals that provide the

08:25:02 22   productivity of the system also, suffered the ill effects of that.

08:25:05 23   Q.  Have you prepared a slide summarizing your conclusions regarding

08:25:08 24   potential harm caused by the BP spill?

08:25:10 25   A.  I have.

08:25:11 1    Q.  Please call up D-32153.  Now, please briefly describe your

08:25:18 2    conclusions regarding potential harm.

08:25:20 3    A.  Well, again, following the same path from the deep Gulf to the

08:25:23 4    coastline, there is evidence that the biota on the outer continental

08:25:31 5    shelf could potentially have been affected because of the elevated

08:25:35 6    concentrations of oil contaminants in the sediments.  But in

08:25:38 7    particular, there is evidence in the literature that fish that live

08:25:43 8    at the near -- nearest sediments on the bottom on the outer shelf

08:25:48 9    had sub lethal consequences of that.  We'll talk about that some

08:25:52 10   more.

08:25:53 11          And then as we moved in, moved out to the surface, surface

08:25:56 12   waters, there is the same kind of evidence that I mentioned of

08:26:00 13   toxicity levels and concentrations that match that suggest potential

08:26:04 14   harm to ocean fishes, the larvae of which live at that near surface

08:26:10 15   interface.  And then as the oil came ashore, there is still

08:26:13 16   lingering concern that this is somehow responsible -- the spill or

08:26:18 17   response is responsible for the depletion and reduction of oyster

08:26:23 18   population --

08:26:23 19          THE COURT:  I have a question for you, excuse me.  Give me

08:26:27 20   some examples of "sub lethal consequences."

08:26:33 21          THE WITNESS:  This is with respect to which --

08:26:35 22          THE COURT:  I think you used that in connection with --

08:26:38 23   said there's evidence in the literature that fish live at or near

08:26:41 24   the sediments on the bottom and had -- there were sublethal

08:26:45 25   consequences.

08:26:46 1          THE WITNESS:  There's two lines of evidence, your Honor,

08:26:48 2 that we will review in some detail.  One of them is the higher

08:26:51 3 incidents of skin lesions in fish that are associated with the

08:26:54 4 bottom sediments in that area.

08:26:57 5          Second, in those same fish, elevated concentrations of

08:27:01 6 petroleum hydrocarbons, particularly the pHs that we talked about,

08:27:06 7 the polycyclic aromatic hydrocarbons in their liver, which is the

08:27:10 8 organ that detoxifies if they're exposed to it.  And also the

08:27:14 9 metabolites, the breakdown products of those in the bile of the

08:27:17 10 fish.

08:27:17 11          So this indicates that the fish are somehow being stressed

08:27:21 12 or contending with this, but it doesn't -- that's why it's

08:27:24 13 "potential," it doesn't rise to the level of evidence that the fish

08:27:27 14 actually died or the population suffered at this point in time.

08:27:31 15          THE COURT:  Okay.  Go ahead.

08:27:31 16 BY MS. ANDRE:

08:27:34 17 Q.  Dr. Boesch, is another way you can describe sub lethal harm as

08:27:38 18 "chronic harm"?

08:27:39 19 A.  Yes, indeed.  Perhaps that's probably the preferred definition,

08:27:44 20 a term that's used because, even though the effects may be initially

08:27:48 21 not lethal, they're chronic.  They create chronic effects which

08:27:52 22 could at some point in time effect the survival of the individual

08:27:56 23 and effect the population.

08:27:58 24 Q.  Now, in your report you say that potential harm was realized to

08:28:04 25 at least the resources listed here.  What did you mean by "at

08:28:08  1    least"?

08:28:08  2    A.  Well, as I mentioned earlier, there are other things that could

08:28:12  3    be affected in which there's not sufficient evidence, documentation

08:28:20  4    in the scientific literature which suggests to me that there is a

08:28:27  5    strong potential for an effect.

08:28:28  6           But as I said, you know, there's a lot of ongoing studies.

08:28:34  7    Most of the evidence, the most data available, data resulting from

08:28:38  8    the National Resources Damages Assessment is not publicly available,

08:28:42  9    and almost none of the interpretations of that are available or

08:28:46 10    available to me.  So I want to --

08:28:50 11           I tried to be very conservative in my assessments, but

08:28:54 12    want to recognize and the court to recognize there may be some

08:28:57 13    things that are still going to come out that could be affected.  But

08:29:01 14    I didn't feel that it was my responsibility to speculate on them,

08:29:04 15    unless there was significant evidence.

08:29:06 16    Q.  You just mentioned what you relied upon in your report.  I want

08:29:11 17    to talk a little more about your methodology.  Did you prepare a

08:29:16 18    slide describing your methods?

08:29:17 19    A.  I did.

08:29:17 20    Q.  Please call up D-32154.  First, what sources of literature did

08:29:25 21    you rely on?

08:29:26 22    A.  Well, when I was asked to do this assessment, I felt it really

08:29:31 23    important that I use the fairly abundant and growing scientific

08:29:35 24    literature on this spill.  These papers began to appear, literally,

08:29:41 25    weeks after the well was capped, but have been, literally now over

08:29:44  1    300 papers that are relevant on this -- effects of the oil spill.

08:29:49  2    So they include papers related to where the oil went, what happened

08:29:53  3    to it, what are the effects on organisms, and so all of those I had

08:29:57  4    to read and pull together and integrate.

08:30:01  5             I relied on the scientific literature for a number of

08:30:04  6    reasons.  First of all, I am trying to assess virtually everything

08:30:09  7    and the effects in the publicly available database.  The big

08:30:13  8    database that the Court talked about yesterday, it doesn't include a

08:30:17  9    lot of the things that I'll be talking about in terms of the

08:30:20 10    evidence of impacts.

08:30:21 11             In addition to that, I think, that analysis of those

08:30:24 12    original data are really best left up to the subject matter experts,

08:30:29 13    and subjected to peer review.

08:30:30 14             So what I looked at was the peer-reviewed literature,

08:30:33 15    for the most part, that is relevant, but it also had the benefit of

08:30:36 16    having been reviewed by scientific peers, sufficient to be

08:30:40 17    published, and that meant the authors had to correct any problems or

08:30:44 18    mistakes.  It also -- I looked at -- not only just accepted their

08:30:49 19    conclusions, but reviewed their evidence and conclusions.

08:30:51 20             And then, the other important thing is that many of

08:30:54 21    these papers actually come from some of the most prestigious

08:30:57 22    journals that we have in this nation.  To a scientist, that matters

08:31:02 23    because of the editorial standards, the publication standards.

08:31:06 24    Q.  Did you review any scientific literature that was not

08:31:08 25    specifically about the BP oil spill?

08:31:10 1    A.  Yes.  Because as one reads the paper, one has to, then, learn

08:31:15 2    more about -- well, I used this technique and I wanted to find out

08:31:19 3    the assumptions of that technique with that kind of analysis.  So

08:31:22 4    that often resulted in reading a lot of more literature that wasn't

08:31:27 5    on the Macondo well blowout, but on other issues that supported the

08:31:32 6    author's interpretations and conclusions.

08:31:34 7    Q.  Now, what other sources of information did you rely on?

08:31:37 8    A.  Well, in some cases, there is very little in the literature yet,

08:31:43 9    as I mentioned.  And so I, then, had to go to the data tables, data

08:31:49 10   sources that are available on the impacts of the spill.  We will be

08:31:53 11   talking about one, for example, that summarizes the number of birds,

08:31:58 12   turtles, and mammals that were collected and whether they were

08:32:01 13   oiled.  That's just an example.

08:32:03 14           In a few cases I relied on a technical report, usually

08:32:07 15   by a government agency, which hadn't been subject to the same peer

08:32:12 16   review, but I felt was germane and important to the issue before me.

08:32:16 17   Q.  Now, what role did Dr. Rice's work in this case have in your

08:32:21 18   assessment?  You already mentioned some about the drafting process.

08:32:25 19   Can you talk specifically what areas he focused on?

08:32:28 20   A.  Yes.  It was very critical to me because I am not a

08:32:32 21   toxicologist.  I read the papers that deal with the toxic effects,

08:32:39 22   for example, of Macondo well oil on fish larvae.  I understand the

08:32:45 23   context of that and what it would mean to the fish populations, but

08:32:47 24   it was Dr. Rice who actually had the expertise, not only on those

08:32:51 25   papers, but on the methodology used on the chemistry and the

08:32:54 1  assumptions about chemistry.  So he prepared that deep dive on that

08:33:00 2  issue.  And I interpreted -- brought that into my broader analysis

08:33:04 3  about what it could mean to the populations and ecosystems.

08:33:08 4  Q.  You won't be testifying to Dr. Rice's results here today,

08:33:12 5  correct?

08:33:12 6  A.  No, no, I think he will do that.

08:33:14 7  Q.  Looking back at the slide, are these documents on the bottom

08:33:19 8  here examples of the formal scientific literature you relied upon?

08:33:22 9  A.  Yes, those are just three examples, but just to pick three.  The

08:33:26 10  one on the left deals with the extent of shoreline oiling that was

08:33:31 11  done from the shoreline cleanup and assessment technique approach

08:33:36 12  done by -- coauthored by both government and scientists working for

08:33:41 13  BP.

08:33:42 14          Second deals with the impacts on cold water

08:33:46 15  corals.  These deep corals that live on outcrops down in the deep

08:33:50 16  Gulf.  And one on the far right, I don't know what it is.  That

08:33:58 17  deals with the issue that the Judge asked me about, that is this

08:34:03 18  issue of skin lesions and toxic contaminant levels in the liver and

08:34:10 19  bile of deepwater fishes.

08:34:12 20  Q.  Let's clarify these for the record.  So the first one you

08:34:14 21  mentioned is a paper by Dr. Michel, et al, including Dr. Taylor, an

08:34:20 22  expert in this case.  It's TREX 12199 and entitled "Extent and

08:34:25 23  Degree of Shoreline Oiling, *Deepwater Horizon* Oil Spill, Gulf of

08:34:28 24  Mexico USA."

08:34:29 25          The second is a paper by Dr. Fisher, et al, and is TREX

08:34:36  1   231547 entitled "Coral Communities as Indicators of Ecosystem Level

08:34:43  2   Impacts of the *Deepwater Horizon* Spill."

08:34:45  3           And the third -- Mr. Jackson, can you please blow that

08:34:49  4   up a little?  It's difficult to read.  It's a paper by Dr. Murawski,

08:34:57  5   et al, about fish lesions, as you said.  And let me just wait for it

08:35:02  6   to come up so I make sure I get the TREX into evidence properly.

08:35:21  7   The TREX number for this is 231516 and the title is "Prevalence of

08:35:31  8   External Skin Lesions and Poly" -- I apologize, your Honor.  This is

08:35:40  9   not the best way to do this one.

08:35:41 10           It's entitled "Prevalence of External Skin Lesions and

08:35:46 11   Polycyclic Aromatic Hydrocarbon Concentrations in Gulf of Mexico

08:35:49 12   Fishes, Post *Deepwater Horizon*."

08:35:52 13           Thank you.  You can take that down, Mr. Jackson.

08:35:55 14           Now, Dr. Boesch, I would like to change gears and

08:35:59 15   discuss the physical extent of the spill.  Have you prepared a slide

08:36:03 16   illustrating the geographic area that you considered in your

08:36:06 17   assessment?

08:36:06 18   A.  I have.

08:36:07 19   Q.  Please call up D-32155A.  First, can you explain what offshore

08:36:16 20   region you considered in your analysis?

08:36:19 21   A.  Well, first, this large mass out in the Gulf with shades of gray

08:36:26 22   is the cumulative footprint of the oil when it was floating on the

08:36:30 23   surface waters of the Gulf.  The darker the shade, the more days the

08:36:35 24   oil was there.  So the lighter the shade, oil was there just for a

08:36:41 25   few days.

08:36:41  1          So it's this region where the oil went that I think is the

08:36:45  2   critical bounds of the assessment that one should focus on.  And you

08:36:53  3   will -- and the -- yeah.  So that's the area where -- and the area

08:36:58  4   around that we would want to go look for effects.

08:37:03  5   Q.  Approximately how large was that area?

08:37:05  6   A.  That area on this image is 45,000 square miles based upon NOAA's

08:37:11  7   data set from satellite images.  There are other parties that have

08:37:16  8   assessed these satellite images as well.  Mind you, these are

08:37:21  9   snapshots taken, so you don't see the full movie.  So others have

08:37:24 10   assessed the same data and have come up with a slightly larger area

08:37:29 11   of 68,000 square miles.  But, roughly, in the same region.

08:37:33 12   Q.  In your mind, does it matter which of these estimates, 45,000 or

08:37:38 13   68,000, is actually correct?

08:37:40 14   A.  Well, you know, from the standpoint of our analysis it doesn't

08:37:44 15   because they both define generally the area where the concentrations

08:37:48 16   and exposure to oil was most likely and heaviest.

08:37:51 17   Q.  What shoreline area did you consider?

08:37:57 18   A.  Well, the shoreline indicated in blue is the shoreline that was

08:38:03 19   covered during these shoreline cleanup and assessment technique

08:38:07 20   surveys that were done by both the responsible party, and the

08:38:13 21   government responses, and the Unified Command.  So that doesn't mean

08:38:17 22   that all of that shoreline was oiled.  In fact, only a portion of

08:38:20 23   that shoreline was oiled.

08:38:21 24          But again, with respect to focusing my analysis, this is

08:38:24 25   the area that I would want to know what the harm is or where the oil

354

08:38:30  1    likely went.

08:38:31  2    Q.  Approximately how many miles of shoreline were oiled?

08:38:34  3    A.  This SCAT surveys indicated approximately 1,100 miles, linear

08:38:43  4    miles of shoreline oiled.  Just to put this in context, I checked it

08:38:47  5    yesterday, that's slightly less than the distance from this

08:38:51  6    courthouse to the U.S. Capital in Washington, D.C.

08:38:55  7    Q.  You can take the slide down, Mr. Jackson.  Thank you.

08:38:58  8                How did the amount of oil released impact your

08:39:01  9    analysis?

08:39:01 10    A.  Well, I think it's important.  It's important to recognize that

08:39:06 11    the government, whether it's the government's estimate of

08:39:09 12    4.2 million barrels of oil or the Court's determination of 3.2 that

08:39:13 13    this release was unprecedented in U.S. waters, and, certainly, from

08:39:19 14    an offshore oil and gas production installation.  It lasted for

08:39:24 15    87 days.

08:39:25 16                And in addition to that, I think, it's important to think

08:39:28 17    not only the total amount of oil, but the actual -- especially when

08:39:32 18    we talk about the deepwater environment -- the flow rate.  The

08:39:35 19    amount of oil that was being ejected pretty quickly in large volumes

08:39:39 20    over a period of time.

08:39:41 21    Q.  Did you give any consideration to the use of dispersant in this

08:39:45 22    case?

08:39:45 23    A.  Well, yes, we didn't assess the wisdom of applying dispersants

08:39:53 24    because it's already been done.  But recognizing when one puts

08:39:57 25    dispersants on oil, whether that was injection at the wellhead or

08:40:03  1    spraying the surface, the intent is to keep the oil in the water and

08:40:08  2    off of the surface where it could come to shore.  That is not

08:40:12  3    removal of the oil.  That is injection of the oil into the aquatic

08:40:17  4    system, even though it may or may not enhance the biodegradation

08:40:22  5    rate depending on the circumstances.  It means that you're making a

08:40:25  6    trade-off of putting more of the toxic components of the oil into

08:40:28  7    the aquatic system to keep it off the shoreline.

08:40:32  8            So in that sense, it is a factor with both respect to the

08:40:36  9    deepwater plume as well as the near surface waters, that is what

08:40:40 10    that contributed to toxic exposure.

08:40:43 11    Q.  So to make sure we're clear, you're testifying that dispersant

08:40:48 12    does not remove oil from the environment?

08:40:49 13    A.  That's right.  It basically mixes that oil.  It's designed to

08:40:54 14    break the oil up into small particles and promote dissolution as

08:41:00 15    well as enhanced degradation.  But to keep it off the surface;

08:41:04 16    reduce the likelihood the oil would come ashore.

08:41:09 17    Q.  Have you prepared a slide illustrating BP's consideration of the

08:41:13 18    geographic extent of the spill?

08:41:14 19    A.  Yes, I have.

08:41:15 20    Q.  Please, call up D-32156.  How did the approaches of BP's

08:41:21 21    experts, Dr. Taylor and Dr. Paskewich, differ from your own when

08:41:27 22    considering the geographic extent of the spill?

08:41:30 23    A.  Well, first of all, their experts expressed results as a small

08:41:34 24    percentage of a very large universe of samples in area.  So it

08:41:39 25    doesn't tell you exactly what the consequences are where the oil

08:41:42 1   went, but it tries to put it into a very bigger context.

08:41:46 2         So in the shoreline treatment, the shoreline issue Dr. --

08:41:50 3   both Dr. Paskewich -- Captain Paskewich and Dr. Taylor have graphs

08:41:57 4   to show minimize, sort of trivialize the amount of shoreline by

08:42:01 5   showing it compared to all of the shoreline in the survey.  Well,

08:42:04 6   many of the surveys were done just to check to make sure that oil

08:42:07 7   wasn't there.  So I think that's a trivialization of what isn't

08:42:12 8   quite a large area of oil.

08:42:14 9         So just to put it in context again, as I said,

08:42:21 10  1,100, 1,138 if you include the areas in Texas where there was trace

08:42:26 11  oiling observed, of shoreline were documented.  And we'll talk a

08:42:36 12  little bit more about whether that's an accurate estimate of the

08:42:38 13  full consequences, but, of that, about 360 miles was heavily or

08:42:45 14  moderately oiled.  That's about -- that's 78 percent more than the

08:42:51 15  amount of moderate to heavy oiling of any previous oil spill in this

08:42:55 16  country, or in most places in the world I would think.

08:42:58 17        So in that sense, it trivializes the real consequences of

08:43:01 18  a very large area of shoreline, extent of shoreline that was oiled.

08:43:05 19  Q.  Now, you just said --

08:43:07 20        MR. BROCK:  Your Honor, I'm sorry.  I just want to note an

08:43:09 21  objection to this demonstrative briefly, just reserve my objection

08:43:14 22  to it.  I don't think I have been served with this one.  But I think

08:43:18 23  you should proceed, but I just want to note.

08:43:21 24        THE COURT:  Where does this come from?  I, frankly,

08:43:23 25  thought from the questioning that this was BP's exhibit or

08:43:28 1    something.

08:43:29 2              MS. ANDRE:  Your Honor, this is from page 10 of

08:43:32 3    Dr. Boesch's round 2 report.  It's TREX 13184.010, and it's directly

08:43:40 4    lifted from his report.  It's figure No. 2.

08:43:45 5              THE COURT:  From Dr. Boesch's report?

08:43:47 6              MS. ANDRE:  Yes, your Honor.

08:43:48 7              THE COURT:  I thought -- explain to me what this shows.

08:43:53 8              THE WITNESS:  It has to do with Dr. Tunnell's analysis.

08:43:56 9    Dr. Tunnell looked at the data of year-to-year abundance, average

08:44:01 10   abundance of various fish species and shellfish species; for

08:44:08 11   example, the two species of shrimp:  Brown shrimp and white shrimp.

08:44:12 12   And he averaged these data, these annual abundances over very large

08:44:17 13   areas, and then tried to say whether that after -- during and after

08:44:21 14   the spill the numbers went down.  And so the point of this is to

08:44:25 15   illustrate the areas that he actually used.  And the calculation of

08:44:30 16   averages ranged from, in some cases, the whole Gulf of Mexico, some

08:44:34 17   cases this large sea map survey which extends from Alabama, the

08:44:38 18   Florida border to Texas, and, in some cases the whole Louisiana

08:44:42 19   coastal zone, average those, rather than look specifically at the

08:44:47 20   abundance changes in the areas that were actually affected.

08:44:52 21             THE COURT:  Okay.  Insofar as the oil, it looks very

08:44:58 22   similar to your previous exhibit with --

08:45:05 23             THE WITNESS:  The oil is exactly the same.  It's the

08:45:07 24   NOAA --

08:45:08 25             THE COURT:  What you're saying is he was -- you're trying

OFFICIAL TRANSCRIPT

08:45:11 1    to depict visually, I guess, graphically that he, then, compared

08:45:16 2    that to a much wider universe, so to speak, with --

08:45:20 3              THE WITNESS:  Sure.  Judge, so if you were going to look

08:45:23 4    at what the effects of that spill was on populations that were

08:45:28 5    impacted, it's sort of like if you were -- their approach would

08:45:33 6    suggest that -- the footprint of the oil suggests the dimensions of

08:45:39 7    a hurricane.  So if that hurricane came ashore, would you have to

08:45:43 8    devastate the whole Gulf of Mexico in order to claim the harm, or

08:45:46 9    was it in the area that was affected.  And so this analysis averages

08:45:50 10   data over very large areas rather than concentrates them on data

08:45:54 11   that represent the area that was actually affected.

08:45:56 12             THE COURT:  Okay.  I understand.  Thank you.

08:45:59 13             MS. ANDRE:  Thank you, your Honor.

08:46:01 14             MR. BROCK:  I have no objection to this exhibit with this

08:46:03 15   explanation.

08:46:04 16             THE COURT:  All right.  Thank you.

08:46:05 17   BY MS. ANDRE:

08:46:06 18   Q.  So, Dr. Boesch, you've just discussed how this figure helps

08:46:11 19   illustrate your criticisms of Dr. Tunnell.  Could you also explain

08:46:16 20   how this map might be helpful to understand your criticisms of

08:46:20 21   Dr. Shea's approach to the size of the spill?

08:46:23 22   A.  Yes.  I don't have the -- I think you'll see this from Dr. Rice,

08:46:28 23   but I don't have all of the samples that were represented in

08:46:32 24   Dr. Shea's analysis.  But Dr. Shea also takes all of the samples

08:46:36 25   that were collected -- water samples that were collected, and they

OFFICIAL TRANSCRIPT

08:46:40 1   might have been collected, say, along the Florida shelf -- coast in

08:46:44 2   anticipation of a baseline information.  Or they might have been

08:46:47 3   taken well after the spill was active just to make sure there was no

08:46:51 4   oil there.

08:46:51 5               So you take all of these samples that represent a

08:46:54 6   lot of water samples where the oil shouldn't have been and wouldn't

08:46:58 7   have been, and you take the number of samples where you found oil

08:47:01 8   and say, "Look, isn't it a very small percentage of all of the

08:47:04 9   samples?"  And it's not a reasonable, a transparent and clear

08:47:10 10  comparison.

08:47:11 11  Q.  So now that we've discussed the difference between geographic

08:47:16 12  areas considered in your report and by BP, let's discuss the extent

08:47:20 13  of oiling in the Gulf's deepwaters.  Have you prepared a slide, a

08:47:26 14  graphic depiction illustrating deepwater oiling?

08:47:28 15  A.  I have.

08:47:29 16  Q.  Please call up D-32157A first, what geographic area are you

08:47:39 17  talking about when you say, "deepwaters"?

08:47:40 18  A.  Well, by deepwater environment, if we think of the Gulf of

08:47:45 19  Mexico, we're familiar with the continental shelf, which is a fairly

08:47:47 20  flat area that extends out to about 200 meters, and then the bottom

08:47:52 21  drops off more precipitously.  So that area, the deepwater

08:47:56 22  environment is what we call the continental slope, going from 200 to

08:48:00 23  2,000 meters.  And then, actually, some of the area affected is

08:48:05 24  formerly what we call the abyss, or abyssal plain, water depths

08:48:10 25  greater than 2,000 meters.  So the consequences, the deepwater

OFFICIAL TRANSCRIPT

08:48:13  1    consequences on the bottom really affected mostly the continental

08:48:17  2    slope environments in this area.

08:48:19  3    Q.  And what happened to oil and hydrocarbons as they were released

08:48:23  4    from the well at the bottom of the Gulf?

08:48:25  5    A.  Well, this large flow of oil; but, also, importantly, lots of

08:48:32  6    gas -- for every barrel of oil released there was about 2,000 cubic

08:48:36  7    feet of gas.  Even though I recognize that's out of the equation

08:48:40  8    with respect to the Clean Water Act issues, that gas has

08:48:44  9    consequences.  It goes into solution and it feeds the microbiota in

08:48:50 10    the ocean, and, as we'll see, that had some pretty stark,

08:48:54 11    substantial consequences to the deepwater environment.

08:48:56 12            So as this oil and gas mixture, the gas expanding rapidly,

08:49:01 13    coming out at high velocity is a lot of mixing that takes place that

08:49:05 14    breaks the oil into little droplets as well as enhances its solution

08:49:09 15    into the deepwater.  That, interestingly, resulted in what we

08:49:14 16    generally call the deepwater plume; that is, it rose above the

08:49:19 17    seabed and it was trapped by the density differences in the water in

08:49:22 18    the deep Gulf.  So between 1,100 meters below the ocean surface and

08:49:29 19    1,300 meters, that's where this plume existed.  And then, the

08:49:32 20    currents, therefore, could transport that over some fairly large

08:49:36 21    distances.

08:49:36 22    Q.  And are the yellow arrows on this demonstrative, D-32157A, meant

08:49:42 23    to illustrate the directions in which the deep sea plume moved?

08:49:47 24    A.  Not the exact linear course, because the currents ebb and flow

08:49:52 25    and move around with the bottom topography, but it shows you that

08:49:55 1   the plume into the southwest was detectable as measured by the less

08:50:02 2   oxygen that one would expect.  We can measure this very precisely;

08:50:06 3   meaning, that there was degradation of the hydrocarbons drawing down

08:50:09 4   the oxygen, as far away as 300 nautical miles away, well off --

08:50:15 5   basically off the southwest Louisiana shelf.  And then, those

08:50:19 6   currents also reversed on occasion and moved this deepwater plume up

08:50:23 7   to -- up into DeSoto Canyon, which is indicated here.  The canyon

08:50:28 8   that kind of starts off in Destin, Florida and goes down into the

08:50:32 9   deep Gulf.

08:50:32 10  Q.  How does the deep sea oiling from the Macondo spill differ from

08:50:37 11  oil released in other offshore spills such as Ixtoc?

08:50:42 12  A.  Well, it's from the deepwater.  So Ixtoc or even Santa Barbara

08:50:47 13  spill that occurred off Santa Barbara, California, were fairly

08:50:52 14  shallow water.  Ixtoc was 160 feet.  So instead of this deepwater

08:50:58 15  plume forming, most of the mass of that oil, actually very quickly,

08:51:01 16  rose to the surface water.  Relatively little got mixed in and

08:51:05 17  incorporated into the deepwater environment.

08:51:08 18          And although, in one sense, you might think that the

08:51:12 19  incorporation of the deepwater environment is good because it keeps

08:51:14 20  it away from the surface, having that oil go to the surface quickly

08:51:17 21  actually promotes the loss of the hydrocarbons due to evaporation

08:51:24 22  volatilization.  So a lot of the compounds that we were now

08:51:28 23  concerned about being toxic in the aquatic environment did not have

08:51:31 24  to go through this phase where they could be evaporated and lost to

08:51:36 25  the ocean.

08:51:36 1    Q.  So let's talk about how this deep sea plume impacted what lives

08:51:41 2    in the deep Gulf.  Did you prepare a slide summarizing those

08:51:44 3    impacts?

08:51:44 4    A.  I did.

08:51:45 5    Q.  Please call up D-32158.  First, which deep sea organisms were

08:51:54 6    actually harmed by the BP oil spill?

08:51:56 7    A.  Well the seabed down there is almost totally mud, so it's the

08:52:01 8    organisms that live in this muddy bottom.  And they would be --

08:52:03 9    include worms, mollusks, crustaceans that live in the bottom, bottom

08:52:09 10   sediments.  And there was documented reduction in their abundance

08:52:13 11   and diversity, as well as disruption of the microbial processes that

08:52:19 12   take place in the bottom sediments.

08:52:21 13           The extent of this was -- of these organisms, these

08:52:26 14   small animals, the papers that were published indicated that that

08:52:30 15   area extended over, at least, 57 square miles.

08:52:34 16   Q.  How were these organisms impacted by oiling?  How did they come

08:52:41 17   in contact with the oil?

08:52:42 18   A.  Well, interestingly, the area that -- the bottom that was

08:52:47 19   impacted was mostly, for the most part, deeper below this deepwater

08:52:51 20   plume.  So there's a question of how the oil that came out got into

08:52:55 21   this deepwater plume got to the bottom.  And that's now become very

08:52:59 22   clear that this resulted from what we call biodeposition, deposition

08:53:06 23   by organisms acted that brought that oil to the bottom.  And it's a

08:53:11 24   phenomenon that we know well in oceanography over the years.

08:53:15 25           It's called marine snow.  If you have a lot of biological

08:53:19  1    production by bacteria, the dead bacterial cells, the mucus, so on

08:53:23  2    that are produced, create almost like a snow in the ocean and that

08:53:27  3    settles more rapidly.  In this case, as those microorganisms grew

08:53:32  4    with all of the oil and gas that they were feeding on, the snow that

08:53:36  5    was dense, brought down -- into sediment, it brought down oil to the

08:53:39  6    seabed and this oily residue which covered the bottom.

08:53:42  7    Q.  How did this impact with oil actually harm the species you've

08:53:47  8    just described?

08:53:48  9    A.  Well, in this case, it affected -- fell on the seabed, so if

08:53:53 10    you're a small organism living in the bottom and you're covered by

08:53:56 11    this blanket of this residue, it interferes with your ability to

08:54:00 12    feed and maintain yourself.  It could smother them.  But also it

08:54:03 13    exposes those organisms to high concentrations of toxic

08:54:08 14    hydrocarbons, which are in the residue -- evident in the residue.

08:54:12 15    Q.  Now, you also list on this slide that the harm resulting

08:54:17 16    included disruption of microbial processes.  Could you please

08:54:20 17    explain that?

08:54:21 18    A.  Right.  So even though they're not -- they don't seem to be

08:54:25 19    important, these microorganisms that live in the bottom of the ocean

08:54:28 20    are very important because they regulate the processes by which the

08:54:33 21    organic matter is degraded and nutrients are recycled into the

08:54:37 22    water, so that whole process of the ecosystems function.

08:54:41 23         In addition to that, the effect was -- of that is that

08:54:46 24    because of the degradation of that material, it depletes the oxygen

08:54:52 25    in the top sediments and, therefore, that shuts off the

08:54:56 1  decomposition.  So it allows the oil contaminants to persist longer

08:55:02 2  in the bottom where they're not subject to dissolution due to

08:55:07 3  constant mixing of the ocean waters or to degradation by microbial

08:55:13 4  processes because there's no oxygen left for those process to occur.

08:55:17 5  Q.  And do these deepwater species also serve as prey for other

08:55:21 6  bottom dwelling animals?

08:55:23 7  A.  Yes.  The animals are important because they are the base of the

08:55:26 8  food chain for bottom feeding fish, shrimp, for example, that might

08:55:30 9  live there.  In addition, you know, we don't know fully about the

08:55:40 10  recoverability of these populations.  Generally, in the deepwater

08:55:43 11  environment growth rates are slow, recruitment processes to have

08:55:49 12  more organisms come in and settle is a slow process.  So one thing

08:55:52 13  we don't yet know because the research hasn't been -- if it's

08:55:55 14  continued, hasn't been published, is how long this effect will last.

08:55:59 15  Q.  Now, let's discuss some of your other conclusions about impacts

08:56:03 16  in the deep sea.  You conclude that deepwater corals were harmed by

08:56:08 17  the spill.  Have you prepared a slide summarizing those conclusions?

08:56:12 18  A.  I have.

08:56:12 19  Q.  Please call up D-32159.  Now, before we talk about the harm that

08:56:20 20  occurred to these coral, approximately how old were the corals that

08:56:24 21  were harmed?

08:56:25 22  A.  Well, I don't know how old this particular colony is, but the

08:56:30 23  colonies that have been sampled in this region, living on these

08:56:33 24  outcrops of the region, have been carbon dated to be more than 400

08:56:38 25  years old.  Again, to put that in context, these corals were just

08:56:41 1   beginning to grow when DeSoto came into the Gulf to explore the

08:56:45 2   region.

08:56:45 3   Q.  And how did oil come into contact with these corals?

08:56:51 4   A.  Well, primarily, because of the deposition of this oily residue,

08:56:56 5   this oily marine snow.  And you can see on the far left of -- at

08:57:03 6   least, on my screen.  It's not very clear on the big screen, but on

08:57:06 7   the screens before us, you'll see how that colony is largely

08:57:11 8   blanketed by this oily residue.  This was in November 2010.  So it

08:57:18 9   is -- it is still about three, four months after the well had been

08:57:22 10  capped and the oily residue had fallen, and there is still some

08:57:27 11  coverage of this oily residue on the corals.

08:57:29 12          The other little organism with its tentacles, arms wrapped

08:57:34 13  around it is a brittle star that lives on -- with these deepwater

08:57:40 14  corals.

08:57:41 15          So the initial impact is the smothering with this

08:57:43 16  marine snow, and then, later on, by the end of the year, when this

08:57:47 17  remarkable series of pictures of the very same colony shows you

08:57:52 18  how -- where that residue covered them, the tissue, the animals, the

08:57:56 19  little individual coral polyps were killed, and there was just the

08:58:00 20  skeleton of the original colony left.

08:58:02 21  Q.  And can you briefly explain the difference between cold water

08:58:06 22  corals that are shown here and other corals in the Gulf that are at

08:58:10 23  higher depths?

08:58:11 24  A.  Yes.  One of the presentations -- first of all, the impact on

08:58:17 25  cold water corals wasn't addressed at all in the round 1 expert

1    reports from BP.  They did address, in rebuttal of my original

2    report on corals, and they tried to, again, minimize it by showing

3    maps of all of the corals in places that have been known to occur in

4    the Gulf of Mexico, including shallow water corals.  And again, to

5    my point is that if you want to assess the damage, you should look

6    at where the effect occurs.

7              I neglected to also say that, as time goes on, you can

8    see this remarkable series going -- in this last picture is

9    March 2012, and you'll notice that in the area that the tissue was

10   damaged there is, now, this fuzzy growth on it.  These are colonial

11   hydroids, another type of colonial marine organism that has come and

12   occupied the space where the coral polyps used to live, and these

13   are fast-growing.  They don't build new structures like a coral

14   does.  So it's basically inhibiting the recovery of the corals for

15   at least this, you know, almost two-year period.

16   Q.  And where did the harm to these coral occur?

17   A.  It occurred at -- documented at three sites in the general

18   proximity of the wellhead, one being as far as 23 kilometers away.

19   And generally, as we now know, pulling all of this together,

20   underneath where this deepwater plume with all of the oil and

21   dissolved gases and so on and bacterial growth was traveling, that's

22   depositing over that area.  So the colonies that were shallower than

23   that, above the deepwater plume or well outside where the deepwater

24   plume was active, weren't affected.  It's those in the area where

25   there was likely exposure that was affected.

09:00:07 1      It's also the case that, because this oily residue comes

09:00:11 2 down in globs, not uniform blanketing, there are portions of a

09:00:16 3 colony which are affected and some that are not.  Or portions -- or

09:00:20 4 a colony in one location that is affected and an adjacent colony may

09:00:24 5 not be.  So it's a very patchy effect.

09:00:26 6 Q.  With the exception of the fact that animals live in these

09:00:29 7 corals, which you've already discussed, what are the other important

09:00:33 8 things to consider in these coral?

09:00:37 9 A.  Generally, cold-water corals have been getting a lot of

09:00:40 10 attention in recent years in marine conservation, and that's because

09:00:46 11 they live in areas where fishing activities have now began to

09:00:51 12 extend, trying to fish in deeper areas.  So as you can imagine, if

09:00:56 13 an animal like this, 400 years old, is confronting the trawl, bottom

09:01:00 14 trawl, it's going to do some significant damage.  So there's great

09:01:04 15 concern about this.

09:01:05 16      And so because of their unique biota and rare occurrence,

09:01:12 17 only in these little outcropping in the Gulf, the Department of the

09:01:15 18 Interior, for example, has requirements that limit oil and gas

09:01:18 19 drilling activities anywhere near these coral outcroppings.  So we

09:01:23 20 already have a system to try to protect them from the effects of oil

09:01:28 21 and gas drilling in the Gulf.

09:01:30 22 Q.  Now, let's talk about BP's rebuttal to your opinions about

09:01:34 23 coral.  Do you agree that the harm to corals here is insignificant

09:01:38 24 because only a few corals were harmed?

09:01:40 25 A.  Well, I think you can only draw that by comparing it to all of

09:01:46 1    the corals in the Gulf of Mexico.  In the areas that were affected,

09:01:49 2    of course, it's is a significant impact, and there's good

09:01:51 3    explanation of reasons why, if the corals were shallower, they

09:01:54 4    wouldn't have been impacted by this.  If they were 200 miles away,

09:01:57 5    they wouldn't have been impacted by this.

09:01:59 6              So again, if we look at where the risk was, harm occurred.

09:02:02 7    Q.  And what is your opinion of Dr. Shea's dismissal of the marine

09:02:07 8    snow phenomenon?

09:02:08 9    A.  He said that this idea of oily marine snow is highly

09:02:14 10   speculative, and I can only say he hasn't followed the literature or

09:02:18 11   the debate among the scientists.  The concept of marine snow has

09:02:22 12   been around for almost 100 years and has been extensively studied.

09:02:27 13   The difference here is that the evidence that this marine snow that

09:02:31 14   was created was, first of all, more of it was created because of all

09:02:36 15   of the hydrocarbons put into the environment; but also that it

09:02:39 16   trapped oil.  But there is no real debate about it among the active

09:02:44 17   scientific community that studied this phenomenon.

09:02:48 18   Q.  Did BP provide any alternative theories for how the harm shown

09:02:51 19   in these pictures might have occurred?

09:02:53 20   A.  Yes.  They suggested that, both in their reports as well as a

09:02:59 21   paper that was critiqued that was published -- that this could

09:03:03 22   result from natural oil seeps in the area.

09:03:05 23   Q.  Did they also conclude that this was not Macondo oil because it

09:03:09 24   had not been fingerprinted?

09:03:11 25   A.  Yes.  They criticized the papers that came out originally

09:03:16  1    describing this phenomenon that it had done some chemical analyses

09:03:20  2    that were more of an indicator, -- key indicators to indicate that

09:03:26  3    that was recent fresh oil and they criticized it as not doing the

09:03:30  4    full spectrum scan.

09:03:32  5           The challenge though, of course, is that if there was

09:03:35  6    natural seeps that could be affecting these, I don't know how the

09:03:37  7    corals would have survived all of this time in an area where there

09:03:41  8    are natural seeps.  And also, there's very clear evidence of this

09:03:45  9    blanketing of a large area of this oily residue of the scale,

09:03:50 10    amount, and geographic scale that makes the suggestion that it's oil

09:03:56 11    seeps, natural oil seeps kind of fall on its own merit.

09:04:00 12    Q.  Now, did BP offer any other opinions regarding the impact of

09:04:05 13    natural seeps in the Gulf?

09:04:07 14    A.  Yeah.  They, again, tried to look at some other source of

09:04:14 15    contamination, talked about natural seeps.  They referred to the

09:04:17 16    fact that the National Academy of Science report suggested in its

09:04:21 17    estimate of trying to understand the amount of natural oil -- oil

09:04:26 18    seeping into the Gulf of Mexico from natural oil seeps, that it

09:04:31 19    could be 1500, 3600 barrels a day.  But that's across the whole

09:04:37 20    Gulf, that's not one seep.  The actual individual seeps are more

09:04:42 21    like -- even a very active one is maybe ten barrels a day.

09:04:45 22    Q.  Approximately how many natural seeps are there in the Gulf of

09:04:50 23    Mexico?

09:04:50 24    A.  I don't know.  I think there are certainly hundreds.  On the

09:04:55 25    continental slope, natural oil seeps if not thousands.  And they

09:04:59 1    range in size from seeps that show small bubbling of gas to those

09:05:07 2    that are almost like a lava light releasing globules of oil.

09:05:14 3    Q.  Do you have a demonstrative prepared to illustrate the

09:05:18 4    difference between discharge from a seep from the Macondo well,

09:05:22 5    and -- I'm sorry.  Let me say that again.

09:05:24 6          Do you have some exhibits that you brought to illustrate

09:05:28 7    the difference between discharge from a seep and discharge from the

09:05:32 8    Macondo well after the blowout?

09:05:34 9    A.  Yes.  We have a videos which compare the two, both a natural

09:05:38 10   seep as well as the blowout.

09:05:39 11   Q.  Thank you.

09:05:39 12         MS. ANDRE:  Can we first pull up TREX 233579.

09:05:39 13   BY MS. ANDRE:

09:05:46 14   Q.  What are we looking at here, Dr. Boesch?

09:05:48 15   A.  This is a video of a natural seep in the Gulf.  And it is --

09:05:54 16   I've looked at number of videos of seeps, natural seeps, and this is

09:05:58 17   actually one of the most active that I've seen.  As you can see,

09:06:00 18   it's releasing bubbles of gas, but also some globules of oil.  And

09:06:06 19   just to put this in scale, I would say the width of that area, that

09:06:11 20   fissure in which there is a seep going on, maybe oh, a foot or so, a

09:06:17 21   small area.  And you'll also see that, although there is some mixing

09:06:21 22   as the oil rises, it's basically ascending.  And if you were at the

09:06:29 23   surface, anywhere near one of these natural seeps, you really

09:06:32 24   wouldn't see an oil slick.  Sometimes you can see them from

09:06:36 25   satellite images and so on as a sheen.  But it's not something that

09:06:42 1    produce a large floating mass of oil on the surface either.

09:06:45 2    Q.  Let's compare this video to the Macondo well.  Could you please

09:06:49 3    pull up TREX 233557.

09:06:59 4    A.  So here is the Macondo well just on June 3rd, 2010, the day in

09:07:04 5    which the lower marine riser was cut off of the top.  Remember, that

09:07:09 6    kind of crimped the flow and resulted in the flow coming from

09:07:14 7    several places along the riser.  This is the total flow from the

09:07:17 8    well at that time.  And the width, again -- the scale is different

09:07:22 9    so the width of that diameter of that riser or the head of the well

09:07:30 10   here is about 3 feet.

09:07:32 11           And you can see this is no seep, it's a gushing mass of

09:07:36 12   gas and oil coming out at high velocity.  You can get a sense of the

09:07:41 13   mixing that takes place as a result of that.  That's a process which

09:07:44 14   allows for greater entrainment of oil into the deep waters of the

09:07:50 15   Gulf.

09:07:51 16   Q.  Do these videos tell you anything else about the comparative

09:07:55 17   effects of the Macondo blowout and natural seeps?

09:07:57 18   A.  Yes.  These natural seeps have been studied for quite a bit, and

09:08:03 19   they do have biological effects on the sea floor near the seeps.

09:08:10 20   There are various organisms that -- microbes, in particular, that

09:08:15 21   actually feed on the oil coming out of those seeps and change

09:08:17 22   conditions.  But generally those effects are noted over a period of

09:08:22 23   maybe ten meters, less than 100 meters or so.  And of course, in

09:08:27 24   this case, because we have this oil coming up creating this

09:08:29 25   deepwater plume, that allows for greater effect over a larger, much

09:08:34 1    larger area.

09:08:36 2            MS. ANDRE:  Thank you.  You can take those videos down.

09:08:36 3    BY MS. ANDRE:

09:08:39 4    Q.  Let's shift our focus now to the subject of the impact on the

09:08:42 5    near-surface waters.

09:08:43 6            First, when you discuss "near-surface water," what depth

09:08:46 7    are you referring to?

09:08:47 8    A.  Well, those depths in which there's mixing with the surface, so

09:08:51 9    generally speaking, within 10 meters.  There is effects depending

09:08:56 10   upon the amount of wind conditions that can mix it down to

09:09:01 11   30 meters.  But I think the conditions we're concerned about seeing

09:09:03 12   effects from floating oil are confined to the top few meters, not

09:09:06 13   more than 10 meters.

09:09:07 14   Q.  And have you prepared a slide summarizing impacts from oiling on

09:09:11 15   the near surface?

09:09:12 16   A.  Yes, I have.

09:09:14 17   Q.  Please call up D-32160.  First, what types of organisms were

09:09:24 18   harmed in the near-surface waters?

09:09:25 19   A.  Well, from a variety of papers that have been published as

09:09:29 20   evidence of harm of a number of the kinds of organisms that we find

09:09:33 21   in plankton, including phytoplankton, that is the small plants which

09:09:38 22   photosynthesize because of the light ability and support the basis

09:09:42 23   of the food chain.  But also the microbes that are involved in

09:09:46 24   recycling of materials and nutrients, bacteria.

09:09:48 25           But also the other things we're more familiar with, small

09:09:51 1   planktonic crustaceans, as well as comb jellies and jellyfish and

09:09:58 2   protozoans which live in the surface water.

09:10:00 3   Q.  And how did oiling impact these organisms?

09:10:03 4   A.  The evidence is from a number of papers and sources, and they

09:10:08 5   include evidence that the carbon -- that is, the organic matter

09:10:14 6   that's in oil -- was incorporated into food chains.  In fact -- and

09:10:17 7   being exchanged from one level to another.

09:10:19 8        So that doesn't address the toxicity itself, but it

09:10:25 9   basically says the whole basis of how food is provided and

09:10:28 10  distributed through the system was altered.  So it fits my

09:10:32 11  definition by saying this is an alteration of a natural function of

09:10:35 12  an ecosystem.

09:10:37 13       Secondly, there's evidence that for some of these animal

09:10:41 14  plankton, that there is evidence that there was bioaccumulation,

09:10:46 15  actually PAHs, polycyclic aromatic hydrocarbons, almost certainly

09:10:52 16  from that source, the Macondo well source, that had been taken up by

09:10:56 17  the organisms, a key part of their exposure to the toxins.

09:11:02 18       And then in addition to that, there is experimental

09:11:04 19  evidence from laboratory studies that have exposed planktonic

09:11:11 20  organisms in various concentrations of this Macondo well oil that

09:11:16 21  basically indicates that these exposure conditions were sufficient

09:11:20 22  to have induced a toxic effect.

09:11:23 23  Q.  Can you give some examples of what animals that feed on these

09:11:26 24  organisms?

09:11:26 25  A.  Yes, these organisms are very critical, for example, to support

09:11:32  1   another important organism we'll than talk about, the larvae of fish

09:11:38  2   that, because of the availability of food source and how that allows

09:11:42  3   their dispersal, they tend to aggregate up near the surface of the

09:11:46  4   ocean.  And as they develop and they begin their first feeding,

09:11:49  5   they're feeding on these plankton that -- and they're abundance and

09:11:54  6   availability of that nutritious food source is critical to their

09:11:57  7   survival.

09:11:58  8   Q.  Let's discuss your conclusions regarding impact to fish in more

09:12:03  9   detail.  Have you prepared a slide summarizing those impacts?

09:12:06 10   A.  I have.

09:12:07 11   Q.  Please call up D-32161.  As an initial matter, where were Gulf

09:12:16 12   fish impacted by the BP oil spill?

09:12:19 13   A.  Well, again, where there was high concentration of oil.  That

09:12:25 14   included near the surface in these near-surface waters.  And we

09:12:27 15   review evidence that suggests that there is a clear potential for

09:12:31 16   harm of larvae, of ocean fish, such as bluefin tuna, yellowfin tuna,

09:12:41 17   Mahi Mahi, and greater Amberjack.  And that are at the near-surface

09:12:46 18   waters, just as I described.

09:12:48 19          And then there's also this issue of potential harm to the

09:12:51 20   bottom-dwelling fish that I described in addressing Judge Barbier's

09:12:58 21   question about PAH concentrations in the liver and bile, as well as

09:13:06 22   the skin lesions.

09:13:07 23   Q.  And which species of bottom-dwelling fish were potentially

09:13:11 24   impacted by the spill?

09:13:12 25   A.  Well, scientists who published the paper identified three

09:13:36 1   species, red snapper -- and I am not talking about -- you'll hear

09:13:36 2   some more evidence about red snapper populations over the whole

09:13:36 3   region of the Gulf.  I'm talking about the portion of their

09:13:36 4   populations which is in the outer most shelf that is exposed to

09:13:36 5   where the -- where there is evidence and potential for sediment

09:13:36 6   contamination.  Northern hake, another species a little bit more

09:13:39 7   intimately in contact with the seabed.  The red snapper might get

09:13:44 8   down and swim around above the bottom, but these fish live --

09:13:48 9   doesn't get off the bottom very much.  And then tile fish, which

09:13:51 10  actually is a fish that actually creates burrows into the seabed.

09:13:54 11  So it's intimately exposed with the sediment.

09:13:56 12  Q.  I want to go back up for a moment to the oceanic fish harm that

09:14:03 13  you described.  Is this a topic that Dr. Rice is going to discuss in

09:14:06 14  much more detail?

09:14:07 15  A.  Yes, he will.  He will describe how the evidence -- experimental

09:14:13 16  evidence that's now been published, that the embryos and developing

09:14:19 17  larvae have various impairment of functions, heart development

09:14:25 18  functions, as well as formation of fins that -- in ways that could

09:14:32 19  effect their survival at concentrations roughly in the

09:14:38 20  part-per-billion range just to put this in context.  Part per

09:14:41 21  billion is like one drop of this compound -- these compounds over

09:14:47 22  300 barrels of sea water.  So it's very low concentrations.  And

09:14:51 23  that's the main subject of the source of debate that the Court will

09:14:55 24  be hearing between the experts about whether those effects could

09:15:00 25  have occurred.

09:15:01 1          MR. BROCK:  Your Honor, I object and move to strike that

09:15:03 2    response.  He is testifying to what Dr. Rice will testify to.  And

09:15:07 3    he will be here later today for examination.

09:15:10 4          THE COURT:  Well, he really just, I think, gave the topic

09:15:15 5    that Dr. Rice says he will be testifying about; he didn't say what

09:15:20 6    Dr. Rice's opinions would be.

09:15:22 7          MR. BROCK:  If you heard it that way, I am satisfied with

09:15:25 8    that.  If it's description of the topic, but I thought he was

09:15:28 9    advocating a position.

09:15:30 10         THE COURT:  He said Dr. Rice will testify about this;

09:15:33 11   we'll hear Dr. Rice testify about it.

09:15:33 12   BY MS. ANDRE:

09:15:36 13   Q.  And to be clear, Dr. Boesch, did you review all of the papers in

09:15:41 14   consideration of your Round report that Dr. Rice will be discussing

09:15:44 15   later today?

09:15:44 16   A.  The papers that deal specifically about the effects of pHs

09:15:52 17   coming from this oil on these species of fish, I did review.  I did

09:15:59 18   not review all of the -- Dr. Rice has covered a far greater body of

09:16:03 19   literature covering other evidence of these kinds of exposures.  I

09:16:07 20   didn't review all of those, but certainly these papers I read very

09:16:10 21   carefully.

09:16:10 22   Q.  And as you already testified, you independently reviewed and

09:16:13 23   adopted the opinions of Dr. Rice expressed in your joint round 2

09:16:18 24   report, correct?

09:16:19 25   A.  I have.

09:16:19 1    Q.  Now, Dr. Boesch, could the harms that you just described impact

09:16:26 2    populations of these fish?

09:16:28 3             MR. BROCK:  Your Honor, I am going to object to the

09:16:30 4    question as describing it as "harm."  If we're still on potential

09:16:34 5    harms, I think we should make that clear, please.  That's my

09:16:37 6    objection.

09:16:38 7             THE COURT:  All right.  I think I'll overrule the

09:16:40 8    objection.  The witness can, I think, explain.  I think he's done a

09:16:44 9    pretty good job of differentiating through his testimony.

09:16:47 10            Go ahead.

09:16:49 11            THE WITNESS:  Well, this is why I labeled it "potential

09:16:52 12   harm," because I don't know whether this affected the survival of

09:16:56 13   these larvae in the real world.  The evidence suggests that, at

09:17:02 14   those concentrations which could be realized, that there was

09:17:07 15   impaired heart function, development, that it affected how the fins

09:17:12 16   were being formed.

09:17:14 17            And my part of the analysis is that I am an ecologist, so

09:17:20 18   I am not into the detail of the toxicology.  But from the ecological

09:17:24 19   perspective of what I know about the conditions of survival of

09:17:27 20   larvae in the surface of the Gulf of Mexico, an impaired larvae that

09:17:33 21   can't -- that its heart is beating too fast or its fins aren't being

09:17:39 22   formed or the swimming speed is impaired is not likely to survive

09:17:43 23   because it is really a "fish eat fish" world there.  So any kind of

09:17:47 24   impairment like this, and even though it might not result in the

09:17:51 25   immediate, observable mortality, makes their survival in nature that

09:17:55 1    much more difficult a challenge.

09:17:55 2    BY MS. ANDRE:

09:17:59 3    Q.  Now, BP's expert, Dr. Tunnell, offers opinions about harm to

09:18:03 4    fish and shellfish populations.  Have you prepared a slide

09:18:07 5    summarizing your criticisms of Dr. Tunnell's work?

09:18:10 6    A.  I have.

09:18:10 7    Q.  Please call up D-32162.  First, what is your opinion of the

09:18:19 8    species considered by Dr. Tunnell?

09:18:21 9    A.  Well, remember the slide where I showed you the scope of the

09:18:23 10   activities Dr. Tunnell had used in the Gulf of Mexico, those dealt

09:18:29 11   with data that mainly were on coastal species, species that were

09:18:34 12   even living in the estuaries or in the shallow continental shelf

09:18:38 13   that were surveyed.  So he didn't address the two groups of species

09:18:42 14   that I found that there was probable harm; that is the deep

09:18:46 15   continental shelf, living near the seabed, those fish, or the

09:18:52 16   surface larvae of these pelagic fish.  So he doesn't discuss either

09:18:58 17   of those kind of species.  And rather, his focus and his analysis

09:19:02 18   are on species which I haven't found such evidence yet to raise to

09:19:06 19   the level of potential harm, given the conservative approach I took.

09:19:10 20   Q.  Now, Dr. Tunnell did consider in his analysis red snapper

09:19:14 21   populations, did he not?

09:19:15 22   A.  He did.  But he took averages over the whole shelf.  And again,

09:19:19 23   as I said, I think, where these red snapper populations were likely

09:19:23 24   exposed and certainly where the skin lesions and the bio

09:19:28 25   accumulations was noted, was in the deeper shelf, which was not an

09:19:31 1   area actually sampled in these surveys.

09:19:33 2   Q.  Please explain your criticism of the geographic area Dr. Tunnell

09:19:38 3   considered.  You've already mentioned it to the Court; is there

09:19:42 4   anything you want to add?

09:19:43 5   A.  No, I think I pretty well covered it.  Although I would say:  In

09:19:47 6   the third report, he did take a look at more limited area, took part

09:19:54 7   of the sample universe in, say, looked, for example, at southeast

09:20:01 8   Louisiana as opposed to the whole coastal Louisiana or as opposed to

09:20:05 9   the southwestern Gulf of Mexico, which I think was a step in the

09:20:07 10  right direction.  However, we can -- hopefully, we'll talk about

09:20:11 11  some of the limitations of that statistical analysis.

09:20:15 12          And these populations are highly variable, so it's very

09:20:19 13  difficult from those kind of broad brush data to draw these

09:20:23 14  conclusion.

09:20:23 15  Q.  Let's talk about his statistical methods.  What about them did

09:20:27 16  you find inappropriate?

09:20:28 17  A.  Well, they were just not up to the standard that one could

09:20:32 18  expect in contemporary fishing science and I don't think would

09:20:37 19  survive peer review in a quality journal, for a variety of reasons.

09:20:42 20  Starting with the reason of, if one is trying to find an effect in a

09:20:50 21  population that's going to be highly variable from year to year,

09:20:54 22  it's going to be difficult because of that variance, right?  And

09:20:59 23  that -- so then to address that, he converts these data to the log

09:21:07 24  ten of the abundance.  So right away, one unit in his graph is a

09:21:12 25  factor of 10, so he can only see really big differences.

09:21:16  1          And what one normally does this, sort of the standard in

09:21:22  2   analysis of this, is that you're required to do a power analysis.

09:21:25  3   What is the power of the test?  What kind of effect could you

09:21:30  4   possibly detect given that variance?  And he doesn't attempt to do

09:21:32  5   that.

09:21:33  6   Q.  Did his statistical methods have other shortcomings?

09:21:36  7   A.  Yes.  One of the things that's also generally required if you're

09:21:39  8   talking about the changes over time of a fish population, you have

09:21:43  9   to take into account the other things that affect that population.

09:21:46 10   So we know that climate variability, whether it's a wet year or a

09:21:50 11   dry year, cold winter or not, that's going to effect the population.

09:21:55 12   So in order to see an effect of a stressor -- in this case, the oil

09:21:59 13   spill -- you have to account for that effect as well as your stress

09:22:03 14   effect.  And he didn't attempt to do that at all.

09:22:06 15   Q.  Now, in your report, you also criticize his use of regression

09:22:10 16   modeling.  Can you please explain that?

09:22:13 17   A.  Right.  Regression modeling, quite simply put, is if you have a

09:22:16 18   number of data points over say 10 or 11 years and you try to draw a

09:22:22 19   best fit line that describes that trend, and that's what he did.  He

09:22:26 20   then said, Okay.  I am going to compare the abundances after the

09:22:30 21   spill to that line.

09:22:32 22          The problem was he uses the abundances after the spill to

09:22:37 23   help compute that line.  So it's like defining the trend based upon

09:22:41 24   the observations you're trying to compare to the regression.  It's

09:22:45 25   sort of an undergraduate mistake in statistics.

09:22:49  1    Q.  Now, why did Dr. Tunnell's failure to adhere to contemporary

09:22:54  2    standards in his statistical methods matter from ecological point of

09:23:00  3    view?

09:23:00  4    A.  Well, from ecological point of view, one has to take into

09:23:06  5    account the other factors that affect the populations in order to

09:23:10  6    understand the effect, quantify the effect one is looking for.  So

09:23:15  7    there could well be very meaningful effects of the population level

09:23:22  8    that are obscured by his analysis for the failings that I've already

09:23:27  9    described.

09:23:27 10    Q.  Is there any peer-reviewed literature cited both by yourself and

09:23:32 11    Dr. Tunnell regarding fish populations?

09:23:34 12    A.  Yes.  There is a paper, which I think is very important paper,

09:23:37 13    that -- by Fodrie and colleagues that addresses this challenge one

09:23:43 14    has.  When you can measure effects of the individual level like, you

09:23:52 15    know, effecting growth rate or effecting their ability to regulate

09:23:56 16    their physiological conditions, and how does that -- how you can

09:24:01 17    reconcile measurements at the population level and the challenge

09:24:06 18    scientists have of bringing those together.  And that's the paper

09:24:08 19    that we both cite.

09:24:10 20    Q.  Let's call that paper up, please, TREX 231543.  For the record,

09:24:23 21    this paper is entitled "Integrating Organismal and Population

09:24:28 22    Responses of Estuarine Fishes in Macondo Spill Research."

09:24:32 23            This is the paper you were just referencing, isn't it,

09:24:35 24    Dr. Boesch?

09:24:35 25    A.  Yes, indeed.  And you can see the authors -- you don't know them

09:24:38 1   but I know many of these folks and they include ecologists, fish

09:24:42 2   biologists, and molecular toxicologists, sort of a synthesis of the

09:24:49 3   information available.

09:24:49 4   Q.  And how does Dr. Tunnell's reliance on this article differ from

09:24:53 5   your own?

09:24:54 6   A.  Simply, he uses it and takes a quote out of it saying that

09:24:59 7   population level effects haven't been found.  But he doesn't then,

09:25:04 8   honestly, bring in the rest of the paper which discusses why that

09:25:07 9   might be the case.

09:25:09 10   Q.  Let's shift our focus now and discuss impacts to plants and

09:25:13 11   animals that live on or near the surface of the Gulf.  Did you

09:25:17 12   propose a slide summarizing impacts to surface plant life?

09:25:20 13   A.  I have.

09:25:21 14   Q.  Please call up D-32163.  What species of floating seaweed were

09:25:30 15   harmed by the spill?

09:25:31 16   A.  Well, there are two species in the genus Sargassum, the brown

09:25:37 17   algum that, if you've been offshore in the Gulf here or off the

09:25:40 18   Atlantic coast, you're familiar with these exploding masses of brown

09:25:44 19   algae out in the open waters.  And they are species that are adapted

09:25:47 20   to live their full lifetime in that condition.  So that's why the

09:25:53 21   Sargasso Sea is named the Sargasso Sea because of the floating

09:25:57 22   Sargassum.

09:25:57 23        So the same organisms occur in the Gulf.  And what

09:26:02 24   happened in the area where there was heavy flowing of oil is that --

09:26:04 25   there's both observational and experimental evidence to show that,

09:26:07 1   when the oil was incorporated into these floating seaweed masses,

09:26:12 2   the seaweed sunk.  It probably has to do with the small bladders

09:26:16 3   that -- the gaseous bladders that the seaweeds have to keep them

09:26:20 4   floating.  Those were interfered with and they basically sunk to the

09:26:23 5   bottom.  So the surveys showed there were remarkable dearth of

09:26:27 6   seaweeds in the areas that were -- where there was a lot of floating

09:26:31 7   oil.

09:26:31 8   Q.  And did this impact also result in oxygen depletion in these

09:26:36 9   areas?

09:26:37 10  A.  The sinking seaweeds probably didn't, the oxygen conditions; but

09:26:45 11  the studies that have been done also suggested that, in addition to

09:26:49 12  the loss of habitat of the animals that depend on the floating

09:26:53 13  seaweed -- hopefully we'll talk about them -- they also -- this oil,

09:26:58 14  as it was mixed in with the seaweed, is degrading and so the oxygen

09:27:02 15  levels in the environment within the seaweed was depressed to the

09:27:06 16  point of being stressful to -- if the seaweed was surviving, it was

09:27:11 17  still a stressful place to live.

09:27:12 18  Q.  What is the importance of sargassum?

09:27:16 19  A.  There are very interesting organisms that are associated with

09:27:20 20  sargassum that are only found in sargassum, but from our

09:27:23 21  perspective, they are really important as a refuge, a habitat where

09:27:28 22  as you can see schooling fish will kind of hide and protect

09:27:30 23  themselves.  And also importantly, young, very young sea turtles

09:27:37 24  will seek sargassum and kind of hang out and hide in them because it

09:27:42 25  provides them food but also a refuge from predators.  And as the

09:27:48 1    seaweed, sargassum, is mixed in with the oil, as the bottom

09:27:52 2    photograph would suggest, this produces considerable stress to those

09:27:57 3    organisms that are associated with the sargassum mats.

09:28:00 4    Q.  And where would these reductions in sargassum observed?

09:28:06 5    A.  The studies that were done showed the -- documented the

09:28:09 6    reduction of abundance in the areas east of the Delta, Mississippi

09:28:14 7    Delta.  So from the Chandeleur Islands to the Florida panhandle.

09:28:17 8    That was the area that was surveyed.

09:28:19 9    Q.  And is the harm to these floating seaweed communities ongoing?

09:28:22 10   A.  Well, it seems that the seaweed populations have recovered, have

09:28:27 11   come back.  And that this is -- you know, it floats around, it can

09:28:36 12   be repropagated and be recolonized this area, which is good, but we

09:28:41 13   don't know, of course, what the consequence of the animals

09:28:44 14   associated with this, whether the sea turtles, whether that's had a

09:28:48 15   long-term effect on the populations or exposed individuals or

09:28:52 16   classes of fish that might have been interfered with.  So in that

09:28:55 17   context, I can't tell you that there's no long-term consequence.

09:28:57 18   Q.  Let's discuss turtles and a couple of other animals living on or

09:29:02 19   near the surface of the Gulf.  Which other animals living near the

09:29:07 20   Gulf surface were impacted by the BP oil spill?

09:29:10 21   A.  The ones that we talked about, the seaweeds, and then plankton,

09:29:19 22   that would include the fish larvae and the like.

09:29:22 23   Q.  And what air breathing animals were impacted?

09:29:24 24   A.  Oh, I'm sorry.  I covered those before.  So as I mentioned in

09:29:28 25   the introduction, the air breathing animals, birds that have to

09:29:35  1  traverse the surface to feed, and -- or at the surface swimming

09:29:41  2  around, and marine mammals, particularly bottlenose dolphins in this

09:29:47  3  case, as well as sea turtles which have to go to the surface to

09:29:50  4  breathe, are particularly susceptible -- well-known to be

09:29:53  5  susceptible to oil spills.

09:29:54  6  Q.  Now, earlier in your testimony you mentioned that one of the

09:29:58  7  sources of data you reviewed was a table summarizing animals

09:30:03  8  collected during the response.

09:30:04  9  A.  Yes.  As I said, there's been -- relative to a lot of other

09:30:09 10  areas that I've talked about, there hasn't been a large number of

09:30:12 11  papers that have been published in the peer-reviewed literature.

09:30:18 12  Possibly -- probably, because a lot of the information and analysis

09:30:20 13  is tied up in the Natural Resources Damages case.  But there are --

09:30:24 14  the government has released general summary tables of, for example,

09:30:29 15  strandings of birds and mammals and turtles on beaches and their

09:30:34 16  collections of these animals during and after the spill.

09:30:37 17  Q.  Now, let's call up one of these data sources, which are -- I'll

09:30:42 18  warn your Honor in advance is impossible to read, so we have a table

09:30:46 19  directly following it that is much clearer.  The TREX is 231360.

09:30:55 20          Is this one of the tables that you relied upon?

09:30:57 21  A.  Yes.  This is the so-called "Consolidated Collection Table,"

09:31:02 22  fish and wildlife collection report that summarizes the collections

09:31:07 23  made by various agencies.

09:31:08 24  Q.  And let's pull up the slide containing some of the numbers from

09:31:13 25  this table, please.  D-32164.  So, please, explain this table to the

09:31:20  1    Court.

09:31:20  2    A.  Yes, so this summarizes that larger table.  It shows you for

09:31:25  3    birds, sea turtles, and mammals with that differentiation of species

09:31:30  4    at this point.  The total numbers that were collected live; of

09:31:33  5    those, the numbers that were visibly oiled.  The numbers collected

09:31:37  6    dead; and of those, those that were visibly oiled.  Those reflect

09:31:41  7    both the data from rescue efforts where they were going out and

09:31:44  8    trying to collect oiled birds or remove sea turtles from harm, as

09:31:52  9    well as strandings; that is, collections of dead animals washed up

09:31:55 10    on the beach or oiled animals similarly washed up on the beach.

09:31:59 11    Q.  And what date was this table produced?

09:32:02 12    A.  This are the results through April 14th, 2011.

09:32:06 13    Q.  Would you say that this table is a complete summary of every

09:32:10 14    turtle, dolphin, or bird injured by the BP oil spill?

09:32:14 15    A.  Not in the least.  Because of the vastness of the size of the

09:32:19 16    area and so on, and extensive areas offshore, there had to be many

09:32:23 17    more casualties of this that were never collected, rescued, or

09:32:29 18    carcasses of which were never collected.  This is actually

09:32:32 19    well-known from previous studies of oil spills.

09:32:36 20    Q.  Let's discuss impacts to these animals in more detail, starting

09:32:41 21    with turtles.  Have you created a slide summarizing harm to turtles?

09:32:45 22    A.  I have.

09:32:46 23    Q.  Please call up D-32165.  What direct evidence was there of harm

09:32:56 24    to turtles caused by the BP oil spill?

09:32:58 25    A.  Well, first of all.  There are five species of sea turtles in

09:33:03 1    the Gulf, all of which are threatened or endangered, so they're a

09:33:08 2    special concern.  Not only from a concern in terms of, you know,

09:33:12 3    their survival, but in the context of understanding population level

09:33:16 4    effects.  Since their populations are depressed anyway, any effect

09:33:19 5    has to be seriously considered.

09:33:21 6            And there were the -- as the previous table showed,

09:33:28 7    there were 1,149 turtles that were collected during the response.

09:33:33 8    Some of those were oiled turtles, like the picture on the bottom

09:33:38 9    right, that were rescued, cleaned up, and rehabilitated.  Released

09:33:43 10   elsewhere.  Others were carcasses.  So that's the general total of

09:33:52 11   animals that were collected.

09:33:55 12           In addition to that, the response went out to try to

09:33:59 13   protect this resource by locating nests on beaches that they thought

09:34:03 14   could be affected by the oil spill.  And then, preemptively going in

09:34:08 15   and removing the eggs from those nests to take them out of harm's

09:34:11 16   way.  And what those were done, that resulted in the transport of

09:34:16 17   almost 15,000 hatchlings of little turtles that were, then,

09:34:22 18   transported and released from beaches in Florida.

09:34:26 19           In addition to that, the evidence is this issue of the

09:34:29 20   lost habitat, sargassum, which is a really important habitat for

09:34:33 21   little small turtles; particularly, Kemp's Ridley turtles living, as

09:34:38 22   this one does in the top right here, out, in association with the

09:34:42 23   sargassum.

09:34:43 24   Q.  Now, relevant to the hatchling relocation program you just

09:34:46 25   mentioned, were those hatchlings released on Florida beaches on the

09:34:52 1    Atlantic Coast?

09:34:53 2    A.  Yes, they were released on the Atlantic Coast.  I think it's

09:34:56 3    unknown the degree to which those turtles -- any of those turtles

09:35:00 4    will return to the Gulf of Mexico.  So although it was a great

09:35:06 5    effort to mitigate the mortality of these individual animals from a

09:35:11 6    Gulf of Mexico population standpoint, it might not have been all

09:35:15 7    that helpful.  We don't know yet, and I think there's -- some of

09:35:19 8    that may be unknowable, but there are studies trying to address that

09:35:22 9    question.

09:35:22 10   Q.  Now looking at this slide, the bottom photo you just mentioned

09:35:26 11   as an example of a turtle that was probably rehabilitated and

09:35:31 12   re-released.  Would you expect that had this turtle not been

09:35:35 13   collected by response workers it wouldn't survive?

09:35:37 14   A.  This turtle -- I think it's just hard to imagine that that

09:35:40 15   turtle would survive.  And, of course, there are other turtles with

09:35:44 16   less oiling that could have survived, but there were some of these

09:35:48 17   small turtles which are, obviously, affected and, apparently, in the

09:35:52 18   effort to try to rescue them.  My point is that this -- as laudable

09:35:57 19   as it was, this could only affect the rescue of a small percentage

09:36:00 20   of the population of turtles out there in the large expanse of the

09:36:06 21   Gulf.

09:36:06 22   Q.  Let's talk about other indicators of harm that you considered in

09:36:09 23   your assessment.  What are those?

09:36:11 24   A.  Well, as I said, the exposure of juveniles and hatchlings to the

09:36:16 25   sargassum.  In addition to that, there was a substantial increase in

09:36:18 1   the stranding rate; that is the number of dead turtle carcasses

09:36:22 2   found during 2010 compared to the historical rates.  So the

09:36:28 3   five-fold increase in the stranding rates that were observed.

09:36:33 4          And up to an eight-fold increase in the stranding rates

09:36:37 5   during the months in which it was active amount of -- substantial

09:36:41 6   amount of oil out there.

09:36:42 7          Now, it is likely that because there were more people

09:36:48 8   out there in the response effort, there were more observers, more of

09:36:52 9   the dead turtles, stranded turtles were found than would normally be

09:36:56 10  the case.  But one would have to assume that it's eight times more,

09:37:00 11  you know, we've only caught one-eighth of the turtles before, but

09:37:05 12  now we're getting eight times more just because of observers.  And I

09:37:10 13  think that's hard to believe, and I think they may have some

09:37:13 14  evidence to suggest that that was the primary factor.

09:37:15 15         And so as I said, as we'll discuss more with birds,

09:37:20 16  there's a large experience with the fact that in any of these kinds

09:37:26 17  of incidents that you're likely to only collect a portion of the

09:37:31 18  animals that were actually affected.

09:37:33 19         And in addition to that, there was this effect --

09:37:36 20  potential effect, as we talked earlier about the effects on the

09:37:39 21  nesting habitat, which, again, it was mitigation to try to reduce

09:37:43 22  that, but not necessarily clear benefits to the Gulf populations.

09:37:47 23  Q.  Let's move on to dolphins.  Did you create a slide summarizing

09:37:51 24  harm to dolphins?

09:37:52 25  A.  I have.

09:37:53   1   Q.  Please call up D-32166.  How were dolphins actually harmed by

09:38:03   2   the BOP oil spill?

09:38:04   3   A.  Well, dolphins, again, having to travel through and breathe the

09:38:09   4   air around these floating oil were exposed.  And in addition to

09:38:16   5   that, there were 170 dolphins that were collected during this

09:38:23   6   period -- I'm sorry, during the response period.

09:38:26   7         And in addition to that, there is a study that was

09:38:33   8   conducted in Barataria Bay here in Louisiana with a resident

09:38:38   9   population of bottlenose dolphin, which was unlike the other kinds

09:38:42  10   of evidence, which was either dead bodies washed up on the beach or

09:38:48  11   necroscopy, you know, postmortem analysis.  These were studies of

09:38:53  12   live porpoises, live dolphins in Barataria Bay.

09:38:57  13         And the investigators looked at -- assessed their health

09:39:00  14   with a wide range of approaches.  And they identified two areas of

09:39:04  15   ill health for these dolphins; one is adrenal toxicity, production

09:39:10  16   of hormones that dolphins, you and I need, for normal function was

09:39:13  17   impaired.  And a lung disease.  A number of anomalies in their lungs

09:39:19  18   deduced from ultrasound analyses of these dolphins.  Both of those,

09:39:26  19   the authors indicated, are consistent with previous information

09:39:28  20   about the effects of oil on mammals, so that they found not only

09:39:33  21   these anomalies, but also made the case that those effects were

09:39:37  22   consistent with what we knew about the effects -- response of

09:39:42  23   mammals to the exposure.

09:39:43  24         So it's a combination of both the dead bodies, if you

09:39:46  25   will, the exposure situation, but also this detailed health study,

09:39:50  1  which suggests that this these dolphins in Barataria Bay, which, by

09:39:54  2  the way, was the one embayment which was most heavily oiled and most

09:39:58  3  persistently oiled in this spill, had ill health which threatened

09:40:02  4  their survival.

09:40:04  5  Q.  Now, what other indicators of harm did you observe to dolphins?

09:40:08  6  A.  Well, you know, one of the things -- as I said before, it goes

09:40:13  7  for birds as well as the turtles, I have to think when I look at

09:40:18  8  these data in terms of the strandings and the number of dolphins

09:40:21  9  that were found that, given the circumstances I described, there had

09:40:24 10  to be some dolphins that were also affected that were not found, so

09:40:28 11  that these estimates are probably minimal estimates.

09:40:31 12          And again, this is just in the cases with turtles, there

09:40:35 13  was this increase in stranding rate.  The number of dead dolphins

09:40:39 14  washed up on beaches during 2010 went way up, and it went way up in

09:40:44 15  particular during the months in which the spill was occurring.

09:40:46 16              Now, it is true that this unusual mortality event, as

09:40:51 17  it's called in the field, actually preceded the blowout, that there

09:40:57 18  was beginning to see this unusual number of strandings before the

09:41:01 19  blowout.  But it went up after the blowout, and, of course, the

09:41:08 20  effects of the oil have to be viewed in the context of the other

09:41:12 21  stressors that were responsible for this unusual mortality event as

09:41:16 22  well.

09:41:17 23  Q.  And what geographic region were dolphins harmed in?

09:41:24 24  A.  The evidence, at this point, deals, again, from where the oil

09:41:28 25  was occurring from Southeast Louisiana to the Florida panhandle.

09:41:32  1    Q.  I want to discuss Dr. Tunnell's conclusions regarding dolphins.

09:41:39  2    Do you agree that because some of the necropsies he cites do not

09:41:47  3    list oil as the cause of death, oil did not negatively impact the

09:41:51  4    dolphins in the Gulf?

09:41:53  5    A.  No.  Again, he didn't address dolphins in his initial evaluation

09:41:59  6    at all.  It's only in rebuttal of what I concluded.  And I think one

09:42:05  7    has to understand that, if an organism like a dolphin is going to be

09:42:11  8    affected by oil, it's going to be things like we discussed;

09:42:14  9    interference with its ability to breathe, its lung condition, the

09:42:20 10    effect on adrenal processes, its hormonal effects.  So it would be

09:42:27 11    rare that an organism like a dolphin, which would be found in

09:42:31 12    necropsies with its lungs full of oil or stomach full of oil, that's

09:42:35 13    not the way that they're being affected.  So that a lot of the other

09:42:41 14    factors that are identified in the necropsies, for example,

09:42:48 15    bacterial disease --

09:42:49 16             MR. BROCK:  Your Honor, I am going to object to this as

09:42:52 17    beyond the scope.  I don't believe he cited a review of the

09:42:56 18    necropsies in his expert reports.  I think that's beyond the scope.

09:43:00 19             MS. ANDRE:  Your Honor, he discusses Dr. Tunnell's

09:43:03 20    criticism in his round 3 report, TREX 13185R at page 10.

09:43:11 21    BY MS. ANDRE:

09:43:12 22    Q.  Dr. Boesch, did you look at necropsies themselves?

09:43:16 23    A.  No, I looked at his characterizations.

09:43:22 24             THE COURT:  So you're responding to his evaluation or his

09:43:27 25    report there?

09:43:29 1                THE WITNESS:  Right --

09:43:31 2                THE COURT:  I guess the question is:  Did you express this

09:43:35 3      in any of your reports?

09:43:37 4                THE WITNESS:  Yes, I did.  His rebuttal of my finding that

09:43:41 5      there was actual harm to dolphins said, "Well, the necropsies didn't

09:43:46 6      show any evidence of that."  And so, he referred to that.  I

09:43:51 7      actually, then, in my third report explained, just as I am trying to

09:43:55 8      do now, why that would be the case.

09:43:56 9                THE COURT:  Okay.  Go ahead.  Overrule the objection.

09:43:59 10               MR. BROCK:  My objection is to description of the details

09:44:01 11     of the autopsies which he is not has not reviewed.

09:44:05 12               THE COURT:  Okay.  Go ahead.

09:44:07 13               THE WITNESS:  Right.  I think I finished in that, in other

09:44:09 14     words, to summarize, the oil -- the types of effects oil exposure

09:44:14 15     would have wouldn't necessarily be evidenced in a necropsy that

09:44:18 16     would suggest that there is, you know, oiling included in the

09:44:22 17     animal's organs and tissues.

09:44:25 18     BY MS. ANDRE:

09:44:26 19     Q.  Now, I want to pull up on the screen the studies that you were

09:44:28 20     just referring to regarding adrenal and lung toxicity.  Please pull

09:44:33 21     up TREX 231481 and 231482.  These are studies by Dr. Schwacke, et

09:44:46 22     al.  The first is entitled "Health of Common Bottlenose Dolphins in

09:44:51 23     Barataria Bay, Louisiana, Following the *Deepwater Horizon* Oil

09:44:54 24     Spill."  And the second is entitled "Response to Comment on Health

09:45:00 25     of Common Bottlenose Dolphins in Barataria Bay, Louisiana, Following

OFFICIAL TRANSCRIPT

09:45:04 1    the Deepwater Oil Spill."  Are these the documents that you relied

09:45:09 2    on?

09:45:09 3    A.  Yes.  These and there's another publication which is actually

09:45:15 4    the comment that this last one refers to.  In other words, when

09:45:19 5    Dr. Schwacke and company prepared and published their paper, another

09:45:27 6    author wrote in rebuttal of their paper, a doctor, a scientist who

09:45:31 7    is working as a consultant to BP, basically criticized that paper.

09:45:35 8    And then the other paper that you see, the response paper, is the

09:45:38 9    response to the critics, the criticism that was offered.  So I

09:45:42 10   considered all three.

09:45:43 11   Q.  Let's also pull up that comment.  It's TREX 24143 -- sorry.

09:45:50 12   241493.  And is this the response to Dr. Schwacke's original paper?

09:45:56 13   A.  This is.  This is.

09:45:57 14   Q.  In his report, Dr. Tunnell criticizes your reliance on these

09:46:03 15   articles.  How do you respond to that criticism?

09:46:05 16   A.  Well, I reviewed the paper for my own background and knowledge.

09:46:13 17   I've reviewed the criticism, and I reviewed the scientists rebuttal.

09:46:18 18   Dr. Tunnell just, basically, cites the criticism and doesn't cite --

09:46:21 19   and it was published at the same time -- doesn't cite the authors --

09:46:25 20   the original author's explanation in response to the criticism.

09:46:28 21       So I think my assessment of these papers is more

09:46:34 22   comprehensive, and I did look very carefully at criticism.  The

09:46:39 23   criticism, in its essence, says that this is not a dose response

09:46:42 24   study; that is, you don't know how the animals responded to various

09:46:47 25   doses of oil.  And the authors said, "Well, that's not practically

09:46:51  1   possible or ethically possible for something like the dolphins, that

09:46:56  2   we use these multiple lines of evidence to compare the health of

09:46:59  3   these dolphins in Barataria Bay using analogous approaches to the

09:47:04  4   health of dolphins in Sarasota Bay."  That's the comparison that was

09:47:07  5   done.

09:47:08  6          So it was an observational study rather than an

09:47:10  7   experimental exposure study.  Because they couldn't control the

09:47:14  8   experimental conditions, nor would anyone want them to

09:47:18  9   experimentally expose the animals that way.

09:47:21 10   Q.  So did Dr. Schwacke's response to any criticisms she's received

09:47:27 11   satisfy you that -- to the reliability of her first round report?

09:47:31 12   A.  It did.

09:47:32 13   Q.  Let's move on to birds.  Did you create a slide summarizing harm

09:47:37 14   to birds from surface oiling?

09:47:38 15   A.  I did.

09:47:39 16   Q.  Let's call up D-32167, please.  Now, I know many species were

09:47:46 17   impacted, but can you name a few?

09:47:48 18   A.  Yes, there were many species of birds that were affected, but

09:47:52 19   the ones I think are most at risk were brown pelicans, laughing

09:47:56 20   gulls, royal terns, and northern gannets.

09:48:00 21   Q.  And how were birds actually harmed by the spill?

09:48:03 22   A.  Well, the birds could be harmed in three different ways

09:48:06 23   actually:  One is the one that we see, you know, visually, the

09:48:10 24   fouling of birds.  When the birds get covered with oil and their

09:48:17 25   feathers hold onto the oil, they lose their ability to float on the

396

09:48:21 1   water, they lose their ability to thermoregulate and can actually

09:48:27 2   die because they're losing body temperature.

09:48:30 3          And then, in addition to that, the birds could be affected

09:48:34 4   by toxicity.  They naturally will tend to preen the oil, try to

09:48:41 5   remove the oil from their wings, from their feathers, and, in the

09:48:46 6   process, ingest oil.

09:48:47 7          And then, thirdly, if a habitat -- a critical habitat,

09:48:51 8   marshes, mangroves along the coast are important as nesting sites,

09:48:57 9   then, obviously, they suffer harm as well that way.

09:49:00 10  Q.  Is there any disagreement among the parties that thousands of

09:49:05 11  birds were collected during the response both oiled and unoiled?

09:49:09 12  A.  I don't think so.  I think the disagreement is that whether

09:49:11 13  that's all there is, or whether that just basically is the tip of

09:49:14 14  the iceberg and that there are many more birds killed than were

09:49:20 15  collected.  And also, differences about whether there could be

09:49:23 16  population level consequences.

09:49:24 17  Q.  Let's talk a little bit more about what you just mentioned.

09:49:27 18  Now, understanding you've already explained in a general sense that

09:49:31 19  when you find a carcass there may be many more that were impacted?

09:49:36 20  A.  Uh-huh.

09:49:36 21  Q.  Could you more specifically explain what kind of modeling is

09:49:40 22  done to explain this impact on birds?

09:49:44 23  A.  Right.  So it's been well-known from assessment of oil spills

09:49:47 24  that the number of birds that are actually killed was greater than

09:49:50 25  the number of carcasses that are likely to wash up on the beach or

09:49:54 1    otherwise to collect.  And there have been previous literature,

09:49:58 2    which suggested that, and has led to the development of some models,

09:50:02 3    mathematical assessments of what the full effect may be.  Take into

09:50:07 4    account, for example, how far off the oil was from the shore, so

09:50:11 5    that if it's right on the shore, the chance that you can collect a

09:50:14 6    dead birds is greater than 50, 100 miles offshore.  They take into

09:50:19 7    account the sinking rate of a dead bird or survival rate.  In other

09:50:23 8    words, if it's killed, it's not going to stay around for very long

09:50:27 9    floating around in the Gulf.  It could be eaten, could be

09:50:30 10   decomposed, all of those kinds of things are taken into account in

09:50:34 11   these models that attempt to estimate the full mortality from the

09:50:38 12   limited observations of dead birds.

09:50:40 13   Q.  And are these generally known as beach bird models?

09:50:43 14   A.  Yes, they are.

09:50:44 15   Q.  And what do modeling studies suggest was the range of birds

09:50:51 16   killed in this case over the carcasses found?

09:50:55 17   A.  Well, there's -- at this point, this is an area of active

09:50:59 18   investigation, as I understand it, in the Natural Resources Damage

09:51:03 19   Assessment, because this is a pretty critical issue for

09:51:07 20   quantification.  And I don't have that full information or evidence,

09:51:09 21   so I can't tell you -- give my own estimate of the mortality.

09:51:13 22           There are two papers, actually, by the same authors

09:51:16 23   that have attempted to estimate the total mortality based upon, in

09:51:22 24   this particular incident, site specific considerations, on both

09:51:27 25   coastal birds as well as oceanic birds.  And collectively, they

09:51:32 1   would suggest that the mortality could be in the millions of birds,

09:51:37 2   but that, in general, it will be about 100 times the number of dead

09:51:41 3   birds that are collected.

09:51:43 4           Often in the case of previous spills, it's been

09:51:47 5   suggested that it's a factor of ten more than was collected.  I

09:51:51 6   don't know what the actual number was, but it just -- I used that

09:51:54 7   study not to rely on its estimate, but to suggest to -- to inform me

09:51:59 8   that in terms of an impact on the populations, it had to be far more

09:52:04 9   significant than just the body count of the birds would be.

09:52:07 10  Q.  Let's identify that study for the Court.  Please pull up TREX

09:52:10 11  246253.  Now, this is a study by Drs. Haney, et al, entitled "Acute

09:52:22 12  Birds Mortality from the *Deepwater Horizon* MC 252 Oil Spill."  Is

09:52:27 13  this the study you were just referring to?

09:52:29 14  A.  Yes, this is the study.  But this is just the abstract of the

09:52:32 15  study.  The full paper, of course, was available to me and to -- we

09:52:36 16  made it available with my expert report.

09:52:38 17  Q.  And are you opining on the validity of Dr. Haney's model

09:52:42 18  specifically?

09:52:42 19  A.  No.  I can't attest -- I am not an expert in this area, so I

09:52:47 20  can't attest to all of the details.  And I'm sure there is going to

09:52:51 21  be more papers on this published and criticisms.  My main issue I

09:52:55 22  drew from this is that -- two things:  First of all, the mortality

09:53:00 23  has to be substantially greater.  I am not sure if it's 1,000 times

09:53:04 24  greater, but it's substantially greater than what just the carcasses

09:53:09 25  would suggest.

OFFICIAL TRANSCRIPT

09:53:10  1    And then, secondly, it helped me understand the

09:53:13  2 birds species that are most likely, most susceptible, based upon

09:53:17  3 their modeling and where the birds were, where they live and those

09:53:20  4 other characteristics that I mentioned, that effects whether they're

09:53:25  5 washed out to sea, or sunk, or lost that way.

09:53:27  6 Q.  And would you say that the use and alliance on beach bird models

09:53:33  7 is a generally accepted practice?

09:53:36  8 A.  I think it's an area that's evolving, and I think there will be

09:53:39  9 a lot more understanding as the studies go on in this spill.  But

09:53:43 10 it's a practice that's been used.  I think there would probably be

09:53:47 11 consensus in the community that there is no standard model, no gold

09:53:51 12 standard model yet used, but I think we're moving in the right

09:53:55 13 direction of bringing all of these other factors into account.

09:53:58 14 Q.  Now, BP's experts also offer opinions on impacts of birds.  Did

09:54:05 15 you prepare a slide summarizing your opinion of Dr. Tunnell's

09:54:09 16 conclusions?

09:54:09 17 A.  Yes, I did.

09:54:09 18 Q.  Please call up D-32168.  First, what sources of data did

09:54:17 19 Dr. Tunnell rely upon?

09:54:18 20 A.  Well, he didn't attempt to try to draw any of his own

09:54:22 21 interpretations of how many birds were killed.  He relied on the --

09:54:30 22 again, surveys that are done that could help understand variations

09:54:35 23 in bird populations over time.  The two survey sources he has used

09:54:40 24 are, one, the Christmas Bird Counts done by the Audubon Society.

09:54:45 25 This is an annual activity that takes place around Christmastime

09:54:49  1    where volunteers go out and within a 15 -- an area 15 miles

09:54:54  2    diameter, try to count all of the birds that are there.  And another

09:55:00  3    one is the Breeding Bird Census.

09:55:02  4            So what I've indicated here on the bottom, this figure,

09:55:06  5    are the location of those Christmas Bird Counts, and the rectangles

09:55:10  6    are the areas where there are these more linear surveys that have

09:55:14  7    been done.  So those are the data he used.  And he basically says he

09:55:18  8    sees no reduction in the abundance of those birds based upon those

09:55:22  9    data.

09:55:22 10    Q.  What is the significance of Dr. Tunnell's reliance on land-based

09:55:27 11    stations that are depicted here in this figure?

09:55:29 12    A.  These are surveys done by people walking on land, and so they

09:55:34 13    don't -- they miss a lot of where these birds actually occur.  So

09:55:39 14    imagine if you're just standing on a beach; for example, one of

09:55:42 15    these sites is at Grand Isle.  And by just counting the number of

09:55:45 16    brown pelicans you see from Grand Isle, is that really a good

09:55:49 17    appraisal of the total population of pelicans, even though most of

09:55:54 18    them could be well offshore?

09:55:56 19            So not only the land-based location, but the sparsity.  So

09:55:59 20    the whole Southeast Louisiana and all of its exposure to the oil in

09:56:03 21    this case, is only represented by Christmas Bird Counts in Venice

09:56:07 22    and in Grand Isle.  The breeding bird survey that was done, that

09:56:11 23    little rectangle to the west, is south of Jeanerette, which is well

09:56:15 24    removed from where there was any oil.

09:56:18 25            So there are many of these stations, as you can see in

09:56:20  1   Texas, in Southwest Louisiana and the Florida Gulf Coast, that

09:56:25  2   include, again, bring in data -- abundance data from areas outside

09:56:30  3   of the oil and average those with the other data.  So it obscures

09:56:33  4   any effect that might have been evident in the data, if there were

09:56:36  5   any effects of it.

09:56:40  6   Q.  Now, this map that you've listed here depicts the maximum oiling

09:56:44  7   categories based on SCAT data; is that right?

09:56:47  8   A.  That's correct.  So in this case, you see the blue lines, which

09:56:50  9   are the areas surveyed again, but in the various color codes from

09:56:54 10   heavy, moderate, light, very light, you'll see where that oil

09:56:58 11   actually went and you'll see the heavy impact in and around

09:57:01 12   Barataria Bay, the lower part of Terrebonne Bay, but also along the

09:57:05 13   beaches of Mississippi, Alabama, and -- Mississippi and Alabama and

09:57:11 14   far West Florida for example.  So you'll see that many of the survey

09:57:15 15   points are well outside of the areas that have moderate to heavy

09:57:19 16   oil.

09:57:19 17   Q.  And can you, please, briefly explain the third criticism you've

09:57:23 18   listed on this slide?

09:57:24 19   A.  Yes.  Because he is averaging over these large areas and because

09:57:28 20   he is using -- they're using volunteer observations and -- from

09:57:32 21   land-based sources, you know, one could surmise that if there was an

09:57:36 22   impact that totally decimated all of the pelicans in the Gulf of

09:57:40 23   Mexico, you could maybe see it.  Probably would see it.  But short

09:57:44 24   of that, you know, other than a catastrophic effect, the resolving

09:57:48 25   power of this kind of analysis is very low.

09:57:51 1   Q.  Now, I would like to discuss the last zone of impact that you

09:57:56 2   identified earlier for the Court on your conclusion slide and that's

09:57:59 3   coastal habitats.  Have you prepared a summary slide about shoreline

09:58:04 4   oiling resulting from the spill?

09:58:05 5   A.  I have.

09:58:06 6   Q.  Please call up D-32169.  Now, we'll discuss both marshes and

09:58:17 7   beaches in more detail, but can you, please, provide an overview of

09:58:21 8   the total extent of miles visibly oiled by the spill?

09:58:26 9   A.  Yes.  In the SCAT surveys, which, again, are done for response,

09:58:30 10  they're not the assessment of impacts.  It's basically -- they're

09:58:34 11  surveying where to deploy their resources to protect or cleanup

09:58:40 12  stranded oil.

09:58:42 13       So of that, 1102 to be precise, miles of shoreline had

09:58:49 14  visible oiling.  And of that -- and again, I have to bring in

09:58:55 15  another 36 miles in Texas could be, or 38 miles in Texas could be

09:59:01 16  included in that as well.

09:59:04 17       So of that about 45 percent, slightly less than half of

09:59:09 18  that shoreline was actually marsh shoreline, which is important

09:59:13 19  because they're not recreationally important, people want their

09:59:18 20  beaches clean, they're areas where they can't easily be cleaned up.

09:59:22 21  Q.  And it lists here the amount of oiling as of May 2014.  How many

09:59:28 22  miles were still oiled at that time based on the SCAT observation of

09:59:33 23  visible oiling?

09:59:33 24  A.  In May 2014 it says there were 393 miles still oiled.  And you

09:59:39 25  can tell through the end of this last year there's always, not

09:59:44  1  always, but there are issues where new oil is found.  Generally in

09:59:50  2  some sort of a buried mat, the oil is mixed with sand and then

09:59:55  3  covered over by the sand and then the waves expose it, new oil is

09:59:59  4  being released in small droplets, in pellets of oil, oil and sand

10:00:06  5  aggregates or mats, these things continue to occur and provide some

10:00:12  6  level of continued exposure.

10:00:13  7         We don't know fully what the consequences on the organisms

10:00:17  8  on the beach that is, which is why I didn't include it as a

10:00:21  9  potential harm at this time.  But that there is a long-term residual

10:00:27 10  on beaches.

10:00:28 11  Q.  Of the 1100 miles oiled, how many were categorized as moderately

10:00:35 12  or heavily oiled?

10:00:37 13  A.  220 miles were moderately to heavily oiled.

10:00:41 14  Q.  Now, you've already mentioned that the SCAT surveys were meant

10:00:44 15  to detect visible oiling for response.  Can you give a brief

10:00:50 16  description of what those surveys included?

10:00:52 17  A.  Well, these are teams of people that are going out looking for

10:00:55 18  where oil is so they can guide where the cleanup activities are.  So

10:01:00 19  in some cases, particularly the marshes, there was reference I think

10:01:06 20  in someone's testimony yesterday about walking these beaches.  Well,

10:01:09 21  some of these areas couldn't be walked, you don't want to walk along

10:01:13 22  a marsh area, even if you could, because you could damage the marsh.

10:01:17 23         So some of them were also done more remotely by boats and

10:01:20 24  the like.  And again, these are all visual evidence, so it's not

10:01:24 25  chemical evidence; and subsequent work to identify where there is

10:01:29 1  chemically determined contamination, as well as more in-depth

10:01:36 2  visible examination, for example, the NRDA process, shown that there

10:01:40 3  are areas that were not initially labeled as oil under SCAT, which

10:01:44 4  they found visible and/or chemical evidence of oiling subsequently.

10:01:49 5       So I think this linear miles of shoreline oil is kind of a

10:01:53 6  minimal estimate.

10:01:54 7  Q.  Did BP's assessment of length of shoreline differ from your own?

10:02:02 8  A.  I think the only dispute was the Texas portions of the area in

10:02:06 9  Texas they've tended to rely solely on the SCAT work.  It differs in

10:02:11 10 terms of how you interpret the data but not the original linear

10:02:18 11 shoreline data.

10:02:19 12 Q.  When you say that BP's expert Dr. Taylor considers the SCAT

10:02:24 13 miles of visibly oiled shoreline a floor or a ceiling of total

10:02:30 14 shoreline oiling?

10:02:31 15 A.  Well, I think that's a good -- an apt description because I

10:02:34 16 think he kind of describes it as a floor and thinks that's less

10:02:39 17 of -- that milage was actually oil as general estimates.  And I kind

10:02:42 18 of agree with that distinction and would consider it more of a -- he

10:02:46 19 would consider it a ceiling and I would consider it more of a floor

10:02:49 20 of the estimate.

10:02:49 21 Q.  Let's discuss beaches in greater detail.  Have you prepared a

10:02:55 22 slide summarizing impact of oiling on beaches?

10:02:57 23 A.  I have.

10:02:58 24 Q.  Please call up D-32170.  Can you describe the nature of the

10:03:05 25 oiling -- the nature of the oil that landed on the beaches?

10:03:06  1  A.  Yes.  So that when this oil came ashore it didn't come as oil as

10:03:13  2  we know, it it's been out in the Gulf for sometime and it's

10:03:16  3  degrading and changing.  And in particular it gets mixed in with

10:03:21  4  waters of the Gulf.  So when it comes ashore, it's not this black

10:03:25  5  crude oil, it's this mahogany colored moose, moose that take place,

10:03:31  6  which means it has a lot of water included in it.

10:03:34  7          So these are the kinds of things that we were trying to

10:03:37  8  remove from beaches.  And in addition as the oil, that oil gets then

10:03:42  9  mixed in with the sand, these little tar balls with sand and

10:03:47 10  submerged oil mats and buried oil can occur.

10:03:50 11  Q.  And what is the scope and duration of beach oiling?

10:03:54 12  A.  Well, of that total remainder of the marsh about 560 miles were

10:04:00 13  oiled and of this 170 were moderately or heavily oiled.  And there

10:04:06 14  are still some areas, at least as of June -- of last year, and I

10:04:12 15  don't know the extent, but into last year, which is buried oil was

10:04:16 16  still being found and recovered.

10:04:17 17  Q.  And again, all of these numbers are based on SCAT observations

10:04:21 18  of visible oiling, correct?

10:04:22 19  A.  That's correct.

10:04:22 20  Q.  What other ecosystem consequences did you consider resulting

10:04:28 21  from oiling on beaches?

10:04:29 22  A.  Well, I was unable to draw any real conclusions about the harm

10:04:35 23  done to the natural system on beaches.  But that I did point out

10:04:38 24  that the cleanup activities, as important as they were to remove the

10:04:43 25  oil from the environment and to restore its recreational amenities,

10:04:48 1  also was not without consequence.  So from trucks riding on beaches

10:04:53 2  to the fact that many of these beaches were scraped and sieved, it

10:04:58 3  changes sort of the texture of the beach and the sand and shell

10:05:02 4  mixture which has broader implications in terms of the ecological

10:05:07 5  nature of the beaches as well.  I didn't attempt to quantify it, I

10:05:10 6  just merely pointed them out.

10:05:11 7  Q.  Let's talk about impacts on marshes and mangroves now.  Have you

10:05:16 8  prepared a slide summarizing those impacts?

10:05:18 9  A.  I have.

10:05:18 10  Q.  Please call up D-32171.  At the beaches, can you describe the

10:05:24 11  nature of oiling that occurred in marshes and mangroves?

10:05:27 12  A.  Yes.  Again, the oil came away -- came in the same way with

10:05:31 13  emulsified puddles.  It coated marsh plants.  And also in some cases

10:05:36 14  because of the -- have you ever seen a marsh surface with little

10:05:40 15  holes and burrows, some of that oil can then seep into the

10:05:43 16  subsurface soil.

10:05:46 17       So physically the initial effect as you see in the middle

10:05:51 18  picture here is within a few meters of where the oil came ashore,

10:05:55 19  that area of marsh was obviously heavily coated and affected.

10:05:58 20  Q.  What species of marsh vegetation were impacted?

10:06:01 21  A.  The species that occurred in those cases, which are for the most

10:06:06 22  part this common salt marsh cordgrass, most of the marsh plants we

10:06:12 23  know commonly.  In addition, black needlerush, which is another

10:06:17 24  marsh plant, sort of a darker color, has a little needle-like tip on

10:06:19 25  it.  And in the lower Mississippi Delta, common reed was affected.

10:06:25 1    And in some cases, mangroves in Barataria Bay region in particular

10:06:29 2    were affected.

10:06:30 3    Q.  What ecosystem consequences did you observe as a result of

10:06:35 4    moderate and heavy oiling in the marshes?

10:06:37 5    A.  Well, in some cases -- this is not in dispute -- there is

10:06:42 6    permanent marsh loss.  So where the oiling in the soil was heavy

10:06:46 7    enough to kill not only the surface vegetation, the blades of grass,

10:06:50 8    but also the roots and rhizomes, the death of that plant tissue

10:06:56 9    resulted in the disintegration of the soil texture.  So about a half

10:07:00 10   meter, foot and a half of soil is just lifted up and eroded away and

10:07:04 11   the marsh eroded back is one of the most severe effects of the

10:07:10 12   oiling.

10:07:10 13        In other cases the plants, vegetation regrew, but it's a

10:07:15 14   long-term question about whether the fabric of the soil, even where

10:07:19 15   the vegetation regrew has been weakened to the point where it's

10:07:23 16   actually allowed that area to be more susceptible to erosion.

10:07:27 17   Q.  And what's your opinion of cumulative effects of oiling and

10:07:31 18   other stressors on the marsh?

10:07:32 19   A.  Well, these marshes are in trouble.  I mean, they're

10:07:38 20   disappearing, and particularly in the Mississippi Delta region for a

10:07:42 21   variety of reasons related to relative sea level rise and land

10:07:46 22   sinking and the like.  And so any additional effect is of concern.

10:07:51 23   And so one has to put that in a broader context of the cumulative

10:07:57 24   effects of all of the things that are going on that affect the

10:08:00 25   survival of marshes.

10:08:02  1          Where the marshes eroded away, either initially or

10:08:08  2  subsequently because of this weakening phenomenon, it's important to

10:08:10  3  understand that they are not going to regrow.  In Louisiana they

10:08:15  4  don't come back once they're eroded and regrow, without intervention

10:08:17  5  by man, but pumping dredge sediment or river sediment diversions and

10:08:22  6  that sort of thing.

10:08:23  7          So we have to understand these are serious permanent

10:08:27  8  consequences.

10:08:27  9  Q.  And how many miles of marsh were moderately or heavily oiled?

10:08:32 10  A.  In the area, again mostly in Barataria Bay, but some elsewhere,

10:08:37 11  about 60 miles, linear miles were monitored on behalf of the oil.

10:08:42 12  Q.  Dr. Taylor, expert from BP, also presents his opinion about

10:08:48 13  marsh oiling.  Have you prepared a slide summarizing your criticisms

10:08:52 14  of Dr. Taylor?

10:08:53 15  A.  I have.

10:08:53 16  Q.  Please call up D-32172.  First, does Dr. Taylor's reliance on

10:09:02 17  observations of oil and vegetation omit certain impacts?

10:09:06 18  A.  Yes.  Because, again, he is using the visual observations of

10:09:10 19  oiling, and subsequent studies using sensitive chemical techniques

10:09:15 20  have shown that over time as the tide height varies and of course we

10:09:22 21  have hurricanes, Hurricane Isaac, that will move the oil well into

10:09:26 22  other marsh and deeper into the marsh.  It may not be evident

10:09:29 23  visually but it's detectable chemically.

10:09:32 24  Q.  Does Dr. Taylor consider soil contamination in the marshes?

10:09:36 25  A.  He generally disregards it, he says that the oil didn't sink

409

10:09:41 1    into the soil.  But I think, again, subsequent research has shown

10:09:44 2    that it did to a certain degree.

10:09:46 3    Q.  Does Dr. Taylor's report accurately access the persistence of

10:09:51 4    these impacts?

10:09:52 5    A.  No, I think he de-emphasizes that.  And, in fact, there have

10:09:55 6    been active studies of looking at the contamination chemically

10:10:00 7    measured that gives us a better understanding of the degradation

10:10:03 8    rates or persistence rates of various compounds of oil in these

10:10:08 9    marshes.

10:10:08 10   Q.  I want to pull up an example of one of the articles that

10:10:13 11   discusses penetration into the marshes.  Please call up TREX 231539.

10:10:23 12   This is an article by Dr. Turner, et al, entitled "Distribution and

10:10:27 13   Recovery Trajectory of Macondo Oil in Louisiana Coastal Wetlands."

10:10:32 14   Is this one of the articles you considered in your analysis,

10:10:35 15   Dr. Boesch?

10:10:35 16   A.  Yes, it is.  It's a very important article and I am happy to

10:10:39 17   explain why.

10:10:39 18   Q.  Please do.

10:10:40 19   A.  First of all, these scientists went out before the oil came in

10:10:46 20   to shore and took some samples, baseline samples before the oil

10:10:49 21   actually hit; so they have a pretty good understanding of what the

10:10:53 22   background contamination might be.  Then they've actually done some

10:10:56 23   detailed chemical analyses from the degradation rates over time of

10:11:02 24   other -- of the various components, the alkane components and then

10:11:07 25   these PAHs, the polycyclic aromatic hydrocarbons, were also assessed

10:11:13  1    so they can watch how those degrade over time, either by dilution or

10:11:18  2    by biodegradation.

10:11:19  3    Q.  And Dr. Turner and his team did observe lasting penetration by

10:11:24  4    oil in soil underneath the marshes, correct?

10:11:28  5    A.  Yes.  There were substantial -- as late as June of 2013, which

10:11:32  6    is the last data they had in this paper that appeared in 2014, they

10:11:38  7    showed that there was substantial elevation of both of those sets of

10:11:44  8    compounds in oiled marshes.

10:11:48  9            They also made some suggestion that based upon the

10:11:52 10    degradation rates they had seen, that the alkanes, these are the

10:11:56 11    ones we're less concerned about, but sticky, oily components, are on

10:12:02 12    their way to degradation and could be degraded back to background

10:12:06 13    within a year or so from now.  But that the PAHs could take several

10:12:11 14    decades to degrade to point where -- their background

10:12:14 15    concentrations.

10:12:14 16    Q.  And finally, regarding your impacts -- or your opinions, rather,

10:12:17 17    of Dr. Taylor's analysis, does he effectively evaluate cumulative

10:12:22 18    impacts of oiling on marsh?

10:12:24 19    A.  Not really.  Not in way that satisfies me in terms of looking at

10:12:28 20    the other effects.  In fact, he even goes so far to say that this

10:12:32 21    area that was eroded, the severely damage marsh edge that was eroded

10:12:36 22    would have been eroded anyway because of the shorelines are

10:12:40 23    retreating.  But that sort of fails to think that we just shifted

10:12:43 24    the baseline inland and that erosion will continue from a deeper

10:12:47 25    baseline.  So I think it's, once again, a point, an approach that

10:12:51 1    minimizes the real harm.

10:12:54 2    Q.  All right, Dr. Boesch, let's turn to your final topic, and

10:12:57 3    that's impact of oiling in marshes on the animals that live there.

10:13:02 4    Have you prepared a slide summarizing your assessment?

10:13:04 5    A.  I have.

10:13:05 6    Q.  Please call up D-32173.  Let's start with birds.  And you've

10:13:13 7    really already discussed this.  But did you have anything to add

10:13:16 8    about the impact of marsh oiling on birds that nest there?

10:13:20 9    A.  No, other than to say that one of the areas that's a particular

10:13:23 10   focus in understanding these effects is the disappearance of heavily

10:13:27 11   oiled mangrove areas in lower Barataria Bay that are nesting sites

10:13:34 12   for both brown pelicans and spoonbills.

10:13:36 13   Q.  How were other animals that live in or around the marsh impacted

10:13:41 14   by the spill?

10:13:42 15   A.  So if you've ever been to a marsh you know there are lots of

10:13:45 16   critters and there are lost insects, but there are also lots of

10:13:47 17   little crustaceans, crabs that run along the surface and so on.  As

10:13:51 18   well as we know that these marshes are important as nurseries for

10:13:54 19   like juvenile shrimp.

10:13:56 20         So all of those organisms are subject to the exposure of

10:13:59 21   this long-term contamination.  And there is evidence in some of

10:14:03 22   them, for example, the small crustaceans, as well as the insects,

10:14:08 23   fiddler crabs, where there was damage, you know, to the populations

10:14:14 24   determined.

10:14:15 25         In addition to that, there is other studies both on

10:14:18 1    killifish -- these are the little salt marsh minnows that we use for

10:14:21 2    bait in this part of the world -- and brown and white shrimp whose

10:14:26 3    growth rates were lowered in areas that were exposed.

10:14:28 4           So all of that brings together evidence not only

10:14:31 5    marshes but the animals that depend on them were harmed.

10:14:34 6    Q.  Please describe your conclusions regarding impacts to oysters

10:14:39 7    and oyster spat.

10:14:41 8    A.  Well, oysters and oyster spats is still a mystery.  Because in

10:14:47 9    addition to the other, to oil, there are other steps taking opening

10:14:52 10   river diversion to keep the oil penetrating into the estuaries.

10:14:55 11   That also we know that had an effect.  So, I think, as I understand

10:14:59 12   it, there's active work by the State Department of Wildlife and

10:15:03 13   Fisheries and scientists trying to unravel all of these things.

10:15:06 14   There are also natural causes, diseases, harvest pressure.  But it's

10:15:10 15   pretty clear and worry that the population levels in the areas that

10:15:14 16   were affected are still down and most importantly they're having

10:15:17 17   trouble with recruitment, the little spat of oysters that come every

10:15:22 18   year seems to be affected.  So this is a matter of active

10:15:26 19   investigation.

10:15:28 20          MS. ANDRE:  Thank you, Dr. Boesch.  Your Honor, I have no

10:15:30 21   further questions at this time.

10:15:31 22          THE COURT:  All right.  Let's go ahead and take our

10:15:34 23   15-minute recess.  It's about 10:15.

10:15:36 24          THE DEPUTY CLERK:  All rise.

10:15:37 25       (WHEREUPON, A RECESS WAS TAKEN.)

10:33:42 1   (OPEN COURT.)

10:33:43 2    THE COURT:  All right.  Everyone be seated please.  All

10:33:46 3 right.  Mr. Brock.

10:33:48 4    MR. BROCK:  Thank you, your Honor.  Mike Brock, and I have

10:33:50 5 the witness on cross-examination.

10:33:52 6          CROSS-EXAMINATION

10:33:53 7 BY MR. BROCK:

10:33:54 8 Q.  Dr. Boesch, I want to start with the issue of natural oil seeps

10:33:58 9 in the Gulf of Mexico.  Do you remember testifying about that on

10:34:00 10 your direct examination?

10:34:02 11 A.  Yes, I do.

10:34:02 12 Q.  And you referenced that it has been estimated that between 1,500

10:34:10 13 and 3,800 barrels of oil seep into the Gulf of Mexico on a daily

10:34:15 14 basis, correct?

10:34:17 15 A.  That's for the entire Gulf, that's correct.

10:34:19 16 Q.  Yes.  You actually put that number in your report, didn't you?

10:34:22 17 A.  I did.

10:34:22 18 Q.  And if we look at the high end of the range there, we would say

10:34:27 19 that up to 1.387 million barrels of oil flow into the Gulf of Mexico

10:34:38 20 every year from natural seeps?

10:34:40 21 A.  I trust your math.  That's about right.

10:34:44 22 Q.  Natural seeps in the Gulf of Mexico have led to the presence of

10:34:50 23 bacterial colonies that are capable of metabolizing oil, correct?

10:34:55 24 A.  I think those bacteria occur throughout the world's ocean, not

10:34:58 25 just the Gulf of Mexico.

10:34:59  1    Q.  We're going to focus on the Gulf of Mexico today, but they do

10:35:03  2    appear in the Gulf of Mexico, do they not?

10:35:05  3    A.  There are bacteria that are evolved to degrade hydrocarbons

10:35:08  4    throughout the world oceans.

10:35:10  5    Q.  And they are known to proliferate in the presence of

10:35:12  6    hydrocarbons in the water column, are they not?

10:35:14  7    A.  That's correct.

10:35:15  8    Q.  And that happened here at the Macondo incident.  That has been

10:35:18  9    studied also, hasn't it?

10:35:19 10    A.  It did.

10:35:20 11    Q.  Now, you would agree that within hours of exiting the wellhead,

10:35:28 12    that is within hours of oil exiting the wellhead, components of the

10:35:33 13    oil would be subject to biodegradation, correct?  Biodegradation,

10:35:40 14    correct?

10:35:41 15    A.  Well, I don't know the rate in that time, but, certainly, over

10:35:44 16    days to weeks, the degradation could be measured.

10:35:47 17    Q.  It's happening, though, within a short period of time after the

10:35:51 18    oil enters the water column from the well, correct?

10:35:55 19    A.  Within days to weeks, right.

10:35:56 20    Q.  Now, conditions under which the oil was released from the

10:36:04 21    wellhead, in this case, resulted in the formation of smaller

10:36:10 22    droplets of oil than would form in a lower velocity spill.  You

10:36:15 23    agree with that?

10:36:15 24    A.  I think that's true.  In addition to, of course, there were

10:36:18 25    dispersants applied there which also contributed to that effect.

10:36:20  1    Q.  Correct.  Thank you.  And the point there is that the

10:36:24  2    formulation of smaller droplets increased the surface area of the

10:36:29  3    oil, correct?

10:36:30  4    A.  That's correct.

10:36:30  5    Q.  And when you increase the surface area of the oil, the bacteria

10:36:35  6    that we've been referring to have a greater opportunity to consume

10:36:40  7    the hydrocarbon?

10:36:41  8    A.  That's correct.  As does -- as do the hydrocarbons have a

10:36:44  9    greater possibility of dissolving in the ocean water.

10:36:47 10    Q.  Now, once oil reaches the surface, it continues to be subject to

10:36:54 11    biodegradation as it travels toward the shoreline.  That's true,

10:36:59 12    too, isn't it?

10:37:00 13    A.  That's true.

10:37:07 14    Q.  At this point, has anyone demonstrated through valid scientific

10:37:10 15    evidence that there were broader consequences to the ecosystem

10:37:15 16    associated with biodegradation from this spill?

10:37:18 17    A.  The consequences of biodegradation itself?

10:37:25 18    Q.  Yes.

10:37:26 19    A.  Yes, indeed.  That's the basis of this formation of oily marine

10:37:31 20    snow that I mentioned.  That is as bacterial populations proliferate

10:37:37 21    and age and create mucus, this, then, settles down, carries oil to

10:37:42 22    the bottom.  So I would think that is one of the potentially harmful

10:37:45 23    consequences of creation of bacterial plume.

10:37:48 24    Q.  So you used a word right there at the end that's very helpful,

10:37:52 25    which is "potentially," correct?  It could potentially impact the

OFFICIAL TRANSCRIPT

10:37:58 1  environment?

10:37:59 2  A.  This -- I think this was the case of actually, because we know

10:38:02 3  well about the deposition of this oily residue.  And there is now

10:38:07 4  solid -- several scientific publications which strongly document the

10:38:13 5  process by which these residues formed and were deposited.

10:38:16 6  Q.  I am going to ask you one more question on this, and let me see

10:38:20 7  what your answer is.  No one has determined the consequences to the

10:38:23 8  broader ecosystem of the biodegradation connected to the spill, is

10:38:29 9  that correct?

10:38:35 10 A.  Not -- certainly, not all of the consequences, but I, indeed,

10:38:38 11 discussed a number of them.

10:38:39 12 Q.  Let me see Dr. Boesch's deposition at 53, line 22.  I'll call

10:38:50 13 your attention to a question that you were asked in your deposition.

10:38:52 14 We'll look at the answer, and then I'll ask you if this is what you

10:38:56 15 testified to under oath when your deposition was taken.

10:39:00 16      "So at this point, no one has determined the consequences

10:39:04 17 to the broader ecosystem of biodegradation connected to this oil

10:39:09 18 spill; is that correct?"  And may we see the answer, please.  The

10:39:15 19 first thing you said in response to that question, was, "Yes," was

10:39:19 20 it not?

10:39:20 21 A.  Yeah, but --

10:39:22 22 Q.  Did you say, "Yes," please?  I'll let you explain, but let me

10:39:26 23 finish this piece, and then you will be able to explain.  Did you

10:39:28 24 say "Yes"?

10:39:29 25 A.  I said, "Yes" accompanied by a sentence.

OFFICIAL TRANSCRIPT

417

10:39:31  1    Q.  And then you said, "The way I've treated these various effects,
10:39:35  2    I would put that in the category of potential, rather than actual."
10:39:38  3    Is that what you told us at your deposition?
10:39:40  4    A.  That's what I said, but you've -- we've had more chance to
10:39:45  5    describe exactly what you mean by the question here than I did when
10:39:48  6    the deposition took place.
10:39:49  7    Q.  Your testimony under oath is that no one has determined the
10:39:53  8    consequences to the broader ecosystem of the biodegradation
10:39:56  9    connected to the spill.  Your answer to that was "yes," that's why
10:40:00 10    it's in potential, correct?
10:40:02 11    A.  That's what I -- that's what the deposition said.
10:40:07 12    Q.  Thank you.
10:40:12 13           MS. ANDRE:  Excuse me.  Dr. Boesch, were you finished?
10:40:16 14           THE WITNESS:  Other than to reiterate the question that
10:40:17 15    Mr. Brock just asked me, gave me a chance to elaborate on what part
10:40:21 16    of the broader consequences I felt were actual.  And the question
10:40:25 17    was so general that I interpreted it at the time as meaning every
10:40:31 18    consequence.  And I would think that there are consequences which
10:40:34 19    are potential other than the actual consequences that actual harm
10:40:38 20    that I described.  That, in retrospect, is what I think I was
10:40:42 21    answering the question to.
10:40:44 22    BY MR. BROCK:
10:40:45 23    Q.  Let's move on.  When oil is coming to the surface and it is
10:40:52 24    subject to biodegradation, it becomes less concentrated, does it
10:40:58 25    not?

10:40:58 1    A.  When it becomes less concentrated, could you give me,

10:41:05 2    specifically, per unit what?

10:41:07 3    Q.  I'll use your words from the deposition.  It becomes less

10:41:11 4    concentrated because of the turbulent nature of the mixing of the

10:41:15 5    water.

10:41:15 6    A.  Oh, thank you.  It does, because if you have certain amount of

10:41:19 7    material in solution in suspension, and if you increase the volume

10:41:23 8    of that by the turbulent mixes, it would decrease the concentration,

10:41:27 9    correct.

10:41:27 10   Q.  And there's a second part of that that includes the

10:41:30 11   biodegradation that we have been referring to, correct, sir?

10:41:34 12   A.  Second part of the forces that reduce the concentration?

10:41:37 13   Q.  Correct.

10:41:38 14   A.  Yes.

10:41:38 15   Q.  Thank you.  Now, you also agree, do you not, the soluble

10:41:45 16   hydrocarbons would have dissolved as part of the biodegradation

10:41:51 17   process, correct?

10:41:54 18   A.  No, the soluble hydrocarbons dissolved as a result of physical

10:41:58 19   processes by which the materials go into solution.  It doesn't --

10:42:02 20   they need degradation to happen to have that phenomenon take place.

10:42:08 21   Q.  Let's take methane.  Do you agree that most of the methane would

10:42:12 22   have dissolved before the oil reached the surface?

10:42:14 23   A.  Yes, indeed, and I discussed this in the report.  Most of the

10:42:18 24   gaseous hydrocarbons were dissolved into the deep Gulf and never

10:42:22 25   rose to the surface.

10:42:22 1   Q.   That's one of the ones I'm talking about.   Another important

10:42:26 2   component of hydrocarbons is benzene, correct?

10:42:29 3   A.   That's correct.

10:42:29 4   Q.   And you agree that a substantial portion of the benzene that was

10:42:34 5   in the hydrocarbon mix would have dissolved by the time the oil

10:42:39 6   reached the surface of the water?

10:42:40 7   A.   I think that's a fair characterization.   I can't quantify what

10:42:45 8   substantial is because I don't have the literature before me.   But

10:42:48 9   that is an issue which has been study and, indeed, much of the

10:42:5210   benzene went into solution.

10:42:5311   Q.   Now, photo degradation is also a way in which Mother Nature

10:43:0412   helps to degrade oil after it reaches the surface, correct?

10:43:1013   A.   Photodegradation is the natural process by which the compounds,

10:43:1314   certain compounds can be broken apart into smaller compounds.

10:43:1715   Q.   And as they're broken to smaller compounds, again,

10:43:2116   biodegradation, then, has the opportunity, through the bacteria, to

10:43:2817   eliminate the hydrocarbon from the ecosystem?

10:43:3018   A.   It's not quite that straightforward because some photo or

10:43:3419   compounds that are created through light processes, the light

10:43:4020   striking it actually can become fairly resistant to biodegradation.

10:43:4521   Some of the degradation can be enhanced.

10:43:4622   Q.   Let's do it this way.   Do you agree that because there's more

10:43:4923   light on the surface, it's more subject to photodegradation?

10:43:5224   A.   Yes.

10:43:5225   Q.   Now, let's pull up, if we could, TREX 13191.1.4, please.   Do you

OFFICIAL TRANSCRIPT

10:44:02 1    see that this is an e-mail, Dr. Boesch, from you to Terry Garcia?

10:44:06 2    A.  Right.

10:44:07 3    Q.  And you are referring to here to the Sea Grant report on the

10:44:12 4    spill status, correct?

10:44:14 5    A.  That's correct.

10:44:14 6    Q.  You're familiar with this e-mail, are you not?

10:44:16 7    A.  I am.

10:44:17 8    Q.  I want to call up now the -- or just draw your attention to --

10:44:26 9    can I see where it begins, where it says, "Thanks Terry"?  I think

10:44:29 10   that's 1.1.2.  And you are just telling Terry Garcia, "I read this

10:44:37 11   report with great interest."  Do you see that?

10:44:39 12   A.  I do.

10:44:39 13   Q.  And then, if we go to 131319.1.4, I would like to read this

10:44:51 14   statement to you.  You say, "Perhaps, the most sensible statement in

10:44:53 15   the report is 'Fortunately, natural weathering processes are

10:44:58 16   transforming, diluting, degrading, and evaporating the various

10:45:03 17   compounds that make up what we collectively call crude oil.'"  Do

10:45:08 18   you see that?

10:45:08 19   A.  I do.

10:45:08 20   Q.  And did you write that?

10:45:10 21   A.  I wrote it.  I quoted the report with that statement.  The part

10:45:15 22   in quotes is from -- not my words but words of the report.

10:45:18 23   Q.  You endorsed those words with your statement of "most sensible

10:45:22 24   statement," correct?

10:45:23 25   A.  It is endorsed in the sense of the context of the full report to

10:45:28 1    which I am referring.  This is in August of 2010, so it was just

10:45:34 2    when a lot of things were flying around with accusations.  And this

10:45:37 3    report made some suggestions about the persistence of oil in the

10:45:42 4    deepwater, which I felt were not -- were exaggerated.  And still do.

10:45:48 5    I think the evidence has suggested that they did.

10:45:51 6              So I was trying to make -- communicate to Mr. Garcia, who

10:45:55 7    is a fellow commissioner who asked me what did I make of the report,

10:45:59 8    to say, "Yes," but, you know, you have to understand that these

10:46:02 9    various processes that you just asked me about are going on, and

10:46:07 10   these scientists were not taking that into full account, except for

10:46:11 11   this one quotation.

10:46:12 12   Q.  Does that mean when you said, "sensible statement" you thought

10:46:15 13   it was accurate?

10:46:15 14   A.  It is, indeed, that natural processes did transform, dilute,

10:46:22 15   degrade, and evaporate the components.  That's pretty clear.

10:46:27 16   Q.  Thank you.  13191.1.4.  Do you also write to Mr. Garcia, "Most

10:46:35 17   of the subsurface oil plume, most discharged more than two months

10:46:41 18   ago, now has been diluted by several orders of magnitude."  Do you

10:46:46 19   write that in your e-mail to Mr. Garcia?

10:46:48 20   A.  I did.

10:46:48 21   Q.  Now, the type of oil released in this spill, as we've talked

10:46:55 22   about some in this case in the opening statement, is considered a

10:47:00 23   light Louisiana crude oil, correct?

10:47:02 24   A.  Correct.

10:47:02 25   Q.  And light Louisiana crude oil contains a smaller proportion of

10:47:08  1    chemical components that would be expected to persist in the

10:47:12  2    environment than oil, like -- which was spilled in the Exxon Valdez

10:47:19  3    event, correct?

10:47:21  4    A.  The components that are enriched in a heavier oil are those --

10:47:26  5    the large molecules of alkanes, those are tar-like compounds that we

10:47:33  6    use to pave roads and they persist for a long time.  Those are not

10:47:37  7    the toxic components, though.  So it is true that a heavy oil has

10:47:43  8    more of those compounds which will tend to last around, but the

10:47:47  9    compounds of concern are the lighter -- particularly the polycyclic

10:47:53 10    aromatic hydrocarbon which are equally prevalent in both types of

10:47:56 11    oil.

10:47:57 12    Q.  Was the answer to my question "yes"?

10:47:59 13    A.  It was -- your question begged an explanation, and that's what I

10:48:04 14    was trying to give you, sir.

10:48:06 15    Q.  I asked you if a smaller proportion of the components would be

10:48:10 16    expected to persist than the crude oil in the Exxon Valdez spill, is

10:48:15 17    that answer to that "yes"?

10:48:17 18    A.  Yes.  And that's because it has more heavy alkanes.

10:48:20 19    Q.  Now, let's go to the next issue, which is your characterization

10:48:29 20    of potential harm.  As I appreciate it, you use potential harm when

10:48:37 21    evidence suggests that there might be actual harm, but it hasn't

10:48:41 22    been proven yet?

10:48:43 23    A.  It hasn't been demonstrated from the standpoint of actually

10:48:46 24    being observed in effect on the population or in the process.  It

10:48:51 25    can be deduced that it's likely to occur, but it hasn't been.  The

10:48:57  1    population process hasn't been assessed at this point.

10:48:59  2    Q.  The evidence is in a state where you would say, "I can't say

10:49:05  3    that the harm has occurred.  It is only in the category of a

10:49:09  4    potential"?

10:49:11  5    A.  I'm sorry.  Could you repeat the question?

10:49:14  6    Q.  That probably wasn't a good question.  Let me go to something

10:49:18  7    else.

10:49:18  8              In the report that you furnished to us, you did not

10:49:24  9    attempt to quantify the extent of any potential harm that may have

10:49:30 10    occurred?

10:49:32 11    A.  I did not attempt to quantify in terms of the exact size of the

10:49:38 12    population or, you know, area of coverage or anything, that's true.

10:49:44 13    Q.  Nor did you, in your report, attempt to quantify the probability

10:49:50 14    that any of the potential harms that you identified will occur at

10:49:54 15    some point in the future.  That's not in your report either, is it?

10:49:58 16    A.  This is -- these -- you're asking about the harm that I did not

10:50:02 17    identify, but could potentially occur?

10:50:04 18    Q.  I am asking you about those things for which you said, "They

10:50:07 19    might occur.  They're potential."  You didn't quantify the

10:50:15 20    probability that they will emerge as an issue related to the

10:50:19 21    environment?

10:50:20 22    A.  I did not quantify them, but I used my professional judgment

10:50:23 23    based upon the evidence to say -- to conclude -- draw my conclusion

10:50:26 24    about whether they were likely or not.

10:50:29 25    Q.  Now, I believe you mentioned in your report that your assessment

10:50:37 1   did not involve analyses of the extensive NRD databases, is that

10:50:44 2   correct?

10:50:45 3   A.  That's correct.  I did not do that.  And for the reasons that I

10:50:48 4   stated.  Dr. Rice, in his attempt to review the expert report of

10:50:54 5   Dr. Shea, did actually do such an analysis, and that is included in

10:51:00 6   the round 2 report which -- to which I coauthored.

10:51:04 7   Q.  Related to water samples?

10:51:05 8   A.  Correct.  Water samples and sediment samples.

10:51:10 9   Q.  You didn't review the sediment samples yourself, though, did

10:51:14 10  you?

10:51:14 11  A.  I reviewed Dr. Rice's analysis and summary of those samples.  I

10:51:20 12  did not review the original -- we actually -- my laboratory looked

10:51:24 13  at the data, but, then, by that time, he was going to do an

10:51:27 14  analysis, so I did not attempt to do it myself.

10:51:30 15  Q.  You did not put forward your own analysis of the water or

10:51:35 16  sediment samples, did you?

10:51:37 17  A.  Other than by endorsing Dr. Shea's analysis in a round 2 report,

10:51:41 18  no, I did not.

10:51:42 19  Q.  You believe there's an analysis of sediment samples in the round

10:51:45 20  2 report?

10:51:46 21  A.  I think that actually came later when he delved out more deeply

10:51:52 22  into it, now that you ask me that specifically; but he did look at

10:51:55 23  sediment data.  I know Dr. Rice did look at sediment.

10:52:00 24  Q.  That's in the third round report, correct?

10:52:02 25  A.  Yes.

425

10:52:02 1    Q.  And you didn't sign off on the third round report, did you?

10:52:05 2    A.  No, I did not.

10:52:05 3    Q.  So there is nothing in any of your reports that relates to

10:52:08 4    sediment data?

10:52:09 5    A.  Not that original data.  However, there are studies, published

10:52:14 6    studies that have used some of that data in -- that I did cite and

10:52:18 7    did use.

10:52:18 8    Q.  You didn't reference that in your report, did you?

10:52:20 9    A.  Did I specify that these papers used the publicly available --

10:52:27 10   Q.  Did you specify anything about sediment in your round 3 report?

10:52:30 11   Sediment samples?

10:52:35 12   A.  I certainly discussed the elevated concentrations of

10:52:39 13   sediments -- of contaminants and sediments.  I discussed

10:52:46 14   contamination of the oily residue that was deposited on the sea

10:52:49 15   floor, and I think I probably discussed those issues in all three of

10:52:52 16   my reports.

10:52:52 17   Q.  I'm referring to the sediment samples, the data reflected in the

10:52:56 18   sediment samples.  Did you address that data anywhere in any of your

10:53:02 19   reports?

10:53:03 20   A.  I refer to papers that had data on sediment contamination

10:53:07 21   levels, and I addressed -- I used those papers, but I did not do --

10:53:11 22   as you asked me initially, I did not do my own analysis of the

10:53:15 23   publicly available -- so-called publicly available combined

10:53:18 24   database.

10:53:19 25   Q.  New topic.  Population level data where available is an

OFFICIAL TRANSCRIPT

10:53:27 1    important consideration in evaluating the environmental impact of an

10:53:31 2    oil spill, correct?

10:53:32 3    A.  It is.

10:53:33 4    Q.  Now, I would like to ask you, sir, are you aware that there is

10:53:39 5    extensive environmental data from the *Deepwater Horizon* event that

10:53:44 6    is available publicly on the Internet and has been published and put

10:53:51 7    there by the federal government?

10:53:53 8    A.  Could you be more specific about which data you refer?

10:53:57 9    Q.  Yeah.  Let me just ask you about a few.  Did you look at any of

10:54:00 10   the data or information that's publicly available on colonial water

10:54:04 11   birds in your effort to understand potential impact to the bird

10:54:09 12   population?

10:54:09 13   A.  I did not do my own analysis of those data.

10:54:11 14   Q.  Did you do any analysis of the publicly available information on

10:54:16 15   shore birds when you were looking to formulate your opinions here?

10:54:20 16   A.  No, I did not.

10:54:21 17   Q.  Same question for the data that's publicly available on beached

10:54:26 18   birds.

10:54:26 19   A.  Other than those combined tables that I showed you, those data,

10:54:30 20   I used those, but not beyond that.

10:54:33 21   Q.  What about publicly available information on turtles?  Did you

10:54:39 22   review any publicly available information there?

10:54:42 23   A.  Yes, the combined fish and wildlife collection data is what I

10:54:47 24   referred to as I described.

10:54:48 25   Q.  The table that you discussed earlier?

10:54:49  1    A.   That's correct.

10:54:50  2    Q.   What about the publicly available data on various fish species

10:54:56  3    and aquatic organisms?

10:54:59  4    A.   I did not do my own analysis of those data.

10:55:02  5    Q.   Now, you made reference to some criticisms of Dr. Tunnell with

10:55:22  6    regard to his analysis of birds?

10:55:27  7    A.   I criticized his analysis of the bird population data, correct.

10:55:31  8    Q.   Now, will you please confirm for the Court that you did not

10:55:36  9    review, study, or report on the Audubon Christmas bird survey for

10:55:42 10    birds in the Gulf of Mexico?

10:55:44 11    A.   I did not include that in my initial report, but I did address

10:55:48 12    the -- Dr. Tunnel's interpretation of those data in my rebuttal.

10:55:54 13    Q.   You don't analyze that data yourself though, do you?

10:55:57 14    A.   No, but I reviewed his analysis of the data, correct.

10:56:00 15    Q.   And you did not analyze yourself the North American breeding

10:56:10 16    bird survey for birds in the Gulf, did you?

10:56:12 17    A.   I did not.  I, again, reviewed his analysis of those data and

10:56:16 18    offered the criticisms that I just reviewed earlier.

10:56:18 19    Q.   And you did not do your own analysis of the bird oiling

10:56:22 20    observation data collected by the United States as part of the

10:56:26 21    *Deepwater Horizon* environmental investigation, that's true, too,

10:56:28 22    isn't it?

10:56:29 23    A.   Other than represented in those combined compressive database, I

10:56:34 24    did not.

10:56:34 25    Q.   You have not looked at sea turtle necropsy data, have you?

10:56:50 1    A.  No, I have not seen the original data.  I've seen some reference

10:56:53 2    to it, but I have not reviewed the actual data.

10:56:56 3    Q.  And you have not made any attempt in this case, through your

10:57:01 4    reports, to quantify the number of turtles, if any, that were oiled,

10:57:06 5    but not rescued?

10:57:07 6    A.  No, other than saying it has to be larger than the number that

10:57:11 7    were actually taken, that's correct.

10:57:13 8    Q.  With regard to the necropsy data, the same is true for the

10:57:16 9    dolphin information, correct?  You haven't reviewed that?

10:57:20 10   A.  I haven't reviewed the original data.  I did review the summary

10:57:27 11   of those -- I'm sorry -- no, you're right.  I'm thinking of turtles

10:57:32 12   again.  No, I did not.

10:57:33 13   Q.  Now, would you agree, sir, that when conducting a thorough

10:57:38 14   investigation about the impact of oil to species, that if necropsy

10:57:45 15   data is available and can be reviewed, that it can be helpful to

10:57:50 16   understanding a potential causal link?

10:57:53 17   A.  It can be helpful, but it isn't the only source of information,

10:57:56 18   that's correct.

10:57:57 19   Q.  But for that helpful source, you have not reviewed those

10:58:02 20   necropsies, right?

10:58:02 21   A.  I haven't reviewed all of the original necropsy data, that's

10:58:07 22   correct.

10:58:07 23   Q.  Now, there is information that's available with regard to

10:58:15 24   visible oiling in the Gulf of Mexico in the weeks and months

10:58:24 25   following the *Deepwater Horizon* spill, correct?

429

10:58:27  1    A.  Visible oiling, can you be more specific?  Surface?  Marsh?

10:58:32  2    Q.  Visible oiling of surface water.  The surface of the water?

10:58:37  3    A.  Yes, yes, of course.  Yeah.  And they include a number of

10:58:40  4    measurements including -- mostly relied on satellite measurements.

10:58:44  5    Q.  Now, you have not done any analysis of the relationship between

10:58:50  6    visible oiling and the impact of oil on any animal carcasses listed

10:58:56  7    in the consolidated fish and wildlife report that you have referred

10:59:02  8    to, correct?

10:59:03  9    A.  I did not tend to relate where the oil -- where the birds were

10:59:07 10    or animals were collected and where the oil was, no, sir, I did not.

10:59:11 11    Q.  And you would agree that in the context of understanding impact

10:59:16 12    that exposure to something that's toxic is an important

10:59:22 13    consideration?

10:59:24 14    A.  Yes.

10:59:24 15    Q.  Now, in addition to some of the things we've talked about, you

10:59:30 16    have not conducted any conducted any independent analysis of fishery

10:59:34 17    landings data in evaluating potential harm from the spill?

10:59:40 18    A.  No, I did not, but I did review Dr. Tunnell's analysis of these

10:59:44 19    aggregate data.

10:59:45 20    Q.  You didn't look at them yourself?

10:59:47 21    A.  The data themselves, no.  I trusted that he was actually,

10:59:52 22    accurately representing the averages that he purported to then be.

10:59:56 23    Q.  Now, I think we'll hear about this a little later, I am not

11:00:01 24    going to get into great detail about it.  But there are some studies

11:00:05 25    that you rely on for your opinions that relate to mixtures that are

OFFICIAL TRANSCRIPT

11:00:10 1    prepared using a technique called LEWAF; is that correct?

11:00:15 2    A.  That's correct.

11:00:15 3    Q.  And I just want to ask you one question about that.  You've not

11:00:20 4    done any detailed comparison of PAH composition data of field

11:00:27 5    samples to the LEWAF prepared mixtures, you have not done that?

11:00:32 6    A.  I have not done that, but I've certainly reviewed the

11:00:35 7    controversy among the experts to draw my own conclusions about

11:00:37 8    whether the use of that method was appropriate for the toxicity

11:00:42 9    test, and concluded that it was.

11:00:45 10   Q.  My question to you is, is have you done a detailed comparison of

11:00:51 11   the toxicity data from the field to see if it matches to the LEWAF

11:00:57 12   data, have you done that detailed comparison?

11:00:59 13   A.  No, I haven't.  But it's not necessary because, because the

11:01:04 14   field data in terms of exposure actually include identification of

11:01:11 15   all of the specific compounds, that were actually present.  As do

11:01:17 16   the bioassay data, no matter what the technique used to mix the oil

11:01:21 17   still have to report the PAHs that were present.  So if the PAHs

11:01:25 18   were present in the test water and also present in the environment,

11:01:28 19   that's a reasonable replication of the exposure conditions.

11:01:33 20         So I reviewed that from that controversy over mixing

11:01:37 21   methodology from that perspective of the broader, my expertise as an

11:01:42 22   ecosystem scientist.

11:01:43 23   Q.  TREX 13277.1.1, please.  You referenced in your direct

11:01:51 24   examination some articles that you have written.  "The Role of

11:01:56 25   Ecology in Marine Pollution Monitoring, Ecology Panel Report."  Do

11:02:05 1  you recognize that title?

11:02:06 2  A.  I do.  It's a paper that I and some coauthors wrote as a result

11:02:11 3  of a workshop.  This was about 35 years ago, something of that sort.

11:02:15 4  Q.  13277.1.2.  Did you write, sir, "It should be recognized that

11:02:22 5  'from a strictly biological as well as fisheries point of view it is

11:02:27 6  the population and not the individual that is important and it is

11:02:31 7  argued that unless an effect has consequences at the population

11:02:35 8  level it is insignificant.'"  Did you write that, sir?

11:02:38 9  A.  I was one of the coauthors of this paper.  That segment is an

11:02:44 10  introductory paragraph.  And if you note, as is usual in any kind of

11:02:50 11  paper where you're setting the stage for your paper, you quote

11:02:52 12  experts to set the issues before you.  So in this paper we were

11:02:57 13  quoting Dr. McIntyre, the statement about strictly that's his words,

11:03:03 14  not mine, and we were quoting that to set the stage for our

11:03:06 15  discussion of the challenge that we always face in trying to relate

11:03:11 16  observations about impacts on individuals to those on populations.

11:03:15 17          So it was not a conclusion but basically an introductory

11:03:19 18  statement quoted from another author.

11:03:21 19  Q.  Go back to 13277.1.1.  I am not sure if I made this point.  You

11:03:31 20  are an author of this article, are you not?

11:03:32 21  A.  That's correct.

11:03:35 22  Q.  And the statement that I read to the record for the benefit of

11:03:35 23  Judge Barbier, I read it correctly, did I not?

11:03:37 24  A.  You did.  And I explained what it meant in the context.

11:03:43 25  Q.  We have your explanation, thank you.

L1:03:45 1          When you were investigating the environmental effects from

L1:03:47 2 an oil spill, field operations are an essential part of the

L1:03:52 3 assessment, correct?

L1:03:54 4 A.  It is -- essential, I would say it's a very important part.

L1:04:01 5 Sometimes you don't have the opportunity to make field observations

L1:04:04 6 and you have to draw conclusions from other approaches.  So I think,

L1:04:09 7 I would agree that it's very important.

L1:04:11 8 Q.  I'm sorry, I didn't mean to interrupt you.

L1:04:13 9          Would you use the word critical to describe the importance

L1:04:16 10 of field operations as being an essential part of the assessment?

L1:04:21 11 A.  Well, I don't know.  I think it's -- I think critical means that

L1:04:27 12 it is very important.  Essential goes a little bit farther.  I think

L1:04:32 13 essential is word that alluded to.

L1:04:33 14 Q.  What's the word you want to use, essential?

L1:04:36 15 A.  No, you said essential, I would say more critical.  Or of great

L1:04:39 16 importance.  I don't know.

L1:04:41 17 Q.  You wouldn't use essential or critical to describe this?

L1:04:44 18 A.  To describe?

L1:04:45 19 Q.  To describe that it's -- that field observations are a primary

L1:04:55 20 importance when looking at the effects from an oil spill?

L1:04:59 21 A.  I would think that they're of great importance, highly

L1:05:02 22 desirable.  If you ask me to say what I think, that's what I think.

L1:05:06 23 Q.  All right.  I am going to move on from great importance, thank

L1:05:12 24 you.

L1:05:12 25          You also agree that there are limitations to

11:05:16 1    extrapolating toxilogical effects that have been determined in the

11:05:20 2    laboratory to population effects?

11:05:23 3    A.   There are, uh-huh.

11:05:25 4    Q.   Because you need to find out if what you're seeing in the test

11:05:31 5    tube or in the lab is actually occurring in the environment?

11:05:36 6    A.   That's true.   And that's the same, that's the same issue that

11:05:39 7    all of us must confront, whether it's doctor you are you'll be

11:05:44 8    hearing from Dr. Rice; but it's also the assumptions that Dr. Shea

11:05:47 9    made because he is using test tube or laboratory experiments to draw

11:05:52 10   conclusions about the effects, or lack thereof, based on the same

11:05:55 11   evidence and same logic.

11:05:56 12   Q.   You agree that there are limitations to extrapolating

11:06:02 13   toxilogical effects and you agree that population data is important,

11:06:07 14   those are two givens in terms of trying to understand the

11:06:10 15   relationship we're talking about here today?

11:06:12 16   A.   That's a fair characterization, sir, yes.

11:06:15 17   Q.   Thank you.   Making a little progress.   Thank you.

11:06:17 18   A.   Yes.

11:06:18 19   Q.   Now, you put up a little earlier some composite pictures of

11:06:32 20   surface oiling.   Do you remember the exhibit that you had up for

11:06:34 21   that?

11:06:36 22   A.   These are pictures of oil on the surface of the sea?   I had

11:06:39 23   several but --

11:06:39 24   Q.   Yes.   The one that had the, basically, the whole Gulf of Mexico

11:06:45 25   covered if black, do you remember that one?

OFFICIAL TRANSCRIPT

11:06:47 1   A.  I am not -- you mean these are the maps of the Gulf?

11:06:50 2   Q.  The maps, yes.

11:06:51 3   A.  I don't think I had anything with the whole Gulf of Mexico

11:06:54 4   covered in black.

11:06:55 5   Q.  Let me ask you a couple of questions.  The maps that you showed

11:06:58 6   to Judge Barbier are based on satellite images, correct?

11:07:03 7   A.  The images from the -- the images that I derived were the NOAA

11:07:10 8   NESDIS, a summary of where cumulative coverage by oil, that's indeed

11:07:16 9   correct.  They were derived largely, if not totally, from

11:07:18 10  satellites.

11:07:19 11  Q.  Gotcha.  Was the NESDIS coverage map one of the ones you

11:07:26 12  reviewed and utilized?

11:07:27 13  A.  Yes.  It was in my initial report.

11:07:30 14  Q.  And do you agree that when we look at those coverage maps that

11:07:34 15  they should not be interpreted to suggest homogeneous coverage of

11:07:40 16  oil?

11:07:40 17  A.  That's correct.

11:07:40 18  Q.  And it's also correct that those coverage maps captures where

11:07:44 19  oil might have been in an area over the entire life of the spill?

11:07:50 20  A.  Where oil was in the area over the entire life of the spill.

11:07:53 21  Q.  It's not a picture of something that's at a point in time?

11:07:55 22  A.  That's exactly right.

11:07:56 23  Q.  And the oil that's in the water is located in bands, it's not

11:08:04 24  sitting there altogether can you remembering the entire surface?

11:08:07 25  A.  That's correct.  That's why that footprint is shaded because it

11:08:10 1    shows you the relative frequency or the duration of coverage, with

11:08:16 2    the lighter areas being covered only for short periods of time and

11:08:19 3    the darker areas covered for longer periods of time, that's correct.

11:08:23 4    Q.  New topic, dispersants.  13284.1.1.  Do you see that this is an

11:08:34 5    e-mail that you wrote to Richard Lazarus on September 18th, 2010?

11:08:39 6    A.  I do.

11:08:40 7    Q.  And I'll direct your attention to the callout there where you

11:08:46 8    are saying to Richard that, "He reported that the preponderant view

11:08:54 9    of the experts was the dispersant use had a significant net

11:08:58 10   benefit."  Do you see that?

11:08:59 11   A.  I do.

11:09:01 12   Q.  TREX 13183.8.1.

11:09:13 13   A.  Can I explain?  Again, I was reporting what someone else had

11:09:16 14   told me, that was not my own conclusion.  But if you wanted to ask

11:09:21 15   me the oil spill commissions conclusions about that, I would be

11:09:25 16   happy to say.

11:09:26 17          But I don't -- I want to make clear that the Court

11:09:30 18   understood that that was something I was reporting that I was told.

11:09:33 19   Q.  Let's go back to it.  TREX 13284.1.1.  You see that this is

11:09:42 20   referring to Bob Spies, a conversation that you had with him?

11:09:46 21   A.  Correct.

11:09:48 22   Q.  "Just got off the phone with Bob," do you see that?

11:09:50 23   A.  I do.

11:09:54 24   Q.  And he's been at Dauphin Island on an "NSF-supported National

11:09:59 25   Center For Ecological Analysis and Synthesis on toxicity meeting

436

11:10:04  1   (including dispersants)."  Do you see that?

11:10:07  2   A.  I do.

11:10:07  3   Q.  And you were conveying to Richard that, "He reported that the

11:10:11  4   preponderant view of the experts was the dispersant use had a

11:10:15  5   significant net benefit."

11:10:15  6   A.  That's what Dr. Spies told me, I wasn't at the meeting.  But

11:10:19  7   point in fact, Mr. Lazarus, to whom the e-mail was directed, was the

11:10:23  8   executive director of the oil spill commission; and we were at the

11:10:26  9   process, and at that time evaluating the decisions to use of

11:10:31 10   dispersants.  And if you read our report, our report suggests that

11:10:36 11   the decisions were appropriate.

11:10:37 12        So we're not criticizing the use of the dispersants at

11:10:40 13   all.  And so I relayed this information to Mr. Lazarus as part of

11:10:44 14   our exchange that would help inform our evaluation in our report,

11:10:48 15   which actually appeared, that was in September, our report appeared

11:10:52 16   in January of 2011, which basically concludes that although there

11:10:57 17   are questions that we need to take into consideration about future

11:11:00 18   use that we could -- we thought that the government had made the

11:11:03 19   right decisions on dispersant.

11:11:04 20   Q.  When you say that the decisions were appropriate, you are

11:11:10 21   referring to decisions that were made to utilize dispersants?

11:11:13 22   A.  That's correct.

11:11:13 23   Q.  And when you think about something being appropriate, do you put

11:11:17 24   into the mix a risk-benefit analysis?

11:11:20 25   A.  I do.  And in fact, this involves a comparison of the risk

OFFICIAL TRANSCRIPT

11:11:26 1  because this does not -- the application of dispersants does not

11:11:30 2  remove the oil from the sea, it actually puts it into the sea and

11:11:34 3  keeps it off the land.  And so they always involve a trade-off of

11:11:39 4  understanding what the increased toxic effects in dispersant

11:11:45 5  application compared to keeping the oil from the land.

11:11:47 6  Q.  You do understand that one of the primary goals of the response

11:11:50 7  was to keep oil off of the sensitive shorelines and marshes?

11:11:53 8  A.  I do.

11:11:53 9  Q.  Is that part of the risk-benefit analysis that goes into the use

11:11:57 10 of dispersants?

11:11:58 11 A.  It is.  But, you know, agencies, and particularly EPA in this

11:12:03 12 case, had to also consider the risk to the aquatic environment and

11:12:06 13 that was basically a subject of discussion then.  And we came down

11:12:10 14 on the commission as suggesting that the appropriate decisions were

11:12:14 15 made.

11:12:15 16 Q.  Taking into account the risk benefit?

11:12:17 17 A.  Absolutely.

11:12:19 18 Q.  That's all I was trying to get to.

11:12:21 19 A.  But still the fact of the matter the dispersants were applied,

11:12:25 20 so my assessment of the harm has to take into account what actually

11:12:29 21 happened.  And indeed the dispersants were applied and had some

11:12:33 22 consequence.

11:12:33 23 Q.  13183.8.1.  Do you see that this is a callout from your report?

11:12:40 24 A.  This is a callout -- I can't see -- this is our oil spill

11:12:44 25 commission report?

11:12:44 1    Q.  No, this is an expert report.

11:12:48 2    A.  I see.

11:12:48 3    Q.  Do you see the portion that I've highlighted there?

11:12:50 4    A.  Yes.

11:12:51 5    Q.  Do you agree that a chemical dispersant injected where oil

11:12:55 6    gushed from the wellhead or marine riser or sprayed onto the surface

11:12:59 7    oil slicks had little toxicity in itself, do you agree with that?

11:13:03 8    A.  That's correct.  And there is a lot of anxiety over that.  And,

11:13:06 9    in fact, the toxicities associated with the making the oil more

11:13:11 10   available rather than the dispersants itself.  So it's the oil and

11:13:15 11   the dispersant mixture which produces toxicity rather than the

11:13:23 12   dispersant.

11:13:24 13   Q.  In your report, sir, you do not demonstrate harm to any fish

11:13:29 14   populations, correct?

11:13:31 15   A.  We do not designate actual harm.  We do -- I do indicate in a

11:13:38 16   number of cases potential harm.

11:13:39 17   Q.  You described that.  Thank you.  You have not been able to

11:13:45 18   actually demonstrate it in the field, correct?

11:13:47 19   A.  That's what I said, that's the kind of evidence I would like --

11:13:51 20   I would expect to have if I was going to designate it actual harm.

11:13:54 21   I've approached this in a very conservative way.

11:13:57 22   Q.  Let's turn to TREX 13287.1.1.  I would like to get the title

11:14:19 23   page of the Fodrie article, please.  This is 13287.1.1.  Okay.

11:14:37 24           Do you see there I have the title page for the Fodrie

11:14:40 25   article up?

11:14:40  1    A.  I see that.

11:14:41  2    Q.  This is one of the studies that you talked about in your direct

11:14:44  3    examination?

11:14:44  4    A.  That's correct.

11:14:45  5    Q.  Let's see 13287.8.5.  Under -- this is a title to a section

11:14:57  6    "Factors Dampening Population Level Responses Despite Organismal

11:15:06  7    Ecotoxicity."  Do you see that?

11:15:09  8    A.  I do.

11:15:09  9    Q.  13287.8.1.  It says here, "many fishes are highly mobile and are

11:15:15 10    likely capable of fleeing oil-affected shore lines."  Do you see

11:15:20 11    that?

11:15:20 12    A.  I see that.

11:15:21 13    Q.  13287.8.2.  It says, "Furthermore, long-term periodic exposures

11:15:30 14    to hydrocarbons in regions with natural background seepage, such as

11:15:35 15    the northern Gulf of Mexico, may prime adaptive avoidance behaviors

11:15:39 16    or tolerance in resident species."  Do you see that?

11:15:42 17    A.  I do.

11:15:43 18    Q.  13287.8.3.  "Density mediated responses in vital rates, such as

11:15:52 19    juvenile and adult survival and growth rates, may often be

11:15:56 20    sufficient to overcome the impacts of oil exposure, which may result

11:16:00 21    in little change at the population level."  Do you see that?

11:16:03 22    A.  I see that.

11:16:04 23    Q.  This is explaining some of the reasons that you might have

11:16:09 24    exposure but not have a decline in the important measurement of

11:16:15 25    population, correct?

11:16:17 1  A.  Yes.  And if you show me the full paper, you would see that this

11:16:22 2  paper lines up those reasons why the fact at the individual level

11:16:28 3  might be not at the population level, those you have given me are

11:16:33 4  examples.

11:16:33 5          It also discusses equally those reasons why affects might

11:16:38 6  not be detectable at the population level but still might be --

11:16:43 7  population level affects might not be demonstrate extra be but

11:16:47 8  actually occur also.  So it's a balanced paper and you're just

11:16:52 9  showing me one side of the argument, not the other side.

11:16:54 10 Q.  Right.  Same thing happened when your lawyer was questioning

11:16:57 11 you, I'm trying to give balance to it now, please, sir.

11:17:01 12          Did I read it right?

11:17:03 13 A.  You read -- this statement, you read it right.

11:17:06 14 Q.  Yeah.  And it is addressing the issue of why there may not be a

11:17:10 15 population change, even if there has been the presence of

11:17:13 16 hydrocarbons in an environment; that's true, isn't it?

11:17:15 17 A.  That's true.  But it also addresses why there may be a

11:17:19 18 population effect that is not detectable, there are other reasons

11:17:23 19 why that's the case.

11:17:23 20 Q.  This article does not detect the population change, does it?

11:17:27 21 A.  And it explains why a population change might be there but not

11:17:31 22 detectable, that's correct.

11:17:33 23 Q.  Will you answer any question, please.  Does this article detect

11:17:37 24 a population change?

11:17:37 25 A.  I think I said yes and then I qualified my answer.

11:17:41  1   Q.  You say it does detect a population change, or, no, it does not?

11:17:43  2   A.  I said, no, it doesn't.  But it also describes why there could

11:17:48  3   be population level effects that are hard to detect in the field.

11:17:52  4   Q.  This compensatory process piece that I have put up here next, is

11:17:57  5   this another reason why populations may do well even if there has

11:18:02  6   been exposure, "density mediated responses in vital rate, such as

11:18:06  7   juvenile and adult survival and growth rates, may often be

11:18:10  8   sufficient to overcome the impacts of oil exposure, which may result

11:18:13  9   in little change at the population level."  Did I read that right?

11:18:16 10   A.  You read it right.

11:18:18 11   Q.  And as you've talked to us about here today, you've done no

11:18:25 12   independent analysis of any population change for any fish species,

11:18:31 13   correct?

11:18:31 14   A.  I have not done that myself, correct.

11:18:34 15   Q.  Now, you talked a little bit about the fish lesions a little

11:18:46 16   earlier in your examination today, did you not?

11:18:48 17   A.  I did.

11:18:48 18   Q.  And one of the things that you didn't mention is that the

11:18:54 19   article that you referred to, the Murawski report or Murawski

11:18:59 20   report, explicitly says that it's not been established that any of

11:19:04 21   the fish lesions that they identified were caused by exposure to oil

11:19:08 22   from the spill, correct?

11:19:09 23   A.  I don't think I drew that conclusion anyway.  But that's indeed

11:19:15 24   what they do, they operate from an abundance of caution and note

11:19:18 25   that its correlation that the lesions occurred where they did but

1:19:23 1    they couldn't strongly link it with evidence to the spill, that's

1:19:27 2    correct.  Nor could they in that paper link it to the --

1:19:31 3           However, the same animals had high levels of hydrocarbons

1:19:37 4    in their tissues.  What they couldn't say is that there is a cause

1:19:41 5    between the high levels of hydrocarbon that caused the lesions, that

1:19:46 6    they stopped short of doing that; but they did note that both of

1:19:50 7    those phenomena occurred in the same place in the same fish.

1:19:53 8    Q.  Let me ask this question cleanly if I can, please.  You agree

1:19:57 9    that it has not been established that any fish lesions referred to

1:20:02 10   in the Murawski paper were caused by exposure to oil from the spill?

1:20:06 11   Is that yes or no?

1:20:07 12   A.  I think I accept the statement that those authors made that you

1:20:12 13   just read to me.

1:20:13 14   Q.  Thank you.  And Murawski is the only study you cite in your

1:20:20 15   expert reports in support of a claim that some fish may have

1:20:24 16   developed lesions as a result of the oil spill?

1:20:27 17   A.  Right.  And that's indeed why I put it in the potential harm

1:20:31 18   category, not in the actual one.

1:20:33 19   Q.  You agree that there is another study that found only one out of

1:20:39 20   3,100 nearshore fish sampled had any kind of external sore or

1:20:46 21   lesion, correct?

1:20:47 22   A.  That's correct.  And the operative term is nearshore where there

1:20:50 23   wasn't exposure to the fresh oil.

1:20:52 24   Q.  You talked about offshore plankton.  I'll address a few issues

1:21:08 25   on that, please.  TREX 13183.22.1.  This is an excerpt from your

11:21:19 1   report.  Do you see there where you write:  "Oil Harmed Planktonic

11:21:24 2   Organisms and Affected Their Food Webs."  Do you see where that

11:21:29 3   starts there?

11:21:29 4   A.  Yes, that's the header of that section.

11:21:31 5   Q.  Correct.  And then if we drop down to the next callout

11:21:37 6   13183.44.1.  Do you write in your expert report, "Plankton

11:21:42 7   populations no doubt recovered within months, if not sooner."

11:21:46 8   A.  That's correct.

11:21:46 9   Q.  Sitting here, or at the time of your deposition, you stated the

11:21:56 10  food web compacts from the incident did not rise to the level of

11:22:00 11  actual harm.

11:22:04 12  A.  I'm sorry, I don't -- could you -- I have to see what you're

11:22:09 13  saying that I said.

11:22:10 14  Q.  Let me pull it up for you.  We'll see if we can refresh your

11:22:14 15  recollection.  54, lines 13 through 25.  Let me just read this to

11:22:25 16  you and then if you have a comment you may make it.  "And these

11:22:28 17  particular food chain consequences we have been discussing are not

11:22:33 18  discussed in your report."  And then you go on to say, "the -- it's

11:22:38 19  mentioned as -- yet, it's just for due diligence in terms of looking

11:22:43 20  at all potential things but it didn't -- the evidence in my

11:22:46 21  estimation, did not rise to the level that I even raised it, you

11:22:50 22  know, to do actual harm."  Is that what you testified to in your

11:22:53 23  deposition about food chain consequences?

11:22:56 24          MS. ANDRE:  I'm sorry, your Honor, this misstatements the

11:22:59 25  testimony.  If you will include more of the deposition page, I think

OFFICIAL TRANSCRIPT

11:23:01  1   you'll get this question and answer process.

11:23:05  2              THE COURT:  Where do you want him to read, following that?

11:23:09  3              MS. HIMMELHOCH:  Your Honor, if he can be asked to begin

11:23:11  4   at line six which clarifies what these refers to on line 13.

11:23:15  5              THE COURT:  Line six?

11:23:17  6              MR. BROCK:  That's fine.  Pull it up.

11:23:20  7   BY MR. BROCK:

11:23:22  8   Q.  "In fact, it would require speculation for you to even describe

11:23:25  9   the consequences of biodegradation of the food chain as a result of

11:23:29 10   the spill."  And you say, "You didn't speculate in the report so I

11:23:32 11   didn't go there."  But then you come down and you talk about food

11:23:35 12   chain consequences, and you say, "it did not rise to the level that

11:23:38 13   I even raised it to actual harm."  Is that a fair summary of that,

11:23:42 14   that series of questions?

11:23:44 15   A.  I am looking at this testimony, reading the deposition and

11:23:47 16   trying to recall.  I think there was a discussion of biodegradation

11:23:50 17   and somehow it shifted to food chain harm.  And I am trying -- I

11:23:56 18   don't remember, frankly, the discussion that we had at the time.

11:24:03 19              But what I said in the report, my written report that is

11:24:06 20   the evidence that I had of actual harm were:  One, incorporation of

11:24:11 21   the oil into the food web; two, the bioaccumulation of PAHs and

11:24:23 22   plankton; three, the evidence of toxic effects experimentally

11:24:27 23   determined of Macondo-type oil on planktonic organisms; and four,

11:24:32 24   also an effect on ciliates that are feeding on the bacteria that

11:24:38 25   were affected.

11:24:39 1    So in aggregate that's the information that I used to

11:24:41 2 conclude that there was actual harm.

11:24:44 3    MR. BROCK:  Your Honor, I am going to object and move to

11:24:46 4 strike that answer.  He very clearly says here that he did not

11:24:50 5 speculate in the report on food web consequences.  And when we go on

11:24:57 6 to ask him another question about it, he says, "the evidence in my

11:24:59 7 estimation did not rise to the level at that time I even raised it

11:25:03 8 as actual harm."

11:25:04 9    THE COURT:  Well you've asked him and he didn't deny what

11:25:07 10 was in the transcript is accurate.  I think he is entitled to

11:25:11 11 explain what he understood he was talking about and that's where we

11:25:15 12 are.

11:25:15 13    MR. BROCK:  Okay.  I think I have his explanation.

11:25:17 14    THE COURT:  I deny your motion to strike.  So go ahead and

11:25:20 15 ask another question.

11:25:21 16    MR. BROCK:  All right.  Thank you, your Honor.

11:25:24 17 BY MR. BROCK:

11:25:27 18 Q.  Corals.  You have no direct evidence studying corals, do you?

11:25:31 19 A.  Did I study myself?

11:25:33 20 Q.  Yes.

11:25:33 21 A.  No, I have not studied.

11:25:35 22 Q.  In your report you discuss impact to coral colonies only at

11:25:40 23 three sites on the floor of the Gulf of Mexico, correct?

11:25:43 24 A.  Those were the three sites that the colonies existed and were --

11:25:48 25 damage was documented, correct.

OFFICIAL TRANSCRIPT

11:25:49 1   Q.  Correct.  But I am just confirming with you that the only items

11:25:55 2   that are listed in your expert reports are "impact coral colonies at

11:26:02 3   three sites," we're going to talk about them, that's what you say?

11:26:06 4   A.  That's what the literature has revealed to this point in time.

11:26:10 5   I can't tell you if there were other sites that will ultimately be

11:26:13 6   described, I have no idea, but the ones that have been reported in

11:26:16 7   the literature --

11:26:16 8   Q.  We can only talk about what's in your report.

11:26:18 9   A.  And that's based on the literature, that's correct.

11:26:21 10  Q.  Now, if we go to 13183.26.1.  And this is the first item you

11:26:35 11  list in your report, and it's talking about coral inhabiting the

11:26:38 12  hard substrates about 11 kilometers or six miles from Macondo well

11:26:46 13  were observed to be covered by flocculent material.  Do you see

11:26:50 14  that?

11:26:50 15  A.  That's correct.

11:26:50 16  Q.  That's actually having some kind of --

11:26:53 17  A.  Correct.

11:26:53 18  Q.  -- discoloration or oil residue or something like that on the

11:26:58 19  coral, right?

11:26:59 20  A.  That's correct.

11:26:59 21  Q.  So that's one site.

11:27:02 22  A.  That was the first study of several studies that this team had

11:27:05 23  published, and that was initially on the one site but then they

11:27:09 24  reported on two other sites.

11:27:10 25  Q.  Now, if we look at 13195.1.1, do you see that this is -- you see

OFFICIAL TRANSCRIPT

11:27:21 1   that this is the white paper?

11:27:22 2   A.  Right.

11:27:23 3   Q.  Do you see that?

11:27:24 4   A.  I did.

11:27:24 5   Q.  And you see what I've called out there, "Healthy coral

11:27:28 6   communities were observed at all sites greater than 20 kilometers

11:27:34 7   from the Macondo well, including seven sites previously visited in

11:27:38 8   September of 2009, where the corals and communities appeared

11:27:42 9   unchanged."

11:27:44 10  A.  That's correct.

11:27:45 11  Q.  That was also written, correct?

11:27:47 12  A.  That's correct.  And that was the first paper, and they -- I've

11:27:50 13  actually one of the sites that they since respected on is a little

11:27:54 14  bit further away, 20 kilometers away.  And mind you, the other sites

11:27:58 15  that they looked at and found no harm, many of them were hundreds of

11:28:02 16  miles away.

11:28:02 17  Q.  Sir, we have limited time.  I'm asking you about the white study

11:28:06 18  now, not the ones we're going to talk about in a few minutes.  Would

11:28:10 19  you please focus on that?

11:28:10 20  A.  I'll be happy to.

11:28:12 21  Q.  In the white study I have read to you the findings from that

11:28:17 22  study about all sites greater than 20 kilometers, correct?

11:28:26 23  A.  Those previous sites that they said that they looked at, again,

11:28:31 24  quite removed from the well, did not show damage.

11:28:33 25  Q.  Now, the second study that you refer to is the Fisher study,

11:28:40  1   correct?

11:28:41  2   A.  Well, there are several Fisher studies, but, yes.

11:28:44  3   Q.  One of them is the Fisher study.  And in the Fisher study, you

11:28:51  4   have one area of coral that is six kilometers to the south of the

11:28:57  5   Macondo wellhead, and, I think, you referred to the other is about

11:29:01  6   22 kilometers from the wellhead, correct?

11:29:03  7   A.  That's correct, uh-huh.

11:29:05  8   Q.  And with regard to the site that's about 22 kilometers from the

11:29:15  9   Macondo wellhead, do you remember that's Lease Block 344?

11:29:19 10   A.  I don't remember the number, but I take your word for it.

11:29:22 11   Q.  Do you remember that at that site the Fisher paper characterizes

11:29:25 12   the injury to the coral as largely minor?

11:29:29 13   A.  I would have to look at the source again, but I knew they talked

11:29:35 14   about variations in the level of impact.  But I don't remember

11:29:38 15   precisely that description of that site.

11:29:41 16   Q.  I don't have that paper in my outline, but let me pull up an

11:29:46 17   excerpt from your deposition 134, 16 to 20.  See if this refreshes

11:29:56 18   your recollection.  "My question to you is just that these authors

11:30:00 19   characterized the impact at Lease Block MC 344 as largely minor."

11:30:05 20   And did you answer, "That's what they wrote".

11:30:08 21   A.  Yeah, of course, I had the paper there and the exhibit before

11:30:11 22   me.

11:30:11 23   Q.  Now, one final paper on coral.  13275.1.1.  This is a second

11:30:28 24   paper by Fisher, is it not?

11:30:30 25   A.  Fisher, et al, correct.

11:30:32  1    Q.  And the third paper that you refer to in your expert report?

11:30:34  2    A.  Correct.

11:30:35  3    Q.  And if we turn over to 13275.3.1, do you see that they say,

11:30:45  4    "Furthermore, colonies observed with low levels of floc on their

11:30:49  5    surface in 2010 (less than 20 percent coverage) were likely to

11:30:54  6    exhibit, apparently, complete recovery of the floc covered branches

11:30:59  7    by March of 2012."  Do you see that?

11:31:02  8    A.  That's what they wrote.

11:31:03  9    Q.  Is that a return to sites that they had been to before that they

11:31:07 10    reported on?

11:31:07 11    A.  I believe that's -- that would be my reading of it, correct.

11:31:10 12    Q.  Now, you didn't reference shrimp specifically in your direct

11:31:20 13    examination, but it's true, is it not, that there are a number of

11:31:25 14    papers that demonstrate that there is no evidence of changes in

11:31:31 15    shrimp abundance or mortality from the Gulf of Mexico spill?

11:31:37 16    A.  I am aware, of course, Dr. Tunnel's analysis to that effect, and

11:31:41 17    I am aware of one other paper, but I don't know other papers that

11:31:45 18    have concluded that.  There's one paper that compared two sites in

11:31:50 19    Louisiana, one that received oil and not, and didn't find a negative

11:31:55 20    effect on those abundances, that's correct.

11:31:58 21    Q.  Do you remember that the Rozas paper found there was no direct

11:32:01 22    evidence of changing in shrimp abundance or mortality?

11:32:03 23    A.  Yes.  Those were based upon not broad surveys, but that was the

11:32:08 24    paper that observed a difference in growth rate and shrimp living

11:32:13 25    near marshes that were oiled compared to those that weren't.  And

450

11:32:16 1    they did -- basically, couldn't find -- they didn't do a broad

11:32:19 2    analysis, but they -- when they described that, they said, "But

11:32:22 3    there was no evidence that those populations had been depressed,"

11:32:26 4    that's correct.

11:32:26 5    Q.  Thank you.  Now, there's a second article that we can talk

11:32:30 6    about, which is the van der Ham article.  You're familiar with that

11:32:34 7    one, too, aren't?

11:32:35 8    A.  Yes.

11:32:36 9    Q.  13289.1.1.  And this study performed both a large scale and a

11:32:46 10   small scale analysis of shrimp of two of the heavily impacted areas

11:32:51 11   in Barataria Bay compared with two minimally impacted areas in

11:32:56 12   Vermilion Bay, correct?

11:32:58 13   A.  Correct.

11:32:58 14   Q.  This is the one you were referring to a minute ago?

11:33:02 15   A.  That's correct.

11:33:02 16   Q.  Let's go to 12389.3.1.  There were two analyses done, correct,

11:33:09 17   there was a large scale and a small scale, correct?

11:33:13 18   A.  That's correct.

11:33:13 19   Q.  For the small scale analysis, 219,000 shrimp were collected from

11:33:20 20   1,617 trawls.  Do you see that?

11:33:22 21   A.  I do.

11:33:22 22   Q.  And then if we go to, just move over to 13289.3.5.  For the

11:33:37 23   large scale analysis, two million shrimp were collected from 30,000

11:33:41 24   trawls.  Do you see that?

11:33:43 25   A.  I do.

11:33:43 1   Q.  And if we go 13289.7.1, "The finding is that a consistent

11:33:50 2   pattern emerges from our two analyses.  The abundance of both brown

11:33:54 3   and white shrimp was significantly higher after the spill occurred."

11:33:58 4   Do you see that?

11:33:59 5   A.  I do.

11:33:59 6   Q.  This study also finds that the size of brown shrimp in any of

11:34:05 7   the basins did not significantly differ after the spill compared

11:34:09 8   with before the spill in either the 2010, 2011 or 2012 classes,

11:34:16 9   correct?

11:34:17 10  A.  Correct.

11:34:17 11  Q.  And in this study, the size of post spill shrimp was

11:34:22 12  significantly larger in both affected and minimally affected basins,

11:34:28 13  correct?

11:34:28 14  A.  That's correct.

11:34:29 15  Q.  Oysters.  In your round 1 report, you acknowledge that the

11:34:43 16  causes of oyster declines in the Gulf are not resolved?

11:34:46 17  A.  That's correct.

11:34:46 18  Q.  And that's what you have said today?

11:34:48 19  A.  That's correct.

11:34:49 20  Q.  You agree that there is no evidence, published evidence of

11:34:59 21  elevated levels of PAHs in oyster tissue in the Mississippi sound

11:35:05 22  during and after the spill?

11:35:08 23  A.  I did read that paper.  That's correct, they found no evidence

11:35:12 24  in that part of Mississippi sound, that's correct.

11:35:13 25  Q.  You also said that in your round 1 report?

11:35:16  1   A.  I did.

11:35:16  2   Q.  Trying to move fast.  Dolphins.  If we could have TREX

11:35:32  3   12078.1.1, please.  Can we call out -- let me just ask a couple of

11:35:43  4   questions.

11:35:43  5         I know this is hard to read, but is this the chart that

11:35:48  6   you were looking at earlier in your direct examination?

11:35:51  7   A.  Yes, it is.  And I think Ms. Andre showed that and then showed a

11:35:56  8   summary of it.  Same chart.

11:35:58  9   Q.  Right.  So if we look at 13183.37.1 -- I'm sorry.  12078.1.5.

11:36:24 10   I'm trying to call up the information related to dolphins, please.

11:36:30 11   Oh, boy.

11:36:30 12         Can you see there at the top dolphins?

11:36:32 13   A.  It says, "Mammals," but it includes dolphins, but virtually all

11:36:38 14   of them were dolphins, bottlenose dolphins.

11:36:42 15   Q.  There is a table there for dolphins right there in the middle

11:36:46 16   that says, "Collected dead."  Do you see that?

11:36:48 17   A.  Correct.

11:36:48 18   Q.  Just leave it like it is, and we'll just try to work with it

11:36:52 19   real quick.  Just like you had it before.

11:36:56 20         And we see here for dolphins, 157 are collected dead and

11:37:03 21   the table reflects that ten of those were visibly oiled?

11:37:10 22   A.  That's correct.

11:37:11 23   Q.  You have done no analysis looking at the relationship between

11:37:17 24   visible oiling and the impact on oil on any of the animals, true?

11:37:22 25   A.  You're referring to animals; meaning, the dolphins?

11:37:25 1   Q.  The dolphins.

11:37:26 2   A.  Yes, I have not, that's true.  And the point I made in the

11:37:32 3   report is that visible oiling of an organism that doesn't have

11:37:36 4   feathers or something to trap oil doesn't mean -- lack of oiling

11:37:40 5   doesn't mean that they were not exposed to oil.

11:37:42 6   Q.  And presence of oil doesn't mean that the oil was a contributing

11:37:46 7   factor to the death?

11:37:47 8   A.  Absolutely.

11:37:47 9   Q.  Correct.  Thank you.

11:37:49 10          Now, you referenced earlier that there was activity

11:37:53 11  going on with the dolphin population that predated the spill.  Do

11:37:57 12  you remember that?

11:37:57 13  A.  I do.

11:37:58 14  Q.  And you were referring to what we have referred to as a UME,

11:38:06 15  correct?

11:38:06 16  A.  Unusual mortality event, correct.

11:38:09 17  Q.  And the marine mammal stranding data indicated a prolonged

11:38:15 18  unusual mortality event for bottlenose dolphins had been occurring

11:38:21 19  for months prior to the *Deepwater Horizon* spill, correct?

11:38:25 20  A.  For a few months.  It began earlier in -- earlier in 2010, but

11:38:31 21  it did predate the April explosion and blowout.

11:38:34 22  Q.  I believe you told us in your deposition that the mortality

11:38:37 23  event that you refer to began in February of 2010.

11:38:42 24  A.  I think that's what I summarized and reported, right.  As long

11:38:49 25  as you say, "In advance of the blowout."

OFFICIAL TRANSCRIPT

454

11:38:51 1        And the investigators are still working on this, but

11:38:54 2   there's at least one paper that looks at this phenomenon in terms of

11:38:59 3   how it plays with the oil spill, which suggests that because that

11:39:02 4   was a very cold winter, there was higher mortality, particularly of

11:39:06 5   juvenile, of small and abortions of fetuses of dolphins.  And the

11:39:15 6   authors -- the scientists basically, then, describe how that could

11:39:18 7   set the conditions of making them more susceptible, potentially more

11:39:23 8   susceptible to other impacts such as the oil spill.

11:39:25 9   Q.  We're in 2015 now and no determination has been made that

11:39:29 10  Macondo oil caused or contributed to the deaths of any of the

11:39:33 11  dolphins, correct?

11:39:34 12  A.  I haven't seen a formal determination of that, that's correct.

11:39:37 13  Q.  You cannot report on that today?

11:39:39 14  A.  I cannot.

11:39:40 15  Q.  Sargassum, your report does not quantify the amount of sargassum

11:39:47 16  that was impacted by the oil spill, correct?

11:39:49 17  A.  I don't think I have that in the report, but if we wanted to go

11:39:52 18  back to the original paper that I cited, I probably could get that,

11:39:56 19  some sort of the quantitative information.  It's in that report.

11:40:00 20  Q.  I'm trying to focus, now, on what's in your report.  That's what

11:40:02 21  we're limited to.  It's not in your report?

11:40:05 22  A.  The quantification, no.

11:40:06 23  Q.  Correct.  And you've not even done the analysis that would even

11:40:10 24  allow you to quantify the extent of the sargassum injury, correct?

11:40:13 25  A.  I reviewed the analysis of the authors who wrote the paper when

11:40:18 1   I read and reviewed the paper.

11:40:21 2   Q.  But no independent analysis of that?

11:40:23 3   A.  That's correct.

11:40:24 4   Q.  Now, you know, do you not, that it's been reported that

11:40:31 5   beginning in July rescuers were founding the sargassum mats not

11:40:36 6   blackened but clean and teeming with food and with them turtles free

11:40:42 7   of oil or so lightly oiled they could not -- they could be cleaned

11:40:47 8   and released on the spot?

11:40:49 9   A.  Well, I don't have a source of information for that, only what

11:40:52 10  you just told me.

11:40:53 11  Q.  Let's look at TREX 13276.3.1.  First of all, do you know Brian

11:41:01 12  Stacy of NOAA?

11:41:02 13  A.  I don't know him.

11:41:04 14  Q.  Do you see here where -- do you have this information available

11:41:09 15  to you that Brian Stacy is saying that rescuers have found sargassum

11:41:16 16  mats not blackened but clean and teeming with food and with them,

11:41:22 17  turtles free of oil?

11:41:23 18  A.  I don't.  If you could tell me what the document is, I might

11:41:26 19  remember reviewing it, but I don't, frankly, recognize it.

11:41:29 20  Q.  That's fine.  We'll move to the next point.

11:41:33 21          Now, I'll go to your report and see if this helps.

11:41:38 22  TREX 13183.19.1.  This is a callout from your report.  Do you see

11:41:46 23  that?

11:41:46 24  A.  I do see it.

11:41:49 25  Q.  "Follow-up aerial surveys in 2011 and 2012 documented a four

11:41:54 1    fold increase in sargassum abundance over 2010 levels." Do you see

11:41:59 2    that?

11:42:00 3    A.   That I do see, and I mentioned that in my direct that Ms. Andre

11:42:07 4    walked me through.

11:42:07 5    Q.   You say that that reflects that this is not a long lasting

11:42:11 6    issue, correct?

11:42:11 7    A.   That is not, with respect to the sargassum itself.  And I think

11:42:15 8    I also said that any year class loss or effect on population that

11:42:20 9    would have depended on the sargassum that year.  I can't tell you

11:42:23 10   what effect that might have in the long run.  But for the sargassum

11:42:26 11   itself, it recovered.

11:42:27 12   Q.   The sargassum recovered and you can't speak to any injury to the

11:42:31 13   turtle as a result of that?

11:42:32 14   A.   Other than the one factor I consider with a lot of other

11:42:35 15   factors.

11:42:36 16   Q.   Now, with regard to turtles, you are aware, are you not, that

11:42:41 17   there were 536 turtles that were collected alive.  I think that was

11:42:45 18   on the chart that you put up.

11:42:47 19   A.   I think that's the right number.

11:42:48 20   Q.   And of the 536 turtles that were collected alive, the chart that

11:42:52 21   you showed to Judge Barbier earlier today reflected 469 of them were

11:42:59 22   rehabilitated and released back into the wild?

11:43:01 23   A.   That's correct.

11:43:01 24   Q.   And you would consider that to be an excellent program for

11:43:08 25   environmental protection?

11:43:10 1    A.  I didn't say that.  I said it was -- I think when I responded to

11:43:14 2    that, I said that was a good thing to save those turtles, but it

11:43:19 3    also indicated to me that there were probably many more turtles out

11:43:22 4    there, when they were collecting these young turtles, who were not

11:43:26 5    discovered who were exposed to conditions.

11:43:28 6    Q.  I'm asking you a different question.  Of the ones that were

11:43:31 7    collected --

11:43:33 8              THE COURT:  Mr. Brock, you don't have the -- is the mic

11:43:35 9    on?  It doesn't sound like it's on.  For some reason, when you

11:43:39 10   walked away --

11:43:44 11             MR. BROCK:  I'll just stay here.

11:43:47 12             THE COURT:  I didn't even realize it wasn't on the whole

11:43:49 13   time.

11:43:50 14             MR. BROCK:  I thought everybody could hear me.  I'll keep

11:43:52 15   going.

11:43:53 16             THE COURT:  I'm thinking about the other courtroom.

11:43:55 17             MR. BROCK:  Yes, sir.  Thank you.  I apologize.

11:43:59 18   BY MR. BROCK:

11:44:00 19   Q.  For the turtles that were collected, the 536, the fact that 469

11:44:08 20   were rehabilitated and returned to the environment was a good thing?

11:44:14 21   A.  Reduced the mortality.  You have to understand, when you ask a

11:44:24 22   scientist about a good thing, it's a value judgment.

11:44:26 23   Q.  Just try to stick with the question because I am really trying

11:44:28 24   to get through, sir, please.

11:44:31 25   A.  Okay.

11:44:31   1    Q.  Now, the tables also reflect that there were 613 turtle

11:44:39   2    carcasses that were collected; is that right?

11:44:42   3    A.  I believe that's the number.  I'll take your word for it.

11:44:45   4    Sounds about right.

11:44:45   5    Q.  And again, in that area, there were only 18 that were visibly

11:44:54   6    oiled?

11:44:56   7    A.  Correct.

11:44:56   8    Q.  And if we look a little further, if we go to your expert report,

11:45:00   9    13183.19.2, there were a number of reasons for increased strandings

11:45:09  10    or deaths of turtles that were under investigation, including

11:45:14  11    fishing activities that resulted in buy catch, correct?

11:45:19  12    A.  Those were among the reasons under investigation, that's

11:45:22  13    correct.  By toxins and harmful algal blooms were other things being

11:45:29  14    looked at.

11:45:30  15    Q.  Sure.  You're aware of Dr. Lubchenco's report about the analysis

11:45:35  16    of the turtles that were collected and were dead, correct?

11:45:38  17    A.  Yes.  I was asked about this in my deposition, and I did see the

11:45:42  18    document at that time and had a chance to look at it.

11:45:44  19    Q.  I'm going to ask you about it again.  TREX 12080.1.1.  Is this

11:45:53  20    the article that you were shown at your deposition?

11:45:56  21    A.  This is an article that's basically a page-and-a-half.  Sort of

11:45:58  22    a summary, a public statement that Dr. Lubchenco made.

11:46:02  23    Q.  She is the under secretary for Oceanic and Atmospheric and NOAA

11:46:07  24    administrator?

11:46:08  25    A.  She was at the time, correct.

11:46:08 1    Q.   TREX 12080.1.2.  She writes, "Most of the dead stranded turtles

11:46:17 2    had no observable oil on their bodies and were in good health prior

11:46:21 3    to their death.  Necropsies, autopsies on animals, on more than half

11:46:27 4    of the 600 carcasses point to the possibility that a majority may

11:46:30 5    have drowned in fishing gear."  Was that her conclusion in this

11:46:33 6    article?

11:46:34 7    A.   That's -- once I was asked about this, I actually had to look at

11:46:39 8    the full article.  And the article is some statements she is making

11:46:43 9    in order to encourage people to think about other steps for turtle

11:46:47 10   conservation.

11:46:48 11          So, as a scientist, I immediately wanted to see the data

11:46:51 12   for this, and I couldn't find it, other than in the federal register

11:46:55 13   report which actually talks about -- uses some of the same words

11:46:59 14   about the fact that they were -- they might have been drowned.  But

11:47:02 15   it talks about animals collected over a much longer period than just

11:47:07 16   during the spill.

11:47:07 17          So I appreciate what she is saying, but I don't see this

11:47:10 18   as evidence that the animals during the spill were effected by

11:47:15 19   drowning, in part, because there was a closure.  There was a

11:47:19 20   regional closure that they didn't -- prevented any trawling during

11:47:23 21   that time.  So it's hard for me to imagine that they were dead

11:47:27 22   because of trawling when it was not taking place.

11:47:29 23   Q.   Someone who actually did the investigation said something

11:47:33 24   different than that, didn't they?

11:47:34 25   A.   Dr. Lubchenco.

1:47:38 1    Q.  Yes.

1:47:39 2    A.  She didn't do the investigation.  She is the senior

1:47:42 3    administrator.

1:47:42 4    Q.  When you wanted to see some data, you didn't have any trouble

1:47:45 5    finding it, did you?  When you wanted to see the data about these

1:47:49 6    turtles, you didn't have any trouble finding it, did you?

1:47:51 7    A.  Well, only in the document, the federal register document, which

1:47:56 8    is putting in place some new regulations for shrimping activities

1:48:00 9    after the Macondo incident.

1:48:02 10   Q.  Couple of questions on the shoreline.  I'm getting close to the

1:48:14 11   end.  You referenced an article by Jackie Michel.  Do you remember

1:48:20 12   that?

1:48:20 13   A.  I do.

1:48:20 14   Q.  12199.1.1, do you see this as an article by Jackie Michel and

1:48:31 15   others that you cite, and you cite this in your expert report, do

1:48:35 16   you not?

1:48:35 17   A.  Yes, I do.

1:48:36 18   Q.  If we go to 12199.1.2.  Do you see this refers, "The SCAT

1:48:43 19   process is a well established and internationally recognized

1:48:46 20   component of spill response in use since the Exxon Valdez spill."

1:48:51 21   Do you see that?

1:48:52 22   A.  That's correct.  For shoreline assessment and treatment, that's

1:48:55 23   right.

1:48:55 24   Q.  Do you agree that over 31,000 kilometers of total shoreline were

1:49:08 25   surveyed as part of the SCAT process?

L1:49:10 1    A.  I don't remember the number offhand.  I know a very large area,
L1:49:14 2    length of shoreline was surveyed to make sure they weren't missing
L1:49:19 3    oil that was there.
L1:49:20 4    Q.  You do agree that a massive effort was expended to remove
L1:49:24 5    stranded oil from the shoreline and the marshes?
L1:49:25 6    A.  I do.
L1:49:26 7    Q.  And you agree that this reduced the potential for oil to be
L1:49:31 8    retransported to shorelines not yet affected or cause injury in the
L1:49:35 9    area where they were located?
L1:49:36 10    A.  I do.
L1:49:37 11    Q.  Do you agree that of the -- I'll just keep going.
L1:49:56 12         I have one more topic, please.  Birds.  TREX 12078.1.2.
L1:50:24 13    The table on birds that you reviewed shows that the only option
L1:50:32 14    regarding oiling status were visibly oiled, no visible oil, and
L1:50:37 15    pending, right?
L1:50:39 16    A.  That's, at least, what's represented in the table.  I don't know
L1:50:42 17    whether they had any categorization other than that, other than
L1:50:45 18    what's represented here.
L1:50:46 19    Q.  You have no basis for saying anything else, do you?
L1:50:49 20    A.  No -- I mean, there might have been field notes that described
L1:50:52 21    the degree of oiling, but I don't know whether that's the case
L1:50:55 22    because I am basically, starting point of my analysis was this
L1:50:59 23    table.
L1:50:59 24    Q.  Do you remember testifying that, at your deposition, that if the
L1:51:04 25    government produced a 30(b)(6) witness who testified that any degree

11:51:08 1  of oiling would qualify an animal as visibly oiled, you would defer

11:51:13 2  to that testimony?

11:51:14 3  A.  Yes.

11:51:15 4  Q.  Do you want to see the testimony or do you accept --

11:51:20 5  A.  I remember that.  And I think there was a deposition of a

11:51:27 6  government witness who testified that if they saw that, any evidence

11:51:31 7  of oil, they would consider it oiled.

11:51:34 8  Q.  That was Mr. Houston?

11:51:35 9  A.  That's correct.

11:51:35 10 Q.  Now, you're aware that BP funded rehabilitation and

11:51:39 11 stabilization centers to rehabilitate birds that were potentially

11:51:43 12 impacted by the spill?

11:51:44 13 A.  I did.  In fact, I visited one of them.

11:51:46 14 Q.  You're aware that birds that were not oiled, but were injured

11:51:52 15 were taken to those centers and treated?

11:51:55 16 A.  Yes.

11:51:55 17 Q.  And that during the course of the program, around 1,200 birds

11:52:03 18 were rehabilitated and released to the environment?

11:52:05 19 A.  I think that number is about what I recollect.

11:52:08 20 Q.  Now, you're aware that both the response efforts and the NRDA

11:52:28 21 devoted significant resources to searching for and collecting bird

11:52:32 22 carcasses, correct?

11:52:33 23 A.  Yes.

11:52:33 24 Q.  And you make no effort in this case, through your report or your

11:52:37 25 testimony, to speak to the quantification of birds that were injured

OFFICIAL TRANSCRIPT

11:52:45 1   or killed as a result of exposure to oil?

11:52:48 2   A.  Other than to opine that that they could not have collected all

11:52:56 3   of the birds that were injured.

11:52:57 4   Q.  That's as far as you can go with that?

11:52:59 5   A.  That's correct.

11:53:00 6        MR. BROCK:  I think that's all I have, your Honor.  Thank

11:53:02 7   you.

11:53:02 8        THE COURT:  All right.  Redirect.  We found out that

11:53:21 9   Mr. Brock usually doesn't need the mic.

11:53:28 10       MS. ANDRÉ:  Very briefly, your Honor.

11:53:31 11                    REDIRECT EXAMINATION

11:53:31 12  BY MS. ANDRE:

11:53:31 13  Q.  Dr. Boesch, in response to a question by BP, you indicated that

11:53:35 14  you endorsed the analysis of Dr. Shea in your round 2 report.  Did

11:53:40 15  you intend to refer to Dr. Shea in that answer or did you, perhaps,

11:53:45 16  mean Dr. Rice?

11:53:45 17  A.  I don't remember the question, but I certainly do not endorse

11:53:49 18  the analysis of Dr. Shea.  I have some severe criticisms of it.

11:53:53 19  Q.  Just a clarifying question.  Thank you.

11:53:55 20       Now, you were also asked about the unusual mortality

11:53:59 21  event.  To your knowledge, has that analysis of that event

11:54:03 22  concluded?

11:54:03 23  A.  No, it's ongoing as best I know.

11:54:05 24  Q.  Do you know whether or not the unusual mortality event is also

11:54:09 25  continuing?

OFFICIAL TRANSCRIPT

1    A.  Well, it's been reduced, but I think it went into the next year

2    to be sure.  I don't know how long it extended, but there was -- it

3    expanded -- an extended period of unusual mortality that went into,

4    at least, 2011.  May have gone into 2012.  I haven't followed it in

5    terms of the most recent status.

6    Q.  You were also asked about the comprehensiveness of SCAT surveys.

7    In your opinion, would these surveys have identified all of the oil

8    that poses any risk to the ecosystem?

9    A.  No.  Because it's intended as a survey to help direct where the

10   cleanup is intended.  And so there may be nooks and crannies,

11   particularly in marshes, that haven't been surveyed.  And the

12   characterization of a broad area of coast would be adequate for the

13   cleanup approach, but not for the assessment of damages.

14            In addition to that, that was done during the response,

15   and so since then there's been kind of remobilization and moving of

16   the oil that Mr. Brock asked me about because of the tides that came

17   up, storms that came up that spread it out.

18            Also, the fact that it relies on visible observation

19   rather than chemical determination.

20   Q.  Last question.  BP's asked you a lot of questions regarding

21   dilution, dilution does not remove oil from the environment, does

22   it?

23   A.  No.  It can reduce the concentrations but it doesn't remove --

24   that dilution alone does not remove the oil from the environment.

25            MS. ANDRE:  Thank you very much, Dr. Boesch.  I have no

1:55:47  1   further questions.

1:55:48  2              THE COURT:  All right.  Thank you, sir.

1:55:50  3              THE WITNESS:  Thank you, sir.

1:55:51  4              THE COURT:  All right.  It's just about noon so let's just

1:55:53  5   recess now for lunch until 1:00 P.M.

1:55:56  6              THE DEPUTY CLERK:  All rise.

1:55:57  7         (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

8

9                           * * * * * *

10

11                    REPORTER'S CERTIFICATE

12

13        I, Karen A. Ibos, CCR, Official Court Reporter, United

14   States District Court, Eastern District of Louisiana, do hereby

15   certify that the foregoing is a true and correct transcript, to the

16   best of my ability and understanding, from the record of the

17   proceedings in the above-entitled and numbered matter.

18

19

20              _____/s/ Karen A. Ibos_____

21              Karen A. Ibos, CCR, RPR, CRR, RMR

22              Official Court Reporter

23

24

25

OFFICIAL TRANSCRIPT

'

**'Fortunately** [1] - 420:15
**'from** [1] - 431:5

**/**

**/s** [1] - 465:20

**1**

**1** [5] - 340:15, 341:4, 365:25, 451:15, 451:25
**1,000** [1] - 398:23
**1,100** [3] - 354:3, 356:10, 360:18
**1,138** [1] - 356:10
**1,149** [1] - 387:7
**1,200** [1] - 462:17
**1,300** [1] - 360:19
**1,500** [1] - 413:12
**1,617** [1] - 450:20
**1.1.2** [1] - 420:10
**1.387** [1] - 413:19
**10** [6] - 357:2, 372:9, 372:13, 379:25, 380:18, 392:20
**10-CV-4536** [1] - 330:8
**100** [4] - 368:12, 371:23, 397:6, 398:2
**10:15** [1] - 412:23
**11** [2] - 380:18, 446:12
**1100** [1] - 403:11
**1102** [1] - 402:13
**12078.1.1** [1] - 452:3
**12078.1.2** [1] - 461:12
**12078.1.5** [1] - 452:9
**12080.1.1** [1] - 458:19
**12080.1.2** [1] - 459:1
**12185R** [1] - 339:25
**12199** [1] - 351:22
**12199.1.1** [1] - 460:14
**12199.1.2** [1] - 460:18
**12389.3.1** [1] - 450:16
**13** [3] - 339:1, 443:15, 444:4
**131319.1.4** [1] - 420:13
**13183** [2] - 339:25,

341:11
**13183.19.1** [1] - 455:22
**13183.19.2** [1] - 458:9
**13183.22.1** [1] - 442:25
**13183.26.1** [1] - 446:10
**13183.37.1** [1] - 452:9
**13183.44.1** [1] - 443:6
**13183.47** [1] - 340:14
**13183.8.1** [2] - 435:12, 437:23
**13184** [2] - 339:25, 341:11
**13184.010** [1] - 357:3
**13185R** [2] - 341:11, 392:20
**13191.1.4** [2] - 419:25, 421:16
**13195.1.1** [1] - 446:25
**13275.1.1** [1] - 448:23
**13275.3.1** [1] - 449:3
**13276.3.1** [1] - 455:11
**13277.1.1** [2] - 430:23, 431:19
**13277.1.2** [1] - 431:4
**13284.1.1** [2] - 435:4, 435:19
**13287.1.1** [2] - 438:22, 438:23
**13287.8.1** [1] - 439:9
**13287.8.2** [1] - 439:13
**13287.8.3** [1] - 439:18
**13287.8.5** [1] - 439:5
**13289.1.1** [1] - 450:9
**13289.3.5** [1] - 450:22
**13289.7.1** [1] - 451:1
**134** [1] - 448:17
**14271** [1] - 331:4
**14th** [1] - 386:12
**15** [2] - 400:1
**15,000** [1] - 387:17
**15-minute** [1] - 412:23
**1500** [1] - 369:19
**157** [1] - 452:20
**16** [1] - 448:17
**160** [1] - 361:14
**170** [2] - 390:5, 405:13

**18** [1] - 458:5
**18th** [1] - 435:5
**1:00** [1] - 465:5

**2**

**2** [10] - 340:3, 340:7, 341:4, 357:3, 357:4, 376:23, 424:6, 424:17, 424:20, 463:14
**2,000** [3] - 359:23, 359:25, 360:6
**2-13** [1] - 332:10
**20** [6] - 330:4, 447:6, 447:14, 447:22, 448:17, 449:5
**200** [3] - 359:20, 359:22, 368:4
**20004** [1] - 331:4
**20005** [1] - 331:16
**20006** [1] - 331:24
**20044** [1] - 330:25
**2009** [1] - 447:8
**2010** [12] - 330:4, 365:8, 371:4, 389:2, 391:14, 421:1, 435:5, 449:5, 451:8, 453:20, 453:23, 456:1
**2011** [5] - 386:12, 436:16, 451:8, 455:25, 464:4
**2012** [5] - 366:9, 449:7, 451:8, 455:25, 464:4
**2013** [1] - 410:5
**2014** [3] - 402:21, 402:24, 410:6
**2015** [3] - 330:4, 334:2, 454:9
**2020** [1] - 331:24
**21** [2] - 330:4, 334:2
**219,000** [1] - 450:19
**22** [3] - 416:12, 448:6, 448:8
**220** [1] - 403:13
**23** [1] - 366:18
**231360** [1] - 385:19
**231481** [1] - 393:21
**231482** [1] - 393:21
**231516** [1] - 352:7
**231539** [1] - 409:11
**231543** [1] - 381:20
**231547** [1] - 352:1
**233557** [1] - 371:3
**233579** [1] - 370:12
**24143** [1] - 394:11
**241493** [1] - 394:12
**246253** [1] - 398:11

**25** [2] - 334:9, 443:15
**252** [1] - 398:12

**3**

**3** [5] - 340:12, 341:4, 371:10, 392:20, 425:10
**3,100** [1] - 442:20
**3,800** [1] - 413:13
**3.2** [1] - 354:12
**30** [1] - 372:11
**30(b)(6** [1] - 461:25
**30,000** [1] - 450:23
**300** [4] - 331:12, 349:1, 361:4, 375:22
**31,000** [1] - 460:24
**337/17** [1] - 333:8
**341/3** [1] - 333:9
**344** [2] - 448:9, 448:19
**35** [2] - 334:9, 431:3
**355** [1] - 332:2
**36** [1] - 402:15
**360** [1] - 356:13
**3600** [1] - 369:19
**38** [1] - 402:15
**393** [1] - 402:24
**3rd** [1] - 371:4

**4**

**4.2** [1] - 354:12
**40** [1] - 334:11
**400** [2] - 364:24, 367:13
**41** [1] - 334:9
**413/7** [1] - 333:10
**4400** [1] - 332:2
**45** [1] - 402:17
**45,000** [2] - 353:6, 353:12
**463/12** [1] - 333:11
**469** [2] - 456:21, 457:19

**5**

**50** [1] - 397:6
**500** [1] - 332:10
**5000** [1] - 331:19
**504** [1] - 332:11
**53** [1] - 416:12
**536** [3] - 456:17, 456:20, 457:19
**54** [1] - 443:15
**560** [1] - 405:12

**57** [2] - 334:11, 362:15
**589-7776** [1] - 332:11

**6**

**60** [1] - 408:11
**600** [1] - 459:4
**60654** [1] - 331:13
**613** [1] - 458:1
**655** [1] - 331:16
**68,000** [2] - 353:11, 353:13

**7**

**70** [1] - 339:22
**701** [2] - 331:19, 332:6
**70130** [2] - 332:7, 332:10
**70139** [1] - 331:20
**7611** [1] - 330:24
**78** [1] - 356:14

**8**

**80s** [1] - 339:18
**87** [1] - 354:15
**8700** [1] - 338:17

**9**

**90071** [1] - 332:2

**A**

**ABIGAIL** [1] - 330:18
**Abigail** [1] - 335:11
**ability** [7] - 363:11, 372:22, 381:15, 392:9, 395:25, 396:1, 465:16
**able** [2] - 416:23, 438:17
**abortions** [1] - 454:5
**above** [4] - 360:16, 366:23, 375:8, 465:17
**above-entitled** [1] - 465:17
**absolutely** [2] - 437:17, 453:8
**abstract** [1] - 398:14
**abundance** [14] - 357:9, 357:10,

357:20, 362:10, 374:5, 379:24, 384:6, 400:8, 401:2, 441:24, 449:15, 449:22, 451:2, 456:1

**abundances** [4] - 357:12, 380:20, 380:22, 449:20

**abundant** [1] - 348:23

**abyss** [1] - 359:24

**abyssal** [1] - 359:24

**academic** [1] - 338:16

**Academy** [4] - 338:24, 339:1, 339:4, 369:16

**accept** [2] - 442:12, 462:4

**acceptable** [1] - 334:23

**accepted** [3] - 341:1, 349:18, 399:7

**access** [1] - 409:3

**accompanied** [1] - 416:25

**accordance** [1] - 341:13

**according** [1] - 334:8

**account** [11] - 337:6, 380:9, 380:13, 381:5, 397:4, 397:7, 397:10, 399:13, 421:10, 437:16, 437:20

**accumulations** [1] - 378:25

**accurate** [3] - 356:12, 421:13, 445:10

**accurately** [4] - 340:17, 341:4, 409:3, 429:22

**accusations** [1] - 421:2

**acknowledge** [1] - 451:15

**across** [2] - 345:9, 369:19

**Act** [1] - 360:8

**acted** [1] - 362:23

**action** [1] - 337:8

**active** [10] - 359:3, 366:24, 368:16, 369:21, 370:17, 389:5, 397:17, 409:6, 412:12, 412:18

**activities** [8] - 339:24, 367:11, 367:19, 378:10, 403:18, 405:24,

458:11, 460:8

**activity** [2] - 399:25, 453:10

**actual** [30] - 342:2, 342:9, 342:12, 342:19, 342:20, 343:7, 343:11, 343:17, 343:23, 344:15, 344:19, 354:17, 369:20, 393:5, 398:6, 417:2, 417:16, 417:19, 422:21, 428:2, 438:15, 438:20, 442:18, 443:11, 443:22, 444:13, 444:20, 445:2, 445:8

**actually** [68] - 334:25, 335:24, 340:7, 342:6, 342:16, 342:25, 343:8, 343:20, 344:24, 345:13, 347:14, 349:21, 350:24, 353:13, 357:15, 357:20, 358:11, 359:23, 361:15, 361:21, 362:6, 363:7, 370:17, 371:21, 373:15, 375:10, 379:1, 386:18, 389:18, 390:1, 391:17, 393:7, 394:3, 395:21, 395:23, 396:1, 396:24, 397:22, 400:13, 401:11, 402:18, 404:17, 407:16, 409:21, 409:22, 413:16, 416:2, 419:20, 422:23, 424:5, 424:12, 424:21, 428:7, 429:21, 430:14, 430:15, 433:5, 436:15, 437:2, 437:20, 438:18, 440:8, 446:16, 447:13, 459:7, 459:13, 459:23

**Acute** [1] - 398:11

**adapted** [1] - 382:19

**adaptive** [1] - 439:15

**add** [2] - 379:4, 411:7

**addition** [24] - 338:11, 339:2, 339:15, 345:7, 349:11, 354:16, 363:23, 364:9,

373:18, 383:11, 387:12, 387:19, 388:25, 389:19, 390:4, 390:7, 396:3, 405:8, 406:23, 411:25, 412:9, 414:24, 429:15, 464:14

**additional** [2] - 344:8, 407:22

**address** [11] - 337:21, 339:20, 366:1, 373:8, 378:13, 379:23, 388:8, 392:5, 425:18, 427:11, 442:24

**addressed** [3] - 340:8, 365:25, 425:21

**addresses** [2] - 381:13, 440:17

**addressing** [2] - 374:20, 440:14

**adequate** [1] - 464:12

**adhere** [1] - 381:1

**adjacent** [1] - 367:4

**Administrator** [1] - 339:11

**administrator** [2] - 458:24, 460:3

**admission** [1] - 341:12

**adopt** [1] - 341:8

**adopted** [2] - 340:11, 376:23

**adrenal** [3] - 390:15, 392:10, 393:20

**adult** [2] - 439:19, 441:7

**advance** [2] - 385:18, 453:25

**advised** [1] - 334:14

**advocating** [1] - 376:9

**aerial** [1] - 455:25

**affect** [4] - 380:9, 381:5, 388:19, 407:24

**Affected** [1] - 443:2

**affected** [37] - 339:23, 345:14, 345:21, 346:5, 348:3, 348:13, 357:20, 358:9, 358:11, 359:23, 360:1, 363:9, 366:24, 366:25, 367:3, 367:4, 368:1, 377:12, 377:15, 387:14, 388:17, 389:18, 391:10, 392:8, 392:13,

395:18, 396:3, 406:19, 406:25, 407:2, 412:16, 412:18, 439:10, 444:25, 451:12, 461:8

**affecting** [2] - 344:25, 369:6

**affects** [3] - 340:8, 440:5, 440:7

**after** [18] - 344:10, 344:13, 348:25, 357:13, 359:3, 365:9, 370:8, 380:20, 380:22, 385:16, 391:19, 414:17, 419:12, 451:3, 451:7, 451:22, 460:9

**again** [38] - 345:13, 346:3, 353:24, 356:9, 364:25, 366:2, 366:4, 368:6, 369:14, 370:5, 371:8, 374:13, 378:22, 389:21, 390:3, 391:12, 391:24, 392:5, 399:22, 401:2, 401:9, 402:9, 402:14, 403:24, 405:17, 406:12, 408:10, 408:18, 409:1, 410:25, 419:15, 427:17, 428:12, 435:13, 447:23, 448:13, 458:5, 458:19

**age** [1] - 415:21

**agencies** [3] - 338:22, 385:23, 437:11

**agency** [1] - 350:15

**aggregate** [3] - 374:3, 429:19, 445:1

**aggregates** [1] - 403:5

**ago** [3] - 421:18, 431:3, 450:14

**agree** [25] - 367:23, 392:2, 404:18, 414:11, 414:23, 418:15, 418:21, 419:4, 419:22, 428:13, 429:11, 432:7, 432:25, 433:12, 433:13, 434:14, 438:5, 438:7, 442:8, 442:19, 451:20, 460:24, 461:4, 461:7, 461:11

**agreed** [1] - 334:15

**ahead** [7] - 341:1, 347:15, 377:10,

393:9, 393:12, 412:22, 445:14

**air** [5] - 345:8, 345:9, 384:23, 384:25, 390:4

**air-breathing** [1] - 345:8

**AL** [1] - 330:10

**al** [7] - 351:21, 351:25, 352:5, 393:22, 398:11, 409:12, 448:25

**Alabama** [3] - 357:17, 401:13

**algae** [1] - 382:19

**algal** [1] - 458:13

**algum** [1] - 382:17

**alive** [2] - 456:17, 456:20

**alkane** [1] - 409:24

**alkanes** [3] - 410:10, 422:5, 422:18

**all** [83] - 334:6, 336:8, 336:10, 336:15, 336:20, 337:5, 337:10, 337:15, 340:22, 341:12, 341:21, 345:4, 349:3, 349:6, 353:22, 355:23, 356:5, 358:16, 358:23, 358:24, 359:5, 359:8, 363:4, 365:24, 365:25, 366:3, 366:19, 366:20, 367:25, 368:14, 369:7, 376:13, 376:18, 376:20, 377:7, 380:14, 386:25, 387:1, 388:6, 392:6, 394:10, 396:13, 397:10, 398:20, 398:22, 399:13, 400:2, 400:20, 401:22, 403:24, 405:17, 407:24, 409:19, 411:2, 411:20, 412:4, 412:13, 412:22, 412:24, 413:2, 416:10, 425:15, 428:21, 430:15, 432:23, 433:7, 436:13, 437:18, 443:20, 445:16, 447:6, 447:22, 452:13, 455:11, 463:2, 463:6, 463:8, 464:7, 465:2, 465:4, 465:6

**ALLAN** [1] - 332:4
**alliance** [1] - 399:6
**allow** [1] - 454:24
**allowed** [2] - 337:10, 407:16
**allows** [4] - 364:1, 371:14, 371:25, 374:2
**alluded** [1] - 432:13
**almost** [8] - 348:9, 362:7, 363:2, 366:15, 368:12, 370:2, 373:15, 387:17
**alone** [1] - 464:24
**along** [7] - 339:16, 359:1, 371:7, 396:8, 401:12, 403:21, 411:17
**already** [11] - 340:24, 350:18, 354:24, 367:7, 367:20, 376:22, 379:3, 381:8, 396:18, 403:14, 411:7
**also** [74] - 341:10, 344:7, 344:8, 345:19, 345:22, 347:8, 349:15, 349:18, 358:19, 358:24, 360:5, 361:6, 363:12, 363:15, 364:5, 366:7, 367:1, 368:15, 368:23, 369:8, 370:18, 370:21, 372:23, 372:25, 374:19, 380:7, 380:15, 383:8, 383:11, 383:13, 383:23, 383:25, 390:21, 390:25, 391:10, 394:11, 396:15, 399:14, 401:12, 403:23, 406:1, 406:13, 407:8, 408:12, 409:25, 410:9, 411:16, 412:11, 412:14, 414:9, 414:25, 418:15, 419:11, 421:16, 430:18, 432:25, 433:8, 434:18, 437:12, 440:5, 440:8, 440:17, 441:2, 444:24, 447:11, 451:6, 451:25, 456:8, 457:3, 458:1, 463:20, 463:24, 464:6, 464:18
**alteration** [1] - 373:11
**altered** [2] - 342:14, 373:10

**alternative** [1] - 368:18
**although** [6] - 342:24, 361:18, 370:21, 379:5, 388:4, 436:16
**altogether** [1] - 434:24
**always** [4] - 402:25, 403:1, 431:15, 437:3
**AMANT** [1] - 332:6
**Amberjack** [1] - 374:17
**amenities** [1] - 405:25
**AMERICA** [8] - 330:7, 330:16, 331:6, 331:6, 331:7, 331:8, 331:9, 331:9
**American** [1] - 427:15
**among** [6] - 334:15, 368:11, 368:16, 396:10, 430:7, 458:12
**amount** [15] - 343:12, 343:14, 354:8, 354:17, 354:19, 356:4, 356:15, 369:10, 369:17, 372:10, 389:5, 389:6, 402:21, 418:6, 454:15
**Anadarko** [1] - 334:10
**ANADARKO** [2] - 331:21, 331:22
**analogous** [1] - 395:3
**analyses** [6] - 369:1, 390:18, 409:23, 424:1, 450:16, 451:2
**Analysis** [1] - 435:25
**analysis** [61] - 339:21, 339:23, 340:6, 340:10, 349:11, 350:3, 351:2, 352:20, 353:14, 353:24, 354:9, 357:8, 358:9, 358:24, 377:17, 378:17, 378:20, 379:11, 380:2, 381:8, 385:12, 390:11, 401:25, 409:14, 410:17, 424:5, 424:11, 424:14, 424:15, 424:17, 424:19, 425:22, 426:13, 426:14, 427:4, 427:6, 427:7, 427:14,

427:17, 427:19, 429:5, 429:16, 429:18, 436:24, 437:9, 441:12, 449:16, 450:2, 450:10, 450:19, 450:23, 452:23, 454:23, 454:25, 455:2, 458:15, 461:22, 463:14, 463:18, 463:21
**analyze** [2] - 427:13, 427:15
**AND** [1] - 335:16
**and/or** [1] - 404:4
**ANDRE** [29] - 330:18, 335:11, 337:14, 337:17, 340:13, 340:20, 341:3, 341:10, 341:15, 341:16, 347:16, 357:2, 357:6, 358:13, 358:17, 370:12, 370:13, 372:2, 372:3, 376:12, 378:2, 392:19, 392:21, 393:18, 412:20, 417:13, 443:24, 463:12, 464:25
**Andre** [6] - 333:8, 333:9, 333:11, 335:11, 452:7, 456:3
**ANDREW** [1] - 331:10
**ANDRÉ** [1] - 463:10
**Angeles** [1] - 332:2
**animal** [4] - 367:13, 373:13, 429:6, 462:1
**animal's** [1] - 393:17
**animals** [35] - 345:8, 345:21, 362:14, 364:6, 364:7, 365:18, 367:6, 373:23, 382:11, 383:12, 384:13, 384:18, 384:19, 384:23, 384:25, 385:7, 385:16, 386:9, 386:10, 386:20, 387:11, 388:5, 389:18, 394:24, 395:9, 411:3, 411:13, 412:5, 429:10, 442:3, 452:24, 452:25, 459:3, 459:15, 459:18
**announce** [1] - 334:7
**annual** [2] - 357:12, 399:25
**anomalies** [2] - 390:17, 390:21

**another** [17] - 339:23, 347:17, 366:11, 373:7, 374:1, 375:6, 394:3, 394:5, 400:2, 402:15, 406:23, 419:1, 431:18, 441:5, 442:19, 445:6, 445:15
**answer** [12] - 416:7, 416:14, 416:18, 417:9, 422:12, 422:17, 440:23, 440:25, 444:1, 445:4, 448:20, 463:15
**answering** [1] - 417:21
**anticipation** [1] - 359:2
**anxiety** [1] - 438:8
**any** [59] - 335:5, 339:5, 339:21, 340:22, 349:17, 349:24, 354:21, 356:15, 368:18, 369:12, 377:23, 381:10, 387:4, 388:3, 389:16, 393:3, 393:6, 395:10, 396:10, 399:20, 400:24, 401:4, 401:5, 405:22, 407:22, 423:9, 423:14, 425:3, 425:18, 426:9, 426:14, 426:22, 428:3, 428:4, 429:5, 429:6, 429:16, 430:4, 431:10, 438:13, 440:23, 441:12, 441:20, 442:9, 442:20, 451:6, 452:24, 454:10, 456:8, 456:12, 459:20, 460:4, 460:6, 461:17, 461:25, 462:6, 464:8
**anyone** [2] - 395:8, 415:14
**anything** [8] - 336:6, 371:16, 379:4, 411:7, 423:12, 425:10, 434:3, 461:19
**anyway** [3] - 387:4, 410:22, 441:23
**anywhere** [3] - 367:19, 370:23, 425:18
**apart** [1] - 419:14
**apologize** [2] - 352:8, 457:17
**apparently** [3] -

337:7, 388:17, 449:6
**appear** [2] - 348:24, 414:2
**APPEARANCES** [1] - 330:14
**appeared** [4] - 410:6, 436:15, 447:8
**appears** [1] - 340:15
**application** [3] - 345:14, 437:1, 437:5
**applied** [2] - 414:25, 437:19, 437:21
**applying** [1] - 354:23
**appointed** [1] - 339:7
**appraisal** [1] - 400:17
**appreciate** [3] - 337:8, 422:20, 459:17
**approach** [6] - 351:11, 358:5, 358:21, 378:19, 410:25, 464:13
**approached** [1] - 438:21
**approaches** [4] - 355:20, 390:14, 395:3, 432:6
**appropriate** [8] - 336:3, 338:17, 340:6, 430:8, 436:11, 436:20, 436:23, 437:14
**approximately** [5] - 353:5, 354:2, 354:3, 364:20, 369:22
**April** [2] - 386:12, 453:21
**APRIL** [1] - 330:4
**apt** [1] - 404:15
**aquatic** [5] - 355:3, 355:7, 361:23, 427:3, 437:12
**are** [191] - 335:7, 336:3, 336:15, 336:17, 339:22, 339:23, 343:5, 343:9, 343:24, 344:8, 344:9, 345:19, 345:20, 347:3, 347:11, 348:2, 348:9, 348:13, 349:1, 349:3, 349:12, 350:10, 351:7, 351:9, 353:7, 353:8, 355:25, 359:16, 360:22, 363:2, 363:14, 363:20, 363:21, 364:7, 364:11, 365:22, 366:10, 366:13, 367:2, 367:3, 367:7, 369:8, 369:20,

369:22, 369:24,
370:2, 370:14,
371:20, 371:22,
372:7, 372:12,
372:23, 373:25,
374:17, 378:18,
379:12, 381:8,
382:16, 382:19,
383:19, 383:20,
383:21, 384:3, 385:4,
385:13, 385:17,
386:12, 386:25,
387:1, 387:4, 388:8,
388:15, 388:17,
388:23, 390:19,
391:11, 392:14,
393:21, 394:1,
395:19, 396:8,
396:14, 396:24,
396:25, 397:10,
397:13, 397:14,
397:22, 398:3,
398:17, 399:2,
399:22, 399:24,
400:2, 400:5, 400:6,
400:7, 400:11,
400:12, 400:25,
401:9, 401:15, 402:9,
403:1, 403:17,
403:18, 403:24,
404:3, 405:7, 405:14,
405:17, 406:21,
407:19, 407:24,
408:3, 408:7, 410:10,
410:11, 410:22,
411:11, 411:15,
411:16, 411:18,
411:20, 412:1, 412:9,
412:14, 412:16,
413:23, 414:3, 414:5,
414:6, 417:18,
417:19, 419:19,
420:3, 420:6, 420:10,
420:15, 421:9, 422:4,
422:5, 422:6, 422:9,
422:10, 425:5, 426:4,
429:24, 429:25,
431:20, 432:2,
432:19, 432:25,
433:3, 433:7, 433:12,
433:14, 433:22,
434:1, 434:6, 435:8,
436:17, 436:20,
439:9, 440:3, 440:18,
441:3, 443:17,
444:24, 445:12,
446:2, 448:2, 449:13,
451:16, 452:20,
454:1, 456:16

**area** [59] - 343:17,
347:4, 352:16, 353:3,

353:5, 353:6, 353:10,
353:15, 353:17,
353:25, 355:24,
356:8, 356:18, 358:9,
358:11, 359:16,
359:20, 359:21,
359:23, 360:2,
362:15, 362:18,
366:9, 366:22,
366:24, 368:22,
369:7, 369:9, 370:19,
370:21, 372:1, 379:1,
379:2, 379:6, 382:24,
384:8, 384:12,
386:16, 397:17,
398:19, 399:8, 400:1,
403:22, 404:8,
406:19, 407:16,
408:10, 410:21,
415:2, 415:5, 423:12,
434:19, 434:20,
448:4, 458:5, 461:1,
461:9, 464:12

**areas** [35] - 343:16,
343:18, 350:19,
356:10, 357:13,
357:15, 357:20,
358:10, 359:12,
367:11, 367:12,
368:1, 383:6, 383:9,
384:6, 385:10,
386:16, 390:14,
400:6, 401:2, 401:9,
401:15, 401:19,
402:20, 403:21,
404:3, 405:14, 411:9,
411:11, 412:3,
412:15, 435:2, 435:3,
450:10, 450:11

**aren't** [2] - 377:21,
450:7

**argued** [1] - 431:7

**argument** [2] -
337:9, 440:9

**arguments** [2] -
336:22, 337:10

**arms** [1] - 365:12

**Aromatic** [1] -
352:11

**aromatic** [4] - 347:7,
373:15, 409:25,
422:10

**around** [17] - 345:5,
353:4, 360:25,
365:13, 368:12,
375:8, 384:11, 385:2,
390:4, 397:8, 397:9,
399:25, 401:11,
411:13, 421:2, 422:8,
462:17

**arrows** [1] - 360:22

**article** [18] - 382:4,
409:12, 409:16,
431:20, 438:23,
438:25, 440:20,
440:23, 441:19,
450:5, 450:6, 458:20,
458:21, 459:6, 459:8,
460:11, 460:14

**articles** [4] - 394:15,
409:10, 409:14,
430:24

**AS** [1] - 335:16

**ascending** [1] -
370:22

**ashore** [7] - 345:17,
346:15, 355:16,
358:7, 405:1, 405:4,
406:18

**ask** [15] - 416:6,
416:14, 424:22,
426:4, 426:9, 430:3,
432:22, 434:5,
435:14, 442:8, 445:6,
445:15, 452:3,
457:21, 458:19

**asked** [19] - 334:13,
337:21, 337:22,
348:22, 351:17,
416:13, 417:15,
421:7, 421:9, 422:15,
425:22, 444:3, 445:9,
458:17, 459:7,
463:20, 464:6,
464:16, 464:20

**asking** [4] - 423:16,
423:18, 447:17, 457:6

**asks** [1] - 339:14

**assess** [4] - 337:22,
349:6, 354:23, 366:5

**assessed** [5] - 353:8,
353:10, 390:13,
409:25, 423:1

**Assessment** [3] -
343:13, 348:8, 397:19

**assessment** [20] -
338:1, 338:23,
348:22, 350:18,
351:11, 352:17,
353:2, 353:19,
388:23, 394:21,
396:23, 402:10,
404:7, 411:4, 423:25,
432:3, 432:10,
437:20, 460:22,
464:13

**assessments** [2] -
348:11, 397:3

**associated** [8] -
345:7, 345:21, 347:3,

383:19, 384:3,
384:14, 415:16, 438:9

**association** [1] -
387:22

**assume** [1] - 389:10

**assuming** [1] - 335:7

**assumptions** [3] -
350:3, 351:1, 433:8

**at** [130] - 338:11,
340:5, 340:20,
341:10, 342:7,
343:18, 344:1, 344:2,
346:8, 346:14,
346:23, 347:14,
347:22, 347:25,
349:14, 349:18,
351:7, 354:25, 357:9,
357:19, 358:4, 360:4,
360:13, 362:15,
365:5, 365:22,
365:25, 366:6,
366:15, 366:17,
368:6, 369:14,
370:14, 370:16,
370:22, 371:8,
371:12, 374:17,
375:19, 377:13,
379:6, 379:7, 380:14,
381:17, 385:1, 386:4,
388:10, 390:13,
391:7, 391:24, 392:6,
392:20, 392:22,
392:23, 394:19,
394:22, 395:19,
397:17, 400:15,
402:22, 403:9,
405:14, 406:10,
409:6, 410:19,
412:21, 413:18,
414:8, 415:14,
415:24, 416:12,
416:14, 416:16,
417:3, 417:17, 423:1,
423:14, 424:13,
424:22, 424:23,
426:9, 427:25,
429:20, 431:7,
432:20, 434:14,
434:21, 435:24,
436:6, 436:8, 436:9,
436:12, 439:21,
440:2, 440:3, 440:6,
441:9, 443:9, 443:20,
444:4, 444:15,
444:18, 445:7,
445:22, 446:2,
446:25, 447:6,
447:15, 447:23,
448:11, 448:13,
448:19, 452:6, 452:9,

452:12, 452:23,
454:2, 455:11,
458:14, 458:18,
458:20, 458:25,
459:7, 461:16,
461:24, 464:4

**Atlantic** [3] - 382:18,
388:1, 388:2

**Atmospheric** [1] -
458:23

**attempt** [11] - 380:4,
380:14, 397:11,
399:20, 406:5, 423:9,
423:11, 423:13,
424:4, 424:14, 428:3

**attempted** [1] -
397:23

**attempting** [1] -
342:1

**attention** [4] -
367:10, 416:13,
420:8, 435:7

**attest** [2] - 398:19,
398:20

**Audubon** [2] -
399:24, 427:9

**August** [1] - 421:1

**Australia** [1] - 338:12

**author** [3] - 394:6,
431:18, 431:20

**author's** [1] - 350:6,
394:20

**authors** [10] -
349:17, 381:25,
390:19, 394:19,
394:25, 397:22,
442:12, 448:18,
454:6, 454:25

**autopsies** [2] -
393:11, 459:3

**availability** [2] -
374:2, 374:6

**available** [25] -
342:7, 348:7, 348:8,
348:9, 348:10, 349:7,
350:10, 382:3,
398:15, 398:16,
425:9, 425:23,
425:25, 426:6,
426:10, 426:14,
426:17, 426:21,
426:22, 427:2,
428:15, 428:23,
438:10, 455:14

**Ave** [1] - 332:2

**average** [3] - 357:9,
357:19, 401:3

**averaged** [1] -
357:12

**averages** [4] -

357:16, 358:9,
378:22, 429:22
**averaging** [1] -
401:19
**avoidance** [1] -
439:15
**aware** [8] - 426:4,
449:16, 449:17,
456:16, 458:15,
462:10, 462:14,
462:20
**away** [14] - 342:20,
361:4, 361:20,
366:18, 368:4,
379:24, 406:12,
407:10, 408:1,
447:14, 447:16,
457:10

# B

**B** [1] - 335:21
**B-E-O-S-C-H** [1] -
335:21
**Bachelor's** [1] -
338:9
**back** [11] - 339:17,
351:7, 375:12,
384:11, 407:11,
408:4, 410:12,
431:19, 435:19,
454:18, 456:22
**background** [5] -
394:16, 409:22,
410:12, 410:14,
439:14
**bacteria** [7] - 363:1,
372:24, 413:24,
414:3, 415:5, 419:16,
444:24
**bacterial** [6] - 363:1,
366:21, 392:15,
413:23, 415:20,
415:23
**bait** [1] - 412:2
**balance** [1] - 440:11
**balanced** [1] - 440:8
**balls** [1] - 405:9
**bands** [1] - 434:23
**Barataria** [11] -
390:8, 390:12, 391:1,
393:23, 393:25,
395:3, 401:12, 407:1,
408:10, 411:11,
450:11
**Barbara** [2] - 361:12,
361:13
**Barbier** [4] - 334:21,
431:23, 434:6, 456:21

**BARBIER** [1] -
330:12
**Barbier's** [1] -
374:20
**barrel** [1] - 360:6
**barrels** [6] - 354:12,
369:19, 369:21,
375:22, 413:13,
413:19
**base** [1] - 364:7
**based** [22] - 341:21,
342:2, 342:6, 342:25,
344:1, 353:6, 380:23,
397:23, 399:2, 400:8,
400:10, 400:19,
401:7, 401:21,
402:22, 405:17,
410:9, 423:23,
433:10, 434:6, 446:9,
449:23
**baseline** [4] - 359:2,
409:20, 410:24,
410:25
**bases** [1] - 341:5
**basically** [21] -
341:23, 355:13,
361:5, 366:14,
370:22, 373:9,
373:21, 383:4, 394:7,
394:18, 396:13,
400:7, 402:10,
431:17, 433:24,
436:16, 437:13,
450:1, 454:6, 458:21,
461:22
**basins** [2] - 451:7,
451:12
**basis** [8] - 336:6,
342:15, 344:3,
372:22, 373:9,
413:14, 415:19,
461:19
**Bay** [14] - 390:8,
390:12, 391:1,
393:23, 393:25,
395:3, 395:4, 401:12,
407:1, 408:10,
411:11, 450:11,
450:12
**be** [124] - 335:1,
337:1, 337:5, 337:8,
337:10, 342:1,
342:24, 343:18,
343:20, 344:8,
347:20, 348:3,
348:11, 348:12,
348:13, 349:9,
349:16, 350:10,
351:4, 358:20,
361:24, 362:8,

363:18, 364:24,
367:5, 369:6, 369:19,
375:24, 376:3, 376:5,
376:6, 376:13,
376:14, 377:14,
379:21, 379:22,
381:7, 382:9, 384:12,
385:4, 386:16, 387:5,
387:14, 388:8, 389:9,
391:10, 391:20,
392:7, 392:8, 392:10,
392:11, 393:8,
393:15, 395:22,
396:3, 396:15,
396:19, 397:3, 397:9,
398:1, 398:2, 398:8,
398:9, 398:21,
398:23, 399:8,
399:10, 400:18,
402:13, 402:15,
402:20, 403:21,
407:16, 408:22,
409:22, 410:12,
412:18, 413:2,
414:13, 414:16,
415:10, 416:23,
419:14, 419:21,
422:1, 422:15,
422:21, 422:25,
426:8, 428:6, 428:15,
428:17, 429:1,
429:22, 431:4, 433:7,
434:15, 435:15,
439:19, 440:3, 440:6,
440:7, 440:14,
440:17, 440:21,
441:3, 441:7, 444:3,
446:5, 446:13,
447:20, 449:11,
455:7, 456:24, 461:7,
464:2, 464:10, 464:12
**beach** [10] - 386:10,
390:10, 396:25,
397:13, 399:6,
400:14, 403:8,
405:11, 406:3
**beached** [1] - 426:17
**beaches** [20] -
385:15, 387:13,
387:18, 387:25,
391:14, 401:13,
402:7, 402:20,
403:10, 403:20,
404:21, 404:22,
404:25, 405:8,
405:21, 405:23,
406:1, 406:2, 406:5,
406:10
**bear** [1] - 339:19
**beating** [1] - 377:21

**because** [71] - 339:7,
343:8, 343:12,
345:20, 346:5,
347:20, 349:23,
350:1, 350:20,
353:15, 354:24,
360:24, 361:19,
363:20, 363:24,
364:4, 364:7, 364:13,
365:4, 367:1, 367:10,
367:16, 367:24,
368:14, 368:23,
371:24, 372:22,
374:2, 377:12,
377:23, 379:22,
382:21, 383:24,
385:12, 386:15,
389:7, 389:12, 392:2,
395:7, 396:2, 397:19,
401:19, 402:19,
403:22, 404:15,
406:14, 408:2,
408:18, 410:22,
412:8, 416:2, 418:4,
418:6, 419:8, 419:18,
419:22, 422:18,
430:13, 433:4, 433:9,
434:25, 437:1, 454:3,
457:23, 459:19,
459:22, 461:22,
464:9, 464:16
**become** [3] - 343:11,
362:21, 419:20
**becomes** [3] -
417:24, 418:1, 418:3
**been** [79] - 338:25,
343:25, 346:5,
348:25, 349:16,
350:15, 354:24,
356:22, 359:1, 359:2,
359:6, 359:7, 364:13,
364:14, 364:23,
364:24, 365:9, 366:3,
367:9, 368:4, 368:5,
368:12, 368:24,
371:18, 372:19,
373:16, 375:16,
382:7, 382:17,
383:11, 384:16,
385:9, 385:10,
385:11, 388:6,
388:12, 396:23,
397:1, 398:4, 399:10,
400:7, 401:4, 405:2,
407:15, 409:6,
410:22, 411:15,
413:12, 414:8, 415:6,
418:11, 419:9,
421:18, 422:22,
422:23, 422:25,
423:1, 426:6, 433:1,

434:19, 435:24,
438:17, 440:15,
441:6, 441:20, 442:9,
443:17, 446:6, 449:9,
450:3, 453:18, 454:9,
455:4, 459:14,
461:20, 464:1,
464:11, 464:15
**BEFORE** [1] - 330:12
**before** [17] - 334:6,
350:16, 364:19,
365:7, 384:24,
389:11, 391:6,
391:18, 409:19,
409:20, 418:22,
419:8, 431:12,
448:21, 449:9, 451:8,
452:19
**began** [5] - 338:23,
348:24, 367:11,
453:20, 453:23
**begged** [1] - 422:13
**begin** [2] - 374:4,
444:3
**beginning** [3] -
365:1, 391:18, 455:5
**begins** [1] - 420:9
**behalf** [1] - 408:11
**behaviors** [1] -
439:15
**being** [16] - 347:11,
354:19, 361:23,
366:18, 373:7,
377:16, 377:21,
383:16, 392:13,
403:4, 405:16,
422:24, 432:10,
435:2, 436:23, 458:13
**believe** [8] - 340:19,
389:13, 392:17,
423:25, 424:19,
449:11, 453:22, 458:3
**believes** [1] - 337:7
**below** [2] - 360:18,
362:19
**bench** [1] - 336:18
**benefit** [8] - 341:7,
349:15, 431:22,
435:10, 436:5,
436:24, 437:9, 437:16
**benefits** [1] - 389:22
**benzene** [3] - 419:2,
419:4, 419:10
**best** [5] - 349:12,
352:9, 380:19,
463:23, 465:16
**better** [2] - 336:18,
409:7
**between** [10] -
359:11, 360:18,

365:21, 370:4, 370:7, 375:24, 413:12, 429:5, 442:5, 452:23

**beyond** [5] - 340:22, 340:24, 392:17, 392:18, 426:20

**big** [3] - 349:7, 365:6, 379:25

**bigger** [2] - 340:8, 356:1

**bile** [3] - 347:9, 351:19, 374:21

**billion** [2] - 375:20, 375:21

**BINGHAM** [1] - 331:22

**bio** [1] - 378:24

**bioaccumulation** [2] - 373:14, 444:21

**bioassay** [1] - 430:16

**biodegradation** [17] - 355:4, 410:2, 414:13, 415:11, 415:16, 415:17, 416:8, 416:17, 417:8, 417:24, 418:11, 418:16, 419:16, 419:20, 444:9, 444:16

**biodeposition** [1] - 362:22

**biological** [3] - 362:25, 371:19, 431:5

**biologists** [1] - 382:2

**biology** [1] - 338:9

**biota** [2] - 346:4, 367:16

**Bird** [4] - 399:24, 400:3, 400:5, 400:21

**bird** [12] - 386:14, 397:7, 397:13, 399:6, 399:23, 400:22, 426:11, 427:7, 427:9, 427:16, 427:19, 462:21

**birds** [52] - 342:18, 345:8, 350:11, 384:25, 385:15, 386:3, 386:8, 389:15, 391:7, 395:13, 395:14, 395:18, 395:21, 395:22, 395:24, 396:3, 396:11, 396:14, 396:22, 396:24, 397:6, 397:12, 397:15, 397:25, 398:1, 398:3, 398:9, 399:2, 399:3, 399:14, 399:21, 400:2, 400:8,

400:13, 411:6, 411:8, 426:11, 426:15, 426:18, 427:6, 427:10, 427:16, 429:9, 461:12, 461:13, 462:11, 462:14, 462:17, 462:25, 463:3

**Birds** [1] - 398:12

**bit** [8] - 336:13, 356:12, 371:18, 375:6, 396:17, 432:12, 441:15, 447:14

**black** [4] - 405:4, 406:23, 433:25, 434:4

**blackened** [2] - 455:6, 455:16

**bladders** [2] - 383:2, 383:3

**blades** [1] - 407:7

**blanket** [1] - 363:11

**blanketed** [1] - 365:8

**blanketing** [2] - 367:2, 369:9

**Block** [2] - 448:9, 448:19

**blooms** [1] - 458:13

**blow** [1] - 352:3

**blowout** [9] - 350:5, 370:8, 370:10, 371:17, 391:17, 391:19, 453:21, 453:25

**blue** [1] - 353:18, 401:8

**bluefin** [1] - 374:16

**Board** [1] - 339:3

**boards** [1] - 339:4

**boats** [1] - 403:23

**Bob** [2] - 435:20, 435:22

**BOCKIUS** [1] - 332:1

**bodies** [3] - 390:10, 390:24, 459:2

**body** [3] - 376:18, 396:2, 398:9

**Boesch** [26] - 335:13, 335:20, 335:23, 335:24, 337:19, 338:8, 340:1, 340:14, 340:21, 341:17, 347:17, 352:14, 358:18, 370:14, 376:13, 377:1, 381:24, 392:22, 409:15, 411:2, 412:20, 413:8, 417:13, 420:1, 463:13, 464:25

**BOESCH** [2] - 333:6, 335:16

**Boesch's** [4] - 341:10, 357:3, 357:5, 416:12

**BOP** [2] - 343:3, 390:2

**border** [1] - 357:18

**both** [28] - 341:23, 343:3, 344:8, 351:12, 353:15, 353:20, 355:8, 356:3, 368:20, 370:9, 381:10, 381:19, 382:25, 386:7, 390:18, 390:24, 396:11, 397:24, 402:6, 410:7, 411:12, 411:25, 422:10, 442:6, 450:9, 451:2, 451:12, 462:20

**bottlenose** [4] - 385:2, 390:9, 452:14, 453:18

**Bottlenose** [2] - 393:22, 393:25

**bottom** [32] - 346:8, 346:24, 347:4, 351:7, 359:20, 360:1, 360:4, 360:25, 362:8, 362:9, 362:12, 362:18, 362:21, 362:23, 363:6, 363:10, 363:19, 364:2, 364:6, 364:8, 367:13, 374:20, 374:23, 375:8, 375:9, 383:5, 384:1, 387:8, 388:10, 400:4, 415:22

**bottom-dwelling** [2] - 374:20, 374:23

**bounds** [2] - 343:6, 353:2

**Box** [3] - 330:24, 331:4, 332:10

**boy** [1] - 452:11

**BP** [31] - 330:9, 331:6, 331:7, 331:7, 331:8, 331:8, 331:9, 334:10, 334:21, 336:10, 337:1, 337:7, 339:8, 344:15, 345:24, 349:25, 351:13, 359:12, 362:6, 366:1, 368:18, 369:12, 374:12, 384:20, 386:14, 386:24, 394:7, 408:12, 462:10, 463:13

**BP's** [10] - 336:16,

BOESCH [2] - 333:6, 335:16

Boesch's [4] - 341:10, 357:3, 357:5, 416:12

BOP [2] - 343:3, 390:2

355:17, 355:20, 356:25, 367:22, 378:3, 399:14, 404:7, 404:12, 464:20

**BP/Anadarko** [1] - 335:8

**BRANCH** [1] - 331:2

**branches** [1] - 449:6

**BRANDON** [1] - 330:23

**BRANSCOME** [1] - 331:15

**break** [1] - 355:14

**breakdown** [1] - 347:9

**breaks** [1] - 360:14

**breathe** [3] - 385:4, 390:3, 392:9

**breathing** [3] - 345:8, 384:23, 384:25

**Breeding** [1] - 400:3

**breeding** [2] - 400:22, 427:15

**Brian** [2] - 455:11, 455:15

**brief** [1] - 403:15

**briefed** [1] - 337:5

**briefing** [1] - 336:8

**briefly** [6] - 344:18, 346:1, 356:21, 365:21, 401:17, 463:10

**bring** [4] - 339:19, 382:8, 401:2, 402:14

**bringing** [3] - 338:3, 381:18, 399:13

**brings** [1] - 412:4

**brittle** [1] - 365:13

**broad** [4] - 379:13, 449:23, 450:1, 464:12

**broader** [9] - 351:2, 406:4, 407:23, 415:15, 416:8, 416:17, 417:8, 417:16, 430:21

**BROCK** [28] - 331:15, 334:21, 335:9, 335:22, 336:23, 337:12, 340:24, 356:20, 358:14, 376:1, 376:7, 377:3, 392:16, 393:10, 413:4, 413:7, 417:22, 444:6, 444:7, 445:3, 445:13, 445:16, 445:17, 457:11, 457:14, 457:17, 457:18, 463:6

**Brock** [9] - 333:10, 334:13, 334:21,

413:3, 413:4, 417:15, 457:8, 463:9, 464:16

**broken** [2] - 419:14, 419:15

**brought** [6] - 340:10, 351:2, 362:23, 363:5, 370:6

**brown** [9] - 357:11, 382:16, 382:18, 395:19, 400:16, 411:12, 412:2, 451:2, 451:6

**brush** [1] - 379:13

**bubbles** [1] - 370:18

**bubbling** [1] - 370:1

**build** [1] - 366:13

**buried** [2] - 403:2, 405:10, 405:15

**burrows** [2] - 375:10, 406:15

**But** [1] - 450:2

**but** [189] - 335:23, 336:4, 336:14, 337:4, 342:5, 343:8, 343:22, 344:1, 344:3, 344:7, 344:8, 344:12, 344:18, 345:10, 345:18, 345:19, 346:6, 347:12, 348:6, 348:11, 348:13, 348:25, 349:15, 349:19, 350:5, 350:16, 350:23, 350:25, 351:9, 353:11, 353:24, 354:17, 354:24, 355:15, 356:1, 356:13, 356:22, 356:23, 358:23, 358:24, 360:5, 360:12, 364:22, 365:6, 368:15, 368:16, 369:19, 370:18, 370:25, 371:22, 372:11, 372:23, 372:25, 373:8, 375:8, 376:8, 376:20, 377:18, 378:22, 382:1, 382:7, 383:10, 383:20, 383:25, 384:12, 385:13, 387:3, 388:8, 388:16, 389:10, 389:11, 389:22, 390:21, 390:25, 391:19, 395:17, 395:18, 398:2, 398:6, 398:7, 398:14, 398:24, 399:9, 399:12,

400:19, 401:9,
401:12, 401:23,
402:7, 403:1, 403:9,
404:10, 405:15,
405:23, 407:8,
407:13, 408:5,
408:10, 408:23,
409:1, 410:11,
410:13, 410:23,
411:7, 411:16, 412:5,
412:14, 414:1,
414:15, 416:10,
416:21, 416:22,
417:4, 419:8, 420:22,
421:8, 422:8, 422:21,
422:25, 423:17,
423:22, 424:13,
424:22, 425:21,
426:20, 427:11,
427:14, 428:2, 428:5,
428:17, 428:19,
429:18, 429:24,
430:6, 430:13,
431:17, 433:8,
433:23, 435:14,
435:17, 436:6,
437:11, 437:19,
439:24, 440:6, 440:7,
440:17, 440:21,
441:2, 441:23,
441:25, 442:6,
443:20, 444:11,
444:19, 446:1, 446:6,
446:23, 448:2,
448:10, 448:13,
448:14, 448:16,
449:13, 449:17,
449:23, 450:2, 452:5,
452:13, 453:20,
454:1, 454:17, 455:2,
455:6, 455:16,
455:19, 456:10,
457:2, 459:14,
459:17, 461:21,
462:14, 463:17,
464:1, 464:2, 464:13,
464:23
   **buy** [1] - 458:11
   **by** [109] - 332:12,
332:13, 333:8, 333:9,
333:10, 333:11,
334:7, 336:15, 339:11,
339:23, 342:9,
342:18, 343:3, 343:9,
344:15, 345:14,
345:24, 347:25,
349:16, 350:15,
351:12, 351:21,
351:25, 352:4,
353:20, 356:4,
359:12, 359:18,

360:17, 361:1, 362:6,
362:16, 362:23,
363:1, 363:10,
363:20, 364:3,
364:16, 365:8,
365:16, 366:2,
367:25, 368:4, 368:5,
373:11, 373:16,
374:12, 374:24,
378:8, 381:8, 381:10,
381:13, 382:15,
384:20, 385:23,
386:14, 386:24,
387:13, 387:14,
388:13, 390:1, 391:1,
392:8, 393:21,
395:21, 396:4,
397:22, 398:11,
399:24, 400:12,
400:15, 400:21,
402:8, 403:3, 403:23,
408:5, 409:12, 410:1,
410:2, 410:3, 411:14,
412:12, 416:5,
416:25, 417:5, 418:8,
418:19, 419:5,
419:13, 421:18,
424:17, 426:17,
426:7, 427:20, 434:8,
441:21, 442:10,
446:13, 448:24,
449:7, 454:16,
458:13, 459:18,
460:11, 460:14,
462:12, 463:13
   **BY** [27] - 330:3,
330:17, 331:2,
331:10, 331:15,
331:18, 331:23,
332:1, 332:4, 337:17,
340:13, 341:3,
341:16, 347:16,
358:17, 370:13,
372:3, 376:12, 378:2,
392:21, 393:18,
413:7, 417:22, 444:7,
445:17, 457:18,
463:12

**C**

   **C** [3] - 331:15, 334:1,
335:21
   **CA** [1] - 332:2
   **calculation** [1] -
357:15
   **calculations** [1] -
334:8
   **California** [1] -
361:13

**call** [37] - 338:8,
339:25, 340:14,
342:11, 344:17,
346:1, 348:20,
352:19, 355:20,
359:16, 359:22,
359:24, 360:16,
362:5, 362:22,
364:19, 372:17,
374:11, 378:7,
381:20, 382:14,
385:17, 386:23,
390:1, 395:16,
399:18, 402:6,
404:24, 406:10,
408:16, 409:11,
411:6, 416:12, 420:8,
420:17, 452:3, 452:10
   **called** [6] - 362:25,
385:21, 391:17,
425:23, 430:1, 447:5
   **callout** [5] - 435:7,
437:23, 437:24,
443:5, 455:22
   **calls** [1] - 335:13
   **came** [4] - 346:15,
358:7, 362:20, 365:1,
368:25, 405:1,
406:12, 406:18,
409:19, 424:21,
427:13, 464:16,
464:17
   **Camp** [1] - 332:6
   **can** [71] - 335:2,
335:5, 336:20,
336:21, 337:8, 344:7,
347:17, 350:19,
352:3, 352:13,
352:19, 354:7, 361:2,
365:5, 365:21, 366:7,
367:12, 367:25,
368:10, 370:12,
370:17, 370:24,
371:11, 371:12,
372:2, 372:10,
373:23, 377:8,
379:10, 379:25,
380:16, 381:14,
381:16, 381:25,
383:22, 384:11,
395:17, 396:1, 397:5,
400:25, 401:17,
402:7, 402:25,
403:15, 403:18,
404:24, 405:10,
406:10, 406:15,
410:1, 419:14,
419:20, 419:21,
420:9, 422:25,
428:15, 428:17,

429:1, 434:24,
435:13, 442:8,
443:14, 444:3, 446:8,
450:5, 452:3, 452:12,
463:4, 464:23
   **can't** [13] - 337:9,
377:21, 384:17,
397:21, 398:19,
398:20, 402:20,
419:7, 423:2, 437:24,
446:5, 456:9, 456:12
   **cannot** [2] - 454:13,
454:14
   **Canyon** [1] - 361:7
   **canyon** [1] - 361:7
   **capable** [2] - 413:23,
439:10
   **Capital** [1] - 354:6
   **capped** [2] - 348:25,
365:10
   **Captain** [1] - 356:3
   **captures** [1] - 434:18
   **carbon** [2] - 364:24,
373:5
   **carcass** [1] - 396:19
   **carcasses** [10] -
386:18, 387:10,
389:1, 396:25,
397:16, 398:24,
429:6, 458:2, 459:4,
462:22
   **careful** [1] - 342:2
   **carefully** [2] -
376:21, 394:22
   **CARL** [1] - 330:12
   **carries** [1] - 415:21
   **case** [35] - 334:22,
334:25, 335:7, 335:8,
336:12, 336:20,
337:1, 337:21,
337:25, 350:17,
351:22, 354:22,
363:3, 363:9, 367:1,
371:24, 380:12,
382:9, 385:3, 385:13,
389:10, 390:21,
393:8, 397:16, 398:4,
400:21, 401:8,
414:21, 416:2,
421:22, 428:3,
437:12, 440:19,
461:21, 462:24
   **cases** [13] - 350:8,
350:14, 357:16,
357:17, 357:18,
391:12, 403:19,
406:13, 406:21,
407:1, 407:5, 407:13,
438:16
   **CASEY** [1] - 330:18

   **casualties** [1] -
386:17
   **catastrophic** [1] -
401:24
   **catch** [1] - 458:11
   **categories** [2] -
343:21, 401:7
   **categorization** [1] -
461:17
   **categorize** [1] -
341:25
   **categorized** [2] -
342:1, 403:11
   **category** [4] - 336:2,
417:2, 423:3, 442:18
   **caught** [1] - 389:11
   **causal** [1] - 428:16
   **cause** [4] - 344:12,
392:3, 442:4, 461:8
   **caused** [7] - 344:15,
345:24, 386:24,
441:21, 442:5,
442:10, 454:10
   **causes** [2] - 412:14,
451:16
   **caution** [1] - 441:24
   **CCR** [3] - 332:9,
465:13, 465:21
   **ceiling** [2] - 404:13,
404:19
   **cells** [1] - 363:1
   **Census** [1] - 400:3
   **Center** [3] - 337:20,
338:14, 435:25
   **centers** [2] - 462:11,
462:15
   **CEO** [1] - 338:15
   **certain** [4] - 408:17,
409:2, 418:6, 419:14
   **certainly** [11] -
336:21, 354:13,
369:24, 373:15,
376:20, 378:24,
414:15, 416:10,
425:12, 430:6, 463:17
   **CERTIFICATE** [1] -
465:11
   **certify** [1] - 465:15
   **chain** [7] - 364:8,
372:23, 443:17,
443:23, 444:9,
444:12, 444:17
   **chains** [1] - 373:6
   **chair** [2] - 339:3,
339:10
   **chairs** [1] - 339:10
   **CHAKERES** [1] -
330:20
   **challenge** [5] -
369:5, 378:1, 381:13,

**381**:17, **431**:15
**chance** [4] - **397**:5,
**417**:4, **417**:15, **458**:18
**Chandeleur** [1] -
**384**:7
**change** [10] - **352**:14,
**371**:21, **439**:21,
**440**:15, **440**:20,
**440**:21, **440**:24,
**441**:1, **441**:9, **441**:12
**changes** [5] - **343**:8,
**357**:20, **380**:8, **406**:3,
**449**:14
**changing** [1] - **405**:3,
**449**:22
**characteristics** [1] -
**399**:4
**characterization** [4]
- **419**:7, **422**:19,
**433**:16, **464**:12
**characterizations**
[1] - **392**:23
**characterized** [1] -
**448**:19
**characterizes** [1] -
**448**:11
**chart** [4] - **452**:5,
**452**:8, **456**:18, **456**:20
**check** [1] - **356**:6
**checked** [1] - **354**:4
**chemical** [8] - **369**:1,
**403**:25, **404**:4,
**408**:19, **409**:23,
**422**:1, **438**:5, **464**:19
**chemically** [3] -
**404**:1, **408**:23, **409**:6
**chemistry** [3] -
**338**:18, **350**:25, **351**:1
**Chicago** [1] - **331**:13
**chief** [1] - **338**:16
**Christmas** [4] -
**399**:24, **400**:5,
**400**:21, **427**:9
**Christmastime** [1] -
**399**:25
**chronic** [3] - **347**:18,
**347**:21
**ciliates** [1] - **444**:24
**circumstances** [2] -
**355**:5, **391**:9
**cite** [7] - **381**:19,
**394**:18, **394**:19,
**425**:6, **442**:14, **460**:15
**cited** [4] - **344**:10,
**381**:10, **392**:17,
**454**:18
**cites** [2] - **392**:2,
**394**:18
**CIVIL** [2] - **330**:5,
**331**:2

**claim** [2] - **358**:8,
**442**:15
**clarifies** [1] - **444**:4
**clarify** [1] - **351**:20
**clarifying** [1] -
**463**:19
**class** [1] - **456**:8
**classes** [2] - **384**:16,
**451**:8
**clean** [3] - **402**:20,
**455**:6, **455**:16
**Clean** [1] - **360**:8
**cleaned** [3] - **387**:9,
**402**:20, **455**:7
**cleanly** [1] - **442**:8
**cleanup** [7] - **351**:11,
**353**:19, **402**:11,
**403**:18, **405**:24,
**464**:10, **464**:13
**clear** [13] - **342**:17,
**355**:11, **359**:9,
**362**:22, **365**:6, **369**:8,
**374**:15, **376**:13,
**377**:5, **389**:22,
**412**:15, **421**:15,
**435**:17
**clearer** [1] - **385**:19
**clearly** [1] - **445**:4
**CLERK** [4] - **335**:15,
**335**:18, **412**:24, **465**:6
**climate** [1] - **380**:10
**close** [1] - **460**:10
**closure** [2] - **459**:19,
**459**:20
**co** [1] - **339**:10
**co-chairs** [1] -
**339**:10
**coast** [5] - **345**:17,
**359**:1, **382**:18, **396**:8,
**464**:12
**Coast** [6] - **339**:16,
**345**:19, **388**:1, **388**:2,
**401**:1
**coastal** [7] - **338**:2,
**341**:23, **357**:19,
**378**:11, **379**:8,
**397**:25, **402**:3
**Coastal** [1] - **409**:13
**coastline** [1] - **346**:4
**coated** [2] - **406**:13,
**406**:19
**coauthored** [2] -
**351**:12, **424**:6
**coauthors** [2] -
**431**:2, **431**:9
**codes** [1] - **401**:9
**cold** [7] - **345**:1,
**351**:14, **365**:21,
**365**:25, **367**:9,
**380**:11, **454**:4

**cold-water** [1] -
**367**:9
**collaborated** [1] -
**340**:7
**collapse** [1] - **344**:10
**colleagues** [1] -
**381**:13
**collect** [4] - **386**:8,
**389**:17, **397**:1, **397**:5
**collected** [30] -
**350**:12, **358**:25,
**359**:1, **385**:8, **386**:4,
**386**:5, **386**:17,
**386**:18, **387**:7,
**387**:11, **388**:13,
**390**:5, **396**:11,
**396**:15, **398**:3, **398**:5,
**427**:20, **429**:10,
**450**:19, **450**:23,
**452**:20, **456**:17,
**456**:20, **457**:7,
**457**:19, **458**:2,
**458**:16, **459**:15, **463**:2
**Collected** [1] -
**452**:16
**collecting** [2] -
**457**:4, **462**:21
**Collection** [1] -
**385**:21
**collection** [2] -
**385**:22, **426**:23
**collections** [3] -
**385**:16, **385**:22, **386**:9
**collectively** [2] -
**397**:25, **420**:17
**College** [1] - **338**:10
**colonial** [3] - **366**:10,
**366**:11, **426**:10
**colonies** [7] -
**364**:23, **366**:22,
**413**:23, **445**:22,
**445**:24, **446**:2, **449**:4
**colony** [7] - **364**:22,
**365**:7, **365**:17,
**365**:20, **367**:3, **367**:4
**color** [2] - **401**:9,
**406**:24
**colored** [1] - **405**:5
**column** [3] - **345**:14,
**414**:6, **414**:18
**comb** [1] - **373**:1
**combination** [1] -
**390**:24
**combined** [4] -
**425**:23, **426**:19,
**426**:23, **427**:23
**come** [17] - **339**:17,
**348**:13, **349**:21,
**352**:6, **353**:10, **355**:2,
**355**:16, **356**:24,

**362**:16, **364**:12,
**365**:3, **366**:11,
**384**:11, **405**:1, **408**:4,
**412**:17, **444**:11
**comes** [2] - **367**:1,
**405**:4
**coming** [8] - **344**:21,
**360**:13, **371**:6,
**371**:12, **371**:21,
**371**:24, **376**:17,
**417**:23
**Command** [1] -
**353**:21
**Comment** [1] -
**393**:24
**comment** [3] - **394**:4,
**394**:11, **443**:16
**Commission** [1] -
**339**:8
**commission** [3] -
**436**:8, **437**:14, **437**:25
**commissioner** [1] -
**421**:7
**commissioners** [1] -
**339**:8
**commissions** [1] -
**435**:15
**common** [2] -
**406**:22, **406**:25
**Common** [2] -
**393**:22, **393**:25
**commonly** [1] -
**406**:23
**communicate** [1] -
**421**:6
**communities** [3] -
**384**:9, **447**:6, **447**:8
**Communities** [1] -
**352**:1
**community** [2] -
**368**:17, **399**:11
**compacts** [1] -
**443**:10
**COMPANY** [3] -
**331**:6, **331**:7, **331**:22
**company** [1] - **394**:5
**comparative** [1] -
**371**:16
**compare** [5] - **370**:9,
**371**:2, **380**:20,
**380**:24, **395**:2
**compared** [8] -
**356**:5, **358**:1, **389**:2,
**437**:5, **449**:18,
**449**:25, **450**:11, **451**:7
**comparing** [1] -
**367**:25
**comparison** [7] -
**343**:10, **359**:10,
**395**:4, **430**:4, **430**:10,

**430**:12, **436**:25
**compensatory** [1] -
**441**:4
**complete** [2] -
**386**:13, **449**:6
**component** [2] -
**419**:2, **460**:20
**components** [12] -
**337**:22, **341**:23,
**355**:6, **409**:24,
**410**:11, **414**:12,
**421**:15, **422**:1, **422**:4,
**422**:7, **422**:19
**composite** [1] -
**433**:19
**composition** [1] -
**430**:4
**compound** [1] -
**375**:21
**compounds** [14] -
**361**:22, **375**:21,
**409**:8, **410**:8, **419**:13,
**419**:14, **419**:15,
**419**:19, **420**:17,
**422**:5, **422**:8, **422**:9,
**430**:15
**comprehensive** [1] -
**394**:22
**comprehensivenes
s** [1] - **464**:6
**compressive** [1] -
**427**:23
**compute** [1] - **380**:23
**computer** [1] -
**332**:13
**concentrated** [3] -
**417**:24, **418**:1, **418**:4
**concentrates** [1] -
**358**:10
**concentration** [3] -
**374**:13, **418**:8, **418**:12
**concentrations** [16]
- **343**:2, **343**:5, **346**:6,
**346**:13, **347**:5,
**353**:15, **363**:13,
**373**:20, **374**:21,
**375**:19, **375**:22,
**377**:14, **410**:15,
**425**:12, **464**:23
**Concentrations** [1] -
**352**:11
**concept** [1] - **368**:11
**concern** [6] - **346**:16,
**367**:15, **387**:2,
**407**:22, **422**:9
**concerned** [3] -
**361**:23, **372**:11,
**410**:11
**concerns** [2] - **336**:1,
**343**:24

**conclude** [4] - 364:16, 368:23, 423:23, 445:2

**concluded** [5] - 341:21, 392:6, 430:9, 449:18, 463:22

**concludes** [1] - 436:16

**concluding** [1] - 344:4

**conclusion** [8] - 342:6, 379:14, 402:2, 423:23, 431:17, 435:14, 441:23, 459:5

**conclusions** [22] - 338:4, 340:6, 341:18, 344:14, 344:17, 344:18, 345:23, 346:2, 349:19, 350:6, 364:15, 364:17, 374:8, 392:1, 399:16, 405:22, 412:6, 430:7, 432:6, 433:10, 435:15

**condition** [2] - 382:20, 392:9

**conditions** [12] - 371:22, 372:10, 372:11, 373:21, 377:19, 381:16, 383:10, 395:8, 414:20, 430:19, 454:7, 457:5

**conducted** [3] - 390:8, 429:16

**conducting** [1] - 428:13

**confined** [1] - 372:12

**confirm** [1] - 427:8

**confirming** [1] - 446:1

**confront** [1] - 433:7

**confronting** [1] - 367:13

**Congress** [1] - 339:12

**connected** [3] - 416:8, 416:17, 417:9

**connection** [1] - 346:22

**consensus** [1] - 399:11

**consequence** [5] - 384:13, 384:17, 406:1, 417:18, 437:22

**consequences** [32] - 344:25, 346:9, 346:20, 346:25, 355:25, 356:13, 356:17, 359:25, 360:1, 360:9, 360:11,

396:16, 403:7, 405:20, 407:3, 408:8, 415:15, 415:17, 415:23, 416:7, 416:10, 416:16, 417:8, 417:16, 417:18, 417:19, 431:7, 443:17, 443:23, 444:9, 444:12, 445:5

**conservation** [2] - 367:10, 459:10

**conservative** [3] - 348:11, 378:19, 438:21

**consider** [12] - 353:17, 367:8, 378:20, 404:18, 404:19, 405:20, 408:24, 437:12, 456:14, 456:24, 462:7

**considerable** [1] - 384:2

**consideration** [6] - 354:21, 355:17, 376:14, 426:1, 429:13, 436:17

**considerations** [2] - 337:5, 397:24

**considered** [12] - 343:7, 343:22, 352:16, 352:20, 359:12, 378:8, 379:3, 387:5, 388:22, 394:10, 409:14, 421:22

**considering** [1] - 355:22

**considers** [1] - 404:12

**consistent** [3] - 390:19, 390:22, 451:1

**consolidated** [1] - 429:7

**Consolidated** [1] - 385:21

**constant** [1] - 364:3

**consultant** [2] - 338:22, 394:7

**consume** [1] - 415:6

**contact** [3] - 362:17, 365:3, 375:7

**containing** [1] - 385:24

**contains** [1] - 421:25

**contaminant** [1] - 351:18

**contaminants** [3] - 346:6, 364:1, 425:13

**contamination** [9] -

369:15, 375:6, 404:1, 408:24, 409:6, 409:22, 411:21, 425:14, 425:20

**contemporary** [2] - 379:18, 381:1

**contending** [1] - 347:12

**context** [13] - 350:23, 354:4, 356:1, 356:9, 364:25, 375:20, 384:17, 387:3, 391:20, 407:23, 420:25, 429:11, 431:24

**continental** [7] - 346:4, 359:19, 359:22, 360:1, 369:25, 378:12, 378:15

**continue** [2] - 403:5, 410:24

**continued** [2] - 364:14, 403:6

**continues** [1] - 415:10

**continuing** [1] - 463:25

**contributed** [3] - 355:10, 414:25, 454:10

**contributing** [1] - 453:6

**control** [1] - 395:7

**controversy** [3] - 344:11, 430:7, 430:20

**conversation** [1] - 435:20

**converts** [1] - 379:23

**conveying** [1] - 436:3

**convince** [1] - 344:1

**convinced** [1] - 334:25

**copy** [1] - 340:15

**Coral** [1] - 352:1

**coral** [18] - 345:1, 345:2, 364:20, 365:19, 366:12, 366:13, 366:16, 367:8, 367:19, 367:23, 445:22, 446:2, 446:11, 446:19, 447:5, 448:4, 448:12, 448:23

**corals** [25] - 351:15, 364:16, 364:20, 364:25, 365:3, 365:11, 365:14, 365:22, 365:25,

366:2, 366:3, 366:4, 366:14, 367:7, 367:9, 367:23, 367:24, 368:1, 368:3, 369:7, 445:18, 447:8

**cordgrass** [1] - 406:22

**CORPORATION** [2] - 331:7, 331:22

**correct** [136] - 340:3, 341:7, 343:23, 349:17, 351:5, 353:13, 376:24, 401:8, 405:18, 405:19, 410:4, 413:14, 413:15, 413:23, 414:7, 414:13, 414:14, 414:18, 415:1, 415:3, 415:4, 415:8, 415:25, 416:9, 416:18, 417:10, 418:9, 418:11, 418:13, 418:17, 419:2, 419:3, 419:12, 420:4, 420:5, 420:24, 421:23, 421:24, 422:3, 424:2, 424:3, 424:8, 424:24, 426:2, 427:1, 427:7, 427:14, 428:7, 428:9, 428:18, 428:22, 428:25, 429:8, 430:1, 430:2, 431:21, 432:3, 434:6, 434:9, 434:17, 434:18, 434:25, 435:3, 435:21, 436:22, 438:8, 438:14, 438:18, 439:4, 439:25, 440:22, 441:13, 441:14, 441:22, 442:2, 442:21, 442:22, 443:5, 443:8, 445:23, 445:25, 446:1, 446:9, 446:15, 446:17, 446:20, 447:10, 447:11, 447:12, 447:22, 448:1, 448:6, 448:7, 448:25, 449:2, 449:11, 449:20, 450:4, 450:12, 450:13, 450:15, 450:16, 450:17, 450:18, 451:9, 451:10, 451:13, 451:14, 451:17, 451:19, 451:23, 451:24, 452:17, 452:22, 453:9, 453:15, 453:16,

453:19, 454:11, 454:12, 454:16, 454:23, 454:24, 455:3, 456:6, 456:23, 458:7, 458:11, 458:13, 458:16, 458:25, 460:22, 462:9, 462:22, 463:5, 465:15

**correctly** [1] - 431:23

**correlation** [1] - 441:25

**could** [68] - 334:24, 342:3, 342:25, 343:7, 343:11, 343:12, 343:20, 346:5, 347:22, 348:2, 348:13, 351:3, 355:2, 358:19, 360:20, 361:24, 363:12, 363:16, 368:21, 369:6, 369:19, 371:2, 375:18, 375:24, 377:1, 377:14, 379:17, 380:3, 381:7, 387:14, 388:16, 388:19, 395:22, 396:3, 396:15, 396:21, 397:9, 398:1, 399:22, 400:18, 401:21, 401:23, 402:15, 403:22, 410:12, 410:13, 414:16, 415:25, 418:1, 419:25, 423:5, 423:17, 426:8, 436:18, 441:2, 442:2, 443:12, 452:2, 454:6, 454:18, 455:7, 455:18, 457:14, 463:2

**couldn't** [8] - 342:5, 344:1, 395:7, 403:21, 442:1, 442:4, 450:1, 459:12

**count** [2] - 398:9, 400:2

**counting** [1] - 400:15

**country** [1] - 356:16

**Counts** [3] - 399:24, 400:5, 400:21

**couple** [5] - 334:23, 384:18, 434:5, 452:3, 460:10

**course** [15] - 343:24, 360:24, 368:2, 369:5, 371:23, 384:13, 388:15, 391:19, 398:15, 408:20, 414:24, 429:3, 448:21, 449:16,

462:17

**COURT** [46] - 330:1, 332:9, 334:5, 334:6, 334:18, 334:20, 335:5, 335:10, 335:14, 336:8, 336:25, 337:13, 337:15, 340:22, 341:1, 341:12, 346:19, 346:22, 347:15, 356:24, 357:5, 357:7, 357:21, 357:25, 358:12, 358:16, 376:4, 376:10, 377:7, 392:24, 393:2, 393:9, 393:12, 412:22, 413:1, 413:2, 444:2, 444:5, 445:9, 445:14, 457:8, 457:12, 457:16, 463:8, 465:2, 465:4

**court** [3] - 334:7, 337:18, 348:12

**Court** [15] - 334:23, 335:3, 336:23, 337:6, 349:8, 375:23, 379:3, 386:1, 398:10, 402:2, 427:8, 435:17, 465:13, 465:14, 465:22

**Court's** [2] - 334:24, 354:12

**courthouse** [1] - 354:6

**courtroom** [2] - 335:14, 457:16

**coverage** [9] - 365:11, 423:12, 434:8, 434:11, 434:14, 434:15, 434:18, 435:1, 449:5

**covered** [1] - 353:19, 363:6, 363:10, 365:18, 376:18, 379:5, 384:24, 395:24, 403:3, 433:25, 434:4, 435:2, 435:3, 446:13, 449:6

**covering** [1] - 376:19

**crabs** [2] - 411:17, 411:23

**crafted** [1] - 335:23

**crannies** [1] - 464:10

**create** [5] - 347:21, 363:2, 389:23, 395:13, 415:21

**created** [5] - 341:24, 368:14, 386:21,

419:19

**creates** [1] - 375:10

**creating** [1] - 371:24

**creation** [1] - 415:23

**credibility** [1] - 336:12

**crimped** [1] - 371:6

**critical** [10] - 350:20, 353:2, 373:25, 374:6, 396:7, 397:19, 432:9, 432:11, 432:15, 432:17

**criticism** [10] - 379:2, 392:20, 394:9, 394:15, 394:17, 394:20, 394:22, 394:23, 401:17

**criticisms** [9] - 358:19, 358:20, 378:5, 395:10, 398:21, 408:13, 427:5, 427:18, 463:18

**criticize** [1] - 380:15

**criticized** [4] - 368:25, 369:3, 394:7, 427:7

**criticizes** [1] - 394:14

**criticizing** [1] - 436:12

**critics** [1] - 394:9

**critiqued** [1] - 368:21

**critters** [1] - 411:16

**Cross** [1] - 333:10

**cross** [1] - 413:5

**CROSS** [1] - 413:6

**Cross-Examination** [1] - 333:10

**cross-examination** [1] - 413:5

**CROSS-EXAMINATION** [1] - 413:6

**CRR** [2] - 332:9, 465:21

**crude** [5] - 405:5, 420:17, 421:23, 421:25, 422:16

**crustaceans** [4] - 362:9, 373:1, 411:17, 411:22

**cubic** [1] - 360:6

**cumulative** [5] - 352:22, 407:17, 407:23, 410:17, 434:8

**current** [1] - 340:14

**currents** [3] - 360:20, 360:24, 361:6

**curriculum** [1] -

340:15

**cut** [1] - 371:5

**CYNTHIA** [1] - 332:6

# D

**D** [2] - 333:2, 334:1

**D-12151** [1] - 342:11

**D-32150** [1] - 338:8

**D-32152** [1] - 344:17

**D-32153** [1] - 346:1

**D-32154** [1] - 348:20

**D-32155A** [1] - 352:19

**D-32156** [1] - 355:20

**D-32157A** [2] - 359:16, 360:22

**D-32158** [1] - 362:5

**D-32159** [1] - 364:19

**D-32160** [1] - 372:17

**D-32161** [1] - 374:11

**D-32162** [1] - 378:7

**D-32163** [1] - 382:14

**D-32164** [1] - 385:25

**D-32165** [1] - 386:23

**D-32166** [1] - 390:1

**D-32167** [1] - 395:16

**D-32168** [1] - 399:18

**D-32169** [1] - 402:6

**D-32170** [1] - 404:24

**D-32171** [1] - 406:10

**D-32172** [1] - 408:16

**D-32173** [1] - 411:6

**D.C** [4] - 331:4, 331:16, 331:24, 354:6

**daily** [1] - 413:13

**Damage** [2] - 343:13, 397:18

**damage** [8] - 338:23, 366:5, 367:14, 403:22, 410:21, 411:23, 445:25, 447:24

**damaged** [1] - 366:10

**damages** [1] - 464:13

**Damages** [2] - 348:8, 385:13

**Dampening** [1] - 439:6

**DANIELLE** [1] - 330:21

**darker** [3] - 352:23, 406:24, 435:3

**data** [74] - 348:7, 349:12, 350:9, 353:7, 353:10, 357:9, 357:12, 358:10,

378:11, 379:13, 379:23, 380:18, 385:7, 385:17, 386:7, 391:8, 399:18, 400:7, 400:9, 401:2, 401:3, 401:4, 401:7, 404:10, 404:11, 410:6, 424:13, 424:23, 425:4, 425:5, 425:6, 425:17, 425:18, 425:20, 425:25, 426:5, 426:8, 426:10, 426:13, 426:17, 426:19, 426:23, 427:2, 427:4, 427:7, 427:12, 427:13, 427:14, 427:17, 427:20, 427:25, 428:1, 428:2, 428:8, 428:10, 428:15, 428:21, 429:17, 429:19, 429:21, 430:4, 430:11, 430:12, 430:14, 430:16, 433:13, 453:17, 459:11, 460:4, 460:5

**database** [4] - 349:7, 349:8, 425:24, 427:23

**databases** [1] - 424:1

**date** [1] - 386:11

**dated** [1] - 364:24

**Daubert** [4] - 335:23, 336:10, 336:11, 340:22

**Dauphin** [1] - 435:24

**day** [3] - 369:19, 369:21, 371:4

**days** [5] - 352:23, 352:25, 354:15, 414:16, 414:19

**DC** [1] - 330:25

**de** [1] - 409:5

**de-emphasizes** [1] - 409:5

**dead** [17] - 363:1, 386:6, 386:9, 389:1, 389:9, 390:10, 390:24, 391:13, 397:6, 397:7, 397:12, 398:2, 452:16, 452:20, 458:16, 459:1, 459:21

**deal** [2] - 350:21, 376:16

**dealing** [1] - 339:22

**deals** [5] - 350:10, 351:14, 351:17, 391:24

**dealt** [1] - 378:10

**dearth** [1] - 383:5

**death** [4] - 392:3, 407:8, 453:7, 459:3

**deaths** [2] - 454:10, 458:10

**debate** [3] - 368:11, 368:16, 375:23

**decades** [1] - 410:14

**decide** [1] - 336:20

**deciding** [1] - 337:3

**decimated** [1] - 401:22

**decisions** [6] - 436:9, 436:11, 436:19, 436:20, 436:21, 437:14

**decline** [1] - 439:24

**declines** [1] - 451:16

**decomposed** [1] - 397:10

**decomposition** [1] - 364:1

**decrease** [1] - 418:8

**deduced** [2] - 390:18, 422:25

**deep** [19] - 344:23, 344:24, 344:25, 345:2, 346:3, 351:1, 351:15, 360:18, 360:23, 361:9, 361:10, 362:1, 362:2, 362:5, 364:16, 371:14, 378:14, 418:24

**deeper** [5] - 362:19, 367:12, 378:25, 408:22, 410:24

**deeply** [2] - 340:9, 424:21

**DEEPWATER** [1] - 330:3

**deepwater** [26] - 351:19, 354:18, 355:9, 359:14, 359:18, 359:21, 359:25, 360:11, 360:15, 360:16, 361:6, 361:12, 361:14, 361:17, 361:19, 362:19, 362:21, 364:5, 364:10, 364:16, 365:13, 366:20, 366:23, 371:25, 421:4

**Deepwater** [12] - 339:5, 339:8, 351:23, 352:2, 352:12, 393:23, 394:1, 398:12, 426:5,

427:21, 428:25,
453:19

**deepwaters** [2] -
359:13, 359:17

**defer** [1] - 462:1

**define** [1] - 353:15

**defining** [1] - 380:23

**definition** [2] -
347:19, 373:11

**degradation** [12] -
355:15, 361:3,
363:24, 364:3, 409:7,
409:23, 410:10,
410:12, 414:16,
418:20, 419:11,
419:21

**degrade** [5] - 410:1,
410:14, 414:3,
419:12, 421:15

**degraded** [2] -
363:21, 410:12

**degrading** [3] -
383:14, 405:3, 420:16

**degree** [5] - 338:9,
388:3, 409:2, 461:21,
461:25

**Degree** [1] - 351:23

**degrees** [1] - 338:8

**delivered** [1] -
339:11

**Delta** [4] - 384:6,
384:7, 406:25, 407:20

**delved** [1] - 424:21

**demonstrate** [6] -
342:3, 342:25,
438:13, 438:18,
440:7, 449:14

**demonstrated** [3] -
342:13, 415:14,
422:23

**demonstration** [1] -
342:19

**demonstrative** [3] -
356:21, 360:22, 370:3

**dense** [2] - 345:5,
363:5

**density** [3] - 360:17,
439:18, 441:6

**deny** [3] - 336:9,
445:9, 445:14

**DEPARTMENT** [2] -
330:16, 331:1

**Department** [2] -
367:17, 412:12

**depend** [2] - 383:12,
412:5

**depended** [1] - 456:9

**depending** [2] -
355:5, 372:9

**depict** [1] - 358:1

depicted [1] - 400:11

**depiction** [1] -
359:14

**depicts** [1] - 401:6

**depletes** [1] - 363:24

**depletion** [2] -
346:17, 383:8

**deploy** [1] - 402:11

**deposited** [3] -
345:1, 416:5, 425:14

**depositing** [1] -
366:22

**deposition** [20] -
362:22, 365:4, 416:3,
416:12, 416:13,
416:15, 417:3, 417:6,
417:11, 418:3, 443:9,
443:23, 443:25,
444:15, 448:17,
453:22, 458:17,
458:20, 461:24, 462:5

**depressed** [3] -
383:15, 387:4, 450:3

**depth** [2] - 372:6,
404:1

**depths** [3] - 359:24,
365:23, 372:8

**DEPUTY** [4] -
335:15, 335:18,
412:24, 465:6

**der** [1] - 450:6

**derived** [2] - 434:7,
434:9

**describe** [15] -
338:24, 344:18,
346:1, 347:17,
375:15, 404:24,
406:10, 412:6, 417:5,
432:9, 432:17,
432:18, 432:19,
444:8, 454:6

**described** [13] -
363:8, 374:18,
374:20, 375:13,
377:1, 381:9, 391:9,
417:20, 426:24,
438:17, 446:6, 450:2,
461:20

**describes** [3] -
380:19, 404:16, 441:2

**describing** [3] -
348:18, 369:1, 377:4

**description** [5] -
376:8, 393:10,
403:16, 404:15,
448:15

**designate** [2] -
438:15, 438:20

**designed** [1] -
355:13

desirable [1] -
432:22

**DeSoto** [2] - 361:7,
365:1

**Despite** [1] - 439:6

**Destin** [1] - 361:8

**detail** [9] - 344:18,
347:2, 374:9, 375:14,
377:18, 386:20,
402:7, 404:21, 429:24

**detailed** [5] - 390:25,
409:23, 430:4,
430:10, 430:12

**details** [3] - 341:6,
393:10, 398:20

**detect** [6] - 380:4,
403:15, 440:20,
440:23, 441:1, 441:3

**detectable** [5] -
361:1, 408:23, 440:6,
440:18, 440:22

**determination** [4] -
354:12, 454:9,
454:12, 464:19

**determined** [8] -
342:23, 404:1,
411:24, 416:7,
416:16, 417:7, 433:1,
444:23

**detoxifies** [1] - 347:8

**devastate** [1] - 358:8

**develop** [1] - 374:4

**developed** [2] -
340:12, 442:16

**developing** [1] -
375:16

**development** [3] -
375:17, 377:15, 397:2

**devoted** [1] - 462:21

**diameter** [2] - 371:9,
400:2

**did** [153] - 337:25,
338:21, 339:9,
339:13, 341:19,
341:22, 341:25,
342:21, 343:22,
347:25, 348:17,
348:19, 348:20,
349:24, 350:7,
350:17, 353:17,
354:8, 354:21,
355:20, 361:23,
362:2, 362:4, 362:16,
363:7, 365:3, 366:1,
366:16, 368:18,
368:23, 369:12,
373:3, 376:13,
376:17, 378:20,
378:21, 378:22,
379:6, 379:15, 380:6,

380:19, 381:1,
382:11, 383:8,
389:23, 391:5, 392:3,
392:22, 393:2, 393:4,
394:22, 395:10,
395:12, 395:13,
395:15, 399:14,
399:17, 399:18,
404:7, 405:20,
405:23, 407:3, 409:2,
410:3, 411:7, 413:17,
414:10, 416:22,
416:23, 417:5,
420:20, 421:5, 421:7,
421:14, 421:20,
423:8, 423:11,
423:13, 423:16,
423:22, 424:1, 424:3,
424:5, 424:9, 424:12,
424:14, 424:15,
424:16, 424:18,
424:22, 424:23,
425:1, 425:2, 425:6,
425:7, 425:8, 425:9,
425:10, 425:18,
425:21, 425:22,
426:9, 426:13,
426:14, 426:16,
426:21, 427:4, 427:8,
427:11, 427:15,
427:16, 427:17,
427:19, 427:24,
428:10, 428:12,
429:9, 429:10,
429:18, 431:4, 431:8,
431:23, 431:24,
440:12, 441:9,
441:16, 441:17,
441:25, 442:6,
443:10, 443:21,
444:12, 445:4, 445:7,
445:19, 447:4,
447:24, 448:20,
450:1, 451:7, 451:23,
452:1, 453:21,
458:17, 459:23,
460:5, 460:6, 462:13,
463:14, 463:15

**didn't** [36] - 348:14,
354:23, 376:5,
376:20, 378:13,
380:14, 383:10,
392:5, 393:5, 399:20,
403:8, 405:1, 406:5,
408:25, 413:16,
423:19, 424:9, 425:1,
425:8, 429:20, 432:8,
441:18, 443:20,
444:10, 444:11,
445:9, 449:12,
449:19, 450:1, 457:1,

457:12, 459:20,
459:24, 460:2, 460:4,
460:6

**die** [1] - 396:2

**died** [1] - 347:14

**differ** [5] - 355:21,
361:10, 382:4, 404:7,
451:7

**difference** [6] -
359:11, 365:21,
368:13, 370:4, 370:7,
449:24

**differences** [3] -
360:17, 379:25,
396:15

**different** [6] - 337:2,
337:3, 371:8, 395:22,
457:6, 459:24

**differentiating** [1] -
377:9

**differentiation** [1] -
386:3

**differs** [1] - 404:9

**difficult** [5] - 345:20,
352:4, 378:1, 379:13,
379:22

**diligence** [1] -
443:19

**dilute** [1] - 421:14

**diluted** [1] - 421:18

**diluting** [1] - 421:16

**dilution** [4] - 410:1,
464:21, 464:24

**dimensions** [1] -
358:6

**Dire** [1] - 333:8

**DIRE** [1] - 337:16

**DIRECT** [1] - 341:2

**direct** [12] - 335:12,
386:23, 413:10,
430:23, 435:7, 439:2,
445:18, 449:12,
449:21, 452:6, 456:3,
464:9

**Direct** [1] - 333:9

**directed** [1] - 436:7

**direction** [2] -
379:10, 399:13

**directions** [1] -
360:23

**directly** [2] - 357:3,
385:19

**director** [1] - 436:8

**disagreement** [2] -
396:10, 396:12

**disappearance** [1] -
411:10

**disappearing** [1] -
407:20

**discharge** [3] -

370:4, 370:7
**discharged** [1] -
421:17
**disciplines** [1] -
338:3
**discoloration** [1] -
446:18
**discovered** [1] -
457:5
**discuss** [17] -
344:17, 352:15,
359:12, 364:15,
372:6, 374:8, 375:13,
378:16, 382:10,
384:18, 386:20,
389:15, 392:1, 402:1,
402:6, 404:21, 445:22
**discussed** [12] -
358:18, 359:11,
367:7, 392:8, 411:7,
416:11, 418:23,
425:12, 425:13,
425:15, 426:25,
443:18
**discusses** [4] -
382:8, 392:19,
409:11, 440:5
**discussing** [2] -
376:14, 443:17
**discussion** [4] -
431:15, 437:13,
444:16, 444:18
**disease** [2] - 390:17,
392:15
**diseases** [1] - 412:14
**disintegration** [1] -
407:9
**dismissal** [1] - 368:7
**dispersal** [1] - 374:3
**dispersant** [10] -
345:14, 354:21,
355:11, 435:9, 436:4,
436:19, 437:4, 438:5,
438:11, 438:12
**dispersants** [12] -
354:23, 354:25,
414:25, 435:4,
436:10, 436:12,
436:21, 437:1,
437:10, 437:19,
437:21, 438:10
**dispersants)** [1] -
436:1
**dispute** [2] - 404:8,
407:5
**disregards** [1] -
408:25
**disruption** [2] -
362:11, 363:16
**dissipate** [1] - 344:7

**dissolution** [2] -
355:14, 364:2
**dissolved** [6] -
366:21, 418:16,
418:18, 418:22,
418:24, 419:5
**dissolving** [1] -
415:9
**distance** [1] - 354:5
**distances** [1] -
360:21
**distinction** [1] -
404:18
**distributed** [2] -
345:2, 373:10
**Distribution** [1] -
409:12
**District** [2] - 465:14
**DISTRICT** [3] -
330:1, 330:1, 330:12
**disturbance** [1] -
344:13
**dive** [1] - 351:1
**diverse** [1] - 338:3
**diversion** [1] -
412:10
**diversions** [1] -
408:5
**diversity** [1] - 362:11
**DIVISION** [1] - 331:2
**Docket** [2] - 330:3,
330:8
**doctor** [2] - 394:6,
433:7
**document** [5] -
416:4, 455:18,
458:18, 460:7
**DOCUMENT** [1] -
330:6
**documentation** [1] -
348:3
**documented** [6] -
356:11, 362:10,
366:17, 384:5,
445:25, 455:25
**documents** [3] -
340:1, 351:7, 394:1
**does** [30] - 340:17,
340:19, 353:12,
355:12, 356:24,
361:10, 366:14,
380:1, 381:16, 382:4,
387:22, 408:16,
408:24, 409:3,
410:17, 415:8,
417:24, 418:6,
421:12, 437:1,
440:20, 440:23,
441:1, 454:15,
464:21, 464:24

**doesn't** [23] - 343:19,
347:12, 347:13,
349:8, 353:14,
353:21, 355:25,
373:8, 375:9, 378:16,
380:4, 382:7, 394:18,
394:19, 418:19,
441:2, 453:3, 453:4,
453:5, 453:6, 457:9,
463:9, 464:23
**doing** [2] - 369:3,
442:6
**dolphin** [6] - 386:14,
390:9, 392:7, 392:11,
428:9, 453:11
**Dolphins** [2] -
393:22, 393:25
**dolphins** [37] -
345:8, 385:2, 389:23,
389:24, 390:1, 390:3,
390:5, 390:12,
390:15, 390:16,
390:18, 391:1, 391:5,
391:8, 391:10,
391:13, 391:23,
392:1, 392:4, 392:5,
393:5, 395:1, 395:3,
395:4, 452:2, 452:10,
452:12, 452:13,
452:14, 452:15,
452:20, 452:25,
453:1, 453:18, 454:5,
454:11
**don't** [56] - 335:5,
336:21, 351:16,
353:9, 356:22,
358:22, 358:23,
363:18, 364:9,
364:13, 364:22,
366:13, 369:6,
369:24, 377:12,
379:18, 381:25,
384:13, 388:7,
392:17, 394:24,
396:12, 397:20,
398:6, 400:13, 403:7,
403:21, 405:15,
408:4, 414:15, 419:8,
427:13, 432:5,
432:11, 432:16,
434:3, 435:17,
441:23, 443:12,
444:18, 448:10,
448:14, 448:16,
449:17, 454:17,
455:9, 455:13,
455:18, 455:19,
457:8, 459:17, 461:1,
461:16, 461:21,
463:17, 464:2

**DONALD** [3] - 333:6,
335:16, 335:20
**Donald** [4] - 335:13,
335:20, 337:19,
340:20
**done** [35] - 339:1,
344:8, 351:11,
351:12, 353:20,
354:24, 356:6, 369:1,
377:8, 383:11, 384:5,
387:16, 395:5,
396:22, 399:22,
399:24, 400:7,
400:12, 400:22,
402:9, 403:23,
405:23, 409:22,
429:5, 430:4, 430:5,
430:6, 430:10,
430:12, 441:11,
441:14, 450:16,
452:23, 454:23,
464:14
**dose** [1] - 394:23
**doses** [1] - 394:25
**doubt** [1] - 443:7
**DOUGLAS** [1] -
332:5
**down** [19] - 344:13,
351:15, 352:13,
354:7, 357:14, 361:3,
361:8, 362:7, 363:5,
367:2, 372:2, 372:10,
375:8, 412:16,
415:21, 437:13,
443:5, 444:11
**DR** [2] - 333:6,
335:16
**Dr** [113] - 335:13,
335:23, 335:24,
337:19, 338:8, 340:1,
340:3, 340:5, 340:14,
340:20, 341:10,
341:17, 343:3, 343:4,
347:17, 350:17,
350:24, 351:4,
351:21, 351:25,
352:4, 352:14,
355:21, 356:2, 356:3,
357:3, 357:5, 357:8,
357:9, 358:18,
358:19, 358:21,
358:22, 358:24,
368:7, 370:14,
375:13, 376:2, 376:5,
376:6, 376:10,
376:11, 376:13,
376:14, 376:18,
376:23, 377:1, 378:3,
378:5, 378:8, 378:10,
378:20, 379:2, 381:1,

381:11, 381:24,
382:4, 392:1, 392:19,
392:22, 393:21,
394:5, 394:12,
394:14, 394:18,
395:10, 398:17,
399:15, 399:19,
400:10, 404:12,
408:12, 408:14,
408:16, 408:24,
409:3, 409:12,
409:15, 410:3,
410:17, 411:2,
412:20, 413:8,
416:12, 417:13,
420:1, 424:4, 424:5,
424:11, 424:17,
424:23, 427:5,
427:12, 429:18,
431:13, 433:8, 436:6,
449:16, 458:15,
458:22, 459:25,
463:13, 463:14,
463:15, 463:16,
463:18, 464:25
**drafting** [1] - 350:18
**DRAGNA** [1] - 332:1
**draw** [12] - 338:4,
342:5, 367:25,
379:13, 380:18,
399:20, 405:22,
420:8, 423:23, 430:7,
432:6, 433:9
**drawing** [1] - 361:3
**dredge** [1] - 408:5
**drew** [3] - 340:6,
398:22, 441:23
**drilling** [2] - 367:19,
367:21
**Drilling** [1] - 339:9
**drop** [2] - 375:21,
443:5
**droplets** [4] - 360:14,
403:4, 414:22, 415:2
**drops** [1] - 359:21
**drowned** [2] - 459:5,
459:14
**drowning** [1] -
459:19
**Drs** [1] - 398:11
**dry** [1] - 380:11
**due** [3] - 361:21,
364:2, 443:19
**duration** [2] -
405:11, 435:1
**during** [19] - 339:18,
353:19, 357:13,
385:8, 385:16, 387:7,
389:2, 389:5, 390:5,
390:6, 391:14,

391:15, 396:11, 451:22, 459:16, 459:18, 459:20, 462:17, 464:14
**dwelling** [3] - 364:6, 374:20, 374:23

# E

**E** [5] - 331:23, 333:2, 334:1, 335:21
**e** [5] - 420:1, 420:6, 421:19, 435:5, 436:7
**E&P** [1] - 331:22
**e-mail** [5] - 420:1, 420:6, 421:19, 435:5, 436:7
**earlier** [13] - 348:2, 385:6, 389:20, 402:2, 426:25, 427:18, 433:19, 441:16, 452:6, 453:10, 453:20, 456:21
**easily** [1] - 402:20
**east** [1] - 384:6
**Eastern** [1] - 465:14
**EASTERN** [1] - 330:1
**eat** [1] - 377:23
**eaten** [1] - 397:9
**ebb** [1] - 360:24
**ecological** [4] - 377:18, 381:2, 381:4, 406:4
**Ecological** [1] - 435:25
**ecologist** [1] - 377:17
**ecologists** [1] - 382:1
**Ecology** [2] - 430:25
**economics** [2] - 338:19, 338:20
**ecosystem** [16] - 339:21, 340:8, 341:20, 342:14, 344:9, 344:22, 373:12, 405:20, 407:3, 415:15, 416:8, 416:17, 417:8, 419:17, 430:22, 464:8
**Ecosystem** [1] - 352:1
**ecosystems** [9] - 337:22, 338:1, 338:2, 339:23, 340:21, 344:25, 351:3, 363:22
**Ecotoxicity** [1] - 439:7
**edge** [1] - 410:21

**editorial** [1] - 349:23
**education** [1] - 336:16
**educational** [1] - 338:6
**effect** [40] - 342:13, 343:7, 347:22, 347:23, 348:5, 363:23, 364:14, 366:6, 367:5, 371:25, 373:22, 375:19, 379:20, 380:3, 380:11, 380:12, 380:13, 380:14, 381:6, 384:15, 387:4, 389:19, 389:20, 392:10, 397:3, 401:4, 401:24, 406:17, 407:22, 412:11, 414:25, 422:24, 431:7, 440:18, 444:24, 449:16, 449:20, 456:8, 456:10
**effected** [1] - 459:18
**effecting** [2] - 381:15
**effectively** [1] - 410:17
**effects** [47] - 343:25, 344:7, 345:22, 347:20, 347:21, 349:1, 349:3, 349:7, 350:21, 353:4, 358:4, 367:20, 371:17, 371:19, 371:22, 372:9, 372:12, 375:24, 376:16, 381:7, 381:14, 382:7, 387:4, 389:20, 390:20, 390:21, 390:22, 391:20, 392:10, 393:14, 399:4, 401:5, 407:11, 407:17, 407:24, 410:20, 411:10, 417:1, 432:1, 432:20, 433:1, 433:2, 433:10, 433:13, 437:4, 441:3, 444:22
**efficient** [1] - 335:2
**effort** [6] - 388:5, 388:18, 389:8, 426:11, 461:4, 462:24
**efforts** [2] - 386:7, 462:20
**eggs** [1] - 387:15
**eight** [3] - 389:4, 389:10, 389:12
**eight-fold** [1] - 389:4
**eighth** [1] - 389:11
**either** [7] - 371:1,

378:16, 390:10, 408:1, 410:1, 423:15, 451:8
**ejected** [1] - 354:19
**elaborate** [1] - 417:15
**elevated** [4] - 346:5, 347:5, 425:12, 451:21
**elevation** [1] - 410:7
**elicit** [1] - 343:5
**eliminate** [1] - 419:17
**ELLIS** [2] - 331:9, 331:14
**else** [4] - 371:16, 423:7, 435:13, 461:19
**elsewhere** [2] - 387:10, 408:10
**embayment** [1] - 391:2
**embryos** [1] - 375:16
**emerge** [1] - 423:20
**emerges** [1] - 451:2
**eminently** [1] - 336:15
**emphasizes** [1] - 409:5
**emulsified** [1] - 406:13
**encourage** [1] - 459:9
**end** [5] - 365:16, 402:25, 413:18, 415:24, 460:11
**endangered** [1] - 387:1
**endorse** [1] - 463:17
**endorsed** [3] - 420:23, 420:25, 463:14
**endorsing** [1] - 424:17
**ENFORCEMENT** [1] - 330:16
**engaged** [1] - 338:17
**enhance** [1] - 355:4
**enhanced** [2] - 355:15, 419:21
**enhances** [1] - 360:14
**enough** [1] - 407:7
**enriched** [1] - 422:4
**enters** [1] - 414:18
**entire** [4] - 413:15, 434:19, 434:20, 434:24
**entitled** [10] - 351:22, 352:1, 352:10, 381:21, 393:22, 393:24,

398:11, 409:12, 445:10, 465:17
**entrained** [2] - 345:6, 345:13
**entrainment** [1] - 371:14
**Environment** [1] - 338:14
**environment** [25] - 343:2, 344:22, 354:18, 355:12, 359:18, 359:22, 360:11, 361:17, 361:19, 361:23, 364:11, 368:15, 383:15, 405:25, 416:1, 422:2, 423:21, 430:18, 433:5, 437:12, 440:16, 457:20, 462:18, 464:21, 464:24
**Environmental** [1] - 337:20
**ENVIRONMENTAL** [1] - 330:16
**environmental** [7] - 338:20, 340:9, 426:1, 426:5, 427:21, 432:1, 456:25
**environments** [1] - 360:2
**EPA** [2] - 339:10, 437:11
**equally** [2] - 422:10, 440:5
**equation** [1] - 360:7
**ERICA** [1] - 330:23
**eroded** [8] - 342:19, 407:10, 407:11, 408:1, 408:4, 410:21, 410:22
**erosion** [2] - 407:16, 410:24
**especially** [1] - 354:17
**ESQ** [33] - 330:17, 330:17, 330:18, 330:18, 330:19, 330:19, 330:20, 330:21, 330:22, 330:22, 330:23, 330:24, 331:2, 331:3, 331:3, 331:10, 331:11, 331:11, 331:12, 331:15, 331:15, 331:18, 331:23, 331:23, 332:1, 332:4, 332:5,

332:5, 332:6
**essence** [1] - 394:23
**essential** [8] - 432:2, 432:4, 432:10, 432:12, 432:13, 432:14, 432:15, 432:17
**essentially** [2] - 336:10, 337:9
**established** [3] - 441:20, 442:9, 460:19
**estimate** [9] - 354:11, 356:12, 369:17, 397:11, 397:21, 397:23, 398:7, 404:6, 404:20
**estimated** [1] - 413:12
**estimates** [4] - 353:12, 391:11, 404:17
**estimation** [2] - 443:21, 445:7
**estuaries** [2] - 378:12, 412:10
**Estuarine** [1] - 381:22
**et** [7] - 351:21, 351:25, 352:5, 393:21, 398:11, 409:12, 448:25
**ET** [1] - 330:10
**ethically** [1] - 395:1
**evaluate** [1] - 410:17
**evaluating** [3] - 426:1, 429:17, 436:9
**evaluation** [3] - 392:5, 392:24, 436:14
**evaporate** [1] - 421:15
**evaporated** [1] - 361:24
**evaporating** [1] - 420:16
**evaporation** [1] - 361:21
**even** [23] - 334:13, 343:19, 347:20, 355:4, 360:7, 361:12, 363:18, 369:21, 377:24, 378:12, 400:17, 403:22, 407:14, 410:20, 440:15, 441:5, 443:21, 444:8, 444:13, 445:7, 454:23, 457:12
**event** [10] - 391:16, 391:21, 422:3, 426:5, 453:16, 453:18,

453:23, 463:21, 463:24

**ever** [2] - 406:14, 411:15

**every** [8] - 336:11, 336:12, 343:15, 360:6, 386:13, 412:17, 413:20, 417:17

**everybody** [1] - 457:14

**everyone** [2] - 334:6, 413:2

**everything** [1] - 349:6

**everywhere** [1] - 341:24

**evidence** [74] - 334:16, 336:6, 341:21, 342:3, 342:5, 342:17, 342:24, 343:1, 343:19, 345:15, 346:4, 346:7, 346:12, 346:23, 347:1, 347:13, 348:3, 348:7, 348:15, 349:10, 349:19, 352:6, 368:13, 369:8, 372:20, 373:4, 373:5, 373:13, 373:14, 373:19, 374:15, 375:2, 375:5, 375:15, 375:16, 376:19, 377:13, 378:18, 382:25, 386:23, 387:19, 389:14, 390:10, 391:24, 393:6, 395:2, 397:20, 403:24, 403:25, 404:4, 411:21, 412:4, 415:15, 421:5, 422:21, 423:2, 423:23, 433:11, 438:19, 442:1, 443:20, 444:20, 444:22, 445:6, 445:18, 449:14, 449:22, 450:3, 451:20, 451:23, 459:18, 462:6

**evidenced** [1] - 393:15

**evident** [3] - 363:14, 401:4, 408:22

**evolved** [1] - 414:3

**evolving** [1] - 399:8

**exact** [2] - 360:24, 423:11

**exactly** [5] - 344:12, 355:25, 357:23,

417:5, 434:22

**exaggerated** [1] - 421:4

**EXAMINATION** [4] - 337:16, 341:2, 413:6, 463:11

**examination** [9] - 376:3, 404:2, 413:5, 413:10, 430:24, 439:3, 441:16, 449:13, 452:6

**Examination** [4] - 333:8, 333:9, 333:10, 333:11

**example** [20] - 342:17, 343:1, 343:4, 350:11, 350:13, 350:22, 357:11, 364:8, 367:18, 373:25, 379:7, 385:14, 388:11, 392:14, 397:4, 400:14, 401:14, 404:2, 409:10, 411:22

**examples** [5] - 346:20, 351:8, 351:9, 373:23, 440:4

**excellent** [1] - 456:24

**except** [1] - 421:10

**exception** [1] - 367:6

**excerpt** [2] - 442:25, 448:17

**exchange** [1] - 436:14

**exchanged** [1] - 373:7

**exclude** [1] - 335:24

**excuse** [2] - 346:19, 417:13

**executive** [1] - 436:8

**exhibit** [6] - 356:25, 357:22, 358:14, 433:20, 448:21, 449:6

**exhibits** [2] - 341:13, 370:6

**existed** [2] - 360:19, 445:24

**exiting** [2] - 414:11, 414:12

**expanded** [1] - 464:3

**expanding** [1] - 360:12

**expanse** [1] - 388:20

**expect** [4] - 361:2, 379:18, 388:12, 438:20

**expected** [2] - 422:1, 422:16

**expecting** [1] - 335:8

**expended** [1] - 461:4

**experience** [6] - 336:16, 338:1, 338:6, 339:5, 344:22, 389:16

**experimental** [5] - 373:18, 375:15, 382:25, 395:7, 395:8

**experimentally** [2] - 395:9, 444:22

**experiments** [1] - 433:9

**expert** [22] - 336:11, 336:12, 340:4, 341:4, 341:11, 343:4, 351:22, 365:25, 378:3, 392:18, 398:16, 398:19, 404:12, 408:12, 424:4, 438:1, 442:15, 443:6, 446:2, 449:1, 458:8, 460:15

**expertise** [4] - 337:24, 340:10, 350:24, 430:21

**experts** [11] - 336:14, 336:16, 349:12, 355:21, 355:23, 375:24, 399:14, 430:7, 431:12, 435:9, 436:4

**explain** [18] - 342:8, 352:19, 357:7, 358:19, 363:17, 365:21, 377:8, 379:2, 380:16, 385:25, 396:21, 396:22, 401:17, 409:17, 416:22, 416:23, 435:13, 445:11

**explained** [3] - 393:7, 396:18, 431:24

**explaining** [1] - 439:23

**explains** [1] - 440:21

**explanation** [6] - 358:15, 368:3, 394:20, 422:13, 431:25, 445:13

**explicitly** [1] - 441:20

**exploding** [1] - 382:18

**EXPLORATION** [2] - 330:9, 331:8

**explore** [1] - 365:1

**explosion** [1] - 453:21

**expose** [2] - 395:9, 403:3

**exposed** [11] -

345:10, 347:8, 373:19, 375:4, 375:11, 378:24, 384:15, 390:4, 412:3, 453:5, 457:5

**exposes** [1] - 363:13

**exposure** [24] - 353:16, 355:10, 366:25, 373:17, 373:21, 388:24, 390:23, 390:25, 393:14, 395:7, 400:20, 403:6, 411:20, 429:12, 430:14, 430:19, 439:20, 439:24, 441:6, 441:8, 441:21, 442:10, 442:23, 463:1

**exposures** [2] - 376:19, 439:13

**express** [1] - 393:2

**expressed** [2] - 355:23, 376:23

**expressing** [1] - 336:1

**extend** [1] - 367:12

**extended** [3] - 362:15, 464:2, 464:3

**extends** [2] - 357:17, 359:20

**extensive** [3] - 386:16, 424:1, 426:5

**extensively** [1] - 368:12

**extent** [11] - 351:10, 352:15, 355:18, 355:22, 356:18, 359:12, 362:13, 402:8, 405:15, 423:9, 454:24

**Extent** [1] - 351:22

**external** [1] - 442:20

**External** [2] - 352:8, 352:10

**extra** [1] - 440:7

**extrapolating** [2] - 433:1, 433:12

**Exxon** [6] - 338:21, 338:23, 344:11, 422:2, 422:16, 460:20

**F**

**fabric** [1] - 407:14

**face** [1] - 431:15

**fact** [12] - 353:22, 367:6, 369:16, 373:6, 389:16, 406:2, 409:5, 410:20, 436:7,

436:25, 437:19, 438:9, 440:2, 444:8, 457:19, 459:14, 462:13, 464:18

**factor** [6] - 355:8, 379:25, 389:14, 398:5, 453:7, 456:14

**factors** [4] - 381:5, 392:14, 399:13, 456:15

**Factors** [1] - 439:6

**faculty** [1] - 338:17

**failings** [1] - 381:8

**fails** [1] - 410:23

**failure** [1] - 381:1

**fair** [3] - 419:7, 433:16, 444:13

**fairly** [6] - 339:2, 348:23, 359:19, 360:20, 361:13, 419:20

**fall** [2] - 336:2, 369:11

**fallen** [1] - 365:10

**familiar** [5] - 359:19, 372:25, 382:18, 420:6, 450:6

**far** [10] - 351:16, 361:4, 365:5, 366:18, 376:18, 397:4, 398:8, 401:14, 410:20, 463:4

**farther** [1] - 432:12

**fast** [3] - 366:13, 377:21, 452:2

**fast-growing** [1] - 366:13

**feathers** [3] - 395:25, 396:5, 453:4

**February** [1] - 453:23

**federal** [4] - 338:22, 426:7, 459:12, 460:7

**feed** [5] - 345:10, 363:12, 371:21, 373:23, 385:1

**feeding** [5] - 363:4, 364:8, 374:4, 374:5, 444:24

**feeds** [1] - 360:9

**feel** [1] - 348:14

**feet** [3] - 360:7, 361:14, 371:10

**fell** [1] - 363:9

**fellow** [1] - 421:7

**fellowship** [1] - 338:11

**felt** [5] - 339:18, 348:22, 350:16, 417:16, 421:4

**fetuses** [1] - 454:5

**few** [11] - 341:6,
350:14, 352:25,
367:24, 372:12,
395:17, 406:18,
426:9, 442:24,
447:18, 453:20
  **fiddler** [1] - 411:23
  **FIDLER** [1] - 330:21
  **field** [12] - 342:16,
391:17, 430:4,
430:11, 430:14,
432:2, 432:5, 432:10,
432:19, 438:18,
441:3, 461:20
  **fields** [1] - 338:20
  **Fifteenth** [1] - 331:16
  **figure** [4] - 357:4,
358:18, 400:4, 400:11
  **filed** [2] - 336:11,
340:23
  **filing** [1] - 336:11
  **final** [2] - 411:2,
448:23
  **finally** [1] - 410:16
  **find** [9] - 350:2,
372:20, 379:16,
379:20, 396:19,
433:4, 449:19, 450:1,
459:12
  **finding** [4] - 393:4,
451:1, 460:5, 460:6
  **findings** [1] - 447:21
  **finds** [1] - 451:6
  **fine** [3] - 334:18,
444:6, 455:20
  **fingerprinted** [1] -
368:24
  **finish** [1] - 335:7,
416:23
  **finished** [2] - 393:13,
417:13
  **finishes** [1] - 335:6
  **fins** [3] - 375:18,
377:15, 377:21
  **first** [30] - 339:25,
341:17, 344:22,
348:20, 349:6,
351:20, 352:19,
352:21, 355:23,
359:16, 362:5,
365:24, 368:14,
370:12, 372:6,
372:17, 374:4, 378:7,
386:25, 393:22,
395:11, 398:22,
399:18, 408:16,
409:19, 416:19,
446:10, 446:22,
447:12, 455:11
  **fish** [48] - 346:7,

346:23, 347:3, 347:5,
347:10, 347:11,
347:13, 350:22,
350:23, 352:5,
357:10, 364:8,
367:12, 374:1, 374:8,
374:12, 374:16,
374:20, 374:23,
375:8, 375:9, 375:10,
375:12, 376:17,
377:2, 377:23, 378:4,
378:15, 378:16,
380:8, 381:11, 382:1,
383:22, 384:16,
384:22, 385:22,
426:23, 427:2, 429:7,
438:13, 441:12,
441:15, 441:21,
442:7, 442:9, 442:15,
442:20
  **fisher** [1] - 351:25
  **Fisher** [7] - 447:25,
447:2, 448:3, 448:11,
448:24, 448:25
  **fisheries** [1] - 431:5
  **Fisheries** [1] -
412:13
  **fishery** [2] - 338:19,
429:16
  **Fishes** [2] - 352:12,
381:22
  **fishes** [3] - 346:14,
351:19, 439:9
  **fishing** [4] - 367:11,
379:18, 458:11, 459:5
  **fissure** [1] - 370:20
  **fit** [1] - 380:19
  **fits** [1] - 373:10
  **five** [2] - 386:25,
389:3
  **five-fold** [1] - 389:3
  **flat** [1] - 359:20
  **fleeing** [1] - 439:10
  **FLICKINGER** [1] -
330:19
  **float** [1] - 395:25
  **floated** [1] - 345:12
  **floating** [14] - 345:5,
345:6, 352:22, 371:1,
372:12, 382:14,
382:21, 383:1, 383:4,
383:6, 383:12, 384:9,
390:4, 397:9
  **floats** [1] - 384:11
  **floc** [2] - 449:4,
449:6
  **flocculent** [1] -
446:13
  **floor** [6] - 371:19,
404:13, 404:16,

404:19, 425:15,
445:23
  **Florida** [9] - 357:18,
359:1, 361:8, 384:7,
387:18, 387:25,
391:25, 401:1, 401:14
  **flow** [7] - 354:18,
360:5, 360:24, 371:6,
371:7, 413:19
  **flowing** [1] - 382:24
  **flying** [1] - 421:2
  **focus** [8] - 353:2,
372:4, 378:17,
382:10, 411:10,
414:1, 447:19, 454:20
  **focused** [1] - 353:24
  **focusing** [1] - 353:24
  **Fodrie** [3] - 381:13,
438:23, 438:24
  **fold** [3] - 389:3,
389:4, 456:1
  **folks** [1] - 382:1
  **follow** [2] - 343:21,
455:25
  **follow-up** [2] -
343:21, 455:25
  **followed** [2] -
368:10, 464:4
  **Following** [2] -
393:23, 393:25
  **following** [4] - 346:3,
385:19, 428:25, 444:2
  **FOLLOWS** [1] -
335:17
  **food** [17] - 364:8,
372:23, 373:6, 373:9,
374:2, 374:6, 383:25,
443:10, 443:17,
443:23, 444:9,
444:11, 444:17,
444:21, 445:5, 455:6,
455:16
  **Food** [1] - 443:2
  **foot** [2] - 370:20,
407:10
  **footprint** [3] -
352:22, 358:6, 434:25
  **for** [141] - 334:21,
335:1, 335:2, 335:11,
335:19, 336:1, 336:3,
336:5, 336:16,
336:17, 336:23,
336:7, 337:20,
338:23, 338:24,
340:2, 341:5, 342:17,
343:1, 343:4, 344:18,
346:17, 346:19,
346:24, 349:5, 349:15,
350:11, 350:22,
351:12, 351:20,

352:5, 352:7, 352:24,
353:4, 354:14,
357:10, 360:6,
362:19, 364:4, 364:5,
364:8, 366:14,
367:18, 368:12,
368:18, 371:14,
371:18, 371:25,
373:13, 373:25,
374:15, 375:5,
375:12, 376:3, 379:7,
379:19, 380:13,
381:6, 381:8, 381:20,
385:14, 386:2,
387:20, 390:15,
390:16, 391:7,
391:21, 392:14,
394:16, 395:1, 397:4,
397:8, 397:19,
398:10, 400:14,
401:14, 402:2, 402:9,
403:15, 403:17,
404:2, 405:2, 406:21,
407:20, 411:12,
411:18, 411:22,
412:1, 413:15,
421:10, 422:6,
423:18, 424:3,
426:17, 427:8, 427:9,
427:16, 428:8,
428:19, 429:25,
430:8, 431:11,
431:14, 431:22,
433:20, 435:2, 435:3,
438:24, 441:12,
443:14, 443:19,
444:8, 448:10,
450:19, 450:22,
452:15, 452:20,
453:18, 453:19,
453:20, 455:9,
456:10, 456:24,
457:9, 457:19, 458:3,
458:9, 458:23, 459:9,
459:12, 459:21,
460:8, 460:22, 461:7,
461:19, 462:21,
464:12, 464:13, 465:5
  **FOR** [5] - 330:15,
331:6, 331:21, 332:4,
333:4
  **For** [1] - 435:25
  **forces** [1] - 418:12
  **foregoing** [1] -
465:15
  **form** [1] - 414:22
  **formal** [2] - 351:8,
454:12
  **format** [1] - 335:23
  **formation** [3] -

**formed** [3] - 377:16,
377:22, 416:5
  **former** [2] - 339:10
  **formerly** [1] - 359:24
  **forming** [1] - 361:15
  **formulate** [1] -
426:15
  **formulation** [1] -
415:2
  **forward** [1] - 424:15
  **fouling** [1] - 395:24
  **found** [21] - 359:7,
378:14, 378:18,
382:7, 383:20, 389:2,
389:9, 390:20, 391:9,
391:10, 392:11,
397:16, 403:1, 404:4,
405:16, 442:19,
447:15, 449:21,
451:23, 455:15, 463:8
  **founding** [1] - 455:5
  **four** [4] - 334:10,
365:9, 444:23, 455:25
  **frankly** [3] - 356:24,
444:18, 455:19
  **free** [2] - 455:6,
455:17
  **frequency** [1] - 435:1
  **fresh** [2] - 369:3,
442:23
  **Friday** [2] - 334:24,
335:1
  **from** [140] - 338:3,
338:9, 338:10,
342:15, 345:20,
346:3, 348:7, 349:21,
351:11, 353:7,
353:14, 354:5,
354:13, 355:12,
355:21, 356:24,
356:25, 357:2, 357:4,
357:5, 357:16,
357:17, 358:22,
359:22, 360:4,
361:10, 361:12,
361:20, 362:22,
366:1, 367:20,
368:22, 369:18,
370:1, 370:4, 370:7,
370:24, 371:6, 371:7,
372:12, 372:14,
372:19, 373:4, 373:7,
373:16, 373:19,
376:17, 377:18,
379:13, 379:21,
381:2, 381:4, 382:4,
383:20, 383:25,
384:7, 385:24, 386:7,

386:8, 386:19, 387:2,
387:15, 387:18,
388:5, 390:18,
391:24, 391:25,
395:14, 396:5,
396:23, 397:4,
397:11, 398:12,
398:22, 400:16,
400:24, 401:2, 401:9,
401:20, 402:4, 404:7,
405:8, 405:21,
405:25, 406:1,
408:12, 409:23,
410:13, 410:24,
413:20, 414:18,
414:20, 415:16,
418:3, 419:17, 420:1,
420:22, 422:23,
426:5, 429:17,
430:11, 430:20,
430:21, 431:18,
432:1, 432:6, 432:20,
432:23, 433:8, 434:7,
434:9, 437:2, 437:5,
437:23, 438:6,
441:22, 441:24,
442:10, 442:25,
443:10, 446:12,
447:7, 447:21,
447:24, 448:6, 448:8,
448:17, 449:15,
450:19, 450:23,
451:2, 455:22, 461:5,
464:21, 464:24,
465:16

**Fulbright** [1] -
338:11
**full** [15] - 340:11,
353:9, 356:13, 369:4,
382:20, 392:12,
397:3, 397:11,
397:20, 398:15,
420:25, 421:10,
440:1, 459:8
**fully** [2] - 364:9,
403:7
**function** [3] - 363:22,
373:11, 377:15,
390:16
**functions** [4] -
342:14, 343:9,
375:17, 375:18
**funded** [1] - 462:10
**furnished** [1] - 423:8
**further** [4] - 412:21,
447:14, 458:8, 465:1
**Furthermore** [2] -
439:13, 449:4
**future** [3] - 337:6,
423:15, 436:17

**fuzzy** [1] - 366:10

# G

**G** [1] - 334:1
**gannets** [1] - 395:20
**Garcia** [5] - 420:1,
420:10, 421:6,
421:16, 421:19
**gas** [13] - 344:24,
354:14, 360:6, 360:7,
360:8, 360:12, 363:4,
367:18, 367:21,
370:1, 370:18, 371:12
**gaseous** [2] - 383:3,
418:24
**gases** [1] - 366:21
**gave** [2] - 376:4,
417:15
**gear** [1] - 459:5
**gears** [1] - 352:14
**general** [7] - 366:17,
385:14, 387:10,
396:18, 398:2,
404:17, 417:17
**generally** [15] -
339:15, 342:16,
345:18, 353:15,
360:16, 364:10,
366:19, 367:9,
371:22, 372:9, 380:7,
397:13, 399:7, 403:1,
408:25
**generating** [1] -
336:5
**genus** [1] - 382:16
**geographic** [8] -
352:16, 355:18,
355:22, 359:11,
359:16, 369:10,
379:2, 391:23
**germane** [1] - 350:16
**get** [13] - 334:17,
335:2, 352:6, 371:12,
375:7, 375:9, 395:24,
429:24, 437:18,
438:22, 444:1,
454:18, 457:24
**gets** [2] - 405:3,
405:8
**getting** [3] - 367:9,
389:12, 460:10
**give** [10] - 334:16,
343:15, 346:19,
354:21, 373:23,
397:21, 403:15,
418:1, 422:14, 440:11
**given** [5] - 340:6,
378:19, 380:4, 391:9,

440:3
**givens** [1] - 433:14
**gives** [1] - 409:7
**GLADSTEIN** [1] -
330:19
**globs** [1] - 367:2
**globules** [2] - 370:2,
370:18
**go** [34] - 335:1,
341:1, 347:15, 350:9,
353:4, 361:20,
361:24, 375:12,
377:10, 385:3, 393:9,
393:12, 399:9, 400:1,
412:22, 418:19,
420:13, 422:19,
423:6, 431:19,
435:19, 443:18,
444:11, 445:5,
445:14, 446:10,
450:16, 450:22,
451:1, 454:17,
455:21, 458:8,
460:18, 463:4
**goals** [1] - 437:6
**goes** [10] - 335:25,
336:16, 343:16,
360:9, 361:8, 366:7,
391:6, 410:20,
432:12, 437:9
**going** [40] - 334:25,
336:9, 343:13,
343:14, 348:13,
358:3, 359:22, 366:8,
367:14, 370:20,
375:13, 377:3,
379:21, 379:22,
380:11, 380:20,
386:7, 387:14, 392:7,
392:8, 392:16, 397:8,
398:20, 403:17,
407:24, 408:3, 414:1,
416:6, 421:9, 424:13,
429:24, 432:23,
438:20, 445:3, 446:3,
447:18, 453:11,
457:15, 458:19,
461:11
**gold** [1] - 399:11
**gone** [1] - 464:4
**good** [15] - 334:6,
335:4, 335:11,
361:19, 368:2, 377:9,
384:12, 400:16,
404:15, 409:21,
423:6, 457:2, 457:20,
457:22, 459:2
**GORDON** [1] -
330:24
**got** [4] - 361:16,

362:20, 362:21,
435:22
**gotcha** [1] - 434:11
**GOVERNMENT** [1] -
333:4
**government** [11] -
335:6, 337:1, 350:15,
351:12, 353:21,
354:11, 385:14,
426:7, 436:18,
461:25, 462:6
**government's** [3] -
334:25, 337:4, 354:11
**Graham** [1] - 339:10
**Grand** [4] - 332:2,
400:15, 400:16,
400:22
**Grant** [1] - 420:3
**graph** [1] - 379:24
**graphic** [1] - 359:14
**graphically** [1] -
358:1
**graphs** [1] - 356:3
**grass** [1] - 407:7
**gray** [1] - 352:21
**great** [7] - 367:14,
388:4, 420:11,
429:24, 432:15,
432:21, 432:23
**greater** [15] - 359:25,
371:14, 371:25,
374:17, 376:18,
396:24, 397:6,
398:23, 398:24,
404:21, 415:6, 415:9,
447:6, 447:22
**grew** [3] - 339:15,
339:17, 363:3
**groups** [1] - 378:13
**grow** [1] - 365:1
**growing** [2] - 348:23,
366:13
**growth** [8] - 364:11,
366:10, 366:21,
381:15, 412:3,
439:19, 441:7, 449:24
**guess** [2] - 358:1,
393:2
**guide** [1] - 403:18
**GULF** [1] - 330:4
**Gulf** [74] - 337:23,
339:16, 339:18,
341:20, 344:23,
344:24, 345:3,
345:12, 345:19,
346:3, 351:16,
351:23, 352:11,
352:21, 352:23,
357:16, 358:8,
359:18, 360:4,

360:18, 361:9, 362:2,
365:1, 365:22, 366:4,
367:17, 367:21,
368:1, 369:13,
369:18, 369:20,
369:22, 370:15,
371:15, 374:11,
375:3, 377:20,
378:10, 379:9,
382:11, 382:17,
382:23, 384:19,
384:20, 387:1, 388:4,
388:6, 388:21,
389:22, 392:4, 397:9,
401:1, 401:22, 405:2,
405:4, 413:9, 413:13,
413:15, 413:19,
413:22, 413:25,
414:1, 414:2, 418:24,
427:10, 427:16,
428:24, 433:24,
434:1, 434:3, 439:15,
445:23, 449:15,
451:16
**Gulf's** [1] - 359:13
**gulls** [1] - 395:20
**gushed** [1] - 438:6
**gushing** [1] - 371:11

# H

**H** [1] - 335:21
**habitat** [8] - 345:6,
383:12, 383:21,
387:20, 389:21, 396:7
**habitats** [2] - 345:19,
402:3
**had** [56] - 339:18,
340:4, 344:24, 345:6,
346:9, 346:24, 349:3,
349:15, 349:17,
350:9, 350:24,
360:10, 365:9,
365:10, 368:24,
369:1, 373:16,
378:10, 384:14,
386:16, 388:12,
391:3, 391:9, 398:8,
402:13, 410:6,
410:10, 412:11,
417:4, 425:20,
433:20, 433:22,
433:24, 434:3, 435:9,
435:13, 435:20,
436:4, 436:18,
437:12, 437:21,
438:7, 442:3, 442:20,
444:18, 444:20,
446:22, 448:21,
449:9, 450:3, 452:19,

453:18, 458:18,
459:2, 459:7, 461:17
**hadn't** [1] - 350:15
**hake** [1] - 375:6
**half** [5] - 402:17,
407:9, 407:10,
458:21, 459:3
**Ham** [1] - 450:6
**hand** [1] - 335:15
**Haney** [1] - 398:11
**Haney's** [1] - 398:17
**hang** [1] - 383:24
**HANKEY** [1] - 330:21
**happen** [2] - 336:1,
418:20
**happened** [6] -
349:2, 360:3, 382:24,
414:8, 437:21, 440:10
**happening** [1] -
414:17
**happy** [3] - 409:16,
435:16, 447:20
**hard** [6] - 388:14,
389:13, 441:3,
446:12, 452:5, 459:21
**HARIKLIA** [1] -
331:11
**harm** [90] - 337:6,
337:7, 337:23,
341:19, 341:22,
341:24, 342:2, 342:3,
342:4, 342:5, 342:9,
342:12, 342:16,
342:19, 342:20,
342:21, 342:23,
342:24, 343:7, 343:8,
343:11, 343:17,
343:19, 343:22,
343:23, 344:4, 344:6,
344:15, 344:19,
345:24, 346:2,
346:14, 347:17,
347:18, 347:24,
353:25, 358:8, 363:7,
363:15, 364:19,
366:16, 367:23,
368:6, 368:18,
372:20, 374:16,
374:19, 375:12,
377:4, 377:12, 378:3,
378:14, 378:19,
384:9, 386:8, 386:21,
386:23, 388:22,
389:24, 391:5, 393:5,
395:13, 396:9, 403:9,
405:22, 411:1,
417:19, 422:20,
422:21, 423:3, 423:9,
423:16, 429:17,
437:20, 438:13,

438:15, 438:16,
438:20, 442:17,
443:11, 443:22,
444:13, 444:17,
444:20, 445:2, 445:8,
447:15
**harm's** [1] - 387:15
**Harmed** [1] - 443:1
**harmed** [12] -
343:20, 362:6,
364:16, 364:21,
367:24, 372:18,
382:15, 390:1,
391:23, 395:21,
395:22, 412:5
**harmful** [2] - 415:22,
458:13
**harvest** [1] - 412:14
**HARVEY** [1] - 330:22
**has** [51] - 334:9,
336:6, 336:10, 337:6,
350:1, 357:8, 360:8,
366:11, 367:18,
368:11, 368:12,
376:18, 381:4,
381:14, 383:2,
385:14, 387:5, 392:7,
393:11, 397:2,
398:23, 399:23,
405:6, 406:4, 406:24,
407:15, 407:23,
409:1, 413:12, 414:8,
415:14, 416:7,
416:16, 417:7, 419:9,
419:16, 421:5,
421:18, 422:7,
422:18, 423:3, 426:6,
428:6, 431:7, 437:20,
440:15, 441:5, 442:9,
446:4, 454:9, 463:21
**hasn't** [9] - 364:13,
364:14, 368:10,
385:10, 414:9,
422:21, 422:23,
422:25, 423:1
**hatchling** [1] -
387:24
**hatchlings** [3] -
387:17, 387:25,
388:24
**have** [218] - 334:10,
334:12, 334:15,
334:23, 334:24,
335:12, 335:22,
336:11, 338:1, 338:5,
338:7, 339:5, 339:7,
339:17, 339:21,

341:17, 342:8,
342:10, 343:24,
344:5, 344:14,
344:16, 345:9,
345:23, 345:25,
346:5, 346:19,
348:25, 349:22,
350:17, 352:15,
352:18, 353:7, 353:9,
353:10, 355:17,
355:19, 356:3,
356:22, 358:7,
358:14, 358:22,
358:23, 359:1, 359:2,
359:6, 359:7, 359:13,
359:15, 361:23,
362:25, 364:11,
364:17, 364:18,
364:23, 364:24,
366:3, 367:9, 367:11,
367:20, 368:4, 368:5,
368:19, 369:7, 370:3,
370:6, 370:9, 371:18,
371:19, 371:24,
372:14, 372:16,
372:19, 373:19,
373:22, 374:9,
374:10, 375:17,
375:25, 376:25,
378:4, 378:6, 380:6,
380:8, 380:13,
380:17, 381:18,
382:13, 383:3,
383:11, 384:10,
384:16, 384:25,
385:3, 385:11,
385:18, 386:21,
386:22, 388:6,
388:16, 389:10,
389:13, 389:25,
391:7, 391:20,
393:15, 397:1,
397:20, 397:23,
400:6, 401:4, 401:15,
402:3, 402:5, 402:14,
404:21, 404:23,
406:7, 406:9, 406:14,
408:7, 408:13,
408:15, 408:20,
408:21, 409:5,
409:21, 410:22,
411:4, 411:5, 411:7,
412:20, 413:4,
413:22, 415:6, 415:8,
418:6, 418:11,
418:16, 418:20,
418:22, 419:5, 419:8,
421:8, 423:9, 425:6,
427:25, 428:1, 428:2,
428:3, 428:19, 429:5,
429:7, 429:16, 430:5,

430:6, 430:10,
430:12, 430:17,
430:24, 431:25,
432:5, 432:6, 433:1,
434:19, 438:17,
438:20, 438:24,
439:23, 439:24,
440:3, 441:4, 441:14,
442:15, 443:12,
443:16, 443:17,
445:13, 445:18,
445:21, 446:6,
447:17, 447:21,
448:4, 448:13,
448:16, 449:18,
451:18, 452:2,
452:23, 453:2, 453:3,
453:14, 454:17,
455:9, 455:14,
455:15, 456:9,
456:10, 457:8,
457:21, 459:5,
459:14, 460:4, 460:6,
461:12, 461:19,
461:20, 463:2, 463:6,
463:18, 464:4, 464:7,
464:25
**haven't** [10] - 343:8,
378:18, 382:7, 428:9,
428:10, 428:21,
430:13, 454:12,
464:4, 464:11
**having** [6] - 336:14,
349:16, 361:20,
390:3, 412:16, 446:16
**he's** [2] - 377:8,
435:24
**head** [1] - 371:9
**header** [1] - 443:4
**health** [7] - 390:13,
390:15, 390:25,
391:3, 395:2, 395:4,
459:2
**Health** [2] - 393:22,
393:24
**Healthy** [1] - 447:5
**hear** [4] - 375:1,
376:11, 429:23,
457:14
**heard** [1] - 376:7
**HEARD** [1] - 330:12
**hearing** [2] - 375:24,
433:8
**heart** [3] - 375:17,
377:15, 377:21
**heavier** [1] - 422:4
**heaviest** [1] - 353:16
**heavily** [2] - 356:13,
391:2, 403:12,
403:13, 405:13,

406:19, 408:9,
411:10, 450:10
**heavy** [9] - 356:15,
382:24, 401:10,
401:11, 401:15,
407:4, 407:6, 422:7,
422:18
**height** [1] - 408:20
**held** [1] - 338:11
**help** [4] - 380:23,
399:22, 436:14, 464:9
**helped** [2] - 340:3,
399:1
**helpful** [6] - 358:20,
388:7, 415:24,
428:15, 428:17,
428:19
**helps** [3] - 358:18,
419:12, 455:21
**her** [2] - 395:11,
459:5
**here** [38] - 334:24,
338:18, 339:15,
339:17, 341:8,
347:25, 351:4, 351:8,
361:7, 365:22,
367:23, 368:13,
370:14, 371:4,
371:10, 376:3,
382:17, 387:22,
390:8, 400:4, 400:11,
401:6, 402:21,
406:18, 414:8, 417:5,
420:3, 426:15,
433:15, 439:9, 441:4,
441:11, 443:9, 445:4,
452:20, 455:14,
457:11, 461:18
**hereby** [1] - 465:14
**herring** [1] - 344:10
**hide** [2] - 383:22,
383:24
**high** [7] - 360:13,
363:13, 371:12,
374:13, 413:18,
442:3, 442:5
**higher** [4] - 347:2,
365:23, 451:3, 454:4
**highlighted** [1] -
438:3
**highly** [5] - 368:9,
379:12, 379:21,
432:21, 439:9
**him** [5] - 435:20,
444:2, 445:6, 445:9,
455:13
**Himmelhoch** [1] -
341:13
**HIMMELHOCH** [4] -
330:17, 334:13,

334:19, 444:3
**his** [32] - 340:6,
340:10, 340:11,
357:4, 377:9, 378:17,
378:20, 379:15,
379:24, 380:6,
380:15, 381:2, 381:8,
392:5, 392:18,
392:20, 392:23,
392:24, 393:4,
394:14, 399:20,
408:12, 410:3, 424:4,
427:6, 427:7, 427:14,
427:17, 431:13,
445:13
**historical** [1] - 389:2
**hit** [1] - 409:21
**hold** [3] - 338:8,
338:9, 395:25
**HOLDINGS** [1] -
331:8
**holes** [1] - 406:15
**homogeneous** [1] -
434:15
**honestly** [1] - 382:8
**Honor** [27] - 334:15,
334:19, 335:11,
335:22, 337:14,
340:20, 340:25,
341:15, 347:1, 352:8,
356:20, 357:2, 357:6,
358:13, 376:1, 377:3,
385:18, 392:16,
392:19, 412:20,
413:4, 443:24, 444:3,
445:3, 445:16, 463:6,
463:10
**HONORABLE** [1] -
330:12
**hopefully** [2] -
379:10, 383:13
**Horizon** [11] - 339:6,
339:9, 351:23, 352:2,
352:12, 393:23,
398:12, 426:5,
427:21, 428:25,
453:19
**HORIZON** [1] - 330:3
**hormonal** [1] -
392:10
**hormones** [1] -
390:16
**hours** [6] - 334:9,
334:10, 334:11,
414:11, 414:12
**Houston** [1] - 462:8
**however** [3] -
379:10, 425:5, 442:3
**huh** [3] - 396:20,
433:3, 448:7

**human** [1] - 339:23
**hundreds** [2] -
369:24, 447:15
**Hurricane** [1] -
408:21
**hurricane** [2] - 358:7
**hurricanes** [1] -
408:21
**hydrocarbon** [5] -
415:7, 419:5, 419:17,
422:10, 442:5
**Hydrocarbon** [1] -
352:11
**hydrocarbons** [19] -
347:6, 347:7, 360:3,
361:3, 361:21,
363:14, 368:15,
373:15, 409:25,
414:3, 414:6, 415:8,
418:16, 418:18,
418:24, 419:2,
439:14, 440:16, 442:3
**hydroids** [1] - 366:11
**hypothesis** [1] -
336:5
**hypothesis-**
**generating** [1] - 336:5

# I

**I** [570] - 333:2, 334:1,
334:7, 334:14,
334:22, 334:23,
334:24, 335:1, 335:4,
335:5, 336:9, 336:11,
336:17, 336:19,
336:20, 336:21,
336:25, 337:3, 337:8,
337:19, 337:22,
338:1, 338:7, 338:9,
338:11, 338:15,
338:16, 338:22,
338:25, 339:2, 339:7,
339:15, 339:17,
339:18, 340:2, 340:4,
340:6, 340:8, 340:10,
340:12, 340:19,
340:20, 341:6, 341:9,
341:17, 341:21,
342:1, 342:5, 342:10,
342:13, 342:15,
342:18, 342:23,
342:24, 343:7,
343:18, 343:21,
343:25, 344:1,
344:11, 344:16,
345:25, 346:12,
346:19, 346:22,
348:2, 348:6, 348:10,
348:11, 348:14,

348:16, 348:19,
348:22, 348:23,
349:3, 349:5, 349:6,
349:11, 349:14,
349:18, 350:2, 350:9,
350:14, 350:16,
350:20, 350:21,
350:22, 351:2, 351:6,
351:16, 352:6, 352:8,
352:14, 352:18,
353:1, 353:25, 354:4,
354:10, 354:16,
355:19, 356:7, 356:9,
356:16, 356:20,
356:22, 356:23,
356:24, 357:7, 358:1,
358:12, 358:14,
358:22, 358:23,
359:15, 360:7, 362:4,
364:18, 364:22,
366:7, 367:25,
368:10, 369:6,
369:24, 370:19,
372:11, 372:16,
374:10, 374:18,
374:20, 375:1,
375:12, 376:1, 376:4,
376:7, 376:8, 376:17,
376:19, 376:20,
376:25, 377:3, 377:5,
377:7, 377:8, 377:11,
377:12, 377:17,
377:18, 377:19,
378:6, 378:9, 378:14,
378:18, 378:19,
378:23, 379:5, 379:9,
379:18, 380:20,
381:12, 382:1,
382:13, 384:17,
384:24, 385:9,
386:22, 388:2, 388:7,
388:14, 388:24,
389:12, 389:13,
389:15, 389:25,
390:16, 391:6, 391:7,
391:9, 392:1, 392:6,
392:16, 392:17,
392:18, 392:23,
393:2, 393:4, 393:6,
393:7, 393:13,
393:19, 394:9,
394:16, 394:17,
394:21, 394:22,
395:15, 395:16,
395:19, 396:12,
397:18, 397:20,
397:21, 398:5, 398:6,
398:19, 398:21,
398:23, 399:4, 399:8,
399:10, 399:12,
399:17, 402:1, 402:5,

402:14, 403:8,
403:19, 404:5, 404:8,
404:15, 404:17,
404:19, 404:23,
405:14, 405:22,
405:23, 406:5, 406:9,
407:19, 408:15,
409:1, 409:5, 409:10,
409:16, 410:25,
411:5, 412:11,
412:20, 413:4, 413:8,
413:11, 413:17,
413:21, 413:24,
414:15, 414:24,
415:20, 415:22,
416:2, 416:6, 416:10,
416:25, 417:2, 417:4,
417:5, 417:11,
417:16, 417:17,
417:18, 417:20,
418:23, 419:7, 419:8,
420:7, 420:8, 420:9,
420:10, 420:12,
420:13, 420:19,
420:21, 421:1, 421:4,
421:5, 421:6, 421:7,
421:20, 422:13,
422:15, 422:20,
423:2, 423:11,
423:16, 423:18,
423:22, 423:25,
424:3, 424:6, 424:11,
424:14, 424:18,
424:21, 424:23,
425:2, 425:6, 425:9,
425:12, 425:13,
425:15, 425:20,
425:21, 425:22,
426:4, 426:13,
426:16, 426:19,
426:20, 426:23,
426:24, 427:4, 427:7,
427:11, 427:14,
427:17, 427:18,
427:23, 428:1, 428:2,
428:10, 428:12,
428:21, 429:9,
429:10, 429:18,
429:21, 429:23,
430:3, 430:6, 430:13,
430:20, 431:2, 431:9,
431:19, 431:22,
431:23, 431:24,
432:4, 432:6, 432:7,
432:8, 432:11,
432:12, 432:15,
432:16, 432:21,
432:22, 432:23,
433:22, 434:1, 434:3,
434:7, 435:6, 435:11,
435:13, 435:15,

435:17, 435:18,
435:23, 436:2, 436:6,
436:13, 436:25,
437:8, 437:18,
437:24, 438:2,
438:15, 438:19,
438:20, 438:22,
438:24, 439:1, 439:8,
439:12, 439:17,
439:22, 440:12,
440:25, 441:2, 441:4,
441:9, 441:14,
441:17, 441:23,
442:8, 442:12,
442:17, 443:12,
443:13, 443:21,
443:25, 444:10,
444:13, 444:15,
444:16, 444:17,
444:19, 444:20,
445:1, 445:3, 445:7,
445:10, 445:13,
445:14, 445:19,
445:21, 446:1, 446:5,
446:6, 447:4, 447:21,
448:5, 448:10,
448:13, 448:14,
448:16, 448:21,
449:11, 449:16,
449:17, 450:21,
450:25, 451:5,
451:23, 452:1, 452:5,
452:7, 453:2, 453:13,
453:22, 453:24,
454:12, 454:14,
454:17, 454:18,
454:25, 455:1, 455:9,
455:13, 455:18,
455:19, 455:24,
456:3, 456:7, 456:8,
456:9, 456:14,
456:17, 456:19,
457:1, 457:2, 457:12,
457:14, 457:17,
457:23, 458:3,
458:17, 459:7,
459:11, 459:12,
459:17, 460:13,
460:17, 461:1, 461:6,
461:10, 461:12,
461:16, 461:20,
461:21, 461:22,
462:5, 462:13,
462:19, 463:6,
463:17, 463:18,
463:23, 464:1, 464:2,
464:4, 464:25, 465:13
**I'll** [18] - 335:12,
337:10, 344:20,
349:9, 377:7, 385:17,
416:12, 416:14,

416:22, 418:3, 435:7,
442:24, 447:20,
455:21, 457:11,
457:14, 458:3, 461:11
   **I'm** [25] - 334:13,
337:19, 356:20,
370:5, 375:3, 384:24,
390:6, 398:20, 419:1,
423:5, 425:17,
428:11, 432:8,
440:11, 443:12,
443:24, 447:17,
452:9, 452:10,
454:20, 457:6,
457:16, 458:19,
460:10
   **I've** [16] - 336:8,
338:25, 341:22,
370:16, 370:17,
381:8, 385:10,
394:17, 400:4, 417:1,
428:1, 430:6, 438:3,
438:21, 447:5, 447:12
   **Ibos** [2] - 332:9,
465:13, 465:20,
465:21
   **iceberg** [1] - 396:14
   **idea** [2] - 368:9,
446:6
   **identification** [1] -
430:14
   **identified** [7] -
374:25, 390:14,
392:14, 402:2,
423:14, 441:21, 464:7
   **identify** [3] - 398:10,
403:25, 423:17
   **if** [94] - 334:23,
334:24, 335:3,
335:15, 335:18,
337:9, 342:17,
342:19, 343:1, 343:4,
347:8, 356:10, 358:3,
358:5, 358:7, 359:18,
362:25, 363:9,
364:13, 366:5,
367:12, 368:3, 368:4,
368:6, 369:5, 369:25,
370:22, 376:7, 376:8,
377:4, 379:20, 380:7,
380:17, 382:17,
383:16, 390:24,
392:7, 396:7, 397:5,
397:8, 398:23,
400:14, 401:4,
401:21, 403:22,
411:15, 413:18,
416:14, 418:6, 418:7,
419:25, 420:13,
422:15, 428:4,

428:14, 430:11,
430:17, 431:10,
431:19, 432:22,
433:4, 433:25, 434:9,
435:14, 436:10,
438:20, 440:1,
440:15, 441:5, 442:8,
443:5, 443:7, 443:14,
443:16, 443:25,
444:3, 446:5, 446:10,
446:25, 448:17,
449:3, 450:22, 451:1,
452:2, 452:9, 454:17,
455:18, 455:21,
458:8, 460:18,
461:24, 462:6
   **II** [1] - 330:13
   **IL** [1] - 331:13
   **ill** [3] - 345:22,
390:15, 391:3
   **illustrate** [5] -
357:15, 358:19,
360:23, 370:3, 370:6
   **illustrating** [3] -
352:16, 355:17,
359:14
   **image** [1] - 353:6
   **images** [6] - 353:7,
353:8, 370:25, 434:6,
434:7
   **imagine** [4] - 367:12,
388:14, 400:14,
459:21
   **immediate** [1] -
377:25
   **immediately** [1] -
459:11
   **impact** [31] - 354:8,
363:7, 365:15,
365:24, 368:2,
369:12, 372:4, 373:3,
374:8, 377:1, 383:8,
392:3, 396:22, 398:8,
401:11, 401:22,
402:1, 404:22, 411:3,
411:8, 415:25, 426:1,
426:11, 428:14,
429:6, 429:11,
445:22, 446:2,
448:14, 448:19,
452:24
   **impacted** [19] -
345:17, 358:5, 362:1,
362:16, 362:19,
368:4, 368:5, 374:12,
374:24, 384:20,
384:23, 391:17,
396:19, 406:20,
411:13, 450:10,
450:11, 454:16,

462:12
   **Impacts** [1] - 352:2
   **impacts** [23] -
349:10, 350:10,
351:14, 362:3,
364:15, 372:14,
374:9, 382:10,
382:12, 386:20,
399:14, 402:10,
406:7, 406:8, 408:17,
409:4, 410:16,
410:18, 412:6,
431:16, 439:20,
441:8, 454:8
   **impaired** [4] -
377:15, 377:20,
377:22, 390:17
   **impairment** [2] -
375:17, 377:24
   **implications** [1] -
406:4
   **importance** [6] -
383:18, 432:9,
432:16, 432:20,
432:21, 432:23
   **important** [33] -
345:6, 345:19,
348:23, 349:20,
350:16, 354:10,
354:16, 363:19,
363:20, 364:7, 367:7,
374:1, 381:12,
383:21, 387:20,
396:8, 402:18,
402:19, 405:24,
408:2, 409:16,
411:18, 419:1, 426:1,
429:12, 431:6, 432:4,
432:7, 432:12,
433:13, 439:24
   **importantly** [3] -
360:5, 383:23, 412:16
   **impossible** [1] -
385:18
   **In** [2] - 349:11,
453:25
   **IN** [3] - 330:3, 330:4,
335:16
   **in** [634] - 334:17,
335:2, 335:4, 335:14,
335:23, 336:12,
336:17, 336:20,
337:1, 337:2, 337:10,
337:21, 337:25,
338:1, 338:2, 338:9,
338:10, 338:12,
338:13, 338:16,
338:17, 338:25,
339:2, 339:15,
339:16, 339:18,

340:7, 340:9, 340:11,
340:15, 341:5,
341:10, 341:13,
341:22, 341:25,
342:14, 342:21,
343:2, 343:9, 343:14,
343:22, 344:2, 344:3,
344:9, 344:17,
344:20, 344:24,
345:2, 345:7, 345:12,
346:6, 346:7, 346:11,
346:22, 346:23,
347:2, 347:3, 347:4,
347:5, 347:7, 347:9,
347:14, 347:22,
347:24, 348:3, 348:4,
348:11, 348:16,
349:7, 349:9, 349:22,
350:4, 350:8, 350:14,
350:17, 351:15,
351:18, 351:22,
352:11, 352:16,
352:20, 352:21,
353:11, 353:12,
353:18, 353:22,
354:4, 354:6, 354:13,
354:16, 354:19,
354:21, 355:1, 355:8,
355:24, 356:2, 356:5,
356:9, 356:10,
356:15, 356:16,
356:17, 357:16,
357:18, 357:20,
358:8, 358:9, 358:23,
359:1, 359:12,
359:13, 360:2, 360:9,
360:15, 360:17,
360:23, 361:8,
361:11, 361:16,
361:18, 361:23,
362:2, 362:8, 362:9,
362:10, 362:12,
362:17, 362:24,
363:2, 363:3, 363:9,
363:10, 363:14,
363:19, 363:23,
363:25, 364:2, 364:9,
364:10, 364:12,
364:16, 364:23,
364:25, 365:8,
365:22, 365:25,
366:1, 366:3, 366:8,
366:9, 366:17,
366:24, 367:2, 367:4,
367:6, 367:8, 367:10,
367:11, 367:12,
367:17, 367:21,
368:1, 368:19,
368:20, 368:22,
369:7, 369:13,
369:16, 369:22,

370:1, 370:15,
370:19, 370:20,
371:4, 371:6, 371:20,
371:23, 372:8,
372:18, 372:21,
372:23, 373:2, 373:6,
373:18, 373:20,
374:8, 374:14,
374:20, 374:21,
375:4, 375:7, 375:13,
375:18, 375:19,
375:20, 376:13,
376:23, 377:13,
377:20, 377:24,
377:25, 378:10,
378:12, 378:20,
378:25, 379:1, 379:5,
379:7, 379:9, 379:18,
379:19, 379:20,
379:24, 380:1,
380:12, 380:15,
380:25, 381:2, 381:5,
381:22, 382:8,
382:16, 382:17,
382:19, 382:20,
382:23, 382:24,
383:6, 383:8, 383:11,
383:14, 383:15,
383:20, 383:24,
384:1, 384:4, 384:6,
384:16, 384:24,
385:2, 385:6, 385:11,
385:13, 385:18,
386:15, 386:20,
386:25, 387:2, 387:3,
387:12, 387:14,
387:16, 387:18,
387:19, 387:22,
388:17, 388:20,
388:22, 388:25,
389:3, 389:4, 389:5,
389:8, 389:16,
389:19, 390:4, 390:7,
390:8, 390:12,
390:17, 391:1, 391:3,
391:8, 391:12,
391:13, 391:14,
391:15, 391:17,
391:20, 391:23,
392:4, 392:5, 392:6,
392:11, 392:14,
392:18, 392:20,
393:3, 393:7, 393:13,
393:15, 393:16,
393:22, 393:25,
394:4, 394:6, 394:14,
394:20, 394:23,
395:3, 395:4, 395:22,
396:3, 396:5, 396:18,
397:7, 397:9, 397:10,
397:16, 397:18,

397:23, 398:1, 398:2,
398:4, 398:8, 398:19,
399:9, 399:11,
399:12, 399:23,
400:8, 400:11,
400:20, 400:21,
400:22, 400:25,
401:1, 401:2, 401:4,
401:8, 401:9, 401:11,
401:22, 402:7, 402:9,
402:14, 402:15,
402:16, 402:24,
403:1, 403:4, 403:19,
403:20, 404:1, 404:8,
404:9, 404:21, 405:2,
405:3, 405:6, 405:8,
405:9, 406:4, 406:11,
406:12, 406:13,
406:17, 406:21,
406:23, 406:25,
407:1, 407:4, 407:5,
407:6, 407:9, 407:13,
407:19, 407:20,
407:23, 408:3,
408:10, 408:24,
409:5, 409:8, 409:13,
409:14, 409:19,
410:4, 410:6, 410:8,
410:19, 410:20,
411:3, 411:10,
411:11, 411:13,
411:21, 411:25,
412:2, 412:3, 412:8,
412:15, 413:9,
413:16, 413:22,
414:2, 414:5, 414:6,
414:15, 414:21,
414:22, 414:24,
415:9, 416:13,
416:19, 417:2,
417:10, 417:20,
418:7, 418:23, 419:5,
419:11, 420:14,
420:22, 420:25,
421:1, 421:3, 421:19,
421:21, 421:22,
422:1, 422:2, 422:4,
422:10, 422:16,
422:24, 423:2, 423:3,
423:8, 423:11,
423:13, 423:15,
423:25, 424:4, 424:5,
424:17, 424:19,
424:24, 425:3, 425:6,
425:8, 425:10,
425:15, 425:17,
425:18, 426:1,
426:11, 427:10,
427:11, 427:12,
427:16, 427:23,
428:3, 428:24, 429:7,

429:11, 429:15,
429:17, 430:14,
430:18, 430:23,
430:25, 431:10,
431:12, 431:15,
431:24, 433:1, 433:4,
433:5, 433:14, 434:4,
434:13, 434:19,
434:20, 434:21,
434:23, 436:7,
436:14, 436:15,
436:16, 436:25,
437:4, 437:11, 438:7,
438:9, 438:13,
438:15, 438:18,
438:21, 439:2,
439:14, 439:16,
439:18, 439:21,
439:24, 440:16,
441:3, 441:6, 441:9,
441:16, 442:2, 442:4,
442:7, 442:10,
442:14, 442:15,
442:17, 442:18,
443:6, 443:18,
443:19, 443:20,
443:22, 444:8,
444:10, 444:19,
445:1, 445:5, 445:6,
445:10, 445:22,
446:2, 446:4, 446:6,
446:8, 446:11, 447:7,
447:18, 447:21,
448:3, 448:14,
448:16, 449:1, 449:5,
449:12, 449:14,
449:18, 449:22,
449:24, 450:11,
451:6, 451:8, 451:11,
451:12, 451:15,
451:16, 451:21,
451:24, 451:25,
452:6, 452:15, 453:2,
453:20, 453:22,
453:23, 454:2, 454:9,
454:17, 454:19,
454:20, 454:21,
455:5, 455:25, 456:1,
456:3, 456:10, 458:5,
458:11, 458:17,
459:2, 459:5, 459:9,
459:12, 459:19,
460:7, 460:8, 460:15,
460:20, 461:8,
461:16, 462:13,
462:24, 463:13,
463:14, 463:15,
464:4, 464:7, 464:11,
464:14, 465:17
   **in-depth** [1] - 404:1
   **inappropriate** [1] -

379:16
   **INC** [6] - 330:10,
331:6, 331:7, 331:8,
331:8, 331:9
   **incident** [4] - 397:24,
414:8, 443:10, 460:9
   **incidents** [2] - 347:3,
389:17
   **include** [14] - 343:23,
349:2, 349:8, 356:10,
362:9, 373:5, 382:1,
384:22, 401:2, 403:8,
427:11, 429:3,
430:14, 443:25
   **included** [7] -
363:16, 374:14,
393:16, 402:16,
403:16, 405:6, 424:5
   **includes** [2] -
418:10, 452:13
   **including** [9] -
338:18, 344:25,
351:21, 366:4,
372:21, 429:4, 436:1,
447:7, 458:10
   **inconsequential** [1]
- 341:6
   **incorporated** [3] -
361:17, 373:6, 383:1
   **incorporation** [2] -
361:19, 444:20
   **increase** [7] -
388:25, 389:3, 389:4,
391:13, 415:5, 418:7,
456:1
   **increased** [3] -
415:2, 437:4, 458:9
   **indeed** [11] - 347:19,
381:25, 415:19,
416:10, 418:23,
419:9, 421:14, 434:8,
437:21, 441:23,
442:17
   **independent** [4] -
343:14, 429:16,
441:12, 455:2
   **independently** [1] -
376:22
   **indicate** [3] - 343:6,
369:2, 438:15
   **indicated** [9] -
353:18, 354:3, 361:7,
362:14, 390:19,
400:4, 453:17, 457:3,
463:13
   **indicates** [2] -
347:11, 373:21
   **indicative** [1] -
344:12
   **indicator** [1] - 369:2

   **Indicators** [1] - 352:1
   **indicators** [3] -
369:2, 388:22, 391:5
   **individual** [7] -
347:22, 365:19,
369:20, 381:14,
388:5, 431:6, 440:2
   **individuals** [2] -
384:15, 431:16
   **induced** [1] - 373:22
   **inform** [2] - 398:7,
436:14
   **information** [24] -
338:3, 342:6, 342:15,
342:23, 344:1, 350:7,
359:2, 382:3, 385:12,
390:19, 397:20,
426:10, 426:14,
426:21, 426:22,
428:9, 428:17,
428:23, 436:13,
445:1, 452:10,
454:19, 455:9, 455:14
   **ingest** [1] - 396:6
   **inhabiting** [1] -
446:11
   **inhibiting** [1] -
366:14
   **initial** [7] - 340:4,
365:15, 374:11,
392:5, 406:17,
427:11, 434:13
   **initially** [5] - 347:20,
404:3, 408:1, 425:22,
446:23
   **injected** [1] - 438:5
   **injection** [2] -
354:25, 355:3
   **injured** [4] - 386:14,
462:14, 462:25, 463:3
   **injury** [5] - 336:24,
448:12, 454:24,
456:12, 461:8
   **inland** [1] - 410:24
   **insects** [2] - 411:16,
411:22
   **insight** [1] - 343:16
   **insignificant** [2] -
367:23, 431:8
   **insofar** [1] - 357:21
   **installation** [1] -
354:14
   **instead** [1] - 361:14
   **institution** [1] -
338:15
   **integrate** [1] - 349:4
   **Integrating** [1] -
381:21
   **intend** [1] - 463:15
   **intended** [2] - 464:9,

464:10
   **intent** [1] - 355:1
   **interest** [1] - 420:11
   **interesting** [1] -
383:19
   **interestingly** [2] -
360:15, 362:18
   **interface** [1] - 346:15
   **interfered** [2] -
383:4, 384:16
   **interference** [1] -
392:9
   **interferes** [1] -
363:11
   **Interior** [1] - 367:18
   **internationally** [1] -
460:19
   **Internet** [1] - 426:6
   **interpret** [1] - 404:10
   **interpretation** [1] -
427:12
   **interpretations** [3] -
348:9, 350:6, 399:21
   **interpreted** [3] -
351:2, 417:17, 434:15
   **interrupt** [1] - 432:8
   **intervention** [1] -
408:4
   **intimately** [2] -
375:7, 375:11
   **into** [64] - 334:14,
335:1, 336:2, 337:6,
340:10, 345:13,
351:2, 352:6, 355:3,
355:6, 355:14, 356:1,
360:9, 360:14,
360:15, 361:1, 361:7,
361:8, 361:17,
362:20, 363:5,
363:21, 365:1, 365:3,
368:15, 369:18,
371:14, 373:6,
375:10, 377:18,
380:9, 381:4, 383:1,
397:3, 397:6, 397:10,
399:13, 405:15,
406:15, 408:21,
408:22, 409:1,
409:11, 412:10,
413:13, 413:19,
418:19, 418:24,
419:10, 419:14,
421:10, 424:22,
429:24, 436:17,
436:24, 437:2, 437:9,
437:16, 437:20,
444:21, 456:22,
464:1, 464:3, 464:4
   **introduce** [1] -
337:18

**introduction** [1] - 384:25
**introductory** [2] - 431:10, 431:17
**investigating** [1] - 432:1
**investigation** [8] - 397:18, 412:19, 427:21, 428:14, 458:10, 458:12, 459:23, 460:2
**investigators** [2] - 390:13, 454:1
**involve** [2] - 424:1, 437:3
**involved** [2] - 338:25, 372:23
**involves** [1] - 436:25
**Isaac** [1] - 408:21
**Island** [1] - 435:24
**Islands** [1] - 384:7
**Isle** [3] - 400:15, 400:16, 400:22
**isn't** [8] - 334:25, 356:7, 359:8, 381:23, 415:12, 427:22, 428:17, 440:16
**issue** [21] - 335:25, 336:24, 337:1, 339:20, 340:9, 350:16, 351:2, 351:17, 351:18, 356:2, 374:19, 387:19, 397:19, 398:21, 413:8, 419:9, 422:19, 423:20, 433:6, 440:14, 456:6
**issues** [7] - 338:18, 350:5, 360:8, 403:1, 425:15, 431:12, 442:24
**it** [297] - 336:9, 336:23, 337:9, 337:24, 339:13, 339:15, 340:8, 340:15, 340:16, 340:17, 340:19, 341:22, 341:24, 342:25, 343:12, 345:7, 347:8, 347:12, 347:13, 348:14, 348:22, 349:3, 349:8, 349:15, 349:18, 350:20, 350:23, 350:24, 351:3, 351:16, 352:5, 352:22, 353:12, 353:14, 354:4, 354:14, 355:2, 355:4, 355:5, 355:7, 355:8,

355:13, 355:15, 355:24, 356:1, 356:5, 356:9, 356:17, 356:22, 357:8, 357:21, 358:9, 359:8, 360:9, 360:16, 360:17, 360:25, 361:19, 361:20, 363:5, 363:9, 363:11, 363:12, 363:24, 364:1, 365:8, 365:9, 365:13, 366:2, 366:10, 366:17, 367:25, 368:14, 368:15, 368:16, 368:23, 369:1, 369:3, 369:18, 370:15, 372:10, 373:8, 373:10, 376:7, 376:11, 377:4, 377:11, 377:15, 377:23, 377:24, 379:3, 379:5, 381:23, 382:6, 383:2, 383:14, 383:16, 383:24, 384:10, 384:11, 385:19, 386:2, 388:4, 388:6, 388:13, 388:19, 389:5, 389:7, 389:21, 391:6, 391:14, 391:16, 391:19, 392:10, 394:19, 395:6, 395:12, 397:9, 397:18, 398:2, 398:6, 398:8, 398:16, 399:1, 401:3, 401:5, 401:23, 402:21, 402:24, 403:3, 403:8, 404:9, 404:16, 404:18, 404:19, 405:1, 405:2, 405:3, 405:4, 405:6, 406:2, 406:5, 406:13, 406:25, 408:22, 408:25, 409:2, 409:16, 412:12, 413:12, 414:9, 414:10, 415:10, 415:11, 415:12, 415:25, 416:20, 417:17, 417:23, 417:24, 418:1, 418:3, 418:6, 418:8, 418:19, 419:12, 419:20, 419:22, 420:9, 420:21, 420:25, 421:1, 421:13, 421:14, 422:7, 422:13, 422:18, 422:20, 422:21, 422:23, 422:24,

422:25, 423:3, 423:15, 424:14, 424:22, 426:3, 427:22, 428:2, 428:6, 428:15, 428:17, 429:24, 430:9, 430:11, 431:5, 431:6, 431:8, 431:17, 431:23, 431:24, 432:4, 432:12, 434:13, 434:25, 435:19, 437:2, 437:3, 437:11, 438:18, 438:20, 439:9, 439:13, 440:5, 440:11, 440:12, 440:13, 440:14, 440:16, 440:17, 440:20, 440:21, 441:1, 441:2, 441:10, 442:1, 442:2, 442:9, 442:17, 443:14, 443:16, 443:20, 443:21, 444:6, 444:8, 444:12, 444:13, 444:17, 445:6, 445:7, 448:10, 448:24, 449:11, 449:13, 452:7, 452:8, 452:13, 452:18, 452:19, 453:20, 453:21, 454:3, 455:19, 455:24, 456:11, 457:1, 457:2, 457:9, 457:12, 458:3, 458:18, 458:19, 459:12, 459:15, 459:22, 460:5, 460:6, 462:7, 463:18, 464:1, 464:2, 464:4, 464:17, 464:18, 464:22, 464:23
**it** [1] - 431:4
**it's** [112] - 335:23, 344:12, 345:20, 347:12, 351:22, 352:4, 352:10, 353:1, 354:10, 354:11, 354:16, 354:24, 355:13, 357:3, 357:4, 357:23, 358:5, 359:9, 361:12, 362:7, 362:23, 362:25, 364:13, 365:6, 366:14, 366:24, 367:1, 367:5, 367:14, 368:2, 369:10, 370:18, 370:22, 370:25, 371:11, 375:11, 375:22, 376:8, 379:12,

379:22, 380:10, 380:23, 380:24, 388:2, 388:14, 389:10, 390:24, 391:17, 392:6, 392:8, 394:11, 396:23, 397:5, 397:8, 398:4, 398:5, 398:23, 398:24, 399:8, 399:10, 402:10, 403:24, 405:2, 405:4, 405:5, 407:13, 407:15, 408:2, 408:23, 409:16, 410:25, 412:14, 412:23, 414:17, 417:10, 419:18, 419:23, 422:25, 430:13, 431:2, 432:4, 432:7, 432:11, 432:19, 433:7, 433:8, 434:18, 434:21, 434:23, 438:10, 440:8, 441:20, 443:18, 443:19, 446:11, 449:13, 454:19, 454:21, 455:4, 457:9, 457:22, 459:21, 463:23, 464:1, 464:9, 465:4
**item** [1] - 446:10
**items** [1] - 446:1
**its** [17] - 338:15, 339:9, 360:14, 365:12, 369:11, 369:16, 377:21, 392:9, 392:10, 392:12, 394:23, 398:7, 400:20, 405:25, 441:25
**itself** [6] - 373:8, 415:17, 438:7, 438:10, 456:7, 456:11
**Ixtoc** [3] - 361:11, 361:12, 361:14

**J**

**J** [6] - 330:3, 330:8, 330:12, 331:10, 331:11, 332:1
**Jackie** [2] - 460:11, 460:14
**Jackson** [3] - 352:3, 352:13, 354:7
**JAKOLA** [1] - 331:12
**JAMES** [1] - 332:1
**January** [2] - 330:4, 436:16
**JANUARY** [1] - 334:2

**JARRETT** [1] - 331:18
**Jeanerette** [1] - 400:23
**jellies** [1] - 373:1
**jellyfish** [1] - 373:1
**job** [1] - 377:9
**joint** [1] - 376:23
**journal** [1] - 379:19
**journals** [1] - 349:22
**Judge** [6] - 335:9, 351:17, 374:20, 431:23, 434:6, 456:21
**judge** [2] - 334:21, 358:3
**JUDGE** [1] - 330:12
**judgment** [2] - 423:22, 457:22
**JUDITH** [1] - 330:22
**July** [1] - 455:5
**June** [3] - 371:4, 405:14, 410:5
**just** [79] - 334:7, 335:6, 340:5, 348:16, 349:18, 350:13, 351:9, 352:5, 352:24, 354:4, 356:6, 356:9, 356:19, 356:20, 356:21, 356:23, 358:18, 359:3, 363:8, 364:25, 365:19, 370:19, 371:4, 374:18, 375:20, 376:4, 377:1, 379:17, 381:23, 387:24, 388:10, 388:14, 389:12, 391:12, 393:7, 393:20, 394:18, 396:13, 396:17, 398:6, 398:9, 398:14, 398:24, 400:14, 400:15, 406:6, 407:10, 410:23, 413:25, 417:15, 420:8, 420:10, 421:1, 421:9, 426:9, 427:18, 430:3, 435:22, 440:8, 442:13, 443:15, 443:19, 446:1, 448:18, 450:22, 452:3, 452:18, 452:19, 455:10, 457:11, 457:23, 459:15, 461:11, 463:19, 465:4
**JUSTICE** [2] - 330:16, 331:1
**juvenile** [4] - 411:19, 439:19, 441:7, 454:5

**juveniles** [1] - 388:24

## K

**K** [1] - 331:24
**KANNER** [2] - 332:4, 332:4
**Karen** [4] - 332:9, 465:13, 465:20, 465:21
**KARIS** [1] - 331:11
**KATRINE** [1] - 331:12
**keep** [8] - 355:1, 355:7, 355:15, 383:3, 412:10, 437:7, 457:14, 461:11
**keeping** [1] - 437:5
**keeps** [2] - 361:19, 437:3
**KEITH** [1] - 331:18
**Kemp's** [1] - 387:21
**kept** [1] - 334:7
**key** [2] - 369:2, 373:17
**kill** [1] - 407:7
**killed** [8] - 342:18, 365:19, 396:14, 396:24, 397:8, 397:16, 399:21, 463:1
**killifish** [1] - 412:1
**kilometers** [9] - 366:18, 446:12, 447:6, 447:14, 447:22, 448:4, 448:6, 448:8, 460:24
**KIMBERLY** [1] - 331:15
**kind** [22] - 336:12, 346:12, 350:3, 361:8, 369:11, 371:6, 377:23, 378:17, 379:13, 380:3, 383:22, 383:24, 396:21, 401:25, 404:5, 404:16, 404:17, 431:10, 438:19, 442:20, 446:16, 464:15
**kinds** [7] - 344:12, 372:20, 376:19, 389:16, 390:9, 397:10, 405:7
**KING** [1] - 330:22
**KIRBY** [1] - 331:23
**KIRKLAND** [2] - 331:9, 331:14
**knew** [2] - 390:22,

448:13
**know** [68] - 336:13, 339:14, 343:2, 343:6, 344:7, 344:11, 345:4, 348:6, 351:16, 353:14, 353:25, 362:24, 364:9, 364:13, 364:22, 366:15, 366:19, 369:6, 369:24, 377:12, 377:19, 380:10, 381:15, 381:25, 382:1, 384:11, 384:13, 387:2, 388:7, 389:11, 390:11, 391:6, 393:16, 394:24, 395:16, 395:23, 398:6, 401:21, 401:24, 403:7, 405:2, 405:15, 406:23, 411:15, 411:18, 411:23, 412:11, 414:15, 416:2, 421:8, 423:12, 424:23, 432:11, 432:16, 437:11, 443:22, 449:17, 452:5, 455:4, 455:11, 455:13, 461:1, 461:16, 461:21, 463:23, 463:24, 464:2
**knowledge** [3] - 339:19, 394:16, 463:21
**known** [6] - 366:3, 385:4, 386:19, 396:23, 397:13, 414:5
**KRAUS** [1] - 332:5
**KY** [1] - 331:23

## L

**LA** [4] - 330:4, 331:20, 332:7, 332:10
**lab** [1] - 433:5
**labeled** [2] - 377:11, 404:3
**laboratory** [4] - 373:19, 424:12, 433:2, 433:9
**lack** [2] - 433:10, 453:4
**land** [7] - 400:10, 400:12, 400:19, 401:21, 407:21, 437:3, 437:5
**land-based** [3] - 400:10, 400:19, 401:21

**landed** [1] - 404:25
**landings** [1] - 429:17
**LANGAN** [1] - 331:10
**large** [22] - 352:21, 353:5, 354:19, 355:24, 356:8, 356:18, 357:12, 357:17, 358:10, 360:5, 360:20, 369:9, 371:1, 385:10, 388:20, 389:16, 401:19, 422:5, 450:9, 450:17, 450:23, 461:1
**largely** [4] - 365:7, 434:9, 448:12, 448:19
**larger** [6] - 353:10, 371:25, 372:1, 386:2, 428:6, 451:12
**larvae** [10] - 346:14, 350:22, 374:1, 374:16, 375:17, 377:13, 377:20, 378:16, 384:22
**LaSalle** [1] - 331:12
**last** [11] - 336:17, 364:14, 366:8, 394:4, 402:1, 402:25, 405:14, 405:15, 410:6, 422:8, 464:20
**lasted** [1] - 354:14
**lasting** [3] - 337:7, 410:3, 456:5
**late** [1] - 410:5
**later** [8] - 335:25, 336:4, 344:8, 365:16, 376:3, 376:15, 424:21, 429:23
**laudable** [1] - 388:18
**laughing** [1] - 395:19
**LAURA** [1] - 331:3
**lava** [1] - 370:2
**LAWRENCE** [1] - 331:3
**lawyer** [1] - 440:10
**Lazarus** [3] - 435:5, 436:7, 436:13
**learn** [1] - 350:1
**Lease** [2] - 448:9, 448:19
**least** [10] - 347:25, 348:1, 362:15, 365:6, 366:15, 386:15, 405:14, 454:2, 461:16, 464:4
**leave** [1] - 452:18
**led** [2] - 397:2, 413:22
**left** [5] - 349:12, 351:10, 364:4, 365:5, 365:20

**length** [2] - 404:7, 461:2
**lesion** [1] - 442:21
**Lesions** [2] - 352:8, 352:10
**lesions** [11] - 347:3, 351:18, 352:5, 374:22, 378:24, 441:15, 441:21, 441:25, 442:5, 442:9, 442:16
**less** [11] - 354:5, 361:1, 371:23, 388:16, 402:17, 404:16, 410:11, 417:24, 418:1, 418:3, 449:5
**let** [1] - 337:10, 352:5, 370:5, 416:6, 416:12, 416:22, 423:6, 426:9, 434:5, 442:8, 443:14, 443:15, 448:16, 452:3
**let's** [39] - 335:6, 351:20, 359:12, 362:1, 364:15, 367:22, 371:2, 372:4, 374:8, 379:15, 381:20, 382:10, 384:18, 385:17, 385:24, 386:20, 388:22, 389:23, 394:11, 395:13, 395:16, 396:17, 398:10, 404:21, 406:7, 411:2, 411:6, 412:22, 417:23, 418:21, 419:22, 419:25, 422:19, 435:19, 438:22, 439:5, 450:16, 455:11, 465:4
**lethal** [4] - 346:9, 346:20, 347:17, 347:21
**level** [28] - 336:4, 340:8, 343:19, 347:13, 373:7, 378:19, 381:7, 381:14, 381:17, 382:7, 387:3, 396:16, 403:6, 407:21, 425:25, 431:8, 439:21, 440:2, 440:3, 440:6, 440:7, 441:3, 441:9, 443:10, 443:21, 444:12, 445:7, 448:14
**Level** [2] - 352:1, 439:6

**levels** [11] - 343:3, 346:13, 351:18, 383:15, 412:15, 425:21, 442:3, 442:5, 449:4, 451:21, 456:1
**LEWAF** [3] - 430:1, 430:5, 430:11
**LEWIS** [2] - 331:18, 332:1
**life** [3] - 382:12, 434:19, 434:20
**lifetime** [1] - 382:20
**lifted** [2] - 357:4, 407:10
**light** [9] - 370:2, 372:22, 401:10, 419:19, 419:23, 421:23, 421:25
**lighter** [3] - 352:24, 422:9, 435:2
**lightly** [1] - 455:7
**like** [37] - 334:22, 335:3, 337:1, 341:17, 344:13, 352:14, 358:5, 363:2, 366:13, 367:13, 369:21, 370:2, 375:21, 377:24, 380:23, 381:14, 384:22, 387:8, 392:7, 392:8, 392:11, 395:1, 402:1, 403:24, 406:24, 407:22, 411:19, 420:13, 422:2, 422:5, 426:4, 438:19, 438:22, 446:18, 452:18, 452:19, 457:9
**likelihood** [1] - 355:16
**likely** [13] - 353:16, 354:1, 366:25, 377:22, 378:23, 389:7, 389:17, 396:25, 399:2, 422:25, 423:24, 439:10, 449:5
**limit** [1] - 367:18
**limitations** [3] - 379:11, 432:25, 433:12
**LIMITED** [1] - 331:9
**limited** [4] - 379:6, 397:12, 447:17, 454:21
**line** [7] - 380:19, 380:21, 380:23, 416:12, 444:4, 444:5
**linear** [6] - 354:3, 360:24, 400:6, 404:5, 404:10, 408:11

**lines** [7] - 336:19, 347:1, 395:2, 401:8, 439:10, 440:2, 443:15
**lingering** [1] - 346:16
**link** [3] - 428:16, 442:1, 442:2
**LISKOW** [1] - 331:18
**list** [3] - 363:15, 392:3, 446:11
**listed** [5] - 347:25, 401:6, 401:18, 429:6, 446:2
**lists** [1] - 402:21
**literally** [2] - 348:24, 348:25
**literature** [22] - 341:21, 344:2, 346:7, 346:23, 348:4, 348:20, 348:24, 349:5, 349:14, 349:24, 350:4, 350:8, 351:8, 368:10, 376:19, 381:10, 385:11, 397:1, 419:8, 446:4, 446:7, 446:9
**little** [32] - 336:12, 348:17, 350:8, 352:4, 356:12, 360:14, 361:16, 365:12, 365:19, 367:17, 375:6, 387:17, 387:21, 396:17, 400:23, 405:9, 406:14, 406:24, 411:17, 412:1, 412:17, 429:23, 432:12, 433:17, 433:19, 438:7, 439:21, 441:9, 441:15, 447:13, 458:8
**live** [22] - 346:7, 346:14, 346:23, 351:15, 362:8, 362:9, 363:19, 364:9, 366:12, 367:6, 367:11, 373:2, 375:8, 382:11, 382:20, 383:17, 386:4, 390:12, 399:3, 411:3, 411:13
**liver** [3] - 347:7, 351:18, 374:21
**lives** [2] - 362:1, 365:13
**living** [8] - 363:10, 364:23, 378:12, 378:15, 384:18, 384:19, 387:21, 449:24
**located** [2] - 434:23,

461:9
**locating** [1] - 387:13
**location** [3] - 367:4, 400:5, 400:19
**log** [1] - 379:23
**logic** [1] - 433:11
**long** [15] - 337:7, 344:5, 364:14, 384:15, 384:17, 397:8, 403:9, 407:14, 411:21, 422:6, 439:13, 453:24, 456:5, 456:10, 464:2
**long-lasting** [1] - 337:7
**long-term** [6] - 384:15, 384:17, 403:9, 407:14, 411:21, 439:13
**longer** [3] - 364:1, 453:3, 459:15
**Look** [1] - 359:8
**look** [24] - 353:4, 357:19, 358:3, 366:5, 368:6, 369:14, 379:6, 391:7, 392:22, 394:22, 413:18, 416:14, 424:22, 424:23, 426:9, 429:20, 434:14, 446:25, 448:13, 452:9, 455:11, 458:8, 458:18, 459:7
**looked** [13] - 344:1, 349:14, 349:18, 357:9, 370:16, 379:7, 390:13, 392:23, 424:12, 427:25, 447:15, 447:23, 458:14
**looking** [13] - 351:7, 370:14, 381:6, 388:10, 403:17, 409:6, 410:19, 426:15, 432:20, 443:19, 444:15, 452:6, 452:23
**looks** [2] - 357:21, 454:2
**Los** [1] - 332:2
**lose** [2] - 395:25, 396:1
**losing** [1] - 396:2
**loss** [4] - 361:21, 383:12, 407:6, 456:8
**lost** [4] - 361:24, 387:20, 399:5, 411:16
**lot** [20] - 344:23, 348:6, 349:9, 350:4, 359:6, 360:13,

361:22, 362:25, 367:9, 383:6, 385:9, 385:12, 392:13, 399:9, 400:13, 405:6, 421:2, 438:8, 456:14, 464:20
**lots** [3] - 360:5, 411:15, 411:16
**LOTTERMAN** [1] - 331:23
**Louisiana** [17] - 339:17, 357:18, 361:5, 379:8, 390:8, 391:25, 393:23, 393:25, 400:20, 401:1, 408:3, 409:13, 421:23, 421:25, 449:19, 465:14
**LOUISIANA** [2] - 330:1, 332:4
**low** [3] - 375:22, 401:25, 449:4
**lower** [5] - 371:5, 401:12, 406:25, 411:11, 414:22
**lowered** [1] - 412:3
**LP** [1] - 331:22
**Lubchenco** [2] - 458:22, 459:25
**Lubchenco's** [1] - 458:15
**lunch** [1] - 465:5
**LUNCH** [1] - 465:7
**lung** [3] - 390:17, 392:9, 393:20
**lungs** [2] - 390:17, 392:12

# M

**Macondo** [22] - 341:19, 350:5, 350:22, 361:10, 368:23, 370:4, 370:8, 371:2, 371:4, 371:17, 373:16, 373:20, 381:22, 409:13, 414:8, 444:23, 446:12, 447:7, 448:5, 448:9, 454:10, 460:9
**Macondo-type** [1] - 444:23
**made** [16] - 385:23, 390:21, 398:16, 410:9, 421:3, 427:5, 428:3, 431:19, 433:9, 436:18, 436:21, 437:15, 442:12, 453:2, 454:9, 458:22

**magnitude** [1] - 421:18
**Mahi** [2] - 374:17
**mahogany** [1] - 405:5
**mail** [5] - 420:1, 420:6, 421:19, 435:5, 436:7
**main** [2] - 375:23, 398:21
**mainly** [1] - 378:11
**maintain** [1] - 363:12
**majority** [1] - 459:4
**make** [15] - 336:21, 337:10, 352:6, 355:11, 356:6, 359:3, 377:5, 420:17, 421:6, 421:7, 432:5, 435:17, 443:16, 461:2, 462:24
**makes** [2] - 369:10, 377:25
**making** [5] - 355:5, 433:17, 438:9, 454:7, 459:8
**MALINDA** [1] - 331:3
**mammal** [1] - 453:17
**mammals** [6] - 350:12, 385:12, 385:15, 386:3, 390:20, 390:23
**Mammals** [1] - 452:13
**man** [1] - 408:5
**mangrove** [1] - 411:11
**mangroves** [5] - 345:19, 396:8, 406:7, 406:11, 407:1
**many** [22] - 338:1, 339:16, 349:20, 354:2, 356:6, 369:22, 382:1, 386:16, 395:16, 395:18, 396:14, 396:19, 399:21, 400:25, 401:14, 402:21, 403:11, 406:2, 408:9, 439:9, 447:15, 457:3
**map** [4] - 357:17, 358:20, 401:6, 434:11
**maps** [6] - 366:3, 434:1, 434:2, 434:5, 434:14, 434:18
**March** [2] - 366:9, 449:7
**marine** [15] - 338:10, 362:25, 365:5, 365:16, 366:11, 367:10, 368:7, 368:9, 368:11, 368:13,

371:5, 385:2, 415:19, 438:6, 453:17
**Marine** [1] - 430:25
**MARK** [1] - 331:11
**marsh** [26] - 342:19, 402:18, 403:22, 405:12, 406:13, 406:14, 406:19, 406:20, 406:22, 406:24, 407:6, 407:14, 407:18, 408:9, 408:13, 408:22, 410:18, 410:21, 411:8, 411:13, 411:15, 412:1, 429:1
**marshal** [1] - 334:16
**marshes** [22] - 345:18, 396:8, 402:6, 403:19, 406:7, 406:11, 407:4, 407:19, 407:25, 408:1, 408:24, 409:9, 409:11, 410:4, 410:8, 411:3, 411:18, 412:5, 437:7, 449:25, 461:5, 464:11
**Mary** [1] - 338:10
**Maryland** [2] - 337:19, 338:14
**mass** [4] - 352:21, 361:15, 371:1, 371:11
**masses** [2] - 382:18, 383:1
**massive** [1] - 461:4
**mat** [1] - 403:2
**match** [1] - 346:13
**matches** [1] - 430:11
**material** [4] - 345:1, 363:24, 418:7, 446:13
**materials** [2] - 372:24, 418:19
**math** [1] - 413:21
**mathematical** [1] - 397:3
**mats** [6] - 345:5, 384:3, 403:5, 405:10, 455:5, 455:16
**matter** [12] - 341:5, 341:19, 349:12, 353:12, 363:21, 373:5, 374:11, 381:2, 412:18, 430:16, 437:19, 465:17
**matters** [1] - 349:22
**MATTHEW** [1] - 331:10
**maximum** [1] - 401:6
**may** [27] - 342:24, 343:18, 347:20,

348:12, 355:4, 367:4, 388:8, 389:13, 396:19, 397:3, 408:22, 416:18, 423:9, 439:15, 439:19, 439:20, 440:14, 440:17, 441:5, 441:7, 441:8, 442:15, 443:16, 459:4, 464:4, 464:10

**May** [2] - 402:21, 402:24

**maybe** [5] - 343:16, 369:21, 370:20, 371:23, 401:23

**MAYBERRY** [1] - 331:3

**MC** [2] - 398:12, 448:19

**McCUTCHEN** [1] - 331:22

**McIntyre** [1] - 431:13

**McKINNEY** [1] - 332:5

**MDL-2179** [1] - 330:3

**me** [51] - 334:13, 346:19, 348:4, 348:10, 350:16, 350:20, 351:17, 352:5, 357:7, 370:5, 398:7, 398:15, 399:1, 410:19, 416:6, 416:12, 416:22, 417:13, 417:15, 418:1, 419:8, 421:7, 421:9, 423:6, 424:22, 425:22, 426:9, 432:22, 434:5, 435:14, 435:15, 436:6, 440:1, 440:3, 440:9, 442:8, 442:13, 443:14, 443:15, 448:16, 448:22, 452:3, 455:10, 455:18, 456:4, 457:3, 457:14, 459:21, 464:16

**mean** [18] - 342:8, 342:11, 342:18, 342:21, 347:25, 350:23, 351:3, 353:21, 407:19, 417:5, 421:12, 432:8, 434:1, 453:4, 453:5, 453:6, 461:20, 463:16

**meaning** [3] - 361:3, 417:17, 452:25

**meaningful** [1] - 381:7

**means** [3] - 355:5,

---

405:6, 432:11

**meant** [4] - 349:17, 360:22, 403:14, 431:24

**measure** [2] - 361:2, 381:14

**measured** [4] - 343:8, 361:1, 409:7, 414:16

**measurement** [1] - 439:24

**measurements** [3] - 381:17, 429:4

**measures** [1] - 343:1

**mechanical** [1] - 332:12

**mediated** [2] - 439:18, 441:6

**meeting** [2] - 435:25, 436:6

**members** [2] - 338:17, 339:8

**mention** [1] - 441:18

**mentioned** [18] - 346:12, 348:2, 348:16, 350:9, 350:18, 351:21, 379:3, 384:24, 385:6, 387:25, 388:10, 396:17, 399:4, 403:14, 415:20, 423:25, 443:19, 456:3

**merely** [1] - 406:6

**merit** [1] - 369:11

**metabolites** [1] - 347:9

**metabolizing** [1] - 413:23

**meter** [1] - 407:10

**meters** [12] - 359:20, 359:23, 359:25, 360:18, 360:19, 371:23, 372:9, 372:11, 372:12, 372:13, 406:18

**methane** [2] - 418:21

**method** [1] - 430:8

**methodology** [3] - 348:17, 350:25, 430:21

**methods** [4] - 348:18, 379:15, 380:6, 381:2

**MEXICO** [1] - 330:4

**Mexico** [32] - 337:23, 339:18, 344:23, 351:24, 352:11, 357:16, 358:8, 359:19, 366:4, 368:1, 369:18, 369:23,

---

377:20, 378:10, 379:9, 388:4, 388:6, 401:23, 413:9, 413:13, 413:19, 413:22, 413:25, 414:1, 414:2, 427:10, 428:24, 433:24, 434:3, 439:15, 445:23, 449:15

**mic** [3] - 334:14, 457:8, 463:9

**MICHAEL** [1] - 330:20

**Michel** [3] - 351:21, 460:11, 460:14

**microbes** [2] - 371:20, 372:23

**microbial** [3] - 362:11, 363:16, 364:3

**microbiology** [1] - 338:19

**microbiota** [1] - 360:9

**microorganisms** [2] - 363:3, 363:19

**middle** [2] - 406:17, 452:15

**might** [28] - 344:6, 344:13, 358:20, 359:1, 359:2, 361:18, 364:8, 368:19, 375:7, 377:24, 382:9, 384:16, 388:6, 401:4, 409:22, 422:21, 423:19, 434:19, 439:23, 440:3, 440:5, 440:6, 440:7, 440:21, 455:18, 456:10, 459:14, 461:20

**MIKE** [1] - 331:15

**Mike** [2] - 334:21, 413:4

**milage** [1] - 404:17

**miles** [27] - 353:6, 353:11, 354:2, 354:3, 354:4, 356:13, 361:4, 362:15, 368:4, 397:6, 400:1, 402:8, 402:13, 402:15, 402:22, 402:24, 403:11, 403:13, 404:5, 404:13, 405:12, 409:8, 408:11, 446:12, 447:16

**million** [3] - 354:12, 413:19, 450:23

**millions** [1] - 398:1

**mind** [3] - 353:8, 353:12, 447:14

**mine** [1] - 431:14

---

**minimal** [2] - 391:11, 404:6

**minimally** [2] - 450:11, 451:12

**minimize** [2] - 356:4, 366:2

**minimizes** [1] - 411:1

**minnows** [1] - 412:1

**minor** [2] - 448:12, 448:19

**minute** [1] - 450:14

**minutes** [5] - 334:9, 334:10, 334:11, 447:18

**miss** [1] - 400:13

**missing** [1] - 461:2

**Mississippi** [7] - 384:6, 401:13, 406:25, 407:20, 451:21, 451:24

**misstatements** [1] - 443:24

**mistake** [1] - 380:25

**mistakes** [1] - 349:18

**mitigate** [1] - 388:5

**mitigation** [1] - 389:21

**mix** [4] - 372:10, 419:5, 430:16, 436:24

**mixed** [6] - 361:16, 383:14, 384:1, 403:2, 405:3, 405:9

**mixes** [2] - 355:13, 418:8

**mixing** [7] - 360:13, 364:3, 370:21, 371:13, 372:8, 418:4, 430:20

**mixture** [3] - 360:12, 406:4, 438:11

**mixtures** [2] - 429:25, 430:5

**mobile** [1] - 439:9

**model** [3] - 398:17, 399:11, 399:12

**modeling** [5] - 380:16, 380:17, 396:21, 397:15, 399:3

**models** [4] - 397:2, 397:11, 397:13, 399:6

**moderate** [4] - 356:15, 401:10, 401:15, 407:4

**moderately** [5] - 356:14, 403:11, 403:13, 405:13, 408:9

**molecular** [1] - 382:2

**molecules** [1] -

---

422:5

**mollusks** [1] - 362:9

**moment** [1] - 375:12

**Monday** [2] - 334:22, 335:8

**monitored** [1] - 408:11

**Monitoring** [1] - 430:25

**months** [8] - 365:9, 389:5, 391:15, 421:17, 428:24, 443:7, 453:19, 453:20

**moose** [2] - 405:5

**more** [69] - 335:2, 343:15, 344:18, 345:11, 346:10, 348:17, 350:2, 350:4, 352:23, 355:6, 356:12, 356:14, 359:21, 363:3, 364:12, 364:24, 368:14, 369:2, 369:20, 372:13, 372:25, 374:8, 375:2, 375:6, 375:14, 378:1, 379:6, 386:17, 386:20, 389:7, 389:8, 389:10, 389:12, 389:15, 394:21, 396:14, 396:17, 396:19, 396:21, 398:5, 398:8, 398:21, 399:9, 400:6, 402:7, 403:23, 404:1, 404:18, 404:19, 407:16, 416:6, 417:4, 419:22, 419:23, 421:17, 422:8, 422:18, 424:21, 426:8, 429:1, 432:15, 438:9, 443:25, 454:7, 457:3, 459:3, 461:12

**MORGAN** [1] - 332:1

**morning** [4] - 334:6, 334:16, 334:22, 335:11

**MORNING** [2] - 330:13, 334:3

**mortalities** [1] - 345:10

**mortality** [19] - 377:25, 388:5, 391:16, 391:21, 397:11, 397:21, 397:23, 398:1, 398:22, 449:15, 449:22, 453:16, 453:18, 453:22, 454:4, 457:21,

463:20, 463:24, 464:3
**Mortality** [1] - 398:12
**most** [29] - 336:15,
336:17, 344:9, 348:7,
349:15, 349:21,
353:16, 356:16,
361:15, 362:19,
370:17, 375:4, 391:2,
395:19, 399:2,
400:17, 406:21,
406:22, 407:11,
412:16, 418:21,
418:23, 420:14,
420:23, 421:17, 464:5
**Most** [2] - 421:16,
459:1
**mostly** [4] - 360:1,
362:19, 408:10, 429:4
**Mother** [1] - 419:11
**motion** [8] - 335:22,
335:24, 336:7, 336:8,
336:9, 336:11,
340:23, 445:14
**motions** [1] - 336:10
**move** [13] - 341:10,
343:16, 360:25,
376:1, 389:23,
395:13, 408:21,
417:23, 432:23,
445:3, 450:22, 452:2,
455:20
**moved** [5] - 345:17,
346:11, 360:23, 361:6
**movie** [1] - 353:9
**moving** [2] - 399:12,
464:15
**MR** [27] - 334:21,
335:9, 335:22,
336:23, 337:12,
340:24, 356:20,
358:14, 376:1, 376:7,
377:3, 392:16,
393:10, 413:4, 413:7,
417:22, 444:6, 444:7,
445:3, 445:13,
445:16, 445:17,
457:11, 457:14,
457:17, 457:18, 463:6
**Mr** [16] - 333:10,
334:13, 352:3,
352:13, 354:7, 413:3,
417:15, 421:6,
421:16, 421:19,
436:7, 436:13, 457:8,
462:8, 463:9, 464:16
**MS** [32] - 334:13,
334:19, 335:11,
337:14, 337:17,
340:13, 340:20,
341:3, 341:10,

341:15, 341:16,
347:16, 357:2, 357:6,
358:13, 358:17,
370:12, 370:13,
372:2, 372:3, 376:12,
378:2, 392:19,
392:21, 393:18,
412:20, 417:13,
443:24, 444:3,
463:10, 463:12,
464:25
**Ms** [6] - 333:8, 333:9,
333:11, 341:13,
452:7, 456:3
**much** [11] - 335:2,
339:16, 358:2,
371:25, 375:9,
375:14, 378:1,
385:19, 419:9,
459:15, 464:25
**mucus** [2] - 363:1,
415:21
**mud** [1] - 362:7
**muddy** [1] - 362:8
**multiple** [1] - 395:2
**Murawski** [5] -
352:4, 441:19,
442:10, 442:14
**must** [1] - 433:7
**my** [53] - 335:20,
339:22, 340:4,
340:12, 348:11,
348:14, 351:2,
353:24, 356:21,
365:6, 366:1, 366:5,
373:10, 377:5,
377:17, 388:18,
393:4, 393:7, 393:10,
394:16, 394:21,
397:21, 398:16,
398:21, 420:22,
422:12, 423:22,
423:23, 424:12,
425:16, 425:22,
426:13, 427:4,
427:11, 427:12,
430:7, 430:10,
430:21, 434:13,
435:14, 437:20,
440:25, 443:20,
444:19, 445:6,
446:16, 448:18,
449:11, 456:3,
458:17, 461:22,
465:16
**myself** [4] - 344:1,
424:14, 441:14,
445:19
**mystery** [1] - 412:8

# N

**N** [3] - 331:12, 333:2,
334:1
**N.W** [2] - 331:16,
331:24
**name** [3] - 335:19,
335:20, 395:17
**named** [1] - 382:21
**NANCY** [1] - 330:19
**NATHANIEL** [1] -
330:20
**nation** [1] - 349:22
**National** [8] - 338:24,
339:1, 339:4, 339:8,
343:13, 348:8,
369:16, 435:24
**Natural** [2] - 385:13,
397:18
**natural** [27] - 342:14,
368:22, 369:6, 369:8,
369:11, 369:13,
369:15, 369:17,
369:18, 369:22,
369:25, 370:9,
370:15, 370:16,
370:23, 371:17,
371:18, 373:11,
405:23, 412:14,
413:8, 413:20,
413:22, 419:13,
420:15, 421:14,
439:14
**naturally** [1] - 396:4
**nature** [6] - 377:25,
404:24, 404:25,
406:5, 406:11, 418:4
**Nature** [1] - 419:11
**nautical** [1] - 361:4
**near** [22] - 345:12,
345:15, 346:8,
346:14, 346:23,
355:9, 367:19,
370:23, 371:19,
372:5, 372:6, 372:15,
372:18, 374:3,
374:14, 374:17,
378:15, 382:11,
384:19, 449:25
**near-surface** [6] -
345:15, 372:5, 372:6,
372:18, 374:14,
374:17
**nearest** [1] - 346:8
**nearshore** [2] -
442:20, 442:22
**necessarily** [2] -
389:22, 393:15
**necessary** [1] -

430:13
**necropsies** [8] -
392:2, 392:12,
392:14, 392:18,
392:22, 393:5,
428:20, 459:3
**necropsy** [5] -
393:15, 427:25,
428:8, 428:14, 428:21
**necroscopy** [1] -
390:11
**need** [5] - 390:16,
418:20, 433:4,
436:17, 463:9
**needle** [1] - 406:24
**needle-like** [1] -
406:24
**needlerush** [1] -
406:23
**negative** [1] - 449:19
**negatively** [1] -
392:3
**neglected** [1] - 366:7
**NESDIS** [2] - 434:8,
434:11
**nest** [1] - 411:8
**nesting** [3] - 389:21,
396:8, 411:11
**nests** [2] - 387:13,
387:15
**net** [2] - 435:9, 436:5
**never** [3] - 386:17,
386:18, 418:24
**New** [4] - 330:4,
331:20, 332:7, 332:10
**new** [7] - 343:15,
366:13, 403:1, 403:3,
425:25, 435:4, 460:8
**next** [7] - 334:12,
335:12, 422:19,
441:4, 443:5, 455:20,
464:1
**night** [1] - 337:2
**No** [3] - 330:3, 330:8,
357:4
**no** [65] - 344:3,
351:6, 358:14, 359:3,
364:4, 368:16,
371:11, 379:5,
384:17, 392:5,
392:23, 398:19,
399:11, 400:8, 409:5,
411:9, 412:20, 416:7,
416:16, 417:7,
418:18, 424:18,
425:2, 426:16,
427:14, 428:1, 428:6,
428:11, 428:12,
429:10, 429:18,
429:21, 430:13,

430:16, 432:15,
438:1, 441:1, 441:2,
441:11, 442:11,
443:7, 445:18,
445:21, 446:6,
447:15, 449:14,
449:21, 450:3,
451:20, 451:23,
452:23, 454:9,
454:22, 455:2, 459:2,
461:14, 461:19,
461:20, 462:24,
463:23, 464:9,
464:23, 464:25
**NOAA** [1] - 357:24,
434:7, 455:12, 458:23
**NOAA's** [1] - 353:6
**NOMELLINI** [1] -
331:11
**none** [1] - 348:9
**nooks** [1] - 464:10
**noon** [1] - 465:4
**nor** [3] - 395:8,
423:13, 442:2
**normal** [1] - 390:16
**normally** [2] - 380:1,
389:9
**North** [1] - 427:15
**NORTH** [4] - 331:7,
331:7, 331:9, 331:9
**northern** [3] - 375:6,
395:20, 439:15
**not** [209] - 334:25,
335:23, 336:4, 336:5,
337:3, 340:24,
342:25, 343:7,
343:22, 347:21,
348:3, 348:8, 349:18,
349:24, 350:20,
350:24, 352:9,
354:17, 355:2, 355:4,
355:12, 359:9,
360:24, 361:23,
363:18, 364:2, 365:6,
367:2, 367:3, 367:5,
368:23, 368:24,
369:3, 369:20,
369:25, 370:25,
372:12, 375:1,
376:18, 377:18,
377:22, 377:24,
378:21, 378:25,
379:17, 380:11,
386:15, 387:2, 388:6,
388:12, 389:22,
390:20, 391:10,
392:2, 392:3, 392:13,
393:11, 394:23,
394:25, 397:8, 398:7,
398:19, 398:23,

400:19, 402:10, 402:19, 402:25, 403:24, 404:3, 404:10, 405:4, 406:1, 407:5, 407:7, 408:3, 408:22, 410:19, 412:4, 413:24, 414:2, 414:6, 416:10, 416:20, 417:25, 418:15, 419:18, 420:6, 420:22, 421:4, 421:10, 422:6, 423:8, 423:11, 423:15, 423:16, 423:22, 423:24, 424:1, 424:3, 424:12, 424:14, 424:15, 424:18, 425:2, 425:5, 425:21, 425:22, 426:13, 426:16, 426:20, 427:4, 427:8, 427:11, 427:15, 427:17, 427:19, 427:24, 427:25, 428:1, 428:2, 428:3, 428:5, 428:12, 428:19, 429:5, 429:9, 429:10, 429:16, 429:18, 429:23, 430:3, 430:5, 430:6, 430:13, 431:6, 431:14, 431:17, 431:19, 431:20, 431:23, 434:1, 434:9, 434:15, 434:21, 434:23, 435:14, 436:12, 437:1, 438:13, 438:15, 438:17, 439:24, 440:3, 440:6, 440:7, 440:9, 440:14, 440:18, 440:20, 440:21, 441:1, 441:14, 441:16, 441:20, 442:9, 442:18, 443:7, 443:10, 443:17, 443:21, 444:12, 445:4, 445:7, 445:21, 447:18, 447:24, 448:24, 449:13, 449:19, 449:23, 451:7, 451:16, 453:2, 453:5, 454:15, 454:21, 454:23, 455:4, 455:5, 455:7, 455:16, 456:5, 456:7, 456:16, 457:4, 459:22, 460:16, 461:8, 462:14, 463:2, 463:17, 463:24, 464:13, 464:21,

464:24
   **note** [5] - 356:20, 356:23, 431:10, 441:24, 442:6
   **noted** [2] - 371:22, 378:25
   **notes** [1] - 461:20
   **nothing** [1] - 425:3
   **notice** [1] - 366:9
   **November** [1] - 365:8
   **now** [94] - 337:3, 337:9, 341:7, 341:25, 344:17, 344:18, 346:1, 347:24, 348:25, 350:7, 350:17, 352:14, 356:19, 359:11, 361:22, 362:21, 363:15, 364:15, 364:19, 366:10, 366:19, 367:11, 367:22, 369:12, 372:4, 375:16, 377:1, 378:3, 378:20, 380:15, 381:1, 382:10, 385:6, 385:17, 387:24, 388:10, 389:7, 389:12, 391:5, 391:16, 393:8, 393:19, 395:16, 396:18, 398:11, 399:14, 401:6, 402:1, 402:6, 403:14, 406:7, 410:13, 414:11, 414:20, 415:10, 416:3, 418:15, 419:11, 419:25, 420:8, 421:18, 421:21, 422:19, 423:25, 424:22, 426:4, 427:5, 427:8, 428:13, 428:23, 429:5, 429:15, 429:23, 433:19, 440:11, 441:15, 446:10, 446:25, 447:18, 447:25, 448:23, 449:12, 450:5, 453:10, 454:9, 454:20, 455:4, 455:21, 456:16, 458:1, 462:10, 462:20, 463:20, 465:5
   **NRD** [3] - 336:3, 337:8, 424:1
   **NRDA** [2] - 404:2, 462:20
   **NSF** [1] - 435:24

   **NSF-supported** [1] - 435:24
   **number** [34] - 341:22, 342:18, 349:5, 350:11, 352:7, 357:9, 370:16, 372:20, 373:4, 380:18, 385:10, 389:1, 390:17, 391:8, 391:13, 391:18, 396:24, 396:25, 398:2, 398:6, 400:15, 413:16, 416:11, 428:4, 428:6, 429:3, 438:16, 448:10, 449:13, 456:19, 458:3, 458:9, 461:1, 462:19
   **numbered** [1] - 465:17
   **numbers** [6] - 357:14, 385:24, 386:4, 386:5, 405:17
   **numerous** [1] - 338:25
   **nurseries** [1] - 411:18
   **nutrients** [2] - 363:21, 372:24
   **nutritious** [1] - 374:6

## O

   **O** [2] - 334:1, 335:21
   **O'ROURKE** [1] - 330:17
   **oath** [2] - 416:15, 417:7
   **object** [5] - 336:19, 376:1, 377:3, 392:16, 445:3
   **objection** [7] - 356:21, 358:14, 377:6, 377:8, 393:9, 393:10
   **obligation** [1] - 339:19
   **obscured** [1] - 381:8
   **obscures** [1] - 401:3
   **observable** [2] - 377:25, 459:2
   **observation** [3] - 402:22, 427:20, 464:18
   **observational** [2] - 382:25, 395:6
   **observations** [10] - 342:15, 380:24, 397:12, 401:20,

405:17, 408:17, 408:18, 431:16, 432:5, 432:19
   **observe** [3] - 391:5, 407:3, 410:3
   **observed** [10] - 342:16, 343:6, 356:11, 384:4, 389:3, 422:24, 446:13, 447:6, 449:4, 449:24
   **observers** [2] - 389:8, 389:12
   **obvious** [1] - 342:18
   **obviously** [6] - 345:10, 345:18, 388:17, 396:9, 406:19
   **occasion** [1] - 361:6
   **occupied** [1] - 366:12
   **occur** [15] - 343:7, 344:13, 364:4, 366:3, 366:16, 382:23, 400:13, 403:5, 405:10, 413:24, 422:25, 423:14, 423:17, 423:19, 440:8
   **occurred** [17] - 336:6, 342:25, 344:4, 345:16, 361:13, 364:20, 366:17, 368:6, 368:19, 375:25, 406:11, 406:21, 423:3, 423:10, 441:25, 442:7, 451:3
   **occurrence** [1] - 367:16
   **occurring** [4] - 391:15, 391:25, 433:5, 453:18
   **occurs** [1] - 366:6
   **ocean** [12] - 338:2, 346:14, 360:10, 360:18, 361:25, 363:2, 363:19, 364:3, 374:4, 374:16, 413:24, 415:9
   **Ocean** [1] - 339:3
   **Oceanic** [1] - 458:23
   **oceanic** [2] - 375:12, 397:25
   **oceanography** [2] - 338:18, 362:24
   **oceans** [1] - 414:4
   **of** [1065] - 334:23, 335:25, 336:2, 336:4, 336:10, 336:12, 336:15, 336:19, 336:20, 336:24, 337:1, 337:5, 337:8,

337:19, 337:22, 337:23, 338:1, 338:10, 338:12, 338:13, 338:14, 338:15, 338:16, 338:24, 339:1, 339:2, 339:3, 339:4, 339:7, 339:8, 339:18, 339:22, 339:23, 339:25, 340:9, 340:15, 341:7, 341:12, 341:17, 341:21, 341:23, 342:15, 342:18, 342:19, 343:2, 343:6, 343:12, 343:14, 343:15, 343:16, 343:17, 343:19, 343:21, 343:24, 343:25, 344:4, 344:5, 344:9, 344:10, 344:12, 344:20, 344:21, 344:23, 345:5, 345:13, 345:19, 345:22, 346:5, 346:6, 346:9, 346:12, 346:14, 346:17, 346:20, 347:1, 347:2, 347:3, 347:5, 347:9, 347:13, 347:22, 348:6, 348:7, 348:9, 348:20, 349:1, 349:3, 349:5, 349:6, 349:9, 349:10, 349:11, 349:15, 349:20, 349:21, 349:23, 350:3, 350:4, 350:7, 350:10, 350:11, 350:22, 350:23, 351:8, 351:10, 351:18, 351:19, 351:23, 352:1, 352:2, 352:7, 352:10, 352:11, 352:15, 352:21, 352:22, 352:23, 353:2, 353:11, 353:12, 353:14, 353:22, 354:2, 354:4, 354:8, 354:11, 354:12, 354:17, 354:19, 354:20, 354:21, 354:23, 355:2, 355:3, 355:6, 355:17, 355:18, 355:20, 355:22, 355:23, 355:24, 356:4, 356:5, 356:6, 356:7, 356:8, 356:11, 356:12, 356:13, 356:15, 356:17,

| | | | | |
|---|---|---|---|---|
| 356:18, 357:2, 357:9, | 375:21, 375:22, | 391:18, 391:19, | 407:22, 407:23, | 428:17, 428:21, |
| 357:10, 357:11, | 375:23, 376:8, | 391:20, 392:2, 392:3, | 407:24, 407:25, | 428:24, 429:2, 429:3, |
| 357:14, 357:15, | 376:13, 376:14, | 392:6, 392:12, | 408:2, 408:6, 408:9, | 429:5, 429:6, 429:11, |
| 357:16, 358:4, 358:5, | 376:16, 376:17, | 392:13, 392:17, | 408:11, 408:14, | 429:15, 429:16, |
| 358:6, 358:8, 358:19, | 376:18, 376:19, | 393:3, 393:4, 393:6, | 408:17, 408:18, | 429:18, 430:4, 430:8, |
| 358:20, 358:21, | 376:20, 376:23, | 393:10, 393:11, | 408:20, 409:3, 409:6, | 430:10, 430:14, |
| 358:23, 358:24, | 377:2, 377:9, 377:12, | 393:14, 393:22, | 409:7, 409:8, 409:10, | 430:15, 430:19, |
| 359:2, 359:5, 359:6, | 377:17, 377:18, | 393:25, 394:6, | 409:13, 409:14, | 430:21, 430:24, |
| 359:7, 359:8, 359:13, | 377:19, 377:20, | 394:21, 394:25, | 409:19, 409:21, | 431:3, 431:5, 431:9, |
| 359:18, 359:23, | 377:23, 378:5, 378:7, | 395:2, 395:4, 395:11, | 409:23, 409:24, | 431:10, 431:15, |
| 360:4, 360:5, 360:6, | 378:9, 378:10, | 395:18, 395:24, | 410:5, 410:7, 410:17, | 431:20, 431:22, |
| 360:7, 360:13, 361:3, | 378:13, 378:16, | 396:10, 396:13, | 410:18, 410:19, | 432:2, 432:10, |
| 361:8, 361:14, | 378:17, 378:19, | 396:21, 396:23, | 410:22, 410:23, | 432:15, 432:21, |
| 361:15, 361:19, | 379:2, 379:7, 379:9, | 396:24, 396:25, | 411:3, 411:8, 411:9, | 433:7, 433:14, |
| 361:21, 361:22, | 379:11, 379:13, | 397:2, 397:3, 397:7, | 411:10, 411:15, | 433:19, 433:22, |
| 362:11, 362:13, | 379:19, 379:20, | 397:10, 397:12, | 411:16, 411:20, | 433:24, 434:1, 434:3, |
| 362:20, 362:25, | 379:22, 379:24, | 397:15, 397:17, | 411:21, 412:2, 412:4, | 434:5, 434:8, 434:11, |
| 363:4, 363:11, | 379:25, 380:1, 380:2, | 397:21, 398:1, 398:2, | 412:12, 412:13, | 434:15, 434:19, |
| 363:13, 363:16, | 380:3, 380:7, 380:8, | 398:4, 398:5, 398:8, | 412:17, 412:18, | 434:20, 434:21, |
| 363:19, 363:22, | 380:12, 380:15, | 398:9, 398:14, | 413:8, 413:9, 413:13, | 435:1, 435:2, 435:3, |
| 363:23, 363:24, | 380:18, 380:25, | 398:15, 398:17, | 413:18, 413:19, | 435:9, 436:4, 436:8, |
| 364:3, 364:7, 364:10, | 381:2, 381:4, 381:7, | 398:20, 398:22, | 413:22, 413:23, | 436:9, 436:12, |
| 364:15, 364:24, | 381:14, 381:18, | 399:13, 399:14, | 413:25, 414:1, 414:2, | 436:13, 436:16, |
| 365:4, 365:5, 365:11, | 381:22, 382:1, 382:2, | 399:15, 399:18, | 414:5, 414:11, | 436:25, 437:1, 437:3, |
| 365:16, 365:17, | 382:6, 382:8, 382:11, | 399:20, 399:21, | 414:12, 414:17, | 437:6, 437:7, 437:9, |
| 365:20, 365:24, | 382:14, 382:18, | 400:2, 400:5, 400:8, | 414:21, 414:22, | 437:10, 437:13, |
| 366:1, 366:3, 366:4, | 382:21, 382:24, | 400:10, 400:13, | 414:24, 415:2, 415:5, | 437:19, 437:20, |
| 366:11, 366:14, | 383:5, 383:6, 383:12, | 400:14, 400:15, | 415:9, 415:17, | 438:8, 438:16, |
| 366:18, 366:19, | 383:16, 383:18, | 400:17, 400:20, | 415:19, 415:22, | 438:19, 438:23, |
| 366:20, 367:2, 367:6, | 383:22, 383:24, | 400:23, 400:25, | 415:23, 416:2, 416:3, | 439:2, 439:10, |
| 367:9, 367:16, | 384:6, 384:13, | 401:3, 401:5, 401:12, | 416:8, 416:10, | 439:15, 439:20, |
| 367:17, 367:20, | 384:16, 384:18, | 401:13, 401:14, | 416:11, 416:17, | 439:23, 439:24, |
| 367:25, 368:1, 368:2, | 384:19, 385:6, 385:7, | 401:15, 401:22, | 417:2, 417:8, 417:16, | 440:9, 440:14, |
| 368:3, 368:7, 368:9, | 385:9, 385:10, | 401:24, 401:25, | 418:4, 418:6, 418:8, | 440:15, 441:8, |
| 368:11, 368:14, | 385:12, 385:14, | 402:1, 402:7, 402:8, | 418:10, 418:12, | 441:12, 441:18, |
| 368:15, 369:2, 369:5, | 385:15, 385:16, | 402:10, 402:13, | 418:16, 418:18, | 441:20, 441:24, |
| 369:7, 369:8, 369:9, | 385:17, 385:20, | 402:14, 402:17, | 418:21, 418:23, | 442:3, 442:5, 442:6, |
| 369:11, 369:12, | 385:24, 386:3, 386:4, | 402:21, 402:22, | 419:1, 419:2, 419:4, | 442:15, 442:16, |
| 369:14, 369:16, | 386:6, 386:9, 386:13, | 402:25, 403:2, 403:4, | 419:6, 419:9, 419:21, | 442:19, 442:20, |
| 369:17, 369:18, | 386:15, 386:17, | 403:6, 403:11, | 420:22, 420:23, | 443:4, 443:9, 443:10, |
| 369:22, 370:1, 370:2, | 386:18, 386:19, | 403:16, 403:17, | 420:25, 421:1, 421:2, | 443:19, 443:25, |
| 370:15, 370:16, | 386:23, 386:25, | 403:21, 403:23, | 421:3, 421:7, 421:17, | 444:9, 444:13, |
| 370:17, 370:18, | 387:1, 387:2, 387:3, | 404:4, 404:5, 404:7, | 421:18, 421:21, | 444:14, 444:16, |
| 370:19, 370:23, | 387:8, 387:10, | 404:8, 404:10, | 421:25, 422:5, 422:8, | 444:20, 444:21, |
| 371:1, 371:5, 371:6, | 387:15, 387:16, | 404:13, 404:16, | 422:9, 422:10, | 444:22, 444:23, |
| 371:9, 371:11, | 387:17, 387:19, | 404:17, 404:18, | 422:15, 422:20, | 445:23, 446:16, |
| 371:12, 371:13, | 388:3, 388:4, 388:5, | 404:19, 404:20, | 422:23, 423:3, 423:9, | 446:22, 447:8, |
| 371:14, 371:17, | 388:6, 388:7, 388:11, | 404:22, 404:24, | 423:11, 423:12, | 447:13, 447:15, |
| 371:21, 371:22, | 388:15, 388:16, | 404:25, 405:4, 405:6, | 423:14, 424:1, 424:4, | 448:3, 448:4, 448:14, |
| 371:23, 372:4, | 388:19, 388:20, | 405:7, 405:11, | 424:11, 424:15, | 448:15, 448:21, |
| 372:10, 372:17, | 388:22, 388:24, | 405:12, 405:13, | 424:19, 425:3, 425:6, | 449:4, 449:6, 449:7, |
| 372:19, 372:20, | 389:1, 389:5, 389:6, | 405:14, 405:17, | 425:12, 425:13, | 449:11, 449:13, |
| 372:22, 372:23, | 389:8, 389:11, | 405:18, 406:2, 406:3, | 425:14, 425:15, | 449:14, 449:15, |
| 372:24, 373:4, 373:9, | 389:12, 389:16, | 406:4, 406:5, 406:11, | 425:18, 425:22, | 449:16, 449:17, |
| 373:11, 373:13, | 389:17, 390:9, | 406:14, 406:15, | 426:1, 426:9, 426:13, | 449:22, 450:10, |
| 373:17, 373:20, | 390:10, 390:11, | 406:18, 406:19, | 426:14, 427:4, 427:5, | 451:2, 451:6, 451:11, |
| 373:23, 374:1, 374:2, | 390:14, 390:16, | 406:20, 406:22, | 427:6, 427:7, 427:10, | 451:16, 451:20, |
| 374:3, 374:6, 374:13, | 390:17, 390:18, | 406:24, 407:3, 407:7, | 427:12, 427:14, | 451:21, 451:24, |
| 374:16, 374:19, | 390:20, 390:22, | 407:8, 407:9, 407:10, | 427:17, 427:19, | 452:3, 452:8, 452:14, |
| 374:23, 375:3, | 390:24, 391:5, 391:6, | 407:11, 407:14, | 427:20, 428:4, | 452:21, 452:24, |
| 375:17, 375:18, | 391:8, 391:13, | 407:17, 407:21, | 428:11, 428:14, | 453:3, 453:4, 453:6, |

453:23, 453:25,
454:2, 454:4, 454:5,
454:7, 454:10,
454:12, 454:15,
454:19, 454:24,
454:25, 455:2, 455:7,
455:9, 455:11,
455:12, 455:17,
456:13, 456:14,
456:20, 456:21,
457:6, 458:9, 458:10,
458:15, 458:16,
458:21, 459:1, 459:4,
459:13, 459:22,
460:10, 460:20,
460:24, 460:25,
461:2, 461:11,
461:21, 461:22,
462:1, 462:5, 462:7,
462:13, 462:17,
462:25, 463:1, 463:3,
463:14, 463:18,
463:21, 464:3, 464:5,
464:6, 464:7, 464:12,
464:13, 464:15,
464:16, 464:20,
465:14, 465:16
   **OF** [8] - 330:1, 330:4,
330:7, 330:11,
330:16, 331:1, 332:4
   **off** [19] - 355:2,
355:6, 355:7, 355:15,
359:21, 361:4, 361:5,
361:8, 361:13,
363:25, 371:5, 375:9,
382:17, 397:4, 425:1,
435:22, 437:3, 437:7
   **offer** [3] - 335:25,
369:12, 399:14
   **offered** [4] - 334:16,
339:13, 394:9, 427:18
   **offers** [1] - 378:3
   **offhand** [1] - 461:1
   **officer** [1] - 338:16
   **OFFICIAL** [1] - 332:9
   **Official** [2] - 465:13,
465:22
   **offshore** [9] -
341:23, 352:19,
354:14, 361:11,
382:17, 386:16,
397:6, 400:18, 442:24
   **Offshore** [1] - 339:9
   **often** [4] - 350:4,
398:4, 439:19, 441:7
   **oh** [5] - 334:13,
370:20, 384:24,
418:6, 452:11
   **oil** [254] - 341:19,
341:24, 343:2,

343:25, 344:5,
344:15, 344:20,
344:22, 344:24,
345:4, 345:5, 345:12,
345:13, 345:17,
345:20, 346:6,
346:15, 349:1, 349:2,
349:25, 350:22,
352:22, 352:24,
353:1, 353:16,
353:25, 354:8,
354:12, 354:14,
354:17, 354:19,
354:25, 355:1, 355:3,
355:6, 355:12,
355:13, 355:14,
355:16, 355:25,
356:6, 356:8, 356:15,
357:21, 357:23,
358:6, 359:4, 359:6,
359:7, 360:3, 360:5,
360:6, 360:12,
360:14, 361:11,
361:15, 361:20,
362:6, 362:17,
362:20, 362:23,
363:4, 363:5, 363:7,
364:1, 365:3, 366:20,
367:18, 367:20,
368:16, 368:22,
368:23, 369:3,
369:10, 369:11,
369:17, 369:18,
369:25, 370:2,
370:18, 370:22,
370:24, 371:1,
371:12, 371:14,
371:21, 371:24,
372:12, 373:6,
373:20, 374:12,
374:13, 376:17,
380:12, 382:24,
383:1, 383:7, 383:13,
384:1, 384:20, 385:5,
386:14, 386:19,
386:24, 387:14,
389:6, 390:2, 390:4,
390:20, 391:20,
391:24, 392:3, 392:8,
392:12, 393:14,
394:25, 395:24,
395:25, 396:4, 396:5,
396:6, 396:23, 397:4,
400:20, 400:24,
401:3, 401:10,
401:16, 402:12,
403:1, 403:2, 403:3,
403:4, 403:18, 404:3,
404:5, 404:17,
404:25, 405:1, 405:5,
405:8, 405:10,

405:15, 405:25,
406:12, 406:15,
406:18, 408:11,
408:17, 408:21,
408:25, 409:8,
409:19, 409:20,
410:4, 412:9, 412:10,
413:8, 413:13,
413:19, 413:23,
414:12, 414:13,
414:18, 414:20,
414:22, 415:3, 415:5,
415:10, 415:21,
416:17, 417:23,
418:22, 419:5,
419:12, 420:17,
421:3, 421:17,
421:21, 421:23,
421:25, 422:2, 422:4,
422:7, 422:11,
422:16, 426:2,
428:14, 429:6, 429:9,
429:10, 430:16,
432:2, 432:20,
433:22, 434:8,
434:16, 434:19,
434:20, 434:23,
435:15, 436:8, 437:2,
437:5, 437:7, 437:24,
438:5, 438:7, 438:9,
438:10, 439:10,
439:20, 441:8,
441:21, 442:10,
442:16, 442:23,
443:1, 444:21,
444:23, 446:18,
449:19, 452:24,
453:4, 453:5, 453:6,
454:3, 454:8, 454:10,
454:16, 455:7,
455:17, 459:2, 461:3,
461:5, 461:7, 461:14,
462:7, 463:1, 464:7,
464:16, 464:21,
464:24
   **Oil** [6] - 339:9,
351:23, 393:23,
394:1, 398:12, 409:13
   **OIL** [2] - 330:3, 330:3
   **oil-affected** [1] -
439:10
   **oiled** [37] - 342:19,
350:13, 353:22,
353:23, 354:2, 354:4,
356:14, 356:18,
386:5, 386:6, 386:8,
386:10, 387:8, 391:2,
391:3, 396:11, 402:8,
402:22, 402:24,
403:11, 403:12,
403:13, 404:13,

405:13, 408:9, 410:8,
411:11, 428:4,
449:25, 452:21,
455:7, 458:6, 461:14,
462:1, 462:7, 462:14
   **Oiling** [1] - 351:23
   **oiling** [48] - 342:18,
351:10, 356:11,
356:15, 359:13,
359:14, 361:10,
362:16, 372:14,
373:3, 388:16,
393:16, 395:14,
401:6, 402:4, 402:14,
402:21, 402:23,
403:15, 404:4,
404:14, 404:22,
404:25, 405:11,
405:18, 405:21,
406:11, 407:4, 407:6,
407:12, 407:17,
408:13, 408:19,
410:18, 411:3, 411:8,
427:19, 428:24,
429:1, 429:2, 429:6,
433:20, 452:24,
453:3, 453:4, 461:14,
461:21, 462:1
   **oily** [13] - 363:6,
365:4, 365:5, 365:8,
365:10, 365:11,
367:1, 368:9, 369:9,
410:11, 415:19,
416:3, 425:14
   **okay** [16] - 335:3,
335:10, 335:14,
336:22, 336:23,
337:12, 337:13,
341:1, 347:15,
357:21, 358:12,
393:9, 393:12,
438:23, 445:13,
457:25
   **Okay** [1] - 380:20
   **old** [4] - 364:20,
364:22, 364:25,
367:13
   **omit** [1] - 408:17
   **on** [238] - 334:22,
335:4, 335:6, 335:8,
335:12, 336:6, 336:9,
336:11, 336:21,
336:23, 337:2,
338:21, 339:1, 339:5,
339:8, 339:15, 340:4,
340:8, 340:12,
343:13, 343:14,
343:16, 343:21,
344:8, 344:25, 346:4,
346:8, 346:24,

348:14, 348:21,
348:24, 349:1, 349:3,
349:5, 350:5, 350:7,
350:10, 350:14,
350:19, 350:22,
350:24, 350:25,
351:1, 351:7, 351:10,
351:14, 351:15,
351:16, 352:22,
353:2, 353:6, 354:25,
355:5, 358:4, 358:10,
360:1, 360:22, 361:6,
363:1, 363:4, 363:9,
363:15, 364:23,
365:5, 365:6, 365:11,
365:13, 365:16,
365:24, 366:2, 366:7,
366:10, 366:21,
369:11, 369:24,
370:20, 370:25,
371:1, 371:4, 371:19,
371:21, 372:4,
372:14, 373:23,
374:5, 376:17, 377:4,
378:11, 378:18,
382:4, 382:11,
383:12, 384:15,
384:18, 385:15,
386:10, 386:16,
387:8, 387:13,
387:25, 388:2,
389:20, 389:23,
390:10, 390:20,
391:14, 392:10,
393:19, 393:24,
394:2, 394:14,
395:13, 395:25,
396:22, 396:25,
397:5, 397:24, 398:7,
398:8, 398:17,
398:21, 399:6, 399:9,
399:14, 399:21,
400:4, 400:10,
400:12, 400:14,
401:7, 401:18, 402:2,
402:22, 403:7, 403:8,
403:10, 404:9,
404:22, 404:25,
405:17, 405:21,
405:23, 406:1, 406:7,
406:24, 407:18,
407:24, 408:11,
408:16, 410:11,
410:18, 411:3, 411:8,
411:17, 411:25,
412:5, 413:5, 413:9,
413:13, 414:1, 416:6,
417:15, 417:23,
419:23, 420:3, 421:9,
422:24, 425:1,
425:14, 425:20,

426:6, 426:10,
426:14, 426:17,
426:21, 427:2, 427:9,
429:4, 429:6, 429:25,
431:16, 432:23,
433:10, 433:22,
434:6, 435:5, 435:24,
435:25, 436:19,
437:14, 442:25,
443:18, 444:4,
444:23, 444:24,
445:5, 445:23, 446:9,
446:18, 446:23,
446:24, 447:13,
447:19, 448:23,
449:4, 449:10,
449:20, 452:24,
453:11, 454:1,
454:13, 454:20,
455:8, 456:8, 456:9,
456:18, 457:9,
457:12, 459:2, 459:3,
460:10, 461:13,
464:18

**ON** [1] - 330:4

**once** [4] - 408:4,
410:25, 415:10, 459:7

**One** [1] - 331:19

**one** [95] - 335:22,
337:5, 339:3, 339:7,
339:22, 342:5, 343:1,
344:9, 347:2, 350:1,
350:11, 351:10,
351:16, 351:20,
352:9, 353:2, 354:24,
356:22, 361:2,
361:18, 364:12,
365:24, 366:18,
367:4, 369:20,
369:21, 370:17,
370:23, 373:7,
375:21, 379:17,
379:20, 379:24,
380:1, 380:7, 381:4,
381:6, 381:13, 385:6,
385:17, 385:20,
387:22, 389:10,
389:11, 390:15,
391:2, 391:6, 392:6,
394:4, 395:23,
399:24, 400:3,
400:14, 401:21,
407:11, 407:23,
409:10, 409:14,
411:9, 415:22, 416:6,
416:7, 416:16, 417:7,
419:1, 421:11, 430:3,
431:9, 433:24,
433:25, 434:11,
437:6, 439:2, 440:9,
441:18, 442:18,

442:19, 444:20,
446:21, 446:23,
447:13, 448:3, 448:4,
448:23, 449:17,
449:18, 449:19,
450:7, 450:14, 454:2,
456:14, 461:12,
462:13

**one-eighth** [1] -
389:11

**ones** [8] - 384:21,
395:19, 410:11,
419:1, 434:11, 446:6,
447:18, 457:6

**ongoing** [3] - 348:6,
384:9, 463:23

**only** [34] - 337:8,
349:18, 350:24,
353:22, 354:17,
367:17, 367:24,
367:25, 368:10,
379:25, 383:20,
387:2, 388:19,
389:11, 389:17,
390:20, 392:6,
400:19, 400:21,
404:8, 407:7, 412:4,
423:3, 428:17, 435:2,
442:14, 442:19,
445:22, 446:1, 446:8,
455:9, 458:5, 460:7,
461:13

**onto** [2] - 395:25,
438:6

**OPEN** [2] - 334:5,
413:1

**open** [1] - 382:19

**opening** [2] - 412:9,
421:22

**operate** [1] - 441:24

**operating** [1] - 337:2

**operations** [2] -
432:2, 432:10

**operative** [1] -
442:22

**opine** [1] - 463:2

**opining** [1] - 398:17

**opinion** [6] - 368:7,
378:7, 399:15,
407:17, 408:12, 464:7

**opinions** [12] -
336:1, 341:5, 367:22,
369:12, 376:6,
376:23, 378:3,
399:14, 410:16,
426:15, 429:25

**opportunity** [3] -
415:6, 419:16, 432:5

**opposed** [2] - 379:8

**option** [1] - 461:13

**or** [122] - 336:9,
336:19, 336:21,
337:3, 337:7, 339:22,
342:19, 343:20,
343:23, 345:9,
346:16, 346:23,
347:12, 347:14,
348:9, 349:17,
353:12, 353:25,
354:12, 354:25,
355:4, 356:13,
356:16, 356:25,
358:8, 359:2, 359:24,
361:12, 364:3,
366:23, 367:3,
368:10, 370:20,
371:9, 371:23,
377:21, 377:22,
378:12, 378:15,
379:8, 380:10,
380:11, 380:18,
381:15, 382:11,
382:17, 384:15,
384:18, 385:1, 386:8,
386:10, 386:14,
386:17, 387:1,
390:10, 392:12,
392:24, 395:1,
396:13, 396:25,
397:7, 397:20, 399:5,
402:11, 402:15,
403:5, 403:12,
404:13, 405:13,
408:1, 408:5, 408:9,
409:8, 410:1, 410:13,
410:16, 411:13,
419:18, 420:8,
422:24, 423:12,
423:24, 424:15,
426:10, 427:9,
429:10, 432:15,
432:17, 433:5, 433:9,
433:10, 435:1, 438:6,
439:16, 441:1,
441:12, 441:17,
442:20, 443:9,
446:12, 446:18,
449:15, 449:22,
451:8, 453:4, 454:10,
455:7, 456:8, 458:10,
461:8, 462:4, 462:24,
463:1, 463:15, 463:24

**order** [5] - 334:17,
358:8, 380:12, 381:5,
459:9

**orders** [1] - 421:18

**organ** [1] - 347:8

**organic** [2] - 363:21,
373:5

**organism** [7] -

363:10, 365:12,
366:11, 374:1, 392:7,
392:11, 453:3

**Organismal** [2] -
381:21, 439:6

**Organisms** [1] -
443:2

**organisms** [24] -
345:1, 349:3, 362:5,
362:8, 362:13,
362:16, 362:23,
363:13, 364:12,
371:20, 372:17,
372:20, 373:3,
373:17, 373:20,
373:24, 373:25,
382:23, 383:19,
384:3, 403:7, 411:20,
427:3, 444:23

**organs** [1] - 393:17

**original** [12] -
349:12, 365:20,
366:1, 394:12,
394:20, 404:10,
424:12, 425:5, 428:1,
428:10, 428:21,
454:18

**originally** [1] -
368:25

**Orleans** [4] - 330:4,
331:20, 332:7, 332:10

**other** [73] - 341:6,
343:21, 348:2,
349:20, 350:5, 350:7,
353:7, 361:11, 364:5,
364:15, 365:12,
365:22, 367:7,
369:12, 369:14,
372:25, 376:19,
380:6, 380:9, 381:5,
384:18, 384:19,
385:9, 388:15,
388:22, 390:9, 391:5,
391:20, 392:13,
393:13, 394:4, 394:8,
397:7, 399:4, 399:13,
401:3, 401:24,
405:20, 407:13,
407:18, 408:22,
409:24, 410:20,
411:9, 411:13,
411:25, 412:9,
417:14, 417:19,
424:17, 426:19,
427:23, 428:6, 432:6,
440:9, 440:18, 446:5,
446:24, 447:14,
448:5, 449:17, 454:8,
456:14, 457:16,
458:13, 459:9,

459:12, 461:17, 463:2

**others** [4] - 336:15,
353:9, 387:10, 460:15

**otherwise** [1] - 397:1

**our** [21] - 334:7,
334:22, 335:12,
336:7, 339:9, 339:10,
340:10, 353:14,
372:4, 382:10,
383:20, 412:22,
431:14, 436:10,
436:14, 436:15,
437:24, 451:2

**ourselves** [1] -
334:17

**out** [38] - 336:20,
344:21, 346:11,
348:13, 350:2,
352:21, 359:20,
360:7, 360:13,
362:20, 368:25,
371:12, 371:21,
382:6, 382:19,
383:24, 386:7,
387:12, 387:15,
387:22, 388:20,
389:6, 389:8, 399:5,
400:1, 403:17, 405:2,
405:23, 406:6,
409:19, 424:21,
433:4, 442:19, 447:5,
452:3, 457:3, 463:8,
464:17

**outcropping** [1] -
367:17

**outcroppings** [1] -
367:19

**outcrops** [2] -
351:15, 364:24

**outer** [3] - 346:4,
346:8, 375:4

**outline** [1] - 448:16

**outside** [3] - 366:23,
401:2, 401:15

**over** [32] - 338:25,
348:25, 354:20,
357:12, 358:10,
360:20, 362:15,
362:24, 366:22,
371:22, 371:25,
375:2, 375:21,
378:22, 380:8,
380:18, 397:16,
399:23, 401:19,
403:3, 408:20,
409:23, 410:1,
414:15, 430:20,
434:19, 434:20,
438:8, 449:3, 450:22,
456:1, 459:15, 460:24

**overcome** [2] - 439:20, 441:8
**overrule** [3] - 336:9, 377:7, 393:9
**overview** [1] - 402:7
**own** [16] - 340:4, 340:12, 355:21, 369:11, 382:5, 394:16, 397:21, 399:20, 404:7, 424:15, 425:22, 426:13, 427:4, 427:19, 430:7, 435:14
**oxygen** [7] - 361:2, 361:4, 363:24, 364:4, 383:8, 383:10, 383:14
**oyster** [5] - 346:17, 412:7, 412:8, 451:16, 451:21
**oysters** [4] - 412:6, 412:8, 412:17, 451:15

**P**

**P** [1] - 334:1
**P.M** [1] - 465:5
**P.O** [2] - 330:24, 331:4
**page** [6] - 357:2, 392:20, 438:23, 438:24, 443:25, 458:21
**page-and-a-half** [1] - 458:21
**PAGE/LINE** [1] - 333:4
**pages** [1] - 339:25
**PAH** [2] - 374:21, 430:4
**PAHs** [7] - 373:15, 409:25, 410:13, 430:17, 444:21, 451:21
**panel** [1] - 339:1
**Panel** [1] - 430:25
**panhandle** [2] - 384:7, 391:25
**paper** [49] - 350:1, 351:21, 351:25, 352:4, 368:21, 374:25, 381:12, 381:18, 381:20, 381:21, 381:23, 382:8, 394:5, 394:6, 394:7, 394:8, 394:12, 394:16, 398:15, 410:6, 431:2, 431:9, 431:11, 431:12, 440:1, 440:2, 440:8,

442:2, 442:10, 447:1, 447:12, 448:11, 448:16, 448:21, 448:23, 448:24, 449:1, 449:17, 449:18, 449:21, 449:24, 451:23, 454:2, 454:18, 454:25, 455:1
**papers** [22] - 348:24, 349:1, 349:2, 349:21, 350:21, 350:25, 362:14, 368:25, 372:19, 373:4, 376:13, 376:16, 376:20, 385:11, 394:21, 397:22, 398:21, 425:9, 425:20, 425:21, 449:14, 449:17
**paragraph** [1] - 431:10
**part** [26] - 336:17, 336:25, 349:15, 362:19, 373:17, 375:20, 377:17, 379:6, 401:12, 406:22, 412:2, 417:15, 418:10, 418:12, 418:16, 420:21, 427:20, 432:2, 432:4, 432:10, 436:13, 437:9, 451:24, 459:19, 460:25
**part-per-billion** [1] - 375:20
**particles** [1] - 355:14
**particular** [10] - 338:2, 346:7, 364:22, 371:20, 391:15, 397:24, 405:3, 407:1, 411:9, 443:17
**particularly** [12] - 336:18, 345:18, 347:6, 385:2, 385:4, 387:21, 403:19, 407:20, 422:9, 437:11, 454:4, 464:11
**parties** [3] - 334:15, 353:7, 396:10
**party** [1] - 353:20
**Paskewich** [2] - 355:21, 356:3
**passing** [1] - 337:2
**past** [1] - 344:5
**patchy** [1] - 367:5
**path** [2] - 344:20, 346:3
**PATRICK** [1] -

330:18
**pattern** [1] - 451:2
**pave** [1] - 422:6
**peer** [6] - 349:13, 349:14, 350:15, 379:19, 381:10, 385:11
**peer-reviewed** [3] - 349:14, 381:10, 385:11
**peers** [1] - 349:16
**pelagic** [1] - 378:16
**pelicans** [5] - 395:19, 400:16, 400:17, 401:22, 411:12
**pellets** [1] - 403:4
**PENCAK** [1] - 330:23
**pending** [1] - 461:15
**penetrating** [1] - 412:10
**penetration** [2] - 409:11, 410:3
**people** [5] - 389:7, 400:12, 402:19, 403:17, 459:9
**per** [3] - 375:20, 418:2
**percent** [2] - 356:14, 402:17, 449:5
**percentage** [3] - 355:24, 359:8, 388:19
**performed** [1] - 450:9
**Perhaps** [1] - 420:14
**perhaps** [2] - 347:19, 463:15
**period** [8] - 354:20, 366:15, 371:22, 390:6, 414:17, 459:15, 464:3
**periodic** [1] - 439:13
**periods** [2] - 435:2, 435:3
**permanent** [3] - 337:7, 407:6, 408:7
**persist** [4] - 364:1, 422:1, 422:6, 422:16
**persistence** [3] - 409:3, 409:8, 421:3
**persistently** [1] - 391:3
**perspective** [3] - 377:19, 383:21, 430:21
**PETROLEUM** [1] - 331:21
**petroleum** [1] - 347:6
**Ph.D** [1] - 338:10

**phase** [1] - 361:24
**phenomena** [1] - 442:7
**phenomenon** [7] - 362:24, 368:8, 368:17, 369:1, 408:2, 418:20, 454:2
**phone** [1] - 435:22
**photo** [3] - 388:10, 419:11, 419:18
**photodegradation** [2] - 419:13, 419:23
**photograph** [1] - 384:2
**photosynthesize** [1] - 372:22
**pHs** [2] - 347:6, 376:16
**physical** [3] - 338:18, 352:15, 418:18
**physically** [1] - 406:17
**physiological** [1] - 381:16
**phytoplankton** [1] - 372:21
**pick** [1] - 351:9
**picture** [5] - 340:8, 366:8, 387:8, 406:18, 434:21
**pictures** [4] - 365:17, 368:19, 433:19, 433:22
**piece** [2] - 416:23, 441:4
**place** [11] - 360:13, 362:12, 371:13, 383:17, 399:25, 405:5, 417:6, 418:20, 442:7, 459:22, 460:8
**places** [3] - 356:16, 366:3, 371:7
**plain** [1] - 359:24
**plan** [1] - 335:6
**planes** [1] - 337:2
**planets** [1] - 337:3
**Plankton** [1] - 443:6
**plankton** [7] - 345:15, 372:21, 373:14, 374:5, 384:21, 442:24, 444:22
**planktonic** [3] - 373:1, 373:19, 444:23
**Planktonic** [1] - 443:1
**planning** [1] - 335:1
**plant** [3] - 382:12, 406:24, 407:8

**plants** [5] - 372:21, 382:10, 406:13, 406:22, 407:13
**plays** [1] - 454:3
**please** [61] - 337:18, 338:8, 338:24, 339:25, 340:14, 342:11, 344:17, 344:18, 346:1, 348:20, 352:3, 352:19, 355:20, 359:16, 362:5, 363:16, 364:19, 371:2, 372:17, 374:11, 377:5, 378:7, 379:2, 380:16, 381:20, 382:14, 385:25, 386:23, 390:1, 393:20, 395:16, 398:10, 399:18, 401:17, 402:6, 402:7, 404:24, 406:10, 408:16, 409:11, 409:18, 411:6, 412:6, 413:2, 416:18, 416:22, 419:25, 427:8, 430:23, 438:23, 440:11, 440:23, 442:8, 442:25, 447:19, 452:3, 452:10, 457:24, 461:12
**plume** [16] - 355:9, 360:16, 360:19, 360:23, 361:1, 361:6, 361:15, 362:1, 362:20, 362:21, 366:20, 366:23, 366:24, 371:25, 415:23, 421:17
**point** [31] - 336:25, 344:2, 347:14, 347:22, 357:14, 366:5, 381:2, 381:4, 383:16, 386:4, 388:18, 391:24, 397:17, 405:23, 407:15, 410:14, 410:25, 415:1, 415:14, 416:16, 423:1, 423:15, 431:5, 431:19, 434:21, 436:7, 446:4, 453:2, 455:20, 459:4, 461:22
**pointed** [1] - 406:6
**points** [2] - 380:18, 401:15
**Pollution** [1] - 430:25

**Poly** [1] - 352:8
**polycyclic** [4] - 347:7, 373:15, 409:25, 422:9
**Polycyclic** [1] - 352:11
**polyps** [2] - 365:19, 366:12
**Population** [2] - 381:21, 439:6
**population** [43] - 346:18, 347:14, 347:23, 379:21, 380:8, 380:9, 380:11, 381:7, 381:17, 382:7, 387:3, 388:6, 388:20, 390:9, 396:16, 400:17, 412:15, 422:24, 423:1, 423:12, 425:25, 426:12, 427:7, 431:6, 431:7, 433:2, 433:13, 439:21, 439:25, 440:3, 440:6, 440:7, 440:15, 440:18, 440:20, 440:21, 440:24, 441:1, 441:3, 441:9, 441:12, 453:11, 456:8
**populations** [30] - 342:14, 343:9, 344:10, 345:2, 350:23, 351:3, 358:4, 364:10, 375:2, 375:4, 377:2, 378:4, 378:21, 378:23, 379:12, 381:5, 381:11, 384:10, 384:15, 387:4, 389:22, 398:8, 399:23, 411:23, 415:20, 431:16, 438:14, 441:5, 443:7, 450:3
**porpoises** [1] - 390:12
**portion** [5] - 353:22, 375:3, 389:17, 419:4, 438:3
**portions** [3] - 367:2, 367:3, 404:8
**poses** [1] - 464:8
**position** [3] - 337:4, 339:13, 376:9
**possibility** [2] - 415:9, 459:4
**possible** [2] - 395:1
**possibly** [2] - 380:4, 385:12
**Post** [1] - 352:12
**post** [3] - 337:5,

337:10, 451:11
**postdoctoral** [1] - 338:11
**postmortem** [1] - 390:11
**potential** [42] - 336:1, 336:24, 337:6, 342:4, 342:9, 342:21, 342:23, 343:11, 343:19, 343:23, 344:2, 344:4, 345:24, 346:2, 346:13, 347:13, 347:24, 348:5, 374:15, 374:19, 375:5, 377:4, 377:11, 378:19, 389:20, 403:9, 417:2, 417:10, 417:19, 422:20, 423:4, 423:9, 423:14, 423:19, 426:11, 428:16, 429:17, 438:16, 442:17, 443:20, 461:7
**potentially** [10] - 336:3, 343:20, 346:5, 374:23, 415:22, 415:25, 423:17, 454:7, 462:11
**power** [3] - 380:2, 380:3, 401:25
**Poydras** [2] - 331:19, 332:10
**practically** [1] - 394:25
**practice** [2] - 399:7, 399:10
**preceded** [1] - 391:17
**precipitously** [1] - 359:21
**precise** [1] - 402:13
**precisely** [2] - 361:2, 448:15
**predate** [1] - 453:21
**predated** [1] - 453:11
**predators** [1] - 383:25
**predicted** [1] - 343:9
**preemptively** [1] - 387:14
**preen** [1] - 396:4
**preference** [1] - 334:24
**preferred** [1] - 347:19
**preliminary** [1] - 341:19
**prepare** [3] - 348:17, 362:2, 399:15
**prepared** [22] -

338:5, 340:2, 342:8, 344:14, 345:23, 351:1, 352:15, 355:17, 359:13, 364:17, 370:3, 372:14, 374:9, 378:4, 394:5, 402:3, 404:21, 406:8, 408:13, 411:4, 430:1, 430:5
**preparing** [1] - 343:22
**preponderant** [2] - 435:8, 436:4
**presence** [4] - 413:22, 414:5, 440:15, 453:6
**present** [4] - 430:15, 430:17, 430:18
**presentations** [1] - 365:24
**presents** [1] - 408:12
**president** [4] - 338:13, 338:15, 339:11, 339:14
**pressure** [1] - 412:14
**prestigious** [1] - 349:21
**pretty** [9] - 342:18, 354:19, 360:10, 377:9, 379:5, 397:19, 409:21, 412:15, 421:15
**Prevalence** [2] - 352:7, 352:10
**prevalent** [1] - 422:10
**prevented** [1] - 459:20
**previous** [9] - 339:5, 356:15, 357:22, 386:19, 387:6, 390:19, 397:1, 398:4, 447:23
**previously** [1] - 447:7
**prey** [1] - 364:5
**primarily** [1] - 365:4
**primary** [3] - 389:14, 432:19, 437:6
**prime** [1] - 439:15
**prior** [2] - 453:19, 459:2
**probability** [2] - 423:13, 423:20
**probable** [3] - 343:7, 343:8, 378:14
**probably** [14] - 341:7, 342:5, 347:19, 383:2, 383:10, 385:12, 388:11,

391:11, 399:10, 401:23, 423:6, 425:15, 454:18, 457:3
**problem** [2] - 335:5, 380:22
**problems** [1] - 349:17
**procedure** [3] - 336:18, 341:13, 343:3
**proceed** [2] - 336:19, 356:23
**proceeding** [1] - 336:4
**proceedings** [1] - 465:17
**PROCEEDINGS** [1] - 330:11
**Proceedings** [1] - 332:12
**process** [18] - 334:17, 350:18, 363:22, 364:4, 364:12, 371:13, 396:6, 404:2, 416:5, 418:17, 419:13, 422:24, 423:1, 436:9, 441:4, 444:1, 460:19, 460:25
**processes** [11] - 362:11, 363:16, 363:20, 364:4, 364:11, 392:10, 418:19, 419:19, 420:15, 421:9, 421:14
**produce** [1] - 371:1
**produced** [4] - 332:13, 363:2, 386:11, 461:25
**produces** [2] - 384:2, 438:11
**PRODUCTION** [3] - 330:9, 331:6, 331:8
**production** [3] - 354:14, 363:1, 390:15
**productivity** [1] - 345:22
**products** [1] - 347:9
**PRODUCTS** [1] - 331:9
**professional** [1] - 423:22
**program** [3] - 387:24, 456:24, 462:17
**progress** [1] - 433:17
**proliferate** [2] - 414:5, 415:20
**prolonged** [1] - 453:17

**promote** [1] - 355:14
**promotes** [1] - 361:21
**proof** [1] - 336:4
**properly** [1] - 352:6
**proportion** [2] - 421:25, 422:15
**propose** [1] - 382:12
**protect** [4] - 367:20, 383:22, 387:13, 402:11
**protection** [1] - 456:25
**protozoans** [1] - 373:2
**prove** [1] - 337:9
**proven** [1] - 422:22
**provide** [4] - 345:21, 368:18, 402:7, 403:5
**provided** [1] - 373:9
**provides** [1] - 383:25
**proximity** [1] - 366:18
**public** [1] - 458:22
**publication** [2] - 349:23, 394:3
**publications** [5] - 339:21, 339:22, 340:18, 343:15, 416:4
**publicly** [12] - 348:8, 349:7, 425:9, 425:23, 426:6, 426:10, 426:14, 426:17, 426:21, 426:22, 427:2
**published** [15] - 349:17, 362:14, 364:14, 368:21, 372:19, 374:25, 375:16, 385:11, 394:5, 394:19, 398:21, 425:5, 426:6, 446:23, 451:20
**puddles** [1] - 406:13
**pull** [13] - 349:4, 370:12, 371:3, 385:24, 393:19, 393:20, 394:11, 398:10, 409:10, 419:25, 443:14, 444:6, 448:16
**pulling** [1] - 366:19
**pumping** [1] - 408:5
**purported** [1] - 429:22
**purposes** [1] - 335:1
**put** [18] - 354:4, 356:1, 356:9, 364:25, 368:15, 370:19, 375:20, 380:17, 407:23, 413:16,

417:2, 424:15, 426:6, 433:19, 436:23, 441:4, 442:17, 456:18
**puts** [2] - 354:24, 437:2
**putting** [1] - 355:6, 460:8

# Q

**qualifications** [1] - 340:17
**qualified** [2] - 336:15, 440:25
**qualify** [1] - 462:1
**quality** [1] - 379:19
**quantification** [3] - 397:20, 454:22, 462:25
**quantify** [11] - 381:6, 406:5, 419:7, 423:9, 423:11, 423:13, 423:19, 423:22, 428:4, 454:15, 454:24
**quantitative** [1] - 454:19
**Queensland** [1] - 338:12
**question** [35] - 337:21, 342:4, 346:19, 362:20, 374:21, 377:4, 388:9, 393:2, 407:14, 416:6, 416:13, 416:19, 417:5, 417:14, 417:16, 417:21, 422:12, 422:13, 423:5, 423:6, 426:17, 430:3, 430:10, 440:23, 442:8, 444:1, 445:6, 445:15, 448:18, 457:6, 457:23, 463:13, 463:17, 463:19, 464:20
**questioning** [3] - 336:19, 356:25, 440:10
**questions** [10] - 336:19, 340:22, 412:21, 434:5, 436:17, 444:14, 452:4, 460:10, 464:20, 465:1
**quick** [1] - 452:19
**quickly** [4] - 344:7, 354:19, 361:15, 361:20
**quite** [6] - 344:23, 356:8, 371:18,

380:17, 419:18, 447:24
**quotation** [1] - 421:11
**quote** [2] - 382:6, 431:11
**quoted** [2] - 420:21, 431:18
**quotes** [1] - 420:22
**quoting** [2] - 431:13, 431:14

# R

**R** [4] - 331:18, 331:23, 332:5, 334:1
**RACHEL** [2] - 330:21, 330:22
**raise** [2] - 335:15, 378:18
**raised** [4] - 340:24, 443:21, 444:13, 445:7
**range** [7] - 339:2, 343:24, 370:1, 375:20, 390:14, 397:15, 413:18
**ranged** [1] - 357:16
**rapidly** [2] - 360:12, 363:3
**rare** [2] - 367:16, 392:11
**rate** [10] - 354:18, 355:5, 381:15, 389:1, 391:13, 397:7, 414:15, 441:6, 449:24
**rates** [12] - 364:11, 389:2, 389:3, 389:4, 409:8, 409:23, 410:10, 412:3, 439:18, 439:19, 441:7
**rather** [9] - 357:19, 358:10, 378:17, 395:6, 410:16, 417:2, 438:10, 438:11, 464:19
**RE** [1] - 330:3
**re** [1] - 388:12
**re-released** [1] - 388:12
**reached** [2] - 418:22, 419:6
**reaches** [2] - 415:10, 419:12
**read** [23] - 336:8, 349:4, 350:21, 352:4, 376:20, 385:18, 420:10, 420:13, 431:22, 431:23, 436:10, 440:12,

440:13, 441:9, 441:10, 442:13, 443:15, 444:2, 447:21, 451:23, 452:5, 455:1
**reading** [3] - 350:4, 444:15, 449:11
**reads** [1] - 350:1
**real** [7] - 344:3, 356:17, 368:16, 377:13, 405:22, 411:1, 452:19
**realize** [1] - 457:12
**realized** [2] - 347:24, 377:14
**really** [13] - 348:22, 349:12, 360:1, 370:23, 376:4, 377:23, 379:25, 383:21, 387:20, 400:16, 410:19, 411:7, 457:23
**reason** [4] - 336:15, 379:20, 441:5, 457:9
**reasonable** [2] - 359:9, 430:19
**reasons** [11] - 349:6, 368:3, 379:19, 407:21, 424:3, 439:23, 440:2, 440:5, 440:18, 458:9, 458:12
**rebuttal** [7] - 366:1, 367:22, 392:6, 393:4, 394:6, 394:17, 427:12
**recall** [1] - 444:16
**received** [2] - 395:10, 449:19
**recent** [3] - 367:10, 369:3, 464:5
**recently** [1] - 339:3
**recess** [2] - 412:23, 465:5
**RECESS** [2] - 412:25, 465:7
**recognize** [7] - 340:1, 348:12, 354:10, 360:7, 431:1, 455:19
**recognized** [2] - 431:4, 460:19
**recognizing** [1] - 354:24
**recollect** [1] - 462:19
**recollection** [2] - 443:15, 448:18
**recolonized** [1] - 384:12
**reconcile** [1] - 381:17
**record** [5] - 335:19,

351:20, 381:20, 431:22, 465:16
**recorded** [1] - 332:12
**recoverability** [1] - 364:10
**recovered** [5] - 384:10, 405:16, 443:7, 456:11, 456:12
**Recovery** [1] - 409:13
**recovery** [2] - 366:14, 449:6
**recreational** [1] - 405:25
**recreationally** [1] - 402:19
**recruitment** [2] - 364:11, 412:17
**rectangle** [1] - 400:23
**rectangles** [1] - 400:5
**recycled** [1] - 363:21
**recycling** [1] - 372:24
**red** [5] - 375:1, 375:2, 375:7, 378:20, 378:23
**redirect** [1] - 463:8
**Redirect** [1] - 333:11
**REDIRECT** [1] - 463:11
**reduce** [4] - 355:16, 389:21, 418:12, 464:23
**reduced** [3] - 457:21, 461:7, 464:1
**reduction** [4] - 346:17, 362:10, 384:6, 400:8
**reductions** [1] - 384:4
**reed** [1] - 406:25
**refer** [6] - 425:20, 426:8, 447:25, 449:1, 453:23, 463:15
**reference** [5] - 403:19, 425:8, 427:5, 428:1, 449:12
**referenced** [4] - 413:12, 430:23, 453:10, 460:11
**referencing** [1] - 381:23
**referred** [9] - 341:13, 369:15, 393:6, 426:24, 429:7, 441:19, 442:9, 448:5, 453:14

**referring** [13] - 372:7, 393:20, 398:13, 415:6, 418:11, 420:3, 421:1, 425:17, 435:20, 436:21, 450:14, 452:25, 453:14
**refers** [3] - 394:4, 444:4, 460:18
**reflect** [2] - 386:6, 458:1
**reflected** [2] - 425:17, 456:21
**reflects** [2] - 452:21, 456:5
**refresh** [1] - 443:14
**refreshes** [1] - 448:17
**refuge** [2] - 383:21, 383:25
**REGAN** [1] - 331:10
**regard** [5] - 427:6, 428:8, 428:23, 448:8, 456:16
**regarding** [13] - 344:14, 344:19, 345:23, 346:2, 369:12, 374:8, 381:11, 392:1, 393:20, 410:16, 412:6, 461:14, 464:20
**regardless** [1] - 335:6
**region** [10] - 352:20, 353:1, 353:11, 364:23, 364:24, 365:2, 375:3, 391:23, 407:1, 407:20
**regional** [1] - 459:20
**regions** [1] - 439:14
**register** [2] - 459:12, 460:7
**regression** [3] - 380:15, 380:17, 380:24
**regrew** [2] - 407:13, 407:15
**regrow** [2] - 408:3, 408:4
**regulate** [2] - 363:20, 381:15
**regulations** [1] - 460:8
**rehabilitate** [1] - 462:11
**rehabilitated** [5] - 387:9, 388:11, 456:22, 457:20, 462:18
**rehabilitation** [1] -

462:10
  **reiterate** [1] - 417:14
  **relate** [3] - 429:9,
429:25, 431:15
  **related** [7] - 335:22,
343:25, 349:2,
407:21, 423:20,
424:7, 452:10
  **relates** [2] - 337:24,
425:3
  **RELATES** [1] - 330:6
  **relating** [1] - 339:21
  **relationship** [3] -
429:5, 433:15, 452:23
  **relative** [3] - 385:9,
407:21, 435:1
  **relatively** [1] -
361:16
  **relayed** [1] - 436:13
  **release** [1] - 354:13
  **released** [16] - 354:8,
360:3, 360:6, 361:11,
385:14, 387:9,
387:18, 387:25,
388:2, 388:12, 403:4,
414:20, 421:21,
455:8, 456:22, 462:18
  **releasing** [2] - 370:2,
370:18
  **relevant** [4] - 338:5,
349:1, 349:15, 387:24
  **reliability** [1] -
395:11
  **reliance** [4] - 382:4,
394:14, 400:10,
408:16
  **relied** [8] - 348:16,
349:5, 350:14, 351:8,
385:20, 394:1,
399:21, 429:4
  **relies** [1] - 464:18
  **relocation** [1] -
387:24
  **rely** [8] - 336:21,
348:21, 350:7, 398:7,
399:19, 404:9, 429:25
  **remainder** [1] -
405:12
  **remained** [1] -
344:24
  **remaining** [2] -
334:10, 334:11
  **remarkable** [3] -
365:17, 366:8, 383:5
  **remember** [18] -
371:5, 378:9, 413:9,
433:20, 433:25,
444:18, 448:9,
448:10, 448:11,
448:14, 449:21,

453:12, 455:19,
460:11, 461:1,
461:24, 462:5, 463:17
  **remembering** [1] -
434:24
  **remobilization** [1] -
464:15
  **remotely** [1] - 403:23
  **removal** [1] - 355:3
  **remove** [11] - 345:20,
355:12, 386:8, 396:5,
405:8, 405:24, 437:2,
461:4, 464:21,
464:23, 464:24
  **removed** [2] -
400:24, 447:24
  **removing** [1] -
387:15
  **renew** [1] - 336:7
  **repeat** [1] - 423:5
  **repercussions** [1] -
344:9
  **replication** [1] -
430:19
  **report** [98] - 339:11,
340:3, 340:4, 340:5,
340:7, 340:11,
340:12, 340:15,
341:25, 342:22,
343:22, 347:24,
348:16, 350:14,
357:3, 357:4, 357:5,
359:12, 366:2,
369:16, 376:14,
376:24, 379:6,
380:15, 385:22,
392:20, 392:25,
393:7, 394:14,
395:11, 398:16,
409:3, 413:16,
418:23, 420:3,
420:11, 420:15,
420:21, 420:22,
420:25, 421:3, 421:7,
423:8, 423:13,
423:15, 423:25,
424:4, 424:6, 424:17,
424:20, 424:24,
425:1, 425:8, 425:10,
427:9, 427:11, 429:7,
430:17, 434:13,
436:10, 436:14,
436:15, 437:23,
437:25, 438:1,
438:13, 441:19,
441:20, 443:1, 443:6,
443:18, 444:10,
444:19, 445:5,
445:22, 446:8,
446:11, 449:1,

451:15, 451:25,
453:3, 454:13,
454:15, 454:17,
454:19, 454:20,
454:21, 455:21,
455:22, 458:8,
458:15, 459:13,
460:15, 462:24,
463:14
  **Report** [1] - 430:25
  **reported** [7] - 435:8,
436:3, 446:6, 446:24,
449:10, 453:24, 455:4
  **REPORTER** [1] -
332:9
  **Reporter** [2] -
465:13, 465:22
  **REPORTER'S** [1] -
465:11
  **reporters** [1] - 334:8
  **reporting** [2] -
435:13, 435:18
  **reports** [14] - 340:2,
341:4, 341:8, 341:11,
366:1, 368:20,
392:18, 393:3, 425:3,
425:16, 425:19,
428:4, 442:15, 446:2
  **represent** [2] -
358:11, 359:5
  **represented** [5] -
358:23, 400:21,
427:23, 461:16,
461:18
  **representing** [1] -
429:22
  **repropagated** [1] -
384:12
  **require** [2] - 338:3,
444:8
  **required** [3] - 336:5,
380:2, 380:7
  **requirements** [1] -
367:18
  **rescue** [3] - 386:7,
388:18, 388:19
  **rescued** [3] - 386:17,
387:9, 428:5
  **rescuers** [2] - 455:5,
455:15
  **research** [4] -
339:18, 343:14,
364:13, 409:1
  **Research** [1] -
381:22
  **reserve** [1] - 356:21
  **resident** [2] - 390:8,
439:16
  **residual** [1] - 403:9
  **residue** [14] - 363:6,

363:11, 363:14,
365:4, 365:8, 365:10,
365:11, 365:18,
367:1, 369:9, 416:3,
425:14, 446:18
  **residues** [1] - 416:5
  **resistant** [1] - 419:20
  **resolved** [1] - 451:16
  **resolving** [1] -
401:24
  **resource** [1] - 387:13
  **Resources** [4] -
343:13, 348:8,
385:13, 397:18
  **resources** [4] -
345:7, 347:25,
402:11, 462:21
  **respect** [7] - 336:10,
336:14, 346:21,
353:24, 355:8, 360:8,
456:7
  **respected** [1] -
447:13
  **respond** [1] - 394:15
  **responded** [2] -
394:24, 457:1
  **responding** [1] -
392:24
  **response** [24] -
346:17, 376:2, 385:8,
387:7, 387:12,
388:13, 389:8, 390:6,
390:22, 394:8, 394:9,
394:12, 394:20,
394:23, 395:10,
396:11, 402:9,
403:15, 416:19,
437:6, 460:20,
462:20, 463:13,
464:14
  **Response** [1] -
393:24
  **responses** [3] -
353:21, 439:18, 441:6
  **Responses** [2] -
381:22, 439:6
  **responsibility** [1] -
348:14
  **responsible** [4] -
346:16, 346:17,
353:20, 391:21
  **rest** [1] - 382:8
  **restore** [1] - 405:25
  **result** [14] - 341:22,
368:22, 371:13,
377:24, 383:8, 407:3,
418:18, 431:2,
439:20, 441:8,
442:16, 444:9,
456:13, 463:1

**resulted** [8] - 350:4,
360:15, 362:22,
371:6, 387:16, 407:9,
414:21, 458:11
  **resulting** [4] - 348:7,
363:15, 402:4, 405:20
  **results** [4] - 343:14,
351:4, 355:23, 386:12
  **resume** [1] - 334:7
  **retransported** [1] -
461:8
  **retreating** [1] -
410:23
  **retrospect** [1] -
417:20
  **return** [2] - 388:4,
449:9
  **returned** [1] - 457:20
  **reveal** [1] - 344:23
  **revealed** [2] - 344:8,
446:4
  **reversed** [1] - 361:6
  **review** [17] - 347:2,
349:13, 349:24,
350:16, 374:15,
376:13, 376:17,
376:18, 376:20,
379:19, 392:17,
424:4, 424:9, 424:12,
426:22, 427:9,
428:10, 429:18
  **reviewed** [29] -
341:22, 342:23,
349:14, 349:16,
349:19, 376:22,
381:10, 385:7,
385:11, 393:11,
394:16, 394:17,
424:11, 427:14,
427:17, 427:18,
428:2, 428:9, 428:10,
428:15, 428:19,
428:21, 430:6,
430:20, 434:12,
454:25, 455:1, 461:13
  **reviewing** [1] -
455:19
  **rhizomes** [1] - 407:8
  **Rice** [17] - 335:24,
340:3, 343:4, 350:24,
358:22, 375:13,
376:2, 376:5, 376:10,
376:11, 376:14,
376:18, 376:23,
424:4, 424:23, 433:8,
463:16
  **Rice's** [5] - 340:5,
350:17, 351:4, 376:6,
424:11
  **RICHARD** [1] -

330:19
   **Richard** [3] - 435:5, 435:8, 436:3
   **riding** [1] - 406:1
   **Ridley** [1] - 387:21
   **RIG** [1] - 330:3
   **right** [56] - 334:6, 335:15, 336:8, 337:3, 337:15, 340:22, 351:16, 355:13, 358:16, 363:18, 377:7, 379:10, 379:22, 379:24, 380:17, 387:9, 387:22, 393:1, 393:13, 396:23, 397:5, 399:12, 401:7, 411:2, 412:22, 413:2, 413:3, 413:21, 414:19, 415:24, 420:2, 428:11, 428:20, 432:23, 434:22, 436:19, 440:10, 440:12, 440:13, 441:9, 441:10, 442:17, 445:16, 446:19, 447:2, 452:9, 452:15, 453:24, 456:19, 458:2, 458:4, 460:23, 461:15, 463:8, 465:2, 465:4
   **rigorous** [1] - 342:1
   **Riley** [1] - 339:11
   **rise** [10] - 336:4, 343:19, 347:13, 407:21, 412:24, 443:10, 443:21, 444:12, 445:7, 465:6
   **riser** [4] - 371:5, 371:7, 371:9, 438:6
   **rises** [1] - 370:22
   **risk** [8] - 368:6, 395:19, 436:24, 436:25, 437:9, 437:12, 437:16, 464:8
   **risk-benefit** [2] - 436:24, 437:9
   **river** [2] - 408:5, 412:10
   **RMR** [2] - 332:9, 465:21
   **road** [1] - 344:13
   **roads** [1] - 422:6
   **ROBERS** [1] - 330:23
   **ROBERT** [1] - 331:15
   **Role** [1] - 430:24
   **role** [3] - 338:13, 338:16, 350:17

   **roots** [1] - 407:8
   **rose** [4] - 345:4, 360:16, 361:16, 418:25
   **roughly** [2] - 353:11, 375:19
   **round** [18] - 340:3, 340:7, 340:12, 340:15, 357:3, 365:25, 376:23, 392:20, 395:11, 424:6, 424:17, 424:19, 424:24, 425:1, 425:10, 451:15, 451:25, 463:14
   **Round** [1] - 376:14
   **rounds** [1] - 341:4
   **royal** [1] - 395:20
   **Rozas** [1] - 449:21
   **RPR** [2] - 332:9, 465:21
   **run** [2] - 411:17, 456:10

## S

   **S** [2] - 334:1, 335:21
   **said** [38] - 336:14, 342:13, 346:23, 348:6, 352:5, 356:9, 356:19, 368:9, 376:10, 378:23, 380:20, 385:9, 388:24, 389:15, 391:6, 393:5, 394:25, 416:19, 416:25, 417:1, 417:4, 417:11, 421:12, 423:18, 432:15, 438:19, 440:25, 441:2, 443:13, 444:19, 447:23, 450:2, 451:18, 451:25, 456:8, 457:1, 457:2, 459:23
   **salt** [2] - 406:22, 412:1
   **same** [24] - 346:3, 346:12, 347:5, 350:15, 353:10, 353:11, 357:23, 365:17, 382:23, 394:19, 397:22, 406:12, 426:17, 428:8, 433:6, 433:10, 433:11, 440:10, 442:3, 442:7, 452:8, 459:13
   **sample** [1] - 379:7

   **sampled** [3] - 364:23, 379:1, 442:20
   **samples** [21] - 355:24, 358:23, 358:24, 358:25, 359:5, 359:9, 359:7, 359:9, 409:20, 424:7, 424:8, 424:9, 424:11, 424:16, 424:19, 425:11, 425:17, 425:18, 430:5
   **sand** [6] - 403:2, 403:3, 403:4, 405:9, 406:3
   **Santa** [2] - 361:12, 361:13
   **SARAH** [1] - 330:17
   **Sarasota** [1] - 395:4
   **Sargasso** [2] - 382:21
   **Sargassum** [2] - 382:16, 382:22
   **sargassum** [20] - 383:18, 383:20, 383:24, 384:1, 384:3, 384:4, 387:20, 387:23, 388:25, 454:15, 454:24, 455:5, 455:15, 456:1, 456:7, 456:9, 456:10, 456:12
   **satellite** [5] - 353:7, 353:8, 370:25, 429:4, 434:6
   **satellites** [1] - 434:10
   **satisfied** [1] - 376:7
   **satisfies** [1] - 410:19
   **satisfy** [1] - 395:11
   **save** [1] - 457:2
   **saw** [1] - 462:6
   **say** [41] - 347:24, 357:13, 359:1, 359:8, 359:17, 366:7, 368:10, 370:5, 370:19, 376:5, 379:5, 379:7, 380:18, 386:13, 399:6, 404:12, 410:20, 411:9, 413:18, 416:22, 416:24, 420:14, 421:8, 423:2, 423:23, 432:4, 432:15, 432:22, 435:16, 436:20, 441:1, 442:4, 443:18, 444:10, 444:12, 446:3, 449:3, 453:25, 456:5, 457:1
   **saying** [9] - 357:25,

   373:11, 382:6, 428:6, 435:8, 443:13, 455:15, 459:17, 461:19
   **says** [14] - 373:9, 376:5, 394:23, 400:7, 402:24, 408:25, 420:9, 439:9, 439:13, 441:20, 445:4, 445:6, 452:13, 452:16
   **scale** [10] - 369:9, 369:10, 370:19, 371:8, 450:9, 450:10, 450:17, 450:19, 450:23
   **scan** [1] - 369:4
   **SCAT** [12] - 354:3, 401:7, 402:9, 402:22, 403:14, 404:3, 404:9, 404:12, 405:17, 460:18, 460:25, 464:6
   **schooling** [1] - 383:22
   **Schwacke** [2] - 393:21, 394:5
   **Schwacke's** [2] - 394:12, 395:10
   **science** [3] - 338:10, 338:19, 379:18
   **Science** [5] - 337:20, 338:14, 338:24, 339:1, 369:16
   **scientific** [10] - 344:2, 348:4, 348:23, 349:5, 349:16, 349:24, 351:8, 368:17, 415:14, 416:4
   **scientist** [5] - 349:22, 394:6, 430:22, 457:22, 459:11
   **scientists** [9] - 351:12, 368:11, 374:25, 381:18, 394:17, 409:19, 412:13, 421:10, 454:6
   **scope** [4] - 378:9, 392:17, 392:18, 405:11
   **scraped** [1] - 406:2
   **screen** [3] - 365:6, 393:19
   **screens** [1] - 365:7
   **Sea** [3] - 382:21, 420:3
   **sea** [23] - 345:8, 345:9, 357:17, 360:23, 361:10, 362:1, 362:5, 364:16, 371:19, 375:22,

   383:23, 384:14, 385:3, 386:3, 386:8, 386:25, 399:5, 407:21, 425:14, 427:25, 433:22, 437:2
   **seabed** [8] - 344:25, 360:17, 362:7, 363:6, 363:9, 375:7, 375:10, 378:15
   **searching** [1] - 462:21
   **seat** [1] - 335:18
   **seated** [1] - 413:2
   **seaweed** [12] - 345:6, 345:7, 382:14, 383:1, 383:2, 383:13, 383:14, 383:15, 383:16, 384:1, 384:9, 384:10
   **seaweeds** [4] - 383:3, 383:6, 383:10, 384:21
   **second** [8] - 347:5, 351:25, 393:24, 418:10, 418:12, 447:25, 448:23, 450:5
   **Second** [1] - 351:14
   **secondly** [2] - 373:13, 399:1
   **secretary** [1] - 458:23
   **Section** [2] - 330:3, 330:8
   **SECTION** [1] - 330:16
   **section** [2] - 439:5, 443:4
   **sediment** [17] - 363:5, 375:5, 375:11, 408:5, 424:8, 424:9, 424:16, 424:19, 424:23, 425:4, 425:10, 425:11, 425:17, 425:18, 425:20
   **sediments** [9] - 346:6, 346:8, 346:24, 347:4, 362:10, 362:12, 363:25, 425:13
   **see** [88] - 335:5, 353:9, 358:22, 360:10, 365:5, 365:7, 366:8, 370:17, 370:21, 370:24, 371:11, 379:25, 380:12, 381:25, 383:22, 391:18, 394:8, 395:23, 400:16, 400:25,

401:8, 401:10,
401:11, 401:14,
401:23, 406:17,
416:6, 416:12,
416:18, 420:1, 420:9,
420:11, 420:18,
430:11, 435:4,
435:10, 435:19,
435:22, 436:1,
437:23, 437:24,
438:2, 438:3, 438:24,
439:1, 439:5, 439:7,
439:10, 439:12,
439:16, 439:21,
439:22, 440:1, 443:1,
443:2, 443:12,
443:14, 446:13,
446:25, 447:3, 447:5,
448:17, 449:3, 449:7,
450:20, 450:24,
451:4, 452:12,
452:16, 452:20,
455:14, 455:21,
455:22, 455:24,
456:1, 456:3, 458:17,
459:11, 459:17,
460:4, 460:5, 460:14,
460:18, 460:21, 462:4
   **seeing** [2] - 372:11,
433:4
   **seek** [1] - 383:24
   **seem** [2] - 337:1,
363:18
   **seems** [2] - 384:10,
412:18
   **seen** [7] - 340:5,
370:17, 406:14,
410:10, 428:1, 454:12
   **seep** [9] - 369:20,
370:4, 370:7, 370:10,
370:15, 370:20,
371:11, 406:15,
413:13
   **seepage** [1] - 439:14
   **seeping** [1] - 369:18
   **seeps** [22] - 368:22,
369:6, 369:8, 369:11,
369:13, 369:15,
369:18, 369:20,
369:22, 369:25,
370:1, 370:16,
370:23, 371:17,
371:18, 371:19,
371:21, 413:8,
413:20, 413:22
   **sees** [1] - 400:8
   **segment** [1] - 431:9
   **Senator** [1] - 339:10
   **senior** [1] - 460:2
   **sense** [7] - 344:3,

355:8, 356:17,
361:18, 371:12,
396:18, 420:25
   **sensible** [3] -
420:14, 420:23,
421:12
   **sensitive** [2] -
408:19, 437:7
   **sentence** [1] -
416:25
   **September** [3] -
435:5, 436:15, 447:8
   **sequence** [1] - 335:3
   **series** [3] - 365:17,
366:8, 444:14
   **serious** [3] - 341:22,
342:4, 408:7
   **seriously** [1] - 387:5
   **serve** [1] - 364:5
   **served** [2] - 339:2,
356:22
   **SESSION** [2] -
330:13, 334:3
   **set** [4] - 353:7,
431:12, 431:14, 454:7
   **sets** [1] - 410:7
   **setting** [1] - 431:11
   **settle** [1] - 364:12
   **settles** [2] - 363:3,
415:21
   **seven** [2] - 339:7,
447:7
   **several** [7] - 371:7,
410:13, 416:4,
421:18, 433:23,
446:22, 448:2
   **severe** [2] - 407:11,
463:18
   **severely** [1] - 410:21
   **shade** [2] - 352:23,
352:24
   **shaded** [1] - 434:25
   **shades** [1] - 352:21
   **shallow** [3] - 361:14,
366:4, 378:12
   **shallower** [2] -
366:22, 368:3
   **shape** [1] - 335:4
   **SHARON** [1] - 331:2
   **she's** [1] - 395:10
   **Shea** [7] - 343:3,
358:24, 424:5, 433:8,
463:14, 463:15,
463:18
   **Shea's** [4] - 358:21,
358:24, 368:7, 424:17
   **sheen** [1] - 370:25
   **shelf** [6] - 346:5,
346:8, 359:1, 359:19,
361:5, 375:4, 378:12,

378:15, 378:22,
378:25
   **shell** [1] - 406:3
   **Shell** [1] - 331:19
   **shellfish** [2] -
357:10, 378:4
   **shift** [2] - 372:4,
382:10
   **shifted** [2] - 410:23,
444:17
   **ships** [1] - 337:2
   **shore** [6] - 355:2,
397:4, 397:5, 409:20,
426:15, 439:10
   **shoreline** [33] -
351:10, 351:11,
353:17, 353:18,
353:19, 353:22,
353:23, 354:2, 354:4,
355:7, 356:2, 356:4,
356:5, 356:11,
356:18, 402:3,
402:13, 402:18,
404:5, 404:7, 404:11,
404:13, 404:14,
415:11, 460:10,
460:22, 460:24,
461:2, 461:5
   **Shoreline** [1] -
351:23
   **shorelines** [4] -
345:18, 410:22,
437:7, 461:8
   **short** [4] - 401:23,
414:17, 435:2, 442:6
   **shortcomings** [1] -
380:6
   **should** [6] - 353:2,
356:23, 366:5, 377:5,
431:4, 434:15
   **shouldn't** [2] -
337:10, 359:6
   **show** [6] - 356:4,
370:1, 382:25, 393:6,
440:1, 447:24
   **showed** [10] - 378:9,
383:5, 384:5, 387:6,
410:7, 426:19, 434:5,
452:7, 456:21
   **showing** [3] - 356:5,
366:2, 440:9
   **shown** [6] - 365:22,
368:18, 404:2,
408:20, 409:1, 458:20
   **shows** [6] - 357:7,
360:25, 365:17,
386:2, 435:1, 461:13
   **shrimp** [16] - 357:11,
364:8, 411:19, 412:2,
449:12, 449:15,

449:22, 449:24,
450:10, 450:19,
450:23, 451:3, 451:6,
451:11
   **shrimping** [1] -
460:8
   **SHUTLER** [1] - 331:2
   **shuts** [1] - 363:25
   **side** [2] - 440:9
   **sieved** [1] - 406:2
   **sign** [1] - 425:1
   **significance** [1] -
400:10
   **significant** [7] -
348:15, 367:14,
368:2, 398:9, 435:9,
436:5, 462:21
   **significantly** [3] -
451:3, 451:7, 451:12
   **signs** [1] - 344:5
   **similar** [1] - 357:22
   **similarly** [1] - 386:10
   **simply** [2] - 380:17,
382:6
   **since** [5] - 336:18,
387:4, 447:13,
460:20, 464:15
   **sink** [1] - 408:25
   **sinking** [3] - 383:10,
397:7, 407:22
   **sir** [15] - 418:11,
422:14, 426:4,
428:13, 429:10,
431:4, 431:8, 433:16,
438:13, 440:11,
447:17, 457:17,
457:24, 465:2, 465:3
   **site** [6] - 397:24,
446:21, 446:23,
448:8, 448:11, 448:15
   **sites** [17] - 366:17,
396:8, 400:15,
411:11, 445:23,
445:24, 446:3, 446:5,
446:24, 447:6, 447:7,
447:13, 447:14,
447:22, 447:23,
449:9, 449:18
   **sitting** [2] - 434:24,
443:9
   **situation** [1] - 390:25
   **six** [4] - 444:4, 444:5,
446:12, 448:4
   **size** [6] - 358:21,
370:1, 386:15,
423:11, 451:6, 451:11
   **skeleton** [1] - 365:20
   **Skin** [2] - 352:8,
352:10
   **skin** [4] - 347:3,

351:18, 374:22,
378:24
   **slick** [1] - 370:24
   **slicks** [2] - 345:5,
438:7
   **slide** [31] - 338:5,
342:8, 344:14,
345:23, 348:18,
351:7, 352:15, 354:7,
355:17, 359:13,
362:2, 363:15,
364:17, 372:14,
374:9, 378:4, 378:9,
382:12, 385:24,
386:21, 388:10,
389:23, 395:13,
399:15, 401:18,
402:2, 402:3, 404:22,
406:8, 408:13, 411:4
   **slightly** [3] - 353:10,
354:5, 402:17
   **slope** [3] - 359:22,
360:2, 369:25
   **slow** [2] - 364:11,
364:12
   **small** [19] - 355:14,
355:23, 359:8,
362:14, 363:10,
370:1, 370:21,
372:21, 372:25,
383:2, 387:21,
388:17, 388:19,
403:4, 411:22,
450:10, 450:17,
450:19, 454:5
   **smaller** [6] - 414:21,
415:2, 419:14,
419:15, 421:25,
422:15
   **smother** [1] - 363:12
   **smothering** [1] -
365:15
   **snapper** [5] - 375:1,
375:2, 375:7, 378:20,
378:23
   **snapshots** [1] -
353:9
   **snow** [10] - 362:25,
363:2, 363:4, 365:5,
365:16, 368:8, 368:9,
368:11, 368:13,
415:20
   **so-called** [2] -
385:21, 425:23
   **Society** [1] - 399:24
   **soil** [8] - 406:16,
407:6, 407:9, 407:10,
407:14, 408:24,
409:1, 410:4
   **solely** [1] - 404:9

**solid** [2] - 344:3, 416:4
**soluble** [2] - 418:15, 418:18
**solution** [5] - 360:9, 360:14, 418:7, 418:19, 419:10
**some** [81] - 334:17, 336:2, 341:17, 343:16, 343:18, 343:25, 345:13, 346:9, 346:20, 347:2, 347:22, 348:12, 349:21, 350:8, 350:18, 357:16, 357:18, 359:23, 360:10, 360:20, 364:15, 365:10, 367:3, 367:14, 369:1, 369:14, 370:6, 370:18, 370:21, 373:13, 373:23, 375:2, 379:11, 385:24, 387:8, 388:7, 388:16, 389:13, 391:10, 392:2, 397:2, 403:2, 403:5, 403:19, 403:21, 403:23, 405:14, 406:13, 406:15, 407:1, 407:5, 408:10, 409:20, 409:22, 410:9, 411:21, 419:18, 419:21, 421:3, 421:22, 423:15, 425:6, 427:5, 428:1, 429:15, 429:24, 430:24, 431:2, 433:19, 437:21, 439:23, 442:15, 446:16, 454:19, 457:9, 459:8, 459:13, 460:4, 460:8, 463:19
**somehow** [3] - 346:16, 347:11, 444:17
**someone** [2] - 435:13, 459:23
**someone's** [1] - 403:20
**something** [14] - 334:12, 339:14, 357:1, 370:25, 395:1, 423:6, 429:12, 431:3, 434:21, 435:18, 436:23, 446:18, 453:4, 459:23
**sometime** [1] - 405:2
**sometimes** [3] - 344:9, 370:24, 432:5

**sooner** [1] - 443:7
**sore** [1] - 442:20
**sorry** [12] - 334:13, 356:20, 370:5, 384:24, 390:6, 394:11, 423:5, 428:11, 432:8, 443:12, 443:24, 452:9
**sort** [14] - 336:20, 356:4, 358:5, 380:1, 380:25, 382:2, 403:2, 406:3, 406:24, 408:6, 410:23, 431:3, 454:19, 458:21
**sound** [3] - 451:21, 451:24, 457:9
**sounds** [1] - 458:4
**source** [10] - 369:14, 373:16, 374:2, 374:6, 375:23, 428:17, 428:19, 448:13, 455:9
**sources** [9] - 348:20, 350:7, 350:10, 373:4, 385:7, 385:17, 399:18, 399:23, 401:21
**South** [1] - 332:2
**south** [2] - 400:23, 448:4
**southeast** [1] - 379:7
**Southeast** [2] - 391:25, 400:20
**Southwest** [1] - 401:1
**southwest** [2] - 361:1, 361:5
**southwestern** [1] - 379:9
**space** [1] - 366:12
**sparsely** [1] - 345:2
**sparsity** [1] - 400:19
**spat** [2] - 412:7, 412:17
**spats** [1] - 412:8
**speak** [4] - 334:14, 358:2, 456:12, 462:25
**speaking** [1] - 372:9
**special** [1] - 387:2
**specialist** [1] - 340:21
**species** [29] - 357:10, 357:11, 363:7, 364:5, 374:23, 375:1, 375:6, 376:17, 378:8, 378:11, 378:13, 378:17, 378:18, 382:14, 382:19, 386:3, 386:25, 395:16, 395:18,

399:2, 406:20, 406:21, 427:2, 428:14, 439:16, 441:12
**specific** [4] - 397:24, 426:8, 429:1, 430:15
**specifically** [10] - 342:8, 349:25, 350:19, 357:19, 376:16, 396:21, 398:18, 418:2, 424:22, 449:12
**specify** [2] - 425:9, 425:10
**spectrum** [1] - 369:4
**speculate** [3] - 348:14, 444:10, 445:5
**speculation** [4] - 336:2, 336:24, 344:11, 444:8
**speculative** [2] - 344:3, 368:10
**speed** [1] - 377:22
**spell** [1] - 335:19
**spent** [1] - 339:16
**Spies** [2] - 435:20, 436:6
**SPILL** [1] - 330:3
**spill** [82] - 338:21, 338:23, 339:6, 341:19, 343:25, 344:15, 345:24, 346:16, 348:24, 349:1, 349:25, 350:10, 352:15, 355:18, 355:22, 356:15, 357:14, 358:4, 358:21, 359:3, 361:10, 361:13, 362:6, 364:17, 374:12, 374:24, 380:13, 380:21, 380:22, 382:15, 384:20, 385:16, 386:14, 386:24, 387:14, 390:2, 391:3, 391:15, 395:21, 399:9, 402:4, 402:8, 411:14, 414:22, 415:16, 416:8, 416:18, 417:9, 420:4, 421:21, 422:16, 426:2, 428:25, 429:17, 432:2, 432:20, 434:19, 434:20, 435:15, 436:8, 437:24, 442:1, 442:10, 442:16, 444:10, 449:15,

451:3, 451:7, 451:8, 451:11, 451:22, 453:11, 453:19, 454:3, 454:8, 454:16, 459:16, 459:18, 460:20, 462:12
**Spill** [7] - 339:9, 351:23, 352:2, 381:22, 393:24, 394:1, 398:12
**spilled** [1] - 422:2
**spills** [6] - 344:5, 361:11, 385:5, 386:19, 396:23, 398:4
**spoonbills** [1] - 411:12
**spot** [1] - 455:8
**sprayed** [1] - 438:6
**spraying** [1] - 355:1
**spread** [1] - 464:17
**square** [3] - 353:6, 353:11, 362:15
**Square** [1] - 331:19
**ST** [1] - 332:6
**St** [3] - 331:16, 331:19, 332:6
**stabilization** [1] - 462:11
**Stacy** [2] - 455:12, 455:15
**stage** [2] - 431:11, 431:14
**standard** [4] - 379:17, 380:1, 399:11, 399:12
**standards** [3] - 349:23, 381:2
**standing** [2] - 339:4, 400:14
**standpoint** [3] - 353:14, 388:6, 422:23
**Stanley** [1] - 340:3
**star** [1] - 365:13
**stark** [1] - 360:10
**start** [4] - 334:22, 335:8, 411:6, 413:8
**starting** [3] - 379:20, 386:20, 461:22
**starts** [2] - 361:8, 443:3
**state** [3] - 335:18, 338:22, 423:2
**State** [1] - 412:12
**STATE** [1] - 332:4
**stated** [2] - 424:4, 443:9
**statement** [13] - 420:14, 420:21, 420:23, 420:24, 421:12, 421:22,

431:13, 431:18, 431:22, 440:13, 442:12, 458:22
**statements** [1] - 459:8
**States** [5] - 334:8, 335:12, 335:13, 427:20, 465:14
**STATES** [4] - 330:1, 330:7, 330:12, 330:15
**stations** [2] - 400:11, 400:25
**statistical** [4] - 379:11, 379:15, 380:6, 381:2
**statistics** [1] - 380:25
**status** [3] - 420:4, 461:14, 464:5
**stay** [2] - 397:8, 457:11
**stenography** [1] - 332:12
**step** [1] - 379:9
**steps** [2] - 412:9, 459:9
**STEVE** [1] - 330:17
**stick** [1] - 457:23
**sticky** [1] - 410:11
**still** [19] - 335:3, 343:12, 346:15, 348:13, 365:9, 365:10, 377:4, 383:17, 402:22, 402:24, 405:14, 405:16, 412:8, 412:16, 421:4, 430:17, 437:19, 440:6, 454:1
**stomach** [1] - 392:12
**stopped** [1] - 442:6
**storms** [1] - 464:17
**straightforward** [1] - 419:18
**stranded** [4] - 389:9, 402:12, 459:1, 461:5
**stranding** [5] - 389:1, 389:3, 389:4, 391:13, 453:17
**strandings** [5] - 385:15, 386:9, 391:8, 391:18, 458:9
**Street** [1] - 331:24, 332:10
**stress** [2] - 380:13, 384:2
**stressed** [1] - 347:11
**stressful** [2] - 383:16, 383:17
**stressor** [1] - 380:12

**stressors** [2] - 391:21, 407:18

**strictly** [1] - 431:5, 431:13

**strike** [3] - 376:1, 445:4, 445:14

**striking** [1] - 419:20

**strong** [4] - 342:3, 344:4, 345:15, 348:5

**strongly** [2] - 416:4, 442:1

**structures** [1] - 366:13

**studied** [5] - 368:12, 368:17, 371:18, 414:9, 445:21

**studies** [23] - 338:17, 339:1, 344:8, 348:6, 373:19, 383:11, 384:5, 386:19, 388:8, 390:11, 393:19, 393:21, 397:15, 399:9, 408:19, 409:6, 411:25, 425:5, 425:6, 429:24, 439:2, 446:22, 448:2

**Studies** [1] - 339:3

**study** [29] - 336:5, 339:1, 390:7, 390:25, 394:24, 395:6, 395:7, 398:7, 398:10, 398:11, 398:13, 398:14, 398:15, 419:9, 427:9, 442:14, 442:19, 445:19, 446:22, 447:17, 447:21, 447:22, 447:25, 448:3, 450:9, 451:6, 451:11

**studying** [1] - 445:18

**sub** [3] - 346:9, 346:20, 347:17

**subject** [12] - 337:8, 349:12, 350:15, 364:2, 372:4, 375:23, 411:20, 414:13, 415:10, 417:24, 419:23, 437:13

**subjected** [1] - 349:13

**sublethal** [1] - 346:24

**submerged** [1] - 405:10

**subsequent** [3] - 403:25, 408:19, 409:1

**subsequently** [2] - 404:4, 408:2

**substantial** [7] - 360:11, 388:25,

389:5, 410:5, 410:7, 419:4, 419:8

**substantially** [2] - 398:23, 398:24

**substrates** [1] - 446:12

**subsurface** [2] - 406:16, 421:17

**such** [9] - 345:8, 361:11, 374:16, 378:18, 424:5, 439:14, 439:18, 441:6, 454:8

**suffer** [1] - 396:9

**suffered** [3] - 337:23, 345:22, 347:14

**sufficient** [5] - 348:3, 349:16, 373:21, 439:20, 441:8

**suggest** [10] - 346:13, 358:6, 384:2, 389:14, 393:16, 397:15, 398:1, 398:7, 398:25, 434:15

**suggested** [6] - 368:20, 369:16, 383:11, 397:2, 398:5, 421:5

**suggesting** [1] - 437:14

**suggestion** [2] - 369:10, 410:9

**suggestions** [1] - 421:3

**suggests** [9] - 342:24, 348:4, 358:6, 374:15, 377:13, 391:1, 422:21, 436:10, 454:3

**Suite** [2] - 331:19, 332:2

**summarize** [4] - 340:17, 341:4, 341:17, 393:14

**summarized** [1] - 453:24

**summarizes** [3] - 350:11, 385:22, 386:2

**summarizing** [18] - 338:5, 344:14, 345:23, 362:2, 364:17, 372:14, 374:9, 378:5, 382:12, 385:7, 386:21, 389:23, 395:13, 399:15, 404:22, 406:8, 408:13, 411:4

**summary** [12] - 347:22, 374:7, 375:19, 377:12, 377:19, 377:25,

428:10, 434:8, 444:13, 452:8, 458:22

**sunk** [4] - 345:7, 383:2, 383:4, 399:5

**supervise** [1] - 338:16

**support** [3] - 372:22, 373:25, 442:15

**supported** [2] - 350:5, 435:24

**sure** [14] - 334:20, 335:10, 337:15, 352:6, 355:11, 356:6, 358:3, 359:3, 398:20, 398:23, 431:19, 458:15, 461:2, 464:2

**surface** [59] - 344:6, 345:4, 345:9, 345:13, 345:15, 346:11, 346:14, 352:23, 355:1, 355:2, 355:9, 355:15, 360:18, 361:16, 361:20, 370:23, 371:1, 372:5, 372:6, 372:8, 372:15, 372:18, 373:2, 374:3, 374:14, 374:17, 377:20, 378:16, 382:11, 382:12, 384:19, 384:20, 385:1, 385:3, 395:14, 406:14, 407:7, 411:17, 415:2, 415:5, 415:10, 417:23, 418:22, 418:25, 419:6, 419:12, 419:23, 429:1, 429:2, 433:20, 433:22, 434:24, 438:6, 449:5

**surmise** [1] - 401:21

**survey** [8] - 356:5, 357:17, 399:23, 400:22, 401:14, 427:9, 427:16, 464:9

**surveyed** [6] - 378:13, 384:8, 401:9, 460:25, 461:2, 464:11

**surveying** [1] - 402:11

**surveys** [15] - 353:20, 354:3, 356:6, 379:1, 383:5, 399:22, 400:6, 400:12, 402:9, 403:14, 403:16, 449:23, 455:25, 464:6, 464:7

**survival** [12] - 347:22, 374:7, 375:19, 377:12, 377:19, 377:25,

387:3, 391:4, 397:7, 407:25, 439:19, 441:7

**survive** [4] - 377:22, 379:19, 388:13, 388:15

**survived** [2] - 369:7, 388:16

**surviving** [1] - 383:16

**SUSANNAH** [1] - 332:5

**susceptible** [7] - 345:20, 385:4, 385:5, 399:2, 407:16, 454:7, 454:8

**suspension** [1] - 418:7

**swim** [1] - 375:8

**swimming** [2] - 377:22, 385:1

**SWORN** [1] - 335:16

**synthesis** [1] - 382:2

**Synthesis** [1] - 435:25

**system** [6] - 345:22, 355:4, 355:7, 367:20, 373:10, 405:23

**systems** [1] - 341:23

# T

**T** [1] - 331:10

**table** [14] - 385:7, 385:18, 385:25, 386:2, 386:11, 386:13, 387:6, 426:25, 452:15, 452:21, 461:13, 461:16, 461:23

**Table** [1] - 385:21

**tables** [5] - 350:9, 385:14, 385:20, 426:19, 458:1

**take** [26] - 335:18, 337:6, 339:13, 341:12, 344:6, 352:13, 354:7, 359:5, 359:7, 362:12, 372:2, 379:6, 380:9, 381:4, 387:15, 397:3, 397:6, 405:5, 410:13, 412:22, 418:20, 418:21, 436:17, 437:20, 448:10, 458:3

**taken** [7] - 353:9, 359:3, 375:16, 397:10, 416:15, 428:7, 462:15

**TAKEN** [2] - 412:25,

465:7

**takes** [5] - 358:24, 360:13, 371:13, 382:6, 399:25

**taking** [4] - 412:9, 421:10, 437:16, 459:22

**talk** [21] - 345:11, 346:9, 348:17, 350:19, 354:18, 356:11, 362:1, 364:19, 367:22, 374:1, 379:10, 379:15, 383:13, 388:22, 396:17, 406:7, 444:11, 446:3, 446:8, 447:18, 450:5

**talked** [13] - 347:6, 349:8, 369:15, 384:21, 385:10, 389:20, 421:21, 429:15, 439:2, 441:11, 441:15, 442:24, 448:13

**talking** [10] - 349:9, 350:11, 359:17, 375:1, 375:3, 380:8, 419:1, 433:15, 445:11, 446:11

**talks** [2] - 459:13, 459:15

**tar** [2] - 405:9, 422:5

**tar-like** [1] - 422:5

**taught** [1] - 344:5

**Taylor** [7] - 351:21, 355:21, 356:3, 404:12, 408:12, 408:14, 408:24

**Taylor's** [3] - 408:16, 409:3, 410:17

**team** [2] - 410:3, 446:22

**teams** [1] - 403:17

**technical** [1] - 350:14

**technique** [6] - 350:2, 350:3, 351:11, 353:19, 430:1, 430:16

**techniques** [1] - 408:19

**teeming** [2] - 455:6, 455:16

**tell** [9] - 336:11, 355:25, 371:16, 384:17, 397:21, 402:25, 446:5, 455:18, 456:9

**telling** [1] - 420:10

**temperature** [1] - 396:2

ten [5] - 369:21,
371:23, 379:24,
398:5, 452:21
  tend [4] - 374:3,
396:4, 422:8, 429:9
  tended [1] - 404:9
  tender [1] - 340:20
  tentacles [1] -
365:12
  term [11] - 339:3,
342:11, 342:21,
347:20, 384:15,
384:17, 403:9,
407:14, 411:21,
439:13, 442:22
  terms [15] - 336:20,
344:20, 349:9, 387:2,
391:8, 398:8, 404:10,
406:4, 410:19,
423:11, 430:14,
433:14, 443:19,
454:2, 464:5
  terns [1] - 395:20
  Terrebonne [1] -
401:12
  Terry [3] - 420:1,
420:9, 420:10
  test [5] - 380:3,
430:9, 430:18, 433:4,
433:9
  testified [5] - 376:22,
416:15, 443:22,
461:25, 462:6
  TESTIFIED [1] -
335:16
  testify [3] - 376:2,
376:10, 376:11
  testifying [6] - 351:4,
355:11, 376:2, 376:5,
413:9, 461:24
  testimony [11] -
335:24, 341:8, 377:9,
385:6, 403:20, 417:7,
443:25, 444:15,
462:2, 462:4, 462:25
  Texas [7] - 356:10,
357:18, 401:1,
402:15, 404:8, 404:9
  texture [2] - 406:3,
407:9
  than [49] - 341:6,
354:5, 356:14,
357:19, 358:10,
359:25, 364:24,
366:22, 371:23,
372:13, 374:1, 389:9,
395:6, 396:14,
396:24, 397:6, 398:5,
398:9, 398:24,
401:24, 402:17,

411:9, 414:22, 417:2,
417:5, 417:14,
417:19, 421:17,
422:2, 422:16,
424:17, 426:19,
427:23, 428:6,
438:10, 438:11,
447:6, 447:22, 449:5,
456:14, 459:3,
459:12, 459:15,
459:24, 461:17,
463:2, 464:19
  thank [33] - 334:19,
335:9, 337:12,
337:14, 341:15,
354:7, 358:12,
358:13, 358:16,
370:11, 372:2,
412:20, 413:4, 415:1,
417:12, 418:6,
418:15, 421:16,
431:25, 432:23,
423:17, 438:17,
442:14, 445:16,
450:5, 453:9, 457:17,
463:6, 463:19,
464:25, 465:2, 465:3
  Thank [1] - 352:13
  Thanks [1] - 420:9
  that [1073] - 334:15,
334:24, 334:25,
335:1, 335:3, 335:5,
335:6, 335:24,
335:25, 336:3, 336:6,
336:14, 336:16,
337:4, 337:5, 337:7,
337:24, 338:2,
338:11, 338:16,
339:2, 339:9, 339:13,
339:15, 339:19,
340:5, 340:6, 340:10,
340:23, 341:6,
341:22, 342:2, 342:3,
342:4, 342:5, 342:6,
342:13, 342:15,
342:24, 342:25,
343:1, 343:6, 343:7,
343:9, 343:14,
343:15, 343:18,
343:19, 343:21,
343:22, 343:24,
344:2, 344:3, 344:4,
344:12, 344:24,
345:4, 345:5, 345:6,
345:7, 345:8, 345:9,
345:12, 345:13,
345:14, 345:15,
345:21, 345:22,
346:4, 346:7, 346:9,
346:12, 346:13,
346:14, 346:16,

346:22, 346:23,
347:2, 347:3, 347:4,
347:6, 347:8, 347:11,
347:13, 347:24,
348:2, 348:4, 348:9,
348:13, 348:14,
348:23, 349:1, 349:8,
349:9, 349:11,
349:15, 349:17,
349:20, 349:22,
349:24, 350:3, 350:4,
350:5, 350:10,
350:11, 350:12,
350:21, 350:23,
351:1, 351:2, 351:6,
351:10, 351:15,
351:16, 351:17,
352:3, 352:13,
352:16, 353:1, 353:2,
353:4, 353:5, 353:6,
353:7, 353:18,
353:20, 353:21,
353:22, 353:23,
353:25, 354:10,
354:12, 354:16,
354:19, 354:25,
355:2, 355:3, 355:5,
355:8, 355:9, 355:10,
355:11, 355:13,
356:6, 356:13,
356:17, 356:18,
356:25, 357:13,
357:15, 357:20,
358:1, 358:2, 358:4,
358:6, 358:7, 358:9,
358:11, 358:23,
358:25, 359:5,
359:11, 359:20,
359:21, 360:8,
360:10, 360:13,
360:15, 360:16,
360:20, 360:25,
361:2, 361:3, 361:8,
361:13, 361:15,
361:18, 361:20,
361:22, 362:8, 362:9,
362:11, 362:14,
362:18, 362:20,
362:22, 362:23,
362:24, 363:2, 363:4,
363:15, 363:17,
363:19, 363:22,
363:23, 363:24,
363:25, 364:8,
364:16, 364:19,
364:20, 364:23,
364:25, 365:7,
365:13, 365:18,
365:22, 366:3, 366:5,
366:7, 366:9, 366:11,
366:22, 366:23,

366:25, 367:1, 367:3,
367:4, 367:6, 367:18,
367:23, 367:25,
368:1, 368:9, 368:13,
368:15, 368:17,
368:20, 368:21,
368:23, 368:25,
369:1, 369:2, 369:3,
369:5, 369:6, 369:10,
369:16, 369:18,
370:1, 370:2, 370:5,
370:6, 370:17,
370:19, 370:21,
370:25, 371:5, 371:8,
371:9, 371:13,
371:20, 371:25,
372:10, 372:19,
372:20, 372:21,
372:23, 373:5, 373:8,
373:13, 373:14,
373:16, 373:18,
373:19, 373:20,
373:21, 373:23,
374:2, 374:5, 374:6,
374:13, 374:15,
374:17, 374:20,
375:4, 375:10,
375:12, 375:13,
375:16, 375:18,
375:23, 376:1, 376:5,
376:7, 376:8, 376:14,
376:16, 377:1, 377:5,
377:13, 377:14,
377:15, 377:17,
377:20, 377:21,
377:25, 378:11,
378:13, 378:14,
379:11, 379:17,
379:22, 379:23,
380:2, 380:4, 380:5,
380:9, 380:10,
380:13, 380:14,
380:16, 380:19,
380:21, 380:23,
381:5, 381:8, 381:13,
381:16, 381:19,
381:20, 382:6, 382:8,
382:11, 382:17,
382:19, 382:20,
382:24, 382:25,
383:3, 383:6, 383:11,
383:12, 383:19,
383:20, 384:3, 384:5,
384:8, 384:10,
384:11, 384:16,
384:17, 384:21,
384:22, 384:25,
385:6, 385:10,
385:11, 385:19,
385:20, 385:22,
386:2, 386:3, 386:4,

386:5, 386:6, 386:9,
386:13, 386:17,
387:7, 387:9, 387:11,
387:12, 387:13,
387:16, 387:17,
387:19, 388:7, 388:8,
388:11, 388:12,
388:14, 388:16,
388:18, 388:22,
388:25, 389:1, 389:3,
389:7, 389:10,
389:14, 389:16,
389:17, 389:18,
389:19, 389:22,
390:5, 390:7, 390:16,
390:20, 390:21,
391:1, 391:9, 391:10,
391:11, 391:16,
391:17, 391:21,
392:2, 392:7, 392:11,
392:13, 392:14,
393:4, 393:6, 393:8,
393:13, 393:15,
393:16, 393:19,
394:1, 394:4, 394:7,
394:8, 394:9, 394:11,
394:15, 394:23,
394:24, 395:1, 395:4,
395:9, 395:11,
395:18, 395:23,
396:3, 396:9, 396:10,
396:12, 396:13,
396:14, 396:18,
396:19, 396:24,
396:25, 397:2, 397:5,
397:11, 397:20,
397:23, 398:1, 398:2,
398:3, 398:5, 398:6,
398:8, 398:10,
398:22, 399:2, 399:4,
399:5, 399:6, 399:11,
399:22, 399:25,
400:2, 400:6, 400:11,
400:16, 400:22,
401:1, 401:4, 401:6,
401:7, 401:10,
401:14, 401:15,
401:21, 401:22,
401:24, 402:1,
402:13, 402:14,
402:16, 402:17,
402:18, 402:22,
403:8, 403:9, 403:14,
403:17, 404:2, 404:3,
404:12, 404:17,
404:18, 404:25,
405:1, 405:5, 405:7,
405:8, 405:12,
405:23, 405:24,
406:2, 406:11,
406:15, 406:19,

406:21, 407:8,
407:16, 407:23,
407:24, 408:3, 408:6,
408:20, 408:21,
408:25, 409:2, 409:5,
409:7, 409:10, 410:6,
410:7, 410:9, 410:10,
410:13, 410:19,
410:20, 410:21,
410:23, 410:24,
410:25, 411:3, 411:8,
411:9, 411:11,
411:13, 411:17,
411:18, 411:25,
412:1, 412:3, 412:4,
412:5, 412:11,
412:15, 412:17,
413:9, 413:12,
413:16, 413:19,
413:23, 414:3, 414:8,
414:11, 414:12,
414:15, 414:23,
414:25, 415:1, 415:6,
415:15, 415:20,
415:22, 416:9,
416:13, 416:18,
416:19, 417:2, 417:3,
417:7, 417:9, 417:14,
417:17, 417:18,
417:19, 417:20,
418:8, 418:10,
418:11, 418:12,
418:20, 418:21,
419:4, 419:9, 419:18,
419:19, 419:22,
420:1, 420:11,
420:17, 420:18,
420:20, 420:21,
421:5, 421:8, 421:9,
421:10, 421:12,
421:14, 421:19,
422:1, 422:4, 422:5,
422:7, 422:17,
422:21, 422:25,
423:3, 423:6, 423:8,
423:9, 423:14,
423:16, 423:20,
423:25, 424:1, 424:3,
424:5, 424:13,
424:21, 424:22,
425:3, 425:5, 425:6,
425:8, 425:9, 425:14,
425:18, 425:20,
426:4, 426:5, 426:19,
426:20, 426:25,
427:8, 427:11,
427:13, 427:18,
428:4, 428:6, 428:9,
428:13, 428:14,
428:15, 428:19,
429:7, 429:11,

429:12, 429:21,
429:22, 429:25,
430:1, 430:3, 430:5,
430:6, 430:8, 430:9,
430:12, 430:15,
430:17, 430:20,
430:21, 430:24,
431:1, 431:2, 431:3,
431:4, 431:6, 431:7,
431:8, 431:9, 431:14,
431:15, 431:22,
432:7, 432:11,
432:13, 432:19,
432:21, 432:25,
433:1, 433:6, 433:8,
433:12, 433:13,
433:20, 433:21,
433:24, 433:25,
434:5, 434:7, 434:14,
434:18, 434:25,
435:4, 435:5, 435:8,
435:10, 435:14,
435:15, 435:17,
435:18, 435:19,
435:20, 435:22,
436:1, 436:3, 436:9,
436:10, 436:14,
436:15, 436:16,
436:17, 436:18,
436:20, 436:21,
437:6, 437:9, 437:13,
437:14, 437:23,
438:3, 438:5, 438:7,
438:8, 438:17, 439:1,
439:2, 439:7, 439:11,
439:12, 439:16,
439:21, 439:22,
439:23, 440:1,
440:18, 441:3, 441:4,
441:9, 441:14,
441:18, 441:19,
441:20, 441:21,
441:23, 441:25,
442:2, 442:4, 442:5,
442:6, 442:9, 442:11,
442:12, 442:15,
442:19, 442:25,
443:2, 443:4, 443:13,
443:21, 443:22,
444:2, 444:12,
444:13, 444:14,
444:19, 445:9, 445:14,
444:20, 444:24,
445:1, 445:2, 445:4,
445:7, 445:24, 446:1,
446:2, 446:5, 446:6,
446:14, 446:18,
446:22, 446:23,
446:25, 447:1, 447:3,
447:11, 447:12,
447:13, 447:15,

447:19, 447:21,
447:23, 447:25,
448:4, 448:11,
448:15, 448:16,
448:18, 449:1, 449:3,
449:7, 449:9, 449:11,
449:13, 449:14,
449:16, 449:17,
449:18, 449:19,
449:21, 449:23,
449:24, 449:25,
450:2, 450:3, 450:5,
450:6, 450:20,
450:24, 451:1, 451:4,
451:6, 451:15,
451:20, 451:23,
451:24, 451:25,
452:5, 452:7, 452:16,
452:21, 453:3, 453:5,
453:6, 453:10,
453:11, 453:12,
453:22, 453:23,
454:2, 454:3, 454:6,
454:9, 454:12,
454:13, 454:16,
454:17, 454:18,
454:19, 454:23,
455:2, 455:4, 455:9,
455:15, 455:23,
456:2, 456:3, 456:5,
456:7, 456:8, 456:9,
456:10, 456:13,
456:16, 456:17,
456:18, 456:20,
456:24, 457:1, 457:2,
457:3, 457:6, 457:19,
458:1, 458:2, 458:5,
458:10, 458:11,
458:16, 458:18,
458:20, 458:22,
459:4, 459:5, 459:14,
459:18, 459:20,
459:21, 459:24,
460:12, 460:15,
460:21, 460:24,
461:3, 461:4, 461:7,
461:11, 461:13,
461:17, 461:20,
461:24, 461:25,
462:2, 462:5, 462:6,
462:8, 462:10,
462:11, 462:14,
462:17, 462:19,
462:20, 462:25,
463:2, 463:3, 463:4,
463:8, 463:13,
463:15, 463:21,
464:3, 464:8, 464:11,
464:14, 464:16,
464:17, 464:18,
464:24, 465:15

**That's** [1] - 448:20
**that's** [173] - 334:18,
334:23, 335:3, 336:4,
336:25, 342:18,
342:20, 343:3,
347:12, 347:19,
347:20, 350:13,
353:3, 354:5, 355:13,
356:7, 356:12,
356:14, 360:7,
360:19, 362:21,
366:21, 367:10,
369:19, 369:20,
371:13, 373:6,
375:16, 375:23,
377:5, 379:21, 380:7,
380:11, 380:19,
381:18, 382:20,
384:14, 387:10,
389:13, 392:12,
392:18, 394:25,
395:4, 396:13, 399:8,
399:10, 401:8, 402:2,
404:15, 404:16,
405:19, 411:3, 411:9,
413:15, 413:21,
414:7, 414:24, 415:4,
415:8, 415:11,
415:13, 415:19,
415:24, 417:4, 417:9,
417:11, 419:1, 419:3,
419:7, 420:5, 420:10,
421:15, 422:13,
422:18, 423:12,
423:15, 424:3,
424:24, 426:10,
426:17, 427:1,
427:21, 428:7,
428:18, 428:21,
428:23, 429:12,
430:2, 430:19,
431:13, 431:21,
432:22, 433:6,
433:16, 434:8,
434:17, 434:21,
434:22, 434:23,
434:25, 435:3, 436:6,
436:22, 437:18,
438:8, 438:19, 439:4,
440:16, 440:17,
440:19, 440:22,
441:23, 442:1,
442:17, 442:22,
443:4, 443:8, 444:6,
445:1, 445:11, 446:3,
446:4, 446:9, 446:15,
446:16, 446:20,
446:21, 447:10,
447:12, 448:7, 448:8,
448:9, 449:8, 449:11,
449:20, 450:4,

450:15, 450:18,
451:14, 451:17,
451:18, 451:19,
451:23, 451:24,
452:22, 453:2,
453:24, 454:12,
454:20, 455:3,
455:20, 456:19,
456:23, 458:3,
458:12, 458:21,
459:7, 460:22,
461:16, 461:21,
462:9, 463:4, 463:5,
463:6

**THE** [64] - 330:3,
330:4, 330:12,
330:15, 332:4, 333:4,
334:6, 334:18,
334:20, 335:5,
335:10, 335:14,
335:15, 335:18,
335:20, 336:8,
336:25, 337:13,
337:15, 340:22,
341:1, 341:12,
346:19, 346:21,
346:22, 347:1,
347:15, 356:24,
357:5, 357:7, 357:8,
357:21, 357:23,
357:25, 358:3,
358:12, 358:16,
376:4, 376:10, 377:7,
377:11, 392:24,
393:1, 393:2, 393:4,
393:9, 393:12,
393:13, 412:22,
412:24, 413:2,
417:14, 444:2, 444:5,
445:9, 445:14, 457:8,
457:12, 457:16,
463:8, 465:2, 465:3,
465:4, 465:6

**their** [43] - 334:8,
335:7, 335:25, 347:7,
349:18, 349:19,
355:23, 358:5,
362:10, 367:16,
368:20, 373:17,
374:3, 374:4, 374:6,
375:3, 375:19,
377:25, 381:15,
381:16, 382:20,
385:15, 387:3, 387:4,
390:13, 390:17,
391:4, 394:5, 394:6,
395:24, 395:25,
396:1, 396:5, 399:3,
402:11, 402:19,
410:12, 410:14,
442:4, 449:4, 459:2,

459:3
  **Their** [1] - 443:2
  **themselves** [3] -
383:23, 392:22,
429:21
  **theories** [1] - 368:18
  **there's** [30] - 344:11,
345:15, 346:23,
347:1, 348:3, 348:6,
362:20, 364:4,
367:14, 368:2, 369:8,
372:8, 373:13,
374:19, 382:25,
384:17, 385:9, 388:7,
389:16, 394:3,
397:17, 402:25,
412:12, 418:10,
419:22, 424:19,
449:18, 450:5, 454:2,
464:15
  **therefore** [2] -
360:20, 363:25
  **thereof** [1] - 433:10
  **thermoregulate** [1] -
396:1
  **these** [135] - 336:2,
336:10, 336:14,
340:1, 341:8, 343:16,
344:7, 344:17,
344:20, 348:24,
349:21, 351:7,
351:15, 351:20,
353:8, 353:12,
353:19, 357:12,
359:5, 362:13,
362:16, 363:19,
364:5, 364:10,
364:20, 364:23,
364:25, 365:3,
365:13, 366:10,
366:12, 366:16,
367:6, 367:8, 367:17,
367:19, 368:19,
369:6, 370:23,
371:16, 371:18,
373:3, 373:13,
373:21, 373:23,
373:25, 374:5,
374:14, 375:8,
375:21, 376:17,
376:19, 376:20,
377:2, 377:13,
378:16, 378:23,
379:1, 379:12,
379:13, 379:23,
382:1, 382:18, 383:1,
383:8, 384:4, 384:9,
385:16, 385:17,
386:20, 388:5,
388:16, 389:16,

390:4, 390:11,
390:15, 390:18,
390:21, 391:1, 391:8,
391:11, 393:21,
394:1, 394:3, 394:14,
394:21, 395:2, 395:3,
397:11, 397:13,
399:13, 400:6,
400:12, 400:13,
400:15, 400:25,
401:19, 403:5,
403:17, 403:20,
403:21, 403:24,
405:7, 405:9, 405:17,
406:2, 407:19, 408:7,
409:4, 409:8, 409:19,
409:25, 410:10,
411:10, 411:18,
412:1, 412:13, 416:5,
417:1, 421:8, 421:10,
423:16, 425:9,
429:18, 433:22,
434:1, 443:16, 444:4,
448:18, 457:4, 460:5,
464:7
  **they're** [25] - 337:2,
340:2, 344:3, 345:10,
347:8, 347:21,
363:18, 364:2, 374:5,
387:1, 392:13, 396:2,
399:4, 401:20,
402:10, 402:19,
402:20, 407:19,
408:4, 412:16,
419:15, 423:19,
432:21
  **they've** [2] - 404:9,
409:22
  **thing** [8] - 349:20,
364:12, 408:6,
416:19, 440:10,
457:2, 457:20, 457:22
  **things** [25] - 336:1,
336:2, 344:12, 345:9,
348:2, 348:13, 349:9,
367:8, 372:25, 380:7,
380:9, 391:6, 392:8,
397:10, 398:22,
403:5, 405:7, 407:24,
412:13, 421:2,
423:18, 429:15,
441:18, 443:20,
458:13
  **think** [105] - 334:22,
335:1, 335:4, 335:25,
336:3, 336:9, 336:17,
336:20, 336:25,
338:25, 346:22,
349:11, 351:6, 353:1,
354:10, 354:16,

356:7, 356:16,
356:22, 358:22,
359:18, 361:18,
367:25, 369:24,
372:11, 376:4, 377:5,
377:7, 377:8, 378:23,
379:5, 379:9, 379:18,
381:12, 388:2, 388:7,
388:14, 389:13,
391:7, 392:6, 392:18,
393:13, 394:21,
395:19, 396:12,
399:8, 399:10,
399:12, 403:19,
404:5, 404:8, 404:15,
404:16, 409:1, 409:5,
410:23, 410:25,
412:11, 413:24,
414:24, 415:22,
416:2, 417:18,
417:20, 419:7, 420:9,
421:5, 424:21,
425:15, 429:23,
432:6, 432:11,
432:12, 432:21,
432:22, 434:3,
436:23, 440:25,
441:23, 442:12,
443:25, 444:16,
445:10, 445:13,
448:5, 452:7, 453:24,
454:17, 456:7,
456:17, 456:19,
457:1, 459:9, 462:5,
462:19, 463:6, 464:1
  **thinking** [2] - 428:11,
457:16
  **thinks** [1] - 404:16
  **third** [8] - 340:12,
352:3, 379:6, 393:7,
401:17, 424:24,
425:1, 449:1
  **thirdly** [1] - 396:7
  **THIS** [1] - 330:6
  **this** [319] - 334:14,
335:7, 336:5, 336:18,
336:20, 336:23,
337:1, 337:4, 337:21,
337:25, 339:20,
340:2, 340:14,
340:20, 341:5,
341:10, 342:7,
343:18, 344:2,
344:13, 344:22,
345:1, 346:16,
346:21, 347:11,
347:12, 347:14,
348:22, 348:24,
349:1, 349:22, 350:2,
350:17, 351:17,

351:22, 352:7, 352:8,
352:9, 352:21, 353:1,
353:6, 353:24, 354:3,
354:4, 354:5, 354:13,
354:21, 356:15,
356:21, 356:22,
356:24, 356:25,
357:2, 357:7, 357:14,
357:17, 358:9,
358:14, 358:18,
358:20, 358:22,
360:2, 360:5, 360:12,
360:19, 360:22,
361:2, 361:6, 361:14,
361:24, 362:1, 362:8,
362:13, 362:19,
362:21, 362:22,
363:3, 363:6, 363:7,
363:9, 363:11,
363:15, 364:14,
364:22, 364:23,
365:4, 365:5, 365:8,
365:11, 365:15,
365:16, 366:8,
366:10, 366:15,
366:19, 366:20,
367:1, 367:13,
367:15, 368:4, 368:5,
368:9, 368:13,
368:17, 368:21,
368:23, 369:1, 369:7,
369:8, 369:9, 370:15,
370:16, 370:19,
371:2, 371:7, 371:11,
371:24, 373:11,
373:20, 374:19,
375:13, 375:20,
375:21, 376:10,
376:17, 377:11,
377:12, 377:24,
380:1, 380:2, 380:12,
381:13, 381:21,
381:23, 382:4, 383:8,
383:13, 384:2,
384:11, 384:12,
384:14, 385:2,
385:20, 385:21,
385:25, 386:2, 386:4,
386:11, 386:12,
386:13, 386:17,
386:18, 387:13,
387:19, 387:22,
388:10, 388:12,
388:14, 388:18,
388:19, 389:19,
390:5, 390:25, 391:1,
391:3, 391:12,
391:13, 391:16,
391:18, 391:21,
391:24, 392:16,
393:2, 394:4, 394:12,

394:13, 394:23,
396:22, 397:16,
397:17, 397:19,
397:24, 398:11,
398:13, 398:14,
398:19, 398:21,
398:22, 399:9,
399:25, 400:4,
400:11, 400:21,
401:6, 401:8, 401:18,
401:25, 402:25,
403:9, 404:5, 405:1,
405:4, 405:5, 405:13,
406:22, 407:5, 408:2,
409:12, 409:14,
410:6, 410:20, 411:7,
411:21, 412:2,
412:18, 412:21,
414:21, 415:14,
415:16, 415:19,
415:21, 416:2, 416:3,
416:6, 416:14,
416:16, 416:17,
416:23, 418:23,
419:22, 420:1, 420:6,
420:10, 420:13,
421:1, 421:2, 421:11,
421:21, 421:22,
423:1, 423:16, 428:3,
429:23, 431:3, 431:9,
431:12, 431:19,
431:20, 432:17,
435:4, 435:19,
436:13, 436:25,
437:1, 437:11,
437:23, 437:24,
438:1, 438:21,
438:23, 439:2, 439:5,
439:23, 440:1,
440:13, 440:20,
440:23, 441:4, 441:5,
442:8, 442:25,
443:15, 443:24,
444:1, 444:15, 446:4,
446:10, 446:22,
446:25, 447:1,
448:17, 448:23,
450:9, 450:14, 451:6,
451:11, 452:5, 454:1,
454:2, 455:14,
455:21, 455:22,
456:5, 458:17,
458:19, 458:21,
459:5, 459:7, 459:12,
459:17, 460:14,
460:15, 460:18,
461:7, 461:22, 462:24
  **THOMAS** [1] -
331:23
  **thorough** [1] -
428:13

those [103] - 336:3, 336:21, 337:10, 338:20, 341:5, 341:25, 343:25, 347:5, 347:9, 349:3, 349:11, 350:24, 351:9, 357:19, 361:5, 362:2, 363:3, 363:13, 364:4, 364:17, 366:24, 370:1, 371:21, 371:22, 372:2, 372:8, 374:9, 375:24, 376:20, 377:14, 378:10, 378:15, 378:17, 379:13, 381:18, 383:4, 384:2, 384:24, 386:5, 386:6, 387:8, 387:15, 387:16, 387:25, 388:3, 388:23, 390:18, 390:21, 397:10, 399:3, 400:5, 400:7, 400:8, 401:3, 403:16, 406:8, 406:21, 410:1, 410:7, 411:20, 413:24, 420:23, 422:4, 422:5, 422:6, 422:8, 423:18, 424:11, 425:15, 425:21, 426:13, 426:19, 426:20, 427:4, 427:12, 427:17, 427:23, 428:11, 428:19, 431:16, 433:14, 434:14, 434:18, 440:2, 440:3, 440:5, 442:7, 442:12, 445:24, 447:23, 449:20, 449:23, 449:25, 450:3, 452:21, 457:2, 458:12, 462:15
though [11] - 347:20, 355:4, 360:7, 363:18, 369:5, 377:24, 400:17, 414:17, 422:7, 424:9, 427:13
thought [9] - 342:2, 343:18, 356:25, 357:7, 376:8, 387:13, 421:12, 436:18, 457:14
thousands [2] - 369:25, 396:10
threatened [2] - 387:1, 391:3
three [16] - 334:9, 334:10, 339:3, 340:2,

351:9, 365:9, 366:17, 374:25, 394:10, 395:22, 425:15, 444:22, 445:23, 445:24, 446:3
three-year [1] - 339:3
through [14] - 361:24, 373:10, 377:9, 386:12, 390:3, 402:25, 415:14, 419:16, 419:19, 428:3, 443:15, 456:4, 457:24, 462:24
throughout [2] - 413:24, 414:4
tide [1] - 408:20
tides [1] - 464:16
tied [1] - 385:13
tile [1] - 375:9
time [44] - 334:17, 335:4, 339:16, 340:5, 340:20, 341:7, 341:10, 342:7, 343:16, 343:18, 347:14, 347:22, 354:20, 366:7, 369:7, 371:8, 380:8, 394:19, 399:23, 402:22, 403:9, 408:20, 409:23, 410:1, 412:21, 414:15, 414:17, 417:17, 419:5, 422:6, 424:13, 434:21, 435:2, 435:3, 436:9, 443:9, 444:18, 445:7, 446:4, 447:17, 457:13, 458:18, 458:25, 459:21
times [5] - 334:7, 389:10, 389:12, 398:2, 398:23
tip [2] - 396:13, 406:24
tissue [4] - 365:18, 366:9, 407:8, 451:21
tissues [2] - 393:17, 442:4
title [5] - 352:7, 431:1, 438:22, 438:24, 439:5
TO [1] - 330:6
today [11] - 341:8, 351:4, 376:3, 376:15, 414:1, 433:15, 441:11, 441:16, 451:18, 454:13, 456:21
together [5] - 338:3, 349:4, 366:19,

381:18, 412:4
told [6] - 417:3, 435:14, 435:18, 436:6, 453:22, 455:10
tolerance [1] - 439:16
tomorrow [1] - 334:16
too [4] - 377:21, 415:12, 427:21, 450:7
took [5] - 378:19, 378:22, 379:6, 409:20, 417:6
top [5] - 363:25, 371:5, 372:12, 387:22, 452:12
topic [7] - 375:13, 376:4, 376:8, 411:2, 425:25, 435:4, 461:12
topics [2] - 336:3, 339:2
topography [1] - 360:25
TORTS [1] - 331:2
total [10] - 354:17, 371:7, 386:4, 387:10, 397:23, 400:17, 402:8, 404:13, 405:12, 460:24
totally [3] - 362:7, 401:22, 434:9
toward [1] - 415:11
toxic [11] - 350:21, 351:18, 355:6, 355:10, 361:23, 363:13, 373:22, 422:7, 429:12, 437:4, 444:22
toxicities [1] - 438:9
toxicity [13] - 343:2, 343:4, 343:5, 346:13, 373:8, 390:15, 393:20, 396:4, 430:8, 430:11, 435:25, 438:7, 438:11
toxicologist [1] - 350:21
toxicologists [1] - 382:2
toxicology [3] - 338:19, 340:9, 377:18
toxilogical [2] - 433:1, 433:13
toxins [2] - 373:17, 458:13
trace [1] - 356:10
trade [2] - 355:6, 437:3
trade-off [2] - 355:6, 437:3

training [1] - 336:16
Trajectory [1] - 409:13
transcript [3] - 332:12, 445:10, 465:15
TRANSCRIPT [1] - 330:11
transform [1] - 421:14
transforming [1] - 420:16
transparent [1] - 359:9
transport [2] - 360:20, 387:16
transported [1] - 387:18
trap [1] - 453:4
trapped [2] - 360:17, 368:16
travel [3] - 345:9, 390:3
traveling [1] - 366:21
travels [1] - 415:11
traverse [1] - 385:1
trawl [2] - 367:13, 367:14
trawling [2] - 459:20, 459:22
trawls [2] - 450:20, 450:24
treat [1] - 344:20
treated [2] - 417:1, 462:15
treatment [2] - 356:2, 460:22
tremendous [1] - 343:13
trend [2] - 380:19, 380:23
TREX [29] - 339:25, 340:14, 341:11, 351:22, 351:25, 352:6, 352:7, 357:3, 370:12, 371:3, 381:20, 385:19, 392:20, 393:21, 394:11, 398:10, 409:11, 419:25, 430:23, 435:12, 435:19, 438:22, 442:25, 452:2, 455:11, 455:22, 458:19, 459:1, 461:12
TRIAL [1] - 330:11
trial [6] - 334:7, 336:5, 336:18, 337:5, 337:11, 340:2
trials [1] - 336:17

tried [4] - 348:11, 357:13, 366:2, 369:14
tries [1] - 356:1
trivialization [1] - 356:7
trivialize [1] - 356:4
trivializes [1] - 356:17
trouble [4] - 407:19, 412:17, 460:4, 460:6
trucks [1] - 406:1
true [15] - 391:16, 414:24, 415:11, 415:13, 422:7, 423:12, 427:21, 428:8, 433:6, 440:16, 440:17, 449:13, 452:24, 453:2, 465:15
trust [2] - 413:21
trusted [1] - 429:21
trustee [1] - 338:22
try [12] - 339:15, 344:20, 367:20, 380:18, 387:12, 388:18, 389:21, 396:4, 399:20, 400:2, 452:18, 457:23
trying [23] - 349:6, 357:25, 367:12, 369:17, 379:20, 380:24, 386:8, 388:8, 393:7, 405:7, 412:13, 421:6, 422:14, 431:15, 433:14, 437:18, 440:11, 444:16, 444:17, 452:2, 452:10, 454:20, 457:23
tube [2] - 433:5, 433:9
Tulane [1] - 338:9
tuna [2] - 374:16
Tunnel's [2] - 427:12, 449:16
Tunnell [12] - 357:9, 358:19, 378:3, 378:8, 378:10, 378:20, 379:2, 381:11, 394:14, 394:18, 399:19, 427:5
Tunnell's [9] - 357:8, 378:5, 381:1, 382:4, 392:1, 392:19, 399:15, 400:10, 429:18
turbulent [2] - 418:4, 418:8
turn [1] - 411:2, 438:22, 449:3
turner [2] - 409:12,

410:3
 **turtle** [10] - 386:14, 388:11, 388:12, 388:14, 388:15, 389:1, 427:25, 456:13, 458:1, 459:9
 **turtles** [44] - 345:8, 350:12, 383:23, 384:14, 384:18, 385:3, 385:15, 386:3, 386:8, 386:21, 386:24, 386:25, 387:7, 387:8, 387:17, 387:21, 388:3, 388:15, 388:17, 388:20, 389:9, 389:11, 391:7, 391:12, 426:21, 428:4, 428:11, 455:6, 455:17, 456:16, 456:17, 456:20, 457:2, 457:3, 457:4, 457:19, 458:10, 458:16, 459:1, 460:6
 **two** [20] - 347:1, 357:11, 366:15, 370:9, 378:13, 382:16, 390:14, 397:22, 398:22, 399:23, 421:17, 433:14, 444:21, 446:24, 449:18, 450:10, 450:11, 450:16, 450:23, 451:2
 **two-year** [1] - 366:15
 **type** [3] - 366:11, 421:21, 444:23
 **types** [3] - 372:17, 393:14, 422:10

## U

 **U.S** [4] - 330:16, 331:1, 354:6, 354:13
 **uh** [3] - 396:20, 433:3, 448:7
 **uh-huh** [3] - 396:20, 433:3, 448:7
 **ultimately** [1] - 446:5
 **ultrasound** [1] - 390:18
 **UME** [1] - 453:14
 **unable** [1] - 405:22
 **unambiguously** [1] - 342:25
 **unchanged** [1] - 447:9
 **under** [10] - 339:9, 339:10, 404:3, 414:20, 416:15,

417:7, 439:5, 458:10, 458:12, 458:23
 **undergraduate** [1] - 380:25
 **undermines** [1] - 336:12
 **underneath** [2] - 366:20, 410:4
 **understand** [17] - 350:22, 358:12, 358:20, 369:17, 381:6, 392:7, 397:18, 399:1, 399:22, 408:3, 408:7, 412:11, 421:8, 426:11, 433:14, 437:6, 457:21
 **understanding** [11] - 339:19, 387:3, 396:18, 399:9, 409:7, 409:21, 411:10, 428:16, 429:11, 437:4, 465:16
 **understood** [2] - 435:18, 445:11
 **Unified** [1] - 353:21
 **uniform** [1] - 367:2
 **unique** [1] - 367:16
 **unit** [2] - 379:24, 418:2
 **United** [5] - 334:8, 335:12, 335:13, 427:20, 465:13
 **UNITED** [4] - 330:1, 330:7, 330:12, 330:15
 **universe** [3] - 355:24, 358:2, 379:7
 **University** [4] - 337:19, 338:9, 338:12, 338:13
 **unknowable** [1] - 388:8
 **unknown** [1] - 388:3
 **unless** [2] - 348:15, 431:7
 **unlike** [1] - 390:9
 **unoiled** [1] - 396:11
 **unprecedented** [1] - 354:13
 **unravel** [1] - 412:13
 **until** [1] - 465:5
 **unusual** [8] - 391:16, 391:18, 391:21, 453:16, 453:18, 463:20, 463:24, 464:3
 **up** [82] - 338:8, 339:15, 339:17, 339:25, 340:14, 341:12, 342:11, 343:21, 344:17, 346:1, 348:20,

349:12, 352:4, 352:6, 352:19, 353:10, 355:14, 355:20, 359:16, 361:6, 361:7, 362:5, 364:19, 370:12, 371:3, 371:24, 372:17, 373:16, 374:3, 374:11, 375:12, 378:7, 379:17, 381:20, 382:14, 385:13, 385:17, 385:24, 386:9, 386:10, 386:23, 387:9, 389:4, 390:1, 390:10, 391:14, 391:19, 393:19, 393:21, 394:11, 395:16, 396:25, 398:10, 399:18, 402:6, 402:20, 404:24, 406:10, 407:10, 408:16, 409:10, 409:11, 411:6, 413:19, 419:25, 420:8, 420:17, 433:19, 433:20, 438:25, 440:2, 441:4, 443:14, 444:6, 448:16, 452:10, 455:25, 456:18, 464:17
 **upon** [18] - 341:21, 342:2, 342:6, 343:1, 344:1, 348:16, 351:8, 353:6, 372:10, 380:23, 385:20, 397:23, 399:2, 399:19, 400:8, 410:9, 423:23, 449:23
 **us** [9] - 335:2, 343:15, 365:7, 409:7, 417:3, 423:8, 433:7, 441:11, 453:22
 **USA** [1] - 351:24
 **use** [22] - 342:11, 348:23, 354:21, 380:15, 395:2, 399:6, 412:1, 418:3, 422:6, 422:20, 425:7, 430:8, 432:9, 432:14, 432:17, 435:9, 436:4, 436:9, 436:12, 436:18, 437:9, 460:20
 **used** [25] - 334:9, 334:10, 342:15, 342:21, 343:3, 346:22, 347:20, 350:2, 350:25, 357:15, 366:12,

378:10, 398:6, 399:10, 399:12, 399:23, 400:7, 415:24, 423:22, 425:6, 425:9, 425:21, 426:20, 430:16, 445:1
 **uses** [3] - 380:22, 382:6, 459:13
 **using** [7] - 395:3, 401:20, 408:18, 408:19, 430:1, 433:9
 **usual** [1] - 431:10
 **usually** [2] - 350:14, 463:9
 **utilize** [1] - 436:21
 **utilized** [1] - 434:12

## V

 **v** [1] - 330:8
 **Valdez** [6] - 338:21, 338:23, 344:11, 422:2, 422:16, 460:20
 **valid** [1] - 415:14
 **validity** [1] - 398:17
 **value** [1] - 457:22
 **van** [1] - 450:6
 **variability** [1] - 380:10
 **variable** [2] - 379:12, 379:21
 **variance** [2] - 379:22, 380:4
 **variations** [2] - 399:22, 448:14
 **varies** [1] - 408:20
 **variety** [3] - 372:19, 379:19, 407:21
 **various** [13] - 357:10, 371:20, 373:20, 375:17, 385:23, 394:24, 401:9, 409:8, 409:24, 417:1, 420:16, 421:9, 427:2
 **vast** [1] - 343:12
 **vastness** [1] - 386:15
 **vegetation** [5] - 406:20, 407:7, 407:13, 407:15, 408:17
 **velocity** [3] - 360:13, 371:12, 414:22
 **Venice** [1] - 400:21
 **verify** [1] - 340:5
 **Vermilion** [1] - 450:12
 **very** [50] - 338:3, 338:17, 340:9, 342:1,

342:3, 345:5, 345:20, 348:11, 350:8, 350:20, 355:24, 356:1, 356:18, 357:12, 357:21, 358:10, 359:8, 361:2, 361:15, 362:21, 363:20, 365:6, 365:17, 367:5, 369:8, 369:21, 373:25, 375:9, 375:22, 376:20, 379:12, 381:7, 381:12, 383:19, 383:23, 394:22, 397:8, 401:10, 401:25, 409:16, 415:24, 432:4, 432:7, 432:12, 438:21, 445:4, 454:4, 461:1, 463:10, 464:25
 **video** [2] - 370:15, 371:2
 **videos** [4] - 370:9, 370:16, 371:16, 372:2
 **view** [5] - 381:3, 381:4, 431:5, 435:8, 436:4
 **viewed** [1] - 391:20
 **virtually** [3] - 343:15, 349:6, 452:13
 **visible** [14] - 402:14, 402:23, 403:15, 404:2, 404:4, 405:18, 428:24, 429:1, 429:2, 429:6, 452:24, 453:3, 461:14, 464:18
 **visibly** [8] - 386:5, 386:6, 402:8, 404:13, 452:21, 458:5, 461:14, 462:1
 **visited** [2] - 447:7, 462:13
 **visual** [2] - 403:24, 408:18
 **visually** [3] - 358:1, 395:23, 408:23
 **vitae** [1] - 340:15
 **vital** [2] - 439:18, 441:6
 **Voir** [1] - 333:8
 **VOIR** [1] - 337:16
 **volatilization** [1] - 361:22
 **volume** [1] - 418:7
 **VOLUME** [1] - 330:13
 **volumes** [1] - 354:19
 **volunteer** [1] - 401:20
 **volunteers** [1] -

400:1

# W

**wait** [1] - 352:5
**walk** [1] - 403:21
**walked** [3] - 403:21, 456:4, 457:10
**walking** [2] - 400:12, 403:20
**want** [25] - 334:7, 343:21, 348:10, 348:12, 348:16, 353:4, 353:25, 356:20, 356:23, 366:5, 375:12, 379:4, 392:1, 393:19, 395:8, 402:19, 403:21, 409:10, 413:8, 420:8, 430:3, 432:14, 435:17, 444:2, 462:4
**wanted** [6] - 350:2, 435:14, 454:17, 459:11, 460:4, 460:5
**warn** [1] - 385:18
**WAS** [3] - 335:16, 412:25, 465:7
**wash** [1] - 396:25
**washed** [5] - 386:9, 386:10, 390:10, 391:14, 399:5
**Washington** [5] - 330:25, 331:4, 331:16, 331:24, 354:6
**wasn't** [7] - 350:4, 356:7, 365:25, 423:6, 436:6, 442:23, 457:12
**watch** [1] - 410:1
**water** [33] - 345:2, 345:14, 351:14, 355:1, 358:25, 359:6, 359:24, 360:17, 361:14, 361:16, 363:22, 365:21, 365:25, 366:4, 367:9, 372:6, 373:2, 375:22, 396:1, 405:6, 414:6, 419:6, 424:7, 424:8, 424:15, 426:10, 429:2, 430:18, 434:23
**Water** [1] - 360:8
**waters** [13] - 345:2, 346:12, 352:23, 354:13, 355:9, 364:3, 371:14, 372:5, 372:18, 374:14, 374:18, 382:19, 405:4
**waves** [2] - 345:14,

403:3
**way** [19] - 339:22, 347:17, 352:9, 376:7, 387:16, 391:2, 391:14, 392:13, 395:9, 396:9, 399:5, 406:12, 410:12, 410:19, 417:1, 419:11, 419:22, 438:21
**ways** [2] - 375:18, 395:22
**we** [117] - 334:6, 334:15, 334:22, 335:2, 335:3, 335:5, 335:7, 335:22, 335:25, 336:2, 336:6, 336:19, 340:7, 341:10, 342:2, 343:2, 343:8, 345:4, 346:11, 347:2, 347:6, 349:22, 350:10, 353:4, 354:18, 354:23, 359:18, 359:22, 359:24, 360:15, 361:2, 361:22, 362:22, 362:24, 364:9, 364:13, 364:19, 366:19, 367:19, 368:6, 370:9, 370:12, 370:14, 371:24, 372:20, 374:14, 377:5, 379:10, 380:10, 382:14, 384:21, 385:18, 388:7, 389:20, 390:22, 392:8, 395:2, 395:23, 398:15, 403:7, 405:2, 405:7, 406:22, 408:7, 408:20, 410:23, 411:18, 412:1, 412:11, 413:18, 416:2, 416:18, 418:11, 419:25, 420:13, 420:17, 422:5, 424:12, 431:12, 431:14, 431:15, 431:25, 434:14, 436:8, 436:17, 436:18, 437:13, 438:15, 443:5, 443:14, 443:17, 444:18, 445:5, 445:11, 446:8, 446:10, 446:25, 447:17, 449:3, 450:5, 450:22, 451:1, 452:2, 452:3, 452:9, 452:20, 453:14, 454:17,

458:8, 460:18, 463:8
**we'll** [18] - 341:12, 344:17, 344:23, 345:10, 346:9, 356:11, 360:10, 374:1, 376:11, 379:10, 383:13, 389:15, 402:6, 416:14, 429:23, 443:14, 452:18, 455:20
**we're** [16] - 335:4, 355:11, 359:19, 372:11, 372:25, 377:4, 389:12, 399:12, 410:11, 414:1, 433:15, 436:12, 446:3, 447:18, 454:9, 454:21
**we've** [7] - 340:24, 359:11, 389:11, 415:6, 417:4, 421:21, 429:15
**weakened** [1] - 407:15
**weakening** [1] - 408:2
**weathering** [1] - 420:15
**web** [3] - 443:10, 444:21, 445:5
**Webs** [1] - 443:2
**Wednesday** [1] - 330:4
**WEDNESDAY** [1] - 334:2
**week** [2] - 335:7, 343:15
**weeks** [4] - 348:25, 414:16, 414:19, 428:24
**Well** [2] - 393:5, 394:25
**well** [127] - 336:17, 336:25, 338:15, 338:25, 339:14, 339:16, 339:17, 342:13, 342:23, 343:14, 343:20, 344:7, 344:20, 345:1, 345:11, 345:16, 346:3, 348:2, 348:22, 348:25, 350:2, 350:5, 350:8, 350:22, 352:21, 353:8, 353:14, 353:18, 354:10, 354:23, 355:9, 355:15, 355:23, 356:5, 359:3, 359:18, 360:4, 360:5,

360:14, 361:4, 361:12, 362:7, 362:11, 362:18, 362:24, 363:9, 364:22, 365:4, 365:9, 366:23, 367:25, 368:20, 370:4, 370:8, 370:10, 371:2, 371:4, 371:8, 371:9, 372:8, 372:19, 373:1, 373:16, 373:20, 374:13, 374:21, 374:25, 375:18, 376:4, 377:11, 378:9, 379:5, 379:17, 380:13, 381:4, 381:7, 382:16, 384:10, 385:3, 385:4, 386:9, 386:19, 386:25, 388:24, 390:3, 391:6, 391:7, 391:22, 394:16, 395:22, 396:9, 396:23, 397:17, 397:25, 399:20, 400:18, 400:23, 401:15, 402:16, 403:17, 403:20, 404:1, 404:15, 405:12, 405:22, 406:5, 407:5, 407:19, 408:21, 411:18, 411:22, 412:8, 414:15, 414:18, 416:3, 431:5, 432:11, 441:5, 445:9, 446:12, 447:7, 447:24, 448:2, 455:9, 460:7, 460:19, 464:1
**well-known** [3] - 385:4, 386:19, 396:23
**wellhead** [10] - 344:21, 354:25, 366:18, 414:11, 414:12, 414:21, 436:6, 448:5, 448:6, 448:9
**went** [15] - 341:24, 349:2, 353:1, 354:1, 356:1, 357:14, 387:12, 391:14, 391:19, 401:11, 409:19, 419:10, 464:1, 464:3
**weren't** [3] - 366:24, 449:25, 461:2
**west** [1] - 400:23
**West** [1] - 401:14
**wet** [1] - 380:10
**Wetlands** [1] - 409:13

**what's** [6] - 407:17, 432:14, 446:8, 454:20, 461:16, 461:18
**WHEREUPON** [3] - 335:16, 412:25, 465:7
**whether** [23] - 340:5, 342:24, 350:12, 354:11, 354:25, 356:12, 357:13, 375:24, 377:12, 380:10, 384:14, 396:12, 396:13, 396:15, 399:4, 407:14, 423:24, 430:8, 433:7, 461:17, 461:21, 463:24
**which** [104] - 335:7, 336:10, 337:22, 340:10, 343:5, 345:19, 346:14, 346:21, 347:7, 347:21, 348:3, 348:4, 350:15, 353:12, 357:17, 359:19, 360:23, 361:7, 362:5, 363:6, 363:14, 363:20, 367:3, 367:7, 370:9, 370:20, 371:5, 371:13, 372:8, 372:21, 373:2, 374:23, 375:4, 375:9, 377:14, 378:18, 378:25, 379:9, 381:12, 382:8, 384:12, 384:19, 385:3, 385:17, 386:18, 387:1, 387:20, 388:3, 388:17, 389:5, 389:21, 390:9, 390:10, 391:1, 391:2, 391:15, 392:11, 393:11, 394:3, 397:2, 400:23, 401:8, 402:9, 402:18, 403:8, 404:3, 405:6, 405:15, 406:4, 406:21, 406:23, 410:5, 414:20, 414:25, 415:25, 416:4, 416:5, 417:18, 418:19, 419:9, 419:11, 419:13, 421:1, 421:4, 422:2, 422:8, 422:10, 422:19, 423:18, 424:6, 426:8, 436:15, 436:16, 438:11, 439:20, 441:8, 444:4, 450:6, 454:3, 459:13,

460:7
**white** [6] - 357:11, 412:2, 447:1, 447:17, 447:21, 451:3
**WHITELEY** [1] - 332:4
**whole** [14] - 336:25, 357:16, 357:18, 358:8, 363:22, 369:19, 373:9, 375:2, 378:22, 379:8, 400:20, 433:24, 434:3, 457:12
**whom** [1] - 436:7
**whose** [1] - 412:2
**wide** [3] - 339:2, 343:24, 390:14
**widely** [1] - 344:10
**wider** [1] - 358:2
**width** [3] - 370:19, 371:8, 371:9
**wild** [1] - 456:22
**wildlife** [3] - 385:22, 426:23, 429:7
**Wildlife** [1] - 412:12
**will** [35] - 334:15, 335:8, 335:25, 337:4, 337:18, 347:2, 350:10, 351:6, 353:3, 364:14, 375:15, 375:23, 376:2, 376:3, 376:5, 376:10, 376:14, 383:22, 383:24, 388:4, 390:25, 396:4, 398:2, 399:8, 408:21, 410:24, 416:23, 422:8, 423:14, 423:20, 427:8, 440:23, 443:25, 446:5
**William** [1] - 338:10
**wind** [1] - 372:10
**wings** [1] - 396:5
**winter** [2] - 380:11, 454:4
**wisdom** [1] - 354:23
**with** [119] - 335:3, 335:5, 336:9, 336:14, 337:19, 339:23, 341:7, 341:13, 343:13, 345:7, 346:21, 346:22, 347:3, 347:12, 350:3, 350:21, 351:10, 351:14, 351:17, 352:21, 353:10, 353:24, 355:8, 356:22, 357:8, 357:22, 358:2, 358:14, 359:19,

360:8, 360:25, 362:17, 363:4, 363:7, 363:11, 365:3, 365:12, 365:13, 365:15, 366:20, 367:6, 372:8, 372:25, 375:7, 375:11, 376:7, 378:11, 379:20, 382:18, 383:2, 383:4, 383:14, 383:19, 384:1, 384:3, 384:14, 384:16, 386:3, 386:21, 387:22, 388:15, 389:15, 389:16, 390:8, 390:14, 390:19, 390:22, 391:12, 392:9, 392:12, 395:24, 398:16, 401:3, 403:2, 404:18, 405:3, 405:9, 406:12, 406:14, 411:6, 412:17, 413:8, 414:23, 415:16, 416:2, 420:11, 420:21, 420:23, 421:2, 427:5, 428:8, 428:23, 434:3, 435:1, 435:20, 435:22, 438:7, 438:9, 439:14, 442:1, 446:1, 448:8, 449:4, 450:6, 450:11, 451:8, 452:18, 453:11, 454:3, 455:6, 455:16, 456:7, 456:14, 456:16, 457:23, 463:4
**within** [11] - 343:6, 372:9, 383:15, 400:1, 406:18, 410:13, 414:11, 414:12, 414:17, 414:19, 443:7
**without** [3] - 342:4, 406:1, 408:4
**witness** [7] - 334:12, 335:12, 336:23, 377:8, 413:5, 461:25, 462:6
**WITNESS** [12] - 335:20, 346:21, 347:1, 357:8, 357:23, 358:3, 377:11, 393:1, 393:4, 393:13, 417:14, 465:3
**WITNESSES** [1] - 333:4
**witnesses** [2] - 334:23, 335:2
**won't** [1] - 351:4
**word** [6] - 415:24,

432:9, 432:13, 432:14, 448:10, 458:3
**words** [9] - 393:14, 394:4, 397:8, 418:3, 420:22, 420:23, 431:13, 459:13
**work** [13] - 337:24, 338:5, 338:16, 338:21, 338:24, 339:9, 343:12, 350:17, 378:5, 403:25, 404:9, 412:12, 452:18
**worked** [1] - 340:9
**workers** [1] - 388:13
**working** [4] - 339:5, 351:12, 394:7, 454:1
**workshop** [1] - 431:3
**world** [5] - 356:16, 377:13, 377:23, 412:2, 414:4
**world's** [1] - 413:24
**worms** [1] - 362:9
**worry** [1] - 412:15
**would** [88] - 334:22, 335:1, 335:3, 336:6, 341:7, 341:17, 343:16, 350:23, 352:14, 353:4, 353:25, 355:16, 356:16, 358:5, 358:7, 361:2, 362:8, 369:7, 370:19, 376:6, 379:5, 379:18, 384:2, 384:4, 384:22, 386:13, 388:12, 388:15, 389:9, 389:10, 392:10, 392:11, 393:8, 393:15, 393:16, 395:8, 398:1, 398:9, 398:25, 399:6, 399:10, 401:23, 402:1, 404:18, 404:19, 410:22, 413:18, 414:11, 414:13, 414:22, 415:22, 417:2, 418:10, 418:8, 418:16, 418:21, 419:5, 420:13, 422:1, 422:15, 423:2, 426:4, 428:13, 429:11, 432:4, 432:7, 432:9, 432:15, 432:21, 435:15, 436:14, 438:19, 438:20, 438:22, 440:1, 444:8, 447:18, 448:13, 449:11, 454:23, 456:9, 456:24, 462:1,

462:7, 464:7, 464:12
**wouldn't** [7] - 359:6, 368:4, 368:5, 370:24, 388:13, 393:15, 432:17
**wrapped** [1] - 365:12
**write** [8] - 340:3, 420:20, 421:16, 421:19, 431:4, 431:8, 443:1, 443:6
**writes** [1] - 459:1
**written** [3] - 430:24, 444:19, 447:11
**wrong** [1] - 337:4
**wrote** [7] - 340:4, 394:6, 420:21, 431:2, 435:5, 449:8, 454:25
**wrote"** [1] - 448:20

# X

**X** [1] - 333:2

# Y

**yeah** [7] - 353:3, 369:14, 416:21, 426:9, 429:3, 440:14, 448:21
**year** [18] - 339:3, 357:9, 365:16, 366:15, 379:21, 380:10, 380:11, 402:25, 405:14, 405:15, 410:13, 412:18, 413:20, 456:8, 456:9, 464:1
**year-to-year** [1] - 357:9
**years** [9] - 338:1, 338:25, 362:24, 364:25, 367:10, 367:13, 368:12, 380:18, 431:3
**yellow** [1] - 360:22
**yellowfin** [1] - 374:16
**Yes** [5] - 416:19, 416:22, 416:24, 416:25, 421:8
**yes** [86] - 339:7, 339:22, 340:2, 340:4, 340:16, 341:6, 341:7, 341:21, 343:12, 343:24, 347:19, 350:1, 350:20, 351:9, 354:23, 355:19, 357:6, 358:22, 364:7, 365:24, 368:20,

368:25, 370:9, 371:18, 372:16, 373:25, 375:15, 380:7, 381:12, 381:25, 385:9, 385:21, 386:2, 388:2, 393:4, 394:3, 395:18, 397:14, 398:14, 399:17, 401:19, 402:9, 405:1, 406:12, 408:18, 409:16, 410:5, 413:11, 413:16, 415:18, 415:19, 417:9, 418:14, 418:23, 419:24, 422:12, 422:17, 422:18, 424:25, 426:23, 429:3, 429:14, 433:16, 433:18, 433:24, 434:2, 434:13, 438:4, 440:1, 440:25, 442:11, 443:4, 445:20, 448:2, 449:23, 450:8, 452:7, 453:2, 457:17, 458:17, 460:1, 460:17, 462:3, 462:16, 462:23
**yesterday** [5] - 334:9, 334:16, 349:8, 354:5, 403:20
**yet** [9] - 334:25, 350:8, 364:13, 378:18, 388:7, 399:12, 422:22, 443:19, 461:8
**You** [2] - 354:7, 444:10
**you** [573] - 334:12, 334:19, 335:9, 336:11, 336:13, 336:21, 337:10, 337:12, 337:14, 337:18, 337:21, 337:24, 338:5, 338:8, 338:13, 338:21, 339:5, 339:13, 339:14, 339:21, 340:1, 341:8, 341:15, 341:17, 341:25, 342:8, 342:11, 342:21, 343:6, 343:22, 344:5, 344:7, 344:14, 345:23, 346:19, 346:22, 347:17, 347:24, 347:25, 348:6, 348:16, 348:17, 348:21, 349:24, 350:7, 350:18,

350:19, 351:4, 351:8,
351:20, 352:3, 352:5,
352:13, 352:15,
352:16, 352:19,
352:20, 353:2, 353:8,
353:9, 353:14,
353:17, 354:7,
354:21, 355:17,
355:25, 356:10,
356:19, 356:23,
358:3, 358:5, 358:7,
358:12, 358:13,
358:16, 358:19,
359:5, 359:7, 359:13,
359:16, 359:17,
360:25, 361:18,
362:2, 362:25,
363:15, 363:16,
364:9, 364:16,
364:17, 365:5,
365:17, 365:21,
366:5, 366:7, 366:15,
367:12, 367:23,
367:25, 370:3, 370:6,
370:11, 370:17,
370:22, 370:23,
370:24, 371:2,
371:11, 371:12,
371:16, 372:2, 372:6,
372:7, 372:14,
373:23, 374:9,
375:13, 376:7,
376:13, 376:22,
377:1, 378:4, 378:9,
379:4, 379:16, 380:3,
380:8, 380:13,
380:15, 380:16,
380:17, 380:18,
381:14, 381:16,
381:23, 381:25,
382:11, 383:22,
384:11, 384:17,
385:6, 385:7, 385:20,
386:2, 386:13,
386:21, 387:2,
387:24, 388:10,
388:12, 388:22,
389:11, 389:23,
390:11, 390:16,
390:24, 391:5, 391:6,
392:2, 392:22, 393:2,
393:16, 393:19,
394:1, 394:8, 394:15,
394:24, 395:11,
395:13, 395:17,
395:23, 396:17,
396:19, 396:21,
397:5, 397:21,
398:13, 398:17,
399:6, 399:15,
400:16, 400:25,

401:8, 401:17,
401:21, 401:23,
401:24, 402:1, 402:3,
402:7, 402:24,
403:15, 403:21,
403:22, 404:10,
404:12, 404:21,
404:24, 405:20,
406:7, 406:10,
406:14, 406:17,
407:3, 408:13,
409:14, 411:4, 411:7,
411:15, 411:23,
412:20, 413:4, 413:9,
413:12, 413:16,
414:11, 414:22,
415:1, 415:5, 415:24,
416:6, 416:13,
416:14, 416:19,
416:22, 416:23,
417:1, 417:3, 417:5,
417:12, 417:13,
418:1, 418:6, 418:7,
418:15, 418:21,
419:4, 419:22,
419:25, 420:1, 420:3,
420:6, 420:10,
420:11, 420:14,
420:18, 420:20,
420:23, 421:8, 421:9,
421:12, 421:16,
421:18, 422:14,
422:15, 422:20,
423:2, 423:5, 423:8,
423:12, 423:13,
423:14, 423:18,
423:19, 423:25,
424:9, 424:10,
424:15, 424:16,
424:19, 424:22,
425:1, 425:8, 425:10,
425:18, 425:22,
426:4, 426:8, 426:9,
426:14, 426:15,
426:19, 426:21,
426:25, 427:5, 427:8,
427:13, 427:15,
427:16, 427:19,
427:25, 428:3, 428:9,
428:13, 428:19,
429:1, 429:5, 429:7,
429:11, 429:15,
429:20, 429:25,
430:3, 430:5, 430:10,
430:12, 430:23,
430:24, 431:1, 431:4,
431:8, 431:10,
431:11, 431:12,
431:19, 431:20,
431:24, 431:25,
432:1, 432:5, 432:6,

432:8, 432:9, 432:14,
432:15, 432:17,
432:22, 432:24,
432:25, 433:4, 433:7,
433:12, 433:13,
433:17, 433:19,
433:20, 433:25,
434:1, 434:5, 434:11,
434:14, 434:24,
435:1, 435:4, 435:5,
435:7, 435:10,
435:14, 435:19,
435:20, 435:22,
436:1, 436:3, 436:10,
436:20, 436:23,
437:6, 437:11,
437:23, 438:3, 438:5,
438:7, 438:13,
438:17, 438:24,
439:2, 439:7, 439:10,
439:16, 439:21,
439:23, 440:1, 440:3,
440:11, 440:13,
440:23, 441:1,
441:10, 441:15,
441:16, 441:18,
441:19, 442:8,
442:12, 442:14,
442:19, 442:24,
443:1, 443:2, 443:6,
443:9, 443:12,
443:14, 443:16,
443:18, 443:21,
443:22, 443:25,
444:2, 444:8, 444:10,
444:11, 444:12,
445:16, 445:18,
445:22, 446:1, 446:3,
446:5, 446:10,
446:13, 446:25,
447:3, 447:5, 447:14,
447:17, 447:19,
447:21, 447:25,
448:3, 448:5, 448:9,
448:11, 448:18,
448:20, 449:1, 449:3,
449:7, 449:12,
449:21, 450:5,
450:14, 450:20,
450:24, 451:4,
451:15, 451:18,
451:20, 451:25,
452:6, 452:12,
452:16, 452:19,
452:23, 453:9,
453:10, 453:12,
453:14, 453:22,
453:23, 453:25,
454:13, 454:24,
455:4, 455:10,
455:11, 455:14,

455:15, 455:18,
455:22, 456:1, 456:5,
456:9, 456:12,
456:16, 456:18,
456:21, 456:24,
457:6, 457:8, 457:9,
457:17, 457:21,
458:19, 458:20,
460:4, 460:5, 460:6,
460:11, 460:14,
460:15, 460:16,
460:18, 460:21,
460:24, 461:4, 461:7,
461:11, 461:13,
461:19, 461:24,
462:1, 462:4, 462:24,
463:4, 463:7, 463:13,
463:14, 463:15,
463:19, 463:20,
463:24, 464:6,
464:20, 464:25,
465:2, 465:3

**you'll** [13] - 335:15,
335:18, 358:22,
365:7, 366:9, 370:21,
375:1, 401:10,
401:11, 401:14,
433:7, 444:1

**you're** [26] - 355:5,
355:11, 357:25,
363:10, 380:2, 380:7,
380:24, 382:18,
389:17, 392:24,
400:14, 420:6,
423:16, 428:11,
431:11, 433:4, 440:8,
443:12, 450:6,
452:25, 458:15,
462:10, 462:14,
462:20

**you've** [17] - 358:18,
363:7, 367:7, 379:3,
382:17, 396:18,
401:6, 401:17,
403:14, 411:6,
411:15, 417:4, 430:3,
441:11, 445:9, 454:23

**young** [3] - 383:23,
457:4

**YOUNG** [1] - 330:24

**your** [167] - 334:15,
334:19, 335:11,
335:15, 335:19,
335:22, 336:9,
336:12, 337:8,
337:14, 337:24,
338:5, 338:13,
338:24, 340:15,
340:17, 340:20,
340:24, 341:4, 341:5,

341:8, 341:15,
341:18, 341:25,
342:22, 343:22,
344:14, 344:18,
345:23, 346:1, 347:1,
347:24, 348:16,
348:17, 348:18,
350:17, 352:8,
352:16, 352:20,
353:12, 354:8,
355:21, 356:20,
357:2, 357:6, 357:22,
358:13, 358:19,
358:20, 359:12,
363:11, 364:15,
367:22, 368:7, 374:8,
376:1, 376:14,
376:23, 377:3, 378:5,
378:7, 379:2, 380:13,
380:15, 382:5, 385:6,
385:18, 388:23,
392:16, 392:19,
393:3, 394:14,
399:15, 402:2, 404:7,
407:17, 408:13,
409:14, 410:16,
411:2, 411:4, 412:6,
412:20, 413:4,
413:10, 413:16,
413:21, 416:7,
416:13, 416:15,
417:3, 417:7, 417:9,
418:3, 420:8, 420:23,
421:19, 422:13,
422:19, 423:13,
423:15, 423:25,
424:15, 425:3, 425:8,
425:10, 425:18,
426:11, 426:15,
427:19, 428:3,
429:25, 430:23,
431:11, 431:25,
435:7, 437:23,
438:13, 439:2,
440:10, 441:16,
442:14, 442:25,
443:6, 443:9, 443:14,
443:18, 443:22,
443:24, 444:3, 445:3,
445:14, 445:16,
445:22, 446:2, 446:8,
446:11, 448:10,
448:17, 448:18,
449:1, 449:12,
451:15, 451:25,
452:6, 453:22,
454:15, 454:20,
454:21, 455:21,
455:22, 458:3, 458:8,
458:20, 460:15,
461:24, 462:24,

463:6, 463:10,
463:14, 463:21, 464:7
  **yourself** [7] - 337:18,
363:12, 381:10,
424:9, 427:13,
427:15, 429:20

## Z

**ZEVENBERGEN** [1]
- 330:20
  **zone** [2] - 357:19,
402:1