1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE      *    Civil Action No. 10-MD-2179
     OIL RIG *DEEPWATER HORIZON*   *
5    IN THE GULF OF MEXICO ON      *    Section J
     APRIL 20, 2010                *
6                                  *    New Orleans, Louisiana
     THIS DOCUMENT RELATES TO:     *
7    #10-4536                      *    January 21, 2015
                                   *
8                                  *
     UNITED STATES OF AMERICA      *
9                                  *
     v.                            *
10                                 *
     BP EXPLORATION &              *
11   PRODUCTION INC.,              *
     ANADARKO EXPLORATION &        *
12   PRODUCTION LP, ANADARKO       *
     PETROLEUM CORPORATION,        *
13   MOEX OFFSHORE 2007 LLC,       *
     TRITON ASSET LEASING GMBH,    *
14   TRANSOCEAN HOLDINGS LLC,      *
     TRANSOCEAN OFFSHORE           *
15   DEEPWATER DRILLING INC.,      *
     TRANSOCEAN DEEPWATER INC.,    *
16   AND QBE UNDERWRITING LTD.,    *
     LLOYD'S SYNDICATE 1036        *
17   *******************************

18                    DAY 2, AFTERNOON SESSION
19               TRANSCRIPT OF TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE CARL J. BARBIER
20                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

                        OFFICIAL TRANSCRIPT

1
2   Appearances:

3   For the United States
    of America:
4                                U.S. Department of Justice
                                 Environment & Natural Resources Division
5                                Environmental Enforcement Section
                                 BY:   SARAH D. HIMMELHOCH, ESQ.
6                                      STEVEN O'ROURKE, ESQ.
                                       PATRICK CASEY, ESQ.
7                                      NANCY FLICKINGER, ESQ.
                                       ABIGAIL ANDRE, ESQ.
8                                      RACHEL KING, ESQ.
                                       RACHEL HANKEY, ESQ.
9                                      A. NATHANIEL CHAKERES, ESQ.
                                       BRANDON ROBERS, ESQ.
10                                     ERICA PENCAK, ESQ.
                                       JUDY HARVEY, ESQ.
11                                     RICHARD GLADSTEIN, ESQ.
                                       MICHAEL ZEVENBERGEN, ESQ.
12                                     DANIELLE FIDLER, ESQ.
                                       Post Office Box 7611
13                                     Washington, D.C.  20044

14
                                 U.S. Department of Justice
15                               Torts Branch, Civil Division
                                 BY: SHARON SHUTLER, ESQ.
16                                   MALINDA LAWRENCE, ESQ.
                                     LAURA MAYBERRY, ESQ.
17                               Post Office Box 14271
                                 Washington, D.C.  20004
18

19   For the State of
20   Louisiana:
                                 Kanner & Whiteley
21                               BY: ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
22                                   SUSANNAH MCKINNEY, ESQ.
                                     CYNTHIA ST. AMANT, ESQ.
23                               701 Camp Street
                                 New Orleans, Louisiana  70130
24

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2    For BP Exploration and
     Production, Inc.:

3                              Kirkland & Ellis
                              BY: J. ANDREW LANGAN, ESQ.

4                                  MATTHEW T. REGAN, ESQ.
                                  HARIKLIA KARIS, ESQ.

5                                  MARK J. NOMELLINI, ESQ.
                                  A. KATRINE JAKOLA, ESQ.

6                              300 North LaSalle
                              Chicago, Illinois  60654

7


8
                              Kirkland & Ellis
9                              BY: ROBERT C. "MIKE" BROCK, ESQ.
                                  KIMBERLY BRANSCOME, ESQ.

10                             655 Fifteenth Street, N.W.
                              Washington, D.C.  20005

11


12
                              Liskow & Lewis
13                             BY: R. KEITH JARRETT, ESQ.
                              One Shell Square

14                             701 Poydras Street
                              Suite 5000

15                             New Orleans, Louisiana  70139


16


17   For Anadarko
     Petroleum

18   Corporation:
                              Bingham McCutchen
19                             BY: KY E. KIRBY, ESQ.
                                  THOMAS R. LOTTERMAN, ESQ.

20                             2020 K Street, NW
                              Washington, D.C.  20006

21


22
                              Morgan Lewis & Bockius
23                             BY: JAMES J. DRAGNA, ESQ.
                              355 South Grand Avenue

24                             Suite 4400
                              Los Angeles, California  90071

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2    Official Court Reporter:        Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-275
3                                    New Orleans, Louisiana 70130
                                     (504) 589-7780
4                                    Jodi_Simcox@laed.uscourts.gov

5

6

7

8    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1                              <u>I N D E X</u>

2                                                        <u>Page</u>

3
    Dr. Stanley Rice
4        Direct Examination By Ms. Fidler:            472
         Cross-Examination By Ms. Karis:              525
5        Redirect Examination By Ms. Fidler:          593

6   Captain Mark VanHaverbeke
         Direct Examination By Mr. Robers:            601
7        Cross-Examination By Mr. Brock:              641
         Redirect Examination By Mr. Robers:          677
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         OFFICIAL TRANSCRIPT

<u>**AFTERNOON SESSION**</u>

**(January 21, 2015)**

\* \* \* \* \*

(OPEN COURT)

12:40

01:04    **THE COURT:**  All right.  Please be seated, everyone.

01:04         All right.  The government may call its next

01:04    witness.

01:04    **MS. FIDLER:**  Good afternoon, Your Honor.

01:04    Diane Fidler for the United States.  I'll be doing the direct

01:04    examination of Stanley Rice.

01:04    **THE COURT:**  Okay.

01:04    **MS. FIDLER:**  The United States calls

01:04    Dr. Stanley Rice.

01:04    **THE COURT:**  All right.  Very well.

01:04         And I know there's another *Daubert* -- excuse me

01:04    one second, Stephanie.

01:04    **THE DEPUTY CLERK:**  Sure.

01:04    **THE COURT:**  I know there's another *Daubert* motion and

01:04    that we're going to proceed along the same lines that we have

01:04    with the last couple of witnesses.  Okay?

01:04    **MS. KARIS:**  Very well.  Thank you, Your Honor.

01:04    **THE COURT:**  All right.  Go ahead.

01:04         (WHEREUPON, **DR. STANLEY RICE**, having been duly sworn,

01:04    testified as follows:**)**

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:04  1        **THE DEPUTY CLERK:**  Please take a seat and state and
01:04  2  spell your name for the record.
01:04  3        **THE WITNESS:**  My name is Stanley Rice, S-T-A-N-L-E-Y,
01:05  4  R-I-C-E.
01:05  5                    **DIRECT EXAMINATION**
01:05  6  **BY MS. FIDLER:**
01:05  7  **Q.**   Dr. Rice, you've been retained on behalf of the
01:05  8  United States to serve as an expert in this case; correct?
01:05  9  **A.**   Yes.
01:05 10  **Q.**   What tasks were you asked to perform?
01:05 11  **A.**   I was given two tasks.  I was asked to look at the
01:05 12  potential for toxic harm coming from the *Deepwater Horizon*
01:05 13  spill and also to review Dr. Shea's reports.
01:05 14  **Q.**   Dr. Rice, what do you consider to be your areas of
01:05 15  expertise as it relates to the work you did in this case?
01:05 16  **A.**   My area of expertise is toxicology, specifically with oil,
01:05 17  physiology.
01:05 18  **Q.**   All right.  Dr. Rice, briefly, what is toxicology?
01:05 19  **A.**   Toxicology is the investigation of chemicals and how they
01:05 20  affect organisms, and the effect can be at the cellular level
01:05 21  or tissue level of the whole organism.
01:06 22  **Q.**   Dr. Rice, have you prepared a slide summarizing your
01:06 23  education and experience as it relates to this case?
01:06 24  **A.**   Yes, I have.
01:06 25  **Q.**   Mr. Jackson, please call D-32600.

DR. STANLEY RICE - DIRECT

01:06  1          Dr. Rice, could you please describe your educational
01:06  2   background for the Court?
01:06  3   **A.**   Yes.  I have a Bachelor's and a Master's degree in
01:06  4   biological science from Chico State University.  I have a Ph.D.
01:06  5   in physiology from Kent State University where I did my
01:06  6   dissertation on ammonia toxicity to embryo -- fish embryos.
01:06  7   **Q.**   And turning to your professional experience, are you
01:06  8   currently retired, Dr. Rice?
01:06  9   **A.**   Yes, I am, as of 2012, the end of.
01:06  10  **Q.**   Where were you employed prior to your retirement?
01:06  11  **A.**   I was employed at the Auke Bay laboratory, which is a NOAA
01:06  12  laboratory, in Juneau, Alaska.
01:06  13  **Q.**   How long did you work at NOAA?
01:06  14  **A.**   I worked there for a little over 41 years.
01:06  15  **Q.**   Could you please describe your work at NOAA as it relates
01:06  16  to your expertise in this case?
01:06  17  **A.**   I was hired specifically to initiate an oil effects
01:06  18  program in Juneau, Alaska.  This was just prior to the oil
01:06  19  pipeline and large-scale transport of oil in Alaska.  I was --
01:07  20  part of my job was to recruit and hire both biologists and
01:07  21  chemists and create this team that would do a lot of bioassay
01:07  22  research.
01:07  23          Later on, we were deployed to the Ixtoc spill that
01:07  24  most importantly -- I'm sorry.  I was deployed to the Ixtoc
01:07  25  spill, which was in 1979 down here in the Texas coast,

OFFICIAL TRANSCRIPT

474

DR. STANLEY RICE - DIRECT

01:07   1  Corpus Christi.  Later on, I was deployed, along with my team,
01:07   2  to the Exxon Valdez spill in Prince William Sound, Alaska,
01:07   3  where we actually worked on that spill for the next 25 years.
01:07   4  I've also been deployed to the Selendang Ayu spill and the
01:07   5  Kuroshima spill, two different spills in the Aleutians.
01:07   6        Over the years, we did a lot of, of course, long-term
01:07   7  effects in embryo toxicity work more related to the Exxon
01:07   8  Valdez spill.
01:07   9  Q.   Dr. Rice, have you written any peer-reviewed publications
01:08  10  in your areas of expertise?
01:08  11  A.   Yes, I have.  Coming out of all that work I just
01:08  12  described, I've published over 130 peer-reviewed publications,
01:08  13  along with a lot of coauthors.
01:08  14  Q.   Have you received any awards in your 40-year career in the
01:08  15  field of toxicology?
01:08  16  A.   Yes.  I've received a bronze award along with a colleague
01:08  17  of mine, and also later a Distinguished Career award from NOAA.
01:08  18  And all of this is work related to the embryo toxicity work I
01:08  19  was pioneering, and also the long-term effects of research that
01:08  20  we were doing relative to Exxon Valdez.
01:08  21  Q.   Please call TREX-13330.
01:08  22        Dr. Rice, do you recognize this document?
01:08  23  A.   Yes.  This would be my Round 1 report that I authored.
01:08  24  Q.   And does this report contain a copy of your current CV?
01:08  25  A.   Yes, it does.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:08    1   **Q.**    And does that CV accurately summarize your qualifications
01:08    2   in this case?
01:08    3   **A.**    Yes.
01:08    4   **Q.**    Please call TREX-13331.
01:09    5          What is this document?
01:09    6   **A.**    This would be the Round 2 report that I coauthored with
01:09    7   Dr. Don Boesch.
01:09    8   **Q.**    And please call TREX-13332.
01:09    9          What is this document?
01:09   10   **A.**    This would be the Round 3 report.
01:09   11   **Q.**    Dr. Rice, did you discover any errors in your Round 3
01:09   12   report after you filed it?
01:09   13   **A.**    I did.  During the depositions, some errors were pointed
01:09   14   out and I corrected these.  These are all in Appendixes B and
01:09   15   C.
01:09   16   **Q.**    And I'd like to call TREX-13332-E.
01:09   17          Is this the corrected version of those appendices?
01:09   18   **A.**    It is.
01:09   19   **Q.**    And I'd like to briefly clarify those errors for the
01:09   20   Court.  Please turn to TREX-13332-E.006, which is page 2 of the
01:09   21   revised Appendix B contained in the errata.  And could you
01:10   22   please briefly describe the error in Appendix B and your
01:10   23   correction?
01:10   24   **A.**    This is described in this rather lengthy paragraph.
01:10   25          Basically, in the 18,000 sample database, which has

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:10  1  two and a half million records in it, we had scrambled, in some
01:10  2  cases, the depth and location records.  We had mismatched them.
01:10  3  This was corrected in this version.
01:10  4  **Q.**   Turning to the errors in Appendix C, please turn to
01:10  5  TREX-13332-E.018.  And, I'm sorry, could you turn to the next
01:10  6  page, .019.
01:10  7         What was the error in the original version of this
01:10  8  appendix?
01:10  9  **A.**   This bibliography here of effects and papers and
01:10  10 concentrations.  There's one paper, the Incardona paper, we had
01:11  11 misidentified two species in that report and they have been
01:11  12 corrected.
01:11  13 **Q.**   Do these errors, as we've discussed, change the opinions
01:11  14 set forth in your reports regarding whether there was a
01:11  15 potential for toxicological harm as a result of the
01:11  16 *Deepwater Horizon* spill?
01:11  17 **A.**   No, not at all.
01:11  18 **Q.**   Do TREX-13330, TREX-13331 and TREX-13332, along with the
01:11  19 revisions in TREX-13332-E, accurately state your opinions and
01:11  20 the bases therefor that you are offering to the Court in this
01:11  21 matter?
01:11  22 **A.**   Yes, they do.
01:11  23        **MS. FIDLER:**  Your Honor, at this time I tender
01:11  24 Dr. Stanley Rice as an expert in ecological toxicology and the
01:11  25 toxicological effects of oil on marine life.

DR. STANLEY RICE - DIRECT

01:11  1          **THE COURT:**  All right.  Other than the motion you

01:11  2  filed, any other questions?

01:11  3          **MS. KARIS:**  None, Your Honor.

01:11  4          **THE COURT:**  Okay.  Very well.  He's accepted in that

01:11  5  field.  And let's proceed.  Okay?

01:11  6  **BY MS. FIDLER:**

01:11  7  **Q.**   Dr. Rice, finally, do you adopt these reports as

01:11  8  identified, as your testimony today?

01:11  9  **A.**   Yes, I do.

01:11  10  **Q.**   Have you prepared a slide summarizing your key findings in

01:12  11  this case?

01:12  12  **A.**   Yes, I have.

01:12  13  **Q.**   Mr. Jackson, please call D-32604.

01:12  14          Dr. Rice, is this that summary?

01:12  15  **A.**   It is.  There's --

01:12  16  **Q.**   And, Dr. Rice, what are your key findings in assessing the

01:12  17  potential of toxicological harm from the *Deepwater Horizon*

01:12  18  spill?

01:12  19  **A.**   Well, specifically about the *Deepwater Horizon* spill,

01:12  20  there are two parts, basically, the exposure part and the harm

01:12  21  part.

01:12  22          In both cases, I find that there is reason to believe

01:12  23  that there was certainly toxicological exposure.  That's from

01:12  24  the unprecedented exposure to dispersed oil both at depth and

01:12  25  also at the surface, the three months of exposure before the

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:12  1  well was capped.  And the PAHs most certainly, I think, reached
01:12  2  toxic levels in many of the water samples.
01:12  3         In regards to toxicological harm, I think this is
01:12  4  demonstrated by the previous two decades or so of research,
01:12  5  especially on embryo toxicity, but also more specifically the
01:13  6  embryo toxicity work, plus others, demonstrated by the
01:13  7  *Deepwater Horizon* research.
01:13  8  Q.   And two things, Dr. Rice, could you pull your microphone a
01:13  9  little closer to you because I'm actually having trouble --
01:13  10        THE COURT:  Yeah.  You can move it.  There you go.
01:13  11        THE WITNESS:  Thank you.  I'm sorry.
01:13  12  BY MS. FIDLER:
01:13  13  Q.   And if you can slow down a little bit, just a tiny bit.
01:13  14        Doctor, can you discuss your third bullet here?
01:13  15  A.   The third bullet, I was asked to look at Dr. Shea's
01:13  16  analyses.  And I have a conclusion there that I believe he
01:13  17  ignores much of that current science, both the past embryo
01:13  18  toxicity work, but also the present embryo toxicity work done
01:13  19  specifically for this spill.
01:13  20        And I also believe that the way he's done his
01:13  21  analyses on the water chemistries, that he hides the harm that
01:13  22  is there.
01:13  23  Q.   Dr. Rice, we'll discuss your findings in greater detail in
01:13  24  a bit.  Before we do, have you prepared a slide summarizing the
01:14  25  methodology used in forming your opinions?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:14   1   **A.**   Yes, I have.

01:14   2   **Q.**   Please call up D-32605.

01:14   3        Dr. Rice, what information did you consider in

01:14   4   forming your opinions?

01:14   5   **A.**   Well, prior -- I used information prior to the spill.

01:14   6   This is the several -- a couple decades of research

01:14   7   specifically done on embryo toxicity, but other work, too.  But

01:14   8   this work basically provided the foundation, if you will, from

01:14   9   which the *Deepwater Horizon* researchers then moved forward and

01:14   10  gathered new data.

01:14   11       Secondly, of course, I used information specifically

01:14   12  from the spill.  I used a lot -- several peer-reviewed papers

01:14   13  that are coming from the lab or field studies from the spill.

01:14   14  I used the satellite footprint maps, and I also used the water

01:14   15  chemistry data.  That's that 18,000-sample database.

01:14   16  **Q.**   Dr. Rice, why didn't you rely solely on the NRDA data, the

01:14   17  water chemistry data?

01:14   18  **A.**   This database is very, very large, 18,000 samples, two and

01:15   19  a half million records.  And it is not peer-reviewed yet.  It

01:15   20  hasn't been synthesized and worked over, so to speak, by the

01:15   21  people who gathered all of that data.

01:15   22  **Q.**   Dr. Rice, BP's expert, Dr. Shea, has stated that your

01:15   23  analysis in this case is inconsistent with fundamental

01:15   24  principles of toxicology.  Do you agree?

01:15   25  **A.**   Not at all.

DR. STANLEY RICE - DIRECT

01:15  1    **Q.**   I'd like to elaborate a bit on some of these areas of
01:15  2    disagreement.  Have you prepared a series of slides explaining
01:15  3    key concepts in toxicology relevant to our discussion today?
01:15  4    **A.**   I have.
01:15  5    **Q.**   Let's start with D-32606, please.
01:15  6         Dr. Rice, could you please explain this first slide?
01:15  7    **A.**   When you're determining mortality or survival or damage,
01:15  8    there are really two halves to this equation.  Basically,
01:15  9    there's the exposure half, meaning the chemicals, the PAHs, all
01:15  10   the factors that go into that, such as weathering and
01:15  11   dispersion and bioavailability.  And then there's the second
01:15  12   half, animal sensitivity.  Both boxes are very complex and I'll
01:16  13   be speaking to the boxes.
01:16  14   **Q.**   And please call the next slide, D-32607-A.
01:16  15        Dr. Rice, which hydrocarbon compounds are most
01:16  16   important to understanding toxicity?
01:16  17   **A.**   That would be the aromatic fraction.  In the
01:16  18   *Deepwater Horizon* oil and before it begins to weather, there's
01:16  19   about 15 percent of that oil is into the aromatics.  Another
01:16  20   half -- or, actually, three-fourths of the compounds are
01:16  21   alkanes.  They're not very toxic.
01:16  22        There are tens -- or tens of thousands of compounds,
01:16  23   possibly even more.  But it's the aromatic fraction that the
01:16  24   last several decades of research have focused on as being the
01:16  25   most toxic.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:16    1              It's -- there are two major parts of the aromatics.
01:16    2    There's the single-ring compounds, like benzene, and then
01:16    3    there's the polycyclic aromatics like two-ring, three-ring,
01:17    4    four-ring compounds.
01:17    5              And then in the next slide, I'll talk a little bit
01:17    6    more about their solubility and toxicity relevance.
01:17    7    Q.   Okay.  Do aromatic compounds differ from each other in
01:17    8    toxicity?
01:17    9    A.   Oh, very much.  They differ in size, they differ in
01:17   10    chemistry basically, and that means they differ then in
01:17   11    toxicity.
01:17   12    Q.   And so let's call the next slide, D-32609.
01:17   13              Dr. Rice, how does the size of aromatics affect their
01:17   14    toxicity?
01:17   15    A.   The size affects their toxicity a lot, and it's related
01:17   16    both to solubility and fat affinity -- related to solubility
01:17   17    and also to fat affinity.
01:17   18              What I've got here in the far left column is the
01:17   19    actual diagrams, if you will, of single ring on up through two,
01:17   20    three and four-ring benzene rings.  Excuse me.  The smallest
01:17   21    compound there in the lower part there, that's just one ring,
01:17   22    that's benzene.  All right.  And then the next one is the two
01:18   23    ring and the three ring.
01:18   24              As you notice, as you go up in size, you're going up
01:18   25    in molecular size, weight, and complexity, you're actually

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:18   1   decreasing the solubility as you go up.  That means that the
01:18   2   compounds that are most bioavailable -- excuse me, bioavailable
01:18   3   in the beginning would be the smallest compounds.
01:18   4          The compounds, once they get into the animal, then
01:18   5   they're going to be retained.  The compounds that are largest,
01:18   6   meaning those four-ring compounds, have the highest fat
01:18   7   affinity.  And there's fat in the membranes, for example, the
01:18   8   cells.  So once they get into those, they're going to want to
01:18   9   stay.  They will not want to leak out, so to speak, back into
01:18   10  the water column very easily.
01:18   11         And this relates, then, to the toxicity.  The larger
01:18   12  the compounds, the more toxic they are.  It also means that the
01:18   13  more persistent they are.
01:18   14  Q.   And just briefly, what is bioavailability?
01:19   15  A.   Well, the oil in the oil droplet, unless it's ingested,
01:19   16  it's not bioavailable.  It has to -- the chemicals have to get
01:19   17  out into the water column and then they're bioavailable to the
01:19   18  organisms.
01:19   19  Q.   So with regards to the heavier PAHs, the ones you've
01:19   20  identified as being more toxic that also have lower solubility,
01:19   21  how do these heavy PAHs become bioavailable to the aquatic
01:19   22  organisms in the Gulf as a result of the *Deepwater Horizon* oil
01:19   23  spill?
01:19   24  A.   Well, even though they have a lower solubility, they
01:19   25  certainly have some.  So they do leak out of the -- exit out of

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:19  1  the oil droplets and get into the water.  They just do so at a
01:19  2  slower rate.
01:19  3  **Q.**   And how -- in particular, were there mechanisms with
01:19  4  regard to the *Deepwater Horizon* oil spill that enhanced this
01:19  5  solubility of the -- of the high-end PAHs?
01:19  6  **A.**   Well, dispersions matter a lot.  And I think dispersions
01:19  7  in this particular spill, probably more significant in this
01:20  8  spill than many other spills, because you have dispersions at
01:20  9  depth and dispersions at the surface.
01:20  10        It's the dispersions which cause little small
01:20  11  droplets that gives an awful lot more surface area --
01:20  12  **Q.**   And do you --
01:20  13  **A.**   -- for those compounds to get out.
01:20  14  **Q.**   And do you have a slide explaining dispersion and its
01:20  15  importance?
01:20  16  **A.**   Yes, I do.
01:20  17  **Q.**   Please call the next slide, D-32612-A.
01:20  18        So you started to explain it.  Can we just -- one
01:20  19  more time, what is dispersion?
01:20  20  **A.**   Dispersion is just the forcing, so to speak, of small
01:20  21  droplets of oil into the water column.  In this cutaway
01:20  22  diagram, a cartoon here, you see the dispersion that was in the
01:20  23  bottom plume coming out there.  There's also dispersion at
01:20  24  the -- in the surface waters where oil droplets are beat back
01:20  25  into the water by wave action and some physical forces there.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:20  1        Certainly chemicals, meaning dispersants, can enhance
01:21  2   dispersions.  They will increase the potential for dispersions
01:21  3   to be formed.
01:21  4        As a toxicologist, I really don't care whether the
01:21  5   dispersions are chemical or physical.  It's the amount of
01:21  6   dispersions that matter because that's what enhances the
01:21  7   bioavailability.  It enhances the exit of the large compounds
01:21  8   into the solution.
01:21  9   Q.   And what do you mean when you say on this slide that
01:21  10  dispersion enhances the weathering process?
01:21  11  A.   Well, there are a number of different processes of
01:21  12  solubilization -- solubilizing, rather, of compounds.  That's
01:21  13  part of weathering.  Evaporation.  If it were at the surface,
01:21  14  UV hitting the oil at the surface if it's exposed to sunlight.
01:21  15  These -- and biodegradation, of course.  All these processes
01:21  16  are enhanced.
01:21  17       The smaller the droplets, for example, looking at
01:21  18  biodegradation, then the more surface area there is for the
01:21  19  bacteria to attack and start degrading that oil.
01:21  20  Q.   Do all of the aromatic compounds enter the water column at
01:22  21  the same rate?
01:22  22  A.   No, not at all.  It's all very dependent upon the
01:22  23  structure.  Smaller, faster; larger, slower.
01:22  24  Q.   Do you have a demonstrative illustrating how aromatics
01:22  25  become bioavailable from the dispersion process that we've been

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:22   1   discussing?

01:22   2   **A.**   I do.

01:22   3   **Q.**   Please call D-32611.

01:22   4   　　　　Dr. Rice, what is this animation showing?

01:22   5   **A.**   This is showing first the smaller compounds are coming out

01:22   6   at a faster rate.  You do see larger compounds coming out, but

01:22   7   the smaller ones are coming out at a faster rate.  They're all

01:22   8   coming out, just that the rates are different.

01:22   9   　　　　Eventually, the mass is smaller and it has a higher

01:22   10   proportion now of larger compounds, four-ring and three-ring

01:22   11   compounds.

01:22   12   **Q.**   Dr. Shea argues that fresh oil is more toxic than

01:22   13   weathered oil.  How do you respond to that?

01:22   14   **A.**   He's right when he's talking about acute narcosis

01:23   15   toxicity.  That's because the smaller compound's a single ring

01:23   16   and the two-ring compounds come out readily and they will cause

01:23   17   narcosis.

01:23   18   　　　　For the larger compounds and the chronic toxicity,

01:23   19   which I'll talk about shortly, he's not right about that.  They

01:23   20   come out slower and it's a different mechanism, and those

01:23   21   compounds persist for a long time.

01:23   22   **Q.**   I'd like to turn to the biological half of the

01:23   23   toxicological equation you set forth earlier.

01:23   24   　　　　Please call the next slide, D-32613.

01:23   25   　　　　Dr. Rice, could you explain the other half of this

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:23   1   toxicity equation?
01:23   2   **A.**   Yes.   The animal sensitivity part is another compartment,
01:23   3   so to speak, compared to the chemical toxicity.   It is a
01:23   4   complex box, also.   And I want to try to communicate that
01:23   5   animal sensitivity, because there's a variety of different
01:23   6   mechanisms and life stages, all of these interplay to -- to
01:24   7   have a rather complex box.   And I'll explain that.
01:24   8   **Q.**   And so let's call the next slide, D-32614.
01:24   9           What are the mechanisms of oil toxicity?
01:24   10  **A.**   Well, there are many mechanisms.   There's a lot of
01:24   11  biological targets, so to speak, for the various PAHs to -- to
01:24   12  attack.   There's cell membranes, there's organelles within the
01:24   13  cells.   There's -- DNA can be broken, for example.   If enough
01:24   14  cells are damaged, then that means the tissue is damaged; and
01:24   15  if enough tissues are damaged, then there's a whole organism
01:24   16  that is damaged that may suffer mortality or at least reduced
01:24   17  fitness.
01:24   18          The mechanisms -- there are two major classes, so to
01:24   19  speak, of toxicity.   There is the acute narcosis toxicity and
01:24   20  the chronic toxicity.
01:24   21          The acute narcosis toxicity is relatively rapid.
01:24   22  Here the neural processes are affected, membranes, and that
01:25   23  causes often a depression in the respiratory tissue, whether
01:25   24  it's a human breathing, you would stop -- you would reduce your
01:25   25  breathing, or if you're a fish, your opercula may stop or slow

DR. STANLEY RICE - DIRECT

01:25  1   down working.  And it leads to a relatively rapid death.  If
01:25  2   you don't get enough oxygen over a period of time, you'll
01:25  3   certainly die.  And that was -- that's what acute narcosis is
01:25  4   about.
01:25  5       The other form of toxicity is chronic.  It is a much
01:25  6   slower type of toxicity.  It's attacking, of course, the cells,
01:25  7   organelles within the cells, the DNA, the tissues, all those
01:25  8   things that I had mentioned earlier.  The whole organism can be
01:25  9   affected if you have enough cells or tissues.  Certainly these
01:25  10  will reduce the -- the fitness of the animal over time.
01:26  11      Sometimes these are called sublethal and some of them
01:26  12  are, in fact.  In growth, for example, you can decrease the
01:26  13  rate of growth, which might have an ecological effect, meaning
01:26  14  the animal is slower growing and going to be prey longer.  But
01:26  15  it also applies to cancers.  Think of that pendulum swinging
01:26  16  the other way, so to speak.  That's a form of chronic toxicity,
01:26  17  but to call it sublethal is not appropriate.
01:26  18      So those will eventually lead to death; it's just
01:26  19  going to take a longer period of time for that death to play
01:26  20  out.
01:26  21  Q.  What is the role of life stage in determining toxicity?
01:26  22  A.  Well, life stage has a huge impact on the sensitivity of
01:26  23  the animal.  We -- if you look at us humans, we, of course,
01:26  24  think babies, of course, are more sensitive and vulnerable, and
01:26  25  that's true.  The same thing in fish embryos.  Fish embryos are

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:26    1  two and three orders of magnitude more sensitive than, say, the
01:26    2  adults that they come from.
01:27    3         Different species have some differences in toxicity,
01:27    4  but I think there's more of a difference in toxicity -- orders
01:27    5  of magnitude difference between the embryonic stages compared
01:27    6  to the adults.
01:27    7  Q.  What is phototoxicity?
01:27    8  A.  Phototoxicity is where a UV wave-length, sunlight, strikes
01:27    9  a molecule and energizes it, makes it more toxic.  If this
01:27   10  happens in the water, it's not as big a deal.
01:27   11         If it happens inside a cell, in other words, a --
01:27   12  take an embryo or a larva has a benzoapyrene molecule in it,
01:27   13  the sunlight strikes that benzoapyrene molecule and it
01:27   14  energizes it and makes -- and it increases the toxicity at
01:27   15  least an order of magnitude, some people claim as -- as much as
01:27   16  two orders of magnitude.
01:27   17         Now, that molecule is already toxic, but the
01:27   18  UV radiation makes it even more toxic, and that's pretty
01:27   19  critical.  This is, I think, an important process with embryos
01:28   20  and with larva.  They're up near the surface, they're in the
01:28   21  top 1 and 2 meters, for example, where sunlight, UV rays, can
01:28   22  penetrate.  And it's also these animals are translucent.
01:28   23         If you had a juvenile that has scales and pigment,
01:28   24  the UV light doesn't penetrate that.  So even though it might
01:28   25  have, say, a benzoapyrene molecule in the liver, the UV can't

DR. STANLEY RICE - DIRECT

01:28   1   touch it.

01:28   2        But if it's in that same liver, so to speak, and a

01:28   3   larva that has no pigment in it, then that molecule can be

01:28   4   energized and be made more toxic.

01:28   5   Q.   And I'd just like to touch back on a point you just raised

01:28   6   about liver.  In terms of the life stage, what is the reason

01:28   7   why early life stages are more sensitive, in your opinion?

01:28   8   A.   Well, they have fewer -- I'll call it tools, for lack of a

01:28   9   better word, to detoxify, for example.  The liver is a great

01:28   10   detoxifying tissue.  All tissues have some level of ability to

01:29   11   detoxify.  The liver is kind of like Grand Central Station for

01:29   12   this purpose.  And, of course, a juvenile or an adult has a

01:29   13   fully formed liver and will be functioning in this way.

01:29   14        In the case of an embryo, there may be a liver there,

01:29   15   but it's not functioning in that capacity yet and so it just

01:29   16   doesn't have the resources or the tools to combat toxicity as

01:29   17   much as, say, a juvenile or an adult.

01:29   18   Q.   Dr. Rice, I'd like to turn back to your opinions in this

01:29   19   case regarding the potential serious toxicological harm.  What

01:29   20   is your opinion with regard to the potential for toxic exposure

01:29   21   in the Gulf of Mexico as a result of the *Deepwater Horizon*

01:29   22   spill?

01:29   23   A.   Well, there are two parts to the question, exposure and

01:29   24   then harm.  And regarding exposure, there is a reason to

01:29   25   believe that there's significant for the potential.  The

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:29  1  18,000 database, sample database, for example, has many

01:30  2  examples of toxic concentrations in it.

01:30  3  **Q.**   And in what level -- in what sections of the Gulf did you

01:30  4  find potential for toxic exposure?

01:30  5  **A.**   Several areas.  Particularly the surface, upper 2 meters,

01:30  6  the plume area where the big extensive plume existed, those are

01:30  7  areas where oil came ashore and affected wetlands in Barataria

01:30  8  Bay, for example, and killed the fish habitat.

01:30  9  **Q.**   What information did you consider in forming your opinion

01:30  10  regarding exposure?

01:30  11  **A.**   Several pieces of data.  They include the 18,000-sample

01:30  12  database, several peer-reviewed publications, the satellite

01:30  13  report.

01:30  14  **Q.**   Have you prepared a slide summarizing a few of those

01:30  15  sources?

01:30  16  **A.**   Yes.

01:30  17  **Q.**   Please call D-32615.

01:30  18       And what are some of these sources that you

01:30  19  considered in your assessment of exposure?

01:30  20  **A.**   Well, the one on the far left, for example, is the Joint

01:31  21  Analysis report on the plume, where it existed, et cetera.  The

01:31  22  ERMA report, which has the satellite data that has the

01:31  23  footprint -- cumulative footprint over time.

01:31  24       The -- I got a couple of peer-reviewed publications

01:31  25  are there.  One's Camilli, one of them is Diercks that report

DR. STANLEY RICE - DIRECT

01:31  1  on -- on the plume.  And most importantly, there's the

01:31  2  18,000-sample database there that has the PAH chemistries

01:31  3  within it.

01:31  4        **MS. FIDLER:**  For the record, Your Honor, these are

01:31  5  the Joint Analysis Group*, "Deepwater Horizon* Oil Spill Review

01:31  6  of Subsurface Dispersed Oil and Oxygen Levels Associated with

01:31  7  the *Deepwater Horizon* MC252 Spill of National Significance,"

01:31  8  TREX-232045.

01:31  9        The ERMA database screen shot is TREX-13249.

01:31  10        The article by Camilli, et. al., "Tracking

01:32  11  Hydrocarbon Plume Transport and Biodegradation at *Deepwater*

01:32  12  *Horizon*" is TREX-231375.

01:32  13        Article by Diercks, et. al., "Characterization

01:32  14  of Subsurface Polycyclic Aromatic Hydrocarbons at the *Deepwater*

01:32  15  Site," TREX-232664.

01:32  16        And then with regard to the Gulf Science data

01:32  17  Web site, this is a screen shot.  There are actually four TREX

01:32  18  documents associated with that because they're databases.  It's

01:32  19  TREX-233140, TREX-242621, TREX-242677, and TREX-242678.

01:32  20  **BY MS. FIDLER:**

01:32  21  **Q.**  Dr. Rice, did you also consider a paper by Montagna,

01:32  22  et. al.?

01:32  23  **A.**  I did.

01:32  24        **MS. FIDLER:**  And, Mr. Jackson, could you please call

01:32  25  TREX-232045.  That's not it.

DR. STANLEY RICE - DIRECT

01:33   1           All right.  Well, we'll see if we can fix that
01:33   2   later, Your Honor, to get the right TREX number for that
01:33   3   article.
01:33   4           THE WITNESS:  It's 41.
01:33   5           MS. FIDLER:  232041.
01:33   6           We can correct this later, Your Honor.  It's the
01:33   7   "Deep Sea Benthic Footprint of the *Deepwater Horizon* Blowout."
01:33   8   We'll get the TREX fixed short.
01:33   9           THE COURT:  Okay.
01:33  10   BY MS. FIDLER:
01:33  11   Q.   Dr. Rice, did you do your own analysis of the NRDA water
01:33  12   chemistry data?
01:34  13   A.   Well, I analyzed the sample -- I didn't analyze any
01:34  14   chemistry samples, but I did analyze the database, yes.
01:34  15           MS. FIDLER:  And since we have it here, Your Honor,
01:34  16   this is TREX-232041, as Dr. Rice thankfully identified for us.
01:34  17   BY MS. FIDLER:
01:34  18   Q.   Turning back to your analysis of the NRDA water chemistry
01:34  19   data, where is that analysis set forth?
01:34  20   A.   You mean in my report, it's in Appendix B of the
01:34  21   third-round report as corrected.
01:34  22   Q.   And, Dr. Rice, turning to the second part of your
01:34  23   findings, what is your overall conclusion regarding the
01:34  24   potential and actual toxicological effects of the *Deepwater
01:34  25   Horizon* spill?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:34  1    **A.**   I think there is certainly the potential for harm, and

01:34  2    that's evidenced by several of the peer-reviewed papers that

01:34  3    I've seen come out of the spill.

01:34  4    **Q.**   And have you prepared a series of slides elaborating on

01:34  5    this opinion?

01:34  6    **A.**   I have.

01:34  7    **Q.**   Please call D-32616.

01:34  8         What are some of the sources that you relied on in

01:35  9    forming your opinion regarding toxic effects?

01:35  10   **A.**   I relied on a number of papers, but these four are quite

01:35  11   important.  There's two that deal with offshore species of fish

01:35  12   embryos by Incardona and the second one by Mager.  And then the

01:35  13   other two are killifish embryo toxicity type papers done by

01:35  14   Whitehead and also by Dubansky.

01:35  15   **Q.**   For the record --

01:35  16   **A.**   Et al.

01:35  17   **Q.**   Sorry.

01:35  18   **A.**   Excuse me.

01:35  19        **MS. FIDLER:**  For the record, Your Honor, these are

01:35  20   the Incardona, et al., *"Deepwater Horizon* Crude Oil Impacts,

01:35  21   The Developing Hearts of Large Predatory Pelagic Fish,"

01:35  22   TREX-013333.

01:35  23        Mager, et. al., "Acute Embryonic or Juvenile

01:35  24   Exposure to *Deepwater Horizon* Crude Oil Impairs the Swimming

01:35  25   Performance of Mahi-Mahi," TREX-013338.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:36  1          TREX-231494 is the Whitehead, et. al., study,
01:36  2  "Genomic and Physiological Footprint of *the Deepwater Horizon*
01:36  3  Oil Spill on Resident Marsh Fishes." And, finally, TREX-231426
01:36  4  is by Dubansky, et. al., "Multitissue Molecular, Genomic, and
01:36  5  Developmental Effects of the *Deepwater Horizon* Oil Spill on
01:36  6  Resident Gulf Killifish."
01:36  7  **BY MS. FIDLER:**
01:36  8  **Q.**   I'd like to understand these studies a bit more starting
01:36  9  with the significant effects that were found in these studies.
01:36 10  Let's turn to the next slide.
01:36 11          Please call D-32617.
01:36 12          Now, before we begin, Dr. Rice, what is pericardial
01:36 13  edema?
01:36 14  **A.**   Pericardial edema is a swelling.  In this case, it's
01:36 15  around the heart.  That's the pericardial part.  Edema is the
01:36 16  swelling part.  And what this is, is a picture of yellowfin
01:36 17  tuna here of embryos.  The one on the right is the affected one
01:37 18  that's been exposed to oil.  And you see a very large space, it
01:37 19  looks kind of empty, to be honest, around the heart there.  The
01:37 20  atrium is labeled.
01:37 21  **Q.**   And why is this a chronic effect?
01:37 22  **A.**   Well, it's a chronic effect because this animal is not
01:37 23  dying on a very short scale.  It's not dying due to narcosis.
01:37 24  There is a brain.  Basically, you have to affect the neural
01:37 25  system in order to have a narcosis effect.

DR. STANLEY RICE - DIRECT

01:37  1          There's certainly a brain that's developing in this
01:37  2    embryo.  But at this point in time, it is not in control of the
01:37  3    animal.  It's not controlling the heart rate.  It's not
01:37  4    controlling any structures, really, except for maybe the eye.
01:37  5    So if there's an effect here, it's going to be on other --
01:37  6    other targets, so to speak.
01:37  7    Q.   What is the source of this slide?
01:37  8    A.   This is from the Incardona paper.  And this is where he's
01:37  9    looking at the heart rate.
01:38 10    Q.   Okay.  Now, Dr. Rice, can you please explain what's
01:38 11    happening in this slide with the two species?
01:38 12    A.   I can.  Let's look at the -- well, let's look at the
01:38 13    control first.  You see there's a heart pumping there.  If you
01:38 14    have -- it's pumping away.  This large sac area underneath here
01:38 15    is the yolk, along with the pericardial space.
01:38 16    Q.   Dr. Rice, do you have -- I'm sorry.  Do you have a
01:38 17    pointer?
01:38 18    A.   I do have a pointer.
01:38 19    Q.   Thank you.
01:38 20    A.   So the heart is right in that area on this animal.  And if
01:38 21    you count the heartbeats -- I'll count them real quick --
01:38 22    there's one, two, three, four, five, six.
01:38 23          Now, let's focus over here on this animal.  The heart
01:38 24    is right there, and you see the heartbeat is quite a bit
01:38 25    slower.  Let me count them briefly.  One, two, three, four.  So

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:38    1   you can see that the rate is very substantially reduced.  This
01:39    2   is an important effect because the heart is circulating the
01:39    3   nutrients that are in the yolk on around to the rest of the
01:39    4   tissues, the backbone, the fins, the other viscera that's
01:39    5   developing.  And those tissues are going to grow out of the
01:39    6   food, so to speak, supplied from the yolk via the heart.  So my
01:39    7   point is that if the heart is affected, then you can expect
01:39    8   that the downstream parts are affected.
01:39    9        This edema by itself, the swelling is -- well, if we
01:39   10   had swelling in our ankles, for example, we may need to take a
01:39   11   pill or something, but it's not life threatening.  But a
01:39   12   swelling around my pericardium, for example, I need to go to a
01:39   13   hospital if I'm going to survive.  It's that level of impact on
01:39   14   the heart.  And as you see, the heart rate is very reduced
01:39   15   there.
01:39   16   Q.   Dr. Rice, have you prepared a slide showing the kinds of
01:39   17   affects that result from pericardial edema?
01:39   18   A.   Yes, I have.
01:39   19        MS. FIDLER:  Please call D-32618A.
01:40   20   BY MS. FIDLER:
01:40   21   Q.   Dr. Rice, is this that slide?
01:40   22   A.   It is.
01:40   23   Q.   And it's titled *"Deepwater Horizon* Embryo Toxicity Studies
01:40   24   Demonstrate Significant Effects."
01:40   25        Starting on the left, can you explain the -- can you

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:40  1  explain the fish in this slide?

01:40  2  **A.**   I can.   There's two studies here.   The one on the left is

01:40  3  the Incardona study with three species.   The one on the right

01:40  4  is the Mager study with mahi-mahi.   I'll explain that in a

01:40  5  second.

01:40  6          Starting with the three species that are over here on

01:40  7  the left, the top panel is looking at the controls.   There's a

01:40  8  bluefin tuna and then a yellowfin tuna and then the amberjack

01:40  9  down there.   Those are the controls.   They're developing pretty

01:40  10  well.

01:40  11          On the right you see the oil-exposed animals.   The

01:40  12  first thing that pops out to me is the edema and also the bent

01:40  13  spines.   This is a very customary -- or I shouldn't say

01:40  14  customary -- a routine finding, so to speak.   When you expose

01:41  15  embryos to oil, they often have this scoliosis or bent spine

01:41  16  type effect.   The edema, of course, is very common also.

01:41  17          The fins are also often easy to detect that they're

01:41  18  messed up.   If we look at just the bottom animal where we have

01:41  19  a nice control, and then these guys, the tail area there is

01:41  20  messed up also.   So the lowest dose that was causing this

01:41  21  effect in the bluefin tuna was .3 parts per billion PAH, a

01:41  22  pretty low number.

01:41  23          The -- the yellowfin was a little bit higher at

01:41  24  1 part per billion, and higher yet for the -- for the

01:41  25  amberjack, 6 parts per billion.   Nevertheless, these are all

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:41  1    low part per billion effects.
01:41  2           Let me explain the significance and impact over here
01:41  3    in the mahi-mahi study done by Mager, et al.  First of all,
01:41  4    they expose the embryos to 1.2 parts per billion PAH for
01:42  5    48 hours.  And he gets the similar effect.  He's getting
01:42  6    significant edema.  This is a lot more edema down here compared
01:42  7    to the control.  So he's seeing a similar effect that Incardona
01:42  8    did in his embryo test..
01:42  9           But what he did different is that he grew these --
01:42  10   the survivors out about -- about a month to get small juvenile
01:42  11   fish and then he did a performance test with them.  And what he
01:42  12   found was he had a significantly reduced swimming performance
01:42  13   in the 1.2 parts per billion PAH exposure that lasted only
01:42  14   48 hours as an embryo.
01:42  15          And that's kind of evidence that the heart was
01:42  16   affected, at least during the embryo part, and had downstream
01:42  17   effects that later show up when he did the performance tests
01:42  18   some 30-odd days later.
01:42  19   Q.   And what's the significance of a reduced swim performance?
01:42  20   A.   That will probably have a large effect on survival.
01:42  21   Certainly these animals that have scoliosis and whatnot, they
01:43  22   are basically toast.  They are not going to survive in the
01:43  23   environment.  They are not going to have the capability to swim
01:43  24   and avoid predators.  They may not die from the chemistry, from
01:43  25   the PAH toxicity directly, but they will not survive in the

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:43    1   environment.

01:43    2          These guys here certainly will survive for a while.

01:43    3   But the ones that can't swim as fast, they're called prey.

01:43    4   **Q.**   Dr. Rice, BP's expert, Dr. Shea, describes these studies

01:43    5   as novel research results.  Do you agree?

01:43    6   **A.**   No, I do not.

01:43    7   **Q.**   Have you prepared a slide summarizing the bases for that

01:43    8   opinion?

01:43    9   **A.**   Yes, I have.

01:43   10          **MS. FIDLER:**  Please call D-32619.

01:43   11   **BY MS. FIDLER:**

01:43   12   **Q.**   Why do you disagree with Dr. Shea's characterization?

01:43   13   **A.**   That's because there's a history in the literature of

01:43   14   other studies that have found embryo toxic effects at low part

01:43   15   per billion.

01:43   16          Over here on the right are the four species that we

01:43   17   were just looking at in those embryo toxicity slides, and then

01:44   18   these are all studies prior to that.

01:44   19          There's pink salmon studies, for example, that

01:44   20   we've done in our lab in Alaska.  Those are a species that are

01:44   21   fairly distant, I think, from yellowfin tuna, and yet the

01:44   22   concentrations are -- that cause effects are down in that --

01:44   23   that area.  We saw edema, for example, in those.  We saw

01:44   24   scoliosis, a bent spine problem, in exposed pink salmon.  So

01:44   25   here you have one of most extreme fish that are removed, and

DR. STANLEY RICE - DIRECT

01:44  1    yet you get a similar result in terms of the effect, and you're

01:44  2    getting it at similar doses.

01:44  3              Several other studies from other labs, herring

01:44  4    and the fathead minnows, Japanese medaka, they're all showing

01:44  5    low part per billion effects on those embryos also.

01:44  6    Q.   Do you think -- is it your opinion that the *Deepwater*

01:44  7    *Horizon* studies are corroborated by these earlier studies?

01:45  8    A.   Yes, I think -- yeah.

01:45  9    Q.   Just to clarify.

01:45  10             Not all of these studies involved MC252 oil; correct?

01:45  11   A.   Correct.  Only the last two studies that we're talking

01:45  12   about from Incardona and Mager were using Macondo 252 oil.  All

01:45  13   the others were using some other oil source.  The ones in

01:45  14   Alaska, for example, were using *Exxon Valdez* oil.  But the

01:45  15   other studies were using other oils.

01:45  16   Q.   Is it appropriate to use studies with different oils in

01:45  17   assessing the potential toxicity from *the Deepwater Horizon*

01:45  18   oil?

01:45  19   A.   In principle, the answer's certainly yes.  As you see

01:45  20   here, you get similar effects at similar concentrations.  So

01:45  21   that right along tells you that.  And then there's a reason.

01:45  22             Each of these oils do differ in -- in chemistry a

01:45  23   little bit.  This -- depending on what formation it came from,

01:45  24   but yet they all have an aromatic fraction within them.  They

01:45  25   may have a little bit of differences in -- in percentages of

OFFICIAL TRANSCRIPT

01:45  1  aromatics, but they're all going to have those same aromatics.

01:46  2          And then on top of that, the water is extracting out

01:46  3  those aromatics and it's doing so in proportion to the

01:46  4  chemistry, to the size.  So you see the same compounds, the

01:46  5  same pHs as, for example, the very next one, Valdez, are the

01:46  6  same pHs that are in the Macondo oil.

01:46  7  **Q.**   Did you look at the chemistry of MC252 as it compared to

01:46  8  the Alaskan oil tested in these studies?

01:46  9  **A.**   Yes, I did.

01:46  10 **Q.**   And was it -- was it similar?  What's your opinion on the

01:46  11 similarity?

01:46  12 **A.**   Yes, it was similar.  And Incardona has, you know,

01:46  13 studied -- not this one here with the bluefin tuna, I also

01:46  14 looked at that and compared both the effects, meaning the

01:46  15 effect of *Deepwater Horizon* and the effect of Macondo oil on

01:46  16 zebra fish.  Got the same result, the same low PAHs, same parts

01:46  17 per billion type of effect also.

01:46  18 **Q.**   You stated that these are not all Gulf species.  Is it

01:46  19 appropriate to use tests on other species as a threshold for

01:47  20 risk to Gulf species?

01:47  21 **A.**   Well, I think your highest priority would be to use Gulf

01:47  22 species, but certainly these results corroborate that if you

01:47  23 want to talk about embryo toxicity, embryos from other species

01:47  24 do corroborate these results and are predictive that -- that

01:47  25 you would get that effect.

DR. STANLEY RICE - DIRECT

01:47  1    **Q.**   Did you look at whether the waters of the Gulf had
01:47  2    exposure levels that reached the toxicity thresholds found in
01:47  3    these studies?
01:47  4    **A.**   Yes, I did.
01:47  5             **MS. FIDLER:**  Please call D-32620-A.
01:47  6    **BY MS. FIDLER:**
01:47  7    **Q.**   And I'd like to start -- I'd like you to explain this
01:47  8    slide, starting with the source of the graph.  Where did the --
01:47  9    where did the graph come from?
01:47  10   **A.**   This graph is produced in the -- up in the C/B of my
01:47  11   Round 3 report, as corrected.
01:47  12   **Q.**   And what is the key on the -- on the far right corner?
01:47  13   **A.**   The key in the far right corner here, this box, contains
01:48  14   the concentrations of PAH in them.  So blue, for example, is .3
01:48  15   to .5 PAH; green, .5 to 1; 1 to 2, et cetera.  So this is the
01:48  16   concentrations as they break out.
01:48  17   **Q.**   And what are the bars?  What do the bars represent?
01:48  18   **A.**   What we did is we created the 18,000 database and sorted
01:48  19   it in various ways.  So, first of all, these are sorted by
01:48  20   month.  So you've got May, June and July.  So these are the
01:48  21   samples from that time period.
01:48  22             Secondly, we sorted only the top two meters.  So this
01:48  23   is the top 2 meters.  And these are the samples from May, June,
01:48  24   and July and the top 2 meters that are in the database within
01:48  25   the footprint for those months.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:48   1   **Q.**   And so -- and what do the fish represent on the left?

01:48   2   **A.**   The fish over here are the species that we've just been

01:48   3   talking about in the Incardona studies and the Mager study.   So

01:49   4   there's the bluefin, yellowfin, and amberjack that are there,

01:49   5   the mahi-mahi from the Mager study.   And those are then -- the

01:49   6   threshold of effect that they had breaks out into these bars.

01:49   7         So let's look at just the month of May, for example.

01:49   8   So 59 percent of the samples, for example, are .3 parts per

01:49   9   billion or greater.   So that's -- that's that story.   And June,

01:49   10   a little bit higher, almost -- a little bit over 70, 72 percent

01:49   11   or .3 parts per billion or greater in those top 2 meters.   It

01:49   12   goes down in July.

01:49   13         And when we look at the bluefin tuna, it's at -- the

01:49   14   threshold effect from that study was at that level.   If we look

01:49   15   at 1 part per billion, that's this level, 40 percent of the

01:49   16   samples in May had a concentration of 1 part per billion or

01:49   17   greater, and that's a threshold of effect that Mager was

01:49   18   getting for that mahimahi species.

01:50   19   **Q.**   Dr. Rice, you mentioned the Whitehead and Dubansky

01:50   20   studies, and I'd like to turn to those.   Dr. Shea doesn't rely

01:50   21   on the Whitehead or Dubansky results in his analysis of

01:50   22   potential toxicity, and actually rejects the Dubansky paper.

01:50   23         Do you think that's appropriate?

01:50   24   **A.**   No, I do not.

01:50   25   **Q.**   Have you prepared two slides explaining why the killifish

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:50    1    results are important to the analysis of potential

01:50    2    toxicological effects from the spill?

01:50    3    **A.**    Yes, I have.

01:50    4         **MS. FIDLER:**  Please call D-32622.

01:50    5    **BY MS. FIDLER:**

01:50    6    **Q.**    And this slide is titled "Field Exposure:  Oil Exposure to

01:50    7    Adult Killifish Demonstrated."  Can you explain this slide,

01:50    8    please?

01:50    9    **A.**    Right.  This is basically the Whitehead paper.  What he

01:50    10   did is he went out to Grand-Terre and also some other unoiled

01:50    11   sites, Grand-Terre Island down here in Louisiana.  And from

01:50    12   this picture here -- this is taken on the site -- you can the

01:51    13   oil impinging upon the wetlands, shore lands there.

01:51    14        This habitat area is just prime killifish habitat.

01:51    15   When it's flooded by high tide, the animals go in there and

01:51    16   forage.  And so you can see just from the picture that this

01:51    17   habitat is physically -- physically exposed.

01:51    18        In addition to that, Whitehead also analyzed for

01:51    19   CYP1A, P450 response in various tissues of these adult

01:51    20   killifish.  And what this means is that -- and there was a very

01:51    21   significant increase, of course, in these Grande-Terre samples.

01:51    22   What that means is that those fish were exposed.

01:51    23        This particular end slide has a very, very quick

01:51    24   response in membrane invertebrates, fish being one, where

01:51    25   they'll elevate this enzyme in response to PAH exposure.  This

DR. STANLEY RICE - DIRECT

01:51  1   doesn't necessarily indicate harm, however.

01:51  2        And -- but he did analyze also looking at hyperplasia

01:52  3   in gill tissues.  And what that means is that the tissues are

01:52  4   kind of growing together.

01:52  5        My hand, if this were a gill, for example, these

01:52  6   would be lamellae coming out, and their function is to increase

01:52  7   the surface area for extracting oxygen out of the water.  In

01:52  8   hyperplasia, those grow together.  They are basically inflamed

01:52  9   and they grow together.  And basically the surface area now is

01:52  10  severely reduced.

01:52  11       The animal can still live, but now his ability to be

01:52  12  an athlete, so to speak, to avoid a predator is very much

01:52  13  reduced because he's just not going to have the oxygen

01:52  14  extraction capacity.  So he can walk, so to speak, but he can't

01:52  15  run, would be an example.

01:52  16       So this is an indication of actual harm.  So these

01:52  17  animals were harmed in the environment.

01:52  18       And the Dubansky paper continued this work.  Dubansky

01:52  19  was a coauthor with Whitehead.  He continues the work in 2011

01:53  20  and continues to find a P450 response in those fish in 2011,

01:53  21  meaning that the oil exposure continues.

01:53  22  Q.   And turning to the next slide D-32623-A, it says, "Lab:

01:53  23  Significant Effects on Killifish Embryos from Field Sediment

01:53  24  Exposure Demonstrated."  Can you explain the slide, please?

01:53  25  A.   This -- this is directly from the Dubansky paper.  So what

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:53   1   he did is when they're sampling in 2010 and 2011 is they took
01:53   2   sediments back to the lab.
01:53   3         Here he exposed embryos, killifish embryos, to those
01:53   4   sediments.  And first of all, he finds an elevated P450 in the
01:53   5   embryos.  That indicates that the embryos were truly exposed
01:53   6   and not separate from the exposure.
01:53   7         He found similar results that we saw on the Incardona
01:53   8   and Mager papers, saw edema around the heart, pericardial
01:53   9   edema.  He saw a decreased heart rate, and that's shown in this
01:54   10  diagram here where -- the red box, Grand-Terre samples in 2010
01:54   11  and 2011 are significantly reduced from the control sites, the
01:54   12  unoiled sites.
01:54   13        The asterisk indicates that those are significantly
01:54   14  different.  The two -- there's a little bit of difference in
01:54   15  the readings between 2010 and '11, but they are statistically
01:54   16  not different from each other.  The arrow bars overlap the
01:54   17  means, for example, but they are both statistically
01:54   18  significantly different from the -- from the control site.
01:54   19        So the heart rate was impacted and ultimately, the --
01:54   20  there's decreased hatching success in these oil-exposed
01:54   21  animals.
01:54   22  Q.   Can you explain your second -- your last bullet here?
01:54   23  A.   The last bullet just means that the effect was observed in
01:54   24  2010, and it was repeated a year later with sediments collected
01:54   25  in 2011.  Got the same result, as I just indicated.

DR. STANLEY RICE - DIRECT

01:55    1        That just means that the oil exposure of those

01:55    2    sediments continues, that it -- the oil exposure just didn't go

01:55    3    away through weathering or microbial degradation.  It's still

01:55    4    there.

01:55    5    Q.   Did Dubansky and Whitehead look at any other indicators of

01:55    6    oil exposure, potential harm, besides the ones we've talked

01:55    7    about, the P450 enzyme response and the embryo toxicity?

01:55    8    A.   They did.  They tested genetic genomics responses, and

01:55    9    what they're looking for are upregulated genes or downregulated

01:55   10    genes.  They had several thousand respond in both 2010 and

01:55   11    2011.

01:55   12        This is from the adults.  For example, it's -- that

01:55   13    indicates that the animal's responding.  It's a little bit hard

01:55   14    to equate that to harm.  It's hard to know what many of these

01:55   15    different genes are doing.  They're responding, but that

01:55   16    doesn't tell me that they're actually harmed.  Decrease in

01:56   17    heart rate, decrease in hatching success, that's real harm.

01:56   18    Hyperplasia in the gill, that's harm.

01:56   19    Q.   Dr. Rice, I would now like to turn to Dr. Shea's toxicity

01:56   20    analysis and your response to it.  Have you prepared a series

01:56   21    of slides explaining your response to Dr. Shea's analysis of

01:56   22    potential toxicological harm?

01:56   23    A.   Yes, I have.

01:56   24        MS. FIDLER:  Please call D-32624.

       25

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:56   1   **BY MS. FIDLER:**

01:56   2   **Q.**   Can you summarize your disagreements with Dr. Shea for the

01:56   3   Court.  And afterwards we'll go into them in a little bit more

01:56   4   detail.

01:56   5   **A.**   Yes, I can.  Briefly, we both looked at the same water

01:56   6   chemistry database, that 18,000-sample database with all the

01:56   7   PAH chemistries in it, and we both have a common understanding

01:56   8   of PAH composition and PAH concentration.  They're both

01:56   9   important.

01:56   10          Underlying after that, though, we begin to diverge.

01:56   11  Basically, first -- my first criticism is that he rejects

01:57   12  the -- the literature that was in support prior to the

01:57   13  *Deepwater Horizon* embryo toxicity work that I talked about

01:57   14  earlier.  And then more specifically, he's rejecting the

01:57   15  Incardona and Mager papers, the Whitehead and the Dubansky

01:57   16  papers.  He's rejecting that science.  He's not evaluating them

01:57   17  in terms of relative to his toxic unit approach.

01:57   18          My second item is that he's rejecting -- he's

01:57   19  criticizing their methodologies, especially the mixing method

01:57   20  and that sort of thing.  That's one thing.

01:57   21          Third, he's using a toxic unit approach, and I think

01:57   22  he uses that rather inappropriately at times.  Fourth, or

01:57   23  lastly, he's also diluting the toxic water results via some

01:57   24  summarizing statistics and graphics.

01:57   25  **Q.**   Okay.  Since you've discussed the first bullet, I'd like

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:57  1   to turn to your second point regarding methodology.

01:58  2         To clarify for the Court, what kind of tests were

01:58  3   involved in the -- in the studies you've been talking about,

01:58  4   the embryo studies?

01:58  5   A.   The embryo toxicity studies, those are all laboratory

01:58  6   bioassays.

01:58  7   Q.   And very generally speaking, what is a laboratory

01:58  8   bioassay?

01:58  9   A.   Basically it's where you're exposing the subject animal --

01:58  10  in this case, the embryos, you're exposing them to a series of

01:58  11  solutions with oil in them, mixed into them.  Plus, you'll

01:58  12  always have a control to compare the response that you're

01:58  13  measuring, whether it's survival or heart rate or whatever.

01:58  14  Q.   And what are you looking for in a -- in a bioassay?

01:58  15  A.   You're looking -- in this case, you're looking for what is

01:58  16  the threshold of effect.  You're trying to find what doses are

01:58  17  safe, what doses are harmful.

01:58  18  Q.   You've stated you've conduct -- conducted bioassays

01:58  19  before.  How many have you conducted?

01:58  20  A.   At least hundreds, probably in the thousands.

01:58  21  Q.   And what species have you tested?

01:58  22  A.   A number of species.  Of course, they're mostly from

01:59  23  Alaska, the Arctic down to southeast of invertebrates, such as

01:59  24  shrimp and crabs and mussels, on up through fish, the

01:59  25  vertebrates fish, and also a number of life stages going from

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

01:59   1   embryos on up to juveniles and adults.

01:59   2   Q.   Turning specifically to some of Dr. Shea's critiques

01:59   3   regarding the methods, I'd like to call D-32625.

01:59   4        All right.  Starting with the first critique listed,

01:59   5   could you explain Dr. Shea's critique of the methods you and

01:59   6   other researchers such as Drs. Incardona and Mager have used?

01:59   7   A.   Well, basically his first criticism, or a large criticism

01:59   8   is that he states or complains that the HEWAF method, that's

01:59   9   high-energy WAF, water accommodated fraction, is a nonstandard

01:59  10   mixing method.

01:59  11   Q.   And I'd like to break this down a bit.  What it is a water

01:59  12   accommodated fraction, or WAF?

01:59  13   A.   Water accommodated fraction means that those PAHs are

02:00  14   inserted into the solution.

02:00  15   Q.   And -- and what is a HEWAF?

02:00  16   A.   HEWAF means high energy, so a lot of energy is used in the

02:00  17   mixing in order to get the PAHs into solutions.

02:00  18   Q.   And what role does the mixing method play in generating a

02:00  19   WAF?

02:00  20   A.   The mixing method has a -- has a lot to do with -- with

02:00  21   the resulting composition.  If you're using a slow mixing

02:00  22   method, then you'll get a solution that is dominated by the

02:00  23   light ends, single rings of fresh oil and not weathered.  Or if

02:00  24   it is, it will be the -- weathered a little bit, it will be the

02:00  25   two-ring compositions.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:00  1          If you use high energy, then you're going to get some

02:00  2  of these three -- a lot of these three- and four-ring compounds

02:00  3  inserted into the solution.  So you affect the composition

02:00  4  quite significantly, depending on which -- what method you use.

02:00  5  Q.   And if I can slow you down a little bit, because that went

02:01  6  pretty quickly.

02:01  7          What do you then do with the WAF?

02:01  8  A.   Well, you collect the -- the WAF, and that's what you

02:01  9  dilute to various -- various intermediate concentrations, and

02:01  10  you expose your subject animals to that.

02:01  11  Q.   Okay.  Is there a standard legally required mixing method

02:01  12  for conducting bioassay research?

02:01  13  A.   No, not at all.

02:01  14  Q.   And have you used a variety of mixing methods in the

02:01  15  research you've conducted?

02:01  16  A.   I have.  I've used energy methods such as a slow mix that

02:01  17  Dr. Shea prefers and on up through a series of paint stirrers

02:01  18  and including high-energy WAFs out of blenders.

02:01  19  Q.   How do you respond to this critique by Dr. Shea regarding

02:01  20  the use of high-energy blenders to create HEWAF?

02:01  21  A.   Well, certainly, you get different compositions, but --

02:02  22  out of different mixing methods, but I don't buy off on that.

02:02  23  Basically what you really need to know is what is the

02:02  24  composition and what is the concentration.  And if you're

02:02  25  trying to mimic the -- what you find in the environment, then

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:02  1   you need to adapt your mixing method that will give you the

02:02  2   type of composition you need.

02:02  3          So in the case of the Gulf waters, which had a lot of

02:02  4   dispersion -- dispersions of depth, dispersions at the surface,

02:02  5   chemically enhanced probably, there is a lot of three-ring and

02:02  6   four-ring compounds inserted into solution by -- in -- in the

02:02  7   environment.

02:02  8          And so Incardona, for example, used the HEWAF in

02:02  9   order to produce compositions and concentrations that were

02:02  10  similar to what he found in the -- in the environment.

02:02  11         As a matter of fact, in his paper, he has those three

02:02  12  different species, he's actually taken a sample out of three

02:03  13  different cruises and copied, if you will -- "mimicked" I guess

02:03  14  would be a better word -- mimicked, the composition that was

02:03  15  found in samples from each of those three cruises.

02:03  16  Q.   So just to clarify, he's making that sure that the

02:03  17  exposure -- the composition of the PAHs in his exposure

02:03  18  solution closely approximates, if not matches as closely as

02:03  19  possible, what he actually saw in the field.  Is that a fair

02:03  20  assessment?

02:03  21  A.   Yeah.  Another way to put it, he's making sure that his

02:03  22  exposure solutions are relevant to the environment, both in

02:03  23  composition and in concentration.

02:03  24  Q.   Would the slow mixing methods preferred by Dr. Shea,

02:03  25  the -- the so-called standard methods, have been better for

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:03   1   achieving this?

02:03   2   A.   Not for this -- not for this spill.  He couldn't have

02:03   3   inserted the three and four rings into the solution using that

02:03   4   method; therefore, there would have been a lot of samples that

02:03   5   he couldn't have mimicked that were found in the environment.

02:04   6   Q.   How are you able to know that a PAH solution is mimicking

02:04   7   the field conditions?

02:04   8   A.   You have to have some very sophisticated analysis.  These

02:04   9   are commonly called GCMS, that's gas chromatograph mass spec.

02:04   10  The gas chromatograph separates out the individual PAHs into

02:04   11  the various component parts, and then the mass spec analyzes,

02:04   12  determines what the quantity is of each of those different

02:04   13  PAHs.

02:04   14           So that gives you concentration and composition.  It

02:04   15  takes that sophisticated analysis to do that.

02:04   16           MS. FIDLER:  And can we go back to the last slide.

02:04   17  BY MS. FIDLER:

02:04   18  Q.   Can you please describe the second critique you've listed

02:04   19  here?

02:04   20  A.   The second critique from Dr. Shea is that he says that the

02:04   21  lab conditions represent the worst-case scenario.

02:04   22  Q.   And how do you respond to that?

02:04   23  A.   I don't agree with that.

02:04   24  Q.   Why not?

02:04   25  A.   Well, the lab situation is kind of a perfect environment,

DR. STANLEY RICE - DIRECT

02:05   1   so to speak, except for having the toxin, of course.  But it
02:05   2   doesn't have predators, it doesn't have a changing physical
02:05   3   environment, it doesn't have a change in temperature or
02:05   4   salinity or UV, for that matter.  So it's kind of a perfect
02:05   5   world, so to speak.
02:05   6          The bioassays that we've done, our experience, I
02:05   7   should say, have found that when you expose an animal and he's
02:05   8   released in the environment, his survival potential is actually
02:05   9   less than what you might predict just from the chemistry of the
02:05  10   toxicant alone.
02:05  11   Q.   I want to clarify briefly what difference exists between
02:05  12   your method of analyzing the water chemistry and the one used
02:05  13   by Dr. Shea.  First, on the exposure side, is there any
02:05  14   difference in the water chemistry data that you and Dr. Shea
02:05  15   looked at?
02:05  16   A.   No, we looked at the same sample set and the same PAH
02:05  17   chemistries contained within that.
02:05  18   Q.   On the issue of potential biological effects side, did
02:06  19   both of you use a toxicity threshold to analyze whether the
02:06  20   data would be harmful --
02:06  21   A.   We did.
02:06  22   Q.   -- I mean that the results would be?
02:06  23   A.   We did.  We both used a threshold.
02:06  24   Q.   What toxicity threshold did you use?
02:06  25   A.   I was using the toxicity threshold that was derived

DR. STANLEY RICE - DIRECT

02:06  1   specifically from Incardona that was .3 parts per billion PAH.

02:06  2   That's the lowest value we got that was harmful.

02:06  3   **Q.**   And what is Dr. Shea's toxicity threshold?

02:06  4   **A.**   He's using a modeled toxic unit model, and his toxic

02:06  5   threshold is 1.

02:06  6   **Q.**   Have you prepared a series of slides explaining the TU

02:06  7   model?

02:06  8   **A.**   I'll try.

02:06  9          **MS. FIDLER:**  Call D-32628.

02:06  10  **BY MS. FIDLER:**

02:06  11  **Q.**   What, very briefly, is the toxic unit approach?

02:06  12  **A.**   Toxic unit approach is a -- is a modeling approach,

02:06  13  basically.  Each of the PAHs are separated out.  They have a

02:06  14  different potency.  Remember I said that as you go up in

02:06  15  structure, you're actually increasing the toxicity.  So the

02:06  16  potency is -- changes, and these are given weighting factors.

02:07  17          And at the end, you add up all the weighting factors

02:07  18  and add up -- if it's greater than 1, then -- then it's

02:07  19  harmful.  If it's less than 1, it's thought to be safe.

02:07  20  **Q.**   And what was the intended purpose of the toxic unit

02:07  21  approach?

02:07  22  **A.**   Well, the intended purpose is that it's a screening

02:07  23  procedure, and that the toxic units add up based on the

02:07  24  composition assigned weights.  And it if it adds up to greater

02:07  25  than 1, then it's supposed to stimulate or trigger a site or

DR. STANLEY RICE - DIRECT

| 02:07 | 1 | species-specific analysis. |

02:07  1   species-specific analysis.

02:07  2   **Q.**   Are there limitations to the TU approach?

02:07  3   **A.**   There are.

02:07  4           **MS. FIDLER:**  Please call the next slide, D-32629.

02:07  5   **BY MS. FIDLER:**

02:07  6   **Q.**   What are the limitations of the TU approach?

02:07  7   **A.**   Primarily, the toxic unit approach is based primarily on

02:07  8   modeling coming out of a series of acute bioassays, acute

02:08  9   toxicity studies.  And the mechanism here is the acute toxicity

02:08  10  or narcosis mechanism.  That's the -- that's the basis for it.

02:08  11          And if your goal is to assess acute toxicity, then

02:08  12  actually this toxic unit approach is -- is relatively valid.

02:08  13  The EPA scientists, however, that developed this recognized

02:08  14  that the toxic unit approach might be underprotective for other

02:08  15  toxicity mechanisms.  Remember I talked about there's a series

02:08  16  of mechanisms, acute toxicity, then chronic toxicity.

02:08  17          In the case of the embryos, for example, the neural

02:08  18  part has not kicked in yet, so you can't have an acute narcosis

02:08  19  toxicity for them.  So trying to adapt this down to the chronic

02:08  20  toxicity was a limitation.  They've recognized this.  They have

02:08  21  some chronic toxicity tests within -- within the modeling, but

02:09  22  they're very limited.

02:09  23          They're very limited in the number, they're very

02:09  24  limited in the species, very limited in the number of pure

02:09  25  compounds they use.  They don't use very many.  They're very

DR. STANLEY RICE - DIRECT

02:09  1  limited in the number of life stages.  There's only a few

02:09  2  that -- a few fish species, for example, that have embryo

02:09  3  information in it.  And most importantly, they're very limited

02:09  4  in the toxicity mechanisms that they're measuring and

02:09  5  quantifying in those tests.

02:09  6         So consequently, this adds quite a few layers, so to

02:09  7  speak, of uncertainty when you're trying to adapt this toxic

02:09  8  unit approach to a chronic-type situation, chronic-type test.

02:09  9  And for me, that is why this is still a screening tool,

02:09 10  particularly at the chronic toxicity level.

02:09 11  Q.   Moving to your criticism that Dr. Shea inappropriately

02:09 12  used this TU model.  I'd like to call the next slide,

02:09 13  D-32630-A.

02:09 14  BY MS. FIDLER:

02:09 15  Q.   What is your criticism of Dr. Shea's use of this model?

02:10 16  A.   Well, basically, I don't find it as safe.  Again, I said

02:10 17  it's relatively okay for predicting an acute narcosis, but when

02:10 18  we get down to the embryos and other toxicity mechanisms,

02:10 19  chronic toxicity, I just don't think it's a safe way to go.

02:10 20         So the first bullet here says that Dr. Shea ignored

02:10 21  the requirement where if you get a toxic unit greater than 1,

02:10 22  for example, that you're going to stimulate a site or

02:10 23  species-specific investigation.  He hasn't done that.

02:10 24         The second bullet refers to this diagram I have here,

02:10 25  a bioassay, an embryo test for Pompano coming out of BP's

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:10  1   exposure tests that they have.  And if we look at the details

02:10  2   of this -- and I draw your attention to this group of animals

02:10  3   here.

02:10  4          The people that conducted the tests identified those

02:10  5   as being significantly different than the -- than the controls,

02:11  6   and so they're circled in red.  This is their assessment that

02:11  7   it's significant.

02:11  8          I've also got a line drawn here right in the middle

02:11  9   where the toxic units are calculated at 1.  So here you see,

02:11  10  when you average these three together, you get an average

02:11  11  mortality of about 30 percent.  And that's mortality.  That's

02:11  12  not effects or edema or growth or some other sublethal effect;

02:11  13  it's mortality.

02:11  14         So here you have 30 percent mortality, and it's

02:11  15  coming out at a toxic unit of about, say, .8, roughly.  So

02:11  16  right here is an example.  It's just one -- one example.  It's

02:11  17  an example where the toxic unit approach of 1 is not safe for

02:11  18  that type of assay chronic test, if you will, on an embryo

02:11  19  test.

02:11  20  Q.   Your slide mentions there was also a test on amphipods.

02:12  21  Was that a water or a sediment test?

02:12  22  A.   That was a sediment test.

02:12  23  Q.   And where was the sediment coming from?

02:12  24  A.   The sediment was coming from -- sediment was taken at

02:12  25  depths in the Gulf after the spill.

DR. STANLEY RICE - DIRECT

02:12  1   **Q.**   So would your concerns about Dr. Shea's use of the TU
02:12  2   model to assess potential harm also apply to Dr. Shea's
02:12  3   analysis of harm from sediment exposure based on the same
02:12  4   threshold?
02:12  5   **A.**   It would.   In this case the amphipod TU is quite low, much
02:12  6   lower than 1.
02:12  7          And I didn't look at a lot of these.   I just looked
02:12  8   at a couple.   And this is one example that it wasn't safe -- it
02:12  9   wasn't a prediction of safe.
02:12  10  **Q.**   I'd like to turn to your final criticism that Dr. Shea's
02:12  11  water chemistry analyses dilutes -- dilutes the potential for
02:12  12  harm.   Have you highlighted four examples of this?
02:12  13  **A.**   I have.
02:12  14          **MS. FIDLER:**   Please call D-32632.
02:12  15  **BY MS. FIDLER:**
02:12  16  **Q.**   Can you please explain this slide?
02:12  17  **A.**   Well, what Dr. Shea has done here is he's treated this
02:13  18  18,000-sample database as one large pool of samples, and he's
02:13  19  averaged them across time, space, and depth.
02:13  20          Let's look at the mapping right here, for example.
02:13  21  So the first thing I see is that these are samples from May of
02:13  22  2010 to July 2012.   Well, for the water samples and after the
02:13  23  well is capped, we just wouldn't expect much toxicity, of
02:13  24  course, showing in the water samples collected in 2011 or 2012,
02:13  25  and yet these are averaged in.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:13  1          Secondly, let's go to space, meaning geography here.
02:13  2   Look at all the samples that are collected on the inside and
02:13  3   the outside coast of Florida.  These are great samples to have
02:13  4   taken for baseline measurements in case that slick had been
02:13  5   swept over and impacted the coast of Florida, but that didn't
02:13  6   happen.  And yet these samples now are rolled into the database
02:14  7   in order to calculate out the probability of -- of being there.
02:14  8          Lastly, is depth.  He's averaged in in this
02:14  9   particular case the sample -- all the samples at all depths.
02:14  10  If we look at just one dot, let's take one sampling location.
02:14  11  What that is is a sample taken near the surface water, at
02:14  12  2 meters, maybe, a deeper sample, let's say 10 meters, maybe
02:14  13  50, and then 200 and 1,000.  So all these samples are rolled
02:14  14  in, and yet we wouldn't expect significant oil concentrations
02:14  15  in many of these samples.
02:14  16         And the net result that Dr. Shea gets is that if you
02:14  17  look there in that pie wedge, looking at just the chronic
02:14  18  benchmarks, he's getting a little less than 2 percent of them
02:14  19  are toxic.  He's saying that 98 percent of the samples are
02:15  20  safe.  And to me he's not using the right approach here.
02:15  21         MS. FIDLER:  Call the next example, 326 --
02:15  22  D-32633.2-A.
02:15  23  BY MS. FIDLER:
02:15  24  Q.   Can you please explain your criticisms with regard to
02:15  25  Dr. Shea's analysis of surface water?

OFFICIAL TRANSCRIPT

02:15  1  **A.**    This is the surface water.  And if you read the title
02:15  2  there, this is the probability of unsafe water in May of 2010.
02:15  3          This is an important month, May of 2010.  The spill,
02:15  4  of course, is very active, still going on at this time.  And
02:15  5  yet when you look at how many samples are potentially toxic --
02:15  6  and these are from the top 200 meters -- you do not get the
02:15  7  impression that there's anything to worry about, frankly.  That
02:15  8  would be my interpretation of the slide that he's presenting.
02:15  9          And the sample's similarly small maybe or the map is
02:15  10 large.  But when you compare that result to what we've done
02:15  11 down here in the lower graphic, we've graphed out, queried the
02:16  12 database for the samples that are in the top 50 meters.
02:16  13 We've -- and, again, we've separated it out by months.  So this
02:16  14 is May, so it's a comparable map.  And here we have the samples
02:16  15 that are appearing in the top 50 meters that have
02:16  16 concentrations at various levels.
02:16  17          So if we were to use yellow, for example, this is a
02:16  18 .3, and then you got the higher concentrations in the reds and
02:16  19 orange.  And you certainly see a lot more samples, for example,
02:16  20 in those waters, all within the footprint, for the most part;
02:16  21 but still you get the impression that there's more to worry
02:16  22 about from that slide than you do from Dr. Shea's analysis.
02:16  23          **MS. FIDLER:**  And taking a look at the analysis on the
02:16  24 deepwater side, please call the next slide, D-32634-B.
       25

DR. STANLEY RICE - DIRECT

02:16   1   **BY MS. FIDLER:**

02:16   2   **Q.**   Please explain your criticism with regard to Dr. Shea's

02:16   3   analysis of deepwater.

02:16   4   **A.**   Well, he's included this slide.  There's the wellhead, but

02:17   5   you see no samples that are identified from the plume.  The

02:17   6   deep sea plume just doesn't appear.

02:17   7          In the lower half of the slide -- excuse me.  In the

02:17   8   lower half of the slide, I've taken a slide out of -- a picture

02:17   9   out of the Joint Analysis report that tracked the plume for

02:17   10  several months.

02:17   11         And, of course, you see samples down there.  The

02:17   12  concentrations are not fair to compare because they're not

02:17   13  PAHs, so we can't quite compare them to the top graph.  But

02:17   14  nevertheless, the plume was identified -- the next slide shows

02:17   15  that it's identified by Camilli.  For example, for

02:17   16  35 kilometers out, there's plume samples that are identified

02:17   17  out.  Those oxygen levels certainly plume out.  I didn't show

02:17   18  you this, but the -- the oxygen levels are depressed there.

02:17   19         There's concentrations out of the database that are

02:17   20  at 100 parts per billion and greater.  That's 100 parts per

02:18   21  billion.  Certainly, there has to be some samples that would be

02:18   22  cause for concern -- toxic concern, and yet there's nothing

02:18   23  appearing in Dr. Shea's analysis.

02:18   24  **Q.**   And turning to your final slide, Dr. Rice, have you

02:18   25  prepared a rebuttal to these analyses?

DR. STANLEY RICE - DIRECT

02:18  1  **A.**   I have.

02:18  2            **MS. FIDLER:**  Call D-32635.

02:18  3  **BY MS. FIDLER:**

02:18  4  **Q.**   What is your response to Shea's -- Dr. Shea's analysis?

02:18  5  **A.**   Well, I guess, briefly, I would want to look for where you

02:18  6  might suspect that there would be PAH.  So when we did this

02:18  7  analysis here, we were looking primarily offshore.  We've

02:18  8  broken it out by month, because we wanted to know what -- what

02:18  9  times of the year following the spill would you expect maybe

02:18  10  to -- to find the oil, to be comparable to the species of

02:18  11  concern, meaning those embryos that Incardona and Mager are

02:18  12  studying.

02:18  13            We restricted our analysis to the top 2 meters.  So

02:18  14  the -- the blue bar here in the month of May, June, July,

02:19  15  that's just the top 2 meters.

02:19  16            The intermediate level, we don't expect much, so that

02:19  17  sector goes from 2 meters down to 1,000.  And then we want to

02:19  18  separate out, of course, the deepwater samples that are

02:19  19  1,000 meters or deeper.

02:19  20            And my interpretation from this slide is -- we have

02:19  21  three critical months that are significantly greater, May,

02:19  22  June, July, compared to August, September, October, et cetera.

02:19  23            The blue -- the highest bars, or the blue bars, so

02:19  24  those are the samples of the top 2 meters.  And if you look at

02:19  25  the red here -- 59 percent of the samples in May, 72 percent of

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - DIRECT

02:19  1   the samples in June, 30 percent of the samples in July -- out
02:19  2   of the top 2 meters are above .3 parts per million, the
02:19  3   threshold that I was using from the Incardona study.
02:19  4         If you use the -- look at the deep samples here,
02:19  5   they're a little bit lower, but they're still quite
02:19  6   significant.  Almost half the samples in May are above .3 parts
02:20  7   per billion.  I'm starting to get concerned at those levels.
02:20  8         It does drop off in June and July.  But at least
02:20  9   there's some evidence -- significant evidence, in my mind, that
02:20  10  there's a potential for toxic harm coming from these samples.
02:20  11  And it's -- it's just quite different than what Shea shows.
02:20  12  **Q.**   And, Dr. Rice, do these toxicity patterns you've
02:20  13  identified at the .3 part per billion toxicity threshold, do
02:20  14  those same patterns play out at other toxicity thresholds?
02:20  15  **A.**   They would.  It would be the same exact pattern.  If we
02:20  16  were to drop it down to 1 part per billion, which is what I
02:20  17  showed in that other slide that corresponds to mine, it would
02:20  18  be right here at 40 percent.  So even in the month of May,
02:20  19  40 percent of those samples would be toxic to a mahi-mahi
02:20  20  embryo, for example, in the top 2 meters.
02:20  21  **Q.**   And are those analyses also set forth in Appendix B?
02:20  22  **A.**   They are.
02:21  23         **MS. FIDLER:**  Thank you, Dr. Rice.
02:21  24         I have no further questions at this time.
02:21  25         **THE COURT:**  All right.  Ms. Karis.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:21    1              **MS. KARIS:**  Your Honor, would you like me to proceed
02:21    2  now, or I wasn't sure if you wanted to take a --
02:21    3              **THE COURT:**  I'm sorry, what?
02:21    4              **MS. KARIS:**  I'm sorry.  Have me proceed now, or did
02:21    5  you want to take our afternoon break?
02:21    6              **THE COURT:**  No, not unless we -- someone needs it.
02:21    7  But otherwise, we'll go a little bit longer.
02:21    8              **MS. KARIS:**  Okay.
02:21    9              **THE COURT:**  I thought we'd break somewhere between
02:21   10  3:00 or 3:30.
02:21   11              **MS. KARIS:**  Okay.  Thank you.
02:22   12              Your Honor, may I proceed?
02:22   13              **THE COURT:**  Sure.
02:22   14              **MS. KARIS:**  Thank you.
02:22   15              For the record, Hariklia Karis.
02:22   16              And, Dr. Rice, I have you on cross-examination.
02:22   17                        **CROSS-EXAMINATION**
02:22   18  BY MS. KARIS:
02:22   19  **Q.**   Dr. Rice, I believe you testified, amongst the materials
02:22   20  you considered, to use your words, most importantly, the water
02:22   21  chemistry samples that existed for the *Deepwater Horizon* --
02:22   22  arising from the *Deepwater Horizon* environmental investigation;
02:23   23  correct?
02:23   24  **A.**   That's true.
02:23   25  **Q.**   Okay.  And you said it was most importantly the water

DR. STANLEY RICE - CROSS

| | |
|---|---|
| 02:23 | 1 |
| 02:23 | 2 |
| 02:23 | 3 |

chemistry samples.  But to be clear, at the time you issued your Round 1 report, you had not reviewed that water chemistry data; correct?

**A.**   That's correct.  I was using peer-reviewed literature that recorded some of those doses, but I did not analyze the 18,000-sample database until after the comments came from Dr. Shea.

**Q.**   Okay.  And we'll get back to that most important water chemistry data and the literature that you reviewed.

But you would agree with me that the water samples that were collected as part of the *Deepwater Horizon* environmental investigation following the *Deepwater Horizon* spill was quite extensive in terms of size and scope?

**A.**   It was quite extensive, yes.  More than any other spill I've ever seen.

**Q.**   And you would agree that those samples were collected under good quality control assurance protocols; correct?

**A.**   Well, I have to assume that.  And the reason why I'm assuming that is because this database has not been peer-reviewed and I haven't seen the synthesis, for example, coming out from the people that gathered the data, gathered the samples, did the analyses.  So I have to trust that everything in there is pretty good.

**Q.**   And you have, in fact, trusted everything there is pretty good because you put together those charts that showed us where

DR. STANLEY RICE - CROSS

02:24  1   you expected to see potential injury based on that water

02:24  2   chemistry data; correct?

02:24  3   A.   That's true.

02:24  4   Q.   Okay.  Now, you considered that water chemistry data to be

02:24  5   reliable; correct?

02:24  6   A.   Well, again, with one caveat, that it hasn't been

02:24  7   peer-reviewed, that it hasn't been synthesized by the people

02:25  8   that took the data.  You know, will they ever eliminate some

02:25  9   data, for example?  It's hard for me to believe that

02:25  10  100 percent of those samples are spot on.  But I don't know

02:25  11  that.

02:25  12  Q.   But in rendering your opinions in this case, as they

02:25  13  pertain to that data -- because your Round 2 reports have such

02:25  14  opinions as well as your Round 3 report -- you considered that

02:25  15  data to be reliable; correct?

02:25  16  A.   I did.

02:25  17  Q.   Thank you.

02:25  18       Sitting here today, you have no reason to disagree

02:25  19  with any of that water chemistry data after you considered

02:25  20  whatever information about it you've reviewed to date; correct?

02:25  21  A.   Given the caveat that I've been giving, yes.

02:25  22  Q.   Okay.  And you definitely agree that the water chemistry

02:25  23  data is of sufficient quantity to analyze; correct?

02:25  24  A.   I did not quite say that.

02:25  25  Q.   Okay.

DR. STANLEY RICE - CROSS

02:25    1    A.    What I said is this is the most samples that I've ever

02:25    2    seen in a spill.  But sufficient, that's a little bit

02:26    3    different.  I would have liked to have had -- being a

02:26    4    scientist, I would like to have had more samples.  I would like

02:26    5    to have had more directed samples, for example.

02:26    6    Q.    Doctor -- I'm sorry.

02:26    7    A.    And all those samplings are still just single snapshots in

02:26    8    time.

02:26    9          What I mean by that is if I was to go back to some

02:26   10    location and sample the next day and sample the next day, I

02:26   11    really don't know what I would get, because those are just

02:26   12    snapshots in time.

02:26   13    Q.    Dr. Rice, you agree that the water chemistry data is of

02:26   14    sufficient quantity, quote, to support your conclusions, end

02:26   15    quote; correct?

02:26   16    A.    Well, yes --

02:26   17    Q.    Thank you.

02:26   18    A.    -- with the caveat that I gave you.

02:26   19    Q.    You're aware that the government has analyzed a large

02:26   20    portion of this data; correct?

02:26   21    A.    Correct.

02:26   22    Q.    And you're familiar with the Unified Command's Operational

02:26   23    Science Advisory Team for the federal on-scene coordinator,

02:27   24    what is often referred to as OSAT?

02:27   25    A.    No, not really.

DR. STANLEY RICE - CROSS

02:27  1   Q.   Okay.

02:27  2           MS. KARIS:  Let's pull up TREX-12237.1, please.

02:27  3           Exhibit -- I'm sorry, TREX-12237.1.

02:27  4   BY MS. KARIS:

02:27  5   Q.   You're familiar with this document which is regarding the

02:27  6   sampling and monitoring data that has been collected and

02:27  7   analyzed by the government, OSAT in particular; correct?

02:27  8   A.   Yes.

02:27  9   Q.   Thank you.

02:27  10          This report, as is shown on the bottom there, is

02:27  11  dated December 17th of 2010?

02:27  12  A.   Correct.

02:27  13  Q.   That's when it was first issued; correct?

02:27  14  A.   Correct.  That's the date.

02:27  15          MS. KARIS:  And if we can now go to TREX-12237.28.1.

02:28  16  BY MS. KARIS:

02:28  17  Q.   Table 3.1 from the OSAT report contains the data that the

02:28  18  government scientists collected and analyzed for the nearshore

02:28  19  environment; correct?  Do you see at the top there it says,

02:28  20  "3.1, Summary of water and sediment analytical chemistry

02:28  21  results in the nearshore zone"?

02:28  22  A.   That's what it says.

02:28  23  Q.   "Data sets were compared to human health benchmarks" -- we

02:28  24  talked about those yesterday -- "aquatic life benchmarks,"

02:28  25  which is what you're talking about here today, "and dispersant

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:28  1  screening levels.  For each benchmark (or screening level),

02:28  2  total number of samples that were nondetect, below benchmark,

02:28  3  or exceeded benchmarks were computed."

02:28  4       And they were computed by OSAT; correct?

02:28  5  A.   That's what it says.

02:28  6  Q.   "The total number of samples is not the same for the human

02:29  7  health, aquatic life, or dispersant categories because not all

02:29  8  sample were analyzed for all analytes."

02:29  9       And if we look here, we can see the samples collected

02:29  10  for aquatic life and for dispersants; correct?  Collected and

02:29  11  analyzed; correct?

02:29  12  A.   Yes.

02:29  13       MS. KARIS:  Next slide, please.

02:29  14  BY MS. KARIS:

02:29  15  Q.   For aquatic life, the total number of samples collected

02:29  16  were 6,909; correct?

02:29  17  A.   That's what it says.

02:29  18  Q.   If you can go back -- I'm sorry.

02:29  19       And what we see is of those 6,909 samples, 5,337 had

02:29  20  nondetects, 395 were below benchmarks, correct, again, for the

02:30  21  water samples?

02:30  22  A.   Correct.

02:30  23  Q.   And then we have exceed benchmark, and you see here at the

02:30  24  bottom where it says:  "The number in parentheses refers to

02:30  25  exceedances consistent with MC252 oil or indeterminate."

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:30    1              Do you see that?

02:30    2    **A.**    I see that.

02:30    3    **Q.**    So from these 6,000 samples -- 6,909 samples for water

02:30    4    column -- actually, they're not all water column samples, to be

02:30    5    clear -- these approximately 6,000 samples, 22 refer to

02:30    6    exceedances for MC252 oil; correct?

02:30    7    **A.**    That's what I read, yes.

02:30    8    **Q.**    Okay.  Now, you understand that "exceed benchmarks" -- you

02:31    9    understand what that means; right?

02:31    10    **A.**    Probably.  I'm guessing -- because I haven't read this

02:31    11    document recently.  I'm assuming that that means that it

02:31    12    exceeds the EPA benchmarks.

02:31    13    **Q.**    Those would be the EPA's benchmarks for aquatic life;

02:31    14    correct?

02:31    15    **A.**    The EPA benchmarks based on toxic units, yes.

02:31    16    **Q.**    Okay.  And that was for nearshore.  Now, let's look at

02:31    17    deepwater zone.

02:31    18              TREX-12237.43.1, again, from the OSAT report, a

02:31    19    "Summary of the water and sediment analytical chemistry results

02:31    20    in the deepwater zone."

02:31    21              Does this report the results from aquatic life as

02:32    22    2,721 samples were nondetects; correct?

02:32    23    **A.**    Yes.

02:32    24    **Q.**    And below benchmark, 821 of those samples were below the

02:32    25    EPA's benchmarks; correct?

DR. STANLEY RICE - CROSS

02:32  1   A.    That's how it reads.

02:32  2   Q.    And, again, for the deepwater zone, exceed benchmarks, the

02:32  3   number inside the parentheses, which is consistent with MC252

02:32  4   oil, is 63 samples; correct?

02:32  5   A.    That's what it says.

02:32  6   Q.    So this would have been data that was collected in 2010

02:32  7   showed that there were 63 exceedances of benchmarks of

02:32  8   approximately 3,500 samples, if we take out the sediment

02:32  9   collection; correct?

02:32  10  A.    Correct.

02:33  11  Q.    And, in fact, OSAT reports on the percent of exceedances

02:33  12  for water column and sediment as being 2 percent; correct?

02:33  13  A.    That's the value that's in that box.

02:33  14  Q.    Now, I haven't asked you about sediment samples.  You're

02:33  15  aware that there were thousands of sediment samples collected;

02:33  16  correct?

02:33  17  A.    I'm aware.  I did not analyze the sediments very

02:33  18  extensively.  I relied on the peer-reviewed literature that I

02:33  19  was reading.

02:33  20  Q.    In fact, you didn't analyze the sediment samples that were

02:33  21  collected at all; correct?

02:33  22  A.    I did not have the time to do that, no.

02:33  23  Q.    So when Dr. Boesch testified earlier today that he relied

02:33  24  on your analysis of the sediments samples, you did not do any

02:33  25  such analysis; correct?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:33  1   A.   Well, that's not quite what I said.  I didn't analyze that

02:33  2   database, the 18,000-sample database.  I did certainly read and

02:33  3   review several papers, the Turner paper being a prime example,

02:34  4   the most recent paper showing extensive PAH in the wetlands,

02:34  5   and the series of samples with baselines prior to the spill.

02:34  6   Q.   So to be accurate, then, you reviewed peer-reviewed

02:34  7   literature, some of which referenced sediment samples; correct?

02:34  8   A.   Correct.

02:34  9   Q.   You did not, though, go and review or analyze the sediment

02:34  10  samples referenced in that peer-reviewed literature; correct?

02:34  11  A.   No, I did not.

02:34  12  Q.   My statement is correct then?  I'm sorry, I think we have

02:34  13  a double negative, for the record.

02:34  14        You have not reviewed any sediment samples, even of

02:34  15  the peer-reviewed literature that you looked at; correct?

02:34  16  A.   Again, I've reviewed peer-reviewed literature.

02:34  17  Q.   Okay.  Thank you.

02:34  18        Now, OSAT, after reviewing those sediment samples and

02:34  19  analyzing them both for nearshore and deepshore made certain

02:34  20  key findings.  You're aware of that, in that report issued in

02:35  21  December of 2010; correct?

02:35  22  A.   Actually, I'm not aware, no.

02:35  23        MS. KARIS:  Okay.  Let's look at it.  TREX-12237.6.1.

02:35  24  BY MS. KARIS:

02:35  25  Q.   OSAT found in December of 2010 that there were no

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:35  1    exceedances of EPA's dispersant benchmark -- I'm sorry.  Let me
02:35  2    read it again.
02:35  3         "Key Findings.  No exceedances of EPA's dispersant
02:35  4    benchmarks were observed."
02:35  5         You were not aware of that?  Is that your testimony?
02:35  6    A.   I'm not aware of the details in this document, no.
02:35  7    Q.   Including its key findings; correct?
02:35  8    A.   Correct.  Again, these benchmarks are benchmarks.  This is
02:35  9    a screening tool.  I relied on the peer-reviewed literature
02:35 10    more than I relied on this.
02:35 11    Q.   You did not rely on EPA's benchmarks?
02:35 12    A.   I did not.  It's a screening tool.  I was looking to
02:36 13    review the peer-reviewed literature that was peer-reviewed.
02:36 14    Q.   We'll talk about the peer-reviewed literature.  But you're
02:36 15    aware that Dr. Shea, he did rely on these EPA benchmarks;
02:36 16    correct?
02:36 17    A.   Correct.
02:36 18    Q.   Thank you.
02:36 19         Now, let's look at another key finding from OSAT 1.
02:36 20         MS. KARIS:  TREX-12237.6.2, please.
02:36 21    BY MS. KARIS:
02:36 22    Q.   Were you aware that in the OSAT report, they made a key
02:36 23    finding, Number 4, "Since 3 August 2010, less than 1 percent of
02:36 24    water samples and approximately 1 percent of sediment samples
02:36 25    exceeded EPA's aquatic life benchmarks for" polycyclic

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:36    1    aromatic -- aromatic hydrocarbons, "PAH"?

02:36    2         Were you aware of that?

02:36    3    **A.**   No.

02:36    4    **Q.**   They went on to say:  "Analysis of individual samples

02:36    5    indicated that none of the water sample exceedances were

02:36    6    consistent with MC252."

02:36    7         You were not aware of that; correct?

02:37    8    **A.**   Are these all -- I can't tell the context.  Are all these

02:37    9    nearshore?

02:37   10    **Q.**   These are the key findings from the nearshore and

02:37   11    offshore.

02:37   12    **A.**   Okay.

02:37   13    **Q.**   You were not aware of that fact, that none of the water

02:37   14    samples exceeded the MC252 benchmarks; correct?

02:37   15    **A.**   Again, the benchmarks, I agree.  I am not aware -- I did

02:37   16    not pay attention to the benchmarks.

02:37   17    **Q.**   And of the sediment exceedances, only these within

02:37   18    3 kilometers of the wellhead were consistent with MC252.  And,

02:37   19    again, that would be the sediment -- sediment samples that you

02:37   20    did not review; correct?

02:37   21    **A.**   That's what -- that's how it reads.

02:37   22    **Q.**   Now, you referenced that in your report, you relied on

02:37   23    peer-reviewed literature, certainly your Round 1 report, and

02:38   24    you only looked at the water chemistry samples after you got

02:38   25    Dr. Shea's first-round report; correct?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:38  1   A.   That's correct.

02:38  2   Q.   Now, at the time of your deposition, as you indicated, it

02:38  3   was brought to your attention that there were some errors in

02:38  4   your Round 2 report; correct?

02:38  5   A.   That's correct.

02:38  6   Q.   And your Round 2 report errors pertained to your review of

02:38  7   some of the chemistry data that we've just been talking about;

02:38  8   correct?

02:38  9   A.   Correct.

02:38  10  Q.   And it also pertained -- I'm sorry, then you issued a --

02:38  11  you had a Round 3 report that also had some mistakes; correct?

02:38  12  A.   Correct.

02:38  13  Q.   And, again, that was brought to your attention at your

02:38  14  deposition; correct?

02:38  15  A.   Correct.

02:38  16  Q.   And to be fair, Mr. Israel brought those -- BP's counsel

02:38  17  brought those errors to your attention during your deposition;

02:38  18  correct?

02:38  19  A.   That's correct.

02:39  20  Q.   Now, before issuing your reports, you made sure -- strike

02:39  21  that.

02:39  22       Before issuing your reports, you made every effort in

02:39  23  your review to ensure that your reports were accurate?

02:39  24  A.   That's true.

02:39  25  Q.   And after those -- those errors were brought to your

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:39   1   attention, you issued some corrections?

02:39   2   **A.**    Correct.

02:39   3   **Q.**    In December of this year; correct?

02:39   4   **A.**    Correct.

02:39   5   **Q.**    And then you found more mistakes and you issued another

02:39   6   round of corrections in January of this year; correct?

02:39   7   **A.**    I thought -- I thought the corrections in December were --

02:39   8   I'd have to look at the dates.  I thought the December -- the

02:39   9   corrections in December were it.

02:39   10  **Q.**    Sitting here now, do you know whether we were given yet

02:39   11  more corrections to your report, including to Figure 6 in

02:39   12  January of this year?

02:39   13  **A.**    Without seeing the documents again and the dates --

02:40   14         **MS. FIDLER:**  Objection, Your Honor.  What happened is

02:40   15  Dr. Rice redacted that, redacted that figure from the appendix.

02:40   16  And it's -- as is set forth in the briefing on this issue.

02:40   17         **MS. KARIS:**  It's after -- I'm happy to follow up --

02:40   18         **MS. FIDLER:**  So he's withdrawn -- he's withdrawn that

02:40   19  figure entirely.

02:40   20  **BY MS. KARIS:**

02:40   21  **Q.**    Dr. Rice, why did you withdraw Figure 6 from your report

02:40   22  in January of this year after you made your corrections in

02:40   23  December?

02:40   24  **A.**    Right now, I do not remember what Figure 6 is.  I'd have

02:40   25  to see it.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:40  1    **Q.**   All right.  We'll pull it up shortly.  But were you aware

02:40  2    that one of the figures from your report has been withdrawn?

02:40  3    **A.**   I remember that now.

02:40  4    **Q.**   And regardless of when it happened, do you know why you

02:40  5    withdrew it?

02:40  6    **A.**   I'd have to see the figure.

02:40  7    **Q.**   Okay.  Now, let's look at TREX-13331.33.1.

02:41  8         You testified on direct examination that the

02:41  9    corrections to your tables were the result of some

02:41  10   miscalculations or computing errors; is that correct?

02:41  11   **A.**   Well, yes.  But not computing errors, I think sorting

02:41  12   errors would be the more appropriate way to describe it.

02:41  13   18,000-sample database, that's two and a half million records.

02:41  14   So it's a very large database.  I'm not experienced enough to

02:41  15   sort that sort of database that large.  I could ask questions

02:41  16   and I could interpret data once it's sorted.

02:41  17        But -- so anyway, what we did there is we -- we had

02:41  18   trouble matching Dr. Shea's analysis because of the large

02:41  19   samples.  So the correction between Round 2 and 3 was there is

02:42  20   a thousand samples that we couldn't account for that were in

02:42  21   the database.  So those are ultimately found and that

02:42  22   correction was made for the Round 3 report.

02:42  23        Then we're still off by -- well, as this particular

02:42  24   figure shows, we have got deep samples in the nearshore.  Well,

02:42  25   there are no deep samples in the nearshore.  So that was

DR. STANLEY RICE - CROSS

02:42  1  pointed out by -- by your colleague there.

02:42  2  **Q.**   That -- I'm sorry.  Just one second.  For the record --

02:42  3        **MS. FIDLER:**  Objection, Your Honor.  He wasn't

02:42  4  finished answering the question.

02:42  5        **MS. KARIS:**  Your Honor, I was just going to point

02:42  6  to --

02:42  7        **THE COURT:**  Well, why don't you let him finish

02:42  8  answering first --

02:42  9        **MS. KARIS:**  Sure.

02:42  10        **THE COURT:**  -- and then you can do that.  Okay?

02:42  11        **MS. KARIS:**  Sure.

02:42  12  **BY MS. KARIS:**

02:42  13  **Q.**   Go ahead.

02:42  14  **A.**   So as I just stated, there were no nearshore samples.  So

02:42  15  that indicated that we had had sample data and location data

02:42  16  mismatched.  And that's true, we did.

02:42  17        So in the Round 3 report, an error -- a correction, I

02:42  18  should say, we've corrected the data.  That didn't change the

02:42  19  number of samples, it didn't change the number of toxic samples

02:43  20  we found; but it certainly changed the location where they

02:43  21  belonged.  So these deep samples obviously belong offshore,

02:43  22  which is where we put them.  So it just changed the

02:43  23  categorizing or the sorting.

02:43  24  **Q.**   Who was doing the analysis of this data?

02:43  25  **A.**   My colleague, Mark Carls, was, that I've worked with since

DR. STANLEY RICE - CROSS

02:43  1   approximately 1980, about 30 years or so.
02:43  2   **Q.**   All right.  And we'll come back to Mr. Carls -- Dr. Carls.
02:43  3   You've published with him, including in some of the
02:43  4   peer-reviewed literature that you rely on for your opinions in
02:43  5   this case; correct?
02:43  6   **A.**   I have published a number of papers with him, yes.
02:43  7   **Q.**   And was -- I'm sorry.  Was it -- is it Dr. Carls who
02:43  8   identified on your graph here a deep nearshore?
02:43  9   **A.**   Correct, he did that.
02:43  10  **Q.**   There is no such thing, as you pointed out, as a deep
02:43  11  nearshore?
02:43  12  **A.**   Right.  That's --
02:43  13  **Q.**   Because -- I'm sorry.  One second.
02:43  14          Because here it says --
02:43  15  **A.**   Yeah, because we had the mismatching location and depth
02:43  16  that I just described.
02:43  17  **Q.**   Okay.  Now, if -- so that's one mistake.  Then we had the
02:44  18  mismatching that you identified.
02:44  19          If we can now go to TREX-13332.36.1.
02:44  20          And, again, now this is from your Round 3 report
02:44  21  after you made some corrections; correct?
02:44  22  **A.**   Between Round 2 and 3, we had about a thousand samples
02:44  23  that we couldn't account for.  I don't remember the precise
02:44  24  number.  They match up with Dr. Shea's.  So we found those,
02:44  25  they were resorted, and we produced this graphic for Round 3,

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:44    1    which is the errors -- the depth location errors were

02:44    2    mischaracterized.

02:44    3    Q.    Okay.  So you found some mistakes and you corrected those

02:44    4    mistakes in Round 3, but you still have deep nearshore here;

02:44    5    correct?

02:44    6    A.    In Round 3, we still had not corrected, at this time, the

02:45    7    deep nearshore corrections.  That wasn't found between Round 2

02:45    8    and 3.

02:45    9    Q.    Now --

02:45    10   A.    It's a thousand samples that we had done -- couldn't find

02:45    11   that were buried in that 18,000, two-and-a-half-million-record

02:45    12   database.

02:45    13   Q.    Okay.  Now, here, May -- first of all, these numbers under

02:45    14   here, what do they indicate?

02:45    15   A.    They indicate the number of samples.  And, obviously, it's

02:45    16   hard to have two bars with a sample of one.  So, again, this is

02:45    17   part of the mismatching and error corrections that we didn't

02:45    18   catch in time.

02:45    19   Q.    Okay.  So for May here, you have one sample, but you have

02:45    20   that one sample with two bars being a -- an intermediate

02:45    21   nearshore and then another for surface nearshore with different

02:45    22   readings for one sample; correct?

02:45    23   A.    Correct.  This is an error and we admit we made an error

02:45    24   in that report and they've been corrected.

02:46    25   Q.    Dr. Rice, you did not perform any of the analyses yourself

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:46  1  of the water chemistry data in your Rounds 2 or 3 reports;

02:46  2  correct?

02:46  3  A.    It's true that I did not have the capacity, the skill

02:46  4  level to handle a sample set that has two and a half million

02:46  5  records in it.  So, no, I did not do that.  I was asking the

02:46  6  querying questions, but I did not ask the -- I could not

02:46  7  manipulate this database.  It's beyond my skill level.

02:46  8  Q.    And you relied on Dr. Carls in performing that analysis

02:46  9  and then forming your opinions in this case; correct?

02:46  10  A.    That's correct.

02:46  11  Q.    Now, we talked about the water sediment samples that were

02:47  12  reviewed and reported in your Round 2 and Round 3 report.  But

02:47  13  your Round 3 report also contained an appendix that identified

02:47  14  the studies that you contend corroborate your opinions in this

02:47  15  case; correct?

02:47  16  A.    Correct.

02:47  17  Q.    And that's the peer-reviewed literature that you told us

02:47  18  you looked at and relied on in reaching your opinions here;

02:47  19  correct?

02:47  20  A.    Correct.

02:47  21  Q.    And I believe you testified on direct very early on that

02:47  22  even with Appendix C, you identified some errors and you

02:47  23  corrected those errors in December of this year; correct?

02:47  24  A.    Correct.  There was one paper, a paper by Incardona where

02:47  25  we had misidentified two species, one was the bluefin tuna.  We

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:47  1   had identified the target species, so to speak, the Gulf

02:47  2   species when, in fact, he had done the work on a southern

02:48  3   bluefin tuna because that is the -- is the specific bluefin

02:48  4   tuna that was being cultured, and he had access to the embryos.

02:48  5   Q.   Okay.

02:48  6   A.   And we --

02:48  7   Q.   So we're going to talk about the Incardona study at

02:48  8   length, I think, hopefully not too long.  But Incardona studies

02:48  9   three species; correct?

02:48  10  A.   Three species, the bluefin tuna, the southern -- excuse

02:48  11  me.  Yeah, the southern bluefin tuna, also the yellowfin tuna,

02:48  12  which is a Gulf species, and the amberjack.  And he was using a

02:48  13  cultured amberjack, very closely related, but it wasn't the

02:48  14  Gulf species.

02:48  15  Q.   And you misidentified in your report two of those three

02:48  16  species; correct?

02:48  17  A.   Right.  I got the genre right; I didn't get the species

02:48  18  quite right.

02:48  19  Q.   Okay.  And there was some significant differences between

02:48  20  the species as you identified them and the species that

02:48  21  Dr. Incardona actually studied; correct?

02:49  22  A.   Well, let's take the case of the bluefin tuna.  The

02:49  23  bluefin -- the two bluefin tunas, they both have the same

02:49  24  common name.  That's because they are very, very similar;

02:49  25  similar in morphology, similar in their embryology, similar in

DR. STANLEY RICE - CROSS

02:49  1    their value.

02:49  2    Q.    All right.

02:49  3    A.    It's been argued that they're actually the same species

02:49  4    and that they're truly -- actually a subspecies of each other.

02:49  5    But that's where the literature is right now.

02:49  6    Q.    Well, the species that Incardona -- Dr. Incardona

02:49  7    identified was which bluefin tuna?

02:49  8    A.    He did his work on the southern bluefin tuna, which is in

02:49  9    Australia and being cultured there --

02:49  10   Q.    Thank you.

02:49  11   A.    -- which gave him access to the embryos.

02:49  12   Q.    And the Atlantic bluefin tuna which you had identified as

02:49  13   the species, that was not studied by Dr. Incardona; correct?

02:49  14   A.    That is correct.

02:49  15   Q.    And you said there are similarities.  But to be clear, the

02:49  16   southern bluefin tuna does not live in the Gulf of Mexico;

02:50  17   correct?

02:50  18   A.    That's correct.  It lives near Australia.

02:50  19   Q.    So the species that Dr. Incardona actually studied is not

02:50  20   found in the Gulf of Mexico with respect to tuna; correct?

02:50  21   A.    No, he did not.  He studied the bluefin tuna, which is

02:50  22   very, very closely related to the Atlantic bluefin tuna.

02:50  23   Q.    You've said that a couple of times.  And you would agree

02:50  24   with me that you recognize that there are different -- strike

02:50  25   that.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:50  1          You recognize that different species can respond
02:50  2  differently to the same chemicals in the same dose; correct?
02:50  3  A.   Within a range, that's true.  If I conducted a test ten
02:50  4  times in a row with one species, I would expect to get very
02:50  5  similar results, not identical.  But the same would also be
02:50  6  true if I tested ten different species that are very similar; I
02:50  7  obviously wouldn't get the same results.
02:51  8  Q.   But different species -- that is, the Atlantic bluefin
02:51  9  tuna -- can have different responses to the same exposure of
02:51  10  the same chemicals in the same dose than the southern bluefin
02:51  11  tuna; correct?
02:51  12  A.   Well, I would expect that the responses would be
02:51  13  identical.  The dose level might be slightly different, but
02:51  14  when we look at a wide range of species -- and I mentioned this
02:51  15  in my direct, pink salmon which, of course, is very, very --
02:51  16  Q.   We're talking about bluefin tuna --
02:51  17          MS. FIDLER:  Objection, Your Honor.  He wasn't
02:51  18  finished answering.
02:51  19          THE WITNESS:  I was demonstrating a point --
02:51  20          THE COURT:  Go ahead.
02:51  21          THE WITNESS:  I was demonstrating the point that when
02:51  22  you have very divergent species, you still get the same effect.
02:51  23  The dose level -- you're right, the dose level could be
02:51  24  somewhat different, particularly if they are a different size.
02:51  25  These two species are not.  I'm talking about the embryo.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:51    1              But, yeah, your point is made.  You can have a

02:51    2    quantitative response that is different than when the doses --

02:52    3    BY MS. KARIS:

02:52    4    Q.   The dose level is significant in analyzing toxicity;

02:52    5    correct?

02:52    6    A.   Well, certainly the dose matters.

02:52    7    Q.   Thank you.

02:52    8              And so if the dose level can be different, you would

02:52    9    want to know how a particular species responds to a particular

02:52   10    dose; correct?

02:52   11    A.   Correct.

02:52   12    Q.   Thank you.

02:52   13              Now, you made no attempt to compare the hardiness of

02:52   14    the Gulf of Mexico tuna -- that is, the Atlantic tuna -- with

02:52   15    the southern bluefin tuna that Dr. Incardona used in his

02:52   16    experiment; correct?

02:52   17    A.   Correct.

02:52   18    Q.   You do not know the specific PAH concentrations that would

02:52   19    cause a toxicological response to the bluefin tuna species,

02:52   20    which is the species that actually lives -- I'm sorry, which is

02:52   21    the species that actually lives in the Gulf of Mexico;

02:52   22    correct -- I mean, lives in Australia, it doesn't live in the

02:52   23    Gulf of Mexico; correct?

02:52   24    A.   You confused me there.  Could you --

02:53   25    Q.   I'm sorry.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:53  1   **A.**    -- start one more time?

02:53  2   **Q.**    That was a very poorly worded question.

02:53  3        You agree that you don't know the specific

02:53  4   PAH concentration that would cause a toxicological response to

02:53  5   the Atlantic bluefin tuna embryos, those in the Gulf of Mexico?

02:53  6   **A.**    That's correct, I do not know the precise dose that would

02:53  7   cause the same threshold effect.  I would expect it to be near

02:53  8   that just because of the similarity of these two species,

02:53  9   similarity in size.

02:53  10  **Q.**    Wait.  Do you recall when we asked you at your deposition

02:53  11  whether you knew at what concentration -- at what

02:53  12  PAH concentrations -- what PAH concentrations would cause

02:53  13  specific toxicological responses to the Atlantic bluefin tuna,

02:53  14  and you said you did not know?

02:53  15  **A.**    That's correct, I did not know the precise amount.  But I

02:53  16  can have a pretty good educated guess -- a pretty good educated

02:53  17  estimate, I should say, that the dose would be down there near

02:54  18  a part per billion.  Maybe a little bit above, maybe a little

02:54  19  bit below, but it's going to be in that range.

02:54  20  **Q.**    In the range, but you don't know precisely?

02:54  21  **A.**    That's correct.

02:54  22  **Q.**    Okay.  Now, Dr. Incardona's study that you relied on,

02:54  23  you're aware that 40 percent of the Australian bluefin tuna

02:54  24  that he used as controls, meaning no exposure to oil, died

02:54  25  during the experiment?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:54  1    A.    I'm aware of that.

02:54  2    Q.    The rate of mortality for control species -- that rate of

02:54  3    mortality for control species is not common in your experience;

02:54  4    correct?

02:54  5    A.    Correct, it's not common.  It's -- I've approached it at

02:54  6    times.  It's also not common to have 100 percent survival of

02:54  7    embryos and larva.  I don't know that I've ever seen a test

02:54  8    with 100 percent survival of the controls.  Embryos and larva

02:54  9    are very, very fragile, very, very sensitive, very, very

02:54  10   difficult to work with.

02:54  11   Q.    I appreciate that you may not have 100 percent controls,

02:54  12   but you would agree with me that a 40 percent mortality rate is

02:55  13   not common; correct?

02:55  14   A.    It is not common.

02:55  15   Q.    Thank you.

02:55  16         And you have never published the results of any

02:55  17   toxicological experiment that had a mortality rate of

02:55  18   40 percent for control?

02:55  19   A.    I published one paper, I believe, that has near that, over

02:55  20   30 percent.

02:55  21   Q.    My question was whether you've ever published anything

02:55  22   that had a mortality rate of 40 percent for controls?

02:55  23   A.    No.

02:55  24   Q.    You agree that Dr. Incardona's study admittedly had

02:55  25   complications or, to use your words, it was not perfect -- it

DR. STANLEY RICE - CROSS

02:55  1   was not a perfect test; correct?

02:55  2   A.   That's correct.  Very seldom do you get a perfect test

02:55  3   with embryos and larva.

02:55  4   Q.   Let's look at Dr. Incardona's study.  I'm sorry.  If we

02:56  5   can pull up from the demonstrative that you were shown on

02:56  6   direct examination with the control, D-32618-A.

02:56  7            You were shown this demonstrative on direct

02:56  8   examination.  Do you recall that?

02:56  9   A.   Very definitely.

02:56  10  Q.   And to be clear, this comes from the publication that you

02:56  11  relied on to reach a conclusion that there might be threshold

02:56  12  effects at .3 parts per billion; correct?

02:56  13  A.   That's correct.

02:56  14  Q.   And parts per billion of .2, that would be the dose

02:56  15  exposure?

02:57  16  A.   It's -- it's the calculated exposure that he has.  He has

02:57  17  a range of doses, and you calculate out basically where the

02:57  18  effect begins based on the calculations.

02:57  19  Q.   Now, this call-out from Dr. Incardona's study, to be

02:57  20  clear, these oil-exposed bluefin tuna, yellowfin tuna, and

02:57  21  yellowtail amberjack species that are shown here, none of these

02:57  22  were at that .3 level that resulted in this graphic; correct?

02:57  23  A.   To get the spinal effects, they're probably slightly

02:57  24  higher, yes.

02:57  25  Q.   And when you say "slightly higher," to be clear, the

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:57  1   Incardona study indicates that -- sorry.  For --
02:58  2            MS. KARIS:  I'm sorry.  Do we have the actual
02:58  3   document?  We can do this.
02:58  4   BY MS. KARIS:
02:58  5   Q.   For the bluefin tuna, this is an exposure of 8.5 --
02:58  6   A.   That's correct.
02:58  7   Q.   -- correct?
02:58  8            That's right?
02:58  9   A.   I believe that's correct.  I know it's above 1.
02:58  10  Q.   And the exposure for the yellowfin here is 3.4, correct,
02:58  11  parts per billion?
02:58  12  A.   I believe that's correct.
02:58  13  Q.   And the exposure here for the amberjack is 13.8 parts per
02:58  14  billion; correct?
02:58  15  A.   I believe that's correct.
02:58  16  Q.   So none of the oil-exposed specimens on this diagram from
02:58  17  which you conclude threshold effects of .3 actually were at .3.
02:58  18  Instead they were at 8.5, 3.4, and 13.8 parts per billion;
02:59  19  correct?
02:59  20  A.   Correct.  What Dr. Incardona is reporting, he reported a
02:59  21  threshold concentration of .3 parts per billion for the bluefin
02:59  22  tuna was causing effects.  The examples here are -- yes, they
02:59  23  are severely deformed embryos.
02:59  24  Q.   The video that you ran and showed us, the slowed heart
02:59  25  rate.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

02:59   1   **A.**   Yes.

02:59   2   **Q.**   Those were not at the .3 part per billion dosage rate;

02:59   3   correct?

02:59   4   **A.**   I'm not sure what dose they were.  I suspect they were

02:59   5   higher, like you say.

02:59   6        The threshold effect was for edema, which is

02:59   7   beginning to indicate that you're going to get heart rate

02:59   8   differences, that's correct.

02:59   9   **Q.**   I want to make sure that we have no confusion because you

02:59   10  played a video that showed heart effects and then you told us

02:59   11  about threshold levels of .3.  The video that you were showing

03:00   12  us were at exposure levels above the EPA benchmark level of 1;

03:00   13  correct?

03:00   14  **A.**   I'm not sure about above the benchmark.  I haven't

03:00   15  converted all of his doses into that format.

03:00   16  **Q.**   You don't know whether they were above or below; correct?

03:00   17  **A.**   I know that the .3 is substantially below the benchmark of

03:00   18  1, but I do not know the other doses.

03:00   19  **Q.**   Okay.  You do not know whether the exposure -- the dosage

03:00   20  for the video that you showed us was for above or below the EPA

03:00   21  dosage benchmark; correct?

03:00   22  **A.**   It wasn't part of my purpose to convert all of his doses

03:00   23  into TUs.  No, I don't know the --

03:00   24  **Q.**   Okay.

03:00   25  **A.**   -- specific TU there.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:00   1   **Q.**   Now, if we can now pull up TREX-13332-E.19.2.

03:01   2        And, Dr. Rice, you recognize this.  This is from your

03:01   3   appendix that you attached to your report that you contended

03:01   4   was the peer-reviewed literature that supported your opinions

03:01   5   in this case; correct?

03:01   6   **A.**   This is Appendix C, I take it?

03:01   7   **Q.**   Yes.  Do you recognize it?

03:01   8   **A.**   Yes.

03:01   9   **Q.**   The top one, the top entry that you contend supports --

03:01  10   excuse me -- a threshold effect at .3, that's this Incardona

03:01  11   study that we've been referring to; correct?

03:01  12   **A.**   Correct.

03:01  13   **Q.**   And what is reported here -- and, again, this is for

03:01  14   southern bluefin tuna that live in Australia, not the Gulf of

03:01  15   Mexico; correct?

03:01  16   **A.**   Same genus, yes.

03:01  17   **Q.**   Okay.  And the response that's reported here is edema;

03:01  18   correct?

03:02  19   **A.**   Yes.

03:02  20   **Q.**   Now, you're aware that the Incardona study does not report

03:02  21   the severity of the edema that he or his colleagues observed;

03:02  22   correct?

03:02  23   **A.**   Correct.  He didn't grade them out, so to speak, yes.

03:02  24   **Q.**   And you agree that you can have different severities of

03:02  25   edema ranging from mild to severe; correct?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:02   1   A.   Sure.

03:02   2   Q.   And the consequences are different for edema depending on

03:02   3   where you fall on that range or spectrum, mild to severe;

03:02   4   correct?

03:02   5   A.   I would assume that on the short term that that's probably

03:02   6   true, you can get a range of effects.

03:02   7   Q.   But you don't know the severity of this edema and what the

03:02   8   ultimate effects were; correct?

03:02   9   A.   I do not.  You're asking for a very detailed level of --

03:02   10  Q.   I'm asking because you relied on Dr. Incardona's study;

03:03   11  and if you don't know, that's okay.

03:03   12  A.   Okay.  Thank you.

03:03   13  Q.   Now, roughly half of the studies in your Appendix C that

03:03   14  you report demonstrated a threshold injury level of .3 -- I'm

03:03   15  sorry.  Strike that.

03:03   16        Roughly half of the studies in this Appendix C that

03:03   17  you reported demonstrated toxicity at a threshold below

03:03   18  10 micrograms per liter are reporting edema or cardio effects;

03:03   19  correct?

03:03   20  A.   Correct.  Somewhere in there I believe I note --

03:03   21  Q.   You're not aware of a single study, other than those that

03:03   22  you've listed in Appendix C, that demonstrate edema or cardio

03:03   23  effects at early stage fishes in concentrations of less than

03:03   24  10 micrograms per liter or parts per billion; correct?

03:03   25  A.   I don't understand your question.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:03  1  **Q.**   Other than what's on Appendix C, you're not aware of any
03:03  2  other literature that demonstrates effects?
03:04  3  **A.**   There could be others.  I --
03:04  4  **Q.**   Sitting here now, you're not aware of any others?
03:04  5  **A.**   I believe that there's a Higgins study out there.  There
03:04  6  may be others.  I'm not sure.
03:04  7  **Q.**   Did you list the Higgins study in your Appendix C?
03:04  8  **A.**   I don't believe -- I don't believe we did.
03:04  9  **Q.**   Okay.  We'll talk about the Higgins study.  Other than the
03:04  10  Higgins study, are you aware of any others?
03:04  11  **A.**   No.  This wasn't meant to be exhaustive.  It's -- it's
03:04  12  meant to be an example.
03:04  13  **Q.**   It's an example of peer-reviewed literature that you
03:04  14  contended supported your opinions in this case; correct?
03:04  15  **A.**   Correct.  It wasn't meant to be exhaustive.  It was -- we
03:04  16  were really targeting the *Deepwater Horizon* studies.  These are
03:04  17  just gathered in order to be supportive of that -- that they
03:04  18  were not unique, for example.
03:04  19  **Q.**   You would agree with me that all of the studies on
03:04  20  Appendix C that you contend show cardio toxicity or edema at
03:04  21  exposure levels below 10 micrograms per liter were conducted by
03:05  22  Dr. Incardona either as the primary or contributing author;
03:05  23  correct?
03:05  24  **A.**   Well, what you're assuming there is a lot of these studies
03:05  25  were done in previous years when we -- well, Incardona didn't

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:05    1    come along until -- I don't know what year -- approximately the
03:05    2    year 2000, sometime in there.  So the advances that he's made
03:05    3    in embryo toxicity studies weren't known to us prior to that
03:05    4    date.  I don't know exactly what date.  The late '90s maybe,
03:05    5    sometime in there.
03:05    6          So we didn't always look -- look for those sorts of
03:05    7    effects.  When we were doing the pink salmon experiments, we
03:05    8    weren't looking for heart defects, for example.  We were
03:05    9    looking for spinal deformities, jaw deformities, for example,
03:05   10    edema maybe, if they were obvious.  But we weren't always
03:05   11    looking for the intensity, the details that he was looking for.
03:05   12    Q.   All the peer-reviewed literature that exists that you're
03:06   13    aware -- aware of that shows edema or cardio effects below
03:06   14    10 parts per billion have as the primary or contributing author
03:06   15    Dr. Incardona; correct?
03:06   16    A.   I'm not sure.  I'd have to relook at all of these and get
03:06   17    the list out and --
03:06   18    Q.   We can move on.
03:06   19          If you were aware of it, you would have listed it in
03:06   20    your support -- supporting materials; correct?
03:06   21    A.   If they came to mind, yeah.  This wasn't a focus area for
03:06   22    us.
03:06   23    Q.   Now, Dr. Incardona, in this study that resulted in this
03:06   24    2014 publication, do you know where he got the data that he was
03:06   25    analyzing?

DR. STANLEY RICE - CROSS

03:06   1   **A.**   I'm not sure what data you're talking about.  What data?

03:06   2   **Q.**   Well, what data did Dr. Incardona analyze to reach his

03:07   3   conclusions about possibly having edema at a threshold of

03:07   4   .3 parts per billion?

03:07   5   **A.**   You mean -- well, he analyzed the samples.  He analyzed

03:07   6   the biology and --

03:07   7   **Q.**   Where did he get those samples?

03:07   8   **A.**   What samples are you talking about?

03:07   9   **Q.**   The samples that Dr. Incardona analyzed.

03:07   10   **A.**   Are you talking biological samples, or are you talking

03:07   11   chemical samples?

03:07   12   **Q.**   The chemical samples.

03:07   13   **A.**   He got those out of his bioassays, out of the stocks --

03:07   14   **Q.**   Where did -- do you know, Dr. Rice, where Dr. Incardona

03:07   15   got the water samples that he used in order to conduct the

03:07   16   studies that resulted in this publication?

03:07   17   **A.**   Well, he mixed the -- at site where the exposures are

03:07   18   taking place, he mixed the oil and the solution using the HEWAF

03:07   19   method.  Is that your question?

03:08   20   **Q.**   No.  My question, I guess, is:  Do you know whether

03:08   21   Dr. Incardona used any of the NRD, the Natural Resource Damage

03:08   22   Assessment data in order to conduct -- excuse me, conduct his

03:08   23   analysis here?

03:08   24   **A.**   Well, he didn't use them to conduct the tests.  That's

03:08   25   where I think I'm being confused by you there.  He didn't use

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:08 1  the NRDA database to conduct the test, the biology tests that

03:08 2  he was doing.  But he did use the NRDA database in order to see

03:08 3  if his samples compare.

03:08 4           And if you remember the -- one of the diagrams there,

03:08 5  it shows a sample out of -- I don't remember the cruises,

03:08 6  they're named by vessels, but he matched the samples of three

03:08 7  different cruises.

03:08 8  Q.   And do you know whether he got those water samples --

03:08 9  whether those water samples were intended to be representative

03:08 10 of samples that were collected from May to June of 2010 that he

03:09 11 had obtained through the NRD process?

03:09 12 A.   Well, I guess you'd have to ask him.  Those -- those data

03:09 13 that he's referring to are in that database.  And I doubt that

03:09 14 he did a -- well, he didn't do a complete analysis of the

03:09 15 database, he wouldn't have had the time.  But he did find those

03:09 16 samples.  And I don't know what process or whatever he did.

03:09 17 Q.   Did --

03:09 18 A.   He certainly wouldn't have done an analysis of the

03:09 19 database.  That isn't his objective.  I mean, he wants to be

03:09 20 relevant, environmentally relevant, of course, in both

03:09 21 composition and concentration.  And this would indicate that he

03:09 22 was.

03:09 23           Any detailed analysis of that database, which would

03:09 24 have been the job of -- excuse me, which would have been the

03:09 25 job of somebody else, presumably, in the NRDA system, to my

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:09   1   knowledge just hasn't come out yet.  We haven't seen an
03:09   2   in-depth analysis of the -- of the NRDA database by the people
03:09   3   that have -- that took the data, that gathered the samples and
03:10   4   did the analysis.
03:10   5   Q.   Did you, as part of your work --
03:10   6        THE COURT:  Why don't you lift that microphone back
03:10   7   up.
03:10   8        THE WITNESS:  Sorry.
03:10   9        THE COURT:  We have people in another room listening,
03:10   10  too.  Go ahead.
03:10   11  BY MS. KARIS:
03:10   12  Q.   Did you, as part your remit in this case, look at any --
03:10   13  A.   I didn't hear you.
03:10   14  Q.   I'm sorry.  Did you, as part of your remit in this case,
03:10   15  look at any of the data that has been collected as part of the
03:10   16  NRD process; yes or no?
03:10   17  A.   I don't quite understand.  There's a word there I didn't
03:10   18  hear, about the third --
03:10   19  Q.   Sure.  Let me ask it again.
03:10   20        THE COURT:  I didn't hear -- I didn't understand it.
03:10   21  Did you say "remit"?
03:10   22        MS. KARIS:  Remit.
03:10   23  BY MS. KARIS:
03:10   24  Q.   As part of the work that you did in this case.
03:10   25        THE COURT:  Okay.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:10  1  **BY MS. KARIS:**

03:10  2  **Q.**   Let me rephrase it.

03:10  3  **A.**   I don't quite know what you mean by "remit."  That's --

03:10  4  **Q.**   I apologize.  I will withdraw it.

03:10  5       **THE COURT:**  I don't either.

03:10  6       **THE WITNESS:**  Oh, good.

03:10  7  **BY MS. KARIS:**

03:10  8  **Q.**   As part of the instructions you were given in this case to

03:10  9  render opinions about potential and actual harm to the

03:10  10  environment, did you consult any data that was collected as

03:11  11  part of the NRD process?

03:11  12  **A.**   I guess the NRDA database that we're talking about, we

03:11  13  were given access to the data, but we were not given access to

03:11  14  the people that took the data.  We were not given access to any

03:11  15  of the -- any syntheses or anything out of that.  We were just

03:11  16  given the raw data, 18,000 samples.

03:11  17  **Q.**   And those 18,000 samples, do you know whether that data

03:11  18  was collected as part of the NRD process or if there's separate

03:11  19  data for that?

03:11  20  **A.**   I -- I really don't know that.

03:11  21  **Q.**   All right.  I'll move on.

03:11  22       You talked about HEWAF.

03:11  23  **A.**   Yes.

03:11  24  **Q.**   HEWAF is the methodology that Dr. Incardona used for his

03:11  25  study; correct?

560

DR. STANLEY RICE - CROSS

03:11   1   **A.**   That's correct.

03:11   2   **Q.**   And HEWAF uses a commercial food blender to prepare an oil

03:12   3   and water mixture that is then tested; correct?

03:12   4   **A.**   Correct.

03:12   5   **Q.**   In your report, you describe HEWAF as a method of using

03:12   6   high energy; correct?

03:12   7   **A.**   Correct.

03:12   8   **Q.**   The high-energy blender method that Dr. Incardona used,

03:12   9   according to you, is designed to entrain small dispersed

03:12   10   droplets into the water; correct?

03:12   11   **A.**   Correct.

03:12   12   **Q.**   And it's supposed to then promote some of the heavier and

03:12   13   more toxic compounds into solution; correct?

03:12   14   **A.**   Because of the small droplets of significant quantities,

03:12   15   presumably, of the heavy compounds that can then get into the

03:12   16   solution, yes.

03:12   17   **Q.**   You have no idea, though, how much energy is generated by

03:12   18   the blender that was used in Dr. Incardona's experiment;

03:12   19   correct?

03:12   20   **A.**   Correct.  And I don't really care.  All I want to know is

03:12   21   if the composition, the resulting composition that he uses is

03:13   22   relevant.

03:13   23   **Q.**   Okay.

03:13   24   **A.**   It's hard to equate -- excuse me.  It's hard to equate

03:13   25   laboratories -- it's hard to equate laboratory studies with the

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:13  1  environment.

03:13  2  **Q.**   Do you need some water?

03:13  3  **A.**   Yes, I do.  Give me about two seconds.  Thank you.

03:13  4       It's hard to equate laboratory studies, laboratory

03:13  5  energy and mixing methods.  You can't mimic the environment

03:13  6  precisely, or maybe even crudely, for that matter.  But what

03:13  7  you can do is mix up compositions and concentrations that have

03:13  8  some sort of environmental relevance, and that was the goal

03:13  9  here.  That's the goal of these things.

03:13  10  **Q.**   All right.  All right.  I'm sorry.  So just to be clear --

03:13  11  if I get an answer with the coughing, I apologize.

03:13  12       So you do not know how much energy was generated,

03:13  13  though, by using the blender method; correct?

03:14  14  **A.**   That's correct, I do not.

03:14  15  **Q.**   And you don't know whether the energy that was at the

03:14  16  surface is similar to the energy in the blender that

03:14  17  Dr. Incardona used; correct?

03:14  18  **A.**   I have no idea.  That's correct.

03:14  19  **Q.**   Dr. Incardona's paper references 78 samples; do you recall

03:14  20  that?

03:14  21  **A.**   Actually, I do not.

03:14  22  **Q.**   Okay.  If we can pull up your deposition at 211, lines 15

03:14  23  to 19, to see if this helps refresh your recollection.

03:14  24  Actually, we have the Incardona study as well.

03:14  25       Do you recall when you were asked:

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:14   1          "QUESTION:  Do you know where in the Gulf of Mexico
03:14   2      the 78 samples were collected from that Dr. Incardona
03:14   3      utilized in his re-publication?"
03:14   4          And you say you have no idea?
03:14   5   **A.**   And I still have no idea.
03:14   6   **Q.**   Okay.  So I believe you were speaking to where from the
03:15   7   Gulf of Mexico those samples were.  You said you had no idea.
03:15   8   And it's your testimony today you don't even have an idea as to
03:15   9   how many samples there were; correct?
03:15   10  **A.**   Well -- correct.  I -- no, I do not know -- I don't know
03:15   11  the process he used to get, quote, the 78, when there's 18,000,
03:15   12  you know.  I don't know what he used.
03:15   13  **Q.**   Okay.  So just to wrap up on this piece, Dr. Rice, you're
03:15   14  relying on Dr. Incardona's study.  You do not know how many
03:15   15  samples he used, where those samples came from, what process he
03:15   16  used or how much energy was generated by the HEWAF blender that
03:15   17  he used; correct?
03:15   18         **MS. FIDLER:**  Objection, Your Honor.  This is a
03:15   19  compound question, of which most of it has been asked and
03:15   20  answered.
03:15   21         **MS. KARIS:**  I'm happy to do it one piece at a time.
03:15   22  If it's in the record, I'm happy to move on.
03:15   23         **THE COURT:**  Well, it sounds like -- it sounds like
03:16   24  you're just asking him to confirm what he's already said.
03:16   25  Piece by piece, you're trying to throw it all together, so --

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:16  1          **MS. KARIS:**  I was trying to summarize.

03:16  2          **THE COURT:**  I'll sustain the objection.  Okay.

03:16  3  BY MS. KARIS:

03:16  4  **Q.**   Dr. Rice, you would agree with me that you were missing

03:16  5  several pieces of information with respect to Dr. Incardona's

03:16  6  study; correct?

03:16  7  **A.**   Well, for a detailed, precise evaluation, I suppose you're

03:16  8  correct.  I was relying that this is, one, a peer-reviewed

03:16  9  publication.  I could tell in my own review that it was a

03:16  10  high-quality publication, I believe.  Will it answer all of

03:16  11  your environmental questions?  I guess not.

03:16  12  **Q.**   Okay.  Now, we were talking about HEWAF and its

03:16  13  reliability.  And I believe you said there is no standard

03:16  14  method; correct?

03:16  15  **A.**   Not in --

03:16  16  **Q.**   For conducting testing?

03:17  17  **A.**   That's correct.  I said that.  And what I meant was in

03:17  18  environmental and damage assessment-type studies, like this

03:17  19  was, bioassays, no, there is no standard that is required.

03:17  20  **Q.**   Dr. Incardona relied on HEWAF; correct?

03:17  21  **A.**   Uh-huh.  That's correct.

03:17  22  **Q.**   And you're not aware of a single instance in which the EPA

03:17  23  has relied on the HEWAF methodology; correct?

03:17  24  **A.**   I am not, but HEWAF -- excuse me.  But EPA does not do

03:17  25  damage assessment studies.  This is more in the purview of

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:17  1   NOAA, and they're going to study site-specific,

03:17  2   species-specific-type studies, and that's what they're doing

03:17  3   relative to the Gulf.

03:17  4   **Q.**   The EPA, in conducting any and all of its toxicological

03:17  5   testing --

03:17  6   **A.**   Which are not site-specific damage assessment studies.

03:17  7   **Q.**   They do not use HEWAF; correct?

03:17  8   **A.**   I don't believe they do.  They do -- they do have a CEWAF

03:17  9   standard method, I believe.  I'm not 100 percent sure of that.

03:18  10  But I think they have CEWAF in there.

03:18  11  **Q.**   Would you agree with me that it is important to understand

03:18  12  what -- strike that.

03:18  13          When conducting toxicity experiments using HEWAF, you

03:18  14  need the analytical chemistry measurements for each exposure;

03:18  15  correct?

03:18  16  **A.**   Do you need them all?  No.  Are they all ideal?  Yes.

03:18  17  **Q.**   And you agree that it's important to understand what the

03:18  18  concentration and compositions are and how they change over

03:18  19  time?

03:18  20  **A.**   It's very, very desirable, yes.

03:18  21  **Q.**   You mentioned CEWAF.  Do you know whether that is used for

03:18  22  dispersants?

03:18  23  **A.**   Correct.  That's chemical enhanced.  That's what the C is

03:18  24  for, chemical enhanced, short for dispersants.

03:18  25  **Q.**   Now, Dr. Incardona's study that used HEWAF, you understand

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:18  1  that all of the samples other than the highest concentrations
03:18  2  and the controls for bluefin tuna were lost in transit from
03:19  3  Australia to the United States; correct?
03:19  4  A.   That's correct.  That's part of the imperfectness of this
03:19  5  study.
03:19  6  Q.   As a consequence, the only analytical chemistry from
03:19  7  Dr. Incardona's study for his bluefin tuna experiment was the
03:19  8  chemistry data for the highest initial PAH concentrations;
03:19  9  correct?
03:19  10 A.   That's correct, as I understand it, anyway.
03:19  11 Q.   For all other concentrations, Dr. Incardona was unable to
03:19  12 conduct analytical chemistry; correct?
03:19  13 A.   Right.  He operated under the principles of dilution.
03:19  14 Q.   He had to estimate the PAH concentrations and
03:19  15 compositions; correct?
03:19  16 A.   He had -- correct.  He did that because he knew what the
03:19  17 dilutions of the stock were, of course.
03:19  18 Q.   But he estimated because he had lost the samples; correct?
03:19  19 A.   I'd say he measured it, he just didn't measure it
03:19  20 chemically, which would be the ideal, preferred way.  I mean,
03:19  21 he measured the dilutions, so they're not estimated, they're
03:20  22 measured.
03:20  23 Q.   Would that be another missing piece of information from
03:20  24 Dr. Incardona's study?
03:20  25 A.   Well, yes.  But the other two species did not have this

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:20    1    sort of problem.

03:20    2    **Q.**    You testified that Dr. Shea thought that the Incardona

03:20    3    study was seriously flawed, if I heard your words correctly.

03:20    4    **A.**    I don't remember saying seriously flawed.  I know he

03:20    5    criticized them for not being standard.

03:20    6    **Q.**    And do you know whether some of the criticisms that

03:20    7    Dr. Shea has is because of all of the missing information from

03:20    8    the Incardona study, including some of which we've talked about

03:20    9    here today?

03:20    10    **A.**    I think you should ask that question of Dr. Shea, not me.

03:20    11    **Q.**    Okay.  And we will.

03:20    12         Let's talk now about the Carls and Heintz

03:20    13    publications that you rely on as part of the -- part of the

03:21    14    peer-reviewed literatures that you contend supports your

03:21    15    opinions.

03:21    16         **MS. KARIS:**  TREX-13332-E.1.9, please.  Can we bring

03:21    17    that up.

03:21    18    **BY MS. KARIS:**

03:21    19    **Q.**    And, again, this is the second species identified in your

03:21    20    Appendix C that you contend supports your opinions about .3

03:21    21    being a threshold where there might be sufficient exposure for

03:21    22    harm; correct?

03:21    23    **A.**    Correct, I think.

03:21    24    **Q.**    And this is -- the author here is Dr. Carls; correct?

03:21    25    **A.**    He's the lead author, yes.

DR. STANLEY RICE - CROSS

| | | |
|---|---|---|
| 03:21 | 1 | **Q.**   And that's Mark Carls -- |
| 03:21 | 2 | **A.**   Correct. |
| 03:21 | 3 | **Q.**   -- who assisted you in this case; correct? |
| 03:21 | 4 | **A.**   Yes. |
| 03:21 | 5 | **Q.**   You're a coauthor on this paper? |
| 03:21 | 6 | **A.**   If I remember exactly, yes. |
| 03:21 | 7 | **Q.**   And this is studying Pacific herring; correct? |
| 03:21 | 8 | **A.**   That's correct. |
| 03:21 | 9 | **Q.**   And, again, Pacific herring do not live in the Gulf of |
| 03:22 | 10 | Mexico, do they? |
| 03:22 | 11 | **A.**   No, they do not. |
| 03:22 | 12 | **Q.**   And the method used here is ORC? |
| 03:22 | 13 | **A.**   Right. |
| 03:22 | 14 | **Q.**   That's oil, gravel, and column method; correct? |
| 03:22 | 15 | **A.**   Well, the R stands for rock; but you're right, it's |
| 03:22 | 16 | gravel, small -- small gravel. |
| 03:22 | 17 | **Q.**   Okay.  Oil, rock? |
| 03:22 | 18 | **A.**   Yeah. |
| 03:22 | 19 | **Q.**   Okay. |
| 03:22 | 20 | **A.**   Same thing. |
| 03:22 | 21 | **Q.**   All right.  And that is not a widely used method, is it? |
| 03:22 | 22 | **A.**   No, it is not. |
| 03:22 | 23 | **Q.**   And you're not contending that the ORC method represents |
| 03:22 | 24 | conditions in the Gulf of Mexico, are you? |
| 03:22 | 25 | **A.**   No, I'm not.  We designed that in order to mimic the |

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:22   1   conditions we were seeing in Prince William Sound following the

03:22   2   *Exxon Valdez* spill.

03:22   3   **Q.**   Now, this publication has been the subject of some

03:22   4   peer-reviewed literature criticism; correct?

03:22   5   **A.**   That's correct.

03:22   6          **MS. KARIS:**  Let's pull up TREX-13336.1.1.

03:22   7   **BY MS. KARIS:**

03:22   8   **Q.**   You recognize this document; correct, by Drs. Page --

03:22   9   Dr. Page and others titled prospective article -- "A

03:23   10  Perspective on the Toxicity of Low Concentrations of

03:23   11  Petroleum-derived Polycyclic Aromatic Hydrocarbons to Early

03:23   12  Life Stages of Herring and" sample -- I'm sorry, "Salmon."

03:23   13  You're familiar with this document; correct?

03:23   14  **A.**   I am familiar.  There's -- these authors have published

03:23   15  several criticisms of these papers.

03:23   16  **Q.**   Okay.  And what they're criticizing is the document or the

03:23   17  publication that you list in your Appendix C, the second item

03:23   18  there that we were just looking at; correct?

03:23   19  **A.**   That's correct.

03:23   20  **Q.**   Okay.  If we can look at 13336.2.1.

03:23   21          And what they say is, "We have reviewed all available

03:23   22  information pertaining to the toxicity studies of Heintz and

03:23   23  Carls, et. al., as well as related studies."

03:23   24          Correct?

03:23   25  **A.**   That's what it reads.

DR. STANLEY RICE - CROSS

03:23    1   **Q.**   Okay.

03:23    2          **MS. KARIS:**  If we can now go to 13336.1.2, please.

03:24    3   **BY MS. KARIS:**

03:24    4   **Q.**   It says:  "Based on a review of the evidence from

03:24    5   published project reports, peer-reviewed publications,

03:24    6   chemistry data and public database, and unpublished reports and

03:24    7   laboratory records, the reviewed studies did not establish

03:24    8   consistent dose (concentration) response or causality and thus

03:24    9   do not demonstrate that dissolved PAH alone from the weathered

03:24   10   oil resulted in the claimed effects of the fish embryo at low

03:24   11   microgram-per-liter" rates -- correct, "concentrations."

03:24   12          Correct?

03:24   13   **A.**   That's how it reads.

03:24   14   **Q.**   And what they go on to conclude is the study should not be

03:24   15   relied on when assessing the risk of low PAH exposures to early

03:24   16   life stages of fish; correct?

03:24   17          We can pull it up, but do you recall if that's what

03:24   18   they conclude?

03:24   19   **A.**   I can read it, and you read it accurately.

03:25   20          **MS. KARIS:**  And if we can now go to TREX-13336.25.1,

03:25   21   please.

03:25   22   **BY MS. KARIS:**

03:25   23   **Q.**   In their conclusion, what they stated --

03:25   24   **A.**   Is this the same paper?

03:25   25   **Q.**   It is.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:25   1   **A.**   Okay.

03:25   2   **Q.**   "The conclusions of Heintz and Carls that weathered oil is

03:25   3   more toxic than unweathered oil and that such toxicity occurs

03:25   4   at about 1 microgram per liter dissolved TPAH are not supported

03:25   5   by the data, based on our analysis of their published and

03:25   6   unpublished data."

03:25   7   That was their conclusion; correct?

03:25   8   **A.**   At least part.  You read that accurately.

03:25   9   **Q.**   And you included this Heintz publication in your

03:25   10   Appendix C as supportive of your opinions; correct?

03:26   11   **A.**   That's correct.

03:26   12   **Q.**   And you also included Carls, the Carls publication as

03:26   13   supportive of your opinions; correct?

03:26   14   **A.**   The papers on pink salmon and Heintz's work and Carls'

03:26   15   works on the -- mostly on the herring.

03:26   16   **Q.**   Appendix C, which contained all the peer-reviewed

03:26   17   literature that you contended supported your opinions, also

03:26   18   referenced Dr. Incardona's study with respect to yellowfin tuna

03:26   19   and amberjack; correct?

03:26   20   **A.**   Yes.

03:26   21   **MS. KARIS:**  Okay.  If we can now look at

03:26   22   TREX-13332-E.20.1.

03:26   23   **BY MS. KARIS:**

03:26   24   **Q.**   Again, using the HEWAF method -- and this is at

03:27   25   concentrations of 1.0 to 2.6 micrograms per liter -- what they

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:27   1   conclude is that the response for yellowfin tuna is heart
03:27   2   rate -- is it bradycardia threshold?
03:27   3   A.   Correct.  That's slowing of the heart rate.  Bradycardia
03:27   4   is slow.
03:27   5   Q.   Okay.  Now, nowhere in the Incardona study do the authors
03:27   6   provide any data of actual impacts to the yellowfin tuna
03:27   7   population; correct?
03:27   8   A.   Not to the population.  This is a laboratory bioassay to
03:27   9   demonstrate mechanism.
03:27   10  Q.   The next entry, .2.0, 13332-E.2.0, this is an example of
03:27   11  one of the corrections that you made to your Round 3 report;
03:27   12  correct?
03:27   13  A.   Correct.  I had gotten the genus correct, but I'd
03:27   14  mislabeled -- misidentified the species.
03:27   15  Q.   Okay.
03:27   16  A.   I had the wrong one.
03:27   17  Q.   All right.  And it's yellowtail amberjack, not greater
03:28   18  amberjack, as you had identified it; right?
03:28   19  A.   Right.
03:28   20  Q.   And again, the yellowtail amberjack that Dr. Incardona is
03:28   21  reporting on also does not reside in the Gulf of Mexico;
03:28   22  correct?
03:28   23  A.   Correct.  That's an Australian species that are being
03:28   24  cultured.  So he had access to the embryos.  The greater
03:28   25  amberjack would be the one we would really prefer.  It was not

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:28    1    cultured, so he didn't have access to the embryos.
03:28    2    Q.    You would agree with me, Dr. Rice, that you do not know if
03:28    3    there are differences in reactions to exposure between greater
03:28    4    amberjack that you listed in your original report and
03:28    5    yellowtail amberjack that Dr. Incardona actually studied;
03:28    6    correct?
03:28    7    A.    That's correct.  I would expect them to be in the low
03:28    8    similar range, low parts per billion.  But if one's a little
03:28    9    bit higher than the other, or a little bit lower, you're
03:29   10    correct, I don't know the precise differences between the
03:29   11    species of -- response of the two species.
03:29   12    Q.    You've previously told us that you are not an expert in
03:29   13    species, on different species and differences between species;
03:29   14    correct?
03:29   15    A.    Well, what I said was I'm not obviously a taxonomist and
03:29   16    I'm -- I'm also not from the Gulf Coast.  So, yeah, the common
03:29   17    names and getting the genus species right, obviously I'm not a
03:29   18    very good expert at that, am I?
03:29   19    Q.    I think what you said is "they all look the same to me";
03:29   20    correct?
03:29   21    A.    I don't remember saying that.  But I don't know what any
03:29   22    one of them looks like.  I'm looking at the data.  I don't go
03:29   23    out there and fish for either species.  I've never caught an
03:29   24    amberjack or a yellowfin or a tuna or whatever, so I have no
03:29   25    idea what they look like.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:29  1          THE COURT:  Ms. Karis, do you have -- how much more
03:29  2  do you have?  I'm trying to decide if we should break now or
03:29  3  what.
03:29  4          MS. KARIS:  Well, Your Honor, I probably have a good
03:29  5  20 minutes.
03:29  6          THE COURT:  All right.  Let's take about a 15-minute
03:30  7  recess.
03:30  8          MS. KARIS:  Thank you.
03:30  9          THE DEPUTY CLERK:  All rise.
03:30  10         (WHEREUPON, the Court took a recess.)
03:32  11         THE DEPUTY CLERK:  All rise.
03:47  12         THE COURT:  Please be seated, everyone.
03:47  13              All right.  Ms. Karis, you may resume.
03:47  14         MS. KARIS:  Thank you, Your Honor.
03:47  15              And just for the record, we're continuing the
03:47  16  cross-examination of -- Hariklia Karis continuing the
03:47  17  cross-examination of Dr. Rice.
03:47  18  BY MS. KARIS:
03:47  19  Q.   Dr. Rice, we were speaking before the break about some of
03:47  20  the studies and the species that you listed on Appendix A.  If
03:47  21  we can now pull up one -- I'm sorry, Appendix C of your report.
03:47  22         MS. KARIS:  If we can pull up TREX-13332E.19.8,
03:47  23  please.
03:47  24  BY MS. KARIS:
03:47  25  Q.   Here again, we have Atlantic cod as one of the species

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:48   1   that you're relying on in support of your opinions in this

03:48   2   case; is that correct?

03:48   3   A.   That's correct.

03:48   4   Q.   And again, Atlantic cod, that's not a Gulf of Mexico

03:48   5   species, is it?

03:48   6   A.   No.  No, it is not.

03:48   7        MS. KARIS:  Next, TREX-013332.F -- I'm sorry, E.20.4,

03:48   8   please.

03:48   9   BY MS. KARIS:

03:48   10  Q.   Here are a couple of other species that you list in your

03:48   11  report, and you referenced this Mager publication -- Mager,

03:48   12  excuse me, publication, in support of your opinions in this

03:48   13  case and you discussed it during your direct examination.  Do

03:49   14  you recall that?

03:49   15  A.   That's correct.

03:49   16  Q.   Now, just like Dr. Incardona, the Mager study, which

03:49   17  resulted in these concentration levels of 1.2 micrograms per

03:49   18  liter, that relied on the HEWAF methodology; correct?

03:49   19  A.   That's correct.  Incardona is a coauthor with Mager in

03:49   20  that paper.

03:49   21  Q.   And that was going to be my next question, which is:  This

03:49   22  paper, again, is a Dr. Incardona coauthored publication that

03:49   23  relies on this HEWAF method; correct?

03:49   24  A.   Correct.

03:49   25  Q.   You're aware that Dr. Mager's results, likewise, have not

DR. STANLEY RICE - CROSS

03:49  1   been reproduced by any other scientists; correct?

03:49  2   A.   Well, they have not been attempted with this species.

03:49  3   Let's phrase it that way.

03:50  4   Q.   Using the same species, Dr. Mager's results have not been

03:50  5   reproduced by any other scientists; is that correct?

03:50  6   A.   Well, that is true; but a lot of studies have not been

03:50  7   replicated in that fashion.

03:50  8   Q.   And, similarly, Dr. Incardona's study has not been

03:50  9   replicated using the exact same species; correct?

03:50  10  A.   Correct.  To my knowledge, nobody's even attempted it.

03:50  11         MS. KARIS:  If we can pull up TREX-13338.1.1, please.

03:50  12  BY MS. KARIS:

03:50  13  Q.   You recognize this is the Mager study, "Acute Embryotic or

03:50  14  Juvenile Exposure to *Deepwater Horizon* Crude Oil Impairs the

03:50  15  Swimming Performance of Mahi-Mahi."  Correct?

03:50  16  A.   Correct.

03:50  17         MS. KARIS:  If we can now go to .6.1.

03:50  18  BY MS. KARIS:

03:50  19  Q.   It states in the Mager study that "Although direct

03:50  20  measurements of cardiac performance were not made, the lack of

03:50  21  an effect on" -- is it acrobic --

03:51  22  A.   Aerobic.

03:51  23  Q.   -- "acrobic scope" --

03:51  24  A.   That's an "E".

03:51  25  Q.   -- "strongly indicates that cardiac output was

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:51     1    maintained."

03:51     2           Correct?

03:51     3    A.   That's what it says.

03:51     4    Q.   Nowhere in your expert report do you state that cardiac

03:51     5    function was maintained for this Mager study even though you

03:51     6    list it as supporting your opinions for causing impairment;

03:51     7    correct?

03:51     8    A.   Correct.  The important point here was the swimming

03:51     9    performance, which is really the net effect -- net result,

03:51    10    rather, of first supposing the embryos and then growing them

03:51    11    out and looking at what their functional performance was and

03:51    12    these guys have reduced swimming performance.

03:51    13           And swimming performance is really a function of the

03:51    14    animal's ability, including aerobic scope, as you put here, but

03:51    15    also was there any damage to the muscle or any other

03:51    16    infrastructure issues, and we don't really know.

03:52    17           We just know that the net result here is that the

03:52    18    swimming point was -- the swimming performance was reduced,

03:52    19    even though we don't know the specific reasons.

03:52    20           It's quite possible, for example, that the heart was

03:52    21    impacted -- probably was -- had edema, for example, in those

03:52    22    embryos, and yet the heart recovered in function, and yet some

03:52    23    downstream damage in these tissues, probably, and muscles

03:52    24    occurred, but you really don't know.

03:52    25    Q.   We don't know --

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:52  1   **A.**   All you now is the net result is that these exposed

03:52  2   animals still had a swimming performing issue 30 days after the

03:52  3   exposure.

03:52  4          **THE COURT:**  Before you ask your next questions, I

03:52  5   want to -- the two words up there, the "acrobic," is the second

03:52  6   word "aerobic"?

03:52  7          **THE WITNESS:**  No, it's aerobic, A-E-R --

03:52  8          **THE COURT:**  But the first one in the second line is

03:52  9   "acrobic" or "aerobic"?

03:52  10          **THE WITNESS:**  It's aerobic, A --

03:52  11          **THE COURT:**  So that's an "E".

03:52  12          **THE WITNESS:**  -- A-E -- it looks like a "C" but

03:52  13   that's a printing problem.

03:52  14          **THE COURT:**  So in both -- both the second line and

03:52  15   the second to the last line, it's "aerobic"?

03:52  16          **THE WITNESS:**  Correct.

03:52  17          **THE COURT:**  A-E-R --

03:52  18          **THE WITNESS:**  A-E-R.

03:53  19          **THE COURT:**  Okay.  That's all I wanted to know.

03:53  20   Thank you.  Okay.

03:53  21   **BY MS. KARIS:**

03:53  22   **Q.**   Is it fair to say that we do not know what the ultimate

03:53  23   effect of this cardiac study on mahi-mahi from Dr. Mager is?

03:53  24   **A.**   I'm sorry, could you repeat --

03:53  25   **Q.**   I'll withdraw the question.  I'll withdraw the question.

DR. STANLEY RICE - CROSS

03:53  1   **A.**   Well, we know that the swimming performance is affected.
03:53  2   **Q.**   But beyond that, we don't know what the end point effect
03:53  3   is; correct?
03:53  4   **A.**   Well, you got to know whether we can surmise, estimate,
03:53  5   for example, that because of the swimming performance effect,
03:53  6   that the animal's chances of survival in the wild would be
03:53  7   reduced, whether it is reduced or they'll reproduce in five
03:53  8   years, yeah, you don't know those issues.
03:53  9   **Q.**   Again, to use --
03:53  10  **A.**   It's showing potential.
03:53  11  **Q.**   To use your words, we would be surmising; correct?
03:53  12  **A.**   Yeah, it would be educated surmising.
03:53  13  **Q.**   Let's go to a new subject, population data.
03:53  14          Is it correct that you are not contending that there
03:54  15  has been a shrimp population collapse in the Gulf of Mexico?
03:54  16  **A.**   I don't believe I discussed shrimp whatsoever, so why
03:54  17  would you go there?
03:54  18  **Q.**   Any -- would you agree that any hypothesis of a shrimp
03:54  19  population collapse would be mere speculation?
03:54  20  **A.**   No, I wouldn't agree with that.  What I -- what I'll say
03:54  21  is that I have no opinion because I did not study shrimp.  I
03:54  22  didn't even look at a shrimp effects paper, and I'm certainly
03:54  23  not looking at the population.  That would have been in
03:54  24  Dr. Boesch's realm.
03:54  25  **Q.**   Okay.  So you have no opinion regarding any population

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:54   1    effect on any species; is that correct?

03:54   2    A.    That would be correct.

03:54   3    Q.    Okay.  You mentioned coral?

03:54   4    A.    In the reports, yes.

03:55   5    Q.    Yes, in your Round 1 report.

03:55   6           MS. KARIS:  And if we can pull up 13330.29.1, please.

03:55   7    BY MS. KARIS:

03:55   8    Q.    Do you recognize this as an excerpt from your expert

03:55   9    report?

03:55   10   A.    Yes.

03:55   11   Q.    And you reference visual damage -- I'm sorry, visual

03:55   12   evidence of damage to deep sea coral and brittle stars was

03:55   13   detected 11 kilometers southwest from the wellhead, and your

03:55   14   support for that is the White publication; is that correct?

03:55   15   A.    That's correct.

03:55   16   Q.    And then you go on to say later that "Two other

03:55   17   communities of corals were found to be impacted by the

03:55   18   *Deepwater Horizon* at 6 and 22 kilometers from the wellhead."

03:55   19          And there you reference the Fisher paper; correct?

03:55   20   A.    That's correct.

03:55   21          MS. KARIS:  Now if we can look at TREX-13195.1.1,

03:55   22   please.

03:55   23   BY MS. KARIS:

03:55   24   Q.    This is the White publication, the first citation in your

03:56   25   opinion; correct?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:56   1   **A.**   Correct.

03:56   2   **Q.**   And we see here that in that White publication they state,

03:56   3   "Healthy coral communities were observed at all sites greater

03:56   4   than 20 kilometers from the Macondo well, including seven sites

03:56   5   previously visited in September of 2009, where the corals and

03:56   6   communities appeared unchanged."

03:56   7        Correct?

03:56   8   **A.**   That's what it states, yes.

03:56   9        Then it goes "however" --

03:56   10  **Q.**   And this -- and this is a December 2012 publication;

03:56   11  correct?

03:56   12  **A.**   That's correct.

03:56   13  **Q.**   You did no independent evaluation of Dr. White's analysis;

03:56   14  correct?

03:56   15  **A.**   That's correct.

03:56   16  **Q.**   And the second paper you referenced was -- had the lead

03:56   17  author of Dr. Fisher; correct?

03:57   18  **A.**   That's correct.

03:57   19       **MS. KARIS:**   And now if we can pull up TREX-13196.1.1.

03:57   20  **BY MS. KARIS:**

03:57   21  **Q.**   And is this the publication from Dr. Fisher that you

03:57   22  referenced on your direct examination --

03:57   23  **A.**   I believe --

03:57   24  **Q.**   -- dated August 12th of 2014?

03:57   25  **A.**   I believe it is.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:57    1    **Q.**   Okay.  You -- again, you did not analyze any of the
03:57    2    underlying data in the Fisher publication?
03:57    3    **A.**   No, I read the report and reviewed it and . . .
03:57    4    **Q.**   You didn't look at any of the underlying data; correct?
03:57    5    **A.**   That's correct.
03:57    6            **MS. KARIS:**  And if we can now go to .5.3, please --
03:57    7    that's 13196.5.3.
03:57    8            **THE WITNESS:**  Is this the same paper?
03:57    9    **BY MS. KARIS:**
03:57   10    **Q.**   Do you recognize it as the Fisher publication that you
03:57   11    relied on?
03:57   12    **A.**   I --
03:57   13    **Q.**   I'll represent to you this is from the --
03:57   14    **A.**   Okay.
03:57   15    **Q.**   -- Fisher paper that is cited in your expert report --
03:57   16    **A.**   Okay.
03:57   17    **Q.**   -- that we were just looking at.
03:57   18    **A.**   Okay.  Thank you.
03:57   19    **Q.**   It states, "Fourteen coral colonies exhibited evidence of
03:58   20    recent impact noted by both observers.  Most of these had only
03:58   21    small areas impacted, either because the corals were quite
03:58   22    small or because only small portions of the corals were
03:58   23    impacted.  Although, six corals showed visible evidence of
03:58   24    impact to over 10 percent of the colonies."
03:58   25            Correct?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:58    1    **A.**    Correct.

03:58    2    **Q.**    That is -- do you know -- do you have an understanding of

03:58    3    where these authors were looking for coral colonies; that is,

03:58    4    where these colonies were located?

03:58    5    **A.**    I'm not a coral expert; but from the reading of the

03:58    6    papers, I knew that they were within, what -- 10 to -- 10 to

03:58    7    20 kilometers of the wellhead and I know they were very, very

03:58    8    deep down there at roughly 1300 meters or so, somewhere in that

03:58    9    range.

03:58    10   **Q.**    They were located at lease block MC344; correct?

03:59    11   **A.**    That could be, I don't know.

03:59    12   **Q.**    And do you -- have you looked at the water chemistry

03:59    13   specifically in and around MC344?

03:59    14   **A.**    No.

03:59    15   **Q.**    Which is where these samples -- where these corals were

03:59    16   observed?

03:59    17   **A.**    No.  I did note that in the previous paper by White, that

03:59    18   Dr. Reddy, who was a chemist, had analyzed and looked very

03:59    19   specifically for evidence of oil exposure.  He could not

03:59    20   fingerprint the PAH, the residue, that oily marine -- he could

03:59    21   not fingerprint it to the *Deepwater Horizon*.  He then went to

03:59    22   the biomarkers, and there was a pretty good suggestive

03:59    23   evidence.

03:59    24         In other words, to me that means more likely than not

03:59    25   that it was from the Macondo oil, but it wasn't at, say, the

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

03:59  1   95 percent level.

03:59  2   Q.   Now you're talking about the White paper; is that correct?

03:59  3   A.   I'm talking about the chemistry that came out of the White

03:59  4   paper.

03:59  5   Q.   But I was talking about the Fisher --

03:59  6   A.   To my knowledge, there's no chemistry that's in this

04:00  7   particular paper.

04:00  8   Q.   All right.  The Fisher paper that you referenced, that was

04:00  9   the one we were talking about.

04:00  10  A.   Correct.

04:00  11  Q.   Those corals that they're discussing came from MC344;

04:00  12  correct?

04:00  13  A.   Right.

04:00  14  Q.   Or from around MC344; correct?

04:00  15  A.   I do not know that.

04:00  16  Q.   You don't know where they came from.  You don't know what

04:00  17  the water chemistry in or around that block looked like;

04:00  18  correct?

04:00  19  A.   There's no water chemistry reported in this paper, no.

04:00  20  Q.   And you do know that there was sediment chemistry in the

04:00  21  area that Dr. Fisher is talking about in this paper; correct?

04:00  22  A.   I do not remember that.

04:00  23  Q.   But --

04:00  24  A.   In this paper?

04:00  25  Q.   Correct.

DR. STANLEY RICE - CROSS

04:00 | 1   A.   I do not remember that.

04:00 | 2   Q.   You don't remember that he referenced sediment chemistry,

04:00 | 3   and what we know is that you did not review any of the sediment

04:00 | 4   chemistry; correct?

04:00 | 5   A.   I did not -- I did not review any -- I didn't do a

04:00 | 6   complete job.  I did not do an exhaustive job.  I think I did a

04:01 | 7   pretty good job once it's corrected on the water column but not

04:01 | 8   the sediments.  I just didn't get that far.

04:01 | 9   Q.   I was talking about sediment chemistry, Dr. Rice.

04:01 | 10   A.   I was just trying to clarify how much I did on the

04:01 | 11   sediments, and it would be very minimal.

04:01 | 12   Q.   Very minimal on the sediments --

04:01 | 13   A.   I relied on the data that would be reported in these

04:01 | 14   various publications.  I didn't go into significant depth on

04:01 | 15   those.

04:01 | 16   Q.   The sediment chemistry that you went into depth on, none

04:01 | 17   of that sediment chemistry was what Dr. Fisher was looking at;

04:01 | 18   correct?

04:01 | 19   A.   You're correct in that.

04:01 | 20   Q.   Thank you.

04:01 | 21         MS. KARIS:   TREX-13275.1.1, please.

04:01 | 22   BY MS. KARIS:

04:01 | 23   Q.   Do you recognize this Fisher publication?

04:01 | 24   A.   No, I do not.

04:01 | 25   Q.   This is dated September 2014.  Since you relied on

04:01   1   Dr. Fisher, did you also look at this publication in support of
04:02   2   your work and opinions in this case since you were speaking to
04:02   3   damage to corals?
04:02   4   A.   I completed the Round 1 report where I went into the
04:02   5   corals.  I don't recall looking at this paper, to be honest.  I
04:02   6   may have.  I don't remember.
04:02   7   Q.   All right.
04:02   8        MS. KARIS:  All right.  If we can now look at
04:02   9   13275.3.1.
04:02   10  BY MS. KARIS:
04:02   11  Q.   Dr. Fisher and his coauthors report in September of 2014,
04:02   12  "Furthermore, colonies observed with low levels of flock on
04:02   13  their service in 2010" -- surface, excuse me, "in 2010, less
04:02   14  than 20 percent coverage, were likely to exhibit apparently
04:02   15  complete recovery of the flock-covered branches by March of
04:02   16  2012."
04:02   17       Were you aware of that finding?
04:02   18  A.   I don't recall.  But I also see a "however."  So I'm not
04:02   19  going to opine on this without rereading this paper.
04:03   20  Q.   You don't know one way or the other whether that's
04:03   21  accurate; correct?
04:03   22  A.   I do not.
04:03   23  Q.   Sitting here today, do you have any reason to disagree
04:03   24  with Dr. Fisher's findings since you relied on his earlier
04:03   25  publication in support of your opinions in this case?

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

04:03    1          **MS. FIDLER:**  Objection, Your Honor.  The witness has

04:03    2    stated that he would want to see the rest of this paper before

04:03    3    offering an opinion on it.

04:03    4          **MS. KARIS:**  I'll withdraw the question, Your Honor.

04:03    5          **THE COURT:**  Okay.

04:03    6    **BY MS. KARIS:**

04:03    7    **Q.**    You referenced Pacific herring as part of your direct

04:03    8    examination.

04:03    9    **A.**    Yes.

04:03   10    **Q.**    And you also referenced Pacific herring in your Round 3

04:03   11    report; correct?

04:03   12    **A.**    Again, I don't remember.  I'm sure you'll remind me.

04:03   13    **Q.**    Sure.

04:03   14          **MS. KARIS:**  Let's pull up 13332.16.1, please.

04:04   15    **BY MS. KARIS:**

04:04   16    **Q.**    Does this remind you that this comes from your expert

04:04   17    report?  And it's part of your Round 3 report, I'll represent

04:04   18    to you.

04:04   19    **A.**    Okay.  I -- I recognize the sentences.  I've written them

04:04   20    several times, actually.

04:04   21    **Q.**    You state here:  "Although there have been many years of

04:04   22    studies on herring, there is no satisfactory explanation of

04:04   23    their crash, whether it was oil related or not."

04:04   24          Correct?

04:04   25    **A.**    That's correct.  That's accurate.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

04:04  1    **Q.**   With the information collected during those years, it is
04:04  2    not possible to prove that the oil spill caused the crash, nor
04:04  3    does that prove that oil was not a contributing factor.
04:04  4         Correct?
04:04  5    **A.**   Correct.
04:04  6    **Q.**   We simply do not know the cause.
04:05  7         Correct?
04:05  8    **A.**   That is correct.  It's a disappointment that we don't know
04:05  9    one way or the other.
04:05  10   **Q.**   You agree that there have been other serious declines in
04:05  11   herring populations in Alaska; correct?
04:05  12   **A.**   Well, here's the -- "serious" is -- that's a word that I
04:05  13   can't quantitate.  Crash, I can.  Certainly populations ebb and
04:05  14   flow, they go down, they go up.  A few years later they
04:05  15   rebound, they go down, they go up.
04:05  16        This particular population crashed.  What I mean by
04:05  17   that is it fell off the grid -- the cliff.  So in one winter,
04:05  18   about 75, 80 percent of the standing stock was lost, and that
04:05  19   sort of crash is pretty rare.  It's just not customary.  And
04:05  20   usually if a population ebbs and flows, that's because the
04:05  21   mortalities exceeds the recruitment level here.  Well, here we
04:05  22   just have a crash of the standing stock and we don't have a
04:05  23   balance between the old guys dropping off and the new guys
04:06  24   coming on that ebbs flows, so to speak.
04:06  25        So this population is enigmatic.  We just don't know

DR. STANLEY RICE - CROSS

04:06  1  why.

04:06  2  Q.   And we simply don't know why; correct?

04:06  3  A.   Simply do not know.  We try --

04:06  4  Q.   So you're not suggesting or drawing parallels between the

04:06  5  Pacific herring crash and any *Deepwater Horizon* potential

04:06  6  impact, given that we don't know what happened to the Pacific

04:06  7  herring; correct?

04:06  8  A.   No, not the crash part.  We do know that the 1989 and the

04:06  9  1999 year class is basically missing.  We do know that

04:06  10  certainly those embryo impacts -- embryo toxicity impacts can

04:06  11  occur down there at the low part per billion levels.

04:06  12       So we have a mechanism there from the 1989 year

04:06  13  class.  Again, we do not know why the crash of the standing

04:06  14  stock occurred.

04:06  15  Q.   But you're not offering --

04:06  16  A.   We desperately tried, by the way.  The trustees have spent

04:06  17  a lot of money trying to figure out just why they crashed and

04:06  18  they were unsuccessful in determining it.

04:07  19  Q.   Understanding that there has been an attempt to under --

04:07  20  to figure out why the crash, you're certainly not offering any

04:07  21  opinions in this case that --

04:07  22  A.   No.

04:07  23  Q.   -- there are any similarities; correct?

04:07  24  A.   No.  No, not with herring.

04:07  25       **MS. KARIS:**  Your Honor, I have no further questions.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

04:07    1              Thank you, Dr. Rice.
04:07    2              I've been corrected.
04:07    3         THE COURT:  It looks like you have one.
04:07    4         MS. KARIS:  With the Court's indulgence.
04:07    5         If we could pull up D-32630-A, please.  That's what
04:07    6    you get when you ask; right?
04:07    7         D-32630-A.
04:08    8    BY MS. KARIS:
04:08    9    Q.   This was a demonstrative you were asked about on direct
04:08   10    examination.
04:08   11         And I have a question for you, just trying to
04:08   12    understand it, Dr. Rice.  You spoke to what the red line
04:08   13    indicates, and remind us again what this line indicates.
04:08   14    A.   It's hovered right over the 1, so that basically if you
04:08   15    had a TU of greater than 1, that would presumably mean that
04:08   16    the -- that it's not safe.  And if you had TUs less than 1, it
04:08   17    would presumably be safe.
04:08   18         But in this particular case, you have the population
04:08   19    there -- excuse me -- that group of animals around .8 toxic
04:08   20    units that are circled in red, and these are significantly
04:08   21    different than the controls.
04:08   22         And the vertical axis here is mortality.  So roughly
04:08   23    30 percent of these guys are dying, and the biologists that
04:08   24    have done this test have identified that as being significantly
04:08   25    different than the controls.  And basically you have an impact

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

04:09    1    at a TU of less than 1.

04:09    2    **Q.**   Is this gray line the LC50 value?

04:09    3    **A.**   It would be, yeah.

04:09    4         **MS. KARIS:**  Thank you.  Nothing further.

04:09    5         **THE COURT:**  Redirect?

04:09    6         **MS. FIDLER:**  Your Honor, I have a very short

04:09    7    redirect.

04:09    8         **THE COURT:**  By the way, somebody -- Ms. Karis just

04:09    9    mentioned an LC50 line.  Remind me again what that means.

04:09   10         **THE WITNESS:**  Surely.  What it means is that if

04:09   11    you're to expose a -- in a series of doses, you calculate the

04:09   12    LC50.

04:09   13              This is very handy when you're comparing the

04:09   14    toxicity of Toxicant A with Toxicant B with Toxicant C, and

04:10   15    that's because the statistics about trying to identify where

04:10   16    that 50 percent mark is -- is the best, so you get the best

04:10   17    confidence about that number.

04:10   18              So if we were to say Toxicant A is more toxic than --

04:10   19    than Sample B, you would use the LC50.  In contrast, what we're

04:10   20    doing here is you're trying to find the threshold of effect;

04:10   21    what is the dose, for example, that will cause a heart problem

04:10   22    or bent spines or something like that.

04:10   23         **THE COURT:**  Well, what does the 50 mean?  50 what?

04:10   24         **THE WITNESS:**  The 50 means 50 percent.

04:10   25         **THE COURT:**  50 percent of the animals would die,

DR. STANLEY RICE - CROSS

04:10  1    would be adversely affected?  What does it mean?

04:10  2            THE WITNESS:  Yeah, if you could go back a slide,

04:10  3    I'll just --

04:10  4            THE COURT:  Put the slide back up.

04:10  5            THE WITNESS:  It will just take me two seconds.  I

04:10  6    don't know what slide it was.  There it is.

04:10  7            So, basically, here you'd look at 50 percent,

04:10  8    and where it crosses this -- this line -- and the line isn't

04:11  9    drawn.  Then where it crosses is right there, and then you'd

04:11  10   come down, and basically what it says in this case is that the

04:11  11   50 percent mortality mark is at a TU of about, I'll say, 1.1.

04:11  12   Usually we would have that in PAH concentrations.  And they'll

04:11  13   tell you where they -- where -- where you could expect a

04:11  14   50 percent mortality.

04:11  15           And the point that's used in toxicology, this is

04:11  16   the point that is the most accurate to measure.  And this is

04:11  17   important if you're measuring the -- the difference between

04:11  18   different toxicants, like copper or zinc.  But --

04:11  19           THE COURT:  So in your field, in toxicology,

04:11  20   according to this measurement, it only becomes the -- the

04:11  21   dosage only becomes relevant if the mortality gets to

04:11  22   50 percent?  Am I stating that wrongly?  I'm trying to

04:11  23   understand what that means.

04:11  24           THE WITNESS:  You're not quite there, Your Honor.

04:12  25           If we were looking at copper, a copper solution,

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - CROSS

04:12  1  how does that compare -- or a pesticide, Pesticide A and
04:12  2  Pesticide B -- and this is really where bioassays evolved.  Is
04:12  3  Pesticide A more toxic than Pesticide B?  Well, we would
04:12  4  calculate out the LC50, and it's purely because this
04:12  5  statistical calculation is more accurate.
04:12  6        THE COURT:  You're comparing the dosages of two
04:12  7  different --
04:12  8        THE WITNESS:  Two different poisons.
04:12  9        THE COURT:  -- chemicals or poisons.  And so what
04:12 10  dosage of each would get you to your 50 percent mortality
04:12 11  level?  Is that what you're saying?
04:12 12        THE WITNESS:  Right.  And that would allow you, then,
04:12 13  to say this toxicant is more toxic than the other.
04:12 14             But when we're looking at environmental effects
04:12 15  and damage assessment studies, we're not interested in that
04:12 16  value.  We're interested in what is a safe value, and that's
04:12 17  someplace down on the curve here.
04:12 18             So we don't look at LC50s.  We're looking at
04:12 19  what concentration, for example, will stimulate an effect on
04:13 20  the heart, and we want to know what dose will do that.  So that
04:13 21  then tells us what dose -- what parts per million -- what parts
04:13 22  per billion are safe.
04:13 23             And so bioassays evolved in this pesticide
04:13 24  concept, but really we don't quite use it that way.
04:13 25             Does that make sense?

DR. STANLEY RICE - REDIRECT

04:13  1          THE COURT:  Sort of.

04:13  2                    REDIRECT EXAMINATION

04:13  3  BY MS. FIDLER:

04:13  4  Q.   Let me -- let me try following up on this question.

04:13  5          If you're looking at mortality --

04:13  6          THE COURT:  No.  Wait, wait, wait.  This chart is not

04:13  7  saying -- it's not that an LC50 value doesn't mean something's

04:13  8  safe?

04:13  9          THE WITNESS:  It doesn't mean anything in this chart,

04:13  10  Your Honor.  It's -- I don't know why it's there.  It came out

04:13  11  of the -- out of the test.  We don't -- we normally don't

04:13  12  calculate it --

04:13  13          THE COURT:  That's not something that's for your

04:14  14  purposes?

04:14  15          THE WITNESS:  We don't use it.  We're trying to find

04:14  16  a dose that is --

04:14  17          THE COURT:  Okay.

04:14  18          THE WITNESS:  -- harmful versus a dose that's safe.

04:14  19          THE COURT:  That's good enough.  I understand now.

04:14  20          Okay.  Go ahead.

04:14  21  BY MS. FIDLER:

04:14  22  Q.   I would like to follow up.  What percentage levels -- and

04:14  23  this is an example of mortality.  So that would be you're

04:14  24  looking at an LC, a lethal concentration; correct?

04:14  25  A.   Right.  And if you notice down here, this is the TUs for

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - REDIRECT

04:14   1   chronic, and here we have mortality, 30 percent mortality.   So

04:14   2   this is just further evidence that this is not a very safe

04:14   3   screening procedure, so to speak.

04:14   4   Q.   I'd just like to clarify.   What does the term "EC50" mean?

04:14   5   A.   EC50 is a -- refers usually to some sublethal

04:14   6   concentration.   So it's an environmental effective dose.

04:14   7   Effective -- what is the effective -- that's the E -- effective

04:14   8   concentration that would cause a decrease in growth.   That's

04:14   9   how EC is used.

04:14   10           And then, again, that's getting at the concept of

04:14   11   what doses are protective versus harmful using -- rather than

04:15   12   mortality, using a different -- a sublethal end point.

04:15   13   Q.   And you mentioned earlier that these -- that what was

04:15   14   chosen as significant -- who chose to represent those levels as

04:15   15   significant?

04:15   16   A.   The people that ran this test for BP, they did this, I

04:15   17   suppose.

04:15   18   Q.   And what -- I'm sorry.

04:15   19   A.   The experimenters.

04:15   20   Q.   And so what level does -- do toxicologists currently --

04:15   21   what percentage levels of either effects or mortality are

04:15   22   generally deemed significant?

04:15   23   A.   Well, when it's significantly different from --

04:15   24           THE COURT:   Wait one second.   I want to help

04:15   25   somebody.

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - REDIRECT

04:15    1              Mr. Jarrett's in the box, and he can't figure
04:15    2    how to raise that screen.  Right?
04:15    3              **MR. JARRETT:**  Judge, I --
04:15    4              **THE COURT:**  Pick it up from the bottom until it snaps
04:15    5    into place.  There you go.
04:15    6              That's why we all went to law school.  Somebody
04:16    7    had to show me that too.
04:16    8              **THE WITNESS:**  You have to repeat the question.  I
04:16    9    have no idea where we're at.
04:16   10              **THE COURT:**  Sorry about that.
04:16   11              **MS. FIDLER:**  Oh, no.
04:16   12    BY MS. FIDLER:
04:16   13    **Q.**   I just wanted to clarify whether -- you said 50 percent
04:16   14    isn't really the only level that's considered significant,
04:16   15    especially when you're looking to be protective.
04:16   16    **A.**   No.  The main value of the 50 percent mark there is that
04:16   17    it's the most statistically accurate estimate.  But, really, if
04:16   18    we're talking about what a safe dose is, we'd go to the EC50s,
04:16   19    for example, or EC20.  We'd go down the levels.  Because the
04:16   20    objective then is not to compare the poisons, but to determine
04:16   21    the doses that are relatively safe.
04:16   22    **Q.**   So when you say EC20, are you saying, in effect, at
04:16   23    20 percent?
04:16   24    **A.**   Right.  Once you get below 20, for example, it's getting
04:16   25    rather difficult to get it statistically significant different

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - REDIRECT

04:16  1    from the controls.

04:16  2    Q.    Thank you.

04:16  3          And I meant to clarify that, again, on your redirect.

04:17  4          MS. FIDLER:  Can we pull up 12237.005.  This is

04:17  5    TREX-12237.05.

04:17  6    BY MS. FIDLER:

04:17  7    Q.    This is the OSAT report that counsel was referencing in

04:17  8    the beginning of your cross-examination.

04:17  9          Okay.  We'll come back to that.

04:17  10         There were a lot of questions about Dr. Incardona's

04:17  11   work.  And I just wanted to ask just two questions on

04:17  12   Incardona.

04:17  13         Does the control mortality rate in Dr. Incardona's

04:17  14   study call into question the results of the study, in your

04:17  15   opinion?

04:17  16   A.    It's a little bit of a red flag, to be honest.

04:17  17         But the most important thing is whether you get a

04:17  18   dose response curve.  So if I saw a control mortality, let's

04:18  19   say, above 20 percent, I really want to have a hard look at

04:18  20   what the doses are and the response.  Do they get -- does the

04:18  21   response get increasingly worse with increasing concentration.

04:18  22   And, in fact, that's what happens in the Incardona study.  So

04:18  23   it meets that demand.

04:18  24         You have to subtract more -- more of the controls,

04:18  25   and so it actually begins to hinder the precision of the test,

OFFICIAL TRANSCRIPT

DR. STANLEY RICE - REDIRECT

04:18  1    but it doesn't damage it so much that it's not worthwhile

04:18  2    anymore.

04:18  3    **Q.**   And counsel for BP raised several issues with regard to

04:18  4    the loss of some samples in that study.  Is it -- is it typical

04:18  5    for researchers to report concentrations for all of their

04:18  6    exposure levels?

04:18  7    **A.**   No.  I think that that would be the ideal goal.

04:18  8    Certainly, if you're going to be in a litigative (verbatim)

04:18  9    atmosphere, it puts more pressure on that.  But very few

04:19  10   experiments have every single dose measured.  We've been for it

04:19  11   in our laboratory and in the litigation type of arena.  So we

04:19  12   tend to do -- we have done -- all of our doses pretty much have

04:19  13   fall in that category.

04:19  14           And like I say, to be a hundred percent full

04:19  15   standard, you'd want that, but it's seldom achieved.

04:19  16   Several -- a lot of BP tests, for example, don't have all the

04:19  17   doses analyzed.  It's --

04:19  18   **BY MS. FIDLER:**

04:19  19   **Q.**   And did --

04:19  20   **A.**   -- kind of common not to.

04:19  21   **Q.**   And did -- did Dr. Incardona have the concentration that

04:19  22   you feel was necessary to accurately describe the

04:19  23   concentrations he found?

04:19  24   **A.**   Well, the bare minimum would be having that stock

04:19  25   concentration that you ran the dilutions off of.  It's the

DR. STANLEY RICE - REDIRECT

04:19  1   absolute bare minimum.  He -- he couldn't publish the test

04:19  2   without that.

04:19  3         The other tests were done -- for the other two

04:19  4   species were done at a much higher standard -- analytically, I

04:19  5   should say.  Biologically, they were all done at a very high

04:20  6   standard.

04:20  7   Q.  Counsel for BP also raised questions regarding Dr. Page's

04:20  8   criticism of your work.  Do you recall those questions?

04:20  9   A.  I'm not sure about the questions.  I certainly recall

04:20  10  Dr. Page and the series of critical papers directed at our

04:20  11  studies, yes.

04:20  12  Q.  And you mentioned that you had responded to those.  Has

04:20  13  Dr. Page ever tried to duplicate your work?

04:20  14  A.  To my knowledge, Dr. Page, in a series of those papers,

04:20  15  has -- has never repeated -- never done an original study in

04:20  16  the laboratory, in his laboratory toxicity tests.  What he's

04:20  17  done is critically read the papers and then basically surmise

04:20  18  that there's an ammonia toxicity problem or there's a bacterial

04:20  19  problem, all these sort of -- so he raises issues.

04:20  20        But in our studies, we'll always have controls, for

04:20  21  example, that would take care of those sort of things.  We've

04:20  22  never found merit with any of his arguments.  We've certainly

04:21  23  responded to his arguments.

04:21  24        As a matter of fact, Incardona in a way responds to

04:21  25  one of his arguments.  To get around the problem of bacteria,

DR. STANLEY RICE - REDIRECT

04:21  1    for example, which is a criticism of one of our tests, he used
04:21  2    antibiotics in one of his tests with the yellowfin tuna.  So he
04:21  3    ran a test with and another replica test without antibiotics.
04:21  4    He got the same results.
04:21  5          And he did that for the sole purpose, basically, of
04:21  6    beating back the criticism of -- say, he had a bacterial
04:21  7    problem, and that was the reason why he had the -- the low
04:21  8    survival rates or something of that sort.  Well, he proved in
04:21  9    that test, for example, with -- with the antibiotics, that that
04:21  10   wasn't the case.
04:21  11   Q.   Who paid for that work; do you know?
04:21  12   A.   Yes, I do.  Those people were all Exxon contractors.
04:21  13         And the reason why they're continuing to raise these
04:21  14   issues, Exxon still has litigative interests in Alaska.  They
04:21  15   still are potentially liable for basically $100 million in a
04:22  16   reopener clause.
04:22  17   Q.   Returning to the OSAT issue.  You were shown an OSAT
04:22  18   document -- and OSAT is from the Unified Command.  To your
04:22  19   knowledge, was the Unified Command ever trying to assess
04:22  20   long-term harm to aquatic life?
04:22  21   A.   No.  I think what they are primarily doing is directing
04:22  22   the response efforts.  They would have been using these -- this
04:22  23   sort of data for -- for actionable response options.  They
04:22  24   weren't into damage assessment.  That's part of NRDA and also
04:22  25   part of NOAA's responsibility, at least for the fisheries and

CAPTAIN MARK VANHAVERBEKE – DIRECT

04:22  1    fish and that sort of thing, and that wasn't what that was.

04:22  2            MS. FIDLER:  I have no further questions, Your Honor.

04:22  3    Thank you very much.

04:22  4            THE COURT:  All right.  Thank you, Doctor.

04:22  5            THE WITNESS:  Yes, sir.

04:22  6            THE COURT:  The government can call its next witness.

04:23  7            Who is the next witness?

04:23  8            MS. HIMMELHOCH:  Captain VanHaverbeke, Your Honor.

04:23  9            THE COURT:  Okay.

04:23  10           (WHEREUPON, **CAPTAIN MARK VANHAVERBEKE**, having been

04:23  11   duly sworn, testified as follows**:)**

04:23  12           **THE DEPUTY CLERK:**  Please state your full name and

04:23  13   correct spelling for the record.

04:24  14           **THE WITNESS:**  Captain Mark VanHaverbeke, United

04:24  15   States Coast Guard, retired.

04:24  16           **MR. ROBERS:**  May we proceed, Your Honor?

04:24  17           **THE COURT:**  Sure.

04:24  18           **MR. ROBERS:**  Brandon Robers for the United States.

04:24  19                        **DIRECT EXAMINATION**

04:24  20   BY MR. ROBERS:

04:24  21   Q.  Captain VanHaverbeke, please introduce yourself to the

04:24  22   Court.

04:24  23   A.  Again, it's Captain Mark VanHaverbeke, United States Coast

04:24  24   Guard, retired.

04:24  25   Q.  Were you asked to serve as an expert for the United States

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:24  1  in this case?

04:24  2  **A.**   Yes.

04:24  3  **Q.**   And what were you asked to do?

04:24  4  **A.**   To opine on spill response, spill response research and

04:24  5  development, and certain claims by BP in terms of development

04:24  6  of new technologies that have improved our spill response

04:24  7  capabilities.

04:24  8  **Q.**   And what are your areas of expertise as they relate to

04:24  9  this case?

04:24  10  **A.**   Spill response and spill response research and

04:24  11  development.

04:24  12  **Q.**   Captain VanHaverbeke, as part of your work on this case,

04:25  13  did you prepare a summary of your professional experience?

04:25  14  **A.**   Yes.

04:25  15        **MR. ROBERS:**  Please pull up D-33751.

04:25  16  **BY MR. ROBERS:**

04:25  17  **Q.**   Is this the summary?

04:25  18        **THE COURT:**  I should have said something.

04:25  19            Two things.  First of all -- excuse me.  I guess

04:25  20  I don't have to say it; but for each of these expert witnesses,

04:25  21  unless I say otherwise, we'll be proceeding.  You can assume

04:25  22  that I've denied the *Daubert* motion with the under -- same

04:25  23  understanding we had in the past with past witnesses.

04:25  24            And also, I should have asked Ms. Kirby --

04:25  25  Anadarko, I haven't been asking you all if you had questions

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:25  1    for any of these witnesses.  So unless you speak up, I'm going
04:25  2    to assume you have no questions.  Fair enough?
04:25  3              **MS. KIRBY:**  Fair enough.
04:25  4              **THE COURT:**  Okay.  All right.
04:25  5                   I'm sorry.  Go ahead, Mr. Robers.
04:25  6    **BY MR. ROBERS:**
04:25  7    **Q.**   Captain VanHaverbeke, is this the -- the summary of your
04:25  8    professional experience that you prepared?
04:25  9    **A.**   Yes.
04:25  10   **Q.**   Is this a fair and accurate representation of your
04:26  11   experience as it relates to your work in this case?
04:26  12   **A.**   Yes.
04:26  13   **Q.**   I'd like to briefly talk about your educational
04:26  14   background.  What degrees, if any, do you hold?
04:26  15   **A.**   Bachelor's Degree in naval architecture and marine
04:26  16   engineering from the United States Coast Guard Academy; and two
04:26  17   Master's, one in naval architecture and marine engineering, and
04:26  18   the second one in mechanical engineering from the University of
04:26  19   the Michigan.
04:26  20   **Q.**   And were all these degrees earned during your service to
04:26  21   the United States Coast Guard?
04:26  22   **A.**   Yes.
04:26  23   **Q.**   Where are you currently employed?
04:26  24   **A.**   I'm with the Coast Guard Research and Development Center.
04:26  25   **Q.**   And how long have you worked at the Coast Guard Research

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:26  1  and Development Center?
04:26  2  **A.**   I started there as a civilian employee in 2006, January of
04:26  3  2006.
04:26  4  **Q.**   And what is your title?
04:26  5  **A.**   Research engineer.
04:26  6  **Q.**   What are your responsibilities as a research engineer?
04:26  7  **A.**   The Coast Guard Research and Development Center supports
04:26  8  the operational Coast Guard in all our missions.  So we cover
04:27  9  everything from search and rescue, marine pollution, maritime
04:27  10  security, navigation safety, all the missions.  And that's
04:27  11  basically what I support.
04:27  12  **Q.**   Please give a few examples of some oil spill
04:27  13  response-related research efforts that you've been a part of.
04:27  14  **A.**   When I started there in 2006, I was tasked with doing a
04:27  15  systems analysis of spill response, which defined the system
04:27  16  and then evaluated it, looking for the best opportunities to
04:27  17  invest research dollars to improve the overall response.
04:27  18      When we completed that, we then developed a strategic
04:27  19  plan for spill response for Coast Guard R&D, taking into
04:27  20  account other factors besides just the systems analysis.  Once
04:27  21  we completed that, we -- we then started going after what he
04:27  22  consider to be the best investment of our dollars, which was
04:28  23  submerged oil.
04:28  24      The U.S. periodically has spills where the oil sinks
04:28  25  and we have a real problem finding the oil and then recovering

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE – DIRECT

04:28   1   it.  So there's really not a whole lot of research going on in
04:28   2   that area.  We have relatively limited dollars, so we invested
04:28   3   in that instead of some of the other areas.  We developed a
04:28   4   number of processes or devices which might find it, for
04:28   5   example, laser fluorosensor that can detect oil in the water
04:28   6   column.
04:28   7          I personally looked at sonar and its application.  We
04:28   8   had some others, like gas chromatography, that we tried.  When
04:28   9   we got done with that portion of the research, we then started
04:28   10  looking at different options on how to actually recover the
04:28   11  oil.
04:28   12         And then once we completed that project, the -- the
04:28   13  focus has kind of shifted to the Arctic because there's a lot
04:29   14  of concern that traffic and oil development is going to
04:29   15  increase up there and we need to get better prepared for oil
04:29   16  spill response.
04:29   17  Q.   Have you ever published in the field of oil spill response
04:29   18  research and development?
04:29   19  A.   Yes.
04:29   20  Q.   Can you describe the publication?
04:29   21  A.   In -- I published the results of our systems analysis for
04:29   22  the International Oil Spill Conference in 2008.  I coauthored a
04:29   23  paper on our submerged oil research, and I also was listed as a
04:29   24  coauthor on a paper on the alternative response technology
04:29   25  effort that we undertook at Houma.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:29  1    Q.   Have you attended professional conferences focused on oil
04:29  2    spill response?
04:29  3    A.   Yes.  I -- I've attended a number of International Oil
04:29  4    Spill conferences over the years through my career.  I attended
04:29  5    Clean Gulf a few times.  Went to some inland -- Inland Oil
04:29  6    Spill conferences, some Chemical Response conferences.
04:30  7    Q.   What did you do before joining the Coast Guard's Research
04:30  8    and Development Center?
04:30  9    A.   I spent 30 years on active duty as a Coast Guard officer.
04:30  10   Q.   And did you prepare a slide summarizing your work in the
04:30  11   Coast Guard relevant to the topics you'll be offering opinions
04:30  12   on in this case?
04:30  13   A.   Yes.
04:30  14        MR. ROBERS:  Please pull up D-33752.
04:30  15   BY MR. ROBERS:
04:30  16   Q.   Is this the summary you just referenced?
04:30  17   A.   Yes.
04:30  18   Q.   Please describe some of the roles you've held during your
04:30  19   30 years of service in the U.S. Coast Guard that relate to your
04:30  20   expert work in this case.
04:30  21   A.   Well, starting at the bottom, after I completed my initial
04:30  22   tour afloat on a Coast Guard cutter, I joined the staff of the
04:30  23   Eleventh Coast Guard District in Long Beach, in the marine
04:30  24   environmental protection and the port safety branch.  My role
04:30  25   at that point was helping the district advise the FOSCs on

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:30  1    basically giving advice and guidance and oversight.

04:31  2            I also supported my boss, who was the cochair of the

04:31  3    Regional Response Team, in -- in his duties as cochair.

04:31  4            Following that, I went to Marine Safety Office

04:31  5    Chicago, where I had various duties, but I spent a little over

04:31  6    half my time as the court operations officer.  So I was

04:31  7    directly responsible for spill prevention and response.

04:31  8            After that, I went to grad school and went through a

04:31  9    couple of technical tours.  But I went back out in the field in

04:31  10   1991 as the executive officer of Marine Safety Office Buffalo.

04:31  11   And in that position I was the deputy FOSC.  And from that I

04:31  12   actually fleeted up or moved up to being the commanding officer

04:31  13   in the FOSC.

04:31  14           That was at a time when we were basically

04:31  15   implementing OPA 90.  We started planning and action in a

04:31  16   community setting.  As odd as it seems now, prior to OPA 90,

04:32  17   the Coast Guard used to develop its spill response plan by

04:32  18   itself, in-house.

04:32  19           *Exxon Valdez* showed us that that's not the way to go.

04:32  20   So we started -- we developed an area committee.  It included

04:32  21   other federal, state, and local agencies in planning for a

04:32  22   response.  We published our first plan under that -- I don't

04:32  23   remember whether it was '90 -- I think in '93.

04:32  24           But the big issue that we still had was how do you

04:32  25   actually manage what may be a very large organization that has

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:32  1   to come together for a spill.  And the Erie County emergency

04:32  2   manager suggested we look at the incident command system, which

04:32  3   we did, and we found out about, also, Unified Command, and then

04:32  4   actually implemented that as the way we were going to do it.

04:32  5          And we had a full-scale exercise before I left in

04:32  6   '95.  Exercise of the Unified Command was very successful.  It

04:33  7   showed the power of it.

04:33  8          In fact, the -- the pipeline owner that played the

04:33  9   responsible party said he came into the exercise expecting --

04:33  10  well, thinking that trying to manage an oil spill by committee

04:33  11  was the dumbest idea he ever heard of.  But then when he saw

04:33  12  how Unified Command brings everybody together, you see the same

04:33  13  common operative picture, hear everybody else's concerns.  It

04:33  14  really made for very powerful decision making.

04:33  15         So I left there and went to headquarters.  I had two

04:33  16  major projects I worked on while I was there.  One was

04:33  17  prevention through people, which was trying to inculcate the

04:33  18  marine industry with the concept that safety really starts with

04:33  19  people, from the boardroom to the deck plates.  We can put all

04:33  20  the rigs in one place, but the people have to make sure we're

04:33  21  safe.

04:33  22         And then the second one was risk-based decision

04:33  23  making, which became foundational in the way the Coast Guard

04:33  24  goes about addressing any kind of risky situation, if you will.

04:34  25         Following that, I went back out into the field in

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:34    1    2000 as the commanding officer at FOSC at NSO Providence.  By
04:34    2    that point the Coast Guard headquarters had ordered the
04:34    3    implementation of ICS and Unified Command throughout the Coast
04:34    4    Guard response community.  And my team there had already run
04:34    5    several major events using Incident Command.
04:34    6            So I took a step back, and as the outsider, it looked
04:34    7    to me like while we set up the system, we still had some
04:34    8    concerns with certain environmental sensitivities.  So we
04:34    9    studied that and found out we had one of two nesting islands
04:34   10    for endangered bird within Buzzards Bay, which is a national
04:34   11    estuary.  So following that exercise, we put together an island
04:34   12    bird, whatever specific -- a species-specific response plan in
04:34   13    case there was a spill that threatened the -- the birds.
04:35   14            And the year after I left under Admiral Landry, or
04:35   15    Captain Landry at the time, they did have a spill and had to
04:35   16    use that plan.
04:35   17            In 2002, I went to the First Coast Guard District
04:35   18    where I was the chief of marine safety responsible for the
04:35   19    Coast Guard's environmental response programs, everything from
04:35   20    the Acadian border, where I had to work with my Acadian
04:35   21    counterparts, to southern New Jersey.  And as that, I provided
04:35   22    oversight and guidance to all the FOSCs.  I also was the
04:35   23    cochair of regional response teams 1 and 2, my -- my cochair
04:35   24    being the EPA.
04:35   25    Q.    You mentioned -- you used the term "FOSC."  What does that

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:35 1    stand for?

04:35 2    **A.**    The federal on-scene coordinator.  He's the person, the

04:35 3    federal person in charge of an oil spill response.

04:35 4    **Q.**    And how much time total did you spend in your career

04:35 5    serving as either the FOSC or deputy FOSC?

04:35 6    **A.**    Six years.

04:36 7    **Q.**    You also mentioned regional response teams, or RRTs.  How

04:36 8    much time in your career did you spend serving on or working on

04:36 9    RRTs?

04:36 10   **A.**    I -- I worked the RRT first when I was in Long Beach in

04:36 11   the late '70s.  When I was FOSC or deputy FOSC, I would attend

04:36 12   regional response team meetings so that I would get to know

04:36 13   the -- the various agencies, the representatives who were

04:36 14   there.

04:36 15            And then it was the three years when I was at the

04:36 16   First Coast Guard District as chief of marine safety when I was

04:36 17   the cochair.

04:36 18   **Q.**    And what were your responsibilities as cochair of the RRT?

04:36 19   **A.**    The RRTs are set up under the National Contingency Plan.

04:36 20   There's a National Response Team that provides us guidance, and

04:36 21   then we have responsibilities for taking that guidance.  And we

04:36 22   have our own contingency plans for the area -- for the region,

04:37 23   regional response team.

04:37 24            And we provide advice and guidance to the FOSC.  So,

04:37 25   for example, our contingency plan includes preauthorization for

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:37  1   use of dispersants and burning in the event of a spill.  And if
04:37  2   there was a spill of significant size, we might convene the RRT
04:37  3   to provide the FOSC support and guidance.
04:37  4   Q.   Were the RRTs that you served on similar types of
04:37  5   organizations as the RRT that was involved in the *Deepwater*
04:37  6   *Horizon* response?
04:37  7   A.   Yes.  It's essentially identical.  They're set up under
04:37  8   the National Contingency Plan.  They include the same
04:37  9   15 federal agencies.  We all get the same guidance and
04:37  10  direction from the plan, the National Contingency Plan, and
04:37  11  from the National Response Team.
04:37  12  Q.   During your Coast Guard career, did you ever have reason
04:37  13  to consider the use of dispersants in oil spill response
04:37  14  operations?
04:37  15  A.   Considered it, yes.  When I was in the Eleventh District,
04:38  16  at that point in time, frankly, the consideration was the
04:38  17  toxicity levels were too high.  So generally in the U.S. they
04:38  18  were not well-considered.
04:38  19        When I was in the Great Lakes, we basically took them
04:38  20  off the table, the concern there being dispersants put the oil
04:38  21  into the water column.  And in the Great Lakes, the water
04:38  22  column, that's the drinking water supply, so we couldn't do
04:38  23  that.
04:38  24        When I went to -- when I got to Providence,
04:38  25  dispersant toxicity had been brought down to a level where they

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:38    1    were now considered to be a viable option.  And both the RRT,
04:38    2    RRT 1, which is what Providence was under, had authorized and
04:38    3    published preapproval guidelines, and our contingency plan
04:38    4    included the possibility of using that.
04:38    5          But with that said, my belief for the State of Rhode
04:39    6    Island told me that if you look at the National Contingency
04:39    7    Plan, you --
04:39    8          MR. BROCK:  Your Honor, I don't mean to interrupt.
04:39    9    I'm sorry.
04:39   10          I object to this on hearsay, what he was told by
04:39   11    someone in Rhode Island about dispersants.
04:39   12          MR. ROBERS:  The witness is only speaking to his
04:39   13    qualifications and experience in the field and not offering it
04:39   14    for its truth.
04:39   15          THE COURT:  Yeah, I think he -- I think he's just
04:39   16    giving us some -- as I understand, it's his background, but
04:39   17    maybe we can see if we can make it more a question and answer.
04:39   18    Okay?
04:39   19          MR. BROCK:  I apologize for interrupting.
04:39   20          THE COURT:  Go ahead.
04:39   21          THE WITNESS:  What he told me was, even though we had
04:39   22    preapproval under his authority, under the National Contingency
04:39   23    Plan, he was going to basically deny the use in the Rhode
04:39   24    Island waters.
        25

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:39  1  **BY MR. ROBERS:**
04:39  2  **Q.**   We'll turn now to the *Deepwater Horizon* response.  Were
04:39  3  you involved in the *Deepwater Horizon* response efforts?
04:39  4  **A.**   Yes.
04:39  5  **Q.**   And in what capacity?
04:39  6  **A.**   I was part of the alternative response technology effort
04:39  7  down in Houma at the incident command post.  And when I wasn't
04:40  8  down there, I was part of IATAP, the Interagency Technology
04:40  9  Assessment Program, run by the National Incident Commander
04:40  10 while I was back at the Coast Guard R&D center.
04:40  11         **MR. ROBERS:**  Your Honor, the United States offers
04:40  12 Captain Mark VanHaverbeke as an expert in oil spill response
04:40  13 and oil spill response research and development.
04:40  14         **MR. BROCK:**  No objection.
04:40  15         **THE COURT:**  Okay.  No other questions, okay.  Without
04:40  16 objection, he's admitted -- he's accepted, not admitted.
04:40  17 Admitted and accepted.  It's getting late.
04:40  18 **BY MR. ROBERS:**
04:40  19 **Q.**   Captain VanHaverbeke, let's turn to your expert work in
04:40  20 this case.  Are you being compensated for your work in this
04:40  21 case?
04:40  22 **A.**   I'm only receiving my salary as a civilian employee.
04:40  23 **Q.**   Did you prepare any reports?
04:40  24 **A.**   Yes.
04:40  25 **Q.**   Please pull up TREX-013513.

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:41  1    Captain VanHaverbeke, is this a copy of your Round 1
04:41  2    expert report submitted August 15th, 2014?
04:41  3    A.   Yes.
04:41  4    Q.   Please pull up TREX-013514.
04:41  5    Captain VanHaverbeke, is this a copy of your Round 2
04:41  6    expert report submitted September 12th, 2014?
04:41  7    A.   Yes.
04:41  8    Q.   Please pull up TREX-013515.
04:41  9    Captain VanHaverbeke, is this a copy of your Round 3
04:41  10   expert report submitted September 26th, 2014?
04:41  11   A.   Yes.
04:41  12   Q.   Since submitting these reports, have you revised any of
04:41  13   the calculations that they contain?
04:41  14   A.   Yes.
04:41  15   Q.   Please pull up D-33775.
04:41  16   I'm showing you a slide that contains TREX-233890.1
04:41  17   and TREX-233890.3.  Are these documents, the revision and
04:42  18   errata, associated with your report?
04:42  19   A.   Yes.
04:42  20   Q.   What was -- now turning to the errata, this would be the
04:42  21   document on the right of the screen.  What was the purpose of
04:42  22   the errata?
04:42  23   A.   My Round 2 report included the wrong values for how much
04:42  24   was skimmed, burned, and dispersed.  So basically, I -- I --
04:42  25   when that was pointed out, we corrected it.  My values

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:42  1    included, in the total volume, the amount that was directly

04:42  2    recovered, which was in error.

04:42  3    **Q.**   And what was the purpose of the revision, this being the

04:42  4    document on the left, TREX-233890.3?

04:42  5    **A.**   Last week the Court determined what the total volume was;

04:42  6    and based on that, I revised the numbers that I could.

04:42  7    **Q.**   Now, the errata contains two values that the revision does

04:42  8    not.  Why haven't you offered updated values for the amount

04:42  9    chemically dispersed and the amount of oil deemed

04:43  10   unrecoverable?

04:43  11   **A.**   The values come from the government's third interrogative,

04:43  12   which is based on the oil budget calculator.  The oil budget

04:43  13   calculator starts with an assumed daily flow rate from the

04:43  14   well.

04:43  15           We no longer have an assumed daily rate, so I can't

04:43  16   figure out what the rest of the values -- those other two

04:43  17   values are.  And, unfortunately, the numbers -- the calculator

04:43  18   uses -- it recognizes that there is uncertainty in the values,

04:43  19   and so it has -- uses a statistical analysis to come up with

04:43  20   what has been chemically dispersed and what's unavailable for

04:43  21   recovery.

04:43  22           So I couldn't -- I'm not comfortable trying to

04:43  23   replicate that without having somebody rerun the calculator,

04:43  24   and I don't know that that's possible without a daily discharge

04:43  25   rate.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:43  1   **Q.**   Okay.  And I'll just briefly correct the record.  The

04:44  2   revision to your report is TREX No. 233890.1.

04:44  3           **MR. BROCK:**  I'll apologize.  You're calling the

04:44  4   revision the January 19th, 2015 report?

04:44  5           **MR. ROBERS:**  Yes.

04:44  6   **BY MR. ROBERS:**

04:44  7   **Q.**   The revision to your report submitted January 19th is TREX

04:44  8   No. 233890.1.  Is that correct, Captain VanHaverbeke?

04:44  9   **A.**   Yes.

04:44  10  **Q.**   Does the difficulty that you just described calculating

04:44  11  those two numbers, the amount chemically dispersed and the

04:44  12  amount unavailable for recovery, exist with respect to your

04:44  13  calculations for the amount skimmed and the amount burned?

04:44  14  **A.**   No.  The amount skimmed and the amount burned were

04:44  15  established separate from the calculator.  The amount burned

04:44  16  was estimated by the burn teams.  The amount skimmed was

04:45  17  essentially as oily liquids were brought ashore, they measured

04:45  18  how much they brought ashore and they assumed a certain value

04:45  19  for how much of it was oil versus water.

04:45  20  **Q.**   Are all of the revisions you made to the reports contained

04:45  21  on the two pages shown in this demonstrative?

04:45  22  **A.**   Yes.

04:45  23  **Q.**   Do any of revisions alter any of the opinions that you

04:45  24  offer in your experts -- expert reports in this case?

04:45  25  **A.**   No.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:45  1   **Q.**   And do these reports, including the errata and the
04:45  2   revisions, contain the opinions that you intend to offer in
04:45  3   this matter and the bases for those opinions?
04:45  4   **A.**   Yes.
04:45  5                **MR. ROBERS:**  Your Honor, I offer
04:45  6   Captain VanHaverbeke's expert reports, including the revision
04:45  7   and errata, Exhibits 013513, 013514, 013515, and 233890 into
04:45  8   evidence.
04:45  9                **THE COURT:**  Okay.  We'll deal with those when we
04:45 10   marshal the exhibits.
04:45 11                **MR. ROBERS:**  Yes, Your Honor.
04:45 12   **BY MR. ROBERS:**
04:45 13   **Q.**   Captain VanHaverbeke, do you adopt the contents of these
04:46 14   reports as your testimony in this case?
04:46 15   **A.**   Yes.
04:46 16   **Q.**   Let's begin by discussing your conclusions concerning
04:46 17   innovation in research and development.  Have you prepared a
04:46 18   summary of the conclusions you'll be discussing in your
04:46 19   testimony today?
04:46 20   **A.**   Yes.
04:46 21                **MR. ROBERS:**  Please bring up D-33753.
04:46 22   **BY MR. ROBERS:**
04:46 23   **Q.**   Is this the summary you just referenced?
04:46 24   **A.**   Yes.
04:46 25   **Q.**   And you'll be discussing three opinions; right?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:46  1   **A.**   Yes.

04:46  2   **Q.**   And what are they?

04:46  3   **A.**   Oil spill research and development is an ongoing process.

04:46  4   New or innovative technologies and techniques developed

04:46  5   *Deepwater* -- during *the Deepwater Horizon* were developed as a

04:46  6   part of the Unified Command and the management team as a

04:46  7   whole -- excuse me -- and response relied primarily on existing

04:46  8   technologies.

04:46  9   **Q.**   Now, prior to the *Deepwater Horizon* response, were there

04:46  10  organizations that conducted research and development on oil

04:46  11  spill response-related technologies?

04:47  12  **A.**   Yes.

04:47  13  **Q.**   Please describe a few of these organizations.

04:47  14  **A.**   Well, I need to start with the Coast Guard R&D center.

04:47  15  We've been doing spill response research since the 1970s, early

04:47  16  '70s.  Minerals Management Service, now Bureau of Safety and

04:47  17  Environmental Enforcement, has had a very strong program

04:47  18  through most of that.

04:47  19          EPA has a program.  NOAA does a grant program.

04:47  20  Right now they've got the Coastal Response Research Center out

04:47  21  at the University of New Hampshire under grant.  And there's

04:47  22  quite a few other federal agencies doing oil spill-related

04:47  23  response.

04:47  24          In fact, part of OPA 90 directed the federal

04:47  25  government to coordinate its research and report to Congress

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

| | |
|---|---|
| 04:47 | 1 |
| 04:47 | 2 |
| 04:47 | 3 |
| 04:48 | 4 |
| 04:48 | 5 |

1  every other year.  And coordinating that is an organization
2  called ICCOPR, Interagency Coordinating Committee on Oil
3  response (verbatim) -- I don't recall the exact name --
4  Research Programs.  But -- so that -- that's on the federal
5  side.

6          I know the State of Texas has got a strong
7  program.  The State of California has done a lot of research
8  over the years.  OSROs, ExxonMobil, a lot of organizations have
9  been doing it.  The Canadians have got a very strong research
10  program.  And SINTEF and some other organizations in Europe do
11  a lot of research.  So it's -- there's a lot of people that,
12  over the years, have done significant research.

13          And there's private industry.  A lot of the
14  actual mechanics of what goes on out there are developed by
15  entrepreneurs who are trying to develop a better product.

16  Q.   Now, prior to the *Deepwater Horizon* spill, did these
17  organizations develop technologies and techniques similar to
18  the ones that were deployed during the *Deepwater Horizon*
19  response?

20  A.   Yes.

21  Q.   Please give some examples.

22  A.   ERMA, which maintained the COP, the Common Operating
23  Picture, was developed by CRRC.  And then skimming, burning,
24  and dispersing have all been developed prior to the *Deepwater*
25  *Horizon*.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:49   1   **Q.**   Did you prepare slides to help illustrate those examples?
04:49   2   **A.**   Yes.
04:49   3           **MR. ROBERS:**  Please bring up D-33756.
04:49   4   **BY MR. ROBERS:**
04:49   5   **Q.**   Here we're looking at a slide showing TREX-242543.  It's a
04:49   6   document entitled "Interagency Coordinating Committee on Oil
04:49   7   Pollution Research Biannual Report" for the years 2008/2009,
04:49   8   dated December 2009.
04:49   9           Did you rely on this document in forming your
04:49   10  opinions?
04:49   11  **A.**   Yes.
04:49   12  **Q.**   And what is this document?
04:49   13  **A.**   This is, again, ICCOPR, the federal group that does
04:49   14  research and is required to report to Congress biannually.
04:49   15  This is their 2009 report.
04:49   16  **Q.**   And how does the information in this report inform your
04:49   17  opinions related to oil spill response?
04:49   18  **A.**   It actually, in 2009, included a section on ERMA.
04:50   19  **Q.**   And is there a specific passage you find particularly
04:50   20  relevant?
04:50   21  **A.**   Yes.
04:50   22          **MR. ROBERS:**  Please bring up D-333757, a slide
04:50   23  showing a call-out from TREX-242543.21.
04:50   24  **BY MR. ROBERS:**
04:50   25  **Q.**   What is the significance of this passage?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:50  1    A.    It basically tells -- talks about ERMA and what the
04:50  2    development was at that stage and what it was supposed to do.
04:50  3    This was October 2009.  We actually had started working on it
04:50  4    in 2007.  And I was directly involved because Dr. Nancy Kinner,
04:50  5    who runs the CRRC, and I had a conversation, and I told her
04:50  6    what I would -- as former FOSC, would like this system to be
04:50  7    able to do.
04:50  8              So she invited me to be a part of the development
04:50  9    team.  We initially did it for Portsmouth Harbor in
04:50  10   New Hampshire and developed the ability to expand it out over
04:50  11   time.  But the Spill of National Significance exercise done in
04:51  12   March of 2010, a month before the *Deepwater Horizon*, rolled out
04:51  13   ERMA as its fully developed and capable program.
04:51  14   Q.    And just for the record, what does CRRC stand for?
04:51  15   A.    Again, it's the Coastal -- Coastal Response Research
04:51  16   Center.
04:51  17   Q.    Have you prepared another example of pre-spill
04:51  18   response-related research and development?
04:51  19   A.    Yes.
04:51  20              MR. ROBERS:  Please bring up D-33761.
04:51  21   BY MR. ROBERS:
04:51  22   Q.    We're looking at a slide showing TREX-23990.1 and
04:51  23   TREX-230990.2, the first two pages of a document dated
04:51  24   March 2013, entitled "United States Coast Guard Oil Spill
04:51  25   Response Offshore In-Situ Burning Operations Manual."

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:51   1           Did you rely on this document in forming your

04:51   2   opinions?

04:51   3   **A.**   Yes.

04:51   4   **Q.**   And how does this document inform your opinions?

04:51   5   **A.**   This -- this publication was put together by the Coast

04:52   6   Guard R&D center following almost a decade of research relating

04:52   7   to burning.  And the date is March of 2003.

04:52   8           But what they did was took all the lessons learned

04:52   9   over that decade, essentially the spill tactics and other

04:52   10  guidance, and put them together in a manual so that federal

04:52   11  on-scene coordinators had this guidance and could use it in the

04:52   12  event of a spill when they needed to -- or had the capability

04:52   13  and the time to go out and burn oil.

04:52   14  **Q.**   Did you prepare any other examples of pre-spill

04:52   15  response-related research and development?

04:52   16  **A.**   Yes.

04:52   17          **MR. ROBERS:**  Please bring up D-33770.

04:52   18  **BY MR. ROBERS:**

04:52   19  **Q.**   We're looking at a slide showing TREX-230012, a document

04:52   20  titled "Oil Spill Dispersants:  Efficacy and Effects" from the

04:52   21  National Research Council in 2005.

04:52   22          Did you rely on this document in forming your

04:53   23  opinions?

04:53   24  **A.**   Yes.

04:53   25  **Q.**   And what is the document?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:53  1   **A.**   This is a document that was put together by a team that

04:53  2   the National Academy of Sciences put together at the request of

04:53  3   the Coast Guard and some other agencies.

04:53  4        And by way of background, the Coast Guard was

04:53  5   considering requiring large ships -- or ships carrying large

04:53  6   amounts of oil to have dispersant application capability as

04:53  7   part of their response plans.

04:53  8        Before we did that, we needed to make sure that, A,

04:53  9   we had a good handle on how effective dispersants were and, B,

04:53  10  what the environmental risks were with dispersants.  So we

04:53  11  hired the National Academy of Sciences to do the study, and

04:53  12  this was the publication they put out.

04:53  13  **Q.**   And how does the information in this report inform your

04:53  14  opinion?

04:53  15  **A.**   It provides some information relating to efficacy and

04:54  16  effects of dispersants.

04:54  17  **Q.**   Is there a specific passage you find particularly

04:54  18  relevant?

04:54  19  **A.**   Yes.

04:54  20        **MR. ROBERS:**  Please bring up D-33762, the slide

04:54  21  containing call-outs from TREX-230012.19 and TREX-230012.87.

04:54  22  **BY MR. ROBERS:**

04:54  23  **Q.**   What are the significance of these passages?

04:54  24  **A.**   Well, the first passage, if you look at the last sentence,

04:54  25  it speaks to the way things generally have been, and that's

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:54   1    that when large spills occur, primarily we rely in the U.S.
04:54   2    on-water containment and recovery, which is skimming.
04:54   3          The second passage states that between 1999 and 2004,
04:54   4    dispersants were used in a number of incidents in the Gulf of
04:54   5    Mexico.  When you look at the details, it actually should say
04:54   6    between 1998 and 2004, but regardless, it shows that
04:54   7    preapprovals were in place by that point and that within the
04:55   8    Gulf of Mexico area of the United States, the use of aerial
04:55   9    dispersants was an accepted practice.
04:55   10   Q.   Captain VanHaverbeke, are you familiar with the Incident
04:55   11   Command System, or ICS?
04:55   12   A.   Yes.
04:55   13   Q.   When was the ICS developed as an oil spill response team?
04:55   14   A.   The *Exxon Valdez* really showed that we -- we generally, in
04:55   15   spill response, were not prepared for major response to build
04:55   16   up that large number of people that you might need, an
04:55   17   organization, and manage it.
04:55   18         So through the '90s, the early part of the '90s, we
04:55   19   were struggling to find a way to handle it.  And a number of us
04:55   20   discovered, if you will, Incident Command System, which was
04:55   21   developed by the fire -- the Forest Service and the fire
04:55   22   people.
04:55   23         And it showed that because it's scalable, it's
04:56   24   modular, it was a very -- and it's very structured, it was a
04:56   25   good way to handle what might be almost an overnight buildup of

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:56   1    hundreds of people in an organization.

04:56   2              It became so evident that it was the way to go as it

04:56   3    was used more and more, the Coast Guard headquarters mandated

04:56   4    its use for pollution response in the late '90s, and a few

04:56   5    years later actually mandated its use for the entire Coast

04:56   6    Guard operational spectrum.

04:56   7    Q.   We just talked about ICS, ERMA burning and dispersants.

04:56   8    Were all of these tools used during the *Deepwater Horizon*

04:56   9    response?

04:56   10   A.   Yes.

04:56   11   Q.   Were they used in any way that's different than the way

04:56   12   they are in a typical response?

04:56   13   A.   For the *Deepwater Horizon*, the big -- the big difference

04:56   14   was, obviously, the scale of it.  We -- we had never set up an

04:57   15   ICS that large.  ERMA was new, we used it for SONs, but -- but

04:57   16   that was it.

04:57   17             But the other mechanisms, skimming, burning,

04:57   18   dispersing, they were off the shelf, but the scale of this --

04:57   19   this discharge and the long -- the long lead -- the long time

04:57   20   during which it occurred were not -- were not normal.

04:57   21   Q.   And --

04:57   22   A.   They weren't something we had experienced in this country

04:57   23   before.

04:57   24   Q.   During the *Deepwater Horizon* response, what were the

04:57   25   primary tools used to address oil in the environment?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

04:57  1    A.    The bulk of the oil that was addressed was done through

04:57  2    skimming, burning, and dispersing.

04:57  3    Q.    And were these response tools new or existing

04:57  4    technologies?

04:57  5    A.    They were existing technologies for the most part.  And I

04:57  6    say for the most part because we did come up with a new wrinkle

04:57  7    with dispersants.  Some work done by the Minerals Management

04:58  8    Service in a report that they had from 1999 talked about subsea

04:58  9    dispersants, the subsea application dispersants, and ExxonMobil

04:58  10   contacted BP and said, there's this idea that's been out there,

04:58  11   ExxonMobil had done some research on their own about it, and

04:58  12   they offered that research for the response.

04:58  13          BP took -- took that idea to the Unified Command --

04:58  14   Unified Area Command.  And after some significant discussion

04:58  15   with the Unified Area Command in Washington, D.C., a series of

04:58  16   tests were put in, and eventually this new system or this new

04:58  17   way of applying dispersants was adopted for the response.

04:58  18   Q.    We discussed the use of some existing tools during

04:58  19   response.  Did the response organization also include a

04:58  20   structure for developing or evaluating new response tools?

04:59  21   A.    Yes.  The Alternative Response Technology, or ART.

04:59  22   Q.    Was there any other structure within the response for the

04:59  23   same purpose?

04:59  24   A.    There was some concern early on in -- well, early on --

04:59  25   during May, there was concern that -- BP was getting ideas, but

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE – DIRECT

04:59   1    the public thought that they were sitting on them.  Part of the
04:59   2    issue we had was public awareness of what was really going on.
04:59   3            So to address that, the National Incident Commander
04:59   4    ordered the federal government to set up a parallel
04:59   5    organization, which was IATAP, the Interagency Technology
04:59   6    Assessment Program.
04:59   7    Q.   And did you work on -- you worked in both these
04:59   8    organizations during the response; right?
04:59   9    A.   Yes.  Depending on whether I was in Houma or up in New
04:59   10   London, where the Coast Guard R&D center is.
04:59   11   Q.   What was the purpose of ART?
04:59   12   A.   ART kind of had two purposes, from my perspective.  One
05:00   13   was to try to glean from the public and the industry and
05:00   14   everybody else new ideas and evaluate them and see if we could
05:00   15   improve the response.
05:00   16           The second part of the role that I played in Houma
05:00   17   was to attend planning and operational meetings to hear what
05:00   18   the problems were they were having during the response, the
05:00   19   actual people who had boots on the ground, to see if we could
05:00   20   then go back to ART, and then I would relay those issues back
05:00   21   to the ART people and see if they could find solutions.
05:00   22   Q.   Was this a BP-led effort?
05:00   23   A.   It was a Unified Command effort, but BP managed it out of
05:00   24   Houston.
05:00   25   Q.   Was the process of accepting suggestions from the public

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:00  1  something that was unique to the *Deepwater Horizon* response?
05:00  2  **A.**   No.   It's something that we've dealt with in most
05:00  3  significant spills.  To the -- to the extent that RRTs II and
05:00  4  III put together a process called ARTES, which is the
05:01  5  Alternative Response Technology Evaluation System, but that
05:01  6  system basically is a paper method of evaluating new ideas and
05:01  7  providing the FOSC with suggestions on whether or not they
05:01  8  would be implemented.
05:01  9       But I spoke to one of the guys that developed it, and
05:01  10 they were thinking maybe a half dozen ideas during the
05:01  11 response.
05:01  12      If you go back to the *Exxon Valdez*, we received quite
05:01  13 a few ideas.  I was in the Coast Guard headquarters at the
05:01  14 time, but back then, people had to mail them in, what we now
05:01  15 call snail mail.  We had to type the response and mail it back.
05:01  16      What happened from *Exxon Valdez* to the *Deepwater*
05:01  17 *Horizon* was the Internet developed, and it gave us the
05:01  18 capability to post a web page where people could submit their
05:01  19 ideas and the -- the way to put together a virtual team to
05:02  20 evaluate those ideas and handle much -- much larger quantities.
05:02  21      **MR. ROBERS:**  Please bring up D-33760.
05:02  22 **BY MR. ROBERS:**
05:02  23 **Q.**   We're looking at a slide containing call-outs from
05:02  24 TREX-2329867.6 and TREX-232987.9, a document entitled
05:02  25 "Alternative Response Technology Program Final Report" dated

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:02  1    September 2010.  Did you rely on this document in forming your
05:02  2    opinions?
05:02  3    **A.**   Yes.
05:02  4    **Q.**   What is this document?
05:02  5    **A.**   This was a final report put together on the ART effort
05:02  6    published in October, I think -- maybe it says September
05:02  7    2010 -- basically summarizing what we did and what the lessons
05:02  8    learned were.
05:02  9    **Q.**   And how does the information in this report inform your
05:02  10   opinion?
05:02  11   **A.**   Well, it -- it provides some of the statistics.  It gives
05:02  12   a sense of the scale we were dealing with.  123,000 ideas, of
05:03  13   which 80,000 address source control.  And I wasn't part of
05:03  14   that.  But 43,000 addressing how to improve our response -- oil
05:03  15   spill cleanup capabilities.
05:03  16          After sifting through that 43,000, about 100 of them
05:03  17   got serious attention.  Out of those, about 25 got actually
05:03  18   significant use.
05:03  19          Captain Paskewich in his paper says 40, and I've seen
05:03  20   other lists that we've got numbers like that.  But whether it
05:03  21   was 25 or 40, either way, out of the 43,000, narrowed it down
05:03  22   to a very few that actually got some use.
05:03  23   **Q.**   And you mentioned Captain Paskewich.  Did he present a
05:03  24   list of technologies that he claims to have been innovations
05:03  25   stemming from the *Deepwater Horizon* response effort?

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:03  1  **A.**    Yes.  I don't recall which one of his reports, but
05:03  2  basically he had a page of ideas that -- or -- or new concepts
05:04  3  that were used for the *Deepwater Horizon*.
05:04  4  **Q.**    And were all the technologies presented on that page or in
05:04  5  his report newly invented during the response?
05:04  6  **A.**    No.  They were -- a number of them were ideas --
05:04  7  capabilities, tools that were literally off the shelf.  Others
05:04  8  were ideas that were adapted from other industries.
05:04  9  **Q.**    Please provide an example of the type of off-the-shelf
05:04  10  technology that was either adapted or specifically designed for
05:04  11  use in oil spill response during -- used during *Deepwater*
05:04  12  *Horizon* response.
05:04  13  **A.**    The best example is the -- one of the first ones he lists
05:04  14  is a laser fluorosensor, which was developed with Coast Guard
05:04  15  Research and Development funding as part of our effort to
05:04  16  address sunken oil.
05:04  17         **MR. ROBERS:**  Please call up D-33763.
05:05  18  **BY MR. ROBERS:**
05:05  19  **Q.**    We're looking at a slide containing TREX-230448, a
05:05  20  document entitled "Alternative Response Technologies:
05:05  21  Progressing Learnings" authored by Michael Ortiz (verbatim) and
05:05  22  Hunter Rowe dated February 15th, 2012.
05:05  23         Did you rely on this document in forming your
05:05  24  opinions?
05:05  25  **A.**    Yes.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:05  1   **Q.**   And what is this document?

05:05  2   **A.**   It's a presentation by Mike Cortez and Hunter Rowe.  I

05:05  3   think it was at the big oil spill conference in Europe.

05:05  4   **Q.**   And -- and who are Messrs. Cortez and Rowe?

05:05  5   **A.**   Mike Cortez was the manager for the ART effort in Houston,

05:05  6   and Hunter Rowe was his deputy.

05:05  7   **Q.**   And who do they work for?

05:05  8   **A.**   BP.

05:05  9   **Q.**   How does the information in this report inform your

05:05  10  opinions?

05:05  11  **A.**   Well, again, they listed a number of technologies that

05:06  12  were brought to bear for the *Deepwater Horizon*, and again,

05:06  13  similar to Captain Paskewich, a lot of them were already on the

05:06  14  shelf.

05:06  15  **Q.**   Is there a specific passage you find particularly

05:06  16  relevant?

05:06  17  **A.**   Yes.

05:06  18        **MR. ROBERS:**  Please bring up D-33758, a slide

05:06  19  containing call-outs from TREX-230448.14.

05:06  20  **BY MR. ROBERS:**

05:06  21  **Q.**   What are we looking at here, Captain VanHaverbeke?

05:06  22  **A.**   These are basically some of the devices that they listed

05:06  23  in here.  Again, the first one, the laser fluorosensor, the

05:06  24  Coast Guard R&D center had developed before this as part of our

05:06  25  submerged oil effort.

OFFICIAL TRANSCRIPT

631

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:06   1       The Coda Octopus is a sonar with a processor that
05:06   2   gives you what looks like a 3-D image of what the sonar is
05:06   3   picking up.  We had also -- we had tested that as part of our
05:07   4   submerged oil and had one on hand at the R&D center and brought
05:07   5   it to use I think off of Mobile, where we combined it with the
05:07   6   laser fluorosensor.
05:07   7       And then the Wave Glider is a concept that was
05:07   8   developed in the mid-2000s.  The funding came from the Office
05:07   9   of Naval Research, but it's essentially -- it looks like a
05:07  10   surfboard with an umbilical cord that goes down to what looks
05:07  11   like a venetian blind, and as waves move the surfboard up and
05:07  12   down, it pulls up the blinds, and the water going through the
05:07  13   blinds gives it thrust.
05:07  14       So this thing can go out and it -- because it's
05:07  15   self-powered, it can stay out for long periods of time.
05:07  16   They've sent them across the ocean.
05:07  17       But it's also got on it a solar panel to power its
05:07  18   electronics, and a satellite comms link back to shore to
05:07  19   wherever the pilot is.  So it's -- what I liken them to is a
05:07  20   pickup truck; it's -- it can do whatever you want.
05:08  21       So they put the sensors on it that they needed.  In
05:08  22   this case, I think they added an oxygen monitor because there
05:08  23   was a big concern about the O2 level, a fluorosensor to see if
05:08  24   it found any oil.  And I'm not -- I don't recall what the other
05:08  25   sensors were.  But it's a technology that was adapted, but it

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:08   1   was developed prior to the *Deepwater Horizon*.

05:08   2   **Q.**   Does this same document provide information concerning the

05:08   3   source of other technologies that came through the ART program

05:08   4   or were included in Captain Paskewich's report?

05:08   5   **A.**   Yes.  It lists quite a few of them.  And as with these, it

05:08   6   gives the source of the technology.

05:08   7   **Q.**   In any case, is the source of the technology BP?

05:08   8   **A.**   No.

05:08   9           **MR. ROBERS:**  You can take down the slide.

05:08   10  **BY MR. ROBERS:**

05:08   11  **Q.**   Do you expect that the use of the 25 or 40 or so

05:08   12  technologies deployed during the *Deepwater Horizon* response

05:08   13  that we've been discussing will have a positive impact on the

05:08   14  future of oil spill response work?

05:09   15  **A.**   That's tough to say.  Every -- every spill is different.

05:09   16  And whether the tools used in one will work or be applicable to

05:09   17  the next is hard to say.

05:09   18          You have to remember that this spill was of such a

05:09   19  scale and a long period that we could do things for this one,

05:09   20  or we did do things for this one, that you wouldn't see for a

05:09   21  normal spill.

05:09   22          For example, we were very concerned about wave after

05:09   23  wave of oil coming -- coming ashore on the beaches in the Gulf.

05:09   24  And in early May, we started looking around for what options we

05:09   25  might have for, say -- because the way you take care of a sand

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:09 1 beach a lot of times is you go in and you just scoop up the
05:09 2 sand and take it away, the oily sand, and -- and replace it.
05:09 3 But that was going to be counterproductive if we had
05:09 4 to do it time after time as waves of oil came ashore.  So
05:10 5 looking around for what the options were, somebody suggested we
05:10 6 look at the oil sands that they have up in Canada and the way
05:10 7 that they remove the oil from the sand where up there they're
05:10 8 trying to get the product, here we're trying to get the sand.
05:10 9 So it's essentially the same technology.
05:10 10 So we did, and we ended up bringing in a device by a
05:10 11 company called M-I SWACO, which was a -- we had a huge
05:10 12 footprint, but what it allowed us to do, we set one up on
05:10 13 Grand Isle.  We could skim the oil -- skim the sandy oil, put
05:10 14 it in the device, get out relatively clean sand and put it back
05:10 15 in so it still had the same consistency as the original beach,
05:10 16 and do that time after time in order to conserve it until after
05:10 17 the final oil has come ashore, then you can do the final
05:10 18 cleaning.
05:10 19 But it made a much more efficient process, but I
05:10 20 don't -- I don't know of any spill where we -- any other spill
05:11 21 in the U.S. where we would have had the justification of doing
05:11 22 that.  We don't normally have waves of oil coming ashore and we
05:11 23 don't have that kind of duration.
05:11 24 **Q.**   So is this likely to be something that's used in a typical
05:11 25 future response?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:11  1   A.   If we have another spill of this magnitude or this kind of

05:11  2   duration, I would think that we would consider it again.

05:11  3   Q.   Ultimately, how would you rate the impact of the ART

05:11  4   program on the overall response?

05:11  5   A.   I think if you look at overall the amount of oil we took

05:11  6   out of the environment or otherwise treated, it comes back to

05:11  7   the burning, skimming, and dispersing.  And ART had very little

05:11  8   impact on those.

05:11  9   Q.   We're now going to turn to response performance.  Did you

05:11  10  prepare a slide that summarizes the opinions you'll be

05:11  11  testifying about today related to response performance?

05:11  12  A.   Yes.

05:11  13       MR. ROBERS:  Please bring up D-33754.

05:12  14  BY MR. ROBERS:

05:12  15  Q.   Is this the slide that you just referred to?

05:12  16  A.   Yes.

05:12  17  Q.   And you'll be discussing three opinions; right?

05:12  18  A.   Yes.

05:12  19  Q.   What are they?

05:12  20  A.   Unified Command worked well, but much of the credit goes

05:12  21  to the many stakeholders.  Adding dispersants and burning are

05:12  22  not the same as removing oil from the environment, and that

05:12  23  only 5 percent was mechanically removed in open-water skimming,

05:12  24  which falls short of the typical 10 to 15 percent that we

05:12  25  expect to see.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

1  **Q.**   Were the Coast Guard and BP the only stakeholders that
2  participated in this response?
3  **A.**   No.  This was a very large response.  I've seen a number
4  of -- maybe a thousand different agencies and organizations
5  that were involved.
6  **Q.**   Can you give some examples?
7  **A.**   Well, in addition to BP and the Coast Guard, NOAA, Fish
8  and Wildlife Service, and the EPA had a big role.  And we had
9  the states involved as well.
10        A good example of somebody from the outside that I
11  have not seen at a response before is the National Weather
12  Service.  They offered and they came to Houma and set up a cell
13  there.  And they -- you know, it was -- because we had our own
14  weather service right there in Houma, they were able to provide
15  much better support for air operations, whether it be the
16  burning of oil or air dispersants.  And they supported the
17  people on the beach.
18        The problem -- the big concern with a lot of beach
19  cleaning or the open -- the nearshore cleaning was the
20  thunderstorms that might pop up in the afternoon.  And because
21  we had our own weather service there who was giving us realtime
22  service, the people that were working onshore or nearshore knew
23  that somebody was watching the weather.  They could stay there
24  longer and still get off in time because somebody said now is
25  the time to clear out, which made the response more efficient.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

1    **Q.** All right. I think you've talked about the state and
2    federal governments. Were local governments also stakeholders
3    in the response?
4    **A.** Yes. I mean, the stakeholders varied; everybody from the
5    federals all the way down to the state, locals, academia.
6    There were some tribal constituencies involved as well.
7    **Q.** How did the participation of these various stakeholders
8    impact the response?
9    **A.** Well, basically it makes it better overall. For example,
10   the example I just gave of the National Weather Service
11   provides a capability that you don't have elsewhere.
12           But my experience is that when you -- because you're
13   using a Unified Command approach, because you've got a large
14   response with a lot of different stakeholders, you're better
15   able to understand what the issues are. At the same time,
16   you're bringing a broader array of capabilities to bear on the
17   response.
18   **Q.** Sir, did you review Captain Paskewich's report submitted
19   in this litigation?
20   **A.** Yes.
21   **Q.** Did he offer a typical oil recovery rate for open ocean
22   spills?
23   **A.** Yes. 10 or 15 percent.
24   **Q.** Do you agree were that?
25   **A.** It's -- yes. It's kind of the number that's generally

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:15  1    accepted in the industry.

05:15  2    **Q.**   And what's included in that 10 to 15 percent typical

05:15  3    recovery rate?

05:15  4    **A.**   Skimming, mechanical recovery.

05:15  5    **Q.**   And did Captain Paskewich offer a recovery rate for the

05:15  6    *Deepwater Horizon* response?

05:15  7    **A.**   Yes.

05:15  8    **Q.**   Do you agree with it?

05:15  9    **A.**   No.

05:15  10   **Q.**   Why not?

05:15  11   **A.**   When Captain Paskewich estimated the -- how much was

05:15  12   recovered, he included oil that was dispersed or burnt.

05:15  13   **Q.**   Why shouldn't he have included oil that was dispersed or

05:15  14   burned in his recovery rate?

05:15  15   **A.**   Because burning oil and dispersing oil don't remove them

05:15  16   from the environment; they just change the condition of the

05:15  17   oil.

05:15  18   **Q.**   Is this something that's widely understood in the response

05:16  19   community?

05:16  20   **A.**   Yes.  And it's covered in the literature.

05:16  21        **MR. ROBERS:**  Please bring up D-33776.

05:16  22   **BY MR. ROBERS:**

05:16  23   **Q.**   We're looking at a slide that contains TREX-230012.  This

05:16  24   is a document that we looked at a little bit earlier titled

05:16  25   "Oil Spill Dispersants, Efficacy and Effects," from the

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:16   1   National Research Council.

05:16   2           How does the information in this report inform your

05:16   3   opinions concerning the removal of oil from the environment?

05:16   4   A.   It has a couple of passages that mention the fate of the

05:16   5   oil.

05:16   6           MR. ROBERS:   Please bring up D-33759, a slide

05:16   7   containing TREX-230012.20 and TREX-230012.28, two call-outs

05:16   8   from the same document.

05:16   9   BY MR. ROBERS:

05:16   10  Q.   What is the significance of these passages?

05:16   11  A.   Well, the first one, the first sentence says, "Oil spill

05:16   12  dispersants do not actually reduce the total amount of oil

05:16   13  entering the environment," which is my position.

05:17   14          And the second one:   "The use of chemical dispersants

05:17   15  as well as in-situ burning revolves around changing the fate of

05:17   16  spilled material within the environment, as opposed to

05:17   17  attempting recovery or removal of that material."

05:17   18  Q.   Is there other support in the response literature for this

05:17   19  same idea?

05:17   20  A.   Yes.

05:17   21          MR. ROBERS:   Please bring up D-33779, a slide

05:17   22  containing TREX-230990.

05:17   23  BY MR. ROBERS:

05:17   24  Q.   Another document we looked at a little bit earlier called

05:17   25  "United States Coast Guard Oil Spill Response Offshore, In-Situ

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:17  1    Operations Manual."
05:17  2              How does this manual inform your opinion concerning
05:17  3    the removal of oil from the environment?
05:17  4    A.   Again, it has sections where it discusses -- it provides
05:17  5    the FOSC some background as to what -- what happens with the
05:17  6    oil when it burns.
05:17  7              MR. ROBERS:  Please bring up D-33764, a slide
05:17  8    containing call-outs from TREX-230990.96 and 230990.144.
05:18  9    BY MR. ROBERS:
05:18  10   Q.   What is the significance of these passages?
05:18  11   A.   The first one discusses what happens when you're burning,
05:18  12   and that's that the lighter ends, the oil will burn, but it
05:18  13   leaves behind a viscous oil residue that is still a threat and
05:18  14   remains in the environment unless you skim it.  And I don't
05:18  15   think we were able to skim it in this case.
05:18  16             And the second one talks about the fact that it emits
05:18  17   a very dark plume, a black plume; and the remainder of the
05:18  18   plume are particulates that go in the air, which is a concern
05:18  19   when you're burning.  You've got to make sure that you're not
05:18  20   threatening any inhabited areas.
05:18  21   Q.   How does all of this information inform your opinion
05:18  22   concerning the calculation of recovery rate in the
05:18  23   *Deepwater Horizon* response?
05:18  24   A.   Well, basically, it supports my position that when you're
05:18  25   trying to figure out how much is recovered, you just evaluate

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - DIRECT

05:19   1   what's actually been picked up, what's been skimmed or

05:19   2   mechanically removed.

05:19   3   Q.   And how would you perform that calculation?

05:19   4   A.   Take the total amount of oil that's been physically

05:19   5   recovered and divide it by the total amount of oil that was

05:19   6   discharged.

05:19   7   Q.   And then what would you compare that to?

05:19   8   A.   I'd compare it to the typical rate of 10 to 15 percent

05:19   9   that Captain Paskewich cited.

05:19   10  Q.   And did you -- did you do this?

05:19   11  A.   Yes.

05:19   12  Q.   And did you prepare a slide illustrating your findings?

05:19   13  A.   I did, yes.

05:19   14         MR. ROBERS:   Please bring up D-33768.

05:19   15  BY MR. ROBERS:

05:19   16  Q.   Is this the slide?

05:19   17  A.   Yes.

05:19   18  Q.   And can you please tell us what you found?

05:19   19  A.   Well, when I did the arithmetic, basically it showed that

05:19   20  5 percent was recovered based on the amount of oil discharged

05:19   21  that we were given last week.  When I looked at that 5 percent

05:19   22  compared to the 10 to 15 percent normally recovered in an open

05:20   23  ocean spill, it's an unremarkable portion.  And particularly

05:20   24  when I look at the total volume, it shows that 95 percent of

05:20   25  the oil remained in the environment.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:20  1          **MR. ROBERS:**  Thank you, Captain.  I have no further

05:20  2  questions.

05:21  3          **MR. BROCK:**  Your Honor, may I proceed?

05:21  4          **THE COURT:**  Yes.  Go ahead.

05:20  5                    **CROSS-EXAMINATION**

05:21  6  BY MR. BROCK:

05:21  7  **Q.**   Captain VanHaverbeke, I am Mike Brock.  I represent BPXP

05:21  8  and I have you on cross-examination.  Good afternoon.

05:21  9  **A.**   Good afternoon.

05:21  10  **Q.**   Let me ask you first, you agree, do you not, as the expert

05:21  11  for the United States on source control, that BP met its

05:21  12  obligations to respond to the *Deepwater Horizon* oil spill under

05:21  13  the National Contingency Plan, the Oil Pollution Act, and the

05:21  14  Clean Water Act?

05:21  15  **A.**   You started by saying the expert on source control.  I'm

05:22  16  not an expert on source control.

05:22  17  **Q.**   Let me rephrase the question.

05:22  18          You agree that BP met its obligations to respond to

05:22  19  the *Deepwater Horizon* oil spill under the National Contingency

05:22  20  Plan, the Oil Pollution Act, and the Clean Water Act?

05:22  21  **A.**   Yes.

05:22  22  **Q.**   BP met those obligations by participating in the

05:22  23  Unified Command and working collectively with others in the

05:22  24  Unified Command to meet the objectives of the response

05:22  25  organization; correct?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:22   1   **A.**   Correct.  As required by regulation.

05:22   2   **Q.**   And BP worked together with other members of the

05:22   3   Unified Command under the direction of the FOSC in conducting

05:22   4   response activities; correct?

05:22   5   **A.**   Yes.

05:22   6   **Q.**   You would agree that collaboration and unity of effort are

05:22   7   core tenets of the Unified Command construct?

05:22   8   **A.**   Yes.

05:22   9   **Q.**   The Unified Command system recognizes that a unified

05:22   10   effort between organizations responding to an incident produces

05:23   11   the best and most efficient response; true?

05:23   12   **A.**   Yes.

05:23   13   **Q.**   Do you agree that in this particular matter, the

05:23   14   *Deepwater Horizon* response, that it involved a community effort

05:23   15   by the Coast Guard, BP, and other members of the

05:23   16   Unified Command?

05:23   17   **A.**   Yes.

05:23   18   **Q.**   It's also true, is it not, that the *Deepwater Horizon*

05:23   19   response involved a unity of effort of the Coast Guard, BP, and

05:23   20   other members?

05:23   21   **A.**   Yes.

05:23   22   **Q.**   And it's correct, sir, that official government reports

05:23   23   documenting the response have also found that same thing to --

05:23   24   same issue to be true?

05:23   25   **A.**   Yes.

CAPTAIN MARK VANHAVERBEKE - CROSS

05:23    1            **MR. BROCK:**  May I have TREX-92 -- 9124.4, please.

05:23    2   BY MR. BROCK:

05:23    3   **Q.**   Do you see, sir, that this is the cover page to the

05:23    4   Incident Specific Preparedness Review?

05:24    5   **A.**   Yes.

05:24    6   **Q.**   And this is the final report dated January 11, 2011?

05:24    7   **A.**   Yes.

05:24    8   **Q.**   This is an official report that was commissioned by the

05:24    9   United States Coast Guard; correct?

05:24   10   **A.**   Yes.

05:24   11   **Q.**   In fact, following major spills, the Coast Guard can call

05:24   12   for an independent review, or ISPR, to assess a response and

05:24   13   provide recommendations for improvement?

05:24   14   **A.**   Yes.  But the ISPR usually has -- the charter directs them

05:24   15   what exactly to look for.  It's not a broad look; it's

05:24   16   whatever's specifically they've been charged with evaluating.

05:24   17            **MR. BROCK:**  Let's look at TREX-9124.1.5.

05:24   18   BY MR. BROCK:

05:24   19   **Q.**   Do you see here that this is Admiral Papp commissioning

05:24   20   the *Deepwater Horizon* ISPR to serve as a fact-finding body to

05:24   21   thoroughly review the response and recovery options, evaluate

05:25   22   planning assumptions, and identify strengths and weaknesses?

05:25   23   **A.**   Yes.

05:25   24            **MR. BROCK:**  9124.24.4, please.

      25

CAPTAIN MARK VANHAVERBEKE - CROSS

05:25   1   **BY MR. BROCK:**

05:25   2   **Q.**   Do you see here he says, "I task them to critically

05:25   3   examine," and then down below there are a number of items that

05:25   4   are to be reviewed?

05:25   5          Do you see that?

05:25   6   **A.**   Right.

05:25   7   **Q.**   And the last bullet point there, consistent with what you

05:25   8   were telling us a few minutes ago, is that the ISPR team was to

05:25   9   look at the actual response efforts taken, including the

05:25  10   training, qualifications, and experience of responders.

05:25  11          Do you see that?

05:25  12   **A.**   Yes.

05:25  13   **Q.**   The responsible party in this case was BPXP; correct?

05:25  14   **A.**   It was BP, yes.

05:25  15   **Q.**   It was BPXP, wasn't it?

05:25  16   **A.**   We all called them BP.  The XP, to my knowledge --

05:26  17   **Q.**   Did you know that the corporate --

05:26  18          **MR. ROBERS:**  Objection, Your Honor.  This is beyond

05:26  19   the scope of this expert's report and his examination.

05:26  20          **THE COURT:**  Well, did you differentiate between BP,

05:26  21   BPXP --

05:26  22          **THE WITNESS:**  No.

05:26  23          **THE COURT:**  -- or any other BP entity?

05:26  24          **THE WITNESS:**  No.  When I was in Houma, it was BP, at

05:26  25   least from my perspective.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:26   1   **BY MR. BROCK:**
05:26   2   **Q.**   Have you ever seen the documents that relate to who was
05:26   3   designated the responsible party?
05:26   4   **A.**   No.
05:26   5   **Q.**   When we look at the category there, the last word there,
05:26   6   "responders," the responsible party would be in the list of
05:26   7   responders; correct?
05:26   8   **A.**   Yes.
05:26   9   **Q.**   Now, you considered the ISPR in forming your expert
05:26   10  opinions in this case; correct?
05:26   11  **A.**   Yes.
05:26   12  **Q.**   And you regard the ISPR as a reliable source of
05:26   13  information about the response; correct?
05:26   14  **A.**   Yes.
05:26   15         **MR. BROCK:**   TREX-9124.13.6, please.
05:27   16  **BY MR. BROCK:**
05:27   17  **Q.**   Do you see that this refers to three major areas of
05:27   18  positive observations that merit mention?
05:27   19  Do you see that?
05:27   20  **A.**   Yes.
05:27   21  **Q.**   "The team observed that personnel provided by the
05:27   22  responsible party" -- we'll call them BP for now since you're
05:27   23  comfortable with that" -- and Coast Guard personnel worked
05:27   24  effectively together and that there was 'unity of effort'
05:27   25  throughout the response organization."

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:27  1              Do you see that?

05:27  2   A.    Yes.

05:27  3   Q.    And do you see in the next sentence that "BP has been

05:27  4   openly cooperative in assisting the ISPR team in the research

05:27  5   for this report"?

05:27  6   A.    Yes.

05:27  7   Q.    And you agree with the ISPR report with regard to its

05:27  8   findings with regard to the RP and Coast Guard personnel

05:27  9   working effectively together?

05:27  10  A.    I think the whole organization worked effectively, but I

05:28  11  think you need to go back and review why it was.  It didn't

05:28  12  just happen.  We had been working the Incident Command system

05:28  13  and the Unified Command since the '90s.  And not just the

05:28  14  Coast Guard and not just BP, but the entire spill response

05:28  15  community has been dedicated towards coming together between

05:28  16  the PREP program, the Pollution Response Exercise Program, the

05:28  17  Spill of National Significance exercise program.  All of these

05:28  18  efforts post-Exxon Valdez put us in a much better position to

05:28  19  respond to this spill.

05:28  20  Q.    The call-out that we're looking at here, though, refers to

05:28  21  the RP, BP, and the Coast Guard personnel; correct?

05:28  22  A.    It says "unity of effort throughout the response

05:28  23  organization," so I would include the many contractors that

05:28  24  BP brought, including the spill management team.

05:28  25  Q.    You don't dispute the statement that's made here?

CAPTAIN MARK VANHAVERBEKE - CROSS

| | | |
|---|---|---|
| 05:28 | 1 | **A.**   No, I don't.  I think it's fine, yes. |
| 05:29 | 2 | **Q.**   Now, let's look at the second report that we have talked |
| 05:29 | 3 | about a little bit in this case, and that is the on-scene |
| 05:29 | 4 | coordinator report, *Deepwater Horizon* oil spill, TREX-9105.1. |
| 05:29 | 5 | Do you see that this is the cover page to the FOSC |
| 05:29 | 6 | report? |
| 05:29 | 7 | **A.**   Yes. |
| 05:29 | 8 | **Q.**   This is an official report prepared by the United States |
| 05:29 | 9 | Coast Guard? |
| 05:29 | 10 | **A.**   Yes. |
| 05:29 | 11 | **Q.**   And will you confirm, please, that the FOSC report |
| 05:29 | 12 | provides the official Coast Guard record of the |
| 05:29 | 13 | *Deepwater Horizon* response? |
| 05:29 | 14 | **A.**   Well, I think there's a lot of other pieces to the record, |
| 05:29 | 15 | but this was the FOSC's report. |
| 05:29 | 16 | **Q.**   Do you agree that it is the official Coast Guard record of |
| 05:29 | 17 | the response? |
| 05:29 | 18 | **A.**   It's the FOSC's report on what happened. |
| 05:29 | 19 | **Q.**   Let me just show you something from your deposition, and |
| 05:29 | 20 | see if this helps to refresh your recollection.  Page 27 at |
| 05:30 | 21 | line 12. |
| 05:30 | 22 | Do you see the question there?  "The FOSC report is |
| 05:30 | 23 | the Coast Guard's official record of the *Deepwater Horizon* |
| 05:30 | 24 | response documenting the situation as it developed" -- |
| 05:30 | 25 | **A.**   Yep. |

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

1    Q.    -- "the actions taken, the resources committed, and the

2    challenges encountered during the response."

3              And do you see that you said yes?

4    A.    Yes.

5    Q.    And was that your answer at your deposition?

6    A.    Yes.

7    Q.    Is that your answer today?

8    A.    Yes.  It's a record, I -- yes.

9    Q.    Now, in preparing the FOSC report, the Coast Guard

10   interviewed more than 200 spill response (verbatim) and other

11   experts who were involved in the response; correct?

12   A.    I don't recall the details of that.  They could quite

13   well.  I don't recall that detail.

14   Q.    Let me see if I can refresh your recollection.  Your

15   deposition at page 27, line 18:

16              "In preparing the FOSC report, the Coast Guard

17   interviewed more than 200 spill response and other experts who

18   were directly involved in the response; right?"

19              And you answered "Yes."

20              Do you see that?

21   A.    Yes.

22   Q.    Was that your answer at the time of your deposition?

23   A.    Yes.  Thank you for reminding me.

24   Q.    Do you stand by that today?

25   A.    Yes.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:31  1    **Q.**   And you consider the FOSC report to be a reliable source

05:31  2    of information, do you not, sir?

05:31  3    **A.**   Yes.

05:31  4    **Q.**   Let's look quickly at the executive summary, 9105.14.1.

05:31  5            In looking at the issue of the overall evaluation of

05:31  6    the response, is the conclusion of the FOSC report that the

05:31  7    *Deepwater Horizon* oil spill response was ultimately successful?

05:31  8    **A.**   Yes.

05:31  9    **Q.**   And that was due to the unity of effort and perseverance

05:32  10   of the more than 1,000 organizations that contributed to the

05:32  11   unprecedented response?

05:32  12   **A.**   Yes.

05:32  13   **Q.**   Did you agree with that?

05:32  14   **A.**   Yes.

05:32  15   **Q.**   Now, you have looked at Mr. Frank -- Captain Frank

05:32  16   Paskewich's expert report in this case, have you not?

05:32  17   **A.**   Yes.

05:32  18   **Q.**   And do you recall at your deposition that we asked you

05:32  19   about some of the documents that the Coast Guard has developed

05:32  20   that are utilized to evaluate the success of a response effort?

05:32  21   **A.**   Yes.

05:32  22            **MR. BROCK:**  Can I call out, please, 230933.1.

05:32  23   BY MR. BROCK:

05:32  24   **Q.**   Is this the August 2006 version of the Coast Guard's

05:32  25   Incident Management Handbook?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:32  1    A.    Yes.

05:32  2    Q.    And this is one of the documents you looked at in pulling

05:32  3    together your work in this case?

05:32  4    A.    Yes.

05:32  5    Q.    We also talked in the deposition about a 2014 version of

05:33  6    this -- of this same document; correct?

05:33  7    A.    Yes.

05:33  8    Q.    And do you recall that the criteria for success, as set

05:33  9    out in the 2014 version, is essentially the same as what we see

05:33  10   in this version?

05:33  11   A.    Yes.

05:33  12         MR. BROCK:   If I could see, please, 230933.237.1.

05:33  13   BY MR. BROCK:

05:33  14   Q.    And this just refers to the best response section of the

05:33  15   Coast Guard manual; correct?

05:33  16   A.    Yes.

05:33  17   Q.    Now, if we look at TREX-13132.7.1, do you see that this is

05:33  18   Captain Paskewich's framework for evaluating the response?

05:33  19   A.    Yes.

05:33  20   Q.    And are we in agreement that Captain Paskewich has

05:33  21   selected appropriate topics and methodology for evaluating the

05:34  22   response?

05:34  23   A.    He selected the ones that he thought were appropriate,

05:34  24   yes.

05:34  25   Q.    Do you take any issue with the ones that he selected?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:34   1   A.   I probably would have gone back to the best response and

05:34   2   used that as a starting point, but --

05:34   3   Q.   You didn't use the same -- you didn't use the best

05:34   4   response methodology, nor did you use a methodology such as the

05:34   5   one that Captain Paskewich will present; correct?

05:34   6   A.   Right.  I didn't do either.

05:34   7   Q.   Now, in your Round 2 expert report, you shared in a

05:34   8   summary way that there were many high points or notable

05:34   9   achievements during the *Deepwater Horizon* response; correct?

05:34   10  A.   Yes.

05:34   11  Q.   And we asked you at your deposition what some of those

05:34   12  might be.  Do you remember that?

05:34   13  A.   Yes.

05:34   14  Q.   And is it correct that one of the high points of the

05:35   15  *Deepwater Horizon* response was the overwhelming mobilization of

05:35   16  people and resources for the response effort?

05:35   17  A.   I think so.

05:35   18  Q.   And another high point, as you've already mentioned, was

05:35   19  the overall unity of effort that existed within the

05:35   20  organization?

05:35   21  A.   Yes.

05:35   22  Q.   Just going back to the issue of the criteria that's set

05:35   23  out in Captain Paskewich's report, do you agree that the

05:35   24  considerations identified by the Coast Guard, in both the 2006

05:35   25  and 2000 versions of Incident Management Handbook and by

05:35    1    Captain Paskewich in his expert report, are characteristics of

05:36    2    a successful spill response?

05:36    3    A.    Yes.

05:36    4    Q.    Thank you.

05:36    5          Now, we've talked a little bit about in-situ burning

05:36    6    and dispersants.  I want to ask you just a few questions about

05:36    7    that, please.

05:36    8          It's correct, is it not, that one of the primary

05:36    9    objectives of the response was to keep oil off of the sensitive

05:36   10    beaches and marshes?

05:36   11    A.    Yes, particularly the marshes.

05:36   12    Q.    And in the response, the Unified Command, as you've said,

05:36   13    used a variety of tools to achieve the goal of fighting the

05:36   14    spill offshore and keeping the oil from reaching the shoreline?

05:36   15    A.    Yes.

05:36   16    Q.    And the tools included dispersants, in-situ burning, and

05:36   17    skimming, among other things?

05:37   18    A.    Yes.

05:37   19    Q.    Do you agree, sir, that the use of in-situ burning and

05:37   20    dispersants, as carried out by the Unified Command during the

05:37   21    *Deepwater Horizon* response, was effective at achieving the goal

05:37   22    of protecting the sensitive shorelines of the Gulf?

05:37   23    A.    Yes.

05:37   24    Q.    And do you agree that the Unified Command effectively

05:37   25    burned and dispersed a lot of oil during the response to

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:37    1    achieve its objective of minimizing shoreline impact?
05:37    2    A.    Yes.
05:37    3    Q.    You agree that the use of in-situ burning and dispersants
05:37    4    proved to be effective tools for removing large volumes of oil
05:37    5    from the surface of the water?
05:37    6    A.    Yes.
05:37    7    Q.    And you agree that the use of in situ burning and
05:37    8    dispersants during the response proved to be effective at
05:37    9    preventing impacts to the sensitive shorelines?
05:37   10    A.    Yes.
05:37   11         MR. BROCK:  Now, could we see TREX-9105.64.3, please.
05:38   12    BY MR. BROCK:
05:38   13    Q.    Do you see that this is a call-out from the operations
05:38   14    section of the FOSC report?
05:38   15    A.    Yes.
05:38   16    Q.    And if I can draw your attention to the highlighted
05:38   17    portion, do you see that it says, "However, dispersants were an
05:38   18    effective response tool and prevented millions of gallons of
05:38   19    oil from impacting the sensitive shorelines of the Gulf of
05:38   20    Mexico states"?
05:38   21         Do you see that?
05:38   22    A.    Yes.
05:38   23         MR. BROCK:  Can I see 9 -- 9124.49.1, please.
05:38   24    BY MR. BROCK:
05:38   25    Q.    In addition, looking at the ISPR report, the ISPR team

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:38   1   found that dispersants were effective on surface oil to reduce

05:38   2   shoreline impacts and provide safety for response workers on

05:38   3   the surface fleet?

05:39   4   A.   Yes.

05:39   5   Q.   Let's look at in-situ burning and what the reports say

05:39   6   there.  9124.55.2.

05:39   7        This is from the ISPR report where it states, "Use of

05:39   8   in-situ burning proved to be an effective tool for removing

05:39   9   large volumes of oil from the water's surface."

05:39   10  A.   Yes.

05:39   11  Q.   And the ISB proved to be an effective tool for removing

05:39   12  large volumes of oil; correct?

05:39   13  A.   Yes.

05:39   14  Q.   Preventing impact to environmentally and economically

05:39   15  sensitive areas?

05:39   16  A.   Yes.

05:39   17  Q.   9124.56.1.  "The use of in-situ burning for this incident,

05:39   18  coupled with dispersant applications, significantly reduced the

05:39   19  amount of oil that might otherwise have impacted nearshore

05:40   20  habitats and environmentally sensitive areas."

05:40   21       Do you see that?

05:40   22  A.   Yes.

05:40   23  Q.   And do you agree with that?

05:40   24  A.   Yes.  But it didn't remove it.

05:40   25  Q.   Pardon?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:40  1    A.    But it didn't remove it from the environment.  Let's just
05:40  2    not sugar-coat it.
05:40  3    Q.    In terms of achieving the objectives that were set by the
05:40  4    Unified Command of keeping oil off of the sensitive shoreline,
05:40  5    these tools that we were talking about were very effective to
05:40  6    achieving that goal; correct?
05:40  7    A.    Yes.
05:40  8    Q.    Now, I want to ask you a little bit about the
05:40  9    contributions of BP in terms of the *Deepwater Horizon* oil spill
05:40  10   response.  Okay?
05:40  11         The Coast Guard and BP each made significant
05:41  12   contributions to the *Deepwater* spill response; correct?
05:41  13   A.    Yes.
05:41  14   Q.    You agree that the contributions of the personnel from the
05:41  15   Coast Guard and BP were important to achieving the success of
05:41  16   the response?
05:41  17   A.    Yes.
05:41  18   Q.    This would not have been successful without the Coast
05:41  19   Guard; correct?
05:41  20   A.    Right.
05:41  21   Q.    And it would not have been successful without BP; correct?
05:41  22   A.    Right.  And it wouldn't have been successful if we hadn't
05:41  23   been planning and exercising for this for the past almost
05:41  24   20 years.
05:41  25   Q.    And part of the reason that -- also, another reason that

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:41   1   it was successful was that BP immediately put into action its
05:41   2   oil spill response plan and started mobilizing resources,
05:41   3   planning for the worst, as soon as the event occurred?
05:41   4   A.   Right.
05:41   5   Q.   You agree that the contributions of the personnel from BP
05:41   6   were important to achieving the success of the response?
05:42   7   A.   Yes.
05:42   8   Q.   Let's look at a couple of specific things that BP did.
05:42   9   TREX-9105.131.5.  This is from the logistics section of the
05:42   10  FOSC report.
05:42   11  Q.   "During the *Deepwater Horizon* response, most logistics
05:42   12  requirements for response operations were provided by
05:42   13  Responsible Party, (RP) BP, which had the necessary resources
05:42   14  to identify, obtain, and deploy private sector response
05:42   15  capabilities."
05:42   16          Do you see that?
05:42   17  A.   Yes.
05:42   18  Q.   And it is true, is it not, that BP was responsible for
05:42   19  setting up the area -- the response centers and the Incident
05:42   20  Command centers, providing the logistics for those, including
05:43   21  much of the technology that went in, the communications, all
05:43   22  those types of things; correct?
05:43   23  A.   Yes.
05:43   24  Q.   Now, if we can see 9105.131.6, again, we are in the
05:43   25  official report of the Coast Guard, the FOSC report.  We see

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:43   1   the response was a combined effort between the government and
05:43   2   the RP.  "The RP made large-scale and significant
05:43   3   contributions" -- did I just read that?  I think I did.
05:43   4          No, I didn't.
05:43   5          "The RP made large-scale and significant
05:43   6   contributions to logistics, procuring much-needed resources,
05:43   7   such as boom, skimmers, and decontamination equipment, and
05:43   8   providing food, housing, and transportation for the more than
05:43   9   47,000 response personnel.  The RP also managed the logistics
05:44  10   and finance of the Vessels of Opportunity (VoO) program."
05:44  11          Do you see that?
05:44  12   A.   Yes.
05:44  13   Q.   And those were significant contributions to the response
05:44  14   effort?
05:44  15   A.   Yes.
05:44  16   Q.   Now, I understand that the federal government, the states,
05:44  17   and many other organizations participated in the response; but
05:44  18   it's correct, isn't it, that BP provided most of the personnel
05:44  19   who worked on the response?
05:44  20   A.   Right, either directly or through contractors.
05:44  21   Q.   Let me just -- to make a point of this, please look at,
05:44  22   consistent with what you've said, TREX-247590.1.2.
05:44  23          Do you see that this is a *Deepwater Horizon* manpower
05:44  24   summary?
05:44  25   A.   Yes.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:44  1    Q.   And do you see that there is -- I've got a call-out there
05:45  2    that gives a total number of persons who are working in the
05:45  3    response on a particular day, May the 15th, 2010?
05:45  4    A.   Yes.
05:45  5    Q.   And do you see that that number is about 15,000 people?
05:45  6    A.   Yes.
05:45  7    Q.   If you come over, you see an R and you see that's a little
05:45  8    over a thousand people.  Do you see that?
05:45  9    A.   Yes.
05:45  10   Q.   That's a thousand people working on behalf of the
05:45  11   responsible party from within their organization; correct?
05:45  12   A.   It appears, yes.
05:45  13   Q.   All right.  And then can you see the BP contractor number
05:45  14   there is 15,000 -- I mean -- what is it ...
05:45  15   A.   Yeah.
05:45  16   Q.   Is it -- is it 17,000?
05:45  17   A.   No.  It's 15,233.
05:45  18   Q.   Yeah, 15,233.  I couldn't see it.  Thank you.
05:45  19        So just confirming what you said a minute ago, that
05:46  20   the great majority of the people who were working in the
05:46  21   response were either BP employees or folks that BP had
05:46  22   contracted with to do various tasks within the response?
05:46  23   A.   Yes.
05:46  24   Q.   We'll turn our attention now, please, to some work that BP
05:46  25   did that you've talked about a little bit in your deposition.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:46    1    I want to ask you first about the monies that were committed by

05:46    2    BP for early restoration.

05:46    3            You're familiar with that?

05:46    4    A.   A little bit, yes.  I'm not -- it's not my expertise, but

05:46    5    I have some familiarity with it.

05:46    6    Q.   You're aware that BP voluntarily committed $1 billion to

05:46    7    fund early restoration projects related to the *Deepwater*

05:46    8    *Horizon* incident?

05:46    9    A.   That was my understanding, yes.

05:46   10    Q.   BP, to your understanding, also voluntarily committed

05:47   11    $500 million to support the Gulf of Mexico Research Initiative?

05:47   12    A.   Right.  I think over ten years or something like that.

05:47   13    Q.   Correct.

05:47   14            Provided block grants to the states to advance money

05:47   15    for response costs?

05:47   16    A.   I'm aware of it, but don't have the details.

05:47   17    Q.   You are aware that they advanced money to the states to

05:47   18    promote tourism?

05:47   19    A.   Yes.

05:47   20    Q.   Do you have the details on that?

05:47   21    A.   No.

05:47   22    Q.   Proactively took steps to respond to economic impacts of

05:47   23    the spill?

05:47   24    A.   Yes.

05:47   25    Q.   You are aware that BP paid claims directly and without

CAPTAIN MARK VANHAVERBEKE - CROSS

| | |
|---|---|
| 05:47 | 1 |
| 05:47 | 2 |
| 05:47 | 3 |
| 05:47 | 4 |
| 05:47 | 5 |
| 05:48 | 6 |
| 05:48 | 7 |
| 05:48 | 8 |
| 05:48 | 9 |
| 05:48 | 10 |
| 05:48 | 11 |
| 05:48 | 12 |
| 05:48 | 13 |
| 05:48 | 14 |
| 05:48 | 15 |
| 05:48 | 16 |
| 05:48 | 17 |
| 05:48 | 18 |
| 05:48 | 19 |
| 05:48 | 20 |
| 05:48 | 21 |
| 05:48 | 22 |
| 05:48 | 23 |
| 05:48 | 24 |
| 05:48 | 25 |

1  requiring that the claims go through the Oil Spill Liability
2  Trust Fund in the early weeks after the spill; correct?
3  A.    Yes.
4  Q.    And you're aware that it was not a requirement that BP pay
5  those claims directly?
6  A.    I was aware of it, yes.
7  Q.    But the way in which they did it allowed the funds to be
8  processed on a speedier time scale?
9  A.    Yes.
10        MR. ROBERS:  Objection.  I think most of this is
11  beyond the scope of this expert's report.
12        MR. BROCK:  Well, this -- these are points that are
13  within the -- the scope of oil spill response and points made
14  in the deposition, Your Honor.  It's cross-examination.
15        THE COURT:  I don't remember him testifying in -- in
16  that area on direct.
17        MR. BROCK:  All right.  I'll go to the ART program,
18  Your Honor.
19  BY MR. BROCK:
20  Q.    You testified a little bit about the ART program; correct,
21  sir?
22  A.    Yes.
23  Q.    And you agree that during the *Deepwater Horizon*'s
24  response, the Unified Command, including the Coast Guard and
25  BP, adapted proven spill response technologies and employed new

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:48   1   or innovative technologies to fight the spill; correct?

05:48   2   A.   Yes.

05:48   3   Q.   Are you familiar with the innovations that took place with

05:49   4   regard to in-situ burning?

05:49   5   A.   My review showed that the innovations were marginal.

05:49   6   Basically, we had the capability on the shelf, but it was all

05:49   7   based upon tests because we'd never -- we never had the lab we

05:49   8   had for 90 days to burn oil.  So there were some improvements

05:49   9   made, but I think they were marginal.

05:49   10  Q.   Were you involved in the daily planning for the in-situ

05:49   11  burns that would take place during the response?

05:49   12  A.   No.

05:49   13  Q.   Do you know what was discussed in the morning meetings

05:49   14  before the crews would be sent out for in-situ burning

05:49   15  operations?

05:49   16  A.   Specifically, no.

05:49   17  Q.   Do you have specific knowledge of discussions that would

05:49   18  take place on a daily basis about the way in which in-situ

05:49   19  burning could be managed more effectively?

05:49   20  A.   No.

05:50   21  Q.   Are you aware of the fact that BP, after the well was shut

05:50   22  in and for a period of years after that, went around the world

05:50   23  speaking to leaders of government and folks that were involved

05:50   24  in drilling to convey lessons learned from the *Deepwater*

05:50   25  *Horizon* spill?

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:50  1   A.   Yes.

05:50  2   Q.   Did you know that they did that approximately 200 times?

05:50  3   A.   No.

05:50  4   Q.   But you did know that they were doing that?

05:50  5   A.   I knew they were doing that.

05:50  6   Q.   And that's a good thing to do, isn't it?

05:50  7   A.   Yes.  But my -- my testimony was all supposed to be about

05:50  8   the response, and that's post-response.

05:50  9   Q.   Now, in your opinion, the development of new response

05:50  10   techniques or technologies during the *Deepwater Horizon* spill

05:50  11   resulted from collaboration.  Those things that were developed

05:50  12   came from collaboration?

05:51  13   A.   Yes.

05:51  14   Q.   And that BP and the Coast Guard worked together to explore

05:51  15   and develop new technologies during the response?

05:51  16   A.   We did, and we had -- there were a lot of other people

05:51  17   coming up with ideas and --

05:51  18   Q.   You agree --

05:51  19   A.   -- we tried to look at them all.

05:51  20   Q.   You agree that BP made contributions to that effort?

05:51  21   A.   Yes.

05:51  22   Q.   And during the response, BP and the Coast Guard were

05:51  23   making considerable efforts to identify places where they could

05:51  24   advance spill response capabilities; correct?

05:51  25   A.   We were trying to find better ways to respond to the

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:51   1    spill, yes.
05:51   2    Q.   Now, you were part of the ART program that you talked
05:51   3    about during the response; correct?
05:51   4    A.   Yes.
05:51   5    Q.   And when you -- did you say that it produced marginal
05:51   6    results?  Was that your words?
05:51   7    A.   Yes.
05:51   8    Q.   And when you say "marginal," what you mean is that you
05:52   9    didn't think that the ART program significantly increased the
05:52   10   amount of oil that was recovered?
05:52   11   A.   I don't think we significantly increased the amount that
05:52   12   was recovered, burned, or dispersed.
05:52   13   Q.   Let me just be sure we're clear on this.  You're not
05:52   14   saying that the ART program was a waste of time for the Coast
05:52   15   Guard and BP, are you?
05:52   16   A.   No, certainly not.  I think there was a lot of value both
05:52   17   in terms of giving the public an outlet so that they could
05:52   18   present their ideas.  And this was, in the commandant's words,
05:52   19   "all hands on deck."  So any ideas that would help us improve
05:52   20   our recovery, we wanted to hear about it.
05:52   21          And, you know, it wasn't that there weren't any
05:52   22   improvements.  For example, a company up in Canada sent us
05:52   23   these -- what looked like big basketballs that they call "ice
05:52   24   spheres," that they sent them to us.  They said, "Here, use
05:53   25   these because they're designed to track oil."

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:53    1          And one of the ways we used them is the SMART team

05:53    2     that was out tracking the effectiveness of dispersant didn't

05:53    3     have a focal point for once they get out there.  If you're out

05:53    4     in the middle of ocean, it all looks the same.  They had to

05:53    5     back off 2 miles from the central area of the -- of where the

05:53    6     dispersant was going to be put down.  And trying to relocate

05:53    7     that -- that location afterwards was difficult.

05:53    8          So they -- we gave them some of the ice spheres to

05:53    9     use so that they -- they could go back and find them.  You

05:53   10     know, that -- that didn't impact big time, but that was a

05:53   11     marginal improvement.

05:53   12     Q.   All right.  Let's turn to dispersant operations, if we

05:53   13     could, please.

05:53   14          You agree that there were two dispersants that were

05:53   15     utilized in the response, Corexit 9500-A and Corexit 9527-A;

05:53   16     correct?

05:54   17     A.   Yes.

05:54   18     Q.   And both of those dispersants were listed on the National

05:54   19     Contingency Plan product schedule as approved dispersant

05:54   20     products?

05:54   21     A.   They're not -- they're not approved.  They're accepted, I

05:54   22     think, is EPA's words.  EPA's got a word.  I don't recall

05:54   23     exactly.

05:54   24     Q.   All right.  As accepted dispersant products, is that --

05:54   25     A.   Yes.

CAPTAIN MARK VANHAVERBEKE - CROSS

05:54  1   **Q.**   -- a better way of saying it?

05:54  2   **A.**   Yes.

05:54  3   **Q.**   And both of the dispersants that we -- we are talking

05:54  4   about are, to this day, still included on the National

05:54  5   Contingency Plan product schedule as acceptable dispersants for

05:54  6   use in a spill?

05:54  7   **A.**   Yes.

05:54  8   **Q.**   As you've mentioned, they were applied in two ways, on the

05:54  9   surface and at the subsea; correct?

05:54  10  **A.**   Yes.

05:54  11  **Q.**   And there was an RRT6 preapproved plan for the use of

05:54  12  dispersants in the Gulf of Mexico response action; correct?

05:54  13  **A.**   In the RRT6 area, yes.

05:54  14  **Q.**   Yes.  And the FOSC approved dispersant application during

05:55  15  the response?

05:55  16  **A.**   Yes.

05:55  17  **Q.**   And as part of that work, it's also true that there was

05:55  18  established a monitoring program for dispersant use?

05:55  19  **A.**   I'm not sure exactly.  Are you talking about the SMART

05:55  20  program or the protocol or something else?

05:55  21  **Q.**   I am talking about -- I am talking about the SMART

05:55  22  protocol.  The Unified Command used special monitoring of

05:55  23  applied response technologies or what they referred to as SMART

05:55  24  monitoring protocols; correct?

05:55  25  **A.**   Right.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:55   1   **Q.**   And you agree that dispersant operations in the response
05:55   2   were carried out safely and effectively; correct, sir?
05:55   3   **A.**   Yes.
05:55   4   **Q.**   And you also agree that BP provided resources that were
05:55   5   needed to support the dispersant operations; correct, sir?
05:56   6   **A.**   Yes.
05:56   7   **Q.**   All right.  Going back to the history of the expert
05:56   8   reports that you have filed in this case.  In your opening
05:56   9   report, you focus primarily on technology; correct?
05:56   10  **A.**   Yes.
05:56   11  **Q.**   Captain Paskewich filed a report, and you put in a
05:56   12  response to that report that addressed the issue that
05:56   13  Captain Paskewich had referred to in terms of the effectiveness
05:57   14  of the spill; correct?
05:57   15  **A.**   Yes.
05:57   16  **Q.**   And in your reply report you significantly understated the
05:57   17  effectiveness of the combined tools of dispersants, in-situ
05:57   18  burning, and the use of collection of oil -- or the technique
05:57   19  of collecting the oil?
05:57   20  **A.**   I -- I understated it did because I used the wrong
05:57   21  denominator and corrected that in errata in December.  But now
05:57   22  we have the correct denominator, so I submitted a revised --
05:57   23  revision based on that.
05:57   24  **Q.**   My question is this, though, sir:  When you submitted your
05:57   25  reply report to Captain Paskewich's opening report, you

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

05:57  1   understated the effectiveness of the intervention techniques in

05:58  2   a pretty significant way, didn't you?

05:58  3   A.   I don't recall the -- how significant it was, but, yes, I

05:58  4   did understate them.

05:58  5   Q.   You understated it by about 400,000 barrels, didn't you?

05:58  6   A.   I used percentages; I didn't use direct numbers.

05:58  7   Q.   Well, if we were to apply the percentages, it would be

05:58  8   about 400,000 barrels?

05:58  9   A.   I don't know.  But it doesn't matter because the total

05:58  10  amount discharged has been presented to us, so it's ...

05:58  11  Q.   Now, after you presented your Round 2 report,

05:58  12  Captain Paskewich filed a reply to the report that you filed;

05:58  13  correct?

05:58  14  A.   Yes.  In which he pointed out that I erred.

05:58  15  Q.   That you had made a mistake?

05:59  16  A.   Yes.

05:59  17  Q.   And then your deposition was taken after you saw

05:59  18  Captain Paskewich's Round 3 report where he pointed out the

05:59  19  mistake that you had made?

05:59  20  A.   Yes.

05:59  21       MR. BROCK:   Now, can we call up, please, D-35401.

05:59  22  BY MR. BROCK:

05:59  23  Q.   Now, this, sir, is the exhibit that was included with

05:59  24  Captain Paskewich's report that reflected his calculations;

05:59  25  correct?

CAPTAIN MARK VANHAVERBEKE - CROSS

05:59   1   **A.**   Yes.  This looks like it came from his Round 1 report.

05:59   2   Did it?

05:59   3   **Q.**   Correct, it did.

05:59   4         And as shown in the graphic in the opening report,

05:59   5   Captain Paskewich was relying on the United States

06:00   6   interrogatory responses that determined that about 1.2 million

06:00   7   barrels of oil was chemically dispersed, skimmed, and burned;

06:00   8   correct?

06:00   9   **A.**   Yes.

06:00   10   **Q.**   And from there, Captain Paskewich then calculated a

06:00   11   removal rate, based on that total, as a percent of both the

06:00   12   government's and BP's spill volume; correct?

06:00   13   **A.**   That's what he calculated, yes.

06:00   14         **MR. BROCK:**   Your Honor, may I approach and get to the

06:00   15   white board, please?

06:00   16         **THE COURT:**   Sure.  It must be late.  We've resorted

06:00   17   to pen and paper.

06:00   18         **MS. HIMMELHOCH:**   Your Honor, if I could ask that it

06:01   19   be angled just sightly more so counsel can see, or pushed back.

06:01   20         **MR. BROCK:**   I don't know if you want to come stand in

06:01   21   the well or -- I wanted Judge Barbier to be able to see it.

06:01   22         **THE COURT:**   You can come around.  Maybe stand over

06:01   23   here.  Stand over here.

06:01   24         **MS. HIMMELHOCH:**   Thank you, Your Honor.

06:01   25         **MR. BROCK:**   Just one second.  I'm sorry.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

BY MR. BROCK:

Q.   All right.  So if we look over to the screen, Captain Paskewich performed two calculations, if you look at the second bar going from the right; correct, sir?

A.   Second bar from the right?

Q.   The one that says 29 percent and 49 percent?

A.   Yes.

Q.   And the way in which he made the calculation about effectiveness is that he first took the government's number as to the total spill -- first of all, he took the number that the government had furnished in terms of those amounts of oil that were removed by skimming, in-situ burning, and dispersants; correct?

A.   Yes.

Q.   And then he did two calculations -- I'm failing.  I think these may be dry erase.  Let's just do it this way.

     He did two calculations -- he did two calculations, one where he took the government's number on flow rate.

     This was before we had Judge Barbier's ruling; correct?

A.   Yes.

Q.   And when he did that calculation, he found that the removal rate was 29 percent; correct?

A.   Yes.

Q.   And you agreed, based on what was known at the time,

06:04   1    assuming this 4.1 million flow rate, that this calculation was

06:04   2    correct?

06:04   3    A.   I agree that that is how much was treated -- was treated

06:04   4    or burned.  My difference is I don't consider that removal.

06:04   5    Removal is what you pick up.  That was dispersed into the

06:04   6    environment.

06:04   7    Q.   You've made that clear.  I'm speaking now about keeping

06:04   8    oil off the beaches, the goal of the response.

06:04   9         So it's 29 percent if you use the government's number

06:04   10   of 4.1 million barrels, using the answer to interrogatories

06:04   11   that was furnished by the United States of America on how much

06:04   12   oil was removed using the techniques that we talked about;

06:04   13   correct?

06:04   14   A.   Was burned, dispersed, or skimmed.

06:04   15   Q.   Correct.

06:04   16        And then he performs a second calculation where again

06:04   17   he uses the same numerator, but this time the denominator is

06:05   18   the number that BP was advancing was the flow from the well.

06:05   19        Do you remember that?

06:05   20   A.   Yes.

06:05   21   Q.   And I think he used a number, something around

06:05   22   2.45 million barrels of oil.  Correct?

06:05   23   A.   That looks -- yes.

06:05   24   Q.   Okay.  And that reflected a removal rate of 49 percent;

06:05   25   correct?

CAPTAIN MARK VANHAVERBEKE - CROSS

06:05    1  **A.**    Yes.

06:05    2  **Q.**    And you agreed that that calculation was performed

06:05    3  appropriately; correct?

06:05    4  **A.**    The calculation was appropriate.  But I don't, frankly --

06:05    5  you'll have to explain what we're talking about.

06:05    6        **THE COURT:**  Well, let me interject here because it's

06:05    7  getting late.  You are using your own time, Mr. Brock.  So

06:05    8  ordinarily, I wouldn't stop you or interject.

06:05    9        But I have to understand where you're going with

06:05   10  this because the points you're making, having the witness

06:06   11  answer you now, don't seem to be something that he disputes or

06:06   12  has disputed.

06:06   13        I think the difference -- the focus of his

06:06   14  testimony, as I understand it, compared to the other expert --

06:06   15  what's -- I'm sorry, Captain Paskewich -- is the definition of

06:06   16  "removal."  You know, he just -- he believes -- this witness

06:06   17  apparently believes that it doesn't remove the oil from the

06:06   18  environment if you burn it or disperse it; only with skimming

06:06   19  it.  Your own expert apparently has a different opinion on

06:06   20  that.

06:06   21        But the math is simple.  We can all do the math.

06:06   22  So it just depends what numbers you use.  You're going to come

06:06   23  up with the same -- the same result.

06:06   24        **MR. BROCK:**  Yes, sir.

06:06   25        **THE COURT:**  So I'm not sure where you're headed with

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

06:06  1  this.  But if there's another point to be made, I'm going to
06:06  2  let you make it.
06:06  3          MR. BROCK:  Okay.  I'll just describe it, and then --
06:07  4  and then I'll move on, because it may come up later.
06:07  5          THE COURT:  Okay.
06:07  6          MR. BROCK:  So we now have a number that is between
06:07  7  2.45 and 4.1 -- which we have a reality of what the flow of oil
06:07  8  is now from your order.
06:07  9          THE COURT:  The percentage will be between 29 and 49.
06:07  10         MR. BROCK:  Correct.  I just wanted him to confirm
06:07  11 for the record that he was in agreement with these calculations
06:07  12 for that reason.
06:07  13         THE COURT:  I think we can all agree with the math.
06:07  14             Do you want to say something?
06:07  15         THE WITNESS:  I can't agree with that.
06:07  16         THE COURT:  You can't agree with that?
06:07  17         THE WITNESS:  Because I don't -- the problem we have
06:07  18 is -- I can tell you how much was burned --
06:07  19         THE COURT:  I know.  We're not -- we're not getting
06:07  20 into that.  He's just pointing out that if you take 1.2 million
06:07  21 and you divide it by 3.19 million, you're going to come up with
06:07  22 a percentage between 29 and 49; right?
06:07  23         THE WITNESS:  But this is assuming that what is
06:07  24 dispersed --
06:08  25         THE COURT:  No, no.  We're not assuming anything.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

06:08  1    He's just confirming the math, the number.

06:08  2            THE WITNESS:  Okay.  But I don't know now how much

06:08  3    was actually dispersed.

06:08  4            THE COURT:  We're not asking you to agree with the

06:08  5    effect of it.

06:08  6            THE WITNESS:  No, it's not effect, Your Honor.

06:08  7            It's because -- because of the way the oil

06:08  8    budget calculator works, it's based on assumed daily rate

06:08  9    coming out of the well.

06:08  10           THE COURT:  So you're saying if you change the larger

06:08  11   number, the volume of oil that came out of the well, it could

06:08  12   change the calculation of how much was dispersed?

06:08  13           THE WITNESS:  It changes -- I don't know the

06:08  14   calculations well enough to know what the impact is.  Because

06:08  15   what it does is it -- it says a certain percentage -- and it

06:08  16   has allowances for the unknowns.  It says a certain percentage

06:08  17   is dispersed based on some assumed rates with variations.  It

06:08  18   says some of it gets dissolved in the water, some of it

06:08  19   evaporates.

06:09  20           I tried doing it by simple math and came up with

06:09  21   odd numbers.  So I don't know.  That's all I'm saying is I

06:09  22   don't know.

06:09  23           MR. BROCK:  Our point for Your Honor is I wanted him

06:09  24   to confirm these numbers.  We do think the number is between 29

06:09  25   and 49.  We're going to present some evidence on that.  I just

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

06:09  1   wanted him to confirm that that was his --
06:09  2          THE COURT:  I think the problem is you're all talking
06:09  3   past each other.  Because you're talking about how much oil may
06:09  4   have reached the beach or the shore.  He's talking about how
06:09  5   much oil was removed from the environment.  So you're like two
06:09  6   ships passing in the night.  That's, I think, what we're
06:09  7   quibbling about here.
06:09  8          MR. BROCK:  I understand his point; I think he
06:09  9   understands mine.
06:09  10         THE COURT:  Okay.
06:09  11         MR. BROCK:  But I'm just making a point on the
06:09  12  calculation.
06:09  13         THE COURT:  I understand.  Okay.  Good.
06:09  14         MR. ROBERS:  Your Honor, it may be slightly talking
06:09  15  past each other, but I think the distinction comes from the
06:09  16  last question Mr. Brock asked.  I don't think there's any --
06:09  17         THE COURT:  I think I -- I understand what the
06:09  18  witness said.  He -- he's not certain about that it's that
06:09  19  simple of a calculation; right?
06:09  20         THE WITNESS:  Yes, sir.
06:09  21         THE COURT:  Okay.
06:10  22  BY MR. BROCK:
06:10  23  Q.   Now, one more question on this just so I have it clean for
06:10  24  the record.  At your deposition, you agreed that Captain
06:10  25  Paskewich had accurately calculated the effectiveness of

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

06:10 | 1   skimming, burning, and chemical dispersing operations in the
06:10 | 2   *Deepwater Horizon* response, as shown in this graphic; correct?
06:10 | 3   A.   He calculated correctly based on his methods, yes.
06:10 | 4            MR. BROCK:  All right.  Just a few more, Judge.  I
06:10 | 5   apologize.
06:10 | 6   BY MR. BROCK:
06:11 | 7   Q.   Captain, you know Captain Paskewich outside the context of
06:11 | 8   this case, do you not?
06:11 | 9   A.   Yes.
06:11 | 10   Q.   And you do regard him as an expert in the area of oil
06:11 | 11   spill response; correct?
06:11 | 12   A.   Yes.
06:11 | 13   Q.   What's the largest spill that you've ever been involved in
06:11 | 14   as an FOSC?
06:11 | 15   A.   As an FOSC, I don't know, it was probably around
06:11 | 16   5,000 gallons or so.
06:11 | 17   Q.   5,000 gallons?
06:11 | 18   A.   Yes.
06:11 | 19   Q.   How many barrels is that?
06:11 | 20   A.   I would have to do the math, but it's not working in my
06:11 | 21   head, no.  A little over 100.
06:11 | 22   Q.   Okay.  About 100 barrels --
06:11 | 23   A.   Well, something in excess of that, dividing by 42.
06:11 | 24   Q.   All right.  During the response, BP participated in
06:11 | 25   community outreach efforts in addition to town hall and

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - CROSS

06:11  1   expo-type meetings; is that right?

06:11  2   A.   Yes.

06:12  3   Q.   And it established several community outreach centers

06:12  4   across the Gulf during the response; correct?

06:12  5   A.   Yes.

06:12  6   Q.   In order to interact with people and hear their concerns?

06:12  7   A.   The purpose of their outreach centers, I think, was along

06:12  8   those lines.  They also, I think, were taking claims, but I'm

06:12  9   not sure whether that was the same thing.

06:12  10  Q.   They also had a call center?

06:12  11  A.   Yes.

06:12  12  Q.   They had community outreach personnel and hired

06:12  13  translators to communicate with certain folks who didn't speak

06:12  14  English?

06:12  15  A.   Yes.

06:12  16  Q.   The efforts -- outreach efforts have continued in the

06:12  17  years since 2010; correct?

06:12  18  A.   I don't know.  I haven't been tracking that.

06:12  19  Q.   Do you recall telling us that they had -- you knew that

06:12  20  they had continued since 2010?

06:12  21  A.   I -- I may have.

06:13  22       MR. BROCK:  One final document, please,

06:13  23  TREX-13518.8.1.

06:13  24  BY MR. BROCK:

06:13  25  Q.   Do you see this is a community outreach, May 23rd, 2010?

CAPTAIN MARK VANHAVERBEKE - REDIRECT

06:13  1   **A.**    Yes.  What's the source of this?

06:13  2   **Q.**    This is one of the BP documents in terms of materials that

06:13  3   were distributed to talk about the things they were doing.

06:13  4          Do you see it references over 100 town halls have

06:13  5   been held, over 11,500 volunteers registered, and over

06:13  6   5,600 volunteers trained across the Gulf Coast?

06:13  7   **A.**    Yes.

06:13  8   **Q.**    You have no reason to dispute that that occurred, do you?

06:13  9   **A.**    No.

06:13  10          **MR. BROCK:**  Captain, thank you very much for your

06:14  11   time this afternoon.

06:14  12          **THE COURT:**  Redirect?

06:14  13                      **REDIRECT EXAMINATION**

06:14  14   BY MR. ROBERS:

06:14  15   **Q.**    Brandon Robers for the United States.

06:14  16          Captain VanHaverbeke, you were asked a number of

06:14  17   questions about the FOSC report today.  Do you know when it was

06:14  18   written?

06:14  19   **A.**    I think it was published in 2011.

06:14  20   **Q.**    And is the response over today?

06:14  21   **A.**    No.

06:14  22   **Q.**    You were also asked a series of questions about the

06:14  23   response organization.  How do you think the response went as a

06:14  24   matter of organizational efficiency?

06:15  25   **A.**    I think that the -- the effectiveness of the organization

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - REDIRECT

06:15   1   as a whole -- and I think this is what the FOSC report actually
06:15   2   covers, more than the results, was the organization -- frankly,
06:15   3   I'm amazed at how well it went, and I attribute it to all the
06:15   4   effort that the Coast Guard and the spill response community in
06:15   5   general, and I would think BP as the responsible -- as somebody
06:15   6   who is in the industry, would have had to go through a bunch of
06:15   7   the exercises.  All of the work that went into being prepared
06:15   8   for the next major spill paid off in this event.
06:15   9           I think when you look at like Admiral -- Admiral
06:15  10   Austin stated, the certifications, all that effort that people
06:15  11   have undergone to be ready, it really showed in this spill.
06:15  12   Q.   Do you make a distinction between organizational success
06:15  13   and response effectiveness?
06:15  14   A.   Yes.  I -- I'm generally of the opinion that once we've
06:16  15   had a spill, we've lost.  Basically, my -- my preference is
06:16  16   prevention, as I think everybody's would be.  The problem is
06:16  17   once the oil spills, you're fighting gravity, physics and
06:16  18   everything else, and trying to re-corral that oil and get it
06:16  19   picked up or even effectively burn it or anything like that is
06:16  20   extremely difficult.
06:16  21           So I think in this event, contrary to the *Exxon*
06:16  22   *Valdez* response organization, all of the logistics, all of that
06:16  23   stuff worked very well.  But, again, as we saw in the end, we
06:16  24   only recovered 5 percent of the oil, which shows that we can
06:16  25   have a great organization, but we still can't do much better.

OFFICIAL TRANSCRIPT

CAPTAIN MARK VANHAVERBEKE - REDIRECT

06:16    1          **MR. ROBERS:**  No further questions.

06:16    2          **THE COURT:**  Thank you.  You're done.

06:16    3              All right.  We're going to recess.  It's 6:15.

06:17    4     We'll recess until 8:00 a.m. tomorrow.  Next witness -- give

06:17    5     me -- give me your order of witnesses.  Let's just confirm

06:17    6     that, Ms. Himmelhoch.

06:17    7          **MS. HIMMELHOCH:**  Sorry, struggling with the

06:17    8     microphone there.  Our next witness is Dr. Mason.  We also

06:17    9     have -- the four remaining expert witnesses are -- three

06:17   10     remaining, actually --

06:17   11          **THE COURT:**  You still plan to -- you plan to call

06:17   12     three?

06:17   13          **MS. HIMMELHOCH:**  I would expect --

06:17   14          **THE COURT:**  Which one are you not planning to call?

06:17   15          **MS. HIMMELHOCH:**  Oh, it is four, then.  I'm sorry.

06:17   16     I'm losing track.  Tomorrow morning we'll begin with a couple

06:17   17     very short deposition videos, no more than half an hour, if

06:17   18     even that.

06:17   19              Then it will be followed by Dr. Mason, then

06:17   20     Mr. Walkup, then Dr. Quivik and then Mr. Ratner.  Given how

06:17   21     things have gone today, I would expect Mr. Ratner to fall over

06:17   22     onto Friday.

06:17   23              But if we get there, we'll start him tomorrow.

06:18   24          **THE COURT:**  Okay.  Anybody have anything else?  All

06:18   25     right.  Everyone have a good evening.  We'll see everyone in

OFFICIAL TRANSCRIPT

06:18   1    the morning.

06:18   2                **THE DEPUTY CLERK:**  All rise.

06:18   3               (WHEREUPON, the proceedings were concluded.)

4                                *****

5                              **CERTIFICATE**

6                I, Jodi Simcox, RMR, FCRR, Official Court Reporter

7    for the United States District Court, Eastern District of

8    Louisiana, do hereby certify that the foregoing is a true and

9    correct transcript, to the best of my ability and

10   understanding, from the record of the proceedings in the

11   above-entitled and numbered matter.

12

13

14                              *s/Jodi Simcox, RMR, FCRR*
                                 Jodi Simcox, RMR, FCRR
15                               Official Court Reporter

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

**$**

$1 [1] 659/6
$1 billion [1] 659/6
$100 [1] 599/15
$100 million [1] 599/15
$500 [1] 659/11
$500 million [1] 659/11

**'**

'11 [1] 506/15
'70s [2] 609/11 617/16
'90 [1] 606/23
'90s [5] 555/4 623/18 623/18 624/4
646/13
'93 [1] 606/23
'95 [1] 607/6
'unity [1] 645/24

**.**

.019 [1] 476/6
.2 [1] 549/14
.2.0 [1] 571/10
.3 [21] 497/21 502/14 503/8 503/11
515/1 521/18 524/2 524/6 524/13
549/12 549/22 550/17 550/17 550/21
551/2 551/11 551/17 552/10 553/14
556/4 566/20
.3 parts [1] 556/4
.5 [2] 502/15 502/15
.5.3 [1] 581/6
.6.1 [1] 575/17
.8 [2] 518/15 589/19

**0**

013332.F [1] 574/7
013333 [1] 493/22
013338 [1] 493/25
013513 [2] 612/25 616/7
013514 [2] 613/4 616/7
013515 [2] 613/8 616/7

**1**

1 part [1] 497/24
1 percent [2] 534/23 534/24
1,000 [3] 520/13 523/17 649/10
1,000 meters [1] 523/19
1.0 [1] 570/25
1.1 [1] 591/11
1.2 [2] 498/4 498/13
1.2 micrograms [1] 574/17
1.2 million [2] 668/6 672/20
10 [8] 554/21 582/6 582/6 634/24
636/23 637/2 640/8 640/22
10 meters [1] 520/12
10 micrograms [2] 553/18 553/24
10 parts [1] 555/14
10 percent [1] 581/24
10-4536 [1] 466/7
10-MD-2179 [1] 466/4
100 [4] 628/16 675/21 675/22 677/4
100 parts [2] 522/20 522/20
100 percent [5] 527/10 548/6 548/8
548/11 564/9
1036 [1] 466/16
11 [1] 643/6
11 kilometers [1] 579/13
11,500 [1] 677/5
12 [1] 647/21
12237.005 [1] 596/4
12237.05 [1] 596/5
12237.1 [2] 529/2 529/3
12237.28.1 [1] 529/15

12237.43.1 [1] 531/18
12237.6.1 [1] 534/19
12237.6.2 [1] 534/20
123,000 [1] 628/12
12th [1] 613/6
13.8 [1] 550/18
13.8 parts [1] 550/13
130 [1] 474/12
1300 meters [1] 582/8
13132.7.1 [1] 650/17
13195.1.1 [1] 579/21
13196.1.1 [1] 580/19
13196.5.3 [1] 581/7
13249 [1] 491/9
13275.1.1 [1] 584/21
13275.3.1 [1] 585/9
13330 [2] 474/21 476/18
13330.29.1 [1] 579/6
13331 [2] 475/4 476/18
13331.33.1 [1] 538/7
13332 [2] 475/8 476/18
13332-E.2.0 [1] 571/10
13332.16.1 [1] 586/14
13332.36.1 [1] 540/19
13332E.19.8 [1] 573/22
13336.1.1 [1] 568/6
13336.1.2 [1] 569/2
13336.2.1 [1] 568/20
13336.25.1 [1] 569/20
13338.1.1 [1] 575/11
13518.8.1 [1] 676/23
14271 [1] 467/17
15 [1] 561/22
15 federal [1] 610/9
15 percent [6] 480/19 634/24 636/23
637/2 640/8 640/22
15,000 [2] 658/5 658/14
15,233 [2] 658/17 658/18
15-minute [1] 573/6
15th [3] 613/2 629/22 658/3
17,000 [1] 658/16
18 [1] 648/15
18,000 [7] 475/25 479/18 502/18 541/11
559/16 559/17 562/11
18,000 database [1] 490/1
18,000-sample [8] 479/15 490/11 491/2
508/6 519/18 526/6 533/2 538/13
19 [1] 561/23
1970s [1] 617/15
1979 [1] 473/25
1980 [1] 540/1
1989 [2] 588/8 588/12
1991 [1] 606/10
1998 [1] 623/6
1999 [3] 588/9 623/3 625/8
19th [1] 615/4

**2**

2 meters [11] 488/21 490/5 502/23
502/24 520/12 523/13 523/15 523/17
523/24 524/2 524/20
2 miles [1] 664/5
2 percent [2] 520/18 532/12
2,721 [1] 531/22
2.45 [1] 672/7
2.45 million barrels [1] 670/22
2.6 micrograms [1] 570/25
20 [4] 466/5 580/4 595/24 596/19
20 kilometers [1] 582/7
20 minutes [1] 573/5
20 percent [2] 585/14 595/23
20 years [1] 655/24
200 [4] 520/13 648/10 648/17 662/2

200 meters [1] 521/6
2000 [3] 466/18 621/6 651/20
20004 [1] 467/17
20005 [1] 468/10
20006 [1] 468/20
2000s [1] 631/8
2002 [1] 608/17
2003 [1] 621/7
2004 [2] 623/3 623/6
20044 [1] 467/13
2005 [1] 621/21
2006 [5] 603/2 603/3 603/14 649/24
651/24
2007 [2] 466/13 620/4
2008 [1] 604/22
2008/2009 [1] 619/7
2009 [6] 580/5 619/7 619/8 619/15
619/18 620/3
2010 [24] 466/5 506/1 506/10 506/15
506/24 507/10 519/22 521/2 521/3
529/11 532/6 533/21 533/25 534/23
557/10 585/13 585/13 620/12 628/1
628/7 658/3 676/17 676/20 676/25
2011 [9] 505/19 505/20 506/1 506/11
506/25 507/11 519/24 643/6 677/19
2012 [6] 473/9 519/22 519/24 580/10
585/16 629/22
2013 [1] 620/24
2014 [9] 555/24 580/24 584/25 585/11
613/2 613/6 613/10 650/5 650/9
2015 [3] 466/7 471/2 615/4
2020 [1] 468/20
21 [2] 466/7 471/2
211 [1] 561/22
22 [1] 466/4
229 [1] 561/22
22 [2] 531/5 579/18
230012 [2] 621/19 637/23
230012.19 [1] 622/21
230012.20 [1] 638/7
230012.28 [1] 638/7
230012.87 [1] 622/21
230448 [1] 629/19
230448.14 [1] 630/19
230933.1 [1] 649/22
230933.237.1 [1] 650/12
230990 [1] 638/22
230990.144 [1] 639/8
230990.2 [1] 620/23
230990.96 [1] 639/8
231375 [1] 491/12
231426 [1] 494/3
231494 [1] 494/1
232041 [2] 492/5 492/16
232045 [2] 491/8 491/25
232664 [1] 491/15
2329867.6 [1] 627/24
232987.9 [1] 627/24
233140 [1] 491/19
233890 [1] 616/7
233890.1 [3] 613/16 615/2 615/8
233890.3 [2] 613/17 614/4
23990.1 [1] 620/22
23rd [1] 676/25
242543 [1] 619/5
242543.21 [1] 619/23
242621 [1] 491/19
242677 [1] 491/19
242678 [1] 491/19
247590.1.2 [1] 657/22
25 [4] 474/3 628/17 628/21 632/11
252 [1] 500/12
26th [1] 613/10
27 [2] 647/20 648/15

**2**

275 [1] 469/2
29 [3] 672/9 672/22 673/24
29 percent [3] 669/6 669/23 670/9

**3**

3 August 2010 [1] 534/23
3 kilometers [1] 535/18
3,500 [1] 532/8
3-D [1] 631/2
3.1 [2] 529/17 529/20
3.19 million [1] 672/21
3.4 [2] 550/1 550/18
30 [4] 540/1 577/2 605/9 605/19
30 percent [6] 518/11 518/14 524/1
 548/20 589/23 594/1
30-odd [1] 498/18
300 [1] 468/6
326 [1] 520/21
32600 [1] 472/25
32604 [1] 477/13
32605 [1] 479/2
32606 [1] 480/5
32609 [1] 481/12
32611 [1] 485/3
32613 [1] 485/24
32614 [1] 486/8
32615 [1] 490/17
32616 [1] 493/7
32617 [1] 494/11
32618A [1] 496/19
32619 [1] 499/10
32622 [1] 504/4
32624 [1] 507/24
32625 [1] 510/3
32628 [1] 515/9
32629 [1] 516/4
32632 [1] 519/14
32635 [1] 523/2
333757 [1] 619/22
33751 [1] 601/15
33752 [1] 605/14
33753 [1] 616/21
33754 [1] 634/13
33756 [1] 619/3
33758 [1] 630/18
33759 [1] 638/6
33760 [1] 627/21
33761 [1] 620/20
33762 [1] 622/20
33763 [1] 629/17
33764 [1] 639/7
33768 [1] 640/14
33770 [1] 621/17
33775 [1] 613/15
33776 [1] 637/21
33779 [1] 638/21
35 kilometers [1] 522/16
35401 [1] 667/21
355 [1] 468/23
395 [1] 530/20
3:00 or [1] 525/10
3:30 [1] 525/10

**4**

4.1 [1] 672/7
4.1 million [1] 670/1
4.1 million barrels [1] 670/10
40 [5] 524/18 547/23 628/19 628/21
 632/11
40 percent [5] 503/15 524/19 548/12
 548/18 548/22

40-year [1] 474/14
400,000 barrels [1] 657/7
41 [2] 473/14 492/4
42 [1] 675/23
43,000 [3] 628/14 628/16 628/21
4400 [1] 468/24
4536 [1] 466/7
47,000 [1] 657/9
48 hours [2] 498/5 498/14
49 [3] 672/9 672/22 673/25
49 percent [1] 669/6 670/24

**5**

5 percent [4] 634/23 640/20 640/21
 678/24
5,000 gallons [1] 675/16 675/17
5,337 [1] 530/19
5,600 volunteers [1] 677/6
50 [4] 520/13 590/23 590/23 590/24
50 meters [2] 521/12 521/15
50 percent [10] 590/16 590/24 590/25
 591/7 591/10 591/14 591/22 592/10
 595/13 595/16
500 [1] 469/2
5000 [1] 468/14
504 [1] 469/3
589-7780 [1] 469/3
59 percent [2] 503/8 523/25

**6**

6,000 [2] 531/3 531/5
6,909 [3] 530/16 530/19 531/3
60654 [1] 468/6
63 [2] 532/4 532/7
655 [1] 468/10
6:15 [1] 679/3

**7**

70 [1] 503/10
701 [2] 467/23 468/14
70130 [2] 467/23 469/3
70139 [1] 468/15
72 percent [2] 503/10 523/25
75 [1] 587/18
7611 [1] 467/12
7780 [1] 469/3
78 [3] 561/19 562/2 562/11

**8**

8.5 [2] 550/5 550/18
80 percent [1] 587/18
80,000 [1] 628/13
821 [1] 531/24
8:00 a.m [1] 679/4

**9**

90 [4] 606/15 606/16 617/24 661/8
90071 [1] 468/24
9105.1 [1] 647/4
9105.131.5 [1] 656/9
9105.131.6 [1] 656/24
9105.14.1 [1] 649/4
9105.64.3 [1] 653/11
9124.1.5 [1] 643/17
9124.13.6 [1] 645/15
9124.24.4 [1] 643/24
9124.4 [1] 643/1
9124.49.1 [1] 653/23
9124.55.2 [1] 654/6
9124.56.1 [1] 654/17
92 [1] 643/1
95 percent [2] 583/1 640/24
98 percent [1] 520/19

**A**

A-E [1] 577/12
A-E-R [3] 577/7 577/17 577/18
a.m [1] 679/4
ABIGAIL [1] 467/7
ability [5] 489/10 505/11 576/14 620/10
 680/9
able [6] 513/6 620/7 635/14 636/15
 639/15 668/21
about [117] 477/19 480/19 481/6 485/14
 485/19 485/19 487/4 489/6 498/10
 498/10 500/12 501/23 503/3 507/7
 508/13 509/3 516/15 518/11 518/15
 519/1 521/7 521/22 527/20 529/24
 529/25 532/14 534/14 536/7 540/1
 540/22 542/11 543/7 545/16 545/25
 551/11 551/14 554/9 556/1 556/3 556/8
 558/18 559/9 559/12 559/22 561/3
 563/12 566/8 566/12 566/20 570/4
 573/6 573/19 583/2 583/3 583/5 583/9
 583/21 584/9 587/18 589/9 590/15
 590/17 591/11 595/10 595/18 596/10
 598/9 602/13 607/3 607/24 611/11
 620/1 624/7 625/8 625/11 628/16
 628/17 631/23 632/22 634/11 636/1
 639/16 645/13 647/3 649/19 650/5
 652/5 652/6 655/5 655/8 658/5 658/25
 659/1 660/20 661/18 662/7 663/3
 663/20 665/4 665/19 665/21 665/21
 667/5 667/8 668/6 669/8 670/7 670/12
 671/5 674/3 674/4 674/7 674/18 675/22
 677/3 677/17 677/22
above [10] 524/2 524/6 547/18 550/9
 551/12 551/14 551/16 551/20 596/19
 680/11
above-entitled [1] 680/11
absolute [1] 598/1
academia [1] 636/5
Academy [3] 602/16 622/2 622/11
Acadian [2] 608/20 608/20
acceptable [1] 665/5
accepted [7] 477/4 612/16 612/17 623/9
 637/1 664/21 664/24
accepting [1] 626/25
access [7] 543/4 544/11 559/13 559/13
 559/14 571/24 572/1
accommodated [3] 510/9 510/12 510/13
according [2] 560/9 591/20
account [3] 538/20 540/23 603/20
accurate [8] 533/6 536/23 585/21
 586/25 591/16 592/5 595/17 602/10
accurately [6] 475/1 476/19 569/19
 570/8 597/22 674/25
achieve [2] 652/13 653/1
achieved [1] 597/15
achievements [1] 651/9
achieving [6] 513/1 652/21 655/3 655/6
 655/15 656/6
aerobic [4] 575/21 575/23 577/5 577/9
across [4] 519/19 631/16 676/4 677/6
Act [4] 641/13 641/14 641/20 641/20
action [5] 466/4 483/25 606/15 656/1
 665/12
actionable [1] 599/23
actions [1] 648/1
active [2] 521/4 605/9
activities [1] 642/4
actual [9] 481/19 492/24 505/16 550/2
 559/9 571/6 618/14 626/19 644/9
actually [41] 474/3 478/9 480/20 481/25
 491/17 503/22 507/16 512/12 512/19
 514/8 515/15 516/12 531/4 533/22

A

actually... [27] 543/21 544/3 544/4
544/19 546/20 546/21 550/17 561/21
561/24 572/5 586/20 596/25 604/10
606/12 606/25 607/4 619/18 620/3
623/5 624/5 628/17 628/22 638/12
640/1 673/3 678/1 679/10
acute [13] 485/14 486/19 486/21 487/3
493/23 516/8 516/8 516/9 516/11
516/16 516/18 517/17 575/13
adapt [3] 512/1 516/19 517/7
adapted [4] 629/8 629/10 631/25 660/25
add [3] 515/17 515/18 515/23
added [1] 631/22
Adding [1] 634/21
addition [4] 504/18 635/7 653/25 675/25
address [4] 624/25 626/3 628/13 629/16
addressed [2] 625/1 666/12
addressing [2] 607/24 628/14
adds [2] 515/24 517/6
Admiral [4] 608/14 643/19 678/9 678/9
Admiral Landry [1] 608/14
Admiral Papp [1] 643/19
admit [1] 541/23
admitted [3] 612/16 612/16 612/17
admittedly [1] 548/24
adopt [2] 477/7 616/13
adopted [1] 625/17
adult [4] 489/12 489/17 504/7 504/19
adults [4] 488/2 488/6 507/12 510/1
advance [2] 659/14 662/24
advanced [1] 659/17
advances [1] 555/2
advancing [1] 670/18
adversely [1] 591/1
advice [2] 606/1 609/24
advise [1] 605/25
Advisory [1] 528/23
aerial [1] 623/8
aerobic [7] 575/22 576/14 577/6 577/7
577/9 577/10 577/15
affect [4] 472/20 481/13 494/24 511/3
affected [9] 486/22 487/9 490/7 494/17
496/7 496/8 498/16 578/1 591/1
affects [2] 481/15 496/17
affinity [3] 481/16 481/17 482/7
afloat [1] 605/22
after [28] 475/12 508/10 518/25 519/22
526/6 527/19 533/18 535/24 536/25
537/17 537/22 540/21 577/2 603/21
605/21 606/8 608/14 625/14 628/16
632/22 633/4 633/16 633/16 660/2
661/21 661/22 667/11 667/17
afternoon [8] 466/18 471/1 471/9 525/5
635/20 641/8 641/9 677/11
afterwards [2] 508/3 664/7
again [43] 517/16 521/13 527/6 530/20
531/18 532/2 533/16 534/2 534/8
535/15 535/19 536/13 537/13 540/20
541/16 552/13 558/19 566/19 567/9
570/24 571/20 573/25 574/4 574/22
578/9 581/1 586/12 588/13 589/13
590/9 594/10 596/3 600/23 611/3
620/15 630/11 630/12 630/23 634/2
639/4 656/24 670/16 678/23
agencies [6] 606/21 609/13 610/9
617/22 622/3 635/4
ago [2] 644/8 658/19
agree [49] 479/24 499/5 513/23 526/10
526/16 527/22 528/13 535/15 544/23
547/3 548/12 548/24 552/24 554/19
563/4 564/11 564/17 572/2 578/18

578/20 587/10 636/24 637/8 641/10
641/12 641/25 643/7 646/20 646/24
649/13 651/23 652/19 652/24 653/3
653/7 654/23 655/14 656/5 660/23
662/18 662/20 664/14 666/1 666/4
670/3 672/13 672/15 672/16 673/4
agreed [3] 669/25 671/2 674/24
agreement [2] 650/20 672/11
ahead [8] 471/23 539/13 545/20 558/10
593/20 602/5 611/20 641/4
aided [1] 469/8
air [3] 635/15 635/16 639/18
al [10] 491/10 491/13 491/22 493/16
493/20 493/23 494/1 494/4 498/3
533/23
Alaska [9] 473/12 473/18 473/19 474/2
499/20 500/14 509/23 587/11 599/14
Alaskan [1] 501/8
Aleutians [1] 474/5
alkanes [1] 480/21
all [142] 471/6 471/7 471/15 471/23
472/18 474/11 474/18 475/14 476/17
477/1 479/21 479/25 480/9 481/22
484/15 484/20 484/22 484/22 485/7
486/6 487/7 489/10 492/1 497/25 498/3
499/18 500/4 500/10 500/12 500/24
501/1 501/18 502/19 506/4 508/6 509/5
510/4 511/13 515/17 520/2 520/9 520/9
520/13 521/20 524/25 528/7 530/7
530/8 531/4 532/21 535/8 535/8 538/1
540/2 541/13 544/2 551/15 551/22
554/19 555/12 555/16 559/21 560/20
561/10 561/10 562/25 563/10 564/4
564/16 564/16 565/1 565/11 566/7
567/21 568/21 570/16 571/17 572/19
573/6 573/9 573/11 573/13 577/1
577/19 580/3 583/8 585/7 585/8 595/6
597/5 597/12 597/16 598/5 598/19
599/12 600/4 601/19 601/25 602/4
602/20 603/8 603/10 607/19 608/22
610/9 615/20 618/24 621/8 624/8 629/4
636/1 636/5 639/21 644/16 646/17
656/21 658/13 660/17 661/6 662/7
662/19 663/19 664/4 664/12 664/24
666/7 669/2 669/10 671/21 672/13
673/21 674/2 675/4 675/24 678/3 678/7
678/10 678/22 678/22 679/3 679/24
680/2
ALLAN [1] 467/21
allow [1] 592/12
allowances [1] 673/16
allowed [2] 633/12 660/7
almost [5] 503/10 524/6 621/6 623/25
655/23
alone [2] 514/10 569/9
along [9] 471/20 474/1 474/13 474/16
476/18 495/15 500/21 555/1 676/7
already [5] 488/17 562/24 608/4 630/13
651/18
also [72] 472/13 474/4 474/17 474/19
477/25 478/5 478/18 478/20 479/14
481/17 482/12 482/20 483/23 486/4
487/15 488/22 491/21 493/14 497/12
497/16 497/17 497/20 500/5 501/13
501/17 504/10 504/18 505/2 508/23
509/25 518/8 519/10 519/2 524/21
536/10 536/11 542/13 543/11 545/5
548/6 570/12 570/17 571/21 572/16
576/15 585/1 585/18 586/10 598/7
599/24 601/24 604/23 606/2 607/3
608/22 609/7 625/19 631/3 631/17
636/2 642/18 642/23 650/5 655/25
657/9 659/10 665/17 666/4 676/8

676/10 677/22 679/8
alternative [6] 604/24 612/6 625/21
627/5 627/25 629/20
Although [3] 575/19 581/23 586/21
always [4] 509/12 555/6 555/10 598/20
am [9] 473/9 535/15 563/24 568/14
572/18 591/22 641/7 665/21 665/21
AMANT [1] 467/22
amazed [1] 678/3
amberjack [15] 497/8 497/25 503/4
543/12 543/13 549/21 550/13 570/19
571/17 571/18 571/20 571/25 572/4
572/5 572/24
AMERICA [3] 466/8 467/3 670/11
ammonia [2] 473/6 598/18
among [1] 652/17
amongst [1] 525/19
amount [22] 484/5 547/15 614/1 614/8
614/9 615/11 615/12 615/13 615/13
615/14 615/14 615/15 615/16 634/5
638/12 640/4 640/5 640/20 654/19
663/10 663/11 667/10
amounts [2] 622/6 669/11
amphipod [1] 519/5
amphipods [1] 518/20
ANADARKO [4] 466/11 466/12 468/17
601/25
analyses [7] 478/16 478/21 519/11
522/25 524/21 526/22 541/25
analysis [41] 479/23 490/21 491/5
492/11 492/18 492/19 503/21 504/1
507/20 507/21 513/8 513/15 516/1
519/3 520/25 521/22 521/23 522/3
522/9 522/23 523/4 523/7 523/13
532/24 532/25 535/4 538/18 539/24
542/8 556/23 557/14 557/18 557/23
558/2 558/4 570/5 580/13 603/15
603/20 604/21 614/19
analytes [1] 530/8
analytical [5] 529/20 531/19 564/14
565/6 565/12
analytically [1] 598/4
analyze [12] 492/13 492/14 505/2
514/19 526/5 527/23 532/17 532/20
533/1 533/9 556/2 581/1
analyzed [12] 492/13 504/18 528/19
529/7 529/18 530/8 530/11 556/5 556/5
556/9 582/18 597/17
analyzes [1] 513/11
analyzing [4] 514/12 533/19 546/4
555/25
And did [1] 597/19
ANDRE [1] 467/7
ANDREW [1] 468/3
Angeles [1] 468/24
angled [1] 668/19
animal [15] 480/12 482/4 486/2 486/5
487/10 487/14 487/23 494/22 495/3
495/20 495/23 497/18 505/11 509/9
514/7
animal's [3] 507/13 576/14 578/6
animals [11] 488/22 497/11 498/21
504/15 505/17 506/21 511/10 518/2
577/2 589/19 590/25
animation [1] 485/4
ankles [1] 496/10
another [17] 471/16 471/19 480/19
486/2 512/21 534/19 537/5 541/21
558/9 565/23 599/3 620/17 634/1
638/24 651/18 655/25 672/1
answer [8] 561/11 563/10 611/17 648/5
648/7 648/22 670/10 671/11

A

answer's [1] 500/19
answered [2] 562/20 648/19
answering [3] 539/4 539/8 545/18
antibiotics [3] 599/2 599/3 599/9
any [64] 474/9 474/14 475/11 477/2
492/13 495/4 507/5 514/13 526/14
527/19 532/24 533/14 541/25 548/16
554/1 554/4 554/10 556/21 557/23
558/12 558/15 559/10 559/14 559/15
564/4 571/6 572/21 575/1 575/5 576/15
576/15 578/18 578/18 578/25 579/1
581/1 581/4 584/3 584/5 585/23 588/5
588/20 588/23 598/22 602/1 602/14
607/24 612/23 613/12 615/23 615/23
621/14 624/11 625/22 631/24 632/7
633/20 633/20 639/20 644/23 650/25
663/19 663/21 674/16
Anybody [1] 679/24
anymore [1] 597/2
anything [7] 521/7 548/21 559/15 593/9
672/25 678/19 679/24
anyway [2] 538/17 565/10
apologize [5] 559/4 561/1 611/19 615/3
675/5
apparently [3] 585/14 671/17 671/19
appear [1] 522/6
Appearances [3] 467/1 468/1 469/1
appeared [1] 580/6
appearing [2] 521/15 522/23
appears [1] 658/12
appendices [1] 475/17
appendix [23] 475/21 475/22 476/4
476/8 492/20 524/21 537/15 542/13
542/22 552/3 552/6 553/13 553/16
553/22 554/1 554/7 554/20 566/20
568/17 570/10 570/16 573/20 573/21
Appendix A [1] 573/20
Appendix B [3] 475/21 492/20 524/21
Appendix C [13] 542/22 552/6 553/13
553/16 553/22 554/1 554/7 554/20
566/20 568/17 570/10 570/16 573/21
Appendixes [1] 475/14
Appendixes B [1] 475/14
applicable [1] 632/16
application [4] 604/7 622/6 625/9 665/14
applications [1] 654/18
applied [2] 665/8 665/23
applies [1] 487/15
apply [2] 519/2 667/7
applying [1] 625/17
appreciate [1] 548/11
approach [16] 508/17 508/21 515/11
515/12 515/12 515/21 516/2 516/6
516/7 516/12 516/14 517/8 518/17
520/20 636/13 668/14
approached [1] 548/5
appropriate [8] 487/17 500/16 501/19
503/23 538/12 650/21 650/23 671/4
appropriately [1] 671/3
approved [3] 664/19 664/21 665/14
approximately [6] 531/5 532/8 534/24
540/1 555/1 662/2
approximates [1] 512/18
APRIL [1] 466/5
aquatic [9] 482/21 529/24 530/7 530/10
530/15 531/13 531/21 534/25 599/20
architecture [2] 602/15 602/17
Arctic [2] 509/23 604/13
are [216]
area [24] 472/16 483/11 484/18 490/6
495/14 495/20 497/19 499/23 504/14
505/7 505/9 555/21 583/21 604/2
606/20 606/22 623/14 625/14 637/10
656/19 660/16 664/5 665/13 675/10
areas [12] 472/14 474/10 480/1 490/5
490/7 581/21 601/8 604/3 639/20
645/17 654/15 654/20
arena [1] 597/11
argued [1] 544/3
argues [1] 485/12
arguments [3] 598/22 598/23 598/25
arising [1] 525/22
arithmetic [1] 640/19
aromatic [9] 480/17 480/23 481/7
484/20 491/14 500/24 535/1 535/1
568/11
aromatics [8] 480/19 481/1 481/3
481/13 484/24 501/1 501/1 501/3
around [17] 494/15 494/19 496/3 496/12
506/8 582/13 583/14 583/17 589/19
598/25 632/24 633/5 638/15 661/22
668/22 670/21 675/15
array [1] 636/16
arrow [1] 506/16
ART [15] 625/21 626/11 626/12 626/20
626/21 628/5 630/5 632/3 634/3 634/7
660/17 660/20 663/2 663/9 663/14
ARTES [1] 627/4
article [4] 491/10 491/13 492/3 568/9
as [180] 471/25 472/8 472/13 472/23
473/9 473/15 476/13 476/15 476/24
477/7 477/8 480/10 480/24 481/24
481/24 482/1 482/20 482/22 484/4
488/10 488/15 488/15 488/15 489/16
489/17 489/21 492/16 492/21 496/14
498/14 499/3 499/5 500/19 501/5 501/7
501/19 502/11 502/16 506/25 509/23
510/6 511/16 512/11 512/18 512/18
515/14 517/16 518/5 519/18 526/11
527/12 527/14 527/14 528/24 529/10
531/21 532/12 536/2 537/16 538/23
539/14 540/10 540/10 543/20 544/12
547/24 554/22 554/25 558/5 558/12
558/14 558/15 558/24 559/8 559/10
559/18 560/5 561/24 562/8 565/6
565/10 566/13 568/23 568/23 570/10
570/12 571/18 573/25 576/6 576/14
579/8 581/10 586/7 589/24 594/14
594/14 598/24 600/11 600/25 601/8
601/12 602/11 603/2 603/6 604/23
605/9 606/3 606/6 606/10 606/16
606/16 607/4 608/1 608/6 608/21 609/5
609/16 609/18 610/5 611/16 612/12
612/22 615/17 616/14 617/5 617/6
620/6 620/13 622/6 623/13 624/2
629/15 630/24 631/3 631/11 632/5
633/4 633/15 634/22 635/9 636/6
638/15 638/15 638/16 639/5 641/10
642/1 643/20 645/12 647/24 650/8
650/9 651/2 651/4 651/18 652/12
652/20 656/3 656/3 657/7 664/19
664/24 665/5 665/8 665/17 665/23
668/4 668/11 669/9 671/14 675/2
675/10 675/14 675/15 677/23 678/1
678/5 678/5 678/16 678/23
ashore [5] 490/7 615/17 615/18 632/23
633/4 633/17 633/18
ask [13] 538/15 542/6 557/12 558/19
566/10 577/4 589/6 596/11 641/10
652/6 655/8 659/1 668/18
asked [16] 472/10 472/11 478/15
532/14 547/10 561/25 562/19 589/9
600/25 601/3 601/24 649/18 651/11
674/16 677/16 677/22
asking [6] 542/5 553/9 553/10 562/24
649/24
assay [1] 518/18
assess [4] 516/11 519/2 599/19 643/12
assessing [3] 477/16 500/17 569/15
assessment [11] 490/19 512/20 518/6
556/22 563/18 563/25 564/6 592/15
599/24 612/9 626/6
assessment-type [1] 563/18
ASSET [1] 466/13
assigned [1] 515/24
assisted [1] 567/3
assisting [1] 646/4
associated [3] 491/6 491/18 613/18
assume [4] 526/18 553/5 601/21 602/2
assumed [5] 614/13 614/15 615/18
673/8 673/17
assuming [6] 526/19 531/11 554/24
670/1 672/23 672/25
assumptions [1] 643/22
assurance [1] 526/17
asterisk [1] 506/13
athlete [1] 505/12
Atlantic [8] 544/12 544/22 545/8 546/14
547/5 547/13 573/25 574/4
atmosphere [1] 597/9
atrium [1] 494/20
attached [1] 552/3
attack [2] 484/19 486/12
attacking [1] 487/6
attempt [2] 546/13 588/19
attempted [2] 575/2 575/10
attempting [1] 638/17
attend [2] 609/11 626/17
attended [3] 605/1 605/3 605/4
attention [9] 518/2 535/16 536/3 536/13
536/17 537/1 628/17 653/16 658/24
attribute [1] 678/3
August [5] 523/22 534/23 580/24 613/2
649/24
August 12th of [1] 580/24
August 15th [1] 613/2
August 2006 [1] 649/24
Auke [1] 473/11
Auke Bay [1] 473/11
Austin [1] 678/10
Australia [5] 544/9 544/18 546/22
552/14 565/3
Australian [2] 547/23 571/23
author [5] 554/22 555/14 566/24 566/25
580/17
authored [2] 474/23 629/21
authority [1] 611/22
authorized [1] 611/2
authors [3] 568/14 571/5 582/3
available [1] 568/21
Avenue [1] 468/23
average [2] 518/10 518/10
averaged [3] 519/19 519/25 520/8
avoid [2] 498/24 505/12
award [2] 474/16 474/17
awards [1] 474/14
aware [34] 528/19 532/15 532/17
533/20 533/22 534/5 534/6 534/15
534/22 535/2 535/7 535/13 535/15
538/1 547/23 548/1 552/20 553/21
554/1 554/4 554/10 555/13 555/13
555/19 563/22 574/25 585/17 659/6
659/16 659/17 659/25 660/4 660/6
661/21
awareness [1] 626/2
away [3] 495/14 507/3 633/2
awful [1] 483/11

axis [1] 589/22
Ayu [1] 474/4

**B**

babies [1] 487/24
Bachelor's [2] 473/3 602/15
back [35] 482/9 483/24 489/5 489/18
492/18 506/2 513/16 526/8 528/9
530/18 540/2 558/6 591/2 591/4 596/9
599/6 606/9 607/25 608/6 612/10
626/20 626/20 627/12 627/14 627/15
631/18 633/14 634/6 646/11 651/1
651/22 664/5 664/9 666/7 668/19
backbone [1] 496/4
background [5] 473/2 602/14 611/16
622/4 639/5
bacteria [2] 484/19 598/25
bacterial [2] 598/18 599/6
balance [1] 587/23
bar [3] 523/14 669/4 669/5
Barataria [1] 490/7
BARBIER [2] 466/19 668/21
Barbier's [1] 669/19
bare [2] 597/24 598/1
barrels [7] 667/5 667/8 668/7 670/10
670/22 675/19 675/22
bars [8] 502/17 502/17 503/6 506/16
523/23 523/23 541/16 541/20
based [19] 515/23 516/7 519/3 527/1
531/15 549/18 569/4 570/5 607/22
614/6 614/12 640/20 661/7 666/23
668/11 669/25 673/8 673/17 675/3
baseline [1] 520/4
baselines [1] 533/5
bases [3] 476/20 499/7 616/3
basically [41] 475/25 477/20 479/8
480/8 481/10 494/24 498/22 504/9
505/8 505/9 508/11 509/9 510/7 511/23
515/13 517/16 549/17 588/9 589/14
589/25 591/7 591/10 598/17 599/5
599/15 603/11 606/1 606/14 610/19
611/23 613/24 620/11 627/6 628/7 629/2
630/22 636/9 639/24 640/19 661/6
678/15
basis [2] 516/10 661/18
basketballs [1] 663/23
Bay [3] 473/11 490/8 608/10
be [145] 471/6 471/10 472/14 472/20
474/23 475/6 475/10 480/13 480/17
482/3 482/5 484/3 486/13 487/8 487/14
489/3 489/4 489/13 489/14 494/19
495/5 501/21 505/6 505/11 505/15
510/24 510/24 512/14 514/20 514/22
515/19 516/14 521/8 522/21 522/21
523/6 523/10 524/15 524/18 524/19
526/1 527/4 527/15 531/4 531/13 533/6
535/19 536/16 538/12 544/15 545/5
545/12 545/13 545/23 546/8 547/7
547/17 547/19 549/10 549/11 549/14
549/19 549/25 554/3 554/6 554/11
554/12 554/15 554/17 557/9 557/19
561/10 565/20 565/23 566/21 569/14
571/25 572/7 573/12 574/21 578/6
578/11 578/12 578/19 579/2 579/17
582/11 584/11 584/13 585/5 589/17
590/3 591/1 593/23 595/15 596/16
597/7 597/8 597/14 597/24 601/21
603/22 605/11 606/25 611/1 613/20
616/18 616/25 620/6 620/8 623/25
627/8 632/16 633/3 633/24 634/10
634/17 635/15 642/24 644/4 645/6

649/1 651/12 653/4 653/8 654/8 654/11
660/25 661/6 661/19 662/8 663/11
664/6 667/7 668/16 668/19 668/21
669/16 671/11 672/1 672/9 674/14
678/11 678/16 679/19
beach [7] 605/23 609/10 633/1 633/15
635/17 635/18 674/4
beaches [3] 632/23 652/10 670/8
bear [2] 630/12 636/16
beat [1] 483/24
beating [1] 599/6
became [2] 623/20 624/2
because [65] 478/9 483/8 484/6 485/15
486/5 491/18 494/22 496/2 499/13
505/13 511/5 522/12 523/8 526/19
526/25 527/13 528/11 530/7 531/10
538/18 540/13 540/14 540/15 543/3
543/24 547/8 551/9 553/10 560/14
565/16 565/18 566/7 578/5 578/21
581/21 581/22 587/20 590/15 592/4
595/19 604/13 620/4 623/23 625/6
631/14 631/22 632/25 635/13 635/20
635/24 636/12 636/13 637/15 661/7
663/25 666/20 667/9 671/6 671/10
672/4 672/17 673/7 673/7 673/14 674/3
become [2] 482/21 484/25
becomes [2] 591/20 591/21
been [68] 471/24 472/7 474/4 476/11
479/20 484/25 494/18 503/2 509/3
512/25 513/4 520/4 526/19 527/6 527/7
527/21 529/6 532/6 536/7 538/2 541/24
544/3 552/11 557/24 557/24 558/15
562/19 568/3 575/1 575/2 575/4 575/6
575/8 578/15 578/23 586/21 587/10
588/19 589/2 597/10 599/22 600/10
601/25 603/13 610/25 614/20 617/15
618/9 618/24 622/25 625/10 628/24
632/13 640/1 640/1 640/4 643/16 646/3
646/12 646/15 655/18 655/21 655/22
655/23 667/10 675/13 676/18 677/5
before [20] 466/19 477/25 478/24
480/18 494/12 509/19 536/20 536/22
573/19 577/4 586/2 605/7 607/5 620/12
622/8 624/23 630/24 635/11 661/14
669/19
begin [4] 494/12 508/10 616/16 679/16
beginning [3] 482/3 551/7 596/8
begins [3] 480/18 549/18 596/25
behalf [2] 472/7 658/10
behind [1] 639/13
being [22] 480/24 482/20 504/24 518/5
520/7 528/3 532/12 533/3 541/20 543/4
544/9 556/25 566/5 566/21 571/23
589/24 606/12 608/24 610/20 612/20
614/3 678/7
belief [1] 611/5
believe [23] 477/22 478/16 478/20
489/25 525/19 527/9 542/21 548/19
550/9 550/12 550/15 553/20 554/5
554/8 554/8 562/6 563/10 563/13 564/8
564/9 578/16 580/23 580/25
believes [2] 671/16 671/17
belong [1] 539/21
belonged [1] 539/21
below [13] 530/2 530/20 531/24 531/24
547/19 551/16 551/17 551/20 553/17
554/21 555/13 595/24 644/3
benchmark [9] 500/1 530/2 530/23
531/24 534/1 551/12 551/14 551/17
551/21
benchmarks [21] 520/18 529/23 529/24
530/3 530/20 531/8 531/12 531/13
531/15 531/25 532/2 532/7 534/4 534/8

534/8 534/11 534/15 534/25 535/14
535/14 535/15 535/16
bent [4] 497/12 497/15 499/24 590/22
Benthic [1] 492/7
benzene [3] 481/2 481/20 481/22
benzoapyrene [3] 488/12 488/13 488/25
besides [2] 507/6 603/20
best [10] 590/16 590/16 603/16 603/22
629/13 642/11 650/14 651/1 651/3
680/9
better [12] 489/9 512/14 512/25 604/15
618/15 635/15 636/9 636/14 646/18
662/25 665/1 678/25
between [25] 488/5 506/15 514/11
525/9 538/19 540/22 541/7 543/19
572/3 572/10 572/13 587/23 588/4
591/17 623/3 623/6 642/10 644/20
646/15 657/1 672/6 672/9 672/22
673/24 678/12
beyond [4] 542/7 578/2 644/18 660/11
Biannual [1] 619/7
biannually [1] 619/14
bibliography [1] 476/9
big [11] 488/10 490/6 606/24 624/13
624/13 630/3 631/23 635/8 635/18
663/23 664/10
billion [34] 497/21 497/24 497/25 498/1
498/4 498/13 499/15 500/5 501/17
503/9 503/11 503/15 503/16 515/1
522/20 522/21 524/7 524/13 524/16
547/18 549/12 549/14 550/11 550/14
550/18 550/21 551/2 553/24 555/14
556/4 572/8 588/11 592/22 659/6
Bingham [1] 468/18
bioassay [6] 473/21 509/8 509/14
511/12 517/25 571/8
bioassays [8] 509/6 509/18 514/6 516/8
556/13 563/19 592/2 592/23
bioavailability [3] 480/11 482/14 484/7
bioavailable [6] 482/2 482/2 482/16
482/17 482/21 484/25
biodegradation [3] 484/15 484/18
491/11
biological [5] 473/4 485/22 486/11
514/18 556/10
Biologically [1] 598/5
biologists [2] 473/20 589/23
biology [2] 556/6 557/1
biomarkers [1] 582/22
bird [2] 608/10 608/12
birds [1] 608/13
bit [34] 478/13 478/13 478/24 480/1
481/5 494/8 495/24 497/23 500/23
500/25 503/10 503/10 506/14 507/13
508/3 510/11 510/24 511/5 524/5 525/7
528/2 547/18 547/19 572/9 572/9
596/16 637/24 638/24 647/3 652/5
655/8 658/25 659/4 660/20
black [1] 639/17
blender [6] 560/2 560/8 560/18 561/13
561/16 562/16
blenders [2] 511/18 511/20
blind [1] 631/11
blinds [2] 631/12 631/13
block [3] 582/10 583/17 659/14
Blowout [1] 492/7
blue [4] 502/14 523/14 523/23 523/23
bluefin [33] 497/8 497/21 501/13 503/4
503/13 542/25 543/3 543/3 543/10
543/11 543/22 543/23 543/23 544/7
544/8 544/12 544/16 544/21 544/22
545/8 545/10 545/16 546/15 546/19
547/5 547/13 547/23 549/20 550/5

Case 2:10-md-02179-CJB-DPC   Document 14528   Filed 05/05/15   Page 221 of 250

bluefin... [4]  550/21 552/14 565/2 565/7
board [1]  668/15
boardroom [1]  607/19
Bockius [1]  468/22
body [1]  643/20
Boesch [2]  475/7 532/23
Boesch's [1]  578/24
boom [1]  657/7
boots [1]  626/19
border [1]  608/20
boss [1]  606/2
both [28]  473/20 477/22 477/24 478/17
480/12 481/16 501/14 506/17 507/10
508/5 508/7 508/8 512/22 514/19
514/23 533/19 543/23 557/20 577/14
577/14 581/20 611/1 626/7 651/24
663/16 664/18 665/3 668/11
bottom [6]  483/23 497/18 529/10 530/24
595/4 605/21
box [8]  467/12 467/17 486/4 486/7
502/13 506/10 532/13 595/1
boxes [2]  480/12 480/13
BP [62]  466/10 468/2 594/16 597/3
597/16 598/7 601/5 625/10 625/13
625/25 626/22 626/23 630/8 632/7
635/1 635/7 641/11 641/18 641/22
642/2 642/15 642/19 644/14 644/16
644/20 644/23 644/24 645/22 646/3
646/14 646/21 646/24 655/9 655/11
655/15 655/21 656/1 656/5 656/8
656/13 656/18 657/18 658/13 658/21
658/21 658/24 659/2 659/6 659/10
659/25 660/4 660/25 661/21 662/14
662/20 662/22 663/15 666/4 670/18
675/24 677/2 678/5
BP brought [1]  646/24
BP's [5]  479/22 499/4 517/25 536/16
668/12
BP-led [1]  626/22
BPXP [4]  641/7 644/13 644/15 644/21
bradycardia [2]  571/2 571/3
brain [2]  494/24 495/1
branch [2]  467/15 605/24
branches [1]  585/15
BRANDON [3]  467/9 600/18 677/15
BRANSCOME [1]  468/9
break [6]  502/16 510/11 525/5 525/9
573/2 573/19
breaks [1]  503/6
breathing [2]  486/24 486/25
briefing [1]  537/16
briefly [11]  472/18 475/19 475/22
482/14 495/25 508/5 514/11 515/11
523/5 602/13 615/1
bring [15]  566/16 616/21 619/3 619/22
620/20 621/17 622/20 627/21 630/18
634/13 637/21 638/6 638/21 639/7
640/14
bringing [2]  633/10 636/16
brings [1]  607/12
brittle [1]  579/12
broad [1]  643/15
broader [1]  636/16
BROCK [4]  468/9 641/7 671/7 674/16
broken [2]  486/13 523/8
bronze [1]  474/16
brought [11]  536/3 536/13 536/16
536/17 536/25 610/25 615/17 615/18
630/12 631/4 646/24
budget [3]  614/12 614/12 673/8
Buffalo [1]  606/10

build [1]  623/15
building [1]  631/13
bulk [1]  625/1
bullet [8]  478/14 478/15 506/22 506/23
508/25 517/20 517/24 644/7
bunch [1]  678/6
Bureau [1]  617/16
buried [1]  541/11
burn [6]  615/16 621/13 639/12 661/8
671/18 678/19
burned [11]  613/24 615/13 615/14
615/15 637/14 652/25 663/12 668/7
670/4 670/14 672/18
burning [28]  610/1 618/23 620/25 621/7
624/7 624/17 625/2 634/7 634/21
635/16 637/15 638/15 639/11 639/19
652/5 652/16 652/19 653/3 653/7 654/5
654/8 654/17 661/4 661/14 661/19
666/18 669/12 671/5
burns [2]  639/6 661/11
burnt [1]  637/12
buy [1]  511/22
Buzzards [1]  608/10

C/B [1]  502/10
calculate [5]  520/7 549/17 590/11 592/4
593/12
calculated [6]  518/9 549/16 668/10
668/13 674/25 675/3
calculating [1]  615/10
calculation [12]  592/5 639/22 640/3
669/8 669/22 670/1 670/16 671/2 671/4
673/12 674/12 674/19
calculations [10]  549/18 613/13 615/13
667/24 669/3 669/15 669/17 669/17
672/11 673/14
calculator [6]  614/12 614/13 614/17
614/23 615/15 673/8
California [2]  468/24 618/7
call [55]  471/7 472/25 474/21 475/4
475/15 477/16 477/13 479/2 480/14
481/12 483/17 485/3 485/24 486/8
487/17 489/8 490/17 491/24 493/7
494/11 496/19 499/10 502/5 504/4
507/24 510/3 515/9 516/4 517/12
519/14 520/21 521/24 523/2 549/19
596/14 600/6 619/23 622/21 627/15
627/23 629/17 630/19 638/7 639/8
643/11 645/22 646/20 649/22 653/13
658/1 663/23 667/21 676/10 679/11
679/14
call-out [5]  549/19 619/23 646/20
653/13 658/1
call-outs [5]  622/21 627/23 630/19 638/7
639/8
called [9]  487/11 499/3 512/25 513/9
618/2 627/4 633/11 638/24 644/16
calling [1]  615/3
calls [1]  471/13
came [18]  490/7 500/23 526/6 555/21
562/15 583/3 583/11 583/16 593/10
607/9 631/8 632/3 633/4 635/12 662/12
668/1 673/11 673/20
Camilli [3]  490/25 491/10 522/15
Camp [1]  467/23
can [101]  472/20 478/10 478/13 478/14
483/18 484/1 486/13 487/8 487/12
488/21 489/3 492/1 492/6 495/10
495/12 496/1 496/7 496/25 496/25
497/2 504/7 504/12 504/16 505/11
505/14 505/24 506/22 508/2 508/5
511/5 513/16 513/18 519/16 520/24

529/15 530/9 530/18 539/10 540/19
541/1 545/3 545/21 548/23 549/5 549/5
550/3 552/1 552/24 553/6 555/18
560/15 561/7 561/22 566/16 568/20
569/2 569/17 569/19 569/20 570/21
573/21 573/22 575/11 575/17 578/4
579/6 579/21 580/19 581/6 585/8
587/13 588/10 596/4 600/6 601/21
604/5 604/20 607/19 611/17 611/17
631/14 631/15 631/20 632/9 633/17
635/6 640/18 643/11 648/14 649/22
653/16 653/23 656/24 658/13 667/21
668/19 668/22 671/21 672/13 672/18
678/24
can't [13]  488/25 499/3 505/14 516/18
522/13 535/8 561/5 587/13 595/1
614/15 672/15 672/16 678/25
Canada [2]  633/6 663/22
Canadians [1]  618/9
cancers [1]  487/15
capabilities [6]  601/7 628/15 629/7
636/16 656/15 662/24
capability [6]  498/23 621/12 622/6
627/18 636/11 661/6
capable [1]  620/13
capacity [4]  489/15 505/14 542/3 612/5
capped [2]  478/1 519/23
Captain [49]  600/8 600/10 600/14
600/21 600/23 601/12 602/7 608/15
612/12 612/19 613/1 613/5 613/9 615/8
616/6 616/13 623/10 628/19 628/23
630/13 630/21 632/4 636/18 637/5
637/11 640/9 641/1 641/7 649/15
650/18 650/20 651/5 651/23 652/1
666/11 666/13 666/25 667/12 667/18
667/24 668/5 668/10 669/3 671/15
674/24 675/7 675/7 677/10 677/16
Captain Paskewich [7]  652/1 666/13
667/12 668/5 668/10 669/3 671/15
Captain Paskewich's [3]  666/25 667/18
667/24
Captain VanHaverbeke's [1]  616/6
cardiac [4]  575/20 575/25 576/4 577/23
cardio [4]  553/18 553/22 554/20 555/13
care [4]  484/4 560/20 598/21 632/25
career [4]  474/14 474/17 605/4 609/4
609/8 610/12
CARL [1]  466/19
Carls [12]  539/25 540/2 540/2 540/7
542/8 566/12 566/24 567/1 568/23
570/2 570/12 570/12
Carls' [1]  570/14
carried [1]  652/20 666/2
carrying [1]  622/5
cartoon [1]  483/22
case [59]  472/8 472/15 472/23 473/16
475/2 477/11 479/23 489/14 489/19
494/14 509/10 509/15 512/3 513/21
516/17 519/5 520/4 520/9 527/12 540/5
542/9 542/15 543/22 552/5 554/14
558/12 558/14 558/24 559/8 567/3
574/2 574/13 585/2 585/25 588/21
589/18 591/10 599/10 601/1 601/9
601/12 602/11 605/12 605/20 608/13
612/20 612/21 615/24 616/14 631/22
632/7 639/15 644/13 645/10 647/3
649/16 650/3 666/8 675/8
cases [2]  476/2 477/22
CASEY [1]  467/6
catch [1]  541/18
categories [1]  530/7
categorizing [1]  539/23
category [2]  597/13 645/5

C

caught [1] 572/23
causality [1] 569/8
cause [11] 483/10 485/16 499/22
522/22 546/19 547/4 547/7 547/12
587/6 590/21 594/8
caused [1] 587/2
causes [1] 486/23
causing [3] 497/20 550/22 576/6
caveat [3] 527/6 527/21 528/18
cell [3] 486/12 488/11 635/12
cells [6] 482/8 486/13 486/14 487/6
487/7 487/9
cellular [1] 472/20
center [13] 602/24 603/1 603/7 605/8
612/10 617/14 617/20 620/16 621/6
626/10 630/24 631/4 676/10
centers [4] 656/19 656/20 676/3 676/7
central [2] 489/11 664/5
certain [8] 533/19 601/5 608/8 615/18
673/15 673/16 674/18 676/13
certainly [29] 477/23 478/1 482/25 484/1
487/3 487/9 493/1 495/1 498/21 499/2
500/19 501/22 511/21 521/19 522/17
522/21 533/2 535/23 539/20 546/6
557/18 578/22 587/13 588/10 588/20
597/8 598/9 598/22 663/16
CERTIFICATE [1] 680/5
certifications [1] 678/10
certify [1] 680/8
cetera [3] 490/21 502/15 523/22
CEWAF [3] 564/8 564/10 564/21
CHAKERES [1] 467/9
challenges [1] 648/2
chances [1] 578/6
change [8] 476/13 514/3 539/18 539/19
564/18 637/16 673/10 673/12
changed [2] 539/20 539/22
changes [2] 515/16 673/13
changing [2] 514/2 638/15
characteristics [1] 652/1
characterization [2] 491/13 499/12
charge [1] 609/3
charged [1] 643/16
chart [2] 593/6 593/9
charter [1] 643/14
charts [1] 526/25
chemical [9] 484/5 486/3 556/11 556/12
564/23 564/24 605/6 638/14 675/1
chemically [6] 512/5 565/20 614/9
614/20 615/11 668/7
chemicals [7] 472/19 480/9 482/16
484/1 545/2 545/10 592/9
chemist [1] 582/18
chemistries [4] 478/21 491/2 508/7
514/17
chemistry [45] 479/15 479/17 481/10
492/12 492/14 492/18 498/24 500/22
501/4 501/7 508/6 514/9 514/12 514/14
519/11 525/21 526/1 526/2 526/9 527/2
527/4 527/19 527/22 528/13 529/20
531/19 535/24 536/7 542/1 564/14
565/6 565/8 565/12 569/6 582/12 583/3
583/6 583/17 583/19 583/20 584/2
584/4 584/9 584/16 584/17
chemists [1] 473/21
Chicago [2] 468/6 606/5
Chico [1] 473/4
chief [2] 608/18 609/16
chose [1] 594/14
chosen [1] 594/14
Christi [1] 474/1

chromatograph [2] 513/9 513/10
chromatographic [1] 513/8
chronic [16] 485/18 486/20 487/5
487/16 494/21 494/22 516/16 516/19
516/21 517/8 517/8 517/10 517/19
518/18 520/17 594/1
chronic-type [2] 517/8 517/8
circled [2] 518/6 589/20
circulating [1] 496/2
citation [1] 579/24
cited [2] 581/15 640/9
Civil [2] 466/4 467/15
civilian [2] 603/2 612/22
claim [1] 488/15
claimed [1] 569/10
claims [6] 601/5 628/24 659/25 660/1
660/5 676/8
clarify [5] 475/19 500/9 509/2 512/16
514/11 584/10 594/4 595/13 596/3
class [2] 588/9 588/13
classes [1] 486/18
clause [1] 599/16
clean [5] 605/5 633/14 641/14 641/20
674/23
cleaning [3] 633/18 635/19 635/19
cleanup [1] 628/15
clear [10] 526/1 531/5 544/15 549/10
549/20 549/25 561/10 635/25 663/13
670/7
cliff [1] 587/17
closely [4] 512/18 512/18 543/13 544/22
closer [1] 478/9
coast [70] 473/25 520/3 520/5 572/16
600/15 600/23 602/16 602/21 602/24
602/25 603/7 603/8 603/19 605/7 605/9
605/11 605/19 605/22 605/23 606/17
607/23 608/2 608/3 608/17 608/19
609/16 610/12 612/10 617/14 620/24
621/5 622/3 622/4 624/3 624/5 626/10
627/13 629/14 630/24 635/1 635/7
638/25 642/15 642/19 643/9 643/11
645/23 646/8 646/14 646/21 647/9
647/12 647/16 647/23 648/9 648/16
649/19 649/24 650/15 651/24 655/11
655/15 655/18 656/25 660/24 662/14
662/22 663/14 677/6 678/4
Coast Guard [2] 646/14 651/24
Coastal [3] 617/20 620/15 620/15
coat [1] 655/2
coauthor [4] 505/19 567/5 574/19
604/24
coauthored [3] 475/6 574/22 604/22
coauthors [2] 474/13 585/11
cochair [6] 606/2 606/3 608/23 608/23
609/17 609/18
cod [2] 573/25 574/4
Coda [1] 631/1
collaboration [3] 642/6 662/11 662/12
collapse [2] 578/15 578/19
colleague [3] 474/16 539/1 539/25
colleagues [1] 552/21
collect [1] 511/8
collected [19] 506/24 519/24 520/2
526/11 526/16 529/6 529/18 530/9
530/10 530/15 532/6 532/15 532/21
557/10 558/15 559/10 559/18 562/2
587/1
collecting [1] 666/19
collection [2] 532/9 666/18
collectively [1] 641/23
colonies [5] 581/19 581/24 582/3 582/4
585/12
column [13] 481/18 482/10 482/17

483/21 484/20 531/4 531/4 532/12
587/14 587/20 616/20 622/6 622/10/22
combat [1] 489/16
combined [3] 631/5 657/1 666/17
come [21] 485/16 485/20 488/2 493/3
502/9 540/2 555/1 558/1 591/10 596/9
607/1 614/11 614/19 625/6 633/17
658/7 668/20 668/22 671/22 672/4
672/21
comes [4] 549/10 586/16 634/6 674/15
comfortable [2] 614/22 645/23
coming [23] 472/12 474/11 479/13
483/23 485/5 485/6 485/7 485/8 505/6
516/8 517/25 518/15 518/23 518/24
524/10 526/21 587/24 632/23 632/23
633/22 646/15 662/17 673/9
command [33] 599/18 599/19 607/2
607/3 607/6 607/12 608/3 608/5 612/7
617/6 623/11 623/20 625/13 625/14
625/15 626/23 634/20 636/13 641/23
641/24 642/3 642/7 642/9 642/16
646/12 646/13 652/12 652/20 652/24
655/4 656/20 660/24 665/22
Command's [1] 528/22
commandant's [1] 663/18
Commander [2] 612/9 626/3
commanding [2] 606/12 608/1
comments [1] 526/6
commercial [1] 560/2
commissioned [1] 643/8
commissioning [1] 643/19
committed [4] 648/1 659/1 659/6 659/10
committee [4] 606/20 607/10 618/2
619/6
common [12] 497/16 508/7 543/24
548/3 548/5 548/6 548/13 548/14
572/16 597/20 607/13 618/22
commonly [1] 513/9
comms [1] 631/18
communicate [2] 486/4 676/13
communications [1] 656/21
communities [3] 579/17 580/3 580/6
community [10] 606/16 608/4 637/19
642/14 646/15 675/25 676/3 676/12
676/25 678/4
company [2] 633/11 663/22
comparable [2] 521/14 523/10
compare [10] 509/12 521/10 522/12
522/13 546/13 557/3 592/1 595/20
640/7 640/8
compared [9] 486/3 488/5 498/6 501/7
501/14 523/22 529/23 640/22 671/14
comparing [2] 590/13 592/6
compartment [1] 486/2
compensated [1] 612/20
complains [1] 510/8
complete [3] 557/14 584/6 585/15
completed [5] 585/4 603/18 603/21
604/12 605/21
complex [3] 480/12 486/4 486/7
complexity [1] 481/25
complications [1] 548/25
component [1] 513/11
composition [13] 508/8 510/21 511/3
511/24 512/2 512/14 512/17 512/23
513/14 515/24 557/20 560/21 560/21
compositions [6] 510/25 511/21 512/9
561/7 564/18 565/15
compound [2] 481/21 562/19
compound's [1] 485/15
compounds [29] 480/15 480/20 480/22
481/2 481/4 481/7 482/2 482/3 482/4
482/5 482/6 482/12 483/13 484/7

Case 2:10-md-02179-CJB-DPC   Document 14528   Filed 05/09/15   Page 223 of 250

**C**

compounds... [15] 484/12 484/20 485/5 485/6 485/10 485/11 485/16 485/18 485/21 501/4 511/2 512/6 516/25 560/13 560/15
computed [2] 530/3 530/4
computer [1] 469/8
computer-aided [1] 469/8
computing [2] 538/10 538/11
concentration [19] 503/16 508/8 511/24 512/23 513/14 547/4 547/11 550/21 557/21 564/18 569/8 574/17 592/19 593/24 594/6 594/8 596/21 597/21 597/25
concentrations [28] 476/10 490/2 499/22 500/20 502/14 502/16 511/9 512/9 520/14 521/16 521/18 522/12 522/19 546/18 547/12 547/12 553/23 561/7 565/1 565/8 565/11 565/14 568/10 569/11 570/25 591/12 597/5 597/23
concept [4] 592/24 594/10 607/18 631/7
concepts [2] 480/3 629/2
concern [10] 522/22 522/22 523/11 604/14 610/20 625/24 625/25 631/23 635/18 639/18
concerned [2] 524/7 632/22
concerning [5] 616/16 632/2 638/3 639/2 639/22
concerns [4] 519/1 607/13 608/8 676/6
conclude [4] 550/17 569/14 569/18 571/1
concluded [1] 680/3
conclusion [6] 478/16 492/23 549/11 569/23 570/7 649/6
conclusions [5] 528/14 556/3 570/2 616/16 616/18
condition [1] 637/16
conditions [4] 513/7 513/21 567/24 568/1
conduct [7] 509/18 556/15 556/22 556/22 556/24 557/1 565/12
conducted [7] 509/18 509/19 511/15 518/4 545/3 554/21 617/10
conducting [5] 511/12 563/16 564/4 564/13 642/3
conference [2] 604/22 630/3
conferences [4] 605/1 605/4 605/6 605/6
confidence [1] 590/17
confirm [6] 562/24 647/11 672/10 673/24 674/1 679/5
confirming [2] 658/19 673/1
confused [1] 546/24 556/25
confusion [1] 551/9
Congress [2] 617/25 619/14
consequence [1] 565/6
consequences [1] 553/2
consequently [1] 517/6
conserve [1] 633/16
consider [9] 472/14 479/3 490/9 491/21 603/22 610/13 634/2 649/1 670/4
considerable [1] 662/23
consideration [1] 610/16
considerations [1] 651/24
considered [10] 490/19 525/20 527/4 527/14 527/19 595/14 610/15 610/18 611/1 645/9
considering [1] 622/5
consistency [1] 633/15
consistent [7] 530/25 532/3 535/6 535/18 569/8 644/7 657/22
constituencies [1] 636/6

construct [1] 642/7
constructing [1] 519/11
contacted [1] 625/10
contain [3] 474/24 613/13 616/2
contained [5] 475/21 514/17 542/13 570/16 615/20
containing [7] 622/21 627/23 629/19 630/19 638/7 638/22 639/8
containment [1] 623/2
contains [5] 502/13 529/17 613/16 614/7 637/23
contend [1] 542/14 552/9 554/20 566/14 566/20
contended [3] 552/3 554/14 570/17
contending [2] 567/23 578/14
contents [1] 616/13
context [2] 535/8 675/7
contingency [12] 609/19 609/22 609/25 610/8 610/10 611/3 611/6 611/22 641/13 641/19 664/19 665/5
continued [3] 505/18 676/16 676/20
continues [4] 505/19 505/20 505/21 507/2
continuing [3] 573/15 573/16 599/13
contracted [1] 658/22
contractor [1] 658/13
contractors [3] 599/12 646/23 657/20
contrary [1] 678/21
contrast [1] 590/19
contributed [1] 649/10
contributing [3] 554/22 555/14 587/3
contributions [8] 655/9 655/12 655/14 656/5 657/3 657/6 657/13 662/20
control [18] 495/2 495/13 497/19 498/7 506/11 506/18 509/12 526/17 548/2 548/3 548/18 549/6 596/13 596/18 628/13 641/11 641/15 641/16
control species [1] 548/2
controlling [2] 495/3 495/4
controls [13] 497/7 497/9 518/5 547/24 548/8 548/11 548/22 565/2 589/21 589/25 596/1 596/24 598/20
convene [1] 610/2
conversation [1] 620/5
convert [1] 551/22
converted [1] 551/15
convey [1] 661/24
cooperative [1] 646/4
coordinate [1] 617/25
coordinating [3] 618/1 618/2 619/6
coordinator [3] 528/23 609/2 647/4
coordinators [1] 621/11
COP [1] 618/22
copied [1] 512/13
copper [3] 591/18 591/25 591/25
copy [4] 474/24 613/1 613/5 613/9
coral [6] 579/3 579/12 580/3 581/19 582/3 582/5
corals [9] 579/17 580/5 581/21 581/22 581/23 582/15 583/11 585/3 585/5
cord [1] 631/10
core [1] 642/7
Corexit [2] 664/15 664/15
Corexit 9500-A [1] 664/15
Corexit 9527-A [1] 664/15
corner [2] 502/12 502/13
corporate [1] 644/17
CORPORATION [2] 466/12 468/18
Corpus [1] 474/1
Corpus Christi [1] 474/1
corral [1] 678/18
correct [341]
corrected [15] 475/14 475/17 476/3

476/12 492/21 502/11 539/18 541/3
correction... [5] 542/23 568/25 589/2 613/25 666/21
correction [4] 475/23 538/19 538/22 539/17
corrections [11] 537/1 537/6 537/7 537/9 537/11 537/22 538/9 540/21 541/7 541/17 571/11
correctly [2] 566/3 675/3
corresponds [1] 524/17
corroborate [3] 501/22 501/24 542/14
corroborated [1] 500/7
Cortez [3] 630/2 630/4 630/5
costs [1] 659/15
coughing [1] 561/11
could [42] 473/1 473/15 475/21 476/5 478/8 480/6 485/25 491/24 510/5 538/15 538/16 542/6 545/23 546/24 554/3 563/9 577/24 582/11 582/19 582/20 589/5 591/2 591/13 614/6 621/11 626/14 626/19 626/21 627/18 632/19 633/13 635/23 648/12 650/12 653/11 661/19 662/23 663/17 664/9 664/13 668/18 673/11
couldn't [9] 513/2 513/5 538/20 540/23 541/10 598/1 610/22 614/22 658/18
Council [2] 621/21 638/1
counsel [5] 536/16 596/7 597/3 598/7 668/19
count [3] 495/21 495/21 495/25
counterparts [1] 608/21
counterproductive [1] 633/3
country [1] 624/22
County [1] 607/1
couple [10] 471/21 479/6 490/24 519/8 544/23 574/10 606/9 638/4 656/8 679/16
coupled [1] 654/18
course [18] 454/8 479/11 484/15 487/6 487/23 487/24 489/12 497/16 504/21 509/22 514/1 519/24 521/4 522/11 523/18 545/15 557/20 565/17
court [15] 466/1 469/2 471/4 473/2 475/20 476/20 508/3 509/2 573/10 600/22 606/6 614/5 680/6 680/7 680/15
Court's [1] 589/4
cover [3] 603/8 643/3 647/5
coverage [1] 585/14
covered [2] 585/15 637/20
covers [1] 678/2
crabs [1] 509/24
crash [9] 586/23 587/2 587/13 587/19 587/22 588/5 588/8 588/13 588/20
crashed [2] 587/16 588/17
create [2] 473/21 511/20
created [1] 502/18
credit [1] 634/20
crews [1] 661/14
criteria [2] 650/8 651/22
critical [3] 488/19 523/21 598/10
critically [2] 598/17 644/2
criticism [11] 508/11 510/7 510/7 517/11 517/15 519/10 522/2 568/4 598/8 599/1 599/6
criticisms [3] 520/24 566/6 568/15
criticized [1] 566/5
criticizing [2] 508/19 568/16
critique [5] 510/4 510/5 511/19 513/18 513/20
critiques [1] 510/2
cross [3] 525/16 525/17 573/16 573/17 596/8 641/5 641/8 660/14
cross-examination [8] 525/16 525/17

**C**

cross-examination... [6] 573/16 573/17 596/8 641/5 641/8 660/14
crosses [2] 591/8 591/9
CRRC [3] 618/23 620/5 620/14
Crude [3] 493/20 493/24 575/14
crudely [1] 561/6
cruises [4] 512/13 512/15 557/5 557/7
cultured [5] 543/4 543/13 544/9 571/24 572/1
cumulative [1] 490/23
current [2] 474/24 478/17
currently [3] 473/8 594/20 602/23
curve [2] 592/17 596/18
customary [3] 497/13 497/14 587/19
cutaway [1] 483/21
cutter [1] 605/22
CV [2] 474/24 475/1
CYNTHIA [1] 467/22
CYP1A [1] 504/19

**D**

D-32600 [1] 472/25
D-32604 [1] 477/13
D-32605 [1] 479/2
D-32606 [1] 480/5
D-32607-A [1] 480/14
D-32609 [1] 481/12
D-32611 [1] 485/3
D-32612-A [1] 483/17
D-32613 [1] 485/24
D-32614 [1] 486/8
D-32615 [1] 490/17
D-32616 [1] 493/7
D-32617 [1] 494/11
D-32618-A [1] 549/6
D-32618A [1] 496/19
D-32619 [1] 499/10
D-32620-A [1] 502/5
D-32622 [1] 504/4
D-32623-A [1] 505/22
D-32624 [1] 507/24
D-32625 [1] 510/3
D-32628 [1] 515/9
D-32629 [1] 516/4
D-32630-A [3] 517/13 589/5 589/7
D-32632 [1] 519/14
D-32633.2-A [1] 520/22
D-32634-B [1] 521/24
D-32635 [1] 523/2
D-333757 [1] 619/22
D-33751 [1] 601/15
D-33752 [1] 605/14
D-33753 [1] 616/21
D-33754 [1] 634/13
D-33756 [1] 619/3
D-33758 [1] 630/18
D-33759 [1] 638/6
D-33760 [1] 627/21
D-33761 [1] 620/20
D-33762 [1] 622/20
D-33763 [1] 629/17
D-33764 [1] 639/7
D-33768 [1] 640/14
D-33770 [1] 621/17
D-33775 [1] 613/15
D-33776 [1] 637/21
D-33779 [1] 638/21
D-35401 [1] 667/21
D.C [5] 467/13 467/17 468/10 468/20 625/15
daily [6] 614/13 614/15 614/24 661/10 661/18 673/8
damage [4] 480/1 535/23 563/24 563/25 564/6 576/15 576/23 579/11 579/12 585/3 592/15 597/1 599/24
damaged [4] 486/14 486/14 486/15 486/16
DANIELLE [1] 467/12
dark [1] 639/17
data [61] 479/10 479/15 479/16 479/17 479/21 490/11 490/22 491/16 492/12 492/19 514/14 514/20 526/3 526/9 526/21 527/2 527/4 527/8 527/9 527/13 527/15 527/19 527/23 528/13 528/20 529/6 529/17 529/23 532/6 536/7 538/16 539/15 539/15 539/18 539/24 542/1 555/24 556/1 556/1 556/2 556/22 557/12 558/3 558/15 559/10 559/13 559/14 559/16 559/17 559/19 565/8 569/6 570/5 570/6 571/6 572/22 578/13 581/2 581/4 584/13 599/23
database [36] 475/25 479/15 479/18 490/1 490/1 490/12 491/2 491/9 492/14 502/18 502/24 508/6 508/6 519/18 520/6 521/12 522/19 526/6 526/19 533/2 533/2 538/13 538/14 538/15 538/21 541/12 542/7 557/1 557/2 557/13 557/15 557/19 557/23 558/2 559/12 569/6
databases [1] 491/18
date [5] 527/20 529/14 555/4 555/4 621/7
dated [8] 529/11 580/24 584/25 619/8 620/23 627/25 629/22 643/6
dates [2] 537/8 537/13
Daubert [3] 471/16 471/19 601/22
day [5] 466/18 528/10 528/10 658/3 665/4
days [3] 498/18 577/2 661/8
deal [3] 488/10 493/11 616/9
dealing [1] 628/12
dealt [1] 627/2
death [3] 487/1 487/18 487/19
decade [2] 621/6 621/9
decades [3] 478/4 479/6 480/24
December [12] 529/11 533/21 533/25 537/3 537/7 537/8 537/9 537/23 542/23 580/10 619/8 666/21
December 17th of [1] 529/11
December 2009 [1] 619/8
December 2012 [1] 580/10
decide [1] 573/2
decision [2] 607/14 607/22
deck [2] 607/19 663/19
declines [1] 587/10
decontamination [1] 657/7
decrease [4] 487/12 507/16 507/17 594/8
decreased [2] 506/9 506/20
decreasing [1] 482/1
dedicated [1] 646/15
deemed [2] 594/22 614/9
deep [12] 492/7 522/6 524/4 538/24 538/25 539/21 540/8 540/10 541/4 541/7 579/12 582/8
deeper [2] 520/12 523/19
deepshore [1] 533/19
deepwater [87] 466/4 466/15 466/15 472/12 476/16 477/17 477/19 478/7 479/9 480/18 482/22 483/4 489/21 491/5 491/7 491/11 491/14 492/7 492/24 493/20 493/24 494/2 494/5 496/23 500/6 500/17 501/15 508/13 521/24 522/3 523/18 525/21 525/22 526/11 526/12 531/17 531/20 532/2 532/15 532/16 532/24 532/20 588/5 610/5 612/2 612/3 617/5 617/5 617/9 618/16 618/18 618/24 620/12 624/8 624/13 624/24 627/1 627/16 628/25 629/3 629/11 630/12 632/1 632/12 637/6 639/23 641/12 641/19 642/14 642/18 643/20 647/4 647/13 647/23 649/7 651/9 651/15 652/21 655/9 655/12 656/11 657/23 659/7 660/23 661/24 662/10 675/2
Deepwater Horizon [6] 476/16 480/18 494/5 639/23 642/14 647/13
defects [1] 555/8
defined [1] 603/15
definitely [2] 527/22 549/9
definition [1] 671/15
deformed [1] 550/23
deformities [2] 555/9 555/9
degradation [1] 507/3
degrading [1] 484/19
degree [2] 473/3 602/15
degrees [2] 602/14 602/20
demand [1] 596/23
demonstrate [4] 496/24 553/22 569/9 571/9
demonstrated [6] 478/4 478/6 504/7 505/24 553/14 553/17
demonstrates [1] 554/2
demonstrating [2] 545/19 545/21
demonstrative [5] 484/24 549/5 549/7 589/9 615/21
denied [1] 601/22
denominator [3] 666/21 666/22 670/17
deny [1] 611/23
Department [2] 467/4 467/14
dependent [1] 484/22
depending [4] 500/23 511/4 553/2 626/9
depends [1] 671/22
deploy [1] 656/14
deployed [6] 473/23 473/24 474/1 474/4 618/18 632/12
deposition [17] 536/2 536/14 536/17 547/10 561/22 647/19 648/5 648/15 648/22 649/18 650/5 651/11 658/25 660/14 667/17 674/24 679/17
depositions [1] 475/13
depressed [1] 522/18
depression [1] 486/23
depth [11] 476/2 477/24 483/9 512/4 519/19 520/8 540/15 541/1 558/2 584/14 584/16
depths [2] 518/25 520/9
deputy [4] 606/11 609/5 609/11 630/6
derived [2] 514/25 568/11
describe [11] 473/1 473/15 475/22 513/18 538/12 560/5 597/22 604/20 605/18 617/13 672/3
described [4] 474/12 475/24 540/16 615/10
describes [1] 499/4
designated [1] 645/3
designed [4] 560/9 567/25 629/10 663/25
desirable [1] 564/20
desperately [1] 588/16
detail [3] 478/23 508/4 648/13
detailed [3] 553/9 557/23 563/7
details [7] 518/1 534/6 555/11 623/5 648/12 659/16 659/20
detect [2] 497/17 604/5
detected [1] 579/13
determine [1] 595/20

D

determined [2] 614/5 668/6
determines [1] 513/12
determining [3] 480/7 487/21 588/18
detoxify [2] 489/9 489/11
detoxifying [1] 489/10
develop [4] 606/17 618/15 618/17 662/15
developed [22] 516/13 603/18 604/3 606/20 617/4 617/5 618/14 618/23 618/24 620/10 620/13 623/13 623/21 627/9 627/17 629/14 630/24 631/8 632/1 647/24 649/19 662/11
developing [5] 493/21 495/1 496/5 497/9 625/20
development [19] 601/5 601/5 601/11 602/24 603/1 603/7 604/14 604/18 605/8 612/13 616/17 617/3 617/10 620/2 620/8 620/18 621/15 629/15 662/9
Developmental [1] 494/5
device [2] 633/10 633/14
devices [2] 604/4 630/22
diagram [4] 483/22 506/10 517/24 550/16
diagrams [2] 481/19 557/4
Diane [1] 471/10
Diane Fidler [1] 471/10
did [157] 472/15 473/5 473/13 474/6 475/11 475/13 479/3 490/3 490/9 491/21 491/23 492/11 492/14 498/8 498/9 498/11 498/17 501/7 501/9 502/1 502/4 502/8 502/9 502/18 504/10 505/2 506/1 507/5 507/8 514/18 514/21 514/23 514/24 523/6 525/4 526/5 526/22 527/16 527/24 532/17 532/22 532/24 533/2 533/9 533/11 534/11 534/12 534/15 535/15 535/20 537/21 538/17 539/16 540/9 541/25 542/3 542/5 542/6 544/8 544/21 547/14 547/15 554/7 554/8 556/2 556/7 556/14 557/2 557/14 557/15 557/16 557/17 558/4 558/5 558/12 558/14 558/21 558/24 559/10 565/16 565/25 569/7 578/21 580/13 581/1 582/17 584/3 584/5 584/5 584/6 584/6 584/10 585/1 594/16 597/19 597/21 597/21 599/5 601/13 605/7 605/10 607/3 608/15 609/4 609/8 610/12 612/23 618/16 619/1 619/9 620/9 621/1 621/8 621/14 621/22 622/8 625/6 625/19 626/7 628/1 628/7 628/23 629/23 632/20 633/10 634/9 636/7 636/18 636/21 637/5 640/10 640/10 640/12 640/13 640/19 644/17 644/20 649/13 651/4 656/8 657/3 657/3 658/25 660/7 662/2 662/2 662/4 662/16 663/5 666/20 667/4 668/2 668/3 669/15 669/17 669/17 669/22
didn't [43] 479/16 492/13 507/2 519/7 520/5 522/17 532/20 533/1 539/18 539/19 541/17 543/17 552/23 554/25 555/6 556/24 556/25 557/14 558/13 558/17 558/20 558/20 565/19 572/1 578/22 581/4 584/5 584/8 584/14 646/11 651/3 651/3 651/6 654/24 655/1 657/4 663/9 664/2 664/10 667/2 667/5 667/6 676/13
die [3] 487/3 498/24 590/25
died [1] 547/24
Diercks [2] 490/25 491/13
differ [5] 481/7 481/9 481/9 481/10 500/22

difference [9] 488/4 488/5 506/14 514/20 544/11 551/1 551/2 670/17 671/13
difference in [1] 488/4
differences [7] 488/3 500/25 543/19 551/8 572/3 572/10 572/13
different [50] 474/5 484/11 485/8 485/20 486/5 488/3 498/9 500/16 506/14 506/16 506/18 507/15 511/21 511/22 512/12 512/13 513/12 515/14 518/5 524/11 528/3 541/21 544/24 545/1 545/6 545/8 545/9 545/13 545/24 545/24 546/4 546/8 552/24 553/2 557/7 572/13 589/21 589/25 591/18 592/7 592/8 594/12 594/23 595/25 604/10 624/11 632/15 635/4 636/14 671/19
differentiate [1] 644/20
differently [1] 545/2
difficult [4] 548/10 595/25 664/7 678/20
difficulty [1] 615/10
dilute [1] 511/9
dilutes [2] 519/11 519/11
diluting [1] 508/23
dilution [1] 565/13
dilutions [3] 565/17 565/21 597/25
direct [15] 471/10 472/5 538/8 542/21 545/15 549/6 549/7 574/13 575/19 580/22 586/7 589/9 600/19 660/16 667/6
directed [3] 528/5 598/10 617/24
directing [1] 599/21
direction [2] 610/10 642/3
directly [9] 498/25 505/25 606/7 614/1 620/4 648/18 657/20 659/25 660/5
directs [1] 643/14
disagree [3] 499/12 527/18 585/23
disagreement [1] 480/2
disagreements [1] 508/2
disappointment [1] 587/8
discharge [2] 614/24 624/19
discharged [3] 640/6 640/20 667/10
discover [1] 475/11
discovered [1] 623/20
discuss [2] 478/14 478/23
discussed [6] 476/13 508/25 574/13 578/16 625/18 661/13
discusses [2] 639/4 639/11
discussing [7] 485/1 583/11 616/16 616/18 616/25 632/13 634/17
discussion [2] 480/3 625/14
discussions [1] 661/17
dispersant [16] 529/25 530/7 534/1 534/3 610/25 622/6 654/18 664/2 664/6 664/12 664/19 664/24 665/14 665/18 666/1 666/5
dispersants [38] 484/1 530/10 564/22 564/24 610/1 610/13 610/20 611/11 621/20 622/9 622/10 622/16 623/4 623/9 624/7 625/7 625/9 625/9 625/17 634/21 635/16 637/25 638/12 638/14 652/6 652/16 652/20 653/3 653/8 653/17 654/1 664/14 664/18 665/3 665/5 665/12 666/17 669/12
disperse [1] 671/18
dispersed [18] 477/24 491/6 560/9 613/24 614/9 614/20 615/11 637/12 637/13 652/25 663/12 668/7 670/5 670/14 672/24 673/3 673/12 673/17
dispersing [6] 618/24 624/18 625/2 634/7 637/15 675/1
dispersion [9] 480/11 483/14 483/19 483/20 483/22 483/23 484/14 484/25 512/4

dispersions [11] 483/6 483/6 483/8 483/8 483/9 483/10 483/23 484/2 484/5 512/4 512/4
dispute [2] 646/25 677/8
disputed [1] 671/12
disputes [1] 671/11
dissertation [1] 473/6
dissolved [3] 569/9 570/4 673/18
distant [1] 499/21
distinction [2] 674/15 678/12
Distinguished [1] 474/17
distributed [1] 677/1
district [10] 466/1 466/2 466/20 605/23 605/25 608/17 609/16 610/15 680/7 680/7
diverge [1] 508/10
divergent [1] 545/22
divide [2] 640/5 672/21
dividing [1] 675/23
Division [2] 467/4 467/15
DNA [2] 486/13 487/7
do [219]
Doctor [3] 478/14 528/6 600/4
document [36] 466/6 474/22 475/5 475/9 529/5 531/11 534/6 550/3 568/8 568/13 568/16 599/18 613/21 614/4 619/6 619/9 619/12 620/23 621/1 621/4 621/19 621/22 621/25 622/1 627/24 628/1 628/4 629/20 629/23 630/1 632/2 637/24 638/8 638/24 650/6 676/22
documenting [2] 642/23 647/24
documents [7] 491/18 537/13 613/17 645/2 649/19 650/2 677/2
does [37] 474/24 474/25 475/1 481/13 510/18 524/8 531/21 544/16 552/20 563/24 571/21 586/16 587/3 590/23 591/1 592/1 592/25 594/4 594/20 596/13 596/20 608/25 614/7 615/10 617/19 619/13 619/16 620/14 621/4 622/13 628/9 630/9 632/2 638/2 639/2 639/21 673/15
doesn't [15] 488/24 489/16 503/20 505/1 507/16 514/2 514/2 514/3 522/6 546/22 593/7 593/9 597/1 667/9 671/17
doing [19] 471/10 474/20 501/3 507/15 539/24 555/7 557/2 564/2 590/20 599/21 603/14 617/15 617/22 618/9 633/21 662/4 662/5 673/20 677/3
dollars [3] 603/17 603/22 604/2
dominated [1] 510/22
Don [1] 475/7
don't [107] 484/4 487/2 511/22 513/23 516/25 517/16 517/19 523/16 527/10 528/11 539/7 540/23 547/3 547/20 547/7 551/16 551/23 553/7 553/11 553/25 554/8 554/8 555/1 555/4 557/5 557/16 558/6 558/17 559/3 559/5 559/20 560/20 561/15 562/8 562/10 562/12 564/8 566/4 572/10 572/21 572/21 572/22 576/16 576/19 576/24 576/25 578/2 578/8 578/16 582/11 583/16 583/16 584/2 585/5 585/6 585/18 585/20 586/12 587/8 587/22 587/25 588/2 588/6 591/6 592/18 592/24 593/10 593/11 593/11 593/15 597/16 601/20 606/22 611/8 614/24 618/3 629/1 631/24 633/20 633/20 633/23 636/11 637/15 638/14 646/25 647/1 648/12 648/13 659/16 660/15 663/11 664/22 667/3 667/9 668/20 670/4 671/11 672/17 673/2 673/13 673/22 674/24 675/15 676/18

**D**

done [29]  478/18 478/20 479/7 493/13
498/3 499/20 514/6 517/23 519/17
521/10 541/10 543/2 554/25 557/18
589/24 597/12 598/3 598/4 598/5
598/15 598/17 604/9 618/7 618/12
620/11 625/1 625/7 625/11 679/2
dosage [5]  551/2 551/19 551/21 591/21
592/10
dosages [1]  592/6
dose [24]  497/20 545/2 545/10 545/13
545/23 545/23 546/4 546/6 546/8
546/10 547/6 547/17 549/14 551/4
569/8 590/21 592/20 592/21 593/16
593/18 594/6 595/18 596/18 597/10
doses [15]  500/2 509/16 509/17 526/5
546/2 549/17 551/15 551/18 551/22
590/11 594/11 595/21 596/20 597/12
597/17
dot [1]  520/10
double [1]  533/13
doubt [1]  557/13
DOUGLAS [1]  467/21
down [36]  473/25 478/13 487/1 497/9
498/6 499/22 503/12 504/11 509/23
510/11 511/5 516/19 517/18 521/11
522/11 523/17 524/16 547/17 582/8
587/14 587/15 588/11 591/10 592/17
593/25 595/19 610/25 612/7 612/8
628/21 631/10 631/12 632/9 636/5
644/3 664/6
downregulated [1]  507/9
downstream [3]  496/8 498/16 576/23
dozen [1]  627/10
DR [2]  471/24 479/22
Dr. [163]  471/14 472/7 472/13 472/14
472/18 472/22 473/1 473/8 474/9
474/22 475/7 475/11 476/24 477/7
477/14 477/16 478/8 478/15 478/23
479/3 479/16 479/22 480/6 480/15
481/13 485/4 485/25 489/18 491/21
492/11 492/16 492/22 494/12
495/10 495/16 496/16 496/21 499/4
499/4 499/12 503/19 503/20 507/19
507/19 507/21 508/2 510/2 510/5
511/17 511/19 512/24 513/20 514/13
514/14 515/3 517/11 517/15 517/20
519/1 519/2 519/10 519/17 520/16
520/25 521/22 522/2 522/23 522/24
523/4 524/12 524/23 525/16 525/19
526/7 528/13 532/23 534/15 535/25
537/15 537/21 538/18 540/2 540/7
540/24 541/25 542/8 543/21 544/6
544/13 544/19 546/15 547/22 548/24
549/4 549/19 550/20 552/2 553/10
554/22 555/15 555/23 556/2 556/9
556/14 556/14 556/21 559/24 560/8
560/18 561/17 561/19 562/2 562/13
562/14 563/4 563/5 563/20 564/25
565/7 565/11 565/24 566/2 566/7
566/10 566/24 568/9 570/18 571/20
572/2 572/5 573/17 573/19 574/16
574/22 574/25 575/4 575/8 577/23
578/24 580/13 580/17 580/21 582/18
583/21 584/9 584/17 585/1 585/11
585/24 589/1 589/12 596/10 596/13
597/21 598/7 598/10 598/13 598/14
620/4 679/8 679/19 679/20
Dr. Boesch [1]  532/23
Dr. Boesch's [1]  578/24
Dr. Carls [4]  540/2 540/7 542/8 566/24
Dr. Don [1]  475/7

Dr. Fisher [6]  580/17 580/21 583/21
584/9 584/17 585/11
Dr. Fisher's [1]  585/24
Dr. Incardona [24]  543/21 544/6 544/13
544/19 546/15 550/20 554/22 555/15
555/23 556/2 556/9 556/14 556/21
559/24 560/8 561/17 562/2 563/20
565/11 571/20 572/5 574/16 574/22
597/21
Dr. Incardona's [16]  547/22 548/24
549/4 549/19 553/10 560/18 561/19
562/14 563/5 564/25 565/7 565/24
570/18 575/8 596/10 596/13
Dr. Mager [1]  577/23
Dr. Mager's [2]  574/25 575/4
Dr. Mason [2]  679/8 679/19
Dr. Nancy [1]  620/4
Dr. Page [4]  568/9 598/10 598/13
598/14
Dr. Page's [1]  598/7
Dr. Quivik [1]  679/20
Dr. Reddy [1]  582/18
Dr. Rice [53]  472/7 472/14 472/18
472/22 473/1 473/8 474/9 474/22
475/11 477/7 477/14 477/16 478/8
478/23 479/3 479/16 480/6 480/15
481/13 485/4 485/25 489/18 491/21
492/11 492/16 492/22 494/12 495/10
495/16 496/16 496/21 499/4 503/19
507/19 522/24 524/12 524/23 525/16
525/19 528/13 537/15 537/21 541/25
552/2 556/14 562/13 563/4 572/2
573/17 573/19 584/9 589/1 589/12
Dr. Shea [20]  479/22 485/12 499/4
503/20 508/2 511/17 511/19 512/24
513/20 514/13 514/14 517/11 517/20
519/17 520/16 526/7 534/15 566/2
566/7 566/10
Dr. Shea's [20]  472/13 478/15 499/12
507/21 510/2 510/5 515/3
517/15 519/1 519/2 519/10 520/25
521/22 522/2 522/23 523/4 535/25
538/18 540/24
Dr. Stanley [1]  476/24
Dr. Stanley Rice [1]  471/14
Dr. White's [1]  580/13
DRAGNA [1]  468/23
draw [2]  518/2 653/16
drawing [1]  588/4
drawn [2]  518/8 591/9
drilling [2]  466/15 661/24
drinking [1]  610/22
drop [2]  524/8 524/16
droplet [1]  482/15
droplets [7]  483/1 483/11 483/21 483/24
484/17 560/10 560/14
dropping [1]  587/23
Drs [1]  568/8
Drs. [1]  510/6
Drs. Incardona [1]  510/6
dry [1]  669/16
Dubansky [10]  493/14 494/4 503/19
503/21 503/22 505/18 505/18 505/25
507/5 508/15
due [2]  494/23 649/9
duly [2]  471/24 600/11
dumbest [1]  607/11
duplicate [1]  598/13
duration [2]  633/23 634/2
during [38]  475/13 498/16 536/17
547/25 574/13 587/1 602/20 605/18
610/12 617/5 618/18 624/8 624/20
624/24 625/18 625/25 626/8 626/18

627/10 629/5 629/11 629/11 632/12
635/13 653/23 655/9 656/5 656/3/8
656/11 660/23 661/11 662/10 662/15
662/22 663/3 665/14 675/24 676/4
duties [2]  606/3 606/5
duty [1]  605/9
dying [3]  494/23 494/23 589/23

**E**

E.006 [1]  475/20
E.018 [1]  476/5
E.1.9 [1]  566/16
E.19.2 [1]  552/1
E.2.0 [1]  571/10
E.20.1 [1]  570/22
E.20.4 [1]  574/7
each [14]  481/7 500/22 506/16 512/15
513/12 515/13 530/1 544/4 564/14
592/10 601/20 655/11 674/3 674/15
earlier [9]  485/23 487/8 500/7 508/14
532/23 585/24 594/13 637/24 638/24
early [13]  489/7 542/21 553/23 568/11
569/15 617/15 623/18 625/24 625/24
632/24 659/2 659/7 660/2
earned [1]  602/20
easily [1]  482/10
EASTERN [2]  466/2 680/7
easy [1]  497/17
ebb [1]  587/13
ebbs [2]  587/20 587/24
EC [1]  594/9
EC20 [2]  595/19 595/22
EC50 [2]  594/4 594/5
EC50s [1]  595/18
ecological [2]  476/24 487/13
economic [1]  659/22
economically [1]  654/14
edema [26]  494/13 494/14 494/15 496/9
496/17 497/12 497/16 498/6 498/6
499/23 506/8 506/9 518/12 551/6
552/17 552/21 552/25 553/2 553/7
553/18 553/22 554/20 555/10 555/13
556/3 576/21
educated [3]  547/16 547/16 578/12
education [1]  472/23
educational [2]  473/1 602/13
effect [39]  472/20 487/13 494/21 494/22
494/25 495/5 496/2 497/16 497/21
498/5 498/7 498/20 500/1 501/15
501/15 501/17 501/25 503/6 503/14
503/17 506/23 509/16 518/12 545/22
547/7 549/18 551/6 552/10 575/21
576/9 577/23 578/2 578/5 579/1 590/20
592/19 595/22 673/5 673/6
effective [13]  594/6 594/7 594/7 594/7
622/9 652/21 653/4 653/8 653/18 654/1
654/8 654/11 655/5
effectively [7]  645/24 646/9 646/10
652/24 661/19 666/2 678/19
effectiveness [8]  664/2 666/13 666/17
667/1 669/9 674/25 677/25 678/13
effects [40]  473/17 474/7 474/19 476/9
476/25 492/24 493/9 494/5 494/9
496/24 498/1 498/17 499/14 499/22
500/5 500/20 501/14 504/2 505/23
514/18 518/12 549/12 549/23 550/17
550/22 551/10 553/6 553/8 553/18
553/23 554/2 555/7 555/13 569/10
578/22 592/14 594/21 621/20 622/16
637/25
efficacy [3]  621/20 622/15 637/25
efficiency [1]  677/24
efficient [3]  633/19 635/25 642/11

effort [24]  536/22 604/25 612/6 626/22
626/23 628/5 628/25 629/15 630/5
630/25 642/6 642/10 642/14 642/19
646/22 649/9 649/20 651/16 651/19
657/1 657/14 662/20 678/4 678/10
effort' [1]  645/24
efforts [9]  599/22 603/13 612/3 644/9
646/18 662/23 675/25 676/16 676/16
either [11]  554/22 559/5 572/23 581/21
594/21 600/5 628/21 629/10 651/6
657/20 658/21
elaborate [1]  480/1
elaborating [1]  493/4
electronics [1]  631/18
elevate [1]  504/25
elevated [1]  506/4
Eleventh [2]  605/23 610/15
eliminate [1]  527/8
Ellis [2]  468/3 468/8
else [5]  557/25 626/14 665/20 678/18
679/24
else's [1]  607/13
elsewhere [1]  636/11
embryo [32]  473/6 474/7 474/18 478/5
478/6 478/17 478/18 479/7 488/12
489/14 493/13 495/2 496/23 498/8
498/14 498/16 499/14 499/17 501/23
507/7 508/13 509/4 509/5 517/2 517/25
518/18 524/20 545/25 555/3 569/10
588/10 588/10
embryology [1]  543/25
embryonic [2]  488/5 493/23
embryos [31]  473/6 487/25 487/25
488/19 493/12 494/17 497/15 498/4
500/5 501/23 505/23 506/3 506/3 506/5
506/5 509/10 510/1 516/17 517/18
523/11 543/4 544/11 547/5 548/7 548/8
549/3 550/23 571/24 572/1 576/10
576/22
Embryotic [1]  575/13
emergency [1]  607/1
emits [1]  639/16
employed [4]  473/10 473/11 602/23
660/25
employee [2]  603/2 612/22
employees [1]  658/21
empty [1]  494/19
encountered [1]  648/2
end [8]  473/9 483/5 504/23 515/17
528/14 578/2 594/12 678/23
endangered [1]  608/10
ended [1]  633/10
ends [2]  510/23 639/12
energized [1]  489/4
energizes [2]  488/9 488/14
energy [15]  510/9 510/16 510/16 511/1
511/16 511/18 511/20 560/6 560/8
560/17 561/5 561/12 561/15 561/16
562/16
Enforcement [2]  467/5 617/17
engineer [2]  603/5 603/6
engineering [3]  602/16 602/17 602/18
English [1]  676/14
enhance [1]  484/1
enhanced [5]  483/4 484/16 512/5
564/23 564/24
enhances [1]  484/6 484/7 484/10
enigmatic [1]  587/25
enough [9]  486/13 486/15 487/2 487/9
538/14 593/19 602/2 602/3 673/14
ensure [1]  536/23

enter [1]  484/20
entered [1]  537/19
entire [2]  624/5 646/14
entirely [1]  537/19
entitled [5]  619/6 620/24 627/24 629/20
680/11
entity [1]  644/23
entrain [1]  560/9
entrepreneurs [1]  618/15
entry [2]  552/9 571/10
environment [30]  467/4 498/23 499/1
505/17 511/25 512/7 512/10 512/22
513/5 513/25 514/3 514/8 529/19
559/10 561/1 561/5 624/25 634/6
634/22 637/16 638/3 638/13 638/16
639/3 639/14 640/25 655/1 670/6
671/18 674/5
environmental [13]  467/5 525/22 526/12
561/8 563/11 563/18 592/14 594/6
605/24 608/8 608/19 617/17 622/10
environmentally [3]  557/20 654/14
654/20
enzyme [2]  504/25 507/7
EPA [12]  516/13 531/12 531/15 534/15
551/12 551/20 563/22 563/24 564/4
620/24 617/19 635/8
EPA's [8]  531/13 531/25 534/1 534/3
534/11 534/25 664/22 664/22
equate [5]  507/14 560/24 560/24 560/25
561/4
equation [2]  480/8 485/23 486/1
equipment [1]  657/7
erase [1]  669/16
ERICA [1]  467/10
Erie [1]  607/1
ERMA [8]  490/22 491/9 618/22 619/18
620/1 620/13 624/7 624/15
errata [8]  475/21 613/18 613/20 613/22
614/7 616/1 616/7 666/21
erred [1]  667/14
error [7]  475/22 476/7 539/17 541/17
541/23 541/23 614/2
errors [16]  475/11 475/13 475/19 476/4
476/13 536/3 536/6 536/17 536/25
538/10 538/11 538/12 541/1 541/1
542/22 542/23
especially [3]  478/5 508/19 595/15
ESQ [32]  467/5 467/6 467/6 467/7
467/7 467/8 467/8 467/9 467/9 467/10
467/10 467/11 467/11 467/12 467/15
467/16 467/16 467/21 467/21 467/22
467/22 468/3 468/4 468/4 468/5 468/5
468/9 468/9 468/13 468/19 468/19
468/23
essentially [6]  610/7 615/17 621/9 631/9
633/9 650/9
establish [1]  569/7
established [3]  615/15 665/18 676/3
estimate [4]  547/17 565/14 578/4
595/17
estimated [3]  565/18 565/21 615/16
637/11
estuary [1]  608/11
et [12]  490/21 491/10 491/13 493/16
493/20 493/23 494/1 494/4 498/3
502/15 523/22 568/23
et al [1]  493/20
et cetera [3]  490/21 502/15 523/22
et. [1]  491/22
et. al [1]  491/22
Europe [1]  618/10 630/3
evaluate [5]  626/14 627/20 639/25
643/21 649/20

evaluated [1]  603/16
evaluating [2]  592/17 652/25
643/16 650/18 650/21
evaluation [4]  563/7 580/13 627/5 649/5
evaporates [1]  673/19
Evaporation [1]  484/13
even [16]  480/23 482/24 488/18 488/24
524/18 533/14 542/22 561/6 562/8
575/10 576/5 576/19 578/22 611/21
678/19 679/18
evening [1]  679/25
event [5]  610/1 621/12 656/3 678/8
678/21
events [1]  608/5
eventually [3]  485/9 487/18 625/16
ever [12]  526/15 527/8 528/1 548/7
548/21 598/13 599/19 604/17 607/11
610/12 645/2 675/13
every [5]  536/22 597/10 618/1 632/15
632/15
everybody [4]  607/12 607/13 626/14
636/4
everybody's [1]  678/16
everyone [4]  471/6 573/12 679/25
679/25
everything [5]  526/22 526/24 603/9
608/19 678/18
evidence [12]  498/15 524/9 524/9 569/4
579/12 581/19 581/23 582/19 582/23
594/2 616/8 673/25
evidenced [1]  493/2
evident [1]  624/2
evolved [2]  592/2 592/23
exact [3]  524/15 575/9 618/3
exactly [5]  555/4 567/6 643/15 664/23
665/19
examination [21]  471/11 472/5 525/16
525/17 538/8 549/6 549/8 573/16
573/17 574/13 580/22 586/8 589/10
593/2 596/8 600/19 641/5 641/8 644/19
660/14 677/13
examine [1]  644/3
example [68]  482/7 484/17 486/13
487/12 488/21 489/9 490/1 490/8
490/20 496/10 496/12 499/19 499/23
500/14 501/5 502/14 503/7 503/8 505/5
505/15 506/17 507/12 512/8 516/17
517/2 517/22 518/16 518/16 518/17
519/8 519/20 520/21 521/17 521/19
522/15 524/20 526/20 527/9 528/5
533/3 554/12 554/13 554/18 555/8
555/9 571/10 576/20 576/21 578/5
590/21 592/19 593/23 595/19 595/24
597/16 598/21 599/1 599/9 604/5
609/25 620/17 629/19 629/13 632/22
635/10 636/9 636/10 663/22
examples [8]  490/2 519/12 550/22
603/12 618/21 619/1 621/14 635/6
exceed [3]  530/23 531/8 532/2
exceedances [8]  530/25 531/6 532/7
532/11 534/1 534/3 535/5 535/17
exceeded [3]  530/3 534/25 535/14
exceeds [2]  531/12 587/21
except [2]  495/4 514/1
excerpt [1]  579/8
excess [1]  675/23
excuse [16]  471/16 481/20 482/2 493/18
522/7 543/10 552/10 556/22 557/24
560/24 563/24 574/12 585/13 589/19
601/19 617/7
executive [2]  606/10 649/4
exercise [7]  607/5 607/6 607/9 608/11
620/11 646/16 646/17

**E**

exercises [1] 678/7
exercising [1] 655/23
exhaustive [3] 554/11 554/15 584/6
exhibit [3] 529/3 585/14 667/23
exhibited [1] 581/19
exhibits [2] 616/7 616/10
Exhibits 013513 [1] 616/7
exist [1] 615/12
existed [4] 490/6 490/21 525/21 651/19
existing [4] 617/7 625/3 625/5 625/18
exists [2] 514/11 555/12
exit [2] 482/25 484/7
expand [1] 620/10
expect [14] 496/7 519/23 520/14 523/9
523/16 545/4 545/12 547/7 572/7
591/13 632/11 634/25 679/13 679/21
expected [1] 527/1
expecting [1] 607/9
experience [10] 472/23 473/7 514/6
548/3 601/13 602/8 602/11 611/13
636/12 644/10
experienced [2] 538/14 624/22
experiment [5] 546/16 547/25 548/17
560/18 565/7
experimenters [1] 594/19
experiments [3] 555/7 564/13 597/10
expert [33] 472/8 476/24 479/22 499/4
572/12 572/18 576/4 579/8 581/15
582/5 586/16 600/25 601/20 605/20
612/12 612/19 613/2 613/6 613/10
615/24 616/6 641/10 641/15 641/16
645/9 649/16 651/7 652/1 666/7 671/14
671/19 675/10 679/9
expert's [2] 644/19 660/11
expertise [6] 472/15 472/16 473/16
474/10 601/8 659/4
experts [3] 615/24 648/11 648/17
explain [18] 480/6 483/18 485/25 486/7
495/10 496/25 497/1 497/4 498/2 502/7
504/7 505/24 506/22 510/5 519/16
520/24 522/2 671/5
explaining [5] 480/2 483/14 503/25
507/21 515/6
explanation [1] 586/22
EXPLORATION [3] 466/10 466/11 468/2
explore [1] 662/14
expo [1] 676/1
expo-type [1] 676/1
expose [5] 497/14 498/4 511/10 514/7
590/11
exposed [12] 484/14 494/18 497/11
499/24 504/17 504/22 506/3 506/5
506/20 549/20 550/16 577/1
exposing [2] 509/9 509/10
exposure [46] 477/20 477/23 477/24
477/25 480/9 489/20 489/23 489/24
490/4 490/10 490/19 493/24 498/13
502/2 504/6 504/6 504/25 505/21
505/24 506/6 507/1 507/2 507/6 512/17
512/17 512/22 514/13 518/1 519/3
545/9 547/24 549/15 549/16 550/5
550/10 550/13 551/12 551/19 554/21
564/14 566/21 572/3 575/14 577/3
582/19 597/6
exposures [2] 556/17 569/15
extensive [4] 490/6 526/13 526/14 533/4
extensively [1] 532/18
extent [1] 627/3
extracting [2] 501/2 505/7
extraction [1] 505/14
extreme [1] 499/25

extremely [1] 678/20
ExxonMobil [13] 477/24 477/20 477/10
568/2 599/12 599/14 606/19 623/14
627/12 627/16 646/18 678/21
ExxonMobil [3] 618/8 625/9 625/11
eye [1] 495/4

**F**

fact [15] 487/12 512/11 526/24 532/11
532/20 535/13 543/2 596/22 598/24
607/8 617/24 639/16 643/11 643/20
661/21
fact-finding [1] 643/20
factor [1] 587/3
factors [4] 480/10 515/16 515/17 603/20
failing [1] 669/15
fair [7] 512/19 522/12 536/16 577/22
602/2 602/3 602/10
fairly [1] 499/21
fall [3] 553/3 597/13 679/21
falls [1] 634/24
familiar [7] 528/22 529/5 568/13 568/14
623/10 659/3 661/3
familiarity [1] 659/5
far [5] 481/18 490/20 502/12 502/13
584/8
fashion [1] 575/7
fast [1] 499/3
faster [3] 484/23 485/6 485/7
fat [4] 481/16 481/17 482/6 482/7
fate [2] 638/4 638/15
fathead [1] 500/4
FCRR [4] 469/2 680/6 680/14 680/14
February [1] 629/22
February 15th [1] 629/22
federal [13] 528/23 606/21 609/2 609/3
610/9 617/22 617/24 618/4 619/13
621/10 626/4 636/2 657/16
federals [1] 636/5
feel [1] 597/22
fell [1] 587/17
few [17] 490/14 517/1 517/2 517/6
587/14 597/9 603/12 605/5 617/13
617/22 624/4 627/13 628/22 632/5
644/8 652/6 675/4
fewer [1] 489/8
FIDLER [2] 467/12 471/10
field [12] 474/15 477/5 479/13 504/6
505/23 512/19 513/7 591/19 604/17
606/9 607/25 611/13
Fifteenth [1] 468/10
fight [1] 661/1
fighting [2] 652/13 678/17
figure [12] 537/11 537/15 537/19 537/21
537/24 538/6 538/24 588/17 588/20
595/1 614/16 639/25
Figure 6 [3] 537/11 537/21 537/24
figures [1] 538/2
filed [6] 471/12 477/2 666/8 666/11
667/12 667/12
final [8] 519/10 522/24 627/25 628/5
633/17 633/17 643/6 676/22
finally [2] 477/7 494/3
finance [1] 657/10
find [19] 477/22 490/4 505/20 509/16
511/25 517/16 523/10 541/10 557/15
590/20 593/15 604/4 619/19 622/17
623/19 626/21 630/15 662/25 664/9
finding [6] 497/14 534/19 534/23 585/17
603/25 643/20
findings [11] 477/10 477/16 478/23
492/23 533/20 534/3 534/7 535/10
585/24 640/12 646/8

finds [1] 506/4
fingerprint [2] 582/20 582/21
finish [1] 539/7
finished [2] 539/4 545/18
fins [2] 496/4 497/17
fire [2] 623/21 623/21
first [38] 480/6 485/5 495/13 497/12
498/3 502/19 506/4 508/11 508/11
508/25 510/4 510/7 514/13 517/20
519/21 529/13 535/25 539/8 541/13
576/10 577/8 579/24 601/19 606/22
608/17 609/10 609/16 620/23 622/24
629/13 630/23 638/11 638/11 639/11
641/10 659/1 669/9 669/10
first-round [1] 535/25
fish [24] 473/6 486/25 487/25 487/25
490/8 493/11 493/21 497/1 498/11
499/25 501/16 503/1 503/2 504/22
504/24 505/20 509/24 509/25 517/2
569/10 569/16 572/23 600/1 635/7
Fisher [13] 579/19 580/17 580/21 581/2
581/10 581/15 583/5 583/8 583/21
584/17 584/23 585/1 585/11
Fisher's [1] 585/24
fisheries [1] 599/25
fishes [2] 494/3 553/23
fitness [2] 486/17 487/10
five [2] 495/22 578/7
fix [1] 492/1
fixed [1] 492/8
flag [1] 596/16
flawed [2] 566/3 566/4
fleet [1] 654/3
fleeted [1] 606/12
FLICKINGER [1] 467/7
flock [2] 585/12 585/15
flock-covered [1] 585/15
flooded [1] 504/15
Florida [2] 520/3 520/5
flow [6] 587/14 614/13 669/18 670/1
670/18 672/7
flows [2] 587/20 587/24
fluorosensor [5] 604/5 629/14 630/23
631/6 631/23
focal [1] 664/3
focus [5] 495/23 555/21 604/13 666/9
671/13
focused [2] 480/24 605/1
folks [3] 658/21 661/23 676/13
follow [2] 537/17 593/22
followed [1] 679/19
following [9] 523/9 526/12 568/1 593/4
606/4 607/25 608/11 621/6 643/11
follows [2] 471/25 600/11
food [3] 496/6 560/2 657/8
footprint [8] 479/14 490/23 490/23 492/7
494/2 502/25 521/20 633/12
forage [1] 504/16
forces [1] 483/25
forcing [1] 483/20
foregoing [1] 680/8
Forest [1] 623/21
form [2] 487/5 487/16
format [1] 551/15
formation [1] 500/23
formed [2] 484/3 489/13
former [1] 620/6
forming [11] 478/25 479/4 490/9 493/9
542/9 619/9 621/1 621/22 628/1 629/23
645/9
forth [5] 476/14 485/23 492/19 524/21
537/16

## F

forward [1]  479/9
FOSC [29]  606/11 606/13 608/1 608/25
609/5 609/5 609/11 609/11 609/24
610/3 620/6 627/7 639/5 642/3 647/5
647/11 647/22 648/9 648/16 649/1
649/6 653/14 656/10 656/25 665/14
675/14 675/15 677/17 678/1
FOSC's [2]  647/15 647/18
FOSCs [2]  605/25 608/22
found [27]  494/9 498/12 499/14 502/2
506/7 512/10 512/15 513/5 514/7
533/25 537/5 538/21 539/20 540/24
541/3 541/7 544/20 579/17 597/23
598/22 607/3 608/9 631/24 640/18
642/23 654/1 669/22
foundation [1]  479/8
foundational [1]  607/23
four [15]  481/4 481/20 482/6 485/10
491/17 493/10 495/22 495/25 499/16
511/2 512/6 513/3 519/12 679/9 679/15
512/2 512/6
four-ring [6]  481/4 481/20 482/6 485/10
511/2 512/6
Fourteen [1]  581/19
Fourth [1]  508/22
fourths [1]  480/20
fraction [6]  480/17 480/23 500/24 510/9
510/12 510/13
fragile [1]  548/9
framework [1]  650/18
Frank [2]  649/15 649/15
frankly [4]  521/7 610/16 671/4 678/2
fresh [2]  485/12 510/23
Friday [1]  679/22
full [3]  597/14 600/12 607/5
full-scale [1]  607/5
fully [2]  489/13 620/13
function [4]  505/6 576/5 576/13 576/22
functional [1]  576/11
functioning [2]  489/13 489/15
fund [2]  659/7 660/2
fundamental [1]  479/23
funding [2]  629/15 631/8
funds [1]  660/7
furnished [2]  669/11 670/11
further [7]  524/24 588/25 590/4 594/2
600/2 641/1 679/1
Furthermore [1]  585/12
future [2]  632/14 633/25

## G

gallons [3]  653/18 675/16 675/17
gas [3]  513/9 513/10 604/8
gathered [6]  479/10 479/21 526/21
526/21 554/17 558/3
gave [5]  528/18 544/11 627/17 636/10
664/8
GCMS [1]  513/9
general [1]  678/5
generally [7]  509/7 594/22 610/17
622/25 623/14 636/25 678/14
generated [3]  560/17 561/12 562/16
generating [1]  510/18
genes [3]  507/9 507/10 507/15
genetic [1]  507/8
Genomic [2]  494/2 494/4
genomics [1]  507/8
genre [1]  543/17
genus [3]  552/16 571/13 572/17
geography [1]  520/1
get [58]  482/4 482/8 482/16 483/1
483/13 487/2 492/2 492/8 498/10 500/1

500/20 501/25 510/17 510/22 511/1
511/20 512/7 513/1 513/20 518/19 521/5
521/21 524/7 526/8 528/11 543/17
545/4 545/7 545/22 549/2 549/23 551/7
553/6 555/16 556/7 560/15 561/11
562/11 584/8 589/6 590/16 592/10
595/24 595/25 596/17 596/20 596/21
598/25 604/15 609/12 610/9 633/8
633/8 633/14 635/24 664/3 668/14
678/18 679/23
gets [4]  498/5 520/16 591/21 673/18
getting [11]  495/5 500/2 503/18 520/18
572/17 594/10 595/24 612/17 625/25
671/7 672/19
gill [3]  505/3 505/5 507/18
give [7]  512/1 561/3 603/12 618/21
635/6 679/4 679/5
given [12]  472/11 515/16 527/21 537/10
559/8 559/13 559/13 559/14 559/16
588/6 640/21 679/20
gives [7]  483/11 513/14 628/11 631/2
631/13 632/6 658/2
giving [5]  527/21 606/1 611/16 635/21
663/17
GLADSTEIN [1]  467/11
glean [1]  626/13
Glider [1]  631/7
GMBH [1]  466/13
go [57]  471/23 478/10 480/10 481/24
482/1 496/12 504/15 507/2 508/3
513/16 515/14 517/19 520/1 525/7
528/9 529/15 530/18 533/9 539/13
540/19 545/20 558/10 569/2 569/14
569/20 572/22 575/17 578/13 578/17
579/16 581/6 584/14 587/14 587/14
587/15 587/15 591/2 593/20 595/5
595/18 595/19 602/5 606/19 611/20
621/13 624/2 626/20 627/12 631/14
633/1 639/18 641/4 646/11 660/1
660/17 664/9 678/6
goal [8]  516/11 561/8 561/9 597/7
652/13 652/21 655/6 670/8
goes [7]  503/12 523/17 580/9 607/24
618/14 631/10 634/20
going [45]  471/20 481/24 482/5 482/8
487/14 487/19 495/5 496/5 496/13
498/22 498/23 501/1 505/13 509/25
511/1 517/22 521/4 539/5 543/7 547/19
551/7 564/1 574/21 585/19 597/8 602/1
603/21 604/1 604/14 607/4 611/23
626/2 631/12 633/3 634/9 651/22 664/6
666/7 669/4 671/9 671/22 672/1 672/21
673/25 679/3
gone [2]  651/1 679/21
good [26]  471/9 526/17 526/23 526/25
547/16 547/16 559/6 572/18 573/4
582/22 584/7 593/19 622/9 623/25
635/10 641/8 641/9 662/6 674/13
679/25
got [31]  481/18 490/24 501/16 502/20
506/25 515/2 518/8 521/18 535/24
538/24 543/17 555/24 556/13 556/15
557/8 578/4 599/4 604/9 610/24 617/20
618/6 618/9 628/17 628/17 628/20
628/22 631/17 636/13 639/19 658/1
664/22
gotten [1]  571/13
government [12]  471/7 528/19 529/7
529/18 600/6 617/25 626/4 642/22
657/1 657/16 661/23 669/11
government's [5]  614/11 668/12 669/9
669/18 670/9
governments [2]  636/2 636/2

grad [1]  606/8
gradual [1]  559/23
Grand [6]  468/23 489/11 504/10 504/11
506/10 633/13
Grand Isle [1]  633/13
Grand-Terre [3]  504/10 504/11 506/10
Grande [1]  504/21
Grande-Terre [1]  504/21
grant [2]  617/19 617/21
grants [1]  659/14
graph [5]  502/8 502/9 502/10 522/13
540/8
graphed [1]  521/11
graphic [5]  521/11 540/25 549/22 668/4
675/2
graphics [1]  508/24
gravel [3]  567/14 567/16 567/16
gravity [1]  678/17
gray [1]  590/2
great [6]  489/9 520/3 610/19 610/21
658/20 678/25
greater [14]  478/23 503/9 503/11 503/17
515/18 515/24 517/21 522/20 523/21
571/17 571/24 572/3 580/3 589/15
green [1]  502/15
grew [1]  498/9
grid [1]  587/17
ground [1]  626/19
group [4]  491/5 518/2 589/19 619/13
grow [3]  496/5 505/8 505/9
growing [3]  487/14 505/4 576/10
growth [4]  487/12 487/13 518/12 594/8
Guard [61]  600/15 600/24 602/16
602/21 602/24 602/25 603/7 603/8
603/19 605/9 605/11 605/19 605/22
605/23 606/17 607/23 608/2 608/4
608/17 609/16 610/12 612/10 617/14
620/24 621/6 622/3 622/4 624/3 624/6
626/10 627/13 629/14 630/24 635/1
635/7 638/25 642/15 642/19 643/9
643/11 645/23 646/8 646/14 646/21
647/9 647/12 647/16 648/9 648/16
649/19 650/15 651/24 655/11 655/15
655/19 656/25 660/24 662/14 662/22
663/15 678/4
Guard's [4]  605/7 608/19 647/23 649/24
guess [8]  512/13 523/5 547/16 556/20
557/12 559/12 563/11 601/19
guessing [1]  531/10
guidance [9]  606/1 608/22 609/20
609/21 609/24 610/3 610/9 621/10
621/11
guidelines [1]  611/3
GULF [41]  466/5 482/22 489/21 490/3
491/16 494/6 501/18 501/20 501/21
502/1 512/3 518/25 543/1 543/12
543/14 544/16 544/20 546/14 546/21
546/23 547/5 552/14 562/1 562/7 564/3
567/9 567/24 571/21 572/16 574/4
578/15 605/5 623/4 623/8 632/23
652/22 653/19 659/11 665/12 676/4
677/6
guys [7]  497/19 499/2 576/12 587/23
587/23 589/23 627/9

## H

habitat [4]  490/8 504/14 504/14 504/17
habitats [1]  654/20
had [123]  476/1 476/2 476/10 487/8
488/23 496/10 498/12 498/16 502/1
503/6 503/16 507/10 512/3 520/4 526/2
528/3 528/4 528/5 530/19 536/11
536/11 538/17 539/15 539/15 540/15

had... [98]  540/17 540/22 541/6 541/10
542/25 543/1 543/2 543/4 544/12
548/17 548/22 548/24 557/11 557/15
562/7 565/14 565/16 565/18 571/13
571/16 571/18 571/24 576/21 577/2
580/16 581/20 582/18 589/15 589/16
595/7 598/12 599/6 599/7 601/23
601/25 604/8 606/5 606/24 607/5
607/15 608/2 608/4 608/7 608/9 608/15
608/20 610/25 611/2 611/21 617/17
620/3 620/5 621/11 621/12 622/9
624/14 624/22 625/8 625/11 626/2
626/12 626/19 627/14 627/15 629/2
630/24 631/3 631/3 631/4 633/3 633/11
633/15 633/21 634/7 635/8 635/8
635/13 635/21 646/12 656/13 658/21
661/6 661/7 661/8 662/16 664/4 666/13
667/15 667/19 669/11 669/19 674/25
676/10 676/12 676/19 676/20 678/6
678/15
hadn't [1]  655/22
half [18]  476/1 479/19 480/9 480/12
480/20 485/22 485/25 522/7 522/8
524/6 538/13 541/11 542/4 553/13
553/16 606/6 627/10 679/17
hall [1]  675/25
halls [1]  677/4
halves [1]  480/8
Hampshire [2]  617/21 620/10
hand [2]  505/5 631/4
Handbook [2]  649/25 651/25
handle [5]  542/4 622/9 623/19 623/25
627/20
hands [1]  663/19
handy [1]  590/13
HANKEY [1]  467/8
happen [2]  520/6 646/12
happened [5]  537/14 538/4 588/6
627/16 647/18
happening [1]  495/11
happens [5]  488/10 488/11 596/22
639/5 639/11
happy [3]  537/17 562/21 562/22
Harbor [1]  620/9
hard [10]  507/13 507/14 527/9 541/16
560/24 560/24 560/25 561/4 596/19
632/17
hardiness [1]  546/13
HARIKLIA [3]  468/4 525/15 573/16
harm [23]  472/12 476/15 477/17 477/20
478/3 478/21 489/19 489/24 493/1
505/1 505/16 507/6 507/14 507/17
507/18 507/22 519/2 519/3 519/12
524/10 559/9 566/22 599/20
harmed [2]  505/17 507/16
harmful [6]  509/17 514/20 515/2 515/19
593/18 594/11
HARVEY [1]  467/10
has [63]  475/25 479/22 482/16 485/9
487/22 488/12 488/23 489/3 489/12
490/1 490/22 490/22 491/2 501/12
504/23 510/20 510/20 512/11 516/18
519/17 522/21 526/19 528/19 529/6
538/2 542/4 548/19 549/16 549/16
558/15 562/19 563/23 566/7 568/3
575/8 578/15 586/1 588/19 598/12
598/15 598/15 599/14 603/24 604/13
606/25 614/19 614/20 617/17 617/19
618/6 618/7 633/17 638/4 639/4 643/14
646/3 646/15 649/19 650/20 667/10
671/12 671/19 673/16

hasn't [5]  479/20 517/23 527/6 527/7
558/20
hatching [2]  506/20 507/17
have [277]
haven't [8]  526/20 531/10 532/14 551/14
558/1 601/25 614/8 676/18
having [9]  471/24 478/9 514/1 556/3
597/24 600/10 614/23 626/18 671/10
HB [1]  469/2
HB-275 [1]  469/2
he [149]  478/16 478/21 498/5 498/9
498/9 498/11 498/11 498/12 498/17
504/9 504/10 505/2 505/14 505/14
505/19 506/1 506/3 506/4 506/7 506/9
508/11 508/22 510/8 512/10 512/11
512/19 513/2 513/5 513/20 517/23
532/23 534/15 539/3 540/9 543/2 543/4
543/12 544/8 544/21 544/21 545/17
547/24 549/16 549/16 550/20 552/21
552/23 555/11 555/24 555/24 556/5
556/5 556/7 556/13 556/15 556/17
556/18 556/24 556/25 557/2 557/2
557/6 557/8 557/10 557/14 557/14
557/15 557/15 557/16 557/18 557/19
557/21 560/21 562/11 562/12 562/15
562/15 562/17 565/13 565/14 565/16
565/16 565/16 565/18 565/18 565/19
565/19 565/21 566/4 571/24 572/1
582/19 582/20 582/21 584/2 586/2
595/1 597/23 598/1 598/1 598/19 599/1
599/2 599/4 599/5 599/6 599/7 599/8
603/21 607/9 607/11 607/11 611/10
611/15 611/21 611/23 628/23 628/24
629/2 629/13 636/21 637/12 637/13
644/2 650/23 650/23 650/25 667/14
667/18 668/13 669/8 669/9 669/10
669/15 669/17 669/17 669/18 669/22
669/22 670/16 670/17 670/21 671/1
671/16 671/16 672/11 674/8 674/18
675/3
he's [44]  477/4 478/20 485/14 485/14
485/19 495/8 498/5 498/7 505/13
508/14 508/16 508/16 508/18 508/18
508/21 508/23 512/12 512/16 512/21
514/7 515/4 519/17 519/18 520/8
520/18 520/19 520/20 521/8 522/4
537/18 537/18 555/2 557/13 562/24
566/25 598/16 600/2 611/15 612/16
612/16 672/20 673/1 674/4 674/18
head [1]  675/21
headed [1]  671/25
headquarters [4]  607/15 608/2 624/3
627/13
health [2]  529/23 530/7
Healthy [1]  580/3
hear [7]  558/13 558/18 558/20 607/13
626/17 663/20 676/6
heard [3]  466/19 566/3 607/11
hearsay [1]  611/10
heart [28]  494/15 494/19 495/3 495/9
495/13 495/20 495/23 496/2 496/6
496/7 496/14 496/14 498/15 506/8
506/9 506/19 507/17 509/13 550/24
551/7 551/10 555/8 571/1 571/3 576/20
576/22 590/21 592/20
heartbeat [1]  495/24
heartbeats [1]  495/21
Hearts [1]  493/21
heavier [2]  482/19 560/12
heavy [2]  482/21 560/15
Heintz [4]  562/12 568/22 570/2 570/9
Heintz's [1]  570/14
held [2]  605/18 677/5

help [3]  594/24 619/1 663/19
helping [1]  495/23
helps [2]  561/23 647/20
her [1]  620/5
here [100]  473/25 476/9 478/14 481/18
483/22 486/22 492/15 494/17 495/5
495/14 495/23 497/2 497/6 498/2 498/6
499/2 499/16 499/25 500/20 501/13
502/13 503/2 504/11 504/12 506/3
506/10 506/22 513/19 516/9 517/20
517/24 518/3 518/8 518/9 518/14
518/16 519/17 519/20 520/1 520/20
521/11 521/14 523/7 523/14 523/25
524/4 524/18 527/18 529/25 530/9
530/23 537/10 540/8 540/14 541/4
541/13 541/14 541/19 542/18 549/21
550/10 550/13 550/22 552/13 552/17
554/4 556/23 561/9 566/9 566/24
567/12 573/25 574/10 576/8 576/14
576/17 580/2 585/23 586/21 587/21
587/21 589/22 590/20 591/7 592/17
593/25 594/1 619/5 630/21 630/23
633/8 643/19 644/2 646/20 646/25
663/24 668/23 668/23 671/6 674/7
here's [1]  587/12
hereby [1]  680/8
herring [12]  500/3 567/7 567/9 568/12
570/15 586/7 586/10 586/20 587/11
588/5 588/7 588/24
HEWAF [21]  510/8 510/15 510/16
511/20 512/8 556/18 559/22 559/24
560/2 560/5 562/16 563/12 563/20
563/23 563/24 564/7 564/13 564/25
570/24 574/18 574/23
hides [1]  478/21
Higgins [4]  554/5 554/7 554/9 554/10
high [15]  483/5 504/15 510/9 510/16
511/1 511/18 511/20 560/6 560/8
563/10 598/5 610/17 651/8 651/14
651/18
high-end [1]  483/5
high-energy [4]  510/9 511/18 511/20
560/8
high-quality [1]  563/10
higher [10]  485/9 497/23 497/24 503/10
521/18 549/24 549/25 551/5 572/9
598/4
highest [5]  482/6 501/21 523/23 565/1
565/8
highlighted [2]  519/12 653/16
him [12]  539/7 540/3 540/6 544/11
557/12 562/24 660/15 672/10 673/23
674/1 675/10 679/23
HIMMELHOCH [2]  467/5 679/6
hinder [1]  596/25
hire [1]  473/20
hired [3]  473/17 622/11 676/12
his [48]  478/20 498/8 503/21 505/11
508/17 510/7 512/11 512/17 512/21
514/8 515/4 544/8 546/15 551/15
551/22 552/21 556/2 556/13 556/22
557/3 557/19 559/24 562/3 565/7
585/11 585/24 598/16 598/22 598/23
598/25 599/2 606/3 611/12 611/16
611/22 628/19 629/1 629/5 630/6
637/14 644/19 652/1 667/24 668/1
671/13 674/1 674/8 675/3
history [2]  499/13 666/7
hitting [1]  484/14
hold [1]  602/14
HOLDINGS [1]  466/14
honest [3]  494/19 585/5 596/16
Honor [41]  471/9 471/22 476/23 477/3

Honor... [37] 491/4 492/2 492/6 492/15
493/19 525/1 525/12 537/14 539/3
539/5 545/17 562/18 573/4 573/14
586/1 586/4 588/25 590/6 591/24
593/10 600/2 600/8 600/16 611/8
612/11 616/5 616/11 641/3 644/18
660/14 660/18 668/14 668/18 668/24
673/6 673/23 674/14
HONORABLE [1] 466/19
hopefully [1] 543/8
HORIZON [75] 466/4 472/12 476/16
477/17 477/19 478/7 479/9 480/18
482/22 483/4 489/21 491/5 491/7
491/12 492/7 492/25 493/20 493/24
494/2 494/5 496/23 500/7 500/17
501/15 508/13 525/21 525/22 526/11
526/12 554/16 575/14 579/18 582/21
588/5 610/6 612/2 612/3 617/5 617/9
618/16 618/18 618/25 620/12 624/8
624/13 624/24 627/1 627/17 628/25
629/3 629/12 630/12 632/1 632/12
637/6 639/23 641/12 641/19 642/14
642/18 643/20 647/4 647/13 647/23
649/7 651/9 651/15 652/21 655/9
656/11 657/23 659/8 661/25 662/10
675/2
Horizon's [1] 660/23
hospital [1] 496/13
Houma [7] 604/25 612/7 626/9 626/16
635/12 635/14 644/24
hour [1] 679/17
hours [2] 498/5 498/14
house [1] 606/18
housing [1] 657/8
Houston [2] 626/24 630/5
hovered [1] 589/14
how [63] 472/19 473/13 481/13 482/21
483/3 484/24 485/13 509/19 511/19
513/6 513/22 521/5 532/1 535/21 546/9
560/17 561/12 562/9 562/14 562/16
564/18 569/13 573/1 584/10 592/1
594/9 595/2 602/25 604/10 606/24
607/12 609/4 609/7 613/23 615/18
615/19 619/16 621/4 622/9 622/13
628/9 628/14 630/9 634/3 636/7 637/11
638/2 639/2 639/21 649/25 640/3 667/3
670/3 670/11 672/18 673/2 673/12
674/3 674/4 675/19 677/23 678/3
679/20
however [5] 505/1 516/13 580/9 585/18
653/17
huge [2] 487/22 633/11
huh [1] 563/21
human [3] 486/24 529/23 530/6
humans [1] 487/23
hundred [1] 597/14
hundreds [2] 509/20 624/1
Hunter [3] 629/22 630/2 630/6
hydrocarbon [2] 480/15 491/11
hydrocarbons [3] 491/14 535/1 568/11
hyperplasia [3] 505/2 505/8 507/18
hypothesis [1] 578/18

I

I'd [24] 475/16 475/19 480/1 485/22
489/5 489/18 494/8 502/7 502/7 503/20
508/25 510/3 510/11 517/12 519/10
537/8 537/24 538/6 555/16 565/19
571/13 594/4 602/13 640/8
I'll [24] 471/10 480/12 481/5 485/19
486/7 489/8 495/21 497/4 515/8 559/21

563/2 577/25 577/25 578/20 581/13
586/3 586/11 591/8 591/11 591/12
660/17 672/3 672/4
I'm [90] 473/24 476/5 478/9 478/11
495/16 496/13 524/7 525/3 525/4
526/18 528/6 529/3 530/18 531/10
531/11 532/17 533/12 533/22 534/1
534/6 536/10 537/17 538/14 539/2
540/7 540/13 545/25 546/20 546/25
548/1 549/4 550/2 551/4 551/14 553/10
553/14 554/6 555/16 556/1 556/25
558/14 561/10 562/21 562/22 564/9
567/25 568/12 572/15 572/16 572/16
572/17 572/22 573/2 573/21 574/7
577/24 578/22 579/11 582/5 583/3
585/18 586/12 591/22 594/18 598/9
602/1 602/5 602/24 611/9 612/22
613/16 614/22 631/24 641/15 659/4
659/16 665/19 668/25 669/15 670/7
671/15 671/25 672/1 673/21 674/11
676/8 678/3 678/14 679/15 679/16
I've [23] 474/4 474/12 474/16 481/18
493/3 511/16 518/8 522/8 526/15
527/21 528/1 533/16 539/25 548/5
548/7 572/23 586/19 589/2 601/22
605/3 628/19 635/3 658/1
IATAP [2] 612/8 626/5
ICCOPR [2] 618/2 619/13
ice [2] 663/23 664/8
ICS [5] 608/3 623/11 623/13 624/7
624/15
idea [12] 560/17 561/18 562/4 562/5
562/7 562/8 572/25 595/9 607/11
625/10 625/13 638/19
ideal [3] 564/16 565/20 597/7
ideas [14] 625/25 626/14 627/6 627/10
627/13 627/19 627/20 628/12 629/2
629/6 629/8 662/17 663/18 663/19
identical [3] 545/5 545/13 610/7
identified [21] 477/8 482/20 492/16
518/4 522/5 522/14 522/15 522/16
524/13 540/8 540/18 542/13 542/22
543/1 543/20 544/7 544/12 566/19
571/18 589/24 651/24
identify [4] 590/15 643/22 656/14 662/23
ignored [1] 517/20
ignores [1] 478/17
II [1] 627/3
III [1] 627/4
Illinois [1] 468/6
illustrate [1] 619/1
illustrating [2] 484/24 640/12
image [1] 631/2
immediately [1] 656/1
impact [15] 487/22 496/13 498/2 581/20
581/24 588/6 589/25 632/13 634/3
634/8 636/8 653/1 654/14 664/10
673/14
impacted [7] 506/19 520/5 576/21
579/17 581/21 581/23 654/19
impacting [1] 653/19
impacts [7] 493/20 571/6 588/10 588/10
653/9 654/2 659/22
impairment [1] 576/6
Impairs [2] 493/24 575/14
imperfectness [1] 565/4
impinging [1] 504/13
implementation [1] 608/3
implemented [2] 607/4 627/8
implementing [1] 606/15
importance [1] 483/15
important [15] 480/16 488/19 493/11
496/2 504/1 508/9 521/3 526/8 564/11

564/17 576/8 576/17 596/17 655/15
importantly [5] 473/24 491/1 517/3
525/20 525/25
impression [2] 521/7 521/21
improve [4] 603/17 626/15 628/14
663/19
improved [1] 601/6
improvement [2] 643/13 664/11
improvements [2] 661/8 663/22
in-depth [1] 558/2
in-house [1] 606/18
in-situ [16] 620/25 638/15 638/25 652/5
652/16 652/19 653/3 654/5 654/8
654/17 661/4 661/10 661/14 661/18
666/17 669/12
inappropriately [2] 508/22 517/11
INC [4] 466/11 466/15 466/15 468/2
Incardona [56] 476/10 493/12 493/20
495/8 497/3 498/7 500/12 501/12 503/3
506/7 508/15 510/6 512/8 515/1 523/11
524/3 542/24 543/7 543/8 543/21 544/6
544/6 544/13 544/19 546/15 550/1
550/20 552/10 552/20 554/22 554/25
555/15 555/23 556/2 556/9 556/14
556/21 559/24 560/8 561/17 561/24
562/2 563/20 565/11 566/2 566/8 571/5
571/20 572/5 574/16 574/19 574/22
596/12 596/22 597/21 598/24
Incardona's [16] 547/22 548/24 549/4
549/19 553/10 560/18 561/19 562/14
563/5 564/25 565/7 565/24 570/18
575/8 596/10 596/13
incident [15] 607/2 608/5 612/7 612/9
623/10 623/20 626/3 640/10 643/4
646/12 649/25 651/25 654/17 656/19
659/8
incidents [1] 623/4
include [4] 490/11 610/8 625/19 646/23
included [15] 522/4 570/9 570/12 606/20
611/4 613/23 614/1 619/18 632/4 637/2
637/12 637/13 662/16 665/4 667/23
includes [1] 609/25
including [13] 511/18 534/7 537/11
540/3 566/8 576/14 580/4 616/1 616/6
644/9 646/24 656/20 660/24
inconsistent [1] 479/23
increase [4] 484/2 504/21 505/6 604/15
increased [2] 663/9 663/11
increases [1] 488/14
increasing [2] 515/15 596/21
increasingly [1] 596/21
inculcate [1] 607/17
independent [2] 580/13 643/12
indeterminate [1] 530/25
indicate [5] 505/1 541/14 541/15 551/7
557/21
indicated [4] 506/25 535/5 536/2 539/15
indicates [7] 506/5 506/13 507/13 550/1
575/25 589/13 589/13
indication [1] 505/16
indicators [1] 507/5
individual [2] 513/10 535/4
indulgence [1] 589/4
industries [1] 629/8
industry [5] 607/18 618/13 626/13 637/1
678/6
inflamed [1] 505/8
inform [8] 619/16 621/4 622/13 628/9
630/9 638/2 639/2 639/21
information [21] 479/3 479/5 479/11
490/9 517/3 527/20 563/5 565/23 566/7
568/22 587/1 619/16 622/13 622/15

**I**

information... [7] 628/9 630/9 632/2 638/2 639/21 645/13 649/2
infrastructure [1] 576/16
ingested [1] 482/15
inhabited [1] 639/20
initial [2] 565/8 605/21
initially [1] 620/9
initiate [1] 473/17
Initiative [1] 659/11
injury [2] 527/1 553/14
inland [2] 605/5 605/5
innovation [1] 616/17
innovations [3] 628/24 661/3 661/5
innovative [2] 617/4 661/1
inserted [4] 510/14 511/3 512/6 513/3
inside [3] 488/11 520/2 532/3
instance [1] 563/22
instead [2] 550/18 604/3
instructions [1] 559/8
intend [1] 616/2
intended [3] 515/20 515/22 557/9
intensity [1] 555/11
interact [1] 676/6
Interagency [4] 612/8 618/2 619/6 626/5
interested [2] 592/15 592/16
interests [1] 599/14
interject [2] 671/6 671/8
intermediate [3] 511/9 523/16 541/20
International [1] 604/22 605/3
Internet [1] 627/17
interplay [1] 486/6
interpret [1] 538/16
interpretation [2] 521/8 523/20
interrogative [1] 614/11
interrogations [1] 670/10
interrogatory [1] 668/6
interrupt [1] 611/8
interrupting [1] 611/19
intervention [1] 667/1
interviewed [2] 648/10 648/17
introduce [1] 600/21
invented [1] 629/5
invertebrates [2] 504/24 509/23
invest [1] 603/17
invested [1] 604/2
investigation [4] 472/19 517/23 525/22 526/12
investment [1] 603/22
invited [1] 620/8
involved [15] 500/10 509/3 610/5 612/3 620/4 635/5 635/9 636/6 642/14 642/19 648/11 648/18 661/10 661/23 675/13
is [521]
ISB [1] 654/11
island [5] 504/11 608/11 611/6 611/11 611/24
islands [1] 608/9
Isle [1] 633/13
isn't [5] 557/19 591/8 595/14 657/18 662/6
ISPR [11] 643/12 643/14 643/20 644/8 645/9 645/12 646/4 646/7 653/25 653/25 654/7
Israel [1] 536/16
issue [11] 514/18 537/16 577/2 599/17 606/24 626/2 642/24 649/5 650/25 651/22 666/12
issued [6] 526/1 529/13 533/20 536/10 537/1 537/5
issues [7] 576/16 578/8 597/3 598/19 599/14 626/20 636/15
issuing [2] 536/20 536/22
it's [159] 480/23 481/1 481/15 482/15 482/16 483/10 484/5 484/14 484/22 485/20 486/24 487/6 487/18 488/10 488/22 489/2 489/15 491/18 492/4 492/6 492/20 494/14 494/22 494/23 495/3 495/3 495/5 495/14 496/11 496/13 496/23 501/3 503/13 504/15 507/3 507/12 507/13 507/14 509/9 509/13 514/4 515/18 515/18 515/19 515/19 515/22 515/25 517/17 517/19 518/7 518/13 518/14 518/16 518/16 521/14 522/15 524/11 524/11 527/9 534/12 537/16 537/17 538/14 538/16 541/10 541/15 542/3 542/7 544/3 547/19 548/5 548/5 548/6 549/16 549/16 550/9 554/11 554/11 554/13 560/12 560/24 560/24 560/25 561/4 562/8 562/22 564/17 564/20 567/15 571/17 576/20 577/7 577/10 577/15 578/10 584/7 586/17 587/8 587/19 589/14 589/16 592/4 593/7 593/10 593/10 594/6 594/23 595/17 595/24 596/16 597/1 597/15 597/17 597/25 600/23 610/7 611/6 612/17 618/11 619/5 620/15 623/23 623/23 623/24 627/2 630/2 631/9 631/14 631/17 631/19 631/20 631/25 633/9 636/25 636/25 637/20 640/23 642/18 642/22 643/15 643/15 647/1 647/18 648/8 652/8 657/18 658/17 659/4 660/14 665/17 667/10 670/9 671/6 673/6 673/7 673/8 674/18 675/20 679/3
item [2] 508/18 568/17
items [1] 644/3
its [19] 471/7 483/14 534/7 563/12 564/4 600/6 604/7 606/17 611/14 617/25 620/13 624/4 624/5 631/17 641/11 641/18 646/7 653/1 656/1
itself [2] 496/9 606/18
Ixtoc [2] 473/23 473/24

**J**

Jackson [3] 472/25 477/13 491/24
JAKOLA [1] 468/5
JAMES [1] 468/23
January [9] 466/7 471/2 537/6 537/12 537/22 603/2 615/4 615/7 643/6
January 11 [1] 643/6
January 19th [1] 615/4
January 19th is [1] 615/7
Japanese [1] 500/4
JARRETT [1] 468/13
Jarrett's [1] 595/1
jaw [1] 555/9
Jersey [1] 608/21
job [6] 473/20 557/24 557/25 584/6 584/6 584/7
Jodi [5] 469/2 469/4 680/6 680/14 680/14
joined [1] 605/22
joining [1] 605/7
Joint [3] 490/20 491/5 522/9
JUDGE [5] 466/20 595/3 668/21 669/19 675/4
Judge Barbier [1] 668/21
Judge Barbier's [1] 669/19
JUDY [1] 467/10
July [8] 502/20 502/24 503/12 519/22 523/14 523/22 524/1 524/8
July 2012 [1] 519/22
June [8] 502/20 502/23 503/9 523/14
just [111] 473/18 474/11 478/13 481/21 482/14 483/1 483/18 483/20 485/8 487/18 489/5 489/15 489/15 497/18 499/17 500/9 503/2 503/7 504/14 504/16 505/13 506/23 506/25 507/1 507/2 512/16 514/9 517/19 518/16 519/7 519/23 520/10 520/17 522/6 523/15 524/11 528/7 528/11 536/7 539/2 539/5 539/14 539/22 540/16 547/8 554/17 558/1 559/15 561/10 562/13 562/24 565/19 568/18 573/15 574/16 576/17 581/17 584/8 584/10 587/19 587/22 587/25 588/17 589/11 590/8 591/3 591/5 594/2 594/4 595/13 596/11 596/11 603/20 605/16 611/15 615/1 615/10 616/23 620/14 624/7 633/1 634/15 636/10 637/16 639/25 646/12 646/13 646/14 647/19 650/14 651/22 652/6 655/1 657/3 657/21 658/19 663/13 668/19 668/25 669/16 671/16 671/22 672/3 672/10 672/20 673/1 673/25 674/11 674/23 675/4 679/5
Justice [2] 467/4 467/14
justification [1] 633/21
juvenile [6] 488/23 489/12 489/17 493/23 498/10 575/14
juveniles [1] 510/1

**K**

Kanner [2] 467/20 467/21
KARIS [7] 468/4 524/25 525/15 573/1 573/13 573/16 590/8
KATRINE [1] 468/5
keep [1] 652/9
keeping [3] 652/14 655/4 670/7
KEITH [1] 468/13
Kent [1] 473/5
key [11] 477/10 477/16 480/3 502/12 502/13 533/20 534/3 534/7 534/19 534/22 535/10
kicked [1] 516/18
killed [1] 490/8
killifish [8] 493/13 494/6 503/25 504/7 504/14 504/20 505/23 506/3
kilometers [6] 522/16 535/18 579/13 579/18 580/4 582/7
KIMBERLY [1] 468/9
kind [14] 489/11 494/19 498/15 505/4 509/2 513/25 514/4 597/20 604/13 607/24 626/12 633/23 634/1 636/25
kinds [1] 496/16
KING [1] 467/8
Kinner [1] 620/4
KIRBY [2] 468/19 601/24
Kirkland [2] 468/3 468/8
knew [6] 547/11 565/16 582/6 635/22 662/5 676/19
know [110] 471/16 471/19 501/12 507/14 511/23 513/6 523/8 527/8 527/10 528/11 537/10 538/4 546/9 546/18 547/3 547/6 547/14 547/15 547/20 548/7 550/9 551/16 551/17 551/18 551/19 551/23 553/7 553/11 555/1 555/4 555/24 556/14 556/20 557/8 557/16 559/3 559/17 559/20 560/20 561/12 561/15 562/1 562/10 562/10 562/12 562/12 562/14 564/21 566/4 566/6 572/2 572/10 572/21 576/16 576/17 576/19 576/24 576/25 577/19 577/22 578/1 578/2 578/4 578/8

**K**

know... [46]  582/2 582/7 582/11 583/15 583/16 583/16 583/20 584/3 585/20 587/6 587/8 587/25 588/2 588/3 588/6 588/8 588/9 588/13 591/6 592/20 593/10 599/11 609/12 614/24 618/6 633/20 635/13 644/17 661/13 662/2 662/4 663/21 664/10 667/9 668/20 671/16 672/19 673/2 673/13 673/14 673/21 673/22 675/7 675/15 676/18 677/17
knowledge [7]  558/1 575/10 583/6 598/14 599/19 644/16 661/17
known [2]  555/3 669/25
KRAUS [1]  467/21
Kuroshima [1]  474/5
KY [1]  468/19

**L**

lab [7]  479/13 499/20 505/22 506/2 513/21 513/25 661/7
labeled [1]  494/20
laboratories [1]  560/25
laboratory [12]  473/11 473/12 509/5 509/7 560/25 561/4 561/4 569/7 571/8 597/11 598/16 598/16
labs [1]  500/3
lack [2]  489/8 575/20
laed.uscourts.gov [1]  469/4
Lakes [2]  610/19 610/21
lamellae [1]  505/6
Landry [2]  608/14 608/15
lands [1]  504/13
LANGAN [1]  468/3
large [27]  473/19 479/18 484/7 493/21 494/18 495/14 498/20 510/7 519/18 521/10 528/19 538/14 538/15 538/18 606/25 622/5 622/5 623/1 623/16 624/15 635/3 636/13 653/4 654/9 654/12 657/2 657/5
large-scale [3]  473/19 657/2 657/5
larger [7]  482/11 484/23 485/6 485/10 485/18 627/20 673/10
largest [2]  482/5 675/13
larva [6]  488/12 488/20 489/3 548/7 548/8 549/3
LaSalle [1]  468/6
laser [4]  604/5 629/14 630/23 631/6
last [13]  471/21 480/24 500/11 506/22 506/23 513/16 577/15 614/5 622/24 640/21 644/7 645/5 674/16
lasted [1]  498/13
lastly [2]  508/23 520/8
late [6]  555/4 609/11 612/17 624/4 668/16 671/7
later [12]  473/23 474/1 474/17 492/2 492/6 498/17 498/18 506/24 579/16 587/14 624/5 672/4
LAURA [1]  467/16
law [1]  595/6
LAWRENCE [1]  467/16
layers [1]  517/6
LC [1]  593/24
LC50 [6]  592/20 590/9 590/12 590/19 592/4 593/7
LC50s [1]  592/18
lead [4]  487/18 566/25 580/16 624/19
leaders [1]  661/23
leads [1]  487/1
leak [2]  482/9 482/25
learned [3]  621/8 628/8 661/24
Learnings [1]  629/21

lease [1]  582/10
LEASON... [46]  582/14
least [8]  486/16 488/15 498/16 509/20 524/8 570/8 599/25 644/25
leaves [1]  639/13
led [1]  626/22
left [10]  481/18 490/20 496/25 497/2 497/7 503/1 607/5 607/15 608/14 614/4
legally [1]  511/11
length [2]  488/8 543/8
lengthy [1]  475/24
less [8]  514/9 515/19 520/18 534/23 553/23 585/13 589/16 590/1
lessons [3]  621/8 628/7 661/24
let [16]  495/25 498/2 534/1 539/7 558/19 559/2 593/4 593/4 641/10 641/17 647/19 648/14 657/21 663/13 671/6 672/2
let's [38]  477/5 480/5 481/12 486/8 494/10 495/12 495/12 495/23 503/7 519/20 520/1 520/10 520/12 529/2 531/16 533/23 534/19 538/7 543/22 549/4 566/12 568/6 573/6 575/3 578/13 586/14 596/18 612/19 616/16 643/17 647/2 649/4 654/5 655/1 656/8 664/12 669/16 679/5
lethal [1]  593/24
level [28]  472/20 472/21 489/10 490/3 496/13 503/14 503/15 517/10 523/16 530/1 542/4 542/7 545/13 545/23 545/23 546/4 546/8 549/22 551/12 553/9 553/14 583/1 587/21 592/11 594/20 595/14 594/21 595/19 597/6 610/17
Lewis [2]  468/12 468/22
Liability [1]  660/1
liable [1]  599/15
life [19]  476/25 486/6 487/21 487/22 489/6 489/7 496/11 509/25 517/1 529/24 530/7 530/10 530/15 531/13 531/21 534/25 568/12 569/16 599/20
lift [1]  558/6
light [2]  488/24 510/23
lighter [1]  639/12
like [51]  475/16 475/19 480/1 481/2 481/3 485/22 489/5 489/11 489/18 494/8 502/7 502/7 503/20 507/19 508/25 510/3 510/11 517/12 519/10 525/1 528/4 528/4 551/5 562/23 562/23 563/18 572/22 572/25 574/16 577/12 583/17 589/3 590/22 591/18 593/22 594/4 597/14 602/13 604/8 608/7 620/6 628/20 631/2 631/9 631/11 659/12 663/23 668/1 674/5 678/9 678/19
liked [1]  528/3
likely [3]  582/24 585/14 633/24
liken [1]  631/19
likewise [1]  574/25
limitation [1]  516/20
limitations [2]  516/2 516/6
limited [7]  516/22 516/23 516/24 516/24 517/1 517/3 604/2
line [12]  518/8 577/8 577/14 577/15 589/12 589/13 590/2 590/9 591/8 591/8 647/21 648/15
lines [3]  471/20 561/22 676/8
link [1]  631/18
liquids [1]  615/17
Liskow [1]  468/12

list [7]  554/7 555/17 568/17 574/10 575/17 575/22 575/23
listed [10]  510/4 513/18 553/22 555/19 572/4 573/20 604/23 630/11 630/22 664/18
listening [1]  558/9
lists [3]  628/20 629/13 632/5
liter [7]  553/18 553/24 554/21 569/11 570/4 570/25 574/18
literally [1]  629/7
literature [24]  499/13 508/12 526/4 526/9 532/18 533/7 533/10 533/15 533/16 534/9 534/13 534/14 535/23 540/4 542/17 544/5 552/4 554/2 554/13 555/12 568/4 570/17 637/20 638/18
literatures [1]  566/14
litigation [2]  597/11 636/19
litigative [2]  597/8 599/14
little [36]  473/14 478/9 478/13 481/5 483/10 497/23 500/23 500/25 503/10 503/10 506/14 507/13 508/3 510/24 511/5 520/18 524/5 525/7 528/2 547/18 547/18 572/8 572/9 596/16 606/5 634/7 637/24 638/24 647/3 652/5 655/8 658/7 658/25 659/4 660/20 675/21
live [5]  505/11 544/16 546/22 552/14 567/9
liver [7]  488/25 489/2 489/6 489/9 489/11 489/13 489/14
lives [4]  544/18 546/20 546/21 546/22
LLC [2]  466/13 466/14
LLOYD'S [1]  466/16
local [2]  606/21 636/2
locals [1]  636/5
located [2]  582/4 582/10
location [8]  476/2 520/10 528/10 539/15 539/20 540/15 541/1 664/7
logistics [6]  656/9 656/11 656/20 657/6 657/9 678/22
London [1]  626/10
long [14]  473/13 474/6 474/19 485/21 543/8 599/20 602/25 605/23 609/10 624/19 624/19 624/19 631/15 632/19
long-term [3]  474/6 474/19 599/20
longer [5]  487/14 487/19 525/7 614/15 635/24
look [69]  472/11 478/15 487/23 495/12 495/12 497/18 501/7 502/1 503/7 503/13 503/14 507/5 518/1 519/7 519/10 520/2 520/10 520/17 521/5 521/23 523/5 523/24 524/4 530/9 531/16 533/23 534/19 537/8 538/7 545/14 549/4 555/6 555/6 558/12 558/15 568/20 570/21 572/19 572/25 578/22 579/21 581/4 585/1 585/8 591/7 592/18 596/19 607/2 611/6 622/24 623/5 633/6 634/5 640/24 643/15 643/15 643/17 644/9 645/5 647/2 649/4 650/17 654/5 656/8 657/21 662/19 669/2 669/3 678/9
looked [19]  501/14 508/5 514/15 514/16 519/7 533/15 535/24 542/18 582/12 582/18 583/17 604/7 608/6 637/24 638/24 640/21 649/15 650/2 663/23
looking [44]  484/17 495/9 497/7 499/17 505/2 507/9 509/14 509/15 509/15 520/17 523/7 534/12 555/8 555/9 555/11 555/11 568/18 572/22 576/11 578/23 581/17 582/3 584/17 585/5 591/25 592/14 592/18 593/5 593/24 595/15 603/16 604/10 619/5 620/22 621/19 627/23 629/19 630/21 632/24 633/5 637/23 646/20 649/5 653/25

## L

looks [10]  494/19 572/22 577/12 589/3 631/2 631/9 631/10 664/4 668/1 670/23
Los [1]  468/24
losing [1]  679/16
loss [1]  597/4
lost [4]  565/2 565/18 587/18 678/15
lot [37]  473/21 474/6 474/13 479/12 481/15 483/6 483/11 486/10 498/6 510/16 510/20 511/2 512/3 512/5 513/4 519/7 521/19 554/24 575/6 588/17 596/10 597/16 604/1 604/13 618/7 618/8 618/11 618/11 618/13 630/13 633/1 635/18 636/14 647/14 652/25 662/16 663/16
LOTTERMAN [1]  468/19
LOUISIANA [8]  466/2 466/6 467/20 467/23 468/15 469/3 504/11 680/8
low [14]  497/22 498/1 499/14 500/5 501/16 519/5 568/10 569/10 569/15 572/7 572/8 585/12 588/11 599/7
lower [9]  481/21 482/20 482/24 519/6 521/11 522/7 522/8 524/5 572/9
lowest [2]  497/20 515/2
LP [1]  466/12
LTD [1]  466/16

## M

M-I SWACO [1]  633/11
Macondo [5]  500/12 501/6 501/15 580/4 582/25
made [30]  489/4 533/19 534/22 536/20 536/22 537/22 538/22 540/21 541/23 546/1 546/13 555/2 571/11 575/20 607/14 615/20 633/19 635/25 646/25 655/11 657/2 657/5 660/13 661/9 662/20 667/15 667/19 669/8 670/7 672/1
Mager [20]  493/12 493/23 497/4 498/3 500/12 503/3 503/5 503/17 506/8 508/15 510/6 523/11 574/11 574/11 574/16 574/19 575/13 575/19 576/5 577/23
Mager's [2]  574/25 575/4
magnitude [5]  488/1 488/5 488/15 488/16 634/1
mahi [14]  493/25 493/25 497/4 497/4 498/3 498/3 503/5 503/5 524/19 524/19 575/15 575/15 577/23 577/23
mahi-mahi [7]  493/25 497/4 498/3 503/5 524/19 575/15 577/23
mahimahi [1]  503/18
mail [3]  627/14 627/15 627/15
main [1]  595/16
maintained [3]  576/1 576/5 618/22
major [8]  481/1 486/18 607/16 608/5 623/15 643/11 645/17 678/8
majority [1]  658/20
make [9]  551/9 592/25 607/20 611/17 622/8 639/19 657/21 672/2 678/12
makes [4]  488/9 488/14 488/18 636/9
making [7]  512/16 512/21 607/14 607/23 662/23 671/10 674/11
MALINDA [1]  467/16
manage [3]  606/25 607/10 623/17
managed [3]  626/23 657/9 661/19
management [6]  617/16 617/16 625/7 646/24 649/25 651/25
manager [2]  607/2 630/5
mandated [2]  624/3 624/5
manipulate [1]  542/7
manpower [1]  657/23

manual [1]  620/25 621/10 639/1 639/2
many [17]  478/2 483/8 486/10 490/1 507/14 509/19 516/25 520/15 521/5 562/9 562/14 586/21 634/21 646/23 651/8 657/17 675/19
map [2]  521/9 521/14
mapping [1]  519/20
maps [1]  479/14
March [4]  585/15 620/12 620/24 621/7
March 2013 [1]  620/24
marginal [5]  661/5 661/9 663/5 663/8 664/11
marine [11]  476/25 582/20 602/15 602/17 603/9 605/23 606/4 606/10 607/18 608/18 609/16
maritime [1]  610/4
mark [10]  468/5 539/25 567/1 590/16 591/11 595/16 600/10 600/14 600/23 612/12
Marsh [1]  494/3
marshal [1]  616/10
marshes [2]  652/10 652/11
Mason [2]  679/8 679/19
mass [3]  485/9 513/9 513/11
Master's [2]  473/3 602/17
match [1]  540/24
matched [1]  557/6
matches [1]  512/18
matching [1]  538/18
material [2]  638/16 638/17
materials [3]  525/19 555/20 677/2
math [6]  671/21 671/21 672/13 673/1 673/20 675/20
matter [12]  476/21 483/6 484/6 512/11 514/4 561/6 598/24 616/3 642/13 667/9 677/24 680/11
matters [1]  546/6
MATTHEW [1]  468/4
may [42]  471/7 486/16 486/25 489/14 496/10 498/24 500/25 502/20 502/23 503/7 503/16 519/21 521/2 521/3 521/14 523/14 523/21 523/25 524/6 524/18 525/12 541/13 541/19 548/11 554/6 557/10 573/13 585/6 600/16 606/25 625/25 632/24 641/3 643/1 658/3 668/14 669/16 672/4 674/3 674/14 676/21 676/25
May 23rd [1]  676/25
maybe [15]  495/4 520/12 520/12 521/9 523/9 547/18 547/18 555/4 555/10 561/6 611/17 627/10 628/6 635/4 668/22
MAYBERRY [1]  467/16
MC252 [9]  491/7 500/10 501/7 530/25 531/6 532/3 535/6 535/14 535/18
MC344 [4]  582/10 582/13 583/11 583/14
McCutchen [1]  468/18
MCKINNEY [1]  467/22
MD [1]  466/4
me [60]  471/16 481/20 482/2 493/18 495/25 497/12 498/2 507/16 517/9 520/20 522/7 525/1 525/4 526/10 527/9 534/1 543/11 544/24 546/24 548/12 552/10 554/19 556/22 557/24 558/19 559/2 560/24 561/3 563/4 563/24 564/11 566/10 572/2 572/19 574/12 582/24 585/13 586/12 589/19 590/9 591/5 593/4 593/4 595/7 601/19 608/7 611/6 611/21 617/7 620/8 641/10 641/17 647/19 648/14 648/23 657/21 663/13 671/6 679/5 679/5
mean [20]  484/9 492/20 514/22 528/9

546/22 556/5 557/19 559/3 565/20 587/15 588/15 592/13 592/13 593/7 593/9 594/4 611/8 636/4 658/14 663/8
meaning [9]  480/9 482/6 484/1 487/13 501/14 505/21 520/1 523/11 547/24
means [19]  481/10 482/1 482/12 486/14 504/20 504/22 505/3 506/17 506/23 507/1 510/13 510/16 531/9 531/11 582/24 590/9 590/10 590/24 591/23
meant [5]  554/11 554/12 554/15 563/17 596/3
measure [2]  565/19 591/16
measured [5]  565/19 565/21 565/22 597/10 615/17
measurement [1]  591/20
measurements [3]  520/4 564/14 575/20
measuring [3]  509/13 517/4 591/17
mechanical [3]  469/8 602/18 637/4
mechanically [2]  634/23 640/2
mechanics [1]  618/14
mechanism [5]  485/20 516/9 516/10 571/9 588/12
mechanisms [10]  483/3 486/6 486/9 486/10 486/18 516/15 516/16 517/4 517/18 624/17
medaka [1]  500/4
meet [1]  641/24
meetings [4]  609/12 626/17 661/13 676/1
meets [1]  596/23
members [3]  642/2 642/15 642/20
membrane [1]  504/24
membranes [3]  482/7 486/12 486/22
mention [2]  638/4 645/18
mentioned [13]  487/8 503/19 545/14 564/21 579/3 590/9 594/13 598/12 608/25 609/7 628/23 651/18 665/8
mentions [1]  518/20
mere [1]  578/19
merit [2]  598/22 645/18
messed [2]  497/18 497/20
Messrs. [1]  630/4
Messrs. Cortez [1]  630/4
met [3]  641/11 641/18 641/22
meters [19]  488/21 490/5 502/22 502/23 502/24 503/11 520/12 520/12 521/6 521/12 521/15 523/13 523/15 523/17 523/19 523/24 524/2 524/20 582/8
method [24]  508/19 510/8 510/10 510/18 510/20 510/22 511/4 511/11 512/1 513/4 514/12 556/19 560/5 560/8 561/13 563/14 564/9 567/12 567/14 567/21 567/23 570/24 574/23 627/6
methodologies [1]  508/19
methodology [8]  478/25 509/1 559/24 563/23 574/18 650/21 651/4 651/4
methods [9]  510/3 510/5 511/14 511/16 511/22 512/24 512/25 561/5 675/3
MEXICO [21]  466/5 489/21 544/16 544/20 546/14 546/21 546/23 547/5 552/15 562/1 562/7 567/10 567/24 571/21 574/4 578/15 623/5 623/8 653/20 659/11 665/12
MICHAEL [2]  467/11 629/21
Michigan [1]  602/19
microbial [1]  507/3
microgram [2]  569/11 570/4
microgram-per-liter [1]  569/11
micrograms [5]  553/18 553/24 554/21 570/25 574/17
microphone [3]  478/8 558/6 679/8
mid [1]  631/8
mid-2000s [1]  631/8

middle [2] 518/8 664/4
might [16] 487/13 488/24 514/9 516/14
523/6 545/13 549/11 566/21 604/4
610/2 623/16 623/25 632/25 635/20
651/12 654/19
MIKE [4] 468/9 630/2 630/5 641/7
mild [2] 552/25 553/3
miles [1] 664/5
million [15] 476/1 479/19 524/2 538/13
541/11 542/4 592/21 599/15 659/11
668/6 670/1 670/10 670/22 672/20
672/21
millions [1] 653/18
mimic [3] 511/25 561/5 567/25
mimicked [3] 512/13 512/14 513/5
mimicking [1] 513/6
mind [2] 524/9 555/21
mine [3] 474/17 524/17 674/9
Minerals [2] 617/16 625/7
minimal [2] 584/11 584/12
minimizing [1] 653/1
minimum [2] 597/24 598/1
minnows [1] 500/4
minute [2] 573/6 658/19
minutes [2] 573/5 644/8
miscalculations [1] 538/10
mischaracterized [1] 541/2
misidentified [4] 476/11 542/25 543/15
571/14
mislabeled [1] 571/14
mismatched [2] 476/2 539/16
mismatching [3] 540/15 540/18 541/17
missing [4] 563/4 565/23 566/7 588/9
missions [2] 603/8 603/10
mistake [3] 540/17 667/15 667/19
mistakes [4] 536/11 537/5 541/3 541/4
mix [2] 511/16 561/7
mixed [3] 509/11 556/17 556/18
mixing [12] 508/19 510/10 510/17
510/18 510/20 510/21 511/11 511/14
511/22 512/1 512/24 561/5
mixture [1] 560/3
Mobile [1] 631/5
mobilization [1] 651/15
mobilizing [1] 656/2
model [5] 515/4 515/7 517/12 517/15
519/2
modeled [1] 515/4
modeling [3] 515/12 516/8 516/21
modular [1] 623/24
MOEX [1] 466/13
molecular [2] 481/25 494/4
molecule [6] 488/9 488/12 488/13
488/17 488/25 489/3
money [3] 588/17 659/14 659/17
monies [1] 659/1
monitor [1] 631/22
monitoring [4] 529/6 665/18 665/22
665/24
Montagna [1] 491/21
month [8] 498/10 502/20 503/7 521/3
523/8 523/14 524/18 620/12
months [5] 477/25 502/25 521/13
522/10 523/21
more [60] 474/7 478/5 480/23 481/6
482/12 482/13 482/20 483/7 483/11
483/19 484/18 485/12 487/24 488/1
488/4 488/9 488/18 489/4 489/7 494/8
498/6 508/3 508/14 521/19 521/21
526/14 528/4 528/5 534/10 537/5
537/11 538/12 547/1 560/13 563/25

570/3 573/1 582/24 590/18 592/3 592/5
592/20 603/19 624/3 632/22 647/8
624/3 624/3 633/19 635/25 648/10
648/17 649/10 657/8 661/19 668/19
674/23 675/4 678/2 679/17
Morgan [1] 468/22
morning [3] 661/13 679/16 680/1
morphology [1] 543/25
mortalities [1] 587/21
mortality [24] 480/7 486/16 518/11
518/11 518/13 518/14 548/2 548/3
548/12 548/17 548/22 589/22 591/11
591/14 591/21 592/10 593/5 593/23
594/1 594/1 594/12 594/21 596/13
596/18
most [27] 473/24 478/1 480/15 480/25
482/2 491/1 499/25 517/3 521/20
525/20 525/25 526/8 528/1 533/4
562/19 581/20 591/16 595/17 596/17
617/18 625/5 625/6 627/2 642/11
656/11 657/18 660/10
mostly [2] 509/22 570/15
motion [3] 471/19 477/1 601/22
move [6] 478/10 555/18 559/21 562/22
631/11 672/4
moved [2] 479/9 606/12
Moving [1] 517/11
Mr. [13] 472/25 477/13 491/24 536/16
540/2 595/1 602/5 649/15 671/7 674/16
679/20 679/20 679/21
Mr. Brock [2] 671/7 674/16
Mr. Carls [1] 540/2
Mr. Frank [1] 649/15
Mr. Israel [1] 536/16
Mr. Jackson [3] 472/25 477/13 491/24
Mr. Jarrett's [1] 595/1
Mr. Ratner [2] 679/20 679/21
Mr. Robers [1] 602/5
Mr. Walkup [1] 679/20
Ms. [6] 524/25 573/1 573/13 590/8
601/24 679/6
Ms. Himmelhoch [1] 679/6
Ms. Karis [4] 524/25 573/1 573/13 590/8
Ms. Kirby [1] 601/24
much [42] 478/17 481/9 487/5 488/15
489/17 505/12 519/5 519/23 523/16
560/17 561/12 562/16 573/1 584/10
597/1 597/12 598/4 600/3 609/4 609/8
613/23 615/18 615/19 627/20 627/20
633/19 634/20 635/15 637/11 639/25
646/18 656/21 657/6 670/3 670/11
672/18 673/2 673/12 674/3 674/5
677/10 678/25
much-needed [1] 657/6
Multitissue [1] 494/4
muscle [1] 576/15
muscles [1] 576/23
mussels [1] 509/24
must [1] 668/16
my [59] 472/3 472/16 473/5 473/20
474/1 474/23 492/20 496/6 496/12
502/10 505/5 508/11 508/18 521/8
523/20 524/9 533/12 539/25 542/7
545/15 548/21 551/22 556/20 557/25
563/9 574/21 575/10 583/6 598/14
605/4 605/21 605/24 606/2 606/6 608/4
608/20 608/23 608/23 611/5 612/22
613/23 613/25 626/12 636/12 638/13
639/24 644/16 644/25 659/4 659/9
661/5 662/7 662/7 666/24 670/4 675/20
678/15 678/15 680/9

N

N.W [1] 468/10

name [5] 472/2 472/3 543/24 600/12
592/20
named [1] 557/6
names [1] 572/17
NANCY [2] 467/7 620/4
narcosis [10] 485/14 485/17 486/19
486/21 487/3 494/23 494/25 516/10
516/18 517/17
narrowed [1] 628/21
NATHANIEL [1] 467/9
national [23] 491/7 608/10 609/19
609/20 610/8 610/10 610/11 611/6
611/22 612/9 620/11 621/21 622/2
622/11 626/3 635/11 636/10 638/1
641/13 641/19 646/17 664/18 665/4
Natural [2] 467/4 556/21
naval [3] 602/15 602/17 631/9
navigation [1] 603/10
near [6] 488/20 520/11 544/18 547/7
547/17 548/19
nearshore [18] 529/18 529/21 531/16
533/19 535/9 535/10 538/24 538/25
539/14 540/8 540/11 541/4 541/7
541/21 541/21 635/19 635/22 654/19
necessarily [1] 505/1
necessary [2] 597/22 656/13
need [12] 496/10 496/12 511/23 512/1
512/2 561/2 564/14 564/16 604/15
617/14 623/16 646/11
needed [5] 621/12 622/8 631/21 657/6
666/5
needs [1] 525/6
negative [1] 533/13
nesting [1] 608/9
net [5] 520/16 576/9 576/9 576/17 577/1
neural [3] 486/22 494/24 516/17
never [8] 548/16 572/23 598/15 598/15
598/22 624/14 661/7 661/7
nevertheless [2] 497/25 522/14
new [25] 466/6 467/23 468/15 469/3
479/10 578/13 587/23 601/6 608/21
617/4 617/21 620/10 624/15 625/3
625/6 625/16 625/16 625/20 626/9
626/14 627/6 629/2 660/25 662/9
662/15
New Hampshire [1] 620/10
New Jersey [1] 608/21
newly [1] 629/5
next [32] 471/7 474/3 476/5 480/14
481/5 481/12 481/22 483/17 485/24
486/8 494/10 501/5 505/22 516/4
517/12 520/21 521/24 522/14 528/10
528/10 530/13 571/10 574/7 574/21
577/4 600/6 600/7 632/17 646/3 678/2
679/4 679/8
nice [1] 497/19
night [1] 674/6
no [109] 466/4 476/17 484/22 489/3
499/6 503/24 511/13 514/16 522/5
524/24 525/6 527/18 528/25 532/22
533/11 533/22 533/25 534/3 534/6
535/3 538/25 539/14 540/10 542/5
544/21 546/13 547/24 548/23 551/9
551/23 554/11 556/20 558/16 560/17
561/18 562/4 562/5 562/7 562/10
563/13 563/19 563/24 564/16 567/11
567/22 567/25 572/24 574/6 574/6
577/7 578/20 578/21 578/25 580/13
581/3 582/14 582/17 583/6 583/19
583/19 584/24 586/22 588/8 588/22
588/24 588/24 588/25 593/6 595/9
595/11 595/16 597/7 599/21 600/2
602/2 612/14 612/15 614/15 615/2

**N**

no... [30] 615/8 615/14 615/25 627/2 629/6 632/8 635/3 637/9 641/1 644/22 644/24 645/4 647/1 657/4 658/17 659/21 661/12 661/16 661/20 662/3 663/16 672/25 672/25 673/6 675/21 677/8 677/9 677/21 679/1 679/17
NOAA [7] 473/11 473/13 473/15 474/17 564/1 617/19 635/7
NOAA's [1] 599/25
nobody's [1] 575/10
NOMELLINI [1] 468/5
nondetect [1] 530/2
nondetects [2] 530/20 531/22
none [6] 477/3 535/5 535/13 549/21 550/16 584/16
nonstandard [1] 510/9
normal [2] 624/20 632/21
normally [3] 593/11 633/22 640/22
North [1] 468/6
not [251]
notable [1] 651/8
note [2] 553/20 582/17
noted [1] 581/20
nothing [1] 522/22 590/4
notice [2] 481/24 593/25
novel [1] 499/5
now [97] 485/10 488/17 494/12 495/10 495/23 505/9 505/11 507/19 520/6 525/2 525/4 527/4 529/15 531/8 531/16 532/14 533/18 534/19 535/22 536/2 536/20 537/10 537/24 538/3 538/7 540/17 540/19 540/20 541/9 541/13 542/11 544/5 546/13 547/22 549/19 552/1 552/1 552/20 553/13 554/4 555/23 563/12 564/25 566/12 568/3 569/2 569/20 570/21 571/5 573/2 573/21 574/16 575/17 577/1 579/21 580/19 581/6 583/2 585/8 593/19 606/16 611/1 612/2 613/20 614/7 617/9 617/16 617/20 618/16 627/14 634/9 635/24 645/9 645/22 647/2 648/9 649/15 650/17 651/7 652/5 653/11 655/8 656/24 657/16 658/24 662/9 663/2 666/21 667/11 667/21 667/23 670/7 671/11 672/6 672/8 673/2 674/23
nowhere [2] 571/5 576/4
NRD [5] 556/21 557/11 558/16 559/11 559/18
NRDA [9] 479/16 492/11 492/18 557/1 557/2 557/25 558/2 559/12 599/24
NSO [1] 608/1
number [45] 484/11 492/2 493/10 497/22 509/22 509/25 516/23 516/24 517/1 530/2 530/6 530/15 530/24 532/3 534/23 539/19 539/19 540/6 540/24 541/15 590/17 604/4 605/3 623/4 623/16 623/19 629/6 630/11 635/3 636/25 644/3 658/2 658/5 658/13 669/9 669/10 669/18 670/9 670/18 670/21 672/6 673/1 673/11 673/24 677/16
numbered [1] 680/11
numbers [9] 541/13 614/6 614/17 615/11 628/20 667/6 671/22 673/21 673/24
numerator [1] 670/17
nutrients [1] 496/3
NW [1] 468/20

**O**

O'ROURKE [1] 467/6
O2 [1] 631/23

object [1] 611/10
objection [10] 471/14 523/3 541/7 562/18 563/2 586/1 612/14 612/16 644/18 660/10
objective [3] 557/19 595/20 653/1
objectives [3] 641/24 652/9 655/3
obligations [3] 641/12 641/18 641/22
observations [1] 645/18
observed [7] 506/23 534/4 552/21 580/3 582/16 585/12 645/21
observers [1] 581/20
obtain [1] 656/14
obtained [1] 557/11
obvious [1] 555/10
obviously [6] 539/21 541/15 545/7 572/15 572/17 624/14
occur [2] 588/11 623/1
occurred [5] 576/24 588/14 624/20 656/3 677/8
occurs [1] 570/3
ocean [4] 631/16 636/21 640/23 664/4
October [3] 523/22 620/3 628/6
Octopus [1] 631/1
odd [3] 498/18 606/16 673/21
off [17] 511/22 524/8 538/23 587/17 587/23 597/25 610/20 624/18 629/7 629/9 631/5 635/24 652/9 655/4 664/5 670/8 678/8
off-the-shelf [1] 629/9
offer [5] 615/24 616/2 616/5 636/21 637/5
offered [3] 614/8 625/12 635/12
offering [6] 476/20 586/3 588/15 588/20 605/11 611/13
offers [1] 612/11
Office [5] 467/12 467/17 606/4 606/10 631/8
officer [5] 605/9 606/6 606/10 606/12 608/1
official [10] 469/2 642/22 643/8 647/8 647/12 647/16 647/23 656/25 680/6 680/15
offshore [9] 466/13 466/14 493/11 523/7 535/11 539/21 620/25 638/25 652/14
often [4] 486/23 497/15 497/17 528/24
Oh [4] 481/9 559/6 595/11 679/15
oil [186] 466/4 466/4 472/16 473/17 473/18 473/19 476/25 477/24 480/18 480/19 482/15 482/15 482/22 483/1 483/4 483/21 483/24 484/14 484/19 485/12 485/13 486/9 490/7 491/5 491/6 493/20 493/24 494/3 494/5 494/18 497/11 497/15 500/10 500/12 500/13 500/14 500/18 501/6 501/8 501/15 504/6 504/13 505/21 506/20 507/1 507/2 507/6 509/11 510/23 520/14 523/10 530/25 531/6 532/4 547/24 549/20 550/16 556/18 560/2 567/14 567/17 569/10 570/2 570/3 575/14 582/19 582/25 586/23 587/2 587/3 603/12 603/23 603/24 603/25 604/5 604/11 604/14 604/15 604/17 604/22 604/23 605/1 605/3 605/5 607/10 609/3 610/13 610/20 612/12 612/13 614/9 614/12 614/12 615/19 617/3 617/10 617/22 618/2 619/6 619/17 620/24 621/13 621/20 622/6 623/13 624/25 625/1 628/14 629/11 629/16 630/3 630/25 631/4 631/24 632/14 632/23 633/4 633/6 633/7 633/13 633/13 633/17 633/22 634/5 634/22 635/6 636/21 637/12 637/13 637/15 637/15 637/17 637/25 638/3 638/5 638/11

638/12 638/25 639/3 639/6 639/12 641/12 641/13 641/19 641/20 647/4 649/7 652/9 652/14 652/25 653/4 653/19 654/1 654/9 654/12 654/19 655/4 655/9 656/2 660/1 660/13 661/8 663/10 663/25 666/18 666/19 668/7 669/11 670/8 670/12 670/22 671/17 672/7 673/7 673/11 674/3 674/5 675/10 678/17 678/18 678/24
oil-exposed [4] 497/11 506/20 549/20 550/16
oils [3] 500/15 500/16 500/22
oily [3] 582/20 615/17 633/2
okay [85] 471/12 471/21 477/4 477/5 481/7 492/9 495/10 508/25 511/11 517/17 525/8 525/11 525/25 526/8 527/4 527/22 527/25 529/1 531/8 531/16 533/17 533/23 535/12 538/7 539/10 540/17 541/3 541/13 541/19 543/5 543/19 547/22 551/19 551/24 552/17 553/11 553/12 554/9 558/25 560/23 561/22 562/6 562/13 563/2 563/12 566/11 567/17 567/19 568/16 568/20 569/1 570/1 570/21 571/5 571/15 577/19 577/20 578/25 579/3 581/1 581/14 581/16 581/18 586/5 586/19 593/17 593/20 596/9 600/9 602/4 611/18 612/15 612/15 615/1 616/9 655/10 670/24 672/3 672/5 673/2 674/10 674/13 674/21 675/22 679/24
old [1] 587/23
on-scene [4] 528/23 609/2 621/11 647/3
on-water [1] 623/2
once [10] 482/4 482/8 538/16 584/7 595/24 603/20 604/12 664/3 678/14 678/17
one [93] 468/13 471/17 476/10 481/21 481/22 483/18 490/20 490/25 493/12 494/17 494/17 495/22 495/25 497/2 497/3 499/25 501/5 501/13 504/24 508/20 514/12 518/16 518/16 519/8 519/18 520/10 520/10 527/6 538/2 539/2 540/13 540/17 541/16 541/19 541/20 541/22 542/24 542/25 545/4 547/1 548/19 552/9 557/4 562/21 563/8 571/11 571/16 571/25 572/22 573/21 573/25 577/8 583/9 585/20 587/9 587/17 589/3 594/24 598/25 599/1 599/2 602/17 602/18 607/16 607/20 607/22 608/9 626/12 627/9 629/1 629/13 630/23 631/4 632/16 632/19 632/20 633/12 638/11 638/14 639/11 639/16 650/2 651/5 651/14 652/8 664/1 668/25 669/6 669/18 674/23 676/22 677/2 679/14
one's [2] 490/25 572/8
ones [9] 482/19 485/7 499/3 500/13 507/6 618/18 629/13 650/23 650/25
ongoing [1] 617/3
only [18] 498/13 500/11 502/22 517/1 535/17 535/24 565/6 581/20 581/22 591/20 591/21 595/14 611/12 612/22 634/23 635/1 671/18 678/24
onshore [1] 635/22
OPA [3] 606/15 606/16 617/24
OPA 90 [2] 606/15 606/16
open [5] 471/4 634/23 635/19 636/21 640/22
open-water [1] 634/23
opening [3] 666/8 666/25 668/4
openly [1] 646/4
operated [1] 565/13

Q

Operating [1] 618/22
operational [4] 528/22 603/8 624/6
626/17
operations [12] 606/6 610/14 620/25
635/15 639/1 653/13 656/12 661/15
664/12 666/1 666/5 675/1
operative [1] 607/13
opercula [1] 486/25
opine [2] 585/19 601/4
opinion [20] 489/7 489/20 490/9 493/5
493/9 499/8 500/6 501/10 578/21
578/25 579/25 586/3 596/15 622/14
628/10 639/2 639/21 662/9 671/19
678/14
opinions [42] 476/13 476/19 478/25
479/4 489/18 527/12 527/14 540/4
542/9 542/14 542/18 552/4 554/14
559/9 566/15 566/20 570/10 570/13
570/17 574/1 574/12 576/6 585/2
585/25 588/21 605/11 615/23 616/2
616/3 616/25 619/10 619/17 621/2
621/4 621/23 628/2 629/24 630/10
634/10 634/17 638/3 645/10
opportunities [1] 603/16
Opportunity [1] 657/10
opposed [1] 638/16
option [1] 611/1
options [5] 599/23 604/10 632/24 633/5
643/21
orange [1] 521/19
ORC [2] 567/12 567/23
order [14] 488/15 494/25 510/17 512/9
520/7 554/17 556/15 556/22 557/2
567/25 633/16 672/8 676/6 679/5
ordered [2] 608/2 626/4
orders [3] 488/1 488/4 488/16
ordinarily [1] 671/8
organelles [2] 486/12 487/7
organism [3] 472/21 486/15 487/8
organisms [3] 472/20 482/18 482/22
organization [17] 606/25 618/1 623/17
624/1 625/19 626/5 641/25 645/25
646/10 646/23 651/20 658/11 677/23
677/25 678/2 678/22 678/12
organizational [2] 677/24 678/12
organizations [11] 610/5 617/10 617/13
618/8 618/10 618/17 626/8 635/4
642/10 649/10 657/17
original [4] 476/7 572/4 598/15 633/15
Orleans [4] 466/6 467/23 468/15 469/3
Ortiz [1] 629/21
OSAT [14] 528/24 529/7 529/17 530/4
531/18 532/11 533/18 533/25 534/19
534/22 596/7 599/17 599/17 599/18
OSAT 1 [1] 534/19
OSROs [1] 618/8
other [85] 477/1 477/2 479/7 481/7
483/8 485/25 487/5 487/16 488/11
493/13 495/5 495/6 496/4 499/14 500/3
500/3 500/13 500/15 500/15 501/19
501/23 504/10 506/16 507/5 510/6
516/14 517/18 518/12 524/14 524/17
526/14 544/4 551/18 553/21 554/1
554/2 554/9 565/1 565/11 565/25 572/9
574/10 575/1 575/5 576/15 579/16
582/24 585/20 587/9 587/10 592/13
598/3 598/3 603/20 604/3 606/21
612/15 614/16 617/22 618/1 618/10
621/9 621/14 622/3 624/17 625/22
628/20 629/8 631/24 632/3 633/20
638/18 642/2 642/15 642/20 644/23

647/14 648/10 648/17 652/17 657/17
662/20 663/11 671/2 671/8
others [10] 478/6 500/13 554/3 554/4
554/6 554/10 568/9 604/8 629/7 641/23
otherwise [4] 525/7 601/21 634/6 654/19
our [31] 480/3 496/10 499/20 514/6
523/13 525/5 570/5 597/11 597/12
598/10 598/20 599/1 601/6 603/8
603/22 604/21 604/23 606/22 609/22
609/25 611/3 628/14 629/15 630/24
631/3 635/13 635/21 658/24 663/20
673/23 679/8
out [108] 474/11 475/14 482/9 482/17
482/25 482/25 483/13 483/23 485/5
485/6 485/7 485/8 485/16 485/20
487/20 493/3 496/5 497/12 498/10
501/2 502/16 503/6 504/10 505/6 505/7
511/18 511/22 512/12 513/10 515/13
516/8 517/25 518/15 520/7 521/11
521/13 522/8 522/9 522/16 522/17
522/17 522/19 523/8 523/18 524/1
524/14 526/21 532/8 539/1 540/10
549/17 549/19 552/23 554/5 555/17
556/13 556/13 557/5 558/1 559/15
572/23 576/11 583/3 588/17 588/20
592/4 593/10 593/11 606/9 607/3
607/25 608/9 613/25 614/16 617/20
618/14 619/23 620/10 620/12 621/13
622/12 625/10 626/23 628/17 628/21
631/14 631/15 633/14 634/6 635/25
639/25 646/20 649/22 650/9 651/23
652/20 653/13 658/1 661/14 664/2
664/3 664/3 666/2 666/7 667/14 667/18
672/20 673/9 673/11
outlet [1] 663/17
output [1] 575/25
outreach [6] 675/25 676/3 676/7 676/12
676/16 676/25
outs [5] 622/21 627/23 630/19 638/7
639/8
outside [3] 520/3 635/10 675/7
over [36] 473/14 474/6 474/12 479/20
487/2 487/10 490/23 495/23 497/6
498/2 499/16 503/2 503/10 520/5
548/19 564/18 581/24 589/14 605/4
606/5 618/8 618/12 620/10 621/9 658/7
658/8 659/12 668/22 668/23 669/2
675/21 677/4 677/5 677/5 677/20
679/21
overall [7] 492/23 603/17 634/4 634/5
636/9 649/5 651/19
overlap [1] 506/16
overnight [1] 623/25
oversight [2] 606/1 608/22
overwhelming [1] 651/15
own [8] 492/11 563/9 609/22 625/11
635/13 635/21 671/7 671/19
owner [1] 607/8
oxygen [7] 487/2 491/6 505/7 505/13
522/17 522/18 631/22

P

P450 [4] 504/19 505/20 506/4 507/7
Pacific [6] 567/7 567/9 586/7 586/10
588/5 588/6
page [15] 470/2 475/20 476/6 568/8
568/9 598/10 598/13 598/14 627/18
629/2 629/4 643/3 647/5 647/20 648/15
Page's [1] 598/7
pages [2] 615/21 620/23
PAH [27] 491/2 497/21 498/4 498/13
498/25 502/14 502/15 504/25 508/7

508/8 508/8 513/6 514/16 515/1 523/6
535/1 535/6 536/23 547/1 547/12
547/12 565/8 565/14 569/9 569/15
582/20 591/12
PAH concentration [1] 547/4
PAH concentrations [1] 547/12
PAHs [14] 478/1 480/9 482/19 482/21
483/5 486/11 501/16 510/13 510/17
512/17 513/10 513/13 515/13 522/13
paid [3] 599/11 659/25 678/8
paint [1] 511/17
panel [2] 497/7 631/17
paper [40] 476/10 476/10 491/21 495/8
503/22 504/9 505/18 505/25 512/11
533/3 533/4 542/24 542/24 548/19
561/19 567/5 569/24 574/20 574/22
578/22 579/19 580/16 581/8 581/15
582/17 583/2 583/4 583/7 583/8 583/19
583/21 583/24 585/5 585/19 586/2
604/23 604/24 627/6 628/19 668/17
papers [16] 476/9 479/12 493/2 493/10
493/13 506/8 508/15 508/16 533/3
540/6 568/15 570/14 582/6 598/10
598/14 598/17
Papp [1] 643/19
paragraph [1] 475/24
parallel [1] 626/4
parallels [1] 588/4
Pardon [1] 654/25
parenetheses [2] 530/24 532/3
part [63] 473/20 477/20 477/21 481/21
484/13 486/2 492/22 494/15 494/16
497/24 498/1 498/16 499/14 500/5
503/15 503/16 516/18 521/20 524/13
524/16 526/11 541/17 547/18 551/2
551/22 558/5 558/12 558/14 558/15
558/24 559/8 559/11 559/18 565/4
566/13 566/13 570/8 586/7 586/17
588/8 588/11 599/24 599/25 601/12
603/13 612/6 612/8 617/6 617/24 620/8
622/7 623/18 625/5 625/6 626/1 626/16
628/13 629/15 630/24 631/3 655/25
663/2 665/17
participated [3] 635/2 657/17 675/24
participating [1] 641/22
participation [1] 636/7
particular [13] 483/3 483/7 504/23 520/9
529/7 538/23 546/9 546/9 583/7 587/16
589/18 642/13 658/3
particularly [8] 490/5 517/10 545/24
619/19 622/17 630/15 640/23 652/11
particulates [1] 639/18
parts [29] 477/20 481/1 489/23 496/8
497/21 497/25 498/4 498/13 501/16
503/8 503/11 513/11 515/1 522/20
522/20 524/2 524/6 549/12 549/14
550/11 550/13 550/18 550/21 553/24
555/14 556/4 572/8 592/21 592/21
party [7] 607/9 644/13 645/3 645/6
645/22 656/13 658/11
Paskewich [18] 628/19 628/23 630/13
637/5 637/11 640/9 650/20 651/5 652/1
666/11 666/13 667/12 668/5 668/10
669/3 671/15 674/25 675/7
Paskewich's [8] 632/4 636/18 649/16
650/18 651/23 666/25 667/18 667/24
passage [6] 619/19 619/25 622/17
622/24 623/3 630/15
passages [4] 622/23 638/4 638/10
639/10
passing [1] 674/6
past [6] 478/17 601/23 601/23 655/23
674/3 674/15

PATRICK [1] 467/6
pattern [1] 524/15
patterns [2] 524/12 524/14
pay [2] 535/16 660/4
peer [30] 474/9 474/12 479/12 479/19
490/12 490/24 493/2 526/4 526/20
527/7 532/18 533/6 533/10 533/15
533/16 534/9 534/13 534/13 534/14
535/23 540/4 542/17 552/4 554/13
555/12 563/8 566/14 568/4 569/5
570/16
peer-reviewed [30] 474/9 474/12 479/12
479/19 490/12 490/24 493/2 526/4
526/20 527/7 532/18 533/6 533/10
533/15 533/16 534/9 534/13 534/13
534/14 535/23 540/4 542/17 552/4
554/13 555/12 563/8 566/14 568/4
569/5 570/16
Pelagic [1] 493/21
pen [1] 668/17
PENCAK [1] 467/10
pendulum [1] 487/15
penetrate [2] 488/22 488/24
people [31] 479/21 488/15 518/4 526/21
527/7 558/2 558/9 559/14 594/16
599/12 607/17 607/19 607/20 618/11
623/16 623/22 624/1 626/19 626/21
627/14 627/18 635/17 635/22 651/16
658/5 658/8 658/10 658/20 662/16
676/6 678/10
per [42] 497/21 497/24 497/25 498/1
498/4 498/13 499/15 500/5 501/17
503/8 503/11 503/15 503/16 515/1
522/20 522/20 524/2 524/7 524/13
524/16 547/18 549/12 549/14 550/11
550/13 550/18 550/21 551/2 553/18
553/24 553/24 554/21 555/14 556/4
569/11 570/4 570/25 572/8 574/17
588/11 592/21 592/22
percent [62] 480/19 503/8 503/10
503/15 518/11 518/14 520/18 520/19
523/25 523/25 524/1 524/18 524/19
527/10 532/11 532/12 534/23 534/24
547/23 548/6 548/8 548/11 548/12
548/18 548/20 548/22 564/9 581/24
583/1 585/14 587/18 589/23 590/16
590/24 590/25 591/7 591/11 591/14
591/22 592/10 594/1 595/13 595/16
595/23 596/19 597/14 634/23 634/24
636/23 637/2 640/8 640/20 640/21
640/22 640/24 668/11 669/6 669/6
669/23 670/9 670/24 678/24
percentage [6] 593/22 594/21 672/9
672/22 673/15 673/16
percentages [3] 500/25 667/6 667/7
perfect [5] 513/25 514/4 548/25 549/1
549/2
perform [3] 472/10 541/25 640/3
performance [16] 493/25 498/11 498/12
498/17 498/19 575/15 575/20 576/9
576/11 576/12 576/13 576/18 578/1
578/5 634/9 634/11
performed [2] 669/3 671/2
performing [2] 542/8 577/2
performs [1] 670/16
pericardial [6] 494/12 494/14 494/15
495/15 496/17 506/8
pericardium [1] 496/12
period [5] 487/2 487/19 502/21 632/19
661/22
periodically [1] 603/24

periods [1] 631/15
person [1] 640/22
persist [1] 485/21
persistent [1] 482/13
person [2] 609/2 609/3
personally [1] 604/7
personnel [9] 645/21 645/23 646/8
646/21 655/14 656/5 657/9 657/18
676/12
persons [1] 658/2
perspective [3] 568/10 626/12 644/25
pertain [1] 527/13
pertained [2] 536/6 536/10
pertaining [1] 568/22
pesticide [6] 592/1 592/1 592/2 592/3
592/3 592/23
Pesticide A [2] 592/1 592/3
Pesticide B [1] 592/2
PETROLEUM [3] 466/12 468/17 568/11
Petroleum-derived [1] 568/11
Ph.D [1] 473/4
phototoxicity [2] 488/7 488/8
phrase [1] 575/3
pHs [2] 501/5 501/6
physical [3] 483/25 484/5 514/2
physically [1] 504/17 504/17 640/4
physics [1] 678/17
Physiological [1] 494/2
physiology [2] 472/17 473/5
pick [2] 595/4 670/5
picked [2] 640/1 678/19
picking [1] 631/3
pickup [1] 631/20
picture [6] 494/16 504/12 504/16 522/8
607/13 618/23
pie [1] 520/17
piece [5] 562/13 562/21 562/25 562/25
565/23
pieces [3] 490/11 563/5 647/14
pigment [2] 488/23 489/3
pill [1] 496/11
pilot [1] 631/19
pink [5] 499/19 499/24 545/15 555/7
570/14
pioneering [1] 474/19
pipeline [2] 473/19 607/8
place [7] 556/18 595/5 607/20 623/7
661/3 661/11 661/18
places [1] 662/23
plan [21] 603/19 606/17 606/22 608/12
608/16 609/19 609/25 610/8 610/10
610/10 611/3 611/7 611/23 641/13
641/20 656/2 664/19 665/5 665/11
679/11 679/11
planning [8] 606/15 606/21 626/17
643/22 655/23 656/3 661/10 679/14
plans [2] 609/22 622/7
plates [1] 607/19
play [3] 487/19 510/18 524/14
played [3] 551/10 607/8 626/16
please [98] 471/6 472/1 472/25 473/1
473/15 474/21 475/4 475/8 475/20
475/22 476/4 477/13 479/2 480/5 480/6
480/14 483/17 485/3 485/24 490/17
491/24 493/7 494/11 495/10 496/19
499/10 502/5 504/4 504/8 505/24
507/24 513/18 516/4 519/14 519/16
520/24 521/24 522/2 529/2 530/13
534/20 566/16 569/2 569/21 573/12
573/23 574/8 575/11 579/6 579/22
581/6 584/21 586/14 589/5 600/12
600/21 601/15 603/12 605/14 605/18
612/25 613/4 613/8 613/15 616/21

617/13 618/21 619/3 619/22 620/20
630/18 634/13 637/21 638/6 638/21
639/7 640/14 640/18 643/1 643/24
645/15 647/11 649/22 650/12 652/7
653/11 653/23 657/21 658/24 664/13
667/21 668/15 676/22
plume [15] 483/23 490/6 490/6 490/21
491/1 491/11 522/5 522/6 522/9 522/14
522/16 522/17 639/17 639/17 639/18
plus [2] 478/6 509/11
point [27] 489/5 495/2 496/7 509/1
539/5 545/19 545/21 546/1 576/8
576/18 578/2 591/15 591/16 594/12
605/25 608/2 610/16 623/7 644/7 651/2
651/18 657/21 664/3 672/1 673/23
674/8 674/11
pointed [6] 475/13 539/1 540/10 613/25
667/14 667/18
pointer [2] 495/17 495/18
pointing [1] 672/20
points [5] 651/8 651/14 660/12 660/13
671/10
poisons [3] 592/8 592/9 595/20
pollution [6] 603/9 619/7 624/4 641/13
641/20 646/16
polycyclic [4] 481/3 491/14 534/25
568/11
Pompano [1] 517/25
pool [1] 519/18
poorly [1] 547/2
pop [1] 635/20
pops [1] 497/12
population [11] 571/7 571/8 578/13
578/15 578/19 578/23 578/25 587/16
587/20 587/25 589/18
populations [2] 587/11 587/13
port [1] 605/24
portion [4] 528/20 604/9 640/23 653/17
portions [1] 581/22
Portsmouth [1] 620/9
position [4] 606/11 638/13 639/24
646/18
positive [2] 632/13 645/18
possibility [1] 611/4
possible [4] 512/19 576/20 587/2 614/24
possibly [2] 480/23 556/3
post [6] 467/12 467/17 612/7 627/18
646/18 662/8
post-Exxon [1] 646/18
post-response [1] 662/8
potency [2] 515/14 515/16
potential [24] 472/12 476/15 477/17
484/2 489/19 489/20 489/25 490/4
492/24 493/1 500/17 503/22 504/1
507/6 507/22 514/8 514/18 519/2
519/11 524/10 527/1 559/9 578/10
588/5
potentially [2] 521/5 599/15
power [2] 607/7 631/17
powered [1] 631/15
powerful [1] 607/14
Poydras [2] 468/14 469/2
practice [1] 623/9
pre [2] 620/17 621/14
pre-spill [2] 620/17 621/14
preapproval [2] 611/3 611/22
preapprovals [1] 623/7
preapproved [1] 665/11
preauthorization [1] 609/25
precise [5] 540/23 547/6 547/15 563/7
572/10
precisely [2] 547/20 561/6

## P

precision [1] 596/25
predator [1] 505/12
predators [2] 498/24 514/2
Predatory [1] 493/21
predict [1] 514/9
predicting [1] 517/17
prediction [1] 519/9
predictive [1] 501/24
prefer [1] 571/25
preference [1] 678/15
preferred [2] 512/24 565/20
prefers [1] 511/17
PREP [1] 646/16
prepare [8] 560/2 601/13 605/10 612/23
619/1 621/14 634/10 640/12
prepared [19] 472/22 477/10 478/24
480/2 490/14 493/4 496/19 499/7
503/25 507/20 515/6 522/25 602/8
604/15 616/17 620/17 623/15 647/8
678/7
Preparedness [1] 643/4
preparing [2] 648/9 648/16
present [5] 478/18 628/23 651/5 663/18
673/25
presentation [1] 630/2
presented [3] 629/4 667/10 667/11
presenting [1] 521/8
pressure [1] 597/9
presumably [4] 557/25 560/15 589/15
589/17
pretty [13] 488/18 497/9 497/22 511/6
526/23 526/24 547/16 547/16 582/22
584/7 587/19 597/12 667/2
prevented [1] 653/18
preventing [2] 653/9 654/14
prevention [3] 606/7 607/17 678/16
previous [3] 478/4 554/25 582/17
previously [2] 572/12 580/5
prey [2] 487/14 499/3
primarily [7] 516/7 516/7 523/7 599/21
617/7 623/1 666/9
primary [4] 554/22 555/14 624/25 652/8
prime [2] 504/14 533/3
Prince [2] 474/2 568/1
principle [1] 500/19
principles [2] 479/24 565/13
printing [1] 577/13
prior [13] 473/10 473/18 479/5 479/5
499/18 508/12 533/5 555/3 606/16
617/9 618/16 618/24 632/1
priority [1] 501/21
private [2] 618/13 656/14
Proactively [1] 659/22
probability [2] 520/7 521/2
probably [12] 483/7 498/20 509/20
512/5 531/10 549/23 553/5 573/4
576/21 576/23 651/1 675/15
problem [13] 499/24 566/1 577/13
590/21 598/18 598/19 598/25 599/7
603/25 635/18 672/17 674/2 678/16
problems [1] 626/18
procedure [2] 515/23 594/3
proceed [7] 471/20 477/5 525/1 525/4
525/12 600/16 641/3
proceeding [1] 601/21
proceedings [4] 466/19 469/8 680/3
680/10
process [14] 484/10 484/25 488/19
557/11 557/16 558/16 559/11 559/18
562/11 562/15 617/3 626/25 627/4
633/19

processed [1] 660/8
processes [4] 441/15 486/22 572/5
604/4
processor [1] 631/1
procuring [1] 657/6
produce [1] 512/9
produced [3] 502/10 540/25 663/5
produces [1] 642/10
product [4] 618/15 633/8 664/19 665/5
PRODUCTION [3] 466/11 466/12 468/2
products [2] 664/20 664/24
professional [4] 473/7 601/13 602/8
605/1
program [23] 473/18 612/9 617/17
617/19 617/19 618/7 618/10 620/13
626/6 627/25 632/3 634/4 646/16
646/16 646/17 657/10 660/17 660/20
663/2 663/9 663/14 665/18 665/20
programs [2] 608/19 618/4
Progressing [1] 629/21
project [2] 569/5 604/12
projects [2] 607/16 659/7
promote [2] 560/12 659/18
proportion [2] 485/10 501/3
prospective [1] 568/9
protecting [1] 652/22
protection [1] 605/24
protective [2] 594/11 595/15
protocol [2] 665/20 665/22
protocols [2] 526/17 665/24
prove [2] 587/2 587/3
proved [5] 599/8 653/4 653/8 654/8
654/11
proven [1] 660/25
provide [9] 571/6 609/24 610/3 629/9
632/2 635/14 643/13 654/2
provided [7] 479/8 608/21 645/21
656/12 657/18 659/14 666/4
Providence [1] 608/1 610/24 611/2
provides [6] 609/20 622/15 628/11
636/11 639/4 647/12
providing [3] 627/7 656/20 657/8
public [6] 569/6 626/1 626/2 626/13
626/25 663/17
publication [26] 549/10 555/24 556/16
562/3 563/9 563/10 568/3 568/17 570/9
570/12 574/11 574/12 574/22 579/14
579/24 580/2 580/10 580/21 581/2
581/10 584/23 585/1 585/25 604/20
621/5 622/12
publications [7] 474/9 474/12 490/12
490/24 566/13 569/5 584/14
publish [1] 598/1
published [15] 474/12 540/3 540/6
548/16 548/19 548/21 568/14 569/5
570/5 604/17 604/21 606/22 611/3
628/6 677/19
pull [22] 478/8 529/2 538/1 549/5 552/1
561/22 568/6 569/17 573/21 573/22
575/11 579/6 580/19 586/14 589/5
596/4 601/15 605/14 612/25 613/4
613/8 613/15
pulling [1] 650/2
pulls [1] 631/12
pumping [2] 495/13 495/14
pure [1] 516/24
purely [1] 592/4
purpose [10] 489/12 515/20 515/22
551/22 599/5 613/21 614/3 625/23
626/11 676/7
purposes [2] 593/14 626/12
purview [1] 563/25
pushed [1] 668/19

put [24] 512/21 526/25 539/22 576/14
591/5 607/19 620/20 611/20/6
621/10 622/7 622/2 622/12 625/16
627/4 627/19 628/5 631/21 633/13
633/14 646/18 656/1 664/6 666/11
puts [1] 597/9

## Q

QBE [1] 466/16
qualifications [3] 475/1 611/13 644/10
quality [2] 526/17 563/10
quantifying [1] 517/5
quantitate [1] 587/13
quantitative [1] 546/2
quantities [2] 560/14 627/20
quantity [3] 513/12 527/23 528/14
queried [1] 521/11
querying [1] 542/6
question [23] 489/23 539/4 547/2
548/21 553/25 556/19 556/20 562/19
566/10 574/21 577/25 577/25 586/4
589/11 593/4 595/8 596/14 611/17
641/17 647/22 666/24 674/16 674/23
questions [21] 477/2 524/24 538/15
542/6 563/11 577/4 588/25 596/10
596/11 598/7 598/8 598/9 600/2 601/25
602/2 612/15 641/2 652/6 677/17
677/22 679/1
quibbling [1] 674/7
quick [2] 495/21 504/23
quickly [2] 511/6 649/4
quite [23] 493/10 495/24 511/4 517/6
519/5 522/13 524/5 524/11 526/13
526/14 527/24 533/1 543/18 558/17
559/3 576/20 581/21 591/24 592/24
617/22 627/12 632/5 648/12
Quivik [1] 679/20
quote [3] 528/14 528/15 562/11

## R

R-I-C-E [1] 472/4
RACHEL [2] 467/8 467/8
radiation [1] 488/18
raise [2] 595/2 599/13
raised [3] 489/5 597/3 598/7
raises [1] 598/19
ran [4] 550/24 594/16 597/25 599/3
range [9] 545/3 545/14 547/19 547/20
549/17 553/3 553/6 572/8 582/9
ranging [2] 552/25
rapid [2] 486/21 487/1
rare [1] 587/19
rate [40] 483/2 484/21 485/6 485/7
487/13 495/3 495/9 496/1 496/14 506/9
506/19 507/17 509/13 548/2 548/2
548/12 548/17 548/22 550/25 551/2
551/7 571/2 571/3 596/13 614/13
614/15 614/25 634/3 636/21 637/3
637/5 637/14 639/22 640/8 668/11
669/18 669/23 670/1 670/24 673/8
rates [4] 485/8 569/11 599/8 673/17
rather [7] 475/24 484/12 486/7 508/22
576/10 594/11 595/25
Ratner [2] 679/20 679/21
raw [1] 559/16
rays [1] 488/21
re [3] 466/4 562/3 678/18
re-corral [1] 678/18
re-publication [1] 562/3
reach [2] 549/11 556/2
reached [3] 478/1 502/2 674/4
reaching [2] 542/18 652/14
reactions [1] 572/3

Case 2:10-md-02179-CJB-DPC Document 13470-5 Filed 05/05/15 Page 240 of 250

read [11]  521/1 531/7 531/10 533/2 534/2 569/19 586/19 570/8 581/3 598/17 657/3
readily [1]  485/16
reading [2]  532/19 582/5
readings [2]  506/15 541/22
reads [4]  532/1 535/21 568/25 569/13
ready [1]  678/11
real [3]  495/21 507/17 603/25
reality [1]  672/7
really [25]  480/8 484/4 495/4 511/23 528/11 528/25 554/16 559/20 560/20 571/25 576/9 576/13 576/16 576/24 592/2 592/24 595/14 595/17 596/19 604/1 607/14 607/18 623/14 626/2 678/11
realm [1]  578/24
realtime [1]  635/21
reason [14]  477/22 489/6 489/24 500/21 526/18 527/18 585/23 599/7 599/13 610/12 655/25 655/25 672/12 677/8
reasons [1]  576/19
rebound [1]  587/15
rebuttal [1]  522/25
recall [20]  547/10 549/8 561/19 561/25 569/17 574/14 585/5 585/18 598/8 598/9 618/3 629/1 631/24 648/12 648/13 649/18 650/8 664/22 667/3 676/19
received [3]  474/14 474/16 627/12
receiving [1]  612/22
recent [2]  533/4 581/20
recently [1]  531/11
recess [4]  573/7 573/10 679/3 679/4
recognize [11]  474/22 544/24 545/1 552/2 552/7 568/8 575/13 579/8 581/10 584/23 586/19
recognized [2]  516/13 516/20
recognizes [2]  614/18 642/9
recollection [3]  561/23 647/20 648/14
recommendations [1]  643/13
record [21]  472/2 491/4 493/15 493/19 525/15 533/13 539/2 541/11 562/22 573/15 600/13 615/1 620/14 647/12 647/14 647/16 647/23 648/8 672/11 674/24 680/10
recorded [2]  469/8 526/5
records [6]  476/1 476/2 479/19 538/13 542/5 569/7
recover [1]  604/10
recovered [10]  576/22 614/2 637/12 639/25 640/5 640/20 640/22 663/10 663/12 678/24
recovering [1]  603/25
recovery [13]  585/15 614/21 615/12 623/2 636/21 637/3 637/4 637/5 637/14 638/17 639/22 643/21 663/20
recruit [1]  473/20
recruitment [1]  587/21
red [6]  506/10 518/6 523/25 589/12 589/20 596/16
redacted [2]  537/15 537/15
Reddy [1]  582/18
redirect [6]  590/5 590/7 593/2 596/3 677/12 677/13
reds [1]  521/18
reduce [4]  486/24 487/10 638/12 654/1
reduced [13]  486/16 496/1 496/14 498/12 498/19 500/15 505/13 506/11 576/12 576/18 578/7 578/7 654/18
refer [1]  531/5

reference [2]  579/11 579/19
references [2]  534/25 570/15 570/18 574/11 580/16 580/22 583/8 584/2 586/7 586/10 605/16 616/23
references [2]  561/19 677/4
referencing [1]  596/7
referred [4]  528/24 634/15 665/23 666/13
referring [2]  552/11 557/13
refers [6]  517/24 530/24 594/5 645/17 646/20 650/14
reflected [2]  667/24 670/24
refresh [3]  561/23 647/20 648/14
REGAN [1]  468/4
regard [11]  483/4 489/20 491/16 520/24 522/2 597/3 645/12 646/7 646/8 661/4 675/10
regarding [12]  476/14 489/19 489/24 490/10 492/23 493/9 509/1 510/3 511/19 529/5 578/25 598/7
regardless [2]  538/4 623/6
regards [2]  478/3 482/19
region [1]  609/22
regional [5]  606/3 608/23 609/7 609/12 609/23
registered [1]  677/5
regulation [1]  642/1
rejecting [3]  508/14 508/16 508/18
rejects [2]  503/22 508/11
relate [3]  601/8 605/19 645/2
related [16]  474/7 474/18 481/15 481/16 543/13 544/22 568/23 586/23 603/13 617/11 617/22 619/17 620/18 621/15 634/11 659/7
relates [6]  466/6 472/15 472/23 473/15 482/11 602/11
relating [2]  621/6 622/15
relative [3]  474/20 508/17 564/3
relatively [7]  486/21 487/1 516/12 517/17 595/21 604/2 633/14
relay [1]  626/20
released [1]  514/8
relevance [2]  481/6 561/8
relevant [10]  480/3 512/22 557/20 557/20 560/22 591/21 605/11 619/20 622/18 630/16
reliability [1]  563/13
reliable [4]  527/5 527/15 645/12 649/1
relied [21]  493/8 493/10 532/18 532/23 534/9 534/10 535/22 542/8 542/18 547/22 549/11 553/10 563/20 563/23 569/15 574/18 581/11 584/13 584/25 585/24 617/7
relies [1]  574/23
relocate [1]  664/6
relook [1]  555/16
rely [12]  479/16 503/20 534/11 534/15 540/4 566/13 619/9 621/1 621/22 623/1 628/1 629/23
relying [4]  562/14 563/8 574/1 668/5
remainder [1]  639/17
remained [1]  640/25
remaining [2]  679/9 679/10
remains [1]  639/14
remember [20]  515/14 516/15 537/24 538/3 540/23 557/4 557/5 566/4 567/6 572/21 583/22 584/1 584/2 585/6 586/12 606/23 632/18 651/12 660/15 670/19
remind [4]  586/12 586/16 589/13 590/9
reminding [1]  648/23
remit [5]  558/12 558/14 558/21 558/22 559/3

removal [9]  638/3 638/17 639/3 668/11 669/13 670/4 672/6 672/25 672/25
remove [5]  633/7 637/15 654/24 655/1 671/17
removed [6]  499/25 634/23 640/2 669/12 670/12 674/5
removing [4]  634/22 653/4 654/8 654/11
render [1]  559/9
rendering [1]  527/12
reopener [1]  599/16
repeat [2]  577/24 595/8
repeated [2]  506/24 598/15
rephrase [2]  559/2 641/17
replace [1]  633/2
replica [1]  599/3
replicate [1]  614/23
replicated [2]  575/7 575/9
reply [3]  666/16 666/25 667/12
report [123]  474/23 474/24 475/6 475/10 475/12 476/11 490/13 490/21 490/22 490/25 492/20 492/21 502/11 522/9 526/2 527/14 529/10 529/17 531/18 531/21 533/20 534/22 535/22 535/23 535/25 536/4 536/6 536/11 537/11 537/21 538/2 538/22 539/17 540/20 541/24 542/12 542/13 543/15 552/3 552/20 553/14 560/5 571/11 572/4 573/21 574/11 576/4 579/5 579/9 581/3 581/15 585/4 585/11 586/11 586/17 586/17 596/7 597/5 613/2 613/6 613/10 613/18 613/23 615/2 615/4 615/7 617/25 619/7 619/14 619/15 619/16 622/13 625/8 627/25 628/5 629/8 629/5 630/9 632/4 636/18 638/2 643/6 643/8 644/19 646/5 646/7 647/2 647/4 647/6 647/8 647/11 647/15 647/18 647/22 648/9 648/16 649/1 649/6 649/16 651/7 651/23 652/1 653/14 653/25 654/7 656/10 656/25 656/25 660/11 666/9 666/11 666/12 666/16 666/25 666/25 667/11 667/12 667/18 667/24 668/1 668/4 677/17 678/1
reported [7]  542/12 550/20 552/13 552/17 553/17 583/19 584/13
Reporter [3]  469/2 680/6 680/15
reporting [3]  550/20 553/18 571/21
reports [23]  472/13 476/14 477/7 527/13 532/11 536/20 536/22 536/23 542/1 569/5 569/6 579/4 612/23 613/12 615/20 615/24 616/1 616/6 616/14 629/1 642/22 654/5 666/8
represent [7]  502/17 503/1 513/21 581/13 586/17 594/14 641/7
representation [1]  602/10
representative [1]  557/9
representatives [1]  609/13
represents [1]  567/23
reproduce [1]  578/7
reproduced [2]  575/1 575/5
request [1]  622/2
required [4]  511/11 563/19 619/14 642/1
requirement [2]  517/21 660/4
requirements [1]  656/12
requiring [2]  622/5 660/1
rereading [1]  585/19
rerun [1]  614/23
rescue [1]  603/9
research [49]  473/22 474/19 478/4 478/7 479/6 480/24 499/5 511/12 511/15 601/4 601/10 602/24 602/25 603/5 603/6 603/7 603/13 603/17 604/1 604/9 604/18 604/23 605/7 612/13 616/17 617/3 617/10 617/15 617/20

R

research... [20]  617/25 618/4 618/7
618/9 618/11 618/12 619/7 619/14
620/15 620/18 621/6 621/15 621/21
625/11 625/12 629/15 631/9 638/1
646/4 659/11
researchers [3]  479/9 510/6 597/5
reside [1]  571/21
Resident [2]  494/3 494/6
residue [2]  582/20 639/13
resorted [2]  540/25 668/16
Resource [1]  556/21
resources [8]  467/4 489/16 648/1
651/16 656/2 656/13 657/6 666/4
respect [4]  544/20 563/5 570/18 615/12
respiratory [1]  486/23
respond [10]  485/13 507/10 511/19
513/22 545/1 641/12 641/18 646/19
659/22 662/25
responded [2]  598/12 598/23
responders [3]  644/10 645/6 645/7
responding [3]  507/13 507/15 642/10
responds [2]  546/9 598/24
response [206]  504/19 504/24 504/25
505/20 507/7 507/20 507/21 509/12
523/4 546/2 546/19 547/4 552/17 569/8
571/1 572/11 596/18 596/20 596/21
599/22 599/23 601/4 601/4 601/6
601/10 601/10 603/13 603/15 603/17
603/19 604/16 604/17 604/24 605/2
605/6 606/3 606/7 606/17 606/22 608/4
608/12 608/19 608/23 609/3 609/7
609/12 609/20 609/23 610/6 610/11
610/13 612/2 612/3 612/6 612/12
612/13 617/7 617/9 617/11 617/15
617/20 617/23 618/3 618/19 619/17
620/15 620/18 620/25 621/15 622/7
623/13 623/15 623/15 624/4 624/9
624/12 624/24 625/3 625/12 625/17
626/8 626/15 626/18 627/1 627/5
627/11 627/15 627/25 628/14 628/25
629/5 629/11 629/12 629/20 632/12
632/14 633/25 634/4 634/9 634/11
635/2 635/3 635/11 635/25 636/3 636/8
636/14 636/17 637/6 637/18 638/18
638/25 639/23 641/24 642/4 642/11
642/14 642/19 642/23 643/12 643/21
644/9 645/13 645/25 646/14 646/16
646/22 647/13 647/17 647/24 648/2
648/10 648/11 648/17 648/18 649/6
649/7 649/11 649/20 650/14 650/18
650/22 651/1 651/4 651/9 651/15
651/16 652/2 652/9 652/12 652/21
652/25 653/8 653/18 654/2 655/10
655/12 655/16 656/2 656/6 656/11
656/12 656/14 656/19 657/1 657/9
657/13 657/17 657/19 658/3 658/21
658/22 659/15 660/13 660/24 660/25
661/11 662/8 662/8 662/9 662/15
662/22 662/24 663/3 664/15 665/12
665/15 665/23 666/1 666/12 670/8
675/2 675/11 675/24 676/4 677/20
677/23 677/23 678/4 678/13 678/22
response-related [4]  603/13 617/11
620/18 621/15
responses [5]  507/8 545/9 545/12
547/13 668/6
responsibilities [3]  603/6 609/18 609/21
responsibility [1]  599/25
responsible [11]  606/7 607/9 608/18
644/13 645/3 645/6 645/22 656/13

656/18 658/11 678/5
restoration [2]  659/2 659/7
restricted [1]  523/13
result [14]  476/15 482/22 489/21 496/17
500/1 501/16 506/25 520/16 521/10
538/9 576/9 576/17 577/1 671/23
resulted [6]  549/22 555/23 556/16
569/10 574/17 662/11
resulting [2]  510/21 560/21
results [21]  499/5 501/22 501/24 503/21
504/1 506/7 508/23 514/22 529/21
531/19 531/21 545/5 545/7 548/16
574/25 575/4 596/14 599/4 604/21
663/6 678/2
resume [1]  573/13
retained [2]  472/7 482/5
retired [3]  473/8 600/15 600/24
retirement [1]  473/10
Returning [1]  599/17
review [18]  472/13 491/5 533/3 533/9
534/13 535/20 536/6 536/23 563/9
569/4 584/3 584/5 636/18 643/4 643/12
643/21 646/11 661/5
reviewed [41]  474/9 474/12 479/12
479/19 490/12 490/24 493/2 526/2
526/4 526/9 526/20 527/7 527/20
532/18 533/6 533/6 533/10 533/14
533/15 533/16 533/16 534/9 534/13
534/13 534/14 535/23 540/4 542/12
542/17 552/4 554/13 555/12 563/8
566/14 568/4 568/21 569/5 569/7
570/16 581/3 644/4
reviewing [1]  533/18
revised [4]  475/21 613/12 614/6 666/22
revision [8]  613/17 614/3 614/7 615/2
615/4 615/7 616/6 666/23
revisions [4]  476/19 615/20 615/23
616/2
revolves [1]  638/15
Rhode [3]  611/5 611/11 611/23
Rice [59]  471/11 471/14 471/24 472/3
472/7 472/14 472/18 472/22 473/1
473/8 474/9 474/22 475/11 476/24
477/7 477/14 477/16 478/8 478/23
479/3 479/16 479/22 480/6 480/15
481/13 485/4 485/25 489/18 491/21
492/11 492/16 492/22 494/12 495/10
495/16 496/16 496/21 499/4 503/19
507/19 522/24 524/12 524/23 525/16
525/19 528/13 537/15 537/21 541/25
552/2 556/14 562/13 563/4 572/2
573/17 573/19 584/9 589/1 589/12
RICHARD [1]  467/11
RIG [1]  466/4
right [97]  471/6 471/7 471/15 471/23
472/18 477/1 481/22 485/14 485/19
492/1 492/2 494/17 495/20 495/24
497/3 497/11 499/16 500/21 502/12
502/13 504/9 510/4 518/8 518/16
519/20 520/20 524/18 524/25 531/9
537/24 538/1 540/2 540/12 543/17
543/17 543/18 544/2 544/5 545/23
550/8 559/21 561/10 561/10 565/13
567/13 567/15 567/21 571/17 571/18
571/19 572/17 573/6 573/13 583/8
583/13 585/7 585/8 589/6 589/14 591/9
592/12 593/25 595/2 595/24 600/4
602/4 613/21 616/25 617/20 626/8
634/17 635/14 636/1 644/6 648/18
651/6 655/20 655/22 656/4 657/20
658/13 659/12 660/17 664/12 664/24
665/25 666/7 669/2 669/4 669/5 672/22

674/19 675/4 675/24 676/1 679/3
679/25
rigs [1]  607/20
ring [18]  481/2 481/3 481/3 481/4
481/19 481/20 481/21 481/23 481/23
482/6 485/10 485/14 485/15 485/16
510/25 511/2 512/5 512/6
rings [3]  481/20 510/23 513/3
rise [3]  573/9 573/11 680/2
risk [3]  501/20 569/15 607/22
risk-based [1]  607/22
risks [1]  622/10
risky [1]  607/24
RMR [4]  469/2 680/6 680/14 680/14
ROBERS [4]  467/9 600/18 602/5 677/15
ROBERT [1]  468/9
rock [2]  567/15 567/17
role [5]  487/21 510/18 605/24 626/16
635/8
roles [1]  605/18
rolled [3]  520/6 520/13 620/12
room [2]  469/2 558/9
roughly [5]  518/15 553/13 553/16 582/8
589/22
round [40]  474/23 475/6 475/10 475/11
492/21 502/11 526/2 527/13 527/14
535/23 535/25 536/4 536/6 536/11
537/6 538/19 538/22 539/17 540/20
540/22 540/25 541/4 541/6 541/7
542/12 542/12 542/13 571/11 579/5
585/4 586/10 586/17 613/1 613/5 613/9
613/23 651/7 667/11 667/18 668/1
Round 1 [7]  474/23 526/2 535/23 579/5
585/4 613/1 668/1
Round 2 [11]  475/6 527/13 536/4 536/6
538/19 540/22 541/7 542/12 613/5
651/7 667/11
Round 3 [18]  475/10 475/11 502/11
527/14 536/11 538/22 539/17 540/20
540/25 541/4 541/6 542/12 542/13
571/11 586/10 586/17 613/9 667/18
Rounds [1]  542/1
routine [1]  497/14
row [1]  545/4
Rowe [4]  629/22 630/2 630/4 630/6
RP [7]  646/8 646/21 656/13 657/2 657/2
657/5 657/9
RRT [6]  609/10 609/18 610/2 610/5
611/1 611/2
RRT 1 [1]  611/2
RRT6 [2]  665/11 665/13
RRTs [5]  609/7 609/9 609/19 610/4
610/3
RRTs II [1]  627/3
ruling [1]  669/19
run [3]  505/15 608/4 612/9
runs [1]  620/5

S

S-T-A-N-L-E-Y [1]  472/3
s/Jodi [1]  680/14
sac [1]  495/14
safe [18]  509/17 515/19 517/16 517/19
518/17 519/8 519/9 520/20 589/16
589/17 592/16 592/22 593/8 593/18
594/2 595/18 595/21 607/21
safely [1]  666/2
safety [9]  603/10 605/24 606/4 606/10
607/18 608/18 609/16 617/16 654/2
said [26]  515/14 517/16 525/25 528/1
533/1 544/15 544/23 547/14 562/7
562/24 563/13 563/17 572/15 572/19
595/13 601/18 607/9 611/5 625/10

S

said... [7]  635/24 648/3 652/12 657/22
658/19 663/24 674/18
salary [1]  612/22
salinity [1]  514/4
salmon [6]  499/19 499/24 545/15 555/7
568/12 570/14
same [60]  471/20 484/21 487/25 489/2
501/1 501/4 501/5 501/6 501/16 501/16
501/16 506/25 508/5 514/16 514/16
519/3 524/14 524/15 530/6 543/23
544/3 545/2 545/2 545/5 545/7 545/9
545/10 545/10 545/22 547/7 552/16
567/20 569/24 572/19 575/4 575/9
581/8 599/4 601/22 607/12 610/8 610/9
625/23 632/2 633/9 633/15 634/22
636/15 638/8 638/19 642/23 642/24
650/6 650/9 651/3 664/4 670/17 671/23
671/23 676/9
sample [29]  475/25 479/15 490/1
490/11 491/2 492/13 508/6 512/12
514/16 519/18 520/9 520/11 520/12
526/6 528/10 528/10 530/8 533/2 535/5
538/13 539/15 541/16 541/19 541/20
541/22 542/4 557/5 568/12 590/19
Sample B [1]  590/19
sample's [1]  521/9
samples [116]  478/2 479/18 492/14
502/21 502/23 503/8 503/16 504/21
506/10 512/15 513/4 519/18 519/21
519/22 519/24 520/2 520/3 520/6 520/9
520/13 520/15 520/19 521/5 521/12
521/14 521/19 522/5 522/11 522/16
522/21 523/18 523/24 523/25 524/1
524/1 524/4 524/6 524/10 524/19
525/21 526/1 526/10 526/16 526/22
527/10 528/1 528/4 528/5 530/2 530/6
530/9 530/15 530/19 530/21 531/3
531/3 531/4 531/5 531/22 531/24 532/4
532/8 532/14 532/15 532/20 532/24
533/5 533/7 533/10 533/14 533/18
534/24 534/24 535/4 535/14 535/19
535/24 538/19 538/20 538/24 538/25
539/14 539/19 539/19 539/21 540/22
541/10 541/15 542/11 556/5 556/7
556/8 556/9 556/10 556/11 556/12
556/15 557/3 557/6 557/8 557/9 557/10
557/16 558/3 559/16 559/17 561/19
562/2 562/7 562/9 562/15 562/15 565/1
565/18 582/15 597/4
sampling [3]  506/1 520/10 529/6
samplings [1]  528/7
sand [6]  632/25 633/2 633/2 633/7
633/8 633/14
sands [1]  633/6
sandy [1]  633/13
SARAH [1]  467/5
satellite [4]  479/14 490/12 490/22
631/18
satisfactory [1]  586/22
saw [10]  499/23 499/23 506/7 506/8
506/9 512/19 596/18 607/11 667/17
678/23
say [41]  484/9 488/1 488/25 489/17
497/13 514/7 518/15 520/12 527/24
535/4 539/18 547/17 549/25 551/5
558/21 562/4 565/19 568/21 577/22
578/20 579/16 582/25 590/18 591/11
592/13 595/22 596/19 597/14 598/5
599/6 601/20 601/21 623/5 625/6
632/15 632/17 632/25 654/5 663/5
663/8 672/14

saying [11]  520/19 566/4 572/21 592/11
593/7 639/22 641/12 653/14 665/5
673/10 673/21
says [23]  505/22 513/20 517/20 529/19
529/22 530/5 530/17 530/24 532/5
540/14 569/4 576/3 591/10 628/6
628/19 638/11 644/2 646/22 653/17
669/6 673/16 673/16 673/18
scalable [1]  623/23
scale [10]  473/19 494/23 607/5 624/14
624/18 628/12 632/19 657/2 657/5
660/8
scales [1]  488/23
scenario [1]  513/21
scene [4]  528/23 609/2 621/11 647/3
schedule [2]  664/19 665/5
school [2]  595/6 606/8
science [5]  473/4 478/17 491/16 508/16
528/23
Sciences [2]  622/2 622/11
scientist [1]  528/4
scientists [4]  516/13 529/18 575/1 575/5
scoliosis [3]  497/15 498/21 499/24
scoop [1]  633/1
scope [6]  526/13 575/23 576/14 644/19
660/11 660/13
scrambled [1]  476/1
screen [5]  491/9 491/17 595/2 613/21
669/2
screening [7]  515/22 517/9 530/1 530/1
534/9 534/12 594/3
sea [3]  492/7 522/6 579/12
search [1]  603/9
seat [1]  472/1
seated [2]  471/6 573/12
second [32]  471/17 480/11 492/22
493/12 497/5 506/22 508/18 509/1
513/18 513/20 517/24 539/2 540/13
566/19 568/17 577/5 577/8 577/14
577/15 580/16 594/24 602/18 607/22
623/3 626/16 638/14 639/16 647/2
668/25 669/4 669/5 670/16
Secondly [3]  479/11 502/22 520/1
seconds [2]  561/3 591/5
section [6]  466/5 467/5 619/18 650/14
653/14 656/9
sections [2]  490/3 639/4
sector [2]  523/17 656/14
security [1]  603/10
sediment [29]  505/23 518/21 518/22
518/23 518/24 518/24 519/3 529/20
531/19 532/8 532/12 532/14 532/15
532/20 533/7 533/9 533/14 533/18
534/24 535/17 535/19 535/19 542/11
583/20 584/2 584/3 584/9 584/16
584/17
sediments [9]  506/2 506/4 506/24 507/2
532/17 532/24 584/8 584/11 584/12
see [80]  483/22 485/6 492/1 494/18
495/13 495/24 496/1 496/14 497/11
500/19 501/4 504/16 518/9 519/21
521/19 522/5 522/11 527/1 529/19
530/9 530/19 530/23 531/1 531/2
537/25 538/6 557/2 561/23 580/2
585/18 586/2 607/12 611/17 626/14
626/19 626/21 631/23 632/20 634/25
643/3 643/19 644/2 644/5 644/11
645/17 645/19 646/1 646/3 647/5
647/20 647/22 648/3 648/14 648/20
650/9 650/12 650/17 653/11 653/13
653/17 653/21 653/23 654/21 656/16
656/24 656/25 657/11 657/23 658/1
658/5 658/7 658/7 658/8 658/13 658/18

668/19 668/21 676/25 677/4 679/25
681/13 681/13 682/7 682/16
seem [1]  671/11
seems [1]  606/16
seen [10]  493/3 526/15 526/20 528/2
548/7 558/1 628/19 635/3 635/11 645/2
seldom [2]  549/2 597/15
selected [3]  650/21 650/23 650/25
Selendang [1]  474/4
Selendang Ayu [1]  474/4
self [1]  631/15
self-powered [1]  631/15
sense [2]  592/25 628/12
sensitive [11]  487/24 488/1 489/7 548/9
652/9 652/22 653/9 653/19 654/15
654/20 655/4
sensitivities [1]  608/8
sensitivity [4]  480/12 486/2 486/5
487/22
sensors [2]  631/21 631/25
sent [4]  631/16 661/14 663/22 663/24
sentence [3]  622/24 638/11 646/3
sentences [1]  586/19
separate [4]  506/6 523/18 559/18
615/15
separated [2]  515/13 521/13
separates [1]  513/10
September [8]  523/22 580/5 584/25
585/11 613/6 613/10 628/1 628/6
September 12th [1]  613/6
September 2014 [1]  584/25
September 26th [1]  613/10
series [14]  480/2 493/4 507/20 509/10
511/17 515/6 516/8 516/15 533/5
590/11 598/10 598/14 625/15 677/22
serious [4]  489/19 587/10 587/12
628/17
seriously [2]  566/3 566/4
serve [3]  472/8 600/25 643/20
served [1]  610/4
service [12]  585/13 602/20 605/19
617/16 623/21 625/8 635/8 635/12
635/14 635/21 635/22 636/10
serving [2]  609/5 609/8
SESSION [2]  466/18 471/1
set [17]  476/14 485/23 492/19 514/16
524/21 537/16 542/4 608/7 609/19
610/7 624/14 626/4 633/12 635/12
650/8 651/22 655/3
sets [1]  529/23
setting [2]  606/16 656/19
seven [1]  580/4
several [18]  479/6 479/12 480/24 490/5
490/11 490/12 493/2 500/3 507/10
522/10 533/3 563/5 568/15 586/20
597/3 597/16 608/5 676/3
severe [2]  552/25 553/3
severely [2]  505/10 550/23
severities [1]  552/24
severity [2]  552/21 553/7
shared [1]  651/7
SHARON [1]  467/15
she [1]  620/8
Shea [21]  479/22 485/12 499/4 503/20
508/2 511/17 511/19 512/24 513/20
514/13 514/14 517/11 519/17 519/17
520/16 524/11 526/7 534/15 566/2
566/7 566/10
Shea's [21]  472/13 478/15 499/12
507/19 507/21 510/2 510/5 515/3
517/15 519/1 519/2 519/10 520/25
521/22 522/2 522/23 523/4 523/1
535/25 538/18 540/24

Downloaded from

S

shelf [5]  624/18 629/7 629/9 630/14 661/6
Shell [1]  468/13
shifted [1]  604/13
ships [3]  622/5 622/5 674/6
shore [3]  504/13 631/18 674/4
shoreline [4]  652/14 653/1 654/2 655/4
shorelines [3]  652/22 653/9 653/19
short [7]  492/8 494/23 553/5 564/24 590/6 634/24 679/17
shortly [2]  485/19 538/1
shot [2]  491/9 491/17
should [10]  514/7 539/18 547/17 566/10 569/14 573/2 598/5 601/18 601/24 623/5
shouldn't [2]  497/13 637/13
show [5]  498/17 522/17 554/20 595/7 647/19
showed [14]  524/17 526/25 532/7 550/24 551/10 551/20 581/23 606/19 607/7 623/14 623/23 640/19 661/5 678/11
showing [13]  485/4 485/5 496/16 500/4 519/24 533/4 551/11 578/10 613/16 619/5 619/23 620/22 621/19
shown [9]  506/9 529/10 549/5 549/7 549/21 599/17 615/21 668/4 675/2
shows [8]  522/14 524/11 538/24 555/13 557/5 623/6 640/24 678/24
shrimp [6]  509/24 578/15 578/16 578/18 578/21 578/22
shut [1]  661/21
SHUTLER [1]  467/15
side [4]  514/13 514/18 521/24 618/5
sifting [1]  628/16
sightly [1]  668/19
significance [9]  491/7 498/2 498/19 619/25 620/11 622/23 638/10 639/10 646/17
significant [31]  483/7 489/25 494/9 496/24 498/6 504/21 505/23 518/7 520/14 524/6 524/9 543/19 546/4 560/14 584/14 594/14 594/15 594/22 595/14 595/25 610/2 618/12 625/14 627/3 628/18 655/11 657/2 657/5 657/13 667/2 667/3
significantly [14]  498/12 506/11 506/13 506/18 511/4 518/5 523/21 589/20 589/24 594/23 654/18 663/9 663/11 666/16
Simcox [5]  469/2 469/4 680/6 680/14 680/14
similar [21]  498/5 498/7 500/1 500/2 500/20 500/20 501/10 501/12 506/7 512/10 543/24 543/25 543/25 543/25 545/5 545/6 561/16 572/8 610/4 618/17 630/13
similarities [2]  544/15 588/23
similarity [3]  501/11 547/8 547/9
similarly [2]  521/9 575/8
simple [3]  671/21 673/20 674/19
simply [3]  587/6 588/2 588/3
since [13]  492/15 508/25 534/23 539/25 584/25 585/2 585/24 613/12 617/15 645/22 646/13 676/17 676/20
single [8]  481/2 481/19 485/15 510/23 528/7 553/21 563/22 597/10
single-ring [1]  481/2
sinks [1]  603/24
SINTEF [1]  618/10
sir [14]  600/5 636/18 642/22 643/3

649/2 652/19 660/21 666/2 666/5 666/16 667/23 673/4 677/24 679/8 679/15 679/16 679/18 679/21 679/22
site [9]  491/15 491/17 504/12 506/18 515/25 517/22 556/17 564/1 564/6
site-specific [2]  564/1 564/6
sites [5]  504/11 506/11 506/12 580/3 580/4
sitting [5]  527/18 537/10 554/4 585/23 626/1
situ [17]  620/25 638/15 638/25 652/5 652/16 652/19 653/3 653/7 654/5 654/8 654/17 661/4 661/10 661/14 661/18 666/17 669/12
situation [4]  513/25 517/8 607/24 647/24
six [3]  495/22 581/23 609/6
size [10]  481/9 481/13 481/15 481/24 481/25 501/4 526/13 545/24 547/9 610/2
skill [2]  542/3 542/7
skim [4]  633/13 633/13 639/14 639/15
skimmed [7]  613/24 615/13 615/14 615/16 640/1 668/7 670/14
skimmers [1]  657/7
skimming [11]  618/23 623/2 624/17 625/2 634/7 634/23 637/4 652/17 669/12 671/11 675/1
slick [1]  520/4
slide [65]  472/22 477/10 478/24 480/6 480/14 481/5 481/12 483/14 483/17 484/9 485/24 486/8 490/14 494/10 495/7 495/11 496/16 496/21 497/1 499/7 502/8 504/6 504/7 504/23 505/22 505/24 513/16 516/4 517/12 518/20 519/16 521/8 521/22 521/24 522/4 522/7 522/8 522/8 522/14 522/24 523/20 524/17 530/13 591/2 591/4 591/6 605/10 613/16 619/5 619/22 620/22 621/19 622/20 627/23 629/19 630/18 632/9 634/10 634/15 637/23 638/6 638/21 639/7 640/12 640/16
slides [7]  480/2 493/4 499/17 503/25 507/21 515/6 619/1
slightly [4]  545/13 549/23 549/25 674/14
slow [7]  478/13 486/25 510/21 511/5 511/16 512/24 571/4
slowed [1]  550/24
slower [6]  483/2 484/23 485/20 487/6 487/14 495/25
slowing [1]  571/3
small [11]  483/10 483/20 498/10 521/9 560/9 560/14 567/16 567/16 581/21 581/22 581/22
smaller [6]  484/17 484/23 485/5 485/7 485/9 485/15
smallest [2]  481/20 482/3
SMART [4]  664/1 665/19 665/21 665/23
snail [1]  627/15
snaps [1]  595/4
snapshots [2]  528/7 528/12
so [216]
so-called [1]  512/25
software [1]  469/8
solar [1]  631/17
sole [1]  599/5
solely [1]  479/16
solubility [7]  481/6 481/16 481/16 482/1 482/20 482/24 483/5
solubilization [1]  484/12
solubilizing [1]  484/12
solution [12]  484/8 510/14 510/22 511/3 512/6 512/18 513/3 513/6 556/18 560/13 560/16 591/25
solutions [4]  509/11 510/17 512/22

626/21
somebody [10]  557/25 590/8 594/25 595/6 614/23 633/5 635/10 635/23 635/24 678/5
someone [2]  525/6 611/11
someplace [1]  592/17
something [17]  496/11 590/22 593/13 599/8 601/18 624/22 627/1 627/2 633/24 637/18 647/19 659/12 665/20 670/21 671/11 672/14 675/23
something's [1]  593/7
sometime [2]  555/2 555/5
Sometimes [1]  487/11
somewhat [1]  545/24
somewhere [3]  525/9 553/20 582/8
sonar [3]  604/7 631/1 631/2
SONs [1]  624/15
soon [1]  656/3
sophisticated [2]  513/8 513/15
sorry [38]  473/24 476/5 478/11 493/17 495/16 525/3 525/4 528/6 529/3 530/18 533/12 534/1 536/10 539/2 540/7 540/13 546/20 546/25 549/4 550/1 550/2 553/15 558/8 558/14 561/10 568/12 573/21 574/7 577/24 579/11 594/18 595/10 602/5 611/9 668/25 671/15 679/7 679/15
sort [12]  508/20 538/15 538/15 561/8 566/1 587/19 593/1 598/19 598/21 599/8 599/23 600/1
sorted [4]  502/18 502/19 502/22 538/16
sorting [2]  538/11 539/23
sorts [1]  555/6
Sound [2]  474/2 568/1
sounds [2]  562/23 562/23
source [13]  495/7 500/13 502/8 628/13 632/3 632/6 632/7 641/11 641/15 641/16 645/12 649/1 677/1
sources [3]  490/15 490/18 493/8
South [1]  468/23
southeast [1]  509/23
southern [9]  543/2 543/10 543/11 544/8 544/16 545/10 546/15 552/14 608/21
southwest [1]  579/13
space [4]  494/18 495/15 519/19 520/1
speak [22]  479/20 482/9 483/20 486/3 486/11 486/19 487/16 489/2 495/6 496/6 497/14 505/12 505/14 514/1 514/5 517/7 543/1 552/23 587/24 594/3 602/1 676/13
speaking [8]  480/13 509/7 562/6 573/19 585/2 611/12 661/23 670/7
speaks [1]  622/25
spec [2]  513/9 513/11
special [1]  665/22
species [75]  476/11 488/3 493/11 495/11 497/3 497/6 499/16 499/20

species... [67] 501/18 501/19 501/20 501/22 501/23 503/2 503/18 509/21 509/22 512/12 516/1 516/24 517/2 517/23 523/10 542/25 543/1 543/2 543/9 543/10 543/12 543/14 543/16 543/17 543/20 543/20 544/3 544/6 544/13 544/19 545/1 545/4 545/6 545/8 545/14 545/22 545/25 546/9 546/19 546/20 546/21 547/8 548/2 548/3 549/21 564/2 565/25 566/19 571/14 571/23 572/11 572/11 572/13 572/13 572/13 572/17 572/23 573/20 573/25 574/5 574/10 575/2 575/4 575/9 579/1 598/4 608/12
species-specific [3] 516/1 517/23 608/12
species-specific-type [1] 564/2
specific [19] 516/1 517/23 543/3 546/18 547/3 547/13 551/25 564/1 564/2 564/6 576/19 608/12 608/12 619/19 622/17 630/15 643/4 656/8 661/17
specifically [15] 472/16 473/17 477/19 478/5 478/19 479/7 479/11 508/14 510/2 515/1 582/13 582/19 629/10 643/16 661/16
specimens [1] 550/16
spectrum [2] 553/3 624/6
speculation [1] 578/19
speedier [1] 660/8
spell [1] 472/2
spelling [1] 600/13
spend [2] 609/4 609/8
spent [3] 588/16 605/9 606/5
spheres [2] 663/24 664/8
spill [128] 466/4 472/13 473/23 473/25 474/2 474/3 474/4 474/5 474/8 476/16 477/18 477/19 478/19 479/5 479/12 479/13 482/23 483/4 483/7 483/8 489/22 491/5 491/7 492/25 493/3 494/3 494/5 504/2 513/2 518/25 521/3 523/9 526/13 526/14 528/2 533/5 568/2 587/2 601/4 601/4 601/6 601/10 601/10 603/12 603/15 603/19 604/16 604/17 604/22 605/2 605/4 605/6 606/7 606/17 607/1 607/10 608/13 608/15 609/3 610/1 610/2 610/13 612/12 612/13 617/3 617/11 617/15 617/22 618/16 619/17 620/11 620/17 620/24 621/9 621/12 621/14 621/20 623/13 623/15 628/15 629/11 630/3 632/14 632/15 632/18 632/21 633/20 633/20 634/1 637/25 638/11 638/25 640/23 641/12 641/19 646/14 646/17 646/19 646/24 647/4 648/10 648/17 649/7 652/2 652/14 655/9 655/12 656/2 659/23 660/1 660/2 660/13 660/25 661/1 661/25 662/10 662/24 663/1 665/6 666/14 668/12 669/10 675/11 675/13 678/4 678/8 678/11 678/15
spill-related [1] 617/22
spilled [1] 638/16
spills [8] 474/5 483/8 603/24 623/1 627/3 636/22 643/11 678/17
spinal [2] 549/23 555/9
spine [2] 497/15 499/24
spines [2] 497/13 590/22
spoke [2] 589/12 627/9
spot [1] 527/10
Square [1] 468/13
ST [1] 467/22
staff [1] 605/22
stage [5] 487/21 487/22 489/6 553/23

620/2
stages [3] 486/18 553/23 585/20
stairs [1] 468/22
stakeholders [6] 634/21 635/1 636/2 636/4 636/7 636/14
stand [6] 609/1 620/14 648/24 668/20 668/22 668/23
standard [9] 511/11 512/25 563/13 563/19 564/9 566/5 597/15 598/4 598/6
standing [3] 587/18 587/22 588/13
stands [1] 567/15
Stanley [5] 471/11 471/14 471/24 472/3 476/24
stars [1] 579/12
start [6] 480/5 484/19 502/7 547/1 617/14 679/23
started [11] 483/18 603/2 603/14 603/21 604/9 606/15 606/20 620/3 632/24 641/15 656/2
starting [8] 494/8 496/25 497/6 502/8 510/4 524/7 605/21 651/2
starts [2] 607/18 614/13
state [15] 467/19 472/1 473/4 473/5 476/19 576/4 580/2 586/21 600/12 606/21 611/5 618/6 618/7 636/1 636/5
stated [7] 479/22 501/18 509/18 539/14 569/23 586/2 678/10
statement [1] 592/25
states [36] 466/1 466/8 466/20 467/3 471/10 471/13 472/8 510/8 565/3 575/19 580/8 581/19 600/15 600/18 600/23 600/25 602/16 602/21 612/11 620/24 623/3 623/8 635/9 638/25 641/11 643/9 647/8 653/20 654/7 657/16 659/14 659/17 668/5 670/11 677/15 680/7
stating [1] 591/22
Station [1] 489/11
statistical [2] 592/5 614/19
statistically [4] 506/15 506/17 595/17 595/25
statistics [3] 508/24 590/15 628/11
stay [3] 482/9 631/15 635/23
stemming [1] 628/25
stenography [1] 469/8
step [1] 608/6
Stephanie [1] 471/17
steps [1] 659/22
STEVEN [1] 467/6
still [23] 505/11 507/3 517/9 521/4 521/21 524/5 528/7 538/23 541/4 541/6 545/22 562/5 577/2 599/14 599/15 606/24 608/7 633/15 635/24 639/13 665/4 678/25 679/11
stimulate [3] 515/25 517/22 592/19
stirrers [1] 511/17
stock [5] 565/17 587/18 587/22 588/14 597/24
stocks [1] 556/13
stop [3] 486/24 486/25 671/8
story [1] 503/9
strategic [1] 603/18
Street [5] 467/23 468/10 468/14 468/20 469/2
strengths [1] 643/22
strike [4] 536/20 544/24 553/15 564/12
strikes [2] 488/8 488/13
strong [3] 617/17 618/6 618/9
strongly [1] 575/25
structure [4] 484/23 515/15 625/20 625/22
structured [1] 623/24
structures [1] 495/4

struggling [2] 623/19 679/7
student [2] 623/11 628/21
studied [7] 497/19 544/9 544/9 544/19 544/21 572/5 608/9
studies [48] 479/13 494/8 494/9 496/23 497/2 499/4 499/14 499/18 499/19 500/3 500/7 500/7 500/10 500/11 500/15 500/16 501/8 502/3 503/3 503/20 509/3 509/4 509/5 516/9 542/14 543/8 553/13 553/16 554/16 554/19 554/24 555/3 556/16 560/25 561/4 563/18 563/25 564/2 564/6 568/22 568/23 569/7 573/20 575/6 586/22 592/15 598/11 598/20
study [50] 494/1 497/3 497/4 498/3 503/3 503/5 503/14 524/3 543/7 547/22 548/24 549/4 549/19 550/1 552/11 552/20 553/10 553/21 554/5 554/7 554/9 554/10 555/23 559/25 561/24 562/14 563/6 564/1 564/25 565/5 565/7 565/24 566/3 566/8 569/14 570/18 571/5 574/16 575/8 575/13 575/19 576/5 577/23 578/21 596/14 596/14 596/22 597/4 598/15 622/11
studying [2] 523/12 567/7
stuff [1] 678/23
subject [4] 509/9 511/10 568/3 578/13
sublethal [5] 487/11 487/17 518/12 594/5 594/12
submerged [4] 603/23 604/23 630/25 631/4
submit [1] 627/18
submitted [7] 613/2 613/6 613/10 615/7 636/18 666/22 666/24
submitting [1] 613/12
subsea [3] 625/8 625/9 665/9
subspecies [1] 544/4
substantially [2] 496/1 551/17
Subsurface [2] 491/6 491/14
subtract [1] 596/24
success [7] 506/20 507/17 649/20 650/8 655/15 656/6 678/12
successful [7] 607/6 649/7 652/2 655/18 655/21 655/22 656/1
such [11] 480/10 509/23 510/6 511/16 527/13 532/25 540/10 570/3 632/18 651/4 657/7
suffer [1] 486/16
sufficient [4] 527/23 528/2 528/14 566/21
sugar [1] 655/2
sugar-coat [1] 655/2
suggested [2] 607/2 633/5
suggesting [1] 588/4
suggestions [2] 626/25 627/7
suggestive [1] 582/22
Suite [2] 468/14 468/24
summarize [3] 475/1 508/2 563/1
summarizes [1] 634/10
summarizing [8] 472/22 477/10 478/24 490/14 499/7 508/24 605/10 628/7
summary [12] 477/14 529/20 531/19 601/13 601/17 602/7 605/16 616/18 616/23 649/4 651/8 657/24
sunken [1] 629/16
sunlight [4] 484/14 488/8 488/13 488/21
supplied [1] 496/6
supply [1] 610/22
support [14] 508/12 528/14 555/20 574/1 574/12 579/14 585/1 585/25 603/11 610/3 635/15 638/18 659/11 666/5
supported [6] 552/4 554/14 570/4 570/17 606/2 635/16

Case 2:10-md-02179-CJB-DPC Document 16529 Filed 05/05/16 Page 245 of 250

S

supporting [2]  555/20 576/6
supportive [3]  554/17 570/10 570/13
supports [5]  552/9 566/14 566/20 603/7
  639/24
suppose [2]  563/7 594/17
supposed [4]  515/25 560/12 620/2
  662/7
supposing [1]  576/10
sure [29]  471/18 512/16 512/21 525/2
  525/13 536/20 539/9 539/11 551/4
  551/9 551/14 553/1 554/6 555/16 556/1
  558/19 564/9 586/12 586/13 598/9
  600/17 607/20 622/8 639/19 663/13
  665/19 668/16 671/25 676/9
Surely [1]  590/10
surface [23]  477/25 483/9 483/11
  483/24 484/13 484/14 484/18 488/20
  490/5 505/7 505/9 512/4 520/11 520/25
  521/1 541/21 561/16 585/13 653/5
  654/1 654/3 654/9 665/9
surfboard [2]  631/10 631/11
surmise [3]  578/4 598/17
surmising [2]  578/11 578/12
survival [8]  480/7 498/20 509/13 514/8
  548/6 548/8 578/6 599/8
survive [4]  496/13 498/22 498/25 499/2
survivors [1]  498/10
SUSANNAH [1]  467/22
suspect [2]  523/6 551/4
sustain [1]  563/2
SWACO [1]  633/11
swelling [5]  494/14 494/16 496/9 496/10
  496/12
swept [1]  520/5
swim [3]  498/19 498/23 499/3
swimming [11]  493/24 498/12 575/15
  576/8 576/12 576/13 576/18 576/18
  577/2 578/1 578/5
swinging [1]  487/15
sworn [1]  471/24 600/11
SYNDICATE [1]  466/16
syntheses [1]  559/15
synthesis [1]  526/20
synthesized [2]  479/20 527/7
system [13]  494/25 557/25 603/15 607/2
  608/7 620/6 623/1 623/20 625/16
  627/5 627/6 642/9 646/12
systems [3]  603/15 603/20 604/21

T

table [2]  529/17 610/20
tables [1]  538/9
tactics [1]  621/9
tail [1]  497/19
take [21]  472/1 487/19 488/12 496/10
  520/10 525/2 525/5 532/8 543/22 552/6
  573/6 591/5 598/21 632/9 632/25 633/2
  640/4 650/25 661/11 661/18 672/20
taken [9]  504/12 512/12 518/24 520/4
  520/11 522/8 644/9 648/1 667/17
takes [1]  513/15
taking [5]  521/23 556/18 603/19 609/21
  676/8
talk [9]  481/5 485/19 501/23 534/14
  543/7 554/9 566/12 602/13 677/3
talked [16]  507/6 508/13 516/15 529/24
  542/11 559/22 566/8 624/7 625/8 636/1
  647/2 650/5 652/5 658/25 663/2 670/12
talking [31]  485/14 500/11 503/3 509/3
  529/25 536/7 545/16 545/25 556/1
  556/8 556/10 556/10 559/12 563/12

583/2 583/3 583/5 583/9 583/21 584/9
595/10 655/16 665/18 665/19 665/21
665/21 671/5 674/2 674/3 674/4 674/14
talks [2]  620/1 639/16
target [1]  543/1
targeting [1]  554/16
targets [2]  486/11 495/6
task [1]  644/2
tasked [1]  603/14
tasks [3]  472/10 472/11 658/22
taxonomist [1]  572/15
team [20]  473/21 474/1 528/23 606/3
  608/4 609/12 609/20 609/23 610/11
  617/6 620/9 622/1 623/13 627/19 644/8
  645/21 646/4 646/24 653/25 664/1
teams [3]  608/23 609/7 615/16
technical [1]  606/9
technique [1]  666/18
techniques [5]  617/4 618/17 662/10
  667/1 670/12
technologies [18]  601/6 617/4 617/8
  617/11 618/17 625/4 625/5 628/24
  629/4 629/20 630/11 632/3 632/12
  660/25 661/1 662/10 662/15 665/23
technology [14]  604/24 612/6 612/8
  625/21 626/5 627/5 627/25 629/10
  631/25 632/6 632/7 633/9 656/21 666/9
tell [6]  507/16 535/8 563/9 591/13
  640/18 672/18
telling [2]  644/8 676/19
tells [3]  500/21 592/21 620/1
temperature [1]  514/3
ten [3]  545/3 545/6 659/12
tend [1]  597/12
tender [1]  476/23
tenets [1]  642/7
tens [2]  480/22 480/22
term [6]  474/6 474/19 553/5 594/4
  599/20 608/25
terms [11]  489/6 500/1 508/17 526/13
  601/5 655/3 655/9 663/7 666/13
  669/11 677/2
Terre [4]  504/10 504/11 504/21 506/10
test [22]  498/8 498/11 517/8 517/25
  518/18 518/19 518/20 518/21 518/22
  545/3 548/7 549/1 549/2 557/1 589/24
  593/11 594/16 596/25 598/1 599/3
  599/3 599/9
tested [6]  501/8 507/8 509/21 545/6
  560/3 631/3
testified [8]  471/25 525/19 532/23 538/8
  542/21 566/2 600/11 660/20
testifying [2]  634/11 660/15
testimony [7]  477/8 534/5 562/8 616/14
  616/19 662/7 671/14
testing [2]  563/16 564/5
tests [16]  498/17 501/19 509/2 516/21
  517/5 518/1 518/4 556/24 557/1 597/16
  598/3 598/16 599/1 599/2 625/16 661/7
Texas [2]  473/25 618/6
than [47]  477/1 483/8 485/12 488/1
  514/9 515/18 515/19 515/25 517/21
  518/5 518/5 519/6 520/18 521/22
  524/11 526/14 534/10 534/23 545/10
  546/2 553/21 553/23 554/1 554/9 565/1
  570/3 572/9 580/4 582/24 585/14
  589/15 589/16 589/21 589/25 590/1
  590/18 590/19 592/3 592/13 594/11
  624/11 648/10 648/17 649/10 657/8
  678/2 679/17
thank [34]  471/22 478/11 495/19 524/23
  525/11 525/14 527/17 528/17 529/9
  533/17 534/18 544/10 546/7 546/12

548/15 553/12 561/3 573/8 573/14
573/15 591/3 596/24 600/1 600/4
596/2 600/3 600/4 641/1 648/23 652/4
658/18 668/24 677/10 679/2
thankfully [1]  492/16
that [1106]
that's [171]  477/23 479/15 481/21
  481/22 484/6 484/12 485/15 487/3
  487/16 487/25 488/18 491/25 493/2
  494/15 494/18 495/1 496/4 498/15
  499/13 503/9 503/9 503/15 503/17
  503/23 506/9 507/17 507/18 508/20
  510/8 511/8 513/9 515/2 516/10 516/10
  518/11 518/11 522/20 523/15 525/24
  526/4 527/3 528/2 529/13 529/14
  529/22 530/5 530/17 531/7 532/1 532/5
  532/13 532/13 533/1 535/21 535/21
  536/1 536/5 536/19 536/24 538/13
  539/16 540/12 540/17 542/10 542/17
  543/24 544/5 544/18 545/3 547/6
  547/15 547/21 549/2 549/13 550/6
  550/8 550/9 550/12 550/15 551/8
  552/10 552/17 553/5 553/11 556/24
  559/3 560/1 561/9 561/14 561/18
  563/17 563/21 564/2 564/23 564/23
  565/4 565/4 565/10 567/1 567/8 567/14
  568/5 568/19 568/25 569/13 569/17
  570/11 571/3 571/23 572/7 574/3 574/4
  574/15 574/19 575/24 576/3 577/11
  577/13 577/19 579/15 579/20 580/8
  580/12 580/15 580/18 581/5 581/7
  583/6 585/20 586/25 586/25 587/12
  587/20 589/5 590/15 591/15 592/16
  593/13 593/13 593/18 593/19 594/7
  594/8 594/10 595/6 595/14 596/22
  599/24 603/10 606/19 610/22 614/24
  618/4 622/25 624/11 625/10 632/15
  633/24 636/25 637/18 639/12 640/4
  646/25 651/22 658/7 658/10 662/6
  662/8 668/13 673/21 674/6
their [23]  481/6 481/13 481/15 505/6
  508/19 518/6 543/25 544/1 569/23
  570/5 570/7 576/11 585/13 586/23
  597/5 619/15 622/7 625/11 627/18
  658/11 663/18 676/6 676/7
them [50]  476/2 487/11 490/25 495/21
  495/25 498/11 500/24 502/14 508/3
  508/16 509/10 509/11 509/11 516/19
  519/19 520/18 522/13 533/19 539/22
  543/20 552/23 556/24 564/16 566/5
  572/7 572/22 576/10 586/19 610/19
  621/10 626/1 626/14 627/14 628/16
  629/6 630/13 631/16 631/19 632/5
  637/15 643/14 644/2 644/16 645/22
  662/19 663/24 664/1 664/8 664/9 667/4
then [95]  479/9 480/11 481/2 481/5
  481/10 481/22 482/4 482/11 482/17
  484/18 486/14 486/15 489/3 489/24
  491/16 493/12 496/7 497/8 497/8
  497/19 498/11 499/17 500/21 501/2
  503/5 508/14 510/22 511/1 511/7
  511/25 513/11 515/18 515/18 515/25
  516/11 516/16 520/13 521/18 523/17
  530/23 533/6 533/12 536/10 537/5
  538/23 539/10 540/17 541/21 542/9
  551/10 560/3 560/12 560/15 576/10
  579/16 580/9 582/21 591/9 591/9
  592/12 592/21 594/10 595/20 598/17
  603/16 603/18 603/21 603/25 604/9
  604/12 607/3 607/11 607/22 609/15
  609/21 618/23 626/20 626/20 627/14
  631/7 633/17 640/7 644/3 658/13
  667/17 668/10 669/15 670/16 672/3

then... [6]  672/4 679/15 679/19 679/19
679/20 679/20
there [170]  473/14 476/14 477/20
477/22 477/23 478/10 478/16 478/22
480/8 480/22 481/1 481/21 481/21
483/3 483/23 483/25 484/11 484/18
486/10 486/18 486/19 489/14 489/14
489/23 489/24 490/25 491/2 491/17
493/1 494/19 494/24 495/13 495/24
496/15 497/9 497/19 503/4 504/13
504/15 504/20 507/4 511/11 512/5
513/4 514/13 516/2 516/3 518/20 520/7
520/17 521/2 522/11 522/18 522/21
523/6 526/23 526/24 529/10 529/19
532/7 532/15 533/25 536/3 538/17
538/19 538/25 539/1 539/14 540/10
542/24 543/19 544/9 544/15 544/24
546/24 547/17 549/11 551/25 553/20
554/3 554/5 554/5 554/24 555/2 555/5
556/25 557/4 558/17 562/9 563/13
563/19 564/10 566/21 568/18 572/3
572/23 576/15 577/5 578/14 578/17
579/19 582/8 582/22 583/20 586/21
586/22 587/10 588/11 588/12 588/19
588/23 589/19 591/6 591/9 591/24
593/10 595/5 595/16 596/10 603/2
603/14 604/15 607/15 607/16 608/4
608/13 609/14 610/2 610/20 612/8
614/18 617/9 618/14 619/19 622/17
625/10 625/22 625/24 625/25 630/15
631/22 633/7 635/13 635/14 635/21
635/23 636/6 638/18 644/3 644/7 645/5
645/5 645/24 647/22 651/8 654/6 658/1
658/1 658/14 661/8 662/16 663/16
663/21 664/3 664/14 665/11 665/17
668/10 679/8 679/23
there's [62]  471/16 471/19 476/10
477/15 480/9 480/11 480/18 481/2
481/3 482/7 483/23 486/5 486/10
486/12 486/12 486/13 486/15 488/4
489/25 491/1 493/11 495/1 495/5
495/13 495/22 497/2 497/7 499/13
499/19 500/21 503/4 506/14 506/20
516/15 517/1 521/7 521/21 522/4
522/16 522/19 522/22 524/9 524/10
554/5 558/17 559/18 562/11 568/14
583/6 583/19 598/18 598/18 604/1
604/13 609/20 617/21 618/11 618/13
625/10 647/14 672/1 674/16
therefor [1]  476/20
therefore [1]  513/4
these [121]  475/14 475/14 476/13 477/7
480/1 482/21 484/15 484/15 486/6
487/9 487/11 488/22 490/18 491/4
493/10 493/19 494/8 494/9 497/19
497/25 498/9 498/21 499/2 499/4
499/18 500/7 500/10 500/22 501/8
501/18 501/22 501/24 502/3 502/19
502/20 502/23 503/6 504/19 504/21
505/5 505/16 506/20 507/14 511/2
511/2 513/8 515/16 518/10 519/7
519/21 519/25 520/3 520/6 520/13
520/15 521/6 522/25 524/10 524/12
531/3 531/5 534/8 534/15 535/8 535/8
535/10 535/17 539/21 541/13 545/25
547/8 549/20 549/21 554/16 554/24
555/16 561/9 568/14 568/15 574/17
576/12 576/23 577/1 581/20 582/3
582/4 582/15 582/15 584/13 589/20
589/23 594/13 598/19 599/13 599/22
601/20 602/1 602/20 613/12 613/17

616/1 616/13 617/13 618/16 622/23
624/3 625/6 628/16 633/8 634/10 635/5
638/10 639/10 646/17 655/5 660/12
663/23 663/25 669/16 672/11 673/24
they [172]  472/19 476/11 476/22 481/9
481/9 481/10 482/4 482/8 482/9 482/12
482/13 482/24 482/24 482/25 483/1
484/2 485/16 485/19 488/2 489/8
490/11 497/15 498/4 498/21 498/22
498/23 498/24 498/25 500/24 500/24
502/16 503/6 505/8 505/9 506/1 506/15
506/17 507/8 507/8 507/10 515/13
516/20 516/25 516/25 518/1 524/15
524/22 527/8 527/12 530/4 534/22
535/4 539/20 540/24 540/25 541/14
541/15 543/23 543/24 545/24 550/18
550/22 551/4 551/4 551/16 554/17
555/10 555/21 564/7 564/8 564/8 564/8
564/10 564/16 564/18 567/10 567/11
568/21 569/14 569/18 569/23 570/25
572/19 572/25 575/2 580/2 582/6 582/7
582/10 583/16 587/14 587/14 587/14
587/15 587/15 588/17 588/18 591/13
594/16 596/20 598/5 599/14 599/21
599/22 599/23 601/8 608/15 610/8
610/17 610/25 613/13 615/17 615/18
615/18 617/2 621/8 621/12 622/12
624/11 624/12 624/18 624/22 625/5
625/8 625/12 626/1 626/18 626/21
627/7 627/10 629/6 630/7 630/11
630/22 631/21 631/21 631/22 633/6
633/7 634/19 635/12 635/12 635/13
635/14 635/16 635/23 637/16 648/12
659/17 660/7 661/9 662/2 662/4 662/5
662/23 663/17 663/23 663/24 663/24
664/3 664/4 664/8 664/9 664/9 665/8
665/23 676/8 676/10 676/12 676/19
676/20 677/3
they'll [3]  504/25 578/7 591/12
they're [47]  480/21 482/5 482/8 482/17
485/7 488/20 488/20 491/18 497/9
497/17 499/3 500/4 501/1 506/1 507/9
507/15 507/16 508/8 509/22 516/22
516/23 516/23 516/25 517/3 517/4
518/6 522/12 524/5 524/5 531/4 544/3
544/4 549/23 557/6 564/1 564/2 565/21
565/21 568/16 583/11 599/13 610/7
633/7 663/25 664/21 664/21 664/21
they've [5]  516/20 541/24 617/20 631/16
643/16
thing [13]  487/25 497/12 508/20 508/20
519/21 540/10 567/20 596/17 600/1
631/14 642/23 662/6 676/9
things [14]  478/8 487/8 561/9 598/21
601/19 622/25 632/19 632/20 652/17
656/8 656/22 662/11 677/3 679/21
think [71]  478/1 478/3 483/6 487/15
487/24 488/4 488/19 493/1 499/21
500/6 500/8 501/21 503/23 508/21
517/19 533/12 538/11 543/8 556/25
564/10 566/10 566/23 572/19 584/6
597/7 599/21 606/23 611/15 611/15
628/6 630/3 631/5 631/22 634/2 634/5
636/1 639/15 646/10 646/11 647/1
647/14 651/17 657/3 659/12 660/10
661/9 663/9 663/11 663/16 664/22
669/15 670/21 671/13 672/13 673/24
674/2 674/6 674/8 674/15 674/16
674/17 676/7 676/8 677/19 677/23
677/25 678/1 678/5 678/9 678/16
678/21
thinking [2]  607/10 627/10
third [6]  478/14 478/15 492/21 508/21

558/18 614/11
this [417]
THOMAS [1]  468/19
thoroughly [1]  643/21
those [108]  475/17 475/19 482/6 482/8
483/13 485/20 487/7 487/18 490/6
490/14 496/5 497/9 499/17 499/20
499/23 500/5 501/1 501/3 502/25 503/5
503/11 503/20 504/22 505/8 505/20
506/3 506/13 507/1 509/5 510/13
512/11 512/15 513/12 517/5 518/4
521/20 522/17 523/11 523/24 524/7
524/14 524/19 524/21 526/5 526/16
526/25 527/10 528/7 528/11 529/24
530/19 531/13 531/24 533/18 536/16
536/17 536/25 536/25 538/21 540/24
541/3 542/23 543/15 547/5 551/2
553/21 555/6 556/7 556/13 557/8 557/9
557/12 557/12 557/15 559/17 562/7
562/15 576/21 578/8 583/11 584/15
587/1 588/10 594/14 598/8 598/12
598/14 598/21 599/12 614/16 615/11
616/3 616/9 619/1 626/20 627/20
628/17 634/8 641/22 651/11 656/20
656/22 657/13 660/5 662/11 664/18
669/11 676/8
though [11]  482/24 488/24 508/10 533/9
560/17 561/13 576/5 576/19 611/21
646/20 666/24
thought [8]  515/19 525/9 537/7 537/7
537/8 566/2 626/1 650/23
thousand [7]  507/10 538/20 540/22
541/10 635/4 658/8 658/10
thousands [3]  480/22 509/20 532/15
threat [1]  639/13
threatened [1]  608/13
threatening [2]  496/11 639/20
three [30]  477/25 480/20 481/3 481/20
481/23 485/10 488/1 495/22 495/25
497/3 497/6 511/2 511/2 512/5 512/11
512/12 512/15 513/3 518/10 523/21
543/9 543/10 543/15 557/6 609/15
616/25 634/17 645/17 679/9 679/12
three-fourths [1]  480/20
three-ring [3]  481/3 485/10 512/5
threshold [27]  501/19 503/6 503/14
503/17 509/16 514/19 514/23 514/24
514/25 515/3 515/5 519/4 524/3 524/13
547/7 549/11 550/17 550/21 551/6
551/11 552/10 553/14 553/17 556/3
566/21 571/2 590/20
thresholds [2]  502/2 524/14
through [17]  481/19 507/3 509/24
511/17 557/11 605/4 606/8 607/17
617/18 623/18 625/1 628/16 631/12
632/3 657/20 660/1 678/6
throughout [3]  608/3 645/25 646/22
throw [1]  562/25
thrust [1]  631/13
thunderstorms [1]  635/20
thus [1]  569/8
tide [1]  504/15
time [49]  476/23 483/19 485/21 487/2
487/10 487/19 490/23 495/2 502/21
519/19 521/4 524/24 526/1 528/8
528/12 532/22 536/2 541/6 541/18
547/1 557/15 562/21 564/19 606/6
606/14 608/15 609/4 609/8 610/16
620/11 621/13 624/19 627/14 631/15
633/4 633/4 633/16 633/16 635/24
635/25 636/15 648/22 660/8 663/14
664/10 669/25 670/17 671/7 677/11

Case 2:10-md-02179-CJB-DPC   Document 11922-6   Filed 05/05/14   Page 246 of 250

T

times [9] 508/22 523/9 544/23 545/4 548/6 586/20 605/5 633/1 662/2
tiny [1] 478/13
tissue [4] 472/1 486/14 486/23 489/10
tissues [10] 486/15 487/7 487/9 489/10 496/4 496/5 504/19 505/3 505/3 576/23
title [2] 521/1 603/4
titled [5] 496/23 504/6 568/9 621/20 637/24
toast [1] 498/22
today [15] 477/8 480/3 527/18 529/25 532/23 562/8 566/9 585/23 616/19 634/11 648/7 648/24 677/17 677/20 679/21
together [22] 505/4 505/8 505/9 518/10 526/25 562/25 607/1 607/12 608/11 621/5 621/10 622/1 622/2 627/4 627/19 628/5 642/2 645/24 646/9 646/15 650/3 662/14
told [7] 542/17 551/10 572/12 611/6 611/10 611/21 620/5
tomorrow [3] 679/4 679/16 679/23
too [5] 479/7 543/8 558/10 595/7 610/17
took [16] 506/1 527/8 558/3 559/14 573/10 608/6 610/19 621/8 625/13 625/13 634/5 659/22 661/3 669/9 669/10 669/18
tool [6] 517/9 534/9 534/12 653/18 654/8 654/11
tools [14] 489/8 489/16 624/8 624/25 625/3 625/18 625/20 629/7 652/13 652/13 652/16 653/4 655/5 666/17
top [19] 488/21 497/7 501/2 502/22 502/23 502/24 503/11 521/6 521/12 521/15 522/13 523/13 523/15 523/24 524/2 524/20 529/19 552/9 552/9
topics [2] 605/11 650/21
Torts [1] 467/15
total [14] 530/2 530/6 530/15 609/4 614/1 614/5 638/12 640/4 640/5 640/24 658/2 667/9 668/11 669/10
touch [2] 489/1 489/5
tough [1] 632/15
tour [1] 605/22
tourism [1] 659/18
tours [1] 606/9
towards [1] 646/15
town [2] 675/25 677/4
toxic [46] 472/12 478/2 480/21 480/25 482/12 482/20 485/12 488/9 488/17 488/18 489/4 489/20 490/2 490/4 493/9 499/14 508/17 508/21 508/23 515/4 515/4 515/11 515/12 515/20 515/23 516/7 516/12 516/14 517/7 517/21 518/9 518/15 518/17 520/19 521/5 522/22 524/10 524/19 531/15 539/19 560/13 570/3 589/19 590/18 592/3 592/13
toxicant [6] 514/10 590/14 590/14 590/14 590/18 592/13
Toxicant A [2] 590/14 590/18
Toxicant B [1] 590/14
Toxicant C [1] 590/14
toxicants [1] 591/18
toxicity [80] 473/6 474/7 474/18 478/5 478/6 478/18 478/18 479/7 480/16 481/6 481/8 481/11 481/14 481/15 482/11 485/15 485/18 486/1 486/3 486/9 486/19 486/16 486/20 486/21 487/5 487/6 487/16 487/21 488/3 488/4 488/14 489/16 493/13 496/23 498/25

499/17 500/17 501/23 502/2 503/22 507/7 507/11 508/14 508/25 514/4 514/24 514/25 515/3 515/15 516/9 516/9 516/11 516/15 516/16 516/16 516/19 516/20 516/21 517/4 517/10 517/18 517/19 519/23 524/12 524/13 524/14 546/4 553/17 554/20 555/3 564/13 568/10 568/22 570/3 588/10 590/14 598/16 598/18 610/17 610/25
toxicological [15] 476/15 476/25 477/17 477/23 478/3 485/23 489/19 492/24 504/2 507/22 546/19 547/4 547/13 548/17 564/4
toxicologist [1] 484/4
toxicologists [1] 594/20
toxicology [9] 472/16 472/18 472/19 474/15 476/24 479/24 480/3 591/15 591/19
toxin [1] 514/1
TPAH [1] 570/4
track [2] 663/25 679/16
tracked [1] 522/9
tracking [3] 491/10 664/2 676/18
traffic [1] 604/14
trained [1] 677/6
training [1] 644/10
transcript [2] 466/19 680/9
transcription [1] 469/8
transit [1] 565/2
translators [1] 676/13
translucent [1] 488/22
TRANSOCEAN [3] 466/14 466/14 466/15
transport [2] 473/19 491/11
transportation [1] 657/8
treated [4] 519/17 634/6 670/3 670/3
TREX [80] 474/21 475/4 475/8 475/16 475/20 476/5 476/18 476/18 476/18 476/19 491/8 491/9 491/12 491/15 491/17 491/19 491/19 491/19 491/19 491/25 492/2 492/8 492/16 493/22 493/25 494/1 494/3 529/2 529/5 529/15 531/18 533/23 534/20 538/7 540/19 552/1 566/16 568/6 569/20 570/22 573/22 574/7 575/11 579/21 580/19 584/21 596/5 612/25 613/4 613/8 613/16 613/17 614/4 615/2 615/7 619/5 619/23 620/22 620/23 621/19 622/21 622/21 627/24 627/24 629/19 630/19 637/23 638/7 638/7 638/22 639/8 643/1 643/17 645/15 647/4 657/11 653/11 656/9 657/22 676/23
TREX-013332.F [1] 574/7
TREX-013333 [1] 493/22
TREX-013338 [1] 493/25
TREX-013513 [1] 612/25
TREX-013514 [1] 613/4
TREX-013515 [1] 613/8
TREX-12237.05 [1] 596/5
TREX-12237.1 [2] 529/2 529/3
TREX-12237.28.1 [1] 529/15
TREX-12237.43.1 [1] 531/18
TREX-12237.6.1 [1] 533/23
TREX-12237.6.2 [1] 534/20
TREX-13132.7.1 [1] 650/17
TREX-13195.1.1 [1] 579/21
TREX-13196.1.1 [1] 580/19
TREX-13249 [1] 491/9
TREX-13275.1.1 [1] 584/21
TREX-13330 [2] 474/21 476/18
TREX-13331 [2] 475/4 476/18
TREX-13331.33.1 [1] 538/7
TREX-13332 [2] 475/8 476/18

TREX-13332-E [2] 475/16 476/19
TREX-13332-E.018 [1] 476/5
TREX-13332-E.1.9 [1] 566/16
TREX-13332-E.19.2 [1] 552/1
TREX-13332-E.20.1 [1] 570/22
TREX-13332.36.1 [1] 540/19
TREX-13332E.19.8 [1] 573/22
TREX-13336.1.1 [1] 568/6
TREX-13336.25.1 [1] 569/20
TREX-13338.1.1 [1] 575/11
TREX-13518.8.1 [1] 676/23
TREX-230012 [2] 621/19 637/23
TREX-230012.19 [1] 622/21
TREX-230012.20 [1] 638/7
TREX-230012.28 [1] 638/7
TREX-230012.87 [1] 622/21
TREX-230448 [1] 629/19
TREX-230448.14 [1] 630/19
TREX-230990 [1] 638/22
TREX-230990.2 [1] 620/23
TREX-230990.96 [1] 639/8
TREX-231375 [1] 491/12
TREX-231426 [1] 494/3
TREX-231494 [1] 494/1
TREX-232041 [1] 492/16
TREX-232045 [2] 491/8 491/25
TREX-232664 [1] 491/15
TREX-2329867.6 [1] 627/24
TREX-232987.9 [1] 627/24
TREX-233140 [1] 491/19
TREX-233890.1 [1] 613/16
TREX-233890.3 [2] 613/17 614/4
TREX-23990.1 [1] 620/22
TREX-242543 [1] 619/5
TREX-242543.21 [1] 619/23
TREX-242621 [1] 491/19
TREX-242677 [1] 491/19
TREX-242678 [1] 491/19
TREX-247590.1.2 [1] 657/22
TREX-9105.1 [1] 647/4
TREX-9105.131.5 [1] 656/9
TREX-9105.64.3 [1] 653/11
TREX-9124.1.5 [1] 643/17
TREX-9124.13.6 [1] 645/15
TREX-92 [1] 643/1
TRIAL [1] 466/19
tribal [1] 636/6
tried [5] 588/16 598/13 604/8 662/19 673/20
trigger [1] 515/25
TRITON [1] 466/13
trouble [2] 478/9 538/18
truck [1] 631/20
true [16] 487/25 525/24 527/3 536/24 539/16 542/3 545/3 545/6 553/6 575/6 642/11 642/18 642/24 656/18 665/17 680/8
truly [2] 506/5 544/4
trust [2] 526/22 660/2
trusted [1] 526/24
trustees [1] 588/16
truth [1] 611/14
try [5] 486/4 515/8 588/3 593/4 626/13
trying [25] 509/16 511/25 516/19 517/7 562/25 561/3 573/2 584/10 588/17 589/11 590/15 590/20 591/22 593/15 599/19 607/10 607/17 614/22 618/15 633/8 633/8 639/25 662/25 664/6 678/18
TU [10] 515/6 516/2 516/6 517/12 519/1 519/5 551/25 589/15 590/1 591/11
tuna [43] 494/17 497/8 497/8 497/21

## T

tuna... [39] 499/21 501/13 503/13 542/25 543/3 543/4 543/10 543/11 543/11 543/22 544/7 544/8 544/12 544/16 544/20 544/21 544/22 545/9 545/11 545/16 546/14 546/14 546/15 546/19 547/15 547/13 547/23 549/20 549/20 550/5 550/22 552/14 565/2 565/7 570/18 571/1 571/6 572/24 599/2

tunas [1] 543/23

turn [15] 475/20 476/4 476/5 485/22 489/18 494/10 503/20 507/19 509/1 519/10 612/2 612/19 634/9 658/24 664/12

Turner [1] 533/3

turning [8] 473/7 476/4 492/18 492/22 505/22 510/2 522/24 613/20

TUs [3] 551/23 589/16 593/25

two [67] 472/11 474/5 476/1 476/11 477/20 478/4 478/8 479/18 480/8 481/1 481/3 481/19 481/22 485/16 486/18 488/1 488/16 489/23 493/11 493/13 495/11 495/22 495/25 497/2 500/11 502/22 503/25 506/14 510/25 538/13 541/11 541/16 541/20 542/4 542/25 543/15 543/23 545/25 547/8 561/3 565/25 572/11 577/5 579/16 591/5 592/6 592/8 596/11 598/3 601/19 602/16 607/15 608/9 614/7 614/16 615/11 615/21 620/23 626/12 638/7 664/14 665/8 669/3 669/15 669/17 669/17 674/5

two-and-a-half-million-record [1] 541/11

two-ring [3] 481/3 485/16 510/25

type [14] 487/6 493/13 497/16 501/17 512/2 517/8 517/8 518/18 563/18 564/2 597/11 627/15 629/9 676/1

types [2] 610/4 656/22

typical [7] 597/4 624/12 633/24 634/24 636/21 637/2 640/8

## U

U.S [7] 467/4 467/14 603/24 605/19 610/17 623/1 633/21

Uh [1] 563/21

Uh-huh [1] 563/21

ultimate [2] 553/8 577/22

ultimately [4] 506/19 538/21 634/3 649/7

umbilical [1] 631/10

unable [1] 565/11

unavailable [2] 614/20 615/12

uncertainty [2] 517/7 614/18

unchanged [1] 580/6

under [16] 526/17 541/13 565/13 588/19 601/22 606/22 608/14 609/19 610/7 611/2 611/22 611/22 617/21 641/12 641/19 642/3

undergone [1] 678/10

underlying [3] 508/10 581/2 581/4

underneath [1] 495/14

underprotective [1] 516/14

understand [21] 494/8 531/8 531/9 553/25 558/17 558/20 564/11 564/17 564/25 565/10 589/12 591/23 593/19 611/16 636/15 671/6 671/9 671/14 674/8 674/13 674/17

understanding [8] 480/16 508/7 582/2 588/19 601/23 659/9 659/10 680/10

understands [1] 674/9

understate [1] 667/4

understated [4] 666/16 666/20 667/1 667/5

understood [1] 637/18

underwriting [1] 497/14

UNDERWRITING [1] 466/16

unfortunately [1] 614/17

unified [28] 528/22 599/18 599/19 607/3 607/6 607/12 608/3 617/6 625/13 625/14 625/15 626/23 634/20 636/13 641/23 641/24 642/3 642/7 642/9 642/9 642/16 646/13 652/12 652/20 652/24 655/4 660/24 665/22

Unified Command [12] 634/20 636/13 641/23 641/24 642/3 642/7 642/9 642/16 646/13 652/12 652/20 652/24

unique [2] 554/18 627/1

unit [13] 508/17 508/21 515/4 515/11 515/12 515/20 516/7 516/12 516/14 517/8 517/21 518/15 518/17

UNITED [25] 466/1 466/8 466/20 467/3 471/10 471/13 472/8 565/3 600/14 600/18 600/23 600/25 602/16 602/21 612/11 620/24 623/8 638/25 641/11 643/9 647/8 668/5 670/11 677/15 680/7

United States [1] 472/8

units [4] 515/23 518/9 531/15 589/20

unity [5] 642/6 642/19 646/22 649/9 651/19

University [4] 473/4 473/5 602/18 617/21

unknowns [1] 673/16

unless [5] 482/15 525/6 601/21 602/1 639/14

unoiled [2] 504/10 506/12

unprecedented [2] 477/24 649/11

unpublished [2] 569/6 570/6

unrecoverable [1] 614/10

unremarkable [1] 640/23

unsafe [1] 521/2

unsuccessful [1] 588/18

until [5] 526/6 555/1 595/4 633/16 679/4

unweathered [1] 570/3

up [101] 479/2 481/19 481/24 481/24 482/1 488/20 497/18 497/20 498/17 502/10 509/24 510/1 511/17 515/14 515/17 515/18 515/23 515/24 529/2 537/17 538/1 540/24 549/5 552/1 558/7 561/7 561/22 562/13 566/17 568/6 569/17 573/21 573/22 575/11 577/5 579/6 580/19 586/14 587/14 587/15 589/5 591/4 593/4 593/22 595/4 596/4 601/15 602/1 604/15 605/14 606/12 606/12 608/7 609/19 610/7 612/25 613/4 613/8 613/15 614/19 616/21 619/3 619/22 620/20 621/17 622/20 623/16 624/14 625/6 626/4 626/9 627/21 629/17 630/18 631/3 631/11 631/12 633/1 633/6 633/7 633/10 633/12 634/13 635/12 635/20 637/21 638/6 638/21 639/7 640/1 640/14 656/19 662/17 663/22 667/21 670/5 671/23 672/4 672/21 673/20 678/19

updated [1] 614/8

upon [3] 484/22 504/13 661/7

upper [1] 490/5

upregulated [1] 507/9

us [28] 487/23 492/16 526/25 542/17 550/24 551/10 551/12 551/20 555/3 555/22 572/12 589/13 592/21 606/19 609/20 611/16 623/19 627/17 633/12 635/21 640/18 644/8 646/18 663/19 663/22 663/24 667/10 676/19

use [50] 500/16 501/19 501/21 511/1 511/4 511/20 514/19 514/24 516/25 516/25 517/15 519/1 521/17 524/4

## V (right column)

525/20 548/25 556/24 556/25 557/2 572/5 573/25 582/3 591/23 592/24 593/15 608/16 610/1 610/13 611/23 621/11 623/8 624/4 624/5 625/18 628/18 628/22 629/11 631/5 632/11 638/14 651/3 651/3 651/4 652/19 653/3 653/7 654/7 654/17 663/24 664/9 665/6 665/11 665/18 666/18 667/6 670/9 671/22

used [53] 478/25 479/5 479/11 479/12 479/14 479/14 510/6 510/16 511/14 511/16 512/8 514/12 514/23 517/12 546/15 547/24 556/15 556/21 559/24 560/8 560/18 561/17 562/11 562/12 562/15 562/16 562/17 564/21 564/25 567/12 567/21 591/15 594/9 599/1 606/17 608/25 623/4 624/3 624/8 624/11 624/15 624/25 629/3 629/11 632/16 633/24 651/2 652/13 664/1 665/22 666/20 667/6 670/21

uses [6] 508/22 560/2 560/21 614/18 614/19 670/17

using [30] 469/8 500/12 500/13 500/14 500/15 508/21 510/21 513/3 514/25 515/4 520/20 524/3 526/4 543/12 556/18 560/5 561/13 564/13 570/24 575/4 575/9 594/11 594/12 599/22 608/5 611/4 636/13 670/10 670/12 671/7

usually [4] 587/20 591/12 594/5 643/14

utilized [3] 562/3 649/20 664/15

UV [7] 484/14 488/8 488/18 488/21 488/24 488/25 514/4

UV hitting [1] 484/14

UV radiation [1] 488/18

UV rays [1] 488/21

## V

Valdez [12] 474/2 474/8 474/20 500/14 501/5 568/2 606/19 623/14 627/12 627/16 646/18 678/22

valid [1] 516/12

value [10] 515/2 532/13 544/1 590/2 592/16 592/16 593/7 595/16 615/18 663/16

values [8] 613/23 613/25 614/7 614/8 614/11 614/16 614/17 614/18

VanHaverbeke [18] 600/8 600/10 600/14 600/21 600/23 601/12 602/7 612/12 612/19 613/1 613/5 613/9 615/8 616/13 623/10 630/21 641/7 677/16

VanHaverbeke's [1] 616/6

variations [1] 673/17

varied [1] 636/4

variety [3] 486/5 511/14 652/13

various [12] 486/11 502/19 504/19 511/9 511/9 513/11 521/16 584/14 606/5 609/13 636/7 658/22

venetian [1] 631/11

verbatim [4] 597/8 618/3 629/21 648/10

version [7] 475/17 476/3 476/7 649/24 650/5 650/9 650/10

versions [1] 651/25

versus [3] 593/18 594/11 615/19

vertebrates [1] 509/25

vertical [1] 589/22

very [85] 471/15 471/22 477/4 479/18 479/18 480/12 480/21 481/9 482/10 484/22 494/18 494/23 496/1 496/14 497/13 497/16 501/5 504/20 504/23 504/23 505/12 509/7 513/8 515/11 516/22 516/23 516/23 516/24 516/25 516/25 517/3 521/4 532/17 538/14

**V**

very... [51]  542/21 543/13 543/24
543/24 544/22 544/22 545/4 545/6
545/15 545/15 545/22 547/2 548/9
548/9 548/9 548/9 548/9 548/9 549/2
549/9 553/9 564/20 564/20 572/18
582/7 582/7 582/18 584/11 584/12
590/6 590/13 594/2 597/9 598/5 600/3
606/25 607/6 607/14 617/17 618/9
623/24 623/24 628/22 632/22 634/7
635/3 639/17 655/5 677/10 678/23
679/17
vessels [2]  557/6 657/10
via [2]  496/6 508/23
viable [1]  611/1
video [4]  550/24 551/10 551/11 551/20
videos [1]  679/17
virtual [1]  627/19
viscera [1]  496/4
viscous [1]  639/13
visible [1]  581/23
visited [1]  580/5
visual [2]  579/11 579/11
volume [5]  614/1 614/5 640/24 668/12
673/11
volumes [3]  653/4 654/9 654/12
voluntarily [2]  659/6 659/10
volunteers [2]  677/5 677/6
VoO [1]  657/10
vulnerable [1]  487/24

**W**

WAF [5]  510/9 510/12 510/19 511/7
511/8
WAFs [1]  511/18
wait [5]  547/10 593/6 593/6 593/6
594/24
walk [1]  505/14
Walkup [1]  679/20
want [23]  482/8 482/9 486/4 501/23
514/11 523/5 523/17 525/5 546/9 551/9
560/20 577/5 586/2 592/20 594/24
596/19 597/15 631/20 652/6 655/8
659/1 668/20 672/14
wanted [10]  523/8 525/2 577/19 595/13
596/11 663/20 668/21 672/10 673/23
674/1
wants [1]  557/19
was [330]
Washington [5]  467/13 467/17 468/10
468/20 625/15
wasn't [18]  519/8 519/9 525/2 539/3
541/7 543/13 545/17 551/22 554/11
554/15 555/21 582/25 599/10 600/1
612/7 628/13 644/15 663/21
waste [1]  663/14
watching [1]  635/23
water [74]  478/2 478/21 479/14 479/17
482/10 482/17 483/1 483/21 483/25
484/20 488/10 492/11 492/18 501/2
505/7 508/5 508/23 510/9 510/11
510/13 514/12 514/14 518/21 519/11
519/22 519/24 520/11 520/25 521/1
521/2 525/20 525/25 526/2 526/8
526/10 527/1 527/4 527/19 527/22
528/13 529/20 530/21 531/3 531/4
531/19 532/12 534/24 535/5 535/13
535/24 542/1 542/11 556/15 557/8
557/9 560/3 560/10 561/2 582/12
583/17 583/19 584/7 604/5 610/21
610/21 610/22 615/19 623/2 631/12
634/23 641/14 641/20 653/5 673/18

water's [1]  654/9
water... [48]  541/10 541/12 611/20
611/24
wave [5]  483/25 488/8 631/7 632/22
632/23
wave-length [1]  488/8
waves [3]  631/11 633/4 633/22
way [38]  478/20 487/16 489/13 512/21
517/19 538/12 565/20 575/3 585/20
587/9 588/16 590/8 592/24 598/24
606/19 607/4 607/23 622/4 622/25
623/19 623/25 624/2 624/11 624/11
625/17 627/19 628/21 632/25 633/6
636/5 651/3 660/7 661/18 665/1 667/2
669/8 669/16 679/17
ways [4]  502/19 662/25 664/1 665/8
we [333]
we'd [4]  525/9 595/18 595/19 661/7
we'll [21]  478/23 492/1 492/8 508/3
525/7 526/8 534/14 538/1 540/2 554/9
596/9 598/20 601/21 612/2 616/9
645/22 658/24 679/4 679/16 679/23
679/25
we're [34]  471/20 500/11 538/23 543/7
545/16 559/12 573/15 590/19 592/14
592/15 592/16 592/18 593/15 595/9
595/18 607/20 619/5 620/22 621/19
627/23 629/19 633/8 634/9 637/23
646/20 663/13 671/5 672/19 672/19
672/25 673/4 673/25 674/6 679/3
we've [26]  476/13 484/25 499/20 503/2
507/6 514/6 521/10 521/11 521/13
521/13 523/7 536/7 539/18 552/11
566/8 597/10 598/21 598/22 617/15
627/2 628/20 632/13 652/5 668/16
678/14 678/15
weaknesses [1]  643/22
weather [6]  480/18 635/11 635/14
635/21 635/23 636/10
weathered [5]  485/13 510/23 510/24
569/9 570/2
weathering [4]  480/10 484/10 484/13
507/3
web [2]  491/17 627/18
wedge [1]  520/17
week [2]  614/5 640/21
weeks [1]  660/2
weight [1]  481/25
weighting [2]  515/16 515/17
weights [1]  515/24
well [108]  471/15 471/22 477/4 477/19
478/1 479/5 482/15 482/24 483/6
484/11 486/10 487/22 489/8 489/23
490/20 492/1 492/13 494/22 495/12
496/9 497/10 501/21 510/7 511/8
511/21 513/25 515/22 517/16 519/17
519/22 519/23 522/4 523/5 526/18
527/6 527/14 528/16 533/1 538/11
538/23 538/24 539/7 543/22 544/6
545/12 546/6 554/24 554/25 556/2
556/5 556/17 556/24 557/12 557/14
561/24 562/10 562/23 563/7 565/25
567/15 568/23 572/15 573/4 575/2
575/6 578/1 578/4 580/4 587/12 587/21
590/23 592/3 594/2 597/24 599/8
605/21 607/10 610/18 614/14 617/14
622/24 625/24 628/11 630/11 634/20
635/7 635/9 636/6 636/9 638/11 638/15
639/24 640/19 644/20 647/14 648/13
660/12 661/21 667/7 668/21 670/18
671/6 673/9 673/11 673/14 675/23
678/3 678/23
well-considered [1]  610/18

wellhead [5]  522/4 535/18 579/13
went [21]  504/10 511/5 535/4 582/21
584/16 585/4 595/6 605/5 606/4 606/8
606/8 606/9 607/15 607/25 608/17
610/24 656/21 661/22 677/23 678/3
678/7
were [228]
weren't [6]  555/3 555/8 555/10 599/24
624/22 663/21
wetlands [3]  490/7 504/13 533/4
what [272]
what's [11]  495/10 498/19 501/10 554/1
614/20 637/2 640/1 640/1 671/15
675/13 677/1
whatever [6]  509/13 527/20 557/16
572/24 608/12 631/20
whatever's [1]  643/16
whatnot [1]  498/21
whatsoever [1]  578/16
when [73]  480/7 484/9 485/14 497/14
498/17 503/13 504/15 506/1 514/7
517/7 517/17 518/10 521/5 521/10
523/6 529/13 532/23 538/4 543/2
545/14 545/21 546/2 547/10 549/25
554/25 555/7 561/25 562/11 564/13
569/15 589/6 590/13 592/14 594/23
595/15 595/22 603/14 603/18 604/8
606/14 607/11 609/10 609/11 609/15
609/16 610/15 610/19 610/24 610/24
612/7 613/25 616/9 621/12 623/1 623/5
623/13 636/12 637/11 639/6 639/11
639/19 639/24 640/19 640/21 640/24
644/24 645/5 663/5 663/8 666/24
669/22 677/17 678/9
where [76]  473/5 473/10 474/3 483/24
488/8 488/21 490/6 490/7 490/21
492/19 495/8 497/18 502/8 502/9
504/24 506/10 509/9 517/21 518/9
518/17 518/23 523/5 526/25 530/24
539/20 539/22 542/24 544/5 549/17
553/3 555/24 556/7 556/14 556/14
556/17 556/25 562/1 562/6 562/15
566/21 580/5 582/3 582/4 582/15
582/15 583/16 585/4 590/15 591/8
591/9 591/13 591/13 591/13 592/2
595/9 602/23 603/24 606/5 608/18
608/20 610/25 626/10 627/18 631/5
633/7 633/20 633/21 639/4 654/7
662/23 664/5 667/18 669/18 670/16
671/9 671/25
WHEREUPON [4]  471/24 573/10
600/10 680/3
wherever [1]  631/19
whether [31]  476/14 484/4 486/23 502/1
509/13 514/19 537/10 547/11 548/21
551/16 551/19 556/20 557/8 557/9
559/17 561/15 564/21 566/6 578/4
578/7 585/20 586/23 595/13 596/17
606/23 626/9 627/7 628/20 632/16
635/15 676/9
which [75]  473/11 473/25 475/20 475/25
479/9 480/15 483/10 485/19 487/13
490/22 511/4 512/3 524/16 529/5
529/25 532/3 533/7 539/22 541/1
543/12 544/7 544/8 544/11 544/12
544/21 545/15 546/20 546/20 550/17
551/6 557/23 557/24 562/19 563/22
564/6 565/20 566/8 570/16 574/16
574/21 576/9 582/15 599/1 603/15
603/22 604/4 607/2 607/17 607/23
608/10 611/2 614/2 614/12 618/22
623/2 623/20 624/20 626/5 627/4

which... [16]  628/13 629/1 629/14
633/11 634/24 635/25 638/13 639/18
656/13 660/7 661/18 667/14 669/8
672/7 678/24 679/14
while [4]  499/2 607/16 608/7 612/10
white [7]  579/14 579/24 580/2 582/17
583/2 583/3 668/15
White's [1]  580/13
Whitehead [9]  493/14 494/1 503/19
503/21 504/9 504/18 505/19 507/5
508/15
Whiteley [1]  467/20
who [24]  479/21 539/24 540/7 567/3
582/18 594/14 599/11 600/7 606/2
609/13 618/15 620/5 626/19 630/4
630/7 635/21 645/2 648/11 648/17
657/19 658/2 658/20 676/13 678/6
whole [7]  472/21 486/15 487/8 604/1
617/7 646/10 678/1
why [26]  479/16 489/7 494/21 499/12
503/25 513/24 517/9 526/18 537/21
538/4 539/7 558/6 578/16 588/1 588/2
588/13 588/17 588/20 593/10 595/6
599/7 599/13 614/8 637/10 637/13
646/11
wide [1]  545/14
widely [2]  567/21 637/18
wild [1]  578/6
Wildlife [1]  635/8
will [33]  479/8 481/19 482/9 484/2
485/16 487/10 487/18 489/13 498/20
498/25 499/2 510/24 510/24 512/1
512/13 518/18 527/8 559/4 563/10
566/11 590/21 591/5 592/19 592/20
607/24 623/20 632/13 632/16 639/12
647/11 651/5 672/9 679/19
William [2]  474/2 568/1
winter [1]  587/17
withdraw [5]  537/21 559/4 577/25
577/25 586/4
withdrawn [3]  537/18 537/18 538/2
withdrew [1]  538/5
within [20]  486/12 487/7 491/3 500/24
502/24 514/17 516/21 516/21 521/20
535/17 545/3 582/6 608/10 623/7
625/22 638/16 651/19 658/11 658/22
660/13
without [10]  537/13 585/19 598/2 599/3
612/15 614/23 614/24 655/18 655/21
659/25
witness [10]  471/8 586/1 600/6 600/7
611/12 671/10 671/16 674/18 679/4
679/8
witnesses [6]  471/21 601/20 601/23
602/1 679/5 679/9
word [7]  489/9 512/14 558/17 577/6
587/12 645/5 664/22
worded [1]  547/2
words [10]  488/11 525/20 548/25 566/3
577/5 578/11 582/24 663/6 663/18
664/22
work [42]  472/15 473/13 473/15 474/7
474/11 474/18 474/18 478/6 478/18
478/18 479/7 479/8 505/18 505/19
508/13 543/2 544/8 548/10 558/5
558/24 570/14 586/2 596/11 598/8
598/13 599/11 601/12 602/11 605/10
605/20 608/20 612/19 612/20 625/7
626/7 630/7 632/14 632/16 650/3
658/24 665/17 678/7
worked [15]  473/14 474/3 479/20

539/25 602/25 607/16 609/10 626/7
634/13 636/11 642/24 643/10 657/10
662/14 678/23
workers [1]  654/2
working [11]  471/1 609/8 620/3 635/22
641/23 646/9 646/12 658/2 658/10
658/20 675/20
works [2]  570/15 673/8
world [2]  514/5 661/22
worry [2]  521/7 521/21
worse [1]  596/21
worst [2]  513/21 656/3
worst-case [1]  513/21
worthwhile [1]  597/1
would [126]  473/21 474/23 475/6 475/10
480/17 482/3 486/24 486/24 501/21
501/25 505/6 505/15 507/19 512/14
512/24 513/4 514/20 514/22 519/1
519/5 521/8 522/21 523/5 523/6 523/9
524/15 524/15 524/17 524/19 525/1
526/10 526/16 528/3 528/4 528/4
528/11 531/13 532/6 535/19 538/12
544/23 545/4 545/5 545/12 545/12
546/8 546/18 547/4 547/6 547/7 547/12
547/17 548/12 549/14 553/5 554/19
555/19 557/21 557/23 557/24 563/4
564/11 565/20 565/23 571/25 571/25
572/2 572/7 578/6 578/11 578/12
578/17 578/18 578/19 578/23 579/2
584/11 584/13 586/2 589/15 589/17
590/3 590/19 590/25 591/1 591/12
592/3 592/10 592/12 593/22 593/23
594/8 597/7 597/24 598/21 599/22
609/11 609/12 613/20 620/6 620/6
626/20 627/8 633/21 634/2 634/2 634/3
640/3 640/7 642/6 645/6 646/23 651/1
655/18 655/21 661/11 661/14 661/17
663/19 667/7 675/20 678/5 678/6
678/16 679/13 679/21
wouldn't [9]  519/23 520/14 545/7 557/15
557/18 578/20 632/20 655/22 671/8
wrap [1]  562/13
wrinkle [1]  625/6
written [3]  474/9 586/19 677/18
wrong [3]  571/16 613/23 666/20
wrongly [1]  591/22

X

XP [1]  644/16

Y

yeah [16]  478/10 500/8 512/21 540/15
543/11 546/1 555/21 567/18 572/16
578/8 578/12 590/3 591/2 611/15
658/15 658/18
year [14]  474/14 506/24 523/9 537/3
537/6 537/12 537/22 542/23 555/1
555/2 588/9 588/12 608/14 618/1
years [22]  473/14 474/3 474/6 540/1
554/25 578/8 586/21 587/1 587/14
605/4 605/9 605/19 609/6 609/15 618/8
618/12 619/7 624/5 655/24 659/12
661/22 676/17
yellow [1]  521/17
yellowfin [13]  494/16 497/8 497/23
499/21 503/4 543/11 549/20 550/10
570/18 571/1 571/6 572/24 599/2
yellowtail [4]  549/21 571/17 571/20
572/5
Yep [1]  647/25
yes [257]
yesterday [1]  529/24
yet [16]  479/19 489/15 497/24 499/21

500/1 500/24 516/18 519/25 520/6
534/1 534/12 555/22 557/20 558/1
576/22 576/22
yolk [3]  495/15 496/3 496/6
you [779]
you'd [4]  557/12 591/7 591/9 597/15
you'll [10]  487/2 509/11 510/22 586/12
605/11 616/18 616/25 634/10 634/17
671/5
you're [88]  480/7 481/24 481/25 486/25
500/1 500/9 509/10 509/12 509/15
509/15 509/16 510/21 511/1 511/24
515/15 517/7 517/22 528/19 528/22
529/5 529/25 532/14 533/20 534/14
545/23 547/23 551/7 552/20 553/9
553/21 554/1 554/4 554/24 555/12
556/1 562/13 562/24 562/25 563/7
563/22 567/5 567/15 567/23 568/13
572/9 574/1 574/25 583/2 584/19 588/4
588/15 588/20 590/11 590/13 590/20
591/7 591/24 592/6 592/11 593/5
593/23 595/15 597/8 615/3 636/12
636/14 636/16 639/11 639/19 639/19
639/24 645/22 659/3 659/6 660/4
663/13 664/3 671/9 671/10 671/22
671/25 672/21 673/10 674/2 674/3
674/5 678/17 679/2
you've [28]  472/7 482/19 502/20 508/25
509/3 509/18 509/18 511/15 513/18
524/12 527/20 540/3 544/23 548/21
553/22 572/12 603/13 605/18 636/1
636/13 639/19 651/18 652/12 657/22
652/25 665/8 670/7 675/13
your [278]
Your Honor [2]  492/2 492/6
yourself [2]  541/25 600/21

Z

zebra [1]  501/16
ZEVENBERGEN [1]  467/11
zinc [1]  591/18
zone [4]  529/21 531/17 531/20 532/2