1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE      *   Civil Action No. 10-MD-2179
     OIL RIG *DEEPWATER HORIZON*   *
5    IN THE GULF OF MEXICO ON      *   Section J
     APRIL 20, 2010                *
6                                  *   New Orleans, Louisiana
     THIS DOCUMENT RELATES TO:     *
7    #10-4536                      *   January 22, 2015
                                   *
8                                  *
     UNITED STATES OF AMERICA      *
9                                  *
     v.                            *
10                                 *
     BP EXPLORATION &              *
11   PRODUCTION INC.,              *
     ANADARKO EXPLORATION &        *
12   PRODUCTION LP, ANADARKO       *
     PETROLEUM CORPORATION,        *
13   MOEX OFFSHORE 2007 LLC,       *
     TRITON ASSET LEASING GMBH,    *
14   TRANSOCEAN HOLDINGS LLC,      *
     TRANSOCEAN OFFSHORE           *
15   DEEPWATER DRILLING INC.,      *
     TRANSOCEAN DEEPWATER INC.,    *
16   AND QBE UNDERWRITING LTD.,    *
     LLOYD'S SYNDICATE 1036        *
17   *******************************

18                       DAY 3, AFTERNOON SESSION
19                    TRANSCRIPT OF TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
20                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

1

<u>Appearances</u>:

2

3   For the United States
    of America:

4                              U.S. Department of Justice
                               Environment & Natural Resources Division
5                              Environmental Enforcement Section
                               BY:   SARAH D. HIMMELHOCH, ESQ.
6                                    STEVEN O'ROURKE, ESQ.
                                     PATRICK CASEY, ESQ.
7                                    NANCY FLICKINGER, ESQ.
                                     ABIGAIL ANDRE, ESQ.
8                                    RACHEL KING, ESQ.
                                     RACHEL HANKEY, ESQ.
9                                    A. NATHANIEL CHAKERES, ESQ.
                                     BRANDON ROBERS, ESQ.
10                                   ERICA PENCAK, ESQ.
                                     JUDY HARVEY, ESQ.
11                                   RICHARD GLADSTEIN, ESQ.
                                     MICHAEL ZEVENBERGEN, ESQ.
12                                   DANIELLE FIDLER, ESQ.
                                     Post Office Box 7611
13                                   Washington, D.C.  20044

14
                               U.S. Department of Justice
15                             Torts Branch, Civil Division
                               BY: SHARON SHUTLER, ESQ.
16                                  MALINDA LAWRENCE, ESQ.
                                    LAURA MAYBERRY, ESQ.
17                             Post Office Box 14271
                               Washington, D.C.  20004
18

19
    For the State of
20  Louisiana:
                               Kanner & Whiteley
21                             BY: ALLAN KANNER, ESQ.
                                   DOUGLAS R. KRAUS, ESQ.
22                                 SUSANNAH MCKINNEY, ESQ.
                                   CYNTHIA ST. AMANT, ESQ.
23                             701 Camp Street
                               New Orleans, Louisiana  70130

24

25

1    Appearances:

2    For BP Exploration and
     Production, Inc.:
3                              Kirkland & Ellis
                               BY: J. ANDREW LANGAN, ESQ.
4                                  MATTHEW T. REGAN, ESQ.
                                   HARIKLIA KARIS, ESQ.
5                                  MARK J. NOMELLINI, ESQ.
                                   A. KATRINE JAKOLA, ESQ.
6                              300 North LaSalle
                               Chicago, Illinois  60654
7

8
                               Kirkland & Ellis
9                              BY: ROBERT C. "MIKE" BROCK, ESQ.
                                   KIMBERLY BRANSCOME, ESQ.
10                             655 Fifteenth Street, N.W.
                               Washington, D.C.  20005
11

12
                               Liskow & Lewis
13                             BY: R. KEITH JARRETT, ESQ.
                               One Shell Square
14                             701 Poydras Street
                               Suite 5000
15                             New Orleans, Louisiana  70139

16

17   For Anadarko
     Petroleum
18   Corporation:
                               Bingham McCutchen
19                             BY: KY E. KIRBY, ESQ.
                                   THOMAS R. LOTTERMAN, ESQ.
20                             2020 K Street, NW
                               Washington, D.C.  20006
21

22
                               Morgan Lewis & Bockius
23                             BY: JAMES J. DRAGNA, ESQ.
                               355 South Grand Avenue
24                             Suite 4400
                               Los Angeles, California  90071
25

1    <u>Appearances</u>:

2    Official Court Reporter:        Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-275
3                                    New Orleans, Louisiana 70130
                                     (504) 589-7780
4                                    Jodi_Simcox@laed.uscourts.gov

5

6

7

8    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2                                                          Page

3

Gardner Walkup, Jr.
4        Direct Examination By Ms. Flickinger:        813
         Cross-Examination By Ms. Kirby:              856
5        Redirect Examination By Ms. Flickinger:      899

6   Douglas Suttles
         Videotaped deposition                        904
7

Steven Bray
8        Videotaped deposition                        904

9   Fredric Quivik, Ph.D.
         Direct Examination By Mr. Gladstein:          905
10       Voir Dire Examination By Mr. Regan:           908
         Direct Examination Continued By Mr. Gladstein: 915
11       Cross-Examination By Mr. Regan:               936
         Redirect Examination By Mr. Gladstein:        975
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

**(January 22, 2015)**

\* \* \* \* \*

(OPEN COURT)

12:46

01:04     **THE COURT:** All right.  Please be seated, everyone.
Good afternoon.

01:04                    Any preliminary matters before we resume
01:04     testimony?

01:04          **MR. BROCK:** Not from BP, Your Honor.

01:04          **MS. HIMMELHOCH:** Not from the U.S., Your Honor.

01:04          **THE COURT:** Okay.  Thank you.

01:04               The government may call its next witness.

01:04          **MS. FLICKINGER:** Let me check the volume here.

01:04               Good afternoon, Your Honor.  I'm Nancy
01:04     Flickinger for the United States.  And we'd like to call
01:04     Mr. Gardner Walkup, Jr. to the stand, please.

01:04          **THE COURT:** Okay.

01:04               (WHEREUPON, **GARDNER WALKUP, JR.**, having been duly
01:04     sworn, testified as follows**:)**

01:04          **THE DEPUTY CLERK:** Take a seat.  If you would state
01:04     and spell your name for the record.

01:05          **THE WITNESS:** My name is Gardner William Walkup, Jr.
01:05     That's G-A-R-D-N-E-R, W-I-L-L-I-A-M, W-A-L-K-U-P.

01:05          **THE COURT:** You can pull that microphone closer to

GARDNER WALKUP, JR. - DIRECT

01:05   1   you so you don't have to lean forward as much, if you'd like.

01:05   2            Okay.  Before you start, I want to confirm, I

01:05   3   actually see no *Daubert* motion or no motions pertaining to this

01:05   4   witness.  Is that correct?

01:05   5            MS. KIRBY:  That's correct, Your Honor.

01:05   6            THE COURT:  So I owe you guys an apology.  I accused

01:05   7   you of filing a *Daubert* motion on every witness yesterday, and

01:05   8   now I've overlooked that you -- there's actually none on this

01:05   9   one.  So you get a gold star today.

01:05   10           All right.

01:05   11           MS. HIMMELHOCH:  Your Honor, for the record, they did

01:05   12   file a motion in limine, but you've already ruled on it.

01:05   13           THE COURT:  Okay.

01:05   14           MS. FLICKINGER:  Right.  That motion in limine was --

01:06   15           THE COURT:  All right.  Maybe -- maybe you'll get a

01:06   16   bronze star maybe.

01:06   17           MS. KIRBY:  No, we won that one.

01:06   18           THE COURT:  Oh, you won that one.  Oh, okay.

01:06   19           All right.  Let's go.

01:21   20                    **DIRECT EXAMINATION**

01:06   21   BY MS. FLICKINGER:

01:06   22   Q.   Mr. Walkup, would you please state your occupation.

01:06   23   A.   I'm a management consultant.

01:06   24   Q.   Okay.  In what particular area?

01:06   25   A.   I focus most of my work in energy, with a particular

GARDNER WALKUP, JR. - DIRECT

01:06  1  concentration on oil and gas.

01:06  2  **Q.**   What were you asked to do in this case?

01:06  3  **A.**   To render an opinion on the role of nonoperating parties

01:06  4  generally in E&P and with a focus on deepwater.

01:06  5  **Q.**   Is your résumé attached to your expert report?

01:06  6  **A.**   Yes, it is.

01:06  7  **Q.**   And is that version accurate and up to date?

01:06  8  **A.**   It's accurate given the slight update that I provided

01:06  9  during deposition regarding my current position which I just

01:06  10  started, you know, the middle of last year.

01:06  11  **Q.**   Did you prepare a summary of the relevant aspects of your

01:06  12  background?

01:06  13  **A.**   I have.

01:06  14         **MS. FLICKINGER:**  Okay.  Could we please call up,

01:06  15  Mr. Jackson, D-33150.

01:07  16              And the first build, thank you.

01:07  17  **BY MS. FLICKINGER:**

01:07  18  **Q.**   Is this the summary that you have prepared?

01:07  19  **A.**   Yes, it is.

01:07  20  **Q.**   All right.  What experience do you have in decision making

01:07  21  in exploration and production?

01:07  22  **A.**   So the majority of my consulting practice focuses on

01:07  23  helping my clients make tough decisions.  And like I said

01:07  24  before, E&P is where we focus our attention.

01:07  25              So for about 15 years, I've been in the principal

GARDNER WALKUP, JR. - DIRECT

01:07  1   positions of principal partner -- I guess "partner" is the more

01:07  2   common word, and I guess "principal" is more legal.

01:07  3          But that's included at firms, my current firm,

01:07  4   Berkeley Research Group.  The -- prior to that, at IHS,

01:07  5   Cambridge Energy Research Associates.  Strategic Decisions

01:07  6   Group before that, SDG.  PricewaterhouseCoopers, PWC.  Prior to

01:07  7   that, Applied Decision Analysis.

01:07  8          So our work is global in nature.  We've helped on

01:07  9   investments, in significantly more than 25 countries on

01:08  10  investments exceeding $300 billion.  So -- and that's been over

01:08  11  the entire 15 years.

01:08  12         During this period, I've also been publishing.  And

01:08  13  what my focus is, is in the stage-gate decision processes and

01:08  14  valuation.  And I've also contributed to the technical

01:08  15  community by sitting on different committees, chairing

01:08  16  different committees at the SPE, Society of Petroleum

01:08  17  Engineers.  The committee I tend to sit on is called the

01:08  18  management and economics subcommittee.

01:08  19         **THE COURT:**  Is your -- mine was off.  Is your

01:08  20  microphone on?

01:08  21         **MS. FLICKINGER:**  It is.

01:08  22         **THE COURT:**  Okay.  I got a text from someone saying

01:08  23  they were having trouble hearing you.  But if it's on, okay.

01:08  24         **MS. FLICKINGER:**  It's on.

01:08  25         **THE DEPUTY CLERK:**  It's all the way up, too.

GARDNER WALKUP, JR. - DIRECT

01:08    1          THE COURT:  The volume's up?  Okay.  Let's go.

01:08    2    BY MS. FLICKINGER:

01:08    3    Q.    Okay.  What experience do you have in decision making in

01:08    4    exploration and production?

01:09    5          MS. FLICKINGER:  Could we have the next build,

01:09    6    please.

01:09    7    BY MS. FLICKINGER:

01:09    8    Q.    Have you worked with E&P companies in deepwater

01:09    9    strategies?

01:09   10    A.    Yeah.  Again, most -- my deepwater experience goes to my

01:09   11    consulting experience.  And that's included 10 -- about 10

01:09   12    deepwater engagements, working for both super majors and

01:09   13    independents.  As I mentioned before, it's a global practice,

01:09   14    so I've worked in the Gulf of Mexico, but other places.

01:09   15          A lot of the work that we've done has been to help

01:09   16    operators develop strategies to partner with nonoperators.

01:09   17    Q.    Okay.  Do you have specific experience with well

01:09   18    operations?

01:09   19    A.    I do.  Before getting into consulting, I spent about 13, a

01:09   20    little bit more, years with Chevron.  I'm a petroleum engineer

01:09   21    by background.  I started my career in Chevron's research

01:09   22    center, and I was responsible for supporting their corporate

01:09   23    well testing.  Well testing, pressure transient analysis.

01:09   24          And I supported that both from a fundamental research

01:10   25    perspective but also what we call tech service, and that meant

GARDNER WALKUP, JR. - DIRECT

01:10   1   going out in the field and helping operating companies conduct
01:10   2   these well tests, which included both exploration and
01:10   3   production wells, and included both operated and nonoperated
01:10   4   wells.
01:10   5           Following that experience, I was secondment to Caltex
01:10   6   in Indonesia that was a joint venture at the time between
01:10   7   Chevron and Texaco.
01:10   8           And there, as a reservoir engineer in that part of
01:10   9   the -- of Sumatra, I was responsible for reviewing many
01:10   10  hundreds of well completions.
01:10   11          So this is both on new wells and workovers.  I
01:10   12  finished my technical part of my career here in New Orleans
01:10   13  doing three wells, exploration wells in the Gulf of Mexico,
01:10   14  where my primary responsibility was at the subsequent
01:10   15  operations and objective depth in these exploration wells.
01:10   16          **MS. FLICKINGER:**  All right.  Your Honor, the United
01:10   17  States offers Mr. Gardner Walkup as an expert in the
01:10   18  decision-making process used in the E&P industry, exploration
01:11   19  and production industry, and as in exploration with respect to
01:11   20  the role of nonoperators in the oil and gas industry and, in
01:11   21  particular, in deepwater activities.
01:11   22          **THE COURT:**  Any questions on qualifications?
01:11   23          **MS. KIRBY:**  Yes, Your Honor, I think I want to voir
01:11   24  dire him, if you don't mind.
01:11   25          **THE COURT:**  All right.  Go ahead.

GARDNER WALKUP, JR. - DIRECT

01:11   1          **MS. KIRBY:**  All right.

01:11   2          **THE COURT:**  Wait.  You need to get to the microphone.

01:11   3   You want to just do it as part of your examination?  It is a

01:11   4   bench trial.  I mean, you know, I think it would be easier that

01:11   5   way.

01:11   6          **MS. KIRBY:**  Sure.

01:11   7          **THE COURT:**  Yeah, okay.

01:11   8   BY MS. FLICKINGER:

01:11   9   Q.   Mr. Walkup, did you write any expert reports in this

01:11  10   matter?

01:11  11   A.   Yes, I did.

01:11  12          **MS. FLICKINGER:**  Okay.  Could we please call up

01:11  13   D-33151.  And on this -- on this slide are TREX-013200, which

01:11  14   is Mr. Walkup's Round 1 report, August 15th, 2014;

01:12  15   TREX-231646-R, which is Mr. Walkup's Round 2 report,

01:12  16   September 12th, 2014; and TREX-233288-R, Mr. Walkup's Round 3

01:12  17   report, September 26th, 2014.

01:12  18   BY MS. FLICKINGER:

01:12  19   Q.   Mr. Walkup, are these copies of your three reports?

01:12  20   A.   Yes, they are.

01:12  21   Q.   And are your Round 2 and Round 3 reports, which is

01:12  22   TREX-231646-R and TREX-233288-R, have those been redacted to

01:12  23   comply with the Court's order excluding evidence of Anadarko's

01:12  24   culpability?

01:12  25   A.   Yes, they have been.

GARDNER WALKUP, JR. - DIRECT

01:12  1  **Q.**   Do you adopt all of the opinions in your reports as your
01:12  2  direct testimony in this case?
01:12  3  **A.**   Yes.
01:12  4        **MS. FLICKINGER:**   Okay.  And at this point, we won't
01:12  5  move them into evidence.  We'll marshal them in at a later
01:12  6  time.
01:12  7            Mr. Walkup, can we turn to your opinions in the
01:12  8  case -- could we please call up D-33152, Mr. Jackson.  Put up
01:12  9  the first build.
01:12  10  **BY MS. FLICKINGER:**
01:12  11  **Q.**   Is this a summary of your opinions?
01:13  12  **A.**   Yes, it is.
01:13  13  **Q.**   Okay.  Could you just walk us through your main opinions
01:13  14  here.
01:13  15  **A.**   So there's going to be four of these.
01:13  16        The first one is that nonoperators decide to pursue a
01:13  17  focused, active participation and that this improves the
01:13  18  quality of deepwater activities.
01:13  19        The second opinion is that Anadarko's public position
01:13  20  that nonoperators are passive investors is inconsistent with
01:13  21  the current industry practice.
01:13  22        Thirdly, that industry participants are aware of
01:13  23  Anadarko's public position and they're very aware of what's
01:13  24  going on in this case, and the combination of the two are going
01:13  25  to inform future decisions regarding this nonoperator active

GARDNER WALKUP, JR. - DIRECT

01:13   1   participation.

01:13   2          And then, finally, that a material Clean Water Act

01:13   3   penalty will incentivize nonoperators to pursue more active

01:13   4   participation -- I'm sorry, to pursue active participation,

01:13   5   while the lack of a penalty will make passive behavior more

01:13   6   likely.

01:13   7          **MS. KIRBY:**  Your Honor, I have an objection.

01:14   8          I believe that the final build on this slide

01:14   9   makes my point that this testimony is nothing other than

01:14  10   culpability in disguise.  In other words, the government has an

01:14  11   expert who's taking the position that even though you already

01:14  12   have ruled Anadarko has done nothing wrong, breached no duty,

01:14  13   it should be materially penalized for apparently saying that it

01:14  14   was a passive nonoperator or apparently not actively

01:14  15   participating.

01:14  16          **THE COURT:**  Well, I'm going to overrule -- overrule

01:14  17   your objection for now.  It seems to me we're talking about two

01:14  18   different things here.  Because, yes, I ruled that as a matter

01:14  19   of law, Anadarko could not be held negligent in the limitation

01:14  20   where we determined fault, an allocation of fault.

01:15  21          On the other hand, now we're dealing with

01:15  22   penalties under the Clean Water Act, which don't necessarily

01:15  23   require a finding of fault.  It's just -- as you know, it's a

01:15  24   strict liability statute and a -- so it doesn't require a

01:15  25   finding of fault.

GARDNER WALKUP, JR. - DIRECT

01:15  1        The statute, it seems to me, allows a penalty to

01:15  2  be imposed even in the absence of any fault whether by an --

01:15  3  even by an operator.  An operator, you know, there are many

01:15  4  cases where owners of vessels and so forth are liable under the

01:15  5  Clean Water Act even though someone else might have been

01:15  6  negligent in -- or no one may have been negligent in causing

01:15  7  the spill.

01:15  8        So I think the lack of culpability, the lack of

01:15  9  negligence is a factor that I should consider, but I don't

01:15  10  think it means that the Court can't impose a penalty.  And I'm

01:15  11  going to take all of this into account.  Okay?

01:16  12        All right.  Go ahead.

01:16  13        MS. FLICKINGER:  Thank you, Your Honor.

01:16  14  BY MS. FLICKINGER:

01:16  15  Q.   Are you aware, Mr. Walkup, that Anadarko is calling two

01:16  16  experts to testify concerning various issues related to

01:16  17  nonoperators?

01:16  18  A.   Yes, I am.

01:16  19  Q.   Okay.  And who are they?  What are their names?

01:16  20  A.   Dr. Sunding and Mr. Arnold.

01:16  21  Q.   And will you also, on your direct examination, be

01:16  22  responding to their opinions concerning nonoperators?

01:16  23  A.   Yes, I will.

01:16  24  Q.   Let's turn to an outline of your testimony.

01:16  25        If we could call up D-33153, Mr. Jackson.

GARDNER WALKUP, JR. - DIRECT

01:16    1              Did you prepare this slide?

01:16    2    A.    I did.

01:16    3    Q.    Okay.  Can you just please summarize what you will be

01:16    4    covering today?

01:16    5    A.    So the first topic that I think is important to discuss is

01:16    6    what the industry approach is to decision making.  As we'll --

01:16    7    as I'll summarize, it's about decision quality and how the

01:16    8    industry has implemented different approaches to ensure

01:16    9    decision quality.  And the reason it's important, as I

01:17   10    mentioned in my opinion, is that the -- that nonoperator's

01:17   11    decision on active participation is a conscious decision.  And

01:17   12    so to understand how that decision is influenced, it's useful

01:17   13    to understand how decisions are made in this industry.

01:17   14              The second part of this that I've put in the

01:17   15    outline -- if we could have the next build -- is about the

01:17   16    active participation that I'm talking about.  You know, the

01:17   17    focused active participation of the nonoperators.  I think it's

01:17   18    important to describe why they participate, to provide some

01:17   19    supporting evidence for that active participation, discuss

01:17   20    briefly how it is they participate, and then finally to

01:17   21    summarize the range of operator/nonoperator relationship.

01:17   22              After that, I will then respond to Dr. Sunding and

01:17   23    Mr. Arnold, and then I'll provide a very short conclusion to

01:18   24    try to sum it all up.

01:18   25    Q.    Okay.  If we could have D-33153.1, please.

GARDNER WALKUP, JR. - DIRECT

01:18  1          Okay.  Let's talk about the standard decision-making
01:18  2   process used in the E&P industry first.  Why is the industry
01:18  3   approach to decision making of importance to your opinions
01:18  4   concerning nonoperators in this case?
01:18  5   **A.**   So there's essentially two reasons.  One is, as I've
01:18  6   mentioned on this outline, active participation and the degree
01:18  7   of active participation is an active decision.
01:18  8          Secondly, the way that they participate or where they
01:18  9   focus is a decision, and it's part of the decision steps.  And
01:18  10  that's -- you'll -- is the rationale for behind their focus.
01:18  11  So I think those are the two reasons it's important to talk
01:18  12  about it.
01:18  13  **Q.**   Okay.  Did you prepare a slide summarizing some of the key
01:18  14  points you would like to make about industry decision making?
01:18  15  **A.**   Yes, I have.
01:19  16  **Q.**   If we could turn to D-33154.  And the first build, please.
01:19  17          Is this your slide, Mr. Walkup?
01:19  18  **A.**   Yes, it is.
01:19  19  **Q.**   What are some of the fundamental challenges facing the
01:19  20  industry in deepwater E&P activities?
01:19  21  **A.**   So the fundamental challenge for making decisions in E&P
01:19  22  is to understand the extreme level of uncertainty that exists
01:19  23  in this business.  You know, all businesses have uncertainty,
01:19  24  but the level of uncertainty in E&P is extremely high.  And I
01:19  25  think -- you know, there's the common stories, the exploration

GARDNER WALKUP, JR. - DIRECT

01:19  1   wells can cost a hundred, $200 million and there's maybe one
01:19  2   out of three chances you're going to see it.  Development
01:19  3   decisions are taken that five, $10 billion of development and,
01:19  4   you know, at that time you maybe have actually directly seen
01:19  5   less than a millionth of the reservoir.
01:19  6         So the challenge is how do you make good decisions
01:19  7   under such uncertainty, and there's a good bit of literature
01:19  8   and academic work under -- under this that is -- results in the
01:20  9   common approach that people use when this is the common
01:20  10  challenge.
01:20  11  Q.   So how does industry address that challenge of
01:20  12  uncertainty?
01:20  13        Could we have the second build, please.
01:20  14  A.   So the industry practice is based on the concept of
01:20  15  decision quality, decision analysis.  It's also called decision
01:20  16  engineering.  And it really particularly is in response to
01:20  17  making decisions where there's a lot of uncertainty.
01:20  18        The -- there are formal processes that go through
01:20  19  this.  And without going into any great detail about that, the
01:20  20  point I'm going to try to make on this simple slide is that you
01:20  21  go step by step.  You get buy-in along the way.  You do what we
01:20  22  call "build decision quality stepwise."  And at each step,
01:20  23  you're -- you're making sure that you're -- that you're
01:20  24  improving the quality of that decision along the way.
01:20  25        So the key steps in the process, not all of them, but

GARDNER WALKUP, JR. - DIRECT

01:20   1   the key steps are, firstly, make sure the great alternatives

01:21   2   are created or identified.

01:21   3          The second one is to collect your information after

01:21   4   you know what the alternatives are because the information and

01:21   5   it's -- because it's uncertain, that information has to be

01:21   6   probabilistic.  But the relevant information is that

01:21   7   information which is going to discriminate between

01:21   8   alternatives.  So you need your alternatives first, and then

01:21   9   the information is relevant to your choice.

01:21   10          To be able to choose between alternatives once you

01:21   11   have the probabilistic information about those, you need to be

01:21   12   very clear about, well, what makes one choice better than

01:21   13   another, and this is the area of multiple decision metrics.

01:21   14   And it's common on our -- in this business that it's not just a

01:21   15   single decision metric that you make, and that you can include

01:21   16   multiple decisions.

01:21   17          Economic profit is always one of them -- is always

01:21   18   one of the points.  But there are other metrics that are used

01:21   19   that are included in that decision as well.  And, you know, HSE

01:21   20   performance is one of those that can be used.

01:22   21          Finally, it's an analytical approach.  A lot of

01:22   22   research shows it's really hard to do all this probability in

01:22   23   your head.  And as a result, it's an analytical approach that

01:22   24   this business uses to make these tough decisions.

01:22   25          So it's when you're going through this process, a lot

GARDNER WALKUP, JR. - DIRECT

01:22  1   of effort, obviously, gets at the level of the probabilistic

01:22  2   information about the occurrence, the probability of something

01:22  3   happening, plus the range of outcomes that might happen.  But

01:22  4   when this is done right, and done well, it includes both

01:22  5   technical uncertainties and, importantly, nontechnical

01:22  6   uncertainties.

01:22  7   Q.   What would -- what are nontechnical uncertainties?

01:22  8   A.   So nontechnical uncertainties are what's sometimes called

01:22  9   in the industry "aboveground uncertainties," can include things

01:22 10   like the ability to get an air current or the uncertain outcome

01:22 11   of litigation.

01:22 12   Q.   How would you classify, for example, the chance of being

01:22 13   assessed the Clean Water Act penalty in the place of a spill?

01:22 14   A.   That's one of these nontechnical uncertainties.

01:23 15        And then, finally -- and we'll talk about this here

01:23 16   just in a bit -- the overall decision quality process is really

01:23 17   focused on the design, the design phases of making decision in

01:23 18   the business.

01:23 19   Q.   Okay.  Do industry participants have a process to

01:23 20   implement some of these concepts?

01:23 21   A.   They -- they do.

01:23 22   Q.   What's it called?

01:23 23   A.   It's called a -- it's usually called a "stage-gate

01:23 24   process," sometimes called a phased process, but stage-gate

01:23 25   process is the most common name.

GARDNER WALKUP, JR. - DIRECT

01:23    1    **Q.**    All right.  Is there a diagram that shows that process?

01:23    2    **A.**    Yes, I've put one together.

01:23    3    **Q.**    Could we call up TREX-232848.

01:23    4        Okay.  And this is an article entitled, "The Good,

01:23    5    the Bad, and the Ugly of the Stage-Gate Project Management

01:24    6    Process in the Oil and Gas Industry."  It's written by

01:24    7    Mr. Walkup.

01:24    8        Could we call out 232848.10.1.

01:24    9        Mr. Walkup, could you -- could you please explain

01:24   10    this graph to us?

01:24   11    **A.**    There's actually quite a bit on this graph, so I'll take

01:24   12    it piece by piece.

01:24   13        Firstly, what we're seeing in these different shaded

01:24   14    columns are the different stages.  Now, the names can change

01:24   15    slightly from company to company, but the number of stages are

01:24   16    pretty consistent across the industry.

01:24   17        And the first stage is what's commonly called the

01:24   18    "feasibility stage."  There are some very unique decisions that

01:24   19    are made in that stage versus all the rest of them.  And in

01:24   20    particular, the decisions that are being made are, is can you

01:24   21    even do this project?

01:24   22        The second stage is selection.  And then selection is

01:24   23    where you're deciding what's the best way to do this project.

01:24   24    During definition, once you know what the best choice is, then

01:25   25    you're adding additional definition to that.  And so these

GARDNER WALKUP, JR. - DIRECT

01:25    1    first three phases are called "front-end loading," and this is
01:25    2    really the design phase.
01:25    3           Execution, once -- at the end of definition, if you
01:25    4    decide to go through, you usually make what's called an "FID
01:25    5    decision," a final investment decision, and that kicks off
01:25    6    execution.  And this is where you build your project and then
01:25    7    you operate your project.
01:25    8           So these columns are not time.  So -- and execution
01:25    9    can take many years; operations, hopefully decades.  But this
01:25   10    front-end loading piece of the decision process and the project
01:25   11    management process can take months.  So it's not time that's
01:25   12    being represented here, it's the decisions.
01:25   13           At the end of every stage, you have a stage-gate
01:25   14    decision.  So it's -- this is really focused on making sure
01:25   15    that the decision at the end of each stage is as high quality
01:25   16    as possible.
01:25   17    Q.   Okay.  What does "value" mean on the vertical axis?
01:26   18    A.   So on my prior slide, I mentioned that the decision
01:26   19    metrics that are included in here are -- can commonly be
01:26   20    multi-attribute, meaning that there can be multiple things that
01:26   21    you care about to define what's the best decision.  And so
01:26   22    that's what I mean about value.
01:26   23           And what you can see in this slide is a general
01:26   24    belief in the industry is, how do you influence value?  And to
01:26   25    do that, I need to explain the four curves on this chart.

GARDNER WALKUP, JR. - DIRECT

01:26  1          On the bottom there's -- on the bottom part of the
01:26  2  chart is a project which has done not a very good job at
01:26  3  front-end loading, meaning the decision quality during planning
01:26  4  isn't very high.
01:26  5          MS. KIRBY:  Excuse me, Your Honor.  Mr. Walkup is
01:26  6  presently testifying about something that was excluded as a
01:26  7  result of the motion in limine and is now redacted from the
01:26  8  report.
01:27  9          MS. FLICKINGER:  This graph is actually taken from
01:27 10  his article, which is cited in Round 1, page 10, footnote 9.
01:27 11  And it's a graph that's taken from his article.  And,
01:27 12  moreover -- so this is -- this is footnoted and cited in
01:27 13  Round 1.
01:27 14          THE COURT:  Well, I don't -- I frankly don't recall
01:27 15  what was excluded.
01:27 16          MS. FLICKINGER:  And also --
01:27 17          THE COURT:  Is it in the report as redacted?  Is this
01:27 18  from the report as redacted?
01:27 19          MS. FLICKINGER:  Well, first of all, it doesn't have
01:27 20  anything to do with culpability.  And, secondly, it's cited in
01:27 21  his -- it's an appendix to his article, which we just drew up,
01:27 22  which is in be Round 1, footnote 9.
01:27 23          MS. KIRBY:  I'll withdraw the objection, Your Honor.
01:27 24          THE COURT:  Okay.  All right.  Thank you.
01:27 25          THE WITNESS:  I think I was at the point where I was

GARDNER WALKUP, JR. - DIRECT

01:27   1    explaining the bottom curves.

01:27   2               So on the bottom two, you see that when you get

01:27   3    to execution, you have two cases.  One is great execution, the

01:27   4    other one's not so great execution.  The upper two curves are a

01:27   5    case where you have really good design and then, again,

01:28   6    not-so-good execution and great execution.

01:28   7               And so the -- what you're seeing in here is a

01:28   8    concept that the way that management and the way the  the way

01:28   9    the companies, the enterprise can really affect value is by --

01:28   10   is through making good decision in front-end loading.  And

01:28   11   since value is multi-attribute, it definitely includes the

01:28   12   influence of safety.

01:28   13              You'll hear me say that I have an opinion that

01:28   14   the decisions made during design can greatly influence safety

01:28   15   issues.

01:28   16         THE COURT:  I've looked over your report.  And from

01:28   17   what -- and based on -- and following up on what you just said,

01:28   18   I want to understand where you're going with this.  Is it your

01:28   19   opinion that a nonoperator would generally expect to have more

01:28   20   input, influence, whatever, on design decisions, you know, how

01:29   21   to design the well, so to speak, as opposed to operating

01:29   22   decisions?

01:29   23         THE WITNESS:  That's -- that's where I'm going.

01:29   24         THE COURT:  That's the gist of it?

01:29   25         THE WITNESS:  Yeah, because I keep saying focused

GARDNER WALKUP, JR. - DIRECT

01:29  1   active participation.  And the -- what I'm trying to
01:29  2   demonstrate is when you make a decision to where to focus, you
01:29  3   want to focus where you're going to have the best impact,
01:29  4   right.
01:29  5            THE COURT:  Uh-huh.
01:29  6            THE WITNESS:  And so this is demonstrating that it --
01:29  7   that's why it's going to be in design.
01:29  8            THE COURT:  Okay.  Go ahead.
01:29  9   BY MS. FLICKINGER:
01:29  10  Q.   Okay.  Mr. Walkup, if you haven't covered this, how do
01:29  11  decisions change across this process as you move from stage to
01:29  12  stage?
01:29  13  A.   So as you move from one stage -- let's say you're in
01:29  14  select.  The decisions around the detail design are what we
01:29  15  would call "tactical" when they're in selection.  Right?  The
01:29  16  strategic decisions that you're making during selection are
01:29  17  going to be should I -- should I -- you know, what development
01:29  18  plan should I go.  There's a range of development plans, so let
01:29  19  me define the development plan, I'll nail that down in
01:30  20  selection.
01:30  21            I'm not going to worry about the detailed design
01:30  22  during selection, I'll worry about that during -- so the
01:30  23  decision about what you're doing gets more and more and more
01:30  24  defined.  You know, at the end of feasibility, you've got like
01:30  25  one that will basically work, but it's not good enough.  At the

GARDNER WALKUP, JR. - DIRECT

01:30    1    end of selection, you've got the development plan, but you
01:30    2    can't yet quite build it.  Then at the end of definition,
01:30    3    you've got -- you've got that one that you chose at the end of
01:30    4    selection that you can go ahead and build.
01:30    5            So the decisions are maturing as you move through,
01:30    6    the detail is maturing as you go through.
01:30    7    Q.    How did this stage-gate decision-making approach inform
01:30    8    your opinions concerning the operator and nonoperator
01:30    9    relationship?
01:30   10    A.    So the -- it's the point we just made, which is
01:30   11    nonoperators are going to focus on design because this is the
01:30   12    value.
01:30   13    Q.    If we could turn up D -- turn up D-33153.2.
01:31   14            All right.  Now we're at the point on the outline --
01:31   15    let's turn to your opinion that nonoperators actively
01:31   16    participate, and let's talk about why they actively
01:31   17    participate.
01:31   18            Did you prepare a slide that summarizes some of these
01:31   19    points?
01:31   20    A.    Yes, I have.
01:31   21    Q.    Okay.  Could we call up D-33155.
01:31   22            Is this your slide?
01:31   23    A.    Yes, it is.
01:31   24    Q.    So this is nonoperating party active participation.  Let's
01:31   25    review each of these drivers.

GARDNER WALKUP, JR. - DIRECT

01:31   1          Why does a nonoperator who seeks strategic learning
01:31   2   actively participate?
01:31   3   **A.**   So strategic learning has to do with -- and it's been
01:31   4   particularly important in deepwater.  Let me start with that.
01:31   5   Deepwater started with -- with really the single operator, but
01:31   6   then at the -- really the -- that catalyzed the business, but
01:31   7   then it was the super majors really that were doing deepwater.
01:31   8          As more people became involved in deepwater through
01:31   9   the nonoperating party role, they learned the business, and
01:32  10   they did that on purpose so that they could build their
01:32  11   capabilities through their participation.  And it takes active
01:32  12   participation to learn.  It's not simply reading the answer.
01:32  13   It's about how do you move through that stage-gate process, how
01:32  14   do you take uncertainties, how do you come up with good
01:32  15   alternatives, and how do you evaluate them.  Being part of that
01:32  16   process is what you learn, and that allows you a greater
01:32  17   opportunity set to operate elsewhere.
01:32  18          And so you went from where the Miocene started, which
01:32  19   is very few super majors, you got more people involved, you
01:32  20   have a much bigger operating group.  I mean, until, in fact,
01:32  21   the independents were dominating that part of the deepwater in
01:32  22   the Gulf of Mexico.
01:32  23          You've kind of seen this whole wave turn over again,
01:32  24   the super majors for the -- or the bigger companies doing the
01:32  25   deeper tertiary play.  And, again, my expectation is that

GARDNER WALKUP, JR. - DIRECT

01:32    1    you'll -- that that part of the deepwater will continue to
01:32    2    mature, nonoperators will come in and more people will learn
01:33    3    the business and you'll see that cycle repeat itself.
01:33    4           So that's the reason for people to -- for nonop- --
01:33    5    not people, but for nonoperating parties to be actively engaged
01:33    6    through focused active participation in deepwater activities.
01:33    7  Q.   Okay.  Could we turn to the next one.
01:33    8           Why does a driver of financial exposure lead
01:33    9    nonoperators to actively participate?
01:33   10  A.   So this -- this builds on this idea -- well, again, it's
01:33   11    deepwater focused.  And I think it's not a secret that
01:33   12    deepwater is really very expensive.  You know, hundreds of
01:33   13    millions of dollars for a well, billions and billions for
01:33   14    development.  Because the pool of players has grown and gotten
01:33   15    smaller and some -- because they learn through strategic
01:33   16    learning, the risks associated to their balance sheet, their
01:33   17    ability to pay a dividend and cover cash calls is put at risk
01:33   18    by the size and scale of these investments.  So the reason to
01:34   19    be actively participating is to ensure that those risks to your
01:34   20    business are being appropriately managed.
01:34   21  Q.   Okay.  How does investor relations differ from financial
01:34   22    exposure?
01:34   23  A.   So there's a little bit of relationship here, but this is
01:34   24    particularly a function of senior management and their
01:34   25    relationship with the equity community.  And it has to -- it's

GARDNER WALKUP, JR. - DIRECT

01:34  1  based on the idea of no surprises.  You know, having been on a
01:34  2  senior management team and preparing for quarterly meetings
01:34  3  with the analysts, the last thing you want is to surprise the
01:34  4  equity community.  There's a lot of rules as to how information
01:34  5  flows.
01:34  6        But -- so in order to be -- to ensure that the
01:34  7  management team is not put in the position of no surprises,
01:34  8  nonoperating parties will be actively pursuing participation to
01:34  9  ensure that everybody knows what's going on.
01:34  10  Q.   Okay.  Turning to technical risk management, why does a
01:35  11  nonoperator manage -- dealing with technical risk actively
01:35  12  participate?
01:35  13  A.   So technical risks, you know, are endemic to the industry,
01:35  14  but there are certain kinds of risks in deepwater that are key.
01:35  15  Very, very expensive.  I've already said that.
01:35  16        The reason deepwater works is because the reservoirs
01:35  17  are high kH reservoirs.  That means permeability thickness.
01:35  18  Well, the thickness is what the thickness is.  You can't change
01:35  19  that.  Well, you can change the effective thickness with, you
01:35  20  know, different wellbore configurations, but you can affect
01:35  21  what -- how well you are able to access the k, the
01:35  22  permeability.
01:35  23        You do -- you can't damage these wells.  You drill so
01:35  24  few wells that ensuring that the completions result in high
01:35  25  rate wells is the only way you can make money in deepwater.

GARDNER WALKUP, JR. - DIRECT

01:35  1  So where you're going to make sure you're focusing is
01:35  2  making sure you have access to that high kH.  Because if you
01:36  3  don't -- if you damage the well in the zone of interest, the
01:36  4  costs for remediation are extremely high.  So there's
01:36  5  particular focus that's specific to deepwater at that point to
01:36  6  make sure that you have access to that high kH.
01:36  7  Q.  Okay.  So what does reputational risk management refer and
01:36  8  why is that another driver for nonoperating parties to actively
01:36  9  participate?
01:36  10 A.  So deepwater is a competitive business, but deepwater
01:36  11 isn't found everywhere around the world.  It's found in a
01:36  12 limited number of places.  And competition for access to those
01:36  13 places is tough, and it's getting tougher.
01:36  14 So the -- the challenge of being associated with a
01:36  15 bad outcome in one place is going to affect your ability to
01:36  16 access resources in another place.  Resource access is a key
01:36  17 strategic competitive advantage for companies, and they don't
01:36  18 want to put that at risk.
01:36  19 So this idea that you -- you know, bad acts in one
01:36  20 place are going to carry over to other places.  And so that --
01:37  21 this is -- this is a reason to make sure that you're -- you're
01:37  22 actively participating in a focused way.
01:37  23 Q.  Okay.  Could we please call up D-33153.3.
01:37  24 Okay.  And now we'll turn to the next topic in the
01:37  25 outline, support for nonoperator active participation.

GARDNER WALKUP, JR. - DIRECT

01:37  1          Mr. Walkup, what categories of support have you found
01:37  2  to support that these drivers, in fact, do lead nonoperators to
01:37  3  actively participate?
01:37  4  A.   So -- so what I've put together to discuss our three
01:37  5  areas, first, is some -- some examples from the literature.
01:37  6  Secondly, to summarize my personal experience.  And then,
01:37  7  thirdly, is to demonstrate that there are -- it's kind of the
01:37  8  active participation of nonoperating parties is memorialized in
01:37  9  some of the -- in the JOA, the common model form JOA that's
01:37  10 used in deepwater.
01:37  11 Q.   Okay.  Let's look at examples of support in the
01:37  12 literature.
01:38  13          And if you -- Mr. Jackson, if you could please call
01:38  14 up TREX-232806.  This is an article entitled, "Getting
01:38  15 Deepwater Right, Strategies for the Nonoperator."  It's by
01:38  16 Mr. Jefferis.
01:38  17          Mr. Walkup, did you cite this article in your report?
01:38  18 A.   Yes, I did.
01:38  19 Q.   Why did you cite this article in your report?
01:38  20 A.   Well, there's a couple of reasons, but one in particular
01:38  21 is -- is who wrote it.  Shell was really the company that
01:38  22 catalyzed the business to start with, and it started the
01:38  23 business as the operator.  But by 2002, when this paper was
01:38  24 written, they had generated their own experience being a
01:38  25 nonoperator.

GARDNER WALKUP, JR. - DIRECT

01:38  1        So here you have one of the very most experienced
01:38  2   deepwater players, certainly at that time, expressing what
01:38  3   they -- you know, what the authors represent their lessons
01:38  4   learned through that becoming nonoperator -- nonoperating
01:38  5   parties and sharing the best practices associated with that.
01:38  6   **Q.**   Okay.  Is there a specific quote that you wish to bring to
01:38  7   the Court's attention today?
01:38  8   **A.**   Yes, there is.  May I -- there is.
01:38  9   **Q.**   Okay.  Could we call up TREX-232806.1.1.
01:39 10        Is this the quote?
01:39 11   **A.**   It is.
01:39 12   **Q.**   Can you explain it?
01:39 13   **A.**   So I've highlighted three elements here, and all three of
01:39 14   them collectively will go to focused active participation and
01:39 15   the positive influence of that -- of that activity.
01:39 16        And the first one is the fact that this active
01:39 17   participation from the very beginning is not just about profit,
01:39 18   it includes safety and the belief that this nonactive -- this
01:39 19   active participation improves safety.
01:39 20        The active part of it is expressed in No. 5.  And
01:39 21   this is what they're recommend is that when you're a
01:39 22   nonoperating party, what you need to do is take a tough look at
01:39 23   everybody's strengths and weaknesses, the operators,
01:39 24   yourselves, the rest of the parties that are involved in the
01:39 25   enterprise.

GARDNER WALKUP, JR. - DIRECT

01:39  1         After having done that, then you need to identify
01:39  2  what they call the critical activities.  And those are the
01:39  3  places where either you have a good strength that's needed
01:40  4  because of the particular risk or where somebody might be weak,
01:40  5  and that's how you focus your attention.
01:40  6         So it's focused, it's active, it improves HS&E.
01:40  7  That's why I chose this paper.
01:40  8  Q.   Okay.  Could we call up TREX-232808.
01:40  9         This is an article entitled, "Changing Dynamics in
01:40  10 Deepwater Ownership," and it's written by Mr. Herman.
01:40  11        Mr. Walkup, did you cite this article in your
01:40  12 recorder?
01:40  13 A.   Yes, I did.
01:40  14 Q.   And why did you cite this article in your reports?
01:40  15 A.   Well, again, for a couple of reasons.  And it's important,
01:40  16 it's not just Mr. Herman from Chevron.  It's actually a
01:40  17 panel -- a panel discussion amongst a group of companies
01:40  18 talking about different roles of nonoperating parties.
01:40  19        And the first reason I did that is because it is a
01:40  20 breadth of companies and it demonstrates the active
01:40  21 participation by nonoperating parties by very large deepwater
01:41  22 players, Chevron and Petrobras.  Petrobras is a Brazilian
01:41  23 company.  Offshore Brazil is one of the key deepwater water
01:41  24 areas in the globe.  So it does a good job showing the breadth
01:41  25 of the players.

GARDNER WALKUP, JR. - DIRECT

01:41  1        The other reason I've shown it is because it's very
01:41  2  explicit that it also occurs during exploration.  This is not
01:41  3  something that just happens during development, but it's
01:41  4  something that happens during exploration.  By this -- by
01:41  5  saying "this," I mean the active participation of nonoperating
01:41  6  parties.
01:41  7  Q.   Could we call up TREX-232804.
01:41  8        This is another article entitled, "Typhoon Offshore
01:41  9  Safe and Clean:  Authentic Leadership to Produce an Incident
01:41 10  and Injury-Free Environment," and it's by Mr. Visser and some
01:41 11  others, other gentlemen.
01:41 12        Mr. Walkup, did you cite this article in your report?
01:41 13  A.   Yes, I did.
01:41 14  Q.   And why did you cite this article in your reports?
01:41 15  A.   So this is a good example where it talks about maybe the
01:41 16  softer side of nonop- -- the contributions of nonoperating
01:41 17  parties to leadership and culture of safety, and this paper
01:42 18  talks about that benefit.  In this case, it was Chevron and BHP
01:42 19  that put together a team to achieve both those ends.
01:42 20  Q.   How is this paper relevant to Mr. Arnold's position that
01:42 21  nonoperator involvement is detrimental to safety?
01:42 22  A.   It's contrary to that opinion and -- and contrary
01:42 23  certainly -- my opinion is aligned with theirs that it's a net
01:42 24  contribution to safety, the focused active participation of
01:42 25  nonoperating parties.

GARDNER WALKUP, JR. - DIRECT

01:42   1   **Q.**   Could we call up TREX-232867.

01:42   2              This is an article entitled, "HSE Assessments of

01:42   3   Non-Operated Joint Ventures" -- or HES Assessments -- by

01:42   4   Chevron, the audit group.

01:42   5              Did you cite this article in your report?

01:42   6   **A.**   Yes, I have.

01:42   7   **Q.**   Again, why did you cite this article in your report?

01:42   8   **A.**   What I find interesting about this article, this is

01:42   9   post-Macondo.  And what the authors describe is an

01:42  10   enterprise-wide effort.  So this is across all of Chevron's

01:43  11   nonoperated businesses, what they call NOJV, nonoperated joint

01:43  12   ventures.  Even when they're not joint ventures, that's just

01:43  13   what they call them.  Across all of them.

01:43  14              They decided that they were going to proactively put

01:43  15   together a team and go to those places where the -- you know,

01:43  16   go to the operators and conduct an assessment, much like what

01:43  17   Shell described: strengths, weaknesses, key risks, where do we

01:43  18   think we can help, what do we think are the weak parts, and

01:43  19   have that conversation with the -- with the operator.

01:43  20              And, you know, their -- their recognition -- so I

01:43  21   think it's interesting not only because it's so proactive and

01:43  22   so across the entire portfolio; but, in fact, the results that

01:43  23   they -- they hadn't completed it across the entire enterprise

01:43  24   by the time they wrote this paper, but all indications were

01:43  25   that they were seeing very positive responses from the

GARDNER WALKUP, JR. - DIRECT

01:43    1    operator, which is consistent with my experience of the way

01:43    2    that this industry collaborates.

01:44    3    **Q.**    Okay.  Could we call up TREX-232812.

01:44    4          This is an article entitled, "Jubilee Project

01:44    5    Overview."

01:44    6          Did you cite this article in your report, Mr. Walkup?

01:44    7    **A.**    Yes, I did.

01:44    8    **Q.**    And why did you cite this article in your report?

01:44    9    **A.**    So this is a -- the Jubilee project, there's actually a

01:44   10    technical operator and -- well, there's -- it's a complicated

01:44   11    situation.  But the three companies had participated in what's

01:44   12    called an "integrated project team," an IPT, and that -- that

01:44   13    will be a confusing term because it's not always used

01:44   14    consistently.

01:44   15          It also sometimes means an intergraded project team.

01:44   16    And even sometimes I get tripped up on it because I started

01:44   17    with the integrated, but we'll -- we'll get to that in a little

01:44   18    bit.  But -- so I don't want to confuse the Court here too much

01:44   19    that this -- this is all three companies.

01:44   20          And in this case, Anadarko was the nonoperating

01:44   21    party, formed this IPT to manage the development of a project

01:44   22    with great success.  And this talks about the role of all

01:45   23    parties, including the nonoperating parties, to provide not

01:45   24    just the technical positions but leadership positions.

01:45   25          And the role of the IPT in building the culture --

GARDNER WALKUP, JR. - DIRECT

01:45   1   building the leadership and the culture responsible for HS&E,

01:45   2   and it just does a good job of explaining all of that in terms

01:45   3   of what the role of the IPT is and as a form -- one of the

01:45   4   possible forms of active participation by nonoperating parties.

01:45   5           MS. FLICKINGER:  Could we call up TREX-232857,

01:45   6   please?

01:45   7   BY MS. FLICKINGER:

01:45   8   Q.   This is an article entitled "The Role of a Nonoperating

01:45   9   Partner in contributing to HSE Excellence," and it's written by

01:45   10  Mr. Lawrie.

01:45   11          Did you cite this article in your report?

01:45   12  A.   Yes.  This is my final example of -- you know, in the

01:45   13  literature.  And it's -- I chose this one because it's very

01:45   14  good at being explicit about, well, what did you do?  And they

01:46   15  talk about the different roles, including auditing, including

01:46   16  visiting contractors, trying to build the culture that -- hey,

01:46   17  listen, safety is important to everybody, and their role in

01:46   18  that.

01:46   19          So I thought it was really good in terms of how

01:46   20  explicit it was about the -- about the role of nonoperating

01:46   21  parties.

01:46   22  Q.   Is there a specific quote that you would like to read

01:46   23  today?

01:46   24  A.   Yeah, I think there is.

01:46   25          MS. FLICKINGER:  Can we call out 232857.8.1, please?

GARDNER WALKUP, JR. - DIRECT

01:46  1    **BY MS. FLICKINGER:**

01:46  2    **Q.**    Mr. Walkup, would you like to read this quote?

01:46  3    **A.**    Well, I know -- because we've talked about a number of

01:46  4    this.  I'll focus on -- we could read the whole thing, but

01:46  5    where it starts with "But."

01:46  6            But what is clear is that a nonoperating party,

01:46  7    companies can play a significant role in the development of

01:46  8    HS&E excellence in any project, regardless of the size of their

01:46  9    investment.

01:46  10           That's the key, and I think it summarizes the whole

01:46  11   literature piece that supports all three pieces.  It's active,

01:47  12   it's participating, and it makes things better.  So that's why

01:47  13   I put that selection of literature together.

01:47  14   **Q.**    In your opinion, Mr. Walkup, are these articles that we

01:47  15   just looked at a reliable source for information concerning

01:47  16   industry norms in the operator and nonoperator relationship?

01:47  17   **A.**    Yeah, I believe that they are useful.

01:47  18   **Q.**    And why is that?

01:47  19   **A.**    You know, this is a fast-moving industry, and the industry

01:47  20   publishes quite a bit.  And so these type of technical papers

01:47  21   are relied on.  As you see, they weren't all SPE papers; they

01:47  22   came from a number of different technical organizations.  The

01:47  23   OTC, which the Offshore Technical Conference.  There may have

01:47  24   been some other organizations represented there.  But because

01:47  25   collaboration is such an important piece of -- of our business,

GARDNER WALKUP, JR. - DIRECT

01:47   1   that the literature is pretty easy to access.

01:47   2   **Q.**   Okay.  Now, let's turn to your personal experience with

01:48   3   nonoperator active participation.  Did you prepare a slide

01:48   4   summarizing your relevant experience?

01:48   5   **A.**   Yes, I have.

01:48   6       **MS. FLICKINGER:**  Can we call that up, please.  It's

01:48   7   D-33156.

01:48   8   **BY MS. FLICKINGER:**

01:48   9   **Q.**   What kinds of operational experience with active

01:48   10  participation by nonoperators do you have, Mr. Walkup?

01:48   11  **A.**   So this is -- this is my operational experiences where

01:48   12  there was some interaction with nonoperating parties.  When I

01:48   13  was in Indonesia, there was none of that.  There was no

01:48   14  nonoperating party.

01:48   15      But in my well testing -- again, well testing

01:48   16  pressure transient analysis, that is an -- an activity taking

01:48   17  at objective depth if it's an exploration well.  I think the

01:48   18  same language is used on development wells.  I've been involved

01:48   19  in hundreds of these as the -- I was Chevron's expert in this

01:48   20  area, and so I provided support to both onshore, offshore,

01:48   21  exploration and development.  And it included cases where, you

01:48   22  know, we were the operator.

01:48   23      So what I observed directly was input during

01:49   24  particularly the design process from nonoperators about that

01:49   25  design of those operations at objective depth.

GARDNER WALKUP, JR. - DIRECT

01:49    1              As well as when we were not the operator and some of

01:49    2    these important steps came up -- and these are actually really

01:49    3    expensive operations because well testing means that you've

01:49    4    reached a depth, and if it's -- if it's in an exploration well,

01:49    5    the rig is there, so you're testing while the rig is there.

01:49    6    And sometimes these tests can take many days.  So, you know,

01:49    7    there is a lot of attention to the design of the test.  So

01:49    8    there's a lot of input during the design process, and that's

01:49    9    what I've observed personally.

01:49   10    Q.   Does your --

01:49   11    A.   Sorry.

01:49   12    Q.   Does your completion experience include temporary

01:49   13    abandonment experience?

01:49   14    A.   Yes, it does.

01:49   15    Q.   Okay.

01:49   16    A.   Particularly here in the Gulf of Mexico.  So they were

01:49   17    exploration wells.  We wanted to test them, so we had to

01:49   18    complete them, not just a temporary -- so we actually had to

01:50   19    perf -- case and perf them.  But then we had to temporary

01:50   20    abandon them as well.

01:50   21              So those were the series of activities that we took

01:50   22    there.  We went through, I'd say, at least 12 months of design,

01:50   23    and there was a lot of input from the nonoperating parties.

01:50   24              **MS. FLICKINGER:**  Okay.  Can we have the next build,

01:50   25    please.

GARDNER WALKUP, JR. - DIRECT

**BY MS. FLICKINGER:**

**Q.**   What relevant consulting experience do you have with active participation of nonoperators?

**A.**   So I want to be really clear.  In my consulting experience -- well, I think just one exception, maybe limited others -- we worked for -- I've worked for the operators.  But we've worked for the operators in deepwater specifically to develop strategies so that they can have very effective participation by their nonoperating parties.

So in the first case, I was working with a very large company that had done a lot of Miocene but hadn't done any of the deeper tertiary stuff, but they wanted to operate.

But they knew that there were some non -- some other operators out there that had more experience in the high pressure/high temperature, HP/HT stuff.  And they wanted to bring them in too as nonoperating parties, and we talked about that and thought through that process of going through that.

The second example was with a small company, great lease position in the deepwater, but with no rigs.  And so they were really looking at, should we capture a rig through partnering with a nonoperating party who had a lease -- or I mean had a rig?  Or should they commit to a long-term build and get their own rig?  You wouldn't actually own the rig, but you'd have it for a long time under contract.

Worked with, again, a super major in this next case

GARDNER WALKUP, JR. - DIRECT

01:51 1   where their IPT was focused on one field, but there was several

01:51 2   fields that were very nearby.  And so the decisions we were

01:51 3   looking at was how to pull that together so that you could

01:51 4   build more of a hub strategy and bring these people in as

01:51 5   partners.  And one of the choices was to retain operatorship

01:52 6   and bring them in as nonoperators.

01:52 7         In this particular case, it actually turned out the

01:52 8   other way; they ended up becoming, after I worked with them,

01:52 9   the nonoperator.

01:52 10        And the final case working, again, with a very large

01:52 11  company around a deepwater lease and facility where the deep --

01:52 12  where the existing facility -- in other words, the first field

01:52 13  was on decline, and so there was excess capacity at this

01:52 14  facility.

01:52 15        And so the strategy we helped them think through was,

01:52 16  well, is there exploration potential on this lease?  And, in

01:52 17  fact, their nonoperating party had a better exploration record

01:52 18  than they did.  So the question was, what's the right way to

01:52 19  think about putting together a business model to bring that

01:52 20  expertise, that exploration expertise into the common benefit

01:52 21  of both parties?

01:52 22  Q.   Okay.  So now, in terms of support for active

01:52 23  participation, we've covered the literature, we've covered your

01:53 24  personal experience.

01:53 25        Let's turn to support from the industry operating

GARDNER WALKUP, JR. - DIRECT

01:53   1   agreements.

01:53   2              MS. FLICKINGER:  Could we please call up D-33157.

01:53   3   This is a slide that has the following three documents on it,

01:53   4   TREX-085006 --

01:53   5              THE COURT:  Let me turn this on.  Let me interrupt

01:53   6   here for a second because I want to see where we're going with

01:53   7   this.

01:53   8              Is this witness being called by the government

01:53   9   essentially to rebut what I understand is Anadarko's argument

01:53  10   that it would be bad public policy to impose a Clean Water Act

01:53  11   penalty on a nonnegligent nonoperator?  Is that -- is that what

01:53  12   this -- the bottom line is here?

01:53  13              MS. FLICKINGER:  Yes.  He's offering an affirmative

01:53  14   opinion, and it's related to the opinions of Mr. Arnold, who,

01:54  15   among other things, contends that having nonoperators actively

01:54  16   participate is detrimental to safety.

01:54  17              And then they also intend to call an economist

01:54  18   who posits economic theories of deterrence and also did an

01:54  19   imperical study.

01:54  20              MS. KIRBY:  Your Honor, if I may.  Mr. Walkup

01:54  21   proffered an affirmative opinion which was not rebutting

01:54  22   anyone.  And it was an opinion that because Anadarko said it

01:54  23   was a passive investor, it should get a material penalty.  All

01:54  24   right.

01:54  25              Round 2, there was some rebuttal of Mr. Arnold

01:54    1  and I think Mr. Sunding a little bit in Round 3.

01:54    2          But Round 1, no.  This was an affirmative

01:54    3  opinion that had nothing to do with anything any expert for

01:54    4  Anadarko said.

01:54    5          THE COURT:  Well, maybe I misunderstood.  I thought

01:54    6  Anadarko all along has contended that not only was it not

01:55    7  negligent as a matter of law, which I agreed with, but that it

01:55    8  should not have any penalty imposed because it was only a

01:55    9  passive nonoperating partner.

01:55   10          Is that -- and that to do otherwise would

01:55   11  somehow be bad for the way the industry operates.

01:55   12          That's not what you're arguing in this case?

01:55   13          MS. KIRBY:  We certainly have argued that Anadarko

01:55   14  was an investor, not the operator.  The operator had exclusive

01:55   15  control, under the contract, over the drilling.

01:55   16          But we haven't put an expert on.  There's no

01:55   17  expert that says, you know, Anadarko shouldn't get a penalty

01:55   18  because -- only because it was nonculpable, for instance.

01:55   19          There are experts who say other things.  No

01:55   20  expert is taking, you know, issue with your rulings, basically.

01:55   21          THE COURT:  No, but I'm trying to understand the

01:56   22  basis of your affirmative case, if you want to call it that, as

01:56   23  to other than not being -- not negligent, why Anadarko should

01:56   24  not have some penalty imposed.  What's the basis for that?

01:56   25          MS. KIRBY:  The basis for our case is, one, because

01:56    1    the factors don't warrant it.  So if we go through all eight

01:56    2    factors, we say it's not warranted here.

01:56    3           And what Mr. Arnold says in particular is if you

01:56    4    do a material penalty, as the government is arguing, you can

01:56    5    actually inadvertently cause safety problems on the rig.

01:56    6    **THE COURT:**  Well, that's exactly where I was going.

01:56    7    That's the point I was trying to get to.

01:56    8           So this witness is, as I understand it, at least

01:56    9    part of his testimony is to rebut, contradict, whatever you

01:56   10    want to call it, that opinion.

01:57   11           Is that part of what you're doing here?

01:57   12    **THE WITNESS:**  Yes.

01:57   13    **MS. KIRBY:**  If I may, he does not purport to be an

01:57   14    expert in safety.  He has admitted in his deposition that he's

01:57   15    not expert in safety and that's not what he was proffered for.

01:57   16    **THE COURT:**  Okay.  I'm going to let him continue.

01:57   17    I'm just trying to get an understanding of where we're heading

01:57   18    with all of this.

01:57   19           Again, I'll restate this, but we're dealing with

01:57   20    the Clean Water Act.  It's a strict liability penalty for

01:57   21    owners or operators of a facility or a vessel.  There are,

01:57   22    obviously, enhanced penalties based on degrees of negligence or

01:57   23    fault.  But even with a totally innocent -- that is,

01:57   24    nonnegligent -- owner or operator of a facility from which oil

01:57   25    is discharged into navigable waters is liable or exposed to

GARDNER WALKUP, JR. - DIRECT

01:58   1    penalties under the Clean Water Act.

01:58   2                   Now, in considering the level of penalties to be

01:58   3    imposed, the Court takes a lot of factors into account.  And,

01:58   4    again, I'm not prejudging anything here, but it goes without

01:58   5    saying that Anadarko was a part owner of this facility.  You

01:58   6    owned 25 percent of it.

01:58   7                   And I can't speak for why -- how or why Congress

01:58   8    enacted the law the way they did, but I imagine that part of

01:58   9    the reason is if you own it, you invest in it, you profit from

01:58   10   whatever profits are to be determined.

01:58   11                  And if Anadarko, for example, is a 25 percent

01:58   12   owner, any profits from that well, you would get 25 percent of

01:58   13   it, and I guess you'd pay 25 percent of the costs, I'm

01:58   14   assuming.

01:58   15                  So, you know, I'm having a little trouble with

01:59   16   the argument, I guess, that just because you're a nonnegligent

01:59   17   operator -- I mean owner, you shouldn't be imposed any penalty

01:59   18   at all.

01:59   19                  We can quibble about the -- argue about the

01:59   20   level of the penalties, which I'm sure there will be a lot of

01:59   21   that.

01:59   22                  I'm not saying we're wasting time here, but I

01:59   23   understand the arguments on both sides, but my job is to

01:59   24   enforce a law passed by Congress.  Congress decides the policy,

01:59   25   and their policy is that a -- even a nonnegligent owner can be

GARDNER WALKUP, JR. - DIRECT

01:59   1   subject to penalties under the Clean Water Act.

01:59   2              So go ahead.  Continue on.

01:59   3         MS. FLICKINGER:  Okay.  We'll try and move this

01:59   4   forward then.

01:59   5         THE COURT:  Yes.

01:59   6         MS. FLICKINGER:  I'm going to enter the operating

01:59   7   agreements.  So it's TREX-085006, AAPL model form of offshore

01:59   8   deepwater operating agreement.  I'm going to call that the

01:59   9   model form.  TREX-232798, which is Exhibit K to that model

01:59   10   agreement.  And TREX-280000, which is ratification and joinder

01:59   11   of operating agreement for the Macondo prospect, which is the

01:59   12   joint operating agreement from Macondo.

01:59   13              And, again, this is from Anadarko's exhibit

01:59   14   list.  So I don't think it presents a culpability issue.

02:00   15   BY MS. FLICKINGER:

02:00   16   Q.   Mr. Walkup, do you recognize these documents?

02:00   17   A.   Yes, I do.

02:00   18   Q.   Do you work with these documents in your consulting

02:00   19   practice?

02:00   20   A.   Somewhat.  Not from a legal perspective.  But when we're

02:00   21   trying to develop alternatives or value somebody's assets and

02:00   22   businesses, you need to know what their flexibility is.  So to

02:00   23   that extent, you know, we get familiar with these.

02:01   24              But, again, I want to be careful.  I'm not lawyer,

02:01   25   and these are contracts, and that's not what we do.  We don't

GARDNER WALKUP, JR. - DIRECT

02:01  1   ever render any kind of legal opinion.

02:01  2         THE COURT:  So you're not here, sir, to opine as

02:01  3   to -- you're not trying to say what Anadarko's legal

02:01  4   responsibilities were in this case?

02:01  5         THE WITNESS:  No, not in any way.

02:01  6         THE COURT:  Okay.  Go ahead.

02:01  7         MS. FLICKINGER:  So he's talking about how co-owners

02:01  8   actively participate even when they don't have fault.

02:01  9         THE COURT:  Well, but they're -- you know, that could

02:01  10  be different in every case.  Contracts -- I don't -- is

02:01  11  there -- is there a standard uniform joint operating agreement

02:01  12  that exists in every case?

02:01  13        THE WITNESS:  It's not exactly -- I'm sorry, I

02:01  14  shouldn't answer.  I'm sorry.

02:01  15        THE COURT:  Go ahead, go ahead.

02:01  16        THE WITNESS:  So the model form is pretty close to

02:01  17  that.  It's put together by industry.  There will be six,

02:02  18  seven, ten different companies that over a couple years kick it

02:02  19  around, get -- you know, get input from a lot of other people,

02:02  20  and it goes through cycles and lawyers and stuff.

02:02  21              And so it's a pretty stable format.  Now, I will

02:02  22  tell you, though, that it's pretty much always

02:02  23  backwards-looking.  And because the emphasis to change it is

02:02  24  when current practices, are -- you know, are changing and

02:02  25  everyone's got to scrub this thing up.

GARDNER WALKUP, JR. - DIRECT

02:02  1        But the model form gets -- once it's out there,
02:02  2  it is -- in my experience, it's common to be the basis -- for
02:02  3  example, the one that I read for this case is very much like
02:02  4  the model form.  You just fill in the blanks, but there's a lot
02:02  5  of negotiating that goes into filling the blanks.  Right?
02:02  6        So the model form is in -- for the Gulf of
02:02  7  Mexico.  There's one for on the -- there's a shelf version,
02:02  8  there's a deepwater version, there's an onshore version, I
02:02  9  think.
02:02  10       And that -- you know, time is money in this
02:02  11 business.  Right?  And so this is an effort to make the --
02:03  12 bringing the enterprise together much quicker.  Otherwise, it
02:03  13 could take years, like it does sometimes overseas where they
02:03  14 don't have model forms.
02:03  15       THE COURT:  So I think -- I think I understand.  I'll
02:03  16 put it in my words, not yours.  You believe that if there is no
02:03  17 penalty imposed on a nonoperator in these circumstances, that
02:03  18 it would -- it could lead to the nonoperators being less --
02:03  19 less involved or less interested in, have less incentive to be
02:03  20 involved in the planning, safety, and so forth in drilling?
02:03  21       THE WITNESS:  Precisely.  Particularly given the
02:03  22 specifics of -- you know, this isn't an abstract case; this is
02:03  23 a real case.  Right?  So there -- there's an industry, there
02:04  24 are some events which happened; and I'm trying to capture, what
02:04  25 is industry going to do with these facts based on the way we

GARDNER WALKUP, JR. - CROSS

02:04  1  make decisions?

02:04  2        You know, everything is uncertain.  The future

02:04  3  is uncertain.  And they'll take what they've observed in the

02:04  4  outcome of this -- so you captured it correctly.  Take those

02:04  5  two things, and if it's endorsing -- if it isn't -- could be

02:04  6  interpreted as endorsing passive behavior, you'll see more

02:04  7  passive behavior.

02:04  8        THE COURT:  Of course, they do have that risk there.

02:04  9  They're a nonpassive investment, which that would still give

02:04  10  them some incentive to see the project succeed; right?

02:04  11        THE WITNESS:  Right.  So then it becomes -- so then

02:04  12  it's a balancing act.  Whereas, if there were a penalty, there

02:04  13  would be no balancing act.  All the forces would be working in

02:04  14  the same direction, and it would be unambiguous as to what the

02:04  15  best thing to do is to continue to pursue active participation,

02:04  16  which I say is standard practice and which I say is beneficial.

02:05  17        THE COURT:  Do you have any other questions?

02:05  18        MS. FLICKINGER:  I do.

02:05  19        THE COURT:  Or have I covered it for you?

02:05  20        MS. FLICKINGER:  I'll reserve -- I think we're good

02:05  21  then.

02:05  22                    CROSS-EXAMINATION

02:05  23  BY MS. KIRBY:

02:05  24  Q.   Good afternoon, Mr. Walkup.  Ky Kirby for Anadarko.

02:05  25  A.   I'm sorry, I didn't hear your name.

GARDNER WALKUP, JR. - CROSS

02:05  1   **Q.**   It's Ky Kirby.

02:05  2   **A.**   Thank you.

02:05  3   **Q.**   All right.  You're not a registered professional --

02:05  4   professional engineer, are you?

02:05  5   **A.**   No.

02:05  6   **Q.**   You have never published any textbooks or field manuals?

02:05  7   **A.**   No.

02:05  8   **Q.**   You haven't written any handbooks since you left Chevron

02:05  9   in 1997?

02:05  10  **A.**   I -- I have contributed to -- in my clients.  Nothing

02:06  11  that's in the public domain.

02:06  12  **Q.**   You haven't received any awards from the National Academy

02:06  13  of Engineering?

02:06  14  **A.**   No.

02:06  15  **Q.**   How about the National Academy of Construction?

02:06  16  **A.**   No.

02:06  17  **Q.**   How about the Society of Petroleum Engineers?

02:06  18  **A.**   I remember I was given something after I sat on -- as

02:06  19  chair for -- I think it might have -- I don't remember if it

02:06  20  was an award or just a thanks kind of thing, so ...

02:06  21  **Q.**   All right.  How about any awards from the American

02:06  22  Petroleum Institute?

02:06  23  **A.**   No.

02:06  24  **Q.**   You wouldn't position yourself as a safety expert?

02:06  25  **A.**   What I've said is I have relevant experience in safety,

GARDNER WALKUP, JR. - CROSS

02:06  1  particularly at operations at objective depth.  And so -- and

02:06  2  so the safety with regards to well testing and other

02:06  3  operations, that's at objective depth.

02:06  4        But I'm not a -- my career isn't as a safety

02:07  5  engineer.  So in that sense I have relevant safety experience,

02:07  6  but I'm not what I would interpret "safety expert" means.

02:07  7  Because there's people who have that.  That's their job.

02:07  8  That's what they do.  They're a safety engineer.  I'm not one

02:07  9  of those.

02:07  10       But I have been in charge of those operations in

02:07  11  safety because I'm out there -- was out there and participated.

02:07  12  That was an important part of my job.

02:07  13  Q.   Mr. Walkup, during your deposition, you did say you would

02:07  14  not position yourself as a safety engineer, didn't you -- I

02:07  15  mean expert?

02:07  16  A.   I think I said "expert," not "engineer."

02:07  17  Q.   All right.  And you also said that you wouldn't position

02:07  18  yourself as a safety management expert; right?

02:07  19  A.   I think that's not exactly what I said.  I think I said I

02:07  20  had relevant experience.

02:07  21       MS. KIRBY:  Let's bring up Mr. Walkup's deposition,

02:07  22  page 15, and let's begin at line 8.

02:07  23  BY MS. KIRBY:

02:07  24  Q.   You can see --

02:07  25  A.   Yeah.

GARDNER WALKUP, JR. - CROSS

02:07  1  **Q.**   "Same answer for safety management?

02:08  2         "ANSWER:  Again, relevant experience, but I wouldn't

02:08  3      position myself as a safety management expert."

02:08  4         That's what you said, isn't it?

02:08  5  **A.**   Yes.  I think that's what I just said.  I said -- I didn't

02:08  6  say no.  I said I have relevant experience at a leadership

02:08  7  position.  This particular one, I was on the executive

02:08  8  leadership at AES.  But I'm not a safety expert in the context.

02:08  9         And what I meant here was there really are people,

02:08  10  that's their career and that's -- my -- my career is broader

02:08  11  than that, but it has been an important element of -- of the

02:08  12  different positions that I've held.

02:08  13  **Q.**   You're familiar with the acronym SEMS, S-E-M-S?

02:08  14  **A.**   Yes.

02:08  15  **Q.**   And that stands for Safety and Environmental Management

02:08  16  Systems?

02:08  17  **A.**   Yes.

02:08  18  **Q.**   And you do not consider yourself an expert in SEMS; is

02:08  19  that right?

02:08  20  **A.**   That, I would agree with.  I have some experience.  Again,

02:08  21  I have some experience, but I'm not a SEMS expert.

02:08  22  **Q.**   Now, before this case, at least, you have never been asked

02:09  23  to advise BSEE or any of the federal agencies on offshore

02:09  24  safety, have you?

02:09  25  **A.**   No.

GARDNER WALKUP, JR. - CROSS

02:09    1    Q.    You shared with us your personal experience, and you put

02:09    2    up a demonstrative, D-33156.  I think it was the first build.

02:09    3           If we could bring that up again, I'd like to go

02:09    4    through that, if you don't mind.

02:09    5                  Apologies for the delay.

02:09    6           THE COURT:  Is that something the government had on

02:09    7    the screen?

02:09    8           MS. KIRBY:  Yeah, it was something the government

02:09    9    had.

02:09   10           THE COURT:  Can you bring it back up?

02:09   11           MS. KIRBY:  Can you bring up 33156?

02:09   12           MS. HIMMELHOCH:  We're working on it, Your Honor.  We

02:09   13    had to switch back over.

02:09   14    BY MS. KIRBY:

02:09   15    Q.    Okay.  Well, while -- while they're going that, let me

02:09   16    just go through your -- your relevant hands-on experience.

02:09   17    Okay?

02:09   18           You were with Chevron from '84 to '89; right?

02:10   19           THE COURT:  I think it's on the screen now.

02:10   20           MS. KIRBY:  Okay.

02:10   21           THE WITNESS:  Yes, ma'am.

02:10   22    BY MS. KIRBY:

02:10   23    Q.    You were with Chevron from 1984 to 1989; right?

02:10   24    A.    Yes.

02:10   25    Q.    You started your career in 1984?

GARDNER WALKUP, JR. - CROSS

02:10  1  **A.**    Started in '84; and in '89, I went to Caltex, which was a

02:10  2  JV of Chevron and Texaco.  So I'm still with Chevron.

02:10  3  **Q.**    Right.  And in '89, that was when you went to Indonesia;

02:10  4  right?

02:10  5  **A.**    Yes.

02:10  6  **Q.**    And from '89 to '94, you were in Indonesia; right?

02:10  7  **A.**    Yes.

02:10  8  **Q.**    And you told us there's no nonoperators in Indonesia;

02:10  9  right?

02:10  10  **A.**    The relationship -- you have the -- the JV, Caltex is the

02:10  11  operator.  The government of Indonesia was -- I don't know the

02:10  12  legal framework, but they were not on a -- they weren't with us

02:10  13  day to day, but we certainly had to interact with them on what

02:10  14  we wanted to do.

02:10  15          In fact, the last year I was there, I spent a lot of

02:11  16  time directly interfacing with the government regarding some of

02:11  17  the terms in your production sharing contract.  So that's the

02:11  18  structure of the business.

02:11  19  **Q.**    If I recall, my question was:  You told us there were no

02:11  20  nonoperators in Indonesia?

02:11  21          Didn't you tell us that during your direct

02:11  22  examination?

02:11  23  **A.**    Oh, just today?

02:11  24  **Q.**    Yes.

02:11  25  **A.**    Yeah.  I think I -- that sounds like what I meant -- I

GARDNER WALKUP, JR. - CROSS

02:11  1  mean, the government is not a traditional nonoperating party

02:11  2  since they -- well, they play -- they have a different role,

02:11  3  but they are -- you know, in this case they got 88 percent of

02:11  4  the conventional oil that was produced.

02:11  5          So it was -- I don't know what the legal term is for

02:11  6  what their role is, but it's different than what I would think

02:11  7  of as a nonoperating party.

02:11  8          **THE COURT:**  It might be a tax, huh?

02:11  9          **THE WITNESS:**  It was -- it was a beneficial

02:11  10  relationship for both, so I'm not criticizing the relationship.

02:11  11  But it's a very different relationship than what I -- when I

02:11  12  refer to a nonoperating party, it's a pretty different

02:12  13  relationship, given their authority and regulatory power and

02:12  14  all the other things they can do as the government.

02:12  15  **BY MS. KIRBY:**

02:12  16  **Q.**   Sir, you came back to Chevron in '94; right?

02:12  17  **A.**   Yes.

02:12  18  **Q.**   From Indonesia; right?

02:12  19  **A.**   Yes.

02:12  20  **Q.**   And you stayed there until 1997; right?

02:12  21  **A.**   That's correct.

02:12  22  **Q.**   And that was the last time that you have been on an

02:12  23  offshore rig was when you were with Chevron; right?

02:12  24  **A.**   An offshore rig, that's correct.

02:12  25  **Q.**   And, in fact, you've never been on a deepwater drilling

GARDNER WALKUP, JR. - CROSS

02:12  1    rig at all; right?

02:12  2    **A.**    I have not.

02:12  3    **Q.**    Okay.  Now, after you left Chevron in 1997 or since then,

02:12  4    you've primarily been a management consultant; right?

02:12  5    **A.**    Correct.

02:12  6    **Q.**    Okay.  And the only work that you have done for a

02:12  7    nonoperator has been as a consultant in connection with a

02:12  8    transaction matter; right?

02:12  9    **A.**    That's correct.  I didn't -- I hadn't remembered that in

02:12  10   the deposition, so I think I had to send that over

02:12  11   post-deposition.

02:12  12   **Q.**    Right.  You put an errata in where you said, oh, by the

02:13  13   way, I remembered this; right?

02:13  14   **A.**    Yeah, that's right.

02:13  15   **Q.**    Okay.  Now, you haven't been on a drilling rig since 1997,

02:13  16   so obviously you don't consider yourself an expert in what

02:13  17   realtime data is conveyed from rigs to nonoperating partners,

02:13  18   right, or parties?

02:13  19   **A.**    The technology has continued to evolve.  Yes -- no.  I'm

02:13  20   sure it's changed much since I was on a rig.

02:13  21   **Q.**    Now, you were testifying for a bit about the model

02:13  22   operating agreement.  And I'm going to try to refer to it by

02:13  23   the same TREX number, TREX being trial exhibit number, that

02:13  24   Ms. Flickinger did.  Unfortunately, I had written it down as

02:13  25   one of the other duplicates.  I think it was 085006 when

GARDNER WALKUP, JR. - CROSS

02:13　1　Ms. Flickinger referred to it.

02:14　2　　　　I can bring up another version of it.

02:14　3　　　　**MS. FLICKINGER:**  Which one do you want?

02:14　4　　　　**MS. KIRBY:**  I want the model operating agreement.

02:14　5　　　　　Okay.  Here we are.

02:14　6　　　　**THE COURT:**  Identify the TREX number.

02:14　7　　　　**MS. KIRBY:**  Yeah, it's -- what I have here is

02:14　8　TREX-085006.2.  I think I'm going to have to default to the

02:14　9　version I have written about because I think the jump sites are

02:14　10　going to be different.

02:14　11　　　　Okay.  Let's go to -- let's see, where is it --

02:14　12　TREX-13204.

02:14　13　　　　　All right.  Now, before we get into the

02:14　14　provisions of this at all, I just want to double check that I

02:14　15　understand a few things.

02:15　16　　　　　While you feel like you have a lot of experience with

02:15　17　operating agreements, you don't consider yourself an expert

02:15　18　in -- in them; right?

02:15　19　**A.**   The -- to be an expert in a contract, in my mind, you have

02:15　20　to be a lawyer.  So, no, I'm not an expert at the contract.

02:15　21　**Q.**   And you've told Judge Barbier that you don't mean to be

02:15　22　providing a legal interpretation; right?

02:15　23　**A.**   I do not -- I'm sorry, can you repeat what you just said?

02:15　24　I didn't quite --

02:15　25　**Q.**   You don't mean to be providing us with a legal

GARDNER WALKUP, JR. - CROSS

02:15    1    interpretation; is that right?

02:15    2    A.    Correct.

02:15    3    Q.    All right.  And you believe, nonetheless, that the model

02:15    4    form, according to your report, contains some certain best

02:15    5    practices; is that right?

02:15    6    A.    I think I indicated -- I've been trying to be consistent

02:15    7    that it tends to have -- to be kind of a lagging indicator of

02:15    8    practices, just because of the way it gets renewed.

02:16    9          It's a dialogue between many companies and, you know,

02:16   10    they don't always agree.  And so I think I've been consistent

02:16   11    that it's a lagging indicator that may contain current

02:16   12    practices and some best practices.

02:16   13          But I don't think it's a definitive documentation of

02:16   14    best practices.  I think I've been consistent with that.

02:16   15    Q.    In fact, if I wanted to find a definitive documentation of

02:16   16    all of the best practices, I'd have to look in a bunch of

02:16   17    different places; right?

02:16   18    A.    I -- I have -- I'd agree strongly with that, yes.

02:16   19    Q.    And you could look at professional journal articles,

02:16   20    possibly; right?

02:16   21    A.    You could.

02:16   22    Q.    And trade association articles; right?

02:16   23    A.    Yes.

02:16   24    Q.    Peer-reviewed articles; right?

02:16   25    A.    That would be -- there's --

GARDNER WALKUP, JR. - CROSS

02:16  1   **Q.**   Professional journal articles?  Sorry about that.

02:16  2   **A.**   There's -- there's -- there's many sources.  I mean, one

02:16  3   of the -- partner meetings is a -- is a great place to hear

02:17  4   about good practices.

02:17  5   **Q.**   Expert interviews?

02:17  6   **A.**   Expert interviews?  So I've been through -- what do you

02:17  7   mean "expert interviews"?

02:17  8   **Q.**   Well, I'm just harkening back to your deposition, and I

02:17  9   think that you said expert interviews could be one of those

02:17  10  sources.

02:17  11  **A.**   Okay.  So that's something that we do in our consulting

02:17  12  practice.  That's -- when -- I think that's what I was

02:17  13  referring to, when we go and interview experts.  I now realize

02:17  14  that might be confusing with the -- the role of an expert here.

02:17  15  So I'd have to go look where that was.  But that's why I

02:17  16  stopped you, because when I heard that term, it was like, well,

02:17  17  wait a minute, that's -- I don't remember the context.  I don't

02:17  18  remember what that answer is.  But that can mean two things to

02:17  19  me.

02:17  20  **Q.**   I understand.  But your point about this form being

02:17  21  apparently a lagging indicator is that what you think are best

02:17  22  practices may not be in here in this contractual relationship,

02:17  23  assuming these provisions are adopted by the parties to a

02:17  24  contract; right?

02:18  25  **A.**   The -- it -- if it -- yes, I -- I think it's not a perfect

02:18   1   form.  It's a good starting place.  You know, sometimes people
02:18   2   change, and sometimes they don't.  But it -- its purpose is to
02:18   3   make the -- bringing together the enterprise more efficient.
02:18   4   And then, you know, obviously, it should be a good agreement,
02:18   5   too, right, because there will be disagreements down the road,
02:18   6   which there are.  And, you know, hopefully you minimize those.
02:18   7   So it should be a good working document, too.
02:18   8          But the reason it's -- there is a model form -- all
02:18   9   contracts, I guess, should do that.  Its main purpose, though,
02:18   10   is one of efficiency.  And so, I guess there's a tradeoff, you
02:18   11   know.  And the fact that it's put together by multiple
02:18   12   companies, you know, there's probably some compromises that go
02:18   13   on, that people, when they bring it into their certain
02:19   14   circumstance, would change.
02:19   15   Q.   Sure.  That's what contracts are; they're compromises
02:19   16   between people, aren't they?
02:19   17   A.   Again, in my layman's view, that sounds like that's
02:19   18   probably right.
02:19   19   Q.   All right.  Now, let's look at some of the provisions in
02:19   20   this agreement that you were testifying about before.  Let's go
02:19   21   to TREX-13204.32.1.
02:19   22          This is Article 5, Rights and Duties of Operator.
02:19   23   And specifically 5.1, Exclusive Right to Operate.  Right?
02:19   24   A.   I'm sorry, what's the --
02:19   25   Q.   That's one of the provisions; right?

GARDNER WALKUP, JR. - CROSS

02:19  1    **A.**   This -- I don't remember this one by -- by heart, but I'm

02:19  2    assuming it's in that model form and that's what it says.

02:19  3    **Q.**   And the model form says the operator is an independent

02:19  4    contractor, not subject to the control or direction of

02:19  5    nonoperating parties, doesn't it?

02:20  6    **A.**   Yes.  It says that, yes.

02:20  7    **Q.**   Now, as far as well design goes -- you were testifying

02:20  8    about well design before -- non-operators can come into

02:20  9    ownership at different stages of a project, can't they?

02:20  10   **A.**   By "project," what do you mean?

02:20  11   **Q.**   Well, let's say a development of a well, exploration of a

02:20  12   well, development of a well.  There's different stages of a

02:20  13   well; right?

02:20  14   **A.**   So, yes, the drilling of a well, so that project

02:20  15   management process that I showed earlier, my paper focused on

02:20  16   the whole project.  But that same project management process is

02:20  17   used for drilling wells, and specifically in deepwater.  So a

02:20  18   single well can be a project.  You know, the 10 billion-dollar

02:20  19   field development and pipelines, that can be a project.

02:20  20           So the way the business -- the way the industry talks

02:20  21   is that you can have projects of different scale, but because

02:20  22   the challenge to any project is the same -- and that's

02:20  23   uncertainty -- the process that you use is the same, which is

02:21  24   the stage-gate process.  So, yes, drilling a well follows that

02:21  25   same -- can follow that same decision process.

GARDNER WALKUP, JR. - CROSS

02:21  1   Q.   Okay.  But my question really was:  Non-operators can come
02:21  2   into a project at different stages?  They don't have to be
02:21  3   there from the very beginning, do they?
02:21  4   A.   Oh, I'm sorry.  I misunderstood your question.  I
02:21  5   apologize.  You mean -- so somebody can buy somebody else's
02:21  6   shares, their -- you go back and -- yes, the --
02:21  7   Q.   Exactly.  Exactly.
02:21  8   A.   Yes, they do.  And that's part of my practice is to, you
02:21  9   know, hopefully be involved at some of those.
02:21  10  Q.   And, in fact, a non-operator can come into a project after
02:21  11  drilling already has started; right?
02:21  12  A.   Yes.
02:21  13  Q.   And that would be -- the design's already done; right?
02:21  14  A.   The design of what?
02:21  15  Q.   The design of the well.
02:21  16  A.   I don't want to be difficult, but what do you mean by "the
02:21  17  well"?
02:21  18  Q.   Well, let's -- let's assume it's an exploratory well,
02:22  19  okay?
02:22  20  A.   Okay.
02:22  21  Q.   Now, you've told us about how you think the nonoperator
02:22  22  should have active participation in the design of that well
02:22  23  before it goes out offshore and starts -- before they start
02:22  24  drilling, the operator starts drilling; right?
02:22  25  A.   So could you repeat the question because it had a lot of

GARDNER WALKUP, JR. - CROSS

02:22    1    parts.  I'm sorry.

02:22    2    Q.    Okay.  One, you have an exploratory well that's being

02:22    3    designed.  Right?

02:22    4    A.    Okay.

02:22    5    Q.    And then the operator starts drilling; right?

02:22    6    A.    Okay.

02:22    7    Q.    All right.  A nonoperator can then come into the project;

02:22    8    right?

02:22    9    A.    Okay.

02:22    10   Q.    The design, it's already done at that time; right?

02:22    11   A.    Again, design of what?

02:22    12   Q.    The design of an exploratory well.

02:22    13   A.    Well, then the answer would be no.  Because the well,

02:22    14   depending on what your operation to subjective depth -- not

02:22    15   subjective depth, objective depth are.  So, you know, in my

02:22    16   experience, what the testing program would be, that's going to

02:23    17   depend on what you see in the -- when you get to TD.  And so

02:23    18   you'll finish the temporary abandonment design, the completion

02:23    19   design, the testing design, you've done some of it, but you're

02:23    20   not going to finish that design until you get to TD and you've

02:23    21   run your logs, and based on that is going to be the -- you'll

02:23    22   finish up the completion design, the temporary abandonment

02:23    23   design, the testing design.

02:23    24         So that's why I wanted to make sure I understood your

02:23    25   question with regards to what, you know, you were talking

02:23  1    about.  So, no, the entire well is not complete.  The design is

02:23  2    not complete by that point.

02:23  3    **Q.**   Sure.  Now, you do understand that well design goes

02:23  4    through some approval processes with regulatory authorities;

02:23  5    right?

02:23  6    **A.**   I -- I -- I understand that in a general sense.  That's

02:23  7    never been part of my job.

02:23  8    **Q.**   All right.  So you're not really familiar with at what

02:23  9    stage designs must be put before regulators and when they're

02:23  10   approved and how they have to be --

02:24  11   **A.**   The only --

02:24  12   **Q.**   -- submitted if they're revised, any of that?

02:24  13   **A.**   Only in a general sense.  I mean, my recollection is, you

02:24  14   know, you certainly need -- you know, pre-spud, you obviously

02:24  15   need one.  I'm pretty sure we had to get one when we were going

02:24  16   to complete the zone.  So I thought they were -- my

02:24  17   recollection -- but again, I'm not an expert -- there were

02:24  18   multiple points at that -- in that process.

02:24  19   **Q.**   So pre-spud means before drilling starts; right?

02:24  20   **A.**   Yes.

02:24  21   **Q.**   And you do at least remember that there has to be some

02:24  22   form of approval before drilling starts; right?

02:24  23   **A.**   Yes, that's -- that's my understanding.

02:24  24   **Q.**   Okay.  Now, let's look at TREX-13204.61.  Again, it's the

02:24  25   model operating agreement, and it's specifically

GARDNER WALKUP, JR. - CROSS

02:24  1    Section 10.1.2, which is about automatic revision of the well

02:24  2    plan; right?

02:24  3    **A.**   Yes.

02:24  4    **Q.**   And this provision states that during the drilling of an

02:24  5    exploratory well, the well plan may be revised by the operator

02:24  6    as is necessary for it to employ prudent oilfield practices or

02:25  7    to conduct safe operations, and those revisions will not

02:25  8    require the approval of the participating parties -- those

02:25  9    would be nonoperating parties; right?  Right?

02:25  10   **A.**   Yes.

02:25  11   **Q.**   As long as the operator's revisions carry out the scope

02:25  12   and intent of the approved well plan and AFE; right?

02:25  13   **A.**   That's what it says, yes.

02:25  14   **Q.**   All right.

02:25  15   **A.**   But can I --

02:25  16   **Q.**   Now --

02:25  17   **A.**   There's more to this than just this little blowout.

02:25  18   Because I'm -- if my memory serves me correctly, there's a part

02:25  19   of this that says that there are conditions that -- that are --

02:25  20   they can't do it under all conditions.  Let me -- let me

02:25  21   remember this one for just a second, please.  Because you've

02:25  22   taken it -- it's hard for me to put it in the context of the

02:25  23   whole contract when it's --

02:25  24        **MS. KIRBY:**  Well, if we could take the call-out down

02:25  25   for a moment, please.

GARDNER WALKUP, JR. - CROSS

02:25   1          THE WITNESS:  Because many of these automatic
02:25   2   revisions are contingent on a couple of conditions.  Like you
02:26   3   can't change the nature of the plan itself, and I think there's
02:26   4   a cost overrun provision.  So I think it's -- there are a
02:26   5   couple of caveats to their ability to do this.  But, you know,
02:26   6   we're looking at just a really small part of this.
02:26   7   BY MS. KIRBY:
02:26   8   Q.   Can you see Section 10.2 now in its entirety?
02:26   9   A.   10.2?  No, this is 10.1.
02:26   10  Q.   I'm sorry.  10.1.2, can you see it in its entirety on the
02:26   11  screen now?
02:26   12  A.   I see it in its entirety right now.
02:26   13  Q.   And -- and that's just exactly what I read to you a moment
02:26   14  ago, isn't it?
02:26   15  A.   Well, as long as the operator's revisions carry out the
02:26   16  scope -- that was the first thing I was saying -- and intent of
02:26   17  the approved well plan, except as provided in Article 6.2.2,
02:26   18  which is maybe the cost overrun thing I was talking about.
02:27   19          So those are the two caveats that I was referring to.
02:27   20  Q.   I understand.  But my question was, that's exactly what I
02:27   21  read to you a moment ago, isn't it?
02:27   22  A.   Was that in the yellow part, too, the -- if I missed that,
02:27   23  then -- then I missed it.  Because those -- I'm pretty sure
02:27   24  those are the caveats I was talking about.
02:27   25  Q.   All right.  This provision that we're looking at right

GARDNER WALKUP, JR. - CROSS

02:27  1   now, Section 10.1.2, is consistent and reflects typical

02:27  2   industry practice, doesn't it?

02:27  3   **A.**   Yes.

02:27  4   **Q.**   Now, you have -- you have mentioned integrate -- I think

02:27  5   it was integrated project teams.  I want to talk about that for

02:27  6   a minute.

02:27  7   **A.**   Yes, ma'am.

02:27  8   **Q.**   A good -- we talked about how a project, a well, goes

02:27  9   through different stages; right?

02:27  10  **A.**   Yes.

02:27  11  **Q.**   And tell me if this is a good high-level summary, if you

02:27  12  will, of those phases that the project goes through:  Explore,

02:28  13  appraise, develop, and operation?

02:28  14  **A.**   No.

02:28  15  **Q.**   No.  All right.  Now, if we can bring up your deposition

02:28  16  at 104 -- page 104.

02:28  17          Okay.  Well, is that -- were you asked this question:

02:28  18          "QUESTION:  Is that generally the stages of -- of a

02:28  19      project, explore, appraise, develop, and operate, at least

02:28  20      the initial stages?

02:28  21          "ANSWER:  I -- I would -- it's a good high-level

02:28  22      summary."

02:28  23          Were you asked that question, and did you give that

02:28  24  answer?  Yes or no?

02:28  25  **A.**   By answering yes or no, I don't think I'll be giving the

GARDNER WALKUP, JR. - CROSS

02:28    1    whole truth as I understand it.  The -- when this question was

02:28    2    asked --

02:28    3         THE COURT:  I think -- first of all, sir, I think

02:28    4    what she's asking you, is that what you said in your

02:28    5    deposition.

02:28    6         THE WITNESS:  Thank you.  And that's what I assumed,

02:28    7    too.

02:28    8         THE COURT:  Okay.  Go ahead.

02:29    9         THE WITNESS:  When the question was asked in the

02:29   10    deposition, it was asked in a different context.  Explore,

02:29   11    appraise, develop, operate are in the -- in the JOA, and it's

02:29   12    talking about the development of the entire lease.

02:29   13         When you -- this is why I stopped you earlier

02:29   14    and asked you when you mean a project, when you're in the

02:29   15    project -- and I'll mention this later in the deposition -- a

02:29   16    project gets in -- so these are phases.  A project gets

02:29   17    segmented into stages, as I mentioned to you before:  The

02:29   18    feasibility, select, decide, execute, and operate.

02:29   19         Now, there's obviously some overlap here, and

02:29   20    that's one of the things that the contract brought in 2002 was

02:29   21    this idea on whether decision quality was being brought to the

02:29   22    big project.  The -- you know, the many wells, the platform,

02:29   23    pipelines, and things like that.  So later on, develop will get

02:29   24    blown up.

02:29   25         But the way you asked me the question today was

GARDNER WALKUP, JR. - CROSS

02:29    1    in the context of a single well.  And within the context of a

02:30    2    single well, we follow the same stage-gate process that I

02:30    3    showed you earlier.

02:30    4                So there is a distinction between the two, and

02:30    5    the context that this question was asked to me at deposition is

02:30    6    different than the one you asked to me today.

02:30    7    BY MS. KIRBY:

02:30    8    Q.    A lease goes through various stages:  Explore, appraise,

02:30    9    develop, and operation; right?

02:30   10    A.    At a high level, it can do that and it can recycle through

02:30   11    that.  You can have multiple cycles through that because you

02:30   12    can find another exploration opportunity on that same lease.

02:30   13    Q.    All right.  I understand.  But the bottom line is those

02:30   14    are the -- in that order, those are the phases, if you will,

02:30   15    exploration, then appraisal, then development, then operation;

02:30   16    right?

02:30   17    A.    As -- as defined within this JOA, and as I talked about in

02:30   18    the deposition, the language in the industry can vary, but

02:31   19    within the context of this JOA, yes, these are the -- these are

02:31   20    the -- I'm sorry.  Phases and stages, it gets very -- it's

02:31   21    loose language.

02:31   22                So within the JOA, yes, these are the different

02:31   23    phases that are -- they define the set of actions that are done

02:31   24    in each of these -- you know, what the voting rights are and

02:31   25    all the things that go along with this contract.  And in --

GARDNER WALKUP, JR. - CROSS

02:31  1   in -- in a general sense, outside the context of the JOA when

02:31  2   we have conversations around a project, the language can be

02:31  3   different.

02:31  4   Q.   Now, the vast majority of deepwater activities take place

02:31  5   during the development of -- the development phase; right?

02:31  6   A.   When you say -- can -- I think I'll agree, but I just want

02:31  7   to make sure we're agreeing with each other when you said

02:32  8   "activities," because, you know, in terms of production,

02:32  9   obviously that doesn't happen, but most of the capital is

02:32  10  spent.  We saw earlier huge dollars of -- are spent.  Most of

02:32  11  that -- most of those dollars are spent in the -- in the

02:32  12  execute stage of the development.  So, yes.

02:32  13       But in terms of activities generally, you know, you

02:32  14  hope to produce these things for -- you know, deepwater is not

02:32  15  as long as some fields, but, you know, 10, 15 years.  So

02:32  16  there's a lot of activity that goes on over 10 or 15 years.  So

02:32  17  I -- I'm not sure how you're defining "activities," and that's

02:32  18  why I was trying to be clear about the capital.

02:32  19  Q.   All right.  Well, let me ask a question, okay, and maybe

02:32  20  we can clear it up.  Development is -- happens after there has

02:32  21  been a discovery; right?  Do you think that's fair?

02:33  22  A.   I -- I think that's -- I think -- it's not actually all --

02:33  23  yes, in deepwater for sure.

02:33  24  Q.   And someone has decided that it's commercially feasible,

02:33  25  and so they then begin to engage in development; is that right?

GARDNER WALKUP, JR. - CROSS

02:33  1   A.    That's correct.  That's correct.

02:33  2   Q.    And a feasibility team is often formed in order to

02:33  3   participate or help the operator in the development stage;

02:33  4   right?

02:33  5   A.    The feasibility team is, as per the JOA, to help the

02:33  6   enterprise make a decision as to whether or not to go to the

02:33  7   select phase.

02:33  8   Q.    Let's go up to TREX-13204.18.3, please.  And we're calling

02:33  9   out Section 2.32.

02:33  10          This is the feasibility stage in the model operating

02:34  11   agreement; right?  Right?

02:34  12   A.    Oh, yes.

02:34  13   Q.    All right.  And it says this is the stage of a development

02:34  14   phase which the operator, with the assistance of the

02:34  15   feasibility team, will attempt to find at least one scenario

02:34  16   for the development of hydrocarbons; right?

02:34  17   A.    That's what it says in this portion of the definition --

02:34  18   this portion of the contract.

02:34  19   Q.    Right.  Now let's go to 2.33, which is just below that on

02:34  20   the same page; and we see here that a feasibility team is a

02:34  21   group of people, employees, contractors, and/or consultants of

02:34  22   the participating parties or their respective affiliates that

02:34  23   assist the operator during the feasibility stage.

02:34  24          That's what it says; right?

02:34  25   A.    That's what's happening during the stage, yes.

GARDNER WALKUP, JR. - CROSS

02:34    1    **Q.**   Uh-huh.  And Integrated Project Teams are the same as
02:35    2    feasibility teams, aren't they?
02:35    3    **A.**   So I wish the language were that consistent.  Sometimes a
02:35    4    feasibility team doesn't have any participating parties in it,
02:35    5    and in which case, it could still be an IPT, because then it
02:35    6    would be an Integrated Project Team.  I know it's confusing,
02:35    7    but that's just -- that's the way the language is.
02:35    8            But this would be -- yes, this could be an IPT.  The
02:35    9    feasibility team -- the feasibility team could be an IP --
02:35   10    Integrated Project Team.
02:35   11    **Q.**   In your experience, it is the same; right?
02:35   12    **A.**   Is what the same?  I'm sorry.
02:35   13    **Q.**   A feasibility team, in your experience, is the same as
02:35   14    a -- an IPT team?
02:35   15    **A.**   If a feasibility team -- let me see if -- I think I'm
02:35   16    going to -- if a feasibility team is formed and if that
02:35   17    feasibility team has members from multiple companies, then that
02:36   18    would be an Integrated Project Team.
02:36   19    **Q.**   And we've already agreed that the feasibility team, under
02:36   20    the Model OA, occurs at the development stage of a project?
02:36   21    **A.**   It is the first stage of the development --
02:36   22    **Q.**   And --
02:36   23    **A.**   -- of the project.
02:36   24    **Q.**   And the Macondo well was still in the exploratory phase at
02:36   25    the time of the blowout under the operating -- the model

GARDNER WALKUP, JR. - CROSS

02:36  1    operating agreement; right?

02:36  2    **A.**   So -- so, yes, it was.  Can I -- can I add something?

02:36  3    Because this was something I was going to say, and we got

02:36  4    short.

02:36  5              **THE COURT:**  Go right ahead.

02:36  6              **MS. KIRBY:**  If I may, just -- you know, at some

02:36  7    point, I think the time needs to count against them, Your

02:36  8    Honor.

02:36  9              **THE COURT:**  Count it against me.  Let him answer.  Go

02:36  10   ahead.

02:36  11             **THE WITNESS:**  So one of the points I was going to

02:36  12   make was IPTs are a great way to -- to be actively

02:36  13   participating.  It's very easy because you are there, you're

02:37  14   like -- the whole -- the whole team is together.  Right.

02:37  15   That's one way for active participation.  It's not the only

02:37  16   way.

02:37  17             And, in fact, in my experience, because it was

02:37  18   before much of the -- my operating experience, but it continues

02:37  19   to today, you can be actively participating without an IPT.

02:37  20             **THE COURT:**  Okay.

02:37  21             **THE WITNESS:**  Okay.  So that's -- that was just an

02:37  22   idea that I wanted to get out.  I didn't want to sound

02:37  23   argumentative.  I apologize.

02:37  24   **BY MS. KIRBY:**

02:37  25   **Q.**   No need to apologize.  Okay.  Now, let's look at

GARDNER WALKUP, JR. - CROSS

1    TREX-13204.82.1.

2          And we see here that according to the Model OA, the

3    feasibility team operates under the direction of the operator;

4    is that right?

5    **A.**   Yes.  That's what it says.

6    **Q.**   And now let's look at 13204.82.2, which is another part of

7    Section 12.2 of the Model OA.  It says:  "The operator may,

8    from time to time, revise the membership of the feasibility

9    team at its sole discretion, as long as the revisions are

10   necessary to accomplish the scope of work set forth in the

11   feasibility AFE."  Right?

12   **A.**   Yes.  And, you know, what I -- what I said at the

13   deposition, this is -- is that I'm not sure this is one of the

14   cases where that model form is matching common practice in

15   the -- in that -- in the next stage you'll see that it's a

16   project manager who has this as opposed to the operator.  Now,

17   the project manager is appointed by the operator.

18         But one of the things that is going on that is more

19   current practice is that the continuity of the project manager

20   is pretty important.  In fact, it's highly correlated to cost

21   overruns when there's not continuity.  And so I believe the --

22   it's probably more contemporary to -- it's not the operator,

23   it's the project manager who's playing this role.

24         But I agree, this is what it says.  I'm just trying

25   to express my understanding of the state of practice currently.

GARDNER WALKUP, JR. - CROSS

02:39  1   Q.   And this -- this provision is consistent with your view of
02:39  2   industry practice, isn't it?
02:39  3   A.   Oh, with the -- except with what I just said.  Right, it's
02:39  4   the operator --
02:39  5   Q.   Well, this provision is consistent with your review of
02:39  6   industry practice; right?
02:39  7   A.   I thought I just -- I thought I just modified that.  I
02:39  8   thought that current industry practice is it's -- it's --
02:39  9   functionally, it's not the operator during feasibility.
02:39  10  It's -- they will appoint a project manager, and that the
02:39  11  project team is -- is -- is the entity which is --
02:39  12  Q.   You don't need to explain it to me again.  I understood
02:39  13  what you said the first time.
02:39  14  A.   Oh, okay.  Okay.
02:39  15  Q.   Now, you're not personally aware of any situations where
02:40  16  an IPT was created to address issues in exploratory operations
02:40  17  in deepwater United States, are you?
02:40  18  A.   Not -- I can't base -- my personal experience, no.
02:40  19  Q.   No.  All right.  Now, you didn't get to it today in your
02:40  20  testimony, but it's in your report, so I'm going to talk to you
02:40  21  about this because I know they're going to move it in.
02:40  22        In your report, you talked to us about UK and Norway
02:40  23  regulations; right?
02:40  24  A.   Yes.
02:40  25  Q.   Okay.

GARDNER WALKUP, JR. - CROSS

02:40  1   **A.**    Actually, I talk about a very small portion of those

02:40  2   regulations.

02:40  3   **Q.**    Great.  And I'm not going to even ask you what they're

02:40  4   about.  I just want to talk about your experience with them.

02:40  5   Okay?

02:40  6          So you have no experience in how UK regulations are

02:40  7   enforced; right?

02:40  8   **A.**    Correct.

02:40  9   **Q.**    And you have no experience with how UK regulations are

02:40  10  interpreted; right?  By the UK authorities, I mean.

02:41  11  **A.**    Okay.  Because there's a -- yeah.  If you -- with that

02:41  12  added phrase, yes.

02:41  13  **Q.**    Okay.  And, you know, same is true with the Norway

02:41  14  regulations, no experience with how they're enforced or

02:41  15  interpreted.  Right?

02:41  16  **A.**    Okay.  On the interpreted, I believe in deposition, and it

02:41  17  is the case, that Petoro, who's part of the government, it's --

02:41  18  they are the nonoperating party for the government in all their

02:41  19  properties.  It was a client of ours.  I did not run that

02:41  20  engagement, my partner did.

02:41  21          And so to the extent that -- and I -- and we

02:41  22  collaborated and we've had conversations, so I have some

02:41  23  understanding of at least the government's representative on --

02:41  24  in Norway, but I -- I was not -- so it was through my -- it was

02:41  25  through conversations with my partner, not me and -- and the

GARDNER WALKUP, JR. - CROSS

02:41    1    government.

02:42    2    Q.    Right.  Let me just see if I can pin it down here.  You

02:42    3    personally have not dealt directly with those regulations;

02:42    4    right?

02:42    5    A.    So I have dealt --

02:42    6          THE COURT:  Excuse me.  Excuse me.  Why are we even

02:42    7    talking about this?  Why are we talking --

02:42    8          MS. KIRBY:  Because it's in his report, Judge, and --

02:42    9          THE COURT:  Well, it seems to me totally irrelevant.

02:42   10    We're talking about the Gulf of Mexico, it is in the United

02:42   11    States.  So ...

02:42   12          MS. KIRBY:  Well, okay.  If -- if we can have that

02:42   13    part redacted, stricken, I won't ask any more questions.

02:42   14          MS. FLICKINGER:  I'd like to say, Mr. Arnold talks a

02:42   15    lot about --

02:42   16          THE COURT:  Okay.  I'm going to say it's irrelevant,

02:42   17    so let's move on to something else.  Okay.

02:42   18    BY MS. KIRBY:

02:42   19    Q.    Now, you don't have any experience -- or you don't

02:42   20    consider yourself an expert in the U.S. regulations that apply

02:42   21    offshore; right?

02:42   22    A.    I'm not an expert at regulations.

02:42   23    Q.    Right.  So you've given us no opinions on what those

02:42   24    regulations require here; right?

02:43   25    A.    I don't believe I have.

GARDNER WALKUP, JR. - CROSS

02:43  1   **Q.**   Now, you -- you do admit that nonoperating parties'
02:43  2   ability to contribute to on-site operational decisions is
02:43  3   limited because of the time-sensitive nature of certain
02:43  4   decisions; right?
02:43  5   **A.**   Certain decisions.  Not all decisions, but certain
02:43  6   decisions, absolutely.
02:43  7   **Q.**   And you agree that there are also safety issues that
02:43  8   require the decisions on the rig to be highly centralized in
02:43  9   order to ensure timeliness in those decisions; right?
02:43  10  **A.**   Again, could you repeat the question.  I'm sorry.  Repeat
02:43  11  the question.
02:43  12  **Q.**   You agree that there are also safety issues that require
02:43  13  that decisions on the rig are centralized in order to ensure
02:43  14  timeliness in those decisions?
02:43  15  **A.**   I not only agree, but I've experienced that in my own --
02:43  16  as being that person.
02:43  17  **Q.**   All right.  Now, let's see if we can get some more
02:43  18  agreements and maybe speed through this.
02:43  19          Nonoperating parties do not actively participate,
02:44  20  under your theories, in assessing why circulating pressure is
02:44  21  low; right?  Yes or no?
02:44  22  **A.**   Well, I'm -- my opinions or my -- you said my theories,
02:44  23  and I'm wondering, do you mean what I've already said?
02:44  24  **Q.**   Yes or no, not -- nonoperating parties do not actively
02:44  25  participate in assessing why circulating pressure is low?

GARDNER WALKUP, JR. - CROSS

02:44    1              THE COURT:  She's asking if you agree or disagree
02:44    2    with that statement.
02:44    3              THE WITNESS:  I -- I agree with that statement.
02:44    4    Thank you.
02:44    5    BY MS. KIRBY:
02:44    6    Q.    All right.  Nonoperating parties do not actively
02:44    7    participate in verifying whether a float collar converted;
02:44    8    right?
02:44    9    A.    Not verifying it, no.
02:44   10    Q.    Or interpreting a negative pressure test?
02:44   11    A.    Not a negative pressure test, no.
02:44   12    Q.    Or in monitoring the well for a kick?
02:44   13    A.    No.
02:44   14    Q.    Deciding whether to divert flow to a mud gas separator?
02:44   15    A.    No.
02:44   16    Q.    Deciding whether to activate emergency disconnects?
02:45   17    A.    No.
02:45   18    Q.    Repairing and maintaining a blowout preventer?
02:45   19    A.    Say that last one again.
02:45   20    Q.    Nonoperating parties do not actively participate in
02:45   21    repairing and maintaining a blowout preventer?
02:45   22    A.    So the maintenance of the blowout preventer will have a
02:45   23    schedule.  The schedule might depend on the conditions or the
02:45   24    design of the well.  You know, if you've got a really tough
02:45   25    well with, you know, H2S or high pressure, high temperature.

GARDNER WALKUP, JR. - CROSS

| | |
|---|---|
| 02:45 | 1 |
| 02:45 | 2 |
| 02:45 | 3 |
| 02:45 | 4 |

So to the extent that the design phase sets the --
you know, some criteria for -- for testing, it -- then that --
you know, so -- but in the physical testing of it, that's going
to be done by a contractor.

Q.  Let's bring up your deposition because I think we have a
mixed answer here.

205, line 7:

"QUESTION:  What about repairing and maintaining the
BOP?

"ANSWER:  No."

A.  Okay.  This was definitely a part of the deposition where
we had -- I guess what I've heard is called "clean."  It wasn't
clear if these set of questions were at any time, in the sense
were -- you know, are they affected by design or are they just
operations.

So I am willing to agree -- not concede, but agree
that the actual operations of doing it are not something the
nonoperating party is going to be involved in.  But to the
extent that something is affected by the design, then they
had -- they likely had some role in it.

Q.  I'm just having it all put up there for context for you.
Do you agree that when I asked you the -- or when you were
asked the question, "Is it industry practice for a nonoperating
party to actively participate in testing" -- I'm sorry, "in
repairing and maintaining the BOP," you said "No"?

888

GARDNER WALKUP, JR. - CROSS

02:46  1   A.   Yeah.  Again, I'm elaborating on what I was saying at
02:47  2   deposition.  At deposition I was saying, no, they don't do the
02:47  3   actual repairing, they don't do the actual maintaining, but the
02:47  4   maintenance schedule might be part of the design and they might
02:47  5   have had influence to that.  So I'm just elaborating further on
02:47  6   what I provided there.
02:47  7   Q.   Okay.  You went through earlier today with Ms. Flickinger
02:47  8   maybe five articles or so that you apparently cite in your
02:47  9   report; correct?
02:47  10  A.   That's -- yes.
02:47  11  Q.   I'm not going to hold you to the number because I'm just
02:47  12  estimating.
02:47  13  A.   That's what I was --
02:47  14  Q.   None of those articles were peer-reviewed, were they,
02:47  15  external peer-review?
02:47  16  A.   I don't think any of those were externally peer-reviewed.
02:47  17  Q.   And you're not an economist, are you?
02:47  18  A.   And, again, I think I said this at the deposition, I'm not
02:47  19  an economist, but I have a lot of experience in certain areas
02:47  20  or disciplines like valuation, particularly real option
02:47  21  valuation, and decision making, rational decision making and
02:48  22  other kinds of, you know, utility --
02:48  23  Q.   You do not --
02:48  24  A.   -- theory.
02:48  25  Q.   I'm sorry.

GARDNER WALKUP, JR. - CROSS

02:48  1   **A.**   So I'm not an economist.  I do have relevant experience.
02:48  2   So I think I'm -- I think I've been pretty consistent on that.
02:48  3   I'm not an economist, a general economist, particularly as it
02:48  4   was defined in the deposition, which was a certain kind of
02:48  5   definition, which I thought was, in retrospect, a pretty narrow
02:48  6   definition.
02:48  7   **Q.**   You do not claim to be an expert in economics, do you?
02:48  8   **A.**   Not -- not in the general field of economics.  I have
02:48  9   expertise in certain areas.
02:48  10  **Q.**   Now, you prepared your own analysis to, in your words,
02:48  11  "gain insight on non-operator participation in Gulf
02:48  12  operations," didn't you?
02:48  13  **A.**   I can't remember those words, but I'm not going to -- I
02:48  14  mean, they're close enough.  I don't know if I'd say
02:48  15  Gulf operations, maybe Gulf of Mexico deepwater operations.
02:49  16  **Q.**   All right.  Well, let's just go to TREX-231646-R.6.1.
02:49  17  This is your September 15th, 2014 report.  And here you tell
02:49  18  us, "I conducted an analysis to gain insights on NOP
02:49  19  participation," right?
02:49  20  **A.**   Yes, that's what I -- what I said.
02:49  21  **Q.**   And, essentially, you tell us in this section of your
02:49  22  report that nonoperating party participation is not falling as
02:49  23  Dr. Sunding has found; isn't that right?
02:49  24  **A.**   It was a very different analysis, so I'm not going to
02:49  25  equate it.  I think it -- I think it makes a very clear

GARDNER WALKUP, JR. - CROSS

02:49  1  distinction between what's going on in the Gulf of Mexico and
02:50  2  deepwater, but it was focused on projects.  And so it's not
02:50  3  focused on changes in leasehold position, which is a very small
02:50  4  piece of capital flows in the Gulf of Mexico, deepwater.
02:50  5  It's -- I mean, that's -- I was focusing on projects, which is
02:50  6  where billions of dollars flow, not one or $2 million.
02:50  7  Q.   Well --
02:50  8  A.   So this was focused on -- this was focused on projects,
02:50  9  not leases.  And what it -- and I can talk -- so I'm not going
02:50  10  to say it's the same thing as his analysis because it was
02:50  11  different.
02:50  12  Q.   Right.  Now, for purposes of your analysis, you relied on
02:50  13  no other data besides that in a Credit Suisse report; right?
02:50  14  A.   That's right.
02:50  15  Q.   You didn't talk to anybody about Credit Suisse about --
02:50  16  with regard to this report; right?
02:50  17  A.   I didn't talk to anybody at Credit Suisse.
02:50  18  Q.   No.  You didn't ask them, what's the deal with this
02:51  19  report, where did you get your information; right?
02:51  20  A.   That's -- that is correct.
02:51  21  Q.   No one on your staff did; right?
02:51  22  A.   Nope.  Not as -- not as -- no.
02:51  23  Q.   And you didn't do an independent review of the data
02:51  24  either; right?
02:51  25  A.   No.  I viewed it as information that was at the level of

GARDNER WALKUP, JR. - CROSS

02:51  1   usability that investors would do.  That's a common --

02:51  2   something I do commonly in my practice.

02:51  3          So, yes, it -- you know, there are -- so I took it to

02:51  4   the level of information that an investor would.

02:51  5   Q.   Let's tell Judge Barbier what you did.  Okay?

02:51  6          You used the Credit Suisse report to compute equity

02:51  7   ownership information in Gulf of Mexico fields for two

02:51  8   categories of projects; right?  Those that started in 2010 or

02:51  9   earlier and those that started in 2010 or later; right?

02:51  10  A.   That's not the only way we segmented it.  We --

02:51  11  Q.   Did you do that?

02:51  12  A.   I did that and another thing.

02:52  13  Q.   Okay.  And the percentage of equity ownership that you

02:52  14  were developing is the same as percentage of leasehold

02:52  15  interest; right?

02:52  16  A.   And it wasn't fields; it was projects.  There's a

02:52  17  difference between fields and projects.

02:52  18  Q.   Okay.  Well, let's look at the Credit Suisse report, which

02:52  19  is at TREX-13207.28.1, Appendix 12, Figure 30.

02:52  20          This is the Credit Suisse report, isn't it?

02:52  21  A.   Yes.

02:52  22  Q.   And it says, "Key Gulf of Mexico fields by stage."  Right?

02:52  23  A.   That's correct.

02:52  24  Q.   And it calls these fields, doesn't it?

02:52  25  A.   It calls them fields, but they're projects.

GARDNER WALKUP, JR. - CROSS

02:52  1  **Q.**   All right.  So you used a report that you disagreed with

02:52  2  right off the bat?

02:52  3  **A.**   I -- this is, I would suggest, semantics in the context of

02:52  4  this -- this article, but I don't think it's semantics between

02:52  5  what's happening in this trial.

02:53  6  **Q.**   The other thing it says is key, "key Gulf of Mexico

02:53  7  fields."  So it's not all fields, is it?

02:53  8  **A.**   I didn't test to see if it was all projects or not, no.

02:53  9  **Q.**   All right.  So what you did, you used this particular

02:53  10 page, 13207.28.1, Figure 30, and you took the equity -- I'm

02:53  11 sorry, the project names.  You took the project names, the

02:53  12 start dates, and the operator identities from that figure,

02:53  13 right, along with -- well, that's where you got that

02:53  14 information; right?

02:53  15 **A.**   So this is the article, and we put it into a spreadsheet.

02:53  16 So I didn't do anything with -- I did the analysis -- we did

02:53  17 the analysis with the spreadsheet, not with this.

02:53  18 **Q.**   Yeah.  You took the project names, right, or the field

02:53  19 names, whatever you want to call them?

02:54  20 **A.**   Yes.

02:54  21 **Q.**   Okay.  Start dates; right?  You needed that because you

02:54  22 had to figure out if it was before 2011 or after; right?

02:54  23 **A.**   Okay.  Yes.  I mean -- sorry.

02:54  24 **Q.**   Okay.  And the operator identities; right?

02:54  25 **A.**   Yes.

GARDNER WALKUP, JR. - CROSS

02:54   1   **Q.**   Because you wanted to know who was an operator, who

02:54   2   wasn't -- well, you wanted to know who was for each field?

02:54   3   **A.**   I needed to know more than who the operator was.  I also

02:54   4   wanted to know what the share of the operator was.

02:54   5   **Q.**   Okay.

02:54   6   **A.**   And who the nonoperators were.

02:54   7   **Q.**   Now, if we turn the page to 13207.29, we see Figure 31;

02:54   8   right?

02:54   9   **A.**   Yep.  Yes.

02:54   10   **Q.**   And this one gives us key field of Mexico fields

02:54   11   ownership; right?

02:54   12   **A.**   Correct.

02:54   13   **Q.**   And percentages; right?

02:54   14   **A.**   Correct.

02:54   15   **Q.**   And I should stop here and say this report is dated

02:54   16   August 15th, 2013, isn't it?  Do you recall?

02:54   17   **A.**   I don't recall, but it -- that sounds right.  Well, there

02:55   18   it is, so, yes.

02:55   19   **Q.**   Right.  And just -- you don't know when the data that

02:55   20   appears on these two tables was collected, do you?

02:55   21   **A.**   No.  We -- as we discussed in deposition, I assumed that

02:55   22   these were all relatively accurate as of the 15th, but I don't

02:55   23   know when they actually collected this data.

02:55   24   **Q.**   You don't even know if it was all collected on the same

02:55   25   day; right?

GARDNER WALKUP, JR. - CROSS

02:55  1  **A.**    That's, I think, consistent with what I said.

02:55  2  **Q.**    But it's fair to say, isn't it, that this is really a

02:55  3  snapshot in time; right?

02:55  4  **A.**    So this -- it's a -- it is a snapshot in time of

02:55  5  ownership, but because this bears on what I was doing, it's --

02:55  6  it's not a snapshot of future spending because this all went to

02:55  7  this idea of capital flow and capital flight or not.

02:55  8         So this isn't -- this is a -- it was a very simple

02:56  9  analysis to look at where is the capital flowing to and the

02:56  10  nature of the operators and nonoperators associated with the

02:56  11  real capital flows in this business, which is projects.

02:56  12         So it -- because it looks at -- and this is the other

02:56  13  way we segmented it.  It wasn't just between 2011 or 2010 and

02:56  14  later.  It was also by projects which are in operation,

02:56  15  projects which are in construction, which means they had passed

02:56  16  FID, which is, you know, that after the first three gauges in

02:56  17  the stage-gate, and then projects that are in pre-FID, which

02:56  18  means people are still making decisions about those.

02:56  19         And so the point being that I was looking at was is

02:56  20  there a change in the proportion of the nonoperator holding in

02:56  21  the old projects versus the ones that are -- they're still

02:56  22  looking at doing.  So that's the level of what investigation

02:56  23  that I was looking at.

02:56  24  **Q.**    Okay.  Let me drill it down.  When you tell us that

02:57  25  there's been no change and you give us your tables and

GARDNER WALKUP, JR. - CROSS

02:57   1   information, you're not saying that it never changed -- nobody
02:57   2   ever exited the market.  You're not trying to do that kind of
02:57   3   analysis; right?
02:57   4   A.   Well, first off, I didn't say there was no change.  But
02:57   5   you're correct on your second part of your statement, which --
02:57   6   or question, is I was not trying to analyze transactions.
02:57   7   That's -- which is the -- you know, you need a transaction for
02:57   8   people to change ownerships.  I wasn't looking at transactions;
02:57   9   I was looking at ownership of projects that were in place
02:57   10   before Macondo, those that were after Macondo.  Those that are
02:57   11   in operation or they've committed the capital versus those that
02:57   12   haven't.
02:57   13           My expectation was if there weren't going to be a lot
02:57   14   of -- if nonoperating parties all of a sudden hated the
02:57   15   deepwater Gulf of Mexico that you would have fewer nonoperating
02:58   16   parties on those projects, which are in the first three stages.
02:58   17   And that's not what I found.
02:58   18   Q.   So when you tell us what the equity shares are for
02:58   19   projects that were started before 2010, you're just telling us
02:58   20   in your report what those equity shares are for the projects as
02:58   21   of August 15th, 2013; right?
02:58   22   A.   Correct.
02:58   23   Q.   You are not telling us what the equity shares were when
02:58   24   the project started; right?
02:58   25   A.   No.  I was at -- again, assuming at or near the date of

GARDNER WALKUP, JR. - CROSS

02:58  1   the report, which I -- and I don't know exactly what date they
02:58  2   collected them.  So at or near the date of the report was my
02:58  3   assumption, it was the equity holding at that moment.
02:58  4   Q.   And the same deal as for your category of 2011 and later.
02:58  5   You're not telling us what the equity shares were when those
02:58  6   projects started, you're just telling us what the equity shares
02:58  7   were as of August 15th, 2013; right?
02:58  8   A.   That's right.
02:58  9   Q.   So bottom line is we can't tell from your analysis what
02:59  10   happened to equity shares after Anadarko and MOEX were sued in
02:59  11   December of 2010 with regard to nonoperators; right?
02:59  12   A.   So can you say -- I'm sorry.  Could you repeat that,
02:59  13   because I'm not sure you can't get some insight to that.  But,
02:59  14   please, I have to hear the question again.
02:59  15   Q.   Your analysis does not tell us what changes in nonoperator
02:59  16   equity shares there were after December 2010?
02:59  17   A.   I -- that was not the intention of the analysis.  But the
02:59  18   way you asked the question is can it show that.
02:59  19   Q.   I said it does not show it.
02:59  20   A.   Well, again, that's what I'm hesitating on because I can
03:00  21   tell you it was not designed to show that, but there actually
03:00  22   is some information about that.
03:00  23   Q.   Well, let's start with this.  You don't tell us what the
03:00  24   ownership of a project is when it starts; right?
03:00  25   A.   I'm telling you what the ownership is at that date.

GARDNER WALKUP, JR. - CROSS

03:00  1   **Q.**   And you don't tell us of any changes before then and

03:00  2   whatever your cutoff is for your categories, do you?

03:00  3   **A.**   It's a static picture of ownership.

03:00  4   **Q.**   All right.  Now, when a nonoperator engages in active

03:00  5   participation, as you call it, but a spill occurs nonetheless,

03:00  6   you would not advocate a material penalty against a

03:00  7   nonoperator, would you?

03:00  8   **A.**   I'm sorry.  Say that again.

03:00  9   **Q.**   Here's the hypothetical:  You have a nonoperator, it

03:00  10  engages in active participation, as you refer to it, all right,

03:00  11  but a spill happens anyway.  Would you advocate a material

03:01  12  penalty against that nonoperator?

03:01  13  **A.**   I have not made an opinion on that.  To do so, I would

03:01  14  have to think on it.  And I'm -- so I'm not rendering an

03:01  15  opinion on it.

03:01  16  **Q.**   I see.  So you don't have any idea of whether your theory

03:01  17  requires a qualitative assessment of a nonoperator's conduct;

03:01  18  is that right?

03:01  19  **A.**   My opinion is specific to the industry conditions that

03:01  20  actually exist and not a hypothetical.  So it has to do with

03:01  21  the case that is here and the things that have led up to this

03:01  22  case.  And that's what my opinion is, not about a hypothetical

03:01  23  case that I haven't looked at.

03:01  24  **Q.**   All right.  Does your opinion -- does it matter to your

03:01  25  opinion what caused the spill?

GARDNER WALKUP, JR. - CROSS

03:01  1          THE COURT:  You know, I think we're getting into

03:02  2    asking this expert to do what's really my job and what this

03:02  3    whole case is about, this whole trial is about.  And I'm not

03:02  4    sure he's one to even respond to that type of question.

03:02  5          MS. KIRBY:  I understand, Your Honor.  I'm just

03:02  6    trying to show that he's really advocating, essentially,

03:02  7    culpability.  I have no further questions.

03:02  8          THE COURT:  Okay.  Thank you.

03:02  9              I assume BP has no questions of this witness?

03:02  10         MR. REGAN:  That's right, Your Honor.  No questions.

03:02  11         THE COURT:  Okay.  Any redirect?

03:02  12         MS. FLICKINGER:  Yes, sir.

03:02  13         THE COURT:  It's not required.

03:02  14         MS. FLICKINGER:  I'm going to keep it really short, I

03:02  15   hope.

03:02  16         THE COURT:  How many questions?

03:02  17         MS. FLICKINGER:  Five.

03:02  18         THE COURT:  Five?  Okay.  I'm counting.

03:02  19         MS. FLICKINGER:  Five topics.

03:02  20         THE COURT:  Five by topic?  No, five.

03:02  21         MS. FLICKINGER:  I'll try to keep things --

03:02  22         THE COURT:  Come on, let's keep -- you know, we've

03:02  23   been on this a long time.  Let's -- you know, this is, what,

03:02  24   two hours?  I think we need to wrap this up.  Let's move on.

03:03  25   Come on.

GARDNER WALKUP, JR. - REDIRECT

03:03    1          **MS. FLICKINGER:**  Okay.

03:03    2                    **REDIRECT EXAMINATION**

03:03    3    BY MS. FLICKINGER:

03:03    4    **Q.**   We talked a little bit about the joint operating agreement

03:03    5    earlier and Ms. Kirby also asked you some questions about it

03:03    6    and she showed you one key provision.

03:03    7          Are there some key provisions that in your opinion,

03:03    8    Mr. Walkup, demonstrate an industry standard of active

03:03    9    participation as you've defined it?

03:03   10    **A.**   Within the JOA?

03:03   11    **Q.**   Within the JOA.

03:03   12    **A.**   Yeah.  In my -- in my understanding, and I've already said

03:03   13    that I'm not a lawyer and stuff, so -- but in terms of

03:03   14    capturing the standard active participation, there are -- I

03:03   15    can't remember the numbers right now, but there's certainly a

03:03   16    place where they talk about HS&E.  And then it's -- it's a

03:03   17    collaborative effort.  There is a place -- in fact, there is an

03:03   18    appendix about it that talks to what the nonoperating party can

03:03   19    do in doing those things, which in my mind is active

03:03   20    participation.

03:03   21          So it memorializes that you can do this, this, and

03:04   22    this.  Well, doing this, this, and that is active

03:04   23    participation.  Things like --

03:04   24          **MS. KIRBY:**  Your Honor, if I may.  I think we're

03:04   25    beyond the scope of cross.

GARDNER WALKUP, JR. - REDIRECT

03:04    1          **THE COURT:**  I'll sustain the objection.

03:04    2   **BY MS. FLICKINGER:**

03:04    3   **Q.**   Okay.  Let's move on to another topic.  Ms. Kirby had

03:04    4   asked some questions about nonoperators acquiring an interest

03:04    5   after the well was spudded --

03:04    6   **A.**   Yes.

03:04    7   **Q.**   -- and so on and so forth.  And you're aware that in the

03:04    8   oil and gas industry, sometimes people do acquire interest at

03:04    9   different stages in the process.

03:04   10          What kind of activity would you expect those

03:04   11   nonoperators to do before they acquire those interests?

03:04   12   **A.**   So one of the forms of active participation that I

03:04   13   mentioned is this idea of -- I called it auditing it, and I

03:04   14   meant it in very loosely terms.

03:04   15          What happens at that transaction -- and this is based

03:04   16   on my own experience because in consulting, we provide these

03:04   17   transaction services -- is to do due diligence and to

03:05   18   understand what's happened, to look at the performance of the

03:05   19   operations, look at the -- the plans and then look at, you

03:05   20   know, the difference between the two.

03:05   21          So there's an active participation prior to becoming

03:05   22   part of it and it's pretty detailed, actually.

03:05   23   **Q.**   Okay.  Could we call up D -- there was also some

03:05   24   discussion about what's a design activity and what's an

03:05   25   operational activity.

GARDNER WALKUP, JR. - REDIRECT

03:05  1          Could we call up D-33165, please.  Yes -- nope.

03:05  2          **MS. KIRBY:**  I'm sorry.  Judge, I don't think --

03:05  3  again, I think we're beyond the scope of cross.  I think we're

03:05  4  going back on direct.

03:06  5          **MS. FLICKINGER:**  I'm sorry.  It's D-33161.

03:06  6  BY MS. FLICKINGER:

03:06  7  **Q.**   Do you recognize this table?

03:06  8  **A.**   Yes, I do.  I put it together.

03:06  9  **Q.**   All right.  And in your opinion, are these activities

03:06  10  design decisions or operational decisions?

03:06  11  **A.**   I put this list together as -- it's particularly my

03:06  12  experience that I've had in casing design, casing -- the casing

03:06  13  program, the cementing design, cementing program, temporary

03:06  14  abandonment.  These all are impacted by design.  And these are

03:06  15  design -- design stage decisions.

03:06  16  **Q.**   Okay.  And another issue between you and Mr. Arnold, in

03:06  17  particular, is the kind of nonoperator participation that comes

03:06  18  at the later stages, and his opinion and Anadarko's opinion is

03:06  19  distinguishable from the case at hand because Macondo was an

03:06  20  exploration well.  And Ms. Kirby was asking some questions

03:07  21  about that as well.

03:07  22          Are these activities -- can you look at these

03:07  23  activities and identify whether this would take place in an

03:07  24  exploration well or a development well or an appraisal well?

03:07  25  **A.**   If an exploration well is a keeper and is either temporary

GARDNER WALKUP, JR. - REDIRECT

03:07  1    abandoned or -- then, no, you can't tell the difference.
03:07  2    They're the same.  Once it becomes a keeper, the activities
03:07  3    going forward are -- are at least with regards to these are
03:07  4    very similar.  There may be other elements about permitting and
03:07  5    other things that I'm not familiar with.
03:07  6    Q.   So these activities could take place in an exploration
03:07  7    well as well as a development well?
03:07  8    A.   Yes, they can.
03:07  9    Q.   Okay.  Could we pull up D-33165.  There it is.
03:07  10         There was also some discussion on your cross about
03:07  11   IPTs and the feasibility study and how it's all
03:07  12   distinguishable.
03:07  13         Do you think there's only active participation by
03:07  14   nonoperators at the later stages, or do you think it also
03:08  15   pertains to outside the framework of an IPT or the JOA?
03:08  16   A.   So there's two parts to that.  Number one, active
03:08  17   participation does not require an IPT.  There are ways to
03:08  18   interact and to actively participate outside an IPT.  So
03:08  19   that's, I think, the first part.
03:08  20         The second part goes to this exploration well and
03:08  21   development wells, they happen in both.  But I was -- I did say
03:08  22   that I haven't, in the U.S., identified an IPT in the
03:08  23   exploration stage.  So -- but you can have participation in
03:08  24   both wells -- in both kinds of wells.
03:08  25   Q.   Okay.  And my last question:  Is the Macondo Joint

GARDNER WALKUP, JR. - REDIRECT

03:08  1    Operating Agreement the same as the model form operating

03:08  2    agreement?

03:08  3            What differences have you found between the Macondo

03:08  4    Joint Operating Agreement and the model form operating

03:08  5    agreement?

03:08  6            THE COURT:  Wait a minute.  Wait a minute.  Now, I

03:09  7    don't think we're going to go there.  Okay?

03:09  8            MS. FLICKINGER:  Okay.

03:09  9            THE COURT:  The agreement's in the record and I can

03:09  10   read it.  It's a legal contract.  I don't think -- with all due

03:09  11   respect to Mr. Walkup, I don't need someone else to tell me

03:09  12   what it says.  Okay?

03:09  13           MS. FLICKINGER:  All right.  Thank you.  I have no

03:09  14   further questions, Your Honor.

03:09  15           THE COURT:  Thank you.

03:09  16               Okay.  Thank you, sir.

03:09  17           THE WITNESS:  Thank you.

03:09  18           THE COURT:  We'll take a 15-minute recess.

03:09  19           THE DEPUTY CLERK:  All rise.

03:09  20           (WHEREUPON, the Court took a recess.)

03:32  21           THE DEPUTY CLERK:  All rise.

03:32  22           THE COURT:  Please be seated, everyone.

03:32  23               Okay.  Government may call its next witness.

03:32  24           MS. HIMMELHOCH:  Your Honor, the government calls its

03:32  25   last two witnesses by deposition video -- not its last two

GARDNER WALKUP, JR. - REDIRECT

03:32  1   witnesses, but those that are by deposition video.  Together
03:32  2   they are -- they run approximately 25 minutes.  The first will
03:32  3   be Douglas Suttles and the second will be Steven Bray.
03:32  4               And I double-checked them, so we shouldn't have
03:32  5   the same problem again.
03:32  6         THE COURT:  All right.
03:33  7         (WHEREUPON, the videotaped deposition of **Douglas**
03:33  8   **Suttles** was played.)
03:43  9         MS. HIMMELHOCH:  Your Honor, now we'll transition to
03:43 10   the deposition of Steven Bray.
03:43 11         THE COURT:  All right.
03:43 12         (WHEREUPON, the videotaped deposition of **Steven Bray**
03:43 13   was played.)
03:57 14         MS. HIMMELHOCH:  That's it, Your Honor.
03:57 15         THE COURT:  All right.  Who's your next live witness?
03:58 16         MS. HIMMELHOCH:  Technical difficulties, Your Honor.
03:58 17   Just a second.
03:58 18         MR. GLADSTEIN:  United States calls Dr. Fredric
03:58 19   Quivik.
03:58 20               Richard Gladstein for the United Stated.  This
03:58 21   is on direct examination, Your Honor.
03:58 22         (WHEREUPON, **FREDRIC QUIVIK, PH.D.,** having been duly
03:58 23   sworn, testified as follows**:)**
03:58 24         THE DEPUTY CLERK:  Please take a seat.  Please state
03:58 25   and spell your name for the record.

FREDRIC QUIVIK, PH.D - DIRECT

| | | |
|---|---|---|
| 03:58 | 1 | **DIRECT EXAMINATION** |
| 03:58 | 2 | **BY MR. GLADSTEIN:** |
| 03:58 | 3 | **Q.**   Dr. Quivik, please tell the Court what you were asked to |
| 03:58 | 4 | do in this case. |
| 03:58 | 5 | **A.**   I've been asked to state and spell my name first.  My name |
| 03:58 | 6 | is Fredric Lincoln Quivik, F-R-E-D-R-I-C, L-I-N-C-O-L-N, |
| 03:58 | 7 | Q-U-I-V-I-K. |
| 03:59 | 8 | **Q.**   Please tell the Court what you were asked to do in this |
| 03:59 | 9 | case. |
| 03:59 | 10 | **A.**   The Department of Justice asked me to research and analyze |
| 03:59 | 11 | the organization of the BP operations in the Gulf of Mexico at |
| 03:59 | 12 | the Macondo well and in the response to the Macondo disaster |
| 03:59 | 13 | for purposes of analyzing the extent to which BPXP and other BP |
| 03:59 | 14 | entities did and did not manage facets of those operations. |
| 03:59 | 15 | **Q.**   Thank you.  Have you prepared a slide that summarizes your |
| 03:59 | 16 | background? |
| 03:59 | 17 | **A.**   Yes. |
| 03:59 | 18 | **MR. GLADSTEIN:**  Please bring up D-32900. |
| 03:59 | 19 | **BY MR. GLADSTEIN:** |
| 03:59 | 20 | **Q.**   Is this the slide? |
| 03:59 | 21 | **A.**   Yes. |
| 03:59 | 22 | **Q.**   Please briefly summarize your employment experience for |
| 03:59 | 23 | the Court. |
| 03:59 | 24 | **A.**   I am professor of history in the department of social |
| 03:59 | 25 | sciences at Michigan Technological University, and I've been |

FREDRIC QUIVIK, PH.D - DIRECT

04:00    1    teaching there for five years.

04:00    2            And for the past 20 years, I've had my own consulting

04:00    3    business through which I have worked as an expert witness in a

04:00    4    variety of environmental cases.

04:00    5    **Q.**   Please briefly summarize your education for the Court.

04:00    6    **A.**   I have a Ph.D. in history and sociology of science from

04:00    7    the University of Pennsylvania, and I have previous degrees

04:00    8    from Columbia University, the University of Minnesota, and

04:00    9    St. Olaf College.

04:00   10    **Q.**   What is your area of expertise?

04:00   11    **A.**   My area of expertise is history of technology and

04:00   12    especially industrial history; and within that, I have an

04:00   13    expertise in the ways that large industrial enterprises manage

04:00   14    themselves to conduct their operations.

04:00   15    **Q.**   How do you conduct your work as an expert historian?

04:00   16    **A.**   I use the historical method.

04:00   17    **Q.**   What is the historical method?

04:00   18    **A.**   The historical method is a method -- a well-established

04:00   19    method used by reputable historians to make inquiries about the

04:01   20    past, to find sources of information about the past, and to

04:01   21    draw conclusions about the past.

04:01   22            The historical method allows a historian to formulate

04:01   23    research questions, and those research questions guide an

04:01   24    investigation of source materials, guide analysis of those

04:01   25    materials, allow an historian to develop hypotheses and then to

FREDRIC QUIVIK, PH.D - DIRECT

04:01  1   test those hypotheses against the evidence in those materials

04:01  2   and, finally, to draw conclusions or opinions.

04:01  3           And I should also add that a narrative history should

04:01  4   have adequate citations to allow the reader to verify the

04:01  5   conclusions the historian has drawn.

04:01  6   **Q.**   Can the historical method be applied to cases where the

04:01  7   events in question happened relatively recently in time, such

04:02  8   as the Macondo disaster?

04:02  9   **A.**   Yes.  And, in fact, I used the historical method in this

04:02  10  case.  I used the historical method to analyze sources of

04:02  11  information that are similar to sources I've used in previous

04:02  12  cases.

04:02  13          I analyzed sources that have been created recently,

04:02  14  deposition testimony.  I analyzed sources of information that

04:02  15  are BP documents that were created at about the time of the

04:02  16  events in question, such as, for instance, BP correspondence.

04:02  17  For instance, correspondence to Andrew Inglis, who is the chief

04:02  18  executive officer of the upstream segment, describing

04:02  19  difficulties that were taking place at the Macondo well

04:02  20  prior -- just prior to the -- the blowout.  And then I analyzed

04:02  21  documents that were created much earlier in time, such as

04:02  22  Articles of Incorporation of subsidiary companies.

04:03  23  **Q.**   Have you been qualified and testified in other

04:03  24  environmental litigation as an expert regarding the historical

04:03  25  relationship between parent and subsidiary corporations?

FREDRIC QUIVIK, PH.D - EXAMINATION

04:03  1   **A.**   Yes.  I've testified in four environmental cases.  And I

04:03  2   would note that for two of those cases, *U.S. v. Newmont* and

04:03  3   *U.S. v. Sterling Centrecorp*, management of operations in an

04:03  4   instance with the parent subsidiary corporations, those

04:03  5   questions were at the heart of my expert testimony and my

04:03  6   expert opinions.

04:03  7            In those cases, I also used, among other sources,

04:03  8   deposition testimony of living witnesses.

04:03  9            **MR. GLADSTEIN:**  Your Honor, at this time, we tender

04:03  10  Dr. Quivik as an expert in industrial history with particular

04:03  11  expertise in the ways large-scale industrial enterprises

04:04  12  organize themselves to manage their operations.

04:04  13           **THE COURT:**  Do you want to say something, Mr. Regan?

04:04  14           **MR. REGAN:**  Yes, Your Honor, with permission, I'd

04:04  15  like three questions of the witness.

04:04  16           **THE COURT:**  Go ahead.  Okay, you can do it from

04:04  17  there.

04:04  18                    **VOIR DIRE EXAMINATION**

04:04  19  **BY MR. REGAN:**

04:04  20  **Q.**   Dr. Quivik, using this historical method, one of the

04:04  21  things you did is evaluate the credibility of witness testimony

04:04  22  and documents; correct?

04:04  23  **A.**   In this case, that was not really an issue.  I -- I do

04:04  24  that in other cases where that's -- that's necessary to do to

04:04  25  assess the reliability of sources, because sources may be in

FREDRIC QUIVIK, PH.D - EXAMINATION

04:04  1  conflict.

04:04  2  **Q.**   Let me try it one more time, Mr. Quivik.  In -- one of the

04:04  3  things you did in this case is evaluate the credibility of

04:04  4  documents and testimony; correct?

04:04  5  **A.**   It was -- well, I looked at them.  I saw that they were

04:05  6  either BP documents or BP -- testimony of BP witnesses, and I

04:05  7  assumed that they were credible.

04:05  8  **Q.**   You evaluated the credibility of documents and witness

04:05  9  testimony to ascertain, as a historian, whether you believed

04:05  10  that the statement was accurate or not, truthful or not,

04:05  11  credible or not; correct?

04:05  12  **A.**   At the level I've just described that I did, yes.

04:05  13        **MR. REGAN:**  If I may have one more question,

04:05  14  Your Honor?

04:05  15        **THE COURT:**  Go ahead.

04:05  16  **BY MR. REGAN:**

04:05  17  **Q.**   You did this to arrive at a historical judgment as to a

04:05  18  fact as to who was managing facets of the operations of the

04:05  19  Macondo well to arrive at a factual answer; correct?

04:05  20  **A.**   Well, to develop my opinions as to those facts, yes.

04:05  21        **MR. REGAN:**  Your Honor, I have no objection to

04:05  22  Professor Quivik testifying about the history of BP, from the

04:06  23  Anglo-Persian times, that he developed secondary sources for

04:06  24  that, and he has a section of that in his report.

04:06  25        But a substantial part of what he is doing is

04:06   1   reading depositions and documents, making credibility judgments

04:06   2   and doing, in essence, what we just did in court here with the

04:06   3   video, watching the testimony of a witness and then reaching a

04:06   4   judgment about what that witness said, did not say, and why the

04:06   5   witness may have said or not said something.

04:06   6          And with respect to Professor Quivik, I don't

04:06   7   challenge his qualifications as a historian, but we have a

04:06   8   fact-finder in this case, and that is Your Honor.  I don't

04:06   9   think that this is proper expert testimony.  Those cases that

04:06   10   he's testified in, the activity that was at issue was tens, if

04:06   11   not fifties, if not 70 or 80 years in the past from when the

04:06   12   trial took place.  The only way to learn the facts was to have

04:06   13   a historian go back and try to recreate them.  That is not this

04:06   14   case.

04:07   15          THE COURT:  Are those the cases you have listed in

04:07   16   your CV, I guess on that slide?  Superfund -- it looks like

04:07   17   Superfund cases; right?

04:07   18          THE WITNESS:  Yes, Your Honor.

04:07   19          THE COURT:  Is that the type of -- your testimony was

04:07   20   in the nature of what Mr. Regan just described?

04:07   21          THE WITNESS:  I'm not sure of the nature --

04:07   22          THE COURT:  Well, as I understand it, these were

04:07   23   cases where there were obviously environmental cases where

04:07   24   there were waste -- waste pits or hazardous waste sites or so

04:07   25   forth where there might have been -- somebody had to go back

FREDRIC QUIVIK, PH.D - EXAMINATION

04:07  1    and figure out who -- who operated at these sites, who -- who

04:07  2    did what over 20, 30, 40, 50 years, perhaps, in some cases.  Is

04:07  3    that kind of what you did?

04:07  4              THE WITNESS:  That was part of it, Your Honor, yes.

04:07  5              THE COURT:  Yeah.

04:08  6              THE WITNESS:  In the case of Sterling Centrecorp, in

04:08  7    that one, there was ongoing --

04:08  8              THE COURT:  What -- what --

04:08  9              THE WITNESS:  Excuse me, Your Honor.  I'm sorry.

04:08  10             THE COURT:  What type of expert -- BP has a similar

04:08  11   expert?

04:08  12             MR. REGAN:  No, Your Honor, BP has an expert in --

04:08  13             THE COURT:  I saw -- I saw a reference to Daines.

04:08  14             MR. REGAN:  You did.

04:08  15             THE COURT:  What kind of expert is he?

04:08  16             MR. REGAN:  He's a corporate governance professor,

04:08  17   and he's speaking about the role of boards at companies.  And

04:08  18   he's in response to what Professor Quivik is doing.  So if

04:08  19   corporate governance is not an issue -- and I don't believe it

04:08  20   really should be, given that the United States has made it

04:08  21   quite clear that they are not seeking to pierce that corporate

04:08  22   veil in this case, and they are not seeking to name another BP

04:08  23   entity as an operator in this case.

04:08  24             Professor Daines from Stanford is simply talking

04:08  25   about the issues raised by Professor Quivik are normal, that's

FREDRIC QUIVIK, PH.D - EXAMINATION

04:08  1   how companies work, that's how wholly-owned subsidiaries work,
04:08  2   that's how boards work, it's all normal stuff.
04:08  3            MR. GLADSTEIN:  May I respond, Your Honor?
04:08  4            THE COURT:  Go ahead.
04:08  5            MR. GLADSTEIN:  Thank you, Your Honor.
04:08  6            Dr. Quivik's central expert opinion is that not
04:09  7   only BPXP, but the BP Group, conducted and managed the
04:09  8   operations at the Macondo well and the response to the blowout.
04:09  9            THE COURT:  What is he going to base that on?
04:09 10            MR. GLADSTEIN:  What does he base it on?
04:09 11            THE COURT:  Yeah.
04:09 12            MR. GLADSTEIN:  He bases it on the testimony he has
04:09 13   reviewed, the documents that -- that he has reviewed, and this
04:09 14   is consistent with the -- the Dean/Dairy line of cases, and
04:09 15   it's relevant to the question of the economic impact on the
04:09 16   violator.
04:09 17            So, in other words, what this Dean/Dairy line of
04:09 18   cases looks at is what was the role of the parent in the
04:09 19   operations of the subsidiary related to the pollution at issue.
04:09 20   That's one prong.  That's what Dr. Quivik is here for.
04:09 21            The other prong is to what extent did the
04:09 22   subsidiary retain its finances.  That is what Dr. -- Mr. Ratner
04:10 23   is here for.  What Dr. Quivik is doing is applying his
04:10 24   historical expertise, the same expertise that the courts in the
04:10 25   *Newmont* case and the court in the *Sterling Centrecorp* case

FREDRIC QUIVIK, PH.D - EXAMINATION

04:10    1    relied on in reaching their decisions related to

04:10    2    parent/subsidiary relationships.

04:10    3         As you will see, in his examination, he -- he is

04:10    4    analyzing the information, and that's what was in our papers,

04:10    5    Your Honor.  It's not just a recitation of the facts.  You'll

04:10    6    see that from -- from the examination.  And we would ask that

04:10    7    he -- he be allowed to proceed.  And if you believe that the

04:10    8    questions are not appropriate, we'll either speed it up or go

04:10    9    to a different line of questions.

04:10    10         **MR. REGAN:**  I have a solution, Your Honor, that I

04:10    11    would propose.

04:10    12         **THE COURT:**  Okay.  Go ahead.

04:10    13         **MR. REGAN:**  The facts and arguments about those facts

04:10    14    that are presented in Professor Quivik's report, those can be

04:11    15    presented in exactly the same fashion in the Department of

04:11    16    Justice's post trial findings, because they're coming from the

04:11    17    exact same source of information.

04:11    18         The question of the meaning of those facts, how

04:11    19    they -- how they relate to the operations of Macondo, I

04:11    20    believe, is Your Honor's job.  They can argue the facts, and

04:11    21    you can decide, just like you decide with us on all our papers,

04:11    22    have we presented the facts in accordance with how you've heard

04:11    23    them.

04:11    24         **THE COURT:**  Well, I mean, experts routinely rely on

04:11    25    facts and evidence that, you know, other people testified to,

FREDRIC QUIVIK, PH.D - EXAMINATION

04:11  1  to come to some opinion.  I guess I'm still grappling with
04:11  2  whether -- whether this is really expert testimony or not, or
04:11  3  is it just somebody attempting to recap all the -- all the
04:11  4  evidence for me in this case.
04:11  5          If -- I'm not going to sit here and listen to
04:11  6  somebody tell me what everybody said in this case that's
04:11  7  already in evidence.  I can tell you that, so ...
04:12  8          MR. GLADSTEIN:  Yeah, I think -- Your Honor, I
04:12  9  believe it's the former.  One of the courts that they relied on
04:12  10  in their papers, the *Marvel Characters* case, the specialized
04:12  11  knowledge of an historian can aid the trier of fact to, quote,
04:12  12  "help identify, gauge the reliability of, and interpret" --
04:12  13  that's what we're talking about -- "interpret the evidence that
04:12  14  would otherwise elude, mislead, or remain opaque to a
04:12  15  layperson."
04:12  16          You just saw on this screen the chief operating
04:12  17  officer of BP Exploration and --
04:12  18          THE COURT:  I have a pretty good feel for how BP
04:12  19  operates, I think, by now.  You know, I can -- I think I have
04:12  20  an understanding of the relationships.  And you all can argue
04:12  21  what the implications of that are.  But I'm going to let this
04:12  22  start, but I've got to tell you, I'm having trouble seeing how
04:12  23  this is going to be helpful to me as a fact finder.
04:12  24          MR. REGAN:  Thank you, Your Honor.
04:12  25          MR. GLADSTEIN:  Thank you, Your Honor.

FREDRIC QUIVIK, PH.D - DIRECT

04:12 1          THE COURT:  Okay.  You better keep this focused
04:12 2  and -- and short.
04:12 3          MR. GLADSTEIN:  Got it, Your Honor.
04:12 4          THE COURT:  Yeah.
04:13 5              DIRECT EXAMINATION CONTINUED
04:13 6  BY MR. GLADSTEIN:
04:13 7  Q.   Dr. Quivik, have you prepared a series of demonstrative
04:13 8  slides that summarize your key opinions, the bases for your
04:13 9  opinions, and the evidence for those opinions?
04:13 10 A.   Yes.
04:13 11         MR. GLADSTEIN:  Please bring up slide D-32901.
04:13 12 BY MR. GLADSTEIN:
04:13 13 Q.   Is this the slide?
04:13 14 A.   It is.
04:13 15 Q.   What are your key opinions?
04:13 16 A.   I have two key opinions --
04:13 17         THE WITNESS:  And, Your Honor, just to lay the
04:13 18 groundwork for these two, as you heard in Mr. Suttles'
04:13 19 testimony --
04:13 20         THE COURT:  No, no, wait a minute.  Why don't you
04:13 21 answer your lawyer's question -- not your lawyer, I'm sorry.
04:13 22 The government lawyer's question.
04:13 23         THE WITNESS:  Okay.
04:13 24         THE COURT:  Give us your two opinions.
04:13 25         THE WITNESS:  Okay.  The BP Group conducts and

FREDRIC QUIVIK, PH.D - DIRECT

04:13  1    manages its global businesses through an organizational

04:13  2    structure that operates without regard to legal subsidiaries.

04:13  3              And the BP Group, and not only BPXP, has

04:13  4    conducted and managed operations in the Gulf of Mexico,

04:13  5    including at the Macondo well and the response to the Macondo

04:13  6    disaster.

04:13  7    BY MR. GLADSTEIN:

04:13  8    Q.   Let's turn to your first opinion.  Have you prepared a

04:14  9    slide that summarizes the bases for your first opinion?

04:14  10   A.   Yes.

04:14  11             MR. GLADSTEIN:  Please bring up slide D-32902.

04:14  12   BY MR. GLADSTEIN:

04:14  13   Q.   Is this the slide?

04:14  14   A.   Yes.

04:14  15   Q.   Please summarize the bases for your first opinion.

04:14  16   A.   There are four bases for this opinion.  The first is to

04:14  17   manage its global operations, BP has divided its global

04:14  18   enterprise into three business segments: upstream, downstream,

04:14  19   and alternative energy.

04:14  20             The second is that delegations of authority and

04:14  21   direction in BP's organizational structure for managing

04:14  22   operations function without regard to the numerous subsidiary

04:14  23   corporations that BP owns throughout the world, including BPXP.

04:14  24             The third is that BP p.l.c. board of directors has

04:14  25   provided oversight of BP's operations throughout the world,

FREDRIC QUIVIK, PH.D - DIRECT

04:14  1    including at the Macondo well and of BP's response to the
04:14  2    blowout.
04:14  3          And the fourth is that BP has developed centralized
04:15  4    common processes, management and financial systems that apply
04:15  5    to the entire BP Group, including in the Gulf of Mexico.
04:15  6    Q.   Turning to the bases for your first opinion, have you
04:15  7    prepared a slide that summarizes evidence that supports your
04:15  8    first basis?
04:15  9    A.   Yes.
04:15  10          MR. GLADSTEIN:  Please turn to D-32903.
04:15  11   BY MR. GLADSTEIN:
04:15  12   Q.   Before we go there, I see that I neglected to ask you to
04:15  13   identify your reports.  Let's do that first.
04:15  14          Please identify TREX-13210.
04:15  15   A.   That's my expert report submitted in August of 2014.
04:15  16   Q.   Thank you.
04:15  17          MR. GLADSTEIN:  Please bring up TREX-13235.
04:16  18          THE WITNESS:  That's my Round 2 response report
04:16  19   submitted September 12th, 2014.
04:16  20          MR. GLADSTEIN:  Please bring up TREX-13211.
04:16  21          THE WITNESS:  And that's my Round 3 rebuttal report,
04:16  22   submitted September 26th, 2014.
04:16  23   BY MR. GLADSTEIN:
04:16  24   Q.   Do you adopt these reports as your testimony today?
04:16  25   A.   Yes.

FREDRIC QUIVIK, PH.D - DIRECT

04:16  1   **Q.**   Thank you.

04:16  2          Okay.  I believe we were on D-32903.  What does

04:16  3   D-32903 show?

04:16  4   **A.**   The first basis for my first opinion is that to manage its

04:16  5   global operations, BP has divided its global enterprise into

04:16  6   three business segments:  upstream, downstream, and alternative

04:17  7   energy.

04:17  8          And I derived evidence for this basis from BP annual

04:17  9   reports and testimony of Lamar McKay and Andrew Inglis.

04:17  10         **MR. REGAN:**  Your Honor, just as an example, I would

04:17  11  say that's not opinion testimony.  That's just a summary of

04:17  12  facts that are in the record.  I'm not going to object to all

04:17  13  these questions.  But this is really the issue that I have in

04:17  14  terms of responding to this witness, because it's just a

04:17  15  recitation of facts that are organized and --

04:17  16         **THE COURT:**  Well, I think this is -- No. 1 on this

04:17  17  screen is part of the -- his basis for his opinion.  That's not

04:17  18  his opinion --

04:17  19         **MR. REGAN:**  Fair enough.

04:17  20         **THE COURT:**  -- as I recall.

04:17  21         **MR. GLADSTEIN:**  Exactly, Your Honor.

04:17  22         **THE COURT:**  Okay.  Go ahead.

04:17  23         **MR. GLADSTEIN:**  Yes, Your Honor.

04:17  24         **THE COURT:**  Go ahead.  Continue.

04:17  25         **MR. GLADSTEIN:**  So I will be brief here because --

FREDRIC QUIVIK, PH.D - DIRECT

04:17  1        **THE COURT:**  Go ahead.  Go ahead.  Just keep going

04:17  2   with it.

04:17  3        **MR. GLADSTEIN:**  Okay.  Thank you.

04:17  4   **BY MR. GLADSTEIN:**

04:17  5   **Q.**   Can we turn, then, to -- the second basis for your first

04:18  6   opinion, D-32904?

04:18  7        **MR. GLADSTEIN:**  Please bring up D-32904.

04:18  8   **BY MR. GLADSTEIN:**

04:18  9   **Q.**   Can you identify D-32904?

04:18  10  **A.**   Yes.  The second basis for my opinion is that the

04:18  11  delegations of authority and direction in BP's organizational

04:18  12  structure for managing operations function without regard to

04:18  13  the numerous subsidiary corporations that BP owns throughout

04:18  14  the world, including BPXP.

04:18  15       And I found evidence for this basis in organizational

04:18  16  charts, BP annual reports, SFN guidance -- that's a kind of BP

04:18  17  document -- and then deposition testimony of Mr. Inglis and

04:18  18  Mr. McKay.

04:18  19  **Q.**   Can we please -- you mentioned the SFN guidance.  What is

04:18  20  the SFN guidance?

04:18  21  **A.**   SFN stands for corporate structure and finance note.  And

04:19  22  the guidance is a document that spells out how this SFN will be

04:19  23  created.

04:19  24       In the BP system, decisions about undertaking

04:19  25  projects are made through the segment -- or the nonlegal

04:19  1   organizational units in the segment.  And their proposals are

04:19  2   made.  Top executives at the segment level make decisions to

04:19  3   undertake projects, to commit group resources to those

04:19  4   projects.  Once those decisions are made, then people in

04:19  5   centralized functions in the BP Group -- we heard Mr. Bray talk

04:19  6   about the fact that he's part of the legal function.  That's a

04:19  7   centralized function.

04:19  8         There are other centralized functions in the

04:19  9   BP Group, one called tax, one called treasury.  And people in

04:20  10   those functions then make a decision about which legal entity

04:20  11   to pass the financing for the project through.

04:20  12         **MR. GLADSTEIN:**  Could we please bring up

04:20  13   TREX-12435.1.1.US.

04:20  14   **BY MR. GLADSTEIN:**

04:20  15   **Q.**   Can you identify this document?

04:20  16   **A.**   Yes.  There is an excerpt from the SFN guidance, and this

04:20  17   quote that's highlighted spells out what I've just described.

04:20  18         It says:  "The choice of whether to make the

04:20  19   investment," and then in parentheses, "Is this a good

04:20  20   investment of group resources," that choice "belongs therefore

04:20  21   with the segment or function within whose plan that investment

04:20  22   lies.  However, the choice of legal entity through which to

04:21  23   make that investment and how to finance that investment ('From

04:21  24   which BP legal entity will the funds be applied, and in what

04:21  25   form?') is reserved to treasury and tax, and is governed by the

FREDRIC QUIVIK, PH.D - DIRECT

04:21  1    SFN process."

04:21  2         **THE WITNESS:**  So, in other words, Your Honor, what

04:21  3    this is saying is in the BP Group, it's not a matter of a

04:21  4    company like BPXP deciding it wants to drill a well and then

04:21  5    going to look for financing or investment in its project.

04:21  6    Rather, the decision lies with the segment, and the segment

04:21  7    makes a decision to commit group resources to the project.  And

04:21  8    then people in tax and treasury decide to run that financing

04:21  9    through a particular legal entity.  If it's a well in the Gulf

04:21  10   of Mexico, more than likely it will be run through BPXP.

04:22  11        And so the BP Group is not investing in BPXP;

04:22  12   it's investing in a well.

04:22  13   **BY MR. GLADSTEIN:**

04:22  14   **Q.**   Thank you.

04:22  15        Returning to the bases for your first opinion, have

04:22  16   you prepared a slide that summarizes the evidence in support of

04:22  17   your third basis?

04:22  18   **A.**   Yes.

04:22  19        **MR. GLADSTEIN:**  Please bring up slide D-32905.

04:22  20   **BY MR. GLADSTEIN:**

04:22  21   **Q.**   And what does this slide show?

04:22  22   **A.**   The third basis for my opinion is that the BP p.l.c. board

04:22  23   of directors has provided oversight of BP's operations

04:22  24   throughout the world, including at the Macondo well and

04:22  25   oversight of BP's response to the blowout.

FREDRIC QUIVIK, PH.D - DIRECT

04:22   1        And I found evidence for that basis in BP annual
04:22   2   reports, minutes of the BP p.l.c. board of directors, and then
04:23   3   committee minutes of board committees and executive committees.
04:23   4   Q.   You mentioned the BP annual report.
04:23   5        MR. GLADSTEIN:  Could we please bring up
04:23   6   TREX-6033.92.1.US.
04:23   7   BY MR. GLADSTEIN:
04:23   8   Q.   What does this show?
04:23   9   A.   This is an excerpt from the 2010 annual report.  And this
04:23  10   excerpt has the BP board of directors saying that they met
04:23  11   25 times as they responded to the events in the Gulf of Mexico
04:23  12   and other matters associated with the Macondo blowout.
04:23  13        And then, "During the summer, we formed" -- and this
04:23  14   is the BP group, the BP board of directors -- "we formed the
04:23  15   Gulf of Mexico committee, whose primary responsibility was
04:23  16   oversight of the Gulf Coast Restoration Organization and whose
04:23  17   work is described later in this report."
04:23  18   Q.   Thank you.
04:23  19        Returning to the bases for your first opinion, have
04:24  20   you prepared a slide that summarizes evidence that supports
04:24  21   your fourth and final basis?
04:24  22   A.   Yes.
04:24  23        MR. GLADSTEIN:  Please bring up D-32906.
04:24  24   BY MR. GLADSTEIN:
04:24  25   Q.   Please summarize that basis and evidence.

FREDRIC QUIVIK, PH.D - DIRECT

04:24   1   **A.**   This fourth basis is that BP has developed centralized

04:24   2   common processes, management, and financial systems that apply

04:24   3   to the entire BP Group, including the Gulf of Mexico.

04:24   4           And I found evidence for that basis in common

04:24   5   processes, manuals and handbooks, OMS manuals and handbooks,

04:24   6   SFN guidance again, and the testimony of Messrs. Bucknall,

04:24   7   Smith, and Robertson.

04:24   8   **Q.**   You mentioned the common process manuals and the OMS

04:24   9   manuals.  Is there any mention of subsidiaries in those

04:24   10  manuals?

04:24   11  **A.**   No.

04:24   12  **Q.**   Did you prepare a slide that shows your second opinion?

04:24   13  **A.**   Yes.

04:24   14          **MR. GLADSTEIN:**  Please bring up D-32907.

04:24   15  **BY MR. GLADSTEIN:**

04:24   16  **Q.**   What is your second opinion?

04:25   17  **A.**   My second opinion is that the BP Group, and not only BPXP,

04:25   18  has conducted and managed operations in the Gulf of Mexico,

04:25   19  including at the Macondo well and the response to the Macondo

04:25   20  disaster.

04:25   21  **Q.**   Have you prepared a slide that summarizes the basis for

04:25   22  your second opinion?

04:25   23  **A.**   Yes.

04:25   24          **MR. GLADSTEIN:**  Please bring up slide D-32908.

        25

FREDRIC QUIVIK, PH.D - DIRECT

04:25   1   **BY MR. GLADSTEIN:**

04:25   2   Q.   Please summarize the bases for your second opinion.

04:25   3   A.   I have five.  The first is the delegations of authority

04:25   4   pass from the top of BP's global upstream segment to the Gulf

04:25   5   of Mexico SPU -- and that's strategic performance unit -- which

04:25   6   managed operations in the Gulf of Mexico and at the Macondo

04:25   7   well.

04:25   8           The second is that the chain of ownership between BP

04:25   9   p.l.c. and BPXP exists without reference to BP's operations in

04:25   10  the Gulf of Mexico.

04:25   11          The third is that the BPXP board of directors

04:25   12  provided no oversight of BP's operations in the Gulf of Mexico

04:26   13  before the Macondo disaster and only minimal oversight there

04:26   14  after the disaster.

04:26   15          The fourth is that BPXP does not have its own

04:26   16  employees; BP workers and managers in the Gulf of Mexico did

04:26   17  not consider themselves BPXP employees; and no one in the

04:26   18  drilling and completions organization was an employee or

04:26   19  officer of BPXP.

04:26   20          And my fifth basis for this second opinion is that

04:26   21  the response to the Macondo disaster was initiated, organized,

04:26   22  and directed by the BP Group, not only by BPXP.

04:26   23  Q.   Thank you.

04:26   24          Turning to the bases for your second opinion, have

04:26   25  you prepared a slide that summarizes evidence that supports

FREDRIC QUIVIK, PH.D - DIRECT

04:26  1    your first basis?

04:26  2    A.   Yes.

04:26  3         MR. GLADSTEIN:  Please bring up slide D-32909.

04:26  4    BY MR. GLADSTEIN:

04:26  5    Q.   Please summarize that basis and evidence.

04:26  6    A.   The basis is the delegations of authority pass from the

04:26  7    top of BP's global upstream segment to the Gulf of Mexico SPU,

04:27  8    which managed operations in the Gulf of Mexico and at the

04:27  9    Macondo well.

04:27  10        And I found evidence for this basis in BP annual

04:27  11   reports, organizational charts, OMS manuals and handbooks, SFN

04:27  12   guidance, and the testimony of a number of BP officials.

04:27  13   Q.   Thank you.

04:27  14        MR. GLADSTEIN:  Please bring up slide D-32909.2.

04:27  15   BY MR. GLADSTEIN:

04:27  16   Q.   What does this slide show?

04:27  17   A.   This is an organizational chart that I prepared that shows

04:27  18   just the organization of the drilling and completions unit for

04:27  19   those people who were directly working on the Macondo well at

04:27  20   the time of the *Deepwater Horizon* disaster.

04:27  21        There were two -- two chains of command.  There are

04:27  22   the drilling engineers, and those are the individuals on the

04:27  23   left who planned and designed the well and then provided

04:28  24   engineering support to the drilling operation.

04:28  25        And on the right, you can see the names of the

FREDRIC QUIVIK, PH.D - DIRECT

04:28  1  wellsite leaders, two of whom were on board the *Deepwater*
04:28  2  *Horizon* at the time of the disaster.
04:28  3          In this chart, I've got those two arrows on the right
04:28  4  and the left.
04:28  5          **THE WITNESS:**  And this is important to point out,
04:28  6  Your Honor, that delegations of authority in the BP enterprise
04:28  7  extend from the board of directors down through the chief
04:28  8  executive officer of the group -- at the time it was Tony
04:28  9  Hayward -- then down through the segments, down to the SPUs,
04:28  10  and finally to this organization.  And people doing this work
04:28  11  are accountable back up through this organization.
04:28  12          There's no mention in BP's delegations of
04:28  13  authority of people having been delegated authority from a
04:28  14  subsidiary like BPXP, and no documentation of these people
04:28  15  being accountable to a subsidiary like BPXP.
04:29  16  **BY MR. GLADSTEIN:**
04:29  17  **Q.**   All right.  Are any of the persons listed employees or
04:29  18  officers of BP --
04:29  19          **MR. REGAN:**  Your Honor, may I -- pardon me.
04:29  20          **THE COURT:**  Wait, wait.
04:29  21          **MR. GLADSTEIN:**  Sorry, Your Honor.
04:29  22          **THE COURT:**  Wait.
04:29  23          **MR. REGAN:**  Your Honor, with respect, a number of the
04:29  24  issues about who was at Macondo, what their responsibilities
04:29  25  were, what their accountabilities were with respect to the

FREDRIC QUIVIK, PH.D - DIRECT

1  drilling of the well were tried in this very courtroom.  And

2  there's -- I think, at least in the Phase One ruling, there's

3  comments about that.  And we also had some comments about the

4  response in the Phase Two rulings.

5          So to the extent that the witness wants to talk

6  about generic flow of authority and accountability, I don't

7  object to that.  But to the extent that the witness is here to

8  make specific representations about authorities at Macondo

9  leading up to April of 2010, I think we've tried that case.

10          THE COURT:  Well, yeah, I agree with you.  But as

11  long as this doesn't go on too long, I'll let it go.  I think

12  the witness can say what his appreciation of the organizational

13  situation was.

14          MR. GLADSTEIN:  Your Honor, I am cognizant and I'm

15  trying to move this along.

16          THE COURT:  Go ahead.

17  BY MR. GLADSTEIN:

18  Q.   Are any of the persons listed employees or officers of

19  BPXP on this demonstrative?

20  A.   No, none of these people are BPXP employees, and none of

21  these people are officers.

22          THE WITNESS:  And I would call your attention,

23  Your Honor, especially to Patrick O'Bryan.  His title is vice

24  president for drilling and completion, but he was not a BPXP

25  officer.

FREDRIC QUIVIK, PH.D - DIRECT

04:30    1    **BY MR. GLADSTEIN:**

04:30    2    **Q.**    Thank you.  Turning back to the bases for your second

04:30    3    opinion, have you prepared a slide that summarizes evidence

04:30    4    that supports your second basis?

04:30    5    **A.**    Yes.

04:30    6           **MR. GLADSTEIN:**  Please bring up slide D-32910.

04:30    7    **BY MR. GLADSTEIN:**

04:30    8    **Q.**    What does that show?

04:30    9    **A.**    My second basis is that the chain of ownership between BP

04:30   10    p.l.c. and BPXP exists without reference to BP's operations in

04:30   11    the Gulf of Mexico.

04:30   12           And I found evidence for this in a BP chain of

04:30   13    ownership chart that BP produced; articles of incorporation of

04:31   14    some of subsidiaries; the AR01 reports -- and these are reports

04:31   15    that BP submitted to an English governmental agency -- and then

04:31   16    deposition testimony of Mr. Inglis and Mr. McKay.

04:31   17    **Q.**    Thank you.

04:31   18           Returning to the bases for your second opinion, have

04:31   19    you prepared a slide that summarizes evidence that supports

04:31   20    your third basis?

04:31   21    **A.**    Yes.

04:31   22           **MR. GLADSTEIN:**  Please bring up D-31911.

04:31   23    **BY MR. GLADSTEIN:**

04:31   24    **Q.**    Is this the slide?

04:31   25    **A.**    Yes.

FREDRIC QUIVIK, PH.D - DIRECT

04:31  1  **Q.**   What does the slide show?

04:31  2  **A.**   My third basis is that the BPXP board of directors

04:31  3  provided no oversight of BP's operations in the Gulf of Mexico

04:31  4  before the Macondo disaster and only minimal oversight after

04:31  5  the disaster.

04:31  6          And I found evidence for this in resolutions that the

04:31  7  BPXP board of directors passed by consent, in lieu of meeting,

04:31  8  for the period 2005 to 2010.

04:32  9          I noted, as Mr. Bray, testified, that the BPXP board

04:32  10  of directors did not meet at all during 2010, either before or

04:32  11  after the disaster.

04:32  12          I found evidence in the BPXP board of directors

04:32  13  resolutions and then minutes of meetings from 2011 to 2014, the

04:32  14  deposition testimony of Mr. Bray, and the expert report of

04:32  15  Professor Daines.

04:32  16  **Q.**   What was the composition of the BPXP board of directors

04:32  17  before the Macondo disaster?

04:32  18  **A.**   There were six directors.  All six of them were members of

04:32  19  this centralized legal function, and the six were either

04:32  20  attorneys or paralegals.

04:32  21  **Q.**   What did you conclude regarding the role of the BPXP

04:32  22  board?

04:32  23  **A.**   I concluded that they, prior to the disaster, limited

04:32  24  their activities to appointing officers of the corporation and

04:33  25  distributing distributions.  They provided no oversight of

FREDRIC QUIVIK, PH.D - DIRECT

04:33   1   operations, nor were they the kinds of people who had

04:33   2   experience to provide oversight of operations.

04:33   3        And then after the disaster -- well, in the following

04:33   4   year, in 2011, then they began to address an additional set of

04:33   5   concerns, including responses to litigation, regulatory

04:33   6   affairs.  But they still did not address oversight of

04:33   7   operations in the Gulf of Mexico.

04:33   8   Q.   Thank you.

04:33   9        What did Professor Daines conclude regarding the role

04:33  10   of the BPXP board?

04:33  11   A.   He concluded that the BPXP board did not provide strategic

04:33  12   direction, did not set performance standards for operations,

04:34  13   did not provide oversight of capital expenditures of

04:34  14   investments or divestments.

04:34  15        MR. GLADSTEIN:  Please bring up TREX-13214.32.1.US.

04:34  16   BY MR. GLADSTEIN:

04:34  17   Q.   What does this exhibit show?

04:34  18   A.   This is an excerpt from Professor Daines' expert report.

04:34  19   And in this excerpt, he says:  "BPXP's board does not and

04:34  20   cannot make all decisions affecting BPXP's assets.  For

04:34  21   example, it does not guide business plans and strategy, set

04:34  22   performance objectives for the Gulf of Mexico business unit,

04:34  23   oversee capital expenditures, or oversee acquisitions and

04:34  24   divestures."

04:34  25        MR. REGAN:  Your Honor, just for completeness, can we

FREDRIC QUIVIK, PH.D - DIRECT

04:34  1   read the next sentence, the one that starts with "I"?

04:34  2           THE COURT:  Can you bring that up?

04:34  3           MS. HIMMELHOCH:  Working on it, Your Honor.

04:35  4           THE COURT:  What is that?  Professor Daines' report?

04:35  5           MR. REGAN:  Yeah.  Because that's -- I think the

04:35  6   witness is testifying about Professor Daines' conclusion, and

04:35  7   his conclusion about those facts is in that sentence that

04:35  8   starts with "I."

04:35  9           THE COURT:  I'm sure you can point that out,

04:35  10  Mr. Regan.

04:35  11          MR. REGAN:  I thought it would be faster to do it

04:35  12  right now.

04:35  13          MR. GLADSTEIN:  The next sentence -- you can correct

04:35  14  me if I'm reading it wrong -- says:  "I understand that these

04:35  15  are ordinary course decisions, and ordinary course decisions

04:35  16  are appropriately made by management."

04:35  17              That's what he says.

04:35  18          MR. REGAN:  Thank you.

04:35  19  BY MR. GLADSTEIN:

04:35  20  Q.   Let's now turn to -- back to the bases of your second

04:35  21  opinion.  Have you prepared a slide that summarizes evidence

04:35  22  that supports your fourth basis?

04:35  23  A.   Yes.

04:35  24          MR. GLADSTEIN:  Please bring up slide D-32912.

04:35  25

FREDRIC QUIVIK, PH.D - DIRECT

04:36   1   **BY MR. GLADSTEIN:**

04:36   2   **Q.**   Please summarize your -- that basis and evidence.

04:36   3   **A.**   My fourth basis is that BPXP does not have its own

04:36   4   employees.  BP workers and managers in the Gulf of Mexico did

04:36   5   not consider themselves BPXP employees, and no one in the

04:36   6   drilling and completions organization was a BPXP employee or

04:36   7   officer of BPXP.

04:36   8        I found evidence for that in the responses and

04:36   9   admissions that BP wrote to Department of Justice questions; a

04:36   10  general services agreement that BPXP has with BPAPC, the

04:36   11  drilling and completions organizational chart, BP appointment

04:36   12  histories, performance evaluations of people who worked in the

04:36   13  Gulf of Mexico, the testimony of Doug Suttles and Brian Smith,

04:36   14  the expert report of Professor Daines, and the testimony of a

04:37   15  number of other BP employees.

04:37   16  **Q.**   Which BP entity employed the workers in the wells and

04:37   17  engineering sections for the D&C unit for the Gulf of Mexico?

04:37   18  **A.**   For the ones we have documentation, it was a subsidiary

04:37   19  called BP America Production, Inc., BPAPC.

04:37   20  **Q.**   Which BP entity did the workers testify they were employed

04:37   21  by?

04:37   22  **A.**   Most of the ones who testified about their employer said

04:37   23  they were employed by BP America.

04:37   24  **Q.**   Did the employees whose deposition testimonies you

04:37   25  reviewed know the role BPXP played in the Gulf?

FREDRIC QUIVIK, PH.D - DIRECT

04:37  1   **A.**   No.

04:37  2   **Q.**   Okay.  Now let's go to your fifth and final basis.

04:37  3   Returning to the bases for your second opinion, have you

04:37  4   prepared a slide that summarizes evidence that supports your

04:37  5   fifth and final basis?

04:37  6   **A.**   Yes.

04:37  7           **MR. GLADSTEIN:**  Please bring up slide D-32913.

04:37  8   **BY MR. GLADSTEIN:**

04:37  9   **Q.**   Please summarize that basis and evidence.

04:38  10  **A.**   The fifth basis to my second opinion is that the response

04:38  11  to the Macondo disaster was initiated, organized, and directed

04:38  12  by the BP Group and not only by BPXP.

04:38  13          And I found evidence for that in BP annual reports,

04:38  14  the Hayward and Dudley announcements in the summer of 2010, the

04:38  15  Gulf of Mexico committee charter, and the deposition testimony

04:38  16  of Mr. Suttles and Mr. Morrison.

04:38  17  **Q.**   You mentioned the BP annual reports.

04:38  18          **MR. GLADSTEIN:**  Please bring up D-32913.1.

04:38  19  **BY MR. GLADSTEIN:**

04:38  20  **Q.**   What does this exhibit show?

04:38  21  **A.**   This is an excerpt from the 2010 annual report, BP's 2010

04:38  22  annual report.

04:38  23          And it says:  "In June 2010, following the Gulf of

04:38  24  Mexico incident, we established the Gulf Coast Restoration

04:38  25  Organization (GCRO) and subsequently equipped it with dedicated

FREDRIC QUIVIK, PH.D - DIRECT

04:39    1    resources and capabilities to manage all aspects of our
04:39    2    response to the accident.  This organization reports directly
04:39    3    to the group chief executive and is overseen by a specific new
04:39    4    board committee."
04:39    5    **Q.**    Thank you.
04:39    6           Turning to your response to Professor Daines --
04:39    7           **MR. GLADSTEIN:**  We're almost through, Your Honor.
04:39    8    **BY MR. GLADSTEIN:**
04:39    9    **Q.**    -- what was the primary focus of the expert reports of
04:39   10    Professor Daines?
04:39   11    **A.**    His reports were on corporate governance and his
04:39   12    theoretical ideas for why wholly-owned subsidiaries should or
04:39   13    should not do certain kinds of things in their governance
04:39   14    practices.
04:39   15    **Q.**    What was the focus of your reports?
04:39   16    **A.**    My reports were on the actual organizational structure for
04:39   17    managing operations in the Gulf of Mexico at the Macondo well
04:39   18    and in response to the Macondo disaster.
04:39   19    **Q.**    Are you offering any opinion, one way or another, as to
04:39   20    whether the activities or relationships between BPXP and the
04:39   21    BP Group are legally proper or improper?
04:39   22    **A.**    No.
04:40   23    **Q.**    Are you offering any opinion, one way or another, as to
04:40   24    whether the activities or relationships between BPXP and the
04:40   25    BP Group are legally appropriate or inappropriate?

FREDRIC QUIVIK, PH.D – DIRECT

04:40   1   **A.**   No.

04:40   2   **Q.**   Are you offering any opinion, one way or another, as to

04:40   3   whether the activities or relationships between BPXP and the

04:40   4   BP Group are normal or abnormal?

04:40   5   **A.**   No.

04:40   6   **Q.**   Does Professor Daines agree with your opinion that the

04:40   7   BP Group has conducted and managed operations in the Gulf of

04:40   8   Mexico, not only BPXP?

04:40   9   **A.**   Yes.

04:40   10   **Q.**   Do you have a slide that shows the key facts on which you

04:40   11   and Professor Daines agree?

04:40   12   **A.**   Yes.

04:40   13          **MR. GLADSTEIN:**  Please bring up D-32914A.

04:40   14   **BY MR. GLADSTEIN:**

04:40   15   **Q.**   Is this the slide?

04:40   16   **A.**   Yes.

04:40   17   **Q.**   What does this slide show?

04:40   18   **A.**   This slide shows the four areas about which

04:40   19   Professor Daines and I agree, that:

04:40   20          BPXP's board does not guide business plans, set

04:40   21   performance, objectives, oversee capital expenditures,

04:40   22   acquisitions or divestments.

04:40   23          That BPXP has no employees.

04:41   24          That more than 2,000 BP Group employees conducted

04:41   25   BPXP's operations in the Gulf of Mexico.

FREDRIC QUIVIK, PH.D. - CROSS

04:41   1          And that the BP Group manages the finances of the
04:41   2    group centrally, and that BPXP does not have its own external
04:41   3    bank account.
04:41   4    Q.    Thank you, Dr. Quivik.
04:41   5          MR. GLADSTEIN:  No further questions at this time,
04:41   6    Your Honor.
04:41   7          THE COURT:  All right.  Mr. Regan.
04:41   8          MR. REGAN:  Thank you, Your Honor.
04:41   9    Matt Regan on behalf of BP, and I have Professor Quivik on
04:42   10   cross-examination.  May I proceed, Your Honor?
04:42   11         THE COURT:  Yes.
        12                         CROSS-EXAMINATION
04:41   13   BY MR. REGAN:
04:42   14   Q.    Professor Quivik, just a few more follow-up questions
04:42   15   about your background.
04:42   16         You were an art major in college; is that correct?
04:42   17   A.    Yes.
04:42   18   Q.    And then you got a Bachelor's Degree in environmental
04:42   19   design from the University of Minnesota?
04:42   20   A.    Yes.
04:42   21   Q.    Your Master's is in historic preservation?
04:42   22   A.    That's correct.
04:42   23   Q.    And you have a Ph.D. in history and sociology of science;
04:42   24   correct?
04:42   25   A.    Yes.

FREDRIC QUIVIK, PH.D. - CROSS

04:42  1  **Q.**   Your specialty is industrial history; correct?

04:42  2  **A.**   Yes.

04:42  3  **Q.**   And I think, as you just confirmed, you are not an expert

04:42  4  in corporate governance.  Correct?

04:42  5  **A.**   That's correct.

04:42  6  **Q.**   You've never attended a meeting of a board of directors of

04:42  7  any public company in your life; correct?

04:42  8  **A.**   That's correct.

04:42  9  **Q.**   You've never been the officer or director of a public

04:42  10  company that's been required to report results to, like, the

04:42  11  SEC or --

04:42  12  **A.**   No.

04:42  13  **Q.**   Is that correct?

04:42  14  **A.**   That's correct, I have not.

04:42  15  **Q.**   Okay.

04:42  16        **MR. REGAN:**  If we could bring up TREX-13209.1.1.

04:43  17  **BY MR. REGAN:**

04:43  18  **Q.**   This is from your background at the University -- at

04:43  19  Michigan Tech, I should say, and we covered a little of this

04:43  20  before.  But you prepared this background; correct?

04:43  21  **A.**   Yes.

04:43  22  **Q.**   And just to cut to the chase in the middle, your prior

04:43  23  testimony often involved cases where there are often few, if

04:43  24  any, living witnesses to the causes of the environmental harm

04:43  25  in past decades; correct?

FREDRIC QUIVIK, PH.D. - CROSS

04:43  1   **A.**   That's correct.

04:43  2   **Q.**   And in those types of cases, you've been accepted as an

04:43  3   expert historian to research and draw conclusions about past

04:43  4   events; correct?

04:43  5   **A.**   Yes.

04:43  6   **Q.**   You've never been admitted as an expert involving

04:43  7   environmental contamination that began ten years prior to the

04:43  8   actual trial of the case; correct?

04:43  9   **A.**   In cases where it was ongoing, but not when it began.

04:43  10  **Q.**   Your focus was always on 50, 60, 70 years earlier, if not

04:44  11  more?

04:44  12  **A.**   In the case of Sterling Corp., it was -- it included a

04:44  13  focus on operations that were going on in the 1970s and '80s.

04:44  14  In the other cases, that's correct.

04:44  15  **Q.**   All right.  So like 1915, 1920, the late 1800s?

04:44  16  **A.**   1930s, 1950s, 1970s.

04:44  17  **Q.**   Okay.  You've used what you call an empirical historical

04:44  18  method to draw -- to draw conclusions about facts leading to

04:44  19  and in response to the *Deepwater Horizon* incident; correct?

04:44  20  **A.**   Yes.

04:44  21  **Q.**   And you say your main focus is to determine what BPXP did

04:44  22  or did not do; right?

04:44  23  **A.**   Yes.

04:44  24  **Q.**   You looked at the discovery record; correct?

04:44  25  **A.**   Yes.

FREDRIC QUIVIK, PH.D. - CROSS

04:44  1   **Q.**   Depositions and documents, as we've already sustained;
04:44  2   correct?
04:44  3   **A.**   Yes.
04:44  4   **Q.**   You looked at briefs that were filed by the parties in the
04:44  5   litigation?
04:44  6   **A.**   Yes.
04:44  7   **Q.**   You reviewed discovery rulings by the Court?
04:44  8   **A.**   Yes.
04:44  9   **Q.**   You reviewed some of Judge Barbier's Phase One and
04:44  10  Phase Two orders; correct?
04:45  11  **A.**   Yes.  I have not seen the Phase Two order.
04:45  12  **Q.**   Fair enough.
04:45  13  **A.**   I've heard about it, but I've not read it.
04:45  14  **Q.**   Me too.
04:45  15        And you also looked at some court cases; correct?
04:45  16  The *Best Foods* case from the United States Supreme Court that
04:45  17  involved direct liability of a parent for a subsidiary in a
04:45  18  CERCLA action, you looked at that; correct?
04:45  19  **A.**   I've looked at that a number of times over the years, yes.
04:45  20  **Q.**   And you used the Supreme Court case to help you understand
04:45  21  what it meant to be an operator; correct?
04:45  22  **A.**   Yes, but not so that I can develop a legal opinion, but to
04:45  23  inform myself of the kinds of facts that an attorney or a judge
04:45  24  would be interested in to make that legal determination.
04:45  25  **Q.**   Now, in some cases where you testified, you believe that

FREDRIC QUIVIK, PH.D. - CROSS

04:45  1  it was necessary to apply speculation as an industrial

04:45  2  historian; fair?  I should say to speculate, make it more --

04:46  3  A.   I -- I'm not sure.  I try to stay away from speculation.

04:46  4  Q.   Okay.  And in this case, it's your testimony that using

04:46  5  your historical approach, you were -- you did not speculate to

04:46  6  reach any of the opinions you've just testified to; correct?

04:46  7  A.   I endeavored not to speculate.

04:46  8  Q.   Right.  And so if you read the testimony of a witness, you

04:46  9  actually relied on the words on the page; right?

04:46  10  A.   Yes.

04:46  11  Q.   You didn't make assumptions about what the witness would

04:46  12  have said to questions the witness wasn't asked; right?

04:46  13  A.   That was my intent, yes.

04:46  14  Q.   You wouldn't have done that; right?  That would be

04:46  15  speculation; right?

04:46  16  A.   I endeavored not do that, yes.

04:46  17  Q.   But, in fact, you did do it, didn't you?

04:46  18  A.   I don't believe I did in my expert reports.  I believe

04:46  19  that there's at least one instance in my deposition testimony

04:46  20  where I used what I would consider some cumbersome language

04:46  21  that could suggest that.

04:47  22  Q.   "Cumbersome language" meaning that you speculated about

04:47  23  what a witness' answer would have been to a question that the

04:47  24  witness wasn't even asked?

04:47  25  A.   That's correct.

FREDRIC QUIVIK, PH.D. - CROSS

04:47   1    Q.   And that's part of your testimony here today, part of your

04:47   2    opinions; right?

04:47   3    A.   It's not in my expert reports.

04:47   4    Q.   Okay.  Let's turn to your findings.

04:47   5            As you just expressed at the end of your testimony

04:47   6    about what you are not doing here, you are not expressing an

04:47   7    opinion that there's anything improper with respect to the

04:47   8    relationships that you've described here between BPXP and the

04:47   9    BP Group; correct?

04:47   10   A.   That's correct.

04:47   11   Q.   Nothing deficient with respect to those relationships;

04:47   12   correct?

04:47   13   A.   I'm not expressing an opinion on that topic.

04:47   14   Q.   Nothing abnormal about those relationships; correct?

04:47   15   A.   Again, I have no opinion on that.

04:47   16   Q.   No opinion that anything BPXP or the BP Group did was

04:47   17   inappropriate; correct?  Is that correct?

04:47   18   A.   That's correct.

04:47   19   Q.   No opinion that BPXP or the BP Group should have done

04:47   20   anything differently than the way you've described it today;

04:47   21   correct?

04:48   22   A.   That's correct.

04:48   23   Q.   No opinion that the corporate governance practices were

04:48   24   either improper, deficient, abnormal, misleading to BPXP;

04:48   25   correct?

FREDRIC QUIVIK, PH.D. - CROSS

04:48  1          **MR. GLADSTEIN:**  Objection.  Compound, Your Honor.

04:48  2          **MR. REGAN:**  Well, I'm trying to move fast.  I can ask

04:48  3  them one at a time, Judge.

04:48  4          **THE COURT:**  Can you answer that or do you need --

04:48  5          **THE WITNESS:**  Yes, I'm not rendering value judgments

04:48  6  on those topics.

04:48  7  **BY MR. REGAN:**

04:48  8  **Q.**  You're not rendering any judgments on that; right?  No

04:48  9  opinion; right?

04:48  10  **A.**  My opinion is only what happened historically in terms of

04:48  11  management of operations, but I'm not expressing a judgment on

04:48  12  those.

04:48  13  **Q.**  And reviewing all of this record, you are not opining that

04:48  14  BP's corporate governance practices were improper; correct?

04:48  15  **A.**  That would be a legal opinion and I'm not offering that

04:48  16  opinion.

04:48  17  **Q.**  And you're not offering any opinions that those practices

04:48  18  are deficient, abnormal, or misleading; correct?

04:48  19  **A.**  Correct.

04:49  20  **Q.**  Now, how many shareholders does BPXP have?

04:49  21  **A.**  It has one common shareholder and the last I checked, it

04:49  22  also has a preferred stockholder.

04:49  23  **Q.**  All right.  It is a wholly-owned subsidiary; correct?

04:49  24  **A.**  Yes.

04:49  25  **Q.**  BP p.l.c. is a public company with tens of thousands of

FREDRIC QUIVIK, PH.D. - CROSS

04:49    1    shareholders; correct?

04:49    2    A.    Many.  I don't know the number.

04:49    3    Q.    Okay.  Dr. Quivik, there's nothing improper about a

04:49    4    shareholder exercising control over a subsidiary company;

04:49    5    correct?

04:49    6    A.    I don't have an opinion on that.

04:49    7    Q.    Do you believe there's anything improper about a

04:49    8    shareholder exercising control over a company?

04:49    9    A.    No.

04:49    10   Q.    And one of the purposes of a wholly-owned subsidiary is so

04:49    11   that the shareholder parent company can control it; correct?

04:49    12   A.    I understand that that's one of the reasons for that

04:50    13   relationship.

04:50    14   Q.    You looked at BPXP's corporate bylaws; correct?

04:50    15   A.    Yes.

04:50    16   Q.    You don't have an opinion that there's anything improper

04:50    17   or unusual about the bylaws; correct?

04:50    18   A.    That's correct.

04:50    19   Q.    You're not opining that the bylaws were ever not followed;

04:50    20   correct?

04:50    21   A.    That's correct.

04:50    22   Q.    Now, one of the functions of a board, to your

04:50    23   understanding, is to look out for the interest of the

04:50    24   shareholder; correct?

04:50    25   A.    That's my understanding, yes.

FREDRIC QUIVIK, PH.D. - CROSS

04:50  1   **Q.**   And the process of looking out for the interest of a

04:50  2   shareholder is different if you just have one shareholder

04:50  3   versus tens or thousands or hundreds of thousands of public --

04:50  4   shareholders like a public company; correct?

04:50  5   **A.**   That's my understanding, yes.

04:50  6   **Q.**   And where there is just one shareholder or two

04:50  7   shareholders, the wholly-owned subsidiary, the shareholders of

04:50  8   that wholly-owned subsidiary, they can determine their own

04:50  9   preferences, implement their own plans, and easily monitor that

04:51  10  subsidiary; right?

04:51  11  **A.**   Yes.

04:51  12  **Q.**   And the activity of that subsidiary can be effectively

04:51  13  directed and monitored by the sole shareholder or its designee;

04:51  14  correct?

04:51  15  **A.**   That's my understanding, yes.

04:51  16  **Q.**   It's entirely appropriate for the wholly-owned

04:51  17  subsidiary's board to be less active than a public company's

04:51  18  board; right?

04:51  19  **A.**   I don't have an opinion on its appropriateness, but I

04:51  20  understand that that would be the case.

04:51  21  **Q.**   You don't have an opinion as to whether it is or is not

04:51  22  appropriate for a wholly-owned subsidiary to be -- board to be

04:51  23  less active than a public company board?

04:51  24  **A.**   It stands to reason, but to the extent that that would be

04:51  25  an expert opinion or a legal opinion, I'm not offering that

FREDRIC QUIVIK, PH.D. - CROSS

04:51  1    kind of opinion.

04:51  2    **Q.**   Okay.  Well, let's look in your report then.

04:51  3    TREX-13210.34.1.

04:51  4           In this section of your first report, you compared

04:51  5    BPXP's board of directors to the activities of BP p.l.c.'s

04:52  6    board of directors; correct?

04:52  7    **A.**   Yes.

04:52  8    **Q.**   But you have every expectation that there would be a

04:52  9    difference; right?

04:52  10   **A.**   I don't have every expectation.  I investigated the

04:52  11   minutes of the two boards to find out what the similarity or

04:52  12   difference was.

04:52  13   **Q.**   So can you explain, then, in this last sentence you say,

04:52  14   "In the large array of documents that BP has produced in this

04:52  15   case, which I review in the next section, I find little

04:52  16   evidence that BPXP's board performs functions with regard to

04:52  17   operations in the Gulf of Mexico that I would expect to see."

04:52  18          Are you an expert in the activities of boards of

04:52  19   directors?

04:52  20   **A.**   I'm not an expert.  I'll go back to -- I think it was a

04:52  21   question that Mr. Gladstein asked me of what the purpose of my

04:52  22   report was and -- and the work that I did, and it was to

04:53  23   understand the management of operations.

04:53  24          And so when I say "I expect to see that," what I mean

04:53  25   is:  Were BPXP managing operations in the Gulf of Mexico, then

FREDRIC QUIVIK, PH.D. - CROSS

04:53  1   I would expect to see that the BPXP board of directors would be
04:53  2   developing a corporate strategy, developing an annual plan, an
04:53  3   annual budget, that sort of thing.  I'm not saying they should.
04:53  4   I'm just saying I'm looking to see if there's that kind of
04:53  5   activity and if there were, I would have reported that.
04:53  6   Q.    Right.
04:53  7   A.    But in this case, I saw none and so I reported that.
04:53  8   Q.    But, Professor Quivik, you have no idea what would be
04:53  9   appropriate or inappropriate for a wholly-owned subsidiary
04:53  10  board overseeing drilling operations in the Gulf of Mexico,
04:53  11  what would be appropriate for them to act on or not act on;
04:53  12  correct?
04:53  13  A.    As I indicated, I'm not opining on what's appropriate; I'm
04:54  14  looking for evidence of management of operations.
04:54  15  Q.    Right.  So the expectation, when we see that phrase in
04:54  16  your report of what you would expect to see, that's what you
04:54  17  would expect to see as a historian just comparing facts, not as
04:54  18  someone trying to make a judgment as to whether there's
04:54  19  anything remotely wrong with what you're describing?
04:54  20  A.    Yes.  As I said in one of my response reports to
04:54  21  Professor Daines, I'm not rendering a value judgment on this.
04:54  22  I'm just looking to see if there is evidence that the BPXP
04:54  23  board is engaged in managing operations.
04:54  24  Q.    Can you identify any wholly-owned subsidiary board in the
04:54  25  world that is more active than BPXP's board?

FREDRIC QUIVIK, PH.D. - CROSS

04:54 1   **A.**   I didn't investigate that, and so I can't.

04:54 2   **Q.**   Now, we heard this phrase in your report.

04:54 3         If we can bring -- stay on that same TREX, but

04:54 4   TREX-13210.49.1.

04:55 5         This is a sentence that I believe you put up and you

04:55 6   were talking about the deposition of Mr. Bray.  Do you see that

04:55 7   in the bottom half of the paragraph?

04:55 8   **A.**   The second highlighted item?

04:55 9   **Q.**   Yes, sir.

04:55 10  **A.**   Okay.  Just a second.  Yes.

04:55 11  **Q.**   So you say that Mr. Bray testified that the BPXP board of

04:55 12  directors did not do these activities which you've testified

04:55 13  about in your -- in your direct; correct?

04:55 14  **A.**   Yes.

04:55 15  **Q.**   You don't know of any wholly-owned subsidiary in the world

04:55 16  that actually would act differently with respect to those

04:55 17  activities; correct?

04:55 18  **A.**   Again, that's not the basis of my analysis.  I was looking

04:55 19  to see if BPXP was engaged in that kind of management of

04:55 20  operations in the Gulf of Mexico, and I found no evidence of

04:55 21  that.

04:55 22  **Q.**   Right.

04:55 23  **A.**   Not because I thought that they should be or shouldn't be,

04:55 24  just looking for that kind of evidence.

04:55 25  **Q.**   So the level of oversight provided by the BPXP board as

FREDRIC QUIVIK, PH.D. - CROSS

04:56  1   would be required and customary in the law, you have no idea
04:56  2   whether their activities were or were not consistent?
04:56  3   **A.**   That's correct.  I didn't investigate that.
04:56  4   **Q.**   You talked about dividends that were paid by BPXP to its
04:56  5   parent companies; correct?
04:56  6   **A.**   Yes.
04:56  7   **Q.**   Now, prior to the April 20th, 2010 Macondo accident, BPXP
04:56  8   was in a positive net asset position; correct?
04:56  9   **A.**   That's my understanding, yes.
04:56  10  **Q.**   And prior to -- and in that positive net asset position,
04:56  11  it had the ability to pay dividends; correct?
04:56  12  **A.**   Yes.
04:56  13  **Q.**   Dividends are a normal thing -- a normal way for an
04:56  14  investor to make a return on an investment; correct?
04:56  15  **A.**   In my vernacular understanding of that, yes.
04:56  16  **Q.**   You have, again, no criticism of BPXP's payment of
04:56  17  dividends prior to April 20th, 2010; correct?
04:56  18  **A.**   That's correct.
04:56  19  **Q.**   And after April 20th, 2010, how many dividends has BPXP
04:56  20  paid to its parent companies?
04:56  21  **A.**   None.
04:56  22  **Q.**   Have you -- did you see, in your extensive review of the
04:56  23  record, a dollar that left BPXP up to its parents since
04:57  24  April 20th, 2010?
04:57  25  **A.**   Not that I'm aware of, no.

FREDRIC QUIVIK, PH.D. - CROSS

04:57  1   Q.   And the declarations of dividends before the accident, you
04:57  2   reviewed the bylaws and there was nothing unusual about that to
04:57  3   you; correct?
04:57  4   A.   I didn't explore unusual, but it didn't strike me as
04:57  5   unusual.
04:57  6   Q.   You testified on direct that the BPXP board had new
04:57  7   obligations after April 20th, 2010, and you saw evidence of
04:57  8   their activity set commensurate with those obligations?
04:57  9   A.   Yes.
04:57 10   Q.   And that included reviewing financial information;
04:57 11   correct?
04:57 12   A.   Yes.
04:57 13   Q.   Reviewing settlement agreements; correct?
04:57 14   A.   Yes.
04:57 15   Q.   Reviewing documents related to the trust --
04:57 16   20 billion-dollar trust that was set up; correct?
04:57 17   A.   Yes.
04:57 18   Q.   You have some statements in your reports about BPXP
04:57 19   developing financial reports after the accident.  Do you recall
04:57 20   those, they're buried in your report somewhere, but the timing
04:57 21   of that?
04:58 22   A.   Yes.
04:58 23   Q.   And it was entirely appropriate for BPXP to start
04:58 24   preparing financial reports after April 20th, 2010, given these
04:58 25   responsibilities that they are managing; correct?

FREDRIC QUIVIK, PH.D. - CROSS

04:58  1   **A.**   Again, given that my use of the word "appropriate" is not

04:58  2   an expert or legal opinion, but at -- with that caveat, I agree

04:58  3   with you.

04:58  4   **Q.**   You're aware of who held the lease -- well, let me ask it

04:58  5   this way.  We'll put up your chart, D-32012.

04:58  6           To confirm, this is an organizational chart that you

04:58  7   created; right?

04:58  8   **A.**   Yes.

04:58  9   **Q.**   Okay.  And we saw this organizational chart in opening

04:58  10  statements in this case and a statement was made, but we don't

04:58  11  see BPXP on this chart; right?

04:58  12  **A.**   That's correct.

04:58  13  **Q.**   Okay.  I want to ask you about a few things where we do

04:58  14  see BPXP that are also in the United States' possession.

04:58  15  You're familiar that there is a lease for Macondo; correct?

04:59  16  **A.**   Yes.

04:59  17  **Q.**   TREX-8502 -- 85002.1.

04:59  18          What legal entity leased the Macondo property, MC252?

04:59  19  **A.**   BP Exploration and Production, Inc.

04:59  20  **Q.**   You're familiar with the fact that royalties are paid by

04:59  21  BP Exploration and Production, Inc., to the federal government;

04:59  22  correct?

04:59  23  **A.**   Yes.

04:59  24  **Q.**   After the accident, are you familiar with who the

04:59  25  United States of America designated as a responsible party

FREDRIC QUIVIK, PH.D. - CROSS

04:59   1   amongst the BP Group?
04:59   2   **A.**   BPXP.
04:59   3   **Q.**   TREX-241460.1.
04:59   4          Have you seen this, the letter on April 28th, 2010,
04:59   5   from the United States Coast Guard?
04:59   6          And if we can just zoom on the top.  That's fine
04:59   7   right there.
04:59   8          This is consistent with your review; correct?
04:59   9   **A.**   Yes.
04:59   10  **Q.**   The notice was sent to BP Exploration and Production,
05:00   11  Inc., as the responsible party; correct?
05:00   12  **A.**   Yes.
05:00   13  **Q.**   And you saw -- we don't have to bring it up -- BPXP
05:00   14  accepted that designation; correct?
05:00   15  **A.**   I don't recall seeing that.
05:00   16  **Q.**   Let's do it quickly.  TREX-240400.1.
05:00   17          Now, we can look at the letterhead.  It's from
05:00   18  James Dupree.  You saw his name, he was one of the witnesses
05:00   19  that you reviewed; correct?
05:00   20  **A.**   Yes.  And now I do remember seeing this letter, yes.
05:00   21  **Q.**   In May of 2010, he was the president of BPX&P; correct?
05:00   22  **A.**   Yes.
05:00   23  **Q.**   He sent a letter on the letterhead of BPX&P to the United
05:00   24  States Coast Guard; correct?
05:00   25  **A.**   Yes.

FREDRIC QUIVIK, PH.D. - CROSS

**Q.** And he accepted on behalf of BPX&P the status of responsible party; correct?

**A.** That's my recollection that that's what the letter says, yes.

**Q.** Okay. 20 billion-dollar trust, you reviewed that; correct?

**A.** I remember reviewing documents about that, yes.

**Q.** TREX-246972.1.

Professor Quivik, which BP entity entered into a trust to provide $20 billion in the summer of 2010?

**A.** BP Exploration and Production, Inc.

**Q.** Do you see that there on the first paragraph of that agreement?

**A.** Yes.

**Q.** Have you seen the complaint in this case?

**A.** Probably.

**Q.** Let's do it quickly.

**A.** Okay.

**Q.** 240925.1.

What BP entity is the defendant in this litigation, Professor Quivik?

**A.** BP Exploration and Production, Inc.

**Q.** You're familiar with the fact that BP Exploration and Production, Inc., spends billions of dollars every year in capital expenditures; correct?

FREDRIC QUIVIK, PH.D. - CROSS

05:01  1   **A.**   I am familiar with the fact that BP spends that much in

05:01  2   capital expenditures and runs them through BPXP, yes.

05:02  3   **Q.**   You -- you looked at BPX&P's financial reports; correct?

05:02  4   **A.**   Yes.

05:02  5   **Q.**   And you saw evidence of payments of billions of dollars in

05:02  6   CAPEX; correct?

05:02  7   **A.**   Yes.

05:02  8   **Q.**   And you saw billions of dollars in OPEX; correct?

05:02  9   **A.**   In what?

05:02  10   **Q.**   Operating expenditures.  Pardon me.

05:02  11   **A.**   Yes.

05:02  12   **Q.**   And in 2013 alone, to cut to it, you saw almost $2 billion

05:02  13   in operating expenses from BPX&P; correct?

05:02  14   **A.**   I don't remember the numbers; I just remember they were

05:02  15   big.

05:02  16   **Q.**   And that level of operating expenses to you was the mark

05:02  17   of a company that was doing a lot of business; correct?

05:02  18   **A.**   Yes.  It's the legal entity in the BP Group that that

05:02  19   business was being run through.

05:02  20   **Q.**   Okay.  You testified about they have no employees, and

05:02  21   we've heard that from a number of lawyers for the United States

05:02  22   about whether BPXP has no employees.  It's true that BPXP has

05:02  23   no payroll; correct?

05:02  24   **A.**   That's correct.

05:02  25   **Q.**   Are you aware of any other oil company that operates

FREDRIC QUIVIK, PH.D. - CROSS

05:03   1   differently in the sense of having a unique payroll for every
05:03   2   subsidiary, or having a common payroll and just some
05:03   3   subsidiaries?
05:03   4   A.   I haven't researched that.
05:03   5   Q.   You agree that the people who are working on the BPXP
05:03   6   assets are charging their time to BPXP?
05:03   7   A.   Well, the people aren't.  It's the -- the people in BP's
05:03   8   finance section -- or function are making the determination
05:03   9   that their time should be charged to BPXP.
05:03   10  Q.   And that work is on behalf of BPXP; correct?
05:03   11  A.   It's being charged to BPXP.
05:03   12  Q.   Well, the work that they're doing that you saw in your
05:03   13  review is work for BPXP; correct?
05:03   14  A.   It's being performed on BPXP assets.  But as -- as those
05:03   15  people describe who they worked for as I look at the
05:03   16  delegations of authority, I would say that they're also working
05:04   17  on behalf of the Gulf of Mexico SPU or now the regional
05:04   18  business unit, the upstream segment.  And that's where they get
05:04   19  their authority to work, that's who they are accountable to.
05:04   20  So they're working on behalf of that entity.
05:04   21  Q.   Professor Quivik, are these workers working on behalf of
05:04   22  BPXP?
05:04   23  A.   Well, as long as we recognize that this is not an
05:04   24  either/or situation, yes --
05:04   25  Q.   Okay.

FREDRIC QUIVIK, PH.D. - CROSS

05:04  1   **A.**   -- they are working for BPXP.

05:04  2   **Q.**   And in your either/or --

05:04  3   **A.**   On behalf of BPXP.

05:04  4   **Q.**   -- you're describing BPXP, which is a legal entity;

05:04  5   correct?

05:04  6   **A.**   Excuse me?

05:04  7   **Q.**   In your either/or, you're describing BPXP, which is a

05:04  8   legal entity; correct?

05:04  9   **A.**   Yeah, that's a legal equity.

05:04  10  **Q.**   And the "or" you're describing is an organizational unit

05:04  11  or a segment or a function; correct?

05:04  12  **A.**   Well, there's also BPAPC, that's their payroll entity.  So

05:04  13  there are a number of entities that we could say they're

05:05  14  working on behalf of.

05:05  15  **Q.**   All right.  So a drilling engineer who is working on

05:05  16  *Thunder Horse*, his time is charged to BPXP, who's that engineer

05:05  17  working for?

05:05  18  **A.**   If he knows where his paycheck comes from, he might say

05:05  19  BPAPC.

05:05  20  **Q.**   I'm asking about the work he's doing.  Whose work?  Who's

05:05  21  he working for?

05:05  22  **A.**   He's working for his immediate supervisor, who would be

05:05  23  someone in the SPU.  And so he's working for the Gulf of Mexico

05:05  24  business unit.

05:05  25  **Q.**   So he's not working for BPXP?

FREDRIC QUIVIK, PH.D. - CROSS

05:05   1   **A.**   I didn't say he's not working for BP -- his time is
05:05   2   charged to BPXP.
05:05   3   **Q.**   All right.  2,300 people in 2014 were having their time
05:05   4   charged to BPXP; correct?
05:05   5   **A.**   I remember a number like that, yes.
05:05   6   **Q.**   Yeah.  And you saw the list of those people; correct?
05:05   7   **A.**   I've seen lists of numbers of people, yes.
05:05   8   **Q.**   Okay.  If we could pull up TREX-240459, and I'd like to
05:06   9   pull up the 2014 tab.
05:06   10          The names have been removed.  But you've seen a chart
05:06   11  like this which listed every row is a different person.  And
05:06   12  then it describes -- if you could go over to the side, Donny,
05:06   13  to J, K, and L.
05:06   14          It describes a position, the job, and an
05:06   15  organizational unit?
05:06   16  **A.**   Yes.
05:06   17  **Q.**   You've seen that; right?
05:06   18  **A.**   Yes.
05:06   19  **Q.**   So we can use one that I think you know.  If we go to
05:06   20  line 22, if you follow me.
05:06   21  **A.**   I can't --
05:06   22  **Q.**   It says --
05:06   23  **A.**   Okay.  You've highlighted it.
05:06   24  **Q.**   It says, "Regional President, Gulf of Mexico."  You know
05:06   25  who that is in 2014; right?

FREDRIC QUIVIK, PH.D. - CROSS

05:06  1   **A.**   That is Richard Morrison.

05:06  2   **Q.**   Right.  Does he work on behalf of XP?

05:06  3   **A.**   It says here he's part of the Gulf of Mexico unit.

05:06  4   **Q.**   Right.  Does he work on behalf of XP, is it yes or no?

05:06  5   Are you saying he doesn't?

05:06  6   **A.**   I'm seeing the column where his time is charged.

05:06  7   **Q.**   All right.  Go back over to -- I think it's B.

05:06  8         It's D.

05:06  9   **A.**   Okay.  I see that his time is being charged to BPXP, yes.

05:06  10  **Q.**   Okay.  Can we call him a BPXP worker?

05:07  11  **A.**   I guess we'd have to ask him.

05:07  12  **Q.**   Okay.  He'll be here next week.

05:07  13  **A.**   Okay.

05:07  14  **Q.**   You also saw a list of officers and directors of BPXP;

05:07  15  correct?

05:07  16  **A.**   Yes.

05:07  17  **Q.**   And was there any officer or director on that list that

05:07  18  you thought was not qualified to be a board of director -- a

05:07  19  member of the board?

05:07  20  **A.**   I don't have an opinion about the qualifications they

05:07  21  should have.

05:07  22  **Q.**   Okay.  You saw that there were financial officers of BPXP

05:07  23  like Randy Latta and Neil Shaw on that list?

05:07  24  **A.**   Yes.

05:07  25  **Q.**   And their work -- they were officers of BPXP and they

FREDRIC QUIVIK, PH.D. - CROSS

05:07  1   acted on behalf of BPXP in that capacity; correct?

05:07  2   A.   Yes.

05:07  3   Q.   And you agree that Richard Morrison, in his role as the

05:07  4   head of GoM, has overseen the management of BPXP's assets;

05:07  5   right?

05:07  6   A.   As the head of the Gulf of Mexico business unit?

05:08  7   Q.   Yes.

05:08  8   A.   Yes.

05:08  9   Q.   If we could pull up TREX-13210.35.1.

05:08  10          We saw right before you testified a video clip of

05:08  11   Steven Bray.  Do you recall that?  Were you in the courtroom,

05:08  12   Professor Quivik?

05:08  13   A.   Yes.

05:08  14   Q.   And Mr. Bray used this phrase over and over again, "to the

05:08  15   best of my personal knowledge."  And before I get to my

05:08  16   questions, as an industrial historian, what does someone saying

05:08  17   "to the best of my personal knowledge" mean to you?

05:08  18   A.   It would mean that he has personal experience of it.

05:08  19   Q.   All right.  Would it mean that his answer is limited to

05:08  20   what he actually knows?  Would you agree with me on that?

05:08  21   A.   Yes.

05:08  22   Q.   Okay.  So in your report, you say that before the Macondo

05:08  23   accident, the board met in person once on December 30th, 2009.

05:08  24   And then you cite Steven Bray; right?

05:08  25   A.   Yes.

FREDRIC QUIVIK, PH.D. - CROSS

05:08   1          **MR. GLADSTEIN:**  Objection, Your Honor.  He did not
05:09   2   read the entire sentence there.
05:09   3   **BY MR. REGAN:**
05:09   4   **Q.**   Okay.  According to the minutes; correct?
05:09   5   **A.**   Yes.
05:09   6   **Q.**   Now, Mr. Bray, he didn't join BPXP until 2009; correct?
05:09   7   **A.**   That's correct.
05:09   8   **Q.**   And he didn't join the board of BPXP until 2009; correct?
05:09   9   **A.**   Correct.
05:09   10  **Q.**   And, in fact, he testified that he did not know what took
05:09   11  place at the BPXP board prior to 2009 because he wasn't there;
05:09   12  correct?
05:09   13  **A.**   He didn't know from experiencing it, but he did talk about
05:09   14  his conversations with his predecessors who served on the board
05:09   15  to find out what they had been doing.
05:09   16  **Q.**   Just to see how we're doing this in terms of the
05:09   17  deposition, let's pull up Steven Bray's deposition, page 316, 9
05:09   18  through 317, 9.
05:09   19          And you read this deposition; right?
05:10   20  **A.**   Yes.
05:10   21  **Q.**   And you told us earlier that it's important for you to
05:10   22  cite your sources so that we can validate your report; correct?
05:10   23  **A.**   Yes.
05:10   24  **Q.**   Now, I'll just read this.  It's two questions and
05:10   25  answers -- three questions and answers.  You saw this in

FREDRIC QUIVIK, PH.D. - CROSS

05:10  1    Mr. Bray's deposition.

05:10  2         "QUESTION:  Now, you were asked a series of questions

05:10  3    earlier today about whether the BPXP board took any

05:10  4    actions in 2005 other than the exhibit you've just

05:10  5    identified?

05:10  6         And you answered the question by saying:

05:10  7         "ANSWER:  To the best of my person knowledge, no."

05:10  8         "QUESTION:  I just want to make sure the record is

05:10  9    clear.  Why is it that you were saying the board did not

05:10  10   take any other action that you could describe based on

05:10  11   personal knowledge?

05:10  12        "ANSWER:  Well, to have personal knowledge, I would

05:10  13   have had to have been there, and I wasn't there in 2005.

05:10  14        "QUESTION:  Were you meaning to imply by your answers

05:10  15   that there was no other action taken by the board in the

05:10  16   year 2005 other than the written consent that's dated

05:10  17   February 11th, 2005?

05:10  18        "ANSWER:  No.  I mean, I was just intending to imply

05:10  19   that I wouldn't know because I wasn't there.

05:11  20        "QUESTION:  Would the same be the case for the

05:11  21   questions you answered along those lines about 2006, 2007,

05:11  22   2008, and 2009, until the point in time that you joined

05:11  23   BP?

05:11  24        "ANSWER:  Yes.  Again, I wasn't there.  I wouldn't

05:11  25   have had personal knowledge."

FREDRIC QUIVIK, PH.D. - CROSS

05:11   1          That was Steven Bray's testimony; correct?

05:11   2   **A.**   Yes.

05:11   3   **Q.**   It would not be fair to cite Steven Bray as a source for

05:11   4   the fact that the BPXP board did not take any actions from 2005

05:11   5   to 2009; correct?

05:11   6   **A.**   I'm trying to remember in his deposition if there was some

05:11   7   follow-up recross examination that addressed that question, and

05:11   8   I believe I was addressing the kind of investigation that he

05:11   9   would have done to understand what those previous activities

05:11   10   would have been.

05:11   11   **Q.**   Uh-huh.  Did you see a question where Mr. Bray was asked,

05:12   12   did you ask people about what happened in 2005, and have him

05:12   13   answer, yes, I did and this is what they told me?

05:12   14   **A.**   I don't remember the details of that back and forth.

05:12   15   **Q.**   Okay.  You also challenged the volume of documents

05:12   16   produced with respect to BPXP's board minutes; correct?

05:12   17   **A.**   I don't understand what you mean by the word "challenged."

05:12   18   **Q.**   Okay.  You -- you made a statement about the fact that

05:12   19   there were no minutes for activities other than dividends prior

05:12   20   to 2009.  Do you recall saying that in your first report?

05:12   21   **A.**   I recall reporting that that was the case, yes.

05:12   22   **Q.**   Did you then learn that actually Judge Shushan had entered

05:12   23   a discovery order about what year cutoff there was for the

05:12   24   production of documents and that that was the reason why you

05:12   25   weren't seeing documents for those years?

FREDRIC QUIVIK, PH.D. - CROSS

05:12   1    **A.**   Yes.

05:12   2    **Q.**   So, again, it would not be fair to suggest that there was

05:12   3    no activity because you don't see documents without recognizing

05:12   4    that there are court orders that govern what documents are

05:13   5    produced in the litigation; correct?

05:13   6    **A.**   Correct.

05:13   7    **Q.**   And it would not be fair as a historian to suggest that

05:13   8    there's -- the absence of information is meaningful when the

05:13   9    participants in the litigation know exactly why there's an

05:13   10   absence of information; correct?

05:13   11   **A.**   Can you repeat that question?   I'm not sure I understand

05:13   12   it.

05:13   13   **Q.**   I -- I couldn't remember it if I tried.

05:13   14         You saw the court order about discovery; correct?

05:13   15   **A.**   Yes.

05:13   16   **Q.**   And you understand now that there is actually a specific

05:13   17   order on what minutes were required to be produced and for what

05:13   18   time periods; correct?

05:13   19   **A.**   Yes.

05:13   20   **Q.**   And you would expect -- want someone to read your reports

05:13   21   in the context of those court orders; correct?

05:13   22   **A.**   Yes.

05:13   23   **Q.**   Segments and legal transition -- almost done here,

05:13   24   Professor Quivik.   Segments and legal entities, I want to turn

05:13   25   to that.

FREDRIC QUIVIK, PH.D. - CROSS

05:13    1         You talked about the organizational structure that
05:13    2    the BP Group has in that it had functions and organizational
05:14    3    units like the Guam business unit; correct?
05:14    4    A.   Yes.
05:14    5    Q.   Okay.  Is there anything wrong with having functional
05:14    6    segments to organize the teams of workers?
05:14    7    A.   Again, I've made no value judgments.
05:14    8    Q.   Are there other multinational companies in the E&P
05:14    9    industry that are organized exactly the same way as BP?
05:14   10    A.   I would say comparably is a better word, yes.
05:14   11    Q.   Let's pull up TREX-13214.1.
05:14   12         This is Professor Daines' report, and you saw this
05:14   13    before; correct?
05:14   14    A.   Yes.
05:14   15    Q.   If I could go to TREX-13214.43.1.
05:14   16         Professor Daines has a chart where he presents a list
05:14   17    of companies, their total assets, their reportable business
05:14   18    segments, and then the number of majority-owned subsidiaries.
05:14   19         And you've seen this before; right?
05:14   20    A.   Yes.
05:14   21    Q.   So we just had a witness here from Chevron, or I guess he
05:15   22    had had some -- Mr. Walkup.  He had worked quite a bit of time
05:15   23    at Chevron before becoming a consultant.  If we just look at
05:15   24    Chevron here, about the middle of the page, maybe we'll just
05:15   25    read it right to left.

FREDRIC QUIVIK, PH.D. - CROSS

05:15    1          Chevron had 164 subsidiaries and two reportable

05:15    2    business segments.  Any reason to dispute that?

05:15    3    A.    No.

05:15    4    Q.    Do you know that Chevron's segments were upstream and

05:15    5    downstream?

05:15    6    A.    I don't know that.

05:15    7    Q.    Okay.  How about Shell?  381 subsidiaries and two

05:15    8    reportable business segments, any reason to dispute that?

05:15    9    A.    No.

05:15   10    Q.    ExxonMobil, 229 subsidiaries, three reportable business

05:15   11    segments.  Any reason to dispute that?

05:15   12    A.    No.

05:15   13    Q.    Is BP's organization, by using reportable business

05:15   14    segments, does it appear to be an outlier in your review as a

05:15   15    historian as you see these facts?

05:15   16    A.    It looks very similar.

05:16   17    Q.    You testified about SFNs, or corporate structured finance

05:16   18    notes.  I'd like to bring up TREX-13243.2.1.  We can bring up

05:16   19    the first page just to orient you, Professor Quivik.

05:16   20    A.    I see it.  Thank you.

05:16   21    Q.    This is one of the documents you reviewed, and I think you

05:16   22    may have testified about this one or one that's similar to it

05:16   23    on your direct.  You're familiar with it?

05:16   24    A.    Yes.

05:16   25    Q.    So let's bring up, then, the -- the easier one to read.

FREDRIC QUIVIK, PH.D. - CROSS

05:16   1          In this corporate structure and finance note, on

05:16   2   page 2, it says internal -- "The internal BP Group management

05:16   3   delegations, set out within the group's DoA" -- and that's

05:16   4   delegation of authority; correct?

05:16   5   A.   Yes.

05:16   6   Q.   -- "do not take precedence over the requirements of

05:16   7   applicable law, contract or the articles of association, bylaws

05:16   8   or other governing documents of the relevant legal entity,

05:16   9   whatever its form (subsidiary company, joint venture,

05:17   10  associate, partnership or other)."

05:17   11         You saw that in your review; correct?

05:17   12  A.   Yes.

05:17   13  Q.   You have no opinion that that guidance that we see right

05:17   14  there was not followed within the BP Group; correct?

05:17   15  A.   I believe that the SFN guidance is a document that, among

05:17   16  other things, helps to ensure that -- that this will take

05:17   17  place.

05:17   18  Q.   Right.

05:17   19  A.   And I'll point out, though, that, again, the focus of my

05:17   20  research analysis was to look at where decisions are made about

05:17   21  which projects to undertake.

05:17   22  Q.   Right.

05:17   23  A.   And -- and so those are made by the segment.  That's where

05:17   24  the decision to commit the group's resources are made.  But

05:17   25  then absolutely, there are people in the tax function, in the

FREDRIC QUIVIK, PH.D. - CROSS

05:17    1    treasury function, in the legal function to make sure that
05:17    2    those decisions are legal, and they don't trump the legal
05:18    3    requirements of any of those subsidary legal entities.
05:18    4    Q.   And you saw not only that there was the policy for that
05:18    5    and that there were the people for that, but you saw that, in
05:18    6    fact, that was what happened, that this guidance as we see in
05:18    7    this document is, in fact, followed?
05:18    8    A.   I've seen documents that show that this was followed, yes.
05:18    9    Q.   Uh-huh.
05:18   10    A.   Again, I didn't --
05:18   11    Q.   And you have no opinion --
05:18   12    A.   -- do a complete study to see that it's always followed,
05:18   13    but I've seen documents.
05:18   14    Q.   Understood.   No opinion that -- or example of this not
05:18   15    being followed; right?
05:18   16    A.   Correct.
05:18   17    Q.   Centralized functions like tax and legal, accounting,
05:18   18    treasury, you have no basis to disagree that that's common to
05:18   19    have in large companies?
05:18   20    A.   Correct.
05:18   21    Q.   General service agreement, you saw that between BPXP and
05:18   22    BPAPC; correct?
05:18   23    A.   Yes.
05:18   24    Q.   An ordinary course document to you?   Something you've
05:18   25    seen --

FREDRIC QUIVIK, PH.D. - CROSS

05:18  1   A.   I've seen that in other cases, yes.
05:18  2   Q.   Right.  Nothing surprising about having a general services
05:19  3   agreement between two subsidiaries, is there?
05:19  4   A.   I was not surprised, no.
05:19  5   Q.   That document has been used in some depositions for the
05:19  6   fact that it was signed by the same person on behalf of two
05:19  7   different companies.  So I'll pull that up, TREX-11964.19.1.
05:19  8          And you've seen this signature page before today;
05:19  9   correct?
05:19  10  A.   Yes.
05:19  11  Q.   And Mr. Mottashed signed on behalf of BP America
05:19  12  Production Company and also on behalf of BP Exploration and
05:19  13  Production Company; correct?
05:19  14  A.   Yes.
05:19  15  Q.   It is not usual for someone who is an officer working on
05:19  16  behalf of two companies to sign an agreement on behalf of both,
05:19  17  is it?
05:19  18  A.   I've seen that in other instances.
05:19  19  Q.   Not unusual, is it?
05:19  20  A.   Well, I haven't studied the extent to which it's usual or
05:19  21  unusual, but I've seen it in other instances.
05:19  22  Q.   Right.  So based on everything you've seen in all your
05:19  23  work, you would agree that it is not unusual for someone who's
05:19  24  an officer on behalf of two companies to sign an agreement on
05:19  25  behalf of both companies; correct?

FREDRIC QUIVIK, PH.D. - CROSS

05:20   1   A.   To the extent that usual is a value judgment, I won't go

05:20   2   there, but I was not surprised.

05:20   3   Q.   Now, in your report and also today, you talked about the

05:20   4   fact that you saw depositions where individuals were not able

05:20   5   to identify the legal entity for whom they were working;

05:20   6   correct?

05:20   7   A.   Correct.

05:20   8   Q.   Now, are you expressing a value judgment about that?

05:20   9   A.   Not a value judgment; only to point out that as they go

05:20   10  about doing their work, knowing the legal structure of the

05:20   11  BP Group is not important.  What they need to know is where

05:20   12  they fit in the organizational structure that BP has set up for

05:20   13  managing operations.

05:20   14  Q.   Did a BP witness testify in deposition that knowing the

05:20   15  legal structure is not important, the words you just used?

05:20   16  A.   No, no, that's -- that's my opinion.

05:20   17  Q.   Right.  Based on reading depositions, right?

05:21   18  A.   Yeah.  I've been able to see that this management system

05:21   19  works very well without people knowing the legal structure.

05:21   20  Q.   So that's your --

05:21   21  A.   Doug Suttles, for instance, is a good example.  He was the

05:21   22  chief operating officer of the upstream segment, but he didn't

05:21   23  understand the legal structure of the BP Group.

05:21   24  Q.   Your interpretation from reading depositions, that's where

05:21   25  you got your opinion; correct?

FREDRIC QUIVIK, PH.D. - CROSS

05:21   1   **A.**   And other documents that BP has produced, such as the SFN

05:21   2   guidance.

05:21   3   **Q.**   Is it unusual for individuals to be confused in

05:21   4   multinational companies about the precise name of the legal

05:21   5   entity they're working for?

05:21   6   **A.**   I have not conducted such a study.

05:21   7   **Q.**   Okay.  So you are a professor at Michigan Tech; correct?

05:21   8   **A.**   Yes.

05:21   9   **Q.**   Public institution owned by the State of Michigan;

05:21   10  correct?

05:21   11  **A.**   Yes.

05:21   12  **Q.**   And at the time of your deposition, you didn't know the

05:21   13  exact legal nature of Michigan Tech's legal existence, did you?

05:21   14  **A.**   That's correct.

05:22   15  **Q.**   Was it unusual for you not to know the legal existence of

05:22   16  your employer?

05:22   17  **A.**   Well, that would be a good example.  I think of myself as

05:22   18  working for Michigan Tech.  And I don't need to know the legal

05:22   19  details of how that's set up.  I know who my department chair

05:22   20  is and who the dean of my college is.  And so that's the

05:22   21  organizational structure I work in.

05:22   22  **Q.**   So do you get your paycheck from your department?

05:22   23  **A.**   I get my paycheck -- well, it's all done electronically

05:22   24  now.  I get it from Michigan Tech.

05:22   25  **Q.**   So you work in a department -- that is, people working on

FREDRIC QUIVIK, PH.D. - CROSS

05:22  1    the same types of projects as you -- but you don't get your
05:22  2    paycheck from the department; right?
05:22  3    A.   That's correct.
05:22  4    Q.   And are you working for Michigan Tech right now?
05:22  5    A.   Yes.  Well, not as I sit in this courtroom.
05:22  6    Q.   So who are you working for as you sit in this courtroom?
05:22  7    A.   I'm working for my consulting business.
05:23  8    Q.   Did you resign your position at Michigan Tech?
05:23  9    A.   No.  I took leave, and I have someone taking my classes
05:23  10   while I'm out of town.
05:23  11   Q.   So you're an employee of two different institutions at the
05:23  12   same time?
05:23  13   A.   Yes.
05:23  14   Q.   And nothing wrong with that?
05:23  15   A.   I hope not.
05:23  16   Q.   I'm not the government.
05:23  17        You're not offering any opinions that the activities
05:23  18   that you describe in your expert reports should be considered
05:23  19   in assessing a Clean Water Act penalty; correct?
05:23  20   A.   Can you repeat the question, please?
05:23  21   Q.   You are not offering any opinion on the question of
05:23  22   whether the Court should consider the activities you describe
05:23  23   in your expert reports in assessing a particular Clean Water
05:23  24   Act penalty; correct?
05:23  25   A.   I'm not -- if your question is am I trying to tell the

05:23  1    judge how he should rule, I'm not doing that, no.

05:23  2    Q.   You're not offering any opinion that there should be

05:24  3    different defendants in this case?

05:24  4    A.   I have -- that sounds like a legal opinion, and I have no

05:24  5    such opinion.

05:24  6    Q.   Okay.  And I just asked you about the question of whether

05:24  7    it might be inappropriate for someone to wear two hats at the

05:24  8    same time.  We can agree there's nothing inappropriate of

05:24  9    wearing two hats at the same time as long as it's clear as to

05:24  10   which hat you're wearing when you're doing a particular

05:24  11   activity; fair?

05:24  12   A.   Again, appropriateness is something that suggests a value

05:24  13   judgment.  And what I've tried to do is document, where I can

05:24  14   ascertain that fact, what hat a person is wearing when he or

05:24  15   she is engaged in a certain activity.

05:24  16   Q.   Well, let me just get a little more specific, and then I

05:24  17   can wrap this up.

05:24  18        This is still on the topic of your assessment of the

05:24  19   knowledge of employees whose depositions you read, okay?

05:24  20   That's the topic.  I want to talk about James Dupree.  We've

05:25  21   mentioned him earlier.  He was the chairman of the BPXP and the

05:25  22   head of GoM from 2010 to 2013; right?

05:25  23   A.   Yes.

05:25  24   Q.   And you don't opine that he was not acting in a role as a

05:25  25   BPXP officer when he was working on GoM assets in 2010 and

FREDRIC QUIVIK, PH.D. - CROSS

| | |
|---|---|
| 05:25 | 1 |
| 05:25 | 2 |
| 05:25 | 3 |
| 05:25 | 4 |
| 05:25 | 5 |
| 05:25 | 6 |
| 05:25 | 7 |
| 05:25 | 8 |
| 05:25 | 9 |
| 05:26 | 10 |
| 05:26 | 11 |
| 05:26 | 12 |
| 05:26 | 13 |
| 05:26 | 14 |
| 05:26 | 15 |
| 05:26 | 16 |
| 05:26 | 17 |
| 05:26 | 18 |
| 05:26 | 19 |
| 05:26 | 20 |
| 05:26 | 21 |
| 05:26 | 22 |
| 05:26 | 23 |
| 05:26 | 24 |
| 05:26 | 25 |

1  2011; correct?

2  A.   Well, I'm not sure what that would mean because of what I

3  understand of the delegations of authority in the BP management

4  system.  When he was working as the SPU leader, he received his

5  delegation of authority from Andrew Inglis in 2010.  And so

6  when he was managing the SPU, he was doing so as part of the

7  segment.

8  Q.   Are you opining that Mr. Dupree was not acting in a role

9  as a BPXP officer when he was working on GoM assets in 2010 and

10  2011?

11  A.   I have seen no documentation that would indicate that that

12  was the case.

13  Q.   No -- to indicate that he was not, in fact -- we have so

14  many negatives there, let me try it one more time.

15  A.   I haven't seen documentation that would indicate that he

16  was acting as a BPXP official.  So, for instance, I am a

17  professor at Michigan Tech, but I'm not wearing my Michigan

18  Tech hat here today.

19  Q.   If we can go to your deposition, Professor Quivik,

20  page 142, line 7 to 10.  142, line 7 to 10.

21        A simple question, Professor Quivik:  Were you asked

22  this question and did you give this answer under oath about

23  90 days ago?

24  A.   Yes.

25  Q.   "QUESTION:  You are not going to be opining that he was

FREDRIC QUIVIK, PH.D. - CROSS

05:26  1    not" --
05:26  2            This is Mr. Dupree --
05:27  3            "QUESTION:  -- "acting in a role as a BPXP officer in
05:27  4       working on GoM assets in 2010 and 2011?
05:27  5            "ANSWER:  That's correct."
05:27  6            Were you asked that question and did you give that
05:27  7    answer?
05:27  8    A.   Yes, I did.
05:27  9    Q.   Okay.  Now, in your second report, you made a statement
05:27  10   about Mr. Dupree, and I'd like to pull that up.
05:27  11           MR. REGAN:  If we go to TREX-13235.11.  So if we
05:27  12   could go to page 12.  I think it's .11 of that report.  There
05:27  13   we go.
05:27  14           Sorry, .13.  Thank you.  And, actually, Donny,
05:27  15   can we just get the whole paragraph there.  Let's just go to
05:27  16   the native document.  There we go.
05:27  17   BY MR. REGAN:
05:27  18   Q.   Now, this is a paragraph where you talk about Mr. Dupree.
05:27  19   You see his name at the top?
05:27  20   A.   Yes.
05:27  21   Q.   And you mention in about four lines down at the time of
05:27  22   his deposition what his title was; correct?
05:27  23   A.   Yes.
05:28  24   Q.   Yes.  And then you say, "When describing the management
05:28  25   organization for the Gulf of Mexico, which included assets held

05:28  1   by BPXP, he did not mention BPXP as part of the organization,

05:28  2   nor did he mention that he was an officer of BPXP."

05:28  3       That's your commentary on his deposition; right?

05:28  4   A.   Correct.

05:28  5   Q.   And then down five more lines, you say, "As with Neil

05:28  6   Shaw, Dupree's lack of awareness of BPXP's role in the Gulf is

05:28  7   not surprising."  And you continue; right?

05:28  8   A.   Yes.

05:28  9   Q.   That's what you wrote; right?

05:28  10  A.   Yes.

05:28  11  Q.   Your statement of his lack of awareness, are you getting

05:28  12  that from somewhere other than the deposition that was taken of

05:28  13  Mr. Dupree?

05:28  14  A.   No.  I think that that's probably poorly worded.

05:28  15  Q.   And, in fact, Professor Quivik, Mr. Dupree was never even

05:28  16  asked the question at his deposition about BPXP; correct?

05:29  17  A.   I don't recall that at all.

05:29  18  Q.   Do you recall at your deposition saying:

05:29  19       "ANSWER:  He was not asked, but what I'm describing

05:29  20       is that it was not on his mind that he was performing that

05:29  21       role."

05:29  22  A.   I do recall saying that, and that's the sort of cumbersome

05:29  23  statement that I --

05:29  24  Q.   Right.  So as an industrial archeologist using your

05:29  25  historical method, you have read a deposition of a witness and

FREDRIC QUIVIK, PH.D - REDIRECT

05:29  1   determined what was his mind because he did not give an answer

05:29  2   to a question he was not asked?

05:29  3   A.   No, I have not determined what was on his mind.

05:29  4   Q.   That's exactly what you told us in your deposition.

05:29  5   A.   Yes, and as I indicated, that was the cumbersome language

05:29  6   that did not convey what I --

05:29  7   Q.   You can agree with me that it would not be appropriate for

05:29  8   you to rest opinions on non-answers to non-questions?

05:29  9   A.   Correct.

05:29  10          MR. REGAN:  Nothing further.

05:29  11          THE COURT:  Redirect?

05:29  12          MR. GLADSTEIN:  Just one, Your Honor.

05:30  13                    REDIRECT EXAMINATION

05:30  14   BY MR. GLADSTEIN:

05:30  15   Q.   Based on the information you have reviewed, does the

05:30  16   BP Group charge BPXP for the time spent by all employees of

05:30  17   other BP Group entities on Gulf of Mexico business?

05:30  18   A.   BP has documented that the time for quite a number of

05:30  19   people has been charged to BPXP, but it has not been able to

05:30  20   document that the time was charged for a number of people and,

05:30  21   for instance, that would include Kevin Lacy, Dave Rainey, I

05:30  22   believe, Doug Suttles, Bob Dudley.

05:31  23          MR. GLADSTEIN:  Thank you.  No further questions,

05:31  24   Your Honor.

05:31  25          THE COURT:  All right.  Thank you, sir.

1    Your next witness is Mr. Ratner?  Is it

2  Dr. Ratner?

3         MS. HIMMELHOCH:  Mister, Your Honor, and he is our

4  last live witness.  And --

5         THE COURT:  He's going to be a while, I imagine?

6         MS. HIMMELHOCH:  He's going to be a while, much

7  longer than the half hour we have left in the day.

8         THE COURT:  Okay.  All right.  So it makes sense just

9  to break now and come back in the morning.  How long do you

10  anticipate his direct will be?

11         MS. HIMMELHOCH:  I believe it's close to two hours.

12  He's our longest witness because he's covering both companies.

13  Close to three.  I apologize.  Three hours.

14         THE COURT:  Remind me, what's the nature of his

15  testimony?

16         MS. HIMMELHOCH:  He is the forensic accountant who

17  will be speaking to the question of the economic impact of the

18  penalty on the violator and one or two other issues related to

19  Anadarko.

20         THE COURT:  Okay.  So --

21         MS. HIMMELHOCH:  For both companies.

22         THE COURT:  So I assume we can expect about half a

23  day tomorrow, it sounds like, huh?

24         MR. REGAN:  It sounds like half a day for direct,

25  so --

05:32  1          THE COURT:  No, she said two hours.

05:32  2          MS. HIMMELHOCH:  No, I -- I was corrected to three.

05:32  3   I apologize --

05:32  4          THE COURT:  Three hours for direct?

05:32  5          MS. HIMMELHOCH:  Yes, Your Honor.  We will try to be

05:32  6   as efficient as --

05:32  7          THE COURT:  Who's going -- who's going to do the

05:32  8   cross?

05:32  9          MR. REGAN:  For BP, I am, Your Honor.

05:32  10         MS. KIRBY:  And for Anadarko.

05:32  11         THE COURT:  I think you need to reassess your direct

05:32  12  testimony tonight.  Three hours sounds --

05:32  13         MS. HIMMELHOCH:  We will take a very close look,

05:32  14  Your Honor.

05:32  15         THE COURT:  You may put the jury to sleep.

05:32  16         MS. HIMMELHOCH:  We recognize the jury of one's

05:32  17  advice.  I think you will note from our presentation, we've

05:32  18  tried to be as efficient as possible.  We will evaluate again

05:32  19  tonight.

05:32  20         THE COURT:  Okay.  All right.  We'll recess now.

05:32  21  Anybody have anything else before we recess?

05:32  22              All right.  We'll see everybody back at 8:00 in

05:32  23  the morning.

05:33  24              (WHEREUPON, the proceedings were concluded.)

       25

1                              *****

2                           __CERTIFICATE__

3          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4    for the United States District Court, Eastern District of

5    Louisiana, do hereby certify that the foregoing is a true and

6    correct transcript, to the best of my ability and

7    understanding, from the record of the proceedings in the

8    above-entitled and numbered matter.

9

10

11                              *s/Jodi Simcox, RMR, FCRR*
                               Jodi Simcox, RMR, FCRR
12                             Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$10 [1]  824/3
$10 billion [1]  824/3
$2 [2]  890/6 953/12
$2 billion [1]  953/12
$20 [1]  952/10
$20 billion [1]  952/10
$200 [1]  824/1
$300 [1]  815/10
$300 billion [1]  815/10

**'**

'80s [1]  938/13
'84 [2]  860/18 861/1
'84 to [1]  860/18
'89 [4]  860/18 861/1 861/3 861/6
'94 [2]  861/6 862/16
'From [1]  920/23

**.**

.11 [1]  973/12
.13 [1]  973/14

**0**

013200 [1]  818/13
085006 [3]  849/4 853/7 863/25
085006.2 [1]  864/8

**1**

10 [7]  816/11 816/11 829/10 877/15
877/16 972/20 972/20
10 billion-dollar [1]  868/18
10-4536 [1]  807/7
10-MD-2179 [1]  807/4
10.1 [1]  873/9
10.1.2 [3]  872/1 873/10 874/1
10.2 [2]  873/8 873/9
1036 [1]  807/16
104 [2]  874/16 874/16
11964.19.1 [1]  967/7
11th [1]  960/17
12 [3]  846/22 891/19 973/12
12.2 [1]  881/7
12435.1.1.US [1]  920/13
12th [2]  818/16 917/19
13 [1]  816/19
13204 [1]  864/12
13204.18.3 [1]  878/8
13204.32.1 [1]  867/21
13204.61 [1]  871/24
13204.82.1 [1]  881/1
13204.82.2 [1]  881/6
13207.28.1 [2]  891/19 892/10
13207.29 [1]  893/7
13209.1.1 [1]  937/16
13210 [1]  917/14
13210.34.1 [1]  945/3
13210.35.1 [1]  958/9
13210.49.1 [1]  947/4
13211 [1]  917/20
13214.1 [1]  963/11
13214.32.1.US [1]  930/15
13214.43.1 [1]  963/15
13235 [1]  917/17
13235.11 [1]  973/11
13243.2.1 [1]  964/18
142 [2]  972/20 972/20
14271 [1]  808/17
15 [5]  814/25 815/11 858/22 877/15
877/16
15-minute [1]  903/18
15th [6]  818/14 889/17 893/16 893/22

895/21 896/7
1800s [1]  938/15
1915 [1]  938/15
1920 [1]  938/15
1930s [1]  938/16
1950s [1]  938/16
1970s [2]  938/13 938/16
1984 [2]  860/23 860/25
1989 [1]  860/23
1997 [4]  857/9 862/20 863/3 863/15

**2**

2,000 [1]  935/24
2,300 [1]  906/3
2.32 [1]  878/9
2.33 [1]  878/9
20 [3]  807/5 906/2 911/2
20 billion-dollar [2]  949/16 952/5
20004 [1]  808/17
20005 [1]  809/10
20006 [1]  809/20
2002 [2]  837/23 875/20
20044 [1]  808/13
2005 [7]  929/8 960/4 960/13 960/16
960/17 961/4 961/12
2006 [1]  960/21
2007 [2]  807/13 960/21
2008 [1]  960/22
2009 [7]  958/23 959/6 959/8 959/11
960/22 961/5 961/20
2010 [29]  807/5 891/8 891/9 894/13
895/19 896/11 896/16 922/9 927/9
929/8 929/10 933/14 933/21 933/21
933/23 948/7 948/17 948/19 948/24
949/7 949/24 951/4 951/21 952/10
971/22 971/25 972/5 972/9 973/4
2011 [8]  892/22 894/13 896/4 929/13
930/4 972/1 972/10 973/4
2013 [5]  893/16 895/21 896/7 953/12
971/22
2014 [11]  818/14 818/16 818/17 889/17
917/15 917/19 917/22 929/13 956/3
956/9 956/25
2015 [2]  807/7 812/2
2020 [1]  809/20
205 [1]  887/7
20th [6]  948/7 948/17 948/19 948/24
949/7 949/24
2179 [1]  807/4
22 [3]  807/7 812/2 956/20
229 [1]  964/10
232798 [1]  853/9
232804 [1]  840/7
232806 [1]  837/14
232806.1.1 [1]  838/9
232808 [1]  839/8
232812 [1]  842/3
232848 [1]  827/3
232848.10.1 [1]  827/8
232857 [1]  843/5
232857.8.1 [1]  843/25
232867 [1]  841/1
240400.1 [1]  951/16
240459 [1]  956/8
240925.1 [1]  952/19
241460.1 [1]  951/3
246972.1 [1]  952/8
25 [2]  815/9 904/2
25 percent [4]  852/6 852/11 852/12
852/13
25 times [1]  922/11
26th [2]  818/17 917/22

275 [1]  810/2
28090 [1]  853/10
28th [1]  951/4

**3**

30 [3]  891/19 892/10 911/2
300 [1]  809/6
30th [1]  958/23
31 [1]  893/7
317 [1]  959/18
31911 [1]  928/22
32012 [1]  950/5
32900 [1]  905/18
32901 [1]  915/11
32902 [1]  916/11
32903 [3]  917/10 918/2 918/3
32904 [3]  919/6 919/7 919/9
32905 [1]  921/19
32906 [1]  922/23
32907 [1]  923/14
32908 [1]  923/24
32909 [1]  925/3
32909.2 [1]  925/14
32910 [1]  928/6
32912 [1]  931/24
32913 [1]  933/7
32913.1 [1]  933/18
32914A [1]  935/13
33150 [1]  814/15
33151 [1]  818/13
33152 [1]  819/8
33153 [1]  821/25
33153.1 [1]  822/25
33153.2 [1]  832/13
33153.3 [1]  836/23
33154 [1]  823/16
33155 [1]  832/21
33156 [3]  845/7 860/2 860/11
33157 [1]  849/2
33161 [1]  901/5
33165 [2]  901/1 902/9
355 [1]  809/23
381 [1]  964/7

**4**

40 [1]  911/2
4400 [1]  809/24
4536 [1]  807/7

**5**

5.1 [1]  867/23
50 [2]  911/2 938/10
500 [1]  810/2
5000 [1]  809/14
504 [1]  810/3
589-7780 [1]  810/3

**6**

6.2.2 [1]  873/17
60 [1]  938/10
6033.92.1.US [1]  922/6
60654 [1]  809/6
655 [1]  809/10

**7**

70 [2]  910/11 938/10
701 [2]  808/23 809/14
70130 [2]  808/23 810/3
70139 [1]  809/15
7611 [1]  808/12
7780 [1]  810/3

**8**

80 [1]  910/11

**8**

85002.1 [1]  950/17
8502 [1]  950/17
88 percent [1]  862/3
8:00 in [1]  977/22

**9**

90 days [1]  972/23
90071 [1]  809/24

**A**

AAPL [1]  853/7
abandon [1]  846/20
abandoned [1]  902/1
abandonment [4]  846/13 870/18 870/22
901/14
ABIGAIL [1]  808/7
ability [7]  826/10 834/17 836/15 873/5
885/2 948/11 978/6
able [5]  825/10 835/21 968/4 968/18
975/19
abnormal [4]  935/4 941/14 941/24
942/18
about [155]  814/25 816/11 816/19
820/17 822/7 822/15 822/16 823/1
823/12 823/14 824/19 825/11 825/12
826/2 826/15 828/21 828/22 829/6
831/21 831/22 831/23 832/16 833/13
838/17 839/18 840/15 840/18 841/8
842/22 843/14 843/15 843/20 843/20
844/3 845/24 847/16 848/19 852/19
852/19 854/7 857/15 857/17 857/21
863/21 864/9 866/1 866/4 866/20
867/20 868/8 869/21 871/1 872/1
873/18 873/24 874/5 874/8 875/12
876/17 877/18 882/21 882/22 883/1
883/4 883/4 884/7 884/10 884/15 887/8
890/15 890/15 894/18 896/22 897/22
898/3 898/3 899/4 899/5 899/16 899/18
900/4 900/24 901/21 902/4 902/10
906/19 906/20 906/21 907/15 909/22
910/4 911/17 911/25 913/13 914/13
919/24 920/6 920/10 926/24 927/3
927/3 927/6 927/8 931/6 931/7 932/22
935/18 936/15 938/3 938/18 939/13
940/11 940/22 941/6 941/14 943/3
943/7 943/17 947/6 947/13 948/4 949/2
949/18 950/13 952/7 953/20 953/22
955/20 957/20 959/13 960/3 960/21
961/12 961/18 961/23 962/14 963/1
963/24 964/7 964/17 964/22 965/20
967/2 968/3 968/8 968/10 969/4 971/6
971/20 972/22 973/10 973/19 973/21
974/16 976/22
above [1]  978/8
above-entitled [1]  978/8
aboveground [1]  826/9
absence [3]  821/2 962/8 962/10
absolutely [2]  885/6 965/25
abstract [1]  855/22
academic [1]  824/8
Academy [2]  857/12 857/15
accepted [2]  938/2 951/14 952/1
access [7]  835/21 836/2 836/6 836/12
836/16 836/16 845/1
accident [6]  934/2 948/7 949/1 949/19
950/24 958/23
accomplish [1]  881/10
accordance [1]  913/22
according [3]  865/4 881/2 959/4
account [3]  821/11 852/3 936/3
accountabilities [1]  926/25

accountability [1]  927/6
accountable [1]  826/15
accountant [1]  976/16
accounting [1]  966/17
accurate [4]  814/7 814/8 893/22 909/10
accused [1]  813/6
achieve [1]  840/19
acquire [2]  900/8 900/11
acquiring [1]  900/4
acquisitions [2]  930/23 935/22
acronym [1]  859/13
across [6]  827/16 831/11 841/10 841/13
841/22 841/23
act [15]  820/2 820/22 821/5 826/13
849/10 851/20 852/1 853/1 856/12
856/13 946/11 946/11 947/16 970/19
970/24
acted [1]  958/1
acting [4]  971/24 972/8 972/16 973/3
action [4]  807/4 939/18 960/10 960/15
actions [3]  876/23 960/4 961/4
activate [1]  886/16
active [47]  819/17 819/25 820/3 820/4
822/11 822/16 822/17 822/19 823/6
823/7 823/7 831/1 832/24 833/11 834/6
836/25 837/8 838/14 838/16 838/19
838/20 839/6 839/20 840/5 840/24
843/4 844/11 845/3 845/9 847/3 848/22
856/15 869/22 880/15 897/4 897/10
899/8 899/14 899/19 899/22 900/12
900/21 902/13 902/16 944/17 944/23
946/25
actively [1]  820/14 832/15 832/16
833/2 834/5 834/9 834/19 835/8 835/11
836/8 836/22 837/3 849/15 854/8
880/12 880/19 885/19 885/24 886/6
886/20 887/24 902/18
activities [28]  817/21 819/18 823/20
834/6 839/2 846/21 877/4 877/8 877/13
877/17 901/9 901/22 901/23 902/2
902/6 929/24 934/20 934/24 935/3
945/5 945/18 947/12 947/17 948/2
961/9 961/19 970/17 970/22
activity [13]  838/15 845/16 877/16
900/10 900/24 900/25 910/10 944/12
946/5 949/8 962/3 971/11 971/15
acts [1]  836/19
actual [5]  887/17 888/3 888/3 934/16
938/8
actually [24]  813/3 813/8 824/4 827/11
829/9 839/16 842/9 846/2 846/18
847/23 848/7 851/5 877/22 883/1
893/23 896/21 897/20 900/22 940/9
947/16 958/20 961/22 962/16 973/14
add [2]  880/2 907/3
added [1]  883/12
adding [1]  827/25
additional [2]  827/25 930/4
address [4]  824/11 882/16 930/4 930/6
addressed [1]  961/7
addressing [1]  961/8
adequate [1]  907/4
admissions [1]  932/9
admit [1]  851/14
admitted [2]  851/14 938/6
adopt [2]  819/1 917/24
adopted [1]  866/23
advantage [1]  836/17
advice [1]  977/17
advise [1]  859/23
advocate [2]  897/6 897/11
advocating [1]  898/6
AES [1]  859/8

AFE [2]  872/12 881/11
affect [3]  830/9 835/20 836/15
affected [2]  887/14 887/19
affecting [1]  930/20
affiliates [1]  878/22
affirmative [4]  849/13 849/21 850/2
850/22
after [23]  822/22 825/3 839/1 848/8
857/18 863/3 869/10 877/20 892/22
894/16 895/10 896/10 896/16 900/5
924/14 929/4 929/11 930/3 948/19
949/7 949/19 949/24 950/24
afternoon [5]  807/18 812/1 812/7 812/15
856/24
again [45]  816/10 830/5 833/23 833/25
834/10 839/15 841/7 845/15 847/25
848/10 851/19 852/4 853/13 853/24
859/2 859/20 860/3 867/17 870/11
871/17 871/24 882/12 885/10 886/19
888/1 888/18 895/25 896/14 896/20
897/8 901/3 904/5 923/6 941/15 947/18
948/16 950/1 958/14 960/24 962/2
963/7 965/15 966/10 971/12 977/8
against [5]  880/7 880/9 897/6 897/12
907/1
agencies [1]  859/23
agency [1]  928/15
ago [3]  873/14 873/21 972/23
agree [24]  859/20 865/10 865/18 877/6
881/24 885/7 885/12 885/15 886/1
886/3 887/16 887/16 887/22 927/10
935/6 935/11 935/19 950/2 954/5 958/3
958/20 967/23 971/8 975/7
agreed [2]  850/7 879/19
agreeing [1]  877/7
agreement [23]  853/8 853/10 853/11
853/12 854/11 863/22 864/4 867/4
867/20 871/25 878/11 880/1 899/4
903/1 903/2 903/4 903/5 932/10 952/13
966/21 967/3 967/16 967/24
agreement's [1]  903/9
agreements [5]  849/1 853/7 864/17
885/18 949/13
ahead [20]  817/25 821/12 831/8 832/4
853/2 854/6 854/15 854/15 875/8 880/5
880/10 908/16 909/15 912/4 913/12
918/22 918/24 919/1 919/1 927/16
aid [1]  914/11
aided [1]  810/8
air [1]  826/10
aligned [1]  840/23
all [114]  812/6 813/10 813/15 813/19
814/20 815/25 817/16 817/25 818/1
819/1 821/11 821/12 822/24 823/23
824/25 825/22 827/1 827/19 829/19
829/24 832/14 838/13 841/10 841/13
841/24 842/19 842/22 843/2 844/11
844/21 849/23 850/6 851/1 851/18
852/18 856/13 857/3 857/21 858/17
862/14 863/1 864/13 864/14 865/3
865/16 867/8 867/19 870/7 871/8
872/14 872/20 873/25 874/15 875/3
876/13 876/25 877/19 877/22 878/13
882/19 883/18 885/5 885/17 886/6
887/21 889/16 892/1 892/7 892/8 892/9
893/22 893/24 894/6 895/14 897/4
897/10 897/24 901/9 901/14 902/11
903/10 903/13 903/19 903/21 904/6
904/11 904/15 912/2 913/21 914/3
914/3 914/20 918/12 926/17 927/10
929/18 930/20 934/1 936/7 938/15
942/13 942/23 955/15 956/3 957/7

Downloaded from...

A

all... [9]  958/19 967/22 969/23 974/17
975/16 975/25 976/8 977/20 977/22
ALLAN [1]  808/21
allocation [1]  820/20
allow [2]  906/25 907/4
allowed [1]  913/7
allows [3]  821/1 833/16 906/22
almost [3]  934/7 953/12 962/23
alone [1]  953/12
along [7]  824/21 824/24 850/6 876/25
892/13 927/15 960/21
already [11]  813/12 820/11 835/15
869/11 869/13 870/10 879/19 885/23
899/12 914/7 939/1
also [31]  815/12 815/14 816/25 821/21
824/15 829/16 840/2 842/15 849/17
849/18 858/17 885/7 885/12 893/3
894/14 899/5 900/23 902/10 902/14
907/3 908/7 927/3 939/15 942/22
950/14 954/16 955/12 957/14 961/15
967/12 968/3
alternative [2]  916/19 918/6
alternatives [7]  825/1 825/4 825/8 825/8
825/10 833/15 853/21
always [7]  825/17 825/17 842/13 854/22
865/10 938/10 966/12
am [8]  821/18 887/16 905/24 927/14
953/1 970/25 972/16 977/9
AMANT [1]  808/22
AMERICA [6]  807/8 808/3 932/19
932/23 950/25 967/11
American [1]  857/21
among [3]  849/15 908/7 965/15
amongst [2]  839/17 951/1
ANADARKO [19]  807/11 807/12 809/17
820/12 820/19 821/15 842/20 849/22
850/4 850/6 850/13 850/17 850/23
852/5 852/11 856/24 896/10 976/19
977/10
Anadarko's [7]  818/23 819/19 819/23
849/9 853/13 854/3 901/18
analysis [19]  815/7 816/23 824/15
845/16 889/10 889/18 889/24 890/10
890/12 892/16 892/17 894/9 895/3
896/9 896/15 896/17 906/24 947/18
965/20
analysts [1]  835/3
analytical [2]  825/21 825/23
analyze [3]  895/6 905/10 907/10
analyzed [3]  907/13 907/14 907/20
analyzing [2]  905/13 913/4
and/or [1]  878/21
ANDRE [1]  808/7
ANDREW [4]  809/3 907/17 918/9 972/5
Angeles [1]  809/24
Anglo [1]  909/23
Anglo-Persian [1]  909/23
announcements [1]  933/14
annual [12]  918/8 919/16 922/1 922/4
922/9 925/10 933/13 933/17 933/21
933/22 946/2 946/3
another [14]  825/13 836/8 836/16 840/8
864/2 876/12 881/6 891/12 900/3
901/16 911/22 934/19 934/23 935/2
answer [17]  833/12 854/14 859/1
866/18 870/13 874/24 880/9 887/6
909/19 915/21 940/23 942/4 958/19
961/13 972/22 973/7 975/1
answered [2]  960/6 960/21
answering [1]  874/25
answers [4]  959/25 959/25 960/14 975/8

anticipate [1]  976/10
any [50]  812/8 817/22 820/7 821/23
824/19 844/8 847/11 850/3 850/8
852/12 852/17 854/1 854/5 856/17
857/6 857/8 857/12 857/21 859/23
868/22 871/12 879/4 882/15 884/13
884/19 887/13 888/16 897/1 897/16
898/11 923/9 926/17 927/18 934/19
934/23 935/2 937/7 937/24 940/6 942/8
942/17 946/24 947/15 953/25 957/17
960/3 960/10 961/4 964/2 964/8 964/11
966/3 970/17 970/21 971/2
anybody [3]  890/15 890/17 977/21
anyone [1]  849/22
anything [12]  829/20 850/3 852/4
892/16 941/7 941/16 941/20 943/7
943/16 946/19 963/5 977/21
anyway [1]  897/11
Apologies [1]  860/5
apologize [5]  869/5 880/23 880/25
976/13 977/3
apology [1]  813/6
apparently [4]  820/13 820/14 866/21
888/8
appear [1]  964/14
Appearances [3]  808/1 809/1 810/1
appears [1]  893/20
appendix [3]  829/21 891/19 899/18
applicable [1]  965/7
applied [3]  815/7 907/6 920/24
apply [4]  884/20 917/4 923/2 940/1
applying [1]  912/23
appoint [1]  882/10
appointed [1]  881/17
appointing [1]  929/24
appointment [1]  932/11
appraisal [2]  874/13 901/24
appraise [4]  874/13 874/19 875/11
876/8
appreciation [1]  927/12
approach [7]  822/6 823/3 824/9 825/21
825/23 832/7 940/5
approaches [1]  822/8
appropriate [10]  913/8 934/25 944/16
944/22 946/9 946/11 946/13 949/23
950/1 975/7
appropriately [2]  834/20 931/16
appropriateness [2]  944/19 971/12
approval [3]  871/4 871/22 872/8
approved [3]  871/10 872/12 873/17
approximately [1]  904/2
APRIL [9]  807/5 927/9 948/7 948/17
948/19 948/24 949/7 949/24 951/4
April 20th [6]  948/7 948/17 948/19
948/24 949/7 949/24
April 28th [1]  951/4
AR01 [1]  928/14
archeologist [1]  974/24
are [202]
area [5]  813/24 825/13 845/20 906/10
906/11
areas [5]  837/5 839/24 888/19 889/9
935/18
aren't [3]  867/16 879/2 954/7
argue [3]  852/19 913/20 914/20
argued [1]  850/13
arguing [1]  850/12 851/4
argument [2]  849/9 852/16
argumentative [1]  880/23
arguments [2]  852/23 913/13
Arnold [7]  821/20 822/23 849/14 849/25
851/3 884/14 901/16
Arnold's [1]  840/20

around [5]  831/14 836/14 848/11 854/19
array [1]  945/14
arrive [2]  909/17 909/19
arrows [1]  926/3
art [1]  936/16
article [26]  827/4 829/10 829/11 829/21
837/14 837/17 837/19 839/9 839/11
839/14 840/8 840/12 840/14 841/2
841/5 841/7 841/8 842/4 842/6 842/8
843/8 843/11 867/22 873/17 892/4
892/15
Article 5 [1]  867/22
articles [10]  844/14 865/19 865/22
865/24 866/1 888/8 888/14 907/22
928/13 965/7
as [179]
ascertain [2]  909/9 971/14
ask [11]  877/19 883/3 884/13 890/18
913/6 917/12 942/2 950/4 950/13
957/11 961/12
asked [31]  814/2 859/22 874/17 874/23
875/2 875/9 875/10 875/14 875/25
876/5 876/6 887/22 887/23 896/18
899/5 900/4 905/3 905/5 905/8 905/10
940/12 940/24 945/21 960/2 961/11
971/6 972/21 973/6 974/16 974/19
975/2
asking [5]  875/4 886/1 898/2 901/20
955/20
aspects [2]  814/11 934/1
assess [1]  908/25
assessed [1]  826/13
assessing [4]  885/20 885/25 970/19
970/23
assessment [3]  841/16 897/17 971/18
Assessments [2]  841/2 841/3
asset [3]  807/13 948/8 948/10
assets [10]  853/21 930/20 954/6 954/14
958/4 963/17 971/25 972/9 973/4
973/25
assist [1]  878/23
assistance [1]  878/14
associate [1]  965/10
associated [5]  834/16 836/14 838/5
894/10 922/12
Associates [1]  815/5
association [2]  865/22 965/7
assume [3]  869/18 898/9 976/22
assumed [3]  875/6 893/21 909/7
assuming [4]  852/14 866/23 868/2
895/25
assumption [1]  896/3
assumptions [1]  940/11
attached [1]  814/5
attempt [1]  878/15
attempting [1]  914/3
attended [1]  937/6
attention [5]  814/24 838/7 839/5 846/7
927/22
attorney [1]  939/23
attorneys [1]  929/20
attribute [2]  828/20 830/11
audit [1]  841/4
auditing [2]  843/15 900/13
August [5]  818/14 893/16 895/21 896/7
917/15
August 15th [4]  818/14 893/16 895/21
896/7
Authentic [1]  840/9
authorities [3]  871/4 883/10 927/8
authority [14]  862/13 916/20 919/11
924/3 925/6 926/6 926/13 926/13 927/6

## A

authority... [5]  954/16 954/19 965/4
  972/3 972/5
authors [2]  838/3 841/9
automatic [1]  872/1 873/1
Avenue [1]  809/23
award [1]  857/20
awards [2]  857/12 857/21
aware [8]  819/22 819/23 821/15 882/15
  900/7 948/25 950/4 953/25
awareness [2]  974/6 974/11
away [1]  940/3
axis [1]  828/17

## B

Bachelor's [1]  936/18
back [16]  860/10 860/13 862/16 866/8
  869/6 901/4 910/13 910/25 926/11
  928/2 931/20 945/20 957/7 961/14
  976/9 977/22
background [6]  814/12 816/21 905/16
  936/15 937/18 937/20
backwards [1]  854/23
backwards-looking [1]  854/23
bad [5]  827/5 836/15 836/19 849/10
  850/11
balance [1]  834/16
balancing [2]  856/12 856/13
bank [1]  936/3
BARBIER [3]  807/19 864/21 891/5
Barbier's [1]  939/9
base [3]  882/18 912/9 912/10
based [11]  824/14 830/17 835/1 851/22
  855/25 870/21 900/15 960/10 967/22
  968/17 975/15
bases [14]  912/12 915/8 916/9 916/15
  916/16 917/6 921/15 922/19 924/2
  924/24 928/2 928/18 931/20 933/3
basically [2]  831/25 850/20
basis [37]  850/22 850/24 850/25 855/2
  917/8 918/4 918/8 918/17 919/5 919/10
  919/15 921/17 921/22 922/1 922/21
  922/25 923/1 923/4 923/21 924/20
  925/1 925/5 925/6 925/10 928/4 928/9
  928/20 929/2 931/22 932/2 932/3 933/2
  933/5 933/9 933/10 947/18 966/18
bat [1]  892/2
be [142]  812/6 818/4 819/15 820/13
  820/19 821/2 821/21 822/3 825/5
  825/10 825/11 825/20 828/19 828/20
  829/22 831/7 831/17 834/5 834/19
  835/6 835/8 839/4 842/13 847/4 849/10
  850/11 851/13 852/2 852/10 852/17
  852/20 852/25 853/24 854/10 854/17
  855/2 855/19 856/5 856/13 856/13
  856/14 862/8 864/10 864/19 864/20
  864/21 864/25 865/6 865/7 865/25
  866/9 866/14 866/22 867/4 867/5 867/7
  868/18 868/19 869/2 869/9 869/13
  869/16 870/13 870/16 870/21 871/9
  871/10 871/21 872/5 872/9 874/25
  877/2 877/18 879/5 879/6 879/8 879/8
  879/9 879/18 880/12 880/19 885/8
  887/4 887/18 888/4 889/7 895/13 902/4
  903/22 904/3 904/3 907/6 908/25
  911/20 913/7 913/14 914/23 918/25
  919/22 920/24 921/10 931/11 939/21
  939/24 940/14 942/15 944/12 944/17
  944/20 944/22 944/22 944/24 945/8
  946/1 946/8 946/11 947/23 947/23
  948/1 954/9 955/22 957/12 957/18
  960/20 961/3 962/2 962/7 962/17

bears [1]  894/5
became [1]  833/8
because [74]  820/18 825/4 825/5
  830/25 832/11 834/14 834/15 835/16
  836/2 839/4 839/19 840/1 841/21
  842/13 842/16 843/13 844/3 844/24
  846/3 849/6 849/22 850/8 850/18
  850/18 850/25 852/16 854/23 858/7
  858/11 864/9 865/8 866/16 867/5
  868/21 869/25 870/13 872/18 872/21
  873/1 873/23 876/11 877/8 879/5 880/3
  880/13 880/17 882/21 883/11 884/8
  885/3 887/5 888/11 890/10 892/21
  893/1 894/5 894/6 894/12 896/13
  896/20 900/16 901/19 908/25 913/16
  918/14 918/25 931/5 947/23 959/11
  960/19 962/3 972/2 975/1 976/12
becomes [2]  856/11 902/2
becoming [4]  838/4 848/8 900/21
  963/23
been [50]  812/19 814/25 815/10 815/12
  816/15 818/22 818/25 821/5 821/6
  833/3 835/1 844/24 845/18 858/10
  859/11 859/22 862/22 862/25 863/4
  863/7 863/15 865/6 865/10 865/14
  866/6 871/7 877/21 889/2 894/25
  898/23 904/22 905/5 905/25 907/13
  907/23 910/25 926/13 937/9 937/10
  938/2 938/6 940/23 956/10 959/15
  960/13 961/10 967/5 968/18 975/19
  975/19
before [38]  807/19 812/8 813/2 814/24
  815/6 816/13 816/19 859/22 864/13
  867/20 868/8 869/23 869/23 871/9
  871/19 871/22 875/17 880/18 892/22
  895/10 895/19 897/1 900/11 917/12
  924/13 929/4 929/10 929/17 937/20
  949/1 958/10 958/15 958/22 963/13
  963/19 963/23 967/8 977/21
began [3]  930/4 938/7 938/9
begin [2]  858/22 877/25
beginning [1]  838/17 869/3
behalf [18]  936/9 952/1 954/10 954/17
  954/20 954/21 955/3 955/14 957/2
  957/4 958/1 967/6 967/11 967/12
  967/16 967/16 967/24 967/25
behavior [3]  820/5 856/6 856/7
behind [1]  823/10
being [23]  826/12 827/20 828/12 833/15
  834/20 836/14 837/24 843/14 849/8
  850/23 855/18 863/23 866/20 870/2
  875/21 885/16 894/19 926/15 953/19
  954/11 954/14 957/9 966/15
belief [2]  828/24 838/18
believe [21]  820/8 844/17 855/16 865/3
  881/21 883/16 884/25 911/19 913/7
  913/20 914/9 918/2 939/25 940/18
  940/18 943/7 947/5 961/8 965/15
  975/22 976/11
believed [1]  909/9
belongs [1]  920/20
below [1]  878/19
bench [1]  818/4
beneficial [2]  856/16 862/9
benefit [2]  840/18 848/20
Berkeley [1]  815/4
besides [1]  890/13
best [16]  827/23 827/24 828/21 831/3
  838/5 856/15 865/4 865/12 865/14
  865/16 866/21 939/16 958/15 958/17

964/14 969/3 969/17 970/18 971/2
  971/2 976/16 976/14 976/10 976/19
  976/17 977/5 977/18
960/7 978/6
963/5 [5]  825/2 846/16 946/7 915/1
  963/10
between [27]  817/6 825/7 825/10 865/9
  867/16 876/4 890/1 891/17 892/4
  894/13 900/20 901/16 903/3 907/25
  924/8 928/9 934/20 934/24 935/3 941/8
  966/21 967/3
beyond [2]  899/25 901/3
BHP [1]  840/18
big [2]  875/22 953/15
bigger [2]  833/20 833/24
billion [7]  815/10 824/3 868/18 949/16
  952/5 952/10 953/12
billions [8]  834/13 834/13 890/6 952/24
  953/5 953/8
Bingham [1]  809/18
bit [11]  816/20 824/7 826/16 827/11
  834/23 842/18 844/20 850/1 863/21
  899/4 963/22
blanks [2]  855/4 855/5
blown [1]  875/24
blowout [10]  872/17 879/25 886/18
  886/21 886/22 907/20 912/8 917/2
  921/25 922/12
board [48]  916/24 921/22 922/2 922/3
  922/10 922/14 924/11 926/1 926/7
  929/2 929/7 929/9 929/12 929/16
  929/22 930/10 930/11 930/19 934/4
  935/20 937/6 943/22 944/17 944/18
  944/22 944/23 945/5 945/6 945/16
  946/1 946/10 946/23 946/24 946/25
  947/11 947/25 949/6 957/15 957/19
  958/23 959/8 959/11 959/14 960/3
  960/9 960/15 961/4 961/16
boards [4]  911/17 912/2 945/11 945/18
Bob [1]  975/22
Bockius [1]  809/22
BOP [2]  887/9 887/25
both [18]  816/12 816/24 817/2 817/3
  817/11 826/4 840/19 845/20 848/21
  852/23 862/10 902/21 902/24 902/24
  967/16 967/25 976/12 976/21
bottom [8]  829/1 829/1 830/1 830/2
  849/12 876/13 896/9 947/7
Box [2]  808/12 808/17
BP [110]  807/10 809/2 812/10 898/9
  905/11 905/13 907/15 907/16 909/6
  909/6 909/6 909/22 910/10 911/12
  911/22 912/7 914/17 914/18 915/25
  916/3 916/17 916/23 916/24 917/3
  917/5 918/5 918/8 919/13 919/16
  919/16 919/24 920/5 920/9 920/24
  921/3 921/11 921/22 922/1 922/2 922/4
  922/10 922/14 922/14 922/21 923/3
  923/17 924/8 924/16 924/22 925/10
  925/12 926/6 926/18 928/9 928/12
  928/13 928/15 932/4 932/9 932/11
  932/15 932/16 932/19 932/20 932/23
  933/12 933/13 933/17 934/21 934/25
  935/4 935/7 935/24 936/1 936/9 941/9
  941/16 941/19 942/25 945/5 945/14
  950/19 950/21 951/1 951/10 952/9
  952/11 952/20 952/22 952/23 953/1
  953/18 956/1 960/23 963/2 963/9 965/2
  965/14 967/11 967/12 968/11 968/12
  968/14 968/23 969/1 972/3 975/16
  975/17 975/18 977/19
BP America [1]  932/23
BP Group [25]  920/9 921/3 921/11
  923/3 923/17 924/22 924/12 934/21
  934/25 935/4 935/7 935/24 936/1 941/9
  941/16 941/19 951/1 953/18 963/2

**B**

BP Group... [6]  965/2 965/14 968/11
968/23 975/16 975/17
BP's [17]  916/21 916/25 917/1 919/11
921/23 921/25 924/4 924/9 924/12
925/7 926/12 928/10 929/3 933/21
942/14 954/7 964/13
BPAPC [5]  932/10 932/19 955/12
955/19 966/22
BPX [5]  951/21 951/23 952/1 953/3
953/13
BPXP [107]  905/13 912/7 916/3 916/23
919/14 921/4 921/10 921/11 923/17
924/9 924/11 924/15 924/17 924/19
924/22 926/14 926/15 927/19 927/20
927/24 928/10 929/7 929/9 929/9
929/12 929/16 929/21 930/10 930/11
932/3 932/5 932/6 932/7 932/10 932/25
933/12 934/20 934/24 935/3 935/8
935/23 936/2 938/21 941/8 941/16
941/19 941/24 942/20 945/25 946/1
946/22 947/11 947/19 947/25 948/4
948/7 948/19 948/23 949/6 949/18
949/23 950/11 950/14 951/2 951/13
953/2 953/22 953/22 954/5 954/6 954/9
954/10 954/11 954/13 954/14 954/22
955/1 955/3 955/4 955/7 955/16 955/25
956/2 956/4 957/9 957/10 957/14
957/22 957/25 958/1 959/6 959/8
959/11 960/3 961/4 966/21 971/21
971/25 972/9 972/16 973/3 974/1 974/1
974/2 974/16 975/16 975/17 975/19
BPXP's [12]  930/19 930/20 935/20
935/25 943/14 945/5 945/16 946/25
948/16 958/4 961/16 974/6
Branch [1]  808/15
BRANDON [1]  808/9
BRANSCOME [1]  809/9
Bray [14]  904/3 904/10 904/12 920/5
929/9 929/14 947/6 947/11 958/11
958/14 958/24 959/6 961/3 961/11
Bray's [3]  959/17 960/1 961/1
Brazil [1]  839/23
Brazilian [1]  839/22
breached [1]  820/12
breadth [2]  839/20 839/24
break [1]  976/9
Brian [1]  932/13
brief [1]  918/25
briefly [3]  822/20 905/22 906/5
briefs [1]  939/4
bring [41]  838/6 847/16 848/4 848/6
848/19 858/21 860/3 860/10 860/11
864/2 867/13 874/15 887/5 905/18
915/11 916/11 917/17 917/20 919/7
920/12 921/19 922/5 922/23 923/14
923/24 925/3 925/14 928/6 928/22
930/15 931/2 931/24 933/7 933/18
935/13 937/16 947/3 951/13 964/18
964/18 964/25
bringing [2]  855/12 867/3
broader [1]  859/10
BROCK [1]  809/9
bronze [1]  813/16
brought [2]  875/20 875/21
BSEE [1]  859/23
Bucknall [1]  933/6
budget [1]  946/3
build [17]  814/16 816/5 819/9 820/8
822/15 823/16 824/13 824/22 828/6
832/2 832/4 833/10 843/16 846/24
847/22 848/4 860/2

building [1]  842/25 843/1
builds [1]  833/6
bunch [1]  865/16
buried [1]  949/20
business [36]  823/23 825/14 825/24
826/18 833/6 833/9 834/3 834/20
836/10 837/22 837/23 844/25 848/19
855/11 861/18 868/20 894/11 906/3
916/18 918/6 930/21 930/22 935/20
953/17 953/19 954/18 955/24 958/6
963/3 963/17 964/2 964/8 964/10
964/13 970/7 975/17
businesses [4]  823/23 841/11 853/22
916/1
buy [2]  824/21 869/5
buy-in [1]  824/21
bylaws [5]  943/14 943/17 943/19 949/2
965/7

**C**

California [1]  809/24
call [39]  812/13 812/16 814/14 816/25
818/12 819/8 821/25 824/22 827/3
827/8 831/15 832/21 836/23 837/13
838/9 839/2 839/8 840/7 841/1 841/11
841/13 842/3 843/5 843/25 845/6 849/2
849/17 850/22 851/10 853/8 872/24
892/19 897/5 900/23 901/1 903/23
927/22 938/17 957/10
call-out [1]  872/24
called [17]  815/17 824/15 826/8 826/22
826/23 826/23 826/24 827/17 828/1
828/4 842/12 849/8 887/12 900/13
920/9 920/9 932/19
called a [1]  826/23
calling [1]  821/15 878/8
calls [5]  834/17 891/24 891/25 903/24
904/18
Caltex [3]  817/5 861/1 861/10
Cambridge [1]  815/5
came [3]  844/22 846/2 862/16
Camp [1]  808/23
can [118]  812/25 819/7 822/3 824/1
825/15 825/20 826/9 827/14 827/20
828/9 828/11 828/19 828/20 828/23
830/9 830/14 832/4 835/19 835/20
835/25 838/12 841/18 843/25 844/7
845/6 846/6 846/24 847/8 851/4 852/19
852/25 858/24 860/10 860/11 862/14
864/2 864/23 866/18 868/8 868/18
868/19 868/21 868/25 869/1 869/5
869/10 870/7 872/15 873/8 873/10
874/15 876/10 876/10 876/11 876/12
876/18 877/2 877/6 877/20 880/2 880/2
880/19 884/2 884/12 885/17 890/9
896/12 896/18 896/20 899/18 899/21
901/22 902/8 902/23 903/9 907/6
908/16 913/14 913/20 913/21 914/7
914/11 914/19 914/20 919/5 919/9
919/19 920/15 925/25 927/12 930/25
931/2 931/9 931/13 939/22 942/2 942/4
943/11 944/8 944/12 945/13 946/24
947/3 951/6 951/17 956/19 957/10
959/22 962/11 964/18 970/20 971/8
971/13 971/17 972/19 973/15 975/7
976/22
can't [16]  821/10 832/2 835/18 835/23
852/7 868/9 872/20 873/3 882/18
889/13 896/9 896/13 899/15 902/1
947/1 956/21
cannot [1]  930/20
capabilities [2]  833/11 934/1
capacity [2]  848/13 958/1

CAPEX [1]  953/6
capital [5]  895/11 895/7 877/18 894/7
894/7 894/9 894/11 895/11 930/13
930/23 935/21 952/25 953/2
capture [2]  847/20 855/24
captured [1]  856/4
capturing [1]  899/14
care [1]  828/21
career [6]  816/21 817/12 858/4 859/10
859/10 860/25
careful [1]  853/24
CARL [1]  807/19
carry [3]  836/20 872/11 873/15
case [61]  814/2 819/2 819/8 819/24
823/4 830/5 840/18 842/20 846/19
847/10 847/25 848/7 848/10 850/12
850/22 850/25 854/4 854/10 854/12
855/3 855/22 855/23 859/22 862/3
879/5 883/17 897/21 897/22 897/23
898/3 901/19 905/4 905/9 907/10
908/23 909/3 910/8 910/14 911/6
911/22 911/23 912/25 912/25 914/4
914/6 914/10 927/9 938/8 938/12
939/16 939/20 940/4 944/20 945/15
946/7 950/10 952/15 960/20 961/21
971/3 972/12
cases [26]  821/4 830/3 845/21 881/14
906/4 907/6 907/12 908/1 908/2 908/7
908/24 910/9 910/15 910/17 910/23
910/23 911/2 912/14 912/18 937/23
938/2 938/9 938/14 939/15 939/25
967/1
CASEY [1]  808/6
cash [1]  834/17
casing [3]  901/12 901/12 901/12
catalyzed [2]  833/6 837/22
categories [3]  837/1 891/8 897/2
category [1]  896/4
cause [1]  851/5
caused [1]  897/25
causes [1]  937/24
causing [1]  821/6
caveat [1]  950/2
caveats [3]  873/5 873/19 873/24
cementing [2]  901/13 901/13
center [1]  816/22
central [1]  912/6
centralized [9]  885/8 885/13 917/3 920/5
920/7 920/8 923/1 929/19 966/17
centrally [1]  936/2
Centrecorp [3]  908/3 911/6 912/25
CERCLA [1]  939/18
certain [11]  835/14 865/4 867/13 885/3
885/5 885/5 888/19 889/4 889/9 934/13
971/15
certainly [6]  838/2 840/23 850/13 861/13
871/14 899/15
CERTIFICATE [1]  978/2
certify [1]  978/5
chain [3]  924/8 928/9 928/12
chains [1]  925/21
chair [2]  857/19 869/19
chairing [1]  815/15
chairman [1]  971/21
CHAKERES [1]  808/9
challenge [7]  823/21 824/6 824/10
824/11 836/14 868/22 910/7
challenged [2]  961/15 961/17
challenges [1]  823/19
chance [1]  826/12
chances [1]  824/2
change [12]  827/14 831/11 835/18
835/19 854/23 867/2 867/14 873/3

C

change... [4]  894/20 894/25 895/4 895/8
changed [2]  863/20 895/1
changes [3]  890/3 896/15 897/1
changing [2]  839/9 854/24
Characters [1]  914/10
charge [2]  858/10 975/16
charged [9]  954/9 954/11 955/16 956/2
956/4 957/6 957/9 975/19 975/20
charging [1]  954/6
chart [12]  828/25 829/2 925/17 926/3
928/13 932/11 950/5 950/6 950/9
950/11 956/10 963/16
charter [1]  933/15
charts [2]  919/16 925/11
chase [1]  937/22
check [2]  812/14 864/14
checked [2]  904/4 942/21
Chevron [18]  816/20 817/7 839/16
839/22 840/18 841/4 857/8 860/18
860/23 861/2 861/2 862/16 862/23
863/3 963/21 963/23 963/24 964/1
Chevron's [4]  816/21 841/10 845/19
964/4
Chicago [1]  809/6
chief [5]  907/17 914/16 926/7 934/3
968/22
choice [6]  825/9 825/12 827/24 920/18
920/20 920/22
choices [1]  848/5
choose [1]  825/10
chose [3]  832/3 839/7 843/13
circulating [2]  885/20 885/25
circumstance [1]  867/14
circumstances [1]  855/17
citations [1]  907/4
cite [15]  837/17 837/19 839/11 839/14
840/12 840/14 841/5 841/7 842/6 842/8
843/11 888/8 958/24 959/22 961/3
cited [3]  829/10 829/12 829/20
cited in [1]  829/20
Civil [2]  807/4 808/15
claim [1]  889/7
classes [1]  970/9
classify [1]  826/12
clean [12]  820/2 820/22 821/5 826/13
840/9 849/10 851/20 852/1 853/1
887/12 970/19 970/23
clear [10]  825/12 844/6 847/4 877/18
877/20 887/13 889/25 911/21 960/9
971/9
client [1]  883/19
clients [2]  814/23 857/10
clip [1]  958/10
close [5]  854/16 889/14 976/11 976/13
977/13
closer [1]  812/25
co [1]  854/7
co-owners [1]  854/7
Coast [4]  922/16 933/24 951/5 951/24
cognizant [1]  927/14
collaborated [1]  883/22
collaborates [1]  842/2
collaboration [1]  844/25
collaborative [1]  899/17
collar [1]  886/7
collect [1]  825/3
collected [4]  893/20 893/23 893/24
896/2
collectively [1]  838/14
college [3]  906/9 936/16 969/20
Columbia [1]  906/8

column [1]  957/6
column [1]  957/6
combination [1]  819/24
come [10]  833/14 834/2 868/8 869/1
869/10 870/7 898/22 898/25 914/1
976/9
comes [2]  901/17 955/18
coming [1]  913/16
command [1]  925/21
commensurate [1]  949/8
commentary [1]  974/3
comments [2]  927/3 927/3
commercially [1]  877/24
commit [4]  847/22 920/3 921/7 965/24
committed [1]  895/11
committee [5]  815/17 922/3 922/15
933/15 934/4
committees [4]  815/15 815/16 922/3
922/3
common [18]  815/2 823/25 824/9 824/9
825/14 826/25 837/9 848/20 855/2
881/14 891/1 917/4 923/2 923/4 923/8
942/21 954/2 966/18
commonly [3]  827/17 828/19 891/2
community [3]  815/15 834/25 835/4
companies [29]  816/8 817/1 830/9
833/24 836/17 839/17 839/20 842/11
842/19 844/7 854/18 865/9 867/12
879/17 907/22 911/17 912/1 948/5
948/20 963/8 963/17 966/19 967/7
967/16 967/24 967/25 969/4 976/12
976/21
company [21]  827/15 827/15 837/21
839/23 847/11 847/18 848/11 921/4
937/7 937/10 942/25 943/4 943/8
943/11 944/4 944/23 953/17 953/25
965/9 967/12 967/13
company's [1]  944/17
comparably [1]  963/10
compared [1]  945/4
comparing [1]  946/17
competition [1]  836/12
competitive [2]  836/10 836/17
complaint [1]  952/15
complete [5]  846/18 871/1 871/2 871/16
966/12
completed [1]  841/23
completeness [1]  930/25
completion [4]  846/12 870/18 870/22
927/24
completions [6]  817/10 835/24 924/18
925/18 932/6 932/11
complicated [1]  842/10
comply [1]  818/23
composition [1]  929/16
Compound [1]  942/1
compromises [2]  867/12 867/15
compute [1]  891/6
computer [1]  810/8
computer-aided [1]  810/8
concede [1]  887/16
concentration [1]  814/1
concept [2]  824/14 830/8
concepts [1]  826/20
concerning [5]  821/16 821/22 823/4
832/8 844/15
concerns [1]  930/5
conclude [2]  929/21 930/9
concluded [3]  929/23 930/11 977/24
conclusion [3]  822/23 931/6 931/7
conclusions [5]  906/21 907/2 907/5
938/3 938/18
conditions [5]  872/19 872/20 873/2

886/23 897/19
conduct [4]  837/7 841/16 847/7 897/17
906/14 906/15
conducted [7]  889/18 912/7 916/4
923/18 935/7 935/24 969/6
conducts [1]  915/25
Conference [1]  844/23
configurations [1]  835/20
confirm [2]  813/2 950/6
confirmed [1]  937/3
conflict [1]  909/1
confuse [1]  842/18
confused [1]  969/3
confusing [3]  842/13 866/14 879/6
Congress [3]  852/7 852/24 852/24
connection [1]  863/7
conscious [1]  822/11
consent [2]  929/7 960/16
consider [9]  821/9 859/18 863/16
864/17 884/20 924/17 932/5 940/20
970/22
considered [1]  970/18
considering [1]  852/2
consistent [14]  827/16 842/1 865/6
865/10 865/14 874/1 879/3 882/1 882/5
889/2 894/1 912/14 942/2 951/8
consistently [1]  842/14
construction [2]  857/15 894/15
consultant [4]  813/23 863/4 863/7
963/23
consultants [1]  878/21
consulting [10]  814/22 816/11 816/19
847/2 847/4 853/18 866/11 900/16
906/2 970/7
contain [1]  865/11
contains [1]  865/4
contamination [1]  938/7
contemporary [1]  881/22
contended [1]  863/6
contends [1]  849/15
context [12]  859/8 866/17 872/22
875/10 876/1 876/1 876/5 876/19 877/1
887/21 892/3 962/21
contingent [1]  873/2
continue [6]  834/1 851/16 853/2 856/15
918/24 974/7
continued [2]  863/19 915/5
continues [1]  880/18
continuity [2]  881/19 881/21
contract [12]  847/24 850/15 861/17
864/19 864/20 866/24 872/23 875/20
876/25 878/18 903/10 965/7
contractor [2]  868/4 887/4
contractors [2]  843/16 878/21
contracts [4]  853/25 854/10 867/9
867/15
contractual [1]  866/22
contradict [1]  851/9
contrary [2]  840/22 840/22
contribute [1]  885/2
contributed [2]  815/14 857/10
contributing [1]  843/9
contribution [1]  840/24
contributions [1]  840/16
control [5]  850/15 868/4 943/4 943/8
943/11
conventional [1]  862/4
conversation [1]  841/19
conversations [4]  877/2 883/22 883/25
959/14
converted [1]  886/7
convey [1]  975/6
conveyed [1]  863/17

**C**

copies [1] 818/19
Corp [1] 938/12
corporate [13] 816/22 911/16 911/19
911/21 919/21 934/11 937/4 941/23
942/14 943/14 946/2 964/17 965/1
corporation [3] 807/12 809/18 929/24
corporations [4] 907/25 908/4 916/23
919/13
correct [159] 813/4 813/5 862/21 862/24
863/5 863/9 865/2 878/1 878/1 883/8
888/9 890/20 891/23 893/12 893/14
895/5 895/22 908/22 909/4 909/11
909/19 931/13 936/16 936/22 936/24
937/1 937/4 937/5 937/7 937/8 937/13
937/14 937/20 937/25 938/1 938/4
938/8 938/14 938/19 938/24 939/2
939/10 939/15 939/18 939/21 940/6
940/25 941/9 941/10 941/12 941/14
941/17 941/17 941/18 941/21 941/22
941/25 942/14 942/18 942/19 942/23
943/1 943/5 943/11 943/14 943/17
943/18 943/20 943/21 943/24 944/4
944/14 945/6 946/12 947/13 947/17
948/3 948/5 948/8 948/11 948/14
948/17 948/18 949/3 949/11 949/13
949/16 949/25 950/12 950/15 950/22
951/8 951/11 951/14 951/19 951/21
951/24 952/2 952/6 952/25 953/3 953/6
953/8 953/13 953/17 953/23 953/24
954/10 954/13 955/5 955/8 955/11
956/4 956/6 957/15 958/1 959/4 959/6
959/7 959/8 959/9 959/12 959/22 961/1
961/5 961/16 962/5 962/6 962/10
962/14 962/18 962/21 963/3 963/13
965/4 965/11 965/14 966/16 966/20
966/22 967/9 967/13 967/25 968/6
968/7 968/25 969/7 969/10 969/14
970/3 970/19 970/24 972/1 973/5
973/22 974/4 974/16 975/9 978/6
corrected [1] 977/2
correctly [2] 856/4 872/18
correlated [1] 881/20
correspondence [2] 907/16 907/17
cost [4] 824/1 873/4 873/18 881/20
costs [2] 836/4 852/13
could [60] 814/14 816/5 818/12 819/8
819/13 820/19 821/25 822/15 822/25
823/16 824/13 827/3 827/8 827/9 827/9
832/13 832/21 833/10 834/7 836/23
837/13 838/9 839/8 840/7 841/1 842/3
843/5 844/4 848/3 849/2 854/9 855/13
855/18 856/5 860/3 865/19 865/21
866/9 869/25 872/24 879/5 879/8 879/9
885/10 896/12 900/23 901/1 902/6
902/9 920/12 922/5 937/16 940/21
955/13 956/8 956/12 958/9 960/10
963/15 973/12
couldn't [1] 962/13
count [2] 880/7 880/9
counting [1] 898/18
countries [1] 815/9
couple [5] 837/20 839/15 854/18 873/2
873/5
course [4] 856/8 931/15 931/15 966/24
court [24] 807/1 810/2 812/4 821/10
842/18 852/3 903/20 905/3 905/8
905/23 906/5 910/2 912/25 939/7
939/15 939/16 939/20 962/4 962/14
962/21 970/22 978/4 978/4 978/12
Court's [2] 818/23 838/7
courtroom [4] 927/1 958/11 970/5 970/6

courts [2] 912/24 914/9
cover [1] 881/11
covered [5] 831/10 848/23 848/23
856/19 937/19
covering [2] 822/4 976/12
created [7] 825/2 882/16 907/13 907/15
907/21 919/23 950/7
credibility [4] 908/21 909/3 909/8 910/1
credible [2] 909/7 909/11
Credit [6] 890/13 890/15 890/17 891/6
891/18 891/20
Credit Suisse [6] 890/13 890/15 890/17
891/6 891/18 891/20
criteria [1] 887/2
critical [1] 839/2
criticism [1] 948/16
criticizing [1] 862/10
cross [7] 856/22 899/25 901/3 902/10
936/10 936/12 977/8
cross-examination [3] 856/22 936/10
936/12
culpability [6] 818/24 820/10 821/8
829/20 853/14 898/7
culture [4] 840/17 842/25 843/1 843/16
cumbersome [4] 940/20 940/22 974/22
975/5
current [8] 814/9 815/3 819/21 826/10
854/24 865/11 881/19 882/8
currently [1] 881/25
curves [3] 828/25 830/1 830/4
customary [1] 948/1
cut [2] 937/22 953/12
cutoff [2] 897/2 961/23
CV [1] 910/16
cycle [1] 834/3
cycles [2] 854/20 876/11
CYNTHIA [1] 808/22

**D**

D-31911 [1] 928/22
D-32012 [1] 950/5
D-32900 [1] 905/18
D-32901 [1] 915/11
D-32902 [1] 916/11
D-32903 [3] 917/10 918/2 918/3
D-32904 [3] 919/6 919/7 919/9
D-32905 [1] 921/19
D-32906 [1] 922/23
D-32907 [1] 923/14
D-32908 [1] 923/24
D-32909 [1] 925/3
D-32909.2 [1] 925/14
D-32910 [1] 928/6
D-32912 [1] 931/24
D-32913 [1] 933/7
D-32913.1 [1] 933/18
D-32914A [1] 935/13
D-33150 [1] 814/15
D-33151 [1] 818/13
D-33152 [1] 819/8
D-33153 [1] 821/25
D-33153.1 [1] 822/25
D-33153.2 [1] 832/13
D-33153.3 [1] 836/23
D-33154 [1] 823/16
D-33155 [1] 832/21
D-33156 [2] 845/7 860/2
D-33157 [1] 849/2
D-33161 [1] 901/5
D-33165 [2] 901/1 902/9
D.C [4] 808/13 808/17 809/10 809/20
Daines [12] 911/13 911/24 929/15 930/9
932/14 934/6 934/10 935/6 935/11

935/19 946/21 963/16
936/18 937/4 962/4 963/12
Dairy [2] 912/14 912/17
damage [2] 835/23 836/3
DANIELLE [1] 808/12
data [5] 863/17 890/13 890/23 893/19
893/23
date [5] 814/7 895/25 896/1 896/2
896/25
dated [2] 893/15 960/16
dates [2] 892/12 892/21
Daubert [2] 813/3 813/7
Dave [1] 975/21
day [7] 807/18 861/13 861/13 893/25
976/7 976/23 976/24
days [2] 846/6 972/23
deal [2] 890/18 896/4
dealing [3] 820/21 835/11 851/19
dealt [2] 884/3 884/5
dean [3] 912/14 912/17 969/20
Dean/Dairy [2] 912/14 912/17
decades [2] 828/9 937/25
December [3] 896/11 896/16 958/23
December 2010 [1] 896/16
December 30th [1] 958/23
decide [6] 819/16 828/4 875/18 913/21
913/21 921/8
decided [2] 841/14 877/24
decides [1] 852/24
deciding [4] 827/23 886/14 886/16 921/4
decision [48] 814/20 815/7 815/13 816/3
817/18 822/6 822/7 822/9 822/11
822/11 822/12 823/1 823/3 823/7 823/9
823/9 823/14 824/15 824/15 824/15
824/22 824/24 825/13 825/15 825/19
826/16 826/17 828/5 828/5 828/10
828/14 828/15 828/18 828/21 829/3
830/10 831/2 831/23 832/7 868/25
875/21 878/6 888/21 888/21 920/10
921/6 921/7 965/24
decision-making [3] 817/18 823/1 832/7
decisions [44] 814/23 815/5 819/25
822/13 823/21 824/3 824/6 824/17
825/16 825/24 827/18 827/20 828/12
830/14 830/20 830/22 831/11 831/14
831/16 832/5 848/2 856/1 885/2 885/4
885/5 885/5 885/6 885/8 885/9 885/13
885/14 894/18 901/10 901/10 901/15
913/1 919/24 920/2 920/4 930/20
931/15 931/15 965/20 966/2
declarations [1] 949/1
decline [1] 848/13
dedicated [1] 933/25
deep [1] 848/11
deeper [2] 833/25 847/12
deepwater [49] 807/4 807/15 807/15
814/4 816/8 816/10 816/12 817/21
819/18 823/20 833/4 833/5 833/7 833/8
833/21 834/1 834/6 834/11 834/12
835/14 835/16 835/25 836/5 836/10
836/10 837/10 837/15 838/2 839/10
839/21 839/23 847/7 847/19 848/11
853/8 855/8 862/25 868/17 877/4
877/14 877/23 882/17 889/15 890/2
890/4 895/15 925/20 926/1 938/19
default [1] 864/8
defendant [1] 952/20
defendants [1] 971/3
deficient [3] 941/11 941/24 942/18
define [3] 828/21 831/19 876/23
defined [4] 831/24 876/17 889/4 899/9
defining [1] 877/17
definitely [2] 830/11 887/11

D

definition [7]  827/24 827/25 828/3 832/2 878/17 889/5 889/6
definitive [2]  865/13 865/15
degree [2]  823/6 936/18
degrees [2]  851/22 906/7
delay [1]  860/5
delegated [1]  926/13
delegation [2]  965/4 972/5
delegations [9]  916/20 919/11 924/3 925/6 926/6 926/12 954/16 965/3 972/3
demonstrate [3]  831/2 837/7 899/8
demonstrates [1]  839/20
demonstrating [1]  831/6
demonstrative [3]  860/2 915/7 927/19
department [10]  808/4 808/14 905/10 905/24 913/15 932/9 969/19 969/22 969/25 970/2
depend [1]  870/14
depending [1]  870/14
deposition [51]  814/9 851/14 858/13 858/21 863/10 863/11 866/8 874/15 875/5 875/10 875/15 876/5 876/18 881/13 883/16 887/5 887/11 888/2 888/2 888/18 889/4 893/21 903/25 904/1 904/7 904/10 904/12 907/14 908/8 919/17 928/16 929/14 932/24 933/15 940/19 947/6 959/17 959/17 959/19 960/1 961/6 968/14 969/12 972/19 973/22 974/3 974/12 974/16 974/18 974/25 975/4
depositions [7]  910/1 939/1 967/5 968/4 968/17 968/24 971/19
depth [9]  817/15 845/17 845/25 846/4 858/1 858/3 870/14 870/15 870/15
derived [1]  918/8
describe [6]  822/18 841/9 954/15 960/10 970/18 970/22
described [6]  909/12 910/20 920/17 922/17 941/8 941/20
described: [1]  841/17
described: strengths [1]  841/17
describes [2]  956/12 956/14
describing [7]  907/18 946/19 955/4 955/7 955/10 973/24 974/19
design [46]  826/17 826/17 828/2 830/5 830/14 830/20 830/21 831/7 831/14 831/21 832/11 845/24 845/25 846/7 846/8 846/22 868/7 868/8 869/14 869/15 869/22 870/10 870/11 870/12 870/18 870/19 870/19 870/20 870/22 870/23 870/23 871/1 871/3 886/24 887/1 887/14 887/19 888/4 900/24 901/10 901/12 901/13 901/14 901/15 901/15 936/19
design's [1]  869/13
designated [1]  950/25
designation [1]  951/14
designed [3]  870/3 896/21 925/23
designee [1]  944/13
designs [1]  871/9
detail [3]  824/19 831/14 832/6
detailed [2]  831/21 900/22
details [2]  961/14 969/19
determination [2]  939/24 954/8
determine [2]  938/21 944/8
determined [4]  820/20 852/10 975/1 975/3
deterrence [1]  849/18
detrimental [2]  840/21 849/16
develop [11]  816/16 847/8 853/21 874/13 874/19 875/11 875/23 876/9

906/25 909/20 939/22
developed [3]  909/24 930/3 931/6
developing [4]  891/14 946/2 946/2 949/19
development [30]  824/2 824/3 831/17 831/18 831/19 832/1 834/14 840/3 842/21 844/7 845/18 845/21 868/11 868/12 868/19 875/12 876/15 877/5 877/5 877/12 877/20 877/25 878/3 878/13 878/16 879/20 879/21 901/24 902/7 902/21
diagram [1]  827/1
dialogue [1]  865/9
did [97]  813/11 814/11 818/9 818/11 822/1 822/2 823/13 832/7 832/18 833/10 837/17 837/18 837/19 839/11 839/13 839/14 839/19 840/12 840/13 840/14 841/5 841/7 842/6 842/7 842/8 843/11 843/14 845/3 848/18 849/18 852/8 858/13 863/24 874/23 883/19 883/20 890/19 890/21 891/5 891/11 891/12 892/9 892/16 892/16 902/21 905/14 905/14 908/21 909/3 909/12 909/17 910/2 910/4 911/2 911/3 911/14 912/21 923/12 924/16 929/10 929/21 930/6 930/9 930/11 930/12 930/13 932/4 932/20 932/24 938/21 938/22 940/5 940/17 940/18 941/16 945/22 947/12 948/22 959/1 959/10 959/13 960/9 961/4 961/11 961/12 961/13 961/22 968/14 969/13 970/8 972/22 973/6 973/8 974/1 974/2 975/1 975/6
didn't [29]  856/25 858/14 859/5 861/21 863/9 864/24 880/22 882/19 889/12 890/15 890/17 890/18 890/23 892/8 892/16 895/4 940/11 940/17 947/1 948/3 949/4 949/4 956/1 959/6 959/8 959/13 966/10 968/22 969/12
differ [1]  834/21
difference [5]  891/17 900/20 902/1 945/9 945/12
differences [1]  903/3
different [37]  815/15 815/16 820/18 822/8 827/13 827/14 835/20 839/18 843/15 844/22 854/10 854/18 859/12 862/2 862/6 862/11 862/12 864/10 865/17 868/9 868/12 868/21 869/2 874/9 875/10 876/6 876/22 877/3 889/24 890/11 900/9 913/9 944/2 956/11 967/7 970/11 971/3
differently [3]  941/20 947/16 954/1
difficult [1]  869/16
difficulties [2]  904/16 907/19
diligence [1]  900/17
dire [2]  817/24 908/18
direct [16]  813/20 819/2 821/21 861/21 901/4 904/21 905/1 915/5 939/17 947/13 949/6 964/23 976/10 976/24 977/4 977/11
directed [3]  924/22 933/11 944/13
direction [6]  856/14 868/4 881/3 916/21 919/11 930/12
directly [6]  824/4 845/23 861/16 884/3 925/19 934/2
director [3]  937/9 957/17 957/18
directors [20]  916/24 921/23 922/2 922/10 922/14 924/11 926/7 929/2 929/7 929/10 929/12 929/16 929/18 937/6 945/5 945/6 945/19 946/1 947/12 957/14
disagree [2]  886/1 966/18
disagreed [1]  892/1
disagreements [1]  867/5

disaster [17]  905/12 907/8 916/6 923/20 929/15 929/25 929/11 929/23 930/3 933/11 934/18
discharged [1]  851/25
disciplines [1]  888/20
disconnects [1]  886/16
discovery [5]  877/21 938/24 939/7 961/23 962/14
discretion [1]  881/9
discriminate [1]  825/7
discuss [3]  822/5 822/19 837/4
discussed [1]  893/21
discussion [3]  839/17 900/24 902/10
disguise [1]  820/10
dispute [3]  964/2 964/8 964/11
distinction [2]  876/4 890/1
distinguishable [2]  901/19 902/12
distributing [1]  929/25
distributions [1]  929/25
DISTRICT [5]  807/1 807/2 807/20 978/4 978/4
divert [1]  886/14
divestments [2]  930/14 935/22
divestures [1]  930/24
divided [2]  916/17 918/5
dividend [1]  834/17
dividends [7]  948/4 948/11 948/13 948/17 948/19 949/1 961/19
Division [2]  808/4 808/15
do [133]  814/2 814/20 816/3 816/17 816/19 818/3 819/1 824/6 824/21 825/22 826/19 826/21 827/21 827/23 828/24 828/25 829/20 831/10 833/3 833/13 833/14 833/14 833/15 835/23 837/2 838/22 841/17 841/18 843/14 845/10 847/2 850/3 850/10 851/4 853/16 853/17 853/18 853/25 855/25 856/8 856/15 856/17 856/18 858/8 859/18 861/14 862/14 864/3 864/23 866/6 866/11 867/9 868/10 869/3 869/8 869/16 871/3 871/22 872/20 873/5 876/10 877/21 885/1 885/19 885/23 885/24 886/6 886/20 887/22 888/2 888/3 888/23 889/1 889/7 889/7 890/23 891/1 891/2 891/11 892/16 893/16 893/20 895/2 897/2 897/13 897/20 898/2 899/19 900/24 900/11 900/17 901/7 901/8 902/13 902/14 905/4 905/8 906/15 908/13 908/16 908/23 908/24 917/13 917/24 931/11 934/13 935/10 938/22 940/16 940/17 942/4 943/7 947/6 947/12 949/19 950/13 951/16 951/20 952/12 952/17 958/11 961/20 964/4 965/6 966/12 969/22 971/13 974/18 974/22 976/9 977/7 977/8 978/5
DoA [1]  965/3
document [12]  807/6 867/7 919/17 919/22 920/15 965/15 966/7 966/24 967/5 971/13 973/16 975/20
documentation [6]  865/13 865/15 926/14 932/18 972/11 972/15
documented [1]  975/18
documents [25]  849/3 853/16 853/18 907/15 907/21 908/22 909/4 909/6 909/8 910/1 912/13 939/1 945/14 949/15 952/7 961/15 961/24 961/25 962/3 962/4 964/21 965/8 966/8 966/13 969/1
does [42]  824/11 828/17 833/1 834/8 834/21 835/10 836/7 839/24 843/2 846/10 846/12 846/14 851/13 855/13

**D**

does... [28]  896/15 896/19 897/24
897/24 902/17 912/10 918/2 921/21
922/8 924/15 925/16 928/8 929/1
930/17 930/19 930/21 932/3 933/20
935/6 935/17 935/20 936/2 942/20
957/2 957/4 958/16 964/14 975/15
doesn't [9]  820/24 829/19 868/5 874/2
877/9 879/4 891/24 927/11 957/5
doing [25]  817/13 831/23 833/7 833/24
851/11 887/17 894/5 894/22 899/19
899/22 909/25 910/2 911/18 912/23
926/10 941/6 953/17 954/12 955/20
959/15 959/16 968/10 971/1 971/10
972/6
dollar [4]  868/18 948/23 949/16 952/5
dollars [7]  834/13 877/10 877/11 890/6
952/24 953/5 953/8
domain [1]  857/11
dominating [1]  833/21
don't [80]  813/1 817/24 820/22 821/9
829/14 829/14 836/3 836/17 842/18
851/1 853/14 853/25 854/8 854/10
855/14 857/19 860/4 861/11 862/5
863/16 864/17 864/21 864/25 865/10
865/13 866/17 866/17 867/2 868/1
869/2 869/16 874/25 882/12 884/19
884/19 884/25 888/2 888/3 888/16
889/14 892/4 893/17 893/19 893/22
893/24 896/1 896/23 897/1 897/16
901/2 903/7 903/10 903/11 910/6 910/8
911/19 915/20 927/6 940/18 943/2
943/6 943/16 944/19 944/21 945/10
947/15 950/10 951/13 951/15 953/14
957/20 961/14 961/17 962/3 964/6
966/2 969/18 970/1 971/24 974/17
done [19]  816/15 820/12 826/4 826/4
829/2 839/1 847/11 847/11 863/6
869/13 870/10 870/19 876/23 887/4
940/14 941/19 961/9 962/23 969/23
Donny [2]  956/12 973/14
double [2]  864/14 904/4
double-checked [1]  904/4
Doug [3]  932/13 968/21 975/22
DOUGLAS [3]  808/21 904/3 904/7
down [11]  831/19 863/24 867/5 872/24
884/2 894/24 926/7 926/9 926/9 973/21
974/5
downstream [2]  916/18 918/6 964/5
Dr [1]  912/22
Dr. [14]  821/20 822/22 889/23 904/18
905/3 908/10 908/20 912/6 912/20
912/23 915/7 936/4 943/3 976/2
Dr. Fredric [1]  904/18
Dr. Quivik [8]  905/3 908/10 908/20
912/20 912/23 915/7 936/4 943/3
Dr. Quivik's [1]  912/6
Dr. Ratner [1]  976/2
Dr. Sunding [3]  821/20 822/22 889/23
DRAGNA [1]  809/23
draw [5]  906/21 907/2 938/3 938/18
938/18
drawn [1]  907/5
drew [1]  829/21
drill [2]  835/23 894/24 921/4
drilling [25]  807/15 850/15 855/20
862/25 863/15 868/14 868/17 868/24
869/11 869/24 869/24 870/5 871/19
871/22 872/4 924/18 925/18 925/22
925/24 927/1 927/24 932/6 932/11
946/10 955/15
driver [2]  834/8 836/8

drivers [2]  832/25 837/2
Dudley [1]  983/11 975/20
due [2]  900/17 903/10
duly [2]  812/19 904/22
duplicates [1]  863/25
Dupree [8]  951/18 971/20 972/8 973/2
973/10 973/18 974/13 974/15
Dupree's [1]  974/6
during [22]  814/9 815/12 827/24 829/3
830/14 831/16 831/22 831/22 840/2
840/3 840/4 845/23 846/8 858/13
861/21 872/4 877/5 878/23 878/25
882/9 922/13 929/10
Duties [1]  867/22
duty [1]  820/12
Dynamics [1]  839/9

**E**

each [6]  824/22 828/15 832/25 876/24
877/7 893/2
earlier [12]  868/15 875/13 876/3 877/10
888/7 891/9 899/5 907/21 938/10
959/21 960/3 971/21
easier [2]  818/4 964/25
easily [1]  944/9
EASTERN [2]  807/2 978/4
easy [2]  845/1 880/13
economic [4]  825/17 849/18 912/15
976/17
economics [2]  815/18 889/7 889/8
economist [6]  849/17 888/17 888/19
889/1 889/3 889/3
education [1]  906/5
effective [1]  835/19 847/8
effectively [1]  944/12
efficiency [1]  867/10
efficient [3]  867/3 977/6 977/18
effort [4]  826/1 841/10 855/11 899/17
eight [1]  851/1
either [11]  839/3 890/24 901/25 909/6
913/8 929/10 929/19 941/24 954/24
955/2 955/7
either/or [3]  954/24 955/2 955/7
elaborating [2]  888/1 888/5
electronically [1]  969/23
element [1]  859/11
elements [2]  838/13 902/4
Ellis [2]  809/3 809/9
else [4]  821/5 884/17 903/11 977/21
else's [1]  869/5
elsewhere [1]  833/17
elude [1]  914/14
emergency [1]  886/16
emphasis [1]  854/23
empirical [1]  938/17
employ [1]  872/6
employed [3]  932/16 932/20 932/23
employee [3]  924/18 932/6 970/11
employees [16]  878/21 924/16 924/17
926/17 927/18 927/20 932/4 932/5
932/15 932/24 935/23 935/24 953/20
953/22 971/19 975/16
employer [2]  932/22 969/16
employment [1]  905/22
enacted [1]  852/8
end [12]  828/1 828/3 828/10 828/13
828/15 829/3 830/10 831/24 832/1
832/2 832/3 941/5
endeavored [2]  940/7 940/16
ended [1]  848/8
endemic [1]  835/13
endorsing [2]  856/5 856/6
ends [1]  840/19

energy [4]  813/25 815/5 916/19 918/7
engage's [1]  852/24
enforced [2]  883/7 883/14
Enforcement [1]  808/5
engage [1]  877/25
engaged [4]  834/5 946/23 947/19
971/15
engagement [1]  883/20
engagements [1]  816/12
engages [2]  897/4 897/10
engineer [9]  816/20 817/8 857/4 858/5
858/8 858/14 858/16 955/15 955/16
engineering [4]  824/16 857/13 925/24
932/17
engineers [3]  815/17 857/17 925/22
English [1]  928/15
enhanced [1]  851/22
enough [4]  831/25 889/14 918/19
939/12
ensure [7]  822/8 834/19 835/6 835/9
885/9 885/13 965/16
ensuring [1]  835/24
enter [1]  853/6
entered [2]  952/9 961/22
enterprise [10]  830/9 838/25 841/10
841/23 855/12 867/3 878/6 916/18
918/5 926/6
enterprise-wide [1]  841/10
enterprises [2]  906/13 908/11
entire [8]  815/11 841/22 841/23 871/1
875/12 917/5 923/3 959/2
entirely [2]  944/16 949/23
entirety [3]  873/8 873/10 873/12
entities [5]  905/14 955/13 962/24 966/3
975/17
entitled [8]  827/4 837/14 839/9 840/8
841/2 842/4 843/8 978/8
entity [19]  882/11 911/23 920/10 920/22
920/24 921/9 932/16 932/20 950/18
952/9 952/20 953/18 954/20 955/4
955/8 955/12 965/8 968/5 969/5
Environment [2]  808/4 840/10
environmental [9]  808/5 859/15 906/4
907/24 908/1 910/23 936/18 937/24
938/7
equate [1]  889/25
equipped [1]  933/25
equity [14]  834/25 835/4 891/6 891/13
892/10 895/18 895/20 895/23 896/3
896/5 896/6 896/10 896/16 955/9
ERICA [1]  808/10
errata [1]  863/12
especially [2]  906/12 927/23
ESQ [32]  808/5 808/6 808/6 808/7
808/7 808/8 808/8 808/9 808/9 808/10
808/10 808/11 808/11 808/12 808/15
808/16 808/16 808/21 808/21 808/22
808/22 809/3 809/4 809/4 809/5 809/5
809/9 809/9 809/13 809/19 809/19
809/23
essence [1]  910/2
essentially [4]  823/5 849/9 889/21 898/6
established [2]  906/18 933/24
estimating [1]  888/12
evaluate [4]  833/15 908/21 909/3
977/18
evaluated [1]  909/8
evaluations [1]  932/12
even [16]  820/11 821/2 821/3 821/5
827/21 841/12 842/16 851/23 852/25
854/8 883/3 884/6 893/24 898/4 940/24
974/15
events [5]  855/24 907/7 907/16 922/11

**E**

events... [1] 938/4
ever [3] 854/1 895/2 943/19
every [9] 813/7 828/13 854/10 854/12
945/8 945/10 952/24 954/1 956/11
everybody [4] 835/9 843/17 914/6
977/22
everybody's [1] 838/23
everyone [2] 812/6 903/22
everyone's [1] 854/25
everything [2] 856/2 967/22
everywhere [1] 836/11
evidence [38] 818/23 819/5 822/19
907/1 913/25 914/4 914/7 914/13 915/9
917/7 918/8 919/15 921/16 922/1
922/20 922/25 923/4 924/25 925/5
925/10 928/3 928/12 928/19 929/6
929/12 931/21 932/2 932/8 933/4 933/9
933/13 945/16 946/14 946/22 947/20
947/24 949/7 953/5
evolve [1] 863/19
exact [2] 913/17 969/13
exactly [13] 851/6 854/13 858/19 869/7
869/7 873/13 873/20 896/1 913/15
918/21 962/9 963/9 975/4
examination [16] 813/20 818/3 821/21
856/22 861/22 899/2 904/21 905/1
908/18 913/3 913/6 915/5 936/10
936/12 961/7 975/13
example [11] 826/12 840/15 843/12
847/18 852/11 855/3 918/10 930/21
966/14 968/21 969/17
examples [2] 837/5 837/11
exceeding [1] 815/10
excellence [2] 843/9 844/8
except [2] 873/17 882/3
exception [1] 847/5
excerpt [6] 920/16 922/9 922/10 930/18
930/19 933/21
excess [1] 848/13
excluded [2] 829/6 829/15
excluding [1] 818/23
exclusive [2] 850/14 867/23
Excuse [5] 829/5 884/6 884/6 911/9
955/6
execute [2] 875/18 877/12
execution [8] 828/12 828/6 828/8 830/3
830/3 830/4 830/6 830/6
executive [5] 859/7 907/18 922/3 926/8
934/3
executives [1] 920/2
exercising [2] 943/4 943/8
exhibit [6] 853/9 853/13 863/23 930/17
933/20 960/4
Exhibit K [1] 853/9
exist [1] 897/20
existence [2] 969/13 969/15
existing [1] 848/12
exists [4] 823/22 854/12 924/9 928/10
exited [1] 895/2
expect [9] 830/19 900/10 945/17 945/24
946/1 946/16 946/17 962/20 976/22
expectation [5] 833/25 895/13 945/8
945/10 946/15
expenditures [6] 930/13 930/23 935/21
952/25 953/2 953/10
expenses [2] 953/13 953/16
expensive [3] 834/12 835/15 846/3
experience [47] 814/20 816/3 816/10
816/11 816/17 817/5 837/6 837/24
842/1 845/2 845/4 845/9 846/12 846/13
847/2 847/5 847/14 848/24 855/2

857/25 858/5 858/20 859/2 859/6
859/20 859/24 860/4 860/16 860/21
870/16 879/11 879/13 880/17 880/18
882/18 883/4 883/6 883/9 883/14
884/19 888/19 889/1 900/16 901/12
905/22 930/2 958/18
experienced [2] 838/1 885/15
experiences [1] 845/11
experiencing [1] 959/13
expert [63] 814/5 817/17 818/9 820/11
845/19 850/3 850/16 850/17 850/20
851/14 851/15 857/24 858/6 858/15
858/16 858/18 859/3 859/8 859/18
859/21 863/16 864/17 864/19 864/20
866/5 866/6 866/7 866/9 866/14 871/17
884/20 884/22 889/7 898/2 906/3
906/15 907/20 908/5 908/6 908/10
910/9 911/10 911/11 911/12 911/15
912/6 914/2 917/15 929/14 930/18
932/14 934/9 937/3 938/3 938/6 940/18
941/3 944/25 945/18 945/20 950/2
970/18 970/23
expertise [9] 848/20 848/20 889/9
906/10 906/11 906/13 908/11 912/24
912/24
experts [4] 821/16 850/19 866/13
913/24
explain [5] 827/9 828/25 838/12 882/12
945/13
explaining [2] 830/1 843/2
explicit [3] 840/2 843/14 843/20
exploration [37] 807/10 807/11 809/2
814/21 816/4 817/2 817/13 817/15
817/18 817/19 823/25 840/2 840/4
845/17 845/21 846/4 846/17 848/16
848/17 848/20 868/11 876/12 876/15
901/20 901/24 901/25 902/6 902/20
902/23 914/17 950/19 950/21 951/10
952/11 952/22 952/23 967/12
exploratory [6] 869/23 870/2 870/12
872/5 879/24 882/16
explore [5] 874/12 874/19 875/10 876/8
949/4
exposed [1] 851/25
exposure [2] 834/8 834/22
express [1] 881/25
expressed [2] 838/20 941/5
expressing [5] 838/2 941/6 941/13
942/11 968/8
extend [1] 926/7
extensive [1] 948/22
extent [11] 853/23 883/21 887/1 887/19
905/13 912/21 927/5 927/7 944/24
967/20 968/1
external [2] 888/15 936/2
externally [1] 888/16
extreme [1] 823/22
extremely [2] 823/24 836/4
ExxonMobil [1] 964/10

**F**

F-R-E-D-R-I-C [1] 905/6
facets [2] 905/14 909/18
facility [6] 848/11 848/12 848/14 851/21
851/24 852/5
facing [1] 823/19
fact [33] 833/20 837/2 838/16 841/22
848/17 861/15 862/25 865/15 867/11
869/10 880/17 881/20 899/17 907/9
909/18 910/8 914/11 914/23 920/6
940/17 950/20 952/23 953/1 959/10
961/4 961/18 966/6 966/7 967/6 968/4
971/14 972/13 974/15

fact-finder [1] 910/8
factors [3] 851/1 851/2 852/3
facts [18] 855/25 909/20 910/12 913/5
913/13 913/13 913/18 913/20 913/22
913/25 918/12 918/15 931/7 935/10
938/18 939/23 946/17 964/15
factual [1] 909/19
fair [9] 877/21 894/2 918/19 939/12
940/2 961/3 962/2 962/7 971/11
falling [1] 889/22
familiar [10] 853/23 859/13 871/8 902/5
950/15 950/20 950/24 952/2 953/1
964/23
far [1] 868/7
fashion [1] 913/15
fast [2] 844/19 942/2
fast-moving [1] 844/19
faster [1] 931/11
fault [7] 820/20 820/20 820/23 820/25
821/2 851/23 854/8
FCRR [4] 810/2 978/3 978/11 978/11
feasibility [23] 827/18 831/24 875/18
878/2 878/5 878/10 878/15 878/20
878/23 879/2 879/4 879/9 879/9 879/13
879/15 879/16 879/17 879/19 881/3
881/8 881/11 882/9 902/11
feasible [1] 877/24
February [1] 960/17
February 11th [1] 960/17
federal [2] 859/23 950/21
feel [2] 864/16 914/18
few [6] 833/19 835/24 864/15 936/14
937/23 950/13
fewer [1] 895/15
FID [3] 828/4 894/16 894/17
FIDLER [1] 808/12
field [9] 817/1 848/1 848/12 857/6
868/19 889/8 892/18 893/2 893/10
fields [11] 848/2 877/15 891/7 891/16
891/17 891/22 891/24 891/25 892/7
892/7 893/10
Fifteenth [1] 809/10
fifth [4] 924/20 933/2 933/5 933/10
fifties [1] 910/11
figure [6] 891/19 892/10 892/12 892/22
893/7 911/1
file [1] 813/12
filed [1] 939/4
filing [1] 813/7
fill [1] 855/4
filling [1] 855/5
final [7] 820/8 828/5 843/12 848/10
922/21 933/2 933/5
finally [6] 822/6 822/20 825/21 826/15
907/2 926/10
finance [5] 919/21 920/23 954/8 964/17
965/1
finances [2] 912/22 936/1
financial [9] 834/8 834/21 917/4 923/2
949/10 949/19 949/24 953/3 957/22
financing [3] 920/11 921/5 921/8
find [8] 841/8 865/15 876/12 878/15
906/20 945/11 945/15 959/15
finder [2] 910/8 914/23
finding [2] 820/23 820/25
findings [2] 913/16 941/4
fine [1] 951/6
finish [3] 870/18 870/20 870/22
finished [1] 817/12
firm [1] 815/3
firms [1] 815/3
first [44] 814/16 819/9 819/16 822/5

# F

first... [40] 823/2 823/16 825/8 827/17 828/1 829/19 837/5 838/16 839/19 847/10 848/12 860/2 873/16 875/3 879/21 882/13 894/16 895/4 895/16 902/19 904/2 905/5 916/8 916/9 916/15 916/16 917/6 917/8 917/13 918/4 918/4 919/5 921/15 922/19 924/3 925/1 945/4 952/12 961/20 964/19
firstly [2] 825/1 827/13
fit [1] 968/12
five [10] 824/3 888/8 898/17 898/18 898/19 898/20 898/20 906/1 924/3 974/5
flexibility [1] 853/22
FLICKINGER [5] 808/7 812/16 863/24 864/1 888/7
flight [1] 894/7
float [1] 886/7
flow [4] 886/14 890/6 894/7 927/6
flowing [1] 894/9
flows [3] 835/5 890/4 894/11
focus [18] 813/25 814/4 814/24 815/13 823/9 823/10 831/2 831/3 832/11 836/5 839/5 844/4 934/9 934/15 938/10 938/13 938/21 965/19
focused [18] 819/17 822/17 826/17 828/14 830/25 834/6 834/11 836/22 838/14 839/6 840/24 848/1 868/15 890/2 890/3 890/8 890/8 915/1
focusing [2] 836/1 890/5
follow [5] 868/25 876/2 936/14 956/20 961/7
follow-up [2] 936/14 961/7
followed [6] 943/19 965/14 966/7 966/8 966/12 966/15
following [5] 817/5 830/17 849/3 930/3 933/23
follows [3] 812/10 868/24 904/23
Foods [1] 939/16
footnote [2] 829/10 829/22
footnoted [1] 829/12
for BP [1] 956/1
forces [1] 856/13
foregoing [1] 978/5
forensic [1] 976/16
form [20] 837/9 843/3 853/7 853/9 854/16 855/1 855/4 855/6 865/4 866/20 867/1 867/8 868/2 868/3 871/22 881/14 903/1 903/4 920/25 965/9
formal [1] 824/18
format [1] 854/21
formed [5] 842/21 878/2 879/16 922/13 922/14
former [1] 914/9
forms [3] 843/4 855/14 900/12
formulate [1] 906/22
forth [6] 821/4 855/20 881/10 900/7 910/25 961/14
forward [3] 813/1 853/4 902/3
found [16] 836/11 836/11 837/1 889/23 895/17 903/3 919/15 922/1 923/4 925/10 928/12 929/6 929/12 932/8 933/13 947/20
four [6] 819/15 828/25 908/1 916/16 935/18 973/21
fourth [6] 917/3 922/21 923/1 924/15 931/22 932/3
framework [2] 861/12 902/15
frankly [1] 829/14
Fredric [3] 904/18 904/22 905/6

Free [1] 840/10
front [1] 894/4
front-end [4] 828/1 828/10 829/3 830/10
function [12] 834/24 916/22 919/12 920/6 920/7 920/21 929/19 954/8 955/11 965/25 966/1 966/1
functional [1] 963/5
functionally [1] 882/9
functions [7] 920/5 920/8 920/10 943/22 945/16 963/2 966/17
fundamental [3] 816/24 823/19 823/21
funds [1] 920/24
further [6] 888/5 898/7 903/14 936/5 975/10 975/23
future [3] 819/25 856/2 894/6

# G

G-A-R-D-N-E-R [1] 812/24
gain [2] 889/11 889/18
Gardner [4] 812/17 812/19 812/23 817/17
gas [5] 814/1 817/20 827/6 886/14 900/8
gate [10] 815/13 826/23 826/24 827/5 828/13 832/7 833/13 868/24 876/2 894/17
gauge [1] 914/12
gauges [1] 894/16
GCRO [1] 933/25
general [9] 828/23 871/6 871/13 877/1 889/3 889/8 932/10 966/21 967/2
generally [4] 814/4 830/19 874/18 877/13
generated [1] 837/24
generic [1] 927/6
gentlemen [1] 840/11
get [35] 813/9 813/15 818/2 824/21 826/10 830/2 842/16 842/17 847/23 849/23 850/17 851/7 851/17 852/12 853/23 854/19 854/19 864/13 870/17 870/20 871/15 875/23 880/22 882/19 885/17 890/19 896/13 954/18 958/15 969/22 969/23 969/24 970/1 971/16 973/15
gets [7] 826/1 831/23 855/1 865/8 875/16 875/16 876/20
getting [5] 816/19 836/13 837/14 898/1 974/11
gist [1] 830/24
give [7] 856/9 874/23 894/25 915/24 972/22 973/6 975/1
given [8] 814/8 855/21 857/18 862/13 884/23 911/20 949/24 950/1
gives [1] 893/10
giving [1] 874/25
GLADSTEIN [3] 808/11 904/20 945/21
global [9] 815/8 816/13 916/1 916/17 916/17 918/5 918/5 924/4 925/7
globe [1] 839/24
GMBH [1] 807/13
go [65] 813/19 816/1 817/25 821/12 824/18 824/21 828/4 831/8 831/18 832/4 832/6 838/14 841/1 841/16 851/1 853/2 854/6 854/15 854/15 860/3 860/16 864/11 866/13 866/15 867/12 867/20 869/6 875/8 876/25 878/6 878/8 878/19 880/5 880/9 889/16 903/7 908/16 909/15 910/13 910/25 912/4 913/8 913/12 917/12 918/22 918/24 919/1 919/1 927/11 927/11 927/16 933/2 945/20 956/12 956/19 957/7 963/15 968/1 968/9 972/19 973/11 973/12 973/13 973/15 973/16

goes [12] 816/10 852/4 854/20 855/5 858/5 869/2 887/13 876/8 877/16 902/20
going [71] 817/1 819/15 819/24 819/24 820/16 821/11 824/2 824/19 824/20 825/7 825/25 830/18 830/23 831/3 831/7 831/17 831/21 832/11 835/9 836/1 836/15 836/20 841/14 847/17 849/6 851/6 851/16 853/6 853/8 855/25 860/15 863/22 864/8 864/10 870/16 870/24 870/21 871/15 879/16 880/3 880/11 881/18 882/20 882/21 883/3 884/16 887/3 887/18 888/11 889/13 889/24 890/1 890/9 895/13 898/14 901/4 902/3 903/7 912/9 914/5 914/21 914/23 918/12 919/1 921/5 938/13 972/25 976/5 976/6 977/7 977/7
gold [1] 813/9
GoM [5] 958/4 971/22 971/25 972/9 973/4
good [30] 812/7 812/15 824/6 824/7 827/4 829/2 830/5 830/6 830/10 831/25 833/14 839/3 839/24 840/15 843/2 843/14 843/19 856/20 856/24 866/4 867/1 867/4 867/7 874/8 874/11 874/21 914/18 920/19 968/21 969/17
got [16] 815/22 831/24 832/1 832/3 832/3 833/19 854/25 862/3 880/3 886/24 892/13 914/22 915/3 926/3 936/18 968/25
gotten [1] 834/14
govern [1] 962/4
governance [7] 911/16 911/19 934/11 934/13 937/4 941/23 942/14
governed [1] 920/25
governing [1] 965/8
government [18] 812/13 820/10 849/8 851/4 860/6 860/8 861/11 861/16 862/1 862/14 883/17 883/18 884/1 903/23 903/24 915/22 950/21 970/16
government's [1] 883/23
governmental [1] 928/15
Grand [1] 809/23
graph [4] 827/10 827/11 829/9 829/11
grappling [1] 914/1
great [10] 824/19 825/1 830/3 830/4 830/6 842/22 847/18 866/3 880/12 883/3
greater [1] 833/16
greatly [1] 830/14
groundwork [1] 915/18
group [43] 815/4 815/6 833/20 839/17 841/4 878/21 912/7 915/25 916/3 917/5 920/3 920/5 920/9 920/20 921/3 921/7 921/11 922/13 923/3 923/17 924/22 926/8 933/12 934/3 934/21 934/25 935/4 935/7 935/24 936/1 936/2 941/9 941/16 941/19 951/1 953/18 963/2 965/2 965/14 968/11 968/23 975/16 975/17
group's [2] 965/3 965/24
grown [1] 834/14
Guam [1] 963/3
Guard [2] 951/5 951/24
guess [11] 815/1 815/2 852/13 852/16 867/9 867/10 887/12 910/16 914/1 957/11 963/21
guidance [11] 919/16 919/19 919/20 919/22 920/16 923/6 925/12 965/13 965/15 966/6 969/2
guide [4] 906/23 906/24 930/21 935/20 GULF [58] 807/5 816/14 817/13 833/22 846/16 855/6 884/10 889/11 889/15

GULF... [49]  889/15 890/1 890/4 891/7
891/22 892/6 895/15 905/11 916/4
917/5 921/9 922/11 922/15 922/16
923/3 923/18 924/4 924/6 924/10
924/12 924/16 925/7 925/8 928/11
929/3 930/7 930/22 932/4 932/13
932/17 932/25 933/15 933/23 933/24
934/17 935/7 935/25 945/17 945/25
946/10 947/20 954/17 955/23 956/24
957/3 958/6 973/25 974/6 975/17
Gulf operations [1]  889/15
guys [1]  813/6

H

H2S [1]  886/25
had [46]  837/24 842/11 846/17 846/18
846/19 847/11 847/14 847/21 847/22
848/17 850/3 850/14 858/20 860/6
860/9 860/13 861/13 863/10 863/24
869/25 871/15 883/22 887/12 887/20
887/20 888/5 892/22 894/15 900/3
901/12 906/2 910/25 927/3 930/1
948/11 949/6 959/15 960/13 960/25
961/22 962/3 963/21 963/22 963/22
963/22 964/1
hadn't [3]  841/23 847/11 863/9
half [4]  947/7 976/7 976/22 976/24
hand [2]  820/21 901/19
handbooks [4]  857/8 923/5 923/5
925/11
hands [1]  860/16
hands-on [1]  860/16
HANKEY [1]  808/8
happen [3]  826/3 877/9 902/21
happened [7]  855/24 896/10 900/18
907/7 942/10 961/12 966/6
happening [3]  826/3 878/25 892/5
happens [5]  840/3 840/4 877/20 897/11
900/15
hard [2]  825/22 872/22
HARIKLIA [1]  809/4
harkening [1]  866/8
harm [1]  937/24
HARVEY [1]  808/10
has [59]  816/15 820/10 820/12 822/8
825/5 829/2 833/3 834/14 834/25 849/3
850/6 851/14 859/11 863/7 863/19
869/11 871/21 877/20 877/24 879/17
881/16 889/23 897/20 898/9 907/5
909/24 911/10 911/12 911/20 912/12
912/13 916/3 916/17 916/24 917/3
918/5 921/23 922/10 923/1 923/18
932/10 935/7 935/23 942/21 942/22
945/14 948/19 953/22 953/22 958/4
958/18 963/2 963/16 967/5 968/12
969/1 975/18 975/19 975/19
hat [3]  971/10 971/14 972/18
hated [1]  895/14
hats [2]  971/7 971/9
have [208]
haven't [11]  831/10 850/16 857/8 857/12
863/15 895/12 897/23 902/22 954/4
967/20 972/15
having [15]  812/19 815/23 835/1 839/1
849/15 852/15 887/21 904/22 914/22
926/13 954/1 954/2 963/9 963/5 967/2
Hayward [2]  926/9 933/14
hazardous [1]  910/24
HB [1]  810/2
HB-275 [1]  810/2
he [68]  851/13 851/14 851/15 909/23
909/24 909/25 911/15 912/9 912/10
912/17 913/6 913/7 913/7 913/9 913/13
913/7 913/7 927/24 930/11 930/19
931/17 951/18 951/21 951/23 952/1
955/18 955/18 955/21 957/2 957/4
957/5 958/18 958/20 959/1 959/6 959/8
959/10 959/10 959/11 959/13 959/13
961/8 963/16 963/21 963/22 968/21
968/22 971/1 971/14 971/21 971/24
971/25 972/4 972/4 972/6 972/6 972/9
972/13 972/15 972/25 974/1 974/2
974/2 974/19 974/20 975/1 975/2 976/3
976/16
He'll [1]  957/12
he's [20]  849/13 851/14 854/7 898/4
898/6 910/10 911/16 911/17 911/18
920/6 955/20 955/22 955/23 955/25
956/1 957/3 976/5 976/6 976/12 976/12
head [4]  825/23 958/4 958/6 971/22
heading [1]  851/17
hear [4]  830/13 856/25 866/3 896/14
heard [9]  807/19 866/16 887/12 913/22
915/18 920/5 939/13 947/2 953/21
hearing [1]  815/23
heart [2]  868/1 908/5
held [4]  820/19 859/12 950/4 973/25
help [6]  816/15 841/18 878/3 878/5
914/12 939/20
helped [2]  815/8 848/15
helpful [1]  914/23
helping [1]  814/23 817/1
helps [1]  965/16
here [49]  812/14 817/12 819/14 820/18
826/15 828/12 828/19 830/7 834/23
838/1 838/13 842/18 846/16 849/6
849/12 851/2 851/11 852/4 852/22
854/2 859/9 864/5 864/7 866/14 866/22
875/19 878/20 881/2 884/2 884/24
887/6 889/17 893/15 897/21 910/2
912/20 912/23 914/5 918/25 927/7
941/1 941/6 941/8 957/3 957/12 962/23
963/21 963/24 972/18
Here's [1]  897/9
hereby [1]  978/5
Herman [2]  839/10 839/16
HES [1]  841/3
hesitating [1]  896/20
hey [1]  843/16
high [15]  823/24 828/15 829/4 835/17
835/24 836/2 836/4 836/6 847/14
847/15 874/11 874/21 876/10 886/25
886/25
high-level [2]  874/11 874/21
highlighted [4]  838/13 920/17 947/8
956/23
highly [2]  881/20 885/8
him [7]  817/24 851/16 880/9 957/10
957/11 961/12 971/21
HIMMELHOCH [1]  808/5
his [45]  829/10 829/11 829/21 829/21
851/9 851/14 884/8 890/10 901/18
909/24 910/7 912/23 913/3 918/17
918/17 918/18 927/12 927/23 931/7
934/11 934/11 951/18 955/16 955/18
955/22 956/1 957/6 957/9 958/3 958/19
959/14 959/14 961/6 972/4 973/19
973/22 973/22 974/3 974/11 974/16
974/20 975/1 975/3 976/10 976/14
historian [14]  906/15 906/22 906/25
907/5 909/9 910/7 910/13 914/11 938/3
940/2 946/17 958/16 962/7 964/15
historians [1]  906/19
historic [1]  936/21
historical [14]  906/16 906/17 906/18
908/13 915/2 936/8 936/9 936/22 937/4
908/20 909/7 912/24 938/17 940/5
974/25
historically [1]  942/10
histories [1]  932/12
history [9]  905/24 906/6 906/11 906/12
907/3 908/10 909/22 936/23 937/1
hold [1]  888/11
holding [2]  894/20 896/3
HOLDINGS [1]  807/14
Honor [65]  812/10 812/11 812/15 813/5
813/11 817/16 817/23 820/7 821/13
829/5 829/23 849/20 860/12 880/8
898/5 898/10 899/24 903/14 903/24
904/9 904/14 904/16 904/21 908/9
908/14 909/14 909/21 910/8 910/18
911/4 911/9 911/12 912/3 912/5 913/5
913/10 914/8 914/24 914/25 915/3
915/17 918/10 918/21 918/23 921/2
926/6 926/19 926/21 926/23 927/14
927/23 930/25 931/3 934/7 936/6 936/8
936/10 942/1 959/1 975/12 975/24
976/3 977/5 977/9 977/14
Honor's [1]  913/20
HONORABLE [1]  807/19
hope [3]  877/14 898/15 970/15
hopefully [3]  828/9 867/6 869/9
HORIZON [4]  807/4 925/20 926/2
938/19
Horse [1]  955/16
hour [1]  976/7
hours [6]  898/24 976/11 976/13 977/1
977/4 977/12
how [54]  822/7 822/12 822/13 822/20
824/6 824/11 826/12 828/24 830/20
831/10 832/7 833/13 833/13 833/14
833/15 834/21 835/4 835/21 839/5
840/20 843/19 848/3 852/7 854/7
857/15 857/17 857/21 869/21 871/10
874/8 877/17 883/6 883/9 883/14
898/16 902/11 906/15 912/1 912/1
912/2 913/18 913/19 913/22 914/18
914/22 919/22 920/23 942/20 948/19
959/16 964/7 969/19 971/1 976/9
However [1]  920/22
HP [1]  847/15
HP/HT [1]  847/15
HS [4]  839/6 843/1 844/8 899/16
HSE [3]  825/19 841/2 843/9
HT [1]  847/15
hub [1]  848/4
huge [1]  877/10
huh [6]  831/5 862/8 879/1 961/11 966/9
966/23
hundred [1]  824/1
hundreds [4]  817/10 834/12 845/19
944/3
hydrocarbons [1]  878/16
hypotheses [2]  906/25 907/1
hypothetical [3]  897/9 897/20 897/22

I

I'd [11]  846/22 860/3 865/16 865/18
866/15 884/14 889/14 908/14 956/8
942/18 973/10
I'll [20]  822/7 822/23 827/11 829/23
831/19 831/22 844/4 851/19 855/15
856/20 874/25 875/15 877/6 898/21
900/1 927/11 945/20 959/24 965/19
967/7
I'm [131]  812/15 813/23 816/20 820/4
820/16 821/10 822/16 824/20 830/23

I'm... [122]  831/1 831/21 850/21 851/16
851/17 852/4 852/13 852/15 852/20
852/22 853/6 853/8 853/24 854/13
854/14 855/24 856/25 858/4 858/6
858/8 858/11 859/8 859/21 861/2
862/10 863/19 863/22 864/8 864/20
864/23 866/8 867/24 868/1 869/4 870/1
871/15 871/17 872/18 873/10 873/23
876/20 877/17 879/12 879/15 881/13
881/24 882/20 883/3 884/16 884/22
885/10 885/22 885/23 887/21 887/24
888/1 888/5 888/11 888/11 888/18
888/25 889/1 889/2 889/3 889/13
889/24 890/9 892/10 896/12 896/13
896/20 896/25 897/8 897/14 897/14
898/3 898/5 898/14 898/18 899/13
901/2 901/5 902/5 910/21 911/9 914/1
914/5 914/21 914/22 915/21 918/12
927/14 931/9 931/14 940/3 941/13
942/2 942/5 942/11 942/15 944/25
945/20 946/3 946/4 946/4 946/13
946/13 946/21 946/22 948/25 955/20
957/6 961/6 962/11 970/7 970/10
970/16 970/25 971/1 972/2 972/17
974/19
I've [49]  813/8 814/25 815/12 815/14
816/14 822/14 823/5 827/2 830/16
835/15 837/4 838/13 840/1 845/18
846/9 847/6 857/25 859/12 865/6
865/10 865/14 866/6 885/15 885/23
887/12 889/2 899/12 901/12 905/5
905/25 906/2 907/11 908/1 909/12
914/22 920/17 926/3 939/13 939/13
939/19 956/7 963/7 966/8 966/13 967/1
967/18 967/21 968/18 971/13
idea [10]  834/10 835/1 836/19 875/21
880/22 894/7 897/16 900/13 946/8
948/1
ideas [1]  934/12
identified [3]  825/2 902/22 960/5
identify [10]  839/1 864/6 901/23 914/12
917/13 917/14 919/9 920/15 946/24
968/5
identities [2]  892/12 892/24
IHS [1]  815/4
Illinois [1]  900/16
imagine [2]  852/8 976/5
immediate [1]  955/22
impact [3]  831/3 912/15 976/17
impacted [1]  901/14
imperical [1]  849/19
implement [2]  826/20 944/9
implemented [1]  822/8
implications [1]  914/21
imply [2]  960/14 960/18
importance [1]  823/3
important [16]  822/5 822/9 822/18
823/11 833/4 839/15 843/17 844/25
846/2 858/12 859/11 881/20 926/5
959/21 968/11 968/15
importantly [1]  826/5
impose [2]  821/10 849/10
imposed [6]  821/2 850/8 850/24 852/3
852/17 855/17
improper [7]  934/21 941/7 941/24
942/14 943/3 943/7 943/16
improves [3]  819/17 838/19 839/6
improving [1]  824/24
inadvertently [1]  851/5
inappropriate [5]  934/25 941/17 946/9
971/7 971/8

INC [11]  807/11 807/15 807/15 809/2
932/22 951/19 951/24 951/25 952/3
952/22 952/24
incentive [2]  855/19 856/10
incentivize [1]  820/3
incident [3]  804/9 933/24 938/19
include [4]  825/15 826/9 846/12 975/21
included [10]  815/3 816/11 817/2 817/3
825/19 828/19 845/21 938/12 949/10
973/25
includes [3]  826/4 830/11 838/18
including [12]  842/23 843/15 843/15
916/5 916/23 917/1 917/5 919/14
921/24 923/3 923/19 930/5
inconsistent [1]  819/20
incorporation [2]  907/22 928/13
independent [2]  868/3 890/23
independents [2]  816/13 833/21
indicate [3]  972/11 972/13 972/15
indicated [3]  865/6 946/13 975/5
indications [1]  841/24
indicator [3]  865/7 865/11 866/21
individuals [3]  925/22 968/4 969/3
Indonesia [8]  817/6 845/13 861/3 861/6
861/8 861/11 861/20 862/18
industrial [8]  906/12 906/13 908/10
908/11 937/1 940/1 958/16 974/24
industry [40]  817/18 817/19 817/20
819/21 819/22 822/6 822/8 822/13
823/2 823/2 823/14 823/20 824/11
824/14 826/9 826/19 827/6 827/16
828/24 835/13 842/2 844/16 844/19
844/19 848/25 850/11 854/17 855/23
855/25 868/20 874/2 876/18 882/2
882/6 882/8 887/23 897/19 899/8 900/8
963/9
influence [6]  828/24 830/12 830/14
830/20 838/15 888/5
influenced [1]  822/12
inform [3]  819/25 832/7 939/23
information [26]  825/3 825/4 825/5
825/6 825/7 825/9 825/11 826/2 835/4
844/15 890/19 890/25 891/4 891/7
892/14 895/1 896/22 906/20 907/11
907/14 913/4 913/17 949/10 962/8
962/10 975/15
Inglis [5]  907/17 918/9 919/17 928/16
972/5
initial [1]  874/20
initiated [2]  924/21 933/11
Injury [1]  840/10
Injury-Free [1]  840/10
innocent [1]  851/23
input [5]  830/20 845/23 846/8 846/23
854/19
inquiries [1]  906/19
insight [2]  889/11 896/13
insights [1]  889/18
instance [8]  850/18 907/16 907/17 908/4
940/19 968/21 972/16 975/21
instances [2]  967/18 967/21
Institute [1]  857/22
institution [1]  969/9
institutions [1]  970/11
integrate [1]  874/4
integrated [7]  842/12 842/17 874/5
879/1 879/6 879/10 879/18
intend [1]  849/17
intending [1]  960/18
intent [3]  872/12 873/16 940/13
intention [1]  896/17
interact [2]  861/13 902/18
interaction [1]  845/12

interest [6]  836/3 891/15 900/4 900/8
interested [2]  855/19 939/24
interesting [2]  841/8 841/21
interests [1]  900/11
interfacing [1]  861/16
intergraded [1]  842/15
internal [2]  965/2 965/2
interpret [3]  858/6 914/12 914/13
interpretation [3]  864/22 865/1 968/24
interpreted [4]  856/6 883/10 883/15
883/16
interpreting [1]  886/10
interrupt [1]  849/5
interview [1]  866/13
interviews [4]  866/5 866/6 866/7 866/9
invest [1]  852/9
investigate [2]  947/1 948/3
investigated [1]  945/10
investigation [3]  894/22 906/24 961/8
investing [2]  921/11 921/12
investment [10]  828/5 844/9 856/9
920/19 920/20 920/21 920/23 920/23
921/5 948/14
investments [4]  815/9 815/10 834/18
930/14
investor [5]  834/21 849/23 850/14 891/4
948/14
investors [2]  819/20 891/1
involved [10]  833/8 833/19 838/24
845/18 855/19 855/20 869/9 887/18
937/23 939/17
involvement [1]  840/21
involving [1]  938/6
IP [1]  879/9
IPT [14]  842/12 842/21 842/25 843/3
848/1 879/5 879/8 879/14 880/19
882/16 902/15 902/17 902/18 902/22
IPTs [2]  880/12 902/11
irrelevant [2]  884/9 884/16
is [535]
isn't [14]  829/4 836/11 855/22 856/5
858/4 859/4 873/14 873/21 882/2
889/23 891/20 893/16 894/2 894/8
issue [8]  850/20 853/14 901/16 908/23
910/10 911/19 912/19 918/13
issues [8]  821/16 830/15 882/16 885/7
885/12 911/25 926/24 976/18
it [344]
it's [169]  814/8 815/23 815/24 815/25
816/13 820/23 820/23 822/7 822/9
822/12 822/17 823/9 823/11 824/15
825/5 825/5 825/14 825/14 825/21
825/22 825/23 825/25 826/23 826/23
827/6 828/11 828/12 828/14 829/11
829/20 829/21 831/7 831/25 832/10
833/3 833/12 833/13 834/10 834/11
834/25 836/11 836/13 837/7 837/15
839/6 839/6 839/10 839/15 839/16
839/16 840/1 840/3 840/10 840/22
840/23 841/21 841/21 842/10 842/13
843/9 843/13 843/13 844/11 844/12
845/6 845/17 846/4 846/4 849/14 851/2
851/20 853/7 854/13 854/17 854/21
854/22 855/1 855/2 856/5 856/12 857/1
860/19 862/6 862/11 862/12 863/20
864/7 865/9 865/11 865/13 866/25
867/1 867/8 867/11 868/2 869/18
870/10 871/24 871/25 872/22 872/23
873/4 874/21 875/11 876/20 877/22
877/24 879/16 884/22 880/15 881/15
881/20 881/22 881/22 881/23 882/3
882/8 882/8 882/9 882/10 882/20

**I**

it's... [48]  883/17 884/8 884/16 890/2
890/5 890/10 892/4 892/7 894/2 894/4
894/5 894/6 897/3 898/13 899/16
899/16 900/22 901/5 901/11 902/11
903/10 912/2 912/15 913/5 914/9
918/14 921/3 921/9 921/12 940/4 941/3
944/16 951/17 953/18 953/22 954/7
954/11 954/14 957/7 957/8 959/21
959/24 966/12 967/20 969/23 971/9
973/12 976/11
item [1]  947/8
its [26]  812/13 867/2 867/9 873/8
873/10 873/12 881/9 903/23 903/24
903/25 912/22 916/1 916/17 916/17
918/4 918/5 921/5 924/15 932/3 936/2
944/13 944/19 948/4 948/20 948/23
965/9
itself [2]  834/3 873/3

**J**

Jackola [4]  814/15 819/8 821/25 837/13
JAKOLA [1]  809/5
JAMES [3]  809/23 951/18 971/20
James Dupree [1]  951/18
January [2]  807/7 812/2
JARRETT [1]  809/13
Jefferis [1]  837/16
JOA [11]  837/9 837/9 875/11 876/17
876/19 876/22 877/1 878/5 899/10
899/11 902/15
job [10]  829/2 839/24 843/2 852/23
858/7 858/12 871/7 898/2 913/20
956/14
Jodi [5]  810/2 810/4 978/3 978/11
978/11
join [2]  959/6 959/8
joinder [1]  853/10
joined [1]  960/22
joint [10]  817/6 841/3 841/11 841/12
853/12 854/11 899/4 902/25 903/4
965/9
journal [2]  865/19 866/1
Jr [3]  812/17 812/19 812/23
Jubilee [2]  842/4 842/9
judge [10]  807/20 864/21 884/8 891/5
901/2 939/9 939/23 942/3 961/22 971/1
Judge Barbier [2]  864/21 891/5
Judge Barbier's [1]  939/9
Judge Shushan [1]  961/22
judgment [9]  909/17 910/4 942/11
946/18 946/21 968/1 968/8 968/9
971/13
judgments [4]  910/1 942/5 942/8 963/7
JUDY [1]  808/10
jump [1]  864/9
June [1]  933/23
June 2010 [1]  933/23
jury [2]  977/15 977/16
just [103]  814/9 818/3 819/13 820/23
822/3 825/14 826/16 829/21 830/17
832/10 838/17 839/16 840/3 841/12
842/24 843/2 844/15 846/18 847/5
851/17 852/16 855/4 857/20 859/5
860/16 861/23 864/14 864/23 865/8
866/8 872/17 872/21 873/6 873/13
877/6 878/19 879/7 880/6 880/21
881/24 882/3 882/7 882/7 883/4 884/2
887/14 887/21 888/5 888/11 889/16
893/19 894/13 895/19 896/6 898/5
904/17 907/20 909/12 910/2 910/20
913/5 913/21 914/3 914/16 915/17

918/10 918/11 918/14 919/1 920/17
925/20 938/16 939/14 940/5 940/5
940/6 941/5 944/2 944/6 946/4 946/7
946/22 947/10 947/24 951/6 953/14
954/2 959/16 959/24 960/4 960/8
960/18 963/21 963/23 963/24 964/19
968/15 971/6 971/16 973/15 973/15
975/12 976/8
Justice [4]  808/4 808/14 905/10 932/9
Justice's [1]  913/16
JV [2]  861/2 861/10

**K**

Kanner [2]  808/20 808/21
KARIS [1]  809/4
KATRINE [1]  809/5
keep [6]  830/25 898/14 898/21 898/22
915/1 919/1
keeper [2]  901/25 902/2
KEITH [1]  809/13
Kevin [1]  975/21
key [18]  823/13 824/25 825/1 835/14
836/16 839/23 841/17 844/10 891/22
892/6 892/6 893/10 899/6 899/7 915/8
915/15 915/16 935/10
kH [3]  835/17 836/2 836/6
kick [2]  854/18 886/12
kicks [1]  912/25
KIMBERLY [1]  809/9
kind [17]  833/23 837/7 854/1 857/20
865/7 889/4 895/2 900/10 901/17 911/3
911/15 919/16 945/1 946/4 947/19
947/24 961/8
kinds [7]  835/14 845/9 888/22 902/24
930/1 934/13 939/23
KING [1]  808/8
KIRBY [6]  809/19 856/24 857/1 899/5
900/3 901/20
Kirkland [2]  809/3 809/8
knew [1]  847/13
know [105]  814/10 818/4 820/23 821/3
822/16 823/23 823/25 824/4 825/4
825/19 827/24 830/20 831/17 831/24
834/12 835/1 835/13 835/20 836/19
838/3 841/15 841/20 843/12 844/3
844/19 845/22 846/6 850/17 850/20
852/15 853/22 853/23 854/9 854/19
854/24 855/10 855/22 856/2 861/11
862/3 862/5 865/9 867/1 867/4 867/6
867/11 867/12 868/18 869/9 870/15
870/25 871/14 871/14 873/5 875/22
876/24 877/8 877/13 877/14 877/15
879/6 880/6 881/12 882/21 883/13
886/24 886/25 887/2 887/3 887/14
888/22 889/14 891/3 893/1 893/2 893/3
893/4 893/19 893/23 893/24 894/16
895/7 896/1 898/1 898/22 898/23
900/20 913/25 914/19 932/25 943/2
947/15 956/19 956/24 959/10 959/13
960/19 962/9 964/4 964/6 968/11
969/12 969/15 969/18 969/19
knowing [3]  968/10 968/14 968/19
knowledge [8]  914/11 958/15 958/17
960/7 960/11 960/12 960/25 971/19
knows [3]  835/9 955/18 958/20
KRAUS [1]  808/21
KY [3]  809/19 856/24 857/1

**L**

L-I-N-C-O-L-N [1]  905/6
lack [5]  820/5 821/8 821/8 974/6 974/11
Lacy [1]  975/21
laed.uscourts.gov [1]  810/4

lagging [3]  865/7 865/11 866/21
LANGAN [1]  809/3
language [9]  845/18 876/18 876/21
877/2 879/3 879/7 940/20 940/22 975/5
large [7]  839/21 847/10 848/10 906/13
908/11 945/14 966/19
large-scale [1]  908/11
LaSalle [1]  809/6
last [11]  814/10 835/3 861/15 862/22
886/19 902/25 903/25 903/25 942/21
945/13 976/4
late [1]  938/15
later [9]  819/5 875/15 875/23 891/9
894/14 896/4 901/18 902/14 922/17
Latta [1]  957/23
LAURA [1]  808/16
law [6]  820/19 850/7 852/8 852/24 948/1
965/7
LAWRENCE [1]  808/16
Lawrie [1]  843/10
lawyer [4]  853/24 864/20 899/13 915/21
lawyer's [2]  915/21 915/22
lawyers [2]  854/20 953/21
lay [1]  915/17
layman's [1]  867/17
layperson [1]  914/15
lead [3]  834/8 837/2 855/18
leader [1]  972/4
leaders [1]  926/1
leadership [6]  840/9 840/17 842/24
843/1 859/6 859/8
leading [2]  927/9 938/18
lean [1]  813/1
learn [6]  833/12 833/16 834/2 834/15
910/12 961/22
learned [2]  833/9 838/4
learning [3]  833/1 833/3 834/16
lease [9]  847/19 847/21 848/11 848/16
875/12 876/8 876/12 950/4 950/15
leased [1]  950/18
leasehold [2]  890/3 891/14
leases [1]  890/9
LEASING [1]  807/13
least [10]  846/22 851/8 859/22 871/21
874/19 878/15 883/23 902/3 927/2
940/19
leave [1]  970/9
led [1]  897/21
left [7]  857/8 863/3 925/23 926/4 948/23
963/25 976/7
legal [45]  815/2 853/20 854/1 854/3
861/12 862/5 864/22 864/25 903/10
916/2 920/6 920/10 920/22 920/24
921/9 929/19 939/22 939/24 942/15
944/25 950/2 950/18 953/18 955/4
955/8 955/9 962/23 962/24 965/8 966/1
966/2 966/6 966/3 966/17 968/5 968/10
968/15 968/18 968/23 969/4 969/13
968/15 969/15 969/18 971/4
legally [2]  934/21 934/25
less [7]  824/5 855/18 855/19 855/19
855/19 944/17 944/23
lessons [1]  838/3
let [20]  812/14 831/18 833/4 849/5
849/5 851/16 860/15 872/20 872/20
877/19 879/15 880/9 884/2 894/24
909/2 914/21 927/11 950/4 971/16
972/14
let's [48]  813/19 816/1 821/24 823/1
831/13 832/15 832/16 832/24 837/11
845/2 848/25 858/21 858/22 864/11
864/11 867/19 867/20 868/11 869/18

**L**

let's... [29] 869/18 871/24 878/8 878/19
880/25 881/6 884/17 885/17 887/5
889/16 891/5 891/18 896/23 898/22
898/23 898/24 900/3 916/8 917/13
931/20 933/2 941/4 945/2 951/16
952/17 959/17 963/11 964/25 973/15
letter [4] 951/4 951/20 951/23 952/3
letterhead [2] 951/17 951/23
level [15] 823/22 823/24 826/1 852/2
852/20 874/11 874/21 876/10 890/25
891/4 894/22 909/12 920/2 947/25
953/16
Lewis [2] 809/12 809/22
liability [3] 820/24 851/20 939/17
liable [2] 821/4 851/25
lies [2] 920/22 921/6
lieu [1] 929/7
life [1] 937/7
like [42] 812/16 813/1 814/23 823/14
826/10 831/24 841/16 843/22 844/2
855/3 855/13 860/3 861/25 864/16
866/16 867/17 873/2 875/23 880/14
884/14 888/20 899/23 908/15 910/16
913/21 921/4 926/14 926/15 937/10
938/15 944/4 956/5 956/8 956/11
957/23 963/3 964/18 966/17 971/4
973/10 976/23 976/24
likely [3] 820/6 887/20 921/10
limine [3] 813/12 813/14 829/7
limitation [1] 820/19
limited [5] 836/12 847/5 885/3 929/23
958/19
Lincoln [1] 905/6
line [11] 849/12 858/22 876/13 887/7
896/9 912/14 912/17 913/9 956/20
972/20 972/20
line 22 [1] 956/20
lines [3] 960/21 973/21 974/5
Liskow [1] 809/12
list [7] 853/14 901/11 956/6 957/14
957/17 957/23 963/16
listed [4] 910/15 926/17 927/18 956/11
listen [2] 843/17 914/5
lists [1] 956/7
literature [8] 824/7 837/5 837/12 843/13
844/11 844/13 845/1 848/23
litigation [7] 826/11 907/24 930/5 939/5
952/20 962/5 962/9
little [10] 816/20 834/23 842/17 850/1
852/15 872/17 899/4 937/19 945/15
971/16
live [2] 904/15 976/4
living [2] 908/8 937/24
LLC [2] 807/13 807/14
LLOYD'S [1] 807/16
loading [4] 828/1 828/10 829/3 830/10
logs [1] 870/21
long [12] 847/22 847/24 872/11 873/15
877/15 881/9 898/23 927/11 927/11
954/23 971/9 976/9
long-term [1] 847/22
longer [1] 976/7
longest [1] 976/12
look [23] 837/11 838/22 865/16 865/19
866/15 867/19 871/24 880/25 881/6
891/18 894/9 900/18 900/19 900/19
901/22 921/5 943/23 945/2 951/17
954/15 963/23 965/20 977/13
looked [11] 830/16 844/15 897/23 909/5
938/24 939/4 939/15 939/18 939/19
943/14 953/3

looking [16] 847/20 848/3 854/23 873/6
873/20 881/19 912/24 930/21 886/6
895/9 944/1 946/4 946/14 946/22
947/18 947/24
looks [4] 894/12 910/16 912/18 964/16
looks at [1] 894/12
loose [1] 876/21
loosely [1] 900/14
Los [1] 809/24
lot [21] 816/15 824/17 825/21 825/25
835/4 846/7 846/8 846/23 847/11 852/3
852/20 854/19 855/4 861/15 864/16
869/25 877/16 884/15 888/19 895/13
953/17
LOTTERMAN [1] 809/19
LOUISIANA [7] 807/2 807/6 808/20
808/23 809/15 810/3 978/5
low [2] 885/21 885/25
LP [1] 807/16
LTD [1] 807/16

**M**

ma'am [2] 860/21 874/7
Macondo [39] 841/9 853/11 853/12
879/24 895/10 895/10 901/19 902/25
903/3 905/12 905/12 907/8 907/19
909/19 912/8 913/19 916/5 916/5 917/1
921/24 922/12 923/19 923/19 924/6
924/13 924/21 925/9 925/19 926/24
927/8 929/4 929/17 933/11 934/17
934/18 948/7 950/15 950/18 958/22
made [18] 822/13 827/19 827/20 830/14
832/10 897/13 911/20 919/25 920/2
920/4 931/16 950/10 961/18 963/7
965/20 965/23 965/24 973/9
main [3] 819/13 867/9 938/21
maintaining [5] 886/18 886/21 887/8
887/25 888/3
maintenance [2] 886/22 888/4
major [2] 847/25 936/16
majority [3] 814/22 877/4 963/18
majority-owned [1] 963/18
majors [4] 816/12 833/7 833/19 833/24
make [35] 814/23 820/5 823/14 824/6
824/20 825/1 825/15 825/24 828/4
831/2 835/25 836/1 836/6 836/21
855/11 856/1 867/3 870/24 877/7 878/6
880/12 906/19 920/2 920/10 920/18
920/23 927/8 930/20 939/24 940/2
940/11 946/18 948/14 960/8 966/1
makes [6] 820/9 825/12 844/12 889/25
921/7 976/8
making [21] 814/20 816/3 817/18 822/6
823/1 823/3 823/14 823/21 824/17
824/23 826/17 828/14 830/10 831/16
832/7 836/2 888/21 888/21 894/18
910/1 954/8
MALINDA [1] 808/16
manage [8] 835/11 842/21 905/14
906/13 908/12 916/17 918/4 934/1
managed [7] 834/20 912/7 916/4 923/18
924/6 925/8 935/7
management [30] 813/23 815/18 827/5
828/11 830/8 834/24 835/2 835/7
835/10 836/7 858/18 859/1 859/3
859/15 863/4 868/15 868/16 908/3
917/4 923/2 931/16 942/11 945/23
946/14 947/19 958/4 965/2 968/18
972/3 973/24
manager [5] 881/16 881/17 881/19
881/23 882/10
managers [2] 924/16 932/4
manages [2] 916/1 936/1

managing [9] 909/18 916/21 919/12
923/16 924/19 924/20 925/21 968/13
972/6
manuals [7] 857/6 923/5 923/5 923/8
923/9 923/10 925/11
many [13] 817/9 821/3 828/9 846/6
865/9 866/2 873/1 875/22 898/16
942/20 943/2 948/19 972/14
mark [2] 809/5 953/16
market [1] 895/2
marshal [1] 819/5
Marvel [1] 914/10
Master's [1] 936/21
matching [1] 881/14
material [5] 820/2 849/23 851/4 897/6
897/11
materially [1] 820/13
materials [3] 906/24 906/25 907/1
Matt [1] 936/9
matter [7] 818/10 820/18 850/7 863/8
897/24 921/3 978/8
matters [2] 812/8 922/12
MATTHEW [1] 809/4
mature [1] 834/2
maturing [2] 832/5 832/6
may [23] 812/13 821/6 838/8 844/23
849/20 851/13 865/11 866/22 872/5
880/6 881/7 899/24 902/4 903/23
908/25 909/13 910/5 912/3 926/19
936/10 951/21 964/22 977/15
maybe [14] 813/15 813/15 813/16 824/1
824/4 840/15 847/5 850/5 873/18
877/19 885/18 888/8 889/15 963/24
MAYBERRY [1] 808/16
MC252 [1] 950/18
McCutchen [1] 809/18
McKay [3] 918/9 919/18 928/16
MCKINNEY [1] 808/22
MD [1] 807/4
me [51] 812/14 820/17 821/1 829/5
830/13 831/19 833/4 849/5 849/5
860/15 866/19 872/18 872/20 872/20
872/22 874/11 875/25 876/5 876/6
877/19 879/15 880/9 882/12 883/25
884/2 884/6 884/6 884/9 894/24 903/11
905/10 909/2 911/9 914/4 914/6 914/23
926/19 931/14 939/14 945/21 949/4
950/4 953/10 955/6 956/20 958/20
961/13 971/16 972/14 975/7 976/14
mean [32] 818/4 828/17 828/22 833/20
840/5 847/22 852/17 858/15 862/1
864/21 864/25 866/2 866/7 866/18
868/10 869/5 869/16 871/13 875/14
883/10 885/23 889/14 890/5 892/23
913/24 945/24 958/17 958/18 958/19
960/18 961/17 972/2
meaning [5] 828/20 829/3 913/18
940/22 960/14
meaningful [1] 962/8
means [8] 821/10 835/17 842/15 846/3
858/6 871/19 894/15 894/18
meant [5] 816/25 859/9 861/25 900/14
939/21
mechanical [1] 810/8
meet [1] 929/10
meeting [2] 929/7 937/6
meetings [3] 835/2 866/3 929/13
member [1] 957/19
members [2] 879/17 929/18
membership [1] 881/8
memorialized [1] 837/8
memorializes [1] 899/21
memory [1] 872/18

Case 2:10-md-02179-CJB-DPC Document 15463-580 Filed 05/05/15 Page 188 of 200

mention [6] 875/15 923/9 926/12 973/21 974/1 974/2
mentioned [12] 816/13 822/10 823/6 828/18 874/4 875/17 900/13 919/19 922/4 923/8 933/17 971/21
Messrs. [1] 923/6
Messrs. Bucknall [1] 923/6
met [2] 922/10 958/23
method [12] 906/16 906/17 906/18 906/18 906/19 906/22 907/6 907/9 907/10 908/20 938/18 974/25
metric [1] 825/15
metrics [3] 825/13 825/18 828/19
MEXICO [53] 807/5 816/14 817/13 833/22 846/16 855/7 884/10 889/15 890/1 890/4 891/7 891/22 892/6 893/10 895/15 905/11 916/4 917/5 921/10 922/11 922/15 923/3 923/18 924/5 924/6 924/10 924/12 924/16 925/7 925/8 928/11 929/3 930/7 930/22 932/4 932/13 932/17 933/15 933/24 934/17 935/8 935/25 945/17 945/25 946/10 947/20 954/17 955/23 956/24 957/3 958/6 973/25 975/17
MICHAEL [1] 808/11
Michigan [11] 905/25 937/19 969/7 969/9 969/13 969/18 969/24 970/4 970/8 972/17 972/17
microphone [3] 812/25 815/20 818/2
middle [3] 814/10 937/22 963/24
might [12] 821/5 826/3 839/4 857/19 862/8 866/14 886/23 888/4 888/4 910/25 955/18 971/7
MIKE [1] 809/9
million [2] 824/1 890/6
millions [1] 834/13
millionth [1] 824/5
mind [7] 817/24 860/4 864/19 899/19 974/20 975/1 975/3
mine [1] 815/19
minimal [2] 924/13 929/4
minimize [1] 867/6
Minnesota [2] 906/8 936/19
minute [6] 866/17 874/6 903/6 903/6 903/18 915/20
minutes [9] 904/2 922/2 922/3 929/13 945/11 959/4 961/16 961/19 962/17
Miocene [2] 833/18 847/11
mislead [1] 914/14
misleading [2] 941/24 942/18
missed [2] 873/22 873/23
Mister [1] 976/3
misunderstood [2] 850/5 869/4
mixed [1] 887/6
model [25] 837/9 848/19 853/7 853/9 853/9 854/16 855/1 855/4 855/6 855/14 863/21 864/4 865/3 867/8 868/2 868/3 871/25 878/10 879/20 879/25 881/2 881/7 881/14 903/1 903/4
Model OA [2] 879/20 881/2
modified [1] 882/7
MOEX [2] 807/13 896/10
moment [4] 872/25 873/13 873/21 896/3
money [2] 835/25 855/10
monitor [1] 944/9
monitored [1] 944/13
monitoring [1] 886/12
months [2] 828/11 846/22
more [34] 815/1 815/2 815/9 816/20 820/3 820/5 830/19 831/23 831/23 831/23 833/8 833/19 834/2 847/14

848/4 856/6 867/3 872/17 881/18 881/20 884/19 893/4 896/3 902/13 909/13 921/10 935/24 936/14 938/11 940/2 946/25 971/16 972/14 974/5
moreover [1] 829/12
Morgan [1] 809/22
morning [1] 976/9 977/23
Morrison [3] 933/16 957/1 958/3
most [8] 813/25 816/10 826/25 838/1 877/9 877/10 877/11 932/22
motion [5] 813/3 813/7 813/12 813/14 829/7
motions [1] 813/3
Mottashed [1] 967/11
move [12] 819/5 831/11 831/13 832/5 833/13 853/3 882/21 884/17 898/24 900/3 927/15 942/2
moving [1] 844/19
Mr. [80] 812/17 813/22 814/15 817/17 819/9 818/14 818/15 818/16 818/19 819/7 819/8 821/15 821/20 821/25 822/23 823/17 827/7 827/9 829/5 831/10 837/1 837/13 837/16 837/17 839/10 839/11 839/16 840/10 840/12 840/20 842/6 843/10 844/2 844/14 845/10 849/14 849/20 849/25 850/1 851/3 853/16 856/24 858/13 858/21 884/14 899/8 901/16 903/11 908/13 909/2 910/20 912/22 915/18 919/17 919/18 920/5 928/16 928/16 929/9 929/14 931/10 933/16 933/24 936/7 945/21 947/6 947/11 958/14 959/6 960/1 961/11 963/22 967/11 972/8 973/2 973/10 973/18 974/13 974/15 976/1
Mr. Arnold [7] 821/20 822/23 849/14 849/25 851/3 884/14 901/16
Mr. Arnold's [1] 840/20
Mr. Bray [8] 920/5 929/9 929/14 947/6 947/11 958/14 959/6 961/11
Mr. Bray's [1] 960/1
Mr. Dupree [6] 972/8 973/2 973/10 973/18 974/13 974/15
Mr. Gardner [2] 812/17 817/17
Mr. Gladstein [1] 945/21
Mr. Herman [2] 839/10 839/16
Mr. Inglis [2] 919/17 928/16
Mr. Jackson [4] 814/15 819/8 821/25 837/13
Mr. Jefferis [1] 837/16
Mr. Lawrie [1] 843/10
Mr. McKay [2] 919/18 928/16
Mr. Morrison [1] 933/16
Mr. Mottashed [1] 967/11
Mr. Quivik [1] 909/2
Mr. Ratner [2] 912/22 976/1
Mr. Regan [4] 908/13 910/20 931/10 936/7
Mr. Sunding [1] 850/1
Mr. Suttles [1] 933/16
Mr. Suttles' [1] 915/18
Mr. Visser [1] 840/10
Mr. Walkup [25] 813/22 818/9 818/19 819/7 821/15 823/17 827/7 827/9 829/5 831/10 837/1 837/17 839/11 840/12 842/6 844/2 844/14 845/10 849/20 853/16 856/24 858/13 899/8 903/11 963/22
Mr. Walkup's [4] 818/14 818/15 818/16 858/21
Ms. [6] 863/24 864/1 888/7 899/5 900/3 901/20
Ms. Flickinger [3] 863/24 864/1 888/7

Ms. Kirby [3] 899/5 900/3 901/20
Ms. Kirby's [2] 842/18 901/20
MSDS [1] 806/11 806/23 842/18 906 842/18
854/22 855/3 855/12 863/20 880/18 907/21 953/1 976/6
mud [1] 886/14
multi [2] 828/20 830/11
multi-attribute [2] 828/20 830/11
multinational [2] 963/8 969/4
multiple [7] 825/13 825/16 828/20 867/11 871/18 876/11 879/17
must [1] 871/9
my [116] 812/23 813/25 814/9 814/22 814/23 815/3 815/13 816/10 816/10 816/21 817/12 817/12 817/14 820/9 822/10 828/18 833/25 837/6 840/23 842/1 843/12 845/11 845/15 847/4 852/23 855/2 855/16 857/10 858/4 858/12 859/10 859/10 861/19 864/19 867/17 868/15 869/1 869/8 870/15 871/7 871/13 871/16 871/23 872/18 873/20 880/17 880/18 881/25 882/18 883/20 883/24 883/25 885/15 885/22 885/22 885/22 891/2 895/13 896/2 897/19 897/22 898/2 899/12 899/12 899/19 900/16 901/11 902/25 905/5 905/5 906/2 906/11 908/5 908/5 909/20 917/15 917/18 917/21 918/4 919/10 921/22 923/17 924/20 928/9 929/2 932/3 933/10 934/16 940/13 940/18 940/19 941/3 942/10 943/25 944/5 944/15 945/21 946/20 947/18 948/9 948/15 950/1 952/3 958/15 958/15 958/17 960/7 969/5 968/16 969/19 969/20 969/23 970/7 970/9 972/17 978/6
myself [3] 859/3 939/23 969/17

**N**

N.W [1] 809/10
nail [1] 831/19
name [11] 812/22 812/23 826/25 856/25 904/25 905/5 905/5 911/22 951/18 969/4 973/19
names [8] 821/19 827/14 892/11 892/11 892/18 892/19 925/25 956/10
NANCY [2] 808/7 812/15
narrative [1] 907/3
narrow [1] 889/5
NATHANIEL [1] 808/9
National [2] 857/12 857/15
native [1] 973/16
Natural [1] 808/4
nature [8] 815/8 873/3 885/3 894/10 910/20 910/21 969/13 976/14
navigable [1] 851/25
near [2] 895/25 896/2
nearby [1] 848/2
necessarily [1] 820/22
necessary [4] 872/6 881/10 908/24 940/1
need [18] 818/2 825/8 825/11 828/25 838/22 839/1 853/22 871/14 871/15 880/25 882/12 895/7 898/24 903/11 942/4 968/11 969/18 977/11
needed [3] 839/3 892/21 893/3
needs [1] 880/7
negative [2] 886/10 886/11
negatives [1] 972/14
neglected [1] 917/12
negligence [2] 821/9 851/22
negligent [5] 820/19 821/6 821/6 850/7 850/23
negotiating [1] 855/5

Case 2:10-md-02179-CJB-DPC Document 14353 Filed 05/05/15 Page 189 of 200

**N**

Neil [2]  957/23 974/5
Neil Shaw [1]  957/23
net [3]  840/23 948/8 948/10
never [9]  857/6 859/22 862/25 871/7
895/1 937/6 937/9 938/6 974/15
new [8]  807/6 808/23 809/15 810/3
817/11 817/12 934/3 949/6
Newmont [2]  908/2 912/25
next [15]  812/13 816/5 822/15 834/7
836/24 846/24 847/25 881/15 903/23
904/15 931/1 931/13 945/15 957/12
976/1
no [129]  807/4 813/3 813/3 813/17
820/12 821/6 835/1 835/7 845/13
847/19 850/2 850/16 850/19 850/21
854/5 855/16 856/13 857/5 857/7
857/14 857/16 857/23 859/6 859/25
861/8 861/19 863/19 864/20 870/13
871/1 873/9 874/14 874/15 874/24
874/25 880/25 882/18 882/19 883/6
883/9 883/14 884/23 885/21 885/24
886/9 886/11 886/13 886/15 886/17
887/10 887/25 888/2 890/13 890/18
890/21 890/22 890/25 892/8 893/21
894/25 895/4 895/25 898/7 898/9
898/10 898/20 902/1 903/13 909/21
911/12 915/20 915/20 923/11 924/12
924/17 926/12 926/14 927/20 929/3
929/25 932/5 933/1 934/22 935/1 935/5
935/23 936/5 937/12 941/15 941/16
941/19 941/23 942/8 943/9 946/8
947/20 948/1 948/16 948/25 953/20
953/22 953/23 957/4 960/7 960/15
960/18 961/19 962/3 963/7 964/3 964/9
964/12 965/13 966/11 966/14 966/18
967/4 968/16 968/16 970/9 971/1 971/4
972/11 972/13 974/14 975/3 975/23
977/1 977/2
No. [2]  838/20 918/16
No. 1 [1]  918/16
No. 5 [1]  838/20
nobody [1]  895/1
NOJV [1]  841/11
NOMELLINI [1]  809/5
non [8]  841/3 847/13 868/8 869/1
869/10 889/11 975/8 975/8
non-answers [1]  975/8
Non-Operated [1]  841/3
non-operator [2]  869/10 889/11
non-operators [2]  868/8 869/1
non-questions [1]  975/8
nonactive [1]  838/18
nonculpable [1]  850/18
none [7]  813/8 845/13 888/14 927/20
927/20 946/7 948/21
nonetheless [2]  865/3 897/5
nonlegal [1]  919/25
nonnegligent [4]  849/11 851/24 852/16
852/25
nonop [2]  834/4 840/16
nonoperated [3]  817/3 841/11 841/11
nonoperating [46]  814/3 832/24 833/9
834/5 835/8 836/8 837/8 838/4 838/22
839/18 839/21 840/5 840/16 840/25
842/20 842/23 843/4 843/8 843/20
844/6 845/12 845/14 846/23 847/9
847/16 847/21 848/17 850/9 862/1
862/7 862/12 863/17 868/5 872/9
883/18 885/1 885/19 885/24 886/6
886/20 887/18 887/23 889/22 895/14
895/15 899/18

nonoperator [27]  819/25 820/14 822/21
830/20 836/18 837/5 837/11 837/13
837/15 837/25 838/4 840/21 844/16
845/3 848/9 849/11 855/17 863/7
869/21 870/7 894/20 896/15 897/4
897/7 897/9 897/12 901/17
nonoperator's [2]  822/10 897/17
nonoperators [28]  816/16 817/20 819/16
819/20 820/3 821/17 821/22 822/17
823/4 832/11 832/15 834/2 834/9 837/2
845/10 845/24 847/3 848/6 849/15
855/18 861/6 861/20 893/6 894/10
896/11 900/4 900/11 902/14
nonpassive [1]  856/9
nontechnical [4]  826/5 826/7 826/8
826/14
NOP [1]  889/18
nope [2]  890/22 901/1
normal [5]  911/25 912/2 935/4 948/13
948/13
norms [1]  844/16
North [1]  809/6
Norway [3]  882/22 883/13 883/24
not [284]
not-so-good [1]  830/6
note [4]  908/2 919/21 965/1 977/17
noted [1]  929/9
notes [1]  964/18
nothing [12]  820/9 820/12 850/3 857/10
941/11 941/14 943/3 949/2 967/2
970/14 971/8 975/10
notice [1]  951/10
now [72]  813/8 820/17 820/21 827/14
829/7 832/14 836/24 845/2 848/22
852/2 854/21 859/22 860/19 863/3
863/15 863/21 864/13 866/13 867/19
868/7 869/21 871/3 871/24 872/16
873/8 873/11 873/12 874/1 874/4
874/15 875/19 877/4 878/19 880/25
881/6 881/16 882/15 882/19 884/19
885/1 885/17 889/10 890/12 893/7
897/4 899/15 903/6 904/9 914/19
931/12 931/20 933/2 939/25 942/20
943/22 947/2 948/7 951/17 951/20
954/17 959/6 959/24 960/2 962/16
968/3 968/8 969/24 970/4 973/9 973/18
976/9 977/20
number [20]  827/15 836/12 844/3
844/22 863/23 863/23 864/6 888/11
902/16 925/12 926/23 932/15 939/19
943/2 953/21 955/13 956/5 963/18
975/18 975/20
numbered [1]  978/8
numbers [3]  929/15 953/14 956/7
numerous [2]  916/22 919/13
NW [1]  809/20

**O**

O'Bryan [1]  927/23
O'ROURKE [1]  808/6
OA [3]  879/20 881/2 881/7
oath [1]  972/22
object [2]  918/12 927/7
objection [7]  820/7 820/17 829/23 900/1
909/21 942/1 959/1
objective [6]  817/15 845/17 845/25
858/1 858/3 870/15
objectives [2]  930/22 935/21
obligations [2]  949/7 949/8
observed [3]  845/23 846/9 856/3
obviously [8]  826/1 851/22 863/16 867/4
871/14 875/19 877/9 910/23
occupation [1]  813/22

occurrence [1]  826/2
occurrence [1]  826/14
off [4]  815/19 828/5 892/2 895/4
offering [10]  849/13 934/19 934/23
935/2 942/15 942/17 944/25 970/17
970/21 971/2
offers [1]  817/17
Office [2]  808/12 808/17
officer [15]  907/18 914/17 924/19 926/8
927/25 932/7 937/9 957/17 967/15
967/24 968/22 971/25 972/9 973/3
974/2
officers [7]  926/18 927/18 927/21
929/24 957/14 957/22 957/25
official [4]  810/2 972/16 978/3 978/12
officials [1]  925/12
offshore [12]  807/13 807/14 839/23
840/8 844/23 845/20 853/7 859/23
862/23 862/24 869/23 884/21
often [3]  878/2 937/23 937/23
oh [8]  813/18 813/18 861/23 863/12
869/4 878/12 882/3 882/14
oil [9]  807/4 807/4 814/1 817/20 827/6
851/24 862/4 900/8 953/25
oilfield [1]  872/6
okay [146]  812/12 812/18 813/2 813/13
813/18 813/24 814/14 815/22 815/23
816/1 816/3 816/17 818/7 818/12 819/4
819/13 821/11 821/19 822/3 822/25
823/1 823/13 826/19 827/4 828/17
829/24 831/8 831/10 832/21 834/7
834/21 835/10 836/7 836/23 836/24
837/11 838/6 838/9 839/8 842/3 845/2
846/15 846/24 848/22 851/16 853/3
854/6 860/15 860/17 860/20 863/3
863/6 863/15 864/5 864/11 866/11
869/1 869/19 869/20 870/2 870/4 870/6
870/9 871/24 874/17 875/8 877/19
880/20 880/21 880/25 882/14 882/14
882/25 883/5 883/11 883/13 883/16
884/12 884/16 884/17 887/11 888/7
891/5 891/13 891/18 892/21 892/23
892/24 893/5 894/24 898/8 898/11
898/18 899/1 900/3 900/23 901/16
902/9 902/25 903/7 903/8 903/12
903/16 903/23 908/16 913/12 915/11
915/23 915/25 918/2 918/22 919/3
933/2 937/15 938/17 940/4 941/4 943/3
945/2 947/10 950/9 950/13 952/5
952/18 953/20 954/25 956/8 956/23
957/9 957/10 957/12 957/13 957/22
958/22 959/4 961/15 961/18 963/5
964/7 969/7 971/6 971/19 973/9 976/8
976/20 977/20
Olaf [1]  906/9
old [1]  894/21
OMS [3]  923/5 923/8 925/11
on-site [1]  885/2
once [7]  825/10 827/24 828/3 855/1
902/2 920/4 958/23
one [97]  809/13 813/9 813/17 813/18
819/16 821/6 823/5 824/1 825/3 825/12
825/17 825/18 825/20 826/14 827/2
830/3 831/13 831/25 832/3 834/7
836/15 836/19 837/20 838/1 838/16
839/23 843/3 843/13 847/5 848/1 848/5
850/25 853/3 855/7 858/8 859/7 863/25
864/3 866/2 866/9 867/10 867/25 868/1
870/2 871/15 871/15 872/21 875/20
876/6 878/15 880/11 880/15 881/13
881/18 886/19 890/6 890/21 893/10
898/4 899/6 900/12 902/16 908/20
909/2 909/2 909/13 911/7 912/20 914/9

## Q

one... [28]  920/9 920/9 924/17 927/2
931/1 932/5 934/19 934/23 935/2 939/9
940/19 942/3 942/21 943/10 943/12
943/22 944/2 944/6 946/20 951/18
956/19 964/21 964/22 964/22 964/25
972/14 975/12 976/18
one's [2]  830/4 977/16
ones [3]  894/21 932/18 932/22
ongoing [2]  911/7 938/9
only [24]  835/25 841/21 850/6 850/8
850/18 863/6 871/11 871/13 880/15
885/15 891/10 902/13 910/12 912/7
916/3 923/17 924/13 924/22 929/4
933/12 935/8 942/10 966/4 968/9
onshore [2]  845/20 855/8
opaque [1]  914/14
OPEN [1]  812/4
opening [1]  950/9
operate [7]  828/7 833/17 847/12 867/23
874/19 875/11 875/18
operated [3]  817/3 841/3 911/1
operates [5]  850/11 881/3 914/19 916/2
953/25
operating [27]  817/1 830/21 833/20
848/25 853/6 853/8 853/11 853/12
854/11 863/22 864/4 864/17 871/25
878/10 879/25 880/1 880/18 899/4
903/1 903/1 903/4 903/4 914/16 953/10
953/13 953/16 968/22
operation [7]  870/14 874/13 876/9
876/15 894/14 895/11 925/24
operational [5]  845/9 845/11 885/2
900/25 901/10
operations [56]  816/18 817/15 828/9
845/25 846/3 858/1 858/3 858/10 872/7
882/16 887/15 887/17 889/12 889/15
889/15 900/19 905/11 905/14 906/14
908/3 908/12 909/18 912/8 912/19
913/19 916/4 916/17 916/22 916/25
918/5 919/12 921/23 923/18 924/6
924/9 924/12 925/8 928/10 929/3 930/1
930/2 930/7 930/12 934/17 935/7
935/25 938/13 942/11 945/17 945/23
945/25 946/10 946/14 946/23 947/20
968/13
operator [41]  821/3 821/3 822/21 832/8
833/5 837/23 841/19 842/1 842/10
844/16 845/22 846/1 850/14 850/14
851/24 852/17 861/11 867/22 868/3
869/10 869/24 870/5 872/5 878/3
878/14 878/23 881/3 881/7 881/16
881/17 881/22 882/4 882/9 889/11
892/12 892/24 893/1 893/3 893/4
911/23 939/21
operator and [1]  842/10
operator's [2]  872/11 873/15
operator/nonoperator [1]  822/21
operators [10]  816/16 838/23 841/16
847/6 847/7 847/14 851/21 866/8 869/1
894/10
operatorship [1]  848/5
OPEX [1]  953/8
opine [2]  854/2 971/24
opining [5]  942/13 943/19 946/13 972/8
972/25
opinion [86]  814/3 819/19 822/10
830/13 830/19 832/15 840/22 840/23
844/14 849/14 849/21 849/22 850/3
851/10 854/1 897/13 897/15 897/19
897/22 897/24 897/25 899/7 901/9
901/18 901/18 912/6 914/1 916/8 916/9

916/15 916/16 917/6 918/4 918/11
918/20 919/11 919/20 919/21 919/22
921/22 922/19 923/12 923/16 923/17
923/22 924/2 924/20 924/24 928/3
928/18 931/21 933/3 933/10 934/19
934/23 935/2 935/6 939/22 941/7
941/13 941/15 941/16 941/19 941/23
942/9 942/10 942/15 942/16 943/6
943/16 944/19 944/21 944/25 944/25
945/1 950/2 957/20 965/13 966/11
966/14 968/16 968/25 970/21 971/2
971/4 971/5
opinions [24]  819/1 819/7 819/11 819/13
821/22 823/3 832/8 849/14 884/23
885/22 907/2 908/6 909/20 915/8 915/9
915/9 915/15 915/16 915/24 940/6
941/2 942/17 970/17 975/8
opportunity [2]  833/17 876/12
opposed [2]  823/1 881/16
option [1]  888/20
order [10]  818/23 835/6 876/14 878/2
885/9 885/13 939/11 961/23 962/14
962/17
orders [3]  939/10 962/4 962/21
ordinary [3]  931/15 931/15 966/24
organization [12]  905/11 922/16 924/18
925/18 926/10 926/11 932/6 933/25
934/2 964/13 973/25 974/1
organizational [18]  916/1 916/21 919/11
919/15 920/1 925/11 925/17 927/12
932/11 934/16 950/6 950/9 955/10
956/15 963/1 963/2 968/12 969/21
organizations [2]  844/22 844/24
organize [2]  908/12 963/6
organized [4]  918/15 924/21 933/11
963/9
orient [1]  964/19
Orleans [5]  807/6 808/23 809/15 810/3
817/12
OTC [1]  844/23
other [57]  816/14 820/9 820/10 820/21
825/18 830/4 836/20 840/1 840/11
844/24 847/13 848/8 848/12 849/15
850/19 850/23 854/19 856/17 858/2
862/14 863/25 877/7 888/22 890/13
892/6 894/12 902/4 902/5 905/13
907/23 908/7 908/24 912/17 912/21
913/25 920/8 921/2 922/12 932/15
938/14 953/25 960/4 960/10 960/15
960/16 961/19 963/8 965/8 965/10
965/16 967/1 967/18 967/21 969/1
974/12 975/17 976/18
others [2]  840/11 847/6
otherwise [3]  850/10 855/12 914/14
our [13]  814/24 815/8 825/14 837/4
844/25 850/25 866/11 913/4 913/21
934/1 976/3 976/12 977/17
ours [1]  883/19
out [29]  817/1 824/2 827/8 843/25
847/14 848/7 855/1 858/11 858/11
869/23 872/11 872/24 873/15 878/9
880/22 892/22 911/1 919/22 920/17
926/5 931/9 943/23 944/1 945/11
959/15 965/3 965/19 968/9 970/10
outcome [3]  826/10 836/15 856/4
outcomes [1]  826/3
outlier [1]  964/14
outline [5]  821/24 822/15 823/6 832/14
836/25
outside [3]  877/1 902/15 902/18
over [18]  815/10 830/16 833/23 836/20
850/15 854/18 860/13 863/10 877/16
911/2 939/19 943/4 943/8 956/12 957/7

958/14 958/14 965/6
overlap [1]  875/19
overlooked [1]  813/8
overrule [2]  820/16 820/16
overrun [2]  873/4 873/18
overruns [1]  881/21
overseas [1]  855/13
oversee [3]  930/23 930/23 935/21
overseeing [1]  946/10
overseen [2]  934/3 958/4
oversight [13]  916/25 921/23 921/25
922/16 924/12 924/13 929/3 929/4
929/25 930/2 930/6 930/13 947/25
Overview [1]  842/5
owe [1]  813/6
own [13]  837/24 847/23 847/23 852/9
885/15 889/10 900/16 906/2 924/15
932/3 936/2 944/8 944/9
owned [14]  852/6 912/1 934/12 942/23
943/10 944/7 944/8 944/16 944/22
946/9 946/24 947/15 963/18 969/9
owner [5]  851/24 852/5 852/12 852/17
852/25
owners [3]  821/4 851/21 854/7
ownership [13]  839/10 868/9 891/7
891/13 893/11 894/5 895/9 896/24
896/25 897/3 924/8 928/9 928/13
ownerships [1]  895/8
owns [2]  916/23 919/13

## P

P's [1]  953/3
p.l.c [6]  916/24 921/22 922/2 924/9
942/10 942/25
p.l.c.'s [1]  945/5
page [15]  811/2 829/10 858/22 874/16
878/20 892/10 893/7 940/9 959/17
963/24 964/19 965/2 967/8 972/20
973/12
page 142 [1]  972/20
page 2 [1]  965/2
page 316, 9 [1]  959/17
paid [3]  948/4 948/20 950/20
panel [1]  839/17 839/17
paper [6]  837/23 839/7 840/17 840/20
841/24 868/15
papers [5]  844/20 844/21 913/4 913/21
914/10
paragraph [4]  947/7 952/12 973/15
973/18
paralegals [1]  929/20
pardon [2]  926/19 953/10
parent [8]  907/25 908/4 912/18 913/2
939/17 943/11 948/5 948/20
parent/subsidiary [1]  913/2
parentheses [1]  920/19
parents [1]  948/23
part [38]  817/8 817/12 818/3 822/14
823/9 829/1 833/15 833/21 834/1
838/20 851/9 851/11 852/5 852/8
858/12 869/8 871/7 872/18 873/6
873/22 881/6 883/17 884/13 887/11
888/4 895/5 900/22 902/19 902/20
909/25 911/4 918/17 920/6 941/1 941/1
957/3 972/6 974/1
participants [3]  819/22 826/19 962/9
participate [19]  822/18 822/20 823/8
832/16 832/17 833/2 834/9 835/12
836/9 837/3 849/16 854/8 878/3 885/19
885/25 886/7 886/20 887/24 902/18
participated [2]  842/11 858/11
participating [9]  820/15 834/19 836/22

P

participating... [6] 844/12 872/8 878/22
879/4 880/13 880/19
participation [48] 819/17 820/1 820/4
820/4 822/11 822/16 822/17 822/19
823/6 823/7 831/1 832/24 833/11
833/12 834/6 835/8 836/25 837/8
838/14 838/17 838/19 839/21 840/5
840/24 843/4 845/3 845/10 847/3 847/9
848/23 856/15 869/22 880/15 889/11
889/19 889/22 897/5 897/10 899/9
899/14 899/20 899/23 900/12 900/21
901/17 902/13 902/17 902/23
particular [16] 813/24 813/25 817/21
827/20 836/5 837/20 839/4 848/7 851/3
859/7 892/9 901/17 908/10 921/9
970/23 971/10
particularly [10] 824/16 833/4 834/24
845/24 846/16 855/21 858/1 888/20
889/3 901/11
parties [35] 814/3 834/5 835/8 836/8
837/8 838/5 838/24 839/18 839/21
840/6 840/17 840/25 842/23 842/23
843/4 843/21 845/12 846/23 847/9
847/16 848/21 863/18 866/23 868/5
872/8 872/9 878/22 879/4 885/19
885/24 886/6 886/20 895/14 895/16
939/4
parties' [1] 885/1
partner [8] 815/1 815/1 816/16 843/9
850/9 866/3 883/20 883/25
partnering [1] 847/21
partners [2] 848/5 863/17
partnership [1] 965/10
parts [3] 841/18 870/1 902/16
party [19] 832/24 833/9 838/22 842/21
844/6 845/14 847/21 848/17 862/1
862/7 862/12 883/17 887/18 887/24
889/22 899/18 950/25 951/11 952/2
pass [3] 920/11 924/4 925/6
passed [3] 852/24 894/15 929/7
passive [7] 819/20 820/5 820/14 849/23
850/9 856/6 856/7
past [7] 906/2 906/20 906/20 906/21
910/11 937/25 938/3
PATRICK [2] 808/6 927/23
pay [3] 834/17 852/13 948/11
paycheck [4] 955/18 969/22 969/23
970/2
payment [1] 948/16
payments [1] 953/5
payroll [4] 953/23 954/1 954/2 955/12
peer [4] 865/24 888/14 888/15 888/16
peer-review [1] 888/15
peer-reviewed [3] 865/24 888/14 888/16
penalized [1] 820/13
penalties [6] 820/22 851/22 852/1 852/2
852/20 853/1
penalty [20] 820/3 820/5 821/1 821/10
826/13 849/11 849/23 850/8 850/17
850/24 851/4 851/20 852/17 855/17
856/12 897/6 897/12 970/19 970/24
976/18
PENCAK [1] 808/10
Pennsylvania [1] 906/7
people [43] 824/9 833/8 833/19 834/2
834/4 834/5 848/4 854/19 858/7 859/9
867/1 867/13 867/16 878/21 894/18
895/8 900/8 913/25 920/4 920/9 921/8
925/19 926/10 926/13 926/14 927/20
927/21 930/1 932/12 954/5 954/7 954/7
954/15 956/3 956/6 956/7 961/12

965/25 966/5 968/19 969/25 975/19
975/20
per [1] 878/5
percent [5] 852/6 852/11 852/12 852/13
862/3
percentage [2] 891/13 891/14
percentages [1] 893/13
perf [2] 846/19 846/19
perfect [1] 866/25
performance [7] 825/20 900/18 924/5
930/12 930/22 932/12 935/21
performed [1] 954/14
performing [1] 974/20
performs [1] 945/16
perhaps [1] 911/2
period [2] 815/12 929/8
periods [1] 962/18
permeability [2] 835/17 835/22
permission [1] 908/14
permitting [1] 902/4
Persian [1] 909/23
person [6] 885/16 956/11 958/23 960/7
967/6 971/14
personal [11] 837/6 845/2 848/24 860/1
882/18 958/15 958/17 958/18 960/11
960/12 960/25
personally [3] 846/9 882/15 884/3
persons [2] 926/17 927/18
perspective [2] 816/25 853/20
pertaining [1] 813/3
pertains [1] 902/15
Petoro [1] 883/17
Petrobras [2] 839/22 839/22
petroleum [6] 807/12 809/17 815/16
816/20 857/17 857/22
PH.D [3] 904/22 906/6 936/23
phase [11] 828/2 877/5 878/7 878/14
879/24 887/1 927/2 927/4 939/9 939/10
939/11
Phase One [2] 927/2 939/9
Phase Two [3] 927/4 939/10 939/11
phased [1] 826/24
phases [7] 826/17 828/1 874/12 875/16
876/14 876/20 876/23
phrase [4] 883/12 946/15 947/2 958/14
physical [1] 887/3
picture [1] 897/3
piece [6] 827/12 827/12 828/10 844/11
844/25 890/4
pieces [1] 844/11
pierce [1] 911/21
pin [1] 884/2
pipelines [2] 868/19 875/23
pits [1] 910/24
place [18] 826/13 836/15 836/16 836/20
866/3 867/1 877/4 895/9 899/16 899/17
901/23 902/6 907/19 910/12 959/11
965/17
places [7] 816/14 836/12 836/13 836/20
839/3 841/15 865/17
plan [10] 831/18 831/19 832/1 872/2
872/5 872/12 873/3 873/17 920/21
946/2
planned [1] 925/23
planning [2] 829/3 855/20
plans [5] 831/18 900/19 930/21 935/20
944/9
platform [1] 875/22
play [3] 833/25 844/7 862/2
played [3] 904/8 904/13 932/25
players [4] 834/14 838/2 839/22 839/25
playing [1] 881/23
please [62] 812/6 812/17 813/22 814/14

816/6 818/12 819/8 822/3 822/25
823/16 824/16 829/3 836/20 837/13
843/6 843/25 845/6 846/25 849/2
872/21 872/25 878/8 896/14 901/1
903/22 904/24 904/24 905/3 905/8
905/18 905/22 906/5 915/11 916/11
916/15 917/10 917/14 917/17 917/20
919/7 919/19 920/12 921/19 922/5
922/23 922/25 923/14 923/24 924/2
925/3 925/5 925/14 928/6 928/22
930/15 931/24 932/2 933/7 933/9
933/18 935/13 970/20
plus [1] 826/3
point [17] 819/4 820/9 824/20 829/25
832/10 832/14 836/5 851/7 866/20
871/2 880/7 894/19 926/5 931/9 960/22
965/19 968/9
points [5] 823/14 825/18 832/19 871/18
880/11
policy [4] 849/10 852/24 852/25 966/4
pollution [1] 912/19
pool [1] 834/14
poorly [1] 974/14
portfolio [1] 841/22
portion [3] 878/17 878/18 883/1
position [17] 814/9 819/19 819/23
820/11 835/7 840/20 847/19 857/24
858/14 858/17 859/3 859/7 890/3 948/8
948/10 956/14 970/8
positions [4] 815/1 842/24 842/24
859/12
positive [4] 838/15 841/25 948/8 948/10
posits [1] 849/18
possession [1] 950/14
possible [3] 828/16 843/4 977/18
possibly [1] 865/20
post [5] 808/12 808/17 841/9 863/11
913/16
post-deposition [1] 863/11
post-Macondo [1] 841/9
potential [1] 848/16
power [1] 862/13
Poydras [2] 809/14 810/2
practice [17] 814/22 816/13 819/21
824/14 853/19 856/16 866/12 869/8
874/2 881/14 881/19 881/25 882/2
882/6 882/8 887/23 891/2
practices [15] 838/5 854/24 865/5 865/8
865/12 865/12 865/14 865/16 866/4
866/22 872/6 934/14 941/23 942/14
942/17
pre [3] 871/14 871/19 894/17
pre-FID [1] 894/17
pre-spud [2] 871/14 871/19
precedence [1] 965/6
precise [1] 969/4
Precisely [1] 855/21
predecessors [1] 959/14
preferences [1] 944/9
preferred [1] 942/22
prejudging [1] 852/4
preliminary [1] 812/8
prepare [6] 814/11 822/1 823/13 832/18
845/3 923/12
prepared [16] 814/18 889/10 905/15
915/7 916/8 917/7 921/16 922/20
923/21 924/25 925/17 928/3 928/19
931/21 933/4 937/20
preparing [2] 835/2 949/24
presentation [1] 977/17
presented [3] 913/14 913/15 913/22
presently [1] 829/6
presents [2] 853/14 963/16

Case 2:10-md-02179-CJB-DPC Document 14588-1 Filed 05/08/15 Page 192 of 200

## P

preservation [1]  936/21
president [3]  927/24 951/21 956/24
pressure [8]  816/23 845/16 847/15
885/20 885/25 886/10 886/11 886/25
pressure/high [1]  847/15
pretty [13]  827/16 845/1 854/16 854/21
854/22 862/12 871/15 873/23 881/20
889/2 889/5 900/22 914/18
preventer [3]  886/18 886/21 886/22
previous [3]  906/7 907/11 961/9
PricewaterhouseCoopers [1]  815/6
primarily [1]  863/4
primary [3]  817/14 922/15 934/9
principal [3]  814/25 815/1 815/2
prior [14]  815/4 815/6 828/18 900/21
907/20 907/20 929/23 937/22 938/7
948/7 948/10 948/17 959/11 961/19
proactive [1]  841/21
proactively [1]  841/14
probabilistic [3]  825/6 825/11 826/1
probability [2]  825/22 826/2
probably [5]  867/12 867/18 881/22
952/16 974/14
problem [1]  904/5
problems [1]  851/5
proceed [2]  913/7 936/10
proceedings [4]  807/19 810/8 977/24
978/7
process [30]  817/18 823/2 824/25
825/25 826/16 826/19 826/24 826/24
826/25 827/1 827/6 828/10 828/11
831/11 833/13 833/16 845/24 846/8
847/17 868/15 868/16 868/23 868/24
868/25 871/18 876/2 900/9 921/1 923/8
944/1
processes [6]  815/13 824/18 871/4
917/4 923/2 923/5
produce [2]  840/9 877/14
produced [7]  862/4 928/13 945/14
961/16 962/5 962/17 969/1
production [19]  807/11 807/12 809/2
814/21 816/4 817/3 817/19 861/17
877/8 932/19 950/19 950/21 951/10
952/11 952/22 952/24 961/24 967/12
967/13
professional [4]  857/3 857/4 865/19
866/1
professor [36]  905/24 909/22 910/6
911/16 911/18 911/24 911/25 913/14
929/15 930/9 930/18 931/4 931/6
932/14 934/6 934/10 935/6 935/11
935/19 936/9 936/14 946/8 946/21
952/9 952/21 954/21 958/12 962/24
963/12 963/16 964/19 969/7 972/17
972/19 972/21 974/15
Professor Daines [9]  929/15 930/9
932/14 934/6 934/10 935/6 935/11
935/19 946/21
Professor Daines' [2]  930/18 931/4
proffered [2]  849/21 851/15
profit [3]  825/17 838/17 852/9
profits [2]  852/10 852/12
program [3]  870/16 901/13 901/13
project [55]  827/5 827/20 827/23 828/6
828/7 828/10 829/2 842/4 842/9 842/12
842/15 842/21 844/8 856/10 868/9
868/10 868/14 868/16 868/16 868/18
868/19 868/22 869/2 869/10 870/7
874/5 874/8 874/12 874/14 875/14
875/15 875/16 875/16 875/22 877/2
879/1 879/6 879/10 879/18 879/20

879/23 881/16 881/17 881/19 881/23
882/10 882/12 883/4 883/24 890/21
895/24 896/24 920/11 921/5 921/7
projects [24]  868/21 890/2 890/5 890/8
891/8 891/16 891/17 891/25 892/8
894/11 894/14 894/15 894/17 894/21
895/9 895/16 895/19 895/20 896/6
919/25 920/3 920/4 965/21 970/1
prong [2]  912/20 912/21
proper [2]  910/9 934/21
properties [1]  883/19
property [1]  950/18
proportion [1]  894/20
proposals [1]  920/1
propose [1]  913/11
prospect [1]  853/11
provide [8]  822/18 822/23 842/23
900/16 930/2 930/11 930/13 952/10
provided [11]  814/8 845/20 873/17
888/6 916/25 921/23 924/12 925/23
929/3 929/25 947/25
providing [2]  864/22 864/25
provision [6]  872/4 873/4 873/25 882/1
882/5 899/6
provisions [5]  864/14 866/23 867/19
867/25 899/7
prudent [1]  872/6
public [12]  819/19 819/23 849/10 857/11
937/7 937/9 942/25 944/3 944/4 944/17
944/23 969/9
published [1]  857/6
publishes [1]  844/20
publishing [1]  815/12
pull [10]  812/25 848/3 902/9 956/8
956/9 958/9 959/17 963/11 967/7
973/10
purport [1]  851/13
purpose [4]  833/10 867/2 867/9 945/21
purposes [3]  890/12 905/13 943/10
pursue [4]  819/16 820/3 820/4 856/15
pursuing [1]  835/8
put [25]  819/8 822/14 827/2 834/17
835/7 836/18 837/4 840/19 841/14
844/13 850/16 854/17 855/16 860/1
863/12 867/11 871/9 872/22 887/21
892/15 901/8 901/11 947/5 950/5
977/15
putting [1]  848/19
PWC [1]  815/6

## Q

Q-U-I-V-I-K [1]  905/7
QBE [1]  807/16
qualifications [3]  817/22 910/7 957/20
qualified [2]  907/23 957/18
qualitative [1]  897/17
quality [10]  819/18 822/7 822/9 824/15
824/22 824/24 826/16 828/15 829/3
875/21
quarterly [1]  835/2
question [46]  848/18 861/19 869/1
869/4 869/25 870/25 873/20 874/17
874/23 875/1 875/9 875/25 876/5
877/19 885/10 885/11 887/23 895/6
896/14 896/18 898/4 902/25 907/7
907/16 909/13 912/15 913/18 915/21
915/22 940/23 945/21 960/6 961/7
961/11 962/11 970/20 970/21 970/25
971/6 972/21 972/22 972/25 973/6
974/16 975/2 976/17
questions [30]  817/22 856/17 884/13
887/13 898/7 898/9 898/10 898/16
899/5 900/4 901/20 903/14 906/23

906/23 908/5 908/15 913/8 913/9
906/23 908/5 908/15 913/8 913/9
958/16 959/24 959/25 960/2 960/21
975/8 975/23
quibble [1]  852/19
quicker [1]  855/12
quickly [2]  951/16 952/17
quite [7]  827/11 832/2 844/20 864/24
911/21 963/22 975/18
Quivik [28]  904/19 904/22 905/3 905/6
908/10 908/20 909/2 909/22 910/6
911/18 911/25 912/20 912/23 915/7
936/4 936/9 936/14 943/3 946/8 952/9
952/21 954/21 958/12 962/24 964/19
972/19 972/21 974/15
Quivik's [2]  912/6 913/14
quote [6]  838/6 838/10 843/22 844/2
914/11 920/17

## R

R.6.1 [1]  889/16
RACHEL [2]  808/8 808/8
Rainey [1]  975/21
raised [1]  911/25
Randy [1]  957/23
Randy Latta [1]  957/23
range [3]  822/21 826/3 831/18
rate [1]  835/25
Rather [1]  921/6
ratification [1]  853/10
rational [1]  888/21
rationale [1]  823/10
Ratner [3]  912/22 976/1 976/2
RE [1]  807/4
reach [1]  940/6
reached [1]  846/4
reaching [2]  910/3 913/1
read [18]  843/22 844/2 844/4 855/3
873/13 873/21 903/10 931/1 939/13
940/8 959/2 959/19 959/24 962/20
963/25 964/25 971/19 974/25
reader [1]  907/4
reading [5]  833/12 910/1 931/14 968/17
968/24
real [3]  855/23 888/20 894/11
realize [1]  866/13
really [29]  824/16 825/22 826/16 828/2
828/14 830/5 830/9 833/5 833/6 833/7
834/12 837/21 843/19 846/2 847/4
847/20 859/9 869/1 871/8 873/6 886/24
894/2 898/2 898/6 898/14 908/23
911/20 914/2 918/13
realtime [1]  863/17
reason [14]  822/9 834/4 834/18 835/16
836/21 839/19 840/1 852/9 867/8
944/24 961/24 964/2 964/8 964/11
reasons [5]  823/5 823/11 837/20 839/15
943/12
reassess [1]  977/11
rebut [2]  849/9 851/9
rebuttal [2]  849/25 917/21
rebutting [1]  849/21
recall [13]  829/14 861/19 893/16 893/17
918/20 949/19 951/15 958/11 961/20
961/21 974/17 974/18 974/22
recap [1]  914/3
received [1]  857/12 972/4
recently [2]  907/7 907/13
recess [4]  903/18 903/20 977/20 977/21
recitation [2]  913/5 918/15
recognition [1]  841/20
recognize [1]  853/16 901/7 954/23
977/16

R

recognizing [1] 962/3
recollection [3] 871/13 871/17 952/3
recommend [1] 838/21
record [11] 812/22 813/11 848/17 903/9
904/25 918/12 938/24 942/13 948/23
960/8 978/7
recorded [1] 810/8
recorder [1] 839/12
recreate [1] 910/13
recross [1] 961/7
recycle [1] 876/10
redacted [5] 818/22 829/7 829/17
829/18 884/13
redirect [4] 898/11 899/2 975/11 975/13
refer [4] 836/7 862/12 863/22 897/10
reference [3] 911/13 924/9 928/10
referred [1] 864/1
referring [2] 866/13 873/19
reflects [1] 874/1
REGAN [6] 809/4 908/13 910/20 931/10
936/7 936/9
regard [6] 890/16 896/11 916/2 916/22
919/12 945/16
regarding [6] 814/9 819/25 861/16
907/24 929/21 930/9
regardless [1] 844/8
regards [3] 858/2 870/25 902/3
regional [1] 954/17 956/24
registered [1] 857/3
regulations [9] 882/23 883/2 883/6
883/9 883/14 884/3 884/20 884/22
884/24
regulators [1] 871/9
regulatory [3] 862/13 871/4 930/5
relate [1] 913/19
related [6] 821/16 849/14 912/19 913/1
949/15 976/18
RELATES [1] 807/6
relations [1] 834/21
relationship [13] 822/21 832/9 834/23
834/25 844/16 861/10 862/10 862/10
862/11 862/13 866/22 907/25 943/13
relationships [8] 913/2 914/20 934/20
934/24 935/3 941/8 941/11 941/14
relatively [2] 893/22 907/7
relevant [9] 814/11 825/6 825/9 840/20
845/4 847/2 857/25 858/5 858/20 859/2
859/6 860/16 889/1 912/15 965/8
reliability [2] 908/25 914/12
reliable [1] 844/15
relied [5] 844/21 890/12 913/1 914/9
940/9
rely [1] 913/24
remain [1] 914/14
remediation [1] 836/4
remember [17] 857/18 857/19 866/17
866/18 868/1 871/21 872/21 889/13
899/15 951/20 952/7 953/14 953/14
956/5 961/6 961/14 962/13
remembered [2] 863/9 863/13
Remind [1] 976/14
remotely [1] 946/19
removed [1] 956/10
render [2] 814/3 854/1
rendering [4] 897/14 942/5 942/8 946/21
renewed [1] 865/8
repairing [5] 886/18 886/21 887/8
887/25 888/3
repeat [8] 834/3 864/23 869/25 885/10
885/10 896/12 962/11 970/20
report [62] 814/5 818/14 818/15 818/17
829/8 829/17 829/18 830/16 837/17
837/18 843/15 843/17 843/22 843/25
843/11 865/4 882/20 882/22 884/8
888/9 889/17 889/22 890/13 890/16
890/19 891/6 891/18 891/20 892/1
893/15 895/20 896/1 896/2 909/24
913/14 917/15 917/18 917/21 922/4
922/9 922/17 924/19 930/18 931/4
932/14 933/21 933/22 937/10 945/2
945/4 945/22 946/16 947/2 949/20
958/22 959/22 961/20 963/12 968/3
973/9 973/12
reportable [5] 963/17 964/1 964/8
964/10 964/13
reported [2] 946/5 946/7
Reporter [3] 810/2 978/3 978/12
reporting [1] 961/21
reports [31] 818/9 818/19 818/21 819/1
839/14 840/14 917/13 917/24 918/9
919/16 922/2 925/11 928/14 928/14
933/13 933/17 934/2 934/9 934/11
934/15 934/16 940/18 941/3 946/20
949/18 949/19 949/24 953/3 962/20
970/18 970/23
represent [1] 838/3
representations [1] 927/8
representative [1] 883/23
represented [2] 828/12 844/24
reputable [1] 906/19
reputational [1] 836/7
require [7] 820/23 820/24 872/8 884/24
885/8 885/12 902/17
required [4] 898/13 937/10 948/1 962/17
requirements [2] 965/6 966/3
requires [1] 897/17
research [10] 815/4 815/5 816/21
816/24 825/22 905/10 906/23 906/23
938/3 965/20
researched [1] 954/4
reserve [1] 856/20
reserved [1] 920/25
reservoir [2] 817/8 824/5
reservoirs [2] 835/16 835/17
resign [1] 970/8
resolutions [2] 929/6 929/13
Resource [1] 836/16
resources [7] 808/4 836/16 920/3
920/20 921/7 934/1 965/24
respect [9] 817/19 903/11 910/6 926/23
926/25 941/7 941/11 947/16 961/16
respective [1] 878/22
respond [3] 822/22 898/4 912/3
responded [1] 922/11
responding [2] 821/22 918/14
response [17] 824/16 905/12 911/18
912/8 916/5 917/1 917/18 921/25
923/19 924/21 927/4 933/10 934/2
934/6 934/18 938/19 946/20
responses [3] 841/25 930/5 932/8
responsibilities [5] 854/4 926/24 949/25
responsibility [2] 817/14 922/15
responsible [6] 816/22 817/9 843/1
950/25 951/11 952/2
rest [3] 827/19 838/24 975/8
restate [1] 851/19
Restoration [2] 922/16 933/24
result [3] 825/23 829/7 835/24
results [3] 824/1 841/22 937/10
resume [1] 812/8
retain [2] 848/5 912/22
retrospect [1] 889/5
return [1] 948/14
Returning [4] 921/15 922/19 928/18

933/3
rich [1] 882/25
RICHARD [1] 830/25 890/23
945/15 948/22 951/8 954/13 964/14
965/11
reviewed [13] 865/24 888/14 888/16
912/13 912/13 932/25 939/7 939/9
949/2 951/19 952/5 964/21 975/15
reviewing [6] 817/9 942/13 949/10
949/13 949/15 952/7
revise [1] 881/8
revised [2] 871/12 872/5
revision [1] 872/1
revisions [5] 872/7 872/11 873/2 873/15
881/9
RICHARD [4] 808/11 904/20 957/1
958/3
rig [15] 807/4 846/5 846/5 847/20
847/22 847/23 847/23 851/5 862/23
862/24 863/1 863/15 863/20 885/8
885/13
right [231]
rights [2] 867/22 876/24
rigs [2] 847/19 863/17
rise [2] 903/19 903/21
risk [7] 834/17 835/10 835/11 836/7
836/18 839/4 856/8
risks [5] 834/16 834/19 835/13 835/14
841/17
RMR [4] 810/2 978/3 978/11 978/11
road [1] 867/5
ROBERS [1] 808/9
ROBERT [1] 809/9
Robertson [1] 923/7
role [26] 814/3 817/20 833/9 842/22
842/25 843/3 843/8 843/17 843/20
844/7 862/2 862/6 866/14 881/23
887/20 911/17 912/18 929/21 930/9
932/25 958/3 971/24 972/8 973/3 974/6
974/21
roles [2] 839/18 843/15
Room [1] 810/2
Round [13] 818/14 818/15 818/16
818/21 818/21 829/10 829/13 829/22
849/25 850/1 850/2 917/18 917/21
Round 1 [5] 818/14 829/10 829/13
829/22 850/2
Round 2 [4] 818/15 818/21 849/25
917/18
Round 3 [3] 818/16 818/21 917/21
routinely [1] 913/24
row [1] 956/11
royalties [1] 950/20
rule [1] 971/1
ruled [3] 813/12 820/12 820/18
rules [1] 835/4
ruling [1] 927/2
rulings [5] 850/20 927/4 939/7
run [6] 870/21 883/19 904/2 921/8
921/10 953/19
runs [1] 953/2
résumé [1] 814/5

S

S-E-M-S [1] 859/13
s/Jodi [1] 978/11
safe [2] 840/9 872/7
safety [30] 830/12 830/14 838/18
838/19 840/17 840/21 840/24 843/17
849/16 851/5 851/14 851/15 855/20
857/24 857/25 858/2 858/4 858/5 858/6
858/8 858/11 858/14 858/18 859/1
859/3 859/8 859/15 859/24 885/7
885/12

said [38] 814/23 830/17 835/15 849/22
850/4 857/25 858/16 858/17 858/19
858/19 859/4 859/5 859/5 859/6 863/12
864/23 866/9 875/4 877/7 881/12 882/3
882/13 885/22 885/23 887/25 888/18
889/20 894/1 896/19 899/12 910/4
910/5 910/5 914/6 932/22 940/12
946/20 977/1
same [35] 845/18 856/14 859/1 863/23
868/16 868/22 868/23 868/25 868/25
876/2 876/12 878/20 879/1 879/11
879/12 879/13 883/13 890/10 891/14
893/24 896/4 902/2 903/1 904/5 912/24
913/15 913/17 947/3 960/20 963/9
967/6 970/1 970/12 971/8 971/9
SARAH [1] 808/5
sat [1] 857/18
saw [26] 877/10 909/5 911/13 911/13
914/16 946/7 949/7 950/9 951/13
951/18 953/5 953/8 953/12 954/12
956/6 957/14 957/22 958/10 959/25
962/14 963/12 965/11 966/4 966/5
966/21 968/4
say [42] 830/13 831/13 846/22 850/19
851/2 854/3 856/16 856/16 858/13
859/6 868/11 877/6 880/3 884/14
884/16 886/19 889/14 890/10 893/15
894/2 895/4 896/12 897/8 902/21
908/13 910/4 918/11 927/12 937/19
938/21 940/2 945/13 945/24 947/11
954/16 955/13 955/18 956/1 958/22
963/10 973/24 974/5
saying [21] 815/22 820/13 830/25 840/5
852/5 852/22 873/16 888/1 888/2 895/1
921/3 922/10 946/3 946/4 957/5 958/16
960/6 960/9 961/20 974/18 974/22
says [26] 850/17 851/3 868/2 868/3
868/6 872/13 872/19 878/13 878/17
878/24 881/5 881/7 881/24 891/22
892/6 903/12 920/18 930/19 931/14
931/17 933/23 952/3 956/22 956/24
957/3 965/2
scale [3] 834/18 868/21 908/11
scenario [1] 878/15
schedule [3] 886/23 886/23 888/4
science [2] 906/6 936/23
sciences [1] 905/25
scope [5] 872/11 873/16 881/10 899/25
901/3
screen [5] 860/7 860/19 873/11 914/16
918/17
scrub [1] 854/25
SDG [1] 815/6
seat [2] 812/21 904/24
seated [2] 812/6 903/22
SEC [1] 937/11
second [33] 819/19 822/14 824/13
825/3 827/22 847/18 849/6 872/21
895/5 902/20 904/3 904/17 916/20
919/5 919/10 923/12 923/16 923/17
923/22 924/2 924/8 924/20 924/24
928/2 928/4 928/9 928/18 931/20 933/3
933/10 947/8 947/10 973/9
secondary [1] 909/23
secondly [3] 823/8 829/20 837/6
secondment [1] 817/5
secret [1] 834/11
section [12] 807/5 808/5 872/1 873/8
874/1 878/9 881/7 889/21 909/24 945/4
945/15 954/8
Section 10.1.2 [2] 872/1 874/1

Section 10.2 [1] 873/8
Section 2.2 [1] 878/9
Section 2.32 [1] 878/9
sections [1] 932/17
see [54] 813/3 824/2 828/23 830/2
834/3 844/21 846/9 856/6 856/10
858/24 864/11 870/17 873/8 873/10
873/12 878/20 879/15 881/2 881/15
884/2 885/17 892/8 893/7 897/16 913/3
913/6 917/12 925/25 945/17 945/24
946/1 946/4 946/15 946/16 946/17
946/22 947/6 947/19 948/22 950/11
950/14 952/12 957/9 959/16 961/11
962/3 964/15 964/20 965/13 966/6
966/12 968/18 973/19 977/22
seeing [8] 827/13 830/7 841/25 914/22
951/15 951/20 957/6 961/25
seeking [2] 911/21 911/22
seeks [1] 833/1
seems [3] 820/17 821/1 884/9
seen [19] 824/4 833/23 939/11 951/4
952/15 956/7 956/10 956/17 963/19
966/8 966/13 966/25 967/1 967/8
967/18 967/21 967/22 972/11 972/15
segment [14] 907/18 919/25 920/1
920/2 920/21 921/6 921/6 924/4 925/7
954/18 955/11 965/23 968/22 972/7
segmented [3] 875/17 891/10 894/13
segments [11] 918/6 926/9 962/23
962/24 963/6 963/18 964/2 964/4 964/8
964/11 964/14
segments: [1] 916/18
segments: upstream [1] 916/18
select [3] 831/14 875/18 878/7
selection [9] 827/22 827/22 831/15
831/16 831/20 831/22 832/1 832/4
844/13
semantics [2] 892/3 892/4
SEMS [3] 859/13 859/18 859/21
send [1] 863/10
senior [2] 834/24 835/2
sense [7] 858/5 871/6 871/13 877/1
887/13 954/1 976/8
sensitive [1] 885/3
sent [2] 951/10 951/23
sentence [6] 931/1 931/7 931/13 945/13
947/5 959/2
separator [1] 886/14
September [5] 818/16 818/17 889/17
917/19 917/22
September 12th [2] 818/16 917/19
September 15th [1] 889/17
September 26th [2] 818/17 917/22
series [3] 846/21 915/7 960/2
served [1] 959/14
serves [1] 872/18
service [2] 812/25 966/21
services [3] 900/17 932/10 967/2
SESSION [2] 807/18 812/1
set [13] 833/17 876/23 881/10 887/13
930/4 930/12 930/21 935/20 949/8
949/16 965/3 968/12 969/19
sets [1] 887/1
settlement [1] 949/13
seven [1] 854/18
several [1] 848/1
SFN [11] 919/16 919/19 919/20 919/21
919/22 920/16 921/1 923/6 925/11
965/15 969/1
SFNs [1] 964/17
shaded [1] 827/13
share [1] 893/4
shared [1] 860/1

shareholder [9] 942/21 943/4 943/8
943/11 943/22 944/1 944/1 944/6
944/13
shareholders [5] 942/20 943/1 944/4
944/7 944/7
shares [8] 869/6 895/18 895/20 895/23
896/5 896/6 896/10 896/16
sharing [2] 838/5 861/17
SHARON [1] 808/15
Shaw [2] 957/23 974/6
she [3] 899/6 971/15 977/1
she's [2] 875/4 886/1
sheet [1] 834/16
shelf [1] 855/7
Shell [4] 809/13 837/21 841/17 964/7
short [4] 822/23 880/4 898/14 915/2
should [31] 820/13 821/9 831/17 831/17
831/18 847/20 847/22 849/23 850/8
850/23 867/4 867/7 867/9 869/22
893/15 907/3 907/3 911/20 934/12
934/13 937/19 940/2 941/19 946/3
947/23 954/9 957/21 970/18 970/22
971/1 971/2
shouldn't [5] 850/17 852/17 854/14
904/4 947/23
show [14] 896/18 896/19 896/21 896/8
918/3 921/21 922/8 925/16 928/8 929/1
930/17 933/20 935/17 966/8
showed [3] 868/15 876/3 899/6
showing [1] 839/24
shown [1] 840/1
shows [6] 825/22 827/1 923/12 925/17
935/10 935/18
Shushan [1] 961/22
SHUTLER [1] 808/15
side [2] 840/16 956/12
sides [1] 852/23
sign [2] 967/16 967/24
signature [1] 967/8
signed [2] 967/6 967/11
significant [1] 844/7
significantly [1] 815/9
Simcox [5] 810/2 810/4 978/3 978/11
978/11
similar [5] 902/4 907/11 911/10 964/16
964/22
similarity [1] 945/11
simple [3] 824/20 894/8 972/21
simply [2] 833/12 911/24
since [7] 830/11 857/8 862/2 863/3
863/15 863/20 948/23
single [5] 825/15 833/5 868/18 876/1
876/2
sir [7] 854/2 862/16 875/3 898/12
903/16 947/9 975/25
sit [4] 815/17 914/5 970/5 970/6
site [1] 885/2
sites [3] 864/9 910/24 911/1
sitting [1] 815/15
situation [3] 842/11 927/13 954/24
situations [1] 882/15
six [4] 854/17 929/18 929/18 929/19
size [2] 834/18 844/8
sleep [1] 977/15
slide [45] 818/13 820/8 822/1 823/13
823/17 824/20 828/18 828/23 832/18
832/22 845/3 849/3 905/15 905/20
910/16 915/11 915/13 916/9 916/11
916/13 917/7 921/16 921/19 921/21
922/20 923/12 923/21 923/24 924/25
925/3 925/14 925/16 928/3 928/6
928/19 928/24 929/1 931/21 931/24
933/4 933/7 935/10 935/15 935/17

S

slide... [1] 935/18
slides [1] 915/8
slight [1] 814/8
slightly [1] 827/15
small [4] 847/18 873/6 883/1 890/3
smaller [1] 834/15
Smith [2] 923/7 932/13
snapshot [3] 894/3 894/4 894/6
so [268]
social [1] 905/24
Society [2] 815/16 857/17
sociology [2] 906/6 936/23
softer [1] 840/16
software [1] 810/8
sole [1] 881/9 944/13
solution [1] 913/10
some [59] 822/18 823/13 823/19 826/20
827/18 832/18 834/15 837/5 837/5
837/9 840/10 844/24 845/12 846/1
847/13 847/13 849/25 850/24 855/24
856/10 859/20 859/21 861/16 865/4
865/12 867/12 867/19 869/9 870/19
871/4 871/21 875/19 877/15 880/6
883/22 885/17 887/2 887/20 896/13
896/22 899/5 899/7 900/4 900/23
901/20 902/10 911/2 914/1 927/3
928/14 939/9 939/15 939/25 940/20
949/18 954/2 961/6 963/22 967/5
somebody [6] 839/4 869/5 869/5 910/25
914/3 914/6
somebody's [1] 853/21
somehow [1] 850/11
someone [12] 815/22 821/5 877/24
903/11 946/18 955/23 958/16 962/20
967/15 967/23 970/9 971/7
something [18] 826/2 829/6 840/3 840/4
857/18 860/6 860/8 866/11 880/2 880/3
884/17 887/17 887/19 891/2 908/13
910/5 966/24 971/12
sometimes [10] 826/8 826/24 842/15
842/16 846/6 855/13 867/1 867/2 879/3
900/8
Somewhat [1] 853/20
somewhere [2] 949/20 974/12
sorry [26] 820/4 846/11 854/13 854/14
856/25 864/23 866/1 867/24 869/4
870/1 873/10 876/20 879/12 885/10
887/24 888/25 892/11 892/23 896/12
897/8 901/2 901/5 911/9 915/21 926/21
973/14
sort [2] 946/3 974/22
sound [1] 880/22
sounds [7] 861/25 867/17 893/17 971/4
976/23 976/24 977/12
source [4] 844/15 906/24 913/17 961/3
sources [12] 866/2 866/10 906/20
907/10 907/11 907/13 907/14 908/7
908/25 908/25 909/23 959/22
South [1] 809/23
SPE [2] 815/16 844/21
speak [2] 830/21 852/7
speaking [2] 911/17 976/17
specialized [1] 914/10
specialty [1] 937/1
specific [9] 816/17 836/5 838/6 843/22
897/19 927/8 934/3 962/16 971/16
specifically [4] 847/7 867/23 868/17
871/25
specifics [1] 855/22
speculate [3] 940/2 940/5 940/7
speculated [1] 940/22

speculation [3] 940/1 940/3 940/15
speculation [1] 945/3
spell [3] 812/22 904/25 905/5
spells [2] 919/22 920/17
spending [1] 894/6
spends [2] 952/24 953/1
spent [6] 816/19 861/15 877/10 877/10
877/11 975/16
spill [6] 807/4 821/7 826/13 897/5
897/11 897/25
spreadsheet [2] 892/15 892/17
SPU [6] 924/5 925/7 954/17 955/23
972/4 972/6
spud [2] 871/14 871/19
spudded [1] 900/5
SPUs [1] 926/9
Square [1] 809/13
ST [1] 808/22
St. [1] 906/9
St. Olaf [1] 906/9
stable [1] 854/21
staff [1] 890/21
stage [32] 815/13 826/23 826/24 827/5
827/17 827/18 827/21 827/22 828/13
828/13 828/15 831/11 831/12 831/13
832/7 833/13 868/24 871/9 876/2
877/12 878/3 878/10 878/13 878/23
878/25 879/20 879/21 881/15 891/22
894/17 901/15 902/23
stage-gate [10] 815/13 826/23 826/24
827/5 828/13 832/7 833/13 868/24
876/2 894/17
stages [15] 827/14 827/15 868/9 868/12
869/2 874/9 874/18 874/20 875/17
876/8 876/20 895/16 900/9 901/18
902/14
stand [1] 812/17
standard [5] 823/1 854/11 856/16 899/8
899/14
standards [1] 930/12
stands [3] 859/15 919/21 944/24
Stanford [1] 911/24
star [2] 813/9 813/16
start [9] 813/2 833/4 837/22 869/23
892/12 892/21 896/23 914/22 949/23
started [14] 814/10 816/21 833/5 833/18
837/22 842/16 860/25 861/1 869/11
891/8 891/9 895/19 895/24 896/6
starting [1] 867/1
starts [9] 844/5 869/23 869/24 870/5
871/19 871/22 896/24 931/1 931/8
state [7] 808/19 812/21 813/22 881/25
904/24 905/5 969/9
Stated [1] 904/20
statement [9] 886/2 886/3 895/5 909/10
950/10 961/18 973/9 974/11 974/23
statements [2] 949/18 950/10
states [17] 807/1 807/8 807/20 808/3
812/16 817/17 872/4 882/17 884/11
904/18 911/20 939/16 950/25 951/5
951/24 953/21 978/4
States' [1] 950/14
static [1] 897/3
status [1] 952/1
statute [2] 820/24 821/1
stay [2] 940/3 947/3
stayed [1] 862/20
stenography [1] 810/8
step [3] 824/21 824/21 824/22
steps [4] 823/9 824/25 825/1 846/2
stepwise [1] 824/22
Sterling [1] 908/3 911/6 912/25 938/12
STEVEN [9] 808/6 904/3 904/10 904/12

958/11 958/24 959/17 961/1 961/3
959/18 860/1 861/9 876/20 894/24 894/18
894/21 914/7 930/6 971/18
stockholder [1] 942/22
stop [1] 893/15
stopped [2] 866/16 875/13
stories [1] 823/25
strategic [8] 815/5 831/16 833/1 833/3
834/15 836/17 924/5 930/11
strategies [4] 816/9 816/16 837/15
847/8
strategy [4] 848/4 848/15 930/21 946/2
Street [5] 808/23 809/10 809/14 809/20
810/2
strength [1] 839/3
strengths [2] 838/23 841/17
stricken [1] 884/13
strict [2] 820/24 851/20
strike [1] 949/4
strongly [1] 865/18
structure [14] 861/18 916/2 916/21
919/12 919/21 934/16 963/1 965/1
968/10 968/12 968/15 968/19 968/23
969/21
structured [1] 964/17
studied [1] 967/20
study [4] 849/19 902/11 966/12 969/6
stuff [5] 847/12 847/15 854/20 899/13
912/2
subcommittee [1] 815/18
subject [2] 853/1 868/4
subjective [2] 870/14 870/15
submitted [5] 871/12 917/15 917/19
917/22 928/15
subsequent [1] 817/14
subsequently [1] 933/25
subsidiaries [11] 912/1 916/2 923/9
928/14 934/12 954/3 963/18 964/1
964/7 964/10 967/3
subsidiary [26] 907/22 907/25 908/4
912/19 912/22 913/2 916/22 919/13
926/14 926/15 932/18 939/17 942/23
943/4 943/10 944/7 944/8 944/10
944/12 944/22 946/9 946/24 947/15
954/2 965/9 966/3
subsidiary's [1] 944/17
substantial [1] 909/25
succeed [1] 856/10
success [1] 842/22
such [8] 824/7 844/25 907/7 907/16
907/21 969/1 969/6 971/5
sudden [1] 895/14
sued [1] 896/10
suggest [4] 892/3 940/21 962/2 962/7
suggests [1] 971/12
Suisse [6] 890/13 890/15 890/17 891/6
891/18 891/20
Suite [1] 809/14 809/24
sum [1] 822/24
Sumatra [1] 817/9
summarize [13] 822/3 822/7 822/21
837/6 905/22 906/5 915/8 916/15
922/25 924/2 925/5 932/2 933/9
summarizes [13] 832/18 844/10 905/15
916/9 917/7 921/16 922/20 923/21
924/25 928/3 928/19 931/21 933/4
summarizing [2] 823/13 845/4
summary [6] 814/11 814/18 819/11
874/11 874/22 918/11
summer [3] 922/13 933/14 952/10
Sunding [4] 821/20 822/22 850/1 889/23
super [5] 816/12 833/7 833/19 833/24
847/25

**S**

Superfund [2] 910/16 910/17
supervisor [1] 955/22
support [9] 836/25 837/1 837/2 837/11
845/20 848/22 848/25 921/16 925/24
supported [1] 816/24
supporting [2] 816/22 822/19
supports [8] 844/11 917/7 922/20
924/25 928/4 928/19 931/22 933/4
Supreme [2] 939/16 939/20
sure [28] 818/6 824/23 825/1 828/14
836/1 836/2 836/6 836/21 852/20
863/20 867/15 870/24 871/3 871/15
873/23 877/7 877/17 877/23 881/13
896/13 898/4 910/21 931/9 940/3 960/8
962/11 966/1 972/2
surprise [1] 835/3
surprised [2] 967/4 968/2
surprises [2] 835/1 835/7
surprising [2] 967/2 974/7
SUSANNAH [1] 808/22
sustain [1] 900/1
sustained [1] 939/1
Suttles [6] 904/3 904/8 932/13 933/16
968/21 975/22
Suttles' [1] 915/18
switch [1] 860/13
sworn [2] 812/20 904/23
SYNDICATE [1] 807/16
system [3] 919/24 968/18 972/4
systems [3] 859/16 917/4 923/2

**T**

tab [1] 956/9
table [1] 901/7
tables [2] 893/20 894/25
tactical [1] 831/15
take [22] 812/21 821/11 827/11 828/9
828/11 833/14 838/22 846/6 855/13
856/3 856/4 872/24 877/4 901/23 902/6
903/18 904/24 960/10 961/4 965/6
965/16 977/13
taken [6] 824/3 829/9 829/11 872/22
960/15 974/12
takes [2] 833/11 852/3
taking [5] 820/11 845/16 850/20 907/19
970/9
talk [18] 823/1 823/11 826/15 832/16
843/15 874/5 882/20 883/1 883/4 890/9
890/15 890/17 899/16 920/5 927/5
959/13 971/20 973/18
talked [9] 844/3 847/16 874/8 876/17
882/22 899/4 948/4 963/1 968/3
talking [14] 820/17 822/16 839/18 854/7
870/25 873/18 873/24 875/12 884/7
884/7 884/10 911/24 914/13 947/6
talks [6] 840/15 840/18 842/22 868/20
884/14 899/18
tax [6] 862/8 920/9 920/25 921/8 965/25
966/17
TD [2] 870/17 870/20
teaching [1] 906/1
team [26] 835/2 835/7 840/19 841/15
842/12 842/15 878/2 878/5 878/15
878/20 879/4 879/6 879/9 879/9 879/10
879/13 879/14 879/15 879/16 879/17
879/18 879/19 880/14 881/3 881/9
882/11
teams [4] 874/5 879/1 879/2 963/6
tech [9] 816/25 937/19 969/7 969/18
969/24 970/4 970/8 972/17 972/18
Tech's [1] 969/13

technical [12] 815/14 817/12 826/5
835/20 836/16 843/13 843/23 844/20
844/20 844/22 844/23 904/16
Technological [1] 905/25
technology [2] 863/19 906/11
tell [21] 854/22 861/21 874/11 889/17
889/21 891/5 894/24 895/18 896/9
896/15 896/21 896/23 897/1 902/1
903/11 905/3 905/8 914/6 914/7 914/22
970/25
telling [5] 895/19 895/23 896/5 896/6
896/25
temperature [2] 847/15 886/25
temporary [7] 846/12 846/18 846/19
870/18 870/22 901/13 901/25
ten [2] 854/18 938/7
tend [1] 815/17
tender [1] 908/9
tends [1] 865/7
tens [3] 910/10 942/25 944/3
term [4] 842/13 847/22 862/5 866/16
terms [11] 843/2 843/19 848/22 861/17
877/8 877/13 899/13 900/14 918/14
942/10 959/16
tertiary [1] 833/25 847/12
test [6] 846/7 846/17 886/10 886/11
892/8 907/1
testified [18] 812/20 904/23 907/23
908/1 910/10 913/25 929/9 932/22
939/25 940/6 947/11 947/12 949/6
953/20 958/10 959/10 964/17 964/22
testify [3] 821/16 932/20 968/14
testifying [6] 829/6 863/21 867/20 868/7
909/22 931/6
testimonies [1] 932/24
testimony [39] 812/9 819/2 820/9 821/24
851/9 882/20 907/14 908/5 908/8
908/21 909/4 909/6 909/9 910/3 910/9
910/19 912/12 914/2 915/19 917/24
918/9 918/11 919/17 923/6 925/12
928/16 929/14 932/13 932/14 933/15
937/23 940/4 940/8 940/19 941/1 941/5
961/1 976/15 977/12
testing [13] 816/23 816/23 845/15
845/15 846/3 846/5 858/2 870/16
870/19 870/23 887/2 887/3 887/24
tests [2] 817/2 846/6
Texaco [2] 861/7 861/2
text [1] 815/22
textbooks [1] 857/6
than [23] 815/9 820/9 824/5 825/12
848/18 850/23 859/11 862/6 862/11
872/17 876/6 893/3 921/10 935/24
941/20 944/17 944/23 946/25 960/4
960/16 961/19 974/12 976/7
thank [34] 812/12 814/16 821/13 829/24
857/2 875/6 886/4 898/8 903/13 903/15
903/16 903/17 905/15 912/5 914/24
914/25 917/16 918/1 919/3 921/14
922/18 924/23 925/13 928/2 928/17
930/8 931/18 934/5 936/4 936/8 964/20
973/14 975/23 975/25
thanks [1] 857/20
that [842]
that's [174]
their [53] 816/22 821/19 821/22 833/10
833/10 833/11 834/16 834/16 834/24
837/24 838/3 841/20 841/20 843/17
844/8 847/9 847/23 848/1 848/17
852/25 853/22 858/7 859/10 862/6
862/13 867/13 869/6 873/5 878/22
883/18 906/14 908/12 913/1 914/10
920/1 926/24 926/25 929/24 932/22

934/13 944/8 944/9 948/2 949/8 954/6
963/17 963/17 968/10
theirs [1] 840/23
them [34] 819/5 819/5 824/25 825/17
827/19 833/15 838/14 841/13 841/13
846/17 846/18 846/19 846/20 847/16
848/6 848/8 848/15 856/10 861/13
864/18 880/7 883/4 890/18 891/25
892/19 896/2 904/4 909/5 910/13
913/23 929/18 942/3 946/11 953/2
themselves [4] 906/14 908/12 924/17
932/5
then [72] 820/2 822/20 822/22 822/23
825/8 826/15 827/22 827/24 828/6
830/5 832/2 833/6 833/7 837/6 839/1
846/19 849/17 853/4 856/11 856/11
856/21 863/3 867/4 870/5 870/7 870/13
873/23 873/23 876/15 876/15 876/15
877/25 879/5 879/17 882/7 887/19
894/17 897/1 899/16 900/19 902/1
906/25 907/20 910/3 919/5 919/17
920/4 920/10 920/19 921/4 921/8 922/2
922/13 925/23 926/9 928/15 929/13
930/3 930/4 936/18 945/2 945/13
945/25 956/12 958/24 961/22 963/18
964/25 965/25 971/16 973/24 974/5
theoretical [1] 934/12
theories [3] 849/18 885/20 885/22
theory [2] 888/24 897/16
there [134] 817/8 821/3 824/18 825/18
827/1 827/18 828/20 835/14 837/7
838/6 838/8 838/8 843/22 843/24
844/23 844/24 845/12 845/13 845/13
846/5 846/5 846/7 846/22 846/23
847/13 847/14 848/1 848/13 848/16
849/25 850/19 851/21 852/20 854/11
854/11 854/17 855/1 855/16 855/23
855/23 856/8 856/12 856/12 858/11
858/11 859/9 861/15 861/19 862/20
867/5 867/6 867/8 869/3 871/17 871/21
872/19 873/4 876/4 877/20 880/13
885/7 885/12 887/21 888/6 891/3
893/17 894/20 895/4 895/13 896/16
896/21 899/7 899/14 899/17 899/17
900/23 902/4 902/9 902/10 902/17
903/7 906/1 908/17 910/23 910/24
910/25 911/7 916/16 917/12 920/8
920/16 923/9 924/13 925/21 925/21
929/18 937/23 944/6 945/8 946/5
946/22 949/2 950/15 951/7 952/12
955/13 957/17 957/22 959/2 959/11
960/13 960/13 960/15 960/19 960/24
961/6 961/19 961/23 962/2 962/4
962/16 963/5 963/8 965/14 965/25
966/4 966/5 967/3 968/2 971/2 972/14
973/12 973/15 973/16
there's [60] 813/8 819/15 823/5 823/25
824/1 824/7 824/17 827/11 829/1
831/18 834/23 835/4 836/4 837/20
842/9 842/10 846/8 850/16 855/4 855/7
855/7 855/8 855/8 855/23 858/7 861/8
865/25 866/2 866/2 866/2 867/10
867/12 868/12 872/17 872/18 873/3
875/19 877/16 881/21 883/11 891/16
894/25 899/15 900/21 902/13 902/16
926/12 927/2 927/2 940/19 941/7 943/3
943/7 943/16 946/4 946/18 955/12
962/8 962/9 971/8
therefore [1] 920/20
these [62] 817/2 817/15 818/19 819/15
825/24 826/14 826/20 827/13 827/25
828/8 832/18 832/25 834/18 835/23

these... [48] 837/2 844/14 844/20
845/19 846/2 846/2 846/6 848/4 853/16
853/18 853/23 853/25 855/17 855/25
866/23 873/1 875/16 876/19 876/19
876/22 876/24 877/14 887/13 891/24
893/20 893/22 900/16 901/9 901/14
901/14 901/22 901/22 902/3 902/6
910/22 911/1 915/18 917/24 918/13
926/14 927/20 927/21 928/14 931/14
947/12 949/24 954/21 964/15
they [126] 813/11 815/23 818/20 818/25
821/19 822/18 822/20 823/8 823/8
826/21 826/21 832/16 833/9 833/10
833/10 834/15 836/17 837/24 838/3
839/2 841/11 841/13 841/14 841/14
841/23 841/23 841/24 841/25 843/14
844/17 844/21 844/21 846/16 847/8
847/12 847/13 847/15 847/19 847/22
848/8 848/18 849/17 852/8 854/8
855/13 856/8 858/8 861/12 861/12
862/2 862/2 862/2 862/3 862/3 862/14
865/10 867/2 867/13 867/16 868/9
869/2 869/3 869/8 869/23 871/10
871/16 872/20 876/23 877/25 879/2
882/10 883/18 887/14 887/14 887/19
887/20 888/2 888/3 888/4 888/14
893/23 894/15 896/1 899/16 900/11
902/8 902/21 904/2 904/2 909/5 909/7
911/21 911/22 913/19 913/19 913/20
914/9 922/10 922/11 929/23 929/25
930/1 930/4 930/6 932/20 932/23 944/8
946/3 947/23 949/25 953/14 953/20
954/15 954/18 954/19 955/1 957/20
957/25 957/25 959/15 961/13 966/2
968/5 968/9 968/11 968/12
they'll [1] 856/3
they're [25] 819/23 831/15 838/21
841/12 854/9 856/9 858/8 860/15
867/15 871/9 871/12 882/21 883/3
883/14 889/14 891/25 894/21 902/2
913/16 949/20 954/12 954/16 954/20
955/13 969/5
they've [2] 856/3 895/11
thickness [4] 835/17 835/18 835/18
835/19
thing [12] 835/3 844/4 854/25 856/15
857/20 873/16 873/18 890/10 891/12
892/6 946/3 948/13
things [25] 820/18 826/9 828/20 844/12
849/15 850/19 856/5 862/14 864/15
866/18 875/20 875/23 876/25 877/14
881/18 897/21 898/21 899/19 899/23
902/5 908/21 909/3 934/13 950/13
965/16
think [99] 817/23 818/4 821/8 821/10
822/5 822/17 823/11 823/25 829/25
834/11 841/18 841/18 841/21 843/24
844/10 845/17 847/5 848/15 848/19
850/1 853/14 855/9 855/15 855/15
856/20 857/19 858/16 858/19 858/19
859/5 860/2 860/19 861/25 862/6
863/10 863/25 864/8 864/9 865/6
865/10 865/13 865/14 866/9 866/12
866/21 866/25 869/21 873/3 873/4
874/4 874/25 875/3 875/3 877/6 877/21
877/22 877/22 879/15 880/7 887/5
888/16 888/18 889/2 889/2 889/25
889/25 892/4 894/1 897/14 898/1
898/24 899/24 901/2 901/3 901/3
902/13 902/14 902/19 903/7 903/10
910/9 914/8 914/19 914/19 918/16

927/2 927/9 927/11 931/5 937/3 945/20
956/13 966/14 968/17 972/15 973/13
974/14 977/11 977/17
third [6] 916/24 921/17 921/22 924/11
928/20 929/2
thirdly [2] 819/22 837/7
this [363]
THOMAS [1] 809/19
those [88] 818/22 823/11 825/11 825/20
834/19 836/12 839/2 840/19 841/15
845/25 846/21 856/4 858/9 858/10
866/9 867/6 869/9 872/7 872/8 873/19
873/23 873/24 874/12 876/13 876/14
877/11 883/1 884/3 884/23 885/9
885/14 888/14 888/16 889/13 891/8
891/9 894/18 895/10 895/10 895/11
895/16 895/20 896/5 899/19 900/10
900/11 904/1 905/14 906/23 906/24
907/1 907/1 908/2 908/4 908/7 909/20
910/9 910/15 913/13 913/14 913/18
915/9 920/3 920/4 920/10 923/9 925/19
925/22 926/3 931/7 938/2 941/11
941/14 942/6 942/12 942/17 947/16
949/8 949/20 954/14 956/6 960/21
961/9 961/25 962/21 965/23 966/2
966/3
though [5] 820/11 821/5 854/22 867/9
965/19
thought [11] 843/19 847/17 850/5
871/16 882/7 882/7 882/8 889/5 931/11
947/23 957/18
thousands [3] 942/25 944/3 944/3
three [23] 817/13 818/19 824/2 828/1
837/4 838/13 838/13 842/11 842/19
844/11 849/3 894/16 895/16 908/15
916/18 918/6 959/25 964/10 976/13
976/13 977/2 977/4 977/12
through [47] 819/13 824/18 825/25
828/4 830/10 832/5 832/6 833/8 833/11
833/13 834/6 834/15 838/4 846/22
847/17 847/17 847/20 848/15 851/1
854/20 860/4 860/16 866/6 871/4 874/9
874/12 876/8 876/10 876/11 883/24
883/25 885/18 888/7 906/3 916/1
919/25 920/11 920/22 921/9 921/10
926/7 926/9 926/11 934/7 953/2 953/19
959/18
throughout [4] 916/23 916/25 919/13
921/24
Thunder [1] 955/16
time [52] 817/6 819/6 824/4 828/8
828/11 838/2 841/24 847/24 852/22
855/10 861/16 862/22 870/10 879/25
880/7 881/8 881/8 882/13 885/3 887/13
894/3 894/4 898/23 907/7 907/15
907/21 908/9 909/2 925/20 926/2 926/8
936/5 942/3 954/6 954/9 955/16 956/1
956/3 957/6 957/9 960/22 962/18
963/22 969/12 970/12 971/8 971/9
972/14 972/15 975/18 975/20
time-sensitive [1] 885/3
timeliness [2] 885/9 885/14
times [3] 909/23 922/11 939/19
timing [1] 949/20
title [2] 927/23 973/22
today [17] 813/9 822/4 838/7 843/23
861/23 875/25 876/6 880/19 882/19
888/7 917/24 941/1 941/20 960/3 967/8
968/3 972/18
together [15] 827/2 837/4 840/19 841/15
844/13 848/3 848/19 854/17 855/12
867/3 867/11 880/14 901/8 901/11
904/1

told [7] 861/8 861/19 864/21 869/21
873/1 873/12 914/11 977/7
tomorrow [1] 976/23
tonight [2] 977/12 977/19
Tony [1] 926/8
too [9] 815/25 842/18 847/16 867/5
867/7 873/22 875/7 927/11 939/14
took [10] 846/21 891/3 892/10 892/11
892/18 903/20 910/12 959/10 960/3
970/9
top [5] 920/2 924/4 925/7 951/6 973/19
topic [7] 822/5 836/24 898/20 900/3
941/13 971/18 971/20
topics [2] 898/19 942/6
Torts [1] 963/17
total [1] 963/17
totally [2] 851/23 884/9
tough [5] 814/23 825/24 836/13 838/22
886/24
tougher [1] 836/13
town [1] 970/10
trade [1] 865/22
tradeoff [1] 867/10
traditional [1] 882/1
transaction [4] 863/8 895/7 900/15
900/17
transactions [2] 895/6 895/8
transcript [2] 807/19 978/6
transcription [1] 810/8
transient [2] 816/23 845/16
transition [2] 904/9 962/23
TRANSOCEAN [3] 807/14 807/14
807/15
treasury [5] 920/9 920/25 921/8 966/1
966/18
TREX [49] 818/13 818/15 818/16 818/22
818/22 827/3 837/14 838/9 839/8 840/7
841/1 842/3 843/5 849/4 853/7 853/9
853/10 863/23 863/23 864/6 864/8
864/12 867/21 871/24 878/8 881/1
889/16 891/19 917/14 917/17 917/20
920/13 922/6 930/15 937/16 945/3
947/3 947/4 950/17 951/3 951/16 952/8
956/8 958/9 963/11 963/15 964/18
967/7 973/11
TREX-013200 [1] 818/13
TREX-085006 [2] 849/4 853/7
TREX-085006.2 [1] 864/8
TREX-11964.19.1 [1] 967/7
TREX-12435.1.1.US [1] 920/13
TREX-13204 [1] 864/12
TREX-13204.18.3 [1] 878/8
TREX-13204.32.1 [1] 867/21
TREX-13204.61 [1] 871/24
TREX-13204.82.1 [1] 881/1
TREX-13207.28.1 [1] 891/19
TREX-13209.1.1 [1] 937/16
TREX-13210 [1] 917/14
TREX-13210.34.1 [1] 945/3
TREX-13210.35.1 [1] 958/9
TREX-13210.49.1 [1] 947/4
TREX-13211 [1] 917/20
TREX-13214.1 [1] 963/11
TREX-13214.32.1.US [1] 930/15
TREX-13214.43.1 [1] 963/15
TREX-13235 [1] 917/17
TREX-13235.11 [1] 973/11
TREX-13243.2.1 [1] 964/18
TREX-231646-R [2] 818/15 818/22
TREX-231646-R.6.1 [1] 889/16
TREX-232798 [1] 853/9
TREX-232804 [1] 840/7
TREX-232806 [1] 837/14

**T**

TREX-232806.1.1 [1] 838/9
TREX-232808 [1] 839/8
TREX-232812 [1] 842/3
TREX-232848 [1] 827/3
TREX-232857 [1] 843/5
TREX-232867 [1] 841/1
TREX-233288-R [2] 818/16 818/22
TREX-240400.1 [1] 951/16
TREX-240459 [1] 956/8
TREX-241460.1 [1] 951/3
TREX-246972.1 [1] 952/8
TREX-280000 [1] 853/10
TREX-6033.92.1.US [1] 922/6
TREX-8502 [1] 950/17
trial [8] 807/19 818/4 863/23 892/5
 898/3 910/12 913/16 938/8
tried [5] 927/1 927/9 962/13 971/13
 977/18
trier [1] 914/11
tripped [1] 842/16
TRITON [1] 807/13
trouble [3] 815/23 852/15 914/22
true [3] 883/13 953/22 978/5
trump [1] 966/2
trust [4] 949/15 949/16 952/5 952/10
truth [1] 875/1
truthful [1] 909/10
try [10] 822/24 824/20 853/3 863/22
 898/21 909/2 910/13 940/3 972/14
 977/5
trying [19] 831/1 843/16 850/21 851/7
 851/17 853/21 854/3 855/24 865/6
 877/18 881/24 895/2 895/6 898/6
 927/15 942/2 946/18 961/6 970/25
turn [19] 819/7 821/24 823/16 832/13
 832/13 832/15 833/23 834/7 836/24
 845/2 848/25 849/5 893/7 916/8 917/10
 919/5 931/20 941/4 962/24
turned [1] 848/7
Turning [5] 835/10 917/6 924/24 928/2
 934/6
two [45] 819/24 820/17 821/15 823/5
 823/11 830/2 830/3 830/4 856/5 866/18
 873/19 876/4 891/7 893/20 898/24
 900/20 902/16 903/25 903/25 908/2
 915/16 915/18 915/24 925/21 925/21
 926/1 926/3 927/4 939/10 939/11 944/6
 945/11 959/24 964/1 964/7 967/3 967/6
 967/16 967/24 970/11 971/7 971/9
 976/11 976/18 977/1
type [4] 844/20 898/4 910/19 911/10
types [2] 938/2 970/1
Typhoon [1] 840/8
typical [1] 874/1

**U**

U.S [5] 808/4 808/14 812/11 884/20
 902/22
U.S. [2] 908/2 908/3
U.S. v [2] 908/2 908/3
Ugly [1] 827/5
Uh [4] 831/5 879/1 961/11 966/9
Uh-huh [4] 831/5 879/1 961/11 966/9
UK [4] 882/22 883/6 883/9 883/10
unambiguous [1] 856/14
uncertain [4] 825/5 826/10 856/2 856/3
uncertainties [7] 826/5 826/6 826/7
 826/8 826/9 826/14 833/14
uncertainty [7] 822/12 823/23 823/24
 824/7 824/12 824/17 868/23
under [15] 820/22 821/4 824/7 824/8

824/8 847/24 850/15 852/1 853/1
 872/10 879/19 971/4 980/3 882/22
 972/22
understand [30] 822/12 822/13 823/22
 830/18 849/9 850/21 851/8 852/23
 855/15 864/15 866/20 871/3 871/6
 873/20 875/1 876/13 898/5 900/18
 910/22 931/14 939/20 943/12 944/20
 945/23 961/9 961/17 962/11 962/16
 968/23 972/3
understanding [13] 851/17 871/23
 881/25 883/23 899/12 914/20 943/23
 943/25 944/5 944/15 948/9 948/15
 978/7
understood [3] 870/24 882/12 966/14
undertake [2] 920/3 965/21
undertaking [1] 919/24
UNDERWRITING [1] 807/16
Unfortunately [1] 863/24
uniform [1] 854/11
unique [2] 827/18 954/1
unit [11] 924/5 925/18 930/22 932/17
 954/18 955/10 955/24 956/15 957/3
 958/6 963/3
UNITED [18] 807/1 807/8 807/20 808/3
 812/16 817/16 882/17 884/10 904/18
 904/20 911/20 939/16 950/14 950/25
 951/5 951/23 953/21 978/4
United States [2] 950/25 953/21
units [2] 920/1 963/3
University [6] 905/25 906/7 906/8 906/8
 936/19 937/18
until [6] 833/20 862/20 870/20 959/6
 959/8 960/22
unusual [9] 943/17 949/2 949/4 949/5
 967/19 967/21 967/23 969/3 969/15
up [94] 814/7 814/14 815/25 816/1
 818/12 819/8 819/8 821/25 822/24
 827/3 829/21 831/7 832/13 832/13
 832/21 833/14 836/23 837/14 838/9
 839/8 840/7 841/1 842/3 842/16 843/5
 845/6 846/2 848/8 849/2 854/25 858/21
 860/2 860/3 860/10 860/11 864/2
 870/22 874/15 875/24 877/20 878/8
 887/5 887/21 897/21 898/24 900/23
 901/1 902/9 905/18 913/8 915/11
 916/11 917/17 917/20 919/7 920/12
 921/19 922/5 922/23 923/14 923/24
 925/3 925/14 926/11 927/9 928/6
 928/22 930/15 931/2 931/24 933/7
 933/18 935/13 941/18 946/15 947/5
 948/23 949/16 950/5 951/13 956/8
 956/9 958/9 959/17 961/7 963/11
 964/18 964/18 964/25 967/7 968/13
 969/19 971/17 973/10
update [1] 814/8
upper [1] 830/4
upstream [8] 907/18 916/18 918/6 924/4
 925/7 954/18 964/4 968/22
us [28] 819/13 827/10 860/1 861/8
 861/12 861/19 861/21 864/25 869/21
 882/22 884/23 889/18 889/21 893/10
 894/24 894/25 895/18 895/19 895/23
 896/5 896/6 896/15 896/23 897/1
 913/21 915/24 959/21 975/4
usability [1] 891/1
use [5] 824/9 868/23 906/16 950/1
 956/19
used [22] 817/18 823/2 825/18 825/20
 837/10 842/13 845/18 868/17 891/6
 892/1 892/9 906/19 907/9 907/10
 907/11 908/7 938/17 939/20 940/20
 958/14 967/5 968/15

useful [1] 822/12 844/17
using [5] 810/8 908/20 940/4 964/13
 974/24
usual [3] 967/15 967/20 968/1
usually [2] 826/23 828/4
utility [1] 888/22

**V**

validate [1] 959/22
valuation [3] 815/14 888/20 888/21
value [14] 828/17 828/22 828/24 830/9
 830/11 832/12 853/21 942/5 946/21
 963/7 968/1 968/8 968/9 971/12
variety [1] 906/4
various [2] 821/16 876/8
vary [1] 876/18
vast [1] 877/4
veil [1] 911/22
venture [2] 817/6 965/9
ventures [3] 841/3 841/12 841/12
verify [1] 907/4
verifying [2] 886/7 886/9
vernacular [1] 948/15
version [6] 814/7 855/7 855/8 855/8
 864/2 864/9
versus [4] 827/19 894/21 895/11 944/3
vertical [1] 828/17
very [36] 819/23 822/23 825/12 827/18
 829/2 829/4 833/19 834/12 835/15
 835/15 838/1 838/17 839/21 840/1
 841/25 843/13 847/8 847/10 848/2
 848/10 855/3 862/11 869/3 876/20
 880/13 883/1 889/24 889/25 890/3
 894/8 900/14 902/4 927/1 964/16
 968/19 977/13
vessel [1] 851/21
vessels [1] 821/4
vice [1] 927/23
video [4] 903/25 904/1 910/3 958/10
videotaped [2] 904/7 904/12
view [2] 867/17 882/1
viewed [1] 890/25
violator [2] 912/16 976/18
visiting [1] 843/16
Visser [1] 840/10
voir [2] 817/23 908/18
volume [2] 812/14 961/15
volume's [1] 816/1
voting [1] 876/24

**W**

W-A-L-K-U-P [1] 812/24
W-I-L-L-I-A-M [1] 812/24
wait [8] 818/2 866/17 903/6 903/6
 915/20 926/20 926/20 926/22
walk [1] 819/13
Walkup [29] 812/17 812/19 812/23
 813/22 817/17 818/9 818/19 819/7
 821/15 823/17 827/7 827/9 829/5
 831/10 837/1 837/17 839/11 840/12
 842/6 844/2 844/14 845/10 849/20
 853/16 856/24 858/13 899/8 903/11
 963/22
Walkup's [4] 818/14 818/15 818/16
 858/21
want [28] 813/2 817/23 818/3 830/18
 831/3 835/3 836/18 842/18 847/4 849/6
 850/22 851/10 853/24 864/3 864/4
 864/14 869/16 874/5 877/6 880/22
 883/4 892/19 908/13 950/13 960/8
 962/20 962/24 971/20
wanted [10] 846/17 847/12 847/15

wanted... [7]  861/14 865/15 870/24
880/22 893/1 893/2 893/4
wants [2]  921/4 927/5
warrant [1]  851/1
warranted [1]  851/2
was [244]
Washington [4]  808/13 808/17 809/10
809/20
wasn't [11]  887/12 891/16 893/2 894/13
895/8 940/12 940/24 959/11 960/13
960/19 960/24
waste [3]  910/24 910/24 910/24
wasting [1]  852/22
watching [1]  910/3
water [11]  820/2 820/22 821/5 826/13
839/23 849/10 851/20 852/1 853/1
970/19 970/23
waters [1]  851/25
wave [1]  833/23
way [38]  815/25 818/5 823/8 824/21
824/24 827/23 830/8 830/8 830/8
835/25 836/22 842/1 848/8 848/18
850/11 852/8 854/5 855/25 863/13
865/8 868/20 868/20 875/25 879/7
880/12 880/15 880/16 891/10 894/13
896/18 910/12 934/19 934/23 935/2
941/20 948/13 950/5 963/9
ways [3]  902/17 906/13 908/11
we [165]  812/8 813/17 814/14 814/24
816/5 816/25 818/12 819/4 819/7 819/8
820/20 821/25 822/15 822/25 823/16
824/13 824/21 827/3 827/8 829/21
831/14 832/10 832/13 832/21 834/7
836/23 838/9 839/8 840/7 841/1 841/17
841/18 841/18 842/3 843/5 843/25
844/4 844/14 845/6 845/22 846/1
846/17 846/17 846/18 846/19 846/21
846/22 846/24 847/6 847/16 847/20
848/2 848/15 849/2 850/13 850/16
851/1 851/2 852/19 853/23 853/25
853/25 855/25 860/3 860/12 861/13
861/14 864/5 864/13 866/11 866/13
871/15 871/15 872/24 874/8 874/15
876/2 877/2 877/10 877/20 878/20
880/3 881/2 883/21 884/6 884/7 884/12
885/17 887/5 887/12 891/10 891/10
892/15 892/16 893/7 893/7 893/21
893/21 894/13 896/9 898/24 899/4
900/16 900/23 901/1 902/9 904/4 908/9
910/2 910/7 913/6 913/22 917/12 918/2
919/5 919/19 920/5 920/12 922/5
922/13 922/14 927/3 930/25 932/18
933/24 937/16 937/19 946/15 947/2
947/3 950/9 950/10 950/13 951/6
951/13 951/17 954/23 955/13 956/8
956/19 956/19 957/10 958/9 958/10
959/22 963/21 963/23 964/18 965/13
966/6 971/8 972/13 972/19 973/11
973/11 973/13 973/15 973/16 976/7
976/22 977/5 977/13 977/16 977/18
977/21
we'd [2]  812/16 957/11
we'll [14]  819/5 822/6 826/15 836/24
842/17 842/17 853/3 903/18 904/9
913/8 950/5 963/24 977/20 977/22
we're [24]  820/17 820/21 827/13 832/14
849/6 851/17 851/19 852/22 853/20
856/20 860/12 873/6 873/25 877/7
878/8 884/10 898/1 899/24 901/3 901/3
903/7 914/13 934/7 959/16
we've [14]  815/8 816/15 844/3 847/7

848/23 848/23 879/19 883/22 898/22
927/9 931/21 953/14 980 971/7 976/7
weak [2]  839/4 841/18
weaknesses [2]  838/23 841/17
wear [1]  971/7
wearing [3]  971/9 971/10 971/14 972/17
week [1]  957/12
well [143]  816/17 816/23 816/23 817/2
817/10 820/16 825/12 825/19 826/4
829/14 829/19 830/21 834/10 834/13
835/18 835/19 835/21 836/3 837/20
839/15 842/10 843/14 844/3 845/15
845/15 845/17 846/1 846/3 846/4
846/20 847/5 848/16 850/5 851/6
852/12 854/9 858/2 860/15 862/2 866/8
866/16 868/7 868/8 868/11 868/11
868/12 868/12 868/13 868/14 868/18
868/24 869/15 869/17 869/18 869/18
869/22 870/2 870/12 870/13 870/13
871/1 871/3 872/1 872/5 872/5 872/12
872/24 873/15 873/17 874/8 874/17
876/1 876/2 877/19 879/24 882/5 884/9
884/12 885/22 886/12 886/14 886/25
889/16 890/7 891/18 892/13 893/2
893/17 895/4 896/20 896/23 899/22
900/5 901/20 901/21 901/24 901/24
901/24 901/25 902/7 902/7 902/7
902/20 905/12 906/18 907/19 909/5
909/19 909/20 910/22 912/8 913/24
916/5 917/1 918/16 921/4 921/9 921/12
921/24 923/19 924/7 925/9 925/19
925/23 927/1 927/10 930/3 934/17
942/2 945/2 950/4 954/7 954/12 954/23
955/12 960/12 967/20 968/19 969/17
969/23 970/5 971/16 972/2
well-established [1]  906/18
wellbore [1]  835/20
wells [18]  817/3 817/4 817/11 817/13
817/13 817/15 824/1 835/23 835/24
835/25 845/18 846/17 868/17 875/22
902/21 902/24 902/24 932/16
wellsite [1]  926/1
went [6]  833/18 846/22 861/1 861/3
888/7 894/6
were [106]  814/2 815/23 833/7 833/21
841/14 841/24 841/25 845/22 846/1
846/16 846/21 847/13 847/20 848/2
848/2 854/4 856/12 860/18 860/23
861/6 861/12 861/19 862/23 863/21
867/20 868/7 870/25 871/15 871/16
871/17 874/17 874/23 879/3 887/13
887/14 887/22 888/14 888/14 888/16
891/14 893/6 893/22 895/9 895/10
895/19 895/23 896/5 896/7 896/10
896/16 905/3 905/8 907/15 907/19
907/21 908/5 909/5 909/7 910/22
910/23 910/24 918/2 925/19 925/21
926/1 926/25 926/25 927/1 929/18
929/18 929/19 930/1 932/20 932/23
934/11 934/16 936/16 938/13 939/4
940/5 941/23 942/14 943/19 945/25
946/5 947/6 948/2 948/2 948/4 953/14
956/3 957/22 957/25 958/11 960/2
960/9 960/14 961/19 962/17 964/4
966/5 968/4 968/5 972/21 973/6 977/24
weren't [4]  844/21 861/12 895/13 961/25
what [246]
what's [22]  819/23 826/8 826/22 827/17
827/23 828/4 828/21 835/9 842/11
848/18 850/24 867/24 878/25 890/1
890/18 892/5 898/2 900/18 900/24
900/24 946/13 976/14
whatever [6]  830/20 851/9 852/10

892/19 897/2 965/9
907/8 965/8 965/8 968/20 973/7 830/2
831/2 831/15 837/23 838/21 841/12
845/12 846/1 853/20 854/8 854/24
861/3 862/11 862/23 863/25 866/12
866/13 866/16 867/13 870/17 871/9
871/15 872/23 875/1 875/9 875/13
875/14 875/14 877/1 877/6 877/7
881/21 887/22 887/22 893/19 893/23
894/24 895/18 895/23 896/5 896/24
897/4 910/11 938/9 945/24 946/15
962/8 971/10 971/14 971/25 972/4
972/6 972/9 973/24
where [65]  814/24 817/14 820/20 821/4
823/8 824/17 827/23 828/6 829/25
830/5 830/18 830/23 831/2 831/3
833/18 836/1 839/3 839/4 840/15
841/15 841/17 844/5 845/11 845/21
848/1 848/11 848/12 849/6 851/6
851/17 855/13 863/12 864/11 866/15
881/14 882/15 887/11 890/6 890/19
892/13 894/9 899/16 907/6 908/24
910/23 910/23 910/25 937/23 938/9
939/25 940/20 944/6 950/13 954/18
955/18 957/6 961/11 963/16 965/20
965/23 968/4 968/11 968/24 971/13
973/18
Whereas [1]  856/12
WHEREUPON [6]  812/19 903/20 904/7
904/12 904/22 977/24
whether [22]  821/2 875/21 878/6 886/7
886/14 886/16 897/16 901/23 909/9
914/2 914/2 920/18 934/20 934/24
935/3 944/21 946/18 948/2 953/22
960/3 970/22 971/6
which [74]  814/9 817/2 818/13 818/15
818/21 820/22 825/7 829/2 829/10
829/21 829/22 832/10 833/18 842/1
844/23 849/21 850/7 851/24 852/20
853/9 853/10 853/11 855/24 856/9
856/16 856/16 861/1 864/3 867/6
868/23 872/1 873/18 878/14 878/19
879/5 881/6 882/11 889/4 889/5 890/3
890/5 891/18 894/1 894/14 894/15
894/15 894/16 894/17 895/5 895/7
895/16 896/1 899/19 905/13 906/3
920/10 920/22 920/24 924/5 925/8
932/16 932/20 935/10 935/18 945/15
947/12 952/9 955/4 955/7 956/11
965/21 967/20 971/10 973/25
while [8]  820/5 846/5 860/15 860/15
864/16 970/10 976/5 976/6
Whiteley [1]  808/20
who [40]  821/19 833/1 837/21 847/21
849/14 849/18 850/19 858/7 881/16
893/1 893/1 893/2 893/3 893/6 907/17
909/18 911/1 911/1 911/1 911/1 925/19
925/23 926/24 930/1 932/12 932/22
950/4 950/24 954/5 954/15 954/19
955/15 955/22 956/25 959/14 967/15
969/19 969/20 970/6 976/16
who's [9]  820/11 881/23 883/17 904/15
955/16 955/20 967/23 977/7 977/7
whole [11]  833/23 844/4 844/10 868/16
872/23 875/1 880/14 880/14 898/3
898/3 973/15
wholly [11]  912/1 934/12 942/23 943/10
944/7 944/8 944/16 944/22 946/9
946/24 947/15
wholly-owned [11]  912/1 934/12 942/23
943/10 944/7 944/8 944/16 944/22
946/9 946/24 947/15
whom [2]  926/1 968/5

**W**

whose [6]  920/21 922/15 922/16 932/24
955/20 971/19
why [33]  822/18 823/2 831/7 832/16
833/1 834/8 835/10 836/8 837/19 839/7
839/14 840/14 841/7 842/8 844/12
844/18 850/23 852/7 852/7 866/15
870/24 875/13 877/18 884/6 884/7
885/20 885/25 910/4 915/20 934/12
960/9 961/24 962/9
wide [1]  841/10
will [38]  820/3 820/5 821/21 821/23
822/3 822/22 831/25 834/1 834/2 834/2
835/8 838/14 842/13 852/20 854/17
854/21 867/5 872/7 874/12 875/23
876/14 878/15 882/10 886/22 904/2
904/3 913/3 918/25 919/22 920/24
921/10 965/16 976/10 976/17 977/5
977/13 977/17 977/18
William [1]  812/23
willing [1]  887/16
wish [2]  838/6 879/3
withdraw [1]  829/23
within [10]  876/1 876/17 876/19 876/22
899/10 899/11 906/12 920/21 965/3
965/14
without [10]  824/19 852/4 880/19 916/2
916/22 919/12 924/9 928/10 962/3
968/19
witness [30]  812/13 813/4 813/7 849/8
851/8 898/9 903/23 904/15 906/3
908/15 908/21 909/8 910/3 910/4 910/5
918/14 927/5 927/7 927/12 931/6 940/8
940/11 940/12 940/24 963/21 968/14
974/25 976/1 976/4 976/12
witness' [1]  940/23
witnesses [6]  903/25 904/1 904/8 909/6
937/24 951/18
won [2]  813/17 813/18
won't [3]  819/4 884/13 968/1
wondering [1]  885/23
word [4]  815/2 950/1 961/17 963/10
worded [1]  974/14
words [9]  820/10 848/12 855/16 889/10
889/13 912/17 921/2 940/9 968/15
work [28]  813/25 815/8 816/15 824/8
831/25 853/18 863/6 881/10 906/15
912/1 912/1 912/2 922/17 926/10
945/22 954/10 954/12 954/13 954/19
955/20 955/20 957/2 957/4 957/25
967/23 968/10 969/21 969/25
worked [11]  816/8 816/14 847/6 847/6
847/7 847/25 848/8 906/3 932/12
954/15 963/22
worker [1]  957/10
workers [6]  924/16 932/4 932/16 932/20
954/21 963/6
working [33]  816/12 847/10 848/10
856/13 860/12 867/7 925/19 931/3
954/5 954/16 954/20 954/21 955/1
955/14 955/15 955/17 955/23 955/22
955/23 955/25 956/1 967/15 968/5
969/5 969/18 969/25 970/4 970/6 970/7
971/25 972/4 972/9 973/4
workovers [1]  817/11
works [2]  835/16 968/19
world [7]  836/11 916/23 916/25 919/14
921/24 946/25 947/15
worry [2]  831/21 831/22
would [89]  812/21 813/22 818/4 823/14
826/7 826/12 830/19 831/15 843/22
844/2 849/10 850/10 852/12 855/18

856/9 856/13 856/13 856/14 858/6
858/12 859/20 863/8 865/2 866/21
869/13 870/13 870/16 872/9 874/21
879/6 879/8 879/18 891/1 891/4 892/3
895/15 897/6 897/7 897/11 897/13
900/10 901/23 908/2 913/6 913/11
914/14 918/10 927/22 931/11 939/24
940/11 940/14 940/20 940/23 942/15
944/20 944/24 945/8 945/17 946/1
946/1 946/5 946/8 946/11 946/16
946/17 947/16 948/1 954/16 955/22
958/18 958/19 958/20 960/12 960/20
961/3 961/9 961/10 962/2 962/7 962/20
963/10 967/23 969/17 972/2 972/11
972/15 975/7 975/21
wouldn't [7]  847/23 857/24 858/17 859/2
940/14 960/9 960/24
wrap [2]  898/24 971/17
write [1]  818/9
written [8]  827/6 837/24 839/10 843/9
857/8 863/24 864/9 960/16
wrong [5]  820/12 931/14 946/19 963/5
970/14
wrote [4]  837/21 841/24 932/9 974/9

**X**

XP [2]  957/2 957/4

**Y**

yeah [23]  816/10 818/7 830/25 843/24
844/17 858/25 860/8 861/25 863/14
864/7 883/11 888/1 892/18 899/12
911/5 912/11 914/8 915/4 927/10 931/5
955/9 956/6 968/18
year [6]  814/10 861/15 930/4 952/24
960/16 961/23
years [16]  814/25 815/11 816/20 828/9
854/18 855/13 877/15 877/16 906/1
906/2 910/11 911/2 938/7 938/10
939/19 961/25
yellow [1]  873/22
Yep [1]  893/9
yes [227]
yesterday [1]  813/7
yet [1]  832/2
you [705]
you'd [3]  813/1 847/24 852/13
you'll [10]  813/15 823/10 830/13 834/1
834/3 856/6 870/18 870/21 881/15
913/5
you're [58]  824/2 824/23 824/23 824/23
824/23 825/25 827/23 827/25 830/7
830/18 831/3 831/13 831/16 831/23
836/1 836/1 836/21 836/21 838/21
846/25 852/1 851/11 852/16 854/2
854/3 857/3 859/13 870/19 871/8
875/14 877/17 880/13 882/15 888/17
895/1 895/2 895/5 895/19 896/5 896/6
900/7 942/8 942/17 943/19 946/19
950/4 950/15 950/20 952/23 955/4
955/7 955/10 964/23 970/11 970/17
971/2 971/10 971/10
you've [35]  813/12 831/24 832/1 832/3
832/3 833/23 846/3 862/25 863/4
864/21 869/21 870/19 870/20 872/21
884/23 886/24 899/9 913/22 937/6
937/9 938/2 938/6 938/17 940/6 941/8
941/20 947/12 956/10 956/17 956/23
960/4 963/19 966/24 967/8 967/22
your [279]
Your Honor [29]  909/14 909/21 910/8
910/18 911/4 911/9 911/12 912/3 913/5
914/8 915/3 915/17 926/6 926/21

926/23 927/14 927/23 930/25 931/3
931/16 932/22 936/9 967/4 974/20
975/24 976/3 977/9 977/14
Your Honor's [1]  913/20
yours [1]  855/16
yourself [7]  857/24 858/14 858/18
859/18 863/16 864/17 884/20
yourselves [1]  838/24

**Z**

ZEVENBERGEN [1]  808/11
zone [2]  836/3 871/16
zoom [1]  951/6