1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE      *    Civil Action No. 10-MD-2179
     OIL RIG *DEEPWATER HORIZON*   *
5    IN THE GULF OF MEXICO ON      *    Section J
     APRIL 20, 2010                *
6                                  *    New Orleans, Louisiana
     THIS DOCUMENT RELATES TO:     *
7    #10-4536                      *    January 23, 2015
                                   *
8                                  *
     UNITED STATES OF AMERICA      *
9                                  *
     v.                            *
10                                 *
     BP EXPLORATION &              *
11   PRODUCTION INC.,              *
     ANADARKO EXPLORATION &        *
12   PRODUCTION LP, ANADARKO       *
     PETROLEUM CORPORATION,        *
13   MOEX OFFSHORE 2007 LLC,       *
     TRITON ASSET LEASING GMBH,    *
14   TRANSOCEAN HOLDINGS LLC,      *
     TRANSOCEAN OFFSHORE           *
15   DEEPWATER DRILLING INC.,      *
     TRANSOCEAN DEEPWATER INC.,    *
16   AND QBE UNDERWRITING LTD.,    *
     LLOYD'S SYNDICATE 1036        *
17   *******************************

18               DAY 4, AFTERNOON SESSION
19          TRANSCRIPT OF TRIAL PROCEEDINGS
       HEARD BEFORE THE HONORABLE CARL J. BARBIER
20          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

```
 1
    Appearances:
 2

 3   For the United States
     of America:
 4                          U.S. Department of Justice
                            Environment & Natural Resources Division
 5                          Environmental Enforcement Section
                            BY:   SARAH D. HIMMELHOCH, ESQ.
 6                                STEVEN O'ROURKE, ESQ.
                                  PATRICK CASEY, ESQ.
 7                                NANCY FLICKINGER, ESQ.
                                  ABIGAIL ANDRE, ESQ.
 8                                RACHEL KING, ESQ.
                                  RACHEL HANKEY, ESQ.
 9                                A. NATHANIEL CHAKERES, ESQ.
                                  BRANDON ROBERS, ESQ.
10                                ERICA PENCAK, ESQ.
                                  JUDY HARVEY, ESQ.
11                                RICHARD GLADSTEIN, ESQ.
                                  MICHAEL ZEVENBERGEN, ESQ.
12                                DANIELLE FIDLER, ESQ.
                                  Post Office Box 7611
13                                Washington, D.C.  20044

14
                            U.S. Department of Justice
15                          Torts Branch, Civil Division
                            BY: SHARON SHUTLER, ESQ.
16                              MALINDA LAWRENCE, ESQ.
                                LAURA MAYBERRY, ESQ.
17                          Post Office Box 14271
                            Washington, D.C.  20004
18

19   For the State of
20   Louisiana:
                            Kanner & Whiteley
21                          BY: ALLAN KANNER, ESQ.
                                DOUGLAS R. KRAUS, ESQ.
22                              SUSANNAH MCKINNEY, ESQ.
                                CYNTHIA ST. AMANT, ESQ.
23                          701 Camp Street
                            New Orleans, Louisiana  70130
24

25
```

1    Appearances:

2    For BP Exploration and
     Production, Inc.:
3                                 Kirkland & Ellis
                                  BY: J. ANDREW LANGAN, ESQ.
4                                     MATTHEW T. REGAN, ESQ.
                                      HARIKLIA KARIS, ESQ.
5                                     MARK J. NOMELLINI, ESQ.
                                      A. KATRINE JAKOLA, ESQ.
6                                 300 North LaSalle
                                  Chicago, Illinois  60654
7

8
                                  Kirkland & Ellis
9                                 BY: ROBERT C. "MIKE" BROCK, ESQ.
                                      KIMBERLY BRANSCOME, ESQ.
10                                655 Fifteenth Street, N.W.
                                  Washington, D.C.  20005
11

12
                                  Liskow & Lewis
13                                BY: R. KEITH JARRETT, ESQ.
                                  One Shell Square
14                                701 Poydras Street
                                  Suite 5000
15                                New Orleans, Louisiana  70139

16

17   For Anadarko
     Petroleum
18   Corporation:
                                  Bingham McCutchen
19                                BY: KY E. KIRBY, ESQ.
                                      THOMAS R. LOTTERMAN, ESQ.
20                                2020 K Street, NW
                                  Washington, D.C.  20006
21

22
                                  Morgan Lewis & Bockius
23                                BY: JAMES J. DRAGNA, ESQ.
                                  355 South Grand Avenue
24                                Suite 4400
                                  Los Angeles, California  90071
25

1    Appearances:

2    Official Court Reporter:        Jodi Simcox, RMR, FCRR
                                     500 Poydras Street, Room HB-275
3                                    New Orleans, Louisiana 70130
                                     (504) 589-7780
4                                    Jodi_Simcox@laed.uscourts.gov

5

6

7

8    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

<u>**I N D E X**</u>

2                                                          <u>Page</u>

3

Ian Ratner
4       Cross-Examination By Mr. Regan:            1116
        Redirect Examination By Mr. Casey:         1206
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**AFTERNOON SESSION**</u>

**(January 23, 2015)**

\* \* \* \* \*

(OPEN COURT)


12:53   **THE DEPUTY CLERK:**  All rise.

01:03   **THE COURT:**  All right.  Please be seated.  Good
01:04   afternoon.

01:04   **MS. HIMMELHOCH:**  We have a brief preliminary matter,
01:04   if we could.

01:04   **THE COURT:**  Okay.

01:04   **MR. ROBERS:**  Your Honor, Brandon Robers for the
01:04   United States.  I have here a list of exhibits used during the
01:04   examination of Dr. Boesch that I now move into evidence.

01:04   **THE COURT:**  Any objection?

01:04   **MS. KARIS:**  No objection, Your Honor.

01:04   **THE COURT:**  All right.  Without objection, those are
01:04   admitted.

01:04   **MR. ROBERS:**  I also have a list of exhibits for
01:04   Dr. Diane Austin used during Tuesday's exam that I would now
01:04   like to move into evidence.

01:04   **THE COURT:**  Any objection?

01:04   **MS. KARIS:**  We do have objections to those,
01:04   Your Honor.  We would like to step forward and address them at
01:04   this time.

01:04  1              We have offered to the United States, to try and
01:04  2  resolve our objection, but the main objection pertains to four
01:04  3  exhibits.  As Your Honor recalls, Dr. Austin -- they displayed
01:04  4  the cover page of four reports that she had done in the past as
01:04  5  part of her qualifications.
01:04  6              Those reports are approximately, I've been told,
01:04  7  800 pages total.  She was never asked about those reports.
01:04  8  I've asked for an opportunity to actually look at the substance
01:05  9  of the reports before we will agree --
01:05  10             THE COURT:  All right.  Why don't we defer this then?
01:05  11 I'll let you all continue to try to work that out.  We'll pick
01:05  12 it up sometime next week.  Okay?
01:05  13             MS. KARIS:  Thank you, Your Honor.
01:05  14             THE COURT:  Okay.
01:05  15             MR. REGAN:  Matt Regan on behalf of the BP.  Also, I
01:05  16 have been given the BP exhibits that we used in Dr. Clapp's
01:05  17 examination and ask to admit those.
01:05  18             THE COURT:  Any objection from the government?
01:05  19             MR. ROBERS:  No objection.
01:05  20             THE COURT:  Okay.  Without objection, those are
01:05  21 admitted.
01:05  22             MR. REGAN:  Thank you, Your Honor.
01:05  23              With that, Your Honor, I think I'm ready to
01:05  24 proceed with cross-examination.
01:05  25             THE COURT:  All right.  Very well.

IAN RATNER - CROSS

01:05    1          (WHEREUPON, **IAN RATNER**, having been duly sworn,

01:05    2     testified as follows**:)**

01:05    3          **THE DEPUTY CLERK:**  Please state your full name and

01:05    4     correct spelling for the record.

01:05    5                    **CROSS-EXAMINATION**

01:05    6     **BY MR. REGAN:**

01:05    7     **Q.**   Again, Matt Regan for BP.

01:05    8          Mr. Ratner, I have you on cross-examination.  Good

01:05    9     afternoon.

01:05   10     **A.**   Good afternoon, sir.

01:05   11     **Q.**   Now, Mr. Ratner, you had some changes to your reports that

01:06   12     you brought to your deposition in October; correct?

01:06   13     **A.**   Yes.

01:06   14     **Q.**   Okay.  And then you had some changes that you submitted in

01:06   15     your errata sheet -- actually changes to the report after the

01:06   16     deposition; correct?

01:06   17     **A.**   Yes.

01:06   18     **Q.**   And then you had some changes that you brought today that

01:06   19     you went through that you described as minor; correct?

01:06   20     **A.**   Yes.

01:06   21     **Q.**   Have you gone through all of the changes that you have to

01:06   22     the reports that you've submitted in this case?

01:06   23     **A.**   The only -- the third -- the two that we covered in the

01:06   24     examination -- the two that we covered in the examination this

01:06   25     morning were -- the third is even more minor.  There were some

IAN RATNER - CROSS

01:06  1  rounding on the percentages, I think on Schedule 10.  It was a

01:06  2  schedule we -- we did not refer to yet today.  It was like 1.9

01:06  3  and it should have been 1.7.  There were some roundings of

01:06  4  individual percentages on a spreadsheet.

01:07  5  Q.   Okay.  So other than the changes you've identified, you

01:07  6  stand by the rest of your reports as submitted; correct?

01:07  7  A.   Yes.

01:07  8  Q.   Okay.  Now, Mr. Ratner, you have no calculation in any of

01:07  9  your four reports with respect to BP and BPXP of the amount

01:07  10  that BPXP could pay in 2015 to satisfy a Clean Water Act

01:07  11  penalty if it did not acquire or obtain additional funding or

01:07  12  other source of liquidity; correct?

01:07  13  A.   Yes, that's correct.

01:07  14  Q.   And you agree that BPXP does not currently have any

01:07  15  available cash to pay a penalty; correct?

01:07  16  A.   I suppose other than the internal line of credit, they do

01:07  17  not hold any cash.

01:07  18  Q.   And that would be the IFA agreement that you spoke about

01:07  19  on your direct; correct?

01:07  20  A.   Yes, sir.

01:07  21  Q.   So on the day a Clean Water Act judgment would be

01:07  22  rendered, BPXP will have a new cash obligation; correct?

01:07  23  A.   Yes.

01:07  24  Q.   And as I see in your reports and as you testified, your

01:08  25  opinion is that you believe that, notwithstanding what you just

01:08   1   testified to, BPXP has the financial flexibility to otherwise
01:08   2   fund or finance a Clean Water Act penalty.  Is that fair?
01:08   3   **A.**   Yes.
01:08   4   **Q.**   And your specific opinion is that BPXP could fund or
01:08   5   finance a Clean Water Act penalty and not have a long-term
01:08   6   negative economic impact, even if that penalty were to approach
01:08   7   the maximum amount; correct?
01:08   8   **A.**   That's correct.
01:08   9   **Q.**   And you define, as you said right before lunch,
01:08   10  "long-term" is beyond ten years; correct?
01:08   11  **A.**   Yes.
01:08   12  **Q.**   So just to put it in -- in brass tacks, if the Court were
01:08   13  to issue a judgment in 2015, you're saying that you think after
01:08   14  2025, BPXP would not suffer a negative economic impact from
01:08   15  that penalty?
01:08   16  **A.**   Yes.  Over -- excuse me, sir.  Over the long term, yes.
01:08   17  **Q.**   All right.  So after 2025, if it's -- if the penalty is
01:09   18  rendered in 2015?
01:09   19  **A.**   I suppose it depends when they -- when they pay it.  But
01:09   20  the concept is that over the long term -- the same way that
01:09   21  the -- the spill had a significant impact on the business, over
01:09   22  the long term, it will be managed and already, you know, so to
01:09   23  speak, the company's recovered, their balance sheet is strong.
01:09   24      So my analysis is really over the long term.  Because
01:09   25  in the short term, it would have an effect.

IAN RATNER - CROSS

01:09    1    **Q.**    The spill had a negative impact on BPXP's financial

01:09    2    performance already; correct?

01:09    3    **A.**    Yes.

01:09    4    **Q.**    And it's still having a negative impact on BPXP's

01:09    5    financial performance today, five years later; correct?

01:09    6    **A.**    Well, it's -- not operationally.  It's reflected on their

01:09    7    financial statements.

01:09    8           **THE WITNESS:**  So the impact of the spill, Your Honor,

01:09    9    is reflected on the BPXP financial statements and that affected

01:09   10    the equity and it affected the balance sheet; but

01:10   11    operationally, vis-à-vis BPXP, it's not affecting the company,

01:10   12    the legal entity.

01:10   13    **BY MR. REGAN:**

01:10   14    **Q.**    Mr. Ratner, you reviewed Section 311, the Clean Water Act

01:10   15    statute that we're here in this trial addressing; correct?

01:10   16    **A.**    Yes, sir.

01:10   17    **Q.**    And you agree there is nothing in that statute that

01:10   18    restricts the assessment of the economic impact on the violator

01:10   19    factor to just long-term economic impact; correct?

01:10   20           **MR. UNDERHILL:**  Objection, Your Honor.  It calls for

01:10   21    a legal conclusion.

01:10   22           **THE COURT:**  Yes, it really does.

01:10   23           **MR. REGAN:**  I'm just asking if he --

01:10   24           **THE COURT:**  Well, it doesn't matter what he thinks

01:10   25    about the -- with all due respect, what he thinks about what

IAN RATNER - CROSS

01:10   1  that statute says.

01:10   2              **MR. REGAN:**  Fair enough, Your Honor.

01:10   3              **THE COURT:**  Okay.

01:10   4  **BY MR. REGAN:**

01:10   5  **Q.**   Mr. Ratner, you agree that there will be a short-term --

01:10   6  I'll withdraw the question.  If I may proceed.

01:10   7              You agree that there will be a short-term negative

01:10   8  impact for some unknown length of time from a Clean Water Act

01:10   9  penalty rendered on BPXP; correct?

01:10  10  **A.**   Yeah.  I think that's consistent with my testimony.

01:10  11  **Q.**   And the length of the time of that negative impact depends

01:10  12  on the amount of the penalty and whether BPXP can obtain new

01:11  13  funding or financing to pay it in the short term and then

01:11  14  whatever the terms are of that funding or financing; correct?

01:11  15  **A.**   Yeah.  I would say -- sir, I would add one other part of

01:11  16  your statement.  It would depend on the amount, and it would

01:11  17  depend on the time frame, and it would depend on how they

01:11  18  structured that, either with an equity injection, the sale of

01:11  19  stock or debt.  So the impact, the length of the impact would

01:11  20  be affected by how it's arranged.

01:11  21  **Q.**   Right.  And you could model these various funding or

01:11  22  financing sources and model hypothetical penalties to determine

01:11  23  exactly what the impact would be on the economic -- on BPXP's

01:11  24  situation; correct?  It could be done?

01:12  25  **A.**   I think hypothetically you could do that.

IAN RATNER - CROSS

01:12  1   **Q.**   It's not something you've done; correct?

01:12  2   **A.**   Correct.

01:12  3   **Q.**   You did not model the possibilities that you identify for

01:12  4   how BPXP specifically could fund or finance a Clean Water Act

01:12  5   penalty in 2015; correct?

01:12  6   **A.**   Correct, I did not.

01:12  7   **Q.**   You did not model the terms of any debt that you testified

01:12  8   may be available to BPXP; correct?

01:12  9   **A.**   Correct.

01:12  10  **Q.**   You did not model the terms of any equity; correct?

01:12  11  **A.**   Correct.

01:12  12  **Q.**   You did not model any potential divestures of assets or

01:12  13  asset sales that you suggest BPXP might use to fund the

01:12  14  penalty; correct?

01:12  15  **A.**   Correct.

01:12  16  **Q.**   And because you haven't modeled these possibilities, you

01:12  17  can't testify as to what the specific impact of any of those

01:12  18  possibilities would be on BPXP.  Fair?

01:12  19  **A.**   Yeah, I think that's a fair statement.  There's so many

01:12  20  different possibilities and relationship between those

01:13  21  possibilities.

01:13  22          **THE WITNESS:**  And in particular vis-à-vis asset

01:13  23  sales, Your Honor, you really need to have management's input

01:13  24  because you just can't sit in a -- you can't sit in a vacuum

01:13  25  and do that.  There's just so many -- you know, you could see a

IAN RATNER - CROSS

01:13  1    scenario where I would come here and have a hundred different

01:13  2    permutations and combinations, and I think that would be like

01:13  3    level 1, without the input of management.

01:13  4    BY MR. REGAN:

01:13  5    Q.    To be clear, Mr. Ratner, you didn't do one permutation,

01:13  6    much less a hundred.  You haven't done one; correct?

01:13  7    A.    Well --

01:13  8    Q.    Is that correct?

01:13  9    A.    -- which one would you do?  You had asked me a little bit

01:13  10   in the deposition about the full debt --

01:13  11   Q.    Mr. Ratner, I --

01:13  12   A.    I just want to -- I'm just trying to answer.

01:13  13   Q.    My question was very simple.  You have not modeled one of

01:13  14   those permutations, have you?  Yes or no?

01:13  15   A.    Not vis-à-vis BPXP, I did not.

01:13  16   Q.    And you agree that if you actually did that work and

01:13  17   developed those models, using whatever assumptions you want to,

01:13  18   there would be circumstances under which there would be a

01:14  19   negative economic impact on BPXP depending on the mix of

01:14  20   techniques used to finance that penalty; correct?

01:14  21   A.    Well, again, if you're -- it depends over what term.

01:14  22   There would be a negative -- almost anything over the short

01:14  23   term, unless it's a straight equity sale -- even in an equity

01:14  24   sale, there would be some dividends that would be -- could be

01:14  25   required.  So the modeling -- without the cash flows beyond the

01:14  1   five years, I just couldn't do that.

01:14  2   **Q.**   There could be a negative impact in the short term, in the

01:14  3   medium term, and in the long term, depending on what the

01:14  4   mixture of this funding or financing is that you propose BPXP

01:14  5   could obtain; correct?

01:14  6   **A.**   Well, I don't believe over the long term.  I think that

01:14  7   there's enough cash flow and indication of asset value that

01:14  8   over the long term, it would not cause a negative impact on the

01:14  9   operations.  It might -- the company might be worth less.  The

01:14  10  cash flows would be consumed with other items.

01:15  11         But in terms of the viability of this entity, you

01:15  12  know, you just have to know which way you're going to do it.

01:15  13  There are ways that would have lesser impacts and ways that

01:15  14  would have greater impacts.

01:15  15  **Q.**   Is it your testimony that you do not believe that it would

01:15  16  show a long-term negative impact?  Is that your testimony

01:15  17  today?

01:15  18  **A.**   I think that's what I said.  I think that is part of my

01:15  19  opinion.

01:15  20         **MR. REGAN:**  If we could pull up Mr. Ratner's

01:15  21  deposition, page 324, lines 8 to 18.

01:15  22  **BY MR. REGAN:**

01:15  23  **Q.**   And my question is a very simple one, Mr. Ratner.  My

01:15  24  question is:  Did I ask you this question and did you give this

01:15  25  answer?

IAN RATNER - CROSS

01:15  1       "QUESTION:  And you agree that if you actually did
01:15  2       that work and developed those models, there would be
01:15  3       circumstances under which there would be a negative
01:15  4       economic impact dependent on the mixture of techniques
01:15  5       used to fund or finance a penalty?"
01:15  6       And did you answer:
01:15  7       "ANSWER:  I think there would -- I think -- as I
01:15  8   said, I think there could be a short-term, medium-term,
01:16  9   long-term negative impact, depending on what you ultimately
01:16  10  do."
01:16  11      Were you asked that question and did you give that
01:16  12  answer?
01:16  13  A.   Yes.  And that's basically what I said.  It's over -- it
01:16  14  depends over the term.
01:16  15  Q.   Now, these various options of selling assets or getting
01:16  16  debt or raising equity, they are interdependent upon one
01:16  17  another; correct?
01:16  18  A.   I think they're related, yes.
01:16  19  Q.   Yeah.  So if you issue -- if you take a loan on, it might
01:16  20  limit your ability to sell assets because you need the cash
01:16  21  flow from the assets to finance the loan -- or fund -- fund the
01:16  22  amortization of the loan; correct?
01:16  23  A.   Yes.
01:16  24  Q.   And, similarly, if you were to sell assets first, you may
01:16  25  have less cash flows and it may then not allow you to take out

IAN RATNER - CROSS

01:16 1    as great of a loan; correct?

01:16 2    A.    That's one of possibilities.

01:16 3    Q.    And you haven't analyzed the interrelationship between

01:16 4    these various options that you believe BPXP would have to fund

01:16 5    or finance a penalty; correct?

01:16 6    A.    Yes.  Again, for the same reason.

01:17 7    Q.    Okay.  You have no opinion about what cash flow BPXP could

01:17 8    bring or raise by selling interests in its assets; correct?

01:17 9    A.    No.  I didn't have that information available to me.

01:17 10   Q.    Right.  And you have no opinion as to what that value

01:17 11   would be; correct?

01:17 12   A.    Correct.

01:17 13   Q.    You agree that all of BPXP's assets today are core to its

01:17 14   business; correct?

01:17 15   A.    I don't know.  I mean, there may be some non-core

01:17 16   business -- there may be some non-core assets.

01:17 17   Q.    Can you identify any non-core asset that's held by BPXP?

01:17 18   A.    Well, sir, I don't have a list --

01:17 19          THE COURT:  Wait, wait.  Let me -- so I can

01:17 20   understand what we're talking about.  What do you mean by not a

01:17 21   core to its business?

01:17 22          MR. REGAN:  I can either answer, Your Honor, or I can

01:18 23   ask the witness.

01:18 24          THE COURT:  No, I'm asking you, what do you mean by

01:18 25   that, so I can understand what the question is.

IAN RATNER - CROSS

01:18    1          **MR. REGAN:**  Certainly, Your Honor.  A core asset is

01:18    2    something that's fundamental to the business, versus a non-core

01:18    3    asset might be a different business line that's not something

01:18    4    it normally does, but it might have an ownership interest in

01:18    5    it.  I think Mr. Ratner gave me an example of that in his

01:18    6    deposition.

01:18    7               So, for example, if BPXP owned a grocery

01:18    8    store --

01:18    9          **THE COURT:**  Well, you're not suggesting that BP can't

01:18   10    divest itself of leasehold interests or whatever, because we

01:18   11    know they've done that since the spill occurred.

01:18   12          **MR. REGAN:**  Correct.  I'm not suggesting that,

01:18   13    Your Honor.

01:18   14          **THE COURT:**  So I'm trying to understand the point of

01:18   15    your question here.

01:18   16          **MR. REGAN:**  It really goes to the impact of that

01:18   17    divestiture.  If you divest a core asset, it could have a

01:18   18    greater impact on your business than the divesture of a

01:18   19    non-core asset.

01:18   20          **THE COURT:**  That's probably common sense.

01:18   21          **MR. REGAN:**  Okay.  I'll move on.

01:18   22    BY MR. REGAN:

01:18   23    **Q.**  You agree, Mr. Ratner, that the deeper you get into the

01:18   24    asset base of BPXP, if you were proceeding upon divestures, the

01:18   25    more negative impact it would have in the long term?

IAN RATNER - CROSS

01:19    1    A.    I think as a hypothetical that's true.
01:19    2    Q.    Okay.  And in terms of order of magnitude, I believe --
01:19    3    you believe that BPXP could sell maybe $1 to $3 billion of
01:19    4    assets without creating a long-term negative impact; correct?
01:19    5    A.    I think we were using some hypotheticals.  You know, those
01:19    6    are numbers that are not of -- they were not significant --
01:19    7    well, they are significant, but in terms of the percentage of
01:19    8    the fixed assets -- and, frankly, as I reflect, without a full
01:19    9    asset list, it would be hard to even determine which -- which
01:19   10    and where.
01:19   11         But those are not -- but those numbers are not out of
01:19   12    line with their capital expenditures and their ongoing
01:19   13    operations.
01:19   14    Q.    Mr. Ratner, you've not done any analysis of how large of a
01:19   15    loan you believe BPXP could obtain in 2015; correct?
01:19   16    A.    That's correct.
01:19   17    Q.    And that -- so no loan profile, no length of a loan, no
01:19   18    interest rate, no covenants, no security.  Fair?
01:20   19    A.    We have not shopped the loan or developed a profile.
01:20   20    Q.    Okay.  So you believe that BPXP could obtain lending, but
01:20   21    in terms of the specifics, if we were to try to analyze the
01:20   22    loan, your opinion doesn't reach to specifics?
01:20   23    A.    Again, you're dealing with the best information that I
01:20   24    have available.  They have a lot of assets that are unpledged,
01:20   25    and the capital markets are very liquid, for sure, at that

IAN RATNER - CROSS

01:20  1    time.  And the idea was that the capital markets are liquid and
01:20  2    there would be some debt opportunity for this company.
01:20  3    **Q.**   Are you familiar with the term "speculative grade"?
01:20  4    **A.**   Yes.
01:20  5    **Q.**   And that's a credit rating; correct?
01:20  6    **A.**   Yes.
01:20  7    **Q.**   And you haven't done a rate study in this case; right?
01:20  8    **A.**   Correct, I've not.
01:20  9    **Q.**   Do you think that it has become easier or more difficult
01:20 10    today, as we sit here in January of 2015, for a speculative
01:21 11    grade E&P company to get a loan?
01:21 12    **A.**   I think that as a hypothetical -- with the decline in oil
01:21 13    prices, I think it's obvious that it's gotten more -- it would
01:21 14    be more difficult today to get a loan from a third party than
01:21 15    it would have been at the time that I issued my report in July.
01:21 16    I mean, the decline in prices will definitely affect the
01:21 17    ability to the type of loan that you would get.  It's just the
01:21 18    circumstance in the last six months.
01:21 19    **Q.**   Mr. Ratner, if --
01:21 20    **A.**   However -- I'm going to answer -- finish the question.
01:21 21          However, there is substantial assets, at least the
01:21 22    ones that I'm aware of, that are unpledged, and you'd have to
01:21 23    take this to the capital markets.  I mean, it's a
01:21 24    multibillion-dollar transaction.  You would have to go to the
01:21 25    capital markets with it.

IAN RATNER - CROSS

01:21  1    **Q.**   When you say "unpledged," you're talking about a lender

01:21  2    requiring a security interest in BPXP's assets as a condition

01:22  3    to giving the loan.  Is that fair?

01:22  4    **A.**   Well, that was one of the examples that we talked about.

01:22  5    You could have unsecured notes, you could raise bond financing,

01:22  6    or you could try to raise debt based on the security.  Again,

01:22  7    there's a lot of optionality in this situation.

01:22  8    **Q.**   In that secured lending scenario, the new lender would

01:22  9    then have, under your understanding, a right to BPXP's assets

01:22  10   above that of future contingent liabilities; correct?

01:22  11   **A.**   I think, generally speaking, that's my understanding.

01:22  12   **Q.**   So if BPXP were to be required to give a security interest

01:22  13   in order to obtain new liquidity in 2015, that security

01:22  14   interest, under your understanding, would be superior to future

01:22  15   claimants like the NRD claims, OPA claims, state and local

01:22  16   claims?

01:22  17   **A.**   Well, I'm not an attorney --

01:22  18        **MR. CASEY:**  I'm going to object, Your Honor.

01:23  19        **MR. REGAN:**  I'm not asking him for a legal

01:23  20   conclusion, just his understanding.

01:23  21        **THE COURT:**  It does sound like a legal opinion.

01:23  22        **MR. CASEY:**  It sounds like a legal opinion.

01:23  23        **MR. REGAN:**  I would say, Your Honor, that the witness

01:23  24   is qualified.  We didn't challenge his qualifications.  He

01:23  25   testified as to this exact topic in his deposition.

IAN RATNER - CROSS

01:23  1          THE COURT:  Well, but he didn't testify to this in
01:23  2  court on redirect, so I sustain the objection.
01:23  3  BY MR. REGAN:
01:23  4  Q.    Are you familiar with any unsecured loan that's been
01:23  5  provided to an E&P company for $10 billion in the last five
01:23  6  years?
01:23  7  A.    Again, I didn't survey the market.
01:23  8  Q.    Now, if BPXP were to be required to use debt to finance a
01:23  9  penalty, the impact on BPXP's business would be not only the
01:23  10  face amount of the loan or the debt, but also the interest
01:23  11  costs; correct?
01:23  12  A.    That's true.
01:23  13  Q.    So from a financial reality or economic reality, the
01:23  14  impact on the business is not just the dollar amount it has to
01:23  15  borrow, but also then the carrying costs?
01:24  16  A.    That's true.
01:24  17  Q.    And if BPXP were to be required to defer CAPEX in order to
01:24  18  repay debt, that would have a negative impact on BPXP's
01:24  19  operations; correct?
01:24  20  A.    Yeah.  I mean, it would change the amount of investment
01:24  21  that they would be making in their current and future
01:24  22  exploration activity.
01:24  23          It's different, and I suppose negative because they
01:24  24  would have less money to put into CAPEX.
01:24  25  Q.    And if you're talking about billions of dollars of debt,

IAN RATNER - CROSS

01:24   1   face amount, you're also talking about hundreds of millions, if

01:24   2   not billions of dollars in interest.  Is that fair?

01:24   3   **A.**    That's fair.

01:24   4   **Q.**    And if you wanted to assess, then, the true economic

01:24   5   impact on BPXP, you would combine both of those numbers; right?

01:24   6   **A.**    Again, under the different assumptions of how much and the

01:25   7   timing and the bonds, you know, you would have to -- to model

01:25   8   it all out for each particular scenario.

01:25   9   **Q.**    I'd like to address some of the testimony you gave with

01:25  10   respect to BP p.l.c. and then move to some questions about the

01:25  11   violator BPXP.  So right now I want to focus on BP p.l.c.

01:25  12          Now, in your first report, you discussed BP p.l.c.'s

01:25  13   stock price and its enterprise value; correct?

01:25  14   **A.**    Yes, sir.

01:25  15          **MR. REGAN:**  If we could pull up TREX-13123.41.

01:25  16   **BY MR. REGAN:**

01:25  17   **Q.**    And you put a chart in there where you made a

01:25  18   calculation -- we'll bring that up here -- as to a number that

01:25  19   you called "enterprise value."  It will come up here in a

01:25  20   second.

01:25  21          But while we're waiting for it, without the chart,

01:25  22   can you -- can you define "enterprise value" as you used it?

01:25  23   **A.**    Sure.

01:25  24   **Q.**    Go ahead.

01:26  25          **THE WITNESS:**  Typically, enterprise value is the

01:26   1    top-line value, Your Honor.  We've been talking today -- in the
01:26   2    earlier testimony, I was referring to equity value.
01:26   3            Enterprise value is the total value of the
01:26   4    company.  Then you deduct debt or net debt, and that gets you
01:26   5    to the equity value.
01:26   6            So one of the ways you build up to enterprise
01:26   7    value is you take the equity value and you add on the net debt,
01:26   8    and that gets you to the enterprise value.
01:26   9    BY MR. REGAN:
01:26   10   Q.   Now, Mr. Ratner, we have the chart up there that you just
01:26   11   testified to.  As of the time of your report, you had
01:26   12   calculated BP p.l.c.'s public company's enterprise value of
01:26   13   June 30th, 2014, and I believe you testified about that today
01:26   14   as well.  Correct?
01:26   15   A.   I don't think I testified about the enterprise value, but
01:26   16   I know the chart.
01:26   17   Q.   Okay.  Well, we can calculate the enterprise value today
01:26   18   using BP p.l.c.'s current stock price; correct?
01:26   19   A.   Yes.
01:26   20   Q.   Okay.  I'm going to use the ELMO, if I could.
01:26   21           Again, in your report, you have a schedule where you
01:27   22   do these calculations.  It's TREX-13123.79, and it's
01:27   23   Schedule 13.  And this is the schedule, again, Mr. Ratner where
01:27   24   you made these calculations?  Do you recognize this?
01:27   25   A.   Yes.

IAN RATNER - CROSS

01:27  1   **Q.**   Let me zoom out a little bit.

01:27  2           So I think you did these numbers during your direct

01:27  3   exam, but let's just walk through and update this chart using

01:27  4   today's stock share price.  Today's share price, if I could

01:27  5   just have you assume a number of $39.  Let's use a round

01:27  6   number.  It's right about there.  Okay?

01:27  7           So how do we calculate the enterprise value if we use

01:27  8   $39?  And I give you one more assumption, that we assume the

01:27  9   net debt is the same number right now.

01:27  10  **A.**   Yeah, you'd have a -- you can go through the math, but I

01:27  11  think you'd have a dollar-for-dollar decline.  I think I'd

01:27  12  mentioned today that the equity value of the company was down,

01:28  13  Your Honor, to about 120 billion.

01:28  14          And if the equity value at the time of my report was

01:28  15  about 160 billion, so you would have a 40-odd billion-dollar

01:28  16  decline in the enterprise value.  So BP -- BP p.l.c. is worth

01:28  17  less, the same -- before I testified that it was 119, the

01:28  18  equity value versus, I think, 160 or 161 -- let's say 161 1/2.

01:28  19  **Q.**   This number right here; right?

01:28  20  **A.**   So that's the same difference.  So that would be -- let's

01:28  21  call it $40 billion.  The value of the company has come down by

01:28  22  $40 billion over this time period.

01:28  23  **Q.**   I have done the math using your approach, and the number I

01:28  24  get is 140 -- sorry, 143.8 as the new enterprise value, so

01:29  25  143.8 billion.  Does that sound about right?

IAN RATNER - CROSS

01:29  1  **A.**    Right.   That's about the 40 billion that I'm talking

01:29  2  about.

01:29  3  **Q.**    Okay.   So if we then compare that enterprise value to

01:29  4  2010, March, we go from $203 billion to $143.8 billion, about a

01:29  5  60 billion-dollar drop.   Fair?

01:29  6  **A.**    Right.

01:29  7  **Q.**    And, Mr. Ratner, is a 60 billion-dollar decline in

01:29  8  enterprise value a significant negative economic impact?

01:29  9  **A.**    Well, not necessarily on the operations.   But I think it

01:29 10  is a significant drop in the enterprise value of the company.

01:29 11  But, again, the stock has had a -- the stock has been

01:29 12  significantly affected by the decline.

01:29 13          That's why you have to look at -- Mr. Regan, that's

01:29 14  exactly why you have to look at things over a period of time

01:29 15  and you have to look at it in its totality.

01:30 16  **Q.**    So let's look at it over a period of time.   $143 billion

01:30 17  for BP p.l.c.'s enterprise value is the lowest it has been

01:30 18  since June of 2010; correct?

01:30 19  **A.**    I think that's fair.

01:30 20  **Q.**    It's a 30 percent drop in the value -- enterprise value of

01:30 21  BP p.l.c. since March of 2010; correct?

01:30 22  **A.**    I think that's true.

01:30 23  **Q.**    And it's a 60 billion-dollar drop.   Fair?   More than what

01:30 24  you ascribe as to the value of Anadarko, which you said was

01:30 25  around $40 billion.

01:30    1    A.    The equity of Anadarko is about 40 billion.  I mean, it's

01:30    2    a huge -- it's the fifth largest company in the world in 2013.

01:30    3    Q.    And it's not today?

01:30    4    A.    No, it's not.

01:30    5    Q.    And that's because of the expenses that it's had and also

01:30    6    other things it has had to do that we'll get into in a second;

01:30    7    right?

01:30    8    A.    Well --

01:30    9    Q.    It shrunk?

01:30    10   A.    Well, I think it's not the fifth largest because there's

01:30    11   other companies that are in the mix.  Remember, most of that

01:31    12   money in terms of what they have to do -- if you're referring

01:31    13   to expenses, they spent that before 2013 or accrued it.  Those

01:31    14   were already accounted for.

01:31    15   Q.    I'll mark that as D-35459.

01:31    16          Now, if I could come back to D-35459, this net debt,

01:31    17   just to make sure we're clear, because we've heard about

01:31    18   BP p.l.c.'s cash balance.

01:31    19          But I believe you said on direct that the real number

01:31    20   we want to look at is net debt.  That's what's really

01:31    21   important; correct?

01:31    22   A.    Yes, sir.

01:31    23   Q.    Because if you just borrow money to then have cash on your

01:31    24   balance sheet, from a net standpoint, you're really not any

01:31    25   better off.  Fair?

IAN RATNER - CROSS

01:31  1  **A.**   That's exactly why I was evenhanded in my testimony.  The

01:31  2  net debt has been stable over this entire time period,

01:31  3  including all the expenses that they had to spend for the

01:31  4  cleanup.  That's impressive.

01:31  5  **Q.**   And in terms of being evenhanded, any time someone

01:31  6  mentions the cash balance of BP p.l.c., you would say you

01:32  7  should really look at net debt.  Is that fair?

01:32  8  **A.**   Well, I mean, that's why it's on this spreadsheet.  That's

01:32  9  why I mentioned it today.  I'm trying to be fair about it.

01:32  10  **Q.**   And, again, the net debt from 2007 all the way through

01:32  11  2014 is largely unchanged?

01:32  12  **A.**   It's impressive, especially considering that they had

01:32  13  these, you know, substantial expenses.

01:32  14  **Q.**   It's largely unchanged; correct?

01:32  15  **A.**   Yes.

01:32  16  **Q.**   Now let's go to some of your financial statement analysis.

01:32  17       **MR. REGAN:**  I'd like to bring up the income statement

01:32  18  that you -- actually, before I get there, let me -- here we go.

01:32  19  The cash flow statement for BP p.l.c., D-32327.  And I think,

01:32  20  Mr. Jackson, I might need you to do this for me, if you could.

01:33  21  **BY MR. REGAN:**

01:33  22  **Q.**   Now, you will recognize this, Mr. Ratner, as one of the

01:33  23  documents you talked about on your direct, D-32327.  And you

01:33  24  totaled up a number of numbers, including ending cash and

01:33  25  equivalents.  Do you remember doing that?

IAN RATNER - CROSS

01:33  1  **A.**   Yes, sir.

01:33  2  **Q.**   And you talked about income before tax and net cash

01:33  3  provided by operating activities.  Do you recall that?

01:33  4  **A.**   Yes, sir.

01:33  5  **Q.**   There's another line on here that actually has some of the

01:33  6  largest numbers on the page that you didn't talk about, and

01:33  7  that's disposal of assets and businesses.

01:33  8         You didn't mention that in your direct; correct?

01:33  9  **A.**   I did not.

01:33  10  **Q.**   You see that from 2009 to 2013, we have numbers like

01:33  11  2.6 billion, 16.9 billion, 2.8 billion, 11.5 billion,

01:33  12  $21.9 billion in disposals of assets and businesses.

01:33  13         Did I read those numbers approximately correctly?

01:34  14  **A.**   You did.

01:34  15  **Q.**   So if we total up the amount of disposals of assets and

01:34  16  businesses over this same time period -- thank you -- it's

01:34  17  $57.64 billion; correct?

01:34  18  **A.**   Yes.

01:34  19  **Q.**   That's another significant number that we should look at

01:34  20  when we look at this cash flow statement; correct?

01:34  21  **A.**   I think it's important.  Again, they're investing in their

01:34  22  businesses, but at the same time they're spending CAPEX,

01:34  23  they're selling businesses, they -- in fact, they reported that

01:34  24  they were going to sell certain businesses to help satisfy the

01:34  25  cost of the cleanup.

IAN RATNER - CROSS

01:34  1   **Q.**   Right, but when we look --

01:34  2   **A.**   All part of the management of it.

01:34  3   **Q.**   When we look at the financial information for BP p.l.c. --

01:34  4   and, again, I'm going to turn to XP in a second.  But for

01:34  5   p.l.c., when we look at the cash flow statement and the balance

01:34  6   sheet, we need to also look at what's happened in terms of

01:34  7   divestitures?

01:34  8   **A.**   I think that's fair.

01:34  9   **Q.**   We didn't hear about that in your direct exam, did we?

01:34  10  **A.**   We tried to get it to -- as thin as possible.

01:35  11  **Q.**   Okay.  Let's talk about SMOG, standardized measure of oil

01:35  12  and gas.  Now, you testified that the SMOG analysis is required

01:35  13  for public companies; correct?

01:35  14  **A.**   Yes.

01:35  15  **Q.**   And it's done to allow apples-to-apples comparisons;

01:35  16  correct?

01:35  17  **A.**   That might have been a bit of a shorthand comment, but I

01:35  18  think that's fair.

01:35  19  **Q.**   Okay.  A SMOG analysis is something that is required under

01:35  20  SEC guidance; correct?

01:35  21  **A.**   Yes.

01:35  22         **MR. REGAN:**   Now, we'll pull up the SMOG page that was

01:35  23  used for the GoM business unit, 244143.

01:35  24         And I believe Your Honor had a question about

01:35  25  this document.

IAN RATNER - CROSS

01:35  1  **BY MR. REGAN:**

01:35  2  **Q.**   And I'd like to ask you, Mr. Ratner, a few more follow-up

01:35  3  questions about it.  Okay?

01:35  4  **A.**   Yes, sir.

01:35  5  **Q.**   The SMOG numbers that you were pointing to in your direct

01:36  6  exam, are those representative of fair market value?

01:36  7  **A.**   No.

01:36  8  **Q.**   SMOG is not fair market value, is it?

01:36  9  **A.**   It's the same reason that Wood Mackenzie is not fair

01:36  10  market value.  As I testified today, this is a net present

01:36  11  value calculation of only the proved reserves.  It's not a fair

01:36  12  market value of the company.  It's a net present value of the

01:36  13  proved reserves of the company.

01:36  14  **Q.**   Mr. Ratner, my question is simple.  Is SMOG fair market

01:36  15  value?  Yes or no?

01:36  16  **A.**   It is not.  I never said it was.

01:36  17  **Q.**   You didn't mean to suggest when you were going through on

01:36  18  direct that these numbers were actually representative of fair

01:36  19  market value, did you?

01:36  20  **A.**   No, but they do give you a value indication.  In fact, you

01:36  21  would say this is a floor when you're thinking about fair

01:36  22  market value --

01:36  23  **Q.**   Right.

01:36  24  **A.**   -- because it doesn't include everything.

01:36  25  **Q.**   The oil price that's used in SMOG is static; correct?

IAN RATNER - CROSS

01:36  1    **A.**    Yes.

01:36  2    **Q.**    They use the average of the first month's price over the

01:37  3    course of a year; correct?

01:37  4    **A.**    That's true.

01:37  5    **Q.**    If the price of oil goes down dramatically, what happens

01:37  6    to SMOG?

01:37  7    **A.**    SMOG gets updated.

01:37  8    **Q.**    It gets updated.   And which direction does it go?

01:37  9    **A.**    Again, the oil price discussion is not going to change.

01:37  10   The oil prices that would be used in the updated analysis would

01:37  11   be the current price.

01:37  12   **Q.**    If the oil price go down, based on how you know this

01:37  13   calculation is made under SEC rules, the SMOG number goes down?

01:37  14   **A.**    Yes, sir.

01:37  15   **Q.**    There's guidance in the *Federal Register* about how to read

01:37  16   and not read SMOG; correct?

01:37  17   **A.**    Yes, sir.

01:37  18          **MR. REGAN:**   If we could pull up TREX-240928.   And go

01:37  19   to page 5 and .1.

01:37  20   **BY MR. REGAN:**

01:37  21   **Q.**    My question is:   Have I read this correctly, Mr. Ratner?

01:37  22          "The objective of reserves estimation is to provide

01:38  23   the public with comparable information about volumes, not fair

01:38  24   value, of a company's reserves available to enable investors to

01:38  25   compare the business prospects of different companies.

IAN RATNER - CROSS

01:38   1          "...these measures do not attempt to portray a

01:38   2   reflection of their fair value.  If the objective of reserve

01:38   3   disclosures were to provide fair value information, we believe

01:38   4   a pricing system that incorporates assumptions about estimated

01:38   5   future market prices and costs related to extraction could be a

01:38   6   more appropriate basis for estimation."

01:38   7          Did I read that correctly out of the *Federal*

01:38   8   *Register*?

01:38   9   **A.**   You did.

01:38   10  **Q.**   And you're familiar with that part of the *Federal Register*

01:38   11  about SMOG; correct?

01:38   12  **A.**   Yes, I am.

01:38   13  **Q.**   And you were familiar about it before you testified today;

01:38   14  correct?

01:38   15  **A.**   And I don't think I contradicted that at all.

01:38   16  **Q.**   Okay.  Let me pull up --

01:38   17  **A.**   I'm not -- I'd like to answer.

01:38   18          **THE COURT:**  Go ahead.

01:38   19          **THE WITNESS:**  I mean, I absolutely, Your Honor, did

01:38   20  not say that that was fair market value and absolutely said

01:38   21  that it's a tool used to compare so that if you have similar

01:39   22  companies, you're looking at the companies, you can see what

01:39   23  the -- what the -- what the net present values are.

01:39   24          In fact, this is exactly the problem with Wood

01:39   25  Mackenzie.  I mean, it's a reserve analysis.  It's not a

IAN RATNER - CROSS

01:39  1   valuation of the company.  It gives you a lot of information
01:39  2   about the forecasted cash flows, and that's why we looked at
01:39  3   it, because it helps understand the company.  And that's the
01:39  4   mission of the analysis, is to do -- remember, this is all
01:39  5   they've given us.
01:39  6            So the mission is to do the best you can with
01:39  7   the information you have.  But I absolutely did not say it was
01:39  8   fair value or fair market value.
01:39  9   **BY MR. REGAN:**
01:39  10  **Q.**   Okay.  We can --
01:39  11  **A.**   You know that.
01:39  12  **Q.**   I do, and I just want to make sure everyone does.
01:39  13  **A.**   Yeah.
01:39  14  **Q.**   We can all agree SMOG is not fair value or fair market
01:39  15  value; correct?
01:39  16  **A.**   Correct.
01:39  17           **MR. REGAN:**   TREX-12303-A.1.1.
01:39  18  **BY MR. REGAN:**
01:39  19  **Q.**   You also saw language in BP's annual report about the
01:39  20  risks of reviewing the SMOG information that is presented
01:40  21  there; correct?
01:40  22  **A.**   Yes.
01:40  23  **Q.**   And you presented a slide that was from a BP investor
01:40  24  presentation that showed the number of proved reserves and the
01:40  25  number of unproved reserves.  Do you recall that?

IAN RATNER - CROSS

01:40  1   **A.**   Yes, sir.

01:40  2   **Q.**   And you also presented a number from BP p.l.c.'s annual

01:40  3   report of $130 billion, which you said was the SMOG DCF number

01:40  4   for the company.  That's a consolidated basis; correct?

01:40  5   **A.**   I think that was the discounted.  126 was the discounted

01:40  6   value or something.

01:40  7   **Q.**   What BP tells the world about the numbers that you used

01:40  8   about SMOG, standardized measure of discounted future net cash

01:40  9   flows.

01:40  10          They say, do they not, quote:  "BP cautions against

01:40  11  relying on the information presented because of the highly

01:40  12  arbitrary nature of the assumptions on which it is based and

01:40  13  its lack of comparability with the historical cost information

01:40  14  presented in the financial statements."

01:40  15          Is that what BP tells investors before they see the

01:41  16  information that you were presenting about SMOG?

01:41  17  **A.**   Yes, it is.

01:41  18  **Q.**   And you don't disagree with any of this?

01:41  19  **A.**   Absolutely not.

01:41  20  **Q.**   Okay.  Now, you said that BP p.l.c. and BPXP are

01:41  21  integrated; right?

01:41  22  **A.**   Yes, sir.

01:41  23  **Q.**   Now, they are all under common ownership; correct?

01:41  24  **A.**   Yes, sir.

01:41  25  **Q.**   It is not surprising that there is integration between a

IAN RATNER - CROSS

01:41    1  parent company and a wholly-owned subsidiary, is it?

01:41    2  **A.**    No, not at all.

01:41    3  **Q.**    You would agree that in taking actions at the parent

01:41    4  company level, BP p.l.c. needs to act in the best interest of

01:41    5  its shareholders; correct?

01:41    6  **A.**    Yes.

01:41    7  **Q.**    And specifically with respect to investment decisions,

01:41    8  BP p.l.c. p.l.c. would have to make a decision, a cost benefit

01:41    9  analysis, I think, as you've described to me once, about what

01:41   10  was the best use of its resources; right?

01:41   11  **A.**    Yes.

01:41   12  **Q.**    You are not expressing any opinion based on the materials

01:41   13  you reviewed that BPXP failed to follow any corporate

01:42   14  formalities; right?

01:42   15  **A.**    Correct.

01:42   16  **Q.**    And based on all the financial information you -- you

01:42   17  reviewed, you do not believe that BPXP is undercapitalized;

01:42   18  correct?

01:42   19  **A.**    I don't think so.

01:42   20  **Q.**    I think -- my question wasn't great, but do you believe

01:42   21  that BPXP is undercapitalized?

01:42   22  **A.**    No.

01:42   23  **Q.**    So let's now turn to the violator, BPXP.

01:42   24          You're familiar with the amount of expenditures that

01:42   25  have been incurred by BPXP since 2010 arising out of the

IAN RATNER - CROSS

01:42   1   Macondo accident?

01:42   2   **A.**   Can you repeat the question, please.

01:42   3   **Q.**   Sure.  You're generally familiar with the $33 billion in

01:42   4   costs that have been incurred by BPXP as reflected on its

01:42   5   financial statements arising out of the Macondo accident?

01:42   6   **A.**   Yes, sir.

01:42   7   **Q.**   And you're familiar that there are provisions for

01:42   8   additional future costs that get that number a little bit above

01:43   9   40 billion?

01:43   10   **A.**   Yes, sir.

01:43   11   **Q.**   So, again, using your estimate this morning of Anadarko's

01:43   12   equity value, the amount that BPXP has incurred or will incur

01:43   13   as currently estimated is the same or, in fact, potentially

01:43   14   more than the equity value of Anadarko?

01:43   15   **A.**   Yes, that's true.

01:43   16   **Q.**   A significant number?

01:43   17   **A.**   The amount spent is a significant number, under any

01:43   18   measure.

01:43   19   **Q.**   You also put up BPX&P's balance sheets and its cash flow

01:43   20   statements and you were directing the Court to look at some of

01:43   21   the book value of the assets.  Do you recall that?

01:43   22   **A.**   Yes.

01:43   23   **Q.**   Is book value relevant to a valuation of BPXP?

01:43   24   **A.**   Only in terms of perhaps setting the floor of the value of

01:43   25   the assets.  Again, when you're doing a valuation, you're going

01:43    1    to look at the cash flows that you know about and you're going
01:43    2    to look at the assets that you know about.
01:43    3            So one of the things that you do is you look at the
01:44    4    book value.  But I do not believe that the book value of the
01:44    5    assets is what they're worth; I think they're worth more than
01:44    6    that.
01:44    7    Q.   Well, you agree that book value is not relevant for the
01:44    8    determination of fair market value; correct?
01:44    9    A.   Right.  I think it's only relevant, and I know I answered
01:44   10    this exactly this way in our deposition because I was trying to
01:44   11    explain that it helps you set a floor in terms of calculating
01:44   12    your intangible.  And when you have more intangible, it creates
01:44   13    a little bit of a higher risk in the valuation.
01:44   14            So it -- it's not relevant to -- Your Honor, it
01:44   15    doesn't tell you what fair market value is, but the bigger the
01:44   16    gap between fair market value and book value, the bigger the
01:44   17    intangible is.  So it's part of the analysis.
01:44   18    Q.   So what if the gap is actually negative?  What if the gap
01:44   19    between book value and market value is negative, what does that
01:44   20    tell you about the value of the intangible?
01:44   21    A.   Well, then -- then you would have negative goodwill.  But
01:44   22    in this situation if that was the case, then you would be
01:44   23    writing down these assets.
01:44   24    Q.   Right.  You would have to do an impairment analysis;
01:45   25    correct?

IAN RATNER - CROSS

01:45   1   A.   Yes, sir.

01:45   2   Q.   And an impairment analysis -- you make just a quick

01:45   3   statement about this in your fourth report challenging that why

01:45   4   hasn't BPX&P done an impairment analysis, and just a couple of

01:45   5   accounting questions for you, Mr. Ratner.

01:45   6        When you do an impairment analysis, do you look at

01:45   7   discounted or undiscounted cash flows?

01:45   8   A.   I think it's the aggregate value -- I'm thinking -- I

01:45   9   mean, for real estate, I think it's the aggregate value of the

01:45   10   undiscounted cash flows.

01:45   11   Q.   When you -- so when you do an impairment analysis, you

01:45   12   look at undiscounted cash flows; correct?

01:45   13   A.   Yes.

01:45   14   Q.   Your criticism of Mr. Den Uyl is that he used a comparison

01:45   15   of discounted cash flows against book value, didn't you?

01:45   16   A.   Well --

01:45   17   Q.   Is that what you did?

01:45   18   A.   Yeah, I think that's one of our criticisms.

01:45   19   Q.   Right.  And that's not corrected as a matter of

01:45   20   accounting, which you -- which you're very qualified in;

01:45   21   correct?

01:45   22   A.   I appreciate that.

01:45   23   Q.   Right.  You know that that's not actually a proper

01:45   24   comparison?

01:45   25   A.   But you know what, these assets -- you keep investing

IAN RATNER - CROSS

01:45    1    these assets.  I think they would write them down if they

01:46    2    didn't believe the assets had that value.

01:46    3    **Q.**    I'd like to turn now to BPX&P, its expenses.  You talked

01:46    4    about NAFCO, which serves as an internal bank for BPXP;

01:46    5    correct?

01:46    6    **A.**    Yes.

01:46    7    **Q.**    BPX&P has an obligation to repay what it borrows from

01:46    8    NAFCO; correct?

01:46    9    **A.**    Yes, there is --

01:46    10            **MR. MAZE:**  I'm going to object, Your Honor.  It calls

01:46    11    for a legal conclusion.  What they're obligated to do or not,

01:46    12    who knows.

01:46    13            **THE COURT:**  I guess it depends on what BP does.

01:46    14            **MR. REGAN:**  Yeah.  I'm asking him from a standpoint

01:46    15    of the same way he testified about NAFCO's relationship with

01:46    16    BPXP on his direct.  The financial relationship between the

01:46    17    two.

01:46    18            **THE COURT:**  I'll let him answer.

01:46    19                Can you answer that?

01:46    20            **THE WITNESS:**  Yeah, I think so.  I mean, there is --

01:46    21    there's one loan that has a loan document, that's the

01:47    22    3.1 billion-dollar loan that was arranged in 2014.  And then

01:47    23    there is an IFA loan document that's back from 2010.  I don't

01:47    24    recall what they say about repayment, but I suppose it's a --

01:47    25    you know, it's an internal document.  It must have some -- I

IAN RATNER - CROSS

01:47  1   would think it has some guidance on repayment.

01:47  2          THE COURT:  Were those -- were those loans secured in

01:47  3   any way; do you know?

01:47  4          THE WITNESS:  Nothing is secured.

01:47  5          THE COURT:  Okay.

01:47  6          THE WITNESS:  Absolutely nothing.

01:47  7   BY MR. REGAN:

01:47  8   Q.   When BPXP pays an obligation through NAFCO -- that is,

01:47  9   NAFCO sends a wire transfer -- that liability is on BPXP's

01:47  10  books; correct?

01:47  11  A.   Yes, sir.

01:47  12  Q.   NAFCO is acting just like a normal bank would in terms of

01:47  13  if you wrote a check and then the check clears, it's -- it's

01:47  14  your account, correct, not the bank's account?

01:47  15  A.   Well, they're doing what a lot of large companies do;

01:47  16  they're acting as the treasury.

01:48  17  Q.   Right.

01:48  18  A.   It's like an internal treasury for the U.S. for

01:48  19  North American activities.  So all the banking and all the

01:48  20  treasury function is consolidated.  And then it hits the

01:48  21  general ledger for whichever legal entity is associated with

01:48  22  it.

01:48  23  Q.   It would not be accurate to suggest that because NAFCO was

01:48  24  a chain in the transaction, that the transaction was not

01:48  25  actually executed by BPXP, would it?

IAN RATNER - CROSS

01:48  1   **A.**   I don't think I ever said that.

01:48  2   **Q.**   I don't think you did either, but others have.  So I'm

01:48  3   just asking for your -- from your perspective.

01:48  4        There's nothing wrong with BPXP using an internal

01:48  5   bank just like people use external banks to help execute a

01:48  6   transaction?

01:48  7   **A.**   It's one of the factors that shows that the companies are

01:48  8   integrated.  But I don't think it's unusual for a company of

01:48  9   this size to have centralized cash management.

01:48  10  **Q.**   That was my question.

01:48  11       You talked about the -- what we've referred to as

01:48  12  company 200 or the BP Company North America balances and you

01:48  13  showed the Court some of those balances on the screen.  That

01:48  14  company 200 balances, you would say that's akin to a revolving

01:48  15  credit facility; correct?

01:49  16  **A.**   I don't think I said that.  I think it's more of a due

01:49  17  to/due from.

01:49  18  **Q.**   Okay.

01:49  19  **A.**   I think it's more what we would call intercompany as

01:49  20  opposed to a line of credit.

01:49  21  **Q.**   Mr. Ratner, if I just bring up your deposition.  283,

01:49  22  lines 3 through 6.

01:49  23       Question -- my question to you now is:  Did I ask you

01:49  24  this question and did you give this answer?

01:49  25       "QUESTION:  So you would include the company 200

IAN RATNER - CROSS

01:49  1        balances as akin to a revolving credit facility; correct?
01:49  2             "ANSWER:  I think so."
01:49  3             Is that your answer?
01:49  4   A.   That's what it says.  But I think it's an intercompany --
01:49  5   these are more intercompany transactions, due to/due from,
01:49  6   between two related parties.  They're concerned about leaving
01:49  7   those on the books for a variety of tax reasons.
01:49  8             I don't know if that answer -- I mean, it -- they
01:49  9   have credit -- it's like they're getting credit from their
01:49  10  cousin, but it's not really a line of credit like the IFA.  The
01:49  11  IFA is actually a credit document.  This is I'm getting credit,
01:50  12  I'm getting loan, internal -- you know, they're letting me --
01:50  13  they're paying a bill on my behalf and it's showing up as a
01:50  14  payable in my books.  So it's more of like an intercompany
01:50  15  payable receivable.
01:50  16  Q.   Mr. Ratner.
01:50  17  A.   That's how it's reflected.
01:50  18  Q.   Mr. Ratner, you looked at BPXP's financial reports;
01:50  19  correct?
01:50  20  A.   Yes, sir.
01:50  21  Q.   We saw that the borrowing both under the IFA agreement
01:50  22  with NAFCO and BP Company North America was -- is listed on
01:50  23  BPXP's books; correct?
01:50  24  A.   Yes.  As a payable, yes.
01:50  25  Q.   Show you an example.  In TREX-246898.4.2, this is from the

01:50  1   third quarter 2014 financial reports.  You've seen this

01:50  2   document before; correct?

01:50  3   A.    Yes, I have.

01:50  4   Q.    So you see net group funding there of 1,289,000,000 as of

01:50  5   30 September 2014 and a star indicating that that is the group

01:50  6   funding, including NAFCO funding and BP Company North America;

01:50  7   correct?

01:50  8   A.    Right.  If you read the highlighted -- you've got it right

01:50  9   here, Mr. Regan.  Group funding includes NAFCO financing and

01:51  10  BP Company NA working capital.  So when I say due to/due from,

01:51  11  that's a receivable.  That's a working capital transaction.

01:51  12         Basically, it's somebody is providing you financing

01:51  13  by paying a bill on your behalf and then I'm setting it up as a

01:51  14  payable to you.  It's an accounts payable for somebody else

01:51  15  that's -- that's paying your bills.  It's part of the working

01:51  16  capital management.

01:51  17  Q.    Let's talk about the IFA -- we can take that one down --

01:51  18  the internal funding agreement.

01:51  19         Now, I believe you testified that that agreement that

01:51  20  BPXP has has a borrowing limit of $5 billion; correct?

01:51  21  A.    Yes, sir.

01:51  22  Q.    And you pointed out --

01:51  23         MR. REGAN:  If we could have -- I think I need the

01:51  24  government's help with this, D-32321, the chart that you used

01:51  25  on your direct exam.

IAN RATNER - CROSS

01:51   1   BY MR. REGAN:
01:51   2   Q.   You pointed out that that 5 billion-dollar threshold was
01:51   3   previously exceeded in 2010 -- there we go -- I'll wait for it
01:52   4   to stop moving --
01:52   5   A.   It's growing.
01:52   6   Q.   It is.  It has been.
01:52   7        If we go to 2010, that balance was $11 billion in
01:52   8   2010, greater than the 5 billion-dollar threshold; correct?
01:52   9   A.   Yes, sir.
01:52   10  Q.   $11 billion -- 11.1 billion as of the end of 2011;
01:52   11  correct?
01:52   12  A.   Yes, sir.
01:52   13  Q.   You know why those balances grew that fast over those time
01:52   14  periods, don't you?
01:52   15  A.   Yes, sir.
01:52   16  Q.   And why did BPXP borrow so much money under its NAFCO
01:52   17  agreement in 2010/2011?
01:52   18  A.   It was set up to cover spill-related costs.
01:52   19  Q.   So the lender in this case, NAFCO, allowed BPXP to -- to
01:52   20  borrow more than its limit to help fund the -- the spill
01:52   21  response; correct?
01:52   22  A.   That's true.
01:52   23  Q.   Nothing wrong with that, is there?
01:52   24  A.   I don't think I ever said there was, no.
01:52   25  Q.   Now, are you ask -- in your report, you certainly say that

IAN RATNER - CROSS

01:53  1  it is your assumption that BPXP would be able to exceed

01:53  2  $5 billion in the future; correct?

01:53  3  A.   Either exceed it or they would change the amount.  The

01:53  4  5 million -- the 5 billion-dollar amount is somewhat arbitrary.

01:53  5  There wasn't an analysis when it was set up.

01:53  6        So my view is that, for example, if the IFA happened

01:53  7  to be $7 billion, then Mr. Den Uyl's opinion would be that

01:53  8  there could be $2 billion more paid.  It's a somewhat arbitrary

01:53  9  starting point.

01:53 10  Q.   Mr. Ratner, just to be clear, you are asking the Court to

01:53 11  assume that the 5 billion-dollar credit facility would be --

01:53 12  would be allowed to be exceeded in 2015; correct?

01:53 13  A.   I don't know if -- is that an assumption?

01:53 14  Q.   I think you used the word "assume."  Do you recall that?

01:54 15  A.   I don't know.

01:54 16  Q.   Okay.  You think the 5 billion-dollar credit threshold is

01:54 17  arbitrary?

01:54 18  A.   It is.

01:54 19  Q.   Is that based on a financial judgment of reading the

01:54 20  credit agreement?

01:54 21  A.   It was -- at the time they set it up saying, oh, this

01:54 22  should be enough -- this was money to fund the cleanup.

01:54 23  Q.   And mindful of the objections before, you're not going to

01:54 24  express a legal opinion as to what the terms of that IFA

01:54 25  agreement are, are you?

IAN RATNER - CROSS

01:54    1    **A.**    No.  But there was no financial analysis when it was

01:54    2    established.  It was just set up and it was used.

01:54    3    **Q.**    Are you going to testify about the ability to exceed the

01:54    4    terms of that IFA agreement, Mr. Ratner, as a legal matter?

01:54    5    You are not; correct?

01:54    6    **A.**    Not as a legal matter, no.

01:54    7    **Q.**    Your -- if I could put it in simple terms, one of your

01:54    8    views is that because BPXP received financing in the past --

01:54    9    that is, before today -- because it was allowed to exceed its

01:54    10   IFA agreement in the past, it's fair to assume it will get

01:55    11   financing in the future; correct?

01:55    12          That's your opinion; right?

01:55    13   **A.**    Yeah.  I think it's just a tad broader.  I would say my

01:55    14   opinion is that they received the funding they needed.  Whether

01:55    15   through debt or equity, the company would -- again, the money

01:55    16   that came in as equity ultimately started off as debt.  NAFCO

01:55    17   sent it to the then-parent and then it was invested.

01:55    18          So my opinion is that when they needed money, they

01:55    19   were able to get it through their internal channels.

01:55    20   **Q.**    You are asking -- it's your opinion that because it

01:55    21   happened in the past, we should assume it will happen again in

01:55    22   the future?

01:55    23   **A.**    I mean, I think my assumption is that it -- the best

01:55    24   indication is the past.  It happened, it's a fully integrated

01:55    25   company, and that is important to me.

IAN RATNER - CROSS

01:55  1    Q.    Now, the imposition of a Clean Water Act penalty up to the
01:55  2    maximum amount, that would clearly represent a significant
01:56  3    financial change for BPXP given its current capital structure?
01:56  4    A.    Yes.
01:56  5    Q.    Okay.  You wrote a book, did you not, Mr. Ratner?
01:56  6    A.    I did.
01:56  7    Q.    And I have it right here.  And it's also been marked as an
01:56  8    exhibit, TREX-13130.1.
01:56  9              THE WITNESS:  Although I can't take credit for the
01:56  10   entire book, Your Honor.  I had two coauthors, attorneys from
01:56  11   Alston & Bird.
01:56  12             MR. REGAN:  Okay.  If we could go to our first
01:56  13   call-out.
01:56  14   BY MR. REGAN
01:56  15   Q.    You have a section called, "Financial Statement Analysis,"
01:56  16   in this book; correct?
01:56  17   A.    Yes.
01:56  18   Q.    And you say first, as is highlighted, "Historical
01:56  19   financial statements provide insight into what has occurred in
01:56  20   the past and what may be expected in the future."
01:56  21             That's -- that's in your book; right?  Correct?
01:56  22   A.    I think so, yes.
01:56  23   Q.    And you just told us that the best indicator of the future
01:56  24   is the past.  But that's not what you tell people in this book,
01:57  25   is it?

IAN RATNER - CROSS

01:57  1  **A.**   It's not always -- I didn't say it's the best.  This says,
01:57  2  "The best indicator of the future is not always the past."  I
01:57  3  didn't say that the best of anything.  I said one indication of
01:57  4  what's going to happen in the future is the past.
01:57  5  **Q.**   You write, "The best indicator of the future is not always
01:57  6  the past, particularly when dealing with companies that have
01:57  7  been restructured in or out of bankruptcy.  In situations in
01:57  8  which a company has gone through significant operational or
01:57  9  financial change, the historical financial analysis that is so
01:57  10 important in a typical valuation assignment may play a less
01:57  11 important role."
01:57  12         That's what you write?
01:57  13 **A.**   And you know what, you have to read -- and I -- I'd love
01:57  14 to send to anybody that wants a copy of the book.
01:57  15         **THE WITNESS:**  But what this is getting at,
01:57  16 Your Honor --
01:57  17         **THE COURT:**  So you're selling your book?
01:57  18         **MR. REGAN:**  Well, he sold one.
01:57  19         **THE WITNESS:**  But you see, this is a -- this is
01:57  20 what -- what this is talking about is when you do a valuation
01:57  21 for a planned confirmation and you do historical financial
01:57  22 analysis, let's say the company had nine plants and you did --
01:57  23 and there was a valuation.  But in the go forward, they've sold
01:58  24 three plants.
01:58  25              So, yeah, it's important to do the historical

IAN RATNER - CROSS

01:58   1   financial analysis, but your future cash flows are going to be
01:58   2   different because there's not nine plants, there's only six
01:58   3   plants.  Like, you know, Galey & Lord, I was involved in that.
01:58   4   Like this is just saying that you can't -- in a company that's
01:58   5   been restructured or has gone bankrupt, you have to look at the
01:58   6   past, but you have to also look at what the new landscape is.
01:58   7           I mean, it -- it makes sense when I wrote it and
01:58   8   it still makes sense.
01:58   9   BY MR. REGAN:
01:58  10   Q.   Mr. Ratner, can BPXP require the group to fund or finance
01:58  11   a penalty --
01:58  12   A.   No.
01:58  13   Q.   -- that has been assessed on BPXP?
01:58  14   A.   No.  Well, I don't think so.
01:58  15   Q.   Can BPXP compel equity from its parent companies?
01:58  16   A.   I don't think so.  I mean -- again, I didn't -- I didn't
01:58  17   make that opinion that they could or couldn't.
01:58  18   Q.   And with respect to your analysis in your four reports as
01:59  19   to BP and BPX&P, how much will you tell Judge Barbier that you
01:59  20   believe is more likely than not that the BP Group would provide
01:59  21   BPXP to fund or finance a Clean Water Act penalty in a dollar
01:59  22   amount?
01:59  23   A.   Can you repeat that question, please.
01:59  24   Q.   Sure, I can.
01:59  25           Under your opinion, how much will you tell the Court

IAN RATNER - CROSS

01:59  1    you believe it is more likely than not the BP Group will

01:59  2    provide BPXP to fund or finance a Clean Water Act penalty in a

01:59  3    dollar amount?

01:59  4              THE COURT:  Will provide or could provide?

01:59  5              MR. REGAN:  I asked him "will provide," but I think

01:59  6    it's -- I think it could be clearer.

01:59  7              THE COURT:  I don't know how he could answer that,

01:59  8    Mr. Regan.  I think he's already explained that's a decision a

01:59  9    company would have to make, not him.  How could he know what

01:59  10   they will provide?

01:59  11             MR. REGAN:  Let me ask it this way, Your Honor, and

01:59  12   see if I can cure it.

01:59  13   BY MR. REGAN:

01:59  14   Q.   Your assessment of BPXP's ability to pay in 2015 includes

02:00  15   an assumption of money coming from the parent in the first

02:00  16   instance?

02:00  17   A.   Yes.

02:00  18   Q.   But you haven't done any analysis to put any particular

02:00  19   number as to what the -- what that would be; it's just

02:00  20   conceptual?

02:00  21   A.   Yes.

02:00  22   Q.   Okay.  Let's turn to oil price.  A fair amount of

02:00  23   questions already about oil price on your direct and from

02:00  24   Anadarko, and I have a few more.

02:00  25             You've talked at length about prices going up and

IAN RATNER - CROSS

02:00   1   then prices go down and that they may go back up again.  And

02:00   2   I'm summarizing quite a few answers there.

02:00   3          But in broad measure, your opinion is we can't really

02:00   4   put too much into price declines because prices could always go

02:00   5   back up; fair?

02:00   6   **A.**   I don't think that's really what I'm saying.

02:00   7   **Q.**   Well, let me ask it this way:  Are you familiar with the

02:00   8   difference --

02:00   9   **A.**   I'd like to answer the question.  I mean, you answered and

02:00   10  then you -- the -- I don't think that's really what I was

02:00   11  saying.  What I was saying is we've had a sharp decline in oil

02:00   12  prices, no doubt.  Right?  No one predicted a -- such a sharp

02:01   13  decline in oil prices between the time of my report and today.

02:01   14         So I'm not saying that you can't know anything about

02:01   15  it.  I'm saying that if you look at what the company has said,

02:01   16  the company is in a position to know, and they've said that

02:01   17  typically after a sharp decline in prices, prices recover

02:01   18  within two years.  That's one thing I'm saying.

02:01   19         The second thing I'm saying is if you look at over

02:01   20  the long term, oil prices have gone up over the term.  That's

02:01   21  what I'm saying.  I'm not making it so nonchalant that I don't

02:01   22  know.  I mean, I think it's a depleting resource and there is

02:01   23  a -- there is an analysis that I looked at recently that shows

02:01   24  that our global consumption will exceed global production in

02:01   25  the -- I think it was five years.  I mean, there was a -- there

IAN RATNER - CROSS

02:01   1   was a time where -- where we're going to be upside down.

02:01   2   Q.   Are you familiar with the difference between a nominal

02:01   3   price and a real price?

02:02   4   A.   Yes, sir.

02:02   5   Q.   A nominal price would be the stated price on a given day.

02:02   6   Is that a fair definition?

02:02   7   A.   Yes.

02:02   8   Q.   And a real price would be -- if you were looking at prices

02:02   9   over time would be if you adjusted them for inflation?

02:02   10  A.   Yes, sir.

02:02   11  Q.   Have you examined the actual real price of oil over the

02:02   12  last 10, 20, or 30 years?

02:02   13  A.   I'm sure I've seen that chart in our office somewhere.

02:02   14  Q.   And if you are trying to assess whether today's oil price

02:02   15  or even the future's prices that we see today are in or out of

02:02   16  range, one of the things you could look at is the real price;

02:02   17  right?

02:02   18  A.   I think that's useful.

02:02   19  Q.   And that could take away some of the gyrations that may --

02:02   20  that you may see if you just use nominal prices.  Is that fair?

02:02   21  A.   Again, there's different -- you have to look at different

02:02   22  inflation factors when you're looking at commodities.  So this

02:02   23  is a little bit more -- more complicated, I think, than you --

02:02   24  than you may make it.

02:02   25  Q.   You're familiar that there is a United States Government

IAN RATNER - CROSS

02:02    1   agency that does these calculations so that however complicated
02:03    2   it is, the government puts out this number -- these numbers?
02:03    3   A.   That's true.
02:03    4   Q.   That's the EIA; correct?
02:03    5   A.   Yes.
02:03    6   Q.   And you've seen the EIA do nominal and real oil price
02:03    7   analyses?
02:03    8   A.   Yes.
02:03    9   Q.   Okay.  All of your opinions are sensitive to the price of
02:03   10   oil; correct?
02:03   11   A.   I think that's true, yes.
02:03   12   Q.   And BPXP's business is sensitive to the price of oil,
02:03   13   obviously; correct?
02:03   14   A.   Yes.
02:03   15   Q.   All things constant as oil prices decline, cash flows at
02:03   16   BPXP will decline?
02:03   17   A.   Yes, I think subject to the same conversation about
02:03   18   deferred CAPEX and, you know, at some point they may mothball a
02:03   19   project.  So, yes, I think all things being equal, it will
02:03   20   cause a decline in the business.
02:03   21   Q.   And I think we talked about this a minute ago, it also
02:03   22   declines the value of reserves; correct?
02:03   23   A.   Yes.
02:03   24   Q.   Now, in your fourth report, and this was the supplemental
02:03   25   report addressed specifically to the impact of the change in

02:04  1    oil prices that we've seen over the last few months, you

02:04  2    indicated that the change in oil prices made no change in your

02:04  3    opinions; correct?

02:04  4    A.    Correct.

02:04  5         MR. REGAN:  So if we could pull that up, 233888.1.1.

02:04  6    BY MR. REGAN:

02:04  7    Q.    You say -- and I'll just read the highlighted part, but I

02:04  8    think the whole sentence is there.  "The recent decline in oil

02:04  9    prices do not change my previously expressed opinion that BP

02:04  10   and BPXP have the ability to pay the maximum CWA penalty

02:04  11   without causing a long-term negative impact on their

02:04  12   operations."

02:04  13        That's what you wrote on January 6th, 2015; correct?

02:04  14   A.    Yes, sir.

02:04  15   Q.    At what price would your opinion change?

02:04  16   A.    I think it's not only price, I think it would be the

02:04  17   extension of time.  The -- the extension of time.  So the price

02:05  18   decline in oil, it's just the schedule.  I mean, we wrote our

02:05  19   report in -- we wrote our first reports and published those in

02:05  20   August and then we wrote this supplemental report on

02:05  21   January 6th.

02:05  22        So it's not only the price decline which has been

02:05  23   significant, it's also the time factor is if prices remain low

02:05  24   for, you know, ten years, then that's going to affect the

02:05  25   opinion.  But based on a short decline like this, a magnitude

IAN RATNER - CROSS

02:05   1   of this decline, and based on what the company said and based

02:05   2   on some of the other speculation on oil prices, I do not think

02:05   3   it -- well, I know it does not change my opinion.

02:05   4   **Q.**   So if prices were to decline for ten years, then your

02:05   5   opinion would change?

02:05   6   **A.**   I mean, it's -- I just don't have the benefit of -- I

02:05   7   mean, it's just the timing of where we are.

02:05   8   **Q.**   Now, there is market information about prices of oil into

02:06   9   the future; correct?

02:06   10   **A.**   I'm sure you're going to show me your futures table, but

02:06   11   it's not that meaningful.

02:06   12   **Q.**   Well, I'm just asking you a question, Mr. Ratner.

02:06   13   **A.**   Yeah, I mean, there's no reason -- I mean --

02:06   14            **THE COURT:**   What did the futures tables say it would

02:06   15   be today, a year ago?

02:06   16            **THE WITNESS:**   Exactly.

02:06   17            **MR. REGAN:**   A year ago if we knew what the price

02:06   18   would be today, I don't think any of us would be here.

02:06   19            **THE COURT:**   Exactly.

02:06   20            **MR. REGAN:**   But the same may be true for a month from

02:06   21   now.  But there are people --

02:06   22            **THE COURT:**   Anybody know what the price of oil was in

02:06   23   the 1960s?

02:06   24            **MR. REGAN:**   I can show you a chart on that in about

02:06   25   one-week's time, Your Honor.

IAN RATNER - CROSS

02:06    1    **THE COURT:**  No, I know what it is.  I was -- I

02:06    2    actually --

02:06    3    **MR. REGAN:**  About 20 bucks.

02:06    4    **THE COURT:**  No.  $3 a gallon -- $3 a barrel.  And it

02:06    5    stayed there for about 15 years, right around $3 a barrel.

02:06    6    When I -- in my former life, I unfortunately remember that.

02:06    7    **MR. REGAN:**  All right.

02:06    8    **THE COURT:**  Of course, gas was 29 cents a gallon,

02:06    9    too.

02:06    10    **MR. REGAN:**  Yes.

02:06    11    **BY MR. REGAN:**

02:06    12    **Q.**  Mr. Ratner, with respect to Mr. Den Uyl's supplemental

02:07    13    report, you criticize what you call his use of an oil price

02:07    14    projection.  Do you recall using those words?

02:07    15    **A.**  Well, he turned it into a projection.  He took a

02:07    16    sensitivity analysis and either knowingly or unknowingly turned

02:07    17    it into a projection.

02:07    18    **Q.**  You know that what he did was use actually the low case

02:07    19    scenario in the Wood Mackenzie report?

02:07    20    **A.**  Yes, I do.

02:07    21    **Q.**  Right.  And the Wood Mackenzie analysis is one that takes

02:07    22    oil prices after 2018 and increases them by an inflation

02:07    23    factor; correct?

02:07    24    **A.**  Yes.

02:07    25    **Q.**  That's not Mr. Den Uyl's approach, that's what

IAN RATNER - CROSS

| | | |
|---|---|---|
| 02:07 | 1 | Wood Mackenzie does; correct? |
| 02:07 | 2 | **A.**   Yes. |
| 02:07 | 3 | **Q.**   Let's pull up Schedule 3 to your supplemental report. |
| 02:07 | 4 | **MR. REGAN:**  TREX-233888.  It looks like a D on this. |
| 02:07 | 5 | Yes, D-35450. |
| 02:07 | 6 | **BY MR. REGAN:** |
| 02:07 | 7 | **Q.**   This is the schedule that you put of oil price projections |
| 02:07 | 8 | in your January 6th, 2015 report; correct? |
| 02:08 | 9 | **A.**   That's correct. |
| 02:08 | 10 | **Q.**   Do you still stand by this chart, Mr. Ratner? |
| 02:08 | 11 | **A.**   I think there's one clarification.  We were -- we used |
| 02:08 | 12 | Brent as a benchmark.  Mr. Den Uyl, his analysis is based on |
| 02:08 | 13 | WTI, which we knew but we didn't find any WTI -- all the media |
| 02:08 | 14 | we found at that time was on Brent.  So we took the analogous |
| 02:08 | 15 | Brent price. |
| 02:08 | 16 | **Q.**   There's no futures prices on this chart; correct? |
| 02:08 | 17 | **A.**   No. |
| 02:08 | 18 | **Q.**   But you saw futures prices as part of Mr. Den Uyl's |
| 02:08 | 19 | analysis when you were preparing this; correct? |
| 02:08 | 20 | **A.**   Yes, that's true. |
| 02:08 | 21 | **Q.**   All right.  You have two prices over in 2020 of $100 a |
| 02:08 | 22 | barrel.  Do you see that? |
| 02:08 | 23 | **A.**   Yes. |
| 02:08 | 24 | **Q.**   Are those two different analysts? |
| 02:08 | 25 | **A.**   I don't know. |

IAN RATNER - CROSS

02:08   1   Q.   Well, let's take a look.  The first one you have there, if

02:08   2   we can see it on the screen, is Trefis.  You would have looked

02:09   3   at these sources before you put them in the chart; right?

02:09   4   A.   Oh, yeah.

02:09   5   Q.   Trefis, $100 a barrel, 2020.  And then you cite Forbes

02:09   6   later on.  I might need to grab another pointer here in a

02:09   7   second.

02:09   8         You see *Forbes* there?  Can you see that?  Same $100,

02:09   9   2020?

02:09   10         Got it.  Thank you, sir.

02:09   11         *Forbes*, $100 --

02:09   12   A.   Yes.

02:09   13   Q.   -- 2020?

02:09   14   A.   Right.

02:09   15   Q.   Do you know who wrote the article in *Forbes*?

02:09   16   A.   Well, I don't have it in front of me.

02:09   17   Q.   Okay.  Let's pull it up.

02:09   18        MR. REGAN:  233873.1.1.

02:09   19   BY MR. REGAN:

02:09   20   Q.   Do you see that Trefis actually wrote the article that you

02:09   21   cite for *Forbes*?

02:09   22   A.   Yes.

02:09   23   Q.   So you cite the same thing twice?

02:09   24   A.   Yeah.  Obviously there was more information in the *Forbes*

02:09   25   article because we had another data point there.  So, I mean, I

IAN RATNER - CROSS

02:09   1   don't have the full articles in front of me, but --

02:10   2   Q.   All right.

02:10   3   A.   Look, there's -- there was a -- there was a media

02:10   4   yesterday that -- that called for oil prices at $200 a barrel,

02:10   5   so --

02:10   6   Q.   And were there ones --

02:10   7   A.   This was --

02:10   8   Q.   -- that called for it at 30?

02:10   9   A.   Probably.

02:10   10         This was -- you know, this was -- this was in

02:10   11   response to the work that Mr. Den Uyl did.  And we -- it just

02:10   12   shows you that there's no consensus.

02:10   13   Q.   Let's pull up --

02:10   14   A.   That's the point.

02:10   15   Q.   Let's pull up another one of your sources.

02:10   16         **MR. REGAN:**  So D -- again, back to D-35450.

02:10   17   BY MR. REGAN:

02:10   18   Q.   All right.  Do you see Goldman Sachs on there?

02:10   19   A.   Yes.

02:10   20   Q.   You cite Goldman Sachs, $85; 2015.  Do you see that?

02:10   21   A.   Yes.

02:10   22   Q.   Does Goldman Sachs stand behind that number today?

02:10   23   A.   No, because --

02:10   24   Q.   They revised their numbers, didn't they?

02:10   25   A.   They did, because we -- Your Honor, we -- this was

IAN RATNER - CROSS

02:10   1    December 30th, they issued their report.  We had to issue our
02:11   2    report on January 6th.  So we had, you know, five, six days, it
02:11   3    was the New Year.  We put together a phenomenal analysis.
02:11   4    Goldman Sachs issued a new press release after January 6th.
02:11   5              MR. REGAN:  Let's go to that press release, if we
02:11   6    could, TREX-247631.
02:11   7              THE WITNESS:  There's always new information.
02:11   8    BY MR. REGAN:
02:11   9    Q.   Goldman Sachs issued this and called it "The New Oil
02:11   10   Order"; correct?
02:11   11   A.   Yes.
02:11   12   Q.   And you obviously think Goldman is a reliable source.  You
02:11   13   wouldn't have cited them otherwise; right?
02:11   14   A.   They are.  They're a client.  They're -- it's a good
02:11   15   source.
02:11   16   Q.   So as of January 11th -- if we could turn to, let's see,
02:11   17   .1.1.  What price -- you had Goldman at $85 in 2015,
02:11   18   thereabouts; is that correct?
02:11   19   A.   Sir, again, it's not what I had them at.  I had them at
02:11   20   what they had themselves at.
02:11   21   Q.   $85?
02:11   22   A.   Whatever it was in the article, I had it.
02:11   23   Q.   So as of January 11th, they've now -- their -- their
02:11   24   guidance is $47.15 for 2015 and $65 for 2016; correct?
02:12   25   A.   Yes.

IAN RATNER - CROSS

| | | |
|---|---|---|
| 02:12 | 1 | Q.   Okay. |
| 02:12 | 2 | MR. REGAN:   If we could pull up D-35450.1 and finish |
| 02:12 | 3 | this topic. |
| 02:12 | 4 | BY MR. REGAN: |
| 02:12 | 5 | Q.   So what I have done here, Mr. Ratner, is I've just taken |
| 02:12 | 6 | your chart, and I have a demonstrative where the first thing |
| 02:12 | 7 | that -- I just averaged your prices.  And, again, those are |
| 02:12 | 8 | Brent prices.  Right?  Do you see that?  The first line, |
| 02:12 | 9 | "average of analyst reports cited by Ratner"? |
| 02:12 | 10 | A.   Yes. |
| 02:12 | 11 | Q.   And underneath it, I put the Wood Mackenzie low case, that |
| 02:12 | 12 | was from the Wood Mackenzie report for WTI prices for those |
| 02:12 | 13 | same time periods.  Do you see that? |
| 02:12 | 14 | A.   Yes. |
| 02:12 | 15 | Q.   The Wood Mackenzie low case prices, that's what |
| 02:12 | 16 | Mr. Den Uyl used; right? |
| 02:12 | 17 | A.   Yes. |
| 02:12 | 18 | Q.   And then I've put -- we talked a minute ago -- I'll just |
| 02:12 | 19 | do this quickly.  I put the futures prices as of |
| 02:12 | 20 | December 29th and the futures prices as of January 15th for |
| 02:13 | 21 | those same time periods? |
| 02:13 | 22 | A.   Yes. |
| 02:13 | 23 | Q.   So if you were buying a barrel of oil in 2020 today on the |
| 02:13 | 24 | futures markets, the price would be $66.27; correct? |
| 02:13 | 25 | A.   That's what your chart says. |

IAN RATNER - CROSS

02:13  1   **Q.**   That's what the futures prices say; correct?

02:13  2           **MR. CASEY:**  Your Honor, I'm going to object as to

02:13  3   what the futures prices are here.  If he could show a document

02:13  4   that would show that --

02:13  5           **THE COURT:**  Well, he said -- can you answer that?

02:13  6           **THE WITNESS:**  I mean, I can answer -- I'm not trying

02:13  7   to be argumentative.  The -- I did look at the futures prices.

02:13  8   Your Honor, the documents that they're using are printouts from

02:13  9   a day's activity.  So it only shows trades on the day that

02:13  10  they've submitted it to us.  So they did it two or three times.

02:13  11          So guess what?  You don't know, so there is a

02:13  12  trade at 66.27 in 2020.  I went to another source that has the

02:14  13  cumulative transactions, and there's like nothing out there --

02:14  14          **THE COURT:**  So this is a commodities market.  It's

02:14  15  like the stock market and it goes up and down every day; right?

02:14  16          **THE WITNESS:**  But there's no depth.  There's no depth

02:14  17  after two years.  So if you look at -- when I say depth, it's

02:14  18  the volume of trades.  They keep sending us these CME futures

02:14  19  printouts from a day, like they sent us one yesterday from

02:14  20  January 15 or something.  So --

02:14  21          **THE COURT:**  Okay.  I understand, I understand, I

02:14  22  understand.  I understand the answer.

02:14  23          Go ahead.

02:14  24          **THE WITNESS:**  There's no volume.  There's nothing

02:14  25  there.  There's no trade.

IAN RATNER - CROSS

02:14  1   BY MR. REGAN:

02:14  2   Q.   New topic.  You referred to the 2014, 2018 Gulf of Mexico

02:14  3   plan in your testimony and in your reports; correct?  The group

02:14  4   plan template?

02:14  5   A.   Yes, the group plan template, yes.

02:14  6   Q.   And you understand that those projections assumed $100 per

02:14  7   barrel of oil; correct?

02:15  8   A.   I didn't assume that, because it's not indicated there.

02:15  9   The 100-dollar barrel of oil that I referred to was from the

02:15  10  investor presentation, which was the cash flows that were

02:15  11  reflected there were for the whole company.

02:15  12  Q.   And you understand, Mr. Ratner, that the group plan number

02:15  13  in 2018 is the actual number that was then used in that

02:15  14  investor presentation?  You saw that in the depositions;

02:15  15  correct?

02:15  16  A.   I don't know that.

02:15  17  Q.   You didn't see that in Mr. Bucknall's deposition, the same

02:15  18  one you cited earlier today?

02:15  19  A.   I don't remember.

02:15  20  Q.   You then did your own assumption of cash flows for the

02:15  21  next five years; correct?  Approximately $3 billion of free

02:15  22  cash?

02:15  23  A.   Yes.

02:15  24  Q.   What price assumption for oil did you use in your

02:15  25  assumptions?

IAN RATNER - CROSS

02:15  1    **A.**   I didn't have one.  I used -- I was just using those

02:15  2    summary cash flows.  We didn't have the detail.

02:15  3    **Q.**   Okay.

02:15  4    **A.**   I just took the group template, and that's where we said,

02:15  5    oh, look, it was 4-point something and 3.9 in those last years,

02:15  6    and I just said, oh, I'll assume it's 3 billion, which is much

02:16  7    lower as a conservative estimate.  I didn't have the price

02:16  8    model that they used.

02:16  9    **Q.**   So your assumptions of the -- of years 6 through 10 is --

02:16  10   is -- is not based on any particular oil price.  Is that fair?

02:16  11   **A.**   It would be whatever they used in that, I suppose.

02:16  12   **Q.**   Okay.

02:16  13          **MR. REGAN:**   TREX-13123.39, Table 17.

02:16  14   **BY MR. REGAN:**

02:16  15   **Q.**   This is, then, the table that you talked at length about,

02:16  16   and I want to ask you a few more questions about this one.

02:16  17   This is from your report; correct?

02:16  18   **A.**   Yes.

02:16  19   **Q.**   And this is your calculation to get to net cash flow for

02:16  20   the GoM; correct?

02:16  21   **A.**   Again, this is not my -- this is a --

02:16  22   **Q.**   Your presentation?

02:16  23   **A.**   It's my presentation of the group plan template.

02:16  24   **Q.**   That's all I'm asking.  Why do -- why do you believe it's

02:16  25   important to look at net cash flow after CAPEX?

IAN RATNER - CROSS

02:16    1    **A.**    I think it's important to look at the operating cash flow
02:16    2    before CAPEX as well as after CAPEX.  This is -- I didn't make
02:17    3    a judgment call about where to put the lines.  This was their
02:17    4    assessment of cash flows.  They show that they're going to have
02:17    5    operating cash flow after tax.
02:17    6            And then they -- and then there's going to be CAPEX,
02:17    7    and then that's going to be the net cash flow.  It's just a
02:17    8    factual -- I'm just recapping their group plan template.
02:17    9    **Q.**    Just trying to be factual about the net cash flow;
02:17   10    correct?
02:17   11    **A.**    Yes.
02:17   12    **Q.**    There are some other impacts to net cash flow that you did
02:17   13    not discuss when you went through this chart with
02:17   14    Judge Barbier; correct?
02:17   15    **A.**    Um.
02:17   16    **Q.**    Let me show you.
02:17   17    **A.**    Sure.
02:17   18            **MR. REGAN:**  If we can go to the ELMO.
02:17   19    **BY MR. REGAN:**
02:17   20    **Q.**    You see I have your same chart.  Let me make sure
02:17   21    everybody can read it.  That's the same chart, and all I've
02:17   22    done is add some white space right here.  Do you see that?
02:18   23    **A.**    Okay.
02:18   24    **Q.**    Okay.  So first of all, these are GoM cash flows, and I
02:18   25    think you testified if we wanted to get to BPXP, we should take

IAN RATNER - CROSS

02:18   1   out 11 percent; correct?

02:18   2   **A.**   Correct.

02:18   3   **Q.**   Okay.  And we could have a slightly different percentage

02:18   4   if we used actual values, but for purposes of my question,

02:18   5   let's just use 11 percent.

02:18   6           And I know you don't have a calculator up there,

02:18   7   Mr. Ratner, but I've done these numbers, and I'm just going to

02:18   8   ask you to trust me on this one.

02:18   9   **A.**   That's dangerous.

02:18   10  **Q.**   It can be.

02:18   11          So all I've done is taken 11 percent off of the net

02:18   12  cash flow for the GoM.  There are known future liabilities that

02:18   13  BPXP has to pay to the federal government in 2014, '15, '16,

02:18   14  and '17; correct?

02:18   15          **MR. CASEY:**  Objection, Your Honor.  It's a very broad

02:18   16  question.  I don't know what legal liabilities that BPXP may

02:18   17  have to the federal government.

02:18   18  **BY MR. REGAN:**

02:18   19  **Q.**   Let me be more specific.  You understand there is a

02:19   20  criminal resolution that requires BPXP to make payments in

02:19   21  those years over time?  You saw that, yes?

02:19   22  **A.**   Yes.

02:19   23  **Q.**   Okay.  And you saw in the record that that was

02:19   24  $595 million in 2014, $530 million in 2015, $740 million in

02:19   25  2016, and $1,209,000,000 in 2017.  You saw that in the records;

IAN RATNER - CROSS

02:19  1  correct?  You saw those numbers?

02:19  2  **A.**   I recall the numbers.  I don't remember where I saw them.

02:19  3  You say I saw them in the record.  I'm not recalling them.

02:19  4  **Q.**   There's also a loan that BPXP has for $3.1 billion;

02:19  5  correct?

02:19  6  **A.**   That's true.

02:19  7  **Q.**   When is that loan due?  2016?

02:19  8  **A.**   Either '15, '16.  I think '16, $3.1 billion.

02:20  9  **Q.**   And you also testified about the fact that there was a

02:20  10  segment overview that modified the anticipated operating

02:20  11  cash -- or I think it was revenue in terms of -- in 2018, about

02:20  12  a 1.2 billion-dollar reduction from 6.7 of operating cash to

02:20  13  5.5?  You testified about that on your direct; correct?

02:20  14  **A.**   Yes, sir.  That would be up in the corner here.

02:20  15  **Q.**   So I'm going to subtract 1287 here.  So if we wanted to

02:20  16  see what the actual net cash flow to BPXP would be, just using

02:20  17  these known liabilities in this one change and adjusting for

02:20  18  BPXP's ownership, we would have negative cash flow of

02:21  19  $577 million, trusting that my math is right, in 2014; correct?

02:21  20  Is that correct?

02:21  21  **A.**   Oh, sorry.  Trusting your math after CAPEX, after tax,

02:21  22  yeah.

02:21  23  **Q.**   Negative $184 million in 2015; correct?

02:21  24  **A.**   Correct.

02:21  25  **Q.**   Negative $1,817,000,000 in 2016; correct?

IAN RATNER - CROSS

02:21  1   **A.**   Correct.

02:21  2   **Q.**   A positive $2,208,000,000 in 2017 and a positive 2496 in

02:21  3   2018?

02:21  4   **A.**   Right.

02:21  5   **Q.**   You have no reason to believe that BPXP doesn't have to

02:21  6   pay these amounts under the plea?  That's not -- you have no

02:21  7   reason to doubt that that's a call on its cash in those years,

02:21  8   do you?

02:21  9   **A.**   Well, I don't -- I don't have projections for BPXP.  And

02:22  10  not to -- I mean, these are your numbers, but that plea is, I

02:22  11  think, guaranteed by BP p.l.c., or BPA -- maybe it's

02:22  12  BP America.  But, you know, this is exactly the point, there is

02:22  13  no cash flow for BPXP --

02:22  14  **Q.**   Mr. Ratner, if we wanted to look --

02:22  15  **A.**   -- they're dealing with the region --

02:22  16  **Q.**   -- if we wanted to look at the actual net cash flow for

02:22  17  BPXP, we should look at its proportional share of GoM and we

02:22  18  should take out its known liabilities in the future as a matter

02:22  19  of forensic accounting or valuation?

02:22  20  **A.**   Yeah.  I mean, that's not a bad analysis.  But, again,

02:22  21  these projections, at least in our review, which was in our

02:22  22  report for 2014 and '15, were light.  Remember for 2014 we

02:22  23  analyzed and we said they're not going to have a $20,000 -- a

02:22  24  20 -- a $20 million positive cash flow.  They were going to

02:22  25  have more than that.

IAN RATNER - CROSS

02:22  1          And also the one thing that you're missing is that
02:23  2  this is after tax and this is after CAPEX.  Some of that CAPEX
02:23  3  is discretionary.  This assumes no action by anybody.  I just
02:23  4  don't think that's realistic.
02:23  5  Q.   Mr. Ratner, using the chart in the same way -- Mr. Ratner,
02:23  6  using the chart in the same way you presented it, do you think
02:23  7  it is fair to put on your chart known liabilities that are
02:23  8  coming due for BPXP if we are trying to answer the question of
02:23  9  using the projections what is BPXP's cash flow?
02:23  10  A.   Again, these are their cash flows, and you've taken the --
02:23  11  you've taken the plea and the loan and you've assumed that the
02:23  12  loan is going to be repaid and not refinanced.  I don't know
02:23  13  where that -- I don't know where that -- I would make a
02:23  14  different assumption.
02:23  15          I would make an assumption that they would refinance
02:23  16  that loan.  They have a 300 million-dollar loan that's been on
02:23  17  the books for like 15 million -- 15 years.  So --
02:24  18  Q.   So that would be another assumption in your analysis?
02:24  19  A.   The same way that you have an assumption that it would not
02:24  20  be renewed.
02:24  21  Q.   You understand that there is a contract for that loan --
02:24  22  and I'm not asking about its legal impact, but you saw that
02:24  23  there was a term on that loan, and the loan is due in 2016.  Is
02:24  24  that fair?
02:24  25  A.   Yeah, I'm not making a legal analysis of the unsecured

IAN RATNER - CROSS

| | | |
|---|---|---|
| 02:24 | 1 | loan, Your Honor. |
| 02:24 | 2 | **Q.**   Okay.  Are there any contingent liabilities on this chart? |
| 02:24 | 3 | **A.**   I don't believe so. |
| 02:24 | 4 | **Q.**   Did you mention contingent liabilities in your direct?  I |
| 02:24 | 5 | didn't hear you.  But do you recall mentioning contingent |
| 02:24 | 6 | liabilities? |
| 02:24 | 7 | **A.**   I don't believe so. |
| 02:24 | 8 | **Q.**   You agree that BPXP has substantial potential contingent |
| 02:24 | 9 | liabilities -- substantial contingent liabilities? |
| 02:24 | 10 | **A.**   Yeah, I think there's BP and BPXP, and there's a lot of |
| 02:24 | 11 | disclosure in the financial statements about the contingent |
| 02:24 | 12 | liabilities. |
| 02:24 | 13 | **Q.**   And I understand that you haven't confirmed it.  If these |
| 02:24 | 14 | projections are at 100-dollar barrel per oil, and the price of |
| 02:25 | 15 | oil in these future years then gets reduced again, again, you |
| 02:25 | 16 | would see a reduction in the net cash flow number before we |
| 02:25 | 17 | take out these other subtractions; right? |
| 02:25 | 18 | **A.**   I think that's fair, even though I think the operating |
| 02:25 | 19 | costs would go down and the CAPEX would be deferred.  But I |
| 02:25 | 20 | think that's a fair statement. |
| 02:25 | 21 | **MR. REGAN:**  I'm going to mark this as D-35460. |
| 02:25 | 22 | BY MR. REGAN: |
| 02:25 | 23 | **Q.**   I'd like to change topics just to valuation now.  We |
| 02:25 | 24 | talked about -- used the acronym, I think, DCF, or discounted |
| 02:25 | 25 | cash flow.  You're obviously familiar with that; correct? |

IAN RATNER - CROSS

| | | |
|---|---|---|
| 02:25 | 1 | **A.**   Yes, sir. |
| 02:25 | 2 | **Q.**   And familiar with what's called the income approach in |
| 02:25 | 3 | doing a valuation; correct? |
| 02:25 | 4 | **A.**   Yes. |
| 02:25 | 5 | **Q.**   And just to orient us, although we may all be on the same |
| 02:25 | 6 | page, under an income approach valuation, the value of a |
| 02:25 | 7 | company is determined by aggregating the present value of its |
| 02:25 | 8 | future expected cash flows; correct? |
| 02:26 | 9 | **A.**   Yes. |
| 02:26 | 10 | **Q.**   Now, do you agree that the income approach is generally |
| 02:26 | 11 | considered the best approach for determining the intrinsic |
| 02:26 | 12 | value of a company because it is based on cash flows inherent |
| 02:26 | 13 | to a company and the riskiness of those cash flows? |
| 02:26 | 14 | **A.**   I think in a general -- in a general way, that is a good |
| 02:26 | 15 | general statement. |
| 02:26 | 16 | **Q.**   And that's the statement that you make in your book, |
| 02:26 | 17 | TREX-13130; correct? |
| 02:26 | 18 | **A.**   Right.  Although -- yes.  But, again, every industry is a |
| 02:26 | 19 | little different.  And, in fact, in this industry, the E&P |
| 02:26 | 20 | industry, it's -- the market method is -- is very important to |
| 02:26 | 21 | value the companies based on a multiple of reserves, a multiple |
| 02:26 | 22 | of production, and there's a lot written on that. |
| 02:26 | 23 | This is -- as a general basis amongst operating |
| 02:26 | 24 | companies, the income approach is one of the more preferred |
| 02:26 | 25 | methods. |

IAN RATNER - CROSS

| | |
|---|---|
| 02:26 | 1 |
| 02:27 | 2 |
| 02:27 | 3 |
| 02:27 | 4 |
| 02:27 | 5 |
| 02:27 | 6 |
| 02:27 | 7 |
| 02:27 | 8 |
| 02:27 | 9 |
| 02:27 | 10 |
| 02:27 | 11 |
| 02:27 | 12 |
| 02:27 | 13 |
| 02:27 | 14 |
| 02:27 | 15 |
| 02:27 | 16 |
| 02:27 | 17 |
| 02:27 | 18 |
| 02:27 | 19 |
| 02:27 | 20 |
| 02:27 | 21 |
| 02:27 | 22 |
| 02:28 | 23 |
| 02:28 | 24 |
| 02:28 | 25 |

**Q.** And, Mr. Ratner, you would call yourself a professional valuator; correct?

**A.** I think that's fair.

**Q.** I think you have that in your résumé, that you are a professional business valuator.

**A.** Yes.

**Q.** You did not prepare a valuation of BPXP or of its equity in this matter; correct?

**A.** Correct.

**Q.** And there's nothing in your work that you are going to say represents a value of BPXP; correct?

**A.** Correct.

**Q.** Mr. Ratner, you knew at the time that you prepared your expert reports that the valuation of BPXP would be relevant to the question of future funding or financing; correct?

**A.** I think it would be -- it's one of the important factors. I think the historical financing was important. I mean, I just don't have the information to value BPXP. It wasn't provided.

**Q.** You knew that it would be relevant to the question of future funding or financing prior to preparing any of your expert reports; correct?

**A.** I would say it might be relevant.

**Q.** Okay. You knew that it would be relevant; correct?

**A.** I don't know exactly when -- you know, I don't know exactly when it would -- when I knew it would be important, but

IAN RATNER - CROSS

02:28    1    I didn't have the information anyways.  I couldn't get it.
02:28    2    Q.    Mr. Ratner, do you recall being asked this question in
02:28    3    your deposition -- should I bring it up?
02:28    4    A.    Yes, I recall the discussion of the valuation.
02:28    5    Q.    Okay.  Just for clarity, then, let's bring it up.  240,
02:28    6    line 23 to 241, line 6 from your deposition on October 21st,
02:28    7    2014.
02:28    8         Did I ask you this question and you gave this answer?
02:28    9         Question, starting at line 23:
02:28    10        "QUESTION:  You knew that the valuation of BPXP would
02:28    11    be relevant to the question of future funding or financing
02:28    12    at the time you issued your expert reports; correct?
02:28    13        "ANSWER:  Correct."
02:28    14   A.    Yes.
02:28    15   Q.    Okay.  And you did not perform a valuation.  We've already
02:29    16   established that.  But you've just said that the reason is
02:29    17   because you didn't have the information; right?
02:29    18   A.    Not only not having the information, but you're dealing
02:29    19   with -- I mean, this is not a company that's worth $80 million
02:29    20   or $50 million; this is a company that's potentially worth 30,
02:29    21   $40 billion.  I mean, you really need access to management to
02:29    22   do that type of valuation.  There's a lot of things that you
02:29    23   would need to get.
02:29    24   Q.    Now, you've testified many times in court, have you not,
02:29    25   Mr. Ratner?  More than 30?

IAN RATNER - CROSS

02:29   1   **A.**   26 times.

02:29   2   **Q.**   Okay.  You've presented valuations in court; correct?

02:29   3   **A.**   Yes, I have.

02:29   4   **Q.**   And are you saying that every valuation you've presented

02:29   5   in court, you had access to management prior to presenting that

02:29   6   valuation?

02:29   7   **A.**   No, but if you're valuing a potentially 40 billion-dollar

02:29   8   company for a matter of this significance, that would be way

02:29   9   out on a limb to value a 40 billion-dollar company without

02:30   10  access to management and access to the types of information

02:30   11  required.

02:30   12          That is different than valuing a 100 million-dollar

02:30   13  company or a 50 million-dollar company.

02:30   14  **Q.**   You're performed --

02:30   15  **A.**   In my -- in my opinion, this is -- this is a large

02:30   16  valuation, and you'd need a lot of information from management.

02:30   17  **Q.**   You have prepared valuations that had five or less years

02:30   18  of projections and presented those in court; correct?

02:30   19  **A.**   Probably three years, yeah.  Or -- or if you're -- if it's

02:30   20  a stable income and you're doing a capitalized earnings

02:30   21  calculation, you would use one year.

02:30   22  **Q.**   You've relied on third-party benchmark information in

02:30   23  presenting valuations you've presented in court; correct?

02:30   24  **A.**   Probably.  Probably not as the sole source.

02:30   25  **Q.**   You would expect an equity investor asked to put further

IAN RATNER - CROSS

02:30  1    equity into BPXP after a Clean Water Act penalty to require a

02:30  2    valuation; correct?

02:31  3    A.    I think that's fair.

02:31  4    Q.    And you would expect that equity investor to rely on

02:31  5    things like the Wood Mackenzie analysis; correct?

02:31  6    A.    I think that would be one of the items that they would get

02:31  7    in a due diligence, yes.

02:31  8    Q.    So the material that Mr. Den Uyl relied upon in preparing

02:31  9    his valuation, the Wood Mackenzie material, is material that

02:31  10   you would expect an investor or a lender to rely on in

02:31  11   examining BPXP; correct?

02:31  12   A.    I think it's one of the due diligence items that you would

02:31  13   have.

02:31  14   Q.    You agree that members of the industry rely on Wood Mac in

02:31  15   evaluating the value of assets in the oil and gas industry?

02:31  16   A.    Yes.  Again, it's a reserve analysis and it's something

02:31  17   that people rely on.

02:31  18   Q.    And with respect to the individual Gulf of Mexico assets

02:31  19   that were presented in the Wood Mackenzie analysis as cited by

02:31  20   Mr. Den Uyl, you have not developed any opinion that any of

02:31  21   those valuations are incorrect; correct?

02:32  22   A.    Correct.

02:32  23   Q.    Now, you examined in detail, you talked to the Court about

02:32  24   how there was a -- summary spreadsheets and then detail

02:32  25   spreadsheets; do you recall that?

IAN RATNER - CROSS

02:32  1    **A.**    Yes.

02:32  2    **Q.**    And you examined in detail every asset spreadsheet that's

02:32  3    in the Wood Mackenzie analysis; correct?

02:32  4    **A.**    I tried.

02:32  5    **Q.**    You verified the 38.1 billion-dollar number; correct?

02:32  6    **A.**    I would say -- I wouldn't use the word "verify."  I would

02:32  7    say I reconciled.

02:32  8    **Q.**    You reconciled it.

02:32  9          **MR. REGAN:**  Pull up TREX-13125.1.2.

02:32  10   **BY MR. REGAN:**

02:32  11   **Q.**    And this is Table 3 out of your first report.  This is

02:32  12   your reconciliation; correct?

02:32  13   **A.**    Yes.

02:32  14   **Q.**    And just to show the Court what type of detail then lies

02:32  15   behind these numbers that you reconciled, let me pull up the

02:32  16   one for Kaskida.  D-34453.

02:33  17          This is a multiple-page document, but this is the

02:33  18   type of detail that sits behind the numbers in the Wood

02:33  19   Mackenzie valuations; correct?

02:33  20   **A.**    Yes, sir.

02:33  21   **Q.**    Okay.  And if we could go to D-354 -- let me just look at

02:33  22   this one first.  You can see that there's a present value

02:33  23   that's arrived at in this case for Kaskida of $884 million;

02:33  24   right?

02:33  25   **A.**    Yes.

IAN RATNER - CROSS

| | | |
|---|---|---|
| 02:33 | 1 | **Q.** And there's operating cost estimates; correct? |
| 02:33 | 2 | **A.** Yes. |
| 02:33 | 3 | **Q.** And there's capital cost estimates; correct? |
| 02:33 | 4 | **A.** Yes. |
| 02:33 | 5 | **Q.** Now, Kaskida, is it producing any oil right now?  Today? |
| 02:33 | 6 | **A.** I don't think so. |
| 02:33 | 7 | **Q.** Wood Mackenzie has value of assets that aren't producing |
| 02:33 | 8 | oil today but would be producing it in the future, and that's |
| 02:33 | 9 | part of that $38 billion; right? |
| 02:33 | 10 | **A.** I said so in the near term, yes, sir. |
| 02:34 | 11 | **MR. REGAN:**  If we could just show that quickly to the |
| 02:34 | 12 | Court, D-35454. |
| 02:34 | 13 | **BY MR. REGAN:** |
| 02:34 | 14 | **Q.** So you -- you -- this is part of your reconciliation.  You |
| 02:34 | 15 | looked at these documents; right? |
| 02:34 | 16 | **A.** Yes, sir. |
| 02:34 | 17 | **Q.** So you can see in '16, '17, there's costs but there's no |
| 02:34 | 18 | revenue; right? |
| 02:34 | 19 | **A.** Yes, sir. |
| 02:34 | 20 | **Q.** So Wood Mackenzie includes, in its value of these assets, |
| 02:34 | 21 | assets that aren't producing revenue today? |
| 02:34 | 22 | **A.** Yes. |
| 02:34 | 23 | **Q.** Kaskida is an example of that; correct? |
| 02:34 | 24 | **A.** Yes. |
| 02:34 | 25 | **Q.** As we can see? |

IAN RATNER - CROSS

02:34   1          And then it has operating costs and capital costs and
02:34   2   elsewhere on these -- on these -- on these charts.
02:34   3          Now, these revenue estimates, cost estimates, capital
02:34   4   cost estimates all then arrive at the present value number that
02:34   5   is used by Wood Mackenzie; correct?
02:34   6   A.   Yes.
02:34   7   Q.   So Wood Mackenzie includes both proved and unproved
02:34   8   reserves in its analysis; correct?
02:34   9   A.   Well, their definitions -- in their methodology, their
02:35  10   definition is a little different than proved and unproved.  I
02:35  11   think they're calling it -- I forget.  In their methodology,
02:35  12   they're using -- they're not using the exact proved/unproved in
02:35  13   the CFR.  And as I said before, they have a little bit of a
02:35  14   broader definition.
02:35  15   Q.   Okay.  You suggested on direct that Wood Mackenzie failed
02:35  16   to include certain BPXP assets in this analysis; right?
02:35  17   A.   Yes.
02:35  18   Q.   And one of them was Gila, G-I-L-A; correct?
02:35  19   A.   Yes.
02:35  20   Q.   Gila is in the Wood Mackenzie analysis, isn't it?
02:35  21   A.   I don't know.
02:35  22   Q.   You reviewed all of the analysis; right?
02:35  23   A.   Well, there's no -- they haven't attributed a value to it,
02:35  24   but yet the company touts it as a significant find.  So my --
02:35  25   my point, Mr. Regan, was that when you're analyzing this,

IAN RATNER - CROSS

02:35    1    there's certain items that have value that are not captured in

02:36    2    this analysis.

02:36    3    Q.    D-35457.  This is from TREX-240835, which is the Wood

02:36    4    Mackenzie analysis.

02:36    5              Do you see that it indicates that Gila, or Gila,

02:36    6    discovery, it indicates it here?  Do you see it?

02:36    7    A.    That's on a different -- that's actually from the global

02:36    8    workbook, which ends in, I think, 619.  That's actually not in

02:36    9    the workbook of the 14 spreadsheets that you're looking at.

02:36   10    Q.    I know that.  And let's just ask you a few questions about

02:36   11    it.

02:36   12    A.    I know, but you didn't -- you didn't say that.

02:36   13    Q.    Okay.

02:36   14    A.    So --

02:36   15    Q.    Subcommercial reserves discovered.  Wood Mackenzie calls

02:36   16    some things commercial and some things subcommercial; correct?

02:36   17    A.    Yes.

02:36   18    Q.    And Wood Mackenzie does not ascribe value to things that

02:36   19    it has assessed are subcommercial; correct?

02:36   20    A.    Correct.

02:36   21    Q.    And Wood Mackenzie notes the Gila discovery, but includes

02:36   22    it in the subcommercial department, correct -- or category;

02:36   23    correct?

02:36   24    A.    Correct.

02:36   25    Q.    And that's why Wood Mackenzie doesn't have a value

IAN RATNER - CROSS

02:36    1    attributed to it; correct?

02:36    2    A.    I mean, if Wood Mackenzie could testify about that -- I'm

02:37    3    not Wood Mackenzie, but the point is that's a significant

02:37    4    asset.  It's not an asset that's producing right now, but it's

02:37    5    an asset that would be having some value.  The company touts

02:37    6    that as a significant find, and it's a value enhancer to the

02:37    7    company.  The fact that it's not in their math ...

02:37    8    Q.    You didn't mean to suggest that it wasn't in the analysis

02:37    9    at all, did you?

02:37   10    A.    It's not included in the $38 billion.  There's certain

02:37   11    assets, either tangible, intangible.  The -- the

02:37   12    38 billion-dollar value is not a business valuation of BPXP,

02:37   13    and I think you've even said that today.

02:37   14    Q.    Mr. Den Uyl does not say that the Wood Mackenzie 38.1 is a

02:37   15    business valuation of the BPXP either, does he?

02:37   16    A.    Well, he sure does.  Because he attributes the value of

02:37   17    their equity starting off with this number.  How could you call

02:37   18    something the equity value of BPXP if you're not valuing the

02:37   19    company?

02:37   20    Q.    You reviewed the Wood Mackenzie analysis also as to the

02:38   21    sensitivities that were in there with respect to oil price;

02:38   22    correct?

02:38   23    A.    Yes, I did.

02:38   24    Q.    You saw that Wood Mackenzie has sensitivities of the

02:38   25    valuations based on oil price; correct?

IAN RATNER - CROSS

02:38    1    **A.**    Yes.

02:38    2    **Q.**    And you have no reason to disagree with Wood Mackenzie's

02:38    3    sensitivity analysis; correct?

02:38    4    **A.**    Correct.  It's a mathematical analysis.  It is not a

02:38    5    projection of what oil prices will be in the future.

02:38    6    **Q.**    Okay.  You've challenged the use of Wood Mackenzie's

02:38    7    sensitivity as to the full BP upstream group.  You say it

02:38    8    really shouldn't just be applied to just BPXP or just to GoM.

02:38    9    That's one of your criticisms; right?

02:38    10   **A.**    I challenged the ratio that he applied.

02:38    11   **Q.**    You -- you were responding to Anadarko's questions, you

02:38    12   were talking about how Anadarko has an oil and gas mix in

02:38    13   its -- in its revenues; correct?

02:38    14   **A.**    Yes.

02:38    15   **Q.**    So with respect to BPXP versus Anadarko, who has a higher

02:39    16   oil and gas mix?

02:39    17   **A.**    I think that Anadarko does.

02:39    18   **Q.**    Okay.  So how about with respect to BPXP and the rest of

02:39    19   BP's upstream group, does BPXP have a higher proportion of oil

02:39    20   or a higher proportion of gas relative to the group?

02:39    21   **A.**    I don't know.

02:39    22   **Q.**    If it's true that BPXP has a higher proportion of oil,

02:39    23   then it would be actually more exposed to drops in the price of

02:39    24   oil; correct?

02:39    25   **A.**    That's possible.

IAN RATNER - CROSS

02:39  1   **Q.**   All right.  So if we actually wanted to criticize that
02:39  2   ratio, you could look and see what those -- how it compared to
02:39  3   the rest of group; right?
02:39  4   **A.**   I suppose so.
02:39  5   **Q.**   And that may be one way to determine whether that's a fair
02:39  6   ratio to use; correct?
02:39  7   **A.**   That's another way -- that's another way to analyze the
02:39  8   ratio, yes.
02:39  9   **Q.**   And not an analysis that you've performed; right?
02:39  10  **A.**   No.
02:39  11  **Q.**   Is that correct?
02:39  12  **A.**   No, I did not.
02:39  13  **Q.**   All right.  I want to come to the -- almost done here --
02:39  14  come to the question of operating expenses in a second.  But
02:39  15  before we get there --
02:40  16         **MR. REGAN:**  Actually, if I could just probably have
02:40  17  you pull this up, if you could, D-34017-A.
02:40  18  **BY MR. REGAN:**
02:40  19  **Q.**   All right.  As I said, Mr. Ratner, I want to spend a
02:40  20  little time with you on OPEX.  Before I do that, let's talk
02:40  21  about some of these other deductions.  I didn't hear any
02:40  22  criticism of you -- from you on your direct about the deduction
02:40  23  of intercompany debt.
02:40  24         Well, actually, let me start at the top.  Just --
02:40  25  I'll work my way down.

IAN RATNER - CROSS

02:40  1          You agree that to get to BPXP's ownership, you can
02:40  2  either use an 11 percent deduction or a deduction based on
02:40  3  value to get from GoM to BPXP; correct?
02:40  4  A.    I understand what Mr. Den Uyl did to get the 85.9, but I'm
02:41  5  just more comfortable adopting the actual historical ratio
02:41  6  because the future ratio depends on all these different
02:41  7  factors.
02:41  8  Q.    Maybe we won't agree on whether it's 11 percent or
02:41  9  13.1 percent, but you agree there has to be a percentage taken
02:41  10  off to get to BPXP ownership?
02:41  11  A.    Well, if you're going to use the methodology that because
02:41  12  you don't have a BPXP -- this is his methodology.  So why don't
02:41  13  we just say this is what he -- this is what they did?
02:41  14  Q.    Well, you were comfortable talking about his methodology
02:41  15  on direct; right?
02:41  16  A.    Well, I was criticizing his methodology.
02:41  17  Q.    Right.
02:41  18  A.    I'm comfortable with that --
02:41  19  Q.    So I want to see the areas of -- of agreement.  You agree
02:41  20  that some percentage has to be taken off from GoM to get to
02:41  21  BPXP?
02:41  22  A.    If you're going to follow this approach, yes.
02:41  23  Q.    All right.  I'm going to skip over operating expenses.  I
02:41  24  want to ask you a few detailed questions about that.  But the
02:41  25  deduction of BPXP intercompany debt, you don't have any

IAN RATNER - CROSS

02:41  1   disagreement with that; correct?

02:41  2   A.   Well, actually, in my deposition I did disagree with that.

02:41  3   I still do.  But we have so much to cover and the -- what I

02:42  4   said in the deposition was that's a working capital item and if

02:42  5   you're trying to value a company, he -- he doesn't add back any

02:42  6   of the working capital, like if there's receivables or

02:42  7   anything.  So you -- you wouldn't necessarily deduct the

02:42  8   intercompany payables.

02:42  9        The working capital would be if you're going to do

02:42  10  this, you have to add back any working capital.  So

02:42  11  intercompanies are usual trade payables.  You don't usually

02:42  12  deduct trade payables if you're doing a true valuation.

02:42  13  Q.   So if there's a portion of this number -- do you have a

02:42  14  number in mind of what portion of this debt is working capital

02:42  15  that you wouldn't include?

02:42  16  A.   No.

02:42  17  Q.   Okay.  The portion that's not working capital is

02:42  18  appropriate to deduct; correct?

02:42  19  A.   If it's true debt.

02:42  20  Q.   It's appropriate to deduct; correct?

02:42  21  A.   If it's true debt, you could deduct it, yes.

02:42  22  Q.   The same thing with the 1.6 on the intercompany payables;

02:42  23  true debt, appropriate to deduct; correct?

02:42  24        Any challenge to that number?

02:42  25  A.   Yeah, I think that's the one that I'm referring to --

IAN RATNER - CROSS

02:42  1    **Q.**    Okay.

02:42  2    **A.**    -- excuse me.  The 3.4 is true debt.  It's the -- the 1.6

02:42  3    is a -- what I call a working capital item; and, again, I -- I

02:43  4    don't have the benefit of -- of all the information.  It's

02:43  5    probably not appropriate, if it's a working capital item, to

02:43  6    deduct it.

02:43  7    **Q.**    3.4 is fine if it's true debt.  1.6 you have a question

02:43  8    about if it might be working capital?

02:43  9    **A.**    Yes.

02:43  10   **Q.**    Okay.  The 4.0, the 4 billion-dollar deduction for future

02:43  11   incident provisions and payables, you have no -- no problem

02:43  12   with that deduction; correct?  Probably fine; correct?

02:43  13   **A.**    I'm sorry.  I didn't know there was a question.

02:43  14   **Q.**    The 4.0 billion-dollar deduction, you have no challenge or

02:43  15   problem with that deduction; correct?

02:43  16   **A.**    Well, again, if you -- if you had done a proper business

02:43  17   valuation where you looked at the market and the ratios, you

02:43  18   would know what would be the typical debts to include in

02:43  19   getting to the value.  I understand what he did and I'm not

02:44  20   adopting it, but I understand what he did.  He made a deduction

02:44  21   for payables.

02:44  22   **Q.**    Mr. Ratner, Mr. Den Uyl correctly deducts the incident

02:44  23   provisional payables as long term; correct?

02:44  24   **A.**    In this analysis, I think it's fine.

02:44  25   **Q.**    Okay.  Let's turn then to, before I get to OPEX, a few

IAN RATNER - CROSS

02:44  1   other stray -- stray issues.  You have spoken about intrinsic

02:44  2   factors.  You have not done any value of any intangible -- any

02:44  3   intangible assets here; correct?

02:44  4   A.    No.

02:44  5   Q.    Is that correct?

02:44  6   A.    That is correct, I have not.

02:44  7   Q.    Have you -- have you done any valuation of brand value?

02:44  8   A.    No.

02:44  9   Q.    Have you done any analysis of the actual financial value

02:44 10   of leveraging BPXP's efforts?

02:44 11   A.    No, I have not.

02:44 12   Q.    So let's turn to OPEX.  Now, Mr. Den Uyl prepare --

02:45 13   provided a table that summarized the actual operating expenses

02:45 14   that were incurred by BPXP; correct?

02:45 15   A.    Yes.

02:45 16   Q.    You do not dispute that Mr. Den Uyl pulled the actual

02:45 17   number from BPXP's financial information; correct?

02:45 18   A.    That's correct.

02:45 19   Q.    So there's no dispute between the two of you that BPXP has

02:45 20   operating expenses and that the amount of those expenses are

02:45 21   the numbers that Mr. Den Uyl presents when he's making his

02:45 22   adjustment?

02:45 23   A.    That's true.

02:45 24   Q.    You were able to verify those numbers using the trial

02:45 25   balance of BPXP; correct?

IAN RATNER - CROSS

02:45  1  **A.**   Yes.

02:45  2  **Q.**   So if you wanted to know the detail of those numbers for

02:45  3  BPXP, you can just look in the trial balance; correct?

02:45  4  **A.**   Yes.

02:45  5  **Q.**   So you said something about no due diligence, but you can

02:45  6  actually perform due diligence by looking at the trial docs?

02:45  7  **A.**   Yeah, but he didn't.  He didn't.

02:45  8  **Q.**   And your basis for saying that he didn't?

02:45  9  **A.**   Because he -- because I was -- I was either at his depo --

02:45  10  I was at his deposition, I read his multiples reports; he

02:45  11  doesn't know what the elements are.  I mean, a lot of those

02:45  12  expenses are insurance expenses.  I mean, there's a lot of

02:45  13  stuff in there that he would have to analyze and normalize.

02:45  14  **Q.**   So you then -- I want to go to your second report.  In

02:45  15  your second report, TREX-13125.1.2, this is where you did your

02:46  16  reconciliation to arrive at the 38 billion; correct?

02:46  17  **A.**   Correct.

02:46  18  **Q.**   And you looked at the individual asset sheets; right?

02:46  19  **A.**   Yes.

02:46  20  **Q.**   And you looked at the CAPEX that was being used by Wood

02:46  21  Mackenzie in those asset sheets; correct?

02:46  22       I'm going to show you a table that might help,

02:46  23  TREX-13125.1.3, which is your Table 6.

02:46  24       So you went through and in your second report that

02:46  25  you filed on February -- September 12th, you presented Wood

02:46 | 1 | Mackenzie's projected operating expenses; correct?
02:46 | 2 | A.   Yeah.  We're -- those -- we're relying on those from his
02:46 | 3 | report.  This is a comparison of the group plan template to
02:46 | 4 | the -- and he adjusts the -- Mr. Den Uyl makes an adjustment
02:47 | 5 | and we're comparing -- we're summarizing his comparison of
02:47 | 6 | expenses, Mr. Regan.
02:47 | 7 | Q.   Well, that's not what you say in the footnote; right?  In
02:47 | 8 | the Footnote 3, you say, "See BP-HZ-2179," and you cite the
02:47 | 9 | Bates number, OPEX, "The amounts here differ from the
02:47 | 10 | summation," and you actually give us a number, 3 percent.
02:47 | 11 |        So you did some detailed work here to look at those
02:47 | 12 | numbers; right?
02:47 | 13 | A.   Right.  And -- and then we later find where the 508 is
02:47 | 14 | actually coming from.  It's on the -- it's on the summary --
02:47 | 15 | it's the Bates number that has -- ends with 619.
02:47 | 16 | Q.   Mr. Ratner --
02:47 | 17 | A.   6019, sorry.
02:47 | 18 | Q.   -- can you -- can you read out for me the numbers that you
02:47 | 19 | used and presented in your September 12th report for Wood
02:47 | 20 | Mackenzie projected operating expense, which are footnote 3
02:47 | 21 | from that document?  What numbers did you present starting in
02:47 | 22 | 2014?
02:48 | 23 | A.   Again, these are numbers we took from Mr. Den Uyl's
02:48 | 24 | report: 508, 561, 603, 599 million, 590 million.  That's the
02:48 | 25 | line that we took.  We took those numbers from Mr. Den Uyl's

IAN RATNER - CROSS

02:48   1   report.  And we then later found them in the Wood Mackenzie
02:48   2   file.
02:48   3   Q.   You -- you verified them; correct?
02:48   4   A.   Again, you keep using the word "verify."  I can't verify
02:48   5   them.  I know where they came from in the Wood Mackenzie
02:48   6   report.
02:48   7   Q.   You tell us that you actually were able to determine
02:48   8   the -- within 3 percent what those numbers were; right?
02:48   9   A.   No.  We added up -- we added up the detailed expenses that
02:48   10  were in the -- in the individual 14 tabs in an attempt to
02:48   11  reconcile this.
02:48   12  Q.   If I could go to the ELMO and just show you what I've
02:48   13  written down.  If we can follow along.  Just let it focus.
02:48   14  There we go.
02:48   15       I just wrote down the numbers that are in your chart
02:49   16  on 9/12/2014 that you said Wood Mac OPEX.  I'd like to turn now
02:49   17  to what you presented in your January 6th report.
02:49   18           **MR. REGAN:**  D-35455.
02:49   19  BY MR. REGAN:
02:49   20  Q.   Now, in your January report, you also presented what you
02:49   21  call a Wood Mac OPEX number; correct?
02:49   22  A.   Yes, sir.
02:49   23  Q.   And we can see that here on the top; correct?
02:49   24  A.   Yes.
02:49   25  Q.   And before I get to these numbers, in September, when you

IAN RATNER - CROSS

02:49  1   looked at the Wood Mac individual asset values, you looked at

02:49  2   each asset and reconciled to the 38 billion; right?

02:49  3   **A.**   Yes.

02:49  4   **Q.**   And the only way to do that was to look at the OPEX that

02:49  5   was in Wood Mac for each of those assets; right?

02:49  6   **A.**   We just took the total -- to get to the 38 billion, I took

02:49  7   the total net present value that was on each of the 14 assets.

02:49  8   **Q.**   Okay.  If we can zoom on the top of your chart there.  So

02:50  9   in January, what do you say is the Wood Mac operating costs

02:50  10   starting in 2014?

02:50  11   **A.**   $2,280,000,000.

02:50  12   **Q.**   Okay.  And if you could read across the years.

02:50  13   **A.**   2,335 -- I'm sorry.  2,335,000,000; 2,471,000,000;

02:50  14   3,644,000,000.  And then in 2018, $4,070,000,000.

02:50  15   **Q.**   If I could go back to the ELMO then.

02:50  16         Mr. Ratner, you have two reports there that are both

02:50  17   discussing Wood Mac operating expenses, and you have different

02:50  18   numbers for those years; correct?

02:50  19   **A.**   Yes, sir.

02:50  20   **Q.**   Did you do anything to reconcile those two numbers?

02:50  21   **A.**   I went to the global Wood Mac spreadsheet.  If you want to

02:51  22   call it up, it ends with 6019.

02:51  23         **THE WITNESS:**  And in that -- in that spreadsheet,

02:51  24   Your Honor, we were able to find the 508, 561, 603, 599, and

02:51  25   590.  Remember those numbers were used by Mr. Den Uyl to do his

IAN RATNER - CROSS

02:51   1   adjustment.  That's what we were analyzing in the second

02:51   2   report.  We were analyzing his adjustment.

02:51   3   **BY MR. REGAN:**

02:51   4   **Q.**   Mr. Ratner, can you get --

02:51   5   **A.**   I'm in the middle of an answer.

02:51   6          **THE COURT:**  Let him finish.

02:51   7          **THE WITNESS:**  I'm going to tell you exactly where

02:51   8   those numbers come from.

02:51   9          **THE COURT:**  Go ahead.  Go ahead.

02:51   10         **THE WITNESS:**  So the 5 -- those 508 numbers are

02:51   11  coming from -- we're comparing those to the group template, and

02:51   12  those 508 were originally in Mr. Den Uyl's report.

02:51   13         We now go to the global spreadsheet in Wood

02:51   14  Mackenzie, and you could find a table that has those

02:51   15  numbers: 508, 561, 603, 599, 590.  The table is not titled.

02:52   16  It's just a table in the corner of a spreadsheet.

02:52   17         In the same file, there's another operating

02:52   18  expense total that is the 2280, the 2335, the 2471, the 3644.

02:52   19  I just didn't see it at the time.  These spreadsheets are huge.

02:52   20  **BY MR. REGAN:**

02:52   21  **Q.**   Is it -- I'm sorry.

02:52   22  **A.**   It's in that same spreadsheet, and it actually says

02:52   23  "operating expenses."  I don't know how to reconcile those to

02:52   24  the 14.  It's not done.

02:52   25  **Q.**   Well, let's do a little forensics here because I -- you're

IAN RATNER - CROSS

02:52   1    familiar with the fact that Wood Mac also has capital

02:52   2    expenditure forecasts?

02:52   3    **A.**   Yes.

02:52   4    **Q.**   Is it possible that the numbers you present in your

02:52   5    January report that you attribute to the OPEX are, in fact,

02:52   6    CAPEX numbers?

02:52   7    **A.**   They're not.  Because the first year is remarkably the

02:52   8    same number, and I've run it all the way through the

02:52   9    calculation of the OP -- the operating expense at $26 a barrel

02:52   10   times the number of barrels of production, and it's clearly

02:53   11   marked as operating expense.

02:53   12   **Q.**   Okay.

02:53   13   **A.**   There is -- in the first year, the capital expense number

02:53   14   is the same number.

02:53   15   **Q.**   I'm going to pull up --

02:53   16   **A.**   I saw that as well.

02:53   17   **Q.**   TREX-240835 I have in my hand.  It's the capital

02:53   18   expenditure tab from Wood Mac.  If we could go to the ELMO.

02:53   19           Do you see Wood Mac capital expenditure forecast, and

02:53   20   then it has the pages?  This is one of the things you looked

02:53   21   at; right?

02:53   22   **A.**   I don't see ...

02:53   23   **Q.**   Wood Mackenzie --

02:53   24   **A.**   Yes.

02:53   25   **Q.**   -- capital expenditure forecast?

IAN RATNER - CROSS

02:53  1          **THE WITNESS:**  That's one the tabs in this

02:53  2  spreadsheet, Your Honor.

02:53  3  **BY MR. REGAN:**

02:53  4  **Q.**   So I'm going to turn to what Wood Mackenzie has for

02:53  5  capital expenditures in this document for the U.S. deep GoM.

02:53  6  Do you see where I am?  I can make it a little bigger in a

02:53  7  second.

02:53  8  **A.**   Yeah, there's your two -- 2085.

02:54  9  **Q.**   And if I go to the years of 2014 to 2018, which I'm

02:54  10  holding right there, and I'll mark those with a pen, what

02:54  11  numbers does Wood Mac have for capital expenditures for the GoM

02:54  12  for 2014 through 2018?  Could you read those off?

02:54  13  **A.**   2280, 2335, 2471, 3644, 4070.

02:54  14  **Q.**   Okay.  Now, if you'll go back to my chart.

02:54  15          Do those appear to be the exact numbers that you are

02:54  16  calling Wood Mac OPEX, 2280, 2335, 2471, 3644, 4070?  Do those

02:54  17  numbers appear to be the same?

02:55  18  **A.**   They do.  But, Mr. Regan, those are coming off the OPEX

02:55  19  tab.  I've got to see the whole sheet.  But the OPEX tab has --

02:55  20  the OPEX tab has those numbers, 2280, 2335, 2471, and actually

02:55  21  you can trace through the production times the operating

02:55  22  expense per barrel and get the exact same numbers.

02:55  23  **Q.**   You don't think it's possible that you actually used CAPEX

02:55  24  numbers?  Not possible?

02:55  25  **A.**   No, because I redid the math.  I took the barrels of

IAN RATNER - CROSS

02:55   1   production times the operating expense tab -- why don't we go
02:55   2   to the operating expense tab in Wood Mackenzie?
02:55   3   Q.   I'm going to mark this as D-35461.
02:55   4        Mr. Ratner, you would agree that if you wanted to
02:55   5   answer the question of how much OPEX Wood Mackenzie has to get
02:56   6   to the 38 billion-dollar number, you can look at the individual
02:56   7   spreadsheets, and that number is on each one; correct?
02:56   8   A.   Yes.
02:56   9   Q.   And is it your testimony that if you look at the
02:56   10  individual spreadsheets and added those up for those years, you
02:56   11  would get the 508 number or the 2280 number, or have you not
02:56   12  done that?
02:56   13  A.   You don't get -- it's not exactly the 508 or the 561.  I
02:56   14  don't recall.
02:56   15  Q.   It's only a 3 percent difference than what you put in your
02:56   16  first report; correct?
02:56   17  A.   I think that's probably true.
02:56   18  Q.   Last topic, Mr. Ratner, contingent liabilities.
02:56   19       This analysis by Mr. Den Uyl which you've expressed
02:56   20  your disagreement with does not include contingent liabilities;
02:56   21  correct?
02:56   22  A.   Correct.
02:56   23  Q.   You understand that BPXP faces NRD, OPA, state and local
02:57   24  claims and other contingent liabilities; correct?
02:57   25  A.   Yes.

IAN RATNER - CROSS

| | |
|---|---|
| 02:57 | 1 | **Q.** Now, are you familiar with doing solvency analyses, |
| 02:57 | 2 | Mr. Ratner? |
| 02:57 | 3 | **A.** Yes. |
| 02:57 | 4 | **Q.** And to be clear, in your opinion that BPXP could fund or |
| 02:57 | 5 | finance and pay a Clean Water Act penalty up to the maximum |
| 02:57 | 6 | amount, did you do anything to determine whether doing so would |
| 02:57 | 7 | allow BPXP to still remain solvent? |
| 02:57 | 8 | **A.** I did not. The -- part of the reason is because the |
| 02:57 | 9 | solvency would also depend on the sources of capital. So you'd |
| 02:57 | 10 | have to know -- the first question is, how are they going to |
| 02:57 | 11 | get funded. If they're going to get equity to pay these |
| 02:57 | 12 | contingent liabilities, then they would be solvent. So I |
| 02:57 | 13 | didn't -- I mean, I didn't have the information to prepare it, |
| 02:57 | 14 | and I didn't. |
| 02:57 | 15 | **Q.** In -- you've done solvency analyses in other litigation; |
| 02:57 | 16 | correct? |
| 02:57 | 17 | **A.** Yes, I have. |
| 02:57 | 18 | **Q.** And when you do a solvency analysis, typically do you have |
| 02:57 | 19 | to ascribe a value to the prospective contingent liabilities? |
| 02:58 | 20 | **A.** If you can, you -- you have to. |
| 02:58 | 21 | **Q.** Okay. You're not -- you would agree with respect to a |
| 02:58 | 22 | request for funding or financing that the BP Group would act as |
| 02:58 | 23 | a rational economic actor; correct? |
| 02:58 | 24 | **A.** That's a fair statement. |
| 02:58 | 25 | **Q.** And if you were advising BP p.l.c. as a lender or equity |

IAN RATNER - CROSS

02:58 1    investor on whether or not it should provide additional funding

02:58 2    or financing to BPXP, would you advise the BP Group to take

02:58 3    into account the risks that are present of potential future

02:58 4    contingent liabilities as to any equity or loan investment?

02:58 5    **A.**   I think that would be one of the factors that you would

02:58 6    take into account.

02:58 7              **MR. REGAN:**   Nothing further, Mr. Ratner.

02:58 8              **THE COURT:**   Redirect?

02:59 9              **MR. CASEY:**   Your Honor, Patrick Casey for the United

02:59 10   States.  I just have a couple of questions, Your Honor.

02:59 11             **THE COURT:**   You said a couple, that means two.

02:59 12   Usually when a lawyer says I have one more question, that's

02:59 13   about 30 minutes, you know.  So when you say two, I hope you're

02:59 14   not talking about an hour.

02:59 15             **MS. HIMMELHOCH:**   How about one line of questions?

02:59 16             **MR. CASEY:**   I think I have one line of questions,

02:59 17   Your Honor.

02:59 18             **THE COURT:**   Go ahead.  I'm just kidding you.  Go

02:59 19   ahead.

02:59 20             **MR. CASEY:**   I'm sorry, I'm Irish.  Sometimes I say a

02:59 21   couple --

02:59 22             **THE COURT:**   We're okay.  Go ahead.

02:59 23             **MR. CASEY:**   -- and it's more than one.

02:59 24                 Could I pull up D-32353, please.

       25

IAN RATNER - REDIRECT

|          |    |                                                               |
|----------|----|---------------------------------------------------------------|
| 02:58    | 1  | **REDIRECT EXAMINATION** |
| 03:00    | 2  | BY MR. CASEY: |
| 03:00    | 3  | Q.   There was a lot of discussion, Mr. Ratner, about these |
| 03:00    | 4  | numbers.  And that last chart showed there was a lot of |
| 03:00    | 5  | comparison. |
| 03:00    | 6  | MR. CASEY:  In fact, maybe we'll use their exhibit, |
| 03:00    | 7  | if we could, Your Honor.  I believe it was D-34017.  Can we |
| 03:00    | 8  | show that? |
| 03:00    | 9  | BY MR. CASEY: |
| 03:00    | 10 | Q.   We talked about this comparison.  What's the starting |
| 03:00    | 11 | point for this analysis?  What number? |
| 03:00    | 12 | A.   38 billion. |
| 03:00    | 13 | Q.   Do you agree with that number? |
| 03:00    | 14 | A.   I know where it came from.  I don't disagree with the -- |
| 03:00    | 15 | the calculation of it necessarily.  But I do not believe that |
| 03:00    | 16 | that's the value of BPXP. |
| 03:00    | 17 | Q.   That was my -- |
| 03:00    | 18 | MR. REGAN:  Your Honor -- |
| 03:00    | 19 | BY MR. CASEY: |
| 03:00    | 20 | Q.   That was my next question. |
| 03:01    | 21 | MR. REGAN:  The witness has testified that he did not |
| 03:01    | 22 | do a valuation of BPXP.  So I think we're actually -- he's |
| 03:01    | 23 | asking him for his own opinion on valuation now. |
| 03:01    | 24 | THE COURT:  He hasn't yet. |
| 03:01    | 25 | MR. REGAN:  It might be a question early. |

IAN RATNER - REDIRECT

03:01    1         **MR. CASEY:**  But I might think about it now.

03:01    2    **BY MR. CASEY:**

03:01    3    **Q.**   Has BPXP, through its expert, in any of the testimony so

03:01    4    far in this case or in any of the expert reports, provided with

03:01    5    you the valuation of BPXP?

03:01    6    **A.**   No.

03:01    7    **Q.**   So is the starting point for this analysis reasonable?

03:01    8    **A.**   It's an -- it's a good -- it's an interesting data point.

03:01    9    I think it's a useful data point, but it's not the value of

03:01   10    BPXP.

03:01   11    **Q.**   Mr. Ratner, can you show the Court exactly where you got

03:02   12    the numbers for the projected operating costs from the Wood

03:02   13    Mackenzie report?

03:02   14    **A.**   Yes, I can.

03:02   15    **Q.**   And can you show where you got the numbers from the group

03:02   16    template?

03:02   17    **A.**   Yes, I can.

03:02   18         **MR. CASEY:**  Charles, would you please call

03:02   19    TREX-012431.1.2.US.

03:02   20    **BY MR. CASEY:**

03:02   21    **Q.**   Mr. Ratner, do you know what this is, this call-out?

03:02   22    **A.**   Yes, that's the call-out from the group plan template, and

03:02   23    the operating costs are right there.  That's the first thing in

03:02   24    my exhibit that Mr. Regan showed me, the 2.2 billion of

03:02   25    expenses, et cetera.  That line -- a little hard to see -- but

IAN RATNER - REDIRECT

03:02  1    that line in the red is the operating expenses from the group

03:02  2    plan template.  That was the first number on my chart that

03:02  3    Mr. Regan showed me.

03:02  4    Q.   And are those the numbers in that line of operating costs

03:03  5    which has been referred to as BP's actual operating costs?

03:03  6    A.   Well, these were their forecasted operating costs for the

03:03  7    Gulf of Mexico region, yes.

03:03  8           MR. CASEY:  Charles, would you please show D-32349.

03:03  9    BY MR. CASEY:

03:03  10   Q.   Can you tell the Court what this is?

03:03  11   A.   Yes, Mr. Casey.

03:03  12          THE WITNESS:  Your Honor, as I said before, there was

03:03  13   a group of 14 specific net present values in this Wood

03:03  14   Mackenzie spreadsheets and then there was one global

03:03  15   spreadsheet.  This is the global spreadsheet, and then the tab

03:03  16   that this is on, you'll see in the bottom, it says "OPEX WM,"

03:03  17   that's operating expense, Wood Mackenzie.  That's this tab that

03:04  18   we're looking at in this multi-tab spreadsheet.

03:04  19          MR. CASEY:  Now, Charles, would you please go to

03:04  20   D-32349.1.1.US.

03:04  21   BY MR. CASEY:

03:04  22   Q.   Would you explain what this is, Mr. Ratner?

03:04  23   A.   Yes.  In the top left-hand corner of that same tab -- this

03:04  24   is from the same tab, a little blowup -- from the top left-hand

03:04  25   corner of this same tab, it says, "Region OPEX, BOE," barrels

IAN RATNER - REDIRECT

03:04    1    of oil equivalent.  So this is operating expenses on barrels of

03:04    2    oil equivalent.

03:04    3         THE WITNESS:  If you look down, Your Honor, for 2014,

03:04    4    the number for the USD GoM is $26 a barrel.  That's their

03:04    5    operating expense on a per-barrel basis.

03:04    6         MR. CASEY:  Now, Charles, would you please show

03:04    7    D-32350.

03:04    8    BY MR. CASEY:

03:04    9    Q.   Mr. Ratner, would you please tell the Court what this

03:05   10    represents.

03:05   11    A.   Okay.

03:05   12         THE WITNESS:  Your Honor, in the same spreadsheet,

03:05   13    there's another tab -- let's highlight the tab in yellow --

03:05   14    called "Production Wood Mackenzie Report."  So this tab is

03:05   15    the -- is the production tab.  So we saw the BOE was $26 a

03:05   16    barrel of oil for operating costs, and then this is the

03:05   17    production tab.

03:05   18         And if you look in the middle, you'll see "US

03:05   19    deep GoM," it's the third line after -- you see there's --

03:05   20    okay.  So that's the production of thousands of barrels of oil

03:05   21    equivalent a day.  So --

03:05   22         MR. CASEY:  Charles, would you go -- to just to make

03:05   23    it clear for the Court, would you please show D-32350.1.1.US.

03:06   24         THE WITNESS:  Oh, there you go.  Under Trinidad.

03:06   25    Yes.  So that's -- so that's the -- this is on Wood Mackenzie's

IAN RATNER - REDIRECT

03:06  1   production tab.  So we saw the BOE expenses of $26 a barrel for
03:06  2   2014.  Here you have the actual production, 241,000 barrels of
03:06  3   oil equivalent a day.  It says Wood Mackenzie report basis
03:06  4   total production summary.  Okay.  So that's the 241.
03:06  5   **BY MR. CASEY:**
03:06  6   **Q.**   Now, Mr. Ratner, if we take the $26 barrel of oil
03:06  7   equivalent per day times the production of 241,000 barrels per
03:06  8   day and multiply that by the number of days in the year, can
03:06  9   you calculate in your head the total costs for 2014?
03:06  10  **A.**   The operating costs are $2,280,000,000.  It's exactly the
03:07  11  number that I had on the chart, and that's reflected in these
03:07  12  spreadsheets.
03:07  13          **MR. CASEY:**  And, Charles, could you please go to
03:07  14  D-32351.
03:07  15  **BY MR. CASEY:**
03:07  16  **Q.**   Again, what does this reflect, Mr. Ratner?
03:07  17  **A.**   Okay.  So this is again OPEX.  This is the same OPEX tab,
03:07  18  and it actually has my total.  If you go to 2014 in the top
03:07  19  left-hand corner --
03:07  20  **Q.**   Let me blow that up so the Court can see that clearly.
03:07  21          **MR. CASEY:**  Charles, could you please go to
03:07  22  D-32351.1.1.US.  If you could highlight that.
03:07  23  **BY MR. CASEY:**
03:07  24  **Q.**   Please tell the Court what that represents.
03:07  25  **A.**   That's the operating expenses that I used, 2280, 2335,

IAN RATNER - REDIRECT

03:07  1   2471, 3644, 4070.  So that's just where I got those numbers,

03:08  2   and they reconcile to the -- each year, there's a little bit of

03:08  3   a different operating cost per barrel forecast, and this

03:08  4   spreadsheet has the -- has those numbers in there.

03:08  5   **Q.**   And do you know where Mr. Den Uyl got the cost projections

03:08  6   that he used?

03:08  7   **A.**   Yes.

03:08  8   **Q.**   Okay.

03:08  9          **MR. CASEY:**  And, Charles, if you could show D-32352.

03:08  10  BY MR. CASEY:

03:08  11  **Q.**   Could you explain to the Court what that is before we zoom

03:08  12  in?

03:08  13         **THE WITNESS:**  So, Your Honor, this is the same tab.

03:08  14  If you see in yellow, it says, "Operating Costs Wood

03:08  15  Mackenzie."  This is the same tab where we had the $26 over

03:08  16  here.  On the left, I just made a mess in the red.  But that's

03:08  17  the same --

03:08  18         **THE COURT:**  I can clear it for you.  Do you want to

03:08  19  try again?

03:08  20         **THE WITNESS:**  Yeah.  No, you know where it is.

03:08  21         **THE COURT:**  Okay.

03:08  22         **THE WITNESS:**  So then -- and this is where

03:08  23  Mr. Den Uyl gets his 508.  If you look at the line on --

03:08  24  BY MR. CASEY:

03:08  25  **Q.**   Let me go ahead and zoom that in --

IAN RATNER - REDIRECT

03:08  1   **A.**   Okay.

03:08  2   **Q.**   -- for you, Mr. Ratner.

03:08  3        **MR. CASEY:**  Charles, could you please show

03:08  4   D-32352.1.1.US.  If you could highlight that, please.

03:09  5   **BY MR. CASEY:**

03:09  6   **Q.**   And if you could just explain to the Court.

03:09  7   **A.**   Sure.  That's -- on the top left-hand side of this tab,

03:09  8   there's an untitled table, and it has the numbers that

03:09  9   Mr. Den Uyl used in his chart.

03:09  10        So, again, whether it's conflicting information or

03:09  11   not, this thing has two different working -- two different

03:09  12   operating cost models.  Our operating cost model, I just took

03:09  13   you through it.  I took the operating cost per barrel of oil

03:09  14   equivalent times their production estimate of 241,000, and I

03:09  15   came to a number.  And that number is actually reflected in the

03:09  16   operating costs tab of Wood Mackenzie.

03:09  17        There's this other table that is untitled.  Is that

03:09  18   what --

03:09  19        **THE COURT:**  This -- this -- what, these numbers?

03:09  20        **THE WITNESS:**  Yes.

03:09  21        **THE COURT:**  So you don't know where these came from?

03:10  22        **THE WITNESS:**  I don't know the math.  It's on the

03:10  23   same table.  But I don't know the math of these numbers.

03:10  24   **BY MR. CASEY:**

03:10  25   **Q.**   Mr. Ratner, did you see any of the backup detail besides

IAN RATNER - REDIRECT

| | | |
|---|---|---|
| 03:10 | 1 | the sheets that were produced to the United States that would |
| 03:10 | 2 | reflect what this table represents? |
| 03:10 | 3 | **A.**   No. |
| 03:10 | 4 | **Q.**   Did you see any of the backup detail that represents the |
| 03:10 | 5 | numbers in BP's projections in the group plan template? |
| 03:10 | 6 | **A.**   No. |
| 03:10 | 7 |         **MR. CASEY:**  Thank you, Your Honor.  I have no further |
| 03:10 | 8 | questions. |
| 03:10 | 9 |         **THE COURT:**  All right.  I think you're done.  It's |
| 03:10 | 10 | 3:15 -- 3:10, huh?  All right.  Any other matters before we |
| 03:10 | 11 | recess for the day? |
| 03:10 | 12 |         **MS. HIMMELHOCH:**  Your Honor, at this time, the United |
| 03:10 | 13 | States rests its case in chief, subject to the marshaling of |
| 03:10 | 14 | the evidence and exhibit bundles and orphan documents, and also |
| 03:10 | 15 | subject to our right of rebuttal and cross-examination. |
| 03:10 | 16 |         **THE COURT:**  All right.  Very well.  Anything from |
| 03:10 | 17 | your side right now? |
| 03:11 | 18 |         **MR. BROCK:**  No, Your Honor. |
| 03:11 | 19 |         **THE COURT:**  Okay.  We'll resume -- you'll be ready |
| 03:11 | 20 | with your witnesses beginning at 8:00 a.m. on Monday? |
| 03:11 | 21 |         **MR. BROCK:**  Yes, sir.  In the order that we submitted |
| 03:11 | 22 | them to you. |
| 03:11 | 23 |         **THE COURT:**  Yeah, I don't have it right in front of |
| 03:11 | 24 | me, but remind -- give us the names of the first few -- first |
| 03:11 | 25 | two or three witnesses. |

03:11   1          **MR. BROCK:**  The first witness is Captain Frank

03:11   2   Paskewich, expert.  Second is Laura Folse, fact -- fact

03:11   3   witness.  Third is Mike Utsler, fact witness.  I think that

03:11   4   will take the day, but if we get to a fourth witness, it will

03:11   5   be Dr. Cox, an expert.

03:11   6          **THE COURT:**  Okay.  Anything else from anyone?

03:11   7              All right.  Have a good evening and good weekend

03:11   8   and we'll see everyone on Monday morning.

03:11   9          **THE DEPUTY CLERK:**  All rise.

        10                          *****

        11                        <u>CERTIFICATE</u>

        12          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

        13   for the United States District Court, Eastern District of

        14   Louisiana, do hereby certify that the foregoing is a true and

        15   correct transcript, to the best of my ability and

        16   understanding, from the record of the proceedings in the

        17   above-entitled and numbered matter.

        18

        19

        20                          <u>s/Jodi Simcox, RMR, FCRR</u>
                                     Jodi Simcox, RMR, FCRR
        21                          Official Court Reporter

        22

        23

        24

        25

**$**

$1 [1]  1127/3
$1,209,000,000 [1]  1175/25
$1,817,000,000 [1]  1176/25
$10 [1]  1130/5
$10 billion [1]  1130/5
$100 [5]  1166/21 1167/5 1167/8 1167/11 1172/6
$11 [2]  1153/7 1153/10
$11 billion [1]  1153/7
$130 [1]  1143/3
$130 billion [1]  1143/3
$143 [1]  1134/16
$143 billion [1]  1134/16
$143.8 [1]  1134/4
$143.8 billion [1]  1134/4
$184 [1]  1176/23
$184 million [1]  1176/23
$2 [1]  1154/8
$2 billion [1]  1154/8
$2,208,000,000 [1]  1177/2
$2,280,000,000 [2]  1199/11 1210/10
$20 [1]  1177/24
$20 million [1]  1177/24
$20,000 [1]  1177/23
$200 [1]  1168/4
$203 [1]  1134/4
$203 billion [1]  1134/4
$21.9 [1]  1137/12
$21.9 billion [1]  1137/12
$26 [6]  1201/9 1209/4 1209/15 1210/1 1210/6 1211/15
$3 [5]  1127/3 1165/4 1165/4 1165/5 1172/21
$3 billion [2]  1127/3 1172/21
$3.1 [2]  1176/4 1176/8
$3.1 billion [2]  1176/4 1176/8
$33 [1]  1145/3
$33 billion [1]  1145/3
$38 [2]  1186/9 1189/10
$38 billion [2]  1186/9 1189/10
$39 [2]  1133/5 1133/8
$4,070,000,000 [1]  1199/14
$40 [4]  1133/21 1133/22 1134/25 1182/21
$40 billion [4]  1133/21 1133/22 1134/25 1182/21
$47.15 [1]  1169/24
$5 [2]  1152/20 1154/2
$5 billion [2]  1152/20 1154/2
$50 [1]  1182/20
$50 million [1]  1182/20
$530 [1]  1175/24
$530 million [1]  1175/24
$57.64 [1]  1137/17
$57.64 billion [1]  1137/17
$577 [1]  1176/19
$577 million [1]  1176/19
$595 [1]  1175/24
$595 million [1]  1175/24
$65 [1]  1169/24
$66.27 [1]  1170/24
$7 [1]  1154/7
$7 billion [1]  1154/7
$740 [1]  1175/24
$740 million [1]  1175/24
$80 [1]  1182/19
$80 million [1]  1182/19
$85 [3]  1168/20 1169/17 1169/21
$884 [1]  1185/23
$884 million [1]  1185/23

**'**

'15 [3]  1175/13 1176/8 1177/22
'16 [4]  1175/13 1176/8 1176/8 1186/17
'17 [2]  1175/14 1186/17

**.**

...these [1]  1141/1
.1 [1]  1140/19
.1.1 [1]  1169/17

**0**

012431.1.2.US [1]  1207/19

**1**

1,289,000,000 [1]  1152/4
1.2 billion-dollar [1]  1176/12
1.6 [3]  1193/22 1194/2 1194/7
1.7 [1]  1117/3
1.9 [1]  1117/2
10 [3]  1117/1 1161/12 1173/9
10-4536 [1]  1109/7
10-MD-2179 [1]  1109/4
100 [1]  1183/12
100-dollar [2]  1172/9 1179/14
1036 [1]  1109/16
11 percent [5]  1175/1 1175/5 1175/11 1192/2 1192/8
11.1 billion [1]  1153/10
11.5 billion [1]  1137/11
119 [1]  1133/17
11th [2]  1169/16 1169/23
120 billion [1]  1133/13
126 [1]  1143/5
1287 [1]  1176/15
12th [1]  1196/25
13 [1]  1132/23
13.1 percent [1]  1192/9
13123.39 [1]  1173/13
13123.41 [1]  1131/15
13123.79 [1]  1132/22
13125.1.2 [2]  1185/9 1196/15
13125.1.3 [1]  1196/23
13130 [1]  1180/17
13130.1 [1]  1156/8
14 [5]  1188/9 1198/10 1199/7 1200/24 1208/13
140 [1]  1133/24
14271 [1]  1110/17
143.8 [1]  1133/24
143.8 billion [1]  1133/25
15 [4]  1165/5 1171/20 1178/17 1178/17
15th [1]  1170/20
16.9 billion [1]  1137/11
160 [1]  1133/18
160 billion [1]  1133/15
161 [1]  1133/18
161 1/2 [1]  1133/18
17 [1]  1173/13
18 [1]  1123/21
1960s [1]  1164/23

**2**

2,335 [1]  1199/13
2,335,000,000 [1]  1199/13
2,471,000,000 [1]  1199/13
2.2 billion [1]  1207/24
2.6 billion [1]  1137/11
2.8 billion [1]  1137/11
20 [4]  1109/5 1161/12 1165/3 1177/24
200 [3]  1150/12 1150/14 1150/25
20004 [1]  1110/17
20005 [1]  1111/10
20006 [1]  1111/20

20044 [1]  1110/13
20075 [2]  1190/25 1190/25
2009 [1]  1137/10
2010 [9]  1109/5 1134/4 1134/18 1134/21 1144/25 1148/23 1153/3 1157/7 1153/8
2010/2011 [1]  1153/17
2011 [2]  1153/10 1153/17
2013 [3]  1135/2 1135/13 1137/10
2014 [20]  1132/13 1136/11 1148/22 1152/1 1152/5 1172/2 1175/13 1175/24 1176/19 1177/22 1177/22 1182/7 1197/22 1199/10 1202/9 1202/12 1209/3 1210/2 1210/9 1210/18
2015 [18]  1109/7 1114/2 1117/10 1118/13 1118/18 1121/5 1127/15 1128/10 1129/13 1154/12 1159/14 1163/13 1166/8 1168/20 1169/17 1169/24 1175/24 1176/23
2016 [5]  1169/24 1175/25 1176/7 1176/25 1178/23
2017 [2]  1175/25 1177/2
2018 [8]  1165/22 1172/2 1172/13 1176/11 1177/3 1199/14 1202/9 1202/12
2020 [7]  1111/20 1166/21 1167/5 1167/9 1167/13 1170/23 1171/12
2025 [2]  1118/14 1118/17
2085 [1]  1202/8
2179 [2]  1109/4 1197/8
21st [1]  1182/6
2280 [6]  1200/18 1202/13 1202/16 1202/20 1203/11 1210/25
23 [4]  1109/7 1114/2 1182/6 1182/9
2335 [5]  1200/18 1202/13 1202/16 1202/20 1210/25
233873.1.1 [1]  1167/18
233888 [1]  1166/4
233888.1.1 [1]  1163/5
240 [1]  1182/5
240835 [2]  1188/3 1201/17
240928 [1]  1140/18
241 [2]  1182/6 1210/4
241,000 [1]  1212/14
241,000 barrels [2]  1210/2 1210/7
244143 [1]  1138/23
246898.4.2 [1]  1151/25
2471 [5]  1200/18 1202/13 1202/16 1202/20 1211/1
247631 [1]  1169/6
2496 [1]  1177/2
26 [1]  1183/1
275 [1]  1112/2
283 [1]  1150/21
29 [1]  1165/8

**3**

3 billion [1]  1173/6
3 percent [2]  1197/10 1203/15
3,644,000,000 [1]  1199/14
3.1 billion-dollar [1]  1148/22
3.4 [2]  1194/2 1194/7
3.9 [1]  1173/5
30 [5]  1161/12 1168/8 1182/20 1182/25 1205/13
30 percent [1]  1134/20
30 September 2014 [1]  1152/5
300 [1]  1111/6
300 million-dollar [1]  1178/16
30th [2]  1132/13 1169/1
311 [1]  1119/14
32321 [1]  1152/24
32327 [2]  1136/19 1136/23

**3**

32349 [1]  1208/8
32349.1.1.US [1]  1208/20
32350 [1]  1209/7
32350.1.1.US [1]  1209/23
32351 [1]  1210/14
32351.1.1.US [1]  1210/22
32352 [1]  1211/9
32352.1.1.US [1]  1212/4
32353 [1]  1205/24
324 [1]  1123/21
34017 [1]  1206/7
34453 [1]  1185/16
354 [1]  1185/21
35450 [2]  1166/5 1168/16
35450.1 [1]  1170/2
35454 [1]  1186/12
35455 [1]  1198/18
35457 [1]  1188/3
35459 [2]  1135/15 1135/16
35460 [1]  1179/21
35461 [1]  1203/3
355 [1]  1111/23
3644 [4]  1200/18 1202/13 1202/16
  1211/1
38 billion [4]  1196/16 1199/2 1199/6
  1206/12
38 billion-dollar [2]  1189/12 1203/6
38.1 [1]  1189/14
38.1 billion-dollar [1]  1185/5
3:10 [1]  1213/10
3:15 [1]  1213/10

**4**

4 billion-dollar [1]  1194/10
4-point [1]  1173/5
4.0 [2]  1194/10 1194/14
40 [1]  1135/1
40 billion [2]  1134/1 1145/9
40 billion-dollar [2]  1183/7 1183/9
40-odd [1]  1133/15
4070 [3]  1202/13 1202/16 1211/1
4400 [1]  1111/24
4536 [1]  1109/7

**5**

5 billion-dollar [5]  1153/2 1153/8 1154/4
  1154/11 1154/16
5 million [1]  1154/4
5.5 [1]  1176/13
50 [1]  1183/13
500 [1]  1112/2
5000 [1]  1111/14
504 [1]  1112/3
508 [9]  1197/13 1197/24 1199/24
  1200/10 1200/12 1200/15 1203/11
  1203/13 1211/23
561 [4]  1197/24 1199/24 1200/15
  1203/13
589-7780 [1]  1112/3
590 [2]  1199/25 1200/15
590 million [1]  1197/24
599 [2]  1199/24 1200/15
599 million [1]  1197/24

**6**

6.7 [1]  1176/12
60 billion-dollar [3]  1134/5 1134/7
  1134/23
6019 [2]  1197/17 1199/22
603 [3]  1197/24 1199/24 1200/15
60654 [1]  1111/6

619 [2]  1188/8 1197/15
655 [1]  1188/9 1197/15
66.27 [1]  1171/12
6th [5]  1163/13 1163/21 1166/8 1169/2
  1169/4
6th report [1]  1198/17

**7**

701 [2]  1110/23 1111/14
70130 [2]  1110/23 1112/3
70139 [1]  1111/15
7611 [1]  1110/12
7780 [1]  1112/3

**8**

800 pages [1]  1115/7
85.9 [1]  1192/4
8:00 a.m [1]  1213/20

**9**

9/12/2014 that [1]  1198/16
90071 [1]  1111/24

**A**

A.1.1 [1]  1142/17
a.m [1]  1213/20
ABIGAIL [1]  1110/7
ability [6]  1124/20 1128/17 1155/3
  1159/14 1163/10 1214/15
able [5]  1154/1 1155/19 1195/24 1198/7
  1199/24
about [92]  1115/7 1117/18 1119/25
  1119/25 1122/10 1125/7 1125/20
  1129/1 1129/4 1130/25 1131/1 1131/10
  1132/13 1132/15 1133/3 1133/13
  1133/15 1133/25 1134/1 1134/2 1134/4
  1135/1 1135/17 1136/9 1136/23 1137/2
  1137/6 1138/9 1138/11 1138/24 1139/3
  1139/21 1140/15 1140/23 1141/4
  1141/11 1141/13 1142/2 1142/19
  1143/7 1143/8 1143/16 1144/9 1146/1
  1146/2 1146/20 1147/3 1148/4 1148/15
  1148/24 1150/11 1151/6 1152/17
  1155/3 1157/20 1159/23 1159/25
  1160/14 1162/17 1162/21 1164/8
  1164/24 1165/3 1165/5 1173/15
  1173/16 1174/3 1174/9 1176/9 1176/11
  1176/13 1178/22 1179/11 1179/24
  1184/23 1188/10 1189/2 1190/12
  1190/18 1191/21 1191/22 1192/14
  1192/24 1194/8 1195/1 1196/5 1205/13
  1205/14 1205/15 1206/3 1206/10
  1207/1
above [3]  1129/10 1145/8 1214/17
above-entitled [1]  1214/17
absolutely [5]  1141/19 1141/20 1142/7
  1143/19 1149/6
access [4]  1182/21 1183/5 1183/10
  1183/10
accident [2]  1145/1 1145/5
account [4]  1149/14 1149/14 1205/3
  1205/6
accounted [1]  1135/14
accounting [3]  1147/5 1147/20 1177/19
accounts [1]  1152/14
accrued [1]  1135/13
accurate [1]  1149/23
acquire [1]  1117/11
acronym [1]  1179/24
across [1]  1199/12
act [14]  1117/10 1117/21 1118/2 1118/5
  1119/14 1120/8 1121/4 1144/4 1156/1
  1158/21 1159/2 1184/1 1204/5 1204/22

acting [2]  1149/12 1149/16
action [2]  1144/3
actions [1]  1144/3
activities [2]  1137/3 1149/19
activity [2]  1130/22 1171/9
actor [1]  1204/23
actual [11]  1161/11 1172/13 1175/4
  1176/16 1177/16 1192/5 1195/9
  1195/13 1195/16 1208/5 1210/2
actually [31]  1115/8 1116/15 1122/16
  1124/1 1136/18 1137/5 1139/18
  1146/18 1147/23 1149/25 1151/11
  1165/2 1165/18 1167/20 1188/7 1188/8
  1190/23 1191/1 1191/16 1191/24
  1193/2 1196/6 1197/10 1197/14 1198/7
  1200/22 1202/20 1202/23 1206/22
  1210/18 1212/15
add [5]  1120/15 1132/7 1174/22 1193/5
  1193/10
added [3]  1198/9 1198/9 1203/10
additional [3]  1117/11 1145/8 1205/1
address [2]  1114/24 1131/9
addressed [1]  1162/25
addressing [1]  1119/15
adjusted [1]  1161/9
adjusting [1]  1176/17
adjustment [4]  1195/22 1197/4 1200/1
  1200/2
adjusts [1]  1197/4
admit [1]  1115/17
admitted [1]  1114/18 1115/21
adopting [1]  1192/5 1194/20
advise [1]  1205/2
advising [1]  1204/25
affect [2]  1128/16 1163/24
affected [4]  1119/9 1119/10 1120/20
  1134/12
affecting [1]  1119/11
after [16]  1116/15 1118/13 1118/17
  1160/17 1165/22 1169/4 1171/17
  1173/25 1174/2 1174/5 1176/21
  1176/21 1178/2 1178/2 1184/1 1209/19
afternoon [5]  1109/18 1114/1 1114/8
  1116/9 1116/10
again [39]  1116/7 1122/21 1125/6
  1127/23 1129/6 1130/7 1131/6 1132/21
  1132/23 1134/11 1136/10 1137/21
  1138/4 1140/9 1145/11 1145/25
  1155/15 1155/21 1158/16 1160/1
  1161/21 1168/16 1169/19 1170/7
  1173/21 1177/20 1178/10 1179/15
  1179/15 1180/18 1184/16 1194/3
  1194/16 1197/23 1198/4 1210/16
  1210/17 1211/19 1212/10
against [2]  1143/10 1147/15
agency [1]  1162/1
aggregate [2]  1147/8 1147/9
aggregating [1]  1180/7
ago [4]  1162/21 1164/15 1164/17
  1170/18
agree [22]  1115/9 1117/14 1119/17
  1120/5 1120/7 1122/16 1124/1 1125/13
  1126/23 1142/14 1144/3 1146/7 1179/8
  1180/10 1184/14 1192/1 1192/8 1192/9
  1192/19 1203/4 1204/21 1206/13
agreement [10]  1117/18 1151/21
  1152/18 1152/19 1153/17 1154/20
  1154/25 1155/4 1155/10 1192/19
ahead [9]  1131/24 1141/18 1171/23
  1200/9 1200/9 1205/18 1205/19
  1205/22 1211/25
aided [1]  1112/8
akin [2]  1150/14 1151/1

A

all [50]  1114/6 1114/7 1114/17 1115/10
1115/11 1115/25 1116/21 1118/17
1119/25 1125/13 1131/8 1136/3
1136/10 1138/2 1141/15 1142/4
1142/14 1143/23 1144/2 1144/16
1149/19 1149/19 1162/9 1162/15
1162/19 1165/7 1166/13 1166/21
1168/2 1168/18 1173/24 1174/21
1174/24 1175/11 1180/5 1187/4
1187/22 1189/9 1191/1 1191/13
1191/19 1192/6 1192/23 1194/4 1201/8
1213/9 1213/10 1213/16 1214/7 1214/9
ALLAN [1]  1110/21
allow [3]  1124/25 1138/15 1204/7
allowed [3]  1153/19 1154/12 1155/9
almost [2]  1122/22 1191/13
along [1]  1198/13
already [6]  1118/22 1119/2 1135/14
1159/8 1159/23 1182/15
also [22]  1114/19 1115/15 1130/10
1130/15 1131/1 1135/5 1138/6 1142/19
1143/2 1145/19 1156/7 1158/6 1162/21
1163/23 1176/4 1176/9 1178/1 1189/20
1198/20 1201/1 1204/9 1213/14
Alston [1]  1156/11
although [3]  1156/9 1180/5 1180/18
always [5]  1157/1 1157/2 1157/5 1160/4
1169/7
am [2]  1141/12 1202/6
AMANT [1]  1110/22
AMERICA [6]  1109/8 1110/3 1150/12
1151/22 1152/6 1177/12
American [1]  1149/19
amongst [1]  1180/23
amortization [1]  1124/22
amount [20]  1117/9 1118/7 1120/12
1120/16 1130/10 1130/14 1130/20
1131/1 1137/15 1144/24 1145/12
1145/17 1154/3 1154/4 1156/2 1158/22
1159/3 1159/22 1195/20 1204/6
amounts [2]  1177/6 1197/9
ANADARKO [10]  1109/11 1109/12
1111/17 1134/24 1135/1 1145/14
1159/24 1190/12 1190/15 1190/17
Anadarko's [2]  1145/11 1190/11
analogous [1]  1166/14
analyses [3]  1162/7 1204/1 1204/15
analysis [53]  1118/24 1127/14 1136/16
1138/12 1138/19 1140/10 1141/25
1142/4 1144/9 1146/17 1146/24 1147/2
1147/4 1147/6 1147/11 1147/14 1155/1
1156/15 1157/9 1157/22 1158/1
1158/18 1159/18 1164/23 1165/16
1165/21 1166/12 1166/19 1169/3
1177/20 1178/18 1178/25 1184/5
1184/16 1184/19 1185/3 1187/8
1187/16 1187/20 1187/22 1188/2
1188/4 1189/8 1189/20 1190/3 1190/4
1191/9 1194/24 1195/9 1203/19
1204/18 1206/11 1207/7
analyst [1]  1170/9
analysts [1]  1166/24
analyze [3]  1127/21 1191/7 1196/13
analyzed [2]  1153/3 1177/23
analyzing [3]  1187/25 1200/1 1200/2
ANDRE [1]  1110/7
ANDREW [1]  1111/3
Angeles [1]  1111/24
annual [2]  1142/19 1143/2
another [12]  1124/17 1137/5 1137/19
1167/6 1167/25 1168/15 1171/12
1178/18 1191/7 1191/7 1200/17
1200/20 1201/8 1202/16 1205/24
answer [22]  1122/12 1123/25 1124/6
1124/7 1124/12 1125/22 1128/20
1141/17 1148/18 1148/19 1150/24
1151/3 1151/8 1159/7 1160/9 1171/5
1171/6 1171/22 1178/8 1182/8 1200/5
1203/5
answered [2]  1146/9 1160/9
answers [1]  1160/2
anticipated [1]  1176/10
any [46]  1114/15 1114/22 1115/18
1117/8 1117/14 1117/17 1121/7
1121/10 1121/12 1121/17 1125/17
1127/14 1130/4 1135/24 1136/5
1143/18 1144/12 1144/13 1145/17
1149/3 1159/18 1159/18 1164/18
1166/13 1173/10 1179/2 1181/20
1184/20 1184/20 1186/5 1191/21
1192/25 1193/5 1193/10 1193/24
1195/2 1195/2 1195/2 1195/7 1195/9
1205/4 1207/3 1207/4 1212/25 1213/4
1213/10
anybody [3]  1157/14 1164/22 1178/3
anyone [1]  1214/6
anything [8]  1122/22 1157/3 1160/14
1193/7 1199/20 1204/6 1213/16 1214/6
anyways [1]  1182/1
appear [2]  1202/15 1202/17
Appearances [3]  1110/1 1111/1 1112/1
apples [2]  1138/15 1138/15
apples-to-apples [1]  1138/15
applied [3]  1190/8 1190/10
appreciate [1]  1147/22
approach [9]  1116/8 1133/23 1165/25
1180/2 1180/6 1180/10 1180/11
1180/24 1192/22
appropriate [5]  1141/6 1193/18 1193/20
1193/23 1194/5
approximately [3]  1115/6 1137/13
1172/21
APRIL [1]  1109/5
arbitrary [4]  1143/12 1154/4 1154/8
1154/17
are [81]  1114/17 1115/6 1115/20
1120/14 1123/13 1124/16 1125/13
1127/6 1127/6 1127/7 1127/11 1127/11
1127/24 1127/25 1128/1 1128/3
1128/22 1130/4 1135/11 1139/6
1141/23 1143/20 1143/23 1144/12
1145/7 1150/7 1151/5 1153/25 1154/10
1154/25 1154/25 1155/3 1155/5
1155/20 1158/1 1160/7 1161/2 1161/14
1161/15 1162/9 1164/7 1164/21
1166/24 1169/14 1170/7 1171/3 1171/8
1174/12 1174/24 1175/12 1177/10
1178/7 1178/8 1178/10 1179/2 1179/14
1181/4 1181/10 1183/4 1184/21 1188/1
1188/19 1193/11 1195/20 1196/11
1196/12 1197/20 1197/23 1198/15
1199/16 1200/10 1200/19 1201/5
1202/15 1202/24 1204/1 1204/10
1205/3 1207/23 1208/4 1210/10
areas [1]  1192/19
aren't [2]  1186/7 1186/21
argumentative [1]  1171/7
arising [2]  1144/25 1145/5
around [2]  1134/25 1165/5
arranged [2]  1120/20 1148/22
arrive [2]  1187/4 1196/16
arrived [1]  1185/23
article [4]  1167/15 1167/20 1167/25
1169/22
articles [1]  1168/1
artic[...] [1]  1168/4 1116/19
1117/6 1117/24 1117/24 1118/9
1121/17 1124/7 1125/1 1125/10 1127/1
1127/8 1128/10 1128/12 1129/2
1129/25 1131/18 1131/22 1132/11
1132/14 1133/24 1134/24 1135/15
1136/22 1138/10 1138/10 1139/10
1144/9 1145/4 1145/13 1147/19 1148/4
1149/16 1150/11 1150/19 1151/1
1151/13 1151/24 1152/4 1152/13
1153/10 1154/24 1155/4 1155/6
1155/16 1155/16 1156/7 1156/18
1158/18 1159/19 1162/15 1166/12
1166/18 1169/16 1169/23 1170/19
1170/20 1171/2 1173/7 1174/2 1174/2
1177/18 1179/21 1180/23 1183/24
1184/19 1186/25 1187/13 1187/24
1189/6 1189/20 1190/7 1191/19
1194/23 1201/11 1201/16 1203/3
1204/22 1204/25 1205/4 1208/5
1208/12
ascribe [3]  1134/24 1188/18 1204/19
ask [13]  1115/17 1123/24 1125/23
1139/2 1150/23 1153/25 1159/11
1160/7 1173/16 1175/8 1182/8 1188/10
1192/24
asked [7]  1115/7 1115/8 1122/9
1124/11 1159/5 1182/2 1183/25
asking [11]  1119/23 1125/24 1129/19
1148/14 1150/3 1154/10 1155/20
1164/12 1173/24 1178/22 1206/23
assess [2]  1131/4 1161/14
assessed [2]  1158/13 1188/19
assessment [3]  1119/18 1159/14 1174/4
asset [19]  1109/13 1121/13 1121/22
1123/7 1125/17 1126/1 1126/3 1126/17
1126/19 1126/24 1127/9 1185/2 1189/4
1189/4 1189/5 1196/18 1196/21 1199/1
1199/2
assets [35]  1121/12 1124/15 1124/20
1124/21 1124/24 1125/8 1125/13
1125/16 1127/4 1127/8 1127/24
1128/21 1129/2 1129/9 1137/7 1137/12
1137/15 1145/21 1145/25 1146/2
1146/5 1146/23 1147/25 1148/1 1148/2
1184/15 1184/18 1186/7 1186/20
1186/21 1187/16 1189/11 1195/3
1199/5 1199/7
assignment [1]  1157/10
associated [1]  1149/21
assume [8]  1133/5 1133/8 1154/11
1154/14 1155/10 1155/21 1172/8
1173/6
assumed [2]  1172/6 1178/11
assumes [1]  1178/3
assumption [11]  1133/8 1154/1 1154/13
1155/23 1159/15 1172/20 1172/24
1178/14 1178/15 1178/18 1178/19
assumptions [6]  1122/17 1131/6 1141/4
1143/12 1172/25 1173/9
attempt [2]  1141/1 1198/10
attorney [1]  1129/17
attorneys [1]  1156/10
attribute [1]  1201/5
attributed [2]  1187/23 1189/1
attributes [1]  1189/16
August [1]  1163/20
Austin [2]  1114/20 1115/3
available [5]  1117/15 1121/8 1125/9
1127/24 1140/24
Avenue [1]  1111/23
average [2]  1140/2 1170/9

averaged [1]  1170/7
aware [1]  1128/22
away [1]  1161/19

# B

back [9]  1135/16 1148/23 1160/1
1160/5 1168/16 1193/5 1193/10
1199/15 1202/14
backup [2]  1212/25 1213/4
bad [1]  1177/20
balance [10]  1118/23 1119/10 1135/18
1135/24 1136/6 1138/5 1145/19 1153/7
1195/25 1196/3
balances [5]  1150/12 1150/13 1150/14
1151/1 1153/13
bank [3]  1148/4 1149/12 1150/5
bank's [1]  1149/14
banking [1]  1149/19
bankrupt [1]  1158/5
bankruptcy [1]  1157/7
banks [1]  1150/5
BARBIER [3]  1109/19 1158/19 1174/14
barrel [18]  1165/4 1165/5 1166/22
1167/5 1168/4 1170/23 1172/7 1172/9
1179/14 1201/9 1202/22 1209/4 1209/5
1209/16 1210/1 1210/6 1211/3 1212/13
barrels [7]  1201/10 1202/25 1208/25
1209/1 1209/20 1210/2 1210/7
base [1]  1126/24
based [15]  1129/6 1140/12 1143/12
1144/12 1144/16 1154/19 1163/25
1164/1 1164/1 1166/12 1173/10
1180/12 1180/21 1189/25 1192/2
basically [2]  1124/13 1152/12
basis [6]  1141/6 1143/4 1180/23 1196/8
1209/5 1210/3
Bates [2]  1197/9 1197/15
be [110]
because [35]  1118/24 1121/16 1121/24
1124/20 1126/10 1130/23 1135/5
1135/10 1135/17 1135/23 1139/24
1142/3 1143/11 1146/10 1149/23
1155/8 1155/9 1155/20 1158/2 1160/4
1167/25 1168/23 1168/25 1172/8
1180/12 1182/19 1189/16 1192/6
1192/11 1196/9 1196/9 1200/25 1201/7
1202/25 1204/8
become [1]  1128/9
been [21]  1115/6 1115/16 1116/1
1117/3 1128/15 1130/4 1132/1 1134/11
1134/17 1136/2 1138/17 1144/25
1145/4 1153/6 1156/7 1157/7 1158/5
1158/13 1163/22 1164/12 1208/5
before [23]  1109/19 1115/9 1118/9
1133/17 1135/13 1136/18 1137/2
1141/13 1143/15 1152/2 1154/23
1155/9 1167/3 1174/2 1179/16 1187/13
1191/15 1191/20 1194/25 1198/25
1208/12 1211/11 1213/10
beginning [1]  1213/20
behalf [3]  1115/15 1151/13 1152/13
behind [3]  1168/22 1185/15 1185/18
being [4]  1136/5 1162/19 1182/2
1196/20
believe [25]  1117/25 1123/6 1123/15
1125/4 1127/2 1127/3 1127/15 1127/20
1132/13 1135/19 1138/24 1141/3
1144/17 1144/20 1146/4 1148/2
1152/19 1158/20 1159/1 1173/24
1177/5 1179/3 1179/7 1206/7 1206/15
benchmark [2]  1166/12 1183/22

benefit [3]  1144/8 1164/6 1194/4
besides [1]  1116/21
best [12]  1127/23 1142/6 1144/4
1144/10 1155/23 1156/23 1157/1
1157/2 1157/3 1157/5 1180/11 1214/15
better [1]  1135/25
between [10]  1121/20 1125/3 1143/25
1146/16 1146/19 1148/16 1151/6
1160/13 1161/2 1195/19
beyond [2]  1118/10 1122/25
bigger [3]  1146/15 1146/16 1202/6
bill [2]  1151/13 1152/13
billion [59]  1127/3 1130/5 1133/13
1133/15 1133/15 1133/21 1133/22
1133/25 1134/1 1134/4 1134/4 1134/5
1134/7 1134/16 1134/23 1134/25
1135/1 1137/1 1137/11 1137/11
1137/11 1137/12 1137/17 1143/3
1145/3 1145/9 1148/22 1152/20 1153/2
1153/7 1153/8 1153/10 1153/10 1154/2
1154/4 1154/7 1154/8 1154/11 1154/16
1172/21 1173/6 1176/4 1176/8 1176/12
1182/21 1183/7 1183/9 1185/5 1186/9
1189/10 1189/12 1194/10 1194/14
1196/16 1199/2 1199/6 1203/6 1206/12
1207/24
billion-dollar [2]  1133/15 1194/14
billions [2]  1130/25 1131/2
bills [1]  1152/15
Bingham [1]  1111/18
Bird [1]  1156/11
bit [8]  1122/9 1133/1 1138/17 1145/8
1146/13 1161/23 1187/13 1211/2
blow [1]  1210/20
blowup [1]  1208/24
Bockius [1]  1111/22
BOE [3]  1208/25 1209/15 1210/1
Boesch [1]  1114/14
bond [1]  1129/5
bonds [1]  1131/7
book [16]  1145/21 1145/23 1146/4
1146/4 1146/7 1146/16 1146/19
1147/15 1156/5 1156/10 1156/16
1156/21 1156/24 1157/14 1157/17
1180/16
books [5]  1149/10 1151/7 1151/14
1151/23 1178/17
borrow [4]  1130/15 1135/23 1153/16
1153/20
borrowing [2]  1151/21 1152/20
borrows [1]  1148/7
both [4]  1131/5 1151/21 1187/7 1199/16
bottom [1]  1208/16
Box [2]  1110/12 1110/17
BP [45]  1109/10 1111/2 1115/15
1115/16 1116/7 1117/9 1126/9 1131/10
1131/11 1131/12 1132/12 1132/18
1133/16 1133/16 1134/17 1134/21
1135/18 1136/6 1136/19 1138/3
1142/23 1143/2 1143/7 1143/10
1143/15 1143/20 1144/4 1144/8
1148/13 1150/12 1151/22 1152/6
1152/10 1158/19 1158/20 1159/1
1163/9 1177/11 1177/12 1179/10
1190/7 1197/8 1204/22 1204/25 1205/2
BP America [1]  1177/12
BP Company [1]  1152/10
BP Group [4]  1158/20 1159/1 1204/22
1205/2
BP p.l.c [8]  1131/10 1131/11 1133/16
1134/21 1136/6 1136/19 1138/3
1143/20
BP p.l.c. p.l.c [1]  1144/8

BP p.l.c.'s [6]  1131/12 1132/12 1132/18
1132/19 1141/14 1143/19
BP's [4]  1142/19 1190/19 1208/5 1213/5
BP-HZ-2179 [1]  1197/8
BPA [1]  1177/11
BPX [5]  1145/19 1147/4 1148/3 1148/7
1158/19
BPXP [105]  1117/9 1117/10 1117/14
1117/22 1118/1 1118/4 1118/14 1119/9
1119/11 1120/9 1120/12 1121/4 1121/8
1121/13 1121/18 1122/15 1122/19
1123/4 1125/4 1125/7 1125/17 1126/7
1126/24 1127/3 1127/15 1127/20
1129/12 1130/8 1130/17 1131/5
1131/11 1143/20 1144/13 1144/17
1144/21 1144/23 1144/25 1145/4
1145/12 1145/23 1148/4 1148/16
1149/8 1149/25 1150/4 1152/20
1153/16 1153/19 1154/1 1155/8 1156/3
1158/10 1158/13 1158/15 1158/21
1159/2 1162/16 1163/10 1174/24
1175/13 1175/16 1175/20 1176/4
1176/16 1177/5 1177/9 1177/13
1177/17 1178/8 1179/8 1179/10 1181/7
1181/11 1181/14 1181/18 1182/10
1184/1 1184/11 1187/16 1189/12
1189/15 1189/18 1190/8 1190/15
1190/18 1190/19 1190/22 1192/3
1192/10 1192/12 1192/21 1192/25
1195/14 1195/19 1195/25 1196/3
1203/23 1204/4 1204/7 1205/2 1206/16
1206/22 1207/3 1207/5 1207/10
BPXP's [18]  1119/1 1119/4 1120/23
1125/13 1129/2 1129/9 1130/9 1130/18
1149/9 1151/18 1151/23 1159/14
1162/12 1176/18 1178/9 1192/1
1195/10 1195/17
Branch [1]  1110/15
brand [1]  1195/7
BRANDON [2]  1110/9 1114/12
BRANSCOME [1]  1111/9
brass [1]  1118/12
Brent [4]  1166/12 1166/14 1166/15
1170/8
brief [1]  1114/9
bring [6]  1125/8 1131/18 1136/17
1150/21 1182/3 1182/5
broad [2]  1160/3 1175/15
broader [2]  1155/13 1187/14
BROCK [1]  1111/9
brought [2]  1116/12 1116/18
Bucknall's [1]  1172/17
bucks [1]  1165/3
build [1]  1132/6
bundles [1]  1213/14
business [17]  1118/21 1125/14 1125/16
1125/21 1126/2 1126/3 1126/18 1130/9
1130/14 1138/23 1140/25 1162/12
1162/20 1181/5 1189/12 1189/15
1194/16
businesses [6]  1137/7 1137/12 1137/16
1137/22 1137/23 1137/24
but I [1]  1159/5
buying [1]  1170/23

# C

calculate [3]  1132/17 1133/7 1210/9
calculated [1]  1132/12
calculating [1]  1146/11
calculation [8]  1117/8 1131/18 1139/11
1140/13 1173/19 1183/21 1201/9
1206/15
calculations [3]  1132/22 1132/24 1162/1

calculator [1]  1175/6
California [1]  1111/24
call [14]  1133/21 1150/19 1156/13
  1165/13 1174/3 1177/7 1181/1 1189/17
  1194/3 1198/21 1199/22 1207/18
  1207/21 1207/22
call-out [3]  1156/13 1207/21 1207/22
called [7]  1131/19 1156/15 1168/4
  1168/8 1169/9 1180/2 1209/14
calling [2]  1187/11 1202/16
calls [3]  1119/20 1148/10 1188/15
came [5]  1155/16 1198/5 1206/14
  1212/15 1212/21
Camp [1]  1110/23
can [55]  1120/12 1125/17 1125/19
  1125/22 1125/22 1125/25 1131/22
  1131/22 1132/17 1133/10 1141/22
  1142/6 1142/10 1142/14 1145/2
  1148/19 1152/17 1158/10 1158/15
  1158/23 1158/24 1159/12 1164/24
  1167/2 1167/8 1171/5 1171/6 1174/18
  1174/21 1175/10 1185/22 1186/17
  1186/25 1192/1 1196/3 1196/5 1197/18
  1197/18 1198/13 1198/23 1199/8
  1200/4 1202/6 1202/21 1203/6 1204/20
  1206/7 1207/11 1207/14 1207/15
  1207/17 1208/10 1210/8 1210/20
  1211/18
can't [9]  1121/17 1121/24 1121/24
  1126/9 1156/9 1158/4 1160/3 1160/14
  1198/4
CAPEX [15]  1130/17 1130/24 1137/22
  1162/18 1173/25 1174/2 1174/4 1174/6
  1176/21 1178/2 1178/2 1179/19
  1196/20 1201/6 1202/23
capital [29]  1127/12 1127/25 1128/1
  1128/23 1128/25 1152/10 1152/11
  1152/16 1156/3 1186/3 1187/1 1187/3
  1193/4 1193/6 1193/9 1193/10 1193/14
  1193/17 1194/3 1194/5 1194/8 1201/1
  1201/13 1201/17 1201/19 1201/25
  1202/5 1202/11 1204/9
capitalized [1]  1183/20
Captain [1]  1214/1
captured [1]  1188/1
CARL [1]  1109/19
carrying [1]  1130/15
case [10]  1116/22 1128/7 1146/22
  1153/19 1165/18 1170/11 1170/15
  1185/23 1207/4 1213/13
CASEY [3]  1110/6 1205/9 1208/11
cash [57]  1117/15 1117/17 1117/22
  1122/25 1123/7 1123/10 1124/20
  1124/25 1125/7 1135/18 1135/23
  1136/6 1136/19 1136/24 1137/2
  1137/20 1138/5 1142/2 1143/8 1145/19
  1146/1 1147/7 1147/10 1147/12
  1147/15 1150/9 1158/1 1162/15
  1172/10 1172/20 1172/22 1173/2
  1173/19 1173/25 1174/1 1174/4 1174/5
  1174/7 1174/9 1174/12 1174/24
  1175/12 1176/11 1176/12 1176/16
  1176/18 1177/7 1177/13 1177/16
  1177/24 1178/9 1178/10 1179/16
  1179/25 1180/8 1180/12 1180/13
category [1]  1188/22
cause [1]  1123/8 1162/20
causing [1]  1163/11
cautions [1]  1143/10
centralized [1]  1150/9
cents [1]  1165/8

certain [4]  1137/24 1187/16 1188/1
  1189/9
certainly [2]  1126/1 1153/25
CERTIFICATE [1]  1214/11
certify [1]  1214/14
cetera [1]  1207/25
CFR [1]  1187/13
chain [1]  1149/24
CHAKERES [1]  1110/9
challenge [3]  1129/24 1193/24 1194/14
challenged [2]  1190/6 1190/10
challenging [1]  1147/3
change [14]  1130/20 1140/9 1154/3
  1156/3 1157/9 1162/25 1163/2 1163/2
  1163/9 1163/15 1164/3 1164/5 1176/17
  1179/23
changes [6]  1116/11 1116/14 1116/15
  1116/18 1116/21 1117/5
channels [1]  1155/19
Charles [9]  1207/18 1208/8 1208/19
  1209/6 1209/22 1210/13 1210/21
  1211/9 1212/3
chart [27]  1131/17 1131/21 1132/10
  1132/16 1133/3 1152/24 1161/13
  1164/24 1166/10 1166/16 1167/3
  1170/6 1170/25 1174/13 1174/20
  1174/21 1178/5 1178/6 1178/7 1179/2
  1198/15 1199/8 1202/14 1206/4 1208/2
  1210/11 1212/9
charts [1]  1187/2
check [2]  1149/13 1149/13
Chicago [1]  1111/6
chief [1]  1213/13
circumstance [1]  1128/18
circumstances [2]  1122/18 1124/3
cite [5]  1167/5 1167/21 1167/23
  1168/20 1197/8
cited [4]  1169/13 1170/9 1172/18
  1184/19
Civil [2]  1109/4 1110/15
claimants [1]  1129/15
claims [4]  1129/15 1129/15 1129/16
  1203/24
Clapp's [1]  1115/16
clarification [1]  1166/11
clarity [1]  1182/5
Clean [12]  1117/10 1117/21 1118/2
  1118/5 1119/14 1120/8 1121/4 1156/1
  1158/21 1159/2 1184/1 1204/5
cleanup [3]  1136/4 1137/25 1154/22
clear [6]  1122/5 1135/17 1154/10
  1204/4 1209/23 1211/18
clearer [1]  1159/6
clearly [3]  1156/2 1201/10 1210/20
clears [1]  1149/13
client [1]  1169/14
CME [1]  1171/18
coauthors [1]  1156/10
combinations [1]  1122/2
combine [1]  1131/5
come [7]  1122/1 1131/19 1133/21
  1135/16 1191/13 1191/14 1200/8
comfortable [3]  1192/5 1192/14 1192/18
coming [5]  1159/15 1178/8 1197/14
  1200/11 1202/18
comment [1]  1138/17
commercial [1]  1188/16
commodities [2]  1161/22 1171/14
common [2]  1126/20 1143/23
companies [11]  1135/11 1138/13
  1140/25 1141/22 1141/22 1149/15
  1150/7 1157/6 1158/15 1180/21
  1180/24

company [49]  1119/11 1123/9 1128/2
  1128/5 1131/20 1131/22 1132/6
  1133/21 1134/10 1135/2 1139/12
  1139/13 1142/1 1142/3 1143/4 1144/1
  1144/4 1150/8 1150/12 1150/12
  1150/14 1150/25 1151/22 1152/6
  1152/10 1155/15 1155/25 1157/8
  1157/22 1158/4 1159/9 1160/15
  1160/16 1164/1 1172/11 1180/7
  1180/12 1180/13 1182/19 1182/20
  1183/8 1183/9 1183/13 1183/13
  1187/24 1189/5 1189/7 1189/19 1193/5
company 200 [1]  1150/25
company's [3]  1118/23 1132/12 1140/24
comparability [1]  1143/13
comparable [1]  1140/23
compare [3]  1134/3 1140/25 1141/21
compared [1]  1191/2
comparing [2]  1197/5 1200/11
comparison [6]  1147/14 1147/24 1197/3
  1197/5 1206/5 1206/10
comparisons [1]  1138/15
compel [1]  1158/15
complicated [2]  1161/23 1162/1
computer [1]  1112/8
computer-aided [1]  1112/8
concept [1]  1118/20
conceptual [1]  1159/20
concerned [1]  1151/6
conclusion [3]  1119/21 1129/20 1148/11
condition [1]  1129/2
confirmation [1]  1157/21
confirmed [1]  1179/13
conflicting [1]  1212/10
consensus [1]  1168/12
conservative [1]  1173/7
considered [1]  1180/11
considering [1]  1136/12
consistent [1]  1120/10
consolidated [2]  1143/4 1149/20
constant [1]  1162/15
consumed [1]  1123/10
consumption [1]  1160/24
contingent [13]  1129/10 1179/2 1179/4
  1179/5 1179/8 1179/9 1179/11 1203/18
  1203/20 1203/24 1204/12 1204/19
  1205/4
continue [1]  1115/11
contract [1]  1178/21
contradicted [1]  1141/15
conversation [1]  1162/17
copy [1]  1157/14
core [9]  1125/13 1125/15 1125/16
  1125/17 1125/21 1126/1 1126/2
  1126/17 1126/19
corner [5]  1176/14 1200/16 1208/23
  1208/25 1210/19
corporate [1]  1144/13
CORPORATION [2]  1109/12 1111/18
correct [220]
corrected [1]  1147/19
correctly [4]  1137/13 1140/21 1141/7
  1194/22
cost [12]  1137/25 1143/13 1144/8
  1186/1 1186/3 1187/3 1187/4 1211/3
  1211/5 1212/12 1212/12 1212/13
costs [21]  1130/11 1130/15 1141/5
  1145/4 1145/8 1153/18 1179/19
  1186/17 1187/1 1187/1 1199/9 1207/12
  1207/23 1208/4 1208/5 1208/6 1209/16
  1210/9 1210/10 1211/14 1212/16
could [71]  1114/10 1117/10 1118/4
  1120/21 1120/24 1120/25 1121/4

## C

could... [64] 1121/25 1122/24 1123/2
1123/5 1123/20 1124/8 1125/7 1126/17
1127/3 1127/15 1127/20 1129/5 1129/5
1129/6 1131/15 1132/20 1133/4
1135/16 1136/20 1140/18 1141/5
1152/23 1154/8 1155/7 1156/12
1158/17 1159/4 1159/6 1159/7 1159/9
1160/4 1161/16 1161/19 1163/5 1169/6
1169/16 1170/2 1171/3 1175/3 1185/21
1186/11 1189/2 1189/17 1191/2
1191/16 1191/17 1193/21 1198/12
1199/12 1199/15 1200/14 1201/18
1202/12 1204/4 1205/24 1206/7
1210/13 1210/21 1210/22 1211/9
1211/11 1212/3 1212/4 1212/6
couldn't [3] 1123/1 1158/17 1182/1
couple [4] 1147/4 1205/10 1205/11
1205/21
course [2] 1140/3 1165/8
court [28] 1109/1 1112/2 1114/4
1118/12 1130/2 1145/20 1150/13
1154/10 1158/25 1182/24 1183/2
1183/5 1183/18 1183/23 1184/23
1185/14 1186/12 1207/11 1208/10
1209/9 1209/23 1210/20 1210/24
1211/11 1212/6 1214/12 1214/13
1214/21
cousin [1] 1151/10
covenants [1] 1127/18
cover [3] 1115/4 1153/18 1193/3
covered [2] 1116/23 1116/24
Cox [1] 1214/5
creates [1] 1146/12
creating [1] 1127/4
credit [14] 1117/16 1128/5 1150/15
1150/20 1151/1 1151/9 1151/9 1151/10
1151/11 1151/11 1154/11 1154/16
1154/20 1156/9
criminal [1] 1175/20
criticism [2] 1147/14 1191/22
criticisms [2] 1147/18 1190/9
criticize [2] 1165/13 1191/1
criticizing [1] 1192/16
cross [4] 1115/24 1116/5 1116/8
1213/15
cross-examination [4] 1115/24 1116/5
1116/8 1213/15
cumulative [1] 1171/13
cure [1] 1159/12
current [4] 1130/21 1132/18 1140/11
1156/3
currently [2] 1117/14 1145/13
CWA [1] 1163/10
CYNTHIA [1] 1110/22

## D

D-32321 [1] 1152/24
D-32327 [2] 1136/19 1136/23
D-32349 [1] 1208/8
D-32349.1.1.US [1] 1208/20
D-32350 [1] 1209/7
D-32350.1.1.US [1] 1209/23
D-32351 [1] 1210/14
D-32351.1.1.US [1] 1210/22
D-32352 [1] 1211/9
D-32352.1.1.US [1] 1212/4
D-32353 [1] 1205/24
D-34017 [1] 1206/7
D-34017-A [1] 1191/17
D-34453 [1] 1185/16
D-354 [1] 1185/21

D-35450 [2] 1166/5 1168/16
D-35454 [1] 1186/12
D-35455 [1] 1198/18
D-35457 [1] 1188/3
D-35459 [2] 1135/15 1135/16
D-35460 [1] 1179/21
D-35461 [1] 1203/3
D.C [4] 1110/13 1110/17 1111/10
1111/20
dangerous [1] 1175/9
DANIELLE [1] 1110/12
data [3] 1167/25 1207/8 1207/9
day [12] 1109/18 1117/21 1161/5
1171/9 1171/15 1171/19 1209/21
1210/3 1210/7 1210/8 1213/11 1214/4
day's [1] 1171/9
days [2] 1169/2 1210/8
DCF [2] 1143/3 1179/24
dealing [4] 1127/23 1157/6 1177/15
1182/18
debt [29] 1120/19 1121/7 1122/10
1124/16 1128/2 1129/6 1130/8 1130/10
1130/18 1130/25 1132/4 1132/4 1132/7
1133/9 1135/16 1135/20 1136/2 1136/7
1136/10 1155/15 1155/16 1191/23
1192/25 1193/14 1193/19 1193/21
1193/23 1194/2 1194/7
debts [1] 1194/18
December [2] 1169/1 1170/20
December 29th and [1] 1170/20
December 30th [1] 1169/1
decision [2] 1144/8 1159/8
decisions [1] 1144/7
decline [18] 1128/12 1128/16 1133/11
1133/16 1134/7 1134/12 1160/11
1160/13 1160/17 1162/15 1162/16
1162/20 1163/8 1163/18 1163/22
1163/25 1164/1 1164/4 1192/6
declines [2] 1160/4 1162/22
deduct [8] 1132/4 1193/7 1193/12
1193/18 1193/20 1193/21 1193/23
1194/6
deduction [9] 1191/22 1192/2 1192/2
1192/25 1194/10 1194/12 1194/14
1194/15 1194/20
deductions [1] 1191/21
deducts [1] 1194/22
deep [2] 1202/5 1209/19
deeper [1] 1126/23
DEEPWATER [3] 1109/4 1109/15
1109/15
defer [2] 1115/10 1130/17
deferred [2] 1162/18 1179/19
define [2] 1118/9 1131/22
definitely [1] 1128/16
definition [3] 1161/6 1187/10 1187/14
definitions [1] 1187/9
demonstrative [1] 1170/6
Den [25] 1147/14 1154/7 1165/12
1165/25 1166/12 1166/18 1168/11
1170/16 1184/8 1184/20 1189/14
1192/4 1194/22 1195/12 1195/16
1195/21 1197/4 1197/23 1197/25
1199/25 1200/12 1203/19 1211/5
1211/23 1212/9
department [3] 1110/4 1110/14 1188/22
depend [4] 1120/16 1120/17 1120/17
1204/9
dependent [1] 1124/4
depending [3] 1122/19 1123/3 1124/9
depends [6] 1118/19 1120/11 1122/21
1124/14 1148/13 1192/6

depleting [1] 1160/22
deposition [14] 1116/12 1116/16
1122/10 1123/21 1126/6 1129/25
1146/10 1150/21 1172/17 1182/3
1182/6 1193/2 1193/4 1196/10
depositions [1] 1172/14
depth [3] 1171/16 1171/16 1171/17
described [2] 1116/19 1144/9
detail [9] 1173/2 1184/23 1184/24
1185/2 1185/14 1185/18 1196/2
1212/25 1213/4
detailed [3] 1192/24 1197/11 1198/9
determination [1] 1146/8
determine [5] 1120/22 1127/9 1191/5
1198/7 1204/6
determined [1] 1180/7
determining [1] 1180/11
developed [4] 1122/17 1124/2 1127/19
1184/20
Diane [1] 1114/20
did [62] 1117/2 1117/11 1121/3 1121/6
1121/7 1121/10 1121/12 1122/15
1122/16 1123/24 1123/24 1124/1
1124/6 1124/11 1133/2 1137/9 1137/13
1137/14 1138/9 1139/19 1141/7 1141/9
1141/19 1142/7 1147/17 1150/2
1150/23 1150/24 1153/16 1156/5
1156/6 1157/22 1164/14 1165/18
1168/11 1168/25 1171/7 1171/10
1172/20 1172/24 1174/12 1179/4
1181/7 1182/8 1182/15 1189/9 1189/23
1191/12 1192/4 1192/13 1193/2
1194/19 1194/20 1196/15 1197/11
1197/21 1199/20 1204/6 1204/8
1206/21 1212/25 1213/4
didn't [38] 1122/5 1125/9 1129/24
1130/1 1130/7 1137/6 1137/8 1138/9
1139/17 1147/15 1148/2 1157/1 1157/3
1158/16 1158/16 1166/13 1168/24
1172/8 1172/17 1173/1 1173/2 1173/7
1174/2 1179/5 1182/1 1182/17 1188/12
1188/12 1189/8 1191/21 1194/13
1196/7 1196/7 1196/8 1200/19 1204/13
1204/13 1204/14
differ [1] 1197/9
difference [4] 1133/20 1160/8 1161/2
1203/15
different [21] 1121/20 1122/1 1126/3
1130/23 1131/6 1140/25 1158/2
1161/21 1161/21 1166/24 1175/3
1178/14 1180/19 1183/12 1187/10
1188/7 1192/6 1199/17 1211/3 1212/11
1212/11
difficult [2] 1128/9 1128/14
diligence [4] 1184/7 1184/12 1196/5
1196/6
direct [16] 1117/19 1133/2 1135/19
1136/23 1137/8 1138/9 1139/5 1139/18
1148/16 1152/25 1159/23 1176/13
1179/4 1187/15 1191/22 1192/15
directing [1] 1145/20
direction [1] 1140/8
disagree [4] 1143/18 1190/2 1193/2
1206/14
disagreement [2] 1193/1 1203/20
disclosure [1] 1179/11
disclosures [1] 1141/3
discounted [6] 1143/5 1143/5 1143/8
1147/7 1147/15 1179/24
discovered [1] 1188/15
discovery [2] 1188/6 1188/21
discretionary [1] 1178/3

**D**

discuss [1] 1174/13
discussed [1] 1131/12
discussing [1] 1199/17
discussion [3] 1140/9 1182/4 1206/3
displayed [1] 1115/3
disposal [1] 1137/7
disposals [2] 1137/12 1137/15
dispute [2] 1195/16 1195/19
DISTRICT [5] 1109/1 1109/2 1109/20
 1214/13 1214/13
divest [2] 1126/10 1126/17
divestiture [1] 1126/17
divestitures [1] 1138/7
divesture [1] 1126/18
divestures [2] 1121/12 1126/24
dividends [1] 1122/24
Division [2] 1110/4 1110/15
do [95] 1114/23 1117/16 1120/25
 1121/25 1122/5 1122/9 1123/1 1123/12
 1123/15 1124/10 1125/20 1125/24
 1128/9 1132/22 1132/24 1133/7 1135/6
 1135/12 1136/20 1136/25 1137/3
 1139/20 1141/1 1142/4 1142/6 1142/12
 1142/25 1143/10 1144/17 1144/20
 1145/21 1146/3 1146/4 1146/24 1147/6
 1147/6 1147/11 1148/11 1149/3
 1149/15 1154/14 1157/20 1157/21
 1157/25 1162/6 1163/9 1164/2 1165/14
 1165/20 1166/10 1166/22 1167/15
 1167/20 1168/18 1168/20 1170/8
 1170/13 1170/19 1173/24 1173/24
 1174/22 1177/8 1178/6 1179/5 1180/10
 1182/2 1182/22 1184/25 1188/5 1188/6
 1191/20 1193/3 1193/9 1193/13
 1195/16 1199/4 1199/9 1199/20
 1199/25 1200/25 1201/19 1202/6
 1202/15 1202/16 1202/18 1204/6
 1204/18 1204/18 1206/13 1206/15
 1206/22 1207/21 1211/5 1211/18
 1214/14
docs [1] 1196/6
document [11] 1109/6 1138/25 1148/21
 1148/23 1148/25 1151/11 1152/2
 1171/3 1185/17 1197/21 1202/5
documents [4] 1136/23 1171/8 1186/15
 1213/14
does [22] 1117/14 1119/22 1126/4
 1129/21 1133/25 1140/8 1142/12
 1146/19 1148/13 1162/1 1164/3 1166/1
 1168/22 1188/18 1189/14 1189/15
 1189/16 1190/17 1190/19 1202/11
 1203/20 1210/16
doesn't [8] 1119/24 1127/22 1139/24
 1146/15 1177/5 1188/25 1193/5
 1196/11
doing [8] 1136/25 1145/25 1149/15
 1180/3 1183/20 1193/12 1204/1 1204/6
dollar [29] 1128/24 1130/14 1133/11
 1133/11 1133/15 1134/5 1134/7
 1134/23 1148/22 1153/2 1153/8 1154/4
 1154/11 1154/16 1158/21 1159/3
 1172/9 1176/12 1178/16 1179/14
 1183/7 1183/9 1183/12 1183/13 1185/5
 1189/12 1194/10 1194/24 1203/6
dollar-for-dollar [1] 1133/11
dollars [2] 1130/25 1131/2
don't [64] 1115/10 1123/6 1125/15
 1125/18 1132/15 1141/15 1143/18
 1144/19 1148/23 1150/1 1150/2 1150/8
 1150/16 1151/8 1153/14 1153/24
 1154/13 1154/15 1158/14 1158/16

1159/7 1160/6 1160/10 1160/21 1164/6
 1169/6 1171/1 1171/7 1171/10 1171/10
 1171/11 1172/16 1172/19 1175/6
 1175/16 1176/2 1177/9 1177/9 1178/4
 1178/12 1178/13 1179/3 1179/7
 1181/18 1181/24 1181/24 1186/6
 1187/21 1190/21 1192/12 1192/12
 1192/25 1193/11 1194/4 1200/23
 1201/22 1202/23 1203/1 1203/13
 1203/14 1206/14 1212/21 1212/22
 1212/23 1213/23
done [24] 1115/4 1120/24 1121/1
 1122/6 1126/11 1127/14 1128/7
 1133/23 1138/15 1147/4 1159/18
 1170/5 1174/22 1175/7 1175/11
 1191/13 1194/16 1195/2 1195/7 1195/9
 1200/24 1203/12 1204/15 1213/9
doubt [2] 1160/12 1177/7
DOUGLAS [1] 1110/21
down [16] 1133/12 1133/21 1140/5
 1140/12 1140/13 1146/23 1148/1
 1152/17 1160/1 1161/1 1171/15
 1179/19 1191/25 1198/13 1198/15
 1209/3
Dr. [5] 1114/14 1114/20 1115/3 1115/16
 1214/5
Dr. Austin [1] 1115/3
Dr. Boesch [1] 1114/14
Dr. Clapp's [1] 1115/16
Dr. Cox [1] 1214/5
Dr. Diane [1] 1114/20
DRAGNA [1] 1111/23
dramatically [1] 1140/5
DRILLING [1] 1109/15
drop [4] 1134/5 1134/10 1134/20
 1134/23
drops [1] 1190/23
due [14] 1119/25 1150/16 1150/17
 1151/5 1151/5 1152/10 1152/10 1176/7
 1178/8 1178/23 1184/7 1184/12 1196/5
 1196/6
duly [1] 1116/1
during [3] 1114/13 1114/20 1133/2

**E**

each [6] 1131/8 1199/2 1199/5 1199/7
 1203/7 1211/2
earlier [2] 1132/2 1172/18
early [1] 1206/25
earnings [1] 1183/20
easier [1] 1128/9
EASTERN [2] 1109/2 1214/13
economic [11] 1118/6 1118/14 1119/18
 1119/19 1120/23 1122/19 1124/4
 1130/13 1131/4 1134/8 1204/23
effect [1] 1118/25
efforts [1] 1195/10
EIA [2] 1162/4 1162/6
either [10] 1120/18 1125/22 1150/2
 1154/3 1165/16 1176/8 1189/11
 1189/15 1192/2 1196/9
elements [1] 1196/11
Ellis [2] 1111/3 1111/8
ELMO [5] 1132/20 1174/18 1198/12
 1199/15 1201/18
else [2] 1152/14 1214/6
elsewhere [1] 1187/2
enable [1] 1140/24
end [1] 1153/10
ending [1] 1136/24
ends [3] 1188/8 1197/15 1199/22
Enforcement [1] 1110/5
enhancer [1] 1189/6

enough [3] 1120/2 1123/7 1154/22
enterprise [2] 1118/16 1138/19
 1131/22 1131/25 1132/3 1132/6 1132/8
 1132/12 1132/15 1132/17 1133/17
 1133/16 1133/24 1134/3 1134/8
 1134/10 1134/17 1134/20
entire [2] 1136/2 1156/10
entitled [1] 1214/17
entity [3] 1119/12 1123/11 1149/21
Environment [1] 1110/4
Environmental [1] 1110/5
equal [1] 1162/19
equity [27] 1119/10 1120/18 1121/10
 1122/23 1122/23 1124/16 1132/2
 1132/5 1132/7 1133/12 1133/14
 1133/18 1135/1 1145/12 1145/14
 1155/15 1155/16 1158/15 1181/7
 1183/25 1184/1 1184/4 1189/17
 1189/18 1204/11 1204/25 1205/4
equivalent [6] 1209/1 1209/2 1209/21
 1210/3 1210/7 1212/14
equivalents [1] 1136/25
ERICA [1] 1110/10
errata [1] 1116/15
especially [1] 1136/12
ESQ [32] 1110/5 1110/6 1110/6 1110/7
 1110/7 1110/8 1110/8 1110/9 1110/9
 1110/10 1110/10 1110/11 1110/11
 1110/12 1110/15 1110/16 1110/16
 1110/21 1110/22 1110/22 1110/22
 1111/3 1111/4 1111/4 1111/5 1111/5
 1111/9 1111/9 1111/13 1111/19
 1111/19 1111/23
established [2] 1155/2 1182/16
estate [1] 1147/9
estimate [3] 1145/11 1173/7 1212/14
estimated [2] 1141/4 1145/13
estimates [5] 1186/1 1186/3 1187/3
 1187/3 1187/4
estimation [2] 1140/22 1141/6
et [1] 1207/25
et cetera [1] 1207/25
evaluating [1] 1184/15
even [7] 1116/25 1118/6 1122/23
 1127/9 1161/15 1179/18 1189/13
evenhanded [2] 1136/1 1136/5
evening [1] 1214/7
ever [2] 1150/1 1153/24
every [4] 1171/15 1180/18 1183/4
 1185/2
everybody [1] 1174/21
everyone [2] 1142/12 1214/8
everything [1] 1139/24
evidence [3] 1114/14 1114/21 1213/14
exact [4] 1129/25 1187/12 1202/15
 1202/22
exactly [14] 1120/23 1134/14 1136/1
 1141/24 1146/10 1164/16 1164/19
 1177/12 1181/24 1181/25 1200/7
 1203/13 1207/11 1210/10
exam [5] 1114/20 1133/3 1138/9 1139/6
 1152/25
examination [9] 1114/14 1115/17
 1115/24 1116/5 1116/8 1116/24
 1116/24 1206/1 1213/15
examined [3] 1161/11 1184/23 1185/2
examining [1] 1184/11
example [5] 1126/5 1126/7 1151/25
 1154/6 1186/23
examples [1] 1129/4
exceed [5] 1154/1 1154/3 1155/3
 1155/9 1160/24
exceeded [2] 1153/3 1154/12

## E

excuse [2]  1118/16 1194/2
execute [1]  1150/5
executed [1]  1149/25
exhibit [4]  1156/8 1206/6 1207/24
 1213/14
exhibits [4]  1114/13 1114/19 1115/3
 1115/16
expect [3]  1183/25 1184/4 1184/10
expected [2]  1156/20 1180/8
expenditure [4]  1201/2 1201/18 1201/19
 1201/25
expenditures [4]  1127/12 1144/24
 1202/5 1202/11
expense [10]  1197/20 1200/18 1201/9
 1201/11 1201/13 1202/22 1203/1
 1203/2 1208/17 1209/5
expenses [22]  1135/5 1135/13 1136/3
 1136/13 1148/3 1191/14 1192/23
 1195/13 1195/20 1195/20 1196/12
 1196/12 1197/1 1197/6 1198/9 1199/17
 1200/23 1207/25 1208/1 1209/1 1210/1
 1210/25
expert [7]  1181/14 1181/21 1182/12
 1207/3 1207/4 1214/2 1214/5
explain [4]  1146/11 1208/22 1211/11
 1212/6
explained [1]  1159/8
exploration [4]  1109/10 1109/11 1111/2
 1130/22
exposed [1]  1190/23
express [1]  1154/24
expressed [2]  1163/9 1203/19
expressing [1]  1144/12
extension [2]  1163/17 1163/17
external [1]  1150/5
extraction [1]  1141/5

## F

face [2]  1130/10 1131/1
faces [1]  1203/23
facility [3]  1150/15 1151/1 1154/11
fact [13]  1137/23 1139/20 1141/24
 1145/13 1176/9 1180/19 1189/7 1201/1
 1201/5 1206/6 1214/2 1214/2 1214/3
factor [3]  1119/19 1163/23 1165/23
factors [6]  1150/7 1161/22 1181/16
 1192/7 1195/2 1205/5
factual [2]  1174/8 1174/9
failed [2]  1144/13 1187/15
fair [48]  1118/2 1120/2 1121/18 1121/19
 1127/18 1129/3 1131/2 1131/3 1134/5
 1134/19 1134/23 1135/25 1136/7
 1136/9 1138/8 1138/18 1139/6 1139/8
 1139/9 1139/11 1139/14 1139/18
 1139/21 1140/23 1141/2 1141/3
 1141/20 1142/8 1142/8 1142/14
 1142/14 1146/8 1146/15 1146/16
 1155/10 1159/22 1160/5 1161/6
 1161/20 1173/10 1178/7 1178/24
 1179/18 1179/20 1181/3 1184/3 1191/5
 1204/24
familiar [14]  1128/3 1130/4 1141/10
 1141/13 1144/24 1145/3 1145/7 1160/7
 1161/2 1161/25 1179/25 1180/2 1201/1
 1204/1
far [1]  1207/4
fast [1]  1153/13
FCRR [4]  1112/2 1214/12 1214/20
 1214/20
February [1]  1196/25
federal [5]  1140/15 1141/7 1141/10

1175/13 1175/17
few [9]  1119/15 1143/12 1163/20
 1173/16 1188/10 1192/24 1194/25
 1213/24
FIDLER [1]  1110/12
Fifteenth [1]  1111/10
fifth [2]  1135/2 1135/10
file [2]  1198/2 1200/17
filed [1]  1196/25
finance [12]  1118/2 1118/5 1121/4
 1122/20 1124/5 1124/21 1125/5 1130/8
 1158/10 1158/21 1159/2 1204/5
financial [26]  1118/1 1119/1 1119/5
 1119/7 1119/9 1130/13 1136/16 1138/3
 1143/14 1144/16 1145/5 1148/16
 1151/18 1152/1 1154/19 1155/1 1156/3
 1156/15 1156/19 1157/9 1157/9
 1157/21 1158/1 1179/11 1195/9
 1195/17
financing [15]  1120/13 1120/14 1120/22
 1123/4 1129/5 1152/9 1152/12 1155/8
 1155/11 1181/15 1181/17 1181/20
 1182/11 1204/22 1205/2
find [6]  1166/13 1187/24 1189/6
 1197/13 1199/24 1200/14
fine [3]  1194/7 1194/12 1194/24
finish [3]  1128/20 1170/2 1200/6
first [22]  1124/24 1131/12 1140/2
 1156/12 1156/18 1159/15 1163/19
 1167/1 1170/6 1170/8 1174/24 1185/11
 1185/22 1201/7 1201/13 1203/16
 1204/10 1207/23 1208/2 1213/24
 1213/24 1214/1
five [7]  1119/5 1123/1 1130/5 1160/25
 1169/2 1172/21 1183/17
fixed [1]  1127/8
flexibility [1]  1118/1
FLICKINGER [1]  1110/7
floor [3]  1139/21 1145/24 1146/11
flow [23]  1123/7 1124/21 1125/7
 1136/19 1137/20 1138/5 1145/19
 1173/19 1173/25 1174/1 1174/5 1174/7
 1174/9 1174/12 1175/12 1176/16
 1176/18 1177/13 1177/16 1177/24
 1178/9 1179/16 1179/25
flows [21]  1122/25 1123/10 1124/25
 1142/2 1143/9 1146/1 1147/7 1147/10
 1147/12 1147/15 1158/1 1162/15
 1172/10 1172/20 1173/2 1174/4
 1174/24 1178/10 1180/8 1180/12
 1180/13
focus [1]  1131/11 1198/13
follow [4]  1139/2 1144/13 1192/22
 1198/13
follow-up [1]  1139/2
follows [1]  1116/2
Folse [1]  1214/2
footnote [3]  1197/7 1197/8 1197/20
footnote 3 [1]  1197/20
Forbes [6]  1167/5 1167/8 1167/11
 1167/15 1167/21 1167/24
forecast [3]  1201/19 1201/25 1211/3
forecasted [2]  1142/2 1208/6
forecasts [1]  1201/2
foregoing [1]  1214/14
forensic [1]  1177/19
forensics [1]  1200/25
forget [1]  1187/11
formalities [1]  1144/14
former [1]  1165/6
forward [2]  1114/24 1157/23
found [2]  1166/14 1198/1
four [4]  1115/2 1115/4 1117/9 1158/18

fourth [3]  1147/3 1162/24 1214/4
Fox [1]  1187/1
Frank [1]  1214/1
frankly [1]  1127/8
free [1]  1172/21
front [3]  1167/16 1168/1 1213/23
full [5]  1116/3 1122/10 1127/8 1168/1
 1190/7
fully [1]  1155/24
function [1]  1149/20
fund [14]  1118/2 1118/4 1121/4 1121/13
 1124/5 1124/21 1124/21 1125/4
 1153/20 1154/22 1158/10 1158/21
 1159/2 1204/4
fundamental [1]  1126/2
funded [1]  1204/11
funding [16]  1117/11 1120/13 1120/14
 1120/21 1123/4 1152/4 1152/6 1152/6
 1152/9 1152/18 1155/14 1181/15
 1181/20 1182/11 1204/22 1205/1
further [3]  1183/25 1205/7 1213/7
future [28]  1129/10 1129/14 1130/21
 1141/5 1143/8 1145/8 1154/2 1155/11
 1155/22 1156/20 1156/23 1157/2
 1157/4 1157/5 1158/1 1164/9 1175/12
 1177/18 1179/15 1180/8 1181/15
 1181/20 1182/11 1186/8 1190/5 1192/6
 1194/10 1205/3
future's [1]  1161/15
futures [11]  1164/10 1164/14 1166/16
 1166/18 1170/19 1170/20 1170/24
 1171/1 1171/3 1171/7 1171/18

## G

G-I-L-A [1]  1187/18
Galey [1]  1158/3
gallon [2]  1165/4 1165/8
gap [3]  1146/16 1146/18 1146/18
gas [6]  1138/12 1165/8 1184/15
 1190/12 1190/16 1190/20
gave [3]  1126/5 1131/9 1182/8
general [5]  1149/21 1180/14 1180/14
 1180/15 1180/23
generally [3]  1129/11 1145/3 1180/10
get [33]  1126/23 1128/11 1128/14
 1128/17 1133/24 1135/6 1136/18
 1138/10 1145/8 1155/10 1155/19
 1173/19 1174/25 1182/1 1182/23
 1184/6 1191/15 1192/1 1192/3 1192/4
 1192/10 1192/20 1194/25 1198/25
 1199/6 1200/4 1202/22 1203/5 1203/11
 1203/13 1204/11 1204/11 1214/4
gets [6]  1132/4 1132/8 1140/7 1140/8
 1179/15 1211/23
getting [6]  1124/15 1151/9 1151/11
 1151/12 1157/15 1194/19
Gila [5]  1187/18 1187/20 1188/5 1188/5
 1188/21
give [8]  1123/24 1124/11 1129/12
 1133/8 1139/20 1150/24 1197/10
 1213/24
given [4]  1115/16 1142/5 1156/3 1161/5
gives [1]  1142/1
giving [1]  1129/3
GLADSTEIN [1]  1110/11
global [7]  1160/24 1160/24 1188/7
 1199/21 1200/13 1208/14 1208/15
GMBH [1]  1109/13
go [43]  1128/24 1131/24 1133/10
 1134/4 1136/16 1136/18 1140/8
 1140/12 1140/18 1141/18 1153/3
 1153/7 1156/12 1157/23 1160/1 1160/1
 1160/4 1169/5 1171/23 1174/18

## G

go... [23]  1179/19 1185/21 1196/14
1198/12 1198/14 1199/15 1200/9
1200/9 1200/13 1201/18 1202/9
1202/14 1203/1 1205/18 1205/18
1205/22 1208/19 1209/22 1209/24
1210/13 1210/18 1210/21 1211/25
goes [4]  1126/16 1140/5 1140/13
1171/15
going [41]  1123/12 1128/20 1129/18
1132/20 1137/24 1138/4 1139/17
1140/9 1145/25 1146/1 1148/10
1154/23 1155/3 1157/4 1158/1 1159/25
1161/1 1163/24 1164/10 1171/2 1174/4
1174/6 1174/7 1175/7 1176/15 1177/23
1177/24 1178/12 1179/21 1181/10
1192/11 1192/22 1192/23 1193/9
1196/22 1200/7 1201/15 1202/4 1203/3
1204/10 1204/11
Goldman [7]  1168/18 1168/20 1168/22
1169/4 1169/9 1169/12 1169/17
Goldman Sachs [3]  1168/18 1168/20
1168/22
GoM [12]  1138/23 1173/20 1174/24
1175/12 1177/17 1190/8 1192/3
1192/20 1202/5 1202/11 1209/4
1209/19
gone [4]  1116/21 1157/8 1158/5
1160/20
good [8]  1114/7 1116/8 1116/10
1169/14 1180/14 1207/8 1214/7 1214/7
goodwill [1]  1146/21
got [7]  1152/8 1167/10 1202/19 1207/11
1207/15 1211/1 1211/5
gotten [1]  1128/13
government [5]  1115/18 1161/25 1162/2
1175/13 1175/17
government's [1]  1152/24
grab [1]  1167/6
grade [2]  1128/3 1128/11
Grand [1]  1111/23
great [2]  1125/1 1144/20
greater [3]  1123/14 1126/18 1153/8
grew [1]  1153/13
grocery [1]  1126/7
group [25]  1152/4 1152/5 1152/9
1158/10 1158/20 1159/1 1172/3 1172/5
1172/12 1173/4 1173/23 1174/8 1190/7
1190/19 1190/20 1191/3 1197/3
1200/11 1204/22 1205/2 1207/15
1207/22 1208/1 1208/13 1213/5
growing [1]  1153/5
guaranteed [1]  1177/11
guess [2]  1148/13 1171/11
guidance [4]  1138/20 1140/15 1149/1
1169/24
GULF [4]  1109/5 1172/2 1184/18
1208/7
gyrations [1]  1161/19

## H

had [31]  1115/4 1116/11 1116/14
1116/18 1118/21 1119/1 1122/9
1132/11 1134/11 1135/5 1135/6 1136/3
1136/12 1138/24 1148/2 1156/10
1157/22 1160/11 1167/25 1169/1
1169/2 1169/17 1169/19 1169/19
1169/20 1169/22 1183/5 1183/17
1194/16 1210/11 1211/15
hand [5]  1201/17 1208/23 1208/24
1210/19 1212/7
HANKEY [1]  1110/8

happen [2]  1155/21 1157/4
happened [4]  1133/25 1134/6 1155/20
1155/24
happens [1]  1140/5
hard [2]  1127/9 1207/25
HARIKLIA [1]  1111/4
HARVEY [1]  1110/10
has [53]  1118/1 1128/9 1130/14
1133/21 1134/11 1134/11 1134/17
1135/6 1136/2 1137/5 1145/12 1148/7
1148/21 1149/1 1152/20 1152/20
1153/6 1156/19 1157/8 1158/5 1158/13
1160/15 1163/22 1171/12 1175/13
1176/4 1179/8 1186/7 1187/1 1188/19
1189/24 1190/12 1190/15 1190/22
1192/9 1192/20 1195/19 1197/15
1200/14 1201/1 1201/20 1202/4
1202/19 1202/20 1203/5 1206/21
1207/3 1208/5 1210/18 1211/4 1211/4
1212/8 1212/11
hasn't [2]  1147/4 1206/24
have [158]
haven't [7]  1121/16 1122/6 1125/3
1128/7 1159/18 1179/13 1187/23
having [4]  1116/1 1119/4 1182/18
1189/5
HB [1]  1112/2
HB-275 [1]  1112/2
he [35]  1119/23 1119/24 1119/25
1129/24 1130/1 1147/14 1148/15
1157/18 1159/7 1159/9 1165/15
1165/15 1165/18 1171/3 1171/5
1189/15 1189/16 1189/16 1190/10
1192/13 1193/5 1193/5 1194/19
1194/20 1194/20 1196/7 1196/7 1196/8
1196/9 1196/10 1196/13 1197/4
1206/21 1206/24 1211/6
he's [3]  1159/8 1195/21 1206/22
head [1]  1210/9
hear [3]  1138/9 1179/5 1191/21
heard [2]  1109/19 1135/17
held [1]  1125/17
help [5]  1137/24 1150/5 1152/24
1153/20 1196/22
helps [2]  1142/3 1146/11
her [1]  1115/5
here [28]  1114/13 1119/15 1122/1
1126/15 1128/10 1131/18 1131/19
1133/19 1136/18 1137/5 1152/9 1156/7
1164/18 1167/6 1170/5 1171/3 1174/22
1176/14 1176/15 1188/6 1191/13
1195/3 1197/9 1197/11 1198/23
1200/25 1210/2 1211/16
hereby [1]  1214/14
higher [5]  1113/3 1190/15 1190/19
1190/20 1190/22
highlight [3]  1209/13 1210/22 1212/4
highlighted [3]  1152/8 1156/18 1163/7
highly [1]  1143/11
him [7]  1129/19 1148/14 1148/18
1159/5 1159/9 1200/6 1206/23
HIMMELHOCH [1]  1110/5
his [22]  1126/5 1129/20 1129/24
1129/25 1148/16 1165/13 1166/12
1184/9 1192/12 1192/14 1192/16
1195/21 1196/9 1196/10 1196/10
1197/2 1197/5 1199/25 1200/2 1206/23
1211/23 1212/9
historical [2]  1143/13 1156/18 1157/9
1157/21 1157/25 1181/17 1192/5
hits [1]  1149/20
hold [1]  1117/17
holding [1]  1202/10

HOLDINGS [1]  1109/14
HOLDINGS [1]  1109/14
1115/3 1115/13 1115/22 1115/23
1119/8 1119/20 1120/2 1121/23
1125/22 1126/1 1126/13 1129/18
1129/23 1132/1 1133/13 1138/24
1141/19 1146/14 1148/10 1156/10
1157/16 1159/11 1164/25 1168/25
1171/2 1171/8 1175/15 1179/1 1199/24
1202/2 1205/9 1205/10 1205/17 1206/7
1206/18 1208/12 1209/3 1209/12
1211/13 1213/7 1213/12 1213/18
HONORABLE [1]  1109/19
hope [1]  1205/13
HORIZON [1]  1109/4
hour [1]  1205/14
how [22]  1120/17 1120/20 1121/4
1127/14 1131/6 1133/7 1140/12
1140/15 1151/17 1158/19 1158/25
1159/7 1159/9 1184/24 1189/17
1190/12 1190/18 1191/2 1200/23
1203/5 1204/10 1205/15
however [3]  1128/20 1128/21 1162/1
huge [2]  1135/2 1200/19
huh [1]  1213/10
hundred [2]  1122/1 1122/6
hundreds [1]  1131/1
hypothetical [3]  1120/22 1127/1 1128/12
hypothetically [1]  1120/25
hypotheticals [1]  1127/5
HZ [1]  1197/8

## I

I don't [1]  1158/14
I'd [10]  1131/9 1133/11 1136/17 1139/2
1141/17 1148/3 1157/13 1160/9
1179/23 1198/16
I'll [11]  1115/11 1120/6 1126/21 1135/15
1148/18 1153/3 1163/7 1170/18 1173/6
1191/25 1202/10
I'm [63]  1115/23 1119/23 1122/12
1125/24 1126/12 1126/14 1128/20
1128/22 1129/17 1129/18 1129/19
1132/20 1134/1 1136/9 1138/4 1141/17
1147/8 1148/10 1148/14 1150/2
1151/11 1151/12 1152/13 1160/2
1160/6 1160/14 1160/15 1160/18
1160/19 1160/21 1160/21 1161/13
1164/10 1164/12 1171/2 1171/6
1173/24 1174/8 1175/7 1176/3 1176/15
1178/22 1178/25 1179/21 1189/2
1192/4 1192/18 1192/23 1193/25
1194/13 1194/19 1196/22 1199/13
1200/5 1200/7 1200/21 1201/15 1202/4
1202/9 1203/3 1205/18 1205/20
1205/20
I've [12]  1115/6 1115/8 1128/8 1161/13
1170/5 1170/18 1174/21 1175/7
1175/11 1198/12 1201/8 1202/19
IAN [1]  1116/1
idea [1]  1128/1
identified [1]  1117/5
identify [2]  1121/3 1125/17
IFA [10]  1117/18 1148/23 1151/10
1151/11 1151/21 1152/17 1154/6
1154/24 1155/4 1155/10
Illinois [1]  1111/6
impact [32]  1118/6 1118/14 1118/21
1119/1 1119/4 1119/8 1119/18 1119/19
1120/8 1120/11 1120/19 1120/19
1120/23 1121/17 1122/19 1123/2
1123/8 1123/16 1124/4 1124/9 1126/16
1126/18 1126/25 1127/4 1130/9

## I

impact... [7]  1130/14 1130/18 1131/5
1134/8 1162/25 1163/11 1178/22
impacts [3]  1123/13 1123/14 1174/12
impairment [5]  1146/24 1147/2 1147/4
1147/6 1147/11
important [12]  1135/21 1137/21 1155/25
1157/10 1157/11 1157/25 1173/25
1174/1 1180/20 1181/16 1181/17
1181/25
imposition [1]  1156/1
impressive [1]  1136/4 1136/12
INC [4]  1109/11 1109/15 1109/15
1111/2
incident [2]  1194/11 1194/22
include [6]  1139/24 1150/25 1187/16
1193/15 1194/18 1203/20
included [1]  1189/10
includes [5]  1152/9 1159/14 1186/20
1187/7 1188/21
including [3]  1136/3 1136/24 1152/6
income [7]  1136/17 1137/2 1180/2
1180/6 1180/10 1180/24 1183/20
incorporates [1]  1141/4
incorrect [1]  1184/21
increases [1]  1165/22
incur [1]  1145/12
incurred [4]  1144/25 1145/4 1145/12
1195/14
indicated [2]  1163/2 1172/8
indicates [2]  1188/5 1188/6
indicating [1]  1152/5
indication [4]  1123/7 1139/20 1155/24
1157/3
indicator [3]  1156/23 1157/2 1157/5
individual [7]  1117/4 1184/18 1196/18
1198/10 1199/1 1203/6 1203/10
industry [5]  1180/18 1180/19 1180/20
1184/14 1184/15
inflation [3]  1161/9 1161/22 1165/22
information [26]  1125/9 1127/23 1138/3
1140/23 1141/3 1142/1 1142/7 1142/20
1143/11 1143/13 1143/16 1144/16
1164/8 1167/24 1169/7 1181/18 1182/1
1182/17 1182/18 1183/10 1183/16
1183/22 1194/4 1195/17 1204/13
1212/10
inherent [1]  1180/12
injection [1]  1120/18
input [2]  1121/23 1122/3
insight [1]  1156/19
instance [1]  1159/16
insurance [1]  1196/12
intangible [7]  1146/12 1146/12 1146/17
1146/20 1189/11 1195/2 1195/3
integrated [3]  1143/21 1150/8 1155/24
integration [1]  1143/25
intercompanies [1]  1193/11
intercompany [8]  1150/19 1151/4
1151/5 1151/14 1191/23 1192/25
1193/8 1193/22
interdependent [1]  1124/16
interest [8]  1126/4 1127/18 1129/2
1129/12 1129/14 1130/10 1131/2
1144/4
interesting [1]  1207/8
interests [2]  1125/8 1126/10
internal [8]  1117/16 1148/4 1148/25
1149/18 1150/4 1151/12 1152/18
1155/19
interrelationship [1]  1125/3
intrinsic [2]  1180/11 1195/1

invested [1]  1155/17
investment... [7]  1141/22 1155/25
investment [3]  1130/20 1144/7 1205/4
investor [7]  1142/23 1172/10 1172/14
1183/25 1184/4 1184/10 1205/1
investors [2]  1140/24 1143/15
involved [1]  1158/3
Irish [2]  1205/20
is [276]
isn't [1]  1187/20
issue [3]  1118/13 1124/19 1169/1
issued [5]  1128/15 1169/1 1169/4
1169/9 1182/12
issues [1]  1195/1
it [233]
it's [136]
item [3]  1193/4 1194/3 1194/5
items [4]  1123/10 1184/6 1184/12
1188/1
its [28]  1125/8 1125/13 1125/21
1131/13 1134/15 1143/13 1144/5
1144/10 1145/4 1145/19 1148/3
1153/16 1153/20 1155/9 1156/3
1158/15 1177/7 1177/17 1177/18
1178/22 1180/7 1181/7 1186/20 1187/8
1190/13 1190/13 1207/3 1213/13
itself [1]  1126/10

## J

Jackson [1]  1136/20
JAKOLA [1]  1111/5
JAMES [1]  1111/23
January [16]  1109/7 1114/2 1128/10
1163/13 1163/21 1166/8 1169/2 1169/4
1169/16 1169/23 1170/20 1171/20
1198/17 1198/20 1199/9 1201/5
January 11th [1]  1169/23
January 15 [1]  1171/20
January 6th [4]  1163/13 1163/21 1166/8
1169/2
JARRETT [1]  1111/13
Jodi [5]  1112/2 1112/4 1214/12 1214/20
1214/20
JUDGE [3]  1109/20 1158/19 1174/14
Judge Barbier [2]  1158/19 1174/14
judgment [4]  1117/21 1118/13 1154/19
1174/3
JUDY [1]  1110/10
July [1]  1128/15
June [2]  1132/13 1134/18
June 30th [1]  1132/13
just [81]  1117/25 1118/12 1119/19
1119/23 1121/24 1121/25 1122/12
1122/12 1123/1 1123/12 1128/17
1129/20 1130/14 1132/10 1133/3
1133/5 1135/17 1135/23 1142/12
1147/2 1147/4 1149/12 1150/3 1150/5
1150/21 1154/10 1155/2 1155/13
1156/23 1158/4 1159/19 1161/20
1163/7 1163/18 1164/6 1164/7 1164/12
1168/11 1170/5 1170/7 1170/18 1173/1
1173/4 1173/6 1174/7 1174/8 1174/9
1175/5 1175/7 1176/16 1178/3 1179/23
1180/5 1181/17 1182/5 1182/16
1185/14 1185/21 1186/11 1188/10
1190/8 1190/8 1190/8 1191/16 1191/24
1192/5 1192/13 1196/3 1198/12
1198/13 1198/15 1199/6 1200/16
1200/19 1205/10 1205/18 1209/22
1211/1 1211/16 1212/6 1212/12
Justice [2]  1110/4 1110/14

## K

Kanner [2]  1110/20 1110/21

KARIS [1]  1111/4
Katrina [7]  1185/16 1185/23 1186/5
1186/23
KATRINE [1]  1111/5
keep [3]  1147/25 1171/18 1198/4
KEITH [1]  1111/13
kidding [1]  1205/18
KIMBERLY [1]  1111/9
KING [1]  1110/8
KIRBY [1]  1111/19
Kirkland [2]  1111/3 1111/8
knew [7]  1164/17 1166/13 1181/13
1181/19 1181/23 1181/25 1182/10
know [70]  1118/22 1121/25 1123/12
1123/12 1125/15 1126/11 1127/5
1131/7 1132/16 1136/13 1140/12
1142/11 1146/1 1146/2 1146/9 1147/23
1147/25 1148/25 1149/3 1151/8
1151/12 1153/3 1154/13 1154/15
1157/13 1158/3 1159/7 1159/9 1160/14
1160/16 1160/22 1162/18 1163/24
1164/3 1164/22 1165/1 1165/18
1166/25 1167/15 1168/10 1169/2
1171/11 1172/16 1175/6 1175/16
1177/12 1178/12 1178/13 1181/24
1181/24 1181/24 1187/21 1188/10
1188/12 1190/21 1194/13 1194/18
1196/2 1196/11 1198/5 1200/23
1204/10 1205/13 1206/14 1207/21
1211/5 1211/20 1212/21 1212/22
1212/23
knowingly [1]  1165/16
known [4]  1175/12 1176/17 1177/18
1178/7
knows [1]  1148/12
KRAUS [1]  1110/21
KY [1]  1111/19

## L

lack [1]  1143/13
laed.uscourts.gov [1]  1112/4
landscape [1]  1158/6
LANGAN [1]  1111/3
language [1]  1142/19
large [3]  1127/14 1149/15 1183/15
largely [2]  1136/11 1136/14
largest [3]  1135/2 1135/10 1137/6
LaSalle [1]  1111/6
last [7]  1128/18 1130/5 1161/12 1163/1
1173/5 1203/18 1206/4
later [4]  1119/5 1167/6 1197/13 1198/1
LAURA [2]  1110/16 1214/2
Laura Folse [1]  1214/2
LAWRENCE [1]  1110/16
lawyer [1]  1205/12
leasehold [1]  1126/10
LEASING [1]  1109/13
least [2]  1128/21 1177/21
leaving [1]  1151/6
ledger [1]  1149/21
left [5]  1208/23 1208/24 1210/19
1211/16 1212/7
left-hand [4]  1208/23 1208/24 1210/19
1212/7
legal [13]  1119/12 1119/21 1129/19
1129/21 1129/22 1148/11 1149/21
1154/24 1155/4 1155/6 1175/16
1178/22 1178/25
lender [5]  1129/1 1129/8 1153/19
1184/10 1204/25
lending [2]  1127/20 1129/8
length [6]  1120/8 1120/11 1120/19
1127/17 1159/25 1173/15

**L**

less [7]  1122/6 1123/9 1124/25 1130/24
1133/17 1157/10 1183/17
lesser [1]  1123/13
let [18]  1115/11 1125/19 1133/1
1136/18 1141/16 1148/18 1159/11
1160/7 1174/16 1174/20 1175/19
1185/15 1185/21 1191/24 1198/13
1200/6 1210/20 1211/25
let's [26]  1133/3 1133/5 1133/18
1133/20 1134/16 1136/16 1138/11
1144/23 1152/17 1157/22 1159/22
1166/3 1167/1 1167/17 1168/13
1168/15 1169/5 1169/16 1175/5 1182/5
1188/10 1191/20 1194/25 1195/12
1200/25 1209/13
letting [1]  1151/12
level [2]  1122/3 1144/4
level 1 [1]  1122/3
leveraging [1]  1195/10
Lewis [2]  1111/12 1111/22
liabilities [18]  1129/10 1175/12 1175/16
1176/17 1177/18 1178/7 1179/2 1179/4
1179/6 1179/9 1179/9 1179/12 1203/18
1203/20 1203/24 1204/12 1204/19
1205/4
liability [1]  1149/9
lies [1]  1185/14
life [1]  1165/6
light [1]  1177/22
like [32]  1114/21 1114/24 1117/2 1122/2
1129/15 1129/21 1129/22 1131/9
1136/17 1137/10 1139/2 1141/17
1148/3 1149/12 1149/18 1150/5 1151/9
1151/10 1151/14 1158/3 1158/4 1160/9
1163/25 1166/4 1171/13 1171/15
1171/19 1178/17 1179/23 1184/5
1193/6 1198/16
likely [2]  1158/20 1159/1
limb [1]  1183/9
limit [3]  1124/20 1152/20 1153/20
line [19]  1117/16 1126/3 1127/12
1132/1 1137/5 1150/20 1151/10 1170/8
1182/6 1182/6 1182/9 1197/25 1205/15
1205/16 1207/25 1208/1 1208/4
1209/19 1211/23
line 23 [1]  1182/6
lines [3]  1123/21 1150/22 1174/3
liquid [2]  1127/25 1128/1
liquidity [2]  1117/12 1129/13
Liskow [1]  1111/12
list [4]  1114/13 1114/19 1125/18 1127/9
listed [1]  1151/22
litigation [1]  1204/15
little [14]  1122/9 1133/1 1145/8 1146/13
1161/23 1180/19 1187/10 1187/13
1191/20 1200/25 1202/6 1207/25
1208/24 1211/2
LLC [2]  1109/13 1109/14
LLOYD'S [1]  1109/16
loan [31]  1124/19 1124/21 1124/22
1125/1 1127/15 1127/17 1127/17
1127/19 1127/22 1128/11 1128/14
1128/17 1129/3 1130/4 1130/10
1148/21 1148/21 1148/22 1148/23
1151/12 1176/4 1176/7 1178/11
1178/12 1178/16 1178/16 1178/21
1178/23 1178/23 1179/1 1205/4
loans [1]  1149/2
local [2]  1129/15 1203/23
long [17]  1118/5 1118/10 1118/16
1118/20 1118/22 1118/24 1119/19
1123/3 1123/6 1123/8 1123/16 1124/9
1194/23
long-term [7]  1118/5 1118/10 1119/19
1123/16 1124/9 1127/4 1163/11
look [45]  1115/8 1134/13 1134/14
1134/15 1134/16 1135/20 1136/7
1137/19 1137/20 1138/1 1138/3 1138/5
1138/6 1145/20 1146/1 1146/2 1146/3
1147/6 1147/12 1158/5 1158/6 1160/15
1160/19 1161/16 1161/21 1167/1
1168/3 1171/7 1171/17 1173/5 1173/25
1174/1 1177/14 1177/16 1177/17
1185/21 1191/2 1196/3 1197/11 1199/4
1203/6 1203/9 1209/3 1209/18 1211/23
looked [11]  1142/2 1151/18 1160/23
1167/2 1186/15 1194/17 1196/18
1196/20 1199/1 1199/1 1201/20
looking [6]  1141/22 1161/8 1161/22
1188/9 1196/6 1208/18
looks [1]  1166/4
Lord [1]  1158/3
Los [1]  1111/24
lot [12]  1127/24 1129/7 1142/1 1149/15
1179/10 1180/22 1182/22 1183/16
1196/11 1196/12 1206/3 1206/4
LOTTERMAN [1]  1111/19
LOUISIANA [7]  1109/2 1109/6 1110/20
1110/23 1111/15 1112/3 1214/14
love [1]  1173/7
low [4]  1163/23 1165/18 1170/11
1170/15
lower [1]  1173/7
lowest [1]  1134/17
LP [1]  1109/12
LTD [1]  1109/16
lunch [1]  1118/9

**M**

Mac [13]  1184/14 1198/16 1198/21
1199/1 1199/5 1199/9 1199/17 1199/21
1201/1 1201/18 1201/19 1202/11
1202/16
Mackenzie [45]  1139/9 1141/25 1165/19
1165/21 1166/1 1170/11 1170/12
1170/15 1184/5 1184/9 1184/19 1185/3
1185/19 1186/7 1186/20 1187/5 1187/7
1187/15 1187/20 1188/4 1188/15
1188/18 1188/21 1188/25 1189/2
1189/3 1189/14 1189/20 1189/24
1196/21 1197/20 1198/1 1198/5
1200/14 1201/23 1202/4 1203/2 1203/5
1207/13 1208/14 1208/17 1209/14
1210/3 1211/15 1212/16
Mackenzie's [4]  1190/2 1190/6 1197/1
1209/25
Macondo [2]  1145/1 1145/5
made [6]  1131/17 1132/24 1140/13
1163/2 1194/20 1211/16
magnitude [2]  1127/2 1163/25
main [1]  1115/2
make [15]  1135/17 1142/12 1144/8
1147/2 1158/17 1159/9 1161/24 1174/2
1174/20 1175/20 1178/13 1178/15
1180/16 1202/6 1209/22
makes [3]  1158/7 1158/8 1197/4
making [4]  1130/21 1160/21 1178/25
1195/21
MALINDA [1]  1110/16
managed [1]  1118/22
management [8]  1122/3 1138/2 1150/9
1152/16 1182/21 1183/8 1183/10
1183/16
management's [1]  1121/23
management's [1]  1121/23
March [2]  1134/4 1134/21
mark [5]  1111/5 1135/15 1179/21
1202/10 1203/3
marked [2]  1156/7 1201/11
market [21]  1130/7 1139/6 1139/8
1139/10 1139/12 1139/14 1139/19
1139/22 1141/5 1141/20 1142/8
1142/14 1146/8 1146/15 1146/16
1146/19 1164/8 1171/14 1171/15
1180/20 1194/17
markets [5]  1127/25 1128/1 1128/23
1128/25 1170/24
marshaling [1]  1213/13
material [3]  1184/8 1184/9 1184/9
materials [1]  1144/12
math [8]  1133/10 1133/23 1176/19
1176/21 1189/7 1202/25 1212/22
1212/23
mathematical [1]  1190/4
Matt [2]  1115/15 1116/7
matter [9]  1114/9 1119/24 1147/19
1155/4 1155/6 1177/18 1181/8 1183/8
1214/17
matters [1]  1213/10
MATTHEW [1]  1111/4
maximum [4]  1118/7 1156/2 1163/10
1204/5
may [17]  1120/6 1121/8 1124/24
1124/25 1125/15 1125/16 1156/20
1157/10 1160/1 1161/19 1161/20
1161/24 1162/18 1164/20 1175/16
1180/5 1191/5
maybe [4]  1127/3 1177/11 1192/8
1206/6
MAYBERRY [1]  1110/16
McCutchen [1]  1111/18
MCKINNEY [1]  1110/22
MD [1]  1109/4
me [31]  1118/16 1122/9 1125/9 1125/19
1126/5 1133/1 1136/18 1136/20
1141/16 1144/9 1151/12 1155/25
1159/11 1160/7 1164/10 1167/16
1168/1 1174/16 1174/20 1175/8
1175/19 1185/15 1185/21 1191/24
1194/2 1197/18 1207/24 1208/3
1210/20 1211/25 1213/24
mean [37]  1125/15 1125/20 1125/24
1128/16 1128/23 1130/20 1135/1
1136/8 1139/17 1141/19 1141/25
1147/9 1148/20 1151/8 1155/23 1158/7
1158/16 1160/9 1160/22 1160/25
1163/18 1164/6 1164/7 1164/13
1164/13 1167/25 1171/6 1177/10
1177/20 1181/17 1182/19 1182/21
1189/2 1189/8 1196/11 1196/12
1204/13
meaningful [1]  1164/11
means [1]  1205/11
measure [4]  1138/11 1143/8 1145/18
1160/3
measures [1]  1141/1
mechanical [1]  1112/8
media [2]  1166/13 1168/3
medium [2]  1123/3 1124/8
medium-term [1]  1124/8
members [1]  1184/14
mention [2]  1137/8 1179/4
mentioned [2]  1133/12 1136/9
mentioning [1]  1179/5
mentions [1]  1136/6
mess [1]  1211/16

**M**

method [1] 1180/20
methodology [6] 1187/9 1187/11
1192/11 1192/12 1192/14 1192/16
methods [1] 1180/25
MEXICO [4] 1109/5 1172/2 1184/18
1208/7
MICHAEL [1] 1110/11
middle [2] 1200/5 1209/18
might [14] 1121/13 1123/9 1123/9
1124/19 1126/3 1126/4 1136/20
1138/17 1167/6 1181/22 1194/8
1196/22 1206/25 1207/1
MIKE [2] 1111/9 1214/3
Mike Utsler [1] 1214/3
million [16] 1154/4 1175/24 1175/24
1175/24 1176/19 1176/23 1177/24
1178/16 1178/17 1182/19 1182/20
1183/12 1183/13 1185/23 1197/24
1197/24
million-dollar [2] 1183/12 1183/13
millions [1] 1131/1
mind [1] 1193/14
mindful [1] 1154/23
minor [2] 1116/19 1116/25
minute [2] 1162/21 1170/18
minutes [1] 1205/13
missing [1] 1178/1
mission [2] 1142/4 1142/6
mix [4] 1122/19 1135/11 1190/12
1190/16
mixture [2] 1123/4 1124/4
model [9] 1120/21 1120/22 1121/3
1121/7 1121/10 1121/12 1131/7 1173/8
1212/12
modeled [2] 1121/16 1122/13
modeling [1] 1122/25
models [3] 1122/17 1124/2 1212/12
modified [1] 1176/10
MOEX [1] 1109/13
Monday [2] 1213/20 1214/8
money [8] 1130/24 1135/12 1135/20
1153/16 1154/22 1155/15 1155/18
1159/15
month [1] 1164/20
month's [1] 1140/2
months [2] 1128/18 1163/1
more [33] 1116/25 1126/25 1128/9
1128/13 1128/14 1133/8 1134/23
1139/2 1141/6 1145/14 1146/5 1146/12
1150/16 1150/19 1151/5 1151/14
1153/20 1154/8 1158/20 1159/1
1159/24 1161/23 1161/23 1167/24
1173/16 1175/19 1177/25 1180/24
1182/25 1190/23 1192/5 1205/12
1205/23
Morgan [1] 1111/22
morning [3] 1116/25 1145/11 1214/8
most [1] 1135/11
mothball [1] 1162/18
move [4] 1114/14 1114/21 1126/21
1131/10
moving [1] 1153/4
Mr [2] 1177/14 1178/5
Mr. [93] 1116/8 1116/11 1117/8 1119/14
1120/5 1122/5 1122/11 1123/20
1123/23 1126/5 1126/23 1127/14
1128/19 1132/10 1132/23 1134/7
1134/13 1136/20 1136/22 1139/2
1139/14 1140/21 1147/5 1147/14
1150/21 1151/16 1151/18 1152/9
1154/7 1154/10 1155/4 1156/5 1158/10

1159/8 1164/12 1165/12 1165/12
1165/25 1166/13 1166/22 1167/14
1168/11 1170/5 1170/16 1172/12
1172/17 1175/7 1178/5 1181/1 1181/13
1182/2 1182/25 1184/8 1184/20
1187/25 1189/14 1191/19 1192/4
1194/22 1194/22 1195/12 1195/16
1195/21 1197/4 1197/6 1197/16
1197/23 1197/25 1199/16 1199/25
1200/4 1200/12 1202/18 1203/4
1203/18 1203/19 1204/2 1205/7 1206/3
1207/11 1207/21 1207/24 1208/3
1208/11 1208/22 1209/9 1210/6
1210/16 1211/5 1211/23 1212/2 1212/9
1212/25
Mr. Bucknall's [1] 1172/17
Mr. Casey [1] 1208/11
Mr. Den Uyl [18] 1147/14 1166/12
1168/11 1170/16 1184/8 1184/20
1189/14 1192/4 1194/22 1195/12
1195/16 1195/21 1197/4 1199/25
1203/19 1211/5 1211/23 1212/9
Mr. Den Uyl's [7] 1154/7 1165/12
1165/25 1166/18 1197/23 1197/25
1200/12
Mr. Jackson [1] 1136/20
Mr. Ratner [56] 1116/8 1116/11 1117/8
1119/14 1120/5 1122/5 1122/11
1123/23 1126/5 1126/23 1127/14
1128/19 1132/10 1132/23 1134/7
1136/22 1139/2 1139/14 1140/21
1147/5 1150/21 1151/16 1151/18
1154/10 1155/4 1156/5 1158/10
1164/12 1165/12 1166/10 1170/5
1172/12 1175/7 1178/5 1181/1 1181/13
1182/2 1182/25 1191/19 1194/22
1197/16 1199/16 1200/4 1203/4
1203/18 1204/2 1205/7 1206/3 1207/11
1207/21 1208/22 1209/9 1210/6
1210/16 1212/2 1212/25
Mr. Ratner's [1] 1123/20
Mr. Regan [8] 1134/13 1152/9 1159/8
1187/25 1197/6 1202/18 1207/24
1208/3
much [9] 1122/6 1131/6 1153/16
1158/19 1158/25 1160/4 1173/6 1193/3
1203/5
multi [1] 1208/18
multi-tab [1] 1208/18
multibillion [1] 1128/24
multibillion-dollar [1] 1128/24
multiple [3] 1180/21 1180/21 1185/17
multiple-page [1] 1185/17
multiples [1] 1196/10
multiply [1] 1210/8
must [1] 1148/25
my [43] 1118/24 1120/10 1122/13
1123/18 1123/23 1123/23 1128/15
1129/11 1133/14 1136/1 1139/14
1140/21 1144/20 1150/10 1150/23
1151/13 1151/14 1154/6 1155/13
1155/18 1155/23 1160/13 1163/9
1164/3 1165/6 1173/21 1173/23 1175/4
1176/19 1183/15 1183/15 1187/24
1187/25 1191/25 1193/2 1201/17
1202/14 1206/17 1206/20 1207/24
1208/2 1210/18 1214/15

**N**

N.W [1] 1111/10
NA [1] 1152/10
NAFCO [12] 1148/4 1148/8 1149/8
1149/9 1149/12 1149/23 1151/22

1152/6 1152/9 1153/16 1153/19
1166/15 1166/17
NAFCO's [1] 1148/15
name [1] 1116/3
names [1] 1213/24
NANCY [1] 1110/7
NATHANIEL [1] 1110/9
Natural [1] 1110/4
nature [1] 1143/12
near [1] 1186/10
necessarily [3] 1134/9 1193/7 1206/15
need [9] 1121/23 1124/20 1136/20
1138/6 1152/23 1167/6 1182/21
1182/23 1183/16
needed [2] 1155/14 1155/18
needs [1] 1144/4
negative [25] 1118/6 1118/14 1119/1
1119/4 1120/7 1120/11 1122/19
1122/22 1123/2 1123/8 1123/16 1124/3
1124/9 1126/25 1127/4 1130/18
1130/23 1134/8 1146/18 1146/19
1146/21 1163/11 1176/18 1176/23
1176/25
net [26] 1132/4 1132/7 1133/9 1135/16
1135/20 1135/24 1136/2 1136/7
1136/10 1137/2 1139/10 1139/12
1141/23 1143/8 1152/4 1173/19
1173/25 1174/7 1174/9 1174/12
1175/11 1176/16 1177/16 1179/16
1199/7 1208/13
never [2] 1115/7 1139/16
new [15] 1109/6 1110/23 1111/15
1112/3 1117/22 1120/12 1129/8
1129/13 1133/24 1158/6 1169/3 1169/4
1169/7 1169/9 1172/2
next [3] 1115/12 1172/21 1206/20
nine [2] 1157/22 1158/2
no [67] 1109/4 1114/16 1115/19 1117/8
1122/14 1125/7 1125/9 1125/10
1125/24 1127/17 1127/17 1127/17
1127/18 1127/18 1135/4 1139/7
1139/15 1139/20 1144/2 1144/22
1153/24 1155/1 1155/1 1155/6 1158/12
1158/14 1160/12 1160/12 1163/2
1164/13 1165/1 1165/4 1166/16
1166/17 1168/12 1168/23 1171/16
1171/16 1171/24 1171/25 1177/5
1177/6 1177/13 1178/3 1183/7 1186/17
1187/23 1190/2 1191/10 1191/12
1193/16 1194/11 1194/11 1194/14
1195/4 1195/8 1195/11 1195/19 1196/5
1198/9 1202/25 1207/6 1211/20 1213/3
1213/6 1213/7 1213/18
NOMELLINI [1] 1111/5
nominal [4] 1161/2 1161/5 1161/20
1162/6
non [5] 1125/15 1125/16 1125/17
1126/2 1126/19
non-core [5] 1125/15 1125/16 1125/17
1126/2 1126/19
nonchalant [1] 1160/21
normal [1] 1149/12
normalize [1] 1196/13
normally [1] 1126/4
North [5] 1111/6 1149/19 1150/12
1151/22 1152/6
North American [1] 1149/19
not [152]
notes [2] 1129/5 1188/21
nothing [9] 1119/17 1149/4 1149/6
1150/4 1153/23 1171/13 1171/24
1181/10 1205/7
notwithstanding [1] 1117/25

**N**

now [47]  1114/14 1114/20 1116/11
1117/8 1124/15 1130/8 1131/11
1131/12 1132/10 1133/9 1135/16
1136/16 1136/22 1138/12 1138/22
1143/20 1143/23 1144/23 1148/3
1150/23 1152/19 1153/25 1156/1
1162/24 1164/8 1164/21 1169/23
1179/23 1180/10 1182/24 1184/23
1186/5 1186/6 1187/3 1189/4 1195/12
1198/16 1198/20 1200/13 1202/14
1204/1 1206/23 1207/1 1208/19 1209/6
1210/6 1213/17
NRD [2]  1129/15 1203/23
number [50]  1131/18 1133/5 1133/6
1133/9 1133/19 1133/23 1135/19
1136/24 1137/19 1140/13 1142/24
1142/25 1143/2 1143/3 1145/8 1145/16
1145/17 1159/19 1162/2 1168/22
1172/12 1172/13 1179/16 1185/5
1187/4 1189/17 1193/13 1193/14
1193/24 1195/17 1197/9 1197/10
1197/15 1198/21 1201/8 1201/10
1201/13 1201/14 1203/6 1203/7
1203/11 1203/11 1206/11 1206/13
1208/2 1209/4 1210/8 1210/11 1212/15
1212/15
numbered [1]  1214/17
numbers [53]  1127/6 1127/11 1131/5
1133/2 1136/24 1137/6 1137/10
1137/13 1139/5 1139/18 1143/7 1162/2
1168/24 1175/7 1176/1 1176/2 1177/10
1185/15 1185/18 1195/21 1195/24
1196/2 1197/12 1197/18 1197/21
1197/23 1197/25 1198/8 1198/15
1198/25 1199/18 1199/20 1199/25
1200/8 1200/10 1201/4 1201/6 1202/11
1202/15 1202/17 1202/20 1202/22
1202/24 1206/4 1207/12 1207/15
1208/4 1211/1 1211/4 1212/8 1212/19
1212/23 1213/5
numbers: [1]  1200/15
numbers: 508 [1]  1200/15
NW [1]  1111/20

**O**

O'ROURKE [1]  1110/6
object [3]  1129/18 1148/10 1171/2
objection [12]  1114/15 1114/16 1114/17
1114/22 1115/2 1115/2 1115/18
1115/19 1115/20 1119/20 1130/2
1175/15
objections [2]  1114/23 1154/23
objective [2]  1140/22 1141/2
obligated [1]  1148/11
obligation [3]  1117/22 1148/7 1149/8
obtain [6]  1117/11 1120/12 1123/5
1127/15 1127/20 1129/13
obvious [1]  1128/13
obviously [4]  1162/13 1167/24 1169/12
1179/25
occurred [2]  1126/11 1156/19
October [2]  1116/12 1182/6
October 21st [1]  1182/6
odd [1]  1133/15
off [8]  1135/25 1155/16 1175/11
1189/17 1192/10 1192/20 1202/12
1202/18
offered [1]  1115/1
office [3]  1110/12 1110/17 1161/13
Official [3]  1112/2 1214/12 1214/21
OFFSHORE [2]  1109/13 1109/14

oh [6]  1154/21 1167/4 1173/5 1173/6
1174/24 1189/23
oil [57]  1109/4 1109/4 1128/12 1138/11
1139/25 1140/5 1140/9 1140/10
1140/12 1159/22 1159/23 1160/11
1160/13 1160/20 1161/11 1161/14
1162/6 1162/10 1162/12 1162/15
1163/1 1163/2 1163/8 1163/18 1164/2
1164/8 1164/22 1165/13 1165/22
1166/7 1168/4 1169/9 1170/23 1172/7
1172/9 1172/24 1173/10 1179/14
1179/15 1184/15 1186/5 1186/8
1189/21 1189/25 1190/5 1190/12
1190/16 1190/19 1190/22 1190/24
1209/1 1209/2 1209/16 1209/20 1210/3
1210/6 1212/13
okay [67]  1114/12 1115/12 1115/14
1115/20 1116/14 1117/5 1117/8 1120/3
1125/7 1126/21 1127/2 1127/20
1132/17 1132/20 1133/6 1134/3
1138/11 1138/19 1139/3 1141/16
1142/10 1143/20 1149/5 1150/18
1154/16 1156/5 1156/12 1159/22
1162/9 1167/17 1170/1 1171/21 1173/3
1173/12 1174/23 1174/24 1175/3
1175/23 1179/2 1181/23 1182/5
1182/15 1183/2 1185/21 1187/15
1188/13 1190/6 1190/18 1193/17
1194/1 1194/10 1194/25 1199/8
1199/12 1201/12 1202/14 1204/21
1205/22 1209/11 1209/20 1210/4
1210/17 1211/8 1211/21 1212/1
1212/19 1214/6
once [1]  1144/9
one [56]  1113/13 1120/15 1122/5
1122/6 1122/9 1122/13 1123/23
1124/16 1125/2 1129/4 1132/6 1133/8
1136/22 1146/3 1147/18 1148/21
1150/7 1152/17 1155/7 1157/3 1157/18
1160/12 1160/18 1161/16 1164/25
1165/21 1166/11 1167/1 1168/15
1171/19 1172/18 1173/1 1173/16
1175/8 1176/17 1178/1 1180/24
1181/16 1183/21 1184/6 1184/12
1185/16 1185/22 1187/18 1190/9
1191/5 1193/25 1201/20 1202/1 1203/7
1205/5 1205/12 1205/15 1205/16
1205/23 1208/14
one-week's [1]  1164/25
ones [2]  1128/22 1168/6
ongoing [1]  1127/12
only [12]  1116/23 1130/9 1139/11
1145/24 1146/9 1158/2 1163/16
1163/22 1171/9 1182/18 1199/4
1203/15
OP [1]  1201/9
OPA [2]  1129/15 1203/23
OPEN [1]  1114/4
operating [42]  1137/3 1174/1 1174/5
1176/10 1176/12 1179/18 1180/23
1186/1 1187/1 1191/14 1192/23
1195/13 1195/20 1197/1 1197/20
1199/9 1199/17 1200/17 1200/23
1201/9 1201/11 1202/21 1203/1 1203/2
1207/12 1207/23 1208/1 1208/4 1208/5
1208/6 1208/17 1209/1 1209/5 1209/16
1210/10 1210/25 1211/3 1211/14
1212/12 1212/12 1212/13 1212/16
operational [1]  1157/8
operationally [2]  1119/6 1119/11
operations [5]  1123/9 1127/13 1130/19
1134/9 1163/12
OPEX [17]  1191/20 1194/25 1195/12

1197/9 1198/16 1198/21 1199/4 1201/5
1201/5 1202/16 1202/19 1202/19 1202/20
1203/5 1208/16 1208/25 1210/17
1210/17
opinion [27]  1117/25 1118/4 1123/19
1125/7 1125/10 1127/22 1129/21
1129/22 1144/12 1154/7 1154/24
1155/12 1155/14 1155/18 1155/20
1158/17 1158/25 1160/3 1163/9
1163/15 1163/25 1164/3 1164/5
1183/15 1184/20 1204/4 1206/23
opinions [2]  1162/9 1163/3
opportunity [2]  1115/8 1128/2
opposed [1]  1150/20
optionality [1]  1129/7
options [2]  1124/15 1125/4
order [5]  1127/2 1129/13 1130/17
1169/10 1213/21
orient [1]  1180/5
originally [1]  1200/12
Orleans [4]  1109/6 1110/23 1111/15
1112/3
orphan [1]  1213/14
other [16]  1117/5 1117/12 1117/16
1120/15 1123/10 1135/6 1135/11
1164/2 1174/12 1179/17 1191/21
1195/1 1203/24 1204/15 1212/17
1213/10
others [1]  1150/2
otherwise [2]  1118/1 1169/13
our [13]  1115/2 1146/10 1147/18
1156/12 1160/24 1161/13 1163/18
1163/19 1169/1 1177/21 1177/21
1212/12 1213/15
out [23]  1115/11 1124/25 1127/11
1131/8 1133/1 1141/7 1144/25 1145/5
1152/22 1153/2 1156/13 1157/7
1161/15 1162/2 1171/13 1175/1
1177/18 1179/17 1183/9 1185/11
1197/18 1207/21 1207/22
over [27]  1118/16 1118/16 1118/20
1118/21 1118/24 1122/21 1122/22
1123/6 1123/8 1124/13 1124/14
1133/22 1134/14 1134/16 1136/2
1137/16 1140/2 1153/13 1160/19
1160/20 1161/9 1161/11 1163/1
1166/21 1175/21 1192/23 1211/15
overview [1]  1176/10
own [2]  1172/20 1206/23
owned [2]  1126/7 1144/1
ownership [5]  1126/4 1143/23 1176/18
1192/1 1192/10

**P**

P's [1]  1145/19
p.l.c [13]  1131/10 1131/11 1133/16
1134/21 1136/6 1136/19 1138/3 1138/5
1143/20 1144/4 1144/8 1177/11
1204/25
p.l.c. [1]  1144/8
p.l.c.'s [6]  1131/12 1132/12 1132/18
1134/17 1135/18 1143/2
page [8]  1113/2 1115/4 1123/21 1137/6
1138/22 1140/19 1180/6 1185/17
pages [2]  1115/7 1201/20
paid [1]  1154/8
parent [5]  1144/1 1144/3 1155/17
1158/15 1159/15
part [12]  1115/5 1120/15 1123/18
1138/2 1141/10 1146/17 1152/15
1163/7 1166/18 1186/9 1186/14 1204/8
particular [4]  1121/22 1131/8 1159/18
1173/10

## P

particularly [1] 1157/6
parties [1] 1151/6
party [2] 1128/14 1183/22
Paskewich [1] 1214/2
past [11] 1115/4 1155/8 1155/10
1155/21 1155/24 1156/20 1156/24
1157/2 1157/4 1157/6 1158/6
PATRICK [2] 1110/6 1205/9
pay [10] 1117/10 1117/15 1118/19
1120/13 1159/14 1163/10 1175/13
1177/6 1204/5 1204/11
payable [5] 1151/14 1151/15 1151/24
1152/14 1152/14
payables [7] 1193/8 1193/11 1193/12
1193/22 1194/11 1194/21 1194/23
paying [3] 1151/13 1152/13 1152/15
payments [1] 1175/20
pays [1] 1149/8
pen [1] 1202/10
penalties [1] 1120/22
penalty [22] 1117/11 1117/15 1118/2
1118/5 1118/6 1118/15 1118/17 1120/9
1120/12 1121/5 1121/14 1122/20
1124/5 1125/5 1130/9 1156/1 1158/11
1158/21 1159/2 1163/10 1184/1 1204/5
PENCAK [1] 1110/10
people [4] 1150/5 1156/24 1164/21
1184/17
per [8] 1172/6 1179/14 1202/22 1209/5
1210/7 1210/7 1211/3 1212/13
per-barrel [1] 1209/5
percent [10] 1134/20 1175/1 1175/5
1175/11 1192/2 1192/8 1192/9 1197/10
1198/8 1203/15
percentage [4] 1127/7 1175/3 1192/9
1192/20
percentages [2] 1117/1 1117/4
perform [2] 1182/15 1196/6
performance [2] 1119/2 1119/5
performed [2] 1183/14 1191/9
perhaps [1] 1145/24
period [5] 1133/22 1134/14 1134/16
1136/2 1137/16
periods [3] 1153/14 1170/13 1170/21
permutation [1] 1122/5
permutations [2] 1122/2 1122/14
perspective [1] 1150/3
pertains [1] 1115/2
PETROLEUM [2] 1109/12 1111/17
phenomenal [1] 1169/3
pick [1] 1115/11
plan [10] 1172/3 1172/4 1172/5 1172/12
1173/23 1174/8 1197/3 1207/22 1208/2
1213/5
planned [1] 1157/21
plants [4] 1157/22 1157/24 1158/2
1158/3
play [1] 1157/10
plea [3] 1177/6 1177/10 1178/11
please [16] 1114/7 1116/3 1145/2
1158/23 1205/24 1207/18 1208/8
1208/19 1209/6 1209/9 1209/23
1210/13 1210/21 1210/24 1212/3
1212/4
pointed [2] 1152/22 1153/2
pointer [1] 1167/6
pointing [1] 1139/5

portion [3] 1193/13 1193/14 1193/17
portion [1] 1160/24
position [1] 1160/16
positive [3] 1177/2 1177/2 1177/24
possibilities [6] 1121/3 1121/16 1121/18
1121/20 1121/21 1125/2
possible [5] 1138/10 1190/25 1201/4
1202/23 1202/24
Post [1] 1110/12 1110/17
potential [3] 1121/17 1129/18 1205/3
potentially [3] 1145/13 1182/20 1183/7
Poydras [2] 1111/14 1112/2
predicted [1] 1160/12
preferred [1] 1180/24
preliminary [1] 1114/9
prepare [3] 1181/7 1195/12 1204/13
prepared [2] 1181/13 1183/17
preparing [3] 1166/19 1181/20 1184/8
present [11] 1139/10 1139/12 1141/23
1180/7 1185/22 1187/4 1197/21 1199/7
1201/4 1205/3 1208/13
presentation [5] 1142/24 1172/10
1172/14 1173/22 1173/23
presented [15] 1142/20 1142/23 1143/2
1143/11 1143/14 1178/6 1183/2 1183/4
1183/18 1183/23 1184/19 1196/25
1197/19 1198/17 1198/20
presenting [3] 1143/16 1183/5 1183/23
presents [1] 1195/21
press [2] 1169/4 1169/5
previously [2] 1153/3 1163/9
price [42] 1131/13 1132/18 1133/4
1133/4 1139/25 1140/2 1140/5 1140/9
1140/11 1140/12 1159/22 1159/23
1160/4 1161/3 1161/3 1161/5 1161/5
1161/8 1161/11 1161/14 1161/16
1162/6 1162/9 1162/12 1163/15
1163/16 1163/17 1163/22 1164/17
1164/22 1165/13 1166/7 1166/15
1169/17 1170/24 1172/24 1173/7
1173/10 1179/14 1189/21 1189/25
1190/23
prices [38] 1128/13 1128/16 1140/10
1141/5 1159/25 1160/1 1160/4 1160/12
1160/13 1160/17 1160/17 1160/20
1161/8 1161/15 1161/20 1162/15
1163/1 1163/2 1163/9 1163/23 1164/2
1164/4 1164/8 1165/22 1166/16
1166/18 1166/21 1168/4 1170/7 1170/8
1170/12 1170/15 1170/19 1170/20
1171/1 1171/3 1171/7 1190/5
pricing [1] 1141/4
printouts [2] 1171/8 1171/19
prior [2] 1181/20 1183/5
probably [9] 1126/20 1168/9 1183/19
1183/24 1183/24 1191/16 1194/5
1194/12 1203/17
problem [3] 1141/24 1194/11 1194/15
proceed [2] 1115/24 1120/6
proceeding [1] 1126/24
proceedings [3] 1109/19 1112/8
1214/16
produced [1] 1213/1
producing [5] 1186/5 1186/7 1186/8
1186/21 1189/4
production [17] 1109/11 1109/12 1111/2
1160/24 1180/22 1201/10 1202/21
1203/1 1209/14 1209/15 1209/17
1209/20 1210/1 1210/2 1210/4 1210/7
1212/14
professional [2] 1181/1 1181/5
profile [2] 1127/17 1127/19
project [1] 1162/19

projected [3] 1197/1 1197/20 1207/12
projection [4] 1197/25 1204/19 1165/17
1190/5
projections [9] 1166/7 1172/6 1177/9
1177/21 1178/9 1179/14 1183/18
1211/5 1213/5
proper [2] 1147/23 1194/16
proportion [3] 1190/19 1190/20 1190/22
proportional [1] 1177/17
propose [1] 1123/4
prospective [1] 1204/19
prospects [1] 1140/25
proved [6] 1139/11 1139/13 1142/24
1187/7 1187/10 1187/12
proved/unproved [1] 1187/12
provide [10] 1140/22 1141/3 1156/19
1158/20 1159/2 1159/4 1159/4 1159/5
1159/10 1205/1
provided [5] 1130/5 1137/3 1181/18
1195/13 1207/4
providing [1] 1152/12
provisional [1] 1194/23
provisions [2] 1145/7 1194/11
public [3] 1132/12 1138/13 1140/23
published [1] 1163/19
pull [16] 1123/20 1131/15 1138/22
1140/18 1141/16 1163/5 1166/3
1167/17 1168/13 1168/15 1170/2
1185/9 1185/15 1191/17 1201/15
1205/24
pulled [1] 1195/16
purposes [1] 1175/4
put [17] 1118/12 1130/24 1131/17
1145/19 1155/7 1159/18 1160/4 1166/7
1167/3 1169/3 1170/11 1170/18
1170/19 1174/3 1178/7 1183/25
1203/15
puts [1] 1162/2

## Q

QBE [1] 1109/16
qualifications [2] 1115/5 1129/24
qualified [2] 1129/24 1147/20
quarter [1] 1152/1
question [38] 1120/6 1122/13 1123/23
1123/24 1123/24 1124/11 1125/25
1126/15 1128/20 1138/24 1139/14
1140/21 1144/20 1145/2 1150/10
1150/23 1150/23 1150/24 1158/23
1160/9 1164/12 1175/4 1175/16 1178/8
1181/15 1181/19 1182/2 1182/8 1182/9
1182/11 1191/14 1194/7 1194/13
1203/5 1204/10 1205/12 1206/20
1206/25
questions [12] 1131/10 1139/3 1147/5
1159/23 1173/16 1188/10 1190/11
1192/24 1205/10 1205/15 1205/16
1213/8
quick [1] 1147/2
quickly [2] 1170/19 1186/11
quite [1] 1160/2
quote [1] 1143/10

## R

RACHEL [2] 1110/8 1110/8
raise [3] 1125/8 1129/5 1129/6
raising [1] 1124/16
range [1] 1161/16
rate [2] 1127/18 1128/7
rating [1] 1128/5
ratio [6] 1190/10 1191/2 1191/6 1191/8
1192/5 1192/6
rational [1] 1204/23

R

ratios [1] 1194/17
RATNER [60] 1116/1 1116/8 1116/11
1117/8 1119/14 1120/5 1122/5 1122/11
1123/23 1126/5 1126/23 1127/14
1128/19 1132/10 1132/23 1134/7
1136/22 1139/2 1139/14 1140/21
1147/5 1150/21 1151/16 1151/18
1154/10 1155/4 1156/5 1158/10
1164/12 1165/12 1166/10 1170/5
1170/9 1172/12 1175/7 1177/14 1178/5
1178/5 1181/1 1181/13 1182/2 1182/25
1191/19 1194/22 1197/16 1199/16
1200/4 1203/4 1203/18 1204/2 1205/7
1206/3 1207/11 1207/21 1208/22
1209/9 1210/6 1210/16 1212/2 1212/25
Ratner's [1] 1123/20
RE [1] 1109/4
reach [1] 1127/22
read [13] 1137/13 1140/15 1140/16
1140/21 1141/7 1152/8 1157/13 1163/7
1174/21 1196/10 1197/18 1199/12
1202/12
reading [1] 1154/19
ready [2] 1115/23 1213/19
real [7] 1135/19 1147/9 1161/3 1161/8
1161/11 1161/16 1162/6
realistic [1] 1178/4
reality [2] 1130/13 1130/13
really [13] 1118/24 1119/22 1121/23
1126/16 1135/20 1135/24 1136/7
1151/10 1160/3 1160/6 1160/10
1182/21 1190/8
reason [8] 1125/6 1139/9 1164/13
1177/5 1177/7 1182/16 1190/2 1204/8
reasonable [1] 1207/7
reasons [1] 1151/7
rebuttal [1] 1213/15
recall [12] 1137/3 1142/25 1145/21
1148/24 1154/14 1165/14 1176/2
1179/5 1182/2 1182/4 1184/25 1203/14
recalling [1] 1176/3
recalls [1] 1115/3
recapping [1] 1174/8
receivable [2] 1151/15 1152/11
receivables [1] 1193/6
received [2] 1155/8 1155/14
recent [1] 1163/8
recently [1] 1160/23
recess [1] 1213/11
recognize [2] 1132/24 1136/22
reconcile [4] 1198/11 1199/20 1200/23
1211/2
reconciled [4] 1185/7 1185/8 1185/15
1199/2
reconciliation [3] 1185/12 1186/14
1196/16
record [4] 1116/4 1175/23 1176/3
1214/16
recorded [1] 1112/8
records [1] 1175/25
recover [1] 1160/17
recovered [1] 1118/23
red [2] 1208/1 1211/16
redid [1] 1202/25
redirect [3] 1130/2 1205/8 1206/1
reduced [1] 1129/15
reduction [2] 1176/12 1179/16
refer [1] 1117/2
referred [4] 1150/11 1172/2 1172/9
1208/5
referring [3] 1132/2 1135/12 1193/25

refinance [1] 1178/15
refinance [1] 1178/17
reflect [3] 1127/8 1210/16 1213/2
reflected [7] 1119/6 1119/9 1145/4
1151/17 1172/11 1210/11 1212/15
reflection [1] 1141/2
REGAN [11] 1111/4 1115/15 1116/7
1134/13 1152/9 1159/8 1187/25 1197/6
1202/18 1207/24 1208/3
region [3] 1177/15 1208/7 1208/25
Register [3] 1140/15 1141/8 1141/10
related [4] 1124/18 1141/5 1151/6
1153/18
RELATES [1] 1109/6
relationship [3] 1121/20 1148/15
1148/16
relative [1] 1190/20
release [2] 1169/4 1169/5
relevant [9] 1145/23 1146/7 1146/9
1146/14 1181/14 1181/19 1181/22
1181/23 1182/11
reliable [1] 1169/12
relied [2] 1183/22 1184/8
rely [4] 1184/4 1184/10 1184/14
1184/17
relying [2] 1143/11 1197/2
remain [2] 1163/23 1204/7
remarkably [1] 1201/7
remember [8] 1135/11 1136/25 1142/4
1165/6 1172/19 1176/2 1177/22
1199/25
remind [1] 1213/24
rendered [3] 1117/22 1118/18 1120/9
renewed [1] 1178/20
repaid [1] 1178/12
repay [2] 1130/18 1148/7
repayment [2] 1148/24 1149/1
repeat [2] 1145/2 1158/23
report [41] 1116/15 1128/15 1131/12
1132/11 1132/21 1133/14 1142/19
1143/3 1147/3 1153/25 1160/13
1162/24 1162/25 1163/19 1163/20
1165/13 1165/19 1166/3 1166/8 1169/1
1169/2 1170/12 1173/17 1177/22
1185/11 1196/14 1196/15 1196/24
1197/3 1197/19 1198/1 1198/6 1198/17
1198/20 1200/2 1200/12 1201/5
1203/16 1207/13 1209/14 1210/3
report: [1] 1197/24
report: 508 [1] 1197/24
reported [1] 1137/23
Reporter [3] 1112/2 1214/12 1214/21
reports [21] 1115/6 1115/6 1115/7
1115/9 1116/11 1116/22 1117/6 1117/9
1117/24 1151/18 1152/1 1158/18
1163/19 1170/9 1172/3 1181/14
1181/21 1182/12 1196/10 1199/16
1207/4
represent [1] 1156/2
representative [2] 1139/6 1139/18
represents [5] 1181/11 1209/10 1210/24
1213/2 1213/4
request [1] 1204/22
require [1] 1158/10 1184/1
required [7] 1122/25 1129/12 1130/8
1130/17 1138/12 1138/19 1183/11
requires [1] 1175/20
requiring [1] 1175/20
reserve [3] 1141/2 1141/25 1184/16
reserves [10] 1139/11 1139/13 1140/22
1140/24 1142/24 1142/25 1162/22
1180/21 1187/8 1188/15
resolution [1] 1175/20

resolve [1] 1115/2
resources [2] 1110/4 1144/10
respect [11] 1117/9 1119/25 1131/10
1144/7 1158/18 1165/12 1184/18
1189/21 1190/15 1190/18 1204/21
responding [1] 1190/11
response [2] 1153/21 1168/11
rest [3] 1117/6 1190/18 1191/3
restricts [1] 1119/18
restructured [2] 1157/7 1158/5
rests [1] 1213/13
resume [1] 1213/19
revenue [4] 1176/11 1186/18 1186/21
1187/3
revenues [1] 1190/13
review [1] 1177/21
reviewed [5] 1119/14 1144/13 1144/17
1187/22 1189/20
reviewing [1] 1142/20
revised [1] 1168/24
revolving [1] 1150/14 1151/1
RICHARD [1] 1110/11
RIG [1] 1109/4
right [89] 1114/7 1114/17 1115/10
1115/25 1118/9 1118/17 1120/21
1125/10 1128/7 1129/9 1131/5 1131/11
1133/6 1133/9 1133/19 1133/19
1133/25 1134/1 1134/6 1135/7 1138/1
1139/23 1143/21 1144/10 1144/14
1146/9 1146/24 1147/19 1147/23
1149/17 1152/8 1152/8 1155/12 1156/7
1156/21 1160/12 1161/17 1165/5
1165/7 1165/21 1166/21 1167/3
1167/14 1168/2 1168/18 1169/13
1170/8 1170/16 1171/15 1174/22
1176/19 1177/4 1179/17 1180/18
1182/17 1185/24 1186/5 1186/9
1186/15 1186/18 1187/16 1187/22
1189/4 1190/9 1191/1 1191/3 1191/9
1191/13 1191/19 1192/15 1192/17
1192/23 1196/18 1197/7 1197/12
1197/13 1198/8 1199/2 1199/5 1201/21
1202/10 1207/23 1213/9 1213/10
1213/15 1213/16 1213/17 1213/23
1214/7
rise [2] 1114/6 1214/9
risk [1] 1146/13
riskiness [1] 1180/13
risks [2] 1142/20 1205/3
RMR [4] 1112/2 1214/12 1214/20
1214/20
ROBERS [2] 1110/9 1114/12
ROBERT [1] 1111/9
role [1] 1157/11
Room [1] 1112/2
round [1] 1133/5
rounding [1] 1117/1
roundings [1] 1117/3
rules [1] 1140/13
run [1] 1201/8
résumé [1] 1181/4

S

s/Jodi [1] 1214/20
Sachs [5] 1168/18 1168/20 1168/22
1169/4 1169/9
said [31] 1118/9 1123/18 1124/8
1124/13 1134/24 1135/19 1139/16
1141/20 1143/3 1143/20 1150/1
1150/16 1153/24 1157/3 1160/15
1160/16 1164/1 1171/5 1173/4 1173/6
1177/23 1182/16 1186/10 1187/13

said... [7] 1189/13 1191/19 1193/4
1196/5 1198/16 1205/11 1208/12
sale [3] 1120/18 1122/23 1122/24
sales [2] 1121/13 1121/23
same [39] 1118/20 1125/6 1133/9
1133/17 1133/20 1137/16 1137/22
1139/9 1145/13 1148/15 1162/17
1164/20 1167/8 1167/23 1170/13
1170/21 1172/17 1174/20 1174/21
1178/5 1178/6 1178/19 1180/5 1193/22
1200/17 1200/22 1201/8 1201/14
1202/17 1202/22 1208/23 1208/24
1208/25 1209/12 1210/17 1211/13
1211/15 1211/17 1212/23
SARAH [1] 1110/5
satisfy [2] 1117/10 1137/24
saw [15] 1142/19 1151/21 1166/18
1172/14 1175/21 1175/23 1175/25
1176/1 1176/2 1176/3 1178/22 1189/24
1201/16 1209/15 1210/1
say [36] 1120/15 1129/1 1129/23
1133/18 1136/6 1139/21 1141/20
1142/7 1143/10 1148/24 1150/14
1152/10 1153/25 1155/13 1156/18
1157/1 1157/3 1157/22 1163/7 1164/14
1171/1 1171/17 1176/3 1181/10
1181/22 1185/6 1185/7 1188/12
1189/14 1190/7 1192/13 1197/7 1197/8
1199/9 1205/13 1205/20
saying [13] 1118/13 1154/21 1158/4
1160/6 1160/11 1160/11 1160/14
1160/15 1160/18 1160/19 1160/21
1183/4 1196/8
says [10] 1120/1 1151/4 1157/1 1170/25
1200/22 1205/12 1208/16 1208/25
1210/3 1211/14
scenario [4] 1122/1 1129/8 1131/8
1165/19
schedule [8] 1117/1 1117/2 1132/21
1132/23 1132/23 1163/18 1166/3
1166/7
Schedule 10 [1] 1117/1
Schedule 13 [1] 1132/23
Schedule 3 [1] 1166/3
screen [2] 1150/13 1167/2
seated [1] 1114/7
SEC [2] 1138/20 1140/13
second [12] 1131/20 1135/6 1138/4
1160/19 1167/7 1191/14 1196/14
1196/15 1196/24 1200/1 1202/7 1214/2
section [4] 1109/5 1110/5 1119/14
1156/15
Section 311 [1] 1119/14
secured [3] 1129/8 1149/2 1149/4
security [5] 1127/18 1129/2 1129/6
1129/12 1129/13
see [48] 1117/24 1121/25 1137/10
1141/22 1143/15 1152/4 1157/19
1159/12 1161/15 1161/20 1166/22
1167/2 1167/8 1167/8 1167/20 1168/18
1168/20 1169/16 1170/8 1170/13
1172/17 1174/20 1174/22 1176/16
1179/16 1185/22 1186/17 1186/25
1188/5 1188/6 1191/2 1192/19 1197/8
1198/23 1200/19 1201/19 1201/22
1202/6 1202/19 1207/25 1208/16
1209/18 1209/19 1210/20 1211/14
1212/25 1213/4 1214/8
seen [4] 1152/1 1161/13 1162/6 1163/1
segment [1] 1176/10
sell [4] 1124/20 1124/24 1127/3 1137/24

selling [4] 1124/15 1125/8 1137/23
1137/23
send [1] 1157/14
sending [1] 1171/18
sends [1] 1149/9
sense [3] 1126/20 1158/7 1158/8
sensitive [2] 1162/9 1162/12
sensitivities [2] 1189/21 1189/24
sensitivity [3] 1165/16 1190/3 1190/7
sent [2] 1155/17 1171/19
sentence [1] 1163/8
September [4] 1152/5 1196/25 1197/19
1198/25
September 12th [1] 1196/25
September 12th report [1] 1197/19
serves [1] 1148/4
SESSION [2] 1109/18 1114/1
set [5] 1146/11 1153/18 1154/5 1154/21
1155/2
setting [2] 1145/24 1152/13
share [3] 1133/4 1133/4 1177/17
shareholders [1] 1144/5
SHARON [1] 1110/15
sharp [3] 1136/11 1160/12 1160/17
she [2] 1115/4 1115/7
sheet [6] 1116/15 1118/23 1119/10
1135/24 1138/6 1202/19
sheets [4] 1145/19 1196/18 1196/21
1213/1
Shell [1] 1111/13
shopped [1] 1127/19
short [8] 1118/25 1120/5 1120/7
1120/13 1122/22 1123/2 1124/8
1163/25
short-term [3] 1120/5 1120/7 1124/8
shorthand [1] 1138/17
should [10] 1117/3 1136/7 1137/19
1154/22 1155/21 1174/25 1177/17
1177/18 1182/3 1205/1
shouldn't [1] 1190/8
show [20] 1123/16 1151/25 1164/10
1164/24 1171/3 1171/4 1174/4 1174/16
1185/14 1186/11 1196/22 1198/12
1206/8 1207/11 1207/15 1208/8 1209/6
1209/23 1211/9 1212/3
showed [5] 1142/24 1150/13 1206/4
1207/24 1208/3
showing [1] 1151/13
shows [4] 1150/7 1160/23 1168/12
1171/9
shrunk [1] 1135/9
SHUTLER [1] 1110/15
side [2] 1212/7 1213/17
significance [1] 1183/8
significant [14] 1118/21 1127/6 1127/7
1134/8 1134/10 1137/19 1145/16
1145/17 1156/2 1157/8 1163/23
1187/24 1189/3 1189/6
significantly [1] 1134/12
Simcox [5] 1112/2 1112/4 1214/12
1214/20 1214/20
similar [1] 1141/21
similarly [1] 1124/24
simple [4] 1122/13 1123/23 1139/14
1155/7
since [4] 1126/11 1134/18 1134/21
1144/25
sir [39] 1116/10 1117/20 1118/16
1119/16 1120/15 1125/18 1131/14
1135/22 1137/1 1137/4 1139/4 1140/14
1140/17 1143/1 1143/22 1143/24
1145/6 1145/10 1147/1 1149/11
1151/20 1152/21 1153/9 1153/12

1153/15 1161/4 1161/10 1163/14
1163/15 1164/9 1167/5 1184/2 1184/25
1185/20 1186/10 1186/16 1186/19
1198/22 1199/19 1213/21
sit [3] 1121/24 1121/24 1128/10
sits [1] 1185/18
situation [3] 1120/24 1129/7 1146/22
situations [1] 1157/7
six [3] 1128/18 1158/2 1169/2
size [1] 1150/9
skip [1] 1192/23
slide [1] 1142/23
slightly [1] 1175/3
SMOG [18] 1138/11 1138/12 1138/19
1138/22 1139/3 1139/8 1139/14
1139/25 1140/6 1140/7 1140/13
1140/16 1141/11 1142/14 1142/20
1143/3 1143/8 1143/16
so [148]
software [1] 1112/8
sold [2] 1157/18 1157/23
sole [1] 1183/24
solvency [4] 1204/1 1204/9 1204/15
1204/18
solvent [2] 1204/7 1204/12
some [31] 1116/11 1116/14 1116/18
1116/25 1117/3 1120/8 1122/24
1125/15 1125/16 1127/5 1128/2 1131/9
1131/10 1136/16 1137/5 1145/20
1148/25 1149/1 1150/13 1161/19
1162/18 1164/2 1174/12 1174/22
1178/2 1188/16 1188/16 1189/5
1191/21 1192/20 1197/11
somebody [2] 1152/12 1152/14
someone [1] 1136/5
something [10] 1121/1 1126/2 1126/3
1138/19 1143/6 1171/20 1173/5
1184/16 1189/18 1196/5
sometime [1] 1115/12
Sometimes [1] 1205/20
somewhat [2] 1154/4 1154/8
somewhere [1] 1161/13
sorry [7] 1133/24 1176/21 1194/13
1197/17 1199/13 1200/21 1205/20
sound [2] 1129/21 1133/25
sounds [1] 1129/22
source [5] 1117/12 1169/12 1169/15
1171/12 1183/24
sources [4] 1120/22 1167/3 1168/15
1204/9
South [1] 1111/23
space [1] 1174/22
speak [1] 1118/23
speaking [1] 1129/11
specific [4] 1118/4 1121/17 1175/19
1208/13
specifically [3] 1121/4 1144/7 1162/25
specifics [2] 1127/21 1127/22
speculation [1] 1164/2
speculative [2] 1128/3 1128/10
spelling [1] 1116/4
spend [2] 1136/3 1191/19
spending [1] 1137/22
spent [2] 1135/13 1145/17
spill [7] 1109/4 1118/21 1119/1 1119/8
1126/11 1153/18 1153/20
spill-related [1] 1153/18
spoke [1] 1117/18
spoken [1] 1195/1
spreadsheet [14] 1117/4 1136/8 1185/2
1199/21 1199/23 1200/13 1200/16
1200/22 1202/2 1208/15 1208/15
1208/18 1209/12 1211/4

**S**

spreadsheets [8] 1184/24 1184/25
1188/9 1200/19 1203/7 1203/10
1208/14 1210/12
Square [1] 1111/13
ST [1] 1110/22
stable [2] 1136/2 1183/20
stand [3] 1117/6 1166/10 1168/22
standardized [2] 1138/11 1143/8
standpoint [2] 1135/24 1148/14
star [1] 1152/5
start [1] 1191/24
started [1] 1155/16
starting [7] 1154/9 1182/9 1189/17
1197/21 1199/10 1206/10 1207/7
state [4] 1110/19 1116/3 1129/15
1203/23
stated [1] 1161/5
statement [13] 1120/16 1121/19
1136/16 1136/17 1136/19 1137/20
1138/5 1147/3 1156/15 1179/20
1180/15 1180/16 1204/24
statements [7] 1119/7 1119/9 1143/14
1145/5 1145/20 1156/19 1179/11
STATES [11] 1109/1 1109/8 1109/20
1110/3 1114/13 1115/1 1161/25
1205/10 1213/1 1213/13 1214/13
static [1] 1139/25
statute [3] 1119/15 1119/17 1120/1
stayed [1] 1165/5
stenography [1] 1112/8
step [1] 1114/24
STEVEN [1] 1110/6
still [5] 1119/4 1158/8 1166/10 1193/3
1204/7
stock [7] 1120/19 1131/13 1132/18
1133/4 1134/11 1134/11 1171/15
stop [1] 1153/4
store [1] 1126/8
straight [1] 1122/23
stray [2] 1195/1 1195/1
Street [5] 1110/23 1111/10 1111/14
1111/20 1112/2
strong [1] 1118/23
structure [1] 1156/3
structured [1] 1120/18
study [1] 1128/7
stuff [1] 1196/13
subcommercial [4] 1188/15 1188/16
1188/19 1188/22
subject [3] 1162/17 1213/13 1213/15
submitted [5] 1116/14 1116/22 1117/6
1171/10 1213/21
subsidiary [1] 1144/1
substance [1] 1115/8
substantial [4] 1128/21 1136/13 1179/8
1179/9
subtract [1] 1176/15
subtractions [1] 1179/17
such [1] 1160/12
suffer [1] 1118/14
suggest [4] 1121/13 1139/17 1149/23
1189/8
suggested [1] 1187/15
suggesting [2] 1126/9 1126/12
Suite [2] 1111/14 1111/24
summarized [1] 1195/13
summarizing [2] 1160/2 1197/5
summary [4] 1173/2 1184/24 1197/14
1210/4
summation [1] 1197/10
superior [1] 1129/14

supplemental [4] 1162/24 1163/20
1160/16
suppose [6] 1117/16 1118/19 1130/23
1148/24 1173/11 1191/4
sure [12] 1127/25 1131/23 1135/17
1142/12 1145/3 1158/24 1161/13
1164/10 1174/17 1174/20 1189/16
1212/7
surprising [1] 1143/25
survey [1] 1130/7
SUSANNAH [1] 1110/22
sustain [1] 1130/2
sworn [1] 1116/1
SYNDICATE [1] 1109/16
system [1] 1141/4

**T**

tab [23] 1201/18 1202/19 1202/19
1202/20 1203/1 1203/2 1208/15
1208/17 1208/18 1208/23 1208/24
1208/25 1209/13 1209/13 1209/14
1209/15 1209/17 1210/1 1210/17
1211/13 1211/15 1212/7 1212/16
table [14] 1164/10 1173/13 1173/15
1185/11 1195/13 1196/22 1196/23
1200/14 1200/15 1200/16 1212/8
1212/17 1212/23 1213/2
Table 17 [1] 1173/13
Table 3 [1] 1185/11
Table 6 [1] 1196/23
tables [1] 1164/14
tabs [2] 1198/10 1202/1
tacks [1] 1118/22
tad [1] 1155/13
take [15] 1124/19 1124/25 1128/23
1132/7 1152/17 1156/9 1161/19 1167/1
1174/25 1177/18 1179/17 1205/2
1205/6 1210/6 1214/4
taken [6] 1170/5 1175/11 1178/10
1178/11 1192/9 1192/20
takes [1] 1165/21
taking [1] 1144/3
talk [4] 1137/6 1138/11 1152/17
1191/20
talked [12] 1129/4 1136/23 1137/2
1148/3 1150/11 1159/25 1162/21
1170/18 1173/15 1179/24 1184/23
1206/10
talking [10] 1125/20 1129/1 1130/25
1131/1 1132/1 1134/1 1157/20 1190/12
1192/14 1205/14
tangible [1] 1189/11
tax [5] 1137/2 1151/7 1174/5 1176/21
1178/2
techniques [2] 1122/20 1124/4
tell [10] 1146/15 1146/20 1156/24
1158/19 1158/25 1198/7 1200/7
1208/10 1209/9 1210/24
tells [2] 1143/7 1143/15
template [11] 1172/4 1172/5 1173/4
1173/23 1174/8 1197/3 1200/11
1207/16 1207/22 1208/2 1213/5
ten [3] 1118/10 1163/24 1164/4
term [32] 1118/5 1118/10 1118/16
1118/20 1118/22 1118/24 1118/25
1119/19 1120/5 1120/7 1120/13
1122/21 1122/23 1123/2 1123/3 1123/3
1123/6 1123/8 1123/16 1124/8 1124/8
1124/9 1124/14 1126/25 1127/4 1128/3
1160/20 1160/20 1163/11 1178/23
1186/10 1194/23
terms [17] 1120/14 1121/7 1121/10
1123/11 1127/2 1127/7 1127/21

1135/12 1136/5 1138/6 1145/24
1150/12 1151/1 1155/22 1155/4
1155/7 1176/11
testified [19] 1116/2 1117/24 1118/1
1121/7 1129/25 1132/11 1132/13
1132/15 1133/17 1138/12 1139/10
1141/13 1148/15 1152/19 1174/25
1179/9 1176/13 1182/24 1206/21
testify [4] 1121/17 1130/1 1155/3 1189/2
testimony [9] 1120/10 1123/15 1123/16
1131/9 1132/2 1136/1 1172/3 1203/9
1207/3
than [19] 1117/5 1117/16 1126/18
1128/14 1134/23 1145/14 1146/5
1153/8 1153/20 1158/20 1159/2
1161/23 1161/24 1177/25 1182/25
1183/12 1187/10 1203/15 1205/23
thank [5] 1115/13 1115/22 1137/16
1167/10 1213/7
that [520]
that's [138]
their [27] 1118/23 1119/6 1127/12
1127/12 1130/21 1137/21 1141/2
1151/9 1155/19 1163/11 1168/24
1169/1 1169/23 1169/23 1174/3 1174/8
1178/10 1187/9 1187/9 1187/9 1187/11
1189/7 1189/17 1206/6 1208/6 1209/4
1212/14
them [16] 1114/24 1148/1 1161/9
1165/22 1167/3 1169/13 1169/19
1169/19 1176/2 1176/3 1176/3 1187/18
1198/1 1198/3 1198/5 1213/22
themselves [1] 1169/20
then [54] 1115/10 1116/14 1116/18
1120/13 1124/25 1129/9 1130/15
1131/4 1131/10 1132/4 1134/3 1135/23
1146/21 1146/21 1146/22 1148/22
1149/13 1149/20 1152/13 1154/7
1155/17 1155/17 1160/1 1160/10
1163/20 1163/24 1164/4 1167/5
1170/18 1172/13 1172/20 1173/15
1174/6 1174/6 1174/7 1179/15 1182/5
1184/24 1185/14 1187/1 1187/4
1190/23 1194/25 1196/14 1197/13
1198/1 1199/14 1199/15 1201/20
1204/12 1208/14 1208/15 1209/16
1211/22
then-parent [1] 1155/17
there [87] 1116/25 1117/3 1119/17
1120/5 1120/7 1122/18 1122/18
1122/22 1122/24 1123/2 1123/13
1124/2 1124/3 1124/7 1124/8 1125/15
1125/16 1128/2 1128/21 1131/17
1132/10 1133/6 1136/18 1142/21
1143/25 1145/7 1148/9 1148/20
1148/23 1152/4 1153/3 1153/23
1153/24 1154/5 1154/8 1155/1 1157/23
1160/2 1160/22 1160/23 1160/25
1160/25 1161/25 1163/8 1164/8
1164/21 1165/5 1167/1 1167/8 1167/24
1167/25 1168/3 1168/3 1168/6 1168/18
1171/11 1171/13 1171/25 1172/8
1172/11 1174/12 1175/6 1175/12
1175/19 1176/9 1177/12 1178/21
1178/23 1179/2 1184/24 1189/21
1191/15 1192/9 1194/13 1196/13
1198/14 1199/8 1199/16 1201/13
1202/10 1206/3 1206/4 1207/23
1208/12 1208/14 1209/24 1211/4
there's [50] 1121/19 1121/25 1123/7
1129/7 1135/10 1137/5 1140/15
1148/21 1150/4 1158/2 1158/2 1161/21
1164/13 1166/11 1166/16 1168/3

**T**

there's... [34] 1168/12 1169/7 1171/13
1171/16 1171/16 1171/24 1171/24
1171/25 1174/6 1176/4 1179/10
1179/10 1180/22 1181/10 1182/22
1185/22 1186/1 1186/3 1186/17
1186/17 1187/23 1188/1 1189/10
1193/6 1193/13 1195/19 1196/12
1200/17 1202/8 1209/13 1209/19
1211/2 1212/8 1212/17
thereabouts [1] 1169/18
these [46] 1120/11 1121/16 1124/15
1125/4 1132/22 1132/24 1133/2
1136/13 1139/18 1146/23 1147/25
1148/1 1151/5 1162/1 1162/2 1167/3
1171/18 1174/24 1175/7 1176/17
1177/6 1177/10 1177/21 1178/10
1179/13 1179/15 1179/17 1185/15
1186/15 1186/20 1187/2 1187/2 1187/2
1187/3 1191/21 1192/6 1197/23
1198/25 1200/19 1204/11 1206/3
1208/6 1210/11 1212/19 1212/21
1212/23
they [63] 1115/3 1117/16 1118/19
1118/19 1120/17 1124/16 1127/6
1127/7 1127/24 1130/21 1130/23
1135/12 1135/13 1136/3 1136/12
1137/23 1137/23 1137/24 1139/20
1140/2 1143/10 1143/10 1143/15
1143/23 1148/1 1148/1 1148/24 1151/8
1154/3 1154/21 1155/14 1155/14
1155/18 1155/18 1158/17 1159/10
1160/1 1162/18 1168/24 1168/24
1168/25 1169/1 1169/14 1169/20
1171/10 1171/18 1171/19 1173/8
1173/11 1174/4 1174/6 1177/24
1178/15 1178/16 1184/6 1187/13
1187/23 1192/13 1198/5 1202/18
1204/10 1204/12 1211/2
they're [24] 1124/18 1137/21 1137/22
1137/23 1144/5 1146/5 1148/11
1149/15 1149/16 1151/6 1151/9
1151/12 1151/13 1169/14 1169/14
1171/8 1174/4 1177/15 1177/23
1187/11 1187/12 1187/12 1201/7
1204/11
they've [6] 1126/11 1142/5 1157/23
1160/16 1169/23 1171/10
thin [1] 1138/10
thing [8] 1160/18 1160/19 1167/23
1170/6 1178/1 1193/22 1207/23
1212/11
things [12] 1134/14 1135/6 1146/3
1161/16 1162/15 1162/17 1180/21
1184/5 1188/16 1188/16 1188/18
1201/20
think [120]
thinking [2] 1139/21 1147/8
thinks [2] 1119/24 1119/25
third [7] 1116/23 1116/25 1128/14
1152/1 1183/22 1209/19 1214/3
third-party [1] 1183/22
this [173]
THOMAS [1] 1111/19
those [71] 1114/17 1114/23 1115/6
1115/7 1115/17 1115/20 1121/17
1121/20 1122/14 1122/17 1124/2
1127/5 1127/11 1127/11 1131/5
1135/13 1137/13 1139/6 1149/2 1149/2
1150/13 1151/7 1153/13 1153/13
1163/19 1165/14 1166/24 1170/7
1170/12 1170/21 1172/6 1173/1 1173/5

1175/21 1176/1 1177/7 1180/13
1180/16 1191/2 1195/22 1195/23
1195/24 1196/2 1196/11 1196/21
1197/2 1197/2 1197/11 1197/25 1198/8
1199/5 1199/18 1199/20 1199/25
1200/8 1200/10 1200/11 1200/12
1200/14 1200/23 1202/10 1202/12
1202/15 1202/16 1202/18 1202/20
1203/10 1203/10 1208/4 1211/1 1211/4
though [1] 1109/12
thousands [1] 1209/20
three [4] 1157/24 1171/10 1183/19
1213/25
threshold [3] 1153/2 1153/8 1154/16
through [19] 1116/19 1116/21 1133/3
1133/10 1136/10 1139/17 1149/8
1150/22 1155/15 1155/19 1157/8
1173/9 1174/13 1196/24 1201/8
1202/12 1202/21 1207/3 1212/13
time [33] 1114/25 1120/8 1120/11
1120/17 1128/1 1128/15 1132/11
1133/14 1133/22 1134/14 1134/16
1136/2 1136/5 1137/16 1137/22
1153/13 1154/21 1160/13 1161/1
1161/9 1163/17 1163/17 1163/23
1164/25 1166/14 1170/13 1170/21
1175/21 1181/13 1182/12 1191/20
1200/19 1213/12
times [8] 1171/10 1182/24 1183/1
1201/10 1202/21 1203/1 1210/7
1212/14
timing [2] 1131/7 1164/7
titled [1] 1200/15
to/due [3] 1150/17 1151/5 1152/10
today [27] 1116/18 1117/2 1119/5
1123/17 1125/13 1128/10 1128/14
1132/1 1132/13 1132/17 1133/12
1135/3 1136/9 1139/10 1141/13 1155/9
1160/13 1161/15 1164/15 1164/18
1168/22 1170/23 1172/18 1186/5
1186/8 1186/21 1189/13
today's [3] 1133/4 1133/4 1161/14
together [1] 1169/3
told [2] 1156/23 1156/23
too [2] 1160/4 1165/9
took [11] 1165/15 1166/14 1173/4
1197/23 1197/25 1197/25 1199/6
1199/6 1202/25 1212/12 1212/13
tool [1] 1141/21
top [8] 1132/1 1191/24 1198/23 1199/8
1208/23 1208/24 1210/18 1212/7
top-line [1] 1132/1
topic [4] 1129/25 1170/3 1172/2
1203/18
topics [1] 1179/23
Torts [1] 1110/15
total [9] 1115/7 1132/3 1137/15 1199/6
1199/7 1200/18 1210/4 1210/9 1210/18
totaled [1] 1136/24
totality [1] 1134/15
touts [2] 1187/24 1189/5
trace [1] 1202/21
trade [4] 1171/12 1171/25 1193/11
1193/12
trades [2] 1171/9 1171/18
transaction [5] 1128/24 1149/24
1149/24 1150/6 1152/11
transactions [2] 1151/5 1171/13
transcript [2] 1109/19 1214/15
transcription [1] 1112/8
transfer [1] 1149/9
TRANSOCEAN [3] 1109/14 1109/14
1109/15

treasury [3] 1149/16 1149/18 1149/20
1149/21 1149/24
TREX [16] 1131/15 1132/22 1140/18
1142/17 1151/25 1156/8 1166/4 1169/6
1173/13 1180/17 1185/9 1188/3
1196/15 1196/23 1201/17 1207/19
TREX-012431.1.2.US [1] 1207/19
TREX-12303-A.1.1 [1] 1142/17
TREX-13123.39 [1] 1173/13
TREX-13123.41 [1] 1131/15
TREX-13123.79 [1] 1132/22
TREX-13125.1.2 [2] 1185/9 1196/15
TREX-13125.1.3 [1] 1196/23
TREX-13130 [1] 1180/17
TREX-13130.1 [1] 1156/8
TREX-233888 [1] 1166/4
TREX-240835 [2] 1188/3 1201/17
TREX-240928 [1] 1140/18
TREX-246898.4.2 [1] 1151/25
TREX-247631 [1] 1169/6
trial [5] 1109/19 1119/15 1195/24
1196/3 1196/6
tried [2] 1138/10 1185/4
Trinidad [1] 1209/24
TRITON [1] 1109/13
true [23] 1127/1 1130/12 1130/16
1131/4 1134/22 1140/4 1145/15
1153/22 1162/3 1162/11 1164/20
1166/20 1176/6 1190/22 1193/12
1193/19 1193/21 1193/23 1194/2
1194/7 1195/23 1203/17 1214/14
trust [1] 1175/8
trusting [2] 1176/19 1176/21
try [5] 1115/1 1115/11 1127/21 1129/6
1211/19
trying [9] 1122/12 1126/14 1136/9
1146/10 1161/14 1171/6 1174/9 1178/8
1193/5
Tuesday's [1] 1114/20
turn [9] 1138/4 1144/23 1148/3 1159/22
1169/16 1194/25 1195/12 1198/16
1202/4
turned [2] 1165/15 1165/16
twice [1] 1167/23
two [19] 1116/23 1116/24 1148/17
1151/6 1156/10 1160/18 1166/21
1166/24 1171/10 1171/17 1195/19
1199/16 1199/20 1202/8 1205/11
1205/13 1212/11 1212/11 1213/25
type [4] 1128/17 1182/22 1185/14
1185/18
types [1] 1183/10
typical [2] 1157/10 1194/18
typically [3] 1131/25 1160/17 1204/18

**U**

U.S [4] 1110/4 1110/14 1149/18 1202/5
ultimately [2] 1124/9 1155/16
Um [1] 1174/15
unchanged [2] 1136/11 1136/14
under [15] 1122/18 1124/3 1129/9
1129/14 1131/6 1138/19 1140/13
1143/23 1145/17 1151/21 1153/16
1155/25 1177/6 1180/6 1209/24
undercapitalized [2] 1144/17 1144/21
underneath [1] 1170/11
understand [17] 1125/20 1125/25
1126/14 1142/3 1171/2 1171/21
1171/22 1171/22 1172/6 1172/12
1175/19 1178/21 1179/13 1192/4
1194/19 1194/20 1203/23
understanding [5] 1129/9 1129/11
1129/14 1129/20 1214/16

## U

UNDERWRITING [1]  1109/16
undiscounted [3]  1147/7 1147/10
1147/12
unfortunately [1]  1165/6
unit [1]  1138/23
UNITED [11]  1109/1 1109/8 1109/20
1110/3 1114/13 1115/1 1161/25 1205/9
1213/1 1213/12 1214/13
unknowingly [1]  1165/16
unknown [1]  1120/8
unless [1]  1122/23
unpledged [3]  1127/24 1128/22 1129/1
unproved [4]  1142/25 1187/7 1187/10
1187/12
unsecured [3]  1129/5 1130/4 1178/25
untitled [2]  1212/8 1212/17
unusual [1]  1150/8
up [49]  1115/12 1123/20 1131/15
1131/18 1131/19 1132/6 1132/10
1136/17 1136/24 1137/15 1138/22
1139/2 1140/18 1141/16 1145/19
1150/21 1151/13 1152/13 1153/18
1154/5 1154/21 1155/2 1156/1 1159/25
1160/1 1160/5 1160/20 1163/5 1166/3
1167/17 1168/13 1168/15 1170/2
1171/15 1175/6 1176/14 1182/3 1182/5
1185/9 1185/15 1191/17 1198/9 1198/9
1199/22 1201/15 1203/10 1204/5
1205/24 1210/20
update [1]  1133/3
updated [3]  1140/7 1140/8 1140/10
upon [3]  1124/16 1126/24 1184/8
upside [1]  1161/1
upstream [2]  1190/7 1190/19
us [11]  1142/5 1156/23 1164/18
1171/10 1171/18 1171/19 1180/5
1197/10 1198/7 1209/18 1213/24
USD [1]  1209/4
use [20]  1121/13 1130/8 1132/20
1133/5 1133/7 1140/2 1144/10 1150/5
1161/20 1165/13 1165/18 1172/24
1175/5 1183/21 1185/6 1190/6 1191/6
1192/2 1192/11 1206/6
used [31]  1114/13 1114/20 1115/16
1122/20 1124/5 1131/22 1138/23
1139/25 1140/10 1141/21 1143/7
1147/14 1152/24 1154/14 1155/2
1166/11 1170/16 1172/13 1173/1
1173/8 1173/11 1175/4 1179/24 1187/5
1196/20 1197/19 1199/25 1202/23
1210/25 1211/6 1212/9
useful [2]  1161/18 1207/9
using [19]  1112/8 1122/17 1127/5
1132/18 1133/3 1133/23 1145/11
1150/4 1165/14 1171/8 1173/1 1176/16
1178/5 1178/6 1178/9 1187/12 1187/12
1195/24 1198/4
usual [1]  1193/11
usually [2]  1193/11 1205/12
Utsler [1]  1214/3
Uyl [18]  1147/14 1166/12 1168/11
1170/16 1184/8 1184/20 1189/14
1192/4 1194/22 1195/12 1195/16
1195/21 1197/4 1199/25 1203/19
1211/5 1211/23 1212/9
Uyl's [7]  1154/7 1165/12 1165/25
1166/18 1197/23 1197/25 1200/12

## V

vacuum [1]  1121/24
valuation [30]  1142/1 1145/23 1145/25
1146/13 1157/10 1157/20 1157/23
1176/22 1181/9 1181/13 1181/19
1181/14 1182/4 1182/10 1182/15
1182/22 1183/4 1183/6 1183/16 1184/2
1184/9 1189/12 1189/15 1193/12
1194/17 1195/7 1206/22 1206/23
1207/5
valuations [6]  1183/2 1183/17 1183/23
1184/21 1185/19 1189/25
valuator [2]  1181/2 1181/5
value [101]  1123/7 1125/10 1131/13
1131/19 1131/22 1131/25 1132/1
1132/2 1132/3 1132/3 1132/5 1132/7
1132/7 1132/8 1132/12 1132/15
1132/17 1133/7 1133/12 1133/14
1133/16 1133/18 1133/21 1133/24
1134/3 1134/8 1134/10 1134/17
1134/20 1134/20 1134/24 1139/6
1139/8 1139/10 1139/11 1139/12
1139/12 1139/15 1139/19 1139/20
1139/22 1140/24 1141/2 1141/3
1141/20 1142/8 1142/8 1142/14
1142/15 1143/6 1145/12 1145/14
1145/21 1145/23 1145/24 1146/4
1146/4 1146/7 1146/8 1146/15 1146/16
1146/16 1146/19 1146/19 1146/20
1147/8 1147/9 1147/15 1148/2 1162/22
1180/6 1180/7 1180/12 1180/21
1181/11 1181/18 1183/9 1184/15
1185/22 1186/7 1186/20 1187/4
1187/23 1188/1 1188/18 1188/25
1189/5 1189/6 1189/12 1189/16
1189/18 1192/3 1193/5 1194/19 1195/2
1195/7 1195/9 1199/7 1204/19 1206/16
1207/9
values [4]  1141/23 1175/4 1199/1
1208/13
valuing [3]  1183/7 1183/12 1189/18
variety [1]  1151/7
various [3]  1120/21 1124/15 1125/4
verified [2]  1185/5 1198/3
verify [4]  1185/6 1195/24 1198/4 1198/4
versus [3]  1126/2 1133/18 1190/15
very [8]  1115/25 1122/13 1123/23
1127/25 1147/20 1175/15 1180/20
1213/16
viability [1]  1123/11
view [1]  1154/6
views [1]  1155/8
violator [3]  1119/18 1131/11 1144/23
vis [6]  1119/11 1119/11 1121/22
1121/22 1122/15 1122/15
vis-à-vis [3]  1119/11 1121/22 1122/15
volume [2]  1171/18 1171/24
volumes [1]  1140/23

## W

wait [3]  1125/19 1125/19 1153/3
waiting [1]  1131/21
walk [1]  1133/3
want [13]  1122/12 1122/17 1131/11
1135/20 1142/12 1173/16 1191/13
1191/19 1192/19 1192/24 1196/14
1199/21 1211/18
wanted [8]  1131/4 1174/25 1176/15
1177/14 1177/16 1191/1 1196/2 1203/4
wants [1]  1157/14
was [99]  1115/7 1117/1 1117/2 1122/13
1128/1 1129/4 1132/2 1133/12 1133/14
1133/17 1134/24 1136/1 1138/22
1139/16 1141/20 1142/7 1142/23
1143/3 1143/5 1143/5 1144/10 1146/10
1146/22 1148/22 1149/23 1149/24

1150/10 1151/22 1153/2 1153/7
1154/22 1155/1 1155/1 1155/2 1155/2
1155/9 1155/17 1157/23 1158/3
1160/10 1160/11 1160/25 1160/25
1161/1 1162/24 1164/22 1165/1 1165/8
1165/18 1166/14 1167/24 1168/3
1168/3 1168/7 1168/10 1168/10
1168/10 1168/25 1169/3 1169/22
1170/12 1172/9 1172/10 1172/13
1173/1 1173/5 1174/3 1175/23 1176/9
1176/11 1177/21 1178/23 1181/17
1184/24 1187/18 1187/25 1192/16
1193/4 1194/13 1196/9 1196/9 1196/10
1196/20 1199/4 1199/5 1199/7 1206/3
1206/4 1206/7 1206/17 1206/20 1208/2
1208/12 1208/14 1209/15
Washington [4]  1110/13 1110/17
1111/10 1111/20
wasn't [4]  1144/20 1154/5 1181/18
1189/8
Water [12]  1117/10 1117/21 1118/2
1118/5 1119/14 1120/8 1121/4 1156/1
1158/21 1159/2 1184/1 1204/5
way [19]  1118/20 1123/12 1136/10
1146/10 1148/15 1149/3 1159/11
1160/7 1178/5 1178/6 1178/19 1180/14
1183/8 1191/5 1191/7 1191/7 1191/25
1199/4 1201/8
ways [3]  1123/13 1123/13 1132/6
we [137]
we'll [7]  1115/11 1131/18 1135/6
1138/22 1206/6 1213/19 1214/8
we're [13]  1119/15 1125/20 1131/21
1135/17 1161/1 1197/2 1197/2 1197/5
1197/5 1200/11 1205/22 1206/22
1208/18
we've [6]  1132/1 1135/17 1150/11
1160/11 1163/1 1182/15
week [1]  1115/12
week's [1]  1164/25
weekend [1]  1214/7
well [47]  1115/25 1119/6 1119/24
1122/7 1122/21 1123/6 1125/18 1126/9
1127/7 1129/4 1129/17 1130/1 1132/14
1132/17 1134/9 1135/8 1135/10 1136/8
1146/7 1146/21 1147/16 1149/15
1157/18 1158/14 1160/7 1164/3
1164/12 1165/15 1167/1 1167/16
1171/5 1174/2 1177/9 1187/9 1187/23
1189/16 1191/24 1192/17 1192/14
1192/16 1193/2 1194/16 1197/7
1200/25 1201/16 1208/6 1213/16
went [5]  1116/19 1171/12 1174/13
1196/24 1199/21
were [54]  1116/25 1116/25 1117/3
1118/6 1118/12 1124/11 1124/24
1126/24 1127/5 1127/6 1127/21
1129/12 1130/8 1130/17 1135/14
1137/24 1139/5 1139/17 1139/18
1141/3 1141/13 1143/16 1145/20
1149/2 1149/2 1155/19 1161/8 1164/4
1166/11 1166/19 1168/6 1170/23
1172/10 1172/11 1177/22 1177/24
1184/19 1189/21 1190/11 1190/12
1192/14 1195/14 1195/24 1198/7
1198/8 1198/10 1199/24 1199/25
1200/1 1200/2 1200/12 1204/25 1208/6
1213/1
what [117]
what's [5]  1135/20 1138/6 1157/4
1180/2 1206/10
whatever [5]  1120/14 1122/17 1126/10

case 2:10-md-02179-CJB-DPC Document 11893-32 Filed 05/05/14 Page 125 of 126

**W**

whatever... [2] 1169/22 1173/11
when [37] 1118/19 1118/19 1129/1
1137/20 1138/1 1138/3 1138/5 1139/17
1139/21 1145/25 1146/12 1147/6
1147/11 1147/11 1149/8 1152/10
1154/5 1155/1 1155/18 1157/6 1157/20
1158/7 1161/22 1165/6 1166/19
1171/17 1174/10 1176/7 1181/24
1181/25 1181/25 1187/25 1195/21
1198/25 1204/18 1205/12 1205/13
where [29] 1122/1 1127/10 1131/17
1132/21 1132/23 1161/1 1161/1 1164/7
1176/6 1173/4 1174/3 1176/2 1178/13
1178/13 1194/17 1196/15 1197/13
1198/5 1200/7 1202/6 1206/14 1207/11
1207/15 1211/1 1211/5 1211/15
1211/20 1211/24 1212/21
WHEREUPON [1] 1116/1
whether [8] 1122/12 1155/14 1161/14
1191/5 1192/8 1204/6 1205/1 1212/10
which [26] 1122/9 1122/18 1123/12
1124/3 1127/9 1127/9 1134/24 1140/8
1143/3 1143/12 1147/20 1147/20
1148/4 1157/8 1163/22 1166/13
1172/10 1173/6 1177/21 1188/3 1188/8
1196/23 1197/20 1202/9 1203/19
1208/5
whichever [1] 1149/21
while [1] 1131/21
white [1] 1174/22
Whiteley [1] 1110/20
who [3] 1148/12 1167/15 1190/15
whole [3] 1163/8 1172/11 1202/19
wholly [1] 1144/1
wholly-owned [1] 1144/1
why [15] 1115/10 1134/13 1134/14
1136/1 1136/8 1136/9 1142/2 1147/3
1153/13 1153/16 1173/24 1173/24
1188/25 1192/12 1203/1
will [23] 1115/9 1117/22 1118/22 1120/5
1120/7 1128/16 1131/19 1136/22
1145/12 1155/21 1155/21 1158/19
1158/25 1159/1 1159/4 1159/5 1159/10
1160/24 1162/16 1162/19 1190/5
1214/4 1214/4
wire [1] 1149/9
withdraw [1] 1120/6
within [2] 1160/18 1198/8
without [9] 1114/17 1115/20 1122/3
1122/25 1127/4 1127/8 1131/21
1163/11 1183/9
witness [7] 1125/23 1129/23 1206/21
1214/1 1214/3 1214/3 1214/4
witnesses [2] 1213/20 1213/25
WM [1] 1208/16
won't [1] 1192/8
Wood [62] 1139/9 1141/24 1165/19
1165/21 1166/1 1170/11 1170/12
1170/15 1184/5 1184/9 1184/14
1184/19 1185/3 1185/18 1186/7
1186/20 1187/5 1187/7 1187/15
1187/20 1188/3 1188/15 1188/18
1188/21 1188/25 1189/2 1189/3
1189/14 1189/20 1189/24 1190/2
1190/6 1196/20 1196/25 1197/19
1198/1 1198/5 1198/16 1198/21 1199/1
1199/5 1199/9 1199/17 1199/21
1200/13 1201/1 1201/18 1201/19
1201/23 1202/4 1202/11 1202/16
1203/2 1203/5 1207/12 1208/13
1208/17 1209/14 1209/25 1210/3
1211/14 1212/16
Wood Mackenzie [1] 1199/14
Wood Mackenzie [1] 1166/1
word [3] 1154/14 1185/6 1198/4
words [1] 1165/14
work [7] 1115/11 1122/16 1124/2
1168/11 1181/10 1191/25 1197/11
workbook [2] 1188/8 1188/9
working [13] 1152/10 1152/11 1152/15
1193/4 1193/6 1193/9 1193/10 1193/14
1193/17 1194/3 1194/5 1194/8 1212/11
world [2] 1135/2 1143/7
worth [6] 1123/9 1133/16 1146/5 1146/5
1182/19 1182/20
would [149]
wouldn't [4] 1169/13 1185/6 1193/7
1193/15
write [3] 1148/1 1157/5 1157/12
writing [1] 1146/23
written [2] 1180/22 1198/13
wrong [2] 1150/4 1153/23
wrote [10] 1149/13 1156/5 1158/7
1163/13 1163/18 1163/19 1163/20
1167/15 1167/20 1198/15
WTI [3] 1166/13 1166/13 1170/12

**X**

XP [1] 1138/4

**Y**

yeah [26] 1120/10 1120/15 1121/19
1124/19 1130/20 1133/10 1142/13
1147/18 1148/14 1148/20 1155/13
1157/25 1164/13 1167/4 1167/24
1176/22 1177/20 1178/25 1179/10
1183/19 1193/25 1196/7 1197/2 1202/8
1211/20 1213/23
year [9] 1140/3 1164/15 1164/17 1169/3
1183/21 1201/7 1201/13 1210/8 1211/2
years [24] 1118/10 1119/5 1123/1
1130/6 1160/18 1160/25 1161/12
1163/24 1164/4 1165/5 1171/17
1172/21 1173/5 1173/9 1175/21 1177/7
1178/17 1179/15 1183/17 1183/19
1199/12 1199/18 1202/9 1203/10
yellow [2] 1209/13 1211/14
yes [158]
yesterday [2] 1168/4 1171/19
yet [3] 1117/2 1187/24 1206/24
you [595]
you'd [5] 1128/22 1133/10 1133/11
1183/16 1204/9
you'll [4] 1202/14 1208/16 1209/18
1213/19
you're [44] 1118/13 1122/21 1123/12
1126/9 1127/23 1129/1 1130/25 1131/1
1135/12 1135/24 1139/21 1141/10
1141/22 1144/24 1145/3 1145/7
1145/25 1145/25 1146/1 1147/20
1154/23 1157/17 1161/22 1161/25
1164/10 1178/1 1179/25 1182/18
1183/7 1183/14 1183/19 1183/20
1187/25 1188/9 1188/18 1192/11
1192/22 1193/5 1193/9 1193/12
1200/25 1204/21 1205/13 1213/9
you've [23] 1116/22 1117/5 1121/1
1127/14 1144/9 1152/1 1152/8 1159/25
1162/6 1178/10 1178/11 1178/11
1182/16 1182/24 1183/2 1183/4
1183/22 1183/23 1189/13 1190/6
1191/9 1203/19 1204/15
your [162]

**Z**

ZEVENBERGEN [1] 1110/11
zoom [4] 1133/1 1199/8 1211/11
1211/25

Your Honor [28] 1114/24 1115/3
1125/22 1126/1 1126/13 1129/18
1129/23 1132/1 1138/24 1141/19
1146/14 1148/10 1156/10 1157/16
1164/25 1171/8 1175/15 1179/1
1205/17 1206/7 1208/12 1209/3
1209/12 1213/12
yourself [1] 1181/1