1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

****************************************************************

4

5   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7
                              CIVIL ACTION NO. 10-MD-2179 "J"
8                             NEW ORLEANS, LOUISIANA
07:50:14                      MONDAY, JANUARY 26, 2015, 8:00 A.M.
9

10  THIS DOCUMENT RELATES TO:
    #10-4536
11
    UNITED STATES OF AMERICA
12
    V.
13
    BP EXPLORATION &
14  PRODUCTION INC.,
    ANADARKO EXPLORATION &
15  PRODUCTION LP, ANADARKO
    PETROLEUM CORPORATION,
16  MOEX OFFSHORE 2007 LLC,
    TRITON ASSET LEASING GMBH,
17  TRANSOCEAN HOLDINGS LLC,
    TRANSOCEAN OFFSHORE
18  DEEPWATER DRILLING INC.,
    TRANSOCEAN DEEPWATER INC.,
19  AND QBE UNDERWRITING LTD.,
    LLOYD'S SYNDICATE 1036
20

21  ****************************************************************

22

23            **DAY 5 MORNING SESSION**
            TRANSCRIPT OF TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE CARL J. BARBIER
24            UNITED STATES DISTRICT JUDGE

25

                    **OFFICIAL TRANSCRIPT**

```
1   APPEARANCES:

2

3   FOR THE UNITED STATES
    OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
4                            ENVIRONMENT & NATURAL RESOURCES DIVISION
                             ENVIRONMENTAL ENFORCEMENT SECTION
5                            BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                  STEVEN O'ROURKE, ESQUIRE
6                                 PATRICK CASEY, ESQUIRE
                                  NANCY FLICKINGER, ESQUIRE
7                                 ABIGAIL ANDRE, ESQUIRE
                                  RACHEL KING, ESQUIRE
8                                 RACHEL HANKEY, ESQUIRE
                                  A. NATHANIEL CHAKERES, ESQUIRE
9                                 BRANDON ROBERS, ESQUIRE
                                  ERICA PENCAK, ESQUIRE
10                                JUDY HARVEY, ESQUIRE
                                  RICHARD GLADSTEIN, ESQUIRE
11                                MICHAEL ZEVENBERGEN, ESQUIRE
                                  DANIELLE FIDLER, ESQUIRE
12                           POST OFFICE BOX 7611
                             WASHINGTON, DC  20044
13

14
                             U.S. DEPARTMENT OF JUSTICE
15                           TORTS BRANCH, CIVIL DIVISION
                             BY:  SHARON SHUTLER, ESQUIRE
16                                MALINDA LAWRENCE, ESQUIRE
                                  LAURA MAYBERRY, ESQUIRE
17                           POST OFFICE BOX 14271
                             WASHINGTON, DC  20004
18

19   FOR THE STATE OF
20   LOUISIANA:              KANNER & WHITELEY
                             BY:  ALLAN KANNER, ESQUIRE
21                                DOUGLAS R. KRAUS, ESQUIRE
                                  SUSANNAH MCKINNEY, ESQUIRE
22                                CYNTHIA ST. AMANT, ESQUIRE
                             701 CAMP STREET
23                           NEW ORLEANS, LA  70130

24

25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP EXPLORATION AND
      PRODUCTION, INC.:          KIRKLAND & ELLIS
 4                               BY:  J. ANDREW LANGAN, ESQUIRE
                                      MATTHEW T. REGAN, ESQUIRE
 5                                    HARIKLIA KARIS, ESQUIRE
                                      MARK J. NOMELLINI, ESQUIRE
 6                                    A. KATRINE JAKOLA, ESQUIRE
                                 300 N. LASALLE
 7                               CHICAGO, IL  60654

 8

 9                               KIRKLAND & ELLIS
                                 BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
10                                    KIMBERLY BRANSCOME, ESQUIRE
                                 655 FIFTEENTH STREET, N.W.
11                               WASHINGTON, DC  20005

12

13                               LISKOW & LEWIS
                                 BY:  R. KEITH JARRETT, ESQUIRE
14                               ONE SHELL SQUARE
                                 701 POYDRAS STREET
15                               SUITE 5000
                                 NEW ORLEANS, LA 70139
16

17

18    FOR ANADARKO
      PETROLEUM
      CORPORATION:               BINGHAM MCCUTCHEN
19                               BY:  KY E. KIRBY, ESQUIRE
                                      THOMAS R. LOTTERMAN, ESQUIRE
20                               2020 K STREET, NW
                                 WASHINGTON, DC  20006
21

22

23                               MORGAN LEWIS & BOCKIUS
                                 BY:  JAMES J. DRAGNA, ESQUIRE
                                 355 SOUTH GRAND AVENUE, SUITE 4400
24                               LOS ANGELES, CA  90071

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3    EXAMINATIONS                             PAGE

4

5    **CAPTAIN FRANK PASKEWICH**..............................1222

6    DIRECT EXAMINATION BY MR. BROCK......................1222

7    CROSS-EXAMINATION BY MR. ROBERS......................1292

8    REDIRECT EXAMINATION BY MR. BROCK...................1321

9    **LAURA FOLSE**.........................................1327

10   DIRECT EXAMINATION BY MR. BROCK......................1328

11   CROSS-EXAMINATION BY MR. O'ROURKE...................1363

12   REDIRECT EXAMINATION BY MR. BROCK...................1373

13   **LUNCHEON RECESS**.....................................1373

14

15

16                     E X H I B I T S

17

18   DESCRIPTION                             PAGE

19

20   THE ABOVE-MENTIONED EXHIBITS WERE ADMITTED..........1221

21   THE ABOVE-MENTIONED EXHIBIT WAS ADMITTED............1221

22

23

24

25

|        |    |                                                             |
|--------|----|-------------------------------------------------------------|
|        | 1  | **P-R-O-C-E-E-D-I-N-G-S** |
| 07:50:14 | 2  | MONDAY, JANUARY 26, 2015 |
| 07:50:14 | 3  | (COURT CALLED TO ORDER) |
| 07:50:14 | 4  | (IN OPEN COURT) |
| 07:50:14 | 5  | |
| 07:57:43 | 6  | |
| 08:02:13 | 7  | THE DEPUTY CLERK:  All rise. |
| 08:02:14 | 8  | THE COURT:  Good morning, everyone.  It seems warm in |
| 08:02:37 | 9  | here this morning.  Is that good or bad?  I don't know.  I |
| 08:02:40 | 10 | think everybody was freezing last week. |
| 08:02:42 | 11 | MR. BROCK:  There is a place right over here that I |
| 08:02:45 | 12 | think stays about 32 degrees. |
| 08:02:45 | 13 | THE COURT:  Yeah, I know. |
| 08:02:45 | 14 | MR. BROCK:  It's a little warmer over here. |
| 08:02:47 | 15 | THE COURT:  That's where we usually keep the beer, |
| 08:02:49 | 16 | you know. |
| 08:02:52 | 17 | MR. BROCK:  I knew Anadarko wanted that -- |
| 08:02:56 | 18 | THE COURT:  All right.  Any preliminary matters? |
| 08:02:59 | 19 | MS. FIDLER:  Yes, Your Honor.  Good morning. |
| 08:03:00 | 20 | THE COURT:  Good morning. |
| 08:03:01 | 21 | MS. FIDLER:  Danielle Fidler for the United States.  I |
| 08:03:03 | 22 | have a list of exhibits used in connection with the testimony |
| 08:03:07 | 23 | of Dr. Diane Austin that I now offer into evidence. |
| 08:03:13 | 24 | THE COURT:  Any objections? |
| 08:03:14 | 25 | MR. BROCK:  No objection. |

**OFFICIAL TRANSCRIPT**

08:03:15  1      THE COURT:  Without objection, those are admitted.

08:03:27  2      MS. FIDLER:  Thank you.  Your Honor.

08:03:27  3      (WHEREUPON, at this point in the proceedings, the

08:03:28  4  above-mentioned exhibits were admitted.)

08:03:28  5      MS. KIRBY:  Your Honor, Ky Kirby on behalf of Anadarko.

08:03:31  6  I offer our exhibits for Gardner Walkup and Charles Mason.

08:03:36  7      THE COURT:  Any objections from the government?

08:03:38  8      MS. HIMMELHOCH:  No objections, Your Honor.

08:03:39  9      THE COURT:  Without objection, those are admitted.

08:03:39 10      (WHEREUPON, at this point in the proceedings, the

08:03:41 11  above-mentioned exhibit was admitted.)

08:03:41 12      THE COURT:  Anything else?

08:03:44 13          Let me just make an announcement that, according

08:03:47 14  to our court reporters, as of the end of last week the

08:03:53 15  United States has used 14 hours and 29 minutes and has 30 hours

08:03:58 16  and 31 minutes remaining.  BP/Anadarko has used 13 hours

08:04:05 17  56 minutes and have 31 hours and 4 minutes remaining.

08:04:09 18          All right.  Unless there is something else, we

08:04:13 19  can proceed to begin BP's case.

08:04:17 20      MR. BROCK:  Thank you, Your Honor.

08:04:19 21          BP calls Captain Frank Paskewich.

         22      THE DEPUTY CLERK:  Would you please raise your right

         23  hand.  Do you solemnly swear that the testimony which you are

         24  about to give will be the truth, the whole truth and nothing

         25  but the truth, so help you God?

**OFFICIAL TRANSCRIPT**

1        THE WITNESS:  I do.

2               **CAPTAIN FRANK PASKEWICH**

3   was called as a witness and, after being first duly sworn by

4   the Clerk, was examined and testified on his oath as follows:

5        THE DEPUTY CLERK:  Please state and spell your name for

6   the record.

08:04:57   7        THE WITNESS:  Captain Frank Paskewich, Coast Guard,

08:04:59   8   retired, P-A-S-K-E-W-I-C-H.

08:05:13   9

08:05:13  10                    DIRECT EXAMINATION

08:05:13  11   BY MR. BROCK:

08:05:14  12   Q.   Good morning, Captain Paskewich.  Just for preliminary

08:05:18  13   matters, would you please introduce yourself to the Court and

08:05:20  14   tell Judge Barbier where you live and work, please.

08:05:23  15   A.   Captain Frank Paskewich, Coast Guard, retired.  Currently

08:05:27  16   employed by Clean Gulf Associates.  I live in New Orleans,

08:05:31  17   Louisiana.

08:05:34  18   Q.   Have you been retained as an expert in this case by BPXP?

08:05:37  19   A.   I have.

08:05:38  20   Q.   Is it fair if we refer to BPXP as BP for purposes of

08:05:42  21   today's examination?

08:05:44  22   A.   Yes.

08:05:44  23   Q.   What were you asked to evaluate for the *Deepwater Horizon*

08:05:48  24   case?

08:05:48  25   A.   I was asked to evaluate the nature, extent and degree of

**OFFICIAL TRANSCRIPT**

08:05:52 1   effectiveness of BP's efforts to minimize and mitigate the

08:05:55 2   effects of the spill.

08:05:56 3   Q.   Before we talk about your work, I would like to discuss

08:05:59 4   your qualifications just a bit.

08:06:01 5         What do you consider to be your area of expertise?

08:06:04 6   A.   The majority of my career was -- a career Coast Guard

08:06:10 7   person with 26 years in the field of marine safety and marine

08:06:15 8   environmental protection.

08:06:16 9   Q.   Have you prepared a demonstrative that summarizes your

08:06:20 10  education and professional experience that would be helpful in

08:06:24 11  describing your background?

08:06:25 12  A.   Yes.

08:06:25 13  Q.   If we could see D-34677, please.

08:06:31 14        First, can you briefly describe your education for

08:06:34 15  the Court.

08:06:35 16  A.   I'm a 1981 graduate of the Coast Guard Academy, received a

08:06:39 17  bachelor of science degree in naval architecture and marine

08:06:44 18  engineering.  1989 graduate of the University of Michigan,

08:06:47 19  where I received a master's degree in naval architecture and

08:06:50 20  marine engineering and mechanical engineering.  Additionally, I

08:06:53 21  am a licensed professional engineer.

08:06:55 22  Q.   What's the significance of being a licensed professional

08:06:58 23  engineer?

08:06:59 24  A.   It's a professional accreditation that would allow me to

08:07:04 25  review and approve and stamp engineering plans or construction

**OFFICIAL TRANSCRIPT**

08:07:11  1   documents, things of that nature.

08:07:13  2   Q.   What did you do after graduating from the United States

08:07:18  3   Coast Guard Academy in 1981?

08:07:22  4   A.   After my first shipboard tour, I conducted on a variety of

08:07:26  5   assignments, mainly here in the Gulf of Mexico, in the marine

08:07:30  6   safety field where I conducted marine investigations, vessel

08:07:37  7   inspections, marine environmental protection, waterways

08:07:40  8   management, a variety of assignments over the years.  Eighteen

08:07:44  9   of my 26 years in the Coast Guard has been stationed in the

08:07:48 10   Gulf, most of it here in New Orleans, with a segment over in

08:07:53 11   Galveston, Texas.

08:07:55 12          So that's primarily what my Coast Guard background

08:07:58 13   was.

08:07:58 14   Q.   In the course of your career with the Coast Guard, have

08:08:01 15   you served as Captain of the Port?

08:08:03 16   A.   Yes.

08:08:03 17   Q.   Where did you serve as Captain of the Port?

08:08:07 18   A.   Here in New Orleans.

08:08:07 19   Q.   Over your career with the Coast Guard, approximately how

08:08:13 20   many spills have you responded to?

08:08:16 21   A.   I responded to hundreds of spills of a variety of sizes

08:08:20 22   and types, you know, from small ones to extremely large

08:08:25 23   incidents on a broad base here in the Gulf of Mexico.

08:08:29 24   Q.   If we think about the spills that you have responded to,

08:08:34 25   how many would you put into the category of significant spills?

**OFFICIAL TRANSCRIPT**

08:08:39  1    A.    Easily it would be dozens of spills where I would use the

08:08:43  2    term *significant* to be one where you ramped up into an incident

08:08:50  3    command type of a structure that involved a large number of

08:08:53  4    people to manage the incident.  Some smaller ones have a more

08:08:58  5    modest setup as to the incident command structure and some

08:09:03  6    require none at all, but I would say I've been involved in, you

08:09:07  7    know, dozens of significant incidents.

08:09:09  8    Q.    How does your level of experience in oil spill response

08:09:14  9    compare to others in the Coast Guard that have served as

08:09:18 10    Captains of the Port?

08:09:22 11    A.    Well, since the majority of my career has been here in the

08:09:25 12    Gulf of Mexico, and the Gulf of Mexico is pretty much the

08:09:29 13    epicenter of activity as it relates to exploration and

08:09:34 14    production, as it relates to tankers and transportation

08:09:40 15    commerce, it's the confluence of the Mississippi River with the

08:09:47 16    Intracoastal Waterway, so you have all of the inland traffic

08:09:50 17    heading up to the north as well as east and west, so there's

08:09:54 18    lots of activity here, more so than anywhere else in the

08:09:58 19    country as it relates to overall traffic, so there are more

08:10:03 20    incidents in the Gulf of Mexico, and so you get seasoned pretty

08:10:08 21    readily with incidents that happen routinely.  So that's

08:10:13 22    primarily, I would say, the difference between, say, the East

08:10:15 23    Coast, West Coast and the Gulf Coast.

08:10:18 24    Q.    If we look at the second bullet point under professional

08:10:22 25    experience, you communicate that you've responded to hundreds

08:10:26  1   of spills in the Gulf of Mexico, including as federal on-scene

08:10:31  2   coordinator during the Hurricane Katrina response.  I want to

08:10:35  3   hold on Hurricane Katrina for just a second.

08:10:37  4        May I ask you to describe some of the major spills

08:10:39  5   that you have been responsible for or been involved with,

08:10:45  6   excluding for now the Hurricane Katrina work.

08:10:49  7   A.   Besides that -- besides that one, you know, I've served as

08:10:53  8   federal on-scene coordinator for, you know, a well blowout that

08:11:01  9   occurred 20 miles southwest of here, about a 5,000 total barrel

08:11:05 10   spill, 1,000-barrel-a-day spill that ramped up into a large

08:11:09 11   incident command-type system.

08:11:12 12        Deputy federal on-scene coordinator for a large

08:11:17 13   tanker incident, which occurred here on the lower Mississippi

08:11:21 14   River, essentially had a cargo tank rupture and spilled

08:11:25 15   538,000 gallons of oil into the Mississippi River down below

08:11:30 16   the city.

08:11:32 17        Smaller spill that resulted in a major wildlife kill

08:11:37 18   or impact in the area.  Hurricane Ivan was another major

08:11:44 19   pipeline incident which occurred that I was FOSC for.  And then

08:11:49 20   I've served as Operations Section Chief on lots of different

08:11:53 21   spills of different sizes and sorts.

08:11:55 22   Q.   The third bullet point there says that you served as

08:12:01 23   Acting Captain of the Port for New Orleans during the 9/11

08:12:04 24   response.  We've heard some testimony during this trial about

08:12:07 25   the Coast Guard's responsibilities during the -- during that

**OFFICIAL TRANSCRIPT**

08:12:14 1   event.  What did you do during that time?

08:12:18 2   A.   Acting Captain of Port, essentially I was the executive

08:12:21 3   officer at the time, and the commanding officer who actually

08:12:24 4   holds the position as Captain of the Port was on assignment

08:12:28 5   elsewhere, and so with him being gone, I assumed the role as

08:12:31 6   Captain of the Port.  It happened to be during 9/11, which, as

08:12:37 7   everybody knows, was a pretty tense and unknown time as to, you

08:12:43 8   know, what was happening to the country.  And one of the

08:12:46 9   thoughts was that we could be subject to a maritime threat

08:12:53 10  essentially that could be the next wave of activity.

08:12:57 11         So with New Orleans being -- having four of the top

08:13:01 12  ten ports in the country, and essentially the midsection for

08:13:05 13  the heartland, all the activity, it was -- required me to get

08:13:10 14  the industry together to formulate a plan to keep commerce

08:13:14 15  flowing but to try to ensure protections and categorize what we

08:13:22 16  would term as high-risk vessels, escort them through the city,

08:13:26 17  make appropriate measures but not impact the economy.  So it

08:13:33 18  was an interesting -- it was a very hard time.

08:13:34 19  Q.   Let's talk just a minute about your involvement in

08:13:38 20  Hurricane Katrina and how that experience helps to inform your

08:13:42 21  opinions here.

08:13:43 22         Let me just ask you, first of all, what was your role

08:13:46 23  in the Hurricane Katrina response?

08:13:50 24  A.   I was Commanding Officer of Coast Guard Sector

08:13:54 25  New Orleans, which at the time I had 700 personnel in my

**OFFICIAL TRANSCRIPT**

08:13:58 1    command and 17 subunits, so we were responsible for the entire
08:14:02 2    Louisiana area, even portions of Mississippi.
08:14:08 3          As commanding officer you wear five separate legal
08:14:11 4    authorities that you carry, Captain of the Port being one of
08:14:14 5    them, federal maritime security coordinator, officer in charge
08:14:18 6    of marine inspection, search and rescue mission coordinator and
08:14:23 7    federal on-scene coordinator.  So all of those hats are very,
08:14:26 8    very important.
08:14:26 9          During Hurricane Katrina, when it hit, all five of
08:14:29 10   those hats were instantly occurring for the Coast Guard, and so
08:14:35 11   me being the commanding officer here, I assumed responsibility
08:14:40 12   as the incident commander for Louisiana response operations
08:14:44 13   overseeing the entire operation and recovery for what the
08:14:48 14   Coast Guard is required to do.
08:14:49 15   Q.   How many responders were involved in the Hurricane Katrina
08:14:54 16   response?
08:14:56 17   A.   Well, there was a huge surge component.  Approximately
08:15:00 18   4500 Coast Guard personnel surged in from around the country.
08:15:03 19   At that time, it was the largest Coast Guard response in the
08:15:06 20   history of the country.  We had a number of missions to
08:15:12 21   undertake.  We certainly, you know, did -- had a lot to do.  In
08:15:18 22   addition, I lost -- 222 of my personnel lost their homes, so we
08:15:23 23   had to have reserve backfill to help stabilize and serve as a
08:15:29 24   surge work force.
08:15:29 25   Q.   What about oil spills during that time?  Did you have to

**OFFICIAL TRANSCRIPT**

08:15:33 1    deal with that issue?

08:15:35 2    A.    The oil spills was a huge component.  You know, one of the

08:15:40 3    primary missions was search and rescue at the time, and so we

08:15:46 4    were involved with roughly 33,500 airborne and waterborne

08:15:52 5    search and rescue efforts.  So that was going on.  Plus we had

08:15:55 6    to reopen the Mississippi River to river traffic, which was,

08:16:00 7    you know, an economic impact of $250 million a day.  We had to

08:16:08 8    salvage thousands of vessels.  We volunteered to do that even

08:16:11 9    though it wasn't a Coast Guard mission.

08:16:12 10          And then there were ten major oil spills which were

08:16:16 11   going on simultaneously just south of the city here, so we had

08:16:18 12   to ramp up almost into its own incident command structure for

08:16:23 13   just the pollution aspect.  So this was a very, very large and

08:16:28 14   complex organizational requirement to put into place.

08:16:31 15   Q.    You mentioned search and rescue for 33,000 people.  What

08:16:35 16   was that?

08:16:37 17   A.    That was -- well, when the storm hit New Orleans, there

08:16:42 18   was massive flooding in the city, and, you know, basically

08:16:46 19   80 percent of the city was underwater, so lots of people on

08:16:49 20   rooftops, lots of people who couldn't get out.  Coast Guard, we

08:16:53 21   live here, we work here, we have an air station here, so we

08:16:57 22   took the lead on the search and rescue portion to immediately

08:17:01 23   fly over and take people off of rooftops, put them to safe

08:17:06 24   haven.  And then, you know, rescue them out of hospitals,

08:17:10 25   evacuation from there, as well as flood punts in the streets,

08:17:14  1    that kind of thing.

08:17:16  2    Q.   We've listed here two recognitions, Legion of Merit,

08:17:22  3    United States Coast Guard, and the C. Alvin Bertel award.   Just

08:17:28  4    very briefly, what were these awards given to you for?

08:17:31  5    A.   The Legion of Merit is one of the highest Coast Guard

08:17:35  6    honors you can get.   I was fortunate enough to receive that for

08:17:40  7    my role in Hurricane Katrina.   I certainly accepted on behalf a

08:17:46  8    lot of good people who worked that incident.

08:17:49  9         The C. Alvin Bertel award also is the highest

08:17:54 10    maritime honor in the City of New Orleans given out on an

08:17:57 11    annual basis, so it was for the same -- same purpose.   And I

08:18:01 12    was honored to receive it.

08:18:02 13    Q.   Going to the issues of this case, how did your experience

08:18:06 14    in leading the Hurricane Katrina response, 9/11, and the other

08:18:10 15    responses that you've talked about help you to understand and

08:18:14 16    formulate opinions in this case?

08:18:16 17    A.   Well, I think my experience in being involved in a lot of

08:18:20 18    different types of incidents, both extremely large, you know,

08:18:26 19    medium and even small, gives me a good barometer from which to

08:18:33 20    evaluate, you know, what a responsible party is supposed to do,

08:18:38 21    what they have done.   So I think it gives me a good -- a

08:18:41 22    good -- a good barometer from which to evaluate.

08:18:45 23    Q.   You're retired from the Coast Guard?

08:18:50 24    A.   Yes.

08:18:50 25    Q.   When did you retire?

**OFFICIAL TRANSCRIPT**

08:18:52  1    A.    2007.

08:18:53  2    Q.    And at the time of your retirement, you had served

08:18:56  3    approximately how many years?

08:18:57  4    A.    Twenty-six.

08:18:57  5    Q.    Now, after retiring from the Coast Guard, what did you do?

08:19:03  6    A.    I took a position as the executive director, now the

08:19:07  7    president of Clean Gulf Associates, Incorporated.

08:19:09  8    Q.    What is Clean Gulf?

08:19:10  9    A.    It's a not-for-profit oil spill response cooperative that

08:19:15 10    provides resources, oil spill response resources for the

08:19:20 11    Gulf of Mexico based exploration and production industry.

08:19:22 12    Q.    What kind of resources?

08:19:24 13    A.    Well, we have people and equipment pre-positioned in

08:19:28 14    Texas, from Aransas Pass to Galveston to Morgan City to

08:19:34 15    Leesville to Venice here in New Orleans, and essentially we're

08:19:38 16    trained and ready in the event that we get a call of another

08:19:41 17    incident, we can respond within a couple of hours with

08:19:44 18    equipment, to move them offshore to effect immediate

08:19:47 19    spill response.

08:19:48 20    Q.    Was Clean Gulf Associates involved in the *Deepwater*

08:19:52 21    *Horizon* response?

08:19:52 22    A.    Yes.

08:19:53 23    Q.    Did you receive a call from BP about activating your

08:19:56 24    resources?

08:19:57 25    A.    Yes.  I absolutely received a call.  The incident happened

**OFFICIAL TRANSCRIPT**

08:20:01 1   approximately 10 o'clock on the evening of the 20th, and by, I
08:20:07 2   would say roughly midnight to 1 o'clock, somewhere in that
08:20:09 3   range, I received a call from one of the spill management team
08:20:15 4   that said that they had an incident that had occurred, and they
08:20:20 5   wanted my big high-volume open sea skimmer, which is the
08:20:25 6   largest vessel I have, to start rolling that.
08:20:28 7   Q.   What was your personal involvement in the response?
08:20:31 8   A.   I simulated into the Incident Command Post in Houma for
08:20:35 9   60 straight days, once they opened up shop down there, and just
08:20:41 10  kept there until -- until that was done.  And then certainly
08:20:45 11  followed through on my equipment as it was still engaged in
08:20:49 12  theater until they were demobed and deconned.
08:20:56 13  Q.   Is your experience at Clean Gulf helpful to you in your
08:21:01 14  work here in court in the *Deepwater Horizon* matter?
08:21:03 15  A.   I think absolutely.  We're one of the larger co-ops in the
08:21:09 16  country.  One of the most active cooperatives in the country.
08:21:14 17  So we have a lot of experience.  I do a lot of drilling
08:21:18 18  training with all the companies that are in the exploration and
08:21:22 19  production industry, so I have a good feel for, you know, the
08:21:26 20  capabilities that exist here as well as what the company's
08:21:30 21  capabilities are.
08:21:31 22  Q.   Thank you.
08:21:31 23       In addition to the professional experience that we've
08:21:35 24  summarized here, do you have experience with other professional
08:21:39 25  organizations that's helpful to your work in this case?

**OFFICIAL TRANSCRIPT**

08:21:41 1    A.    Yes.  I am currently the chairman of APICOM, which is the

08:21:47 2    Association of Petroleum Industry Cooperative Managers.

08:21:51 3    Essentially it's other cooperatives like Clean Gulf positioned

08:21:56 4    around the East Coast, the West Coast, Alaska, Canada, Britain.

08:22:02 5    So we get together and share "Lessons Learned" and try to keep

08:22:07 6    each other abreast of improvements and enhancements, things

08:22:10 7    like that.

08:22:10 8    Q.    Thank you.

08:22:12 9        MR. BROCK:  Your Honor, at this time BP tenders

08:22:14 10   Captain Paskewich as an expert in maritime safety, incident

08:22:19 11   management and oil spill response.

08:22:20 12       THE COURT:  All right.  I don't think -- I didn't see

08:22:22 13   any motions in conjunction with this witness, right?

08:22:29 14       MR. ROBERS:  No, Your Honor.

08:22:30 15       THE COURT:  Does the government have any questions on

08:22:32 16   the qualifications?

08:22:33 17       MR. ROBERS:  No, Your Honor.

08:22:33 18       THE COURT:  All right.  He's accepted.

08:22:33 19          Continue.

08:22:33 20   EXAMINATION BY MR. BROCK:

08:22:35 21   Q.    Let's go to D-34678, please.

08:22:39 22          Captain Paskewich, does this demonstrative show the

08:22:42 23   cover pages to the three expert reports and a supplemental

08:22:45 24   report that you prepared in this case?

08:22:47 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

08:22:47  1    Q.    And do these reports contain your opinions relating to
08:22:51  2    this matter?
08:22:51  3    A.    They do.
08:22:52  4    Q.    In addition to your opening response and rebuttal reports,
08:22:57  5    did you also file a supplement to your report last week, this
08:23:03  6    report here?
08:23:05  7    A.    Yes, sir, I did.
08:23:06  8    Q.    And what was the purpose of that?
08:23:07  9    A.    That was in response to the Court's recent ruling on the
08:23:13 10    final spill volume.
08:23:15 11    Q.    And you'll talk about that in your discussion with the
08:23:20 12    Court today?
08:23:21 13    A.    Yes, sir.
08:23:21 14    Q.    All right.  Did you consider the government reports that
08:23:25 15    document the response in performing your work?
08:23:29 16    A.    I did.
08:23:30 17    Q.    Did you look at the FOSC report and the ISPR report that
08:23:33 18    we've had discussions with Judge Barbier about?
08:23:33 19    A.    Yes.
08:23:38 20    Q.    If we could have D-34717, please.
08:23:41 21          Are these the two reports that I just referenced?
08:23:44 22    A.    Yes, they are.
08:23:47 23    Q.    In forming your opinions, why did you consider these
08:23:51 24    sources?
08:23:51 25    A.    Well, these are two tremendous baseline documents that

**OFFICIAL TRANSCRIPT**

08:23:54  1    were extremely useful in looking at an overall view of the

08:24:00  2    entire response.  For starters, the FOSC report is the

08:24:07  3    compilation from the input of more than 200 senior Coast Guard

08:24:11  4    officials, admirals, captains, those who played key positions,

08:24:16  5    so you get a real good feel for what their assessment of the

08:24:20  6    situation is.

08:24:21  7         Similarly, the Incident Specific Preparedness Review

08:24:26  8    is an external review charted by the commandant of the

08:24:31  9    Coast Guard to basically take a third-party assessment of the

08:24:34 10    Coast Guard's role in the response and how -- they size up how

08:24:39 11    the Coast Guard did.  That was roughly a hundred people who

08:24:42 12    were interviewed for that.  So, collectively, you've got a very

08:24:45 13    wide number of senior, very involved people from which to have

08:24:53 14    some really good baseline data.

08:24:55 15    Q.    Thank you.

08:24:56 16         Just very briefly, can you describe for the benefit

08:24:59 17    of Judge Barbier the difference of these -- in these two

08:25:02 18    reports in terms of their purpose?

08:25:03 19    A.    FOSC reports are typically conducted after major

08:25:08 20    incidents, and are an internal analysis of what happened, sort

08:25:14 21    of a historical synopsis in a detailed sense as to what

08:25:20 22    occurred on the incident.

08:25:22 23         The ISPR report is specifically designed to target

08:25:28 24    certain areas to -- to look at certain areas so that the

08:25:31 25    Coast Guard -- and it's independent so that -- you know, the

                              **OFFICIAL TRANSCRIPT**

08:25:35  1   Coast Guard gets a look at how other people perceive what their

08:25:39  2   role was and how their performance was during the -- during the

08:25:43  3   spill.

08:25:44  4   Q.   Do these reports address the performance of responsible

08:25:48  5   parties in the context of their participation within the

08:25:51  6   Unified Command?

08:25:51  7   A.   Yes.

08:25:51  8   Q.   I want to turn now to a summary of your opinions and do a

08:25:58  9   little background on that, please.

08:25:59 10        First, how did you go about evaluating BP's efforts

08:26:03 11   to respond to the *Deepwater Horizon* spill?

08:26:10 12   A.   What I wanted to do was sort of look at them against a set

08:26:14 13   of characteristics or traits that I've seen in my experience in

08:26:22 14   other responses.

08:26:22 15   Q.   Have you helped us put together a demonstrative

08:26:26 16   summarizing the framework?

08:26:27 17   A.   I have.

08:26:28 18   Q.   Let's pull up D-34679.

08:26:34 19        And I'll just ask you, Captain Paskewich, if you'll

08:26:36 20   please use this demonstrative and walk Judge Barbier through

08:26:40 21   the characteristics that you looked at in terms of evaluating

08:26:47 22   the efforts of BP to mitigate the effects of the spill.

08:26:52 23   A.   Mobilization is where it all begins.  I call it the

08:26:55 24   readiness to act.  Essentially the company's pre-preparedness

08:27:00 25   and understanding of their own internal mechanisms and plans,

08:27:04 1   and when an incident happens, their ability to rapidly

08:27:10 2   internally organize, internally make notifications and make

08:27:14 3   those external notifications and then act appropriately

08:27:20 4   responding to the incident.  And then adapting as they

08:27:23 5   understand the incident better.

08:27:26 6        Effectiveness is those range of measures that are

08:27:29 7   used to effectively reduce the impacts of the oil spill,

08:27:33 8   whatever it takes, of all the mechanisms that you're supposed

08:27:37 9   to use to protect people as well as the environment.

08:27:40 10       Safety is always the number one consideration.  You

08:27:45 11  always want to protect the responders who are responding and

08:27:50 12  you always want to protect the public.  It's always the top

08:27:53 13  objective for any incident commander.

08:27:54 14       Collaboration is one of the keys.  That's where you

08:27:58 15  get that unity of effort.  The expectation is that you have a

08:28:00 16  willing and capable responsible party who will come in and

08:28:06 17  assimilate with the FOSC and the state and work accordingly to

08:28:12 18  meet the objectives.

08:28:14 19       And transparency is being open and accessible to the

08:28:18 20  public, being available to them so that they understand what's

08:28:20 21  going on, you know, in the way of -- whatever it is, claims,

08:28:27 22  just information.  And so that's a key component.

08:28:30 23       So all five sort of collectively are, you know,

08:28:37 24  general characteristics that I find over and over again in

08:28:40 25  successful responses.

**OFFICIAL TRANSCRIPT**

1238

08:28:40  1    Q.    With Captain VanHaverbeke we looked at some Coast Guard

08:28:46  2    manuals that relate to evaluating the overall response.  Is the

08:28:53  3    framework that you're using consistent your training and the

08:28:58  4    Coast Guard manuals?

08:28:58  5    A.    I think so.  There is some permutations out there, but

08:29:02  6    overall, you know, I think it's very consistent.  It lines up

08:29:06  7    fairly well.

08:29:07  8    Q.    Did you apply this framework in evaluating BP's efforts to

08:29:13  9    respond to the *Deepwater Horizon* spill?

08:29:15 10    A.    I did.

08:29:15 11    Q.    And have you reached opinions about BP's response based on

08:29:19 12    your analysis?

08:29:20 13    A.    Yes.

08:29:21 14    Q.    Have you helped us put together a demonstrative that

08:29:25 15    summarizes briefly your opinions?

08:29:27 16    A.    I have.

08:29:27 17    Q.    If we could have, please, D-34680.

08:29:34 18          Can you describe for Judge Barbier the opinions that

08:29:35 19    you have reached in this case.

08:29:37 20    A.    Yes.  Well, I think BP conducted an extraordinarily

08:29:42 21    effective response.  I think they rapidly mobilized the

08:29:46 22    resources and people as needed to meet the demands of this

08:29:49 23    situation.

08:29:49 24          The range of measures that they used were effective

08:29:54 25    at mitigating environmental impact.  They collaborated exactly

**OFFICIAL TRANSCRIPT**

08:29:58  1    like they were supposed to with the Coast Guard and others to

08:30:01  2    the best of their ability.  And I think they worked very hard

08:30:05  3    to engage with the local community as required.

08:30:08  4    Q.    Did the government reports that we looked at documenting

08:30:12  5    the response agree with your summary of opinions here?

08:30:16  6    A.    Yes.

08:30:16  7    Q.    Let's look at rapid mobilization of resources, please.

08:30:24  8    First, why is this an important measure in evaluating the

08:30:30  9    success of a spill response?

08:30:34 10    A.    For me being involved in a number of incidents, the

08:30:37 11    mobilization part is really important.  I call it symbolically

08:30:42 12    the golden hour, which means that an incident has occurred, and

08:30:49 13    do you know what to do as a company?  Do you know what actions

08:30:51 14    you're going to take and how you're going to organize?

08:30:54 15         And so what I saw was, BP immediately, upon knowledge

08:31:00 16    of the incident, began their internal notification to their

08:31:07 17    qualified individuals, beginnings of an organization, an

08:31:09 18    assessment of the situation, development of what we call an

08:31:13 19    ICS 201, basic overview form, external notifications as

08:31:19 20    appropriate, notified the Coast Guard early on and said,

08:31:24 21    "Here's what we're doing," mobilized equipment, such as mine,

08:31:27 22    within a few hours, and mobilized, as part of their response

08:31:31 23    plan, those efforts.  So that was a key aspect of that.

08:31:35 24    Q.    Now, as a former FOSC can you describe your mindset with

08:31:42 25    respect to partnering with a responsible party, such as BP,

**OFFICIAL TRANSCRIPT**

1240

08:31:46  1   after a major incident like the *Deepwater Horizon*?

08:31:50  2   A.    My expectation is that I want an engaged and aggressive

08:31:58  3   responsible party.  I'd much rather be in a position of

08:32:02  4   piggybacking off of a responsible party's effort than the other

08:32:05  5   way around where I have to pull the RP or have to exercise

08:32:09  6   heavy-handed tactics to make sure we're all on the same page.

08:32:13  7         So coming out of the gate early in a proper way sets

08:32:15  8   the tone where you can leverage off of each other, because as

08:32:19  9   the authority, ultimately you are responsible, but the

08:32:23 10   responsible party brings a lot to the table in the way of

08:32:26 11   expertise and resources and everything else.  You have to use

08:32:28 12   that to your advantage.

08:32:30 13   Q.    Admiral Austin testified that BP did not have to be

08:32:34 14   brought into this response kicking and screaming.  Do you agree

08:32:38 15   with that?

08:32:38 16   A.    That's the point.  That's exactly correct.

08:32:42 17   Q.    Now, did you evaluate whether BP was prepared to respond

08:32:49 18   quickly as part of the work that you did in this case?

08:32:52 19   A.    Yes.

08:32:53 20   Q.    And what conclusion did you reach from your evaluation of

08:32:58 21   the materials?

08:32:58 22   A.    Well, they were very prepared.  They had an approved

08:33:03 23   Oil Spill Response Plan.  They had an organization that was in

08:33:05 24   place at the ready in the event of the incident, and they

08:33:09 25   pulled the trigger on that plan.

**OFFICIAL TRANSCRIPT**

1241

08:33:10  1    Q.    Let's look at D-34682.

08:33:15  2          You mentioned the Oil Spill Response Plan.  What

08:33:19  3    information does this document contain that assists a

08:33:24  4    responsible party in mounting a rapid response?

08:33:30  5    A.    It's essentially the blueprint for how a company should

08:33:37  6    act in the event of an incident, and there is a lot that exists

08:33:40  7    in the plan, beginning with just the organization, for example,

08:33:46  8    who has what functional responsibilities within that plan.  It

08:33:52  9    lists agencies.  It lists notification phone numbers.  It has a

08:33:58 10    variety of checklists, different strategies.  It runs the whole

08:34:05 11    gamut so that, you know, if you're starting out, you can rely

08:34:10 12    on it to help set the tone and help get you going.  So it's

08:34:14 13    pretty comprehensive.

08:34:14 14    Q.    Does this document contain an outline of strategies for

08:34:22 15    surface response?

08:34:23 16    A.    Yes.

08:34:24 17    Q.    What strategies are included in that?

08:34:26 18    A.    It includes pretty much everything, including mechanical

08:34:30 19    recovery, in-situ burning, as well as dispersants, wildlife

08:34:37 20    rehabilitation.  Everything you need to respond to an incident.

08:34:41 21    Q.    Does the United States sign off on this Gulf of Mexico

08:34:44 22    regional Oil Spill Response Plan?

08:34:46 23    A.    Yeah.  The Minerals Management Service, at the time,

08:34:50 24    approved the plans.  BSEE approves the plans now for every

08:34:55 25    operator in the Gulf of Mexico.

08:34:56 1   Q.    Do you have an opinion about whether or not BP mobilized

08:35:01 2   the people and resources to respond to the spill as described

08:35:07 3   in its OSRP?

08:35:09 4   A.    Yes.

08:35:09 5   Q.    What is that opinion?

08:35:10 6   A.    Well, they did.  They activated their resources.  They

08:35:14 7   activated their primary oil spill removal organizations,

08:35:18 8   Marine Spill Response Corporation and the National Response

08:35:21 9   Center Corporation, and then they kept mobilizing even beyond

08:35:25 10  that and kept growing and adapting as needed, so put in place

08:35:32 11  the organization and the structure, the Incident Command Post,

08:35:37 12  all the logistical support, the whole network.  So I felt like

08:35:40 13  they followed their plan quite well.

08:35:42 14  Q.    In the response community, including within the Oil Spill

08:35:47 15  Response Plan, is it expected that specialty contractors will

08:35:52 16  make a substantial contribution to the response?

08:35:57 17  A.    That's extremely common practice.  In fact, most

08:36:02 18  companies, all companies do it that way.  Nobody has an

08:36:05 19  in-house capacity for owning your own equipment or maintaining

08:36:10 20  your own large expertise level, so you always rely on those

08:36:16 21  experts around you and you bring them in for a spill of this

08:36:21 22  nature.

08:36:21 23  Q.    We've heard a good bit in this case about Unified Command.

08:36:26 24  I'll just ask you now, as part of the mobilization of the

08:36:30 25  resources under the OSRP, did BP support the formation of the

08:36:37  1   Unified Command for the response?

08:36:38  2   A.    Absolutely.

08:36:39  3   Q.    What did they do?

08:36:40  4   A.    Well, they provided the command post for starters.  If you

08:36:47  5   let the response evolve from the first few days you have an

08:36:51  6   incident, and they are mobilizing equipment even without a

08:36:56  7   complete understanding of exactly what was happening at the

08:37:01  8   subsea level and with the final disposition of the rig and at

08:37:06  9   700,000 gallons.

08:37:10  10          They interfaced with the federal counterparts in

08:37:12  11  Morgan City and decided that they would assemble at an Incident

08:37:16  12  Command Post in Houma, Louisiana, which is a predesignated

08:37:20  13  alternate site for BPXP in that particular region, and so that

08:37:25  14  began an influx of people to that area.  And that command post

08:37:31  15  grew from, you know, 40 to 50 all the way to roughly a thousand

08:37:36  16  people on any given day, into an extremely large command post.

08:37:41  17          So BP provided all of the logistical support,

08:37:44  18  infrastructure, everything that would need to set up a

08:37:47  19  functional organization.

08:37:48  20  Q.    I think this is well understood, but are these complex

08:37:53  21  operations to set up?

08:37:55  22  A.    I think it's -- people take it for granted that it's easy.

08:38:01  23  It's really one of the harder things to do, is you're

08:38:05  24  essentially -- have an incident which occurred, which is

08:38:08  25  usually not a good thing, and you're bringing together large

**OFFICIAL TRANSCRIPT**

08:38:11 1    groups of people, usually on an event that's still emerging,

08:38:16 2    under extreme stress and usually high visibility in the media.

08:38:22 3    So to coalesce as quickly as you can so that you can grind

08:38:28 4    through the issues and establish directives and effect results

08:38:34 5    is -- it's a very hard thing to do.

08:38:37 6    Q.   You've referred to the Houma Incident Command Post.  Is

08:38:44 7    this the area where you worked?

08:38:45 8    A.   Yes.

08:38:46 9    Q.   And I think we've heard that that command post was

08:38:51 10   responsible for the offshore operations as well as the

08:38:54 11   Louisiana shoreline?

08:38:55 12   A.   That's correct.

08:38:56 13   Q.   Just in terms of conveying the way in which that was

08:39:02 14   organized, have you looked at a video with us showing how

08:39:06 15   operations at the Houma ICP worked?

08:39:10 16   A.   Yes.

08:39:10 17   Q.   And would this video be helpful to understanding and

08:39:16 18   explaining to Judge Barbier the complexity of the operations?

08:39:16 19   A.   Yes.

08:39:23 20        MR. ROBERS:  Your Honor, we're going to object to the

08:39:25 21   showing of this video.  It's hearsay.  It's also a waste of the

08:39:28 22   Court's time.  It's a video narrated by the defendant's next

08:39:32 23   witness in the case.

08:39:34 24        MR. BROCK:  Your Honor, there was no objection filed to

08:39:36 25   this exhibit.  It's D-34683.  There's no objection to it, and

**OFFICIAL TRANSCRIPT**

08:39:40  1    it's on the consideration list.

08:39:40  2             THE COURT:  How long does it run?

08:39:41  3             MR. BROCK:  It's about a minute and a half, I think.

08:39:43  4             THE COURT:  Overrule the objection.

08:39:43  5    EXAMINATION BY MR. BROCK:

08:39:48  6    Q.   If you could play D-241918, please.

08:39:52  7             And then I'll have a couple of questions for you.

08:40:00  8             (WHEREUPON, the videotape was played.)

08:40:01  9             SPEAKER:  The BP training center in Houma, Louisiana,

08:40:04 10    hastily converted into the headquarters of the massive effort

08:40:06 11    to battle an environmental disaster.

08:40:10 12             SPEAKER:  It's got a lot of amenities, including the

08:40:12 13    ability to feed people 24 hours a day and so forth.

08:40:14 14             SPEAKER:  And it's where Admiral Thad Allen spends a

08:40:17 15    good part of his life nowadays.

08:40:21 16             SPEAKER:  There's an unbelievable amount of activity

08:40:22 17    going on in this place.

08:40:29 18             SPEAKER:  Okay.

08:40:29 19             SPEAKER:  You are going to be astounded when you go in

08:40:29 20    here.

08:40:30 21             SPEAKER:  Admiral, good morning.

08:40:32 22             SPEAKER:  In the offshore we've got west and the east.

08:40:36 23             SPEAKER:  This is where all the government agencies

08:40:38 24    involved in the oil disaster response come together, along with

08:40:42 25    subcontractors, Louisiana state officials and BP.  The invoice

08:40:48 1    will follow.

08:40:50 2            SPEAKER:  I tried to keep track of the hours everybody

08:40:52 3    is working here for billing BP.

08:40:56 4            SPEAKER:  And this is the nerve center of the

08:40:58 5    operation.  Screens track the spread of the spill.  Maps crowd

08:41:02 6    the walls.

08:41:03 7            SPEAKER:  All the workers here refer to this as the

08:41:05 8    *fishbowl*.  Along this wall you've got organizational charts,

08:41:09 9    you've got weather forecasts, you've got various sit reps,

08:41:14 10   situational reports, forecasted movement of the oil.

08:41:16 11            Right now members of the Coast Guard are looking

08:41:17 12   at the booming operations that are taking place in the state

08:41:21 13   and the skimming operations as well.  Wildlife, response

08:41:26 14   progress, they are going over what has worked so far this

08:41:29 15   morning with regard to operations in Louisiana.  Safety,

08:41:31 16   medical plans, everything you could possibly want to know about

08:41:35 17   the operations in the State of Louisiana is happening right

08:41:38 18   here.

08:41:38 19            (WHEREUPON, the videotaped concluded.)

08:41:43 20   EXAMINATION BY MR. BROCK:

08:41:43 21   Q.   So, Captain Paskewich, let me just ask you quickly to

08:41:46 22   describe what this video shows you about how the response was

08:41:52 23   organized and conducted.  I know you were there.  I know you

08:41:55 24   saw some of this firsthand.  But just in terms of the video,

08:41:59 25   how does that help one to appreciate the complexity of the

08:42:04 1   operation?

08:42:05 2   A.    If a picture paints a thousand words, the visual is worth

08:42:09 3   everything.  Because that's sort of the point, it's hard to

08:42:12 4   describe to, say, the general public of just how well organized

08:42:17 5   and orchestrated these events are.

08:42:20 6          You can see in there people are working with purpose.

08:42:23 7   They have vests on to delineate functional responsibilities.

08:42:27 8   You have a situational awareness unit, which is absolutely key

08:42:32 9   to organizing the information.  So it exudes that

08:42:36 10  organizational element and an understanding of what's going on

08:42:40 11  around you, because that's essential and key to an overall

08:42:44 12  response.

08:42:44 13         And that was just one of a number of rooms which

08:42:47 14  existed in that Incident Command Post in Houma.  And there were

08:42:52 15  others besides that place, including the Unified Area Command

08:42:57 16  in Robert, including the Incident Command Post in Mobile.  So I

08:43:02 17  think it serves a purpose very well visually.

08:43:04 18  Q.    Do you have an opinion as to whether or not BP mobilized

08:43:08 19  the appropriate resources in the first few days after the

08:43:14 20  response in spite of all of the things that were going on to be

08:43:17 21  prepared to deal with the spill?

08:43:19 22  A.    Yes.

08:43:19 23  Q.    What's that opinion?

08:43:20 24  A.    Well, the opinion is they came out of the gate quick, and

08:43:23 25  within the first 20 hours of the spill, you mobilized roughly

08:43:28  1   105 personnel, you had equipment on the way, and then within

08:43:32  2   two days you had another -- total of about 266.  And then you

08:43:39  3   kept mobilizing equipment.  So they were acting and responding

08:43:42  4   like they were supposed to.

08:43:43  5   Q.    Is getting mobilized quickly helpful to organizing an

08:43:48  6   effective response?

08:43:49  7   A.    Absolutely.

08:43:49  8   Q.    Have you also looked at the way in which resources were

08:43:55  9   mobilized after the first few days?

08:43:56  10  A.    Yes.

08:43:56  11  Q.    And have you helped us with a demonstrative or a chart

08:44:01  12  that would demonstrate the way in which the response team grew

08:44:07  13  over the period of time, April 21st out to the well shut-in on

08:44:12  14  July 15th?

08:44:12  15  A.    Yes.

08:44:13  16  Q.    All right.  I would like to call up D-34003, and I think

08:44:20  17  if you could just go ahead build it out, it will allow us to

08:44:24  18  talk through it a little quicker.

08:44:32  19         And I would like for you, if you would, please,

08:44:35  20  Captain Paskewich, just to take this chart and share with

08:44:38  21  Judge Barbier the way in which the response force was built out

08:44:43  22  over the period of time that I've referenced and how that helps

08:44:47  23  to inform your opinion that BP rapidly and robustly responded

08:44:53  24  with the right resources.

08:44:54  25  A.    With the number of personnel, number of vessels, the

**OFFICIAL TRANSCRIPT**

08:44:59 1     amount of boom are good indicators of sort of the expansiveness

08:45:06 2     of the overall response.  And I think, as you see, what I call

08:45:08 3     the exponential growth in those areas and a continual ramp up

08:45:13 4     until the well was capped, shows a large, large amount of both

08:45:19 5     resources, people, equipment that was just continuous.

08:45:22 6     Q.   We see here, if we look out to the period of time

08:45:29 7     July 15th, approximately 44,000 personnel are engaged in the

08:45:34 8     response at that time.  I'll ask you just a few questions about

08:45:37 9     that.

08:45:39 10         Who had primarily responsibility for arranging

08:45:43 11     transportation for the folks that were involved in the

08:45:45 12     response?

08:45:45 13     A.   It would be BP.

08:45:46 14     Q.   Who had primary responsibility for arranging for housing

08:45:50 15     for people who needed to be working onsite?

08:45:52 16     A.   BP.

08:45:53 17     Q.   Furnishing the facilities in which they would work?

08:45:56 18     A.   BP.

08:45:56 19     Q.   The equipment that they would use in the response

08:46:00 20     activity?

08:46:00 21     A.   BP.

08:46:00 22     Q.   Safety training?

08:46:02 23     A.   BP.

08:46:02 24     Q.   And all this was done as part of the Unified Command and

08:46:07 25     in coordination with the Coast Guard, correct?

**OFFICIAL TRANSCRIPT**

08:46:10  1   A.    Yes.  Correct.

08:46:10  2   Q.    And just to be clear, what's your view about the

08:46:15  3   Coast Guard's contribution to the response effort?

08:46:18  4   A.    I think they did a tremendous job, an awesome job.

08:46:21  5   Q.    Now, there has been some discussion about what level of

08:46:27  6   personnel were BP folks as opposed to representatives of the

08:46:33  7   government.  Have you looked at that issue to see sort of

08:46:37  8   roughly what percentage of folks were BP employees or

08:46:41  9   contractors versus other agencies of government?

08:46:45 10   A.    Yes.

08:46:45 11   Q.    If we could see, please, D-34684.

08:46:50 12         And this looks like the same chart that you had a

08:46:59 13   minute ago, but it has some colors filled in here, correct?

08:47:01 14   A.    Correct.

08:47:02 15   Q.    And just describe for Judge Barbier what this represents

08:47:06 16   in terms of the contribution of BP employees and contractors.

08:47:14 17   A.    Yeah, as I stated earlier, when you implement your

08:47:17 18   response plan, you're bringing in, not just your own internal

08:47:22 19   folks, but you're bringing in external people as well, the

08:47:24 20   contractors, and so there's an expectation that you're going to

08:47:27 21   be part of that lion share of the response.

08:47:29 22         So this graft depicts just that, that approximately

08:47:32 23   85 percent of the people were BP and its contractors.  Most

08:47:37 24   certainly government played a huge role in it.  They have

08:47:41 25   oversight responsibilities and are key players, but the

**OFFICIAL TRANSCRIPT**

08:47:45  1    expectation is not that the government is going to provide all

08:47:47  2    of the resources to bring to bear, it's the responsible party

08:47:51  3    who is responsible for doing that.  And I think this shows that

08:47:54  4    they brought in people continuously.

08:47:56  5    Q.    Is it important to bring in the right people?

08:48:00  6    A.    It most certainly is.

08:48:01  7    Q.    And do you have an opinion about whether or not BP brought

08:48:04  8    in the right people in terms of this rapid mobilization and the

08:48:10  9    staffing that was put in place?

08:48:12 10    A.    I think my best evaluation is from me being personally at

08:48:19 11    the Incident Command Post in Houma and what I saw was the

08:48:24 12    world's experts brought in on virtually all the different

08:48:29 13    categories of response types.  For me, it was almost a who's

08:48:35 14    who of spill response.  Everybody who I had ever worked with in

08:48:39 15    my past responses were all there in one single setting.  So it

08:48:44 16    was very powerful to see that assemblance of talent.

08:48:47 17    Q.    Have you looked at government documents that agree with

08:48:50 18    your opinion about the quality of the people who were involved?

08:48:53 19    A.    Yes.

08:48:53 20    Q.    If I could see TREX-9124.110.3.

08:49:04 21          Is this a callout from the ISPR report on the

08:49:08 22    sustainability of response personnel?

08:49:11 23    A.    Yes.

08:49:11 24    Q.    And I don't think we need to read this for the benefit of

08:49:14 25    Judge Barbier, but just please share if this statement is

**OFFICIAL TRANSCRIPT**

08:49:17 1   consistent with your point of view about the talent and efforts

08:49:21 2   of the individuals that were involved.

08:49:22 3   A.   It's what I just stated.   There was an acknowledgment that

08:49:26 4   the proper experts were brought in to work the issue, and I

08:49:33 5   know everybody was impressed by who was in that audience.   I

08:49:35 6   saw it firsthand.

08:49:36 7   Q.   Now, is it your view that -- I'll just ask you, do you

08:49:43 8   have a view as to whether or not the Spill Response, in terms

08:49:50 9   of personnel and equipment, was unprecedented to the injury at

08:49:54 10   this point of time?

08:49:55 11   A.   Yes.

08:49:55 12   Q.   It was also a significant spill, correct?

08:50:00 13   A.   It was, most undoubtedly.

08:50:03 14   Q.   How does this fit into your opinion about the -- about the

08:50:06 15   quality of BP's response?

08:50:10 16   A.   Well, I think it matters.   You know, there was no doubt

08:50:15 17   this was a large unprecedented event, and BP had to mount a

08:50:21 18   very large response; but, I think what needs to be understood

08:50:26 19   is, in there, there's a degree of that quality of response, the

08:50:31 20   effort that you put into that response that allows you to help

08:50:35 21   mitigate something of this size, of this nature.   So they did

08:50:40 22   all that.

08:50:40 23   Q.   In support of that, have you looked at some of the

08:50:44 24   comments of the representatives of the Coast Guard and other

08:50:48 25   areas of government who were interviewed as part of the

08:50:53  1    compilation of the FOSC and ISPR reports?

08:50:57  2    A.    Yes.

08:50:57  3    Q.    Let me ask you to look, please, at TREX-150022.10.0.  Is

08:51:06  4    this an interview summary, an ISPR interview summary, of

08:51:13  5    Admiral Paul Zukunft?  I know I'm not pronouncing his name

08:51:13  6    right.  I've been working on it, but I can't get it out right.

08:51:19  7          Do y'all call him Admiral Z?

08:51:22  8    A.    We call him Admiral Z.

08:51:23  9    Q.    What is position?

08:51:24 10    A.    He's currently the Commandant of the Coast Guard; but, at

08:51:26 11    the time, he was one of the Federal On-Scene Coordinators in

08:51:29 12    the summer.

08:51:29 13    Q.    Do you see we have a callout here from his interview of

08:51:34 14    8/26?  If you would just please speak to how this helps to

08:51:38 15    inform your opinion on the quality of the BP response.

08:51:43 16    A.    Admiral Z certainly recognized the commitment and that

08:51:49 17    they were handling things like they were supposed to handle.

08:51:53 18    The company was on it.

08:51:55 19    Q.    Let's look at 12212.6.2.

08:52:00 20          Is this an interview note of Captain Joseph Paradis?

08:52:10 21    A.    Paradis.

08:52:10 22    Q.    Paradis.  Okay.  Thank you.

08:52:11 23          What's the comment that he makes here in the

08:52:13 24    interview summary, and please describe the importance of that

08:52:16 25    to you in formulating your view about this?

**OFFICIAL TRANSCRIPT**

08:52:20 1   A.   Well, he was the initial FOSC when it first happened, so

08:52:25 2   he was -- he and his staff were the first ones to get the call

08:52:30 3   and the response.

08:52:30 4         So he noticed the excellent partnership from the

08:52:36 5   get-go, in that what was brought in were trained people, that

08:52:39 6   information was being gathered and assimilated properly, spirit

08:52:44 7   of cooperation was all important.

08:52:46 8         So that's part of that golden hour that I referred

08:52:48 9   to, to set off on the right tempo a large organization.  So, I

08:52:55 10   think that's pretty important that that happened that way.

08:52:59 11   Q.   Coast Guard witnesses in this case have talked about the

08:53:03 12   importance of the ICS.  That's the Incident Command System?

08:53:08 13   A.   Correct.

08:53:08 14   Q.   The note here is that BP personnel were trained in ICS.

08:53:13 15   Do you see that?

08:53:13 16   A.   I do.

08:53:13 17   Q.   Is that consistent with your review of the record?

08:53:15 18   A.   It is.  I mean, ICS is a basic organizational structure

08:53:20 19   dictated formally by the government through the Homeland

08:53:28 20   Security Presidential Directive 5, but it's very commonplace in

08:53:30 21   spill responses.

08:53:31 22         So, the Coast Guard understands how to use it, and

08:53:36 23   certainly the companies that have oil spill response plans and

08:53:41 24   exercise properly under the structure as well.

08:53:43 25   Q.   When the reference is made to BP building the organization

**OFFICIAL TRANSCRIPT**

08:53:48  1  quickly, what does that refer to?

08:53:51  2  A.   Well, that refers to their adaptation, that, you know, as

08:53:55  3  you recognize what's going on with the incident, that you're

08:53:59  4  continuing to adapt and grow that organization to meet the

08:54:04  5  demands of what's transpiring with the incident, so that that

08:54:10  6  kept occurring as they understood the situation.

08:54:13  7  Q.   All right.  One more.  TREX-150027.1.1.

08:54:20  8        This is an interview summary of Rusty Wright.  Please

08:54:25  9  tell the Court who Rusty Wright is and why this comment is

08:54:29 10  significant to you.

08:54:29 11  A.   Mr. Wright, at the time, worked for Minerals Management

08:54:38 12  Service and was the individual responsible for reviewing and

08:54:39 13  approving all Gulf of Mexico-based exploration and production

08:54:45 14  plans.  So he was the man who reviewed it and approved it and

08:54:47 15  worked with the industry conducting drills and training,

08:54:50 16  etcetera.

08:54:51 17        So, he's noticed that BP did everything they were

08:54:55 18  supposed to do, put a hundred percent of the efforts toward

08:54:59 19  this event, which is high praise for the individual who

08:55:02 20  actually does the plan review on it.

08:55:06 21  Q.   This comment right here, "they didn't hesitate," did you

08:55:10 22  find evidence of that, and do you agree with that?

08:55:11 23  A.   I totally agree.

08:55:13 24  Q.   What's the basis for that?

08:55:15 25  A.   The basis is a voluminous record of opinion from -- or

08:55:21 1  statements from various government reports, from witness

08:55:27 2  depositions, from e-mails, just a variety of support for that.

08:55:35 3  Q.    I want to look at just one statement quickly that the

08:55:38 4  Court has seen, but I just want to make sure that I have your

08:55:40 5  view on this.  D-34686.

08:55:47 6           This is from the ISPR report.  The statement is made

08:55:50 7  here:  "BP was very proactive and placed no limits on what was

08:55:54 8  needed to make this response successful."

08:55:56 9           Do you agree with that?

08:55:58 10 A.    Completely.

08:55:58 11 Q.    Let's turn now to the effectiveness of the response.  What

08:56:08 12 do you mean when you refer to the effectiveness of the

08:56:12 13 response?

08:56:14 14 A.    Effectiveness, to me, is those range of measures that you

08:56:19 15 employ to minimize the amount of oil that can impact the

08:56:23 16 environment through its -- through different measures that you

08:56:27 17 can take.

08:56:28 18 Q.    Has the United States made conclusions in its official

08:56:33 19 reports about whether the response was successful in achieving

08:56:38 20 its objectives?

08:56:40 21 A.    Yes.

08:56:40 22 Q.    Let's look at D-34718.

08:56:47 23           First of all, if you would take first the On-Scene

08:56:52 24 Coordinator Report for the *Deepwater Horizon*.  Do you recall

08:56:54 25 the date of publication of that document?

**OFFICIAL TRANSCRIPT**

08:56:56 1    A.    It was in 2011.

08:56:59 2    Q.    Same for the ISPR report?

08:57:02 3    A.    Yes.

08:57:02 4    Q.    Do these reports conclude that the response effort was

08:57:07 5    successful?

08:57:10 6    A.    Yes.  I mean, those statements are very profound and sort

08:57:13 7    of a capstone statement, if you will, that pretty much

08:57:19 8    summarizes our -- the general sentiment.

08:57:22 9    Q.    If I could get you to focus on the bottom statement from

08:57:26 10   the ISPR.  "The use of in situ burning, ISB, for this incident,

08:57:31 11   coupled with dispersant applications, significantly reduced the

08:57:34 12   amount of oil that might otherwise have impacted nearshore

08:57:38 13   habitats and environmentally sensitive areas."

08:57:42 14        Do you have a view as to why this is being cited as

08:57:46 15   an explanation for the success of the operations?

08:57:50 16   A.    Well, I think it shows that burning was an effective

08:57:54 17   measure that was useful in minimizing environmental impact, and

08:57:59 18   they were pointing that out.

08:57:59 19   Q.    We've heard some discussion in the case about how the

08:58:05 20   environmental impact was reduced, including an approach that's

08:58:11 21   been referred to as layered operations.  Are you familiar with

08:58:14 22   that?

08:58:14 23   A.    I am.

08:58:15 24   Q.    Is that an appropriate approach to spill response?

08:58:17 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

1258

08:58:18 1    Q.    Was it appropriate here?

08:58:19 2    A.    Absolutely.

08:58:19 3    Q.    Was that plan put in place by the Unified Command with

08:58:25 4    input from BP?

08:58:26 5    A.    Yes.

08:58:26 6    Q.    I want to turn to a few of the specifics related to the

08:58:31 7    layered response.  We have a witness a little later who will

08:58:35 8    talk in a little more detail about that.

08:58:37 9           Let's look first at offshore response efforts.

08:58:42 10   Skimming.  Did you evaluate skimming operations during the

08:58:47 11   *Deepwater Horizon* response?

08:58:47 12   A.    Yes.

08:58:49 13   Q.    Have you prepared a graphic that summarizes your opinions

08:58:54 14   about the offshore skimming operations?

08:58:55 15   A.    Yes.

08:58:56 16   Q.    If you can look at D-34688, is this the document you're

08:59:01 17   referring to?  The slide that you're referring to.  Sorry about

08:59:07 18   that.

08:59:07 19   A.    Yes, that's correct.

08:59:07 20   Q.    Okay.  So, what's your opinion about skimming operations?

08:59:13 21   A.    Well, I think what's important to know is the type of

08:59:17 22   resources that were used in the offshore environment that were

08:59:20 23   mobilized quickly.

08:59:22 24           That top vessel, for example, the HOSS, or

08:59:25 25   high-volume open sea skimmer, that's my asset at Clean Gulf,

**OFFICIAL TRANSCRIPT**

08:59:32 1    purpose built for that very purpose, to send offshore to

08:59:37 2    contain and recover oil to the best of its ability.

08:59:39 3            Similarly, the Marine Spill Response Corporation has

08:59:42 4    its responder class vessels.  They brought in more than a dozen

08:59:45 5    of their boats, 210-foot open water self-propelled vessels with

08:59:51 6    large containment devices and skimming devices.

08:59:54 7            So these are good examples of sort of the size of the

08:59:58 8    vessels that were mobilized offshore.  You can see that they

09:00:02 9    had -- they continued mobilizing other resources as well,

09:00:07 10   including, by July, upwards of 76 offshore skimming platforms.

09:00:10 11   Q.   Did you evaluate the success of skimming operations in the

09:00:16 12   Gulf of Mexico during the *Deepwater Horizon* response?

09:00:18 13   A.   Yes.

09:00:18 14   Q.   If we could turn to D-34689, please.  Maybe give it

09:00:32 15   another click, if you don't mind.

09:00:37 16           Would you please use this slide to characterize for

09:00:41 17   Judge Barbier your findings with regard to the offshore

09:00:45 18   skimming effort, and please give your comment also on the

09:00:50 19   effectiveness of this.

09:00:51 20   A.   Well, in addition to the large offshore skimming, you

09:00:54 21   certainly brought in a lot of other smaller vessels closer to

09:00:58 22   the nearshore that totaled roughly 800 skimmers total engaged

09:01:04 23   in theater to respond.

09:01:06 24           Collectively, they recovered, by the Government's own

09:01:11 25   estimates, 160,000 barrels of oil.

**OFFICIAL TRANSCRIPT**

09:01:13  1    Q.    Now, Captain VanHaverbeke has testified in this case that

09:01:22  2    skimming operations or the skimming performance during the

09:01:25  3    *Deepwater Horizon* was, I think the word he used, unremarkable.

09:01:30  4    Do you agree with that?

09:01:32  5    A.    I don't.  I don't agree.

09:01:33  6    Q.    Why not?

09:01:34  7    A.    Well, I think you have to put in context the overall

09:01:40  8    response and the range of tools that were used and the

09:01:46  9    difficulties involved with mechanical recovery at the surface.

09:01:51 10         It begins with the type of spill that you had itself.

09:01:56 11    Most spills, in my experience, are what we call point source

09:02:01 12    spills.  They emanate at the water surface, say a ruptured

09:02:05 13    cargo tank or even a wellhead that blows at the surface of the

09:02:10 14    water, so you can get resources in there to contain and recover

09:02:14 15    as needed.

09:02:16 16         This was way different.  You're talking 5,000 foot

09:02:20 17    deep.  As that oil came up, it spread out rapidly,

09:02:25 18    instantaneously, over a wide area.  Plus, you had a number of

09:02:30 19    vessels with simultaneous -- conducting simultaneous operations

09:02:34 20    over the top of the well, and a five-mile safety zone

09:02:39 21    established by the Coast Guard to keep people out of that.

09:02:41 22         So immediately that oil is coming up in individual

09:02:45 23    bands and spreading out very, very rapidly.  So you still

09:02:50 24    mobilize your mechanical recovery equipment, but it's important

09:02:53 25    to understand that there are limitations from the wind,

OFFICIAL TRANSCRIPT

09:02:56 1    weather, currents, and just the nature of the spill itself.

09:03:00 2    Q.    Have you seen in any of the official government reports a

09:03:05 3    statement by the United States when it evaluated the adequacy

09:03:09 4    of this Spill Response referring to the skimming operations as

09:03:14 5    unremarkable?

09:03:16 6    A.    No.   I think they recognized that there were challenges in

09:03:20 7    the skimming because of exactly what I just stated, but I

09:03:23 8    wouldn't say they would say it was unremarkable.

09:03:26 9    Q.    Let me ask you to look at TREX-150022.9.1.

09:03:33 10          Again, we're back to a comment of Admiral Zukunft.

09:03:43 11   He shows here, per the pie chart, skimming shows 3 percent, but

09:03:48 12   then he goes on to say, and some days we were skimming in

09:03:50 13   excess of 60 percent.

09:03:52 14          I'll just ask you if you'll take the rest of that,

09:03:53 15   and then please give Judge Barbier your comment on how this is

09:03:58 16   important to your opinion about the efforts that were made to

09:04:05 17   mitigate the effects of the spill through skimming.

09:04:08 18   A.    Spill Response is tactical.   You know, you're employing

09:04:12 19   certain measures that are most effective, and some are more

09:04:16 20   effective on other days than others, depending on the

09:04:20 21   circumstances.

09:04:20 22          Admiral Z recognized that some days skimming didn't

09:04:24 23   perform all that well, for whatever reason, could be wind,

09:04:28 24   weather, sea states, but on other days it was highly effective.

09:04:31 25   So you try to use all the tools in a complementary way to

**OFFICIAL TRANSCRIPT**

09:04:37  1    maximize your objective of removing oil off the surface of the

09:04:41  2    water.

09:04:41  3    Q.    Did the Coast Guard, in its official report, look at the

09:04:46  4    issue of the effectiveness of skimming operations?

09:04:50  5    A.    Yes.

09:04:50  6    Q.    Let's look at TREX-9105.68.2.

09:04:56  7          Do you see this is from the operations section of the

09:04:59  8    FOSC Report?

09:05:00  9    A.    Yes.

09:05:01 10    Q.    We have a statement here that I think is consistent with

09:05:06 11    some of the things you've just said:  "A skimmer's performance

09:05:10 12    is affected by type of oil, viscosity, and then environmental

09:05:15 13    conditions, including wind, wave, current, and current air and

09:05:20 14    sea temperatures."  Do you see that?

09:05:22 15    A.    I do.

09:05:22 16    Q.    But if we come down to the next paragraph, what does the

09:05:25 17    United States of America say in its official report about the

09:05:28 18    way in which skimming was conducted and the impact that had in

09:05:34 19    terms of the overall -- well, I'll just let you give your

09:05:38 20    comment.

09:05:38 21    A.    The very last part of the last sentence says it all.

09:05:42 22    "Aggressive skimming was a key component of the success of the

09:05:45 23    response."  I agree.

09:05:46 24    Q.    Let's turn to dispersants.  Can you describe at a high

09:06:00 25    level how dispersants work?

**OFFICIAL TRANSCRIPT**

09:06:01  1  A.    Dispersants are primarily designed to be either sprayed
09:06:11  2  aerially, in this case they used subsea dispersants, but
09:06:16  3  basically what dispersants do is they take the oil that's
09:06:19  4  floating on the surface of the water.  That oil has its own
09:06:23  5  inherent properties, including certain surface tension.  The
09:06:28  6  oil on the surface undergoes natural processes anyway, such as
09:06:32  7  evaporation, natural dispersion, dissolution.
09:06:37  8        By spraying dispersants on top of the oil, it
09:06:41  9  separates that oil into smaller molecules.  They become
09:06:45 10  suspended in the water column and become available for
09:06:48 11  accelerated biodegradation, which is basically enhancing the
09:06:54 12  natural processes.
09:06:56 13  Q.    Thank you.
09:06:56 14        Now, in terms of the use of dispersants, does the
09:07:01 15  Federal On-Scene Coordinator have the authority to say when
09:07:09 16  they should or should not be used?
09:07:11 17  A.    Yes.
09:07:12 18  Q.    How is that decision made?  What's the framework for that
09:07:18 19  decision?
09:07:19 20  A.    Well, the Regional Response Team, which is a body of the
09:07:24 21  agencies that provides certain oversights in certain regions of
09:07:29 22  the country -- in this case, Regional Response Team 6 in the
09:07:34 23  Gulf of Mexico -- had a preapproved dispersant plan that had
09:07:38 24  been developed back in the mid '90s to allow the Federal
09:07:44 25  On-Scene Coordinator to pull the trigger on the use of

**OFFICIAL TRANSCRIPT**

09:07:48  1   dispersants in the area.  They called it a preapproval.

09:07:52  2          So greater than three miles offshore, greater than

09:07:55  3   10 meters deep, the Federal On-Scene Coordinator had the

09:07:58  4   authority, as long as certain parameters were met, to spray

09:08:02  5   dispersants.

09:08:02  6   Q.    Let's look at TREX-11835.1.

09:08:07  7          You referred to RRT 6.  Is this the document that

09:08:12  8   includes the preapproved plan?

09:08:14  9   A.    Yes.

09:08:14 10   Q.    Does this plan provide guidelines for the safe and

09:08:22 11   effective use of dispersants?

09:08:24 12   A.    It does.

09:08:25 13   Q.    Were there monitoring, safety and other operational

09:08:29 14   guidelines that govern the use of both the surface and subsea

09:08:35 15   dispersants?

09:08:36 16   A.    It covers the aerial dispersant piece.  There were

09:08:42 17   separate accommodations for subsea, since that was a novel

09:08:44 18   approach.

09:08:45 19   Q.    That was developed during the response?

09:08:50 20   A.    That's correct.

09:08:50 21   Q.    All right.  Thank you.

09:08:54 22          Let me ask you, please, to speak to the scale and

09:08:57 23   complexity of the dispersant operations during the

09:09:01 24   *Deepwater Horizon* response.

09:09:02 25   A.    It was incredibly complex.  You had -- it was -- the

**OFFICIAL TRANSCRIPT**

09:09:11  1   orchestration of the whole dispersant interplay was almost like

09:09:17  2   an Incident Command Post within an Incident Command Post,

09:09:22  3   consisted of a large organization that was in place and

09:09:27  4   aircraft from two separate bases used to spray and to spot and

09:09:34  5   to target.

09:09:35  6        So, every morning what would happen is you would do a

09:09:40  7   spotter reconnaissance mission to try to find targets of

09:09:46  8   opportunity and then orchestrate the application of the

09:09:49  9   dispersants from there.

09:09:49 10   Q.   In your opinion, were dispersants applied safely and

09:09:56 11   effectively?

09:09:56 12   A.   Yes.

09:09:57 13   Q.   What were BP's contributions to the dispersant operations

09:10:03 14   during *Deepwater Horizon*?

09:10:06 15   A.   Most of the organization support that they provided.  They

09:10:10 16   brought in one of the world's experts to help organize the

09:10:15 17   dispersant operation in Mr. Huber.

09:10:18 18        They brought in their two primary contractors for

09:10:23 19   dispersant spraying, including Marine Spill Response

09:10:27 20   Corporation and Airborne Support, Incorporated, out of Houma.

09:10:32 21        They contracted all the vessels that needed to go out

09:10:34 22   there to do what we call smart monitoring, for monitoring the

09:10:42 23   effectiveness of the dispersants on the water.

09:10:42 24        They -- in the command post, they did all the

09:10:45 25   tracking of it, both realtime, georeferenced and plotted on an

**OFFICIAL TRANSCRIPT**

09:10:50  1    AIS system.  It was pretty much all-encompassing.

09:10:54  2    Q.   Have you helped us put together a demonstrative that helps

09:11:00  3    to describe the effectiveness of the dispersant operations?

09:11:04  4    A.   Yes.

09:11:04  5    Q.   If we could see D-34692.

09:11:12  6         We're doing a callout here, and you see that we have

09:11:14  7    the location of the well.

09:11:15  8         If we could click one more time, please.

09:11:17  9         I think you referred to some of the resources that

09:11:20 10    were secured by BP for dispersant operations, but could you

09:11:25 11    just take this and speak a moment about the commitment of

09:11:29 12    resources and having the things available that were needed.

09:11:31 13    A.   Yeah.  These are -- these are large aircraft.  You're

09:11:35 14    talking about 20 total aircraft, 12 that can actually spray,

09:11:39 15    eight that were used to spot.

09:11:41 16         It's a mix of C-130 aircraft, which are large, or

09:11:48 17    DC-3 aircraft, or turbinized DC-3s.  So these are purpose-built

09:11:55 18    aircraft used for this very purpose, outfitted with

09:11:59 19    highly-sophisticated gear.

09:11:59 20    Q.   If we can look at D-34693.

09:12:03 21         You see here we have the Macondo Well, and we've got

09:12:09 22    zones of coverage designated by the airplanes.  Can you please

09:12:14 23    describe for Judge Barbier what this represents and how it

09:12:17 24    helps to support your opinion about the effectiveness of

09:12:22 25    dispersant operations?

**OFFICIAL TRANSCRIPT**

09:12:23 1    A.    You had two primary sites where you were launching

09:12:28 2    dispersants, one at Stennis, Mississippi, and one in Houma.

09:12:32 3    Every morning, you would figure out where potential targets

09:12:35 4    were.

09:12:35 5          Part of that layered approach was you would have

09:12:38 6    areas where skimming was conducted, you would have areas which

09:12:42 7    were cordoned off for burning, and you would have areas that

09:12:46 8    were targeted for dispersants.  The reason you did that is so

09:12:49 9    you wouldn't overlap and interfere with each one of those

09:12:52 10   missions.

09:12:54 11         In the case of dispersants, you would go out with

09:12:56 12   reconnaissance aircraft, find these spots, and then fly

09:13:01 13   missions and coordinate them appropriately from both bases to

09:13:03 14   ensure that you were spraying, tracking and keeping records of

09:13:07 15   it.

09:13:07 16   Q.    Have you evaluated the effectiveness of dispersant

09:13:12 17   operations?

09:13:12 18   A.    Yes.

09:13:13 19   Q.    If we could look at 34694, please.

09:13:23 20         I guess, first of all, what's the significance of the

09:13:26 21   things that you have identified over here in yellow?

09:13:29 22   A.    Those are track lines, actual track lines of dispersant

09:13:34 23   runs that they did.

09:13:36 24         You know, that's -- what's neat is that you could

09:13:40 25   track that and keep it real time and know exactly what volume

**OFFICIAL TRANSCRIPT**

09:13:44 1    was sprayed, what latitude and longitude, what altitude, when

09:13:49 2    it started, when it ended.  Then you could actually watch it

09:13:53 3    back in the command post, where the aircraft were located.  So

09:13:56 4    very well orchestrated operation.

09:13:58 5    Q.    What's the significance of identifying 412 sorties flown?

09:14:05 6    A.    That's a lot of aircraft flights that were involved in the

09:14:10 7    response.  That's a continual use of one of the tools in the

09:14:16 8    toolbox as needed -- as I would have used if I were the FOSC.

09:14:19 9    Q.    You've identified here in the column piece of the slide

09:14:24 10   770,000 barrels of oil dispersed.  What's your statement with

09:14:30 11   regard to the 770,000 barrels?

09:14:33 12   A.    That's a large amount.  It's -- you know, that's the --

09:14:35 13   that's the official government estimate, so a significant

09:14:40 14   quantity.

09:14:44 15   Q.    Did you conclude from your review of the materials that

09:14:47 16   the use of dispersants was effective in achieving the goals of

09:14:51 17   the response in removing oil from the environment?

09:14:55 18   A.    Yes.

09:14:56 19   Q.    Is your opinion in agreement with the reports, the

09:15:03 20   official reports of the United States created back in 2011?

09:15:06 21   A.    Yes.

09:15:07 22   Q.    Let's look at TREX-9105.64.3.

09:15:14 23         Does the United States conclude that dispersants were

09:15:17 24   an effective response tool and prevented millions of gallons of

09:15:22 25   oil from impacting the sensitive shorelines of the

09:15:26  1   Gulf of Mexico states?

09:15:27  2   A.   Yes.

09:15:27  3   Q.   Was protecting the sensitive shorelines one of the primary

09:15:31  4   objectives of the response?

09:15:32  5   A.   Most certainly.

09:15:34  6   Q.   Let's turn quickly to in situ burning.

09:15:41  7         If I could see slide 34695, please.

09:15:49  8         Very quickly, will you please describe your opinions

09:15:51  9   with regard to in situ burning operations.

09:15:56 10   A.   Just like dispersants was well orchestrated, the burning

09:16:00 11   operations were equally well orchestrated, with a very long

09:16:06 12   contingency, roughly 264 people involved in that whole

09:16:10 13   operation.  Sort of in the same model, if you will, of the

09:16:13 14   dispersants, figuring out where the oil is located, targeting

09:16:19 15   it appropriately, and sending the resources out to corral boom

09:16:24 16   and light the oil and burn it.  So a large, large operation.

09:16:29 17   Q.   Did you evaluate the effectiveness and the impact of

09:16:35 18   in situ burning as part of your work in this case?

09:16:38 19   A.   Yes.

09:16:38 20   Q.   If we could see D-34696, please.

09:16:54 21         First of all, you have here a number of circles in

09:17:00 22   the area of the well.  What do they represent?

09:17:03 23   A.   It represents the individual burns that took place.

09:17:06 24   Q.   In the column here, you indicate 260,000 barrels of oil

09:17:15 25   burned.  Where does that number come from?

**OFFICIAL TRANSCRIPT**

09:17:18  1    A.    That came from the government, government estimates,

09:17:22  2    official estimates.

09:17:22  3    Q.    We have an asterisk here, controlled burn group estimates

09:17:27  4    up to approximately 310,000 barrels burned.  Where does this

09:17:32  5    number come from?

09:17:34  6    A.    They conducted an After Action Report, and, based upon

09:17:37  7    their calculations, determined within their range of estimates

09:17:41  8    it could be as high as 309-plus thousand.

09:17:44  9    Q.    Are you in your presentation using the more conservative

09:17:47 10    number?

09:17:47 11    A.    That's correct.

09:17:48 12    Q.    Now, in terms of the government comments about in situ

09:17:58 13    burning, has the ISPR Team reached conclusions about that?

09:18:01 14    A.    Yes.

09:18:02 15    Q.    If we could look at TREX-9124.55.2.

09:18:09 16          "ISB proved to be an effective tool for removing

09:18:12 17    large volumes of oil from the water's surface, preventing

09:18:16 18    impact to environmentally and economically sensitive areas."

09:18:20 19    Do you see that?

09:18:21 20    A.    I do.

09:18:21 21    Q.    Do you agree with that statement?

09:18:22 22    A.    Completely.

09:18:23 23    Q.    Now, have you used these numbers that we have been looking

09:18:29 24    at to evaluate the overall effectiveness of the response?

09:18:32 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

09:18:32  1    Q.    If we could see D-34006.4.

09:18:42  2          Now, is this a summary of the numbers that we just

09:18:44  3    looked at in terms of oil that was removed as a result of

09:18:51  4    response actions by the Unified Command?

09:18:53  5    A.    Yes.

09:18:53  6    Q.    Did you also look at the issue of whether these numbers

09:19:07  7    needed to be adjusted based on the Court's ruling setting out

09:19:15  8    the number of barrels that were spilled?

09:19:17  9    A.    Well, I accepted these numbers as the official government

09:19:21 10    estimates, but I did use the Court's recent ruling on the

09:19:26 11    volume, total volume that was spilled, to help evaluate

09:19:31 12    effectiveness.

09:19:32 13    Q.    Let's look at D-34006.5.

09:19:42 14          We show here *Deepwater Horizon* well blowout, US Gulf,

09:19:46 15    37 percent.  Will you please describe for Judge Barbier what

09:19:52 16    number you calculated based on the work that you did and how

09:19:55 17    you got there.

09:19:56 18    A.    It's -- it's basic math, where I take the total volume of

09:20:02 19    dispersed dispersants, burning and mechanical recovery, that

09:20:08 20    1.2 million, and divide by the 3.19 million barrels that had

09:20:12 21    leaked, and that equals the 37 percent.

09:20:15 22    Q.    Now, looking just at that number, what does that tell you

09:20:19 23    about the effectiveness of the response of the Unified Command,

09:20:26 24    of which BP was one of the members?

09:20:28 25    A.    I think it's indicative of a very effective response,

**OFFICIAL TRANSCRIPT**

09:20:33 1    especially given the nature of this type of incident.

09:20:35 2    Q.    Has the United States agreed with that position?

09:20:41 3    A.    I think they haven't disputed the percentages.

09:20:44 4    Q.    Have they agreed that the response was effective, was

09:20:49 5    really the question I'm asking you?

09:20:50 6    A.    Not -- not to the degree that I'm stating.

09:20:55 7    Q.    Right.  Now, we've looked at the government's statements

09:21:00 8    with regard to the effectiveness of the response, correct?

09:21:05 9    A.    Right.

09:21:05 10   Q.    And as part of each of the skimming and the burning and

09:21:09 11   the dispersants?

09:21:09 12   A.    Right, right, right.

09:21:10 13   Q.    Did you take your analysis a step further, in looking at

09:21:14 14   overall effectiveness and looking at some additional metrics?

09:21:17 15   A.    Yes, I did.

09:21:20 16   Q.    That's what we're doing now.

09:21:22 17   A.    Oh, got it.

09:21:23 18   Q.    Yeah.  Thank you.  That's fine.

09:21:25 19        In terms of the work that you did in looking at

09:21:29 20   effectiveness, did you believe that it would be helpful to look

09:21:33 21   at the response efforts and results of some other comparator

09:21:41 22   spills?

09:21:41 23   A.    Yes.

09:21:41 24   Q.    If we could build out the graph now using D-34006A1,

09:21:53 25   please.

**OFFICIAL TRANSCRIPT**

09:21:54 1        I'll ask you, please, to describe for Judge Barbier

09:21:57 2   what this graph shows.

09:22:00 3   A.    One of the things I wanted to build upon was, from a

09:22:05 4   qualitative analysis of the record, there was a lot of support

09:22:09 5   that the response was effective and that the range of measures

09:22:14 6   used was effective at mitigating environmental damage.  That

09:22:19 7   37 percent is sort of a good number to attest to that.

09:22:24 8        But, in addition, I wanted to try to get a

09:22:29 9   quantitative analysis, to the best I could.  So I took an

09:22:32 10  attack that I wanted compare the *Deepwater Horizon* incident

09:22:40 11  against other significant incidents which have occurred around

09:22:43 12  the world.

09:22:45 13       So, I established a metric there based upon those

09:22:50 14  particular incidents against the *Deepwater Horizon*.

09:22:54 15  Q.    If I could, I'll ask you to just address these and

09:22:58 16  describe for Judge Barbier, are you using, in these

09:23:03 17  evaluations, just skimming, or are you using all of the tools

09:23:07 18  that are available as part of a response effort?

09:23:11 19  A.    No.  I wanted to do what I call the apples to apples

09:23:14 20  comparison.  So I thought it would be better and fairer

09:23:19 21  analysis to use all the tools in the toolbox that each one of

09:23:23 22  these incidents used on their respective responses as a tool to

09:23:29 23  compare against the *Deepwater Horizon*.

09:23:31 24  Q.    If we just look at, for instance, *Ixtoc* and *Montara*, why

09:23:37 25  are these good -- well, there are no good spills, but why are

OFFICIAL TRANSCRIPT

09:23:45  1    these good events to use as comparators?

09:23:47  2    A.   Well, my goal overall was to get a nice range of incident

09:23:51  3    types.  The *Ixtoc* and the *Montara* are both similar to the

09:23:56  4    *Deepwater Horizon* in that they were well blowouts.

09:23:59  5         The *Ixtoc* was one that occurred here in Mexico --

09:24:02  6    Mexican waters back in the late '70s, went on for nine months,

09:24:07  7    spilled a similar volume of oil over that time, so it was good

09:24:11  8    to -- as -- for me, as a data point.

09:24:13  9         Similarly, the *Montara* was another incident that went

09:24:17 10    on for 75 days off the coast of Australia, and I thought that

09:24:22 11    would be useful to see how they stacked up, if you will,

09:24:26 12    against the *Deepwater Horizon*.

09:24:29 13    Q.   What were the spill response tools used in *Ixtoc*?

09:24:32 14    A.   In *Ixtoc*, they used mechanical recovery, burning and

09:24:35 15    dispersant.

09:24:36 16    Q.   What about *Montara*?

09:24:37 17    A.   Dispersing and mechanical recovery.

09:24:40 18    Q.   Let's just look at a couple of others.  You chose *Exxon*

09:24:45 19    *Valdez* as a comparator?

09:24:45 20    A.   I did.

09:24:46 21    Q.   The reason?

09:24:47 22    A.   The reason is it's probably the most notable spill event

09:24:50 23    in US history up to this event, and so I thought it would be

09:24:55 24    useful to look at that event and what happened there.

09:24:59 25    Q.   What were the tools in *Exxon Valdez*?

**OFFICIAL TRANSCRIPT**

09:25:02 1    A.    That was all mechanical recovery, with negligible burning

09:25:06 2    and negligible amount of dispersant used.

09:25:09 3    Q.    What was it about *Exxon Valdez* that allowed for recovery

09:25:13 4    of 8 percent of the oil?

09:25:17 5    A.    That was a hard environment up there.  You know, you had a

09:25:21 6    very remote environment, and that spill was certainly large of

09:25:27 7    nature.  You know, it was a point source spill from a ruptured

09:25:32 8    cargo tank, so it's had its own challenges.

09:25:35 9    Q.    I think we need to cover still *Sea Empress* and *Erika*, if

09:25:41 10   you would speak to why you included them in the tools that were

09:25:44 11   used in terms of the response activity.

09:25:46 12   A.    In the tanker, well, it's good to put in tankers because

09:25:50 13   most of the large major oil spills which occur around the world

09:25:54 14   are the result of tanker incidents.  So the *Sea Empress* and the

09:26:00 15   *Erika* are two notable ones.

09:26:02 16        *Sea Empress* is notable for its success in dispersant

09:26:06 17   usage.  They took -- 24 of that 26 percent is accountable due

09:26:12 18   to dispersants.

09:26:13 19        The *Erika*, on the other hand, was just 3 percent,

09:26:15 20   mechanical recovery only.

09:26:16 21   Q.    Now, you have looked at Captain VanHaverbeke's testimony,

09:26:21 22   correct?

09:26:21 23   A.    Correct.

09:26:22 24   Q.    Did he take issue with the other spills that you've

09:26:26 25   selected for comparison to this response?

**OFFICIAL TRANSCRIPT**

09:26:28  1   A.    No.

09:26:28  2   Q.    Did he take issue with the accuracy of your calculations

09:26:32  3   of the effectiveness of the operations in those responses?

09:26:35  4   A.    No.

09:26:35  5   Q.    Did he identify any open ocean spill response that was

09:26:39  6   more effective at skimming, burning and dispersing oil than the

09:26:44  7   *Deepwater Horizon* response?

09:26:45  8   A.    No.

09:26:45  9   Q.    Typical removal, 10 to 15 percent.  What's the basis for

09:26:53 10   that?

09:26:53 11   A.    Well, it's part of that quantitative analysis.  It relied

09:26:58 12   upon documents or a report from the International Tanker Owners

09:27:04 13   Pollution Federation, or an organization called ITOPF.  They

09:27:09 14   are a pretty esteemed, recognized group of experts that provide

09:27:13 15   technical advisement to the tanker industry in the event of

09:27:19 16   their -- in case they have an incident.

09:27:22 17          One of the other things they do is they study all of

09:27:26 18   the incidents that have occurred around the world, so it's --

09:27:30 19   they have come up with what they consider to be -- for

09:27:34 20   virtually all of these responses that occur around the world,

09:27:38 21   that, on average, a typical removal rate, typically using

09:27:42 22   mechanical recovery, is roughly 10 to 15 percent.

09:27:46 23   Q.    Outside of the oil tanker environment, is this number also

09:27:51 24   considered by spill response organizations as sort of the

09:27:59 25   accepted range of typical recoveries for all comers?

**OFFICIAL TRANSCRIPT**

09:28:04  1    A.    There's quite a few reports out there that I've seen refer

09:28:06  2    to that 10 to 15 percent, yes.

09:28:08  3    Q.    All right.  Have you also looked at the effectiveness of

09:28:14  4    the response as a function of the oil that was available for

09:28:18  5    recovery?

09:28:18  6    A.    Yes.

09:28:18  7    Q.    Why did you do that?

09:28:23  8    A.    Well, I think you have to understand, when oil gets on the

09:28:26  9    surface of the water, it goes through its own natural

09:28:30  10   processes.

09:28:30  11          There is a percentage of that oil that naturally

09:28:34  12   evaporates into the environment, naturally disperses, naturally

09:28:39  13   goes through some dissolution.  That oil is just not available

09:28:42  14   to recover by any means at all.

09:28:43  15          So I thought it would be useful to analyze the

09:28:48  16   results, factoring in those processes that you can't recover.

09:28:54  17   Q.    Let's look at D-34006A.3.

09:29:03  18          You show here that 67 percent of oil available for

09:29:11  19   recovery was achieved in the *Deepwater Horizon* response.  Will

09:29:14  20   you describe for Judge Barbier the work that you did to arrive

09:29:18  21   at this figure, and then also your comment on what this says to

09:29:23  22   us about the effectiveness of the effort.

09:29:27  23   A.    The 37 percent is a straight calculation, just what

09:29:32  24   everybody has agreed to what's been recovered divided by what

09:29:36  25   the agreed upon spill volume is.

**OFFICIAL TRANSCRIPT**

09:29:39  1          But, when you factor in those natural processes of

09:29:43  2   oil that can't be recovered, that calculation, that

09:29:48  3   denominator, the 3.19, is now reduced, and that number goes up

09:29:52  4   to approximately 67 percent of the oil available for recovery.

09:29:58  5   Q.   So you made that adjustment, and then you come to

09:30:02  6   67 percent?

09:30:04  7   A.   Correct.  I tried to use an appropriate adjustment as

09:30:10  8   needed using the original number that was used by the

09:30:13  9   government of 4.19, and had a percentage of natural processes,

09:30:22 10   which equalled 43.9 percent.  So I took that and applied that

09:30:30 11   proportionately to the reduction, to the 3.19.  I thought that

09:30:35 12   would be fair to do.

09:30:35 13   Q.   Now, this 67 percent of oil available for recovery, does

09:30:40 14   this include oil that was recovered as a result of shoreline

09:30:47 15   cleanup?

09:30:48 16   A.   No.

09:30:48 17   Q.   So there would be an additional number that would go with

09:30:54 18   the 67 percent that would constitute shoreline cleanup?

09:30:59 19   A.   Correct.

09:31:00 20   Q.   You don't have an evaluation of that?

09:31:01 21   A.   I don't.

09:31:02 22   Q.   I want to turn to a couple of things that

09:31:09 23   Captain VanHaverbeke shared in his testimony.

09:31:15 24          Do you recall that he shared with the Court that he

09:31:18 25   thought only skimming should be considered in evaluating the

**OFFICIAL TRANSCRIPT**

09:31:23  1    effectiveness of the Spill Response?

09:31:24  2    A.    Yes.

09:31:24  3    Q.    How do you respond to that allegation?

09:31:28  4    A.    I completely disagree.

09:31:29  5    Q.    Why?

09:31:31  6    A.    Because you have to use all the tools in the toolbox.  You

09:31:35  7    have to use mechanical recovery, dispersants, and burning.

09:31:40  8    That is what we've trained for our entire careers.  That's

09:31:44  9    what's out there in the plans.  That's what we have in the

09:31:48 10    inventories.  That's what's required by doctrine, governmental

09:31:54 11    doctrine.

09:31:55 12          I think it would set spill response back decades if

09:32:01 13    that actually gained traction that mechanical recovery is the

09:32:07 14    only effective means for removing oil.

09:32:10 15    Q.    Are there contingency plans that are in place, Area

09:32:18 16    Contingency Plans that are in place that address the issue that

09:32:20 17    you've just described, that is, using all of the tools that are

09:32:23 18    available?

09:32:23 19    A.    Yes.

09:32:23 20    Q.    Let's see TREX-247662.68.2.

09:32:30 21          Is this the New Orleans Area Contingency Plan, or a

09:32:34 22    callout from that?

09:32:34 23    A.    Yes.

09:32:34 24    Q.    Do you see there it says, "Initially, assumption needs to

09:32:39 25    be made that all three methods, mechanical, in situ and

**OFFICIAL TRANSCRIPT**

09:32:43 1    dispersants, may be used, and then adjustments are made to that

09:32:46 2    assumption as information concerning the spill is received by

09:32:50 3    the FOSC"?  Do you see that?

09:32:52 4    A.    I do.

09:32:53 5    Q.    Do you agree with that?

09:32:54 6    A.    That says it all.  That's exactly the point.

09:32:57 7            That is a basic tenet of the whole overall response

09:33:04 8    regime that we use, so that's a very powerful couple sentences.

09:33:09 9    Q.    All right.  As a member of the response community, how do

09:33:11 10   you respond to Captain VanHaverbeke's testimony that skimming

09:33:15 11   is the only response tool that removes oil from the

09:33:20 12   environment?

09:33:22 13   A.    I disagree with -- I disagree with that assessment.

09:33:25 14   Q.    Why is that?

09:33:29 15   A.    Well, I look at these tools as removal activities,

09:33:34 16   response actions and removal activities to remove oil off the

09:33:38 17   surface of the water, which is my number one top objective, is

09:33:43 18   to minimize the amount of oil that could potentially hit the

09:33:49 19   shoreline, hit the marshes or impact other wildlife, and that

09:33:52 20   includes, burning, dispersing, as well as mechanical recovery.

09:33:55 21   Q.    I want to focus specifically now on in situ burning.  Has

09:34:01 22   the government published guidance on whether in situ burning

09:34:05 23   removes oil from the environment?

09:34:07 24   A.    Yes.

09:34:07 25   Q.    Let's look at D-34710.

**OFFICIAL TRANSCRIPT**

09:34:13  1          We have callouts here from three of the trial

09:34:18  2     exhibits.  Do you see here there are three comments there that

09:34:20  3     we've called out from the Region 6 in situ burn plan, the

09:34:25  4     National Response Team, Science and Technology Center, and the

09:34:27  5     US Coast Guard in situ burn operations manual?

09:34:31  6     A.    Yes.

09:34:32  7     Q.    What do these documents, sir, say to you about whether or

09:34:37  8     not burning removes oil from the environment?

09:34:39  9     A.    I mean, I think it supports it, that it is a removal

09:34:43 10     activity.  You're eliminating 90 to 99 percent of that oil

09:34:47 11     through a combustion process.  So, you know, that's good if

09:34:50 12     it's not on the surface of the water, so I agree.

09:34:53 13     Q.    Are you familiar with studies that have looked at whether

09:34:57 14     or not this burning causes significant injury to the

09:35:01 15     environment?

09:35:01 16     A.    Yes.

09:35:01 17     Q.    What are the outcomes of those studies?

09:35:06 18     A.    Well, I think they support that burning is a useful tool,

09:35:08 19     and that if you put in the proper safety measures and

09:35:11 20     protocols, that it can be conducted safely.

09:35:13 21     Q.    All right.  Let's turn to a new topic now, that is, the

09:35:25 22     opinion that you have about the safety of operations, please.

09:35:30 23          Number one, based on your experience as a former

09:35:34 24     FOSC, how important is safety to a response effort?

09:35:38 25     A.    It's always the number one top objective to safeguard the

**OFFICIAL TRANSCRIPT**

09:35:42  1    responders as well as the general public.

09:35:44  2    Q.    Did you assess the efforts of BP and others in the

09:35:48  3    Unified Command to protect workers and the public during the

09:35:52  4    *Deepwater Horizon* response?

09:35:52  5    A.    Yes.

09:35:53  6    Q.    Have you helped us prepare a demonstrative that summarizes

09:35:57  7    the efforts of the Unified Command and BP as a member of the

09:36:02  8    Unified Command in assuring that operations were conducted

09:36:08  9    safely, both from the perspective of the public and the people

09:36:12  10   working in the response?

09:36:12  11   A.    Yes.

09:36:13  12   Q.    If we could see D-34701, please.

09:36:19  13          I might ask you now, Captain Paskewich, just to use

09:36:22  14   this slide to talk through with Judge Barbier your summary of

09:36:28  15   the evidence as you viewed it in terms of the attention to

09:36:32  16   safety that was put forth in this response effort.

09:36:36  17   A.    Certainly, it all begins with the organization that was a

09:36:42  18   part of that incident command structure that is designed to

09:36:46  19   focus on safety entirely.

09:36:48  20          So, virtually every piece of the operation, whether

09:36:52  21   it's dispersants, burning, recovering, shoreline cleanup, would

09:36:56  22   have a site safety plan specifically tailored to ensure that

09:37:01  23   safety steps and measures were in place to minimize injuries

09:37:07  24   for those who would be involved in the Spill Response, and to

09:37:11  25   protect public that might get in the way.  So it begins with

09:37:16  1    that.

09:37:16  2              That carries over into what I was just stating about

09:37:21  3    the operational guidelines.  So, for example, burning may have

09:37:24  4    its own site safety plan to ensure that nobody is getting in

09:37:28  5    the way of smoke plumes, that you're measuring air --

09:37:31  6    conducting air monitoring for particulate matter.

09:37:35  7              Similarly, for dispersants, there would be go/no go

09:37:40  8    zones, such as you can't spray within two miles of a platform

09:37:42  9    or within three miles of any wildlife.  So those type of

09:37:49 10    protocols would be embedded in those site safety plans.

09:37:51 11              It also begins with the workers themselves and the

09:37:55 12    personal protective equipment that you wear to minimize the

09:37:58 13    hazards of dealing with oil.  You are working in a -- it's not

09:38:05 14    a zero risk environment, so you have to have certain protective

09:38:10 15    equipment to protect yourself.

09:38:12 16              An extensive amount of training was conducted.  You

09:38:15 17    brought in thousands of people on the Vessel of Opportunity

09:38:21 18    program, and you had to conduct what we call HAZWOPER training,

09:38:26 19    which is essentially an overview of the hazards associated with

09:38:32 20    handling oil.  So that was done to protect workers.

09:38:35 21              I mentioned air monitoring.

09:38:38 22              Seafood testing, that was another area where BP put

09:38:43 23    in quite a significant sum of money to ensure that seafood was

09:38:49 24    properly tested so that they could reopen the fishery closures.

09:38:54 25    Q.   If I could call your attention just to a couple of things

09:38:59 1    in followup to what you've just stated.

09:39:03 2          In terms of protective equipment to personnel, what

09:39:06 3    was BP's role there?

09:39:08 4    A.    BP provided all of it.  They provided whatever was needed

09:39:12 5    in the way of personal protective equipment.

09:39:14 6    Q.    What about training?  What was BP's role in the training

09:39:18 7    of people who would be working in these complex operations?

09:39:21 8    A.    They provided the trainers who would come and perform the

09:39:25 9    classroom training for the various -- the various people.

09:39:28 10   Q.    Air monitoring?

09:39:30 11   A.    Same thing.  They had companies come in, such as CTEH, a

09:39:36 12   reputable company that conducts air monitoring.

09:39:39 13   Q.    Water monitoring?

09:39:41 14   A.    Same thing.  They provided those people to help with

09:39:44 15   providing sampling on the water for whether it was dispersants

09:39:47 16   or any other operations.

09:39:50 17   Q.    What about others that contributed significantly to the

09:39:54 18   safety of operations, including the Coast Guard, NIOSH, CDC,

09:39:59 19   OSHA, and others, what's your comment about the overall

09:40:03 20   approach to safety of other participants in the

09:40:07 21   Unified Command?

09:40:08 22   A.    They did a great job conducting their oversight roles in

09:40:14 23   safety.  They all played major roles, as I saw it, in review of

09:40:19 24   the record.  OSHA, NIOSH, EPA, they all did a good job and,

09:40:26 25   from what I could see, would advise BP or let BP know if there

1285

09:40:32  1   were areas that needed improvement, and BP would jump on that

09:40:35  2   and make sure that they would take those steps necessary to

09:40:40  3   improve.

09:40:41  4           So, collectively, what I saw was a good, right,

09:40:46  5   collective approach to ensuring the maximum safety in a very

09:40:51  6   dangerous environment.

09:40:52  7   Q.   I don't think this question has been asked in this trial.

09:40:58  8   If it has, I missed it, so let me just ask it now.  At all

09:41:02  9   times during the response, what was the role of the FOSC?

09:41:11 10   A.   He's the band leader, if you will.  I have a description

09:41:15 11   for what an FOSC is.  He's the orchestra leader, and each one

09:41:20 12   of the band members out there represents an agency or an expert

09:41:23 13   or has some nuanced expertise.

09:41:27 14           The FOSC has to lead that band.  He has to have

09:41:31 15   recognition on everything around him and have recognition

09:41:35 16   skills on what might be missing or lacking.  He's got the

09:41:37 17   ultimate authority, 51 percent of the vote, if things aren't

09:41:42 18   going the way they should be going.

09:41:43 19           So it's a very, very important position in the

09:41:48 20   National Contingency Plan, and one I always -- I never took

09:41:53 21   lightly that responsibility.  Very important position.

09:41:55 22   Q.   If the FOSC is at 51 percent and has ultimate

09:42:01 23   decision-making authority if there are differences of opinion,

09:42:04 24   why is it important to have the voluntary commitment of the

09:42:11 25   responsible party in terms of the interaction with the FOSC?

A.   Well, you're bringing a large -- you're bringing a responsible party in with the Coast Guard, in with the states, and you're trying your best to set objectives and everything else to put in place to meet your objectives of minimizing damage to the environment.

So I always knew that a responsible party -- or was hopeful that the responsible party would come in with a certain level of expertise that I could leverage.  I never pretended that I had all that knowledge or even that my own staff had all the knowledge.

Coast Guard is a multi-missioned organization, and, God love them, they do a fantastic job, but they get spread very thin.  So when you have an incident, you are clearly relying on a responsible responsible party.

So, as I think I used the piggyback analysis earlier, that was always my preference.  I knew I had the authority, I knew what needed to be done, but it's much easier to ride the back of a thoroughbred, somebody who is taking the proper actions, than to have it the other way -- than to haul the mule, I guess.

Q.   Did you find from your review of this record that BP was performing in its role as a member of the Unified Command in a way that was useful, constructive and meaningful to the outcome?

A.   I think the record is overwhelmingly clear and supportive

**OFFICIAL TRANSCRIPT**

09:43:52  1    that BP did what it needed to do, stepped up to the plate and

09:43:56  2    handled things under -- in a very stressful environment, and

09:44:00  3    collectively met the objectives.

09:44:02  4    Q.    In terms of safety, has the United States Coast Guard

09:44:10  5    reached conclusions about the efforts to protect the safety of

09:44:14  6    workers during the *Deepwater Horizon* response?

09:44:16  7    A.    Yes.

09:44:16  8    Q.    Let's look quickly at D-34036.

09:44:24  9            I'll just ask you to look quickly at the callouts

09:44:28 10    there, and tell the Court if you are in agreement with the

09:44:33 11    conclusions of the official record of the United States

09:44:36 12    Coast Guard.

09:44:36 13    A.    Yes.

09:44:38 14    Q.    Let's turn to your third opinion, that BP collaborated

09:44:49 15    with its Unified Command partners and engaged the community.

09:44:53 16    Are you prepared to discuss that today?

09:44:54 17    A.    Yes, sir.

09:44:55 18    Q.    First, why is collaboration within the Unified Command

09:45:00 19    important to the outcome of the Spill Response?  We've talked a

09:45:06 20    lot in this case about unity of effort and collaboration, and I

09:45:09 21    know those are just words, but why is that important?

09:45:12 22    A.    I think it's key to the whole Unified Command concept.

09:45:19 23    The expectation is you're in the arena together, and you know

09:45:25 24    that you're discussing and trying to figure out very rapidly

09:45:29 25    what you need to do.  So, to have a willing, competent, capable

09:45:33 1    and aggressive responsible party assimilate into that
09:45:39 2    organization is absolutely key.
09:45:42 3            That doesn't mean that you're agreeing on every
09:45:44 4    single front.  There is a natural process that goes on every --
09:45:49 5    at every Unified Command level type meeting.  I've had very
09:45:54 6    hard conversations with responsible parties.  Again, it's
09:46:02 7    really to clarify where you're going, where you're heading, and
09:46:05 8    you carry out those objectives.
09:46:06 9    Q.   I just need to ask you this for the record, and I'll get
09:46:11 10   you to state your opinion why.
09:46:13 11           In your opinion, Captain Paskewich, did BP and the
09:46:15 12   US Coast Guard work with a unity of effort in the Spill
09:46:19 13   Response?
09:46:20 14   A.   Absolutely.  I think the record's very clear.  Virtually
09:46:24 15   every Coast Guard officer that was interviewed said so.
09:46:27 16   Q.   Including Captain VanHaverbeke, who was here last week?
09:46:31 17   A.   Yes, sir, including the Captain.
09:46:34 18   Q.   Has the government expressed views about whether unity of
09:46:37 19   effort was achieved during the *Deepwater Horizon* response?
09:46:40 20   A.   Yes.
09:46:41 21   Q.   Do those statements appear both in the FOSC report and the
09:46:44 22   ISPR?
09:46:46 23   A.   They do.
09:46:46 24   Q.   I want to turn to one final topic, please, and that is
09:46:57 25   BP's approach to funding response efforts.  Would you please

**OFFICIAL TRANSCRIPT**

1  describe how BP approached the funding of the response and the

2  significance of that.

3  A.   That may be one of the more sort of understated or unknown

4  elements of the response that, in my opinion, is extremely

5  important.

6       During any response, the government has access to the

7  Oil Spill Liability Trust Fund, which is a billion dollar fund

8  that exists for the government to access for certain parts of

9  Spill Response, including federal removal costs, certain

10 overhead costs, natural resource damage assessment costs, and

11 claims.

12      The difference with that fund is it's not like a

13 bank, where the government can use those funds, and it's -- and

14 the responsible party pays back into it.  It's a billion dollar

15 cap.  Once that cap is reached, you stop responding, unless you

16 go through Congressional appropriations to increase the cap.

17 So you subject yourself to essentially the political arena to

18 approve additional funding.

19 Q.   What's the significance of that structure to BP's actions

20 here?

21 A.   Well, it's huge because what BP did was they did a novel

22 and creative methods to ensure that that cap was never reached.

23 They can't pay the salaries of government agencies directly, so

24 what they did is they would contract -- if the government

25 needed to contract things, they could contract directly for

09:48:40  1    that.  They could handle the logistics of that.

09:48:43  2            So, in the end, the maximum that cap got up to was

09:48:49  3    roughly $750 million.  So by doing that, you never experienced

09:48:53  4    a potential hiccup in response operations on the federal side.

09:48:57  5    Q.   Was that recognized in some of the documents that you

09:49:00  6    looked at?

09:49:01  7    A.   It was.

09:49:01  8    Q.   Let's look at TREX-12535.1.4.

09:49:08  9            Is this an e-mail dated January 5, 2011, from

09:49:12 10    Admiral Zukunft?

09:49:16 11    A.   Correct.

09:49:17 12    Q.   Did you review this e-mail in connection with your work

09:49:20 13    here?

09:49:20 14    A.   Yes, sir, I did.

09:49:21 15    Q.   Is this an e-mail that is providing input for the FOSC

09:49:27 16    report that we looked -- we've looked at in some detail?

09:49:29 17    A.   Correct.

09:49:30 18    Q.   What's the point that Admiral Zukunft is making here?

09:49:35 19    A.   I think he's giving emphasis to what I just stated, was

09:49:40 20    acknowledgment that the claims process alone, which that one

09:49:46 21    billion dollar fund could have been used for had BP not

09:49:50 22    conducted prefunding for things like claims, could have -- you

09:49:56 23    could have blown through that one billion dollar cap very

09:50:02 24    quickly, and that would have presented a big, big problem, I

09:50:04 25    believe, for the government in its response, and that's what

09:50:06  1  they are recognizing here.

09:50:07  2  Q.    Is this -- a comment consistent with this statement here

09:50:11  3  reflected in the official report of the United States, in the

09:50:16  4  on-scene coordinator report?

09:50:17  5  A.    Yes.

09:50:18  6  Q.    If we could look at D-34047.

09:50:23  7           "The outcome of the response to this spill could have

09:50:25  8  been very different had BP not been able to fund the

09:50:28  9  extraordinary expenses involved.  If any RP proved unable to

09:50:33  10 pay for a major spill, the ability of the government to

09:50:36  11 organize a response of this nature and complexity would be

09:50:40  12 strained."

09:50:42  13           Is that what it says?

09:50:43  14 A.    Yes.

09:50:44  15 Q.    Is that what you've been summarizing for the Court?

09:50:47  16 A.    Correct.  That's -- that's the great statement.

09:50:51  17 Q.    Captain Paskewich, just in wrap-up, I'll just ask you,

09:51:00  18 based on your 33 years of experience in oil spill response and

09:51:04  19 your review of this record, what's your comment about the work

09:51:11  20 of the Unified Command, the effort that was made and the

09:51:15  21 success achieved in mitigating the effects of the spill?

09:51:24  22 A.    This is what I do for most of my career, you know, away

09:51:29  23 from the public's eye, we're all training, drilling,

09:51:34  24 exercising, working with companies to try to improve the state

09:51:41  25 of Spill Response.

09:51:42  1       So when I'm out there talking to people, I look at

09:51:44  2  this response as a model for them to observe on what needs to

09:51:49  3  be done, because you may be in that position.

09:51:53  4       So it's extremely important.  I think that everybody

09:52:00  5  understands that the level of effort is key to -- you know, to

09:52:06  6  making sure that you have a viable spill response organization

09:52:12  7  in place.

09:52:16  8       MR. BROCK:  Thank you, Captain Paskewich.  That's all

09:52:17  9  of my questions.

09:52:18 10       THE COURT:  All right.  Let's go ahead and take our

09:52:23 11  morning recess.  It's 10 minutes to ten.  Come back in

09:52:27 12  15 minutes.

09:52:28 13       THE DEPUTY CLERK:  All rise.

09:56:57 14       (WHEREUPON, at 9:52 a.m., the Court took a recess.)

10:07:59 15       THE DEPUTY CLERK:  All rise.

10:08:00 16       THE COURT:  All right.  Please be seated, everyone.

10:08:27 17         Go ahead.

10:08:29 18       MR. ROBERS:  Brandon Robers for the United States,

10:08:32 19  Your Honor.

10:08:32 20                     CROSS-EXAMINATION

10:08:32 21  BY MR. ROBERS:

10:08:36 22  Q.   Captain Paskewich, I know we've met before.  For the

10:08:37 23  record, my name is Brandon Robers, and I have you on

10:08:41 24  cross-examination.

10:08:41 25       You've worked in the oil response field for many

10:08:45 1    years, right?

10:08:45 2    A.    Yes.

10:08:46 3    Q.    You've worked on hundreds of spills?

10:08:47 4    A.    Correct.

10:08:48 5    Q.    The *Deepwater Horizon* spill was the biggest oil spill in

10:08:51 6    terms of volume and duration that you've ever encountered,

10:08:54 7    right?

10:08:54 8    A.    It's the biggest one that I have been on.

10:08:56 9    Q.    You agree that the *Deepwater Horizon* spill was an

10:09:01 10   extremely serious event, right?

10:09:03 11   A.    I think I look at all spills in a manner where they are

10:09:07 12   all serious to me.  I've seen a lot of different varieties of

10:09:12 13   spill types, so it's serious just like I think all spills are

10:09:17 14   serious.

10:09:17 15   Q.    But you would agree that this spill was an extremely

10:09:20 16   serious one, though, right?

10:09:21 17   A.    I think this spill was a serious spill, yes.

10:09:24 18   Q.    Immediately after the blowout, it wasn't just BP that

10:09:27 19   mobilized, was it?

10:09:31 20   A.    No.  You had -- you had -- you had those who are engaged

10:09:35 21   in spill response, including companies, including governmental

10:09:40 22   organizations, respond as they should.

10:09:42 23   Q.    I think you said earlier that in large part BP provided

10:09:48 24   the resources used during the response and provided equipment

10:09:52 25   to responders, right?

**OFFICIAL TRANSCRIPT**

10:09:54  1    A.    I think they provided the majority of the resources, for
10:09:57  2    sure.
10:09:57  3    Q.    Well, to just look at one example, can we -- well, let me
10:10:00  4    ask you first, did the federal government also provide a
10:10:03  5    substantial amount of resources and equipment and facilities to
10:10:06  6    the response?
10:10:07  7    A.    I think the government provided certainly personnel to
10:10:12  8    integrate into the incident command structure to help with the
10:10:15  9    oversight roles.  They provided some Coast Guard vessels to
10:10:19 10    help with the skimming processes.  Navy supervisor of salvage
10:10:24 11    brought in some of their equipment.  So, yes, there was
10:10:27 12    contributions on the government side.
10:10:29 13    Q.    Can we bring up D-34692.
10:10:38 14          We'll just let this load out, but let me ask you,
10:10:41 15    this is a slide that we looked at earlier today, right?
10:10:43 16    A.    Yes.
10:10:44 17    Q.    Earlier you talked about the 412 sorties that were flown
10:10:50 18    to drop dispersants into the ocean.  In your demonstrative, you
10:10:53 19    showed two locations that they departed from, right?
10:10:55 20    A.    Correct.
10:10:56 21    Q.    Do you recognize the easternmost of these, this one right
10:11:00 22    here, as Stennis Space Center?
10:11:03 23    A.    Yes.
10:11:04 24    Q.    That's a federal facility, isn't it?
10:11:06 25    A.    That is a -- I don't know.

Q.   Do you agree that the aircraft that were launched from the Stennis facility included US government aircraft?

A.   Included aircraft from the U.S. Air Force, that's correct.

Q.   When you discussed these 412 sorties, did you make any effort to break out which ones of those were flown by BP contractors and which ones were flown by government aircraft?

A.   No, I didn't break it out that way.

Q.   You also agree that Coast Guard SMART teams performed the surface level monitoring, right?

A.   Yes.

Q.   They were using their own equipment to do that monitoring?

A.   That's part of the normal protocols that you use whenever you do things like dispersants, you have to have the SMART protocols in place because they are the ones who were using the fluorometers to determine the effectiveness of the dispersant application.

Q.   But they brought that equipment with them, right?

A.   They brought that equipment with them.  They had that equipment.

Q.   Now, changing topics, I want to talk a bit about your current work outside of this litigation.

A.   Yes.

Q.   You're the Executive Director of Clean Gulf Associates, right?

A.   We just incorporated.  Now I'm President of Clean Gulf

**OFFICIAL TRANSCRIPT**

10:12:29  1   Associates.

10:12:29  2   Q.    And James Hanzalik also works for Clean Gulf Associates,

10:12:35  3   right?

10:12:35  4   A.    He does, correct.

10:12:35  5   Q.    Is he still the Assistant Executive Director?

10:12:38  6   A.    Vice-president now, yes.

10:12:39  7   Q.    And so Clean Gulf provides oil spill response services to

10:12:45  8   the oil industry, right?

10:12:47  9   A.    To the exploration and production industry, yes, sir.

10:12:50 10   Q.    Your company is funded by member dues, right?

10:12:55 11   A.    They are funded by members' dues based upon production

10:12:59 12   amounts that each one of these companies does.

10:13:02 13   Q.    So not every company pays the same level of dues, right?

10:13:08 14   A.    Right.  My membership has roughly 120 -- 120 companies in

10:13:14 15   it, so I have different tiers of companies, from the smallest

10:13:20 16   producers to the largest producers.  The dues are based upon

10:13:25 17   essentially a formula depending upon that amount that they

10:13:28 18   produce on an annual basis.

10:13:31 19   Q.    So one of those member companies is BP, right?

10:13:34 20   A.    That's correct.

10:13:36 21   Q.    Another one of the member companies is Anadarko?

10:13:39 22   A.    Correct.

10:13:39 23   Q.    Would you agree that BP and Anadarko together provide

10:13:43 24   almost a quarter of the funding of your organization?

10:13:45 25   A.    Actually, it's closer to 18 percent, those two.

**OFFICIAL TRANSCRIPT**

10:13:50  1   Q.   Would you agree that that is not the answer you gave me in
10:13:53  2   your deposition?
10:13:54  3   A.   I would agree with that.
10:13:55  4   Q.   BP and Anadarko both each have a seat on the board of
10:14:00  5   directors of your organization, right?
10:14:02  6   A.   That's correct.
10:14:02  7   Q.   The board of directors selects the President of Clean Gulf
10:14:09  8   Associates?
10:14:09  9   A.   They decide who is going to manage the affairs, that's
10:14:13 10   correct.
10:14:13 11   Q.   I think, as we said, that's currently you, right?
10:14:15 12   A.   That's right.
10:14:16 13   Q.   So the board of directors would have the power to remove
10:14:19 14   you, wouldn't they?
10:14:19 15   A.   They would.
10:14:19 16   Q.   Do they also set your compensation?
10:14:22 17   A.   They do.
10:14:23 18   Q.   We're going to switch focus now to shoreline cleanup
10:14:32 19   efforts.  I believe you said that the primary goal of the
10:14:38 20   response is to prevent shoreline oiling; is that right?
10:14:41 21   A.   Certainly one of the key objectives, that's right.
10:14:43 22   Q.   But it's your understanding that approximately 1773
10:14:50 23   kilometers of shoreline were oiled, right?
10:14:54 24   A.   It would be -- I'd have to refer exactly to the number in
10:14:57 25   the report, but that sounds -- that sounds about right.

**OFFICIAL TRANSCRIPT**

10:14:59  1   Q.   Yet it's your opinion that the extent of shoreline oiling

10:15:04  2   was limited?

10:15:06  3   A.   That's right out of the ISPR report.  The ISPR report says

10:15:09  4   that overall, for the amount of time that the spill went on,

10:15:14  5   the amount of shoreline impact was minimal.

10:15:17  6   Q.   Would you consider 1773 miles of oiled shoreline to be

10:15:22  7   minimal?

10:15:24  8   A.   Well, I think, as I look at it, as I look at this spill,

10:15:28  9   which emanated about 40 miles offshore and was unsecured for a

10:15:34 10   length of time, that I can't say I'm surprised that there was

10:15:40 11   oil that was more widespread across certain areas in the

10:15:46 12   Gulf of Mexico.  That's why they organized accordingly.

10:15:49 13   Q.   Was that a yes?  I'm sorry.  Would you agree that -- is it

10:15:51 14   your opinion that 1773 miles of shoreline is minimal impact?

10:15:56 15   A.   I think that -- it was widespread impact.  Now, whether it

10:16:05 16   was significant impact, I think each area where it impacted has

10:16:08 17   its own context with respect to how much oil showed up and how

10:16:13 18   much needed to be cleaned up, etcetera.

10:16:15 19   Q.   You understand SCAT to mean shoreline cleanup assessment

10:16:22 20   technique, right?

10:16:23 21   A.   Correct.

10:16:23 22   Q.   SCAT surveyors use standardized terminology to determine

10:16:28 23   or document shoreline oiling conditions, right?

10:16:31 24   A.   Correct.

10:16:31 25   Q.   SCAT surveys of marshes impacted by the *Deepwater Horizon*

1299

10:16:34 1    spill were routinely conducted by boat rather than on foot,

10:16:39 2    right?

10:16:39 3    A.   That was one of the methods to use to conduct SCAT,

10:16:43 4    because not all areas you can walk to.

10:16:46 5          So, for example, in the marsh areas in Louisiana, you

10:16:53 6    would use a boat to go and SCAT those particular areas.

10:16:56 7    Q.   Now, for impacted marshes, natural attenuation was often

10:17:01 8    the recommended course of action, right?

10:17:03 9    A.   Sometimes.  You don't want to cause more damage than

10:17:06 10   necessary by traipsing through the marsh.  So sometimes those

10:17:12 11   STRs, or shoreline treatment recommendations, are to not engage

10:17:16 12   the oil in the marsh because you'll do more damage.

10:17:19 13   Q.   Yeah, I think you've actually partly anticipated my next

10:17:22 14   question, that the reason for this is because the available

10:17:26 15   cleanup techniques could actually do more harm than good in

10:17:29 16   marshes, right?

10:17:32 17   A.   You don't want -- you don't want to hurt the marsh any

10:17:35 18   more than you have to, so you don't want to have physical

10:17:37 19   intrusion in there in some instances.  That's where those SCAT

10:17:42 20   surveys and the STRs that they develop determine what's

10:17:46 21   appropriate.

10:17:46 22   Q.   But would you agree that for areas where the treatment

10:17:50 23   recommendation was natural attenuation, a recommendation for no

10:17:53 24   further treatment doesn't necessarily mean that the oil has

10:17:57 25   been cleaned up?

**OFFICIAL TRANSCRIPT**

10:18:00  1  A.   I think what it means to me is that a decision was made to

10:18:06  2  not take any further action in an area so as not to cause more

10:18:10  3  damage, and let environmental, natural processes take care of

10:18:14  4  the oil in that environment.

10:18:16  5  Q.   But the oil could still be there, right?

10:18:22  6  A.   Unless the natural processes take care of it, then -- I

10:18:25  7  would say the natural processes -- that's the reason why you

10:18:28  8  don't take action, so that the natural processes can take care

10:18:31  9  of that oil.

10:18:31 10  Q.   All right.  Now we're going to move quickly to your

10:18:36 11  opinions concerning the use of certain new technologies in the

10:18:39 12  response.

10:18:41 13       You agree that many of the technologies used during

10:18:44 14  the response existed before the *Deepwater Horizon* spill, right?

10:18:49 15  A.   I think that a lot of those technologies that you're

10:18:54 16  referring to, certainly a lot of them have existed and been

10:19:00 17  around for years, yes.

10:19:01 18  Q.   Just to be clear, you're not contending in your reports or

10:19:06 19  in your opinions in this case that BP alone developed all of

10:19:10 20  the technologies that may have been in some way innovative,

10:19:15 21  right?

10:19:16 22  A.   I think I have to add some context to what you're saying

10:19:20 23  there.  I think I've been -- tried to be very aboveboard that

10:19:26 24  BP and the Unified Command jointly improved upon a lot of

10:19:31 25  technologies.  BP was, I thought -- mentioned companies,

OFFICIAL TRANSCRIPT

10:19:41 1    mentioned the federal government, mentioned those people who

10:19:44 2    were involved in advancing spill response technology on the

10:19:50 3    spill.

10:19:50 4            Those instances where technology was already

10:19:55 5    existing, I think there were a number of enhancements to what

10:20:00 6    they used.  Something like burning, for example, or even the

10:20:04 7    dispersants, they've existed, but how this was orchestrated and

10:20:08 8    how this was carried out has added a lot more to the inventory

10:20:12 9    and will make for future responses even better.

10:20:17 10   Q.    Changing topics again, I just have a couple questions

10:20:20 11   regarding your opinions concerning public outreach.

10:20:26 12           I think you said that -- at least in your report, you

10:20:30 13   stated, "The primary focus of BP's outreach efforts was helping

10:20:33 14   those affected by the spill to submit claims for payment to

10:20:37 15   BP," right?

10:20:38 16   A.    I said that in my report, yes.

10:20:39 17   Q.    As part of this outreach, did BP tell the public that its

10:20:44 18   ability to fund claims was limited to BPXP internal

10:20:48 19   intercompany lending limits?

10:20:50 20   A.    I don't know the specifics of exactly how they advertised

10:20:54 21   that to the public.

10:20:55 22   Q.    Let's now switch to safety.

10:21:04 23           One of the five factors in the analysis that you just

10:21:07 24   presented to the Court is safety, right?

10:21:10 25   A.    Yes, sir.

10:21:10  1    Q.    In the context of the framework that you've been using to

10:21:13  2    develop your opinions, you believe safety is the most

10:21:16  3    important, right?

10:21:17  4    A.    I do.

10:21:17  5    Q.    In this characteristic, you've evaluated the steps taken

10:21:22  6    to protect responders and the public, right?

10:21:24  7    A.    I have evaluated the steps and measures taken as part of

10:21:29  8    the Unified Command -- what the Unified Command did to ensure

10:21:32  9    the safeguard of responders as well as the public.

10:21:37 10    Q.    But you didn't study the impact of those safety efforts

10:21:42 11    on the actual injury rates, did you?

10:21:43 12    A.    I have general knowledge of the injury rates which

10:21:48 13    occurred, but I have not done an in-depth analysis on each

10:21:52 14    specific illness or injury which occurred.

10:21:56 15    Q.    In fact, you don't know how many people were injured

10:22:01 16    during the response, do you?

10:22:05 17    A.    Other than the summary sheets that I have seen talking

10:22:08 18    about certain injury data.  I understand that data.

10:22:16 19    Q.    Can we bring up callout TREX-12020.4.2.US.

10:22:24 20          Is this one of the summary sheets you were referring

10:22:27 21    to?

10:22:28 22    A.    Actually, the one that I saw that I had done was a

10:22:30 23    September 1 document.  I have seen this document as well, but I

10:22:36 24    think when I did my report at first, it was updated as of

10:22:39 25    September.

**OFFICIAL TRANSCRIPT**

10:22:40  1   Q.   So this is a BP-produced document that shows recordable

10:22:44  2   injury and illness data from the period from April 22nd through

10:22:48  3   December 3rd, 2010, right?

10:22:49  4   A.   Yes.

10:22:49  5   Q.   You agree that this document shows that almost 6,000

10:22:54  6   response workers were injured or became ill during that period,

10:22:57  7   right?

10:22:57  8   A.   Well, I see that that's the number.  I think what I would

10:23:02  9   point out is that the majority of those incidents being first

10:23:09 10   aid, to my knowledge, is -- could be basic, you know, cuts and

10:23:13 11   bruises and bumps and band-aids and treatments.

10:23:17 12        Then the medical treatment and days away from work,

10:23:20 13   those numbers would certainly lower the percentages overall of

10:23:27 14   significant injuries.

10:23:27 15   Q.   You know who Roger Laferriere is, right?

10:23:32 16   A.   I do.

10:23:33 17   Q.   He was the Incident Commander in Houma for many of the

10:23:36 18   most active periods of the response, right?

10:23:39 19   A.   One of the periods there, yes.

10:23:40 20   Q.   Can we bring up D-33780.

10:23:44 21        This is an excerpt from a transcript of the

10:23:48 22   deposition of Roger Laferriere.  You reviewed this deposition

10:23:53 23   as you prepared your opinions in the case, right?

10:23:55 24   A.   I'm sorry, say again.

10:23:56 25   Q.   You reviewed the deposition transcript --

**OFFICIAL TRANSCRIPT**

10:23:58 1    A.   I did.  Yes.

10:23:59 2    Q.   Here, he's asked:  "Question:  Would you agree that the

10:24:02 3    overall number of injuries for the *Deepwater Horizon* response

10:24:05 4    was exceptionally low, given the scope, scale and duration of

10:24:08 5    the response?"

10:24:08 6         The answer is:  "I don't agree.  I think they were

10:24:11 7    higher than normal."  Right?

10:24:14 8    A.   That's what he states, yes.

10:24:15 9    Q.   You were aware of this transcript when you were forming

10:24:20 10   your opinions in this case, right?

10:24:21 11   A.   I've reviewed his testimony, along with a lot of other

10:24:25 12   documents, including FOSC reports and including other admirals

10:24:31 13   and other senior officials who were involved in the response.

10:24:36 14   So I think I had a whole wide range of statements that I could

10:24:40 15   draw a conclusion from.

10:24:42 16   Q.   Okay.  Changing topics again, we're going to talk a little

10:24:45 17   bit about your opinions concerning the effectiveness of the

10:24:47 18   response.

10:24:48 19        Now, you saw Captain VanHaverbeke's testimony, right?

10:24:53 20   A.   I did.

10:24:53 21   Q.   You're not suggesting that he testified that dispersants

10:24:58 22   should not be used in oil spill response, right?

10:25:01 23   A.   Well, when I look at that pie chart that he had, it looked

10:25:07 24   to me that he was inferring that only mechanical recovery was

10:25:12 25   considered an effective tool, so I'd disagree with that

**OFFICIAL TRANSCRIPT**

10:25:19 1    assertion.

10:25:19 2    Q.    It's true that the difference between your opinion and

10:25:27 3    Captain VanHaverbeke's opinion on this topic is just whether or

10:25:31 4    not burning and dispersing oil remove it from the environment,

10:25:36 5    right?

10:25:36 6    A.    Well, I certainly consider -- removal activities are

10:25:40 7    response actions.  That's clearly part of the doctrine that

10:25:43 8    exists for responding to the spills.

10:25:46 9           So I don't put mechanical recovery in isolation away

10:25:51 10   from burning and dispersing, that one is strictly a removal,

10:25:55 11   and the other ones are not.  I consider them all removal

10:25:58 12   activities.

10:25:59 13   Q.    You agree that dispersing oil doesn't actually remove it

10:26:31 14   from the environment, right?

10:26:33 15   A.    What dispersants does, as I've stated in my report, is it

10:26:36 16   removes it off the surface of the water by -- once it's applied

10:26:42 17   on it, it separates the oil into individual molecules for

10:26:45 18   dispersion into the water column for accelerated

10:26:50 19   biodegradation.

10:26:52 20   Q.    But the water column is still part of the environment,

10:26:55 21   right?

10:26:56 22   A.    I think, as I stated, it accelerates the natural processes

10:26:58 23   by dispersing it.

10:27:00 24   Q.    You agree that burning oil leaves a residue on the surface

10:27:06 25   of the water, right?

**OFFICIAL TRANSCRIPT**

10:27:06  1    A.    Potentially.

10:27:07  2    Q.    You agree that when you burn oil it goes into the

10:27:10  3    atmosphere, right?

10:27:11  4    A.    It's a combustion process much like combustion processes

10:27:16  5    which are done in car engines or burning in a marsh or natural

10:27:22  6    burning that takes place.

10:27:25  7          So there is a consumption of the oil through that

10:27:29  8    combustion process, primarily through -- results in carbon

10:27:34  9    dioxide and water and potentially some carbon residue.

10:27:38 10    Q.    And soot, right?

10:27:41 11    A.    Carbon.

10:27:41 12    Q.    Sure.

10:27:42 13          You agree that the atmosphere is part of the

10:27:46 14    environment, right?

10:27:47 15    A.    Well, it is part of the environment, but I think, as I

10:27:54 16    look at Spill Response, what my objective is, is to minimize

10:28:00 17    the effect of the oil on the surface of the water from

10:28:04 18    migrating into marshes and the beach and on the wildlife.

10:28:10 19          So I think that's my -- those are the objectives that

10:28:13 20    I use when I am dealing with spill response.  So if I can

10:28:18 21    convert the oil on the water to a combustion process, that's a

10:28:22 22    trade-off I would take a hundred percent of the time.

10:28:25 23    Q.    So when you were calculating the amount of oil available

10:28:30 24    for recovery, as you used in the chart that we saw earlier, you

10:28:34 25    would agree that the part of the total discharge that you

10:28:40 1  subtracted as unavailable for recovery is oil that's still in

10:28:42 2  the environment, right?

10:28:43 3  A.   Well, it's unrecoverable because it evaporates, or it

10:28:51 4  disperses, or it dissolutes, and I don't know that I would

10:28:54 5  consider it one way or the other, whether it's still in the

10:28:56 6  environment or natural processes have taken care of it.

10:29:02 7  Q.   Now, there's a known toxicity associated with dispersants,

10:29:02 8  right?

10:29:10 9  A.   I would say that -- when you use dispersants, you

10:29:17 10 understand there is a trade-off between not using dispersants

10:29:21 11 and allowing oil to migrate onto the shores or into the marsh

10:29:26 12 or onto animals.  So the trade-off, as we term, it's a net

10:29:33 13 environmental benefit to use dispersants, so that you minimize

10:29:36 14 the impact of those other -- of it hitting the shoreline.

10:29:42 15 Q.   I do want to ask you about net environmental benefit, but

10:29:46 16 my question now is just whether you agree that there is a known

10:29:48 17 toxicity associated with dispersants?

10:29:51 18 A.   I would say that there is known -- you test for toxicity

10:29:55 19 as part of being on the National Contingency Plan.  So I think

10:30:01 20 there is an understanding that you need certain standards that

10:30:04 21 the government sets in place that you cannot exceed.  So I

10:30:08 22 won't say it's zero toxicity, but I would say it complies with

10:30:11 23 government standards.

10:30:12 24 Q.   I think, as you just said, dispersant use decisions are

10:30:18 25 based on a net environmental benefit analysis, right?

**OFFICIAL TRANSCRIPT**

10:30:21  1    A.    That's correct.

10:30:21  2    Q.    You agree that the reason that the FOSC needs to do this

10:30:25  3    type of net benefit analysis is because there is both positive

10:30:28  4    and negative impacts from the use of dispersants, right?

10:30:33  5    A.    Well, I think it depends on the situation that you're in

10:30:37  6    because there are certain areas that you wouldn't apply

10:30:41  7    dispersants.  You know, if you're near the flower gardens, for

10:30:45  8    example, off of Galveston, Texas, you won't use dispersants

10:30:50  9    there; but, far offshore, that net environmental benefit is a

10:30:55 10    good benefit, as opposed to the alternative, which is letting

10:30:57 11    that oil wash up and migrate on the beach.

10:31:00 12    Q.    I think my question is slightly more general.  It's just

10:31:03 13    that the reason we do this type of net benefit analysis is

10:31:07 14    because there is both an upside and a downside to using

10:31:10 15    dispersants, right?

10:31:14 16    A.    Well, the downside that you're suggesting, when you

10:31:20 17    disperse in the water column -- I'll quote Ms. Lubchenco, the

10:31:26 18    head of NOAA, who said that dispersants has a short half-life.

10:31:30 19          So the idea is that you're using dispersants to

10:31:33 20    accelerate natural processes of accelerated biodegradation.  So

10:31:40 21    if it's a trade-off, it's, to my knowledge, a short-term one.

10:31:45 22    Q.    Would you agree that the FOSC, as the band leader of the

10:31:54 23    response, has to make some very tough decisions concerning the

10:31:58 24    use of dispersants?

10:31:59 25    A.    Well, he has access to the dispersant preapproval

**OFFICIAL TRANSCRIPT**

1  guidelines, which gives him the authorization to use that.  So

2  that authority is there and is in place.

3        So I would never cavalierly, as an FOSC, you know,

4  use dispersants necessarily; but, in the context of looking at

5  the specific spill event that's going on, I won't hesitate to

6  use it if I thought it was useful to use.

7        Similar to this type of a spill, where all three were

8  used simultaneously, this is one where I would have relied on

9  the group of experts around me who suggested that continued --

10  use of dispersants should continue.  That was that -- I believe

11  it was a May 26th meeting in Baton Rouge of all the government

12  agencies.

13  Q.    My question was, though, you agree that the FOSC has to

14  make some very tough decisions on the use of dispersants during

15  the response, right?

16  A.    I think -- most of the decisions an FOSC makes are pretty

17  tough decisions.  Dispersants is most certainly one of them.

18  Q.    So the FOSC relies upon the expertise around you to make

19  informed decisions as best you can, right?

20  A.    That's correct.

21  Q.    You haven't done any analysis of the ongoing impacts of

22  dispersant use in this response, have you?

23  A.    Other than what I have seen in the OSAT 1 reports --

24  OSAT 1 report, which was put into place by the FOSC,

25  Admiral Zukunft, where it states that there is no further

10:33:55 1    actionable oil in the offshore environment, I have not done a

10:33:59 2    study beyond that.

10:33:59 3    Q.    Just so it's clear for the record, I think you may have

10:34:03 4    been answering a slightly different question.  I'm just

10:34:06 5    wondering if you've done any analysis of the ongoing impacts of

10:34:10 6    dispersants since the responses?

10:34:13 7    A.    I have not personally done any further studies in that

10:34:16 8    nature.

10:34:17 9    Q.    Do you understand that there are studies concerning the

10:34:23 10   impact of dispersants ongoing now?

10:34:25 11   A.    I'm sure there are.

10:34:26 12   Q.    You told us earlier that, in comparing certain spill

10:34:39 13   responses and the *Deepwater Horizon* response, you used a 10 to

10:34:44 14   15 percent typical recovery rate as a kind of benchmark, right?

10:34:49 15   A.    Yes.

10:34:49 16   Q.    You drew this benchmark from an ITOPF report; is that

10:34:55 17   right?

10:34:55 18   A.    That's correct.

10:34:55 19   Q.    Can we bring up callout TREX-13135.6.1.US.

10:35:07 20         Is this the report that you referred to?

10:35:13 21   A.    It's one of them that I saw.

10:35:15 22   Q.    Do you agree that here the report is telling us, on the

10:35:21 23   second line in the callout here, that for more than a

10:35:23 24   relatively small proportion, 10 to 15 percent of spilled oil to

10:35:27 25   be recovered from open water situations -- I didn't read that

OFFICIAL TRANSCRIPT

10:35:31 1    whole sentence, I'm sorry.

10:35:32 2    A.    I think that's as stated in my opening report.

10:35:36 3    Q.    You agree with this, right?

10:35:38 4    A.    That 10 to 15 percent on average is -- I guess -- what's

10:35:41 5    your question, again?

10:35:42 6    Q.    Do you agree that this report says that on average 10 to

10:35:45 7    15 percent of oil spilled is recovered in open water

10:35:50 8    situations?

10:35:50 9    A.    I agree that's what that says, yes.

10:35:52 10   Q.    We can take this down.

10:36:02 11          Now, I would like to turn to your opinions concerning

10:36:06 12   shoreline impacts and their relationship to dispersant use

10:36:10 13   decisions.

10:36:10 14          You contend that there was a correlation between

10:36:12 15   decreased dispersant use and shoreline oiling, right?

10:36:15 16   A.    Correct.

10:36:15 17   Q.    But you didn't do any statistical analysis to establish

10:36:20 18   this alleged correlation, did you?

10:36:22 19   A.    I used the report, the Federal On-Scene Coordinator's

10:36:27 20   report, and other testimony, depositions, e-mails to support

10:36:34 21   conclusion that the reduced use of dispersants resulted in

10:36:39 22   shoreline impact.

10:36:40 23   Q.    Could we please bring up TREX-13132.70.

10:36:47 24          This is a page from your round one report, correct?

10:36:51 25   A.    Correct.

**OFFICIAL TRANSCRIPT**

1312

10:36:51 1    Q.   If we just call out the graph that's on the top of it

10:36:56 2    here.  You included this chart purporting to depict shoreline

10:37:03 3    oiling versus aerial dispersant application in your report,

10:37:08 4    right?

10:37:08 5    A.   I did.

10:37:08 6    Q.   This chart was given to you by Charlie Huber, right?

10:37:12 7    A.   That's correct.  He created that graph.

10:37:14 8    Q.   A version of this was also provided to you by James

10:37:20 9    Hanzalik, right?

10:37:21 10   A.   That's correct.  I think he had it -- I think Huber

10:37:24 11   forwarded it to Hanzalik.

10:37:26 12   Q.   After receiving this chart, you didn't do anything to

10:37:28 13   independently verify the data used to create it, did you?

10:37:31 14   A.   No.  I used the graph as provided, assuming that Mr. Huber

10:37:37 15   had, for whatever reasons, decided which data would be used

10:37:42 16   into this report.

10:37:43 17   Q.   There is a similar chart to this that appears on page 38

10:37:48 18   of the FOSC report, right?

10:37:50 19   A.   That's correct.

10:37:50 20   Q.   You didn't review the data that underlies that chart

10:37:54 21   either, did you?

10:37:55 22   A.   Not specifically all the data points in there to recreate

10:37:58 23   that chart.

10:38:00 24   Q.   So the top portion of this chart here attempts to track

10:38:07 25   the additive shoreline impact of oil, right?

**OFFICIAL TRANSCRIPT**

10:38:10 1    A.    That's right.

10:38:11 2    Q.    The colored bars in this section of the chart

10:38:14 3    correspondence to various degrees of shoreline oiling, right?

10:38:19 4    A.    Correct.

10:38:19 5    Q.    So, for example, the red bars are heavy oiling?

10:38:22 6    A.    Right.

10:38:22 7    Q.    The gray bars here are tar balls, right?

10:38:28 8    A.    Right.

10:38:29 9    Q.    You agree that there is data missing from this chart,

10:38:33 10   right?

10:38:33 11   A.    I think, based upon our last meeting, you showed me

10:38:37 12   certain SCAT reports that indicated that there were tar balls

10:38:40 13   that were not included in that graph.

10:38:44 14   Q.    Just so it's clear what we're talking about, when we last

10:38:49 15   spoke, I think we agreed that there were tar balls that were

10:38:52 16   found in the area before May 23rd, so it would be this portion

10:38:56 17   of the chart here where there are no gray bars, right?

10:38:59 18   A.    That's what you showed me, that's correct.

10:39:01 19   Q.    You agreed with that, right?

10:39:02 20   A.    I agreed what you showed me, that the tar balls that you

10:39:04 21   showed me were not listed on that graph.

10:39:06 22   Q.    So looking at this chart as it is in your report, it looks

10:39:13 23   like there is a big jump in shoreline oiling right around

10:39:17 24   May 23rd, right?

10:39:18 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

10:39:19 1   Q.   Would you agree that had we included all of the tar ball

10:39:22 2   data for the period before May 23rd, that this jump wouldn't

10:39:26 3   appear to be nearly as large?

10:39:28 4   A.   Well, what I think I agreed to, one, is if you add in that

10:39:32 5   tar ball data that you provided, the graph would change by

10:39:38 6   adding in the tar balls.

10:39:40 7        Now what I don't know is the meaning of what that tar

10:39:43 8   ball data is, whether that's background oiling that existed

10:39:49 9   prior to shoreline impact, and whether Mr. Huber made a

10:39:54 10  conscious effort to not include it.

10:39:57 11       So I don't necessarily know whether the addition of

10:40:01 12  those tar balls would have a substantive impact.  I think

10:40:04 13  what's more critical is that the shoreline impact actually

10:40:07 14  begins on May the 11th, which is consistent with the FOSC

10:40:12 15  report, which is consistent with what was concluded in the

10:40:18 16  Federal On-Scene Coordinator's report and the environmental

10:40:22 17  area unit at Robert, Louisiana, and backed up by

10:40:26 18  Admiral Austin, backed up by Captain Hanzalik, backed up by

10:40:34 19  Captain Laferriere, actually, that reducing dispersants

10:40:39 20  resulted in more shoreline impact.

10:40:42 21  Q.   But you agree that the -- that the upward trend of this

10:40:50 22  chart here would not be nearly as pronounced if we had included

10:40:54 23  the pre-May 23rd tar ball data, right?

10:41:00 24  A.   Not be as pronounced?  I'm not sure what you're asking.

10:41:07 25  Q.   If there were gray bars underneath these colored bars that

**OFFICIAL TRANSCRIPT**

1  appear before May 23rd, would the upward trend that you see in

2  the chart be as pronounced?

3  A.   It would raise it up.  It would -- the slope would be a

4  little bit different there.

5  Q.   Flatter, right?  The slope would be flatter?

6  A.   Well, there wouldn't be an abrupt jump like you've shown.

7  Q.   You agree that this chart only reports oil on the portions

8  of the shoreline that were actually surveyed on the days

9  depicted, right?

10  A.   I would agree it's based upon the SCAT data that was

11  created to make this graph.  I have not seen all of that data

12  to know why they used what data they did to create that graph.

13  Q.   Would you agree that, as the response moved forward, a

14  greater number of shorelines were surveyed on a daily basis?

15  A.   The surveys weren't all done instantaneously.  It took a

16  while to reach the peak of the total area that they wanted to

17  survey.  So there was an escalation in the mileage, if you

18  will, on what they surveyed.

19  Q.   You would agree that this chart only covers a period from

20  the first shoreline impact, or shortly before that, through

21  June 14th, right?

22  A.   From May 11th on up to the very end, to that end date.

23  Q.   But you understand that the discharge continued for more

24  than a month after the period covered by this chart, right?

25  A.   I understand the well was capped on July the 15th.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 10:42:42 | 1 | Q.    So turning to the bottom portion of this chart now, it |
| 10:42:49 | 2 | attempts to track aerial application of dispersants by day, |
| 10:42:53 | 3 | right? |
| 10:42:53 | 4 | A.    Correct. |
| 10:42:53 | 5 | Q.    It does not include data on the amount of subsea |
| 10:42:57 | 6 | dispersants applied, does it? |
| 10:42:58 | 7 | A.    It doesn't show that, no.  It shows the aerial. |
| 10:43:01 | 8 | Q.    It doesn't include all of the applications of surface |
| 10:43:06 | 9 | dispersants used in the response, does it? |
| 10:43:09 | 10 | A.    Well, what it shows is that on certain days dispersants |
| 10:43:13 | 11 | weren't used.  So whatever decisions made in -- from the |
| 10:43:20 | 12 | Unified Area Command level, I'm sure there were certain days |
| 10:43:24 | 13 | decided upon that they felt dispersants couldn't be used or |
| 10:43:27 | 14 | that they weren't authorized to use, so it's probably a mix of |
| 10:43:31 | 15 | both. |
| 10:43:33 | 16 | Q.    Can we move to TREX-9182.87.  I apologize, sir.  We'll |
| 10:44:11 | 17 | have it up in a moment.  There we go. |
| 10:44:28 | 18 |      Now this is appendix three from the Oil Budget |
| 10:44:33 | 19 | Calculator showing some of the data inputs used in that |
| 10:44:36 | 20 | document, right? |
| 10:44:36 | 21 | A.    Yes. |
| 10:44:36 | 22 | Q.    In the far right column here, we have surface dispersant |
| 10:44:40 | 23 | use in gallons, right? |
| 10:44:43 | 24 |      That's good.  Leave this up. |
| 10:44:45 | 25 |      Surface dispersant using gallons; is that right? |

**OFFICIAL TRANSCRIPT**

10:44:49 1    A.    I'm sorry --

10:44:50 2    Q.    So the heading to the far right column is surface --

10:44:54 3    A.    Surface -- yes, I see that.

10:44:55 4    Q.    If I could focus your attention on the entries for

10:44:59 5    May 18th and 19th.  I think we have a callout up now that's

10:45:03 6    TREX-009182-087-GS01.

10:45:15 7          Would you agree that this chart depicts surface

10:45:19 8    application of dispersants on those days?

10:45:24 9    A.    It shows -- yep, 12,300 and 3300.  It shows that.

10:45:29 10   Q.    So more than 12,000 gallons of dispersants on May 18th?

10:45:34 11   A.    Right.

10:45:34 12   Q.    More than 3,000 gallons on May 19, right?

10:45:37 13   A.    Yes.

10:45:37 14   Q.    It may be a bit small here, but do you see that the

10:45:41 15   entries for May 26, 27, 29 and June 2nd also depict surface

10:45:46 16   dispersant application?

10:45:48 17   A.    I can't read it, but it look -- I can't read it.

10:45:52 18   Q.    We'll get a bigger version.

10:45:55 19         Can we bring up callout TREX-13132.70.1.US and

10:46:06 20   9182.87.1.US.

10:46:11 21         Do you recognize this as a callout containing

10:46:15 22   portions of the document that we were just looking at and the

10:46:18 23   lower part of the chart from your report that you were

10:46:22 24   discussing a moment ago?

10:46:26 25   A.    Okay.

**OFFICIAL TRANSCRIPT**

10:46:26  1    Q.    Would you agree that, in at least the seven instances

10:46:36  2    shown on this chart, that there were surface dispersants

10:46:40  3    applied during certain days on the response where no surface

10:46:45  4    dispersant used is reflected in the chart in your report?

10:46:48  5    A.    I can't read the bottom dates of the graph to verify.  I'm

10:46:56  6    having -- it's fuzzy down at the bottom, so I can't --

10:47:00  7    Q.    Can we blow it up.  Can we move back to the original

10:47:26  8    callout from Captain Paskewich's report showing the entire

10:47:30  9    chart.

10:47:48  10          I'll just ask you this, sir.  Do you agree that in

10:47:51  11   the areas shown on the bottom part of this callout where the

10:47:55  12   red circles are, that there are no dispersants reflected in

10:47:59  13   this portion of the chart?

10:48:00  14   A.    It appears not to show up, I agree with that.

10:48:03  15   Q.    Do you agree that on the days listed in the portion above

10:48:06  16   that, there are dispersants shown to have been used that day?

10:48:10  17   A.    On what you show, yes.

10:48:11  18   Q.    So would you agree that the chart included in your report

10:48:33  19   underestimates the amount of dispersant applied during the

10:48:36  20   response?

10:48:37  21   A.    Well, I would have to crosscheck the dispersants, what

10:48:41  22   you're saying on the -- on the chart you showed me that showed

10:48:46  23   the number amount versus what's on that graph.

10:48:51  24          I don't think that it would matter in my opinion or

10:48:56  25   change what I've asserted.  Essentially, that report was put in

**OFFICIAL TRANSCRIPT**

10:49:00  1    there, and the conclusions drawn by the government itself, by

10:49:07  2    the Coast Guard, that a reduction in dispersant had strong

10:49:13  3    correlation with increased shoreline oiling.  The graph is one

10:49:17  4    of a number of things to support that, including additional

10:49:19  5    testimony, including the Unified Area Command Environmental

10:49:24  6    Unit, including Admiral Austin's own statement.

10:49:27  7              So if there are some data changes, okay, but I think,

10:49:33  8    in the end, they've all gone on record as saying that

10:49:38  9    dispersant limitations resulted in more shoreline oiling.

10:49:42 10    Q.    You agree that aerial dispersant application occurred

10:49:46 11    primarily near the well site, nearly 40 miles offshore, right?

10:49:51 12    A.    I'm sorry, say that one more time.

10:49:52 13    Q.    You agree that aerial dispersant application occurred

10:49:55 14    primarily near the well site, nearly 40 miles offshore, right?

10:49:59 15    A.    I think the -- what I saw from the After Action Report was

10:50:04 16    something like 97 percent more than 10 miles offshore and -- a

10:50:14 17    hundred percent more than 3 miles and 97 more than 10 miles, or

10:50:17 18    something like that.

10:50:17 19    Q.    Can we bring up D-34694.  We'll let this load.

10:50:44 20              But you recognize this as a demonstrative used in

10:50:46 21    your affirmative presentation today, right?

10:50:49 22    A.    Correct.

10:50:50 23    Q.    Would you -- these yellow lines on the demonstrative here,

10:50:55 24    these depict aerial dispersant applications, right?

10:50:58 25    A.    The track runs, yes.

**OFFICIAL TRANSCRIPT**

10:50:59  1    Q.    The track runs.

10:51:01  2          Would you agree that a number of them are actually

10:51:04  3    out beyond the well site?

10:51:08  4    A.    Well, I said a small percentage was not done at the well

10:51:12  5    site.  It was a hundred percent greater than three and I think

10:51:19  6    97 percent or 90 percent -- I'd have to look at the report --

10:51:22  7    done -- the remaining offshore.  So there were some that

10:51:28  8    weren't all right there at the wellhead.

10:51:30  9    Q.    My question is some of them were actually farther away

10:51:34 10    from shore than the well site, right?

10:51:38 11    A.    Farther away from shore.  Farther away from the well site?

10:51:42 12    Q.    The dispersant runs, the ones I'm highlighting here, were

10:51:46 13    conducted at points in the gulf further away from the coastline

10:51:51 14    of Louisiana than the well site is, right?

10:51:54 15    A.    That's what the tracks show, yes.

10:51:56 16    Q.    You would agree that there is a gap in time from when oil

10:52:00 17    appears on the surface of the Gulf and when that oil impacts

10:52:03 18    the shoreline, right?

10:52:04 19    A.    I think, as oil comes up from 5,000 feet deep, 40 miles

10:52:11 20    offshore, by the time it reaches the surface and gets embedded

10:52:17 21    in whatever currents are moving it, that it would take some

10:52:21 22    time before it hits the shoreline.  That's -- exact time is

10:52:25 23    dependent upon circumstances such as currents, winds, waves,

10:52:31 24    etcetera.

10:52:31 25    Q.    Well, the blowout occurred on April 20th, right?

**OFFICIAL TRANSCRIPT**

10:52:34  1   A.   That's right.

10:52:34  2   Q.   I think you said that the first shoreline impacts weren't

10:52:38  3   until May 11th, right?

10:52:39  4   A.   That's what the graph showed, correct.

10:52:44  5          MR. ROBERS:  That's all I have for you, sir.  Thank you

10:52:46  6   for your service.

10:52:48  7          THE WITNESS:  Thank you.

10:52:48  8          THE COURT:  Any redirect?

10:52:49  9          MR. BROCK:  Yes, sir, briefly, Your Honor.

10:53:23  10         Thank you, Your Honor.

10:53:23  11                  REDIRECT EXAMINATION

10:53:23  12   BY MR. BROCK:

10:53:25  13   Q.   You were asked some questions about Captain Hanzalik, do

10:53:30  14   you recall that?

10:53:30  15   A.   I do, sir.

10:53:31  16   Q.   Could we call up TREX-9114.1.1.

10:53:38  17         Do you see that this is one of the interview summary

10:53:40  18   forms?  We talked about a few of these in your direct

10:53:44  19   examination.

10:53:45  20   A.   I do.

10:53:45  21   Q.   Do you see that this is dated August 25, 2010?

10:53:50  22   A.   Yes.

10:53:51  23   Q.   Was Captain Hanzalik an active member of the Coast Guard

10:53:57  24   at this point in time?

10:53:58  25   A.   Yes, and RRT 6 Co-Chair.

                          **OFFICIAL TRANSCRIPT**

10:54:01 1    Q.    What was his role in the *Deepwater Horizon* response, as

10:54:04 2    best you can recall?

10:54:04 3    A.    He played multiple roles.  Besides being the RRT 6

10:54:09 4    Co-Chair, he was also kind of like a Chief of Staff for Admiral

10:54:14 5    Landry, who was the first Federal on-Scene Coordinator.  Then

10:54:18 6    for a brief time, he was down in Houma as FOSC -- FOSC-R

10:54:23 7    Incident Commander.

10:54:24 8    Q.    Do you understand these notes to reflect that he said at a

10:54:28 9    point in time when he was active with the Coast Guard that the

10:54:32 10   setup of the response organization went well with the ICPs and

10:54:37 11   the Unified Area Command?

10:54:37 12   A.    Yes.

10:54:37 13   Q.    Do you agree with that?

10:54:39 14   A.    I do.

10:54:39 15   Q.    "In situ burning was a huge success.  Moving resources out

10:54:44 16   there was done well."  Do you see that?

10:54:45 17   A.    I do.

10:54:46 18   Q.    "Even though constrained what the usage of dispersants,

10:54:49 19   the use of dispersants in general was a big win."  Do you see

10:54:52 20   that?

10:54:52 21   A.    Yes, I see that.

10:54:53 22   Q.    Do you agree with that?

10:54:54 23   A.    I do.

10:54:54 24   Q.    "Overall, burning, dispersing and skimming was successful.

10:54:59 25   If you look at the shoreline impact, it is relatively minimal

**OFFICIAL TRANSCRIPT**

10:55:02  1    compared to the amount of oil spilled.  It would have been even

10:55:07  2    better without being constrained."  Do you see that?

10:55:09  3    A.    I do.

10:55:09  4    Q.    What do you understand him to be -- what issue do you

10:55:13  5    understand him to be speaking to when he says, "it would have

10:55:16  6    of course better without being constrained"?

10:55:20  7    A.    That he's talking about dispersant limitations and the

10:55:23  8    fact that, by limiting dispersants, it increased shoreline

10:55:28  9    oiling.

10:55:28 10    Q.    You were asked some questions about the difficulty in

10:55:32 11    making decisions when you serve in a leadership role in the

10:55:36 12    Unified Command, do you remember that?

10:55:37 13    A.    I do.

10:55:38 14    Q.    That you have to rely on the best scientific advice,

10:55:41 15    correct?

10:55:41 16    A.    Correct.

10:55:42 17    Q.    Could we see D-34707.

10:55:50 18          I'll just ask you, do you recall that there was a

10:55:52 19    point in time when EPA and other scientists considered the use

10:55:56 20    of dispersants as a response tool in the *Deepwater Horizon*

10:56:03 21    response?

10:56:03 22    A.    I do.

10:56:04 23    Q.    Can you describe that meeting for Judge Barbier and its

10:56:07 24    conclusion.

10:56:08 25    A.    Well, what was important about it is, as FOSC, you're

**OFFICIAL TRANSCRIPT**

relying on the experts around you to give you sound advice on the methods that you're using, in particular the use of dispersants or burning, etcetera.

        With respect to dispersants, they assembled what I considered to be a pretty heady group of experts from multiple agencies who got together in Baton Rouge to discuss the dispersant operation and should it be continued to be used.

        The general consensus coming out of that group of all the agencies was that dispersants should continue to be used, that it was the appropriate tool to use at that time.

Q.    Despite this conclusion of the scientists, were there restrictions on dispersants that were instituted in the late May timeframe?

A.    Correct.  Correct.  They felt that dispersants should be continued.

Q.    Now, let's look at the FOSC report D-34708.

        Do you see that this is a callout from the -- from the FOSC report?

A.    I do.

Q.    Does the FOSC conclude, similar to Captain Hanzalik and others that you have referred to, that the data show a strong correlation between decreased dispersant use and an increased shoreline oiling during the period of reduced application?

A.    Absolutely.

Q.    Is that the same conclusion that you reached?

**OFFICIAL TRANSCRIPT**

10:57:43  1    A.    That's the same conclusion that I've been stating, yes.

10:57:46  2    Q.    Let's see TREX-9104.58.  9104.58, please.

10:58:13  3          While he's finding that, a question about Captain

10:58:16  4    Laferriere.  Do you remember the slide that was put up that

10:58:20  5    didn't have the whole answer, it went dot, dot, dot?

10:58:23  6    A.    Yes.

10:58:23  7    Q.    Do you remember that Captain Laferriere's -- or one of his

10:58:26  8    primary issues of concern was heat stress?

10:58:28  9    A.    Yes.

10:58:30 10          MR. ROBERS:  Objection, Your Honor, his questions are

10:58:32 11    leading.

10:58:33 12          THE COURT:  Restate your question.

10:58:33 13    EXAMINATION BY MR. BROCK:

10:58:36 14    Q.    What was Captain Laferriere's area of concern, if you

10:58:41 15    recall from his deposition?

10:58:42 16    A.    Well, I know that he had concerns overall about safety

10:58:47 17    and -- what did he have -- he had -- he had certain concerns, I

10:58:58 18    think, that needed to be addressed, you know.  I saw no -- I

10:59:03 19    don't think he overaccentuated those issues.

10:59:08 20    Q.    Now, I have up now the TREX I was trying to refer to.

10:59:14 21    9104.58.

10:59:16 22          Do you see that this is a callout from the operations

10:59:19 23    section of the FOSC Report?

10:59:25 24          MR. ROBERS:  Just to interject --

10:59:26 25          THE COURT:  Wait.  What's your objection?

**OFFICIAL TRANSCRIPT**

10:59:28  1      MR. ROBERS:  I'm not objecting, but, Mr. Brock, I think
10:59:29  2  you've read the wrong TREX number.
10:59:32  3      MR. BROCK:  Apologies.  Is it TREX-9105 -- I wrote it
10:59:39  4  down wrong, thank you -- .0058.
10:59:44  5          Better?
10:59:45  6      MR. ROBERS:  Yes, sir.
10:59:45  7  EXAMINATION BY MR. BROCK:
10:59:49  8  Q.   This is a callout from the Operations report.
10:59:51  9  A.   Yes.
10:59:52 10  Q.   There is a chart there similar to the one that you have
10:59:55 11  presented to the Court today?
10:59:57 12  A.   Correct.
10:59:57 13  Q.   Based on the analysis of the FOSC, as we saw, there was a
11:00:03 14  strong correlation shown between decreased dispersant use and
11:00:09 15  increased shoreline oiling; is that right?
11:00:10 16  A.   That's right.
11:00:10 17  Q.   You were asked some questions about burning.  Do you
11:00:15 18  remember that I asked you a question on direct examination, if
11:00:19 19  there was some literature out there speaking to the issues of
11:00:22 20  what could happen to oil in an environment where oil was
11:00:27 21  burned?
11:00:28 22  A.   Yes.
11:00:28 23  Q.   Could I have the ELMO, please.  This is TREX-247534.001.
11:00:41 24          Do you see this is the Newfoundland Offshore Burn
11:00:49 25  Experiment, or NOBE?

**OFFICIAL TRANSCRIPT**

11:00:50  1    A.    Yes.

11:00:50  2    Q.    Representatives of the oil -- the Marine Spill Response

11:00:54  3    Corporation are listed here, as well as Robert Hildebrand from

11:00:58  4    the United States Coast Guard.  Do you see that?

11:01:00  5    A.    I do.

11:01:00  6    Q.    I just want to make one callout here based on this study.

11:01:10  7          Do you see that this study reflects, "Analyses

11:01:15  8    conducted to date have shown that the high temperatures reached

11:01:18  9    during efficient in situ combustion results in relatively

11:01:22  10   complete destruction of the oil"?

11:01:24  11   A.    I do.

11:01:25  12   Q.    That's consistent with your understanding?

11:01:28  13   A.    Yes, totally.

11:01:30  14         MR. BROCK:  Thank you very much, Captain.

11:01:31  15         THE COURT:  Thank you, sir.  You're done.

11:01:34  16         THE WITNESS:  Thank you.

11:01:36  17         THE COURT:  Okay.  All right, Mr. Brock, you can call

11:01:42  18   your next witness.

11:01:43  19         MR. BROCK:  Yes, Your Honor.  BP calls Laura Folse, who

11:01:49  20   is a fact witness.

21         THE DEPUTY CLERK:  Please raise your right hand.  Do

22   you solemnly swear the testimony you are about to give will be

23   the truth, the whole truth and nothing but the truth, so help

24   you God?

25         THE WITNESS:  I do.

**OFFICIAL TRANSCRIPT**

**LAURA FOLSE**

1

2    was called as a witness and, after being first duly sworn by

3    the Clerk, was examined and testified on her oath as follows:

4          THE DEPUTY CLERK:  Please state and spell your name for

5    the record.

11:02:54  6          THE WITNESS:  My name is Laura Waters Folse, L-A-U-R-A,

11:02:58  7    W-A-T-E-R-S, F-O-L-S-E.

11:02:58  8          THE COURT:  Okay.

11:03:05  9          MR. BROCK:  Thank you, Your Honor.

11:03:06 10              For the record, my name is Mike Brock.  I am

11:03:09 11    conducting the direct exam of Laura Folse.

11:03:09 12                        DIRECT EXAMINATION

11:03:09 13    BY MR. BROCK:

11:03:12 14    Q.    Let me ask you first, please, to tell the Court who you

11:03:16 15    are and where you live.

11:03:17 16    A.    I'm Laura Waters Folse, and I live in Houston, Texas.

11:03:21 17    Q.    What is your present title?

11:03:23 18    A.    Executive Vice-President of Response and Environmental

11:03:28 19    Restoration in the Gulf Coast Restoration Organization.

11:03:31 20    Q.    What is the Gulf Coast Restoration Organization?

11:03:35 21    A.    We also refer to it as GCRO.  It's the organization that

11:03:42 22    BP established after the *Deepwater Horizon* accident to ensure

11:03:45 23    that there was a dedicated and separate group of people focused

11:03:49 24    on fulfilling BP's responsibilities stemming from the accident.

11:03:54 25    Q.    What were the responsibilities and commitments that you're

**OFFICIAL TRANSCRIPT**

11:04:00  1    referring to?

11:04:00  2    A.    To complete the *Deepwater Horizon* response under the

11:04:04  3    direction of the US Coast Guard, to facilitate economic

11:04:08  4    restoration of the Gulf Region, to facilitate environmental

11:04:13  5    restoration of the Gulf environment, and, lastly, to facilitate

11:04:18  6    enhancement of the Gulf Region, its resources, its tourism,

11:04:25  7    seafood and way of life.

11:04:26  8    Q.    Thank you.

11:04:27  9          You understand that BP Exploration & Production,

11:04:30 10    Inc., is the defendant in this case?

11:04:32 11    A.    Yes, I do.

11:04:33 12    Q.    Is it okay if I refer to BP as the party here, and you

11:04:38 13    will understand I'm referring to BPXP?

11:04:40 14    A.    Yes.

11:04:41 15    Q.    Now, I want to talk to you a little bit about your

11:04:44 16    background before we get into the subject matter today.

11:04:49 17          Could we have D-34527, please.

11:04:56 18          May I ask you, Ms. Folse, to please take this slide

11:05:00 19    here and describe for Judge Barbier your educational

11:05:04 20    background.

11:05:05 21    A.    Yes.  I have a Bachelor's of Science in geology from

11:05:09 22    Auburn University, a Master's of Science in geology from the

11:05:13 23    University of Alabama, and a Master's degree in management from

11:05:19 24    Stanford University.

11:05:21 25    Q.    When did you first become employed --

**OFFICIAL TRANSCRIPT**

11:05:24  1          THE COURT:  Wait a minute.  I've got to find out.  Did
11:05:27  2   she go to Alabama with you?
11:05:30  3          MR. BROCK:  Well, she did not, but we are the same age.
11:05:35  4   My teams were doing pretty well, then, so she lets me have it
11:05:39  5   on that from time to time.
11:05:40  6          THE COURT:  Okay, sorry for the interruption.
11:05:42  7          MR. BROCK:  Her team has doing better more recently.
11:05:45  8          THE WITNESS:  No, that's fine.  That's quite all right.
11:05:46  9          I don't know that I would agree with Mr. Brock
11:05:49 10   that we're the same age --
11:05:52 11          MR. BROCK:  I look a lot older, I agree with that.
11:05:55 12          THE COURT:  Sorry I raised that -- or you did.
11:05:59 13          MR. BROCK:  I'm in trouble.  That's what happens to
11:06:03 14   people from Alabama.  We're always putting our foot in our
11:06:06 15   mouth.
11:06:06 16   EXAMINATION BY MR. BROCK:
11:06:07 17   Q.   All right.  When did you first become employed by BP or
11:06:11 18   one of its legacy companies, please?
11:06:14 19   A.   I was first employed by Amoco, one of the legacy
11:06:18 20   companies, in 1982, here in New Orleans, actually.
11:06:20 21   Q.   In what capacity were you employed?
11:06:24 22   A.   I was an offshore geologist working to develop prospects
11:06:29 23   for the area-wide lease sales that had just started in the
11:06:34 24   Gulf of Mexico.
11:06:35 25   Q.   We show you in this position of technology

**OFFICIAL TRANSCRIPT**

11:06:40 1    vice-president -- technology vice-president from 2002 to 2007.

11:06:44 2    I'll just ask you, at the time of your retirement, what

11:06:48 3    position did you hold?

11:06:48 4    A.   It was technology vice-president for BP's Exploration &

11:06:55 5    Production Technology group.

11:06:55 6    Q.   What were your responsibilities in that role?

11:07:00 7    A.   My main responsibilities were leading and managing a team

11:07:04 8    of over 800 scientists and engineers to develop and manage the

11:07:11 9    research and development program for technology for our

11:07:16 10   Exploration & Production businesses around the world.

11:07:18 11          Also, to provide specialty science and engineering

11:07:24 12   support to our businesses around the world.  Lastly, to develop

11:07:29 13   and implement the ongoing education for our experienced

11:07:37 14   scientists and engineers.

11:07:37 15   Q.   We show you that you left the company in 2007.  We'll come

11:07:43 16   forward in time in just a minute, but why did you leave the

11:07:45 17   company in 2007?

11:07:46 18   A.   My husband passed away in 2002, and I found myself

11:07:57 19   challenged with traveling around the world with a young son

11:08:00 20   that was just getting ready to really address his grief.  I

11:08:07 21   felt it was more important to be fully present for my son, so I

11:08:13 22   did retire early at that time.

11:08:15 23   Q.   Why did you return to BP after this period of retirement?

11:08:23 24   A.   Well, as you note, I was not an employee at the time of

11:08:27 25   the *Deepwater Horizon* accident.  Like a lot of other people, I

11:08:33 1   was watching the events in the news.  It became clear to me

11:08:39 2   that this was a significant event.

11:08:42 3          My personal circumstances had changed because my son

11:08:45 4   was away in college.  I felt compelled to see if I could be of

11:08:53 5   any assistance.  I didn't know exactly what I might do.  I

11:08:58 6   didn't know how long I might be needed.  I just felt compelled

11:09:00 7   to see if I could help.

11:09:02 8   Q.   What were your roles and responsibilities when you

11:09:06 9   returned actively in August of 2010?

11:09:12 10  A.   When I first returned, I was working as a consultant

11:09:17 11  employed by Belcan.  At that time, I was in a -- I had a

11:09:24 12  Director title within the Gulf Coast Restoration Organization,

11:09:29 13  and my primary assignment was to act as BP's chief scientist

11:09:36 14  within the Unified Command of the *Deepwater Horizon* response.

11:09:39 15  Q.   What did that mean?

11:09:42 16  A.   I oversaw BP's team of scientists that were working within

11:09:48 17  the Unified Command, primarily in the environmental section,

11:09:52 18  and making recommendations and managing BP's part of the

11:09:57 19  effort.

11:09:58 20  Q.   When you returned to working with BP as part of the

11:10:06 21  response in August of 2010, what was going on with GCRO at that

11:10:12 22  time, the Gulf Coast Restoration Organization?

11:10:14 23  A.   At the time that I returned, the Gulf Coast Restoration

11:10:21 24  Organization was -- well, it had the claims facility that they

11:10:25 25  were managing.

**OFFICIAL TRANSCRIPT**

11:10:27  1          I was primarily involved in working under the

11:10:30  2   Coast Guard direction to complete the response, but there was

11:10:34  3   also -- the natural resources damages assessment was under way.

11:10:38  4   Q.    Could we have, please, D-34528.

11:10:45  5          Ms. Folse, I would like to talk with you today about

11:10:52  6   four specific topics.  First, shoreline cleanup of buried oil,

11:10:58  7   looking at the period of time November 11th -- November of 2011

11:11:04  8   to April of 2014.  We'll have witnesses later who will describe

11:11:10  9   some of the other -- earlier cleanup activity.

11:11:13 10          Also, to talk to you about shoreline rapid response

11:11:17 11   teams that came into place in early 2013, and that are still in

11:11:21 12   place to deal with residual oil; the early environmental

11:11:27 13   restoration program, which the judge has heard a little bit

11:11:31 14   about, but we want to talk about it in a little more detail;

11:11:34 15   and, the Gulf of Mexico Research Initiative, looking at the

11:11:38 16   period May of 2010 to present.

11:11:40 17          Are these all matters about which you have personal

11:11:44 18   knowledge and involvement?

11:11:46 19   A.    Yes, they are.

11:11:46 20   Q.    Are you prepared to discuss them today?

11:11:49 21   A.    Yes.

11:11:49 22   Q.    Have you prepared or worked with us to prepare a slide to

11:11:55 23   help identify the time period and some of the key events that

11:11:58 24   you'll be discussing with respect to the shoreline cleanup of

11:12:02 25   buried oil?

**OFFICIAL TRANSCRIPT**

11:12:03 1    A.    Yes, I have.

11:12:04 2    Q.    All right.  Matt, could you help me with the board over

11:12:09 3    here.  I'll just call out D-34529.

11:12:17 4          This is a slide I would like just to talk through,

11:12:19 5    but I'm going to put a board up here because we may come back

11:12:23 6    to these dates from time to time during the examination, and it

11:12:27 7    will be good to have them for reference.

11:12:29 8          But if you will, please, just walk through the dates

11:12:33 9    that we have here, at a high level, and why they are pertinent

11:12:39 10   to the topics that we talked about that you will be addressing,

11:12:43 11   please?

11:12:43 12   A.    Sure.  The first date listed here is August 3rd of 2010.

11:12:49 13   This was the date of the last visual observation by the

11:12:53 14   Coast Guard of oil on the ocean's surface.

11:12:57 15         Shortly after this, Admiral Allen issued a directive

11:13:04 16   for extensive sampling of the water column and the sediments

11:13:09 17   throughout the Gulf.

11:13:11 18         The next date, December 2010, is when, based upon all

11:13:16 19   of that analysis of all those samples, the FOSC determined that

11:13:21 20   there was no actionable oil in the water or sediments in the

11:13:24 21   deepwater or offshore zones.  So with this decision, the

11:13:29 22   shoreline cleanup effort -- or the cleanup effort become

11:13:32 23   focused on the shoreline.

11:13:34 24         In November of 2011, the FOSC finalized the shoreline

11:13:41 25   cleanup completion plan which established the cleanup endpoints

**OFFICIAL TRANSCRIPT**

11:13:46  1    for different shoreline types, as well as the process that --

11:13:52  2    for inspections and monitoring, to ensure that the segment

11:13:56  3    remained cleaned up.

11:13:58  4          Then, in May 2012, the FOSC chartered a third

11:14:04  5    Operational Science Advisory Team -- this become known as

11:14:10  6    OSAT 3 -- to provide a science-based evaluation of residual

11:14:13  7    oil, and of particular oil that might remain buried in discrete

11:14:20  8    locations.

11:14:20  9          Then the last two dates are the milestones when the

11:14:25 10    FOSC concluded the active response in the eastern states of

11:14:32 11    Mississippi, Alabama and Florida in June of 2013, and then

11:14:35 12    April 2014 is when that same decision was made for the state of

11:14:38 13    Louisiana.

11:14:39 14    Q.   Thank you.

11:14:40 15          When you first returned to the company in August,

11:14:44 16    what was the focus of the response efforts at that time?

11:14:48 17    A.   At that time there was bulk cleanup of oil that had made

11:14:52 18    its way to the shoreline, but the focus that I was the most

11:14:58 19    involved in at that time was the implementation of Admiral

11:15:04 20    Allen's directive for the extensive sampling of the deepwater,

11:15:08 21    offshore and nearshore water column and sediments.

11:15:10 22    Q.   Thank you.

11:15:11 23          Now, let's turn to the events of -- that you've

11:15:17 24    described here in December of 2010.

11:15:21 25          If we could pull up D-34550, please.

**OFFICIAL TRANSCRIPT**

11:15:29 1          Do you see -- this is a callout of Admiral Zukunft's

11:15:37 2   memorandum relating to actionable oil in the water or

11:15:40 3   sediments.  Do you see that?

11:15:41 4   A.    Yes, I do.

11:15:42 5   Q.    That's the second item that you have here that's

11:15:46 6   December 2010?

11:15:46 7   A.    Yes, ma'am.

11:15:46 8   Q.    What did that study find, and what was the significance of

11:15:52 9   that to future work that would be done at the shoreline?

11:16:01 10          MR. O'ROURKE:  Objection, Your Honor.  It sounds like

11:16:03 11   he's asked her to read the government report and interpret the

11:16:06 12   results of the study.  He's starting to get into what sounds

11:16:08 13   like expert testimony.  She was not disclosed as an expert.

11:16:16 14          The document speaks for itself, if it's

11:16:18 15   admissible.

11:16:19 16          THE COURT:  Well, the question is what did that study

11:16:20 17   find, and what was the significance of that to the work to be

11:16:25 18   done?

11:16:27 19          MR. BROCK:  Yes, sir.

11:16:29 20          THE COURT:  It does seem to be veering into opinion

11:16:32 21   testimony.  I mean, I understand she certainly has a scientific

11:16:37 22   background.  She's not your ordinary fact witness, but she's

11:16:42 23   not tendered as an expert.

11:16:44 24          MR. BROCK:  She's not tendered as an expert, but,

11:16:46 25   having an understanding of this report, at a high level, I

**OFFICIAL TRANSCRIPT**

11:16:49 1   think is necessary to understand the work that she implemented

11:16:55 2   and worked on, that she has personal knowledge of, which she

11:16:59 3   will be testifying about.

11:17:00 4           THE COURT:  I'm going to let her answer, but just try

11:17:03 5   to keep it factual and not veer into expert.

11:17:07 6           MR. BROCK:  Let me rephrase the question.  I think I

11:17:07 7   can address that.

11:17:07 8   EXAMINATION BY MR. BROCK:

11:17:10 9   Q.    The finding, as we have here, is that there is no

11:17:12 10   actionable oil in the water or sediments of the deepwater or

11:17:16 11   the offshore zones, do you see that --

11:17:18 12   A.    Yes, I do.

11:17:18 13   Q.    -- in what we've highlighted?

11:17:20 14           From your perspective in terms of the work that was

11:17:23 15   being done by BP with regard to the shoreline, what was the

11:17:27 16   significance of that?

11:17:28 17   A.    The significance here is that the response activity was no

11:17:35 18   longer focused on the offshore or deepwater sediments or water

11:17:40 19   column and, rather, shifted to being focused on the shoreline

11:17:45 20   and the nearshore area in particular.

11:17:48 21   Q.    Now, from your perspective with BP in terms of planning

11:17:53 22   for the next steps, did you have an understanding of why the

11:17:57 23   focus would shift to the nearshore?

11:17:59 24   A.    Yes.  That's because there was a hypothesis and something

11:18:06 25   that we had been observing within the Unified Command that

**OFFICIAL TRANSCRIPT**

11:18:11  1   there was the opportunity for some deposits of oil to remain

11:18:19  2   landward of the first sandbar in the nearshore environment.

11:18:24  3   Q.   Did you have this understanding from your interaction with

11:18:27  4   the Unified Command, as well as your own personal work?

11:18:29  5   A.   Yes.

11:18:30  6   Q.   If we could look at D-34530.

11:18:36  7        When you say that you had an understanding that there

11:18:39  8   might be deposits in the nearshore, can you use this

11:18:44  9   demonstrative here to explain to Judge Barbier what your

11:18:48 10   thinking was at the time.

11:18:48 11   A.   Yes.  So this is a diagram of a profile of a nearshore

11:18:55 12   beach environment.  Coastal geologists divide the nearshore

11:19:02 13   environment into three main zones:  The supratidal, which is

11:19:06 14   the beach above the high tide to the dunes; and then at the

11:19:11 15   other end, the subtidal, which is the part that's underwater,

11:19:15 16   basically.  The intertidal is that zone between the supratidal

11:19:23 17   and subtidal.  The intertidal is the area, if you're walking

11:19:27 18   along the beach, where the waves go through a swash and

11:19:32 19   backwash.

11:19:33 20        An important geomorphologic feature in the subtidal

11:19:38 21   is this sandbar, which has the arrow pointing to it.  These are

11:19:43 22   naturally occurring, and they run oblique to the shoreline.

11:19:50 23        It is this sandbar closest to the nearshore that is

11:19:57 24   of particular interest.  It's because as the waves come to the

11:20:05 25   shoreline, they will actually break over these sandbars.

**OFFICIAL TRANSCRIPT**

11:20:11 1        This is an area where there is sand and sediment in

11:20:16 2  suspension.  So, in the case of *Deepwater Horizon*, when the oil

11:20:21 3  was floating on the surface of the water, and the waves broke

11:20:24 4  over these sandbars, this is an area where it's possible for

11:20:29 5  the oil to have become mixed with sand, become heavy enough to

11:20:35 6  actually sink down and have the oil deposited in that concave

11:20:40 7  area between the sandbar and the berm.

11:20:44 8        So it's just a natural little receptacle, if you

11:20:47 9  will, for oil that's become mixed with sediment to become heavy

11:20:56 10 enough to actually go into a deposit.

11:21:00 11 Q.   Based on that understanding --

11:21:00 12       MR. O'ROURKE:  Objection, and I'm going to move to

11:21:02 13 strike the obviously expert testimony about geology.

11:21:06 14       THE COURT:  Overrule the objection.  Go ahead.

11:21:07 15 EXAMINATION BY MR. BROCK:

11:21:08 16 Q.   Based on that understanding, did BP proactively propose

11:21:13 17 work that could be done to address the issue?

11:21:15 18 A.   Yes.  The operational crews working under the direction of

11:21:21 19 the Coast Guard did occasionally see these sorts of deposits

11:21:26 20 because they had not been covered up by subsequent deposition.

11:21:33 21       As the effort for the cleanup moved and progressed,

11:21:39 22 we were finding that there are areas where there was chronic

11:21:44 23 remobilization of residual oil, tar balls, if you will, being

11:21:48 24 found on some of the shorelines.  Although the cleanup levels

11:21:52 25 were reaching an asymptote, meaning they were flattening out,

**OFFICIAL TRANSCRIPT**

11:21:58  1    but they weren't necessarily at the defined endpoint criteria,

11:22:03  2    we proposed to the FOSC, we being BP, that there be an

11:22:09  3    integrated scientific effort undertaken to see if we could

11:22:13  4    find -- if there were deposits that were the source of this

11:22:17  5    material.

11:22:17  6    Q.    Okay.  Did that proposal lead to two additional OSAT

11:22:25  7    projects?

11:22:25  8    A.    Yes, it did.  This was Captain Walker, who was the FOSC at

11:22:30  9    this time.  He chartered what later became known as OSAT 3.

11:22:36 10          There were two separate efforts, one for the eastern

11:22:39 11    states of Mississippi, Alabama and Florida, and then one for

11:22:44 12    Louisiana.

11:22:44 13    Q.    If we can call out D-34531.

11:22:48 14          Do we have here the two separate reports that you

11:22:53 15    have just referred to that grew out of the recommendation from

11:22:58 16    BP to investigate oil in the nearshore?

11:23:01 17    A.    Yes.

11:23:02 18    Q.    Do these bullet points accurately summarize some of the

11:23:09 19    work that came out of the OSAT 3?

11:23:12 20    A.    These bullets summarize the charter of the OSAT 3 effort

11:23:18 21    by FOSC Walker.

11:23:19 22    Q.    The piece here, "recommended additional operation

11:23:24 23    activities to more effectively recover this material," why is

11:23:28 24    that something that BP was interested in doing?

11:23:31 25    A.    As I mentioned before, looking back to the timeline, it

OFFICIAL TRANSCRIPT

11:23:37 1    was in November of 2011 that the FOSC at that time, who was

11:23:42 2    Captain Hein, established the cleanup endpoints for different

11:23:47 3    shoreline types.

11:23:48 4         As the cleanup progressed, the operational teams were

11:23:53 5    observing that there were some hotspot areas.  It was very

11:24:01 6    frustrating because the cleanup crews would go out at some

11:24:05 7    designated frequency, clean the shoreline.  Then, when they

11:24:10 8    returned at the designated frequency, a few days later or a

11:24:15 9    week later, there would be tar balls sprinkled over the

11:24:18 10   shoreline.

11:24:18 11        So rather than waiting for natural processes to

11:24:24 12   expose the oil so that it could be recovered by the crews, we

11:24:29 13   proposed that it would expedite the cleanup if we actually

11:24:35 14   tried to find -- if there were sources remaining that were

11:24:38 15   giving rise to these tar balls.

11:24:41 16   Q.   We have on the screen there two reports, October 2013 and

11:24:48 17   February 2014.  Does that -- do those refer to two different

11:24:52 18   geographic areas?

11:24:54 19   A.   Yes.  The October 13th report is a summary of all the

11:25:00 20   technical evaluation that was conducted, as well as the

11:25:03 21   operational work implemented as a result of that, for the

11:25:10 22   eastern states.  Then the February 2014 document provides the

11:25:13 23   same for the state of Louisiana.

11:25:14 24   Q.   Now, how did BP support the OSAT 3 investigation?

11:25:25 25   A.   Well, first, I would like to acknowledge that the project

**OFFICIAL TRANSCRIPT**

11:25:27 1    manager for the OSAT 3 effort was a scientist from the

11:25:31 2    U.S. Geological Survey.  There were resources provided to the

11:25:36 3    effort, not only by the USGS, but also by the -- by NOAA, the

11:25:42 4    Department of Interior, and the states were also provided the

11:25:47 5    opportunity to participate.

11:25:48 6         BP provided a remote sensing expert, geographic

11:25:56 7    information systems expert, as well as response personnel to

11:26:00 8    support the efforts.  Because of the large volume of data that

11:26:06 9    we were dealing with here -- I'm talking terabytes of data --

11:26:11 10   we had to build an independent, sophisticated, high-powered

11:26:20 11   computer workstation for the team.

11:26:22 12        Then, another thing that we did is invited team

11:26:26 13   members to come to Houston to review all of this data in BP's

11:26:33 14   highly immersive visualization environment.

11:26:36 15   Q.   In terms of the purpose of the work, why was it important

11:26:41 16   to facilitate the processing of such large amounts of

11:26:46 17   information?  What was it that BP could help with in that

11:26:49 18   regard?

11:26:49 19   A.   Well, the main thing is, as I said before, the pace of the

11:26:54 20   cleanup was frustratingly slow.  We wanted to see if we could

11:27:00 21   find if there were sources that remained that were giving rise

11:27:04 22   to these hotspots, as we called them.

11:27:06 23        So providing the -- or building the computer

11:27:12 24   workstation was just another way of helping expedite the

11:27:16 25   process.

**OFFICIAL TRANSCRIPT**

11:27:16  1    Q.    What question were you seeking to answer with the data

11:27:24  2    crunching that you were doing?

11:27:24  3    A.    So, to be clear, I personally wasn't doing it.

11:27:27  4    Q.    The team.  I'm referring to the team.

11:27:28  5    A.    The team that reported to me were involved in this.

11:27:33  6          What they were doing was looking at collection data,

11:27:39  7    aerial imagery, as well as response photos, and evaluating the

11:27:47  8    configuration or shape of the shoreline at the time that the

11:27:51  9    oil made landfall, and looking for areas where geologically the

11:27:58 10    potential for oil to be deposited existed.

11:28:01 11          Then, once those areas were identified, then looking

11:28:06 12    at different time periods of aerial imagery and photography to

11:28:14 13    determine if those areas where that potential deposit might be

11:28:18 14    had been subjected to sufficient erosion to expose them to the

11:28:22 15    cleanup crews.

11:28:23 16    Q.    Just in lay terms, how would you identify a place where

11:28:28 17    oil might be buried?  What were the features that BP, as part

11:28:33 18    of the group that was working in OSAT 3, how would it go about

11:28:38 19    identifying those areas?

11:28:38 20    A.    So they looked at the historical current data,

11:28:45 21    understanding where you had the right sort of current patterns

11:28:49 22    that you could get the right type of energy for the oil to mix

11:28:56 23    with water and sink.

11:28:59 24          Aerial imagery is excellent in allowing a scientist

11:29:03 25    to actually see into the water and see different features.  So

11:29:10  1    they actually looked for these types of features and whether or

11:29:15  2    not they were present at the time that the oil made landfall.

11:29:18  3    Q.    Was buried oil located and cleaned up as part of this

11:29:22  4    OSAT 3 program?

11:29:23  5    A.    Yes, it was.

11:29:24  6    Q.    Would you describe that, just at a high level, please?

11:29:28  7    A.    Yes.  So the technical team for OSAT 3 identified areas of

11:29:33  8    interest, both in the eastern states as well as Louisiana.

11:29:40  9    There were operational actions taken based upon those areas

11:29:44 10    identified.

11:29:45 11    Q.    Can we look at the work that was done, looking at the

11:29:52 12    eastern states first, and then look at Louisiana?  Would that

11:29:54 13    be a good way to do it?

11:29:56 14    A.    Yes, it would.

11:29:57 15    Q.    Let's then go to D-34533.

11:30:02 16          If you can just use this slide, Ms. Folse, please, to

11:30:06 17    just walk the Court through the work that was done in the

11:30:11 18    eastern states in terms of the OSAT 3 project.

11:30:19 19    A.    So, as a reminder on the timeline, FOSC Captain Walker

11:30:24 20    chartered this technical effort in May of 2012.  By mid-January

11:30:31 21    of 2013, the technical team had gone through the integration of

11:30:37 22    all these data sets and identified some areas for field

11:30:42 23    investigation.

11:30:42 24          There were 14 areas of interest, hot potential areas

11:30:49 25    identified in the eastern states, and all of them were

investigated.  Only two of the 14 areas actually contained a buried oil deposit.  All the deposits were of mixed material, sand, shell hash, water.  In the first example, in Fort Morgan, Alabama, here there was about four pounds of oily material removed.

          To give you a sense of what four pounds is, if you were to envision a quart Ziploc® bag filled about halfway full of sand with some oil mixed in and maybe some shell hash, that would give you an idea of what four pounds looks like.

          In the Pensacola Beach, Florida, example, there was a larger deposit of buried oil found.  This one was on the scale of about 1200 pounds, and it was all removed.

          To give you a sense of what 1200 pounds would look like, if you were to take, you know, aerially two sheets of plywood and about a few inches of depth, that gives you a sense of what 1200 pounds looks like out in the environment.

Q.   Is that recovered material a mixture of oil and sand and shell and other things?

A.   Yes.  There have been material segregation studies conducted within the Response that indicate, on average, less than 10 percent of the material recovered is actually oil, and in some cases even less than that, depending upon how much water and shell hash is involved.

Q.   All right.  You show, as the last bullet point, that the FOSC concluded active cleanup in all eastern states by

**OFFICIAL TRANSCRIPT**

June the 10th of 2013.  I believe we have that date on our board right over here, close to the bottom.

What did it mean to BP that you had concluded active cleanup in the eastern states?

A.    What it meant was that there would be no further patrolling and maintenance of the shoreline in the eastern states, and, rather, the Response moved into a transitional phase of something built off the National Response Center.

Q.    Were there detailed standards that were in place that had to be met before active cleanup was concluded?

A.    Yes.  In November of 2011, the endpoints, or cleanup requirements for different shoreline types, had been established.  The cleanup requirement for an amenity beach being different than for a natural beach or a marsh, for example.

There were also circumstances where the FOSC could utilize his or her discretion to determine that the cleanup had reached what was called as low as reasonably practicable.

Q.    Thank you.

Let's turn to the work in Louisiana.  D-34536.

Is this a summary of the work that was done in Louisiana, with a couple of pictures that might be helpful to describing the work that was done there?

A.    Yes.

Q.    Would you please just walk Judge Barbier through what

occurred with regard to cleanup of buried oil in Louisiana.

A.   So Louisiana, the search for buried oil actually occurred in two phases.  As you'll recall looking at the timeline, the OSAT 3 work was chartered in May of 2012; but, prior to the technical team identifying areas of potential investigation -- or areas for potential investigation in Louisiana, Hurricane Isaac came through the Gulf in August of 2012.

Part of the effects of Hurricane Isaac was that it eroded a significant amount of sediment that had been deposited on some buried oil in Louisiana, particularly along the main barrier island system of Louisiana, extending from Fourchon, Elmer's Island, Grand Isle and Grand Terre.

Q.   So please just summarize the work that was done in Louisiana as part of the buried oil project in terms of just addressing factually the work that was done and the outcome of that work.

A.   So after Hurricane Isaac exposed some buried oil, once the FOSC had determined it was safe to resume field activities, the areas where that oil was exposed, the oil was removed.

Because of concerns about further storm activity redepositing more sand in that area, BP proposed and the FOSC and State of Louisiana agreed for a systematic, statistically-based, grid-like augering on a number of areas in this barrier island system.  This is before the technical team

11:36:45 1    working on OSAT 3 had identified areas of potential interest,

11:36:50 2    so this was a proactive effort to look for oil.

11:36:57 3         There were 48 discrete areas that were identified by

11:37:02 4    the Unified Command. They were all investigated. Then -- and

11:37:09 5    this map shows an example of one of those at Elmer's Island.

11:37:13 6    All of the dots -- there is triangles and squares -- show the

11:37:18 7    number of subsurface tests that were conducted.

11:37:22 8         Subsurface tests were by a mechanical auger, up to a

11:37:27 9    maximum depth of eight feet, usually down to the peak platform

11:37:32 10   that underlies the barrier island system.

11:37:35 11        On the Elmer's Island example here, all of the blue

11:37:40 12   coloring and green coloring -- well, let me describe first, the

11:37:45 13   blue coloring is areas where the subsurface tests showed no oil

11:37:51 14   observed. The green areas are where the degree of oiling was

11:37:55 15   considered very light.

11:37:57 16        In the SCAT manual, that's -- sorry -- Shoreline

11:38:01 17   Cleanup Assessment Team manual, that's described as just a

11:38:06 18   stain, with no oil in the force phase.

11:38:10 19        You can see areas that are in orange and red are

11:38:16 20   moderate and heavily oiled. For the most part, those were the

11:38:21 21   areas where excavation and removal was required.

11:38:25 22   Q.   So oil was recovered at Elmer's Island?

11:38:31 23   A.   Yes.

11:38:32 24        THE COURT: One second. You have mentioned all the

11:38:36 25   colors on that chart except yellow.

                          **OFFICIAL TRANSCRIPT**

11:38:38  1          THE WITNESS:  I'm sorry, the yellow is considered very

11:38:40  2    light.

11:38:42  3          THE COURT:  Light, lighter than the green -- I'm a

11:38:45  4    little confused of.  You said blue was no oil?

11:38:48  5          THE WITNESS:  Yes, sir.

11:38:49  6          THE COURT:  I thought you said green was light.

11:38:52  7          THE WITNESS:  Green is very light.  Yellow is light.

11:38:57  8    Orange is moderate.  Red is heavy.  I apologize.

11:39:02  9          THE COURT:  Okay.  I was trying to get the colors

11:39:05 10    straight there.

11:39:06 11          MR. BROCK:  Thank you for not asking me.

11:39:06 12    EXAMINATION BY MR. BROCK:

11:39:10 13    Q.    All right.  Then the second slide below is a different

11:39:14 14    area of investigation than the Elmer's Island above.

11:39:19 15    A.    Yes.  So, as I mentioned, prior to the OSAT 3 team

11:39:23 16    identifying areas for investigation, Elmer's Island was one of

11:39:30 17    the 48 areas investigated.

11:39:31 18          Once the OSAT 3 team had a chance to identify areas

11:39:36 19    of interest, they identified 15 areas for investigation.  The

11:39:42 20    map of West Timbalier is one of those 15.

11:39:46 21          There were five of the 15 that had some degree of

11:39:50 22    oiling in them.  In some cases, it was -- it was heavy.  We

11:39:55 23    show West Timbalier here as an example where almost all of the

11:40:00 24    subsurface test had no oil observed.

11:40:03 25    Q.    The statement that's made in the slide, over 40,000 holes

**OFFICIAL TRANSCRIPT**

11:40:07 1   in total, no visible oil or oil below endpoints in the vast

11:40:12 2   majority of holes, what's the significance of that, please?

11:40:15 3   A.   It means that as the investigation was undertaken, the

11:40:21 4   areas where oil had been deposited and never subsequently

11:40:27 5   eroded were discrete areas.  The distribution of the holes

11:40:33 6   would indicate that there had been a robust investigation.

11:40:37 7   Q.   What steps were taken to ensure that the environment

11:40:44 8   wasn't injured or damaged in the process of augering these

11:40:51 9   holes and looking for oil residue?

11:40:54 10   A.   Throughout the response, there were a number of what were

11:40:59 11   called best management practices that guided the conduct of,

11:41:04 12   for example, operational activity.

11:41:08 13          In the case here, the best management practices

11:41:11 14   called for any material that had been removed through an auger

11:41:16 15   bit, if it didn't need to be cleaned up, to be returned.

11:41:21 16          After all of the work had been done, including an

11:41:25 17   excavation, the shoreline was regraded to the slope it had

11:41:32 18   prior to the work.

11:41:33 19   Q.   From BP's point of view, why was it important to be

11:41:38 20   proactive in seeking out buried oil in this way?

11:41:43 21   A.   Once again, just to ensure that we could expedite the

11:41:48 22   cleanup, and rather than having this slow process of waiting

11:41:53 23   for Mother Nature to expose the buried material, to actually

11:41:57 24   seek it out at its source and expedite the removal.

11:42:03 25   Q.   We have then as the last bullet point, "The FOSC concluded

**OFFICIAL TRANSCRIPT**

11:42:09  1    active cleanup in Louisiana on April the 15th, 2014," and

11:42:14  2    that's the last day we also have on our board there.  Correct?

11:42:18  3    A.    That's correct.

11:42:18  4    Q.    The closeout for the Louisiana active cleanup would be

11:42:27  5    based upon standards like what you described with regard to the

11:42:30  6    eastern states?

11:42:30  7    A.    That's correct.

11:42:31  8    Q.    Now, with the end of active cleanup, what happens now if

11:42:38  9    residual oil -- or residual material from the spill washes

11:42:44 10    ashore?

11:42:45 11    A.    Prior to the *Deepwater Horizon* accident, the Coast Guard

11:42:49 12    already had in place a -- the National Response Center, where

11:42:55 13    anyone can call in and report, for an example, oil in the

11:43:02 14    environment.  The Coast Guard would respond to that and seek

11:43:04 15    out any responsible party.

11:43:07 16          In the case of *Deepwater Horizon*, as the active

11:43:12 17    cleanup ended in each of the states, the response went into a

11:43:18 18    transition phase, where any calls to the National Response

11:43:23 19    Center within the area of the *Deepwater Horizon* response would

11:43:30 20    be investigated by US Coast Guard personnel who have experience

11:43:34 21    in looking at *Deepwater Horizon* oil in the environment.

11:43:38 22          They would -- if it looked more likely than not to be

11:43:46 23    *Deepwater Horizon* oil, they would mitigate it themselves, if

11:43:51 24    there was a small quantity, or if it was a large quantity, they

11:43:56 25    would contact BP, and we would mobilize our oil spill response

11:44:00 1    organization.

11:44:01 2    Q.   Let's just look quickly at D-34537.

11:44:06 3         This is back to our topics slide.  We show here

11:44:10 4    Shoreline Rapid Response Teams, early 2013 to present.

11:44:16 5         Have you had personal involvement with this area of

11:44:19 6    work?

11:44:20 7    A.   Yes, I have.

11:44:20 8    Q.   Have you helped us put together a slide that would help

11:44:27 9    you explain BP's Rapid Response Teams, what they do, how they

11:44:33 10    are staffed, that type of thing?

11:44:34 11    A.   Yes, I have.

11:44:34 12    Q.   Let's pull up D-34538, please.

11:44:41 13         So I'll ask you, what efforts are currently in place

11:44:46 14    to respond to reports of oil that will be brought forward to BP

11:44:52 15    to address?

11:44:54 16    A.   So, firstly, it's important to note that the FOSC has

11:45:00 17    established response expectations, performance expectations for

11:45:06 18    BP if we're directed to go clean up some residual oil that's

11:45:13 19    been reported.

11:45:13 20         In order to ensure that we could meet those

11:45:20 21    performance expectations of the Coast Guard, BP established

11:45:23 22    what we call firehouses.  These are personnel that stand at the

11:45:29 23    ready on duty to respond to a specific event under the

11:45:34 24    direction of the Coast Guard.

11:45:35 25         We currently have firehouses in Grand Isle,

11:45:39  1    Louisiana, and in Gulf Shores, Alabama, which handles all of

11:45:44  2    the eastern states.  Like I said before, personnel on duty,

11:45:49  3    equipment poised and ready to mobilize, as well as vessels.

11:45:55  4         Here, we are required not only to provide vessels for

11:45:59  5    the BP oil spill response organization, but also for the

11:46:04  6    US Coast Guard's investigation of calls in this -- in the

11:46:08  7    former area of response.

11:46:13  8         If I may, I would like to add that, beyond the

11:46:16  9    resources that are on duty, we have contracts in place should

11:46:21 10    we need to scale up a larger group of personnel or equipment.

11:46:27 11    Q.   With what frequency is BP being called out to respond to

11:46:36 12    residual oil washing ashore in the recent months?

11:46:42 13    A.   In the recent months, my operations manager has reported

11:46:47 14    that our oil spill response organization is being called out

11:46:52 15    one to two times a month.

11:46:54 16         Since the firehouses have been in place, the

11:46:58 17    Coast Guard tends to mitigate most of the reports, and BP is

11:47:04 18    mobilized less than 10 percent of the time.

11:47:07 19    Q.   Has BP deployed the Rapid Response Teams to clean up

11:47:14 20    reported material on the beaches or the shoreline that did not

11:47:19 21    result from the spill?

11:47:19 22    A.   Yes.  As part of this transition period, BP has the

11:47:28 23    opportunity to request sampling be conducted by the

11:47:33 24    US Coast Guard, and that be submitted to the Coast Guard's

11:47:39 25    laboratory for chemical fingerprinting.

**OFFICIAL TRANSCRIPT**

11:47:43  1          There have been a number of instances where, after BP

11:47:49  2     has responded, the Coast Guard has determined that the oil was

11:47:54  3     not Macondo.

11:47:55  4     Q.    Thank you.

11:48:00  5          Ms. Folse, there have been reports of fears that

11:48:01  6     large quantities of oil are yet to wash up on the shore.  Based

11:48:06  7     on your personal experience, and from BP's perspective, what's

11:48:11  8     your level of confidence that BP's Rapid Response Teams can

11:48:15  9     adequately respond to reports of residual oiling?

11:48:19 10     A.    Well, first, I would like to acknowledge that I understand

11:48:22 11     why people may have this fear, but, based upon the extensive

11:48:29 12     data and all of the work that's been done under the direction

11:48:32 13     of the Coast Guard, I personally have no concern about oil

11:48:38 14     washing in from the offshore to the shoreline.

11:48:42 15          As we talked about earlier, there is the area in the

11:48:47 16     very close to shore environment where there could be some

11:48:52 17     buried oil deposits that have not yet been fully eroded.  They

11:48:57 18     are likely to be small in size.  The oil is heavily weathered.

11:49:03 19          In the event that something like that is exposed, BP

11:49:08 20     stands ready and resourced to respond very quickly at the

11:49:12 21     direction of the Coast Guard.

11:49:13 22     Q.    Thank you.

11:49:15 23          Let's look at D-34539.

11:49:20 24          Moving to Topic 3 now, Early Environmental

11:49:24 25     Restoration.  Is this an area where you have had personal

**OFFICIAL TRANSCRIPT**

11:49:31 1   involvement?

11:49:32 2   A.    Yes, it is.

11:49:32 3   Q.    Let's bring up D-34540.

11:49:38 4         And is this a callout from the Early Environmental

11:49:42 5   Restoration agreement with the trustees and the United States?

11:49:46 6   A.    Yes, it is.

11:49:47 7   Q.    And we see here BP Exploration & Production, Inc., will

11:49:54 8   provide one billion toward early restoration.  Do you see that?

11:49:57 9   A.    Yes, I do.

11:49:57 10  Q.    And do you understand this to be voluntary?

11:50:00 11  A.    Yes.

11:50:00 12  Q.    Now, I'll just ask you, when we use the term *trustees*,

11:50:09 13  what are we referring to there?

11:50:11 14  A.    The way I would describe it is that the trustees are

11:50:17 15  federal and state agencies who are tasked with the stewardship

11:50:23 16  of the natural resources on behalf of the public.

11:50:24 17  Q.    What is early restoration in the context of the

11:50:28 18  *Deepwater Horizon* event from your perspective?

11:50:32 19  A.    Early restoration refers to restoration that occurs prior

11:50:39 20  to the completion of the damages assessment.  My understanding

11:50:46 21  is that the assessment work for natural resources can take some

11:50:52 22  time, and so this is actually jump-starting restoration of the

11:50:57 23  natural resources prior to all of that assessment work being

11:51:01 24  completed.

11:51:01 25  Q.    Why is early restoration a tool that BP believes will be

**OFFICIAL TRANSCRIPT**

11:51:07  1    useful and beneficial to the environment and to natural

11:51:12  2    resources?

11:51:13  3    A.    There are a number of benefits.  The first is that

11:51:17  4    restoration of the natural resources will begin much earlier

11:51:22  5    than they might normally if it didn't begin until after the

11:51:27  6    assessment was complete.

11:51:30  7            Another benefit is if there are resources that are

11:51:33  8    still undergoing some injury, the early restoration will allow

11:51:40  9    that injury to be truncated, therefore, reducing the overall

11:51:46 10    injury.

11:51:47 11            And then, thirdly, a benefit to early restoration is

11:51:52 12    that the information and data gleaned from the projects that

11:52:00 13    are implemented can be used to inform the desired projects for

11:52:04 14    final restoration.

11:52:05 15    Q.    How much in early restoration projects have BPXP and the

11:52:12 16    federal and state trustees agreed to implement at this point?

11:52:14 17    A.    To date we've reached final agreements and final

11:52:18 18    stipulations with the court for $698 million.

11:52:21 19    Q.    And are those projects across the range of states, Texas,

11:52:27 20    Louisiana, Mississippi, Alabama, and Florida?

11:52:30 21    A.    Yes, they are.  There are 54 projects in total.

11:52:34 22    Q.    Let me see D-34541.

11:52:40 23            Is this a summary of some of the projects that have

11:52:44 24    been agreed to at this point across the -- across the range of

11:52:50 25    states?

**OFFICIAL TRANSCRIPT**

11:52:50  1    A.    Yes, it is.

11:52:51  2    Q.    I want to ask you about just a couple of these.  If we

11:52:55  3    could go to D-34542.

11:52:59  4          Is this an example of one of the projects that has

11:53:04  5    been agreed to?

11:53:05  6    A.    Yes, it is.

11:53:06  7    Q.    And what -- just describe this generally and the expected

11:53:12  8    benefit from this.

11:53:12  9    A.    This project --

11:53:14 10          THE COURT:  Let me just interject here.  Mr. Brock, I

11:53:17 11    don't know how far you're expecting to go with this, but I

11:53:21 12    think we have to be careful that we don't start trying the

11:53:25 13    natural resource damage case here.  That's not what this trial

11:53:28 14    is about, and we know that's going to come later.  So I just

11:53:36 15    caution you there.

11:53:36 16          MR. BROCK:  Understood.  I was just going to

11:53:39 17    demonstrate just a couple of the projects, and then I'll be

11:53:41 18    moving on.  I don't intend to raise the issue of the NRD case.

11:53:46 19    It is just the voluntary commitment to the resources --

11:53:51 20          THE COURT:  Okay.

11:53:51 21    EXAMINATION BY MR. BROCK:

11:53:53 22    Q.    I'm not sure if you were -- were you finished with your

11:53:56 23    answer or do you remember where you were?

11:53:58 24    A.    I was just starting to explain what this project is.

11:54:03 25    Would you like for me to continue?

**OFFICIAL TRANSCRIPT**

11:54:04  1    Q.    Just briefly, please.

11:54:05  2    A.    Yes.  This is restoration of four islands off Louisiana,

11:54:11  3    Whiskey Island, Chenier Ronquille, Shell Island and North

11:54:16  4    Breton Island.  It furthers Louisiana's comprehensive master

11:54:20  5    plan for the sustainable coast, and it will provide critical

11:54:25  6    habitat for a number of bird species, such as brown pelicans,

11:54:31  7    terns and skimmers.

11:54:33  8          It's important to note that North Breton Island is --

11:54:36  9    I think it's the second oldest wildlife refuge in the

11:54:44 10    United States, established by President Teddy Roosevelt in

11:54:48 11    1904, so it's a significant historical and ecological area.

11:54:53 12    Q.    And I'll just ask you in summary form, are there other

11:54:56 13    significant projects that address issues such as restoring

11:55:01 14    turtle nesting habitat as well as providing recreational

11:55:06 15    opportunities to address human use issues as part of the -- as

11:55:12 16    a part of the Early Restoration Program?

11:55:13 17    A.    Yes.

11:55:13 18    Q.    All right.  Let's move on to the next topic then, Gulf of

11:55:19 19    Mexico Research Initiative.  If you could call up D-34545.

11:55:28 20          And if you will, please, Ms. Folse, will you describe

11:55:31 21    what the Gulf of Mexico Research Initiative is.

11:55:33 22    A.    Yes.  It is a $500 million commitment over ten years by BP

11:55:40 23    to fund independent scientific research into the Gulf of Mexico

11:55:48 24    and its ecosystems.

11:55:49 25    Q.    If we can see D-34546.

**OFFICIAL TRANSCRIPT**

11:55:53  1          Is this the cover sheet with the recitals to the

11:55:58  2   agreement?

11:55:58  3   A.   Yes.  This is the master research agreement between BP and

11:56:04  4   the Gulf of Mexico alliance.

11:56:08  5   Q.   May I ask you just to address the issue of what is meant

11:56:12  6   by *Independent Research Program*?

11:56:13  7   A.   Yes.  It is independent of response science, independent

11:56:21  8   of the natural resources damages assessment and independent of

11:56:24  9   BP.  We provide the funding, but we have no role in the

11:56:29 10   identification of the request for proposals, the evaluation

11:56:34 11   proposals, or the publication of any of the science that comes

11:56:39 12   out of the funding.

11:56:39 13   Q.   Why does BP believe that its commitment of $500 million to

11:56:46 14   research on an independent basis environmental issues in the

11:56:53 15   Gulf of Mexico is something that will be beneficial?

11:56:57 16          MR. O'ROURKE:  Objection, Your Honor, specifically the

11:56:59 17   $500 million number.  Part of it is required by the criminal

11:57:03 18   plea agreement.  It's a condition of their probation.  And as

11:57:07 19   part of that plea agreement, they are not allowed to ask

11:57:12 20   you [speaking simultaneously] --

11:57:12 21          THE COURT:  Is this $500 million, was that required by

11:57:15 22   the plea agreement?

11:57:15 23          MR. O'ROURKE:  Yes, sir, but some of it was done before

11:57:18 24   the plea, so I'm walking a line here between -- they set it up.

11:57:21 25   She can talk about that.  But then it became part of the

**OFFICIAL TRANSCRIPT**

11:57:25 1    plea agreement, and they can't talk about it after that.  And

11:57:27 2    the $500 million number is yet to come.  So if they can draw a

11:57:32 3    line of what they spent before the plea, that's

11:57:34 4    unobjectionable.

11:57:35 5          THE COURT:  What do you mean the 500 million is yet to

11:57:38 6    come?  You mean it hasn't been incurred or spent yet?

11:57:42 7          MR. O'ROURKE:  That's right, sir.  We don't know what

11:57:44 8    portion might have been before the plea.  If they could testify

11:57:47 9    about that, that would be fine.  But lumping it all together as

11:57:49 10   a ten-year commitment worth a half a billion dollars, most of

11:57:54 11   that is required by the plea and it's not admissible.

11:57:57 12         THE COURT:  Frankly, it's been a while since I've

11:57:58 13   looked -- I wasn't the judge presiding over the plea agreement.

11:58:01 14   I know it's in the -- I think it's in the record somewhere, or

11:58:04 15   will be, but --

11:58:05 16         MR. BROCK:  I actually don't even know the detail of

11:58:08 17   that.  I have no intention of asking you to give credit for

11:58:11 18   something if BP has agreed not to do that, and -- so whatever

11:58:18 19   the plea says, we're going to abide by that, but I think the

11:58:21 20   question is still --

11:58:22 21         THE COURT:  I'll let you go ahead and proceed with this

11:58:24 22   witness.  Go ahead.  I understand the government, and we'll

11:58:27 23   take that into account when we decide the case, okay.

11:58:27 24   EXAMINATION BY MR. BROCK:

11:58:30 25   Q.   I'll just ask you in general terms, why would BP -- why

**OFFICIAL TRANSCRIPT**

11:58:33  1    did BP agree to the -- to the Gulf Research Initiative, why did

11:58:40  2    BP believe that would be something that would be beneficial?

11:58:43  3          THE COURT:  Let me make sure I understand.  This was

11:58:45  4    something that BP had started before the criminal plea and then

11:58:48  5    you said somehow it became part of the criminal plea, the

11:58:51  6    requirement that they follow through on this, am I

11:58:54  7    understanding, Mr. O'Rourke?

11:58:56  8          MR. BROCK:  We had agreed to do this program before the

11:58:58  9    plea.  And as I recall, there is a statement in the plea that

11:59:03 10    we will fulfill our commitment that we originally agreed to.

11:59:07 11    That's my recollection of this.  The agreement to do it was

11:59:11 12    made before the plea, and as part of the plea, I think we

11:59:13 13    endorsed that we would do what we said we would do.

11:59:18 14          THE COURT:  You would actually follow through and do

11:59:19 15    it.

11:59:19 16          MR. BROCK:  That's my recollection.  Yes, sir.

11:59:19 17          MR. O'ROURKE:  Yes, you have it correctly.

11:59:21 18           I'm not objecting to the fact that they did it

11:59:24 19    initially.  I'm only objecting to anything after the

11:59:28 20    plea agreement because it is a part of the plea agreement

11:59:30 21    [speaking simultaneously] --

11:59:31 22          THE COURT:  So you're not making an argument now that

11:59:33 23    this is some sort of offset?

11:59:36 24          MR. BROCK:  I'm not making that argument now.  If it's

11:59:38 25    available to me, I will make it.  I'm not making it now.  We're

**OFFICIAL TRANSCRIPT**

11:59:42  1   going to abide by the terms of the plea.  I'll be very clear
11:59:45  2   about that.
11:59:45  3          THE COURT:  You're not going there with this witness?
11:59:47  4          MR. BROCK:  No, sir.  I'm just asking her why BP
11:59:49  5   believed it was beneficial when they made the agreement.
11:59:52  6          MR. O'ROURKE:  In which case the objection is that it's
11:59:53  7   irrelevant to the penalty phase if they are not looking for
11:59:56  8   credit for it.
11:59:57  9          THE COURT:  Well, I'm going to let her answer.  Go
12:00:00 10   ahead.
12:00:00 11   EXAMINATION BY MR. BROCK:
12:00:02 12   Q.   All right.  Can you answer the question?
12:00:03 13   A.   Yes.  At the time of the accident, it became clear that
12:00:09 14   while there had been a significant amount of scientific
12:00:16 15   investigation into the Gulf of Mexico, that it was patchy and
12:00:21 16   there had not been a sustained source of funding, and after
12:00:28 17   discussions between BP and a number of academics, we agreed to
12:00:36 18   do this in order to better understand the Gulf of Mexico
12:00:41 19   ecosystem.
12:00:41 20          But also another important aspect of the Gulf of
12:00:47 21   Mexico Research Initiative is that the consortia are to be
12:00:55 22   based primarily at institutions in the Gulf States, so not only
12:00:58 23   is it providing independent research into the Gulf of Mexico,
12:01:03 24   but it's providing significant funding for the Gulf States
12:01:09 25   themselves and their academic institutions.

12:01:12  1    Q.    Thank you, Ms. Folse.

12:01:13  2              Just one final question in terms of wrap up.  What is

12:01:18  3    your comment, just from your own personal experience in the

12:01:22  4    work that you have done, with regard to BPXP or BP's commitment

12:01:27  5    to the Gulf of Mexico and mitigating the consequences of the

12:01:35  6    spill?

12:01:36  7    A.    My experience has been that BP's effort has been

12:01:46  8    proactive, significant, and sustained.

12:01:51  9              MR. BROCK:  Thank you very much.

12:02:00 10              THE COURT:  Mr. O'Rourke, how long will your

12:02:03 11    cross-examination be?

12:02:04 12              MR. O'ROURKE:  I think I can be finished by 12:30.

12:02:09 13              THE COURT:  Let's go ahead and finish with this

12:02:11 14    witness.

12:02:31 15              MR. O'ROURKE:  Your Honor, Steve O'Rourke for the

12:02:34 16    United States on cross-examination.

12:02:34 17                          CROSS-EXAMINATION

12:02:34 18    BY MR. O'ROURKE:

12:02:38 19    Q.    Hi, Ms. Folse.

12:02:38 20    A.    Hello.

12:02:39 21    Q.    We haven't met before?

12:02:40 22    A.    We have not.

12:02:41 23    Q.    Right.  So my name is Steve O'Rourke, I work for the

12:02:44 24    Justice Department.  So that you know my colleagues,

12:02:47 25    Bill Bradon and Nigel Cooney.

                          **OFFICIAL TRANSCRIPT**

12:02:47  1    A.    Yes, I do.

12:02:49  2    Q.    That's who I am.

12:02:51  3          And let's start with -- you talked about shoreline --

12:03:01  4    investigating of the shorelines.

12:03:02  5    A.    Yes.

12:03:02  6    Q.    Would you agree that the SCAT Teams identified about 1,100

12:03:07  7    miles of shoreline as having at least some degree of visible

12:03:12  8    oiling?

12:03:12  9    A.    Yes.  Ranging from trace to heavy, that's correct.

12:03:16 10    Q.    Thank you.

12:03:17 11          And of those 1,100 miles, at the time of the initial

12:03:23 12    SCAT surveys, approximately 220 miles were heavily oiled?

12:03:27 13    A.    Yes, that's my recollection.

12:03:27 14    Q.    And the oil encroached inland about 10 to 15 meters?

12:03:34 15    A.    Yes, that's correct.

12:03:35 16    Q.    And you discussed having the firehouses that you still

12:03:42 17    maintain?

12:03:42 18    A.    Yes.

12:03:42 19    Q.    And you maintain those still because there is still

12:03:45 20    episodes of tar balling today?

12:03:48 21    A.    Yes.  They are maintained so we can respond quickly if the

12:03:54 22    Coast Guard instructs us to clean up residual oil.

12:03:57 23    Q.    And you consider the environmental impact from the

12:04:01 24    oil spill to be serious?

12:04:03 25    A.    I believe that there are areas where the impact could be

**OFFICIAL TRANSCRIPT**

12:04:07 1    described as serious, yes.

12:04:08 2    Q.    Thank you.

12:04:10 3          And you also discussed OSAT 3?

12:04:14 4    A.    Yes, sir.

12:04:14 5    Q.    And you know that OSAT was done for purposes of deciding

12:04:19 6    whether the responders should continue to dig up more oil,

12:04:24 7    right?

12:04:27 8    A.    I think that's an appropriate characterization, yes, one

12:04:31 9    of the purposes of it.

12:04:31 10   Q.    And that's different from a damage assessment of ongoing

12:04:36 11   future risks, right?

12:04:36 12   A.    Yes, sir.  It was to inform response actions, not to

12:04:42 13   conduct an assessment of injury.

12:04:43 14   Q.    Thank you.

12:04:43 15         And we're still on track to be done before 12:30.

12:04:49 16         So let's talk about NRDA now.  You talked about the

12:04:51 17   early restoration projects.

12:04:52 18   A.    Yes.

12:04:52 19   Q.    And BP is paying for also various environmental samples as

12:05:00 20   part of the NRDA?

12:05:00 21   A.    Yes.  There are a number of cooperative studies that have

12:05:05 22   been underway with the trustees, which include some sampling.

12:05:10 23   Q.    Okay.  I guess on your direct you didn't really get into

12:05:15 24   the details of the expenditures on the sampling, did you?

12:05:19 25   A.    No, sir.

**OFFICIAL TRANSCRIPT**

12:05:19 1   Q.    Okay, good, that saves us some time.  I had a couple of

12:05:24 2   questions.

12:05:24 3          So the purpose of these natural resource damage

12:05:31 4   restoration projects that you discussed is to fix natural

12:05:35 5   resources or compensate for natural resources that were harmed

12:05:38 6   by the spill, right?

12:05:39 7   A.    Yes, sir.

12:05:39 8   Q.    Thank you.

12:05:41 9          And your organization, the Gulf Coast Restoration

12:05:51 10  Organization, is that known as GCRO?

12:05:54 11  A.    Yes, it is.

12:05:54 12  Q.    And that's the organization that's involved in these early

12:05:57 13  restoration projects?

12:05:58 14  A.    Yes, sir.  I personally lead the negotiations for the

12:06:03 15  earlier restoration projects.

12:06:05 16  Q.    Can we have TREX-244097, please.

12:06:14 17          And do you recognize this document as a document that

12:06:15 18  you reviewed when preparing for your deposition?

12:06:18 19  A.    Yes, I recognize it.

12:06:20 20  Q.    And, Mr. Jackson, if we could call out the first paragraph

12:06:24 21  above the map.

12:06:27 22          It states that, "...BP is voluntarily funding up to

12:06:34 23  $1 billion in early restoration projects to speed the recovery

12:06:42 24  of natural resources in the Gulf of Mexico that were injured as

12:06:45 25  a result of the *Deepwater Horizon* accident."

**OFFICIAL TRANSCRIPT**

12:06:48  1          That's how BP is describing the purpose of these

12:06:48  2   early restoration projects, right?

12:06:49  3   A.   Yes.  It's to speed the recovery of resources that were

12:06:52  4   injured without a full understanding of the size of the injury.

12:06:58  5   Q.   Great.

12:06:58  6          And you can take that down, Mr. Jackson.

12:07:01  7          And so paying for these early restoration projects

12:07:06  8   you're saying is a good thing?

12:07:08  9   A.   We believe so.  We believe it benefits the resources

12:07:12 10   themselves rather than waiting for restoration to occur later.

12:07:15 11   Q.   Okay.  Let's talk about some of the benefits of these

12:07:18 12   projects to BP.  Could we have TREX-11814, please.

12:07:27 13          Do you recognize this as one of the stipulations that

12:07:30 14   you helped negotiate for an early restoration project?

12:07:34 15   A.   I recognize this as one of the stipulations, yes.

12:07:37 16   Q.   And this one happens to be about restoring dunes in

12:07:42 17   Alabama to make up for dunes in Alabama that had been injured

12:07:46 18   by the spill or the response, right?

12:07:48 19   A.   Yes.

12:07:49 20          MR. BROCK:  Your Honor, I've tried to follow your

12:07:51 21   instructions in terms of keeping this at a high level.  This is

12:07:54 22   now getting into the detail of the stipulations on early

12:07:57 23   restoration, which I think is beyond the scope of this trial

12:08:00 24   and should be beyond the scope of this examination of the

12:08:01 25   witness.

**OFFICIAL TRANSCRIPT**

12:08:02 1          MR. O'ROURKE:  The point I'm getting to, Your Honor, is

12:08:05 2     that BP wants credit for doing these projects as a reduction of

12:08:09 3     the penalty, but they are already getting credit for doing

12:08:12 4     these projects as a reduction of the NRD.

12:08:17 5          THE COURT:  I was kind of thinking about that myself.

12:08:19 6     That's a good question I can ask Mr. Brock so I'm clear where

12:08:23 7     we're going with this.

12:08:24 8               I'm assuming it's not BP's position that it can

12:08:29 9     get credit for these monies spent for early restoration

12:08:33 10    projects somehow in this trial, and then again get credit --

12:08:38 11    obviously, it seems to me you should get credit for that in the

12:08:42 12    natural resource damage matter.

12:08:47 13         MR. BROCK:  I think the primary points are:  This is

12:08:49 14    voluntary.  It's early.

12:08:51 15         THE COURT:  I think the fact that you're doing this or

12:08:54 16    have done this, you're arguing, is something to your credit,

12:08:58 17    but you're not claiming some kind of dollar for dollar credit

12:09:02 18    for these monies against any Clean Water Act penalties, are

12:09:07 19    you?

12:09:08 20         MR. BROCK:  It's not dollar for dollar, but I think the

12:09:10 21    sum is important.  It's substantial.  And the way in which --

12:09:14 22    and this is the issue with the stipulation, the way that the

12:09:18 23    credits are given in the NRD are not dollar credits, they are

12:09:24 24    environmental credits, so it's a very complicated issue, way

12:09:28 25    beyond, I think, the scope of what we should do here.

                              **OFFICIAL TRANSCRIPT**

```
12:09:31  1        THE COURT:  I definitely agree with that, but I'm just
12:09:33  2   trying to understand if you're trying to get credit in two
12:09:37  3   places for the same thing, essentially.  I think that's what
12:09:39  4   Mr. O'Rourke was raising.
12:09:44  5        MR. BROCK:  I think we would like the Court to -- we'll
12:09:47  6   say this in our closing brief, but I think we would like the
12:09:50  7   Court to acknowledge that the commitment is substantial.  It
12:09:53  8   was not required.  It will be a benefit to the environment and
12:09:57  9   to human use also as a result of what we're doing.
12:10:05 10        MR. O'ROURKE:  I can wrap this up.
12:10:07 11        THE COURT:  Go ahead, continue, Mr. O'Rourke.
12:10:07 12   EXAMINATION BY MR. O'ROURKE:
12:10:09 13   Q.   If we could go to the next column, which is
12:10:16 14   TREX-11814.5.1.US.  I'm going to correct myself,
12:10:25 15   TREX-11814.6.1.US.
12:10:27 16        And under Section III H, the stipulation requires
12:10:31 17   that NRD offsets --
12:10:35 18        THE COURT:  That's a stipulation made in connection
12:10:38 19   with this trial?
12:10:39 20        MR. O'ROURKE:  It's filed in this -- no.  It's filed in
12:10:42 21   your docket, but it's made in connection with these early
12:10:44 22   restoration projects.
12:10:45 23        THE COURT:  Okay.
12:10:46 24        MR. BROCK:  I think this is beyond the scope of what
12:10:48 25   we're --
```

12:10:48  1          THE COURT:  So what point are you trying to make here,

12:10:51  2     Mr. O'Rourke?

12:10:52  3          MR. O'ROURKE:  That there's a stipulation signed in

12:10:54  4     this case --

12:10:55  5          THE COURT:  That they will get credit later in the NRD

12:10:59  6     process?

12:11:00  7          MR. O'ROURKE:  -- that says they will get credit later,

12:11:03  8     and it's to be filed with a court, yes.  I can stop if you get

12:11:07  9     the point.

12:11:07 10          THE COURT:  Is that right, is that your understanding,

12:11:09 11     ma'am?

12:11:09 12          THE WITNESS:  Yes, sir.

12:11:10 13          THE COURT:  That's enough.

12:11:11 14          MR. O'ROURKE:  Good enough.  Thank you, Your Honor.

12:11:12 15          THE COURT:  All right.

12:11:13 16     EXAMINATION BY MR. O'ROURKE:

12:11:14 17     Q.   At the end you discussed GoMRI.

12:11:14 18     A.   Yes.

12:11:18 19     Q.   Were you aware that BP is required to fund GoMRI as a

12:11:22 20     condition of its plea agreement?

12:11:23 21     A.   Yes.

12:11:25 22     Q.   And it's your organization, GCRO, is what funds GoMRI,

12:11:25 23     right?

12:11:25 24     A.   I'm sorry.  Could you repeat that?

12:11:34 25     Q.   Your organization, GCRO, is what oversees the commitment

**OFFICIAL TRANSCRIPT**

12:11:38 1  to fund GoMRI?

12:11:40 2  A.   Yes.  We ensure that the payments are made to the

12:11:43 3  initiative as they request them.

12:11:45 4  Q.   And the purpose of GCRO is to restore the environment that

12:11:51 5  was impacted by the spill?

12:11:51 6  A.   Yes.

12:11:52 7  Q.   And also to restore livelihoods that were damaged by the

12:11:56 8  spill?

12:11:56 9  A.   Yes.

12:11:57 10  Q.   And GCRO is a business unit in BP America Production

12:12:05 11  Company, right?

12:12:05 12  A.   Yes.  That's the way I think about it.

12:12:06 13  Q.   And you're employed by BP America Production Company?

12:12:10 14  A.   Yes, I am.

12:12:11 15  Q.   They pay your checks and issue your W-2?

12:12:14 16  A.   Yes, they do.

12:12:14 17  Q.   You report directly to the president of BP America?

12:12:18 18  A.   I report to John Mingé.

12:12:21 19  Q.   And he's the president of BP America?

12:12:21 20  A.   Yes.

12:12:24 21  Q.   And he reports directly to Bob Dudley, right?

12:12:24 22  A.   My understanding is that he reports to Bob, but I've never

12:12:28 23  actually asked him who he works for, so --

12:12:30 24  Q.   Thank you.

12:12:32 25       You're also the vice-president of BP Exploration &

**OFFICIAL TRANSCRIPT**

12:12:35 1    Production Company, Inc.?

12:12:36 2    A.    Yes, I am.

12:12:37 3    Q.    That's the defendant in this case?

12:12:38 4    A.    Yes.

12:12:39 5    Q.    You've been the vice-president of that company since about

12:12:42 6    2011?

12:12:44 7    A.    At the time I returned as an employee, yes.

12:12:46 8    Q.    And do you remember your deposition last summer?

12:12:48 9    A.    Yes, I do.

12:12:49 10   Q.    And do you remember that at that time you didn't know you

12:12:51 11   were the vice-president of BPXP?

12:12:54 12   A.    That's right.  And if -- if I may explain that.  Prior to

12:12:58 13   that time, I had been working as a contractor.  And then when I

12:13:03 14   became a BP employee, I was informed that my delegations of

12:13:09 15   authority had changed, but it never occurred to me to ask what

12:13:13 16   that meant in terms of legal entities or the like.  I knew what

12:13:18 17   my job was and I knew I had the delegation to do it.

12:13:21 18   Q.    Okay.  But you had to be shown a document by my colleague,

12:13:24 19   Ms. Chang, to remind you that you were the vice-president of

12:13:28 20   BPXP?

12:13:29 21   A.    That's right.  Because I was not aware and had never

12:13:33 22   inquired as to the legal structure from which my delegations

12:13:37 23   flowed.

12:13:38 24   Q.    Thank you.

12:13:42 25        MR. O'ROURKE:  I have no further questions.  Thank you.

**OFFICIAL TRANSCRIPT**

12:13:43  1    Ms. Folse.  Thank you, Your Honor.

12:13:44  2              THE COURT:  Any redirect?

12:13:48  3              MR. BROCK:  One question, Your Honor.

12:13:48  4                      REDIRECT EXAMINATION

12:13:48  5    BY MR. BROCK:

12:13:51  6    Q.   Ms. Folse, do you understand that your time is charged to

12:13:54  7    BPXP?

12:13:54  8    A.   My understanding is that yes, my time is first to GCRO and

12:13:59  9    then ultimately the accountants, my understanding is, bill it

12:14:02 10    to BPXP.

12:14:05 11              MR. BROCK:  Thank you very much for your time.

12:14:07 12              THE COURT:  Ma'am, thank you very much.

12:14:09 13              THE WITNESS:  Thank you.

12:14:09 14              THE COURT:  Okay.  It's about 12:15.  We'll take a

12:14:13 15    lunch recess until 1:15.

12:14:16 16              THE COURT CLERK:  All rise.

12:15:51 17              (WHEREUPON, at 12:15 p.m. the Court was in luncheon

18    recess.)

19                          *    *    *

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                        *s/Cathy Pepper*

13                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
14                        Registered Merit Reporter
                          Official Court Reporter
15                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

**#**

**#10-4536** [1] - 1215:10

**$**

**$250** [1] - 1229:7
**$500** [5] - 1358:22, 1359:13, 1359:17, 1359:21, 1360:2
**$698** [1] - 1356:18
**$750** [1] - 1290:3

**'**

**'70s** [1] - 1274:6
**'90s** [1] - 1263:24

**0**

**0058** [1] - 1326:4

**1**

**1** [5] - 1232:2, 1302:23, 1309:23, 1309:24, 1366:23
**1,000-barrel-a-day** [1] - 1226:10
**1,100** [2] - 1364:6, 1364:11
**1.2** [1] - 1271:20
**10** [15] - 1232:1, 1264:3, 1276:9, 1276:22, 1277:2, 1292:11, 1310:13, 1310:24, 1311:4, 1311:6, 1319:16, 1319:17, 1345:21, 1353:18, 1364:14
**10-MD-2179** [1] - 1215:7
**1036** [1] - 1215:19
**105** [1] - 1248:1
**10th** [1] - 1346:1
**11th** [4] - 1314:14, 1315:22, 1321:3, 1333:7
**12** [1] - 1266:14
**12,000** [1] - 1317:10
**12,300** [1] - 1317:9
**120** [2] - 1296:14
**1200** [3] - 1345:12, 1345:13, 1345:16
**1221** [2] - 1219:20, 1219:21

**12212.6.2** [1] - 1253:19
**1222** [2] - 1219:5, 1219:6
**1292** [1] - 1219:7
**12:15** [2] - 1373:14, 1373:17
**12:30** [1] - 1363:12, 1365:15
**13** [1] - 1221:16
**1321** [1] - 1219:8
**1327** [1] - 1219:9
**1328** [1] - 1219:10
**1363** [1] - 1219:11
**1373** [2] - 1219:12, 1219:13
**13th** [1] - 1341:19
**14** [3] - 1221:15, 1344:24, 1345:1
**14271** [1] - 1216:17
**14th** [1] - 1315:21
**15** [12] - 1276:9, 1276:22, 1277:2, 1292:12, 1310:14, 1310:24, 1311:4, 1311:7, 1349:19, 1349:20, 1349:21, 1364:14
**15th** [4] - 1248:14, 1249:7, 1315:25, 1351:1
**160,000** [1] - 1259:25
**17** [1] - 1228:1
**1773** [2] - 1297:22, 1298:6, 1298:14
**18** [1] - 1296:25
**18th** [2] - 1317:5, 1317:10
**19** [1] - 1317:12
**1904** [1] - 1358:11
**1981** [2] - 1223:16, 1224:3
**1982** [1] - 1330:20
**1989** [1] - 1223:18
**19th** [1] - 1317:5
**1:15** [1] - 1373:15

**2**

**20** [4] - 1215:6, 1226:9, 1247:25, 1266:14
**200** [1] - 1235:3
**20004** [1] - 1216:17
**20005** [1] - 1217:11
**20006** [1] - 1217:20
**2002** [2] - 1331:1, 1331:18
**20044** [1] - 1216:12

**2007** [5] - 1215:16, 1231:1, 1331:1, 1331:15, 1331:17
**201** [1] - 1239:19
**2010** [10] - 1215:6, 1303:3, 1321:21, 1332:9, 1332:21, 1333:16, 1334:12, 1334:18, 1335:24, 1336:6
**2011** [8] - 1257:1, 1268:20, 1290:9, 1333:7, 1334:24, 1341:1, 1346:11, 1372:6
**2012** [4] - 1335:4, 1344:20, 1347:4, 1347:8
**2013** [6] - 1333:11, 1335:11, 1341:16, 1344:21, 1346:1, 1352:4
**2014** [5] - 1333:8, 1335:12, 1341:17, 1341:22, 1351:1
**2015** [2] - 1215:8, 1220:2
**2020** [1] - 1217:20
**20th** [2] - 1232:1, 1320:25
**210-foot** [1] - 1259:5
**21st** [1] - 1248:13
**220** [1] - 1364:12
**222** [1] - 1228:22
**22nd** [1] - 1303:2
**23rd** [5] - 1313:16, 1313:24, 1314:2, 1314:23, 1315:1
**24** [2] - 1245:13, 1275:17
**25** [1] - 1321:21
**26** [6] - 1215:8, 1220:2, 1223:7, 1224:9, 1275:17, 1317:15
**260,000** [1] - 1269:24
**264** [1] - 1269:12
**266** [1] - 1248:2
**26th** [1] - 1309:11
**27** [1] - 1317:15
**29** [2] - 1221:15, 1317:15
**2nd** [1] - 1317:15

**3**

**3** [19] - 1261:11, 1275:19, 1319:17, 1335:6, 1340:9,

**1340**:19, 1340:20, 1341:24, 1342:1, 1343:18, 1344:4, 1344:7, 1344:18, 1347:4, 1348:1, 1349:15, 1349:18, 1354:24, 1365:3
**3,000** [1] - 1317:12
**3.19** [3] - 1271:20, 1278:3, 1278:11
**30** [1] - 1221:15
**300** [1] - 1217:6
**309-plus** [1] - 1270:8
**31** [2] - 1221:16, 1221:17
**310,000** [1] - 1270:4
**32** [1] - 1220:12
**33** [1] - 1291:18
**33,000** [1] - 1229:15
**33,500** [1] - 1229:4
**3300** [1] - 1317:9
**34694** [1] - 1267:19
**34695** [1] - 1269:7
**355** [1] - 1217:23
**37** [4] - 1271:15, 1271:21, 1273:7, 1277:23
**38** [1] - 1312:17
**3rd** [2] - 1303:3, 1334:12

**4**

**4** [1] - 1221:17
**4.19** [1] - 1278:9
**40** [5] - 1243:15, 1298:9, 1319:11, 1319:14, 1320:19
**40,000** [1] - 1349:25
**412** [3] - 1268:5, 1294:17, 1295:4
**43.9** [1] - 1278:10
**44,000** [1] - 1249:7
**4400** [1] - 1217:23
**4500** [1] - 1228:18
**48** [2] - 1348:3, 1349:17

**5**

**5** [3] - 1215:22, 1254:20, 1290:9
**5,000** [3] - 1226:9, 1260:16, 1320:19
**50** [1] - 1243:15
**500** [2] - 1218:4, 1360:5
**5000** [1] - 1217:15

**504** [1] - 1218:5
**51** [2] - 1285:17, 1285:22
**538,000** [1] - 1226:15
**54** [1] - 1356:21
**56** [1] - 1221:17
**589-7779** [1] - 1218:5

**6**

**6** [5] - 1263:22, 1264:7, 1281:3, 1321:25, 1322:3
**6,000** [1] - 1303:5
**60** [2] - 1232:9, 1261:13
**60654** [1] - 1217:7
**655** [1] - 1217:10
**67** [5] - 1277:18, 1278:4, 1278:6, 1278:13, 1278:18

**7**

**700** [1] - 1227:25
**700,000** [1] - 1243:9
**701** [2] - 1216:22, 1217:14
**70130** [2] - 1216:23, 1218:5
**70139** [1] - 1217:15
**75** [1] - 1274:10
**76** [1] - 1259:10
**7611** [1] - 1216:12
**770,000** [2] - 1268:10, 1268:11

**8**

**8** [1] - 1275:4
**8/26** [1] - 1253:14
**80** [1] - 1229:19
**800** [2] - 1259:22, 1331:8
**85** [1] - 1250:23
**8:00** [1] - 1215:8

**9**

**9/11** [3] - 1226:23, 1227:6, 1230:14
**90** [2] - 1281:10, 1320:6
**90071** [1] - 1217:24
**9104.58** [2] - 1325:2, 1325:21
**9182.87.1.US** [1] -

1317:20
**97** [3] - 1319:16, 1319:17, 1320:6
**99** [1] - 1281:10
**9:52** [1] - 1292:14

# A

**A.M** [1] - 1215:8
**a.m** [1] - 1292:14
**abide** [2] - 1360:19, 1362:1
**ABIGAIL** [1] - 1216:7
**ability** [7] - 1237:1, 1239:2, 1245:13, 1259:2, 1291:10, 1301:18, 1374:8
**able** [1] - 1291:8
**ABOVE** [2] - 1219:20, 1219:21
**above-entitled** [1] - 1374:9
**ABOVE-MENTIONED** [2] - 1219:20, 1219:21
**above-mentioned** [2] - 1221:4, 1221:11
**aboveboard** [1] - 1300:23
**abreast** [1] - 1233:6
**abrupt** [1] - 1315:6
**absolutely** [9] - 1231:25, 1232:15, 1243:2, 1247:8, 1248:7, 1258:2, 1288:2, 1288:14, 1324:24
**academic** [1] - 1362:25
**academics** [1] - 1362:17
**Academy** [2] - 1223:16, 1224:3
**accelerate** [1] - 1308:20
**accelerated** [3] - 1263:11, 1305:18, 1308:20
**accelerates** [1] - 1305:22
**accepted** [4] - 1230:7, 1233:18, 1271:9, 1276:25
**access** [3] - 1289:6, 1289:8, 1308:25
**accessible** [1] - 1237:19
**accident** [6] - 1328:22, 1328:24,

1331:25, 1351:11, 1362:13, 1366:25
**accommodations** [1] - 1264:17
**according** [1] - 1221:13
**accordingly** [2] - 1237:17, 1298:12
**account** [1] - 1360:23
**accountable** [1] - 1275:17
**accountants** [1] - 1373:9
**accreditation** [1] - 1223:24
**accuracy** [1] - 1276:2
**accurately** [1] - 1340:18
**achieved** [3] - 1277:19, 1288:19, 1291:21
**achieving** [2] - 1256:19, 1268:16
**acknowledge** [3] - 1341:25, 1354:10, 1369:7
**acknowledgment** [2] - 1252:3, 1290:20
**Act** [1] - 1368:18
**act** [4] - 1236:24, 1237:3, 1241:6, 1332:13
**Acting** [1] - 1226:23
**acting** [2] - 1227:2, 1248:3
**Action** [2] - 1270:6, 1319:15
**ACTION** [1] - 1215:7
**action** [3] - 1299:8, 1300:2, 1300:8
**actionable** [4] - 1310:1, 1334:20, 1336:2, 1337:10
**actions** [8] - 1239:13, 1271:4, 1280:16, 1286:19, 1289:19, 1305:7, 1344:9, 1365:12
**activated** [2] - 1242:6, 1242:7
**activating** [1] - 1231:23
**active** [12] - 1232:16, 1303:18, 1321:23, 1322:9, 1335:10, 1345:25, 1346:3, 1346:10, 1351:1, 1351:4, 1351:8, 1351:16
**actively** [1] - 1332:9

**activities** [6] - 1280:15, 1280:16, 1305:6, 1305:12, 1340:23, 1347:19
**activity** [12] - 1225:13, 1225:18, 1227:10, 1227:13, 1245:16, 1249:20, 1275:11, 1281:10, 1333:9, 1337:17, 1347:21, 1350:12
**actual** [2] - 1267:22, 1302:11
**adapt** [1] - 1255:4
**adaptation** [1] - 1255:2
**adapting** [2] - 1237:4, 1242:10
**add** [3] - 1300:22, 1314:4, 1353:8
**added** [1] - 1301:8
**adding** [1] - 1314:6
**addition** [6] - 1228:22, 1232:23, 1234:4, 1259:20, 1273:8, 1314:11
**additional** [6] - 1272:14, 1278:17, 1289:18, 1319:4, 1340:6, 1340:22
**additionally** [1] - 1223:20
**additive** [1] - 1312:25
**address** [10] - 1236:4, 1273:15, 1279:16, 1331:20, 1337:7, 1339:17, 1352:15, 1358:13, 1358:15, 1359:5
**addressed** [1] - 1325:18
**addressing** [2] - 1334:10, 1347:16
**adequacy** [1] - 1261:3
**adequately** [1] - 1354:9
**adjusted** [1] - 1271:7
**adjustment** [2] - 1278:5, 1278:7
**adjustments** [1] - 1280:1
**Admiral** [15] - 1240:13, 1245:14, 1253:5, 1253:7, 1253:8, 1261:10, 1290:10, 1290:18, 1309:25, 1314:18, 1319:6, 1322:4, 1334:15, 1335:19, 1336:1

**admiral** [3] - 1245:21, 1253:16, 1261:22
**admirals** [2] - 1235:4, 1304:12
**admissible** [2] - 1336:15, 1360:11
**admitted** [4] - 1221:1, 1221:4, 1221:9, 1221:11
**ADMITTED.........** [1] - 1219:20
**ADMITTED.............** [1] - 1219:21
**advancing** [1] - 1301:2
**advantage** [1] - 1240:12
**advertised** [1] - 1301:20
**advice** [2] - 1323:14, 1324:1
**advise** [1] - 1284:25
**advisement** [1] - 1276:15
**Advisory** [1] - 1335:5
**aerial** [10] - 1264:16, 1312:3, 1316:2, 1316:7, 1319:10, 1319:13, 1319:24, 1343:7, 1343:12, 1343:24
**aerially** [2] - 1263:2, 1345:14
**affairs** [1] - 1297:9
**affected** [2] - 1262:12, 1301:14
**age** [2] - 1330:3, 1330:10
**agencies** [9] - 1241:9, 1245:23, 1250:9, 1263:21, 1289:23, 1309:12, 1324:6, 1324:9, 1355:15
**agency** [1] - 1285:12
**aggressive** [3] - 1240:2, 1262:22, 1288:1
**ago** [2] - 1250:13, 1317:24
**agree** [62] - 1239:5, 1240:14, 1251:17, 1255:22, 1255:23, 1256:9, 1260:4, 1260:5, 1262:23, 1270:21, 1280:5, 1281:12, 1293:9, 1293:15, 1295:1, 1295:8, 1296:23, 1297:1, 1297:3, 1298:13, 1299:22,

1300:13, 1303:5, 1304:2, 1304:6, 1305:13, 1305:24, 1306:2, 1306:13, 1306:25, 1307:16, 1308:2, 1308:22, 1309:13, 1310:22, 1311:3, 1311:6, 1311:9, 1313:9, 1314:1, 1314:21, 1315:7, 1315:10, 1315:13, 1315:19, 1317:7, 1318:1, 1318:10, 1318:14, 1318:15, 1318:18, 1319:10, 1319:13, 1320:2, 1320:16, 1322:13, 1322:22, 1330:9, 1330:11, 1361:1, 1364:6, 1369:1
**agreed** [16] - 1272:2, 1272:4, 1277:24, 1277:25, 1313:15, 1313:19, 1313:20, 1314:4, 1347:23, 1356:16, 1356:24, 1357:5, 1360:18, 1361:8, 1361:10, 1362:17
**agreeing** [1] - 1288:3
**agreement** [15] - 1268:19, 1287:10, 1355:5, 1359:2, 1359:3, 1359:18, 1359:19, 1359:22, 1360:1, 1360:13, 1361:11, 1361:20, 1362:5, 1370:20
**agreements** [1] - 1356:17
**ahead** [9] - 1248:17, 1292:10, 1292:17, 1339:14, 1360:21, 1360:22, 1362:10, 1363:13, 1369:11
**aid** [1] - 1303:10
**aids** [1] - 1303:11
**Air** [1] - 1295:3
**air** [7] - 1229:21, 1262:13, 1283:5, 1283:6, 1283:21, 1284:10, 1284:12
**Airborne** [1] - 1265:20
**airborne** [1] - 1229:4
**aircraft** [13] - 1265:4, 1266:13, 1266:14, 1266:16, 1266:17, 1266:18, 1267:12, 1268:3, 1268:6,

1295:1, 1295:2, 1295:3, 1295:6
**airplanes** [1] - 1266:22
**AIS** [1] - 1266:1
**Alabama** [10] - 1329:23, 1330:2, 1330:14, 1335:11, 1340:11, 1345:4, 1353:1, 1356:20, 1367:17
**Alaska** [1] - 1233:4
**all-encompassing** [1] - 1266:1
**ALLAN** [1] - 1216:20
**allegation** [1] - 1279:3
**alleged** [1] - 1311:18
**Allen** [2] - 1245:14, 1334:15
**Allen's** [1] - 1335:20
**alliance** [1] - 1359:4
**allow** [4] - 1223:24, 1248:17, 1263:24, 1356:8
**allowed** [2] - 1275:3, 1359:19
**allowing** [2] - 1307:11, 1343:24
**allows** [1] - 1252:20
**almost** [6] - 1229:12, 1251:13, 1265:1, 1296:24, 1303:5, 1349:23
**alone** [2] - 1290:20, 1300:19
**alternate** [1] - 1243:13
**alternative** [1] - 1308:10
**altitude** [1] - 1268:1
**Alvin** [2] - 1230:3, 1230:9
**AMANT** [1] - 1216:22
**amenities** [1] - 1245:12
**amenity** [1] - 1346:13
**America** [5] - 1262:17, 1371:10, 1371:13, 1371:17, 1371:19
**AMERICA** [2] - 1215:11, 1216:3
**Amoco** [1] - 1330:19
**amount** [20] - 1245:16, 1249:1, 1249:4, 1256:15, 1257:12, 1268:12, 1275:2, 1280:18, 1283:16, 1294:5, 1296:17, 1298:4, 1298:5, 1306:23, 1316:5, 1318:19, 1318:23,

1323:1, 1347:10, 1362:14
**amounts** [2] - 1296:12, 1342:16
**Anadarko** [5] - 1220:17, 1221:5, 1296:21, 1296:23, 1297:4
**ANADARKO** [3] - 1215:14, 1215:15, 1217:17
**Analyses** [1] - 1327:7
**analysis** [18] - 1235:20, 1238:12, 1272:13, 1273:4, 1273:9, 1273:21, 1276:11, 1286:15, 1301:23, 1302:13, 1307:25, 1308:3, 1308:13, 1309:21, 1310:5, 1311:17, 1326:13, 1334:19
**analyze** [1] - 1277:15
**AND** [2] - 1215:19, 1217:3
**ANDRE** [1] - 1216:7
**ANDREW** [1] - 1217:4
**ANGELES** [1] - 1217:24
**animals** [1] - 1307:12
**announcement** [1] - 1221:13
**annual** [2] - 1230:11, 1296:18
**answer** [8] - 1297:1, 1304:6, 1325:5, 1337:4, 1343:1, 1357:23, 1362:9, 1362:12
**answering** [1] - 1310:4
**anticipated** [1] - 1299:13
**anyway** [1] - 1263:6
**APICOM** [1] - 1233:1
**apologies** [1] - 1326:3
**apologize** [2] - 1316:16, 1349:8
**appear** [3] - 1288:21, 1314:3, 1315:1
**APPEARANCES** [3] - 1216:1, 1217:1, 1218:1
**appendix** [1] - 1316:18
**apples** [2] - 1273:19
**application** [9] - 1265:8, 1295:16, 1312:3, 1316:2, 1317:8, 1317:16,

1319:10, 1319:13, 1324:23
**applications** [3] - 1257:11, 1316:8, 1319:24
**applied** [6] - 1265:10, 1278:10, 1305:16, 1316:6, 1318:3, 1318:19
**apply** [2] - 1238:8, 1308:6
**appreciate** [1] - 1246:25
**approach** [7] - 1257:20, 1257:24, 1264:18, 1267:5, 1284:20, 1285:5, 1288:25
**approached** [1] - 1289:1
**appropriate** [9] - 1227:17, 1239:20, 1247:19, 1257:24, 1258:1, 1278:7, 1299:21, 1324:10, 1365:8
**appropriately** [3] - 1237:3, 1267:13, 1269:15
**appropriations** [1] - 1289:16
**approve** [2] - 1223:25, 1289:18
**approved** [3] - 1240:22, 1241:24, 1255:14
**approves** [1] - 1241:24
**approving** [1] - 1255:13
**APRIL** [1] - 1215:6
**April** [6] - 1248:13, 1303:2, 1320:25, 1333:8, 1335:12, 1351:1
**Aransas** [1] - 1231:14
**architecture** [2] - 1223:17, 1223:19
**Area** [6] - 1247:15, 1279:15, 1279:21, 1316:12, 1319:5, 1322:11
**area** [29] - 1223:5, 1226:18, 1228:2, 1243:14, 1244:7, 1260:18, 1264:1, 1269:22, 1283:22, 1298:16, 1300:2, 1313:16, 1314:17, 1315:16, 1325:14,

1330:23, 1337:20, 1338:17, 1339:1, 1339:4, 1339:7, 1347:22, 1349:14, 1351:19, 1352:5, 1353:7, 1354:15, 1354:25, 1358:11
**area-wide** [1] - 1330:23
**areas** [47] - 1235:24, 1249:3, 1252:25, 1257:13, 1267:6, 1267:7, 1270:18, 1285:1, 1298:11, 1299:4, 1299:5, 1299:6, 1299:22, 1308:6, 1318:11, 1339:22, 1341:15, 1341:18, 1343:9, 1343:11, 1343:13, 1343:19, 1344:7, 1344:9, 1344:22, 1344:24, 1345:1, 1347:5, 1347:6, 1347:20, 1347:24, 1348:1, 1348:3, 1348:13, 1348:14, 1348:19, 1348:21, 1349:16, 1349:17, 1349:18, 1349:19, 1350:4, 1350:5, 1364:25
**arena** [2] - 1287:23, 1289:17
**arguing** [1] - 1368:16
**argument** [2] - 1361:22, 1361:24
**arranging** [2] - 1249:10, 1249:14
**arrive** [1] - 1277:20
**arrow** [1] - 1338:21
**ashore** [2] - 1351:10, 1353:12
**aspect** [3] - 1229:13, 1239:23, 1362:20
**assemblance** [1] - 1251:16
**assemble** [1] - 1243:11
**assembled** [1] - 1324:4
**asserted** [1] - 1318:25
**assertion** [1] - 1305:1
**assess** [1] - 1282:2
**assessment** [14] - 1235:5, 1235:9, 1239:18, 1280:13, 1289:10, 1298:19, 1333:3, 1355:20, 1355:21, 1355:23,

1356:6, 1359:8, 1365:10, 1365:13
**Assessment** [1] - 1348:17
**ASSET** [1] - 1215:16
**asset** [1] - 1258:25
**assignment** [2] - 1227:4, 1332:13
**assignments** [2] - 1224:5, 1224:8
**assimilate** [2] - 1237:17, 1288:1
**assimilated** [1] - 1254:6
**assistance** [1] - 1332:5
**Assistant** [1] - 1296:5
**assists** [1] - 1241:3
**associated** [3] - 1283:19, 1307:7, 1307:17
**Associates** [7] - 1222:16, 1231:7, 1231:20, 1295:23, 1296:1, 1296:2, 1297:8
**Association** [1] - 1233:2
**assumed** [2] - 1227:5, 1228:11
**assuming** [2] - 1312:14, 1368:8
**assumption** [2] - 1279:24, 1280:2
**assuring** [1] - 1282:8
**asterisk** [1] - 1270:3
**astounded** [1] - 1245:19
**asymptote** [1] - 1339:25
**atmosphere** [2] - 1306:3, 1306:13
**attack** [1] - 1273:10
**attempts** [2] - 1312:24, 1316:2
**attention** [3] - 1282:15, 1283:25, 1317:4
**attenuation** [2] - 1299:7, 1299:23
**attest** [1] - 1273:7
**Auburn** [1] - 1329:22
**audience** [1] - 1252:5
**auger** [2] - 1348:8, 1350:14
**augering** [2] - 1347:24, 1350:8
**August** [6] - 1321:21, 1332:9, 1332:21, 1334:12, 1335:15,

4

1347:7
**Austin** [3] - 1220:23, 1240:13, 1314:18
**Austin's** [1] - 1319:6
**Australia** [1] - 1274:10
**authorities** [1] - 1228:4
**authority** [8] - 1240:9, 1263:15, 1264:4, 1285:17, 1285:23, 1286:16, 1309:2, 1372:15
**authorization** [1] - 1309:1
**authorized** [1] - 1316:14
**available** [13] - 1237:20, 1263:10, 1266:12, 1273:18, 1277:4, 1277:13, 1277:18, 1278:4, 1278:13, 1279:18, 1299:14, 1306:23, 1361:25
**AVENUE** [1] - 1217:23
**average** [4] - 1276:21, 1311:4, 1311:6, 1345:20
**award** [2] - 1230:3, 1230:9
**awards** [1] - 1230:4
**aware** [3] - 1304:9, 1370:19, 1372:21
**awareness** [1] - 1247:8
**awesome** [1] - 1250:4

## B

**bachelor** [1] - 1223:17
**Bachelor's** [1] - 1329:21
**backed** [3] - 1314:17, 1314:18
**backfill** [1] - 1228:23
**background** [7] - 1223:11, 1224:12, 1236:9, 1314:8, 1329:16, 1329:20, 1336:22
**backwash** [1] - 1338:19
**bad** [1] - 1220:9
**bag** [1] - 1345:7
**ball** [4] - 1314:1, 1314:5, 1314:8, 1314:23
**balling** [1] - 1364:20
**balls** [9] - 1313:7,

1313:12, 1313:15, 1313:20, 1314:6, 1314:12, 1339:23, 1341:9, 1341:15
**band** [5] - 1285:10, 1285:12, 1285:14, 1303:11, 1308:22
**band-aids** [1] - 1303:11
**bands** [1] - 1260:23
**bank** [1] - 1289:13
**Barbier** [21] - 1222:14, 1234:18, 1235:17, 1236:20, 1238:18, 1244:18, 1248:21, 1250:15, 1251:25, 1259:17, 1261:15, 1266:23, 1271:15, 1273:1, 1273:16, 1277:20, 1282:14, 1323:23, 1329:19, 1338:9, 1346:25
**BARBIER** [1] - 1215:23
**barometer** [2] - 1230:19, 1230:22
**barrel** [1] - 1226:9
**barrels** [7] - 1259:25, 1268:10, 1268:11, 1269:24, 1270:4, 1271:8, 1271:20
**barrier** [3] - 1347:12, 1347:25, 1348:10
**bars** [6] - 1313:2, 1313:5, 1313:7, 1313:17, 1314:25
**base** [1] - 1224:23
**based** [26] - 1231:11, 1238:11, 1255:13, 1270:6, 1277:7, 1271:16, 1273:13, 1281:23, 1291:18, 1296:11, 1296:16, 1307:25, 1313:11, 1315:10, 1326:13, 1327:6, 1334:18, 1335:6, 1339:11, 1339:16, 1344:9, 1347:24, 1351:5, 1354:6, 1354:11, 1362:22
**baseline** [2] - 1234:25, 1235:14
**bases** [2] - 1265:4, 1267:13
**basic** [5] - 1239:19, 1254:18, 1271:18, 1280:7, 1303:10
**basis** [2] - 1230:11, 1255:24, 1255:25,

1276:9, 1296:18, 1315:14, 1359:14
**Baton** [2] - 1309:11, 1324:6
**battle** [1] - 1245:11
**Beach** [1] - 1345:10
**beach** [7] - 1306:18, 1308:11, 1338:12, 1338:14, 1338:18, 1346:13, 1346:14
**beaches** [1] - 1353:20
**bear** [1] - 1251:2
**became** [7] - 1303:6, 1332:1, 1340:9, 1359:25, 1361:5, 1362:13, 1372:14
**become** [10] - 1263:9, 1263:10, 1329:25, 1330:17, 1334:22, 1335:5, 1339:5, 1362:9
**beer** [1] - 1220:15
**BEFORE** [1] - 1215:23
**began** [2] - 1239:16, 1243:14
**begin** [3] - 1221:19, 1356:4, 1356:5
**beginning** [1] - 1241:7
**beginnings** [1] - 1239:17
**begins** [6] - 1236:23, 1260:10, 1282:17, 1282:25, 1283:11, 1314:14
**behalf** [3] - 1221:5, 1320:7, 1355:16
**Belcan** [1] - 1332:11
**believes** [1] - 1355:25
**below** [3] - 1226:15, 1349:13, 1350:1
**benchmark** [2] - 1310:14, 1310:16
**beneficial** [4] - 1356:1, 1359:15, 1361:2, 1362:5
**benefit** [13] - 1235:16, 1251:24, 1307:13, 1307:15, 1307:25, 1308:3, 1308:9, 1308:10, 1308:13, 1356:7, 1356:11, 1357:8, 1369:8
**benefits** [3] - 1356:3, 1367:9, 1367:11
**berm** [1] - 1339:7
**Bertel** [2] - 1230:3, 1230:9
**best** [11] - 1239:2, 1251:10, 1259:2, 1273:9, 1286:3,

1309:19, 1322:2, 1323:14, 1350:11, 1350:13, 1374:8
**better** [8] - 1237:5, 1273:20, 1301:9, 1323:2, 1323:6, 1326:5, 1330:7, 1362:18
**between** [11] - 1225:22, 1305:2, 1307:10, 1311:14, 1324:22, 1326:14, 1338:16, 1339:7, 1359:3, 1359:24, 1362:17
**beyond** [8] - 1242:9, 1310:2, 1320:3, 1353:8, 1367:23, 1367:24, 1368:25, 1369:24
**big** [5] - 1232:5, 1290:24, 1313:23, 1322:19
**bigger** [1] - 1317:18
**biggest** [2] - 1293:5, 1293:8
**bill** [1] - 1373:9
**Bill** [1] - 1363:25
**billing** [1] - 1246:3
**billion** [7] - 1289:7, 1289:14, 1290:21, 1290:23, 1355:8, 1360:10, 1366:23
**BINGHAM** [1] - 1217:18
**biodegradation** [3] - 1263:11, 1305:19, 1308:20
**bird** [1] - 1358:6
**bit** [9] - 1223:4, 1242:23, 1295:20, 1304:17, 1315:4, 1317:14, 1329:15, 1333:13, 1350:15
**blow** [1] - 1318:7
**blown** [1] - 1290:23
**blowout** [4] - 1226:8, 1271:14, 1293:18, 1320:25
**blowouts** [1] - 1274:4
**blows** [1] - 1260:13
**blue** [3] - 1348:11, 1348:13, 1349:4
**blueprint** [1] - 1241:5
**board** [7] - 1297:4, 1297:7, 1297:13, 1334:2, 1334:5, 1346:2, 1351:2
**boat** [2] - 1299:1, 1299:6

**boats** [1] - 1259:5
**Bob** [2] - 1371:21, 1371:22
**BOCKIUS** [1] - 1217:22
**body** [1] - 1263:20
**boom** [2] - 1249:1, 1269:15
**booming** [1] - 1246:12
**bottom** [6] - 1257:9, 1316:1, 1318:5, 1318:6, 1318:11, 1346:2
**BOX** [2] - 1216:12, 1216:17
**BP** [121] - 1215:13, 1217:3, 1221:21, 1222:20, 1231:23, 1233:9, 1236:22, 1238:20, 1239:15, 1239:25, 1240:13, 1240:17, 1242:1, 1242:25, 1243:17, 1245:9, 1245:25, 1246:3, 1247:18, 1248:23, 1249:13, 1249:16, 1249:18, 1249:21, 1249:23, 1250:6, 1250:8, 1250:16, 1250:23, 1251:7, 1252:17, 1253:15, 1254:14, 1254:25, 1255:17, 1256:7, 1258:4, 1266:10, 1271:24, 1282:2, 1282:7, 1283:22, 1284:4, 1284:25, 1285:1, 1286:21, 1287:1, 1287:14, 1288:11, 1289:1, 1289:21, 1290:21, 1291:8, 1293:18, 1293:23, 1295:5, 1296:19, 1296:23, 1297:4, 1300:19, 1300:24, 1300:25, 1301:15, 1301:17, 1303:1, 1327:19, 1328:22, 1329:9, 1329:12, 1330:17, 1331:23, 1332:20, 1337:15, 1337:21, 1339:16, 1340:2, 1340:16, 1340:24, 1341:24, 1342:6, 1342:17, 1343:17, 1346:3, 1347:22, 1351:25, 1352:14, 1352:18, 1352:21, 1353:5,

1353:11, 1353:17, 1353:19, 1353:22, 1354:1, 1354:19, 1355:7, 1355:25, 1358:22, 1359:3, 1359:9, 1359:13, 1360:18, 1360:25, 1361:1, 1361:2, 1361:4, 1362:4, 1362:17, 1365:19, 1366:22, 1367:1, 1367:12, 1368:2, 1370:19, 1371:10, 1371:13, 1371:17, 1371:19, 1371:25, 1372:14

**BP's** [25] - 1221:19, 1223:1, 1236:10, 1238:8, 1238:11, 1252:15, 1265:13, 1284:3, 1284:6, 1288:25, 1289:19, 1301:13, 1328:24, 1331:4, 1332:13, 1332:16, 1332:18, 1342:13, 1350:19, 1352:9, 1354:7, 1354:8, 1363:4, 1363:7, 1368:8

**BP-produced** [1] - 1303:1

**BP/Anadarko** [1] - 1221:16

**BPXP** [11] - 1222:18, 1222:20, 1243:13, 1301:18, 1329:13, 1356:15, 1363:4, 1372:11, 1372:20, 1373:7, 1373:10

**Bradon** [1] - 1363:25

**BRANCH** [1] - 1216:15

**Brandon** [2] - 1292:18, 1292:23

**BRANDON** [1] - 1216:9

**BRANSCOME** [1] - 1217:10

**break** [3] - 1295:5, 1295:7, 1338:25

**Breton** [2] - 1358:4, 1358:8

**brief** [2] - 1322:6, 1369:6

**briefly** [6] - 1223:14, 1230:4, 1235:16, 1238:15, 1321:9, 1358:1

**bring** [11] - 1242:21, 1251:2, 1251:5,

---

1294:13, 1302:19, 1303:20, 1310:19, 1311:23, 1317:19, 1319:19, 1355:3

**bringing** [5] - 1243:25, 1250:18, 1250:19, 1286:1

**brings** [1] - 1240:10

**Britain** [1] - 1233:4

**broad** [1] - 1224:23

**BROCK** [53] - 1217:9, 1220:11, 1220:14, 1220:17, 1220:25, 1221:20, 1222:11, 1233:9, 1233:20, 1244:24, 1245:3, 1245:5, 1246:20, 1292:8, 1321:9, 1321:12, 1325:13, 1326:3, 1326:7, 1327:14, 1327:19, 1328:9, 1328:13, 1330:3, 1330:7, 1330:11, 1330:13, 1330:16, 1336:19, 1336:24, 1337:6, 1337:8, 1339:15, 1349:11, 1349:12, 1357:16, 1357:21, 1360:16, 1360:24, 1361:8, 1361:16, 1361:24, 1362:4, 1362:11, 1363:9, 1367:20, 1368:13, 1368:20, 1369:5, 1369:24, 1373:3, 1373:5, 1373:11

**Brock** [6] - 1326:1, 1327:17, 1328:10, 1330:9, 1357:10, 1368:6

**BROCK**................... [2] - 1219:8, 1219:12

**BROCK**................... [2] - 1219:6, 1219:10

**broke** [1] - 1339:3

**brought** [15] - 1240:14, 1251:4, 1251:7, 1251:12, 1252:4, 1254:5, 1259:4, 1259:21, 1265:16, 1265:18, 1283:17, 1294:11, 1295:17, 1295:18, 1352:14

**brown** [1] - 1358:6

**bruises** [1] - 1303:11

**BSEE** [1] - 1241:24

**Budget** [1] - 1316:18

**build** [4] - 1248:17,

---

1272:24, 1273:3, 1342:10

**building** [2] - 1254:25, 1342:23

**built** [4] - 1248:21, 1259:1, 1266:17, 1346:8

**bulk** [1] - 1335:17

**bullet** [5] - 1225:24, 1226:22, 1340:18, 1345:24, 1350:25

**bullets** [1] - 1340:20

**bumps** [1] - 1303:11

**buried** [15] - 1333:6, 1333:25, 1335:7, 1343:17, 1344:3, 1345:2, 1345:11, 1347:1, 1347:2, 1347:11, 1347:15, 1347:18, 1350:20, 1350:23, 1354:17

**Burn** [1] - 1326:24

**burn** [5] - 1269:16, 1270:3, 1281:3, 1281:5, 1306:2

**burned** [3] - 1269:25, 1270:4, 1326:21

**burning** [33] - 1241:19, 1257:10, 1257:16, 1267:7, 1269:6, 1269:9, 1269:10, 1269:18, 1270:13, 1271:19, 1272:10, 1274:14, 1275:1, 1276:6, 1279:7, 1280:20, 1280:21, 1280:22, 1281:8, 1281:14, 1281:18, 1282:21, 1283:3, 1301:6, 1305:4, 1305:10, 1305:24, 1306:5, 1306:6, 1322:15, 1322:24, 1324:3, 1326:17

**burns** [1] - 1269:23

**business** [1] - 1371:10

**businesses** [2] - 1331:10, 1331:12

**BY** [37] - 1215:5, 1216:5, 1216:15, 1216:20, 1217:4, 1217:9, 1217:13, 1217:19, 1217:23, 1218:7, 1218:7, 1219:6, 1219:7, 1219:8, 1219:10, 1219:11, 1219:12, 1222:11, 1233:20,

---

1245:5, 1246:20, 1292:21, 1321:12, 1325:13, 1326:7, 1328:13, 1330:16, 1337:8, 1339:15, 1349:12, 1357:21, 1360:24, 1362:11, 1363:18, 1369:12, 1370:16, 1373:5

## C

**C-130** [1] - 1266:16

**CA** [1] - 1217:24

**calculated** [1] - 1271:16

**calculating** [1] - 1306:23

**calculation** [2] - 1277:23, 1278:2

**calculations** [2] - 1270:7, 1276:2

**Calculator** [1] - 1316:19

**CALLED** [1] - 1220:3

**callout** [18] - 1251:21, 1253:13, 1266:6, 1279:22, 1302:19, 1310:19, 1310:23, 1317:5, 1317:19, 1317:21, 1318:8, 1318:11, 1324:17, 1325:22, 1326:8, 1327:6, 1336:1, 1355:4

**callouts** [2] - 1281:1, 1287:9

**CAMP** [1] - 1216:22

**Canada** [1] - 1233:4

**cannot** [1] - 1307:21

**cap** [6] - 1289:15, 1289:16, 1289:22, 1290:2, 1290:23

**capabilities** [2] - 1232:20, 1232:21

**capable** [2] - 1237:16, 1287:25

**capacity** [2] - 1242:19, 1330:21

**capped** [2] - 1249:4, 1315:25

**capstone** [1] - 1257:7

**CAPTAIN** [2] - 1219:5, 1222:2

**Captain** [44] - 1221:21, 1222:7, 1222:12, 1222:15, 1224:15, 1224:17, 1226:23, 1227:2,

---

1227:4, 1227:6, 1228:4, 1233:10, 1233:22, 1236:19, 1238:1, 1246:21, 1248:20, 1253:20, 1260:1, 1275:21, 1278:23, 1280:10, 1282:13, 1288:11, 1288:16, 1288:17, 1291:17, 1292:8, 1292:22, 1304:19, 1305:3, 1314:18, 1314:19, 1318:8, 1321:13, 1321:23, 1324:20, 1325:3, 1325:7, 1325:14, 1327:14, 1340:8, 1341:2, 1344:19

**Captains** [1] - 1225:10

**captains** [1] - 1235:4

**car** [1] - 1306:5

**carbon** [3] - 1306:8, 1306:9, 1306:11

**care** [4] - 1300:3, 1300:6, 1300:8, 1307:6

**career** [6] - 1223:6, 1224:14, 1224:19, 1225:11, 1291:22

**careers** [1] - 1279:8

**careful** [1] - 1357:12

**cargo** [3] - 1226:14, 1260:13, 1275:8

**CARL** [1] - 1215:23

**carried** [1] - 1301:8

**carries** [1] - 1283:2

**carry** [2] - 1228:4, 1288:8

**case** [33] - 1221:19, 1222:18, 1222:24, 1230:13, 1230:16, 1232:25, 1233:24, 1238:19, 1240:18, 1242:23, 1244:23, 1254:11, 1257:19, 1260:1, 1263:2, 1263:22, 1267:11, 1276:16, 1287:20, 1300:19, 1303:23, 1304:10, 1329:10, 1339:2, 1350:13, 1351:16, 1357:13, 1357:18, 1360:23, 1362:6, 1370:4, 1372:3

**cases** [2] - 1345:22, 1349:22

**CASEY** [1] - 1216:6

**categories** [1] - 1251:13

---

categorize [1] - 1227:15
category [1] - 1224:25
CATHY [1] - 1218:3
Cathy [2] - 1374:3, 1374:13
cathy_Pepper@laed. uscourts.gov [1] - 1218:6
Cathy_Pepper@laed .uscourts.gov [1] - 1374:15
causes [1] - 1281:14
caution [1] - 1357:15
cavalierly [1] - 1309:3
CCR [2] - 1218:3, 1374:13
CDC [1] - 1284:18
center [2] - 1245:9, 1246:4
Center [6] - 1242:9, 1281:4, 1294:22, 1346:8, 1351:12, 1351:19
certain [22] - 1235:24, 1261:19, 1263:5, 1263:21, 1264:4, 1283:14, 1286:7, 1289:8, 1289:9, 1298:11, 1300:11, 1302:18, 1307:20, 1308:6, 1310:12, 1313:12, 1316:10, 1316:12, 1318:3, 1325:17
certainly [18] - 1228:21, 1230:7, 1232:10, 1250:24, 1251:6, 1253:16, 1254:23, 1259:21, 1269:5, 1275:6, 1282:17, 1294:7, 1297:21, 1300:16, 1303:13, 1305:6, 1309:17, 1336:21
CERTIFICATE [1] - 1374:1
CERTIFIED [1] - 1218:3
Certified [3] - 1374:3, 1374:4, 1374:13
certify [1] - 1374:7
Chair [2] - 1321:25, 1322:4
chairman [1] - 1233:1
CHAKERES [1] - 1216:8
challenged [1] - 1331:19
challenges [2] -

1261:6, 1275:8
chance [1] - 1349:18
Chang [1] - 1372:19
change [2] - 1314:5, 1318:25
changed [2] - 1332:3, 1372:15
changes [1] - 1319:7
changing [3] - 1295:20, 1301:10, 1304:16
characteristic [1] - 1302:5
characteristics [3] - 1236:13, 1236:21, 1237:24
characterization [1] - 1365:8
characterize [1] - 1259:16
charge [1] - 1228:5
charged [1] - 1373:6
Charles [1] - 1221:6
Charlie [1] - 1312:6
chart [33] - 1248:11, 1248:20, 1250:12, 1261:11, 1304:23, 1306:24, 1312:2, 1312:6, 1312:12, 1312:17, 1312:20, 1312:23, 1312:24, 1313:2, 1313:9, 1313:17, 1313:22, 1314:22, 1315:2, 1315:7, 1315:19, 1315:24, 1316:1, 1317:7, 1317:23, 1318:2, 1318:4, 1318:9, 1318:13, 1318:18, 1318:22, 1326:10, 1348:25
charted [1] - 1235:8
charter [1] - 1340:20
chartered [4] - 1335:4, 1340:9, 1344:20, 1347:4
charts [1] - 1246:8
checklists [1] - 1241:10
checks [1] - 1371:15
chemical [1] - 1353:25
Chenier [1] - 1358:3
CHICAGO [1] - 1217:7
chief [1] - 1332:13
Chief [2] - 1226:20, 1322:4
chose [1] - 1274:18
chronic [1] - 1339:22
circles [2] - 1269:21, 1318:12

circumstances [4] - 1261:21, 1320:23, 1332:3, 1346:16
cited [1] - 1257:14
City [3] - 1230:10, 1231:14, 1243:11
city [5] - 1226:16, 1227:16, 1229:11, 1229:18, 1229:19
CIVIL [2] - 1215:7, 1216:15
claiming [1] - 1368:17
claims [7] - 1237:21, 1289:11, 1290:20, 1290:22, 1301:14, 1301:18, 1332:24
clarify [1] - 1288:7
class [1] - 1259:4
classroom [1] - 1284:9
clean [4] - 1341:7, 1352:18, 1353:19, 1364:22
Clean [13] - 1222:16, 1231:7, 1231:8, 1231:20, 1232:13, 1233:3, 1258:25, 1295:23, 1295:25, 1296:2, 1296:7, 1297:7, 1368:18
cleaned [5] - 1298:18, 1299:25, 1335:3, 1344:3, 1350:15
Cleanup [1] - 1348:17
cleanup [34] - 1278:15, 1278:18, 1282:21, 1297:18, 1298:19, 1299:15, 1333:6, 1333:9, 1333:24, 1334:22, 1334:25, 1335:17, 1339:21, 1339:24, 1341:2, 1341:4, 1341:6, 1341:13, 1342:20, 1343:15, 1345:25, 1346:4, 1346:10, 1346:11, 1346:13, 1346:17, 1347:1, 1350:22, 1351:1, 1351:4, 1351:8, 1351:17
clear [11] - 1250:2, 1286:25, 1288:14, 1300:18, 1310:3, 1313:14, 1332:1, 1343:3, 1362:1, 1362:13, 1368:6
clearly [2] - 1286:13, 1305:7
CLERK [8] - 1220:7,

1221:22, 1222:5, 1292:13, 1292:15, 1327:21, 1328:4, 1373:16
Clerk [2] - 1222:4, 1328:3
click [2] - 1259:15, 1266:8
close [2] - 1346:2, 1354:16
closeout [1] - 1351:4
closer [2] - 1259:21, 1296:25
closest [1] - 1338:23
closing [1] - 1369:6
closures [1] - 1283:24
co [1] - 1232:15
Co [2] - 1321:25, 1322:4
Co-Chair [2] - 1321:25, 1322:4
co-ops [1] - 1232:15
coalesce [1] - 1244:3
coast [2] - 1274:10, 1358:5
Coast [83] - 1222:7, 1222:15, 1223:6, 1223:16, 1224:3, 1224:9, 1224:12, 1224:14, 1224:19, 1225:9, 1225:23, 1226:25, 1227:24, 1228:10, 1228:14, 1228:18, 1228:19, 1229:9, 1229:20, 1230:3, 1230:5, 1230:23, 1231:5, 1233:4, 1235:3, 1235:9, 1235:10, 1235:11, 1235:25, 1236:1, 1238:1, 1238:4, 1239:1, 1239:20, 1246:11, 1249:25, 1250:3, 1252:24, 1253:10, 1254:11, 1254:22, 1260:21, 1262:3, 1281:5, 1284:18, 1286:2, 1286:11, 1287:4, 1287:12, 1288:12, 1288:15, 1294:9, 1295:8, 1319:2, 1321:23, 1322:9, 1327:4, 1328:19, 1328:20, 1329:3, 1332:12, 1332:22, 1332:23, 1333:2, 1334:14, 1339:19, 1351:11, 1351:14, 1351:20,

1352:21, 1352:24, 1353:6, 1353:17, 1353:24, 1354:2, 1354:13, 1354:21, 1364:22, 1366:9
coastal [1] - 1338:12
coastline [1] - 1320:13
collaborated [2] - 1238:25, 1287:14
collaboration [3] - 1237:14, 1287:18, 1287:20
colleague [1] - 1372:18
colleagues [1] - 1363:24
collection [1] - 1343:6
collective [1] - 1285:5
collectively [5] - 1235:12, 1237:23, 1259:24, 1285:4, 1287:3
college [1] - 1332:4
colored [2] - 1313:2, 1314:25
coloring [3] - 1348:12, 1348:13
colors [2] - 1250:13, 1348:25, 1349:9
column [12] - 1263:10, 1268:9, 1269:24, 1305:18, 1305:20, 1308:17, 1316:22, 1317:2, 1334:16, 1335:21, 1337:19, 1369:13
combustion [6] - 1281:11, 1306:4, 1306:8, 1306:21, 1327:9
comers [1] - 1276:25
coming [2] - 1240:7, 1260:22, 1324:8
command [13] - 1225:3, 1225:5, 1226:11, 1228:1, 1229:12, 1243:4, 1243:14, 1243:16, 1244:9, 1265:24, 1268:3, 1282:18, 1294:8
Command [40] - 1232:8, 1236:6, 1242:11, 1242:23, 1243:1, 1243:12, 1244:6, 1247:14, 1247:15, 1247:16, 1249:24, 1251:11, 1254:12, 1258:3,

1265:2, 1271:4, 1271:23, 1282:3, 1282:7, 1282:8, 1284:21, 1286:22, 1287:15, 1287:18, 1287:22, 1288:5, 1291:20, 1300:24, 1302:8, 1316:12, 1319:5, 1322:11, 1323:12, 1332:14, 1332:17, 1337:25, 1338:4, 1348:4

**command-type** [1] - 1226:11

**Commandant** [1] - 1253:10

**commandant** [1] - 1235:8

**Commander** [2] - 1303:17, 1322:7

**commander** [2] - 1228:12, 1237:13

**commanding** [3] - 1227:3, 1228:3, 1228:11

**Commanding** [1] - 1227:24

**comment** [12] - 1253:23, 1255:9, 1255:21, 1259:18, 1261:10, 1261:15, 1262:20, 1277:21, 1284:19, 1291:2, 1291:19, 1363:3

**comments** [3] - 1252:24, 1270:12, 1281:2

**commerce** [2] - 1225:15, 1227:14

**commitment** [11] - 1253:16, 1266:11, 1285:24, 1357:19, 1358:22, 1359:13, 1360:10, 1361:10, 1363:4, 1369:7, 1370:25

**commitments** [1] - 1328:25

**common** [1] - 1242:17

**commonplace** [1] - 1254:20

**communicate** [1] - 1225:25

**community** [4] - 1239:3, 1242:14, 1280:9, 1287:15

**companies** [15] - 1232:18, 1242:18, 1254:23, 1284:11, 1291:24, 1293:21,

1296:12, 1296:14, 1296:15, 1296:19, 1296:21, 1300:25, 1330:18, 1330:20

**Company** [3] - 1371:11, 1371:13, 1372:1

**company** [10] - 1239:13, 1241:5, 1253:18, 1284:12, 1296:10, 1296:13, 1331:15, 1331:17, 1335:15, 1372:5

**company's** [2] - 1232:20, 1236:24

**comparator** [2] - 1272:21, 1274:19

**comparators** [1] - 1274:1

**compare** [3] - 1225:9, 1273:10, 1273:23

**compared** [1] - 1323:1

**comparing** [1] - 1310:12

**comparison** [2] - 1273:20, 1275:25

**compelled** [2] - 1332:4, 1332:6

**compensate** [1] - 1366:5

**compensation** [1] - 1297:16

**competent** [1] - 1287:25

**compilation** [2] - 1235:3, 1253:1

**complementary** [1] - 1261:25

**complete** [5] - 1243:7, 1327:10, 1329:2, 1333:2, 1356:6

**completed** [1] - 1355:24

**completely** [3] - 1256:10, 1270:22, 1279:4

**completion** [2] - 1334:25, 1355:20

**complex** [4] - 1229:14, 1243:20, 1264:25, 1284:7

**complexity** [4] - 1244:18, 1246:25, 1264:23, 1291:11

**complicated** [1] - 1368:24

**complies** [1] - 1307:22

**component** [4] - 1228:17, 1229:2,

1237:22, 1262:22

**comprehensive** [2] - 1241:13, 1358:4

**computer** [2] - 1342:11, 1342:23

**COMPUTER** [1] - 1218:7

**concave** [1] - 1339:6

**concept** [1] - 1287:22

**concern** [3] - 1325:8, 1325:14, 1334:13

**concerning** [7] - 1280:2, 1300:11, 1301:11, 1304:17, 1308:23, 1310:9, 1311:11

**concerns** [3] - 1325:16, 1325:17, 1347:21

**conclude** [4] - 1257:4, 1268:15, 1268:23, 1324:20

**concluded** [7] - 1246:19, 1314:15, 1335:10, 1345:25, 1346:3, 1346:10, 1350:25

**conclusion** [7] - 1240:20, 1304:15, 1311:21, 1323:24, 1324:11, 1324:25, 1325:1

**conclusions** [5] - 1256:18, 1270:13, 1287:5, 1287:11, 1319:1

**condition** [2] - 1359:18, 1370:20

**conditions** [2] - 1262:13, 1298:23

**conduct** [4] - 1283:18, 1299:3, 1350:11, 1365:13

**conducted** [19] - 1224:4, 1224:6, 1235:19, 1238:20, 1246:23, 1262:18, 1267:6, 1270:6, 1281:20, 1282:8, 1283:16, 1290:22, 1299:1, 1320:13, 1327:8, 1341:20, 1345:20, 1348:7, 1353:23

**conducting** [5] - 1255:15, 1260:19, 1283:6, 1284:22, 1328:11

**conducts** [1] - 1284:12

**confidence** [1] - 1354:8

**configuration** [1] - 1343:8

**confluence** [1] - 1225:15

**confused** [1] - 1349:4

**Congressional** [1] - 1289:16

**conjunction** [1] - 1233:13

**connection** [4] - 1220:22, 1290:12, 1369:18, 1369:21

**conscious** [1] - 1314:10

**consensus** [1] - 1324:8

**consequences** [1] - 1363:5

**conservative** [1] - 1270:9

**consider** [9] - 1223:5, 1234:14, 1234:23, 1276:19, 1298:6, 1305:6, 1305:11, 1307:5, 1364:23

**consideration** [2] - 1237:10, 1245:1

**considered** [7] - 1276:24, 1278:25, 1304:25, 1323:19, 1324:5, 1348:15, 1349:1

**consisted** [1] - 1265:3

**consistent** [9] - 1238:3, 1238:6, 1252:1, 1254:17, 1262:10, 1291:2, 1314:14, 1314:15, 1327:12

**consortia** [1] - 1362:21

**constitute** [1] - 1278:18

**constrained** [3] - 1322:18, 1323:2, 1323:6

**construction** [1] - 1223:25

**constructive** [1] - 1286:23

**consultant** [1] - 1332:10

**consumption** [1] - 1306:7

**contact** [1] - 1351:25

**contain** [5] - 1234:1, 1241:3, 1241:14, 1259:2, 1260:14

**contained** [1] - 1345:1

**containing** [1] - 1317:21

**containment** [1] - 1259:6

**contend** [1] - 1311:14

**contending** [1] - 1300:18

**context** [7] - 1236:5, 1260:7, 1298:17, 1300:22, 1302:1, 1309:4, 1355:17

**Contingency** [4] - 1279:16, 1279:21, 1285:20, 1307:19

**contingency** [2] - 1269:12, 1279:15

**continual** [2] - 1249:3, 1268:7

**continue** [6] - 1233:19, 1309:10, 1324:9, 1357:25, 1365:6, 1369:11

**CONTINUED** [2] - 1217:1, 1218:1

**continued** [5] - 1259:9, 1309:9, 1315:23, 1324:7, 1324:15

**continuing** [1] - 1255:4

**continuous** [1] - 1249:5

**continuously** [1] - 1251:4

**contract** [3] - 1289:24, 1289:25

**contracted** [1] - 1265:21

**contractor** [1] - 1372:13

**contractors** [7] - 1242:15, 1250:9, 1250:16, 1250:20, 1250:23, 1265:18, 1295:6

**contracts** [1] - 1353:9

**contributed** [1] - 1284:17

**contribution** [3] - 1242:16, 1250:3, 1250:16

**contributions** [2] - 1265:13, 1294:12

**controlled** [1] - 1270:3

**conversations** [1] - 1288:6

**convert** [1] - 1306:21

**converted** [1] - 1245:10

conveying [1] - 1244:13
Cooney [1] - 1363:25
cooperation [1] - 1254:7
Cooperative [1] - 1233:2
cooperative [2] - 1231:9, 1365:21
cooperatives [2] - 1232:16, 1233:3
coordinate [1] - 1267:13
coordination [1] - 1249:25
Coordinator [5] - 1256:24, 1263:15, 1263:25, 1264:3, 1322:5
coordinator [7] - 1226:2, 1226:8, 1226:12, 1228:5, 1228:6, 1228:7, 1291:4
Coordinator's [2] - 1311:19, 1314:16
Coordinators [1] - 1253:11
cordoned [1] - 1267:7
CORPORATION [2] - 1215:15, 1217:18
Corporation [5] - 1242:8, 1242:9, 1259:3, 1265:20, 1327:3
corral [1] - 1269:15
correct [55] - 1240:16, 1244:12, 1249:25, 1250:1, 1250:13, 1250:14, 1252:12, 1254:13, 1258:19, 1264:20, 1270:11, 1272:8, 1275:22, 1275:23, 1278:7, 1278:19, 1290:11, 1290:17, 1291:16, 1293:4, 1294:20, 1295:3, 1296:4, 1296:20, 1296:22, 1297:6, 1297:10, 1298:21, 1298:24, 1308:1, 1309:20, 1310:18, 1311:16, 1311:24, 1311:25, 1312:7, 1312:10, 1312:19, 1313:4, 1313:18, 1316:4, 1319:22, 1321:4, 1323:15, 1323:16, 1324:14, 1326:12,

1351:2, 1351:3, 1351:7, 1364:9, 1364:15, 1369:14, 1374:7
correctly [1] - 1361:17
correlation [5] - 1311:14, 1311:18, 1319:3, 1324:22, 1326:14
correspondence [1] - 1313:3
costs [3] - 1289:9, 1289:10
counterparts [1] - 1243:10
country [8] - 1225:19, 1227:8, 1227:12, 1228:18, 1228:20, 1232:16, 1263:22
couple [11] - 1231:17, 1245:7, 1274:18, 1278:22, 1280:8, 1283:25, 1301:10, 1346:22, 1357:2, 1357:17, 1366:1
coupled [1] - 1257:11
course [3] - 1224:14, 1299:8, 1323:6
COURT [66] - 1215:1, 1218:3, 1220:3, 1220:4, 1220:8, 1220:13, 1220:15, 1220:18, 1220:20, 1220:24, 1221:1, 1221:7, 1221:9, 1221:12, 1233:12, 1233:15, 1233:18, 1245:2, 1245:4, 1292:10, 1292:16, 1321:8, 1325:12, 1325:25, 1327:15, 1327:17, 1328:8, 1330:1, 1330:6, 1330:12, 1336:16, 1336:20, 1337:4, 1339:14, 1348:24, 1349:3, 1349:6, 1349:9, 1357:10, 1357:20, 1359:21, 1360:5, 1360:12, 1360:21, 1361:3, 1361:14, 1361:22, 1362:3, 1362:9, 1363:10, 1363:13, 1368:5, 1368:15, 1369:1, 1369:11, 1369:18, 1369:23, 1370:1, 1370:5, 1370:10, 1370:13, 1370:15, 1373:2,

1373:12, 1373:14, 1373:16
court [4] - 1221:14, 1232:14, 1356:18, 1370:8
Court [21] - 1222:13, 1223:15, 1234:12, 1255:9, 1256:4, 1278:24, 1287:10, 1291:15, 1292:14, 1301:24, 1326:11, 1328:14, 1344:17, 1369:5, 1369:7, 1373:17, 1374:4, 1374:5, 1374:6, 1374:14, 1374:15
Court's [4] - 1234:9, 1244:22, 1271:7, 1271:10
cover [3] - 1233:23, 1275:9, 1359:1
coverage [1] - 1266:22
covered [2] - 1315:24, 1339:20
covers [2] - 1264:16, 1315:19
create [2] - 1312:13, 1315:12
created [3] - 1268:20, 1312:7, 1315:11
creative [1] - 1289:22
credit [12] - 1360:17, 1362:8, 1368:2, 1368:3, 1368:9, 1368:10, 1368:11, 1368:16, 1368:17, 1369:2, 1370:5, 1370:7
credits [1] - 1368:23, 1368:24
crews [4] - 1339:18, 1341:6, 1341:12, 1343:15
criminal [3] - 1359:17, 1361:4, 1361:5
criteria [1] - 1340:1
critical [2] - 1314:13, 1358:5
CROSS [4] - 1219:7, 1219:11, 1292:20, 1363:17
cross [3] - 1292:24, 1363:11, 1363:16
CROSS-EXAMINATION [4] - 1219:7, 1219:11, 1292:20, 1363:17
cross-examination [3] - 1292:24,

1363:11, 1363:16
crosscheck [1] - 1318:21
crowd [1] - 1246:5
CRR [2] - 1218:3, 1374:13
crunching [1] - 1343:2
CTEH [1] - 1284:11
current [5] - 1262:13, 1295:21, 1343:20, 1343:21
currents [3] - 1261:1, 1320:21, 1320:23
cuts [1] - 1303:10
CYNTHIA [1] - 1216:22

## D

D-241918 [1] - 1245:6
D-33780 [1] - 1303:20
D-34003 [1] - 1248:16
D-34006.4 [1] - 1271:1
D-34006.5 [1] - 1271:13
D-34006A.3 [1] - 1277:17
D-34006A1 [1] - 1272:24
D-34036 [1] - 1287:8
D-34047 [1] - 1291:6
D-34527 [1] - 1329:17
D-34528 [1] - 1333:4
D-34529 [1] - 1334:3
D-34530 [1] - 1338:6
D-34531 [1] - 1340:13
D-34533 [1] - 1344:15
D-34536 [1] - 1346:20
D-34537 [1] - 1352:2
D-34538 [1] - 1352:12
D-34539 [1] - 1354:23
D-34540 [1] - 1355:3
D-34541 [1] - 1356:22
D-34542 [1] - 1357:3
D-34545 [1] - 1358:19
D-34546 [1] - 1358:25
D-34550 [1] - 1335:25
D-34677 [1] - 1223:13
D-34678 [1] - 1233:21
D-34679 [1] - 1236:18
D-34680 [1] - 1238:17
D-34682 [1] - 1241:1
D-34683 [1] - 1244:25
D-34684 [1] - 1250:11
D-34686 [1] - 1256:5
D-34688 [1] - 1258:16
D-34689 [1] - 1259:14
D-34692 [2] - 1266:5, 1294:13

1363:11, 1363:16
D-34693 [1] - 1266:20
D-34694 [1] - 1319:19
D-34696 [1] - 1269:20
D-34701 [1] - 1282:12
D-34707 [1] - 1323:17
D-34708 [1] - 1324:16
D-34710 [1] - 1280:25
D-34717 [1] - 1234:20
D-34718 [1] - 1256:22
daily [1] - 1315:14
damage [10] - 1273:6, 1286:5, 1289:10, 1299:9, 1299:12, 1300:3, 1357:13, 1365:10, 1366:3, 1368:12
damaged [2] - 1350:8, 1371:7
damages [3] - 1333:3, 1355:20, 1359:8
dangerous [1] - 1285:6
DANIELLE [1] - 1216:11
Danielle [1] - 1220:21
data [30] - 1235:14, 1274:8, 1302:18, 1303:2, 1312:13, 1312:15, 1312:20, 1312:22, 1313:9, 1314:2, 1314:5, 1314:8, 1314:23, 1315:10, 1315:11, 1315:12, 1316:5, 1316:19, 1319:7, 1324:21, 1342:8, 1342:9, 1342:13, 1343:1, 1343:6, 1343:20, 1344:22, 1354:12, 1356:12
date [8] - 1256:25, 1315:22, 1327:8, 1334:12, 1334:13, 1334:18, 1346:1, 1356:17
dated [2] - 1290:9, 1321:21
dates [4] - 1318:5, 1334:6, 1334:8, 1335:9
DAY [1] - 1215:22
days [18] - 1232:9, 1243:5, 1247:19, 1248:2, 1248:9, 1261:12, 1261:20, 1261:22, 1261:24, 1274:10, 1303:12, 1315:8, 1316:10, 1316:12, 1317:8, 1318:3, 1318:15,

1341:8
**DC** [4] - 1216:12,
1216:17, 1217:11,
1217:20
**DC-3** [1] - 1266:17
**DC-3s** [1] - 1266:17
**deal** [3] - 1229:1,
1247:21, 1333:12
**dealing** [3] - 1283:13,
1306:20, 1342:9
**decades** [1] - 1279:12
**December** [4] -
1303:3, 1334:18,
1335:24, 1336:6
**decide** [2] - 1297:9,
1360:23
**decided** [3] - 1243:11,
1312:15, 1316:13
**deciding** [1] - 1365:5
**decision** [6] -
1263:18, 1263:19,
1285:23, 1300:1,
1334:21, 1335:12
**decision-making** [1] -
1285:23
**decisions** [9] -
1307:24, 1308:23,
1309:14, 1309:16,
1309:17, 1309:19,
1311:13, 1316:11,
1323:11
**deconned** [1] -
1232:12
**decreased** [3] -
1311:15, 1324:22,
1326:14
**dedicated** [1] -
1328:23
**deep** [3] - 1260:17,
1264:3, 1320:19
**DEEPWATER** [3] -
1215:5, 1215:18,
1215:18
**Deepwater** [43] -
1222:23, 1231:20,
1232:14, 1236:11,
1238:9, 1240:1,
1256:24, 1258:11,
1259:12, 1260:3,
1264:24, 1265:14,
1271:14, 1273:10,
1273:14, 1273:23,
1274:4, 1274:12,
1276:7, 1277:19,
1282:4, 1287:6,
1288:19, 1293:5,
1293:9, 1298:25,
1300:14, 1304:3,
1310:13, 1322:1,
1323:20, 1328:22,

1329:2, 1331:25,
1332:14, 1339:2,
1351:11, 1351:16,
1351:19, 1351:21,
1351:23, 1355:18,
1366:25
**deepwater** [4] -
1334:21, 1335:20,
1337:10, 1337:18
**defendant** [2] -
1329:10, 1372:3
**defendant's** [1] -
1244:22
**defined** [1] - 1340:1
**definitely** [1] - 1369:1
**degree** [12] - 1222:25,
1223:17, 1223:19,
1252:19, 1272:6,
1329:23, 1348:14,
1349:21, 1364:7
**degrees** [2] - 1220:12,
1313:3
**delegation** [1] -
1372:17
**delegations** [2] -
1372:14, 1372:22
**delineate** [1] - 1247:7
**demands** [2] -
1238:22, 1255:5
**demobed** [1] -
1232:12
**demonstrate** [2] -
1248:12, 1357:17
**demonstrative** [12] -
1223:9, 1233:22,
1236:15, 1236:20,
1238:14, 1248:11,
1266:2, 1282:6,
1294:18, 1319:20,
1319:23, 1338:9
**denominator** [1] -
1278:3
**departed** [1] - 1294:19
**Department** [2] -
1342:4, 1363:24
**DEPARTMENT** [2] -
1216:3, 1216:14
**dependent** [1] -
1320:23
**depict** [3] - 1312:2,
1317:15, 1319:24
**depicted** [1] - 1315:9
**depicts** [2] - 1250:22,
1317:7
**deployed** [1] -
1353:19
**deposit** [4] - 1339:10,
1343:13, 1345:2,
1345:11
**deposited** [4] -

1339:6, 1343:10,
1347:10, 1350:4
**deposition** [8] -
1297:2, 1303:22,
1303:25, 1325:15,
1339:20, 1366:18,
1372:8
**depositions** [2] -
1256:2, 1311:20
**deposits** [6] - 1338:1,
1338:8, 1339:19,
1340:4, 1345:2,
1354:17
**depth** [3] - 1302:13,
1345:15, 1348:9
**DEPUTY** [7] - 1220:7,
1221:22, 1222:5,
1292:13, 1292:15,
1327:21, 1328:4
**deputy** [1] - 1226:12
**describe** [26] -
1223:14, 1226:4,
1235:16, 1238:18,
1239:24, 1246:22,
1247:4, 1250:15,
1253:24, 1262:24,
1266:3, 1266:23,
1269:8, 1271:15,
1273:1, 1273:16,
1277:20, 1289:1,
1323:23, 1329:19,
1333:8, 1344:6,
1348:12, 1355:14,
1357:7, 1358:20
**described** [6] -
1242:2, 1279:17,
1335:24, 1348:17,
1351:5, 1365:1
**describing** [3] -
1223:11, 1346:23,
1367:1
**description** [1] -
1285:10
**DESCRIPTION** [1] -
1219:18
**designated** [3] -
1266:22, 1341:7,
1341:8
**designed** [3] -
1235:23, 1263:1,
1282:18
**desired** [1] - 1356:13
**despite** [1] - 1324:11
**destruction** [1] -
1327:10
**detail** [5] - 1258:8,
1290:16, 1333:14,
1360:16, 1367:22
**detailed** [2] - 1235:21,
1346:9

**details** [1] - 1365:24
**determine** [5] -
1295:15, 1298:22,
1299:20, 1343:13,
1346:17
**determined** [4] -
1270:7, 1334:19,
1347:19, 1354:2
**develop** [5] - 1299:20,
1302:2, 1330:22,
1331:8, 1331:12
**developed** [3] -
1263:24, 1264:19,
1300:19
**development** [2] -
1239:18, 1331:9
**devices** [2] - 1259:6
**diagram** [1] - 1338:11
**Diane** [1] - 1220:23
**dictated** [1] - 1254:19
**difference** [4] -
1225:22, 1235:17,
1289:12, 1305:2
**differences** [1] -
1285:23
**different** [21] -
1226:20, 1226:21,
1230:18, 1241:10,
1251:12, 1256:16,
1260:16, 1291:8,
1293:12, 1296:15,
1310:4, 1315:4,
1335:1, 1341:2,
1341:17, 1343:12,
1343:25, 1346:12,
1346:14, 1349:13,
1365:10
**difficulties** [1] -
1260:9
**difficulty** [1] - 1323:10
**dig** [1] - 1365:6
**dioxide** [1] - 1306:9
**DIRECT** [4] - 1219:6,
1219:10, 1222:10,
1328:12
**direct** [4] - 1321:18,
1326:18, 1328:11,
1365:23
**directed** [1] - 1352:18
**direction** [6] - 1329:3,
1333:2, 1339:18,
1352:24, 1354:12,
1354:21
**directive** [2] -
1334:15, 1335:20
**Directive** [1] - 1254:20
**directives** [1] - 1244:4
**directly** [4] - 1289:23,
1289:25, 1371:17,
1371:21

**Director** [3] - 1295:23,
1296:5, 1332:12
**director** [1] - 1231:6
**directors** [3] - 1297:5,
1297:7, 1297:13
**disagree** [4] - 1279:4,
1280:13, 1304:25
**disaster** [2] - 1245:11,
1245:24
**discharge** [2] -
1306:25, 1315:23
**disclosed** [1] -
1336:13
**discrete** [3] - 1335:7,
1348:3, 1350:5
**discretion** [1] -
1346:17
**discuss** [4] - 1223:3,
1287:16, 1324:6,
1333:20
**discussed** [5] -
1295:4, 1364:16,
1365:3, 1366:4,
1370:17
**discussing** [3] -
1287:24, 1317:24,
1333:24
**discussion** [3] -
1234:11, 1250:5,
1257:19
**discussions** [2] -
1234:18, 1362:17
**dispersant** [38] -
1257:11, 1263:23,
1264:16, 1264:23,
1265:1, 1265:13,
1265:17, 1265:19,
1266:3, 1266:10,
1266:25, 1267:16,
1267:22, 1274:15,
1275:2, 1275:16,
1295:15, 1307:24,
1308:25, 1309:22,
1311:12, 1311:15,
1312:3, 1316:22,
1316:25, 1317:16,
1318:4, 1318:19,
1319:2, 1319:9,
1319:10, 1319:13,
1319:24, 1320:12,
1323:7, 1324:7,
1324:22, 1326:14
**dispersants** [75] -
1241:19, 1262:24,
1262:25, 1263:1,
1263:2, 1263:3,
1263:8, 1263:14,
1264:1, 1264:5,
1264:11, 1264:15,
1265:9, 1265:10,

1265:23, 1267:2,
1267:8, 1267:11,
1268:16, 1268:23,
1269:10, 1269:14,
1271:19, 1272:11,
1275:18, 1279:7,
1280:1, 1282:21,
1283:7, 1284:15,
1294:18, 1295:13,
1301:7, 1304:21,
1305:15, 1307:7,
1307:9, 1307:10,
1307:13, 1307:17,
1308:4, 1308:7,
1308:8, 1308:15,
1308:18, 1308:19,
1308:24, 1309:4,
1309:10, 1309:14,
1309:17, 1310:6,
1310:10, 1311:21,
1314:19, 1316:2,
1316:6, 1316:9,
1316:10, 1316:13,
1317:8, 1317:10,
1318:2, 1318:12,
1318:16, 1318:21,
1322:18, 1322:19,
1323:8, 1323:20,
1324:3, 1324:4,
1324:9, 1324:12,
1324:14
**disperse** [1] - 1308:17
**dispersed** [2] -
1268:10, 1271:19
**disperses** [2] -
1277:12, 1307:4
**dispersing** [8] -
1274:17, 1276:6,
1280:20, 1305:4,
1305:10, 1305:13,
1305:23, 1322:24
**dispersion** [2] -
1263:7, 1305:18
**disposition** [1] -
1243:8
**disputed** [1] - 1272:3
**dissolutes** [1] -
1307:4
**dissolution** [2] -
1263:7, 1277:13
**distribution** [1] -
1350:5
**District** [3] - 1374:6,
1374:15
**DISTRICT** [3] -
1215:1, 1215:2,
1215:24
**divide** [2] - 1271:20,
1338:12
**divided** [1] - 1277:24

**DIVISION** [2] - 1216:4,
1216:15
**docket** [1] - 1369:21
**doctrine** [3] - 1279:10,
1279:11, 1305:7
**DOCUMENT** [1] -
1215:10
**document** [18] -
1234:15, 1241:3,
1241:14, 1256:25,
1258:16, 1264:7,
1298:23, 1302:23,
1303:1, 1303:5,
1316:20, 1317:22,
1336:14, 1341:22,
1366:17, 1372:18
**documenting** [1] -
1239:4
**documents** [7] -
1224:1, 1234:25,
1251:17, 1276:12,
1281:7, 1290:5,
1304:12
**dollar** [9] - 1289:7,
1289:14, 1290:21,
1290:23, 1368:17,
1368:20, 1368:23
**dollars** [1] - 1360:10
**done** [35] - 1230:21,
1232:10, 1249:24,
1283:20, 1286:17,
1292:3, 1302:13,
1302:22, 1306:5,
1309:21, 1310:1,
1310:5, 1310:7,
1315:15, 1320:4,
1320:7, 1322:16,
1327:15, 1336:9,
1336:18, 1337:15,
1339:17, 1344:11,
1344:17, 1346:21,
1346:23, 1347:14,
1347:16, 1350:16,
1354:12, 1359:23,
1363:4, 1365:5,
1365:15, 1368:16
**dot** [3] - 1325:5
**dots** [1] - 1348:6
**doubt** [1] - 1252:16
**DOUGLAS** [1] -
1216:21
**down** [10] - 1226:15,
1232:9, 1262:16,
1311:10, 1318:6,
1322:6, 1326:4,
1339:6, 1348:9,
1367:6
**downside** [2] -
1308:14, 1308:16
**dozen** [1] - 1259:4

**dozens** [2] - 1225:1,
1225:7
**Dr** [1] - 1220:23
**DRAGNA** [1] -
1217:23
**draw** [2] - 1304:15,
1360:2
**drawn** [1] - 1319:1
**drew** [1] - 1310:16
**drilling** [2] - 1232:17,
1291:23
**DRILLING** [1] -
1215:18
**drills** [1] - 1255:15
**drop** [1] - 1294:18
**Dudley** [1] - 1371:21
**due** [1] - 1275:17
**dues** [4] - 1296:10,
1296:11, 1296:13,
1296:16
**duly** [2] - 1222:3,
1328:2
**dunes** [3] - 1338:14,
1367:16, 1367:17
**duration** [2] - 1293:6,
1304:4
**during** [32] - 1226:2,
1226:23, 1226:24,
1226:25, 1227:1,
1227:6, 1228:9,
1228:25, 1236:2,
1258:10, 1259:12,
1260:2, 1264:19,
1264:23, 1265:14,
1282:3, 1285:9,
1287:6, 1288:19,
1289:6, 1293:24,
1300:13, 1302:16,
1303:6, 1309:14,
1318:3, 1318:19,
1324:23, 1327:9,
1334:6
**duty** [3] - 1352:23,
1353:2, 1353:9

## E

**e-mail** [3] - 1290:9,
1290:12, 1290:15
**e-mails** [1] - 1256:2,
1311:20
**early** [23] - 1239:20,
1240:7, 1331:22,
1333:11, 1333:12,
1352:4, 1355:8,
1355:17, 1355:19,
1355:25, 1356:8,
1356:11, 1356:15,
1365:17, 1366:12,

1366:23, 1367:2,
1367:7, 1367:14,
1367:22, 1368:9,
1368:14, 1369:21
**Early** [3] - 1354:24,
1355:4, 1358:16
**easier** [1] - 1286:17
**Easily** [1] - 1225:1
**east** [2] - 1225:17,
1245:22
**East** [2] - 1225:22,
1233:4
**Eastern** [1] - 1374:6
**EASTERN** [1] - 1215:2
**eastern** [12] - 1335:10,
1340:10, 1341:22,
1344:8, 1344:12,
1344:18, 1344:25,
1345:25, 1346:4,
1346:6, 1351:6,
1353:2
**easternmost** [1] -
1294:21
**easy** [1] - 1243:22
**ecological** [1] -
1358:11
**economic** [2] -
1229:7, 1329:3
**economically** [1] -
1270:18
**economy** [1] -
1227:17
**ecosystem** [1] -
1362:19
**ecosystems** [1] -
1358:24
**education** [3] -
1223:10, 1223:14,
1331:13
**educational** [1] -
1329:19
**effect** [3] - 1231:18,
1244:4, 1306:17
**effective** [18] -
1238:21, 1238:24,
1248:6, 1257:16,
1261:19, 1261:20,
1261:24, 1264:11,
1268:16, 1268:24,
1270:16, 1271:25,
1272:4, 1273:5,
1273:6, 1276:6,
1279:14, 1304:25
**effectively** [3] -
1237:7, 1265:11,
1340:23
**effectiveness** [24] -
1223:1, 1237:6,
1256:11, 1256:12,
1256:14, 1259:19,

1262:4, 1265:23,
1266:3, 1266:24,
1267:16, 1269:17,
1270:24, 1271:12,
1271:23, 1272:8,
1272:14, 1272:20,
1276:3, 1277:3,
1277:22, 1279:1,
1295:15, 1304:17
**effects** [5] - 1223:2,
1236:22, 1261:17,
1291:21, 1347:9
**efficient** [1] - 1327:9
**effort** [29] - 1237:15,
1240:4, 1245:10,
1250:3, 1252:20,
1257:4, 1259:18,
1273:18, 1277:22,
1281:24, 1282:16,
1287:20, 1288:12,
1288:19, 1291:20,
1292:5, 1295:5,
1314:10, 1332:19,
1334:22, 1339:21,
1340:3, 1340:20,
1342:1, 1342:3,
1344:20, 1348:2,
1363:7
**efforts** [22] - 1223:1,
1229:5, 1236:10,
1236:22, 1238:8,
1239:23, 1252:1,
1255:18, 1258:9,
1261:16, 1272:21,
1282:2, 1282:7,
1287:5, 1288:25,
1297:19, 1301:13,
1302:10, 1335:16,
1340:10, 1342:8,
1352:13
**eight** [2] - 1266:15,
1348:9
**eighteen** [1] - 1224:8
**either** [2] - 1263:1,
1312:21
**element** [1] - 1247:10
**elements** [1] - 1289:4
**eliminating** [1] -
1281:10
**ELLIS** [2] - 1217:3,
1217:9
**Elmer's** [6] - 1347:13,
1348:5, 1348:11,
1348:22, 1349:14,
1349:16
**ELMO** - 1326:23
**elsewhere** [1] -
1227:5
**emanate** [1] - 1260:12
**emanated** [1] - 1298:9

**embedded** [2] - 1283:10, 1320:20
**emerging** [1] - 1244:1
**emphasis** [1] - 1290:19
**employ** [1] - 1256:15
**employed** [7] - 1222:16, 1329:25, 1330:17, 1330:19, 1330:21, 1332:11, 1371:13
**employee** [3] - 1331:24, 1372:7, 1372:14
**employees** [2] - 1250:8, 1250:16
**employing** [1] - 1261:18
**Empress** [3] - 1275:9, 1275:14, 1275:16
**encompassing** [1] - 1266:1
**encountered** [1] - 1293:6
**encroached** [1] - 1364:14
**end** [8] - 1221:14, 1290:2, 1315:22, 1319:8, 1338:15, 1351:8, 1370:17
**ended** [2] - 1268:2, 1351:17
**endorsed** [1] - 1361:13
**endpoint** [1] - 1340:1
**endpoints** [4] - 1334:25, 1341:2, 1346:11, 1350:1
**energy** [1] - 1343:22
**ENFORCEMENT** [1] - 1216:4
**engage** [2] - 1239:3, 1299:11
**engaged** [6] - 1232:11, 1240:2, 1249:7, 1259:22, 1287:15, 1293:20
**engineer** [2] - 1223:21, 1223:23
**engineering** [5] - 1223:18, 1223:20, 1223:25, 1331:11
**engineers** [2] - 1331:8, 1331:14
**engines** [1] - 1306:5
**enhancement** [1] - 1329:6
**enhancements** [2] - 1233:6, 1301:5
**enhancing** [1] -

1263:11
**ensure** [13] - 1227:15, 1267:14, 1282:22, 1283:4, 1283:23, 1289:22, 1302:8, 1328:22, 1335:2, 1350:7, 1350:21, 1352:20, 1371:2
**ensuring** [1] - 1285:5
**entire** [5] - 1228:1, 1228:13, 1235:2, 1279:8, 1318:8
**entirely** [1] - 1282:19
**entities** [1] - 1372:16
**entitled** [1] - 1374:9
**entries** [2] - 1317:4, 1317:15
**environment** [39] - 1237:9, 1256:16, 1258:22, 1268:17, 1275:5, 1275:6, 1276:23, 1277:12, 1280:12, 1280:23, 1281:8, 1281:15, 1283:14, 1285:6, 1286:5, 1287:2, 1300:4, 1305:4, 1305:14, 1305:20, 1306:14, 1306:15, 1307:2, 1307:6, 1310:1, 1326:20, 1329:5, 1338:2, 1338:12, 1338:13, 1342:14, 1345:16, 1350:7, 1351:14, 1351:21, 1354:16, 1356:1, 1369:8, 1371:4
**ENVIRONMENT** [1] - 1216:4
**Environmental** [4] - 1319:5, 1328:18, 1354:24, 1355:4
**environmental** [21] - 1223:8, 1224:7, 1238:25, 1245:11, 1257:17, 1257:20, 1262:12, 1273:6, 1300:3, 1307:13, 1307:15, 1307:25, 1308:9, 1314:16, 1329:4, 1332:17, 1333:12, 1359:14, 1364:23, 1365:19, 1368:24
**ENVIRONMENTAL** [1] - 1216:4
**environmentally** [2] - 1257:13, 1270:18
**envision** [1] - 1345:7

**EPA** [2] - 1284:24, 1323:19
**epicenter** [1] - 1225:13
**episodes** [1] - 1364:20
**equalled** [1] - 1278:10
**equally** [1] - 1269:11
**equals** [1] - 1271:21
**equipment** [25] - 1231:13, 1231:18, 1232:11, 1239:21, 1242:19, 1243:6, 1248:1, 1248:3, 1249:5, 1249:19, 1252:9, 1260:24, 1283:12, 1283:15, 1284:2, 1284:5, 1293:24, 1294:5, 1294:11, 1295:11, 1295:17, 1295:18, 1295:19, 1353:3, 1353:10
**ERICA** [1] - 1216:9
**Erika** [3] - 1275:9, 1275:15, 1275:19
**eroded** [3] - 1347:10, 1350:5, 1354:17
**erosion** [1] - 1343:14
**escalation** [1] - 1315:17
**escort** [1] - 1227:16
**especially** [1] - 1272:1
**ESQUIRE** [32] - 1216:5, 1216:5, 1216:6, 1216:6, 1216:7, 1216:7, 1216:8, 1216:8, 1216:9, 1216:9, 1216:10, 1216:10, 1216:11, 1216:11, 1216:15, 1216:16, 1216:16, 1216:20, 1216:21, 1216:21, 1216:22, 1217:4, 1217:4, 1217:5, 1217:6, 1217:9, 1217:10, 1217:13, 1217:19, 1217:19, 1217:23
**essential** [1] - 1247:11
**essentially** [14] - 1226:14, 1227:2, 1227:10, 1227:12, 1231:15, 1233:3, 1236:24, 1241:5, 1243:24, 1283:19, 1289:17, 1296:17, 1318:25, 1369:3
**establish** [2] - 1244:4,

1311:17
**established** [9] - 1260:21, 1273:13, 1328:22, 1334:25, 1341:2, 1346:13, 1352:17, 1352:21, 1358:10
**esteemed** [1] - 1276:14
**estimate** [1] - 1268:13
**estimates** [6] - 1259:25, 1270:1, 1270:2, 1270:3, 1270:7, 1271:10
**etcetera** [4] - 1255:16, 1298:18, 1320:24, 1324:3
**evacuation** [1] - 1229:25
**evaluate** [10] - 1222:23, 1222:25, 1230:20, 1230:22, 1240:17, 1258:10, 1259:11, 1269:17, 1270:24, 1271:11
**evaluated** [4] - 1261:3, 1267:16, 1302:5, 1302:7
**evaluating** [7] - 1236:10, 1236:21, 1238:2, 1238:8, 1239:8, 1278:25, 1343:7
**evaluation** [6] - 1240:20, 1251:10, 1278:20, 1335:6, 1341:20, 1359:10
**evaluations** [1] - 1273:17
**evaporates** [2] - 1277:12, 1307:3
**evaporation** [1] - 1263:7
**evening** [1] - 1232:1
**event** [17] - 1227:1, 1231:16, 1240:24, 1241:6, 1244:1, 1252:17, 1255:19, 1274:22, 1274:23, 1274:24, 1276:15, 1293:10, 1309:5, 1332:2, 1352:23, 1354:19, 1355:18
**events** [5] - 1247:5, 1274:1, 1332:1, 1333:23, 1335:23
**evidence** [3] - 1220:23, 1255:22, 1282:15
**evolve** [1] - 1243:5

**exact** [1] - 1320:22
**exactly** [9] - 1238:25, 1240:16, 1243:7, 1261:7, 1267:25, 1280:6, 1297:24, 1301:20, 1332:5
**exam** [1] - 1328:11
**EXAMINATION** [26] - 1219:6, 1219:7, 1219:8, 1219:10, 1219:11, 1219:12, 1222:10, 1233:20, 1245:5, 1246:20, 1292:20, 1321:11, 1325:13, 1326:7, 1328:12, 1330:16, 1337:8, 1339:15, 1349:12, 1357:21, 1360:24, 1362:11, 1363:17, 1369:12, 1370:16, 1373:4
**examination** [8] - 1222:21, 1292:24, 1321:19, 1326:18, 1334:6, 1363:11, 1363:16, 1367:24
**EXAMINATIONS** [1] - 1219:3
**examined** [2] - 1222:4, 1328:3
**example** [17] - 1241:7, 1258:24, 1283:3, 1294:3, 1299:5, 1301:6, 1308:8, 1313:5, 1345:3, 1345:10, 1346:15, 1348:5, 1348:11, 1349:23, 1350:12, 1351:13, 1357:4
**examples** [1] - 1259:7
**excavation** [2] - 1348:21, 1350:17
**exceed** [1] - 1307:21
**excellent** [2] - 1254:4, 1343:24
**except** [1] - 1348:25
**exceptionally** [1] - 1304:4
**excerpt** [1] - 1303:21
**excess** [1] - 1261:13
**excluding** [1] - 1226:6
**Executive** [2] - 1295:23, 1296:5
**executive** [3] - 1227:2, 1231:6, 1328:18
**exercise** [2] - 1240:5, 1254:24
**exercising** [1] - 1291:24
**EXHIBIT** [1] - 1219:21

exhibit [2] - 1221:11, 1244:25
EXHIBITS [1] - 1219:20
exhibits [4] - 1220:22, 1221:4, 1221:6, 1281:2
exist [1] - 1232:20
existed [6] - 1247:14, 1300:14, 1300:16, 1301:7, 1314:8, 1343:10
existing [1] - 1301:5
exists [3] - 1241:6, 1289:8, 1305:8
expansiveness [1] - 1249:1
expectation [5] - 1237:15, 1240:2, 1250:20, 1251:1, 1287:23
expectations [3] - 1352:17, 1352:19
expected [2] - 1242:15, 1357:7
expecting [1] - 1357:11
expedite [4] - 1341:13, 1342:24, 1350:21, 1350:24
expenditures [1] - 1365:24
expenses [1] - 1291:9
experience [18] - 1223:10, 1225:8, 1225:25, 1227:20, 1230:13, 1230:17, 1232:13, 1232:17, 1232:23, 1232:24, 1236:13, 1260:11, 1281:23, 1291:18, 1351:20, 1354:7, 1363:3, 1363:7
experienced [2] - 1290:3, 1331:13
Experiment [1] - 1326:25
expert [12] - 1222:18, 1233:10, 1233:23, 1285:12, 1336:13, 1336:23, 1336:24, 1337:5, 1339:13, 1342:6, 1342:7
expertise [6] - 1223:5, 1240:11, 1242:20, 1285:13, 1286:8, 1309:18
experts [8] - 1242:21, 1251:12, 1252:4, 1265:16, 1276:14,

1309:9, 1324:1, 1324:5
explain [4] - 1338:9, 1352:9, 1357:24, 1372:12
explaining [1] - 1244:18
explanation [1] - 1257:15
EXPLORATION [3] - 1215:13, 1215:14, 1217:3
Exploration [5] - 1329:9, 1331:4, 1331:10, 1355:7, 1371:25
exploration [5] - 1225:13, 1231:11, 1232:18, 1255:13, 1296:9
exponential [1] - 1249:3
expose [3] - 1341:12, 1343:14, 1350:23
exposed [3] - 1347:18, 1347:20, 1354:19
expressed [1] - 1288:18
extending [1] - 1347:12
extensive [4] - 1283:16, 1334:16, 1335:20, 1354:11
extent [2] - 1222:25, 1298:1
external [4] - 1235:8, 1237:3, 1239:19, 1250:19
extraordinarily [1] - 1238:20
extraordinary [1] - 1291:9
extreme [1] - 1244:2
extremely [9] - 1224:22, 1230:18, 1235:1, 1242:17, 1243:16, 1289:4, 1292:4, 1293:10, 1293:15
exudes [1] - 1247:9
Exxon [3] - 1274:18, 1274:25, 1275:3
eye [1] - 1291:23

**F**

F-O-L-S-E [1] - 1328:7
facilitate [4] - 1329:3,

1329:4, 1329:5, 1342:16
facilities [2] - 1249:17, 1294:5
facility [3] - 1294:24, 1295:2, 1332:24
fact [7] - 1242:17, 1302:15, 1323:8, 1327:20, 1336:22, 1361:18, 1368:15
factor [1] - 1278:1
factoring [1] - 1277:16
factors [1] - 1301:23
factual [1] - 1337:5
factually [1] - 1347:16
fair [2] - 1222:20, 1278:12
fairer [1] - 1273:20
fairly [1] - 1238:7
familiar [2] - 1257:21, 1281:13
fantastic [1] - 1286:12
far [5] - 1246:14, 1308:9, 1316:22, 1317:2, 1357:11
fear [1] - 1354:11
fears [1] - 1354:5
feature [1] - 1338:20
features [3] - 1343:17, 1343:25, 1344:1
February [2] - 1341:17, 1341:22
Federal [7] - 1253:11, 1263:15, 1263:24, 1264:3, 1311:19, 1314:16, 1322:5
federal [13] - 1226:1, 1226:8, 1226:12, 1228:5, 1228:7, 1243:10, 1289:9, 1290:4, 1294:4, 1294:24, 1301:1, 1355:15, 1356:16
Federation [1] - 1276:13
feed [1] - 1245:13
feet [2] - 1320:19, 1348:9
felt [6] - 1242:12, 1316:13, 1324:14, 1331:21, 1332:4, 1332:6
few [10] - 1239:22, 1243:5, 1247:19, 1248:9, 1249:8, 1258:6, 1277:1, 1321:18, 1341:8, 1345:15
FIDLER [4] - 1216:11, 1220:19, 1220:21,

1221:2
Fidler [1] - 1220:21
field [5] - 1223:7, 1224:6, 1292:25, 1344:22, 1347:19
FIFTEENTH [1] - 1217:10
figure [3] - 1267:3, 1277:21, 1287:24
figuring [1] - 1269:14
file [1] - 1234:5
filed [4] - 1244:24, 1369:20, 1370:9
filled [2] - 1250:13, 1345:7
final [7] - 1234:10, 1243:8, 1288:24, 1356:14, 1356:17, 1363:2
finalized [1] - 1334:24
findings [1] - 1259:17
fine [3] - 1272:18, 1330:8, 1360:9
fingerprinting [1] - 1353:25
finish [1] - 1363:13
finished [2] - 1357:22, 1363:12
firehouses [4] - 1352:22, 1352:25, 1353:16, 1364:16
first [42] - 1222:3, 1223:14, 1224:4, 1227:22, 1236:10, 1239:8, 1243:5, 1247:19, 1247:25, 1248:9, 1254:1, 1254:2, 1256:23, 1258:9, 1267:20, 1269:21, 1287:18, 1294:4, 1302:24, 1303:9, 1315:20, 1321:2, 1322:5, 1328:2, 1328:14, 1329:25, 1330:17, 1330:19, 1332:10, 1333:6, 1334:12, 1335:15, 1338:2, 1341:25, 1344:12, 1345:3, 1348:12, 1354:10, 1356:3, 1366:20, 1373:8
firsthand [2] - 1246:24, 1252:6
firstly [1] - 1352:16
fishbowl [1] - 1246:8
fishery [1] - 1283:24
fit [1] - 1217:2
five [2] - 1228:3, 1228:9, 1237:23,

1260:20, 1301:23, 1349:21
five-mile [1] - 1260:20
fix [1] - 1366:4
flattening [1] - 1339:25
flatter [2] - 1315:5
FLICKINGER [1] - 1216:6
flights [1] - 1268:6
floating [2] - 1263:4, 1339:3
flood [1] - 1229:25
flooding [1] - 1229:18
Florida [4] - 1335:11, 1340:11, 1345:10, 1356:20
flowed [1] - 1372:23
flower [1] - 1308:7
flowing [1] - 1227:15
flown [4] - 1268:5, 1294:17, 1295:5, 1295:6
fluorometers [1] - 1295:15
fly [2] - 1229:23, 1267:12
focus [9] - 1257:9, 1280:21, 1282:19, 1297:18, 1301:13, 1317:4, 1335:16, 1335:18, 1337:23
focused [4] - 1328:23, 1334:23, 1337:18, 1337:19
folks [4] - 1249:11, 1250:6, 1250:8, 1250:19
follow [4] - 1246:1, 1361:6, 1361:14, 1367:20
followed [2] - 1232:11, 1242:13
follows [2] - 1222:4, 1328:3
followup [1] - 1284:1
Folse [13] - 1327:19, 1328:6, 1328:11, 1328:16, 1329:18, 1333:5, 1344:16, 1354:5, 1358:20, 1363:1, 1363:19, 1373:1, 1373:6
FOLSE [1] - 1328:1
FOLSE.....................
.................. [1] - 1219:9
foot [3] - 1260:16, 1299:1, 1330:14
FOR [4] - 1216:3,

1216:19, 1217:3, 1217:17
**Force** [1] - 1295:3
**force** [3] - 1228:24, 1248:21, 1348:18
**forecasted** [1] - 1246:10
**forecasts** [1] - 1246:9
**foregoing** [1] - 1374:7
**form** [2] - 1239:19, 1358:12
**formally** [1] - 1254:19
**formation** [1] - 1242:25
**former** [3] - 1239:24, 1281:23, 1353:7
**forming** [2] - 1234:23, 1304:9
**forms** [1] - 1321:18
**formula** [1] - 1296:17
**formulate** [2] - 1227:14, 1230:16
**formulating** [1] - 1253:25
**Fort** [1] - 1345:3
**forth** [2] - 1245:13, 1282:16
**fortunate** [1] - 1230:6
**forward** [3] - 1315:13, 1331:16, 1352:14
**forwarded** [1] - 1312:11
**FOSC** [52] - 1226:19, 1234:17, 1235:2, 1235:19, 1237:17, 1239:24, 1253:1, 1254:1, 1262:8, 1268:8, 1280:3, 1281:24, 1285:9, 1285:11, 1285:14, 1285:22, 1285:25, 1288:21, 1290:15, 1304:12, 1308:2, 1308:22, 1309:3, 1309:13, 1309:16, 1309:18, 1309:24, 1312:18, 1314:14, 1322:6, 1323:25, 1324:16, 1324:18, 1324:20, 1325:23, 1326:13, 1334:19, 1334:24, 1335:4, 1335:10, 1340:2, 1340:8, 1340:21, 1341:1, 1344:19, 1345:25, 1346:16, 1347:19, 1347:22, 1350:25, 1352:16
**FOSC-R** [1] - 1322:6
**four** [6] - 1227:11,

1333:6, 1345:4, 1345:6, 1345:9, 1358:2
**Fourchon** [1] - 1347:12
**framework** [5] - 1236:16, 1238:3, 1238:8, 1263:18, 1302:1
**FRANK** [2] - 1219:5, 1222:2
**Frank** [3] - 1221:21, 1222:7, 1222:15
**Frankly** [1] - 1360:12
**freezing** [1] - 1220:10
**frequency** [3] - 1341:7, 1341:8, 1353:11
**front** [1] - 1288:4
**frustrating** [1] - 1341:6
**frustratingly** [1] - 1342:20
**fulfill** [1] - 1361:10
**fulfilling** [1] - 1328:24
**full** [2] - 1345:7, 1367:4
**fully** [2] - 1331:21, 1354:17
**function** [1] - 1277:4
**functional** [3] - 1241:8, 1243:19, 1247:7
**Fund** [1] - 1289:7
**fund** [8] - 1289:7, 1289:12, 1290:21, 1291:8, 1301:18, 1358:23, 1370:19, 1371:1
**funded** [2] - 1296:10, 1296:11
**funding** [9] - 1288:25, 1289:1, 1289:18, 1296:24, 1359:9, 1359:12, 1362:16, 1362:24, 1366:22
**funds** [2] - 1289:13, 1370:22
**furnishing** [1] - 1249:17
**furthers** [1] - 1358:4
**future** [3] - 1301:9, 1336:9, 1365:11
**fuzzy** [1] - 1318:6

# G

**gained** [1] - 1279:13
**gallons** [7] - 1226:15,

1243:9, 1268:24, 1316:23, 1316:25, 1317:10, 1317:12
**Galveston** [3] - 1224:11, 1231:14, 1308:8
**gamut** [1] - 1241:11
**gap** [1] - 1320:16
**gardens** [1] - 1308:7
**Gardner** [1] - 1221:6
**gate** [2] - 1240:7, 1247:24
**gathered** [1] - 1254:6
**GCRO** [8] - 1328:21, 1332:21, 1366:10, 1370:22, 1370:25, 1371:4, 1371:10, 1373:8
**gear** [1] - 1266:19
**general** [9] - 1237:24, 1247:4, 1257:8, 1282:1, 1302:12, 1308:12, 1322:19, 1324:8, 1360:25
**generally** [1] - 1357:7
**geographic** [2] - 1341:18, 1342:6
**Geological** [1] - 1342:2
**geologically** [1] - 1343:9
**geologist** [1] - 1330:22
**geologists** [1] - 1338:12
**geology** [3] - 1329:21, 1329:22, 1339:13
**geomorphologic** [1] - 1338:20
**georeferenced** [1] - 1265:25
**get-go** [1] - 1254:5
**given** [7] - 1230:4, 1230:10, 1243:16, 1272:1, 1304:4, 1312:6, 1368:23
**GLADSTEIN** [1] - 1216:10
**gleaned** [1] - 1356:12
**GMBH** [1] - 1215:16
**go/no** [1] - 1283:7
**goal** [2] - 1274:2, 1297:19
**goals** [1] - 1268:16
**God** [3] - 1221:25, 1286:12, 1327:24
**golden** [2] - 1239:12, 1254:8
**GoMRI** [4] - 1370:17, 1370:19, 1370:22,

1371:1
**govern** [1] - 1264:14
**government** [41] - 1221:7, 1233:15, 1234:14, 1239:4, 1245:23, 1250:7, 1250:9, 1250:24, 1251:1, 1251:17, 1252:25, 1254:19, 1256:1, 1261:2, 1268:13, 1270:1, 1270:12, 1271:9, 1278:9, 1280:22, 1288:18, 1289:6, 1289:8, 1289:13, 1289:23, 1289:24, 1290:25, 1291:10, 1294:4, 1294:7, 1294:12, 1295:2, 1295:6, 1301:1, 1307:21, 1307:23, 1309:11, 1319:1, 1336:11, 1360:22
**government's** [1] - 1272:7
**Government's** [1] - 1259:24
**governmental** [2] - 1279:10, 1293:21
**graduate** [2] - 1223:16, 1223:18
**graduating** [1] - 1224:2
**graft** [1] - 1250:22
**GRAND** [1] - 1217:23
**Grand** [3] - 1347:13, 1352:25
**granted** [1] - 1243:22
**graph** [14] - 1272:24, 1273:2, 1312:1, 1312:7, 1312:14, 1313:13, 1313:21, 1314:5, 1315:11, 1315:12, 1318:5, 1318:23, 1319:3, 1321:4
**graphic** [1] - 1258:13
**gray** [3] - 1313:7, 1313:17, 1314:25
**great** [3] - 1284:22, 1291:16, 1367:5
**greater** [4] - 1264:2, 1315:14, 1320:5
**green** [5] - 1348:12, 1348:14, 1349:3, 1349:6, 1349:7
**grew** [3] - 1243:15, 1248:12, 1340:15
**grid** [1] - 1347:24
**grid-like** [1] - 1347:24

**grief** [1] - 1331:20
**grind** [1] - 1244:3
**group** [9] - 1270:3, 1276:14, 1309:9, 1324:5, 1324:8, 1328:23, 1331:5, 1343:18, 1353:10
**groups** [1] - 1244:1
**grow** [1] - 1255:4
**growing** [1] - 1242:10
**growth** [1] - 1249:3
**Guard** [67] - 1222:7, 1222:15, 1223:6, 1223:16, 1224:3, 1224:9, 1224:12, 1224:14, 1224:19, 1225:9, 1227:24, 1228:10, 1228:14, 1228:18, 1228:19, 1229:9, 1229:20, 1230:3, 1230:5, 1230:23, 1231:5, 1235:3, 1235:9, 1235:11, 1235:25, 1236:1, 1238:1, 1238:4, 1239:1, 1239:20, 1246:11, 1249:25, 1252:24, 1253:10, 1254:11, 1254:22, 1260:21, 1262:3, 1281:5, 1284:18, 1286:2, 1286:11, 1287:4, 1287:12, 1288:12, 1288:15, 1294:9, 1295:8, 1319:2, 1321:23, 1322:9, 1327:4, 1329:3, 1333:2, 1334:14, 1339:19, 1351:11, 1351:14, 1351:20, 1352:21, 1352:24, 1353:17, 1353:24, 1354:2, 1354:13, 1354:21, 1364:22
**Guard's** [5] - 1226:25, 1235:10, 1250:3, 1353:6, 1353:24
**guess** [4] - 1267:20, 1286:20, 1311:4, 1365:23
**guidance** [1] - 1280:22
**guided** [1] - 1350:11
**guidelines** [4] - 1264:10, 1264:14, 1283:3, 1309:1
**GULF** [1] - 1215:6
**Gulf** [58] - 1222:16, 1224:5, 1224:10,

1224:23, 1225:12, 1225:20, 1225:23, 1226:1, 1231:7, 1231:8, 1231:11, 1231:20, 1232:13, 1233:3, 1241:21, 1241:25, 1255:13, 1258:25, 1259:12, 1263:23, 1269:1, 1271:14, 1295:23, 1295:25, 1296:2, 1296:7, 1297:7, 1298:12, 1320:17, 1328:19, 1328:20, 1329:4, 1329:5, 1329:6, 1330:24, 1332:12, 1332:22, 1332:23, 1333:15, 1334:17, 1347:7, 1353:1, 1358:18, 1358:21, 1358:23, 1359:4, 1359:15, 1361:1, 1362:15, 1362:18, 1362:20, 1362:22, 1362:23, 1362:24, 1363:5, 1366:9, 1366:24
**gulf** [1] - 1320:13

## H

**habitat** [2] - 1358:6, 1358:14
**habitats** [1] - 1257:13
**half** [3] - 1245:3, 1308:18, 1360:10
**half-life** [1] - 1308:18
**halfway** [1] - 1345:7
**hand** [3] - 1221:23, 1275:19, 1327:21
**handed** [1] - 1240:6
**handle** [2] - 1253:17, 1290:1
**handled** [1] - 1287:2
**handles** [1] - 1353:1
**handling** [2] - 1253:17, 1283:20
**HANKEY** [1] - 1216:8
**Hanzalik** [7] - 1296:2, 1312:9, 1312:11, 1314:18, 1321:13, 1321:23, 1324:20
**hard** [6] - 1227:18, 1239:2, 1244:5, 1247:3, 1275:5, 1288:6
**harder** [1] - 1243:23
**HARIKLIA** [1] - 1217:5
**harm** [1] - 1299:15

**harmed** [1] - 1366:5
**HARVEY** [1] - 1216:10
**hash** [3] - 1345:3, 1345:8, 1345:23
**hastily** [1] - 1245:10
**hats** [2] - 1228:7, 1228:10
**haul** [1] - 1286:19
**haven** [1] - 1229:24
**hazards** [2] - 1283:13, 1283:19
**HAZWOPER** [1] - 1283:18
**HB406** [1] - 1218:4
**head** [1] - 1308:18
**heading** [3] - 1225:17, 1288:7, 1317:2
**headquarters** [1] - 1245:10
**heady** [1] - 1324:5
**heard** [5] - 1226:24, 1242:23, 1244:9, 1257:19, 1333:13
**HEARD** [1] - 1215:23
**hearsay** [1] - 1244:21
**heartland** [1] - 1227:13
**heat** [1] - 1325:8
**heavily** [3] - 1348:20, 1354:18, 1364:12
**heavy** [7] - 1240:6, 1313:5, 1339:5, 1339:9, 1349:8, 1349:22, 1364:9
**heavy-handed** [1] - 1240:6
**Hein** [1] - 1341:2
**hello** [1] - 1363:20
**help** [18] - 1221:25, 1228:23, 1230:15, 1241:12, 1246:25, 1252:20, 1265:16, 1271:11, 1284:14, 1294:8, 1294:10, 1327:23, 1332:7, 1333:23, 1334:2, 1342:17, 1352:8
**helped** [7] - 1236:15, 1238:14, 1248:11, 1266:2, 1282:6, 1352:8, 1367:14
**helpful** [7] - 1223:10, 1232:13, 1232:25, 1244:17, 1248:5, 1272:20, 1346:22
**helping** [2] - 1301:13, 1342:24
**helps** [5] - 1227:20, 1248:22, 1253:14, 1266:2, 1266:24

**hereby** [1] - 1374:6
**hesitate** [2] - 1255:21, 1309:5
**Hi** [1] - 1363:19
**hiccup** [1] - 1290:4
**high** [14] - 1227:16, 1232:5, 1244:2, 1255:19, 1258:25, 1262:24, 1270:8, 1327:8, 1334:9, 1336:25, 1338:14, 1342:10, 1344:6, 1367:21
**high-powered** [1] - 1342:10
**high-risk** [1] - 1227:16
**high-volume** [2] - 1232:5, 1258:25
**higher** [1] - 1304:7
**highest** [2] - 1230:5, 1230:9
**highlighted** [1] - 1337:13
**highlighting** [1] - 1320:12
**highly** [3] - 1261:24, 1266:19, 1342:14
**highly-sophisticated** [1] - 1266:19
**Hildebrand** [1] - 1327:3
**HIMMELHOCH** [2] - 1216:5, 1221:8
**historical** [3] - 1235:21, 1343:20, 1358:11
**history** [2] - 1228:20, 1274:23
**hit** [4] - 1228:9, 1229:17, 1280:18, 1280:19
**hits** [1] - 1320:22
**hitting** [1] - 1307:14
**hold** [2] - 1226:3, 1331:3
**HOLDINGS** [1] - 1215:17
**holds** [1] - 1227:4
**holes** [4] - 1349:25, 1350:2, 1350:5, 1350:9
**Homeland** [1] - 1254:19
**homes** [1] - 1228:22
**Honor** [24] - 1220:19, 1221:2, 1221:5, 1221:8, 1221:20, 1233:9, 1233:14, 1233:17, 1244:20, 1244:24, 1292:19,

1321:9, 1321:10, 1325:10, 1327:19, 1328:9, 1336:10, 1359:16, 1363:15, 1367:20, 1368:1, 1370:14, 1373:1, 1373:3
**honor** [1] - 1230:10
**HONORABLE** [1] - 1215:23
**honored** [1] - 1230:12
**honors** [1] - 1230:6
**hopeful** [1] - 1286:7
**Horizon** [43] - 1222:23, 1231:21, 1232:14, 1236:11, 1238:9, 1240:1, 1256:24, 1258:11, 1259:12, 1260:3, 1264:24, 1265:14, 1271:14, 1273:10, 1273:14, 1273:23, 1274:4, 1274:12, 1276:7, 1277:19, 1282:4, 1287:6, 1288:19, 1293:5, 1293:9, 1298:25, 1300:14, 1304:3, 1310:13, 1322:1, 1323:20, 1328:22, 1329:2, 1331:25, 1332:14, 1339:2, 1351:11, 1351:16, 1351:19, 1351:21, 1351:23, 1355:18, 1366:25
**HORIZON** [1] - 1215:5
**hospitals** [1] - 1229:24
**HOSS** [1] - 1258:24
**hot** [1] - 1344:24
**hotspot** [1] - 1341:5
**hotspots** [1] - 1342:22
**Houma** [11] - 1232:8, 1243:12, 1244:6, 1244:15, 1245:9, 1247:14, 1251:11, 1265:20, 1267:2, 1303:17, 1322:6
**hour** [2] - 1239:12, 1254:8
**hours** [9] - 1221:15, 1221:16, 1221:17, 1231:17, 1239:22, 1245:13, 1246:2, 1247:25
**house** [1] - 1242:19
**housing** [1] - 1249:14
**Houston** [2] - 1328:16, 1342:13

**Huber** [5] - 1265:17, 1312:6, 1312:10, 1312:14, 1314:9
**huge** [5] - 1228:17, 1229:2, 1250:24, 1289:21, 1322:15
**human** [2] - 1358:15, 1369:9
**hundred** [5] - 1235:11, 1255:18, 1306:22, 1319:17, 1320:5
**hundreds** [3] - 1224:21, 1225:25, 1293:3
**Hurricane** [13] - 1226:2, 1226:3, 1226:6, 1226:18, 1227:20, 1227:23, 1228:9, 1228:15, 1230:7, 1230:14, 1347:7, 1347:9, 1347:18
**hurt** [1] - 1299:17
**husband** [1] - 1331:18
**hypothesis** [1] - 1337:24

## I

**ICP** [1] - 1244:15
**ICPs** [1] - 1322:10
**ICS** [4] - 1239:19, 1254:12, 1254:14, 1254:18
**idea** [2] - 1308:19, 1345:9
**identification** [1] - 1359:10
**identified** [11] - 1267:21, 1268:9, 1343:11, 1344:7, 1344:10, 1344:22, 1344:25, 1348:1, 1348:3, 1349:19, 1364:6
**identify** [4] - 1276:5, 1333:23, 1343:16, 1349:18
**identifying** [4] - 1268:5, 1343:19, 1347:5, 1349:16
**Ill** [1] - 1369:16
**IL** [1] - 1217:7
**ill** [1] - 1303:6
**illness** [2] - 1302:14, 1303:2
**imagery** [3] - 1343:7, 1343:12, 1343:24
**immediate** [1] -

1231:18
**immediately** [4] - 1229:22, 1239:15, 1260:22, 1293:18
**immersive** [1] - 1342:14
**impact** [28] - 1226:18, 1227:17, 1229:7, 1238:25, 1256:15, 1257:17, 1257:20, 1262:18, 1269:17, 1270:18, 1280:19, 1298:5, 1298:14, 1298:15, 1298:16, 1302:10, 1307:14, 1310:10, 1311:22, 1312:25, 1314:9, 1314:12, 1314:13, 1314:20, 1315:20, 1322:25, 1364:23, 1364:25
**impacted** [5] - 1257:12, 1298:16, 1298:25, 1299:7, 1371:5
**impacting** [1] - 1268:25
**impacts** [7] - 1237:7, 1308:4, 1309:21, 1310:5, 1311:12, 1320:17, 1321:2
**implement** [3] - 1250:17, 1331:13, 1356:16
**implementation** [1] - 1335:19
**implemented** [3] - 1337:1, 1341:21, 1356:13
**importance** [2] - 1253:24, 1254:12
**important** [27] - 1228:8, 1239:8, 1239:11, 1251:5, 1254:7, 1254:10, 1258:21, 1260:24, 1261:16, 1281:24, 1285:19, 1285:21, 1285:24, 1287:19, 1287:21, 1289:5, 1292:4, 1302:3, 1323:25, 1331:21, 1338:20, 1342:15, 1350:19, 1352:16, 1358:8, 1362:20, 1368:21
**impressed** [1] - 1252:5
**improve** [2] - 1285:3, 1291:24

**improved** [1] - 1300:24
**improvement** [1] - 1285:1
**improvements** [1] - 1233:6
**IN** [3] - 1215:5, 1215:6, 1220:4
**in-depth** [1] - 1302:13
**in-house** [1] - 1242:19
**in-situ** [1] - 1241:19
**INC** [4] - 1215:14, 1215:18, 1215:18, 1217:3
**Inc** [3] - 1329:10, 1355:7, 1372:1
**inches** [1] - 1345:15
**Incident** [13] - 1232:8, 1235:7, 1242:11, 1243:11, 1244:6, 1247:14, 1247:16, 1251:11, 1254:12, 1265:2, 1303:17, 1322:7
**incident** [37] - 1225:2, 1225:4, 1225:5, 1226:11, 1226:13, 1226:19, 1228:12, 1229:12, 1230:8, 1231:17, 1231:25, 1232:4, 1233:10, 1235:22, 1237:1, 1237:4, 1237:5, 1237:13, 1239:12, 1239:16, 1240:1, 1240:24, 1241:6, 1241:20, 1243:6, 1243:24, 1255:3, 1255:5, 1257:10, 1272:1, 1273:10, 1274:2, 1274:9, 1276:16, 1282:18, 1286:13, 1294:8
**incidents** [13] - 1224:23, 1225:7, 1225:20, 1225:21, 1230:18, 1235:20, 1239:10, 1273:11, 1273:14, 1273:22, 1274:14, 1276:18, 1303:9
**include** [5] - 1278:14, 1314:10, 1316:5, 1316:8, 1365:22
**included** [9] - 1241:17, 1275:10, 1295:2, 1295:3, 1312:2, 1313:13, 1314:1, 1314:22, 1318:18

**includes** [3] - 1241:18, 1264:8, 1280:20
**including** [23] - 1226:1, 1241:18, 1242:14, 1245:12, 1247:15, 1247:16, 1257:20, 1259:10, 1262:13, 1263:5, 1265:19, 1284:18, 1288:16, 1288:17, 1289:9, 1293:21, 1304:12, 1319:4, 1319:5, 1319:6, 1350:16
**incorporated** [1] - 1295:25
**Incorporated** [2] - 1231:7, 1265:20
**increase** [1] - 1289:16
**increased** [4] - 1319:3, 1323:8, 1324:22, 1345:15
**incredibly** [1] - 1264:25
**incurred** [1] - 1360:6
**Independent** [1] - 1359:6
**independent** [8] - 1235:25, 1342:10, 1358:23, 1359:7, 1359:8, 1359:14, 1362:23
**independently** [1] - 1312:13
**indicate** [3] - 1269:24, 1345:20, 1350:6
**indicated** [1] - 1313:12
**indicative** [1] - 1271:25
**indicators** [1] - 1249:1
**individual** [5] - 1255:12, 1255:19, 1260:22, 1269:23, 1305:17
**individuals** [2] - 1239:17, 1252:2
**Industry** [1] - 1233:2
**industry** [7] - 1227:14, 1231:11, 1232:19, 1255:15, 1276:15, 1296:8, 1296:9
**inferring** [1] - 1304:24
**influx** [1] - 1243:14
**inform** [5] - 1227:20, 1248:23, 1253:15, 1356:13, 1365:12
**information** [8] - 1237:22, 1241:3,

1247:9, 1254:6, 1280:2, 1342:7, 1342:17, 1356:12
**informed** [2] - 1309:19, 1372:14
**infrastructure** [1] - 1243:18
**inherent** [1] - 1263:5
**initial** [2] - 1254:1, 1364:11
**initiative** [1] - 1371:3
**Initiative** [5] - 1333:15, 1358:19, 1358:21, 1361:1, 1362:21
**injured** [6] - 1302:15, 1303:6, 1350:8, 1366:24, 1367:4, 1367:17
**injuries** [3] - 1282:23, 1303:14, 1304:3
**injury** [12] - 1252:9, 1281:14, 1302:11, 1302:12, 1302:14, 1302:18, 1303:2, 1356:8, 1356:9, 1356:10, 1365:13, 1367:4
**inland** [2] - 1225:16, 1364:14
**innovative** [1] - 1300:20
**input** [3] - 1235:3, 1258:4, 1290:15
**inputs** [1] - 1316:19
**inquired** [1] - 1372:22
**inspection** [1] - 1228:6
**inspections** [2] - 1224:7, 1335:2
**instance** [1] - 1273:24
**instances** [4] - 1299:19, 1301:4, 1318:1, 1354:1
**instantaneously** [2] - 1260:18, 1315:15
**instantly** [1] - 1228:10
**instituted** [1] - 1324:12
**institutions** [2] - 1362:22, 1362:25
**instructions** [1] - 1367:21
**instructs** [1] - 1364:22
**integrate** [1] - 1294:8
**integrated** [1] - 1340:3
**integration** [1] - 1344:21
**intend** [1] - 1357:18
**intention** [1] - 1360:17
**interaction** [2] -

1285:25, 1338:3
**intercompany** [1] - 1301:19
**interest** [5] - 1338:24, 1344:8, 1344:24, 1348:1, 1349:19
**interested** [1] - 1340:24
**interesting** [1] - 1227:18
**interfaced** [1] - 1243:10
**interfere** [1] - 1267:9
**Interior** [1] - 1342:4
**interject** [2] - 1325:24, 1357:10
**internal** [5] - 1235:20, 1236:25, 1239:16, 1250:18, 1301:18
**internally** [2] - 1237:2
**International** [1] - 1276:12
**interplay** [1] - 1265:1
**interpret** [1] - 1336:11
**interruption** [1] - 1330:6
**intertidal** [2] - 1338:16, 1338:17
**interview** [7] - 1253:4, 1253:13, 1253:20, 1253:24, 1255:8, 1321:17
**interviewed** [3] - 1235:12, 1252:25, 1288:15
**Intracoastal** [1] - 1225:16
**introduce** [1] - 1222:13
**intrusion** [1] - 1299:19
**inventories** [1] - 1279:10
**inventory** [1] - 1301:8
**investigate** [1] - 1340:16
**investigated** [4] - 1345:1, 1348:4, 1349:17, 1351:20
**investigating** [1] - 1364:4
**investigation** [11] - 1341:24, 1344:23, 1347:6, 1349:14, 1349:16, 1349:19, 1350:3, 1350:6, 1353:6, 1362:15
**investigations** [1] - 1224:6
**invited** [1] - 1342:12
**invoice** [1] - 1245:25

**involved** [25] - 1225:3,
1225:6, 1226:5,
1228:15, 1229:4,
1230:17, 1231:20,
1235:13, 1239:10,
1245:24, 1249:11,
1251:18, 1252:2,
1260:9, 1268:6,
1269:12, 1282:24,
1291:9, 1301:2,
1304:13, 1333:1,
1335:19, 1343:5,
1345:23, 1366:12
**involvement** [5] -
1227:19, 1232:7,
1333:18, 1352:5,
1355:1
**irrelevant** [1] - 1362:7
**Isaac** [3] - 1347:7,
1347:9, 1347:18
**ISB** [2] - 1257:10,
1270:16
**island** [3] - 1347:12,
1347:25, 1348:10
**Island** [10] - 1347:13,
1348:5, 1348:11,
1348:22, 1349:14,
1349:16, 1358:3,
1358:4, 1358:8
**islands** [1] - 1358:2
**Isle** [2] - 1347:13,
1352:25
**isolation** [1] - 1305:9
**ISPR** [12] - 1234:17,
1235:23, 1251:21,
1253:1, 1253:4,
1256:6, 1257:2,
1257:10, 1270:13,
1288:22, 1298:3
**issue** [15] - 1229:1,
1250:7, 1252:4,
1262:4, 1271:6,
1275:24, 1276:2,
1279:16, 1323:4,
1339:17, 1357:18,
1359:5, 1368:22,
1368:24, 1371:15
**issued** [1] - 1334:15
**issues** [8] - 1230:13,
1244:4, 1325:8,
1325:19, 1326:19,
1358:13, 1358:15,
1359:14
**item** [1] - 1336:5
**ITOPF** [2] - 1276:13,
1310:16
**itself** [4] - 1260:10,
1261:1, 1319:1,
1336:14
**Ivan** [1] - 1226:18

**Ixtoc** [5] - 1273:24,
1274:3, 1274:5,
1274:13, 1274:14

**J**

**Jackson** [2] - 1366:20,
1367:6
**JAKOLA** [1] - 1217:6
**James** [2] - 1296:2,
1312:8
**JAMES** [1] - 1217:23
**January** [2] - 1290:9,
1344:20
**JANUARY** [2] -
1215:8, 1220:2
**JARRETT** [1] -
1217:13
**job** [6] - 1250:4,
1284:22, 1284:24,
1286:12, 1372:17
**John** [1] - 1371:18
**jointly** [1] - 1300:24
**Joseph** [1] - 1253:20
**judge** [2] - 1333:13,
1360:13
**Judge** [21] - 1222:14,
1234:18, 1235:17,
1236:20, 1238:18,
1244:18, 1248:21,
1250:15, 1251:25,
1259:17, 1261:15,
1266:23, 1271:15,
1273:1, 1273:16,
1277:20, 1282:14,
1323:23, 1329:19,
1338:9, 1346:25
**JUDGE** [1] - 1215:24
**JUDY** [1] - 1216:10
**July** [4] - 1248:14,
1249:7, 1259:10,
1315:25
**jump** [5] - 1285:1,
1313:23, 1314:2,
1315:6, 1355:22
**jump-starting** [1] -
1355:22
**June** [4] - 1315:21,
1317:15, 1335:11,
1346:1
**Justice** [1] - 1363:24
**JUSTICE** [2] - 1216:3,
1216:14

**K**

**KANNER** [2] -
1216:20, 1216:20
**KARIS** [1] - 1217:5

**Katrina** [9] - 1226:2,
1226:3, 1226:6,
1227:20, 1227:23,
1228:9, 1228:15,
1230:7, 1230:14
**KATRINE** [1] - 1217:6
**keep** [7] - 1220:15,
1227:14, 1233:5,
1246:2, 1260:21,
1267:25, 1337:5
**keeping** [2] - 1267:14,
1367:21
**KEITH** [1] - 1217:13
**kept** [5] - 1232:10,
1242:9, 1242:10,
1248:3, 1255:6
**key** [12] - 1235:4,
1237:22, 1239:23,
1247:8, 1247:11,
1250:25, 1262:22,
1287:22, 1288:2,
1292:5, 1297:21,
1333:23
**keys** [1] - 1237:14
**kicking** [1] - 1240:14
**kill** [1] - 1226:17
**kilometers** [1] -
1297:23
**KIMBERLY** [1] -
1217:10
**kind** [6] - 1230:1,
1231:12, 1310:14,
1322:4, 1368:5,
1368:17
**KING** [1] - 1216:7
**KIRBY** [2] - 1217:19,
1221:5
**Kirby** [1] - 1221:5
**KIRKLAND** [2] -
1217:3, 1217:9
**knowledge** [8] -
1239:15, 1286:9,
1286:10, 1302:12,
1303:10, 1308:21,
1333:18, 1337:2
**known** [6] - 1307:7,
1307:16, 1307:18,
1335:5, 1340:9,
1366:10
**knows** [1] - 1227:7
**KRAUS** [1] - 1216:21
**Ky** [1] - 1221:5
**KY** [1] - 1217:19

**L**

**LA** [3] - 1216:23,
1217:15, 1218:5
**laboratory** [1] -

1353:25
**lacking** [1] - 1285:16
**Laferriere** [4] -
1303:15, 1303:22,
1314:19, 1325:4
**Laferriere's** [2] -
1325:7, 1325:14
**landfall** [2] - 1343:9,
1344:2
**Landry** [1] - 1322:5
**landward** [1] - 1338:2
**LANGAN** [1] - 1217:4
**large** [32] - 1224:22,
1225:3, 1226:10,
1226:12, 1229:13,
1230:18, 1242:20,
1243:16, 1243:25,
1249:4, 1252:17,
1252:18, 1254:9,
1259:6, 1259:20,
1265:3, 1266:13,
1266:16, 1268:12,
1269:16, 1270:17,
1275:6, 1275:13,
1286:1, 1293:23,
1314:3, 1342:8,
1342:16, 1351:24,
1354:6
**larger** [1] - 1232:15,
1345:11, 1353:10
**largest** [2] - 1228:19,
1232:6, 1296:16
**LASALLE** [1] - 1217:6
**last** [14] - 1220:10,
1221:14, 1234:5,
1262:21, 1288:16,
1313:11, 1313:14,
1334:13, 1335:9,
1345:24, 1350:25,
1351:2, 1372:8
**lastly** [2] - 1329:5,
1331:12
**late** [2] - 1274:6,
1324:12
**latitude** [1] - 1268:1
**launched** [1] - 1295:1
**launching** [1] - 1267:1
**Laura** [4] - 1327:19,
1328:6, 1328:11,
1328:16
**LAURA** [4] - 1216:16,
1219:9, 1328:1,
1328:6
**LAWRENCE** [1] -
1216:16
**lay** [1] - 1343:16
**layered** [3] - 1257:21,
1258:7, 1257:9
**lead** [4] - 1229:22,
1285:14, 1340:6,

1366:14
**leader** [3] - 1285:10,
1285:11, 1308:22
**leadership** [1] -
1323:11
**leading** [3] - 1230:14,
1325:11, 1331:7
**leaked** [1] - 1271:21
**Learned** [1] - 1233:5
**lease** [1] - 1330:23
**LEASING** [1] -
1215:16
**least** [3] - 1301:12,
1318:1, 1364:7
**leave** [2] - 1316:24,
1331:16
**leaves** [1] - 1305:24
**Leesville** [1] - 1231:15
**left** [1] - 1331:15
**legacy** [2] - 1330:18,
1330:19
**legal** [3] - 1228:3,
1372:16, 1372:22
**Legion** [2] - 1230:2,
1230:5
**lending** [1] - 1301:19
**length** [1] - 1298:10
**less** [3] - 1345:20,
1345:22, 1353:18
**Lessons** [1] - 1233:5
**letting** [1] - 1308:10
**level** [16] - 1225:8,
1242:20, 1243:8,
1250:5, 1262:25,
1286:8, 1288:5,
1292:5, 1295:9,
1296:13, 1316:12,
1334:9, 1336:25,
1344:6, 1354:8,
1367:21
**levels** [1] - 1339:24
**leverage** [2] - 1240:8,
1286:8
**LEWIS** [2] - 1217:13,
1217:22
**Liability** [1] - 1289:7
**licensed** [2] - 1223:21,
1223:22
**life** [3] - 1245:15,
1308:18, 1329:7
**light** [7] - 1269:16,
1348:15, 1349:2,
1349:3, 1349:6,
1349:7
**lighter** [1] - 1349:3
**lightly** [1] - 1285:21
**likely** [2] - 1351:22,
1354:18
**limitations** [3] -
1260:25, 1319:9,

1323:7
**limited** [2] - 1298:2, 1301:18
**limiting** [1] - 1323:8
**limits** [2] - 1256:7, 1301:19
**line** [3] - 1310:23, 1359:24, 1360:3
**lines** [4] - 1238:6, 1267:22, 1319:23
**lion** [1] - 1250:21
**LISKOW** [1] - 1217:13
**list** [2] - 1220:22, 1245:1
**listed** [5] - 1230:2, 1313:21, 1318:15, 1327:3, 1334:12
**lists** [2] - 1241:9
**literature** [1] - 1326:19
**litigation** [1] - 1295:21
**live** [5] - 1222:14, 1222:16, 1229:21, 1328:15, 1328:19
**livelihoods** [1] - 1371:7
**LLC** [2] - 1215:16, 1215:17
**LLOYD'S** [1] - 1215:19
**load** [2] - 1294:14, 1319:19
**local** [1] - 1239:3
**located** [3] - 1268:3, 1269:14, 1344:3
**location** [1] - 1266:7
**locations** [2] - 1294:19, 1335:8
**logistical** [2] - 1242:12, 1243:17
**logistics** [1] - 1290:1
**longitude** [1] - 1268:1
**look** [54] - 1225:24, 1234:17, 1235:24, 1236:1, 1236:12, 1239:7, 1241:1, 1249:6, 1253:3, 1253:19, 1256:3, 1256:22, 1258:9, 1258:16, 1261:9, 1262:3, 1262:6, 1264:6, 1266:20, 1267:19, 1268:22, 1270:15, 1271:6, 1271:13, 1272:20, 1273:24, 1274:18, 1274:24, 1277:17, 1280:15, 1280:25, 1287:8, 1287:9, 1290:8, 1291:6, 1292:1, 1293:11,

1294:3, 1298:8, 1304:23, 1306:16, 1317:17, 1320:6, 1322:25, 1324:16, 1330:11, 1338:6, 1344:11, 1344:12, 1345:13, 1348:2, 1352:2, 1354:23
**looked** [22] - 1236:21, 1238:1, 1239:4, 1244:14, 1248:8, 1250:7, 1251:17, 1252:23, 1271:3, 1272:7, 1275:21, 1277:3, 1281:13, 1290:6, 1290:16, 1294:15, 1304:23, 1343:20, 1344:1, 1351:22, 1360:13
**looking** [21] - 1235:1, 1246:11, 1270:23, 1271:22, 1272:13, 1272:14, 1272:19, 1309:4, 1313:22, 1317:22, 1333:7, 1333:15, 1340:25, 1343:6, 1343:9, 1343:11, 1344:11, 1347:3, 1350:9, 1351:21, 1362:7
**looks** [4] - 1250:12, 1313:22, 1345:9, 1345:16
**LOS** [1] - 1217:24
**lost** [2] - 1228:22
**LOTTERMAN** [1] - 1217:19
**Louisiana** [33] - 1222:17, 1228:2, 1228:12, 1243:12, 1244:11, 1245:9, 1245:25, 1246:15, 1246:17, 1299:5, 1314:17, 1320:14, 1335:13, 1340:12, 1341:23, 1344:8, 1344:12, 1346:20, 1346:22, 1347:1, 1347:2, 1347:7, 1347:11, 1347:12, 1347:15, 1347:23, 1351:1, 1351:4, 1353:1, 1356:20, 1358:2, 1374:5, 1374:6
**LOUISIANA** [3] - 1215:2, 1215:8, 1216:20
**Louisiana's** [1] - 1358:4

**love** [1] - 1286:12
**low** [2] - 1304:4, 1346:18
**lower** [3] - 1226:13, 1303:13, 1317:23
**LP** [1] - 1215:15
**LTD** [1] - 1215:19
**Lubchenco** [1] - 1308:17
**lumping** [1] - 1360:9
**lunch** [1] - 1373:15
**LUNCHEON** [1] - 1219:13
**luncheon** [1] - 1373:17

## M

**ma'am** [3] - 1336:7, 1370:11, 1373:12
**Macondo** [2] - 1266:21, 1354:3
**mail** [3] - 1290:9, 1290:12, 1290:15
**mails** [2] - 1256:2, 1311:20
**main** [4] - 1331:7, 1338:13, 1342:19, 1347:11
**maintain** [2] - 1364:17, 1364:19
**maintained** [1] - 1364:21
**maintaining** [1] - 1242:19
**maintenance** [1] - 1346:6
**major** [9] - 1226:4, 1226:17, 1226:18, 1229:10, 1235:19, 1240:1, 1275:13, 1284:23, 1291:10
**majority** [5] - 1223:6, 1225:11, 1294:1, 1303:9, 1350:2
**MALINDA** [1] - 1216:16
**man** [1] - 1255:14
**manage** [3] - 1225:4, 1297:9, 1331:8
**Management** [2] - 1241:23, 1255:11
**management** [6] - 1224:8, 1232:3, 1233:11, 1329:23, 1350:11, 1350:13
**manager** [2] - 1342:1, 1353:13
**Managers** [1] - 1233:2

**managing** [3] - 1331:7, 1332:18, 1332:25
**manner** [1] - 1293:11
**manual** [3] - 1281:5, 1348:16, 1348:17
**manuals** [2] - 1238:2, 1238:4
**map** [3] - 1348:5, 1349:20, 1366:21
**maps** [1] - 1246:5
**marine** [8] - 1223:7, 1223:17, 1223:20, 1224:5, 1224:6, 1224:7, 1228:6
**Marine** [4] - 1242:8, 1259:3, 1265:19, 1327:2
**maritime** [4] - 1227:9, 1228:5, 1230:10, 1230:18
**MARK** [1] - 1217:5
**marsh** [7] - 1299:5, 1299:10, 1299:12, 1299:17, 1306:5, 1307:11, 1346:14
**marshes** [5] - 1280:19, 1298:25, 1299:7, 1299:16, 1306:18
**Mason** [1] - 1221:6
**massive** [2] - 1229:18, 1245:10
**master** [2] - 1358:4, 1359:3
**master's** [1] - 1223:19
**Master's** [2] - 1329:22, 1329:23
**material** [11] - 1340:5, 1340:23, 1345:2, 1345:4, 1345:17, 1345:19, 1345:21, 1350:14, 1350:23, 1351:9, 1353:20
**materials** [2] - 1240:21, 1268:15
**math** [1] - 1271:18
**matt** [1] - 1334:2
**matter** [7] - 1232:14, 1234:2, 1283:6, 1318:24, 1329:16, 1368:12, 1374:9
**matters** [4] - 1220:18, 1222:13, 1252:16, 1333:17
**MATTHEW** [1] - 1217:4
**maximize** [1] - 1262:1
**maximum** [3] - 1285:5, 1290:2,

1348:9
**MAYBERRY** [1] - 1216:16
**MCCUTCHEN** [1] - 1217:18
**MCKINNEY** [1] - 1216:21
**mean** [12] - 1254:18, 1256:12, 1257:6, 1281:9, 1288:3, 1298:19, 1299:24, 1332:15, 1336:21, 1346:3, 1360:5, 1360:6
**meaning** [2] - 1314:7, 1339:25
**meaningful** [1] - 1286:23
**means** [5] - 1239:12, 1277:14, 1279:14, 1300:1, 1350:3
**meant** [3] - 1346:5, 1359:5, 1372:16
**measure** [2] - 1239:8, 1257:17
**measures** [10] - 1227:17, 1237:6, 1238:24, 1256:14, 1256:16, 1261:19, 1273:5, 1281:19, 1282:23, 1302:7
**measuring** [1] - 1283:5
**MECHANICAL** [1] - 1218:7
**mechanical** [17] - 1223:20, 1241:18, 1260:9, 1260:24, 1271:19, 1274:14, 1274:17, 1275:1, 1275:20, 1276:22, 1279:7, 1279:13, 1279:25, 1280:20, 1304:24, 1305:9, 1348:8
**mechanisms** [2] - 1236:25, 1237:8
**media** [1] - 1244:2
**medical** [2] - 1246:16, 1303:12
**medium** [1] - 1230:19
**meet** [5] - 1237:18, 1238:22, 1255:4, 1286:4, 1352:20
**meeting** [4] - 1288:5, 1309:11, 1313:11, 1323:23
**member** [7] - 1280:9, 1282:7, 1286:22, 1296:10, 1296:19,

1296:21, 1321:23
**members** [4] -
1246:11, 1271:24,
1285:12, 1342:13
**members'** [1] -
1296:11
**membership** [1] -
1296:14
**memorandum** [1] -
1336:2
**MENTIONED** [2] -
1219:20, 1219:21
**mentioned** [11] -
1221:4, 1221:11,
1229:15, 1241:2,
1283:21, 1300:25,
1301:1, 1340:25,
1348:24, 1349:15
**Merit** [4] - 1230:2,
1230:5, 1374:4,
1374:14
**MERIT** [1] - 1218:4
**met** [5] - 1264:4,
1287:3, 1292:22,
1346:10, 1363:21
**meters** [2] - 1264:3,
1364:14
**methods** [4] -
1279:25, 1289:22,
1299:3, 1324:2
**metric** [1] - 1273:13
**metrics** [1] - 1272:14
**Mexican** [1] - 1274:6
**Mexico** [28] - 1224:5,
1224:23, 1225:12,
1225:20, 1226:1,
1231:11, 1241:21,
1241:25, 1255:13,
1259:12, 1263:23,
1269:1, 1274:5,
1298:12, 1330:24,
1333:15, 1358:19,
1358:21, 1358:23,
1359:4, 1359:15,
1362:15, 1362:18,
1362:21, 1362:23,
1363:5, 1366:24
**MEXICO** [1] - 1215:6
**Mexico-based** [1] -
1255:13
**MICHAEL** [1] -
1216:11
**Michigan** [1] -
1223:18
**mid** [2] - 1263:24,
1344:20
**mid-January** [1] -
1344:20
**midnight** [1] - 1232:24
**midsection** [1] -

1227:12
**might** [13] - 1257:12,
1282:13, 1282:25,
1285:16, 1332:5,
1332:6, 1335:7,
1338:8, 1343:13,
1343:17, 1346:22,
1356:5, 1360:8
**migrate** [2] - 1307:11,
1308:11
**migrating** [1] -
1306:18
**Mike** [1] - 1328:10
**mile** [1] - 1260:20
**mileage** [1] - 1315:17
**miles** [16] - 1226:9,
1264:2, 1283:8,
1283:9, 1298:6,
1298:9, 1298:14,
1319:11, 1319:14,
1319:16, 1319:17,
1320:19, 1364:7,
1364:11, 1364:12
**milestones** [1] -
1335:9
**million** [11] - 1229:7,
1271:20, 1290:3,
1356:18, 1358:22,
1359:13, 1359:17,
1359:21, 1360:2,
1360:5
**millions** [1] - 1268:24
**mind** [1] - 1259:15
**mindset** [1] - 1239:24
**mine** [1] - 1239:21
**Minerals** [2] -
1241:23, 1255:11
**Mingé** [1] - 1371:18
**minimal** [4] - 1298:5,
1298:7, 1298:14,
1322:25
**minimize** [7] - 1223:1,
1256:15, 1280:18,
1282:23, 1283:12,
1306:16, 1307:13
**minimizing** [1] -
1257:17, 1286:4
**minute** [5] - 1227:19,
1245:3, 1250:13,
1330:1, 1331:16
**minutes** [6] - 1221:15,
1221:16, 1221:17,
1292:11, 1292:12
**missed** [1] - 1285:8
**missing** [2] - 1285:16,
1313:9
**mission** [3] - 1228:6,
1229:9, 1265:7
**missioned** [1] -
1286:11

**missions** [4] -
1228:20, 1229:3,
1267:10, 1267:13
**Mississippi** [9] -
1225:15, 1226:13,
1226:15, 1228:2,
1229:6, 1267:2,
1335:11, 1340:11,
1356:20
**mitigate** [6] - 1223:1,
1236:22, 1252:21,
1261:17, 1351:23,
1353:17
**mitigating** [4] -
1238:25, 1273:6,
1291:21, 1363:5
**mix** [3] - 1266:16,
1316:14, 1343:22
**mixed** [4] - 1339:5,
1339:9, 1345:2,
1345:8
**mixture** [1] - 1345:17
**Mobile** [1] - 1247:16
**mobilization** [5] -
1236:23, 1239:7,
1239:11, 1242:24,
1251:8
**mobilize** [3] - 1260:24,
1351:25, 1353:3
**mobilized** [12] -
1238:21, 1239:21,
1239:22, 1242:1,
1247:18, 1247:25,
1248:5, 1248:9,
1258:23, 1259:8,
1293:19, 1353:18
**mobilizing** [4] -
1242:9, 1243:6,
1248:3, 1259:9
**model** [2] - 1269:13,
1292:2
**moderate** [2] -
1348:20, 1349:8
**modest** [1] - 1225:5
**MOEX** [1] - 1215:16
**molecules** [1] -
1263:9, 1305:17
**moment** [3] - 1266:11,
1316:17, 1317:24
**MONDAY** [2] - 1215:8,
1220:2
**money** [1] - 1283:23
**monies** [2] - 1368:9,
1368:18
**monitoring** [11] -
1264:13, 1265:22,
1283:6, 1283:21,
1284:10, 1284:12,
1284:13, 1295:9,
1295:11, 1335:2

**Montara** [4] - 1273:24,
1274:3, 1274:9,
1274:16
**month** [2] - 1315:24,
1353:15
**months** [3] - 1274:6,
1353:12, 1353:13
**Morgan** [3] - 1231:14,
1243:11, 1345:3
**MORGAN** [1] -
1217:22
**morning** [10] - 1220:8,
1220:9, 1220:19,
1220:20, 1222:12,
1245:21, 1246:15,
1265:6, 1267:3,
1292:11
**MORNING** [1] -
1215:22
**most** [21] - 1224:10,
1232:16, 1242:17,
1250:23, 1251:6,
1252:13, 1260:11,
1261:19, 1265:15,
1269:5, 1274:22,
1275:13, 1291:22,
1302:2, 1303:18,
1309:16, 1309:17,
1335:18, 1348:20,
1353:17, 1360:10
**Mother** [1] - 1350:23
**motions** [1] - 1233:13
**mount** [1] - 1252:17
**mounting** [1] - 1241:4
**mouth** [1] - 1330:15
**move** [6] - 1231:18,
1300:10, 1316:16,
1318:7, 1339:12,
1358:18
**moved** [3] - 1315:13,
1339:21, 1346:7
**movement** [1] -
1246:10
**moving** [4] - 1320:21,
1322:15, 1354:24,
1357:18
**MR** [87] - 1219:6,
1219:7, 1219:8,
1219:10, 1219:11,
1219:12, 1220:11,
1220:14, 1220:17,
1220:25, 1221:20,
1222:11, 1233:9,
1233:14, 1233:17,
1233:20, 1244:20,
1244:24, 1245:3,
1245:5, 1246:20,
1292:8, 1292:18,
1292:21, 1321:5,
1321:9, 1321:12,

1325:10, 1325:13,
1325:24, 1326:1,
1326:3, 1326:6,
1326:7, 1327:14,
1327:19, 1328:9,
1328:13, 1330:3,
1330:7, 1330:11,
1330:13, 1330:16,
1336:10, 1336:19,
1336:24, 1337:6,
1337:8, 1339:12,
1339:15, 1349:11,
1349:12, 1357:16,
1357:21, 1359:16,
1359:23, 1360:7,
1360:16, 1360:24,
1361:8, 1361:16,
1361:17, 1361:24,
1362:4, 1362:6,
1362:11, 1363:9,
1363:12, 1363:15,
1363:18, 1367:20,
1368:1, 1368:13,
1368:20, 1369:5,
1369:10, 1369:12,
1369:20, 1369:24,
1370:3, 1370:7,
1370:14, 1370:16,
1372:25, 1373:3,
1373:5, 1373:11
**MS** [5] - 1220:19,
1220:21, 1221:2,
1221:5, 1221:8
**mule** [1] - 1286:20
**multi** [1] - 1286:11
**multi-missioned** [1] -
1286:11
**multiple** [2] - 1322:3,
1324:5

**N**

**N.W** [1] - 1217:10
**name** [7] - 1222:5,
1253:5, 1292:23,
1328:4, 1328:6,
1328:10, 1363:23
**NANCY** [1] - 1216:6
**narrated** [1] - 1244:22
**NATHANIEL** [1] -
1216:8
**National** [7] - 1242:8,
1281:4, 1285:20,
1307:19, 1346:8,
1351:12, 1351:18
**natural** [34] - 1263:6,
1263:7, 1263:12,
1277:9, 1278:1,
1278:9, 1288:4,
1289:10, 1299:7,

1299:23, 1300:3, 1300:6, 1300:7, 1300:8, 1305:22, 1306:5, 1307:6, 1308:20, 1333:3, 1339:8, 1341:11, 1346:14, 1355:16, 1355:21, 1355:23, 1356:1, 1356:4, 1357:13, 1359:8, 1366:3, 1366:4, 1366:5, 1366:24, 1368:12

**NATURAL** [1] - 1216:4

**naturally** [4] - 1277:11, 1277:12, 1338:22

**nature** [9] - 1222:25, 1224:1, 1242:22, 1252:21, 1261:1, 1272:1, 1275:7, 1291:11, 1310:8

**Nature** [1] - 1350:23

**naval** [2] - 1223:17, 1223:19

**Navy** [1] - 1294:10

**near** [3] - 1308:7, 1319:11, 1319:14

**nearly** [4] - 1314:3, 1314:22, 1319:11, 1319:14

**nearshore** [11] - 1257:12, 1259:22, 1335:21, 1337:20, 1337:23, 1338:2, 1338:8, 1338:11, 1338:12, 1338:23, 1340:16

**neat** [1] - 1267:24

**necessarily** [4] - 1299:24, 1309:4, 1314:11, 1340:1

**necessary** [3] - 1285:2, 1299:10, 1337:1

**need** [9] - 1241:20, 1243:18, 1251:24, 1275:9, 1287:25, 1288:9, 1307:20, 1350:15, 1353:10

**needed** [18] - 1238:22, 1242:10, 1249:15, 1256:8, 1260:15, 1265:21, 1266:12, 1268:8, 1271:7, 1278:8, 1284:4, 1285:1, 1286:17, 1287:1, 1289:25, 1298:18, 1325:18, 1332:6

**needs** [4] - 1252:18, 1279:24, 1292:2, 1308:2

**negative** [1] - 1308:4

**negligible** [2] - 1275:1, 1275:2

**negotiate** [1] - 1367:14

**negotiations** [1] - 1366:14

**nerve** [1] - 1246:4

**nesting** [1] - 1358:14

**net** [6] - 1307:12, 1307:15, 1307:25, 1308:3, 1308:9, 1308:13

**network** [1] - 1242:12

**never** [9] - 1285:20, 1286:8, 1289:22, 1290:3, 1309:3, 1350:4, 1371:22, 1372:15, 1372:21

**New** [11] - 1222:16, 1224:10, 1224:18, 1226:23, 1227:11, 1227:25, 1229:17, 1230:10, 1231:15, 1279:21, 1330:20

**new** [2] - 1281:21, 1300:11

**NEW** [4] - 1215:8, 1216:23, 1217:15, 1218:5

**Newfoundland** [1] - 1326:24

**news** [1] - 1332:1

**next** [9] - 1227:10, 1244:22, 1262:16, 1299:13, 1327:18, 1334:18, 1337:22, 1358:18, 1369:13

**nice** [1] - 1274:2

**Nigel** [1] - 1363:25

**nine** [1] - 1274:6

**NIOSH** [2] - 1284:18, 1284:24

**NO** [1] - 1215:7

**NOAA** [2] - 1308:18, 1342:3

**NOBE** [1] - 1326:25

**nobody** [2] - 1242:18, 1283:4

**NOMELLINI** [1] - 1217:5

**none** [1] - 1225:6

**normal** [2] - 1295:12, 1304:7

**normally** [1] - 1356:5

**north** [1] - 1225:17

**North** [2] - 1358:3,

1358:8

**not-for-profit** [1] - 1231:9

**notable** [3] - 1274:22, 1275:15, 1275:16

**note** [5] - 1253:20, 1254:14, 1331:24, 1352:16, 1358:8

**notes** [1] - 1322:8

**nothing** [2] - 1221:24, 1327:23

**noticed** [2] - 1254:4, 1255:17

**notification** [2] - 1239:16, 1241:9

**notifications** [3] - 1237:2, 1237:3, 1239:19

**notified** [1] - 1239:20

**novel** [2] - 1264:17, 1289:21

**November** [5] - 1333:7, 1334:24, 1341:1, 1346:11

**nowadays** [1] - 1245:15

**NRD** [5] - 1357:18, 1368:4, 1368:23, 1369:17, 1370:5

**NRDA** [2] - 1365:16, 1365:20

**nuanced** [1] - 1285:13

**Number** [1] - 1281:23

**number** [42] - 1225:3, 1228:20, 1235:13, 1237:10, 1239:10, 1247:13, 1248:25, 1260:18, 1269:21, 1269:25, 1270:5, 1270:10, 1271:8, 1271:16, 1271:22, 1273:7, 1276:23, 1278:3, 1278:8, 1278:17, 1280:17, 1281:25, 1297:24, 1301:5, 1303:8, 1304:3, 1315:14, 1318:23, 1319:4, 1320:2, 1326:2, 1347:24, 1348:7, 1350:10, 1354:1, 1356:3, 1358:6, 1359:17, 1360:2, 1362:17, 1365:21

**numbered** [1] - 1374:9

**numbers** [6] - 1241:9, 1270:23, 1271:2, 1271:6, 1271:9, 1303:13

**NW** [1] - 1217:20

# O

**o'clock** [2] - 1232:1, 1232:2

**O'ROURKE** [20] - 1216:5, 1336:10, 1339:12, 1359:16, 1359:23, 1360:7, 1361:17, 1362:6, 1363:12, 1363:15, 1363:18, 1368:1, 1369:10, 1369:12, 1369:20, 1370:3, 1370:7, 1370:14, 1370:16, 1372:25

**O'Rourke** [7] - 1361:7, 1363:10, 1363:15, 1363:23, 1369:4, 1369:11, 1370:2

**O'ROURKE**............... ... [1] - 1219:11

**oath** [2] - 1222:4, 1328:3

**object** [1] - 1244:20

**objecting** [3] - 1326:1, 1361:18, 1361:19

**objection** [13] - 1220:25, 1221:1, 1221:9, 1244:24, 1244:25, 1245:4, 1325:10, 1325:25, 1336:10, 1339:12, 1339:14, 1359:16, 1362:6

**objections** [3] - 1220:24, 1221:7, 1221:8

**objective** [5] - 1237:13, 1262:1, 1280:17, 1281:25, 1306:16

**objectives** [9] - 1237:18, 1256:20, 1269:4, 1286:3, 1286:4, 1287:3, 1288:8, 1297:21, 1306:19

**oblique** [1] - 1338:22

**observation** [1] - 1334:13

**observe** [1] - 1292:2

**observed** [2] - 1348:14, 1349:24

**observing** [2] - 1337:25, 1341:5

**obviously** [2] - 1339:13, 1368:11

**occasionally** [1] - 1339:19

**occur** [3] - 1275:13, 1276:20, 1367:10

**occurred** [18] - 1226:9, 1226:13, 1226:19, 1232:4, 1235:22, 1239:12, 1243:24, 1273:11, 1274:5, 1276:18, 1302:13, 1302:14, 1319:10, 1319:13, 1320:25, 1347:1, 1347:2, 1372:15

**occurring** [3] - 1228:10, 1255:6, 1338:22

**occurs** [1] - 1355:19

**ocean** [2] - 1276:5, 1294:18

**ocean's** [1] - 1334:14

**October** [2] - 1341:16, 1341:19

**OF** [8] - 1215:2, 1215:6, 1215:11, 1215:23, 1216:3, 1216:14, 1216:19

**offer** [2] - 1220:23, 1221:6

**OFFICE** [2] - 1216:12, 1216:17

**officer** [6] - 1227:3, 1228:3, 1228:5, 1228:11, 1288:15

**Officer** [1] - 1227:24

**official** [10] - 1256:18, 1261:2, 1262:3, 1262:17, 1268:13, 1268:20, 1270:2, 1271:9, 1287:11, 1291:3

**Official** [2] - 1374:5, 1374:14

**OFFICIAL** [1] - 1218:3

**officials** [3] - 1235:4, 1245:25, 1304:13

**offset** [1] - 1361:23

**offsets** [1] - 1369:17

**Offshore** [1] - 1326:24

**OFFSHORE** [2] - 1215:16, 1215:17

**offshore** [26] - 1231:18, 1244:10, 1245:22, 1258:9, 1258:14, 1258:22, 1259:1, 1259:8, 1259:10, 1259:17, 1259:20, 1264:2, 1298:9, 1308:9, 1310:1, 1319:11, 1319:14, 1319:16, 1320:7, 1320:20,

1330:22, 1334:21,
1335:21, 1337:11,
1337:18, 1354:14
**often** [1] - 1299:7
**OIL** [2] - 1215:5,
1215:5
**Oil** [6] - 1240:23,
1241:2, 1241:22,
1242:14, 1289:7,
1316:18
**oil** [161] - 1225:8,
1226:15, 1228:25,
1229:2, 1229:10,
1231:9, 1231:10,
1233:11, 1237:7,
1242:7, 1245:24,
1246:10, 1254:23,
1256:15, 1257:12,
1259:2, 1259:25,
1260:17, 1260:22,
1262:1, 1262:12,
1263:3, 1263:4,
1263:6, 1263:8,
1263:9, 1268:10,
1268:17, 1268:25,
1269:14, 1269:16,
1269:24, 1270:17,
1271:3, 1274:7,
1275:4, 1275:13,
1276:6, 1276:23,
1277:4, 1277:8,
1277:11, 1277:13,
1277:18, 1278:2,
1278:4, 1278:13,
1278:14, 1279:14,
1280:11, 1280:16,
1280:18, 1280:23,
1281:8, 1281:10,
1283:13, 1283:20,
1291:18, 1292:25,
1293:5, 1296:7,
1296:8, 1298:11,
1298:17, 1299:12,
1299:24, 1300:4,
1300:5, 1300:9,
1304:22, 1305:4,
1305:13, 1305:17,
1305:24, 1306:2,
1306:7, 1306:17,
1306:21, 1306:23,
1307:1, 1307:11,
1308:11, 1310:1,
1310:24, 1311:7,
1312:25, 1315:7,
1320:16, 1320:17,
1320:19, 1323:1,
1326:20, 1327:2,
1327:10, 1333:6,
1333:12, 1333:25,
1334:14, 1334:20,
1335:7, 1335:17,

1336:2, 1337:10,
1338:1, 1339:2,
1339:5, 1339:6,
1339:9, 1339:23,
1340:16, 1341:12,
1343:9, 1343:10,
1343:17, 1343:22,
1344:2, 1344:3,
1345:2, 1345:8,
1345:11, 1345:17,
1345:21, 1347:1,
1347:2, 1347:11,
1347:15, 1347:18,
1347:20, 1348:2,
1348:13, 1348:18,
1348:22, 1349:4,
1349:24, 1350:1,
1350:4, 1350:9,
1350:20, 1351:9,
1351:13, 1351:21,
1351:23, 1351:25,
1352:14, 1352:18,
1353:5, 1353:12,
1353:14, 1354:2,
1354:6, 1354:13,
1354:17, 1354:18,
1364:14, 1364:22,
1364:24, 1365:6
**oiled** [4] - 1297:23,
1298:6, 1348:20,
1364:12
**oiling** [18] - 1297:20,
1298:1, 1298:23,
1311:15, 1312:3,
1313:3, 1313:5,
1313:23, 1314:8,
1319:3, 1319:9,
1323:9, 1324:23,
1326:15, 1348:14,
1349:22, 1354:9,
1364:8
**oily** [1] - 1345:4
**older** [1] - 1330:11
**oldest** [1] - 1358:9
**ON** [1] - 1215:6
**on-scene** [6] - 1226:1,
1226:8, 1226:12,
1228:7, 1291:4,
1322:5
**On-Scene** [7] -
1253:11, 1256:23,
1263:15, 1263:25,
1264:3, 1311:19,
1314:16
**once** [7] - 1232:9,
1289:15, 1305:16,
1343:11, 1347:18,
1349:18, 1350:21
**One** [1] - 1373:3
**one** [83] - 1225:2,

1226:7, 1227:8,
1228:4, 1229:2,
1230:5, 1232:3,
1232:15, 1232:16,
1237:10, 1237:14,
1243:23, 1246:25,
1247:13, 1251:15,
1253:11, 1255:7,
1256:3, 1265:16,
1266:8, 1267:2,
1267:9, 1268:7,
1269:3, 1271:24,
1273:3, 1273:21,
1274:5, 1276:17,
1280:17, 1281:23,
1281:25, 1285:11,
1285:20, 1288:24,
1289:3, 1290:20,
1290:23, 1293:8,
1293:16, 1294:3,
1294:21, 1296:12,
1296:19, 1296:21,
1297:21, 1299:3,
1301:23, 1302:20,
1302:22, 1303:19,
1305:10, 1307:5,
1308:21, 1309:8,
1309:17, 1310:21,
1311:24, 1314:4,
1319:3, 1319:12,
1321:17, 1325:7,
1326:10, 1327:6,
1330:18, 1330:19,
1340:10, 1340:11,
1345:11, 1348:5,
1348:24, 1349:16,
1349:20, 1353:15,
1355:8, 1357:4,
1363:2, 1365:8,
1367:13, 1367:15,
1367:16
**ONE** [1] - 1217:14
**ones** [9] - 1224:22,
1225:4, 1254:2,
1275:15, 1295:5,
1295:6, 1295:14,
1305:11, 1320:12
**ongoing** [5] - 1309:21,
1310:5, 1310:10,
1331:13, 1365:10
**onsite** [1] - 1249:15
**OPEN** [1] - 1220:4
**open** [7] - 1232:5,
1237:19, 1258:25,
1259:5, 1276:5,
1310:25, 1311:7
**opened** [1] - 1232:9
**opening** [2] - 1234:4,
1311:2
**operation** [10] -

1228:13, 1246:5,
1247:1, 1265:17,
1268:4, 1269:13,
1269:16, 1282:20,
1324:7, 1340:22
**Operational** [1] -
1335:5
**operational** [7] -
1264:13, 1283:3,
1339:18, 1341:4,
1341:21, 1344:9,
1350:12
**operations** [38] -
1228:12, 1243:21,
1244:10, 1244:15,
1244:18, 1246:12,
1246:13, 1246:15,
1246:17, 1257:15,
1257:21, 1258:10,
1258:14, 1258:20,
1259:11, 1260:2,
1260:19, 1261:4,
1262:4, 1262:7,
1264:23, 1265:13,
1266:3, 1266:10,
1266:25, 1267:17,
1269:9, 1269:11,
1276:3, 1281:5,
1281:22, 1282:8,
1284:7, 1284:16,
1284:18, 1290:4,
1325:22, 1353:13
**Operations** [2] -
1226:20, 1326:8
**operator** [1] - 1241:25
**opinion** [28] - 1242:1,
1242:5, 1247:18,
1247:23, 1247:24,
1248:23, 1251:7,
1251:18, 1252:14,
1253:15, 1255:25,
1258:20, 1261:16,
1265:10, 1266:24,
1268:19, 1281:22,
1285:23, 1287:14,
1288:10, 1288:11,
1289:4, 1298:1,
1298:14, 1305:2,
1305:3, 1318:24,
1336:20
**opinions** [19] -
1227:21, 1230:16,
1234:1, 1234:23,
1236:8, 1238:11,
1238:15, 1238:18,
1239:5, 1258:13,
1269:8, 1300:11,
1300:19, 1301:11,
1302:2, 1303:23,
1304:10, 1304:17,

1311:11
**opportunities** [1] -
1358:15
**opportunity** [4] -
1265:8, 1338:1,
1342:5, 1353:23
**Opportunity** [1] -
1283:17
**opposed** [2] - 1250:6,
1308:10
**ops** [1] - 1232:15
**orange** [2] - 1348:19,
1349:8
**orchestra** [1] -
1285:11
**orchestrate** [1] -
1265:8
**orchestrated** [5] -
1247:5, 1268:4,
1269:10, 1269:11,
1301:7
**orchestration** [1] -
1265:1
**order** [2] - 1352:20,
1362:18
**ORDER** [1] - 1220:3
**ordinary** [1] - 1336:22
**organization** [26] -
1239:17, 1240:23,
1241:7, 1242:11,
1243:19, 1254:9,
1254:25, 1255:4,
1265:3, 1265:15,
1276:13, 1282:17,
1286:11, 1288:2,
1292:6, 1296:24,
1297:5, 1322:10,
1328:21, 1352:1,
1353:5, 1353:14,
1366:9, 1366:12,
1370:22, 1370:25
**Organization** [6] -
1328:19, 1328:20,
1332:12, 1332:22,
1332:24, 1366:10
**organizational** [4] -
1229:14, 1246:8,
1247:10, 1254:18
**organizations** [4] -
1232:25, 1242:7,
1276:24, 1293:22
**organize** [4] - 1237:2,
1239:14, 1265:16,
1291:11
**organized** [4] -
1244:14, 1246:23,
1247:4, 1298:12
**organizing** [2] -
1247:9, 1248:5
**original** [2] - 1278:8,

1318:7
**originally** [1] - 1361:10
**ORLEANS** [4] - 1215:8, 1216:23, 1217:15, 1218:5
**Orleans** [11] - 1222:16, 1224:10, 1224:18, 1226:23, 1227:11, 1227:25, 1229:17, 1230:10, 1231:15, 1279:21, 1330:20
**OSAT** [19] - 1309:23, 1309:24, 1335:6, 1340:6, 1340:9, 1340:19, 1340:20, 1341:24, 1342:1, 1343:18, 1344:4, 1344:7, 1344:18, 1347:4, 1348:1, 1349:15, 1349:18, 1365:3, 1365:5
**OSHA** [2] - 1284:19, 1284:24
**OSRP** [2] - 1242:3, 1242:25
**otherwise** [1] - 1257:12
**outcome** [4] - 1286:24, 1287:19, 1291:7, 1347:16
**outcomes** [1] - 1281:17
**outfitted** [1] - 1266:18
**outline** [1] - 1241:14
**outreach** [3] - 1301:11, 1301:13, 1301:17
**outside** [2] - 1276:23, 1295:21
**overaccentuated** [1] - 1325:19
**overall** [19] - 1225:19, 1235:1, 1238:2, 1238:6, 1247:11, 1249:2, 1260:7, 1262:19, 1270:24, 1272:14, 1274:2, 1280:7, 1284:19, 1298:4, 1303:13, 1304:3, 1322:24, 1325:16, 1356:9
**overhead** [1] - 1289:10
**overlap** [1] - 1267:9
**overrule** [2] - 1245:4, 1339:14
**oversaw** [1] - 1332:16
**overseeing** [1] -

1228:13
**oversees** [1] - 1370:25
**oversight** [3] - 1250:25, 1284:22, 1294:9
**oversights** [1] - 1263:21
**overview** [2] - 1239:19, 1283:19
**overwhelmingly** [1] - 1286:25
**own** [16] - 1229:12, 1236:25, 1242:19, 1242:20, 1250:18, 1259:24, 1263:4, 1275:8, 1277:9, 1283:4, 1286:9, 1295:11, 1298:17, 1319:6, 1338:4, 1363:3
**Owners** [1] - 1276:12
**owning** [1] - 1242:19

# P

**P-A-S-K-E-W-I-C-H** [1] - 1222:8
**p.m** [1] - 1373:17
**pace** [1] - 1342:19
**PAGE** [2] - 1219:3, 1219:18
**page** [3] - 1240:6, 1311:24, 1312:17
**pages** [1] - 1233:23
**paints** [1] - 1247:2
**Paradis** [3] - 1253:20, 1253:21, 1253:22
**paragraph** [2] - 1262:16, 1366:20
**parameters** [1] - 1264:4
**part** [46] - 1239:11, 1239:22, 1240:18, 1242:24, 1245:15, 1249:24, 1250:21, 1252:25, 1254:8, 1262:21, 1267:5, 1269:18, 1272:10, 1273:18, 1276:11, 1282:18, 1293:23, 1295:12, 1301:17, 1302:7, 1305:7, 1305:20, 1306:13, 1306:15, 1306:25, 1307:19, 1317:23, 1318:11, 1332:18, 1332:20, 1338:15, 1343:17, 1344:3,

1347:9, 1347:15, 1348:20, 1353:22, 1358:15, 1358:16, 1359:17, 1359:19, 1359:25, 1361:5, 1361:12, 1361:20, 1365:20
**participants** [1] - 1284:20
**participate** [1] - 1342:5
**participation** [1] - 1236:5
**particular** [7] - 1243:13, 1273:14, 1299:6, 1324:2, 1335:7, 1337:20, 1338:24
**particularly** [1] - 1347:11
**particulate** [1] - 1283:6
**parties** [2] - 1236:5, 1288:6
**partly** [1] - 1299:13
**partnering** [1] - 1239:25
**partners** [1] - 1287:15
**partnership** [1] - 1254:4
**parts** [1] - 1289:8
**party** [17] - 1230:20, 1235:9, 1237:16, 1239:25, 1240:3, 1240:10, 1241:4, 1251:2, 1285:25, 1286:2, 1286:6, 1286:7, 1286:14, 1288:1, 1289:14, 1329:12, 1351:15
**party's** [1] - 1240:4
**Paskewich** [14] - 1221:21, 1222:7, 1222:12, 1222:15, 1233:10, 1233:22, 1236:19, 1246:21, 1248:20, 1282:13, 1288:11, 1291:17, 1292:8, 1292:22
**PASKEWICH** [1] - 1222:2
**Paskewich's** [1] - 1318:8
**PASKEWICH...........** ................ [1] - 1219:5
**Pass** [1] - 1231:14
**passed** [1] - 1331:18
**past** [1] - 1251:15
**patchy** [1] - 1362:15

**PATRICK** [1] - 1216:6
**patrolling** [1] - 1346:6
**patterns** [1] - 1343:21
**Paul** [1] - 1253:5
**pay** [3] - 1289:23, 1291:10, 1371:15
**paying** [2] - 1365:19, 1367:7
**payment** [1] - 1301:14
**payments** [1] - 1371:2
**pays** [2] - 1289:14, 1296:13
**peak** [2] - 1315:16, 1348:9
**pelicans** [1] - 1358:6
**penalties** [1] - 1368:18
**penalty** [2] - 1362:7, 1368:3
**PENCAK** [1] - 1216:9
**Pensacola** [1] - 1345:10
**people** [42] - 1225:4, 1229:15, 1229:19, 1229:20, 1229:23, 1230:8, 1231:13, 1235:11, 1235:13, 1236:1, 1237:9, 1238:22, 1242:2, 1243:14, 1243:16, 1243:22, 1244:1, 1245:13, 1247:6, 1249:5, 1249:15, 1250:19, 1250:23, 1251:4, 1251:5, 1251:8, 1251:18, 1254:5, 1260:21, 1269:12, 1282:9, 1283:17, 1284:7, 1284:9, 1284:14, 1292:1, 1301:1, 1302:15, 1328:23, 1330:14, 1331:25, 1354:11
**Pepper** [3] - 1374:3, 1374:12, 1374:13
**PEPPER** [1] - 1218:3
**per** [1] - 1261:11
**perceive** [1] - 1236:1
**percent** [37] - 1229:19, 1250:23, 1255:18, 1261:11, 1261:13, 1271:15, 1271:21, 1273:7, 1275:4, 1275:17, 1275:19, 1276:9, 1276:22, 1277:2, 1277:18, 1277:23, 1278:4, 1278:6, 1278:10, 1278:13,

1278:18, 1281:10, 1285:17, 1285:22, 1296:25, 1306:22, 1310:14, 1310:24, 1311:4, 1311:7, 1319:16, 1319:17, 1320:5, 1320:6, 1345:21, 1353:18
**percentage** [4] - 1250:8, 1277:11, 1278:9, 1320:4
**percentages** [2] - 1272:3, 1303:13
**perform** [2] - 1261:23, 1284:8
**performance** [6] - 1236:2, 1236:4, 1260:2, 1262:11, 1352:17, 1352:21
**performed** [1] - 1295:8
**performing** [2] - 1234:15, 1286:22
**period** [14] - 1248:13, 1248:22, 1249:6, 1303:2, 1303:6, 1314:2, 1315:19, 1315:24, 1324:23, 1331:23, 1333:7, 1333:16, 1333:23, 1353:22
**periods** [3] - 1303:18, 1303:19, 1343:12
**permutations** [1] - 1238:5
**person** [1] - 1223:7
**personal** [11] - 1232:7, 1283:12, 1284:5, 1332:3, 1333:17, 1337:2, 1338:4, 1352:5, 1354:7, 1354:25, 1363:3
**personally** [5] - 1251:10, 1310:7, 1343:3, 1354:13, 1366:14
**personnel** [17] - 1227:25, 1228:18, 1228:22, 1248:1, 1248:25, 1249:7, 1250:6, 1251:22, 1252:9, 1254:14, 1284:2, 1294:7, 1342:7, 1351:20, 1352:22, 1353:2, 1353:10
**perspective** [5] - 1282:9, 1337:14, 1337:21, 1354:7, 1355:18

pertinent [1] - 1334:9
PETROLEUM [2] - 1215:15, 1217:18
Petroleum [1] - 1233:2
phase [4] - 1346:8, 1348:18, 1351:18, 1362:7
phases [1] - 1347:3
phone [1] - 1241:9
photography [1] - 1343:12
photos [1] - 1343:7
physical [1] - 1299:18
picture [1] - 1247:2
pictures [1] - 1346:22
pie [2] - 1261:11, 1304:23
piece [4] - 1264:16, 1268:9, 1282:20, 1340:22
piggyback [1] - 1286:15
piggybacking [1] - 1240:4
pipeline [1] - 1226:19
place [29] - 1220:11, 1229:14, 1240:24, 1242:10, 1245:17, 1246:12, 1247:15, 1251:9, 1258:3, 1265:3, 1269:23, 1279:15, 1279:16, 1282:23, 1286:4, 1292:7, 1295:14, 1306:6, 1307:21, 1309:2, 1309:24, 1333:11, 1333:12, 1343:16, 1346:9, 1351:12, 1352:13, 1353:9, 1353:16
placed [1] - 1256:7
places [1] - 1369:3
plan [17] - 1227:14, 1239:23, 1240:25, 1241:7, 1241:8, 1242:13, 1250:18, 1255:20, 1258:3, 1263:23, 1264:8, 1264:10, 1281:3, 1282:22, 1283:4, 1334:25, 1358:5
Plan [7] - 1240:23, 1241:2, 1241:22, 1242:15, 1279:21, 1285:20, 1307:19
planning [1] - 1337:21
Plans [1] - 1279:16
plans [10] - 1223:25, 1236:25, 1241:24,

1246:16, 1254:23, 1255:14, 1279:9, 1279:15, 1283:10
plate [1] - 1287:1
platform [2] - 1283:8, 1348:9
platforms [1] - 1259:10
play [1] - 1245:6
played [5] - 1235:4, 1245:8, 1250:24, 1284:23, 1322:3
players [1] - 1250:25
plea [20] - 1359:18, 1359:19, 1359:22, 1359:24, 1360:1, 1360:3, 1360:8, 1360:11, 1360:13, 1360:19, 1361:4, 1361:5, 1361:9, 1361:12, 1361:20, 1362:1, 1370:20
plotted [1] - 1265:25
plumes [1] - 1283:5
plus [2] - 1229:5, 1260:18
plywood [1] - 1345:15
point [25] - 1221:3, 1221:10, 1225:24, 1226:22, 1240:16, 1247:3, 1252:1, 1252:10, 1260:11, 1274:8, 1275:7, 1280:6, 1290:18, 1303:9, 1321:24, 1322:9, 1323:19, 1345:24, 1350:19, 1350:25, 1356:16, 1356:24, 1368:1, 1370:1, 1370:9
pointing [2] - 1257:18, 1338:21
points [4] - 1312:22, 1320:13, 1340:18, 1368:13
poised [1] - 1353:3
political [1] - 1289:17
pollution [1] - 1289:17
Pollution [1] - 1276:13
Port [8] - 1224:15, 1224:17, 1225:10, 1226:23, 1227:2, 1227:4, 1227:6, 1228:4
portion [7] - 1229:22, 1312:24, 1313:16, 1316:1, 1318:13, 1318:15, 1360:8
portions [3] - 1228:2, 1315:7, 1317:22

ports [1] - 1227:12
position [11] - 1227:4, 1231:6, 1240:3, 1253:9, 1272:2, 1285:19, 1285:21, 1292:3, 1330:25, 1331:3, 1368:8
positioned [2] - 1231:13, 1233:3
positions [1] - 1235:4
positive [1] - 1308:3
possible [1] - 1339:4
possibly [1] - 1246:16
POST [2] - 1216:12, 1216:17
post [6] - 1243:4, 1243:14, 1243:16, 1244:9, 1265:24, 1268:3
Post [7] - 1232:8, 1242:11, 1242:12, 1244:6, 1247:14, 1247:16, 1251:11, 1265:2
potential [8] - 1267:3, 1290:4, 1343:10, 1343:13, 1344:24, 1347:5, 1347:6, 1348:1
potentially [3] - 1280:18, 1306:1, 1306:9
pounds [6] - 1345:4, 1345:6, 1345:9, 1345:12, 1345:13, 1345:16
power [1] - 1297:13
powered [1] - 1342:10
powerful [2] - 1251:16, 1280:8
POYDRAS [2] - 1217:14, 1218:4
practicable [1] - 1346:18
practice [1] - 1242:17
practices [2] - 1350:11, 1350:13
praise [1] - 1255:19
pre [3] - 1231:13, 1236:24, 1314:23
pre-May [1] - 1314:23
pre-positioned [1] - 1231:13
pre-preparedness [1] - 1236:24
preapproval [2] - 1264:1, 1308:25
preapproved [2] - 1263:23, 1264:8
predesignated [1] -

1243:12
preference [1] - 1286:16
prefunding [1] - 1290:22
preliminary [2] - 1220:18, 1222:12
prepare [2] - 1282:6, 1333:22
prepared [10] - 1223:9, 1233:24, 1240:17, 1240:22, 1247:21, 1258:13, 1287:16, 1303:23, 1333:20, 1333:22
Preparedness [1] - 1235:7
preparedness [1] - 1236:24
preparing [1] - 1366:18
present [5] - 1328:17, 1331:21, 1333:16, 1344:2, 1352:4
presentation [2] - 1270:9, 1319:21
presented [1] - 1290:24, 1301:24, 1326:11
President [4] - 1295:25, 1297:7, 1328:18, 1358:10
president [11] - 1231:7, 1296:6, 1331:1, 1331:4, 1371:17, 1371:19, 1371:25, 1372:5, 1372:11, 1372:19
Presidential [1] - 1254:20
presiding [1] - 1360:13
pretended [1] - 1286:8
pretty [12] - 1225:12, 1225:20, 1227:7, 1241:13, 1241:18, 1254:10, 1257:7, 1266:1, 1276:14, 1309:16, 1324:5, 1330:4
prevent [1] - 1297:20
prevented [1] - 1268:24
preventing [1] - 1270:17
primarily [10] - 1224:12, 1225:22, 1249:10, 1263:1, 1306:8, 1319:11, 1319:14, 1332:17,

1333:1, 1362:22
primary [11] - 1229:3, 1242:7, 1249:14, 1265:18, 1267:1, 1269:3, 1297:19, 1301:13, 1325:8, 1332:13, 1368:13
proactive [4] - 1256:7, 1348:2, 1350:20, 1363:8
proactively [1] - 1339:16
probation [1] - 1359:18
problem [1] - 1290:24
proceed [2] - 1221:19, 1360:21
PROCEEDINGS [3] - 1215:23, 1218:7, 1220:1
proceedings [3] - 1221:3, 1221:10, 1374:9
process [11] - 1281:11, 1288:4, 1290:20, 1306:4, 1306:8, 1306:21, 1335:1, 1342:25, 1350:8, 1350:22, 1370:6
processes [16] - 1263:6, 1263:12, 1277:10, 1277:16, 1278:1, 1278:9, 1294:10, 1300:3, 1300:6, 1300:7, 1300:8, 1305:22, 1306:4, 1307:6, 1308:20, 1341:11
processing [1] - 1342:16
produce [1] - 1296:18
produced [1] - 1303:1
PRODUCED [1] - 1218:7
producers [2] - 1296:16
PRODUCTION [3] - 1215:14, 1215:15, 1217:3
production [6] - 1225:14, 1231:11, 1232:19, 1255:13, 1296:9, 1296:11
Production [1] - 1329:9, 1331:5, 1331:10, 1355:7, 1371:10, 1371:13, 1372:1
professional [7] -

1223:10, 1223:21,
1223:22, 1223:24,
1225:24, 1232:23,
1232:24

**profile** [1] - 1338:11

**profit** [1] - 1231:9

**profound** [1] - 1257:6

**Program** [2] -
1358:16, 1359:6

**program** [5] -
1283:18, 1331:9,
1333:13, 1344:4,
1361:8

**progress** [1] - 1246:14

**progressed** [2] -
1339:21, 1341:4

**project** [6] - 1341:25,
1344:18, 1347:15,
1357:9, 1357:24,
1367:14

**projects** [22] - 1340:7,
1356:12, 1356:13,
1356:15, 1356:19,
1356:21, 1356:23,
1357:4, 1357:17,
1358:13, 1365:17,
1366:4, 1366:13,
1366:15, 1366:23,
1367:2, 1367:7,
1367:12, 1368:2,
1368:4, 1368:10,
1369:22

**pronounced** [3] -
1314:22, 1314:24,
1315:2

**pronouncing** [1] -
1253:5

**propelled** [1] - 1259:5

**proper** [4] - 1240:7,
1252:4, 1281:19,
1286:18

**properly** [3] - 1254:6,
1254:24, 1283:24

**properties** [1] -
1263:5

**proportion** [1] -
1310:24

**proportionately** [1] -
1278:11

**proposal** [1] - 1340:6

**proposals** [2] -
1359:10, 1359:11

**propose** [1] - 1339:16

**proposed** [3] - 1340:2,
1341:13, 1347:22

**prospects** [1] -
1330:22

**protect** [9] - 1237:9,
1237:11, 1237:12,
1282:3, 1282:25,

1283:15, 1283:20,
1287:5, 1302:6

**protecting** [1] -
1269:3

**protection** [2] -
1223:8, 1224:7

**protections** [1] -
1227:15

**protective** [4] -
1283:12, 1283:14,
1284:2, 1284:5

**protocols** [4] -
1281:20, 1283:10,
1295:12, 1295:14

**proved** [2] - 1270:16,
1270:19

**provide** [11] - 1251:1,
1264:10, 1276:14,
1294:4, 1296:23,
1331:11, 1335:6,
1353:4, 1355:8,
1358:5, 1359:9

**provided** [18] -
1243:4, 1243:17,
1265:15, 1284:4,
1284:8, 1284:14,
1293:23, 1293:24,
1294:1, 1294:7,
1294:9, 1312:8,
1312:14, 1314:5,
1342:2, 1342:4,
1342:6

**provides** [4] -
1231:10, 1263:21,
1296:7, 1341:22

**providing** [6] -
1284:15, 1290:15,
1342:23, 1358:14,
1362:23, 1362:24

**public** [13] - 1237:12,
1237:20, 1247:4,
1282:1, 1282:3,
1282:9, 1282:25,
1301:11, 1301:17,
1301:21, 1302:6,
1302:9, 1355:16

**public's** [1] - 1291:23

**publication** [2] -
1256:25, 1359:11

**published** [1] -
1280:22

**pull** [5] - 1236:18,
1240:5, 1263:25,
1335:25, 1352:12

**pulled** [1] - 1240:25

**punts** [1] - 1229:25

**purporting** [1] -
1312:2

**purpose** [13] -
1230:11, 1234:8,

1235:18, 1247:6,
1247:17, 1259:1,
1266:17, 1266:18,
1342:15, 1366:3,
1367:1, 1371:4

**purpose-built** [1] -
1266:17

**purposes** [3] -
1222:20, 1365:5,
1365:9

**put** [23] - 1224:25,
1229:14, 1229:23,
1236:15, 1238:14,
1242:10, 1251:9,
1252:20, 1255:18,
1258:3, 1260:7,
1266:2, 1275:12,
1281:19, 1282:16,
1283:22, 1286:4,
1305:9, 1309:24,
1318:25, 1325:4,
1334:5, 1352:8

**putting** [1] - 1330:14

## Q

**QBE** [1] - 1215:19

**qualifications** [2] -
1223:4, 1233:16

**qualified** [1] - 1239:17

**qualitative** [1] -
1273:4

**quality** [4] - 1251:18,
1252:15, 1252:19,
1253:15

**quantitative** [1] -
1273:9, 1276:11

**quantities** [1] - 1354:6

**quantity** [3] - 1268:14,
1351:24

**quart** [1] - 1345:7

**quarter** [1] - 1296:24

**questions** [11] -
1233:15, 1245:7,
1249:8, 1292:9,
1301:10, 1321:13,
1323:10, 1325:10,
1326:17, 1366:2,
1372:25

**quick** [1] - 1247:24

**quicker** [1] - 1248:18

**quickly** [16] - 1240:18,
1244:3, 1246:21,
1248:5, 1255:1,
1256:3, 1258:23,
1269:6, 1269:8,
1287:8, 1287:9,
1290:24, 1300:10,
1352:2, 1354:20,

1364:21

**quite** [4] - 1242:13,
1277:1, 1283:23,
1330:8

**quote** [1] - 1308:17

## R

**RACHEL** [2] - 1216:7,
1216:8

**raise** [4] - 1221:22,
1315:3, 1327:21,
1357:18

**raised** [1] - 1330:12

**raising** [1] - 1369:4

**ramp** [2] - 1229:12,
1249:3

**ramped** [2] - 1225:2,
1226:10

**range** [12] - 1232:3,
1237:6, 1238:24,
1256:14, 1260:8,
1270:7, 1273:5,
1274:2, 1276:25,
1304:14, 1356:19,
1356:24

**ranging** [1] - 1364:9

**rapid** [4] - 1239:7,
1241:4, 1251:8,
1333:10

**Rapid** [4] - 1352:4,
1352:9, 1353:19,
1354:8

**rapidly** [6] - 1237:1,
1238:21, 1248:23,
1260:17, 1260:23,
1287:24

**rate** [2] - 1276:21,
1310:14

**rates** [2] - 1302:11,
1302:12

**rather** [7] - 1240:3,
1299:1, 1337:19,
1341:11, 1346:7,
1350:22, 1367:10

**RE** [1] - 1215:5

**reach** [2] - 1240:20,
1315:16

**reached** [10] -
1238:11, 1238:19,
1270:13, 1287:5,
1289:15, 1289:22,
1324:25, 1327:8,
1346:18, 1356:17

**reaches** [1] - 1320:20

**reaching** [1] - 1339:25

**read** [7] - 1251:24,
1310:25, 1317:17,
1318:5, 1326:2,

1336:11

**readily** [1] - 1225:21

**readiness** [1] -
1236:24

**ready** [6] - 1231:16,
1240:24, 1331:20,
1352:23, 1353:3,
1354:20

**real** [2] - 1235:5,
1267:25

**really** [7] - 1235:14,
1239:11, 1243:23,
1272:5, 1288:7,
1331:20, 1365:23

**REALTIME** [1] -
1218:3

**realtime** [1] - 1265:25

**Realtime** [2] - 1374:3,
1374:13

**reason** [8] - 1261:23,
1267:8, 1274:21,
1274:22, 1299:14,
1300:7, 1308:2,
1308:13

**reasonably** [1] -
1346:18

**reasons** [1] - 1312:15

**rebuttal** [1] - 1234:4

**receive** [3] - 1230:6,
1230:12, 1231:23

**received** [5] -
1223:16, 1223:19,
1231:25, 1232:3,
1280:2

**receiving** [1] -
1312:12

**recent** [4] - 1234:9,
1271:10, 1353:12,
1353:13

**recently** [1] - 1330:7

**receptacle** [1] -
1339:8

**recess** [4] - 1292:11,
1292:14, 1373:15,
1373:18

**RECESS...................
................** [1] -
1219:13

**recitals** [1] - 1359:1

**recognition** [2] -
1285:15

**recognitions** [1] -
1230:2

**recognize** [8] -
1255:3, 1294:21,
1317:21, 1319:20,
1366:17, 1366:19,
1367:13, 1367:15

**recognized** [5] -
1253:16, 1261:6,

1261:22, 1276:14, 1290:5
**recognizing** [1] - 1291:1
**recollection** [3] - 1361:11, 1361:16, 1364:13
**recommendation** [3] - 1299:23, 1340:15
**recommendations** [2] - 1299:11, 1332:18
**recommended** [2] - 1299:8, 1340:22
**reconnaissance** [2] - 1265:7, 1267:12
**record** [17] - 1222:6, 1254:17, 1255:25, 1273:4, 1284:24, 1286:21, 1286:25, 1287:11, 1288:9, 1291:19, 1292:23, 1310:3, 1319:8, 1328:5, 1328:10, 1360:14, 1374:8
**record's** [1] - 1288:14
**recordable** [1] - 1303:1
**RECORDED** [1] - 1218:7
**records** [1] - 1267:14
**recover** [5] - 1259:2, 1260:14, 1277:14, 1277:16, 1340:23
**recovered** [10] - 1259:24, 1277:24, 1278:2, 1278:14, 1310:25, 1311:7, 1341:12, 1345:17, 1345:21, 1348:22
**recoveries** [1] - 1276:25
**recovering** [1] - 1282:21
**recovery** [25] - 1228:13, 1241:19, 1260:9, 1260:24, 1271:19, 1274:14, 1274:17, 1275:1, 1275:3, 1275:20, 1276:22, 1277:5, 1277:19, 1278:4, 1278:13, 1279:7, 1279:13, 1280:20, 1304:24, 1305:9, 1306:24, 1307:1, 1310:14, 1366:23, 1367:3
**recreate** [1] - 1312:22
**recreational** [1] - 1358:14

**red** [4] - 1313:5, 1318:12, 1348:19, 1349:8
**redepositing** [1] - 1347:22
**redirect** [2] - 1321:8, 1373:2
**REDIRECT** [4] - 1219:8, 1219:12, 1321:11, 1373:4
**reduce** [1] - 1237:7
**reduced** [5] - 1257:11, 1257:20, 1278:3, 1311:21, 1324:23
**reducing** [2] - 1314:19, 1356:9
**reduction** [4] - 1278:11, 1319:2, 1368:2, 1368:4
**refer** [10] - 1222:20, 1246:7, 1255:1, 1256:12, 1277:1, 1297:24, 1325:20, 1328:21, 1329:12, 1341:17
**reference** [2] - 1254:25, 1334:7
**referenced** [2] - 1234:21, 1248:22
**referred** [8] - 1244:6, 1254:8, 1257:21, 1264:7, 1266:9, 1310:20, 1324:21, 1340:15
**referring** [9] - 1258:17, 1261:4, 1300:16, 1302:20, 1329:1, 1329:13, 1343:4, 1355:13
**refers** [2] - 1255:2, 1355:19
**reflect** [1] - 1322:8
**reflected** [3] - 1291:3, 1318:4, 1318:12
**reflects** [1] - 1327:7
**refuge** [1] - 1358:9
**REGAN** [1] - 1217:4
**regard** [10] - 1246:15, 1259:17, 1268:11, 1269:9, 1272:8, 1337:15, 1342:18, 1347:1, 1351:5, 1363:4
**regarding** [1] - 1301:11
**regime** [1] - 1280:8
**region** [1] - 1243:13
**Region** [3] - 1281:3, 1329:4, 1329:6
**Regional** [2] -

1263:20, 1263:22
**regional** [1] - 1241:22
**regions** [1] - 1263:21
**Registered** [1] - 1374:3
**REGISTERED** [1] - 1218:4
**registered** [1] - 1374:14
**regraded** [1] - 1350:17
**rehabilitation** [1] - 1241:20
**relate** [1] - 1238:2
**related** [1] - 1258:6
**relates** [3] - 1225:13, 1225:14, 1225:19
**RELATES** [1] - 1215:10
**relating** [2] - 1234:1, 1336:2
**relationship** [1] - 1311:12
**relatively** [3] - 1310:24, 1322:25, 1327:9
**relied** [2] - 1276:11, 1309:8
**relies** [1] - 1309:18
**rely** [3] - 1241:11, 1242:20, 1323:14
**relying** [2] - 1286:14, 1324:1
**remain** [2] - 1335:7, 1338:1
**remained** [2] - 1335:3, 1342:21
**remaining** [4] - 1221:16, 1221:17, 1320:7, 1341:14
**remember** [7] - 1323:12, 1325:4, 1325:7, 1326:18, 1357:23, 1372:8, 1372:10
**remind** [1] - 1372:19
**reminder** [1] - 1344:19
**remobilization** [1] - 1339:23
**remote** [2] - 1275:6, 1342:6
**removal** [12] - 1242:7, 1276:9, 1276:21, 1280:15, 1280:16, 1281:9, 1289:9, 1305:6, 1305:10, 1305:11, 1348:21, 1350:24
**remove** [4] - 1280:16, 1297:13, 1305:4, 1305:13

**removed** [5] - 1271:3, 1345:5, 1345:12, 1347:20, 1350:14
**removes** [4] - 1280:11, 1280:23, 1281:8, 1305:16
**removing** [4] - 1262:1, 1268:17, 1270:16, 1279:14
**reopen** [2] - 1229:6, 1283:24
**repeat** [1] - 1370:24
**rephrase** [1] - 1337:6
**report** [54] - 1233:24, 1234:5, 1234:6, 1234:17, 1235:2, 1235:23, 1251:21, 1256:6, 1257:2, 1262:3, 1262:17, 1276:12, 1288:21, 1290:16, 1291:3, 1291:4, 1297:25, 1298:3, 1301:12, 1301:16, 1302:24, 1305:15, 1309:24, 1310:16, 1310:20, 1310:22, 1311:2, 1311:6, 1311:19, 1311:20, 1311:24, 1312:3, 1312:16, 1312:18, 1313:22, 1314:15, 1314:16, 1317:23, 1318:4, 1318:8, 1318:18, 1318:25, 1320:6, 1324:16, 1324:18, 1326:8, 1336:11, 1336:25, 1341:19, 1351:13, 1371:17, 1371:18
**Report** [5] - 1256:24, 1262:8, 1270:6, 1319:15, 1325:23
**reported** [4] - 1343:5, 1352:19, 1353:13, 1353:20
**REPORTER** [3] - 1218:3, 1218:3, 1218:4
**Reporter** [7] - 1374:3, 1374:4, 1374:5, 1374:13, 1374:14, 1374:14
**REPORTER'S** [1] - 1374:1
**reporters** [1] - 1221:14
**reports** [31] - 1233:23, 1234:1, 1234:4, 1234:14, 1234:21,

1235:18, 1235:19, 1236:4, 1239:4, 1246:10, 1253:1, 1256:1, 1256:19, 1257:4, 1261:2, 1262:19, 1268:20, 1277:1, 1300:18, 1304:12, 1309:23, 1313:12, 1315:7, 1340:14, 1341:16, 1352:14, 1353:17, 1354:5, 1354:9, 1371:21, 1371:22
**represent** [1] - 1269:22
**representatives** [3] - 1250:6, 1252:24, 1327:2
**represents** [4] - 1250:15, 1266:23, 1269:23, 1285:12
**reps** [1] - 1246:9
**reputable** [1] - 1284:12
**request** [3] - 1353:23, 1359:10, 1371:3
**require** [1] - 1225:6
**required** [11] - 1227:13, 1228:14, 1239:3, 1279:10, 1348:21, 1353:4, 1359:17, 1359:21, 1360:11, 1369:8, 1370:19
**requirement** [3] - 1229:14, 1346:13, 1361:6
**requirements** [1] - 1346:12
**requires** [1] - 1369:16
**rescue** [6] - 1228:6, 1229:3, 1229:5, 1229:15, 1229:22, 1229:24
**research** [5] - 1331:9, 1358:23, 1359:3, 1359:14, 1362:23
**Research** [6] - 1333:15, 1358:19, 1358:21, 1359:6, 1361:1, 1362:21
**reserve** [1] - 1228:23
**residual** [9] - 1333:12, 1335:6, 1339:23, 1351:9, 1352:18, 1353:12, 1354:9, 1364:22
**residue** [3] - 1305:24, 1306:9, 1350:9
**resource** [4] -

1289:10, 1357:13, 1366:3, 1368:12
**resourced** [1] - 1354:20
**resources** [42] - 1231:10, 1231:12, 1231:24, 1238:22, 1239:7, 1240:11, 1242:2, 1242:6, 1242:25, 1247:19, 1248:8, 1248:24, 1249:5, 1251:2, 1258:22, 1259:9, 1260:14, 1266:9, 1266:12, 1269:15, 1293:24, 1294:1, 1294:5, 1322:15, 1329:6, 1333:3, 1342:2, 1353:9, 1355:16, 1355:21, 1355:23, 1356:2, 1356:4, 1356:7, 1357:19, 1359:8, 1366:5, 1366:24, 1367:3, 1367:9
**RESOURCES** [1] - 1216:4
**respect** [4] - 1239:25, 1298:17, 1324:4, 1333:24
**respective** [1] - 1273:22
**respond** [17] - 1231:17, 1236:11, 1238:9, 1240:17, 1241:20, 1242:2, 1259:23, 1279:3, 1280:10, 1293:22, 1351:14, 1352:14, 1352:23, 1353:11, 1354:9, 1354:20, 1364:21
**responded** [6] - 1224:20, 1224:21, 1224:24, 1225:25, 1248:23, 1354:2
**responder** [1] - 1259:4
**responders** [7] - 1228:15, 1237:11, 1282:1, 1293:25, 1302:6, 1302:9, 1365:6
**responding** [5] - 1237:4, 1237:11, 1248:3, 1289:15, 1305:8
**Response** [32] - 1240:23, 1241:2, 1241:22, 1242:8,

1242:15, 1252:8, 1259:3, 1261:4, 1261:18, 1263:20, 1263:22, 1265:19, 1279:1, 1281:4, 1282:24, 1287:19, 1288:13, 1289:9, 1291:25, 1306:16, 1327:2, 1328:18, 1345:20, 1346:7, 1346:8, 1351:12, 1351:18, 1352:4, 1352:9, 1353:19, 1354:8
**response** [167] - 1225:8, 1226:2, 1226:24, 1227:23, 1228:12, 1228:16, 1228:19, 1230:14, 1231:9, 1231:10, 1231:19, 1231:21, 1232:7, 1233:11, 1234:4, 1234:9, 1234:15, 1235:2, 1235:10, 1238:2, 1238:11, 1238:21, 1239:5, 1239:9, 1239:22, 1240:14, 1241:4, 1241:15, 1242:14, 1242:16, 1243:1, 1243:5, 1245:24, 1246:13, 1246:22, 1247:12, 1247:20, 1248:6, 1248:12, 1248:21, 1249:2, 1249:8, 1249:12, 1249:19, 1250:3, 1250:18, 1250:21, 1251:13, 1251:14, 1251:22, 1252:15, 1252:18, 1252:19, 1252:20, 1253:15, 1254:3, 1254:23, 1256:8, 1256:11, 1256:13, 1256:19, 1257:4, 1257:24, 1258:7, 1258:9, 1258:11, 1259:12, 1260:8, 1262:23, 1264:19, 1264:24, 1268:7, 1268:17, 1268:24, 1269:4, 1270:24, 1271:4, 1271:23, 1271:25, 1272:4, 1272:8, 1272:21, 1273:5, 1273:18, 1274:13, 1275:11, 1275:25, 1276:5, 1276:7, 1276:24, 1277:4, 1277:19,

1279:12, 1280:7, 1280:9, 1280:11, 1280:16, 1281:24, 1282:4, 1282:10, 1282:16, 1285:9, 1287:6, 1288:19, 1288:25, 1289:1, 1289:4, 1289:6, 1290:4, 1290:25, 1291:7, 1291:11, 1291:18, 1292:2, 1292:6, 1292:25, 1293:21, 1293:24, 1294:6, 1296:7, 1297:20, 1300:12, 1300:14, 1301:2, 1302:16, 1303:6, 1303:18, 1304:3, 1304:5, 1304:13, 1304:18, 1304:22, 1305:7, 1306:20, 1308:23, 1309:15, 1309:22, 1310:13, 1315:13, 1316:9, 1318:3, 1318:20, 1322:1, 1322:10, 1323:20, 1323:21, 1329:2, 1332:14, 1332:21, 1333:2, 1333:10, 1335:10, 1335:16, 1337:17, 1342:7, 1343:7, 1350:10, 1351:17, 1351:19, 1351:25, 1352:17, 1353:5, 1353:7, 1353:14, 1359:7, 1365:12, 1367:18
**responses** [11] - 1230:15, 1236:14, 1237:25, 1251:15, 1254:21, 1273:22, 1276:3, 1276:20, 1301:9, 1310:6, 1310:14
**responsibilities** [9] - 1226:25, 1241:8, 1247:7, 1250:25, 1328:24, 1328:25, 1331:6, 1331:7, 1332:8
**responsibility** [4] - 1228:11, 1249:10, 1249:14, 1285:21
**responsible** [25] - 1226:5, 1228:1, 1230:20, 1236:4, 1237:16, 1239:25, 1240:3, 1240:4, 1240:9, 1240:10, 1241:4, 1244:10,

1251:2, 1251:3, 1255:12, 1285:25, 1286:2, 1286:6, 1286:7, 1286:14, 1288:1, 1288:6, 1289:14, 1351:15
**rest** [1] - 1261:14
**restate** [1] - 1325:12
**Restoration** [10] - 1328:19, 1328:20, 1332:12, 1332:22, 1332:23, 1354:25, 1355:5, 1358:16, 1366:9
**restoration** [27] - 1329:4, 1329:5, 1333:13, 1355:8, 1355:17, 1355:19, 1355:22, 1355:25, 1356:4, 1356:8, 1356:11, 1356:14, 1356:15, 1358:2, 1365:17, 1366:4, 1366:13, 1366:15, 1366:23, 1367:2, 1367:7, 1367:10, 1367:14, 1367:23, 1368:9, 1369:22
**restore** [2] - 1371:4, 1371:7
**restoring** [2] - 1358:13, 1367:16
**restrictions** [1] - 1324:12
**result** [7] - 1271:3, 1275:14, 1278:14, 1341:21, 1353:21, 1366:25, 1369:9
**resulted** [4] - 1226:17, 1311:21, 1314:20, 1319:9
**results** [6] - 1244:4, 1272:21, 1277:16, 1306:8, 1327:9, 1336:12
**resume** [1] - 1347:19
**retained** [1] - 1222:18
**retire** [2] - 1230:25, 1331:22
**retired** [3] - 1222:8, 1222:15, 1230:23
**retirement** [3] - 1231:2, 1331:2, 1331:23
**retiring** [1] - 1231:5
**return** [1] - 1331:23
**returned** [8] - 1332:9, 1332:10, 1332:20, 1332:23, 1335:15, 1341:8, 1350:15,

1372:7
**Review** [1] - 1235:7
**review** [11] - 1223:25, 1235:8, 1254:17, 1255:20, 1268:15, 1284:23, 1286:21, 1290:12, 1291:19, 1312:20, 1342:13
**reviewed** [5] - 1255:14, 1303:22, 1303:25, 1304:11, 1366:18
**reviewing** [1] - 1255:12
**RICHARD** [1] - 1216:10
**ride** [1] - 1286:17
**RIG** [1] - 1215:5
**rig** [1] - 1243:8
**rise** [6] - 1220:7, 1292:13, 1292:15, 1341:15, 1342:21, 1373:16
**risk** [2] - 1227:16, 1283:14
**risks** [1] - 1365:11
**River** [4] - 1225:15, 1226:14, 1226:15, 1229:6
**river** [1] - 1229:6
**RMR** [2] - 1218:3, 1374:13
**Robers** [2] - 1292:18, 1292:23
**ROBERS** [11] - 1216:9, 1233:14, 1233:17, 1244:20, 1292:18, 1292:21, 1321:5, 1325:10, 1325:24, 1326:1, 1326:6
**ROBERS...................
.** [1] - 1219:7
**Robert** [3] - 1247:16, 1314:11, 1327:3
**ROBERT** [1] - 1217:9
**robust** [1] - 1350:6
**robustly** [1] - 1248:23
**Roger** [2] - 1303:15, 1303:22
**role** [14] - 1227:5, 1227:22, 1230:7, 1235:10, 1236:2, 1250:24, 1284:3, 1284:6, 1285:9, 1286:22, 1322:1, 1323:11, 1331:6, 1359:9
**roles** [5] - 1284:22, 1284:23, 1294:9,

1322:3, 1332:8
**rolling** [1] - 1232:6
**Ronquille** [1] - 1358:3
**rooftops** [2] -
1229:20, 1229:23
**ROOM** [1] - 1218:4
**rooms** [1] - 1247:13
**Roosevelt** [2] -
1358:10
**Rouge** [2] - 1309:11,
1324:6
**roughly** [11] - 1229:4,
1232:2, 1235:11,
1243:15, 1247:25,
1250:8, 1259:22,
1269:12, 1276:22,
1290:3, 1296:14
**round** [1] - 1311:24
**routinely** [2] -
1225:21, 1299:1
**RP** [2] - 1240:5,
1291:9
**RRT** [3] - 1264:7,
1321:25, 1322:3
**ruling** [3] - 1234:9,
1271:7, 1271:10
**run** [2] - 1245:2,
1338:22
**runs** [5] - 1241:10,
1267:23, 1319:25,
1320:1, 1320:12
**rupture** [1] - 1226:14
**ruptured** [2] -
1260:12, 1275:7
**Rusty** [2] - 1255:8,
1255:9

## S

**s/Cathy** [1] - 1374:12
**safe** [3] - 1229:23,
1264:10, 1347:19
**safeguard** [2] -
1281:25, 1302:9
**safely** [3] - 1265:10,
1281:20, 1282:9
**safety** [28] - 1223:7,
1224:6, 1233:10,
1237:10, 1246:15,
1249:22, 1260:20,
1264:13, 1281:19,
1281:22, 1281:24,
1282:16, 1282:19,
1282:22, 1282:23,
1283:4, 1283:10,
1284:18, 1284:20,
1284:23, 1285:5,
1287:4, 1287:5,
1301:22, 1301:24,

1302:2, 1302:10,
1325:16
**salaries** [1] - 1289:23
**sales** [1] - 1330:23
**salvage** [2] - 1229:8,
1294:10
**samples** [2] - 1334:19,
1365:19
**sampling** [6] -
1284:15, 1334:16,
1335:20, 1353:23,
1365:22, 1365:24
**sand** [6] - 1339:1,
1339:5, 1345:3,
1345:8, 1345:17,
1347:22
**sandbar** [4] - 1338:2,
1338:21, 1338:23,
1339:7
**sandbars** [2] -
1338:25, 1339:4
**SARAH** [1] - 1216:5
**saves** [1] - 1366:1
**saw** [13] - 1239:15,
1246:24, 1251:11,
1252:6, 1284:23,
1285:4, 1302:22,
1304:19, 1306:24,
1310:21, 1319:15,
1325:18, 1326:13
**scale** [4] - 1264:22,
1304:4, 1345:11,
1353:10
**SCAT** [11] - 1298:19,
1298:22, 1298:25,
1299:3, 1299:6,
1299:19, 1313:12,
1315:10, 1348:16,
1364:6, 1364:12
**Scene** [8] - 1253:11,
1256:23, 1263:15,
1263:25, 1264:3,
1311:19, 1314:16,
1322:5
**scene** [5] - 1226:1,
1226:8, 1226:12,
1228:7, 1291:4
**Science** [4] - 1281:4,
1329:21, 1329:22,
1335:5
**science** [5] - 1223:17,
1331:11, 1335:6,
1359:7, 1359:11
**science-based** [1] -
1335:6
**scientific** [5] -
1323:14, 1336:21,
1340:3, 1358:23,
1362:14
**scientist** [3] -

1332:13, 1342:1,
1343:24
**scientists** [5] -
1323:19, 1324:11,
1331:8, 1331:14,
1332:16
**scope** [5] - 1304:4,
1367:23, 1367:24,
1368:25, 1369:24
**screaming** [1] -
1240:14
**screen** [1] - 1341:16
**screens** [1] - 1246:5
**sea** [4] - 1232:5,
1258:25, 1261:24,
1262:14
**Sea** [1] - 1275:9,
1275:14, 1275:16
**seafood** [1] - 1283:22,
1283:23, 1329:7
**search** [6] - 1228:6,
1229:3, 1229:5,
1229:15, 1229:22,
1347:2
**seasoned** [1] -
1225:20
**seat** [1] - 1297:4
**seated** [1] - 1292:16
**second** [7] - 1225:24,
1226:3, 1310:23,
1336:5, 1348:24,
1349:13, 1358:9
**Section** [2] - 1226:20,
1369:16
**SECTION** [1] - 1216:4
**section** [4] - 1227:4,
1313:2, 1325:23,
1332:17
**Sector** [1] - 1227:24
**secured** [1] - 1266:10
**security** [1] - 1228:5
**Security** [1] - 1254:20
**sediment** [3] - 1339:1,
1339:9, 1347:10
**sediments** [6] -
1334:16, 1334:20,
1335:21, 1336:3,
1337:10, 1337:18
**see** [60] - 1223:13,
1233:12, 1247:6,
1249:2, 1249:6,
1250:7, 1250:11,
1251:16, 1251:20,
1253:13, 1254:15,
1259:8, 1262:7,
1262:14, 1266:5,
1266:6, 1266:21,
1269:7, 1269:20,
1270:19, 1271:1,
1274:11, 1279:20,

1279:24, 1280:3,
1281:2, 1282:12,
1284:25, 1303:8,
1315:1, 1317:3,
1317:14, 1321:17,
1321:21, 1322:16,
1322:19, 1322:21,
1323:2, 1323:17,
1324:17, 1325:2,
1325:22, 1326:24,
1327:4, 1327:7,
1332:4, 1332:7,
1336:1, 1336:3,
1337:11, 1339:19,
1340:3, 1342:20,
1343:25, 1348:19,
1355:7, 1355:8,
1356:22, 1358:25
**seek** [2] - 1350:24,
1351:14
**seeking** [2] - 1343:1,
1350:20
**seem** [1] - 1336:20
**segment** [2] -
1224:10, 1335:2
**segregation** [1] -
1345:19
**selected** [1] - 1275:25
**selects** [1] - 1297:7
**self** [1] - 1259:5
**self-propelled** [1] -
1259:5
**send** [1] - 1259:1
**sending** [1] - 1269:15
**senior** [3] - 1235:3,
1235:13, 1304:13
**sense** [4] - 1235:21,
1345:6, 1345:13,
1345:15
**sensing** [1] - 1342:6
**sensitive** [4] -
1257:13, 1268:25,
1269:3, 1270:18
**sentence** [2] -
1262:21, 1311:1
**sentences** [1] -
1280:8
**sentiment** [1] - 1257:8
**separate** [6] - 1228:3,
1264:17, 1265:4,
1328:23, 1340:10,
1340:14
**separates** [2] -
1263:9, 1305:17
**September** [2] -
1302:23, 1302:25
**serious** [8] - 1293:10,
1293:12, 1293:13,
1293:14, 1293:16,
1293:17, 1364:24,

1365:1
**serve** [3] - 1224:17,
1228:23, 1323:11
**served** [6] - 1224:15,
1225:9, 1226:7,
1226:20, 1226:22,
1231:2
**serves** [1] - 1247:17
**Service** [2] - 1241:23,
1255:12
**service** [1] - 1321:6
**services** [1] - 1296:7
**SESSION** [1] -
1215:22
**set** [9] - 1236:12,
1241:12, 1243:18,
1243:21, 1254:9,
1279:12, 1286:3,
1297:16, 1359:24
**sets** [3] - 1240:7,
1307:21, 1344:22
**setting** [2] - 1251:15,
1271:7
**setup** [1] - 1225:5,
1322:10
**seven** [1] - 1318:1
**shape** [1] - 1343:8
**share** [4] - 1233:5,
1248:20, 1250:21,
1251:25
**shared** [2] - 1278:23,
1278:24
**SHARON** [1] - 1216:15
**sheet** [1] - 1359:1
**sheets** [3] - 1302:17,
1302:20, 1345:14
**shell** [4] - 1345:3,
1345:8, 1345:18,
1345:23
**SHELL** [1] - 1217:14
**Shell** [1] - 1358:3
**shift** [1] - 1337:23
**shifted** [1] - 1337:19
**shipboard** [1] - 1224:4
**shop** [1] - 1232:9
**shore** [4] - 1320:10,
1320:11, 1354:6,
1354:16
**shoreline** [61] -
1244:11, 1278:14,
1278:18, 1280:19,
1282:21, 1297:18,
1297:20, 1297:23,
1298:1, 1298:5,
1298:6, 1298:14,
1298:19, 1298:23,
1299:11, 1307:14,
1311:12, 1311:15,
1311:22, 1312:2,
1312:25, 1313:3,

**OFFICIAL TRANSCRIPT**

1313:23, 1314:9, 1314:13, 1314:20, 1315:8, 1315:20, 1319:3, 1319:9, 1320:18, 1320:22, 1321:2, 1322:25, 1323:8, 1324:23, 1326:15, 1333:6, 1333:10, 1333:24, 1334:22, 1334:23, 1334:24, 1335:1, 1335:18, 1336:9, 1337:15, 1337:19, 1338:22, 1338:25, 1341:3, 1341:7, 1341:10, 1343:8, 1346:6, 1346:12, 1350:17, 1353:20, 1354:14, 1364:3, 1364:7

**Shoreline** [2] - 1348:16, 1352:4

**shorelines** [5] - 1268:25, 1269:3, 1315:14, 1339:24, 1364:4

**shores** [1] - 1307:11

**Shores** [1] - 1353:1

**short** [2] - 1308:18, 1308:21

**short-term** [1] - 1308:21

**shortly** [2] - 1315:20, 1334:15

**show** [14] - 1233:22, 1271:14, 1277:18, 1316:7, 1318:14, 1318:17, 1320:15, 1324:21, 1330:25, 1331:15, 1345:24, 1348:6, 1349:23, 1352:3

**showed** [10] - 1294:19, 1298:17, 1313:11, 1313:18, 1313:20, 1313:21, 1318:22, 1321:4, 1348:13

**showing** [4] - 1244:14, 1244:21, 1316:19, 1318:8

**shown** [7] - 1315:6, 1318:2, 1318:11, 1318:16, 1326:14, 1327:8, 1372:18

**shows** [14] - 1246:22, 1249:4, 1251:3, 1257:16, 1261:11, 1273:2, 1303:1, 1303:5, 1316:7,

1316:10, 1317:9, 1348:5

**shut** [1] - 1248:13

**shut-in** [1] - 1248:13

**SHUTLER** [1] - 1216:15

**side** [2] - 1290:4, 1294:12

**sign** [1] - 1241:21

**signed** [1] - 1370:3

**significance** [10] - 1223:22, 1267:20, 1268:5, 1289:2, 1289:19, 1336:8, 1336:17, 1337:16, 1337:17, 1350:2

**significant** [18] - 1224:25, 1225:2, 1225:7, 1252:12, 1255:10, 1268:13, 1273:11, 1281:14, 1283:23, 1298:16, 1303:14, 1332:2, 1347:10, 1358:11, 1358:13, 1362:14, 1362:24, 1363:8

**significantly** [2] - 1257:11, 1284:17

**similar** [6] - 1274:3, 1274:7, 1309:7, 1312:17, 1324:20, 1326:10

**similarly** [4] - 1235:7, 1259:3, 1274:9, 1283:7

**simulated** [1] - 1232:8

**simultaneous** [2] - 1260:19

**simultaneously** [4] - 1229:11, 1309:8, 1359:20, 1361:21

**single** [2] - 1251:15, 1288:4

**sink** [2] - 1339:6, 1343:23

**sit** [1] - 1246:9

**site** [11] - 1243:13, 1282:22, 1283:4, 1283:10, 1319:11, 1319:14, 1320:3, 1320:5, 1320:10, 1320:11, 1320:14

**sites** [1] - 1267:1

**situ** [13] - 1241:19, 1257:10, 1269:6, 1269:9, 1269:18, 1270:12, 1279:25, 1280:21, 1280:22, 1281:3, 1281:5, 1322:15, 1327:9

situation [5] - 1235:6, 1238:23, 1239:18, 1255:6, 1308:5

**situational** [2] - 1246:10, 1247:8

**situations** [2] - 1310:25, 1311:8

**six** [1] - 1231:4

**size** [5] - 1235:10, 1252:21, 1259:7, 1354:18, 1367:4

**sizes** [2] - 1224:21, 1226:21

**skills** [1] - 1285:16

**skimmer** [2] - 1232:5, 1258:25

**skimmer's** [1] - 1262:11

**skimmers** [2] - 1259:22, 1358:7

**skimming** [29] - 1246:13, 1258:10, 1258:14, 1258:20, 1259:6, 1259:10, 1259:11, 1259:18, 1259:20, 1260:2, 1261:4, 1261:7, 1261:11, 1261:12, 1261:17, 1261:22, 1262:4, 1262:18, 1262:22, 1267:6, 1272:10, 1273:17, 1276:6, 1278:25, 1280:10, 1294:10, 1322:24

**slide** [15] - 1258:17, 1259:16, 1268:9, 1269:7, 1282:14, 1294:15, 1325:4, 1329:18, 1333:22, 1334:4, 1344:16, 1349:13, 1349:25, 1352:3, 1352:8

**slightly** [2] - 1308:12, 1310:4

**slope** [3] - 1315:3, 1315:5, 1350:17

**slow** [2] - 1342:20, 1350:22

**small** [7] - 1224:22, 1230:19, 1310:24, 1317:14, 1320:4, 1351:24, 1354:18

**smaller** [4] - 1225:4, 1226:17, 1259:21, 1263:9

**smallest** [1] - 1296:15

**SMART** [2] - 1295:8, 1295:13

**smart** [1] - 1265:22

**smoke** [1] - 1283:5

**solemnly** [2] - 1221:23, 1327:22

**sometimes** [2] - 1299:9, 1299:10

**somewhere** [2] - 1232:2, 1360:14

**son** [3] - 1331:19, 1331:21, 1332:3

**soot** [1] - 1306:10

**sophisticated** [2] - 1266:19, 1342:10

**sorry** [11] - 1258:17, 1298:13, 1303:24, 1311:1, 1317:1, 1319:12, 1330:6, 1330:12, 1348:16, 1349:1, 1370:24

**sort** [14] - 1235:20, 1236:12, 1237:23, 1247:3, 1249:1, 1250:7, 1257:6, 1259:7, 1269:13, 1273:7, 1276:24, 1289:3, 1343:21, 1361:23

**sorties** [3] - 1268:5, 1294:17, 1295:4

**sorts** [2] - 1226:21, 1339:19

**sound** [1] - 1324:1

**sounds** [4] - 1297:25, 1336:10, 1336:12

**source** [5] - 1260:11, 1275:7, 1340:4, 1350:24, 1362:16

**sources** [3] - 1234:24, 1341:14, 1342:21

**south** [1] - 1229:11

**SOUTH** [1] - 1217:23

**southwest** [1] - 1226:9

**Space** [1] - 1294:22

**SPEAKER** [12] - 1245:9, 1245:12, 1245:14, 1245:16, 1245:18, 1245:19, 1245:21, 1245:22, 1245:23, 1246:2, 1246:4, 1246:7

**speaking** [4] - 1323:5, 1326:19, 1359:20, 1361:21

**speaks** [1] - 1336:14

**specialty** [2] - 1242:15, 1331:11

**species** [1] - 1358:6

**specific** [4] - 1302:14, 1309:5, 1333:6, 1352:23

**Specific** [1] - 1235:7

**specifically** [5] - 1235:23, 1280:21, 1282:22, 1312:22, 1359:16

**specifics** [2] - 1258:6, 1301:20

**speed** [2] - 1366:23, 1367:3

**spell** [2] - 1222:5, 1328:4

**spends** [1] - 1245:14

**spent** [3] - 1360:3, 1360:6, 1368:9

**SPILL** [1] - 1215:5

**Spill** [19] - 1240:23, 1241:2, 1241:22, 1242:8, 1242:14, 1252:8, 1259:3, 1261:4, 1261:18, 1265:19, 1279:1, 1282:24, 1287:19, 1288:12, 1289:7, 1289:9, 1291:25, 1306:16, 1327:2

**spill** [77] - 1223:2, 1225:8, 1226:10, 1226:17, 1231:9, 1231:10, 1231:19, 1232:3, 1233:11, 1234:10, 1236:3, 1236:11, 1236:22, 1237:7, 1238:9, 1239:9, 1242:2, 1242:7, 1242:21, 1246:5, 1247:21, 1247:25, 1251:14, 1252:12, 1254:21, 1254:23, 1257:24, 1260:10, 1261:1, 1261:17, 1274:13, 1274:22, 1275:6, 1275:7, 1276:5, 1276:24, 1277:25, 1279:12, 1280:2, 1291:7, 1291:10, 1291:18, 1291:21, 1292:6, 1293:5, 1293:9, 1293:13, 1293:15, 1293:17, 1293:21, 1296:7, 1298:4, 1298:8, 1299:1, 1300:14, 1301:2, 1301:3, 1301:14, 1304:22, 1306:20, 1309:5, 1309:7, 1310:12, 1351:9, 1351:25, 1353:5, 1353:14, 1353:21, 1363:6,

1364:24, 1366:6,
1367:18, 1371:5,
1371:8
**spilled** [7] - 1226:14,
1271:8, 1271:11,
1274:7, 1310:24,
1311:7, 1323:1
**spills** [21] - 1224:20,
1224:21, 1224:24,
1224:25, 1225:1,
1226:1, 1226:4,
1226:21, 1228:25,
1229:2, 1229:10,
1260:11, 1260:12,
1272:22, 1273:25,
1275:13, 1275:24,
1293:3, 1293:11,
1293:13, 1305:8
**spirit** [1] - 1254:6
**spite** [1] - 1247:20
**spot** [2] - 1265:4,
1266:15
**spots** [1] - 1267:12
**spotter** [1] - 1265:7
**spray** [4] - 1264:4,
1265:4, 1266:14,
1283:8
**sprayed** [2] - 1263:1,
1268:1
**spraying** [3] - 1263:8,
1265:19, 1267:14
**spread** [3] - 1246:5,
1260:17, 1286:12
**spreading** [1] -
1260:23
**sprinkled** [1] - 1341:9
**SQUARE** [1] - 1217:14
**squares** [1] - 1348:6
**ST** [1] - 1216:22
**stabilize** [1] - 1228:23
**stacked** [1] - 1274:11
**staff** [2] - 1254:2,
1286:9
**Staff** [1] - 1322:4
**staffed** [1] - 1352:10
**staffing** [1] - 1251:9
**stain** [1] - 1348:18
**stamp** [1] - 1223:25
**stand** [1] - 1352:22
**standardized** [1] -
1298:22
**standards** [4] -
1307:20, 1307:23,
1346:9, 1351:5
**stands** [1] - 1354:20
**Stanford** [1] - 1329:24
**start** [3] - 1232:6,
1357:12, 1364:3
**started** [3] - 1268:2,
1330:23, 1361:4

**starters** [2] - 1235:2,
1243:4
**starting** [4] - 1241:11,
1336:12, 1355:22,
1357:24
**state** [11] - 1222:5,
1237:17, 1245:25,
1246:12, 1288:10,
1291:24, 1328:4,
1335:12, 1341:23,
1355:15, 1356:16
**State** [3] - 1246:17,
1347:23, 1374:4
**STATE** [1] - 1216:19
**statement** [14] -
1251:25, 1256:3,
1256:6, 1257:7,
1257:9, 1261:3,
1262:10, 1268:10,
1270:21, 1291:2,
1291:16, 1319:6,
1349:25, 1361:9
**statements** [5] -
1256:1, 1257:6,
1272:7, 1288:21,
1304:14
**States** [23] - 1220:21,
1221:15, 1224:2,
1230:3, 1241:21,
1256:18, 1261:3,
1262:17, 1268:20,
1268:23, 1272:2,
1287:4, 1287:11,
1291:3, 1292:18,
1327:4, 1355:5,
1358:10, 1362:22,
1362:24, 1363:16,
1374:5, 1374:15
**states** [22] - 1261:24,
1269:1, 1286:2,
1304:8, 1309:25,
1335:10, 1340:11,
1341:22, 1342:4,
1344:8, 1344:12,
1344:18, 1344:25,
1345:25, 1346:4,
1346:7, 1351:6,
1351:17, 1353:2,
1356:19, 1356:25,
1366:22
**STATES** [4] - 1215:1,
1215:11, 1215:24,
1216:3
**stating** [3] - 1272:6,
1283:2, 1325:1
**station** [1] - 1229:21
**stationed** [1] - 1224:9
**statistical** [1] -
1311:17
**statistically** [1] -

1347:24
**statistically-based** [1]
- 1347:24
**stays** [1] - 1220:12
**stemming** [1] -
1328:24
**Stennis** [3] - 1267:2,
1294:22, 1295:2
**STENOGRAPHY** [1] -
1218:7
**step** [1] - 1272:13
**stepped** [1] - 1287:1
**steps** [6] - 1282:23,
1285:2, 1302:5,
1302:7, 1337:22,
1350:7
**Steve** [2] - 1363:15,
1363:23
**STEVEN** [1] - 1216:5
**stewardship** [1] -
1355:15
**still** [16] - 1232:11,
1244:1, 1260:23,
1275:9, 1296:5,
1300:5, 1305:20,
1307:1, 1307:5,
1333:11, 1356:8,
1360:20, 1364:16,
1364:19, 1365:15
**stipulation** [4] -
1368:22, 1369:16,
1369:18, 1370:3
**stipulations** [4] -
1356:18, 1367:13,
1367:15, 1367:22
**stop** [2] - 1289:15,
1370:8
**storm** [2] - 1229:17,
1347:21
**straight** [3] - 1232:9,
1277:23, 1349:10
**strained** [1] - 1291:12
**strategies** [3] -
1241:10, 1241:14,
1241:17
**STREET** [5] - 1216:22,
1217:10, 1217:14,
1217:20, 1218:4
**streets** [1] - 1229:25
**stress** [2] - 1244:2,
1325:8
**stressful** [1] - 1287:2
**strictly** [1] - 1305:10
**strike** [1] - 1339:13
**strong** [3] - 1319:2,
1324:21, 1326:14
**STRs** [2] - 1299:11,
1299:20
**structure** [10] -
1225:3, 1225:5,

1229:12, 1242:11,
1254:18, 1254:24,
1282:18, 1289:19,
1294:8, 1372:22
**studies** [6] - 1281:13,
1281:17, 1310:7,
1310:9, 1345:19,
1365:21
**study** [8] - 1276:17,
1302:10, 1310:2,
1327:6, 1327:7,
1336:8, 1336:12,
1336:16
**subcontractors** [1] -
1245:25
**subject** [3] - 1227:9,
1289:17, 1329:16
**subjected** [1] -
1343:14
**submit** [1] - 1301:14
**submitted** [1] -
1353:24
**subsea** [5] - 1243:8,
1263:2, 1264:14,
1264:17, 1316:5
**subsequent** [1] -
1339:20
**subsequently** [1] -
1350:4
**substantial** [4] -
1242:16, 1294:5,
1368:21, 1369:7
**substantive** [1] -
1314:12
**subsurface** [4] -
1348:7, 1348:8,
1348:13, 1349:24
**subtidal** [3] - 1338:15,
1338:17, 1338:20
**subtracted** [1] -
1307:1
**subunits** [1] - 1228:1
**success** [7] - 1239:9,
1257:15, 1259:11,
1262:22, 1275:16,
1291:21, 1322:15
**successful** [5] -
1237:25, 1256:8,
1256:19, 1257:5,
1322:24
**sufficient** [1] -
1343:14
**suggested** [1] -
1309:9
**suggesting** [2] -
1304:21, 1308:16
**SUITE** [2] - 1217:15,
1217:23
**sum** [2] - 1283:23,
1368:21

**summarize** [3] -
1340:18, 1340:20,
1347:14
**summarized** [1] -
1232:24
**summarizes** [5] -
1223:9, 1238:15,
1257:8, 1258:13,
1282:6
**summarizing** [2] -
1236:16, 1291:15
**summary** [15] -
1236:8, 1239:5,
1253:4, 1253:24,
1255:8, 1271:2,
1282:14, 1302:17,
1302:20, 1321:17,
1341:19, 1346:21,
1356:23, 1358:12
**summer** [2] - 1253:12,
1372:8
**supervisor** [1] -
1294:10
**supplement** [1] -
1234:5
**supplemental** [1] -
1233:23
**support** [14] -
1242:12, 1242:25,
1243:17, 1252:23,
1256:2, 1265:15,
1266:24, 1273:4,
1281:18, 1311:20,
1319:4, 1331:12,
1341:24, 1342:8
**Support** [1] - 1265:20
**supportive** [1] -
1286:25
**supports** [1] - 1281:9
**supposed** [6] -
1230:20, 1237:8,
1239:1, 1248:4,
1253:17, 1255:18
**supratidal** [2] -
1338:13, 1338:16
**surface** [30] - 1241:15,
1260:9, 1260:12,
1260:13, 1262:1,
1263:4, 1263:5,
1263:6, 1264:14,
1270:17, 1277:9,
1280:17, 1281:12,
1295:9, 1305:16,
1305:24, 1306:17,
1316:8, 1316:22,
1316:25, 1317:2,
1317:3, 1317:7,
1317:15, 1318:2,
1318:3, 1320:17,
1320:20, 1334:14,

1339:3
**surge** [2] - 1228:17, 1228:24
**surged** [1] - 1228:18
**surprised** [1] - 1298:10
**Survey** - 1342:2
**survey** [1] - 1315:17
**surveyed** [3] - 1315:8, 1315:14, 1315:18
**surveyors** [1] - 1298:22
**surveys** [4] - 1298:25, 1299:20, 1315:15, 1364:12
**SUSANNAH** [1] - 1216:21
**suspended** [1] - 1263:10
**suspension** [1] - 1339:2
**sustainability** [1] - 1251:22
**sustainable** [1] - 1358:5
**sustained** [2] - 1362:16, 1363:8
**swash** [1] - 1338:18
**swear** [2] - 1221:23, 1327:22
**switch** [2] - 1297:18, 1301:22
**sworn** [2] - 1222:3, 1328:2
**symbolically** [1] - 1239:11
**SYNDICATE** [1] - 1215:19
**synopsis** [1] - 1235:21
**system** [5] - 1226:11, 1266:1, 1347:12, 1347:25, 1348:10
**System** [1] - 1254:12
**systematic** [1] - 1347:23
**systems** [1] - 1342:7

## T

**table** [1] - 1240:10
**tactical** [1] - 1261:18
**tactics** [1] - 1240:6
**tailored** [1] - 1282:22
**talent** [2] - 1251:16, 1252:1
**tank** [3] - 1226:14, 1260:13, 1275:8
**Tanker** [1] - 1276:12

**tanker** [5] - 1226:13, 1275:12, 1275:14, 1276:15, 1276:23
**tankers** [2] - 1225:14, 1275:12
**tar** [14] - 1313:7, 1313:12, 1313:15, 1313:20, 1314:1, 1314:5, 1314:6, 1314:7, 1314:12, 1314:23, 1339:23, 1341:9, 1341:15, 1364:20
**target** [2] - 1235:23, 1265:5
**targeted** [1] - 1267:8
**targeting** [1] - 1269:14
**targets** [2] - 1265:7, 1267:3
**tasked** [1] - 1355:15
**team** [16] - 1232:3, 1248:12, 1330:7, 1331:7, 1332:16, 1342:11, 1342:12, 1343:4, 1343:5, 1344:7, 1344:21, 1347:5, 1347:25, 1349:15, 1349:18
**Team** [6] - 1263:20, 1263:22, 1270:13, 1281:4, 1335:5, 1348:17
**Teams** [5] - 1352:4, 1352:9, 1353:19, 1354:8, 1364:6
**teams** [4] - 1295:8, 1330:4, 1333:11, 1341:4
**technical** [7] - 1276:15, 1341:20, 1344:7, 1344:20, 1344:21, 1347:5, 1347:6
**technique** [1] - 1298:20
**techniques** [1] - 1299:15
**technologies** [5] - 1300:11, 1300:13, 1300:15, 1300:20, 1300:25
**Technology** [2] - 1281:4, 1331:5
**technology** [6] - 1301:2, 1301:4, 1330:25, 1331:1, 1331:4, 1331:9
**Teddy** [1] - 1358:10
**temperatures** [2] - 1262:14, 1327:8

**tempo** [1] - 1254:9
**ten** [5] - 1227:12, 1229:10, 1292:11, 1358:22, 1360:10
**ten-year** [1] - 1360:10
**tendered** [2] - 1336:23, 1336:24
**tenders** [1] - 1233:9
**tends** [1] - 1353:17
**tenet** [1] - 1280:7
**tense** [1] - 1227:7
**tension** [1] - 1263:5
**terabytes** [1] - 1342:9
**term** [5] - 1225:2, 1227:16, 1307:12, 1308:21, 1355:12
**terminology** [1] - 1298:22
**terms** [29] - 1235:18, 1236:21, 1244:13, 1246:24, 1250:16, 1251:8, 1252:8, 1262:19, 1263:14, 1270:12, 1271:3, 1272:19, 1275:11, 1282:15, 1284:2, 1285:25, 1287:4, 1293:6, 1337:14, 1337:21, 1342:15, 1343:16, 1344:18, 1347:15, 1360:25, 1362:1, 1363:2, 1367:21, 1372:16
**terns** [1] - 1358:7
**Terre** [1] - 1347:13
**test** [2] - 1307:18, 1349:24
**tested** [1] - 1283:24
**testified** [5] - 1222:4, 1240:13, 1260:1, 1304:21, 1328:3
**testify** [1] - 1360:8
**testifying** [1] - 1337:3
**testimony** [14] - 1220:22, 1221:23, 1226:24, 1275:21, 1278:23, 1280:10, 1304:11, 1304:19, 1311:20, 1319:5, 1327:22, 1336:13, 1336:21, 1339:13
**testing** [1] - 1283:22
**tests** [3] - 1348:7, 1348:8, 1348:13
**Texas** [5] - 1224:11, 1231:14, 1308:8, 1328:16, 1356:19
**Thad** [1] - 1245:14
**THE** [88] - 1215:5, 1215:6, 1215:23,

1216:3, 1216:19, 1219:20, 1219:21, 1220:7, 1220:8, 1220:13, 1220:15, 1220:18, 1220:20, 1220:24, 1221:1, 1221:7, 1221:9, 1221:12, 1221:22, 1222:1, 1222:5, 1222:7, 1233:12, 1233:15, 1233:18, 1245:2, 1245:4, 1292:10, 1292:13, 1292:15, 1292:16, 1321:7, 1321:8, 1325:12, 1325:25, 1327:15, 1327:16, 1327:17, 1327:21, 1327:25, 1328:4, 1328:6, 1328:8, 1330:1, 1330:6, 1330:8, 1330:12, 1336:16, 1336:20, 1337:4, 1339:14, 1348:24, 1349:1, 1349:3, 1349:5, 1349:6, 1349:7, 1349:9, 1357:10, 1357:20, 1359:21, 1360:5, 1360:12, 1360:21, 1361:3, 1361:14, 1361:22, 1362:3, 1362:9, 1363:10, 1363:13, 1368:5, 1368:15, 1369:1, 1369:11, 1369:18, 1369:23, 1370:1, 1370:5, 1370:10, 1370:12, 1370:13, 1370:15, 1373:2, 1373:12, 1373:13, 1373:14, 1373:16
**theater** [2] - 1232:12, 1259:23
**themselves** [4] - 1283:11, 1351:23, 1362:25, 1367:10
**therefore** [1] - 1356:9
**they've** [2] - 1301:7, 1319:8
**thin** [1] - 1286:13
**thinking** [2] - 1338:10, 1368:5
**third** [4] - 1226:22, 1235:9, 1287:14, 1335:4
**third-party** [1] - 1235:9
**thirdly** [1] - 1356:11

**THIS** [1] - 1215:10
**THOMAS** [1] - 1217:19
**thoroughbred** [1] - 1286:18
**thoughts** [1] - 1227:9
**thousand** [3] - 1243:15, 1247:2, 1270:8
**thousands** [2] - 1229:8, 1283:17
**threat** [1] - 1227:9
**three** [10] - 1233:23, 1264:2, 1279:25, 1281:1, 1281:2, 1283:9, 1309:7, 1316:18, 1320:5, 1338:13
**throughout** [2] - 1334:17, 1350:10
**tide** [1] - 1338:14
**tiers** [1] - 1296:15
**Timbalier** [2] - 1349:20, 1349:23
**timeframe** [1] - 1324:13
**timeline** [3] - 1340:25, 1344:19, 1347:3
**title** [2] - 1328:17, 1332:12
**TO** [2] - 1215:10, 1220:3
**today** [9] - 1234:12, 1287:16, 1294:15, 1319:21, 1326:11, 1329:16, 1333:5, 1333:20, 1364:20
**today's** [1] - 1222:21
**together** [12] - 1227:14, 1233:5, 1236:15, 1238:14, 1243:25, 1245:24, 1266:2, 1287:23, 1296:23, 1324:6, 1352:8, 1360:9
**tone** [2] - 1240:8, 1241:12
**took** [9] - 1229:22, 1231:6, 1269:23, 1273:9, 1275:17, 1278:10, 1285:20, 1292:14, 1315:15
**tool** [9] - 1268:24, 1270:16, 1273:22, 1280:11, 1281:18, 1304:25, 1323:20, 1324:10, 1355:25
**toolbox** [3] - 1268:8, 1273:21, 1279:6
**tools** [11] - 1260:8, 1261:25, 1268:7,

1273:17, 1273:21, 1274:13, 1274:25, 1275:10, 1279:6, 1279:17, 1280:15
**top** [9] - 1227:11, 1237:12, 1258:24, 1260:20, 1263:8, 1280:17, 1281:25, 1312:1, 1312:24
**Topic** [1] - 1354:24
**topic** [4] - 1281:21, 1288:24, 1305:3, 1358:18
**topics** [6] - 1295:20, 1301:10, 1304:16, 1333:6, 1334:10, 1352:3
**TORTS** [1] - 1216:15
**total** [10] - 1226:9, 1248:2, 1259:22, 1266:14, 1271:11, 1271:18, 1306:25, 1315:16, 1350:1, 1356:21
**totaled** [1] - 1259:22
**totally** [2] - 1255:23, 1327:13
**tough** [3] - 1308:23, 1309:14, 1309:17
**tour** [1] - 1224:4
**tourism** [1] - 1329:6
**toward** [2] - 1255:18, 1355:8
**toxicity** [4] - 1307:7, 1307:17, 1307:18, 1307:22
**trace** [1] - 1364:9
**track** [10] - 1246:2, 1246:5, 1267:22, 1267:25, 1312:24, 1316:2, 1319:25, 1320:1, 1365:15
**tracking** [2] - 1265:25, 1267:14
**tracks** [1] - 1320:15
**traction** [1] - 1279:13
**trade** [4] - 1306:22, 1307:10, 1307:12, 1308:21
**trade-off** [4] - 1306:22, 1307:10, 1307:12, 1308:21
**traffic** [3] - 1225:16, 1225:19, 1229:6
**trained** [4] - 1231:16, 1254:5, 1254:14, 1279:8
**trainers** [1] - 1284:8
**training** [11] - 1232:18, 1238:3,

1245:9, 1249:22, 1255:15, 1283:16, 1283:18, 1284:6, 1284:9, 1291:23
**traipsing** [1] - 1299:10
**traits** [1] - 1236:13
**transcript** [4] - 1303:21, 1303:25, 1304:9, 1374:7
**TRANSCRIPT** [2] - 1215:23, 1218:7
**transition** [2] - 1351:18, 1353:22
**transitional** [1] - 1346:7
**TRANSOCEAN** [3] - 1215:17, 1215:17, 1215:18
**transparency** [1] - 1237:19
**transpiring** [1] - 1255:5
**transportation** [2] - 1225:14, 1249:11
**traveling** [1] - 1331:19
**treatment** [4] - 1299:11, 1299:22, 1299:24, 1303:12
**treatments** [1] - 1303:11
**tremendous** [2] - 1234:25, 1250:4
**trend** [2] - 1314:21, 1315:1
**TREX** [2] - 1325:20, 1326:2
**TREX-009182-087-GS01** [1] - 1317:6
**TREX-11814** [1] - 1367:12
**TREX-11814.5.1.US** [1] - 1369:14
**TREX-11814.6.1.US** [1] - 1369:15
**TREX-11835.1** [1] - 1264:6
**TREX-12020.4.2.US** [1] - 1302:19
**TREX-12535.1.4** [1] - 1290:8
**TREX-13132.70** [1] - 1311:23
**TREX-13132.70.1.US** [1] - 1317:19
**TREX-13135.6.1.US** [1] - 1310:19
**TREX-150022.10.0** [1] - 1253:3
**TREX-150022.9.1** [1] - 1261:9

**TREX-150027.1.1** [1] - 1255:7
**TREX-244097** [1] - 1366:16
**TREX-247534.001** [1] - 1326:23
**TREX-247662.68.2** [1] - 1279:20
**TREX-9104.58** [1] - 1325:2
**TREX-9105** [1] - 1326:3
**TREX-9105.64.3** [1] - 1268:22
**TREX-9105.68.2** [1] - 1262:6
**TREX-9114.1.1** [1] - 1321:16
**TREX-9124.110.3** [1] - 1251:20
**TREX-9124.55.2** [1] - 1270:15
**TREX-9182.87** [1] - 1316:16
**trial** [7] - 1226:24, 1281:1, 1285:7, 1357:13, 1367:23, 1368:10, 1369:19
**TRIAL** [1] - 1215:23
**triangles** [1] - 1348:6
**tried** [5] - 1246:2, 1278:7, 1300:23, 1341:14, 1367:24
**trigger** [2] - 1240:25, 1263:25
**TRITON** [1] - 1215:16
**trouble** [1] - 1330:13
**true** [2] - 1305:2, 1374:7
**truncated** [1] - 1356:9
**Trust** [1] - 1289:7
**trustees** [5] - 1355:5, 1355:12, 1355:14, 1356:16, 1365:22
**truth** [6] - 1221:24, 1221:25, 1327:23
**try** [7] - 1227:15, 1233:5, 1261:25, 1265:7, 1273:8, 1291:24, 1337:4
**trying** [8] - 1286:3, 1287:24, 1325:20, 1349:9, 1357:12, 1369:2, 1370:1
**turbinized** [1] - 1266:17
**turn** [13] - 1236:8, 1256:11, 1258:6, 1259:14, 1262:24, 1269:6, 1278:22,

1281:21, 1287:14, 1288:24, 1311:11, 1335:23, 1346:20
**turning** [1] - 1316:1
**turtle** [1] - 1358:14
**twenty** [1] - 1231:4
**twenty-six** [1] - 1231:4
**two** [23] - 1230:2, 1234:21, 1234:25, 1235:17, 1248:2, 1265:4, 1265:18, 1267:1, 1275:15, 1283:8, 1294:19, 1296:25, 1335:9, 1340:6, 1340:10, 1340:14, 1341:16, 1341:17, 1345:1, 1345:14, 1347:3, 1353:15, 1369:2
**type** [13] - 1225:3, 1226:11, 1258:21, 1260:10, 1262:12, 1272:1, 1283:9, 1288:5, 1308:3, 1308:13, 1309:7, 1343:22, 1352:10
**types** [9] - 1224:22, 1230:18, 1251:13, 1274:3, 1293:13, 1335:1, 1341:3, 1344:1, 1346:12
**typical** [4] - 1276:9, 1276:21, 1276:25, 1310:14
**typically** [2] - 1235:19, 1276:21

## U

**U.S** [4] - 1216:3, 1216:14, 1295:3, 1342:2
**ultimate** [2] - 1285:17, 1285:22
**ultimately** [2] - 1240:9, 1373:9
**unable** [1] - 1291:9
**unavailable** [1] - 1307:1
**unbelievable** [1] - 1245:16
**under** [12] - 1225:24, 1242:25, 1244:2, 1254:24, 1287:2, 1329:2, 1333:1, 1333:3, 1339:18, 1352:23, 1354:12, 1369:16

**underestimates** [1] - 1318:19
**undergoes** [1] - 1263:6
**undergoing** [1] - 1356:8
**underlies** [1] - 1312:20, 1348:10
**underneath** [1] - 1314:25
**understated** [1] - 1289:3
**understood** [4] - 1243:20, 1252:18, 1255:6, 1357:16
**undertake** [1] - 1228:21
**undertaken** [2] - 1340:3, 1350:3
**underwater** [2] - 1229:19, 1338:15
**underway** [1] - 1365:22
**UNDERWRITING** [1] - 1215:19
**undoubtedly** [1] - 1252:13
**Unified** [30] - 1236:6, 1242:23, 1243:1, 1247:15, 1249:24, 1258:3, 1271:4, 1271:23, 1282:3, 1282:7, 1282:8, 1284:21, 1286:22, 1287:15, 1287:18, 1287:22, 1288:5, 1291:20, 1300:24, 1302:8, 1316:12, 1319:5, 1322:11, 1323:12, 1332:14, 1332:17, 1337:25, 1338:4, 1348:4
**unit** [3] - 1247:8, 1314:17, 1371:10
**Unit** [1] - 1319:6
**UNITED** [4] - 1215:1, 1215:11, 1215:24, 1216:3
**United** [21] - 1220:21, 1221:15, 1224:2, 1230:3, 1241:21, 1256:18, 1261:3, 1262:17, 1268:20, 1268:23, 1272:2, 1287:4, 1287:11, 1291:3, 1292:18, 1327:4, 1355:5, 1358:10, 1363:16, 1374:5, 1374:15
**unity** [4] - 1237:15,

1287:20, 1288:12,
1288:18
**University** [4] -
1223:18, 1329:22,
1329:23, 1329:24
**unknown** [2] - 1227:7,
1289:3
**unless** [3] - 1221:18,
1289:15, 1300:6
**unobjectionable** [1] -
1360:4
**unprecedented** [2] -
1252:9, 1252:17
**unrecoverable** [1] -
1307:3
**unremarkable** [3] -
1260:3, 1261:5,
1261:8
**unsecured** [1] -
1298:9
**up** [69] - 1225:2,
1225:17, 1226:10,
1229:12, 1232:9,
1235:10, 1236:18,
1238:6, 1243:18,
1243:21, 1248:16,
1249:3, 1260:17,
1260:22, 1270:4,
1274:11, 1274:23,
1275:5, 1276:19,
1278:3, 1287:1,
1290:2, 1291:17,
1294:13, 1298:17,
1298:18, 1299:25,
1302:19, 1303:20,
1308:11, 1310:19,
1311:23, 1314:17,
1314:18, 1315:3,
1315:22, 1316:17,
1316:24, 1317:5,
1317:19, 1318:7,
1318:14, 1319:19,
1320:19, 1321:16,
1325:4, 1325:20,
1334:5, 1335:3,
1335:25, 1339:20,
1344:3, 1348:8,
1350:15, 1352:12,
1352:18, 1353:10,
1353:19, 1354:6,
1355:3, 1358:19,
1359:24, 1363:2,
1364:22, 1365:6,
1366:22, 1367:17,
1369:10
**updated** [1] - 1302:24
**upside** [1] - 1308:14
**upward** [2] - 1314:21,
1315:1
**upwards** [1] - 1259:10

**US** [9] - 1271:14,
1274:23, 1281:5,
1288:12, 1295:2,
1329:3, 1351:20,
1353:6, 1353:24
**usage** [2] - 1275:17,
1322:18
**useful** [9] - 1235:1,
1257:17, 1274:11,
1274:24, 1277:15,
1281:18, 1286:23,
1309:6, 1356:1
**USGS** [1] - 1342:3
**utilize** [1] - 1346:17

## V

**Valdez** [3] - 1274:19,
1274:25, 1275:3
**VanHaverbeke** [4] -
1238:1, 1260:1,
1278:23, 1288:16
**VanHaverbeke's** [4] -
1275:21, 1280:10,
1304:19, 1305:3
**varieties** [1] - 1293:12
**variety** [5] - 1224:4,
1224:8, 1224:21,
1241:10, 1256:2
**various** [6] - 1246:9,
1256:1, 1284:9,
1313:3, 1365:19
**vast** [1] - 1350:1
**veer** [1] - 1337:5
**veering** [1] - 1336:20
**Venice** [1] - 1231:15
**verify** [2] - 1312:13,
1318:5
**version** [2] - 1312:8,
1317:18
**versus** [3] - 1250:9,
1312:3, 1318:23
**vessel** [3] - 1224:6,
1232:6, 1258:24
**Vessel** [1] - 1283:17
**vessels** [12] - 1227:16,
1229:8, 1248:25,
1259:4, 1259:5,
1259:8, 1259:21,
1260:19, 1265:21,
1294:9, 1353:3,
1353:4
**vests** [1] - 1247:7
**viable** [1] - 1292:6
**Vice** [1] - 1328:18
**vice** [8] - 1296:6,
1331:1, 1331:4,
1371:25, 1372:5,
1372:11, 1372:19

**Vice-President** [1] -
1328:18
**vice-president** [8] -
1296:6, 1331:1,
1331:4, 1371:25,
1372:5, 1372:11,
1372:19
**video** [6] - 1244:14,
1244:17, 1244:21,
1244:22, 1246:22,
1246:24
**videotape** [1] - 1245:8
**videotaped** [1] -
1246:19
**view** [9] - 1235:1,
1250:2, 1252:1,
1252:7, 1252:8,
1253:25, 1256:5,
1257:14, 1350:19
**viewed** [1] - 1282:15
**views** [1] - 1288:19
**virtually** [4] - 1251:12,
1276:20, 1282:20,
1288:14
**viscosity** [1] - 1262:12
**visibility** [1] - 1244:2
**visible** [2] - 1350:1,
1364:7
**visual** [2] - 1247:2,
1334:13
**visualization** [1] -
1342:14
**visually** [1] - 1247:17
**volume** [11] - 1232:5,
1234:10, 1258:25,
1267:25, 1271:11,
1271:18, 1274:7,
1277:25, 1293:6,
1342:8
**volumes** [1] - 1270:17
**voluminous** [1] -
1255:25
**voluntarily** [1] -
1366:22
**voluntary** [4] -
1285:24, 1355:10,
1357:19, 1368:14
**volunteered** [1] -
1229:8
**vote** [1] - 1285:17

## W

**W-2** [1] - 1371:15
**wait** [2] - 1325:25,
1330:1
**waiting** [3] - 1341:11,
1350:22, 1367:10
**walk** [5] - 1236:20,

1299:4, 1334:8,
1344:17, 1346:25
**Walker** [3] - 1340:8,
1340:21, 1344:19
**walking** [2] - 1338:17,
1359:24
**Walkup** [1] - 1221:6
**wall** [1] - 1246:8
**walls** [1] - 1246:6
**wants** [1] - 1368:2
**warm** [1] - 1220:8
**warmer** [1] - 1220:14
**WAS** [1] - 1219:21
**wash** [2] - 1308:11,
1354:6
**washes** [1] - 1351:9
**washing** [2] - 1353:12,
1354:14
**WASHINGTON** [4] -
1216:12, 1216:17,
1217:11, 1217:20
**waste** [1] - 1244:21
**watch** [1] - 1268:2
**watching** [1] - 1332:1
**water** [33] - 1259:5,
1260:12, 1260:14,
1262:2, 1263:4,
1263:10, 1265:23,
1277:9, 1280:17,
1281:12, 1284:13,
1284:15, 1305:16,
1305:18, 1305:20,
1305:25, 1306:9,
1306:17, 1306:21,
1308:17, 1310:25,
1311:7, 1334:16,
1334:20, 1335:21,
1336:2, 1337:10,
1337:18, 1339:3,
1343:23, 1343:25,
1345:3, 1345:23
**Water** [1] - 1368:18
**water's** [1] - 1270:17
**waterborne** [1] -
1229:4
**Waters** [2] - 1328:6,
1328:16
**waters** [1] - 1274:6
**WATERS** [1] - 1328:7
**Waterway** [1] -
1225:16
**waterways** [1] -
1224:7
**wave** [2] - 1227:10,
1262:13
**waves** [4] - 1320:23,
1338:18, 1338:24,
1339:3
**wear** [2] - 1228:3,
1283:12

**weather** [3] - 1246:9,
1261:1, 1261:24
**weathered** [1] -
1354:18
**week** [5] - 1220:10,
1221:14, 1234:5,
1288:16, 1341:9
**wellhead** [2] -
1260:13, 1320:8
**WERE** [1] - 1219:20
**west** [2] - 1225:17,
1245:22
**West** [3] - 1225:23,
1233:4, 1349:20,
1349:23
**WHEREUPON** [6] -
1221:3, 1221:10,
1245:8, 1246:19,
1292:14, 1373:17
**Whiskey** [1] - 1358:3
**WHITELEY** [1] -
1216:20
**whole** [11] - 1221:24,
1241:10, 1242:12,
1265:1, 1269:12,
1280:7, 1287:22,
1304:14, 1311:1,
1325:5, 1327:23
**wide** [4] - 1235:13,
1260:18, 1304:14,
1330:23
**widespread** [2] -
1298:11, 1298:15
**wildlife** [7] - 1226:17,
1241:19, 1246:13,
1280:19, 1283:9,
1306:18, 1358:9
**willing** [2] - 1237:16,
1287:25
**win** [1] - 1322:19
**wind** [3] - 1260:25,
1261:23, 1262:13
**winds** [1] - 1320:23
**WITNESS** [12] -
1222:1, 1222:7,
1321:7, 1327:16,
1327:25, 1328:6,
1330:8, 1349:1,
1349:5, 1349:7,
1370:12, 1373:13
**witness** [13] - 1222:3,
1233:13, 1244:23,
1256:1, 1258:7,
1327:18, 1327:20,
1328:2, 1336:22,
1360:22, 1362:3,
1363:14, 1367:25
**witnesses** [2] -
1254:11, 1333:8
**wondering** [1] -

1310:5
**word** [1] - 1260:3
**words** [2] - 1247:2, 1287:21
**workers** [6] - 1246:7, 1282:3, 1283:11, 1283:20, 1287:6, 1303:6
**works** [2] - 1296:2, 1371:23
**workstation** [2] - 1342:11, 1342:24
**world** [7] - 1273:12, 1275:13, 1276:18, 1276:20, 1331:10, 1331:12, 1331:19
**world's** [2] - 1251:12, 1265:16
**worth** [2] - 1247:2, 1360:10
**wrap** [3] - 1291:17, 1363:2, 1369:10
**wrap-up** [1] - 1291:17
**Wright** [3] - 1255:8, 1255:9, 1255:11
**wrote** [1] - 1326:3

**Y**

**y'all** [1] - 1253:7
**year** [1] - 1360:10
**years** [8] - 1223:7, 1224:8, 1224:9, 1231:3, 1291:18, 1293:1, 1300:17, 1358:22
**yellow** [5] - 1267:21, 1319:23, 1348:25, 1349:1, 1349:7
**young** [1] - 1331:19
**yourself** [3] - 1222:13, 1283:15, 1289:17

**Z**

**zero** [2] - 1283:14, 1307:22
**ZEVENBERGEN** [1] - 1216:11
**Ziploc®** [1] - 1345:7
**zone** [2] - 1260:20, 1338:16
**zones** [5] - 1266:22, 1283:8, 1334:21, 1337:11, 1338:13
**Zukunft** [5] - 1253:5, 1261:10, 1290:10, 1290:18, 1309:25
**Zukunft's** [1] - 1336:1

**"**

**"MIKE"** [1] - 1217:9

**OFFICIAL TRANSCRIPT**