1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF LOUISIANA

3

4  IN RE:  OIL SPILL BY THE          *    Civil Action
   OIL RIG *DEEPWATER HORIZON*       *
5  IN THE GULF OF MEXICO ON          *    No. 10-MD-2179
   APRIL 20, 2010                    *
6                                    *    Section J
   *Relates to:*  No. 10-4536        *
7                                    *    New Orleans, Louisiana
                                     *
8  UNITED STATES OF AMERICA          *    January 26, 2015
                                     *
9  v.                                *
                                     *
10 BP EXPLORATION &                  *
   PRODUCTION INC.,                  *
11 ANADARKO EXPLORATION &            *
   PRODUCTION LP, ANADARKO           *
12 PETROLEUM CORPORATION,            *
   MOEX OFFSHORE 2007 LLC,           *
13 TRITON ASSET LEASING GMBH,        *
   TRANSOCEAN HOLDINGS LLC,          *
14 TRANSOCEAN OFFSHORE               *
   DEEPWATER DRILLING INC.,          *
15 TRANSOCEAN DEEPWATER INC.,        *
   AND QBE UNDERWRITING LTD.,        *
16 LLOYD'S SYNDICATE 1036            *
   *****************************

17

18              DAY 5, AFTERNOON SESSION
             TRANSCRIPT OF TRIAL PROCEEDINGS
19      HEARD BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1

2    Appearances:

3    For the United States
     of America:

4                              U.S. Department of Justice
                               Environment & Natural Resources Division
5                              Environmental Enforcement Section
                               BY:   SARAH D. HIMMELHOCH, ESQ.
6                                    STEVEN O'ROURKE, ESQ.
                                     PATRICK CASEY, ESQ.
7                                    NANCY FLICKINGER, ESQ.
                                     ABIGAIL ANDRE, ESQ.
8                                    RACHEL KING, ESQ.
                                     RACHEL HANKEY, ESQ.
9                                    A. NATHANIEL CHAKERES, ESQ.
                                     BRANDON ROBERS, ESQ.
10                                   ERICA PENCAK, ESQ.
                                     JUDY HARVEY, ESQ.
11                                   RICHARD GLADSTEIN, ESQ.
                                     MICHAEL ZEVENBERGEN, ESQ.
12                                   DANIELLE FIDLER, ESQ.
                               Post Office Box 7611
13                             Washington, D.C.  20044

14
                               U.S. Department of Justice
15                             Torts Branch, Civil Division
                               BY: SHARON SHUTLER, ESQ.
16                                 MALINDA LAWRENCE, ESQ.
                                   LAURA MAYBERRY, ESQ.
17                             Post Office Box 14271
                               Washington, D.C.  20004
18

19
     For the State of
20   Louisiana:
                               Kanner & Whiteley
21                             BY: ALLAN KANNER, ESQ.
                                   DOUGLAS R. KRAUS, ESQ.
22                                 SUSANNAH MCKINNEY, ESQ.
                                   CYNTHIA ST. AMANT, ESQ.
23                             701 Camp Street
                               New Orleans, Louisiana  70130
24

25

OFFICIAL TRANSCRIPT

1    <u>Appearances</u>:

2

3    For BP Exploration and
     Production, Inc.:
4                                  Kirkland & Ellis
                                   BY: J. ANDREW LANGAN, ESQ.
5                                      MATTHEW T. REGAN, ESQ.
                                       HARIKLIA KARIS, ESQ.
6                                      MARK J. NOMELLINI, ESQ.
                                       A. KATRINE JAKOLA, ESQ.
7                                  300 North LaSalle
                                   Chicago, Illinois  60654
8

9                                  Kirkland & Ellis
                                   BY: ROBERT C. "MIKE" BROCK, ESQ.
10                                     KIMBERLY BRANSCOME, ESQ.
                                   655 Fifteenth Street, N.W.
11                                 Washington, D.C.  20005

12

13                                 Liskow & Lewis
                                   BY: R. KEITH JARRETT, ESQ.
14                                 701 Poydras Street, Suite 5000
                                   New Orleans, Louisiana  70139
15

16

17   For Anadarko
     Petroleum
18   Corporation:
                                   Bingham McCutchen
19                                 BY: KY E. KIRBY, ESQ.
                                       THOMAS R. LOTTERMAN, ESQ.
20                                 2020 K Street, NW
                                   Washington, D.C.  20006
21

22                                 Morgan Lewis & Bockius
                                   BY: JAMES J. DRAGNA, ESQ.
23                                 355 South Grand Avenue, Suite 4400
                                   Los Angeles, California  90071
24

25

                        OFFICIAL TRANSCRIPT

```
 1   Official Court Reporter:        Toni D. Tusa, CSR, FCRR
                                     500 Poydras Street, Room HB-275
 2                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
 3

 4

 5
     Proceedings recorded by mechanical stenography using
 6   computer-aided transcription software.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                               __I N D E X__

2                                                              PAGE

   Mike Utsler
3       Direct Examination By Mr. Brock               1381

4  Robert Cox
        Voir Dire By Mr. Jarrett                      1429
5       Direct Examination By Mr. Jarrett             1436
        Cross-Examination By Ms. Pencak               1495

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

<u>**AFTERNOON SESSION**</u>

**(January 26, 2015)**

01:10:40  1

01:10:46  2

01:23:23  3    THE COURT:  Please be seated, everyone.

01:23:27  4         Any preliminary matters before we resume

01:23:30  5  testimony?  None?  Okay.

01:23:35  6    MR. BROCK:  I had one matter I wanted to bring up,

01:23:35  7  Your Honor.

01:23:35  8    THE COURT:  Okay.

01:23:36  9    MR. BROCK:  Thank you.  As I mentioned on Friday, we

01:23:39  10  have testifying today Captain Paskewich, Laura Folse.  We have

01:23:47  11  had -- we have Mike Utsler, and then we have Dr. Cox.  Those

01:23:50  12  are the four we had planned for today.

01:23:52  13         Our next witness is Richard Morrison.  We are

01:23:56  14  going pretty fast, and I would just like to ask, if possible,

01:24:00  15  if we could start him first thing tomorrow morning if we finish

01:24:04  16  four today.

01:24:05  17    THE COURT:  Okay.

01:24:06  18    MR. BROCK:  Would that be okay?

01:24:08  19    THE COURT:  Yes, we can do that.

01:24:16  20    MR. BROCK:  Our next witness is Mike Utsler,

01:24:18  21  Your Honor.

01:24:20  22    THE COURT:  Okay.

01:24:20  23              **MIKE UTSLER,**

01:24:20  24  having been duly sworn, testified as follows:

01:24:23  25    THE DEPUTY CLERK:  State your full name and correct

OFFICIAL TRANSCRIPT

01:24:23   1   spelling for the record, please.

01:24:31   2            THE WITNESS:  My name is Mike Utsler.

01:24:32   3                    DIRECT EXAMINATION

01:24:33   4   BY MR. BROCK:

01:24:40   5   Q.   Good afternoon.  I'm Mike Brock, and I am examining you on

01:24:44   6   direct on behalf of BPXP.

01:24:47   7            For the record, will you please state your full name

01:24:51   8   for the record and tell Judge Barbier where you live and work.

01:24:56   9   A.   My name is Mike Utsler, and I currently live in Perth,

01:24:59   10   Australia, and work out of Perth, Australia, for Woodside

01:25:03   11   Energy.

01:25:05   12   Q.   Could I get you to scoot just a little closer to the

01:25:07   13   microphone, please.

01:25:09   14            Are you here to testify today about your involvement

01:25:14   15   in the response to the *Deepwater Horizon* incident?

01:25:16   16   A.   Yes, I am.

01:25:18   17   Q.   What was your involvement in the *Deepwater Horizon*

01:25:21   18   incident?

01:25:22   19   A.   I came to Houma, Louisiana, on April 25 to take the

01:25:27   20   Incident Command role for BP as part of the Unified Command.  I

01:25:31   21   worked as both Incident Commander in Houma and subsequently as

01:25:35   22   Unified Area Commander for the entire response for three and a

01:25:38   23   half years.

01:25:39   24   Q.   How did you learn about the *Deepwater Horizon* incident?

01:25:42   25   Where were you?  What were you doing?  And how did you learn

MIKE UTSLER – DIRECT

01:25:45  1  about it?

01:25:45  2  A.   I was actually at home in Anchorage, Alaska, at the time,

01:25:49  3  where I worked and saw the news coverage come across the

01:25:53  4  television.

01:25:54  5  Q.   Were you asked to participate in the response effort by

01:25:57  6  BP?

01:25:58  7  A.   I was.  I was called by John Mingé, who was the president

01:26:02  8  for BP Alaska, who I worked for there; and he indicated that I

01:26:07  9  had been asked to see if I would be available to come

01:26:11  10  immediately to Houma to take on the role of Incident Commander.

01:26:15  11         MR. BROCK:  D-35002, please.

01:26:18  12  BY MR. BROCK:

01:26:22  13  Q.   Is this a demonstrative that sets out the positions that

01:26:26  14  you held within BP as relates to the *Deepwater Horizon*

01:26:31  15  incident?

01:26:32  16  A.   Yes, it is.

01:26:34  17  Q.   Do you understand that the defendant in this case is BPXP?

01:26:38  18  A.   Yes, I do.

01:26:38  19  Q.   So when I say BP, I'm referring to BPXP.  Are we together

01:26:42  20  on that?

01:26:43  21  A.   Yes, sir.

01:26:46  22  Q.   Now, when we look at April 25 to August 3, what was your

01:26:50  23  position during that period of time?

01:26:52  24  A.   I was the Houma Incident Commander representing BP as one

01:26:56  25  of the responsible parties.

MIKE UTSLER - DIRECT

01:26:58  1   **Q.**   Were you the lead BP representative in that office?

01:27:01  2   **A.**   Yes, I was.

01:27:02  3   **Q.**   What activities did you lead from Houma?

01:27:07  4   **A.**   Well, specifically working as part of the Unified Command

01:27:09  5   in Houma for the Houma Incident Command Post, it was the three

01:27:15  6   parties:  the State of Louisiana through its SOSC, the

01:27:19  7   Coast Guard as the federal on-scene coordinator, and myself,

01:27:22  8   who were responsible for managing the operations and activities

01:27:26  9   for all of the Gulf of Mexico on-water efforts, excluding the

01:27:30  10  source control activities and the shoreline protection of

01:27:33  11  Louisiana.

01:27:35  12  **Q.**   Then what happened on August 3?  We show there that you

01:27:38  13  become Unified Area Commander from August of 2010 to December

01:27:46  14  of 2012.  What does that mean?

01:27:48  15  **A.**   I moved from Houma, Louisiana, where as Incident Commander

01:27:51  16  for the Louisiana operations, I took onboard representing BP as

01:27:54  17  the Unified Area Commander overseeing the totality of the

01:27:58  18  response efforts across all the states and offshore.

01:28:02  19  **Q.**   Who served in that role prior to you?

01:28:05  20  **A.**   Doug Suttles.

01:28:07  21  **Q.**   Now, you show chief operating officer, GCRO, August 3,

01:28:12  22  2010 to May 2001, and I see that that role overlaps with some

01:28:20  23  of your work as Unified Area Commander.  Is that right?

01:28:24  24  **A.**   Yes, it did.

01:28:26  25  **Q.**   What was your job as chief operating officer of GCRO?

MIKE UTSLER - DIRECT

01:28:30  1  **A.**    Well, GCRO was created to provide the BP mechanism for
01:28:35  2  ensuring we delivered against the support response -- support
01:28:38  3  to the response efforts.  And as chief operating officer, it
01:28:43  4  was my responsibilities to oversee all ops associated with the
01:28:51  5  response on behalf of BP.
01:28:53  6  **Q.**    And then in May of 2011, you became the president of GCRO.
01:28:59  7  What were your responsibilities in that role?
01:29:01  8  **A.**    Well, it expanded from now being -- from having been
01:29:04  9  responsible for the operating side of the response efforts to
01:29:07  10  now including the overseeing of the efforts on environmental
01:29:11  11  and economic restoration as well as the community engagement
01:29:16  12  efforts.
01:29:19  13  **Q.**    Then in December 2013, what happened with regard to your
01:29:25  14  employment?
01:29:26  15  **A.**    Well, I retired from BP in December of 2013.
01:29:31  16  **Q.**    And what did you do next employment-wise?
01:29:35  17  **A.**    I took an opportunity to become the chief operating
01:29:37  18  officer with Woodside Energy, who's located in Perth,
01:29:41  19  Australia.
01:29:42  20  **Q.**    How long does it take to fly from Perth, Australia, to
01:29:48  21  New Orleans?
01:29:48  22  **A.**    30 hours.  It's a long trip.
01:29:53  23  **Q.**    And why are you here today?
01:29:54  24  **A.**    Well, after leading the efforts on behalf of BP and the
01:29:57  25  response for three and a half years, I truly feel it was --

OFFICIAL TRANSCRIPT

MIKE UTSLER - DIRECT

01:29:59  1  it's important for me to be able to have the opportunity to
01:30:02  2  represent those efforts and the contributions of so many that
01:30:06  3  came together in this.
01:30:08  4  **Q.**   We will talk about that a little more.  First let's do a
01:30:11  5  bit on your personal background and your educational
01:30:15  6  background.
01:30:17  7       First, please describe for Judge Barbier your
01:30:21  8  educational background.
01:30:22  9       **THE WITNESS:**  Well, Your Honor, I went to the
01:30:25  10  University of Oklahoma.  I'm a petroleum engineering graduate
01:30:28  11  from the University of Oklahoma in 1978.
01:30:31  12  **BY MR. BROCK:**
01:30:32  13  **Q.**   And how long had you worked for BP prior to going to
01:30:34  14  Woodside Energy in Perth?
01:30:36  15  **A.**   36 years.
01:30:37  16  **Q.**   Did you have experience working in the Gulf of Mexico?
01:30:41  17  **A.**   I did.  From 1989 through 2000, I actually worked both the
01:30:47  18  Gulf of Mexico shelf and Gulf of Mexico deepwater operations
01:30:51  19  for Amoco and BP, both living in New Orleans for almost nine
01:30:51  20  years and in Houston for two years of that time.
01:30:56  21  **Q.**   You mentioned that you were with BP Alaska just prior to
01:31:00  22  the *Deepwater Horizon* incident.  What was your job there?
01:31:03  23  **A.**   I was the senior vice president of operations responsible
01:31:06  24  for BP's operations on behalf of others on the North Slope of
01:31:11  25  Alaska.

MIKE UTSLER - DIRECT

01:31:14  1    Q.   There's been a good bit of discussion in this case about

01:31:17  2    spill response training and preparation for an event like the

01:31:20  3    *Deepwater Horizon* event.  Had you received training in spill

01:31:25  4    response prior to the *Deepwater Horizon* incident?

01:31:29  5    A.   Yes, I had.

01:31:30  6    Q.   Would you please describe that.

01:31:31  7    A.   Well, literally from the beginning of my career through

01:31:34  8    the 32 years leading to the *Deepwater Horizon*, I was trained in

01:31:38  9    incident command, the systems and the processes for how to

01:31:42  10   manage unified responses, as well as individual response

01:31:46  11   efforts and activities.  Typically that training would involve

01:31:50  12   quarterly drills training in specific roles and

01:31:54  13   responsibilities within the command structure, and then

01:31:57  14   obviously also had the opportunity to practice that training

01:32:00  15   throughout the course of my 32 years due to either man-made

01:32:06  16   circumstances or those events that occurred as a result of

01:32:10  17   natural causes like hurricanes, earthquakes, tornadoes.

01:32:15  18   Q.   Beyond your formal training, do you have any experience

01:32:19  19   with spill response?

01:32:20  20   A.   Yes, I have.

01:32:20  21   Q.   What is that?

01:32:21  22   A.   Both in the course of, again, responding to natural

01:32:25  23   disasters such as hurricanes in the Gulf of Mexico and the

01:32:28  24   post -- or the aftermath of those hurricanes and their damage

01:32:31  25   to our offshore structures that led to leaks on platforms and

MIKE UTSLER - DIRECT

01:32:37 1  leaks on pipelines to operations around the world in differing

01:32:39 2  situations that were either, again, naturally caused or

01:32:43 3  man-made caused associated with operational issues.

01:32:48 4  **Q.**   We have also heard from the Coast Guard and from experts

01:32:50 5  in this case descriptions of the Incident Command System.  Were

01:32:56 6  you trained in the Incident Command System prior to the

01:33:00 7  *Deepwater Horizon* incident?

01:33:01 8  **A.**   Yes, I was.

01:33:03 9  **Q.**   Will you please describe that.

01:33:05 10 **A.**   Well, again, it was extensively a part of the routine

01:33:09 11 training that I received in the various levels of leadership

01:33:14 12 that I held with BP.  That training would involve external

01:33:17 13 parties coming in to train on specific ways to manage incidents

01:33:22 14 and the requirements and techniques to be used and how to

01:33:27 15 respond to very differing kinds of occurrences that could

01:33:32 16 happen.

01:33:32 17 **Q.**   Have you ever worked as an incident commander before the

01:33:36 18 response to the *Deepwater Horizon* incident?

01:33:40 19 **A.**   On a number of occasions, many, many occasions.  In fact,

01:33:42 20 for 10 years I was one of BP's incident commanders in the Gulf

01:33:48 21 of Mexico.

01:33:50 22 **Q.**   Now, I want to ask you a few questions with regard to your

01:33:54 23 relationship to BP.  When you started working in the response,

01:33:59 24 which BP entity was employing you?

01:34:03 25 **A.**   BP Alaska Exploration and Production Company.

MIKE UTSLER - DIRECT

01:34:07  1    **Q.**   When you became incident commander in Houma, do you know
01:34:10  2    who was paying your check; that is, who you got it from?
01:34:13  3    **A.**   My paycheck continued to come from BP Alaska Exploration
01:34:15  4    and Production Company until I accepted the role of chief
01:34:21  5    operating officer in GCRO in August of 2010.
01:34:26  6    **Q.**   What change occurred then?
01:34:28  7    **A.**   At that point my payroll was managed by BP America
01:34:30  8    Production Company.
01:34:34  9    **Q.**   In terms of your work in the response, did you have an
01:34:37  10   understanding of the relationship between the GCRO and BPXP?
01:34:42  11   **A.**   Yes, I did.
01:34:45  12   **Q.**   What was that?
01:34:45  13   **A.**   As part of the response and as part of any response in the
01:34:48  14   setup of a response organization, one of the first things done
01:34:51  15   is to establish a mechanism by which the costs are associated
01:34:57  16   with -- and activities associated with a response are captured
01:35:01  17   such that they can be charged back to the specific entity
01:35:04  18   that's accountable for that activity set.
01:35:08  19          So in this particular case, coming on board as
01:35:10  20   incident commander, I was made aware of the process and the
01:35:14  21   fact that all of our costs needed to be captured and accounted
01:35:18  22   for such that they could be charged back to BPX&P.
01:35:21  23   **Q.**   What about charges from organizations like Marine Spill
01:35:26  24   Response?  How was that handled?
01:35:27  25   **A.**   Yes.  Again, all activities that are attributable -- not

MIKE UTSLER - DIRECT

01:35:30  1   just the BP time and costs, but all other activities associated

01:35:34  2   with the specific response actions, be they contractors, the

01:35:39  3   federal government, or state components of costs that were

01:35:44  4   attributable to the response, would be captured and charged

01:35:46  5   back.

01:35:47  6   Q.   Did you attend BPXP board meetings while you worked for

01:35:52  7   GCRO?

01:35:53  8   A.   Yes, I did.

01:35:54  9   Q.   What was the purpose of your attendance?

01:35:57  10  A.   Typically two differing reasons.  One would be to provide

01:36:04  11  input to the agenda that was developed for BPX&P board meetings

01:36:08  12  that was specifically looking at progress of the Gulf Coast

01:36:12  13  Restoration Organization's efforts and the response; and

01:36:18  14  secondly, to better understand the issues that BPX&P board were

01:36:22  15  looking to address and needing from GCRO such so that I could

01:36:26  16  better advise and provide support.

01:36:28  17  Q.   Thank you.  Let's turn now to your time as Incident

01:36:32  18  Commander in Houma, please.

01:36:37  19        What was BP's role in the establishment of the goals

01:36:42  20  that were set up in terms of the response effort to the

01:36:48  21  *Deepwater Horizon* incident?

01:36:50  22  A.   So BP's role, as the named responsible party as part of

01:36:55  23  Unified Command, is to ensure that the resources and the

01:36:59  24  capabilities, the goods, the services, and the expertise could

01:37:03  25  be brought to the response in helping us to meet our mission.

MIKE UTSLER - DIRECT

01:37:07  1        We had four specific areas of focus that we were
01:37:13  2   looking as a Unified Command to address.
01:37:16  3   Q.   What were they?
01:37:17  4   A.   First and foremost, they were the safety of our responders
01:37:21  5   and the assurance that we could protect their well-beings.
01:37:25  6        Secondly was to protect the shorelines across the
01:37:28  7   Gulf Coast from impact of oil and minimizing that impact.
01:37:33  8        Thirdly, it was to minimize and to address the impact
01:37:37  9   to wildlife, both sea and air.
01:37:40  10        And fourthly, it was to address the nature in which
01:37:44  11   we wanted to be seen as the best source of information possible
01:37:48  12   working as one team with one purpose.
01:37:52  13  Q.   Were these goals communicated to the Response Team that
01:37:56  14   you interacted with in Houma?
01:37:58  15  A.   Yes, they were, in two ways.  One, every day, as part of
01:38:01  16   our integrated activity plans, they were written and sent to
01:38:05  17   all parts of the response organization; but probably more
01:38:09  18   importantly, it was every day at 10:00 a.m., we would have an
01:38:13  19   all-hands where across the entire operations, we would stop and
01:38:17  20   take 15 to 20 minutes to try to ensure that we shared uniformly
01:38:24  21   across the organization what those -- a reminder of what those
01:38:28  22   missions -- what our mission was, excuse me.
01:38:31  23  Q.   During these all-hands meetings that would take place
01:38:35  24   every day at 10:00, did you have a speaking part or a
01:38:40  25   leadership role in those meetings?

MIKE UTSLER - DIRECT

01:38:42  1   **A.**   I did.  Again, this was where the Unified Command

01:38:45  2   leadership in Houma, the Coast Guard, in the form of acting as

01:38:51  3   FOSC, would provide comments and input on the nature of our

01:38:55  4   mission.

01:38:56  5        I would describe the nature of our operations

01:38:59  6   starting with the source control and what had been accomplished

01:39:02  7   in the past 24 hours and what we were focusing on doing for the

01:39:06  8   next 24 hours, and then the FOSC would often add input to that

01:39:12  9   as well.

01:39:12  10  **Q.**   Was this an opportunity also to communicate goals and

01:39:17  11  state reminders with regard to safety of operations and the

01:39:21  12  other goals of the response?

01:39:23  13  **A.**   It was.  And, in fact, almost every day we reminded people

01:39:26  14  that first and foremost, it was about protecting our people and

01:39:29  15  ensuring their safety and well-being; and then secondly, to

01:39:34  16  ensure that we were doing everything possible to minimize oil

01:39:37  17  impacting our shorelines, marshes, wetlands, and beaches.  And

01:39:39  18  once oil did impact our shorelines, we modified that to include

01:39:44  19  minimizing and being the best at recovering and removing that

01:39:47  20  oil impact.

01:39:49  21  **Q.**   When you began your work on the response in Houma,

01:39:52  22  Louisiana, were there any limits on the resources that were

01:39:57  23  available to you to achieve the goals?

01:40:00  24  **A.**   None.

01:40:01  25  **Q.**   How was that communicated?

MIKE UTSLER - DIRECT

01:40:03  1  **A.**   It was repeatedly reminded to me by Doug Suttles at the

01:40:07  2  time, when he was acting as Unified Area Command, you know, our

01:40:11  3  role and responsibility is to make the equipment, goods,

01:40:15  4  services, and expertise available.  Find them; do your best.

01:40:19  5  **Q.**   Let's turn to some of the specific work that you were

01:40:21  6  involved in out of the Houma operation.

01:40:25  7       **MR. BROCK:**  If we can turn first to D-35003.

01:40:30  8  **BY MR. BROCK:**

01:40:31  9  **Q.**   And just for orientation purposes, you see the box there,

01:40:37 10  "Houma, Louisiana, ICP, Offshore and Louisiana Shoreline

01:40:44 11  Operations," the yellow box that's right there in the middle?

01:40:47 12  **A.**   Yes, sir.

01:40:47 13  **Q.**   Is that where you were located in the initial -- with

01:40:51 14  regard to the initial response activity that you were involved

01:40:54 15  in?

01:40:54 16  **A.**   Yes, from April through August of 2010.

01:41:00 17  **Q.**   Did you spend time at other places in the Gulf other than

01:41:03 18  just Houma, Louisiana?

01:41:04 19  **A.**   Yes, I did.  From April through August, the blue boxes

01:41:09 20  that are shown along the Louisiana coastline represented our

01:41:14 21  branch offices where we were conducting the individual parish

01:41:17 22  operations and activities.

01:41:19 23       Myself and the Unified Command, in the form of the

01:41:20 24  FOSC and State On-Scene Coordinator, would frequently visit

01:41:22 25  each of these offices, and separately and together we would

MIKE UTSLER - DIRECT

01:41:26  1   visit our offshore operations across the Gulf.

01:41:31  2   **Q.**   These forward-operating bases or branch offices that were

01:41:40  3   located in Louisiana, were they under the organization in

01:41:44  4   Houma, Louisiana?

01:41:44  5   **A.**   Yes, they were.

01:41:45  6   **Q.**   What was their work?

01:41:47  7   **A.**   Their work is site-specific to that area of Louisiana

01:41:53  8   shoreline, protecting and developing the actions that were

01:41:57  9   intended to provide protection and minimization of impact to

01:42:02  10  that particular area.

01:42:03  11  **Q.**   What was your schedule like as Incident Commander?

01:42:07  12  **A.**   Well, for the leadership of the Unified Command and

01:42:09  13  myself, we typically started the day between 4:45 and 5:00 a.m.

01:42:14  14  I routinely had a significant responsibility for communications

01:42:20  15  externally from 5:00 to 6:00.

01:42:22  16       And then our Incident Command structure has a whole

01:42:27  17  series of prescribed operational meetings that ran from

01:42:29  18  6:00 a.m. through to 6:00 p.m.  And I would typically then stay

01:42:33  19  through, as did much of the other leadership, through to

01:42:38  20  somewhere between 10:00 and midnight each night.

01:42:40  21  **Q.**   Through what period of time did you maintain a schedule

01:42:43  22  like that?

01:42:43  23  **A.**   Actually from the period of April of 2010 all the way

01:42:49  24  through the end of 2012, when I moved from my role of Unified

01:42:54  25  Area Commander.

OFFICIAL TRANSCRIPT

MIKE UTSLER - DIRECT

01:42:56  1  **Q.**   Did others in the response organization maintain a

01:43:00  2  schedule similar to yours?

01:43:02  3  **A.**   The responders themselves, we worked 24-hours-a-day,

01:43:04  4  seven-days-a-week schedule, working 12-hour shifts.  But the

01:43:09  5  leadership -- not just myself, but the leadership as a whole of

01:43:15  6  the Unified Command -- worked much longer schedules during that

01:43:19  7  period of time, bridging the two shifts to ensure the

01:43:22  8  continuity of operations.

01:43:23  9  **Q.**   Looking just to Houma, Louisiana, right now, were

01:43:27  10  representatives from other agencies of government represented

01:43:33  11  in Houma?

01:43:35  12  **A.**   They were.  We had a number of state agencies represented

01:43:39  13  under the banner of the State of Louisiana, directed by the

01:43:43  14  State On-Scene Coordinator.  We had many federal agencies

01:43:47  15  represented in Houma, again, directed under the banner of the

01:43:51  16  FOSC; in this form, the U.S. Coast Guard.

01:43:55  17  **Q.**   Speaking just now to the work of the Coast Guard, what is

01:43:59  18  your view as to the quality of the work and the contribution of

01:44:03  19  the Coast Guard in this response effort?

01:44:06  20  **A.**   I had worked on a limited basis with the Coast Guard in

01:44:10  21  other experiences.  This was my first real opportunity to work

01:44:14  22  with them on an extended basis, and I came away incredibly

01:44:19  23  impressed by the U.S. Coast Guard, the Men and Women in Blue.

01:44:24  24  **Q.**   I will ask you now, did the Coast Guard ever express to

01:44:27  25  you their appreciation for BP's efforts?

MIKE UTSLER - DIRECT

01:44:30   1   **A.**   They did on a number of occasion.  In fact, I can recall
01:44:32   2   one instance in which it was mentioned that we actually put the
01:44:36   3   capital R in "Responsible Party" as an example of their view
01:44:41   4   and experiences that they had had, the example of an operator
01:44:47   5   committed to truly doing their best to help support a response.
01:44:51   6   **Q.**   I think you arrived in Houma on April 25.  Is that right?
01:44:54   7   **A.**   Yes, I did.
01:44:55   8   **Q.**   Do you recall how many people were working out of the
01:44:57   9   Houma operation at that point in time?
01:44:59   10   **A.**   Approximately 435 men and women were working either in
01:45:04   11   Houma, in the command center, or offshore.
01:45:07   12   **Q.**   Within two weeks, to what size did that workforce grow?
01:45:12   13   **A.**   More than 12,000 workers out of the Houma Incident
01:45:14   14   Command, both offshore and onshore.
01:45:17   15   **Q.**   At its peak, how many individuals were working out of
01:45:20   16   Houma, Louisiana?
01:45:22   17   **A.**   Ultimately, more than 21,000.
01:45:26   18   **Q.**   How was the Unified Command able to coordinate the work of
01:45:30   19   so many responders in a situation like this?
01:45:35   20   **A.**   It's one of the basic powers of the Incident Command
01:45:38   21   System and the fact that that system, developed in the
01:45:42   22   United States for more than 40 years now, is used by government
01:45:45   23   and state agencies.  It's used by industries as a means for how
01:45:49   24   to organize a response, either to natural or man-made
01:45:54   25   situations.

MIKE UTSLER - DIRECT

01:45:54    1          It creates a common framework and process for how to
01:45:59    2    work a response.  And it creates a common language that all of
01:46:04    3    us who have training and experience in that then understand how
01:46:07    4    to connect and use the incident command structure to be able to
01:46:12    5    manage in this scale.
01:46:14    6          This stretched the boundaries of the incident command
01:46:18    7    system and our learnings from it, certainly, but it did prove
01:46:23    8    that the system can manage robustly a huge challenge, as this
01:46:27    9    represented.
01:46:29   10          MR. BROCK:  Let's look at D-35040.
01:46:32   11    BY MR. BROCK:
01:46:32   12    Q.   Is this a graphic that you have worked with us to put
01:46:36   13    together to help you to explain some of the ways in which
01:46:41   14    communication and interaction was managed?
01:46:44   15    A.   Yes, it is.
01:46:47   16    Q.   Will you just please take this slide and walk
01:46:49   17    Judge Barbier through some of the challenges that were
01:46:53   18    presented by an operation that was as large as this one as well
01:46:57   19    as how some of those challenges were addressed with
01:47:01   20    communication technology that was in place or that you put in
01:47:04   21    place.
01:47:05   22    A.   Very good.
01:47:06   23          THE WITNESS:  Well, Your Honor, this was probably the
01:47:08   24    single greatest challenge that we as Unified Command faced as
01:47:15   25    the response unfolded -- and that was that going from a few

MIKE UTSLER - DIRECT

01:47:20  1  hundred people, a few hundred vessels, both aircraft and boats,
01:47:23  2  to rapidly expanding over the course of this response to its
01:47:27  3  peak of 48,000 people, 6,500 vessels on the water, and
01:47:31  4  125 aircraft flying 200 missions a day -- was how do you bring
01:47:35  5  that all together?  How do you, day-in and day-out, understand
01:47:39  6  where and how to best position the equipment, the people, and
01:47:43  7  support them in their ongoing operations to ensure that you did
01:47:46  8  the best job possible of protecting our shorelines and
01:47:50  9  addressing the potential impacts to both our shorelines and to
01:47:53  10  the wildlife?
01:47:55  11       This demonstrative attempts to give you a sense
01:47:58  12  of the fact that, to do that, what we had to do was to enable a
01:48:02  13  constant flow of communications from data that was being taken
01:48:07  14  on the shore; on the water, as the first picture on the upper
01:48:11  15  left describes; and in the air.  Bringing that information
01:48:16  16  together on a realtime basis, sending it back to the command
01:48:21  17  center, and then allowing us to be able to understand where,
01:48:25  18  what, and how both people and equipment was positioned versus
01:48:29  19  where the oil on the water was.
01:48:32  20       The second picture, in the top middle, shows
01:48:35  21  that one of the techniques that we were able to bring to bear
01:48:38  22  in this response was we tagged with equipment every vessel on
01:48:42  23  the water to allow us essentially to be able to know where they
01:48:45  24  were at any given time and to understand how to manage their
01:48:50  25  operations and the safety of their activity sets in transit and

OFFICIAL TRANSCRIPT

MIKE UTSLER - DIRECT

01:48:54  1   in movement across the water.

01:48:57  2         The third picture, on your right, was, as the

01:49:00  3   response continued, our abilities to understand what was being

01:49:03  4   done at the source itself; and physically, in the subsurface

01:49:08  5   environment, understanding the nature of what was happening in

01:49:11  6   our efforts subsea to address control of that and how that

01:49:16  7   operation had to be integrated into the ongoing Houma and

01:49:20  8   broader Unified Area Command's efforts on the water and on the

01:49:26  9   shorelines.

01:49:27  10        That evolved over a period of time to enabling

01:49:30  11  us to actually go from just pins on a map on a wall to actually

01:49:35  12  electronically being able to capture this information and gave

01:49:38  13  us a much greater ability to real-time respond by developing

01:49:42  14  what was known as the "common operating picture."  It's one of

01:49:46  15  the significant areas of advancement that the *Deepwater Horizon*

01:49:50  16  response has created as an enabling tool.

01:49:53  17        One of the other very important factors in our

01:49:56  18  abilities to manage this response and the importance of how we

01:49:59  19  had to address constantly our abilities to change was the

01:50:05  20  weather itself:  the weather offshore, the weather nearshore,

01:50:09  21  and the weather onshore; everything from deepwater currents to

01:50:14  22  surface currents and, obviously, what was happening.  Because

01:50:18  23  in particular, as I will talk a little bit more later, we were

01:50:22  24  limited to daylight operations only.  The well was putting oil

01:50:24  25  into the water 24 hours a day, but we could only operate 16 to

OFFICIAL TRANSCRIPT

**MIKE UTSLER - DIRECT**

01:50:29  1    17 hours a day.  So we had use the nighttime to reposition our

01:50:34  2    equipment to the best of our abilities to be prepared for

01:50:37  3    daylight the next morning to allow us to begin the operations

01:50:40  4    of cleaning.

01:50:41  5                    Finally, we will talk about Houma as the

01:50:44  6    Incident Command post, but this facility itself was designed

01:50:48  7    originally to house 125 to 150 people who were being trained in

01:50:54  8    various skills to be used in an offshore/onshore working

01:50:59  9    environment in the oil industry.  At its peak, we had 2100

01:51:03  10   people in this facility every day working to bring all of this

01:51:06  11   information together to create that common operating picture

01:51:10  12   and to drive the abilities to source and resource our response

01:51:15  13   efforts.

01:51:16  14   **Q.**    Thank you.  Let's turn now to some of the specific work

01:51:21  15   that was done and decision making that you were involved in.

01:51:24  16            **MR. BROCK:**  If we could have D-35005.

01:51:26  17   **BY MR. BROCK:**

01:51:27  18   **Q.**    And I will just ask you, when you arrived in Houma on

01:51:31  19   April 25, what tools were being prepared at that time for use

01:51:37  20   in the *Deepwater Horizon* response?

01:51:41  21   **A.**    So already deployed in the offshore environment, we had

01:51:45  22   high-volume skimming operations under operational activities.

01:51:50  23   We also were preparing for the deployment of surface dispersant

01:51:55  24   applications in the offshore arena.  Two other techniques were

01:52:00  25   being -- excuse me -- controlled burning as a technique was

**MIKE UTSLER - DIRECT**

01:52:03  1   being discussed but had not yet been developed and deployed

01:52:07  2   when I arrived.  And the idea of subsurface dispersants wasn't

01:52:11  3   developed and deployed until after I'd arrived on April 25.

01:52:16  4         In the nearshore area, there was the preparation

01:52:18  5   efforts to begin gathering equipment that could be utilized for

01:52:23  6   shallow water nearshore skimming operations, and boom was being

01:52:27  7   deployed along the shorelines against critical habitat areas

01:52:34  8   and other key areas specified within the area contingency

01:52:39  9   plans.

01:52:40  10        Finally, there was discussions around the readiness

01:52:44  11  of equipment to support differing types of shoreline cleanup,

01:52:46  12  be they marsh cleanup, wetlands or mangrove cleanup, and

01:52:52  13  amenity and recreation beaches.

01:52:54  14  Q.   Is "cone of response" a term that you were familiar with?

01:52:58  15  A.   Very.  The Unified Command in Houma actually developed

01:53:02  16  this phrase to characterize the nature of how we would manage

01:53:06  17  our critical resources and our operations by using this concept

01:53:11  18  known as "the cone," starting from the subsea source control

01:53:15  19  efforts themselves through to the surface expression of oil

01:53:20  20  across the Gulf of Mexico and how we would deploy these

01:53:24  21  differing sets of tools from offshore to nearshore to once

01:53:27  22  impact occurred along the shoreline.

01:53:33  23  Q.   Can you give Judge Barbier a sense, in terms of complexity

01:53:36  24  of operations, what would go into the planning for the response

01:53:42  25  activity that would take place on a given day, say, in early to

**MIKE UTSLER - DIRECT**

01:53:47   1    mid-May.

01:53:49   2          **THE WITNESS:**  So, Your Honor, as I described earlier,

01:53:52   3    the challenges of building a common operating picture.  Each

01:53:57   4    day, thousands upon thousands of pieces of information would

01:54:02   5    come together.  And each evening, between 6:00 p.m. and

01:54:05   6    8:00 p.m., we would develop an updated view of the progress

01:54:09   7    that we had made during the course of that day.  We would

01:54:13   8    incorporate satellite imagery, our aerial observations, our

01:54:20   9    on-water observations with our meteorological forecasts for

01:54:24  10    where and what we thought the next day would look like.

01:54:27  11          We would build, from 8:00 p.m. through to early

01:54:30  12    sunrise hours, the plan for where and how to allocate our

01:54:37  13    equipment, our people, and the resources necessary to use

01:54:40  14    within this prioritized cone of response.  And we would move

01:54:43  15    and reposition that equipment overnight such that at daylight

01:54:47  16    hours, we could begin immediately our efforts to begin to

01:54:50  17    remove oil from the Gulf of Mexico.

01:54:52  18    BY MR. BROCK:

01:54:52  19    **Q.**   In your thinking in terms of the response tools that were

01:54:57  20    available to you, was there an order in which you generally

01:55:00  21    deployed the tools?

01:55:03  22    **A.**   One of the keys in this response was very early on

01:55:06  23    learning and understanding the oil and its characteristics, how

01:55:11  24    it would behave coming from the wellhead through 5,000 feet of

01:55:14  25    water to the surface and where and how it would act through the

MIKE UTSLER - DIRECT

01:55:19  1  course of -- this being the summer -- under atmospheric
01:55:26  2  conditions exposed onto the water surface.  That caused the
01:55:30  3  Unified Command to learn quickly that there were differing
01:55:33  4  techniques that could be best served to reduce or remove oil
01:55:37  5  from on the water.  And our actual priority became surface --
01:55:43  6      First let me back up.  In mid-May, once approval from
01:55:47  7  the federal government was granted for subsea dispersants, to
01:55:50  8  be able to use subsea dispersant, it allowed us to operate
01:55:54  9  24 hours a day, seven days a week.  It was the only tool in our
01:55:58  10  toolbox that we could use around the clock.
01:56:01  11      But once the oil expressed itself onto the surface of
01:56:06  12  the Gulf of Mexico and it spread across the Gulf in the way it
01:56:10  13  did every day, surface dispersants was our number one tool
01:56:14  14  because it allowed us to cover the largest area possible of the
01:56:18  15  Gulf of Mexico which we could contact with dispersants and use
01:56:21  16  that to minimize the impact to our shorelines.
01:56:25  17      Second was, as we expanded our controlled burning
01:56:28  18  operations, the abilities to accumulate oil.  Oil would burn
01:56:32  19  the first six to eight days that it was on the surface of the
01:56:36  20  water.  After that, it became too weathered and no longer would
01:56:42  21  burn efficiently.  So it was important to utilize, and that we
01:56:45  22  did, as our second means of removing oil in significant
01:56:49  23  quantities.
01:56:50  24      Then third, in this particular response, we used
01:56:53  25  high-volume skimming as our third mechanism offshore, and we

OFFICIAL TRANSCRIPT

MIKE UTSLER - DIRECT

01:56:57  1  used it principally to pursue streamers of oil that were out
01:57:02  2  with the broader areas of application of surface dispersants
01:57:06  3  and of burning.  So we used them almost as chasers of streamers
01:57:13  4  of oil to capture and remove oil from the surface of the water
01:57:16  5  with that technique.
01:57:19  6  Q.    Just a minute here on high-volume skimmers.
01:57:21  7         MR. BROCK:  D 35007, please.
01:57:23  8  BY MR. BROCK:
01:57:28  9  Q.    I think we have a video here of one of the high-volume
01:57:32  10  skimmers.  If you could just talk Judge Barbier through what
01:57:36  11  you are seeing here, the equipment that's involved, that type
01:57:39  12  of thing.
01:57:40  13  A.    Yeah.  So as the video is showing you, the vessel on the
01:57:43  14  left in this video is the actual skimmer.  It's a larger
01:57:48  15  oceangoing vessel, 210 to 410 in length.  It's specifically
01:57:52  16  designed and purpose-built to allow for the skimming of oil
01:57:55  17  from off the water and bringing onboard and separating into
01:57:59  18  storage vessels.
01:58:01  19         This video shows that it's supported by a supply
01:58:04  20  vessel that pulls a U-shaped boom, and that boom is what's used
01:58:11  21  to corral the oil on the surface of the water.  And from that
01:58:16  22  skimming vessel, a skimmer, a vacuum hose is essentially is
01:58:20  23  lowered into that U-shaped area of collection, and oily water
01:58:22  24  is sucked up off the surface of the Gulf and into those storage
01:58:28  25  tanks.

1404

**MIKE UTSLER - DIRECT**

| | | |
|---|---|---|
| 01:58:28 | 1 | There is some limitations to mechanical skimming, but |
| 01:58:32 | 2 | it's an effective technique.  The limitations really are |
| 01:58:34 | 3 | that -- as you can see here, they really need calm waters |
| 01:58:37 | 4 | because the oil can easily lap over the top of that boom, and |
| 01:58:41 | 5 | they typically only worked in up to about a foot of wave |
| 01:58:46 | 6 | height. |
| 01:58:47 | 7 | Q.   Where is the skimming device in relation to the larger |
| 01:58:51 | 8 | vessel there? |
| 01:58:51 | 9 | THE WITNESS:  If you could play the video one more |
| 01:58:53 | 10 | time for me, please? |
| 01:58:55 | 11 | MR. BROCK:  Yes, just real quick until we see it. |
| 01:58:55 | 12 | THE WITNESS:  So if you'll look at this U-shaped |
| 01:58:59 | 13 | video -- excuse me, if you look at the U-shaped boom, you will |
| 01:59:03 | 14 | see that the skimmer is typically deployed in that area right |
| 01:59:09 | 15 | at the base of the U.  And there's a small hose that comes off |
| 01:59:14 | 16 | of that vessel that has the skimming device in it, and it sits |
| 01:59:18 | 17 | essentially in the U, in the base of the U, to get the maximum |
| 01:59:21 | 18 | ability to suck oil.  Because the two vessels are slowly, |
| 01:59:24 | 19 | slowly moving forward, allowing the oil to be pulled into the |
| 01:59:27 | 20 | base of that U. |
| 01:59:28 | 21 | BY MR. BROCK: |
| 01:59:30 | 22 | Q.   Let's talk a minute about nearshore skimming.  We haven't |
| 01:59:34 | 23 | talked about that much during this trial. |
| 01:59:36 | 24 | Was nearshore skimming managed out of Houma for the |
| 01:59:40 | 25 | Louisiana coastline? |

**MIKE UTSLER - DIRECT**

01:59:41   1    A.   Yes, it was.

01:59:43   2            **MR. BROCK:**  Let's look at D-35013.

01:59:47   3    BY MR. BROCK:

01:59:47   4    **Q.**   Is this a slide that will help you to discuss nearshore

01:59:51   5    skimming?

01:59:51   6    **A.**   Yes, it is.

01:59:52   7            **MR. BROCK:**  If we could play that, and if you could

01:59:55   8    just describe for Judge Barbier the vessel and then what he is

01:59:59   9    seeing here.

02:00:00   10           **THE WITNESS:**  Here you see in this video two

02:00:03   11   differing types of shallow water, commercial fishing and/or

02:00:08   12   shrimping vessels that we used in two differing ways to

02:00:11   13   configure with the orange boom, which is known as "hard boom,"

02:00:12   14   which helps to corral the oil.

02:00:16   15           And if you'll notice in this video the white

02:00:17   16   boom inside of that is a cotton-absorbent boom.  So we could

02:00:23   17   both absorb sheen and oily water into that cotton boom, but we

02:00:27   18   could also skim in those U-shaped hard-boom areas with small

02:00:32   19   skimmers in the same way that we did in the larger offshore

02:00:37   20   skimming operations.

02:00:39   21   **Q.**   Why were the Vessels of Opportunity used for skimming in

02:00:42   22   the nearshore?

02:00:47   23   **A.**   Again, when oil made it past our offshore techniques for

02:00:50   24   recovery and began to approach the shoreline, these vessels

02:00:55   25   could work in very shallow waters.  They gave us another

**MIKE UTSLER - DIRECT**

02:01:00  1    opportunity to minimize oil impacting our shoreline, our

02:01:03  2    marshes, and our wetlands by actually physically corralling the

02:01:09  3    oil or breaking it up from a sheen standpoint and capturing it

02:01:13  4    in our absorbent boom.

02:01:13  5    **Q.**   Were they helpful as a response tool?

02:01:16  6    **A.**   They were.

02:01:17  7    **Q.**   Please describe how the skimming operations were organized

02:01:21  8    and deployed.

02:01:23  9    **A.**   In Louisiana, we deployed these in squadrons of

02:01:26 10    25 vessels, under one captain overseeing 25 captains.  We had a

02:01:33 11    command vessel, a supply vessel, and an HSE, or health,

02:01:37 12    safety and environmental vessel in support of each of those 25.

02:01:42 13          The squadrons -- which at its peak, we had

02:01:47 14    1700 squadrons, as I recall -- were stationed around the

02:01:50 15    shoreline of Louisiana, and they were used to cover specific

02:01:53 16    geographical areas in the near off offshore, doing sheen

02:01:59 17    busting, skimming, and patrolling and monitoring in terms of

02:02:03 18    visual on-water observation for oils approaching our shore.

02:02:06 19    **Q.**   What was the number of fleets?

02:02:07 20    **A.**   I believe it was 17 at its peak of 25 differing vessels

02:02:13 21    being used in each squadron.

02:02:15 22    **Q.**   Was that part of the decision-making process that would

02:02:20 23    occur each day; that is, how those resources would be deployed

02:02:23 24    in the nearshore?

02:02:23 25    **A.**   Again, they were part of the cone of response process.  So

**MIKE UTSLER - DIRECT**

02:02:25  1    we had to reconfigure daily and reposition them to be best used

02:02:31  2    on the basis of where we saw oil potentially coming to the

02:02:35  3    shorelines of Louisiana.

02:02:35  4    **Q.**   Now, with regard to skimmers, were there instances during

02:02:42  5    the response when you were asked to procure additional

02:02:47  6    skimmers?

02:02:47  7    **A.**   Yes, there was.

02:02:49  8    **Q.**   Can you tell the Court about the procurement efforts of

02:02:51  9    skimmers.

02:02:53  10   **A.**   So procurement of skimmers, like most of the equipment in

02:02:56  11   the response early on, was managed by Houma.  One portion of

02:03:00  12   the Incident Command Structure is the logistics and procurement

02:03:06  13   part of the ICS system. and we would seek to procure skimmers,

02:03:11  14   boom, and other equipment, goods, and services to support our

02:03:17  15   daily operations.

02:03:17  16        Very quickly on, skimmers became a critical issue of

02:03:21  17   supply:  On the basis of having procured everything available

02:03:24  18   in the Gulf of Mexico, where else and how else could we capture

02:03:28  19   additional resources?

02:03:29  20        That access logistically working for procurement

02:03:35  21   reasons was moved to Robert, to the Unified Area Command, and

02:03:41  22   managed by Unified Command on behalf of the global efforts to

02:03:44  23   procure.

02:03:45  24   **Q.**   Were you aware at some point of Captain Laferriere's

02:03:50  25   concerns about skimmers?

MIKE UTSLER - DIRECT

02:03:51  1    A.   I was made aware of that both in my conversations with

02:03:53  2    Captain Laferriere, but also subsequently informed about

02:03:56  3    requests that he had made for status update on this issue.

02:03:59  4         MR. BROCK:  Let's see TREX-13043.1.1.

02:04:01  5    BY MR. BROCK:

02:04:06  6    Q.   Is this an e-mail that was forwarded to you with regard to

02:04:11  7    a request for offshore skimming assets?

02:04:13  8    A.   Yes, it is.

02:04:17  9    Q.   What were Captain Laferriere's comments at this point in

02:04:20  10   terms of his request?

02:04:22  11        MR. BROCK:  Let's see if we can turn to 13043.3.1.

02:04:31  12        THE WITNESS:  So an e-mail that was forwarded to me

02:04:33  13   by Jackie Mutschler included Captain Laferriere's original

02:04:41  14   request, through the Coast Guard chain to Unified Command,

02:04:44  15   asking for input with regards to what could be done to

02:04:49  16   accelerate.  He.

02:04:51  17             Basically says, as highlighted here:  "We all

02:04:52  18   know we can use more skimmers offshore, especially in the use

02:04:55  19   of dispersants becomes more problematic.  I have been pushing

02:04:58  20   for more skimmers since I have been here."

02:05:01  21             This e-mail goes on to say:  "What can be done?

02:05:03  22   What's being done at Robert?  And how quickly can we identify

02:05:08  23   additional resources to meet this need?"

02:05:10  24   Q.   This e-mail is from Captain Laferriere to Captain Hanzalik

02:05:14  25   and others, and it was forwarded to you?

**MIKE UTSLER - DIRECT**

02:05:18  1    A.    Yes, it was.

02:05:19  2    Q.    Did you also receive a copy of a response to this e-mail?

02:05:24  3    A.    Yes.

02:05:25  4    Q.    Was this a response of the Coast Guard?

02:05:28  5    A.    Yes, it was.

02:05:29  6          MR. BROCK:   Let's look at TREX-13043.1.2, and if we

02:05:37  7    could just review the response that was made to

02:05:39  8    Captain Laferriere from Scott Knutson, please.

02:05:44  9    BY MR. BROCK:

02:05:45  10   Q.    Can you review that with the Court.

02:05:47  11   A.    Yes, in Scott Knutson's response to Captain Laferriere, he

02:05:50  12   have indicates:   "We have just completed a review of the global

02:05:53  13   inventories of skimmers and busters.   Other than a few federal

02:05:58  14   vessels, all the domestic and Canadian equipment within several

02:06:00  15   days' transit have already been procured and are in the Gulf.

02:06:05  16   Remaining equipment, which is more than a few days away, both

02:06:08  17   domestically and international, has either been procured or is

02:06:11  18   in the final stages of contracting."

02:06:14  19   Q.    Is this response by Mr. Knutson consistent with your

02:06:18  20   recollection of the events?

02:06:20  21   A.    It was, both in my conversations with Jackie on the

02:06:23  22   efforts of Robert in procuring supplies -- it's very

02:06:28  23   consistent.

02:06:29  24   Q.    Did you ultimately procure all available skimmers for the

02:06:33  25   response?

**MIKE UTSLER - DIRECT**

| | |
|---|---|
| 02:06:34 | 1 | **A.**   Yes, we did. |

**A.**   Yes, we did.

**Q.**   Did Captain Laferriere acknowledge to you that everything that could be done to procure skimmers was being done?

**A.**   Yes.  After receiving this e-mail, the captain and I had a chance to talk about it.  And while frustrated over the fact that we could always use more equipment, we realized that everything that could be done was being done.

**Q.**   Let's turn just for a minute to subsea dispersants.

Did you have involvement in the daily planning and recommendations with regard to the use of subsea dispersants?

**A.**   With regards to the supplying of the dispersant materials itself and supporting the surface operations of that, yes.

**Q.**   Let's look at -- what about aerial applications?  Did you also have involvement with that?

**A.**   Yes.  Houma directly managed the approval and development of planning for aerial dispersant deployments up to a point.

**Q.**   When we talk about subsea dispersant applications, how were they used in the response?

**A.**   Well, this was the first time application of subsea dispersants ever used.  It was a technique that had been suggested in the response by somebody from a different company as a consideration.

The idea was taken, it was developed, and then it was modeled using a laboratory and resources in Norway through SINTEF to validate the concept.  Once that model was validated,

**MIKE UTSLER - DIRECT**

02:08:16  1   it was then tested on location at the request of the federal

02:08:20  2   government before granting approvals.  And in mid-May, we began

02:08:25  3   to use the injection of subsea dispersants for the first time.

02:08:29  4   **Q.**   What testing was performed before the dispersants were

02:08:31  5   used subsea?

02:08:33  6   **A.**   Subsea-wise, again, it was tank-tested, meaning a model

02:08:38  7   was created that allowed for the testing of the dispersant to

02:08:42  8   be injected directly into the flow of oil.  This was done in

02:08:46  9   the Norwegian tank testing models that I described by SINTEF.

02:08:52  10           It was then further tested using, different

02:08:55  11  concentrations, on the well itself in the *Deepwater Horizon*.

02:08:59  12  Those samples and evaluations were used to match to the model

02:09:05  13  results, which allowed for the government to provide approvals

02:09:09  14  for the utilization of it.

02:09:11  15  **Q.**   Was there toxicity testing involved?

02:09:13  16  **A.**   My understanding was yes, associated with confirming the

02:09:16  17  nature of the dispersant, which in this case, we continued to

02:09:19  18  use the same dispersant we were using aerially.

02:09:23  19  **Q.**   Was the subsea dispersant effective in mitigating the

02:09:28  20  effects of the spill?

02:09:29  21  **A.**   Yes, it was.

02:09:30  22  **Q.**   Let's turn to surface dispersants.

02:09:33  23           Have you helped us prepare a slide to discuss the

02:09:37  24  surface dispersant applications?

02:09:39  25  **A.**   Yes, I have.

**MIKE UTSLER - DIRECT**

02:09:41  1   **Q.**   Let's look at D-35009 and, again, this is a short video.

02:09:46  2   If you would just describe for Judge Barbier's benefit what we

02:09:50  3   see here in the surface application of dispersants.

02:09:57  4   **A.**   So, Your Honor, once an area for application of surface

02:10:02  5   dispersant had been identified in the form of a slick on the

02:10:05  6   water that we thought was most viable, airplanes would be

02:10:09  7   loaded with dispersant.  They would be brought to -- they would

02:10:11  8   be flown to a location, and they would drop down to below a

02:10:15  9   hundred feet above the water level, where they would deploy

02:10:18  10  their dispersant in a manner that would allow it to fall to the

02:10:21  11  water surface, coming in contact with the oil and, therefore,

02:10:25  12  beginning the process of separating that oil into individual

02:10:29  13  droplets and suspending it in the water column.

02:10:32  14  **Q.**   What was done to ensure the safety of individuals who were

02:10:37  15  working as part of the response in the application of surface

02:10:45  16  dispersants?

02:10:45  17  **A.**   So, first, these are trained crews that are provided to

02:10:49  18  the response by various enterprises, particularly MSRC.  They

02:10:56  19  are crews that are trained in the handling of dispersant, the

02:10:58  20  loading of the dispersant and the deployment of the dispersant.

02:11:01  21          In addition, we used aerial spotters to confirm and

02:11:05  22  validate the location of the spotting of that dispersant to the

02:11:08  23  sheen.  And then we would subsequently, once the dispersant had

02:11:12  24  been discharged and after a period of the plane's departure, we

02:11:18  25  would then move vessels in to do SMART testing to validate the

**MIKE UTSLER - DIRECT**

02:11:23  1  nature of our application.

02:11:24  2  **Q.**   What is SMART testing?

02:11:25  3  **A.**   SMART testing was essentially on-water vessels doing water

02:11:30  4  column testing to see, in fact, did the dispersant contact the

02:11:35  5  oil?  Was it being dispersed in the water column?  And they

02:11:40  6  would measure the amount of oil dispersed now in the water

02:11:44  7  column throughout the area that had been deployed.

02:11:47  8  **Q.**   Based on your work during the response and your

02:11:50  9  interaction with the Coast Guard, did you come to a conclusion

02:11:52  10 about the effectiveness of dispersants as a response tool?

02:11:56  11 **A.**   As Unified Command, and certainly myself personally, this

02:11:59  12 was one of our most effective tools at preventing oil from

02:12:03  13 impacting our shorelines.  It covered and allowed us to cover

02:12:07  14 the widest areas possible where these sheens and oil -- on the

02:12:13  15 surface, ribbons were flowing, and allowed us to have the

02:12:16  16 greatest concentration of abilities to prevent them from

02:12:21  17 hitting our shorelines.

02:12:23  18 **Q.**   Did anyone from the Coast Guard ever say to you, "Let's

02:12:25  19 not use dispersants because it allows oil to remain in the

02:12:28  20 atmosphere or on the earth"?

02:12:32  21 **A.**   No, sir.  As Unified Command, we, day in and day out, made

02:12:37  22 this recommendation and used this as one of our principal tools

02:12:42  23 in the response effort.

02:12:44  24 **Q.**   Let's talk about the boom.  Did you have personal

02:12:46  25 involvement in securing boom as part of the response

MIKE UTSLER - DIRECT

02:12:49  1  activities?

02:12:50  2  A.   Well, through the Houma Unified Command and our logistics

02:12:56  3  groups, yes, we did.

02:12:58  4  Q.   What were the issues with boom that needed to be addressed

02:13:00  5  as part of the response effort?

02:13:01  6  A.   So the key is boom is something that can be used almost as

02:13:05  7  a last line of defense along the shorelines to protect oil from

02:13:12  8  impacting critical areas that you are trying to protect.

02:13:15  9       Within the area contingency plans, there's a priority

02:13:21  10  for the use of boom.  And there are two types of boom that we

02:13:23  11  used in this response.  There is what is known as hard boom;

02:13:26  12  and there is soft boom, the absorbent-type cotton boom that

02:13:30  13  would help to absorb but would have to be replaced every eight

02:13:33  14  to ten days.  Whereas hard boom could stay in position for as

02:13:36  15  long as we kept it anchored.

02:13:38  16       MR. BROCK:  Let's pull up D-35015.

02:13:41  17  BY MR. BROCK:

02:13:42  18  Q.   Is this a demonstrative that demonstrates the use of boom?

02:13:47  19  A.   Yes, it is.

02:13:47  20  Q.   Let's look at this very quickly, please, and you can

02:13:50  21  describe for Judge Barbier what he is seeing, please.

02:13:53  22       THE WITNESS:  Your Honor, here is an example in the

02:13:54  23  video of the deployment of what's known as hard boom.  It's

02:13:57  24  essentially a plastic that's designed to float on the surface,

02:14:00  25  with a curtain that allows oil, obviously in gentle waters, to

**MIKE UTSLER - DIRECT**

02:14:06  1   lap up against it.

02:14:08  2          We can then come along the leading edge of that

02:14:12  3   outboard of the shorelines we are trying to protect and

02:14:15  4   actually skim or suck up the oil off the water in the same way

02:14:19  5   that we did with nearshore and deepwater skimming operations.

02:14:20  6   **Q.**   How was the Unified Command able to meet the demand for

02:14:25  7   boom during the response?

02:14:26  8   **A.**   Well, this was one of the challenges that the response

02:14:28  9   faced, in that early on we used every available piece of boom

02:14:33  10  that we had in the Gulf of Mexico, and we used it against the

02:14:37  11  priorities that were established in the area contingency plans

02:14:41  12  for each of the states.

02:14:43  13         These plans typically identify the use of boom first

02:14:46  14  to be used to protect critical habitats, like bird hatcheries

02:14:52  15  and other environmentally sensitive areas; then the marshes and

02:14:55  16  the wetlands; then what was known as recreational beaches; then

02:15:00  17  finally amenity beaches as a last port of use of boom.

02:15:05  18  **Q.**   I want to ask you now a general question about the safety

02:15:09  19  of operations.  We have talked about the intervention

02:15:12  20  techniques that were used in the offshore and the nearshore.

02:15:15  21         What provision was made to ensure the safety of the

02:15:20  22  workforce executing the techniques that we have been talking

02:15:25  23  about?

02:15:26  24  **A.**   So I go back to our mission as Unified Command started

02:15:29  25  with the safety and well-being of our responders.  We worked to

MIKE UTSLER - DIRECT

02:15:34  1    develop and ensure that we could train and properly equip each

02:15:39  2    of the differing groups of workforce.

02:15:42  3        Those who worked on the water, the U.S. Coast Guard

02:15:45  4    certified the vessels that were being used, provided training

02:15:48  5    and support to those vessels as necessary in terms of safe

02:15:53  6    operations.  We had conditions in which we monitored wave

02:15:57  7    heights, wind, and temperatures, such that working between

02:16:01  8    summer and winter, when we could work on water and not, to

02:16:06  9    protect the people who physically worked on water.

02:16:08  10       Again, those who worked in the near-shoreline areas

02:16:11  11   of operations, training and working with those types of

02:16:15  12   operations, be they skimming and booming, the deployment of,

02:16:19  13   the use of the boom and how to handle both on a skimmer or on a

02:16:25  14   small vessel supporting boom deployment.

02:16:28  15       Then significant work done to manage our onshore

02:16:31  16   workforce safety and well-being.  We worked collaboratively

02:16:36  17   with OSHA, we worked collaboratively with the Louisiana State

02:16:40  18   Health and Sciences departments to look at everything from heat

02:16:43  19   management, heat stress management to the physical labor

02:16:46  20   management of the work and activities being done by the

02:16:49  21   workforce.

02:16:53  22   Q.   On the issue of boom, coming back to that just for one

02:16:59  23   more question, starting in April, soon after the response, how

02:17:07  24   did BP go about obtaining the boom that was needed to meet the

02:17:12  25   demands?

**MIKE UTSLER - DIRECT**

02:17:13  1   **A.**   So boom very rapidly became a critically short --

02:17:15  2   critically short in supply, having exhausted the supplies that

02:17:21  3   were already stockpiled across the Gulf of Mexico.

02:17:24  4          BP expanded its search for boom all across the

02:17:28  5   United States and worked with the U.S. Coast Guard in looking

02:17:30  6   at supplies that were held within the ports around the

02:17:32  7   United States and beyond.

02:17:33  8          We actually chartered the *Antonov* and flew the

02:17:38  9   *Antonov* and other aircraft around the world, collecting boom

02:17:42  10  from all across the world to be brought back to the Gulf of

02:17:45  11  Mexico for use in deployment.

02:17:49  12         In addition, at the time of this incident, there were

02:17:52  13  only three companies manufacturing hard boom and could only

02:17:57  14  manufacture approximately 5,000 feet of boom a week.  We

02:18:01  15  engaged with those companies.  We ramped up their operations to

02:18:05  16  24 hours a day, three shifts a day, working 7 days a week.  We

02:18:09  17  also built new capabilities with regards to hard boom.

02:18:13  18         We also looked at differing styles and designs of

02:18:16  19  boom that could be manufactured by nontraditional boom

02:18:20  20  manufacturers, all of these to provide resources that were

02:18:24  21  critically needed across the Gulf of Mexico.

02:18:27  22  **Q.**   I'm intrigued by your comment about the *Antonov*.  What is

02:18:31  23  that?

02:18:31  24  **A.**   That's the world's largest airplane.  It's Russian-built.

02:18:37  25  We chartered it from a Russian service to allow us -- because

MIKE UTSLER - DIRECT

02:18:41  1   it had the hugest payload available to us, that would allow us

02:18:47  2   to carry this very heavy product as we worked around the world

02:18:50  3   to pick it up from various sites.

02:18:52  4   Q.   Would that be a good example of BP's efforts in the way it

02:18:56  5   spared no expense to get the resources needed to the Gulf of

02:18:59  6   Mexico for the response?

02:19:00  7           MR. CHAKERES:  Objection, Your Honor, leading.

02:19:03  8           THE COURT:  Overruled.

02:19:06  9           THE WITNESS:  Certainly I think it's just one of

02:19:07  10  those examples that -- again, we were charged with sparing no

02:19:11  11  expense to find the resources, capabilities, and services that

02:19:13  12  we needed to meet this response, and we made every effort to do

02:19:17  13  so.

02:19:19  14  BY MR. BROCK:

02:19:19  15  Q.   Let's turn to a new topic now, and that is the importance

02:19:23  16  of communications.  I'll just ask, to set this up, was

02:19:27  17  effective communication with the public one of the goals of the

02:19:31  18  Unified Command?

02:19:31  19  A.   Yes, it was.  Both the Coast Guard and BP saw this as a

02:19:36  20  critical component of our effective response.

02:19:38  21  Q.   Why was effective communication with the public important

02:19:42  22  during this time?

02:19:43  23  A.   Number one, to address the fears and concerns of the

02:19:46  24  public, who every day were being told or saw images that caused

02:19:50  25  them to not -- to wonder and to want to understand what was

OFFICIAL TRANSCRIPT

MIKE UTSLER - DIRECT

| | |
|---|---|
| 02:19:55 | 1 |
| 02:19:59 | 2 |
| 02:20:01 | 3 |
| 02:20:03 | 4 |
| 02:20:07 | 5 |
| 02:20:12 | 6 |
| 02:20:15 | 7 |
| 02:20:16 | 8 |
| 02:20:19 | 9 |
| 02:20:23 | 10 |
| 02:20:31 | 11 |
| 02:20:35 | 12 |
| 02:20:37 | 13 |
| 02:20:40 | 14 |
| 02:20:42 | 15 |
| 02:20:46 | 16 |
| 02:20:48 | 17 |
| 02:20:52 | 18 |
| 02:20:55 | 19 |
| 02:20:56 | 20 |
| 02:21:00 | 21 |
| 02:21:02 | 22 |
| 02:21:04 | 23 |
| 02:21:08 | 24 |
| 02:21:15 | 25 |

1  being done, how it was being done, and what was the effect of

2  the efforts being made.

3      Number two, it was important because those issues and

4  concerns enabled us to better equip and be better prepared to

5  meet the needs and demands of the local communities.

6  Q.   Generally, how was effective communication with the public

7  achieved?

8  A.   There were three principal lenses in which we, as Unified

9  Command, worked on, on trying to communicate.  One was through

10 the local, state, and federal lines of communications, the

11 officials, the entities, and agencies that were there working

12 on behalf of their citizenry, to engage with them to ensure

13 they had the information they needed.

14      The second was using the media, and the third was

15 using the communities themselves, in going out into the

16 communities to engage with them.

17 Q.   When you arrived on April 25, did you assist in putting in

18 place communications with local and state governments?

19 A.   Yes, I did.

20 Q.   What communications did you have with them beginning at

21 that time point?

22 A.   There were differing techniques or tools used in a

23 communications sense, but one of the most critical in Louisiana

24 was every day at 3:30, myself and the FOSC would have a

25 telecon, a standing telecon with the individual parish

MIKE UTSLER – DIRECT

02:21:24  1    emergency response centers and representatives from the

02:21:27  2    individual parish governments as well as the state government

02:21:31  3    and the governor's office.  And that call would typically last

02:21:36  4    for an hour, from 3:30 to 4:30.

02:21:39  5            The captain and I would provide -- typically I would

02:21:41  6    provide an operational overview on behalf of everybody who has

02:21:45  7    dialed into that call, and then the captain and I would respond

02:21:48  8    to specific questions raised by the parish, by the parish

02:21:54  9    presidents, or by the governor or the governor's

02:21:56  10   representatives.

02:21:57  11   Q.   Why was this an important component of the response from

02:22:00  12   the Unified Command perspective?

02:22:02  13   A.   Because in the same way that we were getting questions as

02:22:07  14   Unified Command, so were these local officials and obviously

02:22:11  15   State officials who were trying to respond and wanting to

02:22:14  16   respond to the same questions that we were receiving.

02:22:16  17           So the better source of information that we could be,

02:22:19  18   the better they were able to help in addressing the response

02:22:24  19   concerns that existed across the states and beyond.

02:22:29  20   Q.   In addition to the 3:30 call that you have just referenced

02:22:33  21   and the communications that would take place there, were there

02:22:35  22   also liaisons that worked with the community?

02:22:43  23   A.   Yes.  Both the Coast Guard and BP appointed specifically

02:22:47  24   community liaisons to work in each of the parishes, directly

02:22:50  25   with the parish presidents and/or with the governors of each of

**MIKE UTSLER - DIRECT**

02:22:53  1   the states.

02:22:54  2        Their jobs were to be available to those key

02:22:57  3   officials 24 hours a day, 7 days a week, and be a direct

02:23:02  4   conduit of information between the Unified Command in Houma and

02:23:05  5   the Unified Command in Robert and the other respective Unified

02:23:08  6   Command posts across the Gulf states.

02:23:12  7   Q.    If we just took an example, say, Plaquemines Parish, what

02:23:16  8   would be done in a place like Plaquemines by the Unified

02:23:20  9   Command to keep officials and the community updated on the

02:23:24  10  events that were taking place in the Gulf?

02:23:26  11  A.    So typically the U.S. Coast Guard liaison and the BP

02:23:31  12  liaison would provide a briefing in the morning, post our

02:23:35  13  morning briefings.  They would brief them through the course of

02:23:36  14  the day, typically sometime there after lunch and again prepare

02:23:40  15  them for questions and us questions that might be raised in the

02:23:45  16  3:30 call.

02:23:47  17       They would provide them information with regards to

02:23:48  18  the ongoing response, movement of equipment and goods, to the

02:23:52  19  issues about -- responding to the questions around boom and

02:23:55  20  other supplies or materials, as well as questions that might

02:24:02  21  arise in terms of other resources that the parish officials

02:24:04  22  thought they needed.

02:24:06  23  Q.    For Louisiana, which was your area of responsibility, how

02:24:11  24  many parishes had community liaisons?

02:24:14  25  A.    We had eight parishes that attributed both BP and

MIKE UTSLER - DIRECT

02:24:22  1  Coast Guard liaisons as well as the state governor's office.

02:24:27  2  **Q.**   How long did the community liaisons remain in place?

02:24:31  3  **A.**   So those remained in place well into 2011.

02:24:38  4  **Q.**   With regard to interaction in the community, did you also

02:24:40  5  use town hall meetings as a way to communicate directly with

02:24:43  6  the public?

02:24:44  7  **A.**   We did.  In trying to engage with the communities

02:24:48  8  directly, we initiated out of Houma initially town halls, where

02:24:54  9  we would go into the respective communities.  Of an evening, we

02:24:56 10  would bring two or three representatives from the Unified

02:25:00 11  Command; and we would set up a Q and A session, where we would

02:25:04 12  give a brief overview of the ongoing response efforts and then

02:25:08 13  just open it up to questions.

02:25:10 14  **Q.**   Did you learn, as you began to interact with folks in the

02:25:14 15  community, that you needed to refine your message and the

02:25:17 16  manner in which you presented information in the town halls?

02:25:20 17  **A.**   We did.  We very quickly realized that the questions they

02:25:23 18  were asking involved more than us just saying with words.  We

02:25:27 19  needed to provide visual examples and demonstrations.

02:25:30 20       So we evolved the town hall to, as a Unified Command,

02:25:34 21  the use of what we called "expos."  Essentially think of them

02:25:38 22  as science fairs, where we brought examples of booms; and the

02:25:45 23  experts, as well as local people who were working in the boom

02:25:48 24  crews, to talk about what it is we do with boom; what it is we

02:25:51 25  were doing with burning; what dispersants were, what they

MIKE UTSLER - DIRECT

02:25:54  1  looked like, how they were used; what we were doing with fish
02:25:56  2  and wildlife; and what we were doing to ensure that their water
02:26:00  3  was safe, their beaches were safe, their air was safe; and many
02:26:04  4  other types of questions on a show-and-tell basis.
02:26:07  5  **Q.**   Was there a significant contribution from the Coast Guard
02:26:10  6  in terms of understanding the best way to present this
02:26:15  7  information at the town hall meetings?
02:26:17  8  **A.**   There absolutely was.  Captain Laferriere, in particular,
02:26:19  9  from his experiences post-Katrina, really helped bring the idea
02:26:25  10  together in terms of how to best utilize this capability that
02:26:30  11  we had, but also using local citizenry who were working in the
02:26:35  12  response to help tell the story in a way that their next-door
02:26:39  13  neighbors could best understand what was being done.
02:26:42  14  **Q.**   Was it the view of the Unified Command that these expos
02:26:46  15  that were being conducted in the local communities were
02:26:49  16  effective in addressing community concerns?
02:26:53  17  **A.**   They did make a definite difference.  We saw a marked
02:26:57  18  increase in understanding, and just in the nature of the
02:27:00  19  questions that were being asked of us as people better
02:27:03  20  understood and learned what was really going on in the response
02:27:06  21  efforts.
02:27:07  22  **Q.**   Now, did BP also have involvement in establishing
02:27:12  23  Community Outreach Centers?
02:27:14  24  **A.**   Yes, it did.
02:27:15  25  **Q.**   What are Community Outreach Centers, and how were they

MIKE UTSLER - DIRECT

02:27:19  1   utilized as part of the response activity?

02:27:23  2   A.    So early in the response, as part of Unified Command's

02:27:27  3   discussion, we talked about the nature of how do we ensure that

02:27:31  4   BP is helping to answer some of the questions that are being

02:27:36  5   raised specific to BP.  And from that, we expanded into a

02:27:40  6   BP-specific effort called the "Community Outreach Program" in

02:27:45  7   which we went into each of the parishes and we established a BP

02:27:50  8   site that was used to do everything from being just a source of

02:27:55  9   "come in, tell us what your issues are," to helping provide

02:28:00  10  support on claims and how to file claims, to helping to provide

02:28:06  11  support in terms of job opportunities and what might be

02:28:10  12  happening.

02:28:10  13        But also to listening to what the community's issues,

02:28:13  14  concerns, and needs were, which led to our opportunities to

02:28:17  15  fund a variety of differing activities in the community itself

02:28:20  16  to help with the quality of life.

02:28:21  17  Q.    Was this a Unified Command effort --

02:28:24  18  A.    It was --

02:28:24  19  Q.    -- the establishment of the outreach centers?

02:28:27  20  A.    It was a BP effort.

02:28:29  21  Q.    How many Community Outreach Centers were put in place out

02:28:34  22  of Houma, Louisiana; that is, within the Louisiana region?

02:28:37  23  A.    Within Louisiana, there were eight.

02:28:39  24  Q.    How many total?  Do you know?

02:28:40  25  A.    As I recall, there were 17.  That number may not be exact

MIKE UTSLER - DIRECT

02:28:43   1   across the entire Gulf states.  Each of the states, from
02:28:47   2   Florida Panhandle through to Louisiana, had community liaison
02:28:55   3   offices.
02:28:55   4   **Q.**   For how long were these community centers operational?
02:29:01   5   **A.**   While they were scaled back over a period of time, they
02:29:04   6   continued to be in place through 2013 across the Gulf states.
02:29:09   7   **Q.**   Did the Community Outreach Centers provide funds for the
02:29:14   8   local communities in some fashion?
02:29:16   9   **A.**   They did, in a wide range of -- as we responded in
02:29:19  10   listening to what the community's concerns were, we started to
02:29:23  11   look at ways that we could demonstrate and support the way of
02:29:25  12   life in those communities beyond just the response efforts.
02:29:30  13   **Q.**   Now, we have heard some testimony in this case that one of
02:29:35  14   the issues with the response is that there was a disparity in
02:29:42  15   people who were able to take advantage of programs that were
02:29:45  16   being offered by BP.  So I want to address just a couple things
02:29:49  17   on that, if I can.
02:29:51  18          Was it important to convey to the public that the
02:29:54  19   community centers were available and were resources for those
02:29:58  20   in the local community?
02:29:59  21   **A.**   It was.
02:30:01  22   **Q.**   How did BP let the communities know that these resource
02:30:07  23   centers were available?
02:30:08  24   **A.**   We used a variety of differing tools, including
02:30:11  25   advertising, posting locally within the communities themselves,

MIKE UTSLER - DIRECT

02:30:15   1   and using social media and websites, including the BP.com

02:30:22   2   *Deepwater Horizon* website.

02:30:23   3   **Q.**   Do you have an example of one of these videos that was

02:30:28   4   available publicly to inform local communities about the

02:30:33   5   availability of the resource centers?

02:30:35   6   **A.**   I do.

02:30:37   7           **MR. BROCK:**  So if we could pull up now D-35039.

02:30:44   8           **MR. CHAKERES:**   Your Honor, we're going to object to

02:30:45   9   this is as hearsay.  It's a narrated video, unlike the other

02:30:51  10   videos that have been shared today, by a witness who had

02:30:52  11   previously been on BP's trial exhibit list -- excuse me, trial

02:30:55  12   witness list.

02:30:58  13           **MR. BROCK:**  This is a video that was publicly

02:31:01  14   available.  It addresses the issue specifically of letting the

02:31:04  15   community know what resources are available.

02:31:09  16           **THE COURT:**  Was this some PR program or something?

02:31:12  17           **MR. BROCK:**  It's part of the information that was

02:31:15  18   available on the BP website so that people could learn about

02:31:19  19   the community centers and what services they offered.

02:31:25  20           **THE COURT:**  It's narrated?

02:31:27  21           **MR. BROCK:**  It's narrated by a single individual.

02:31:29  22           **THE COURT:**  That individual is not testifying?

02:31:32  23           **MR. BROCK:**  That individual may testify by

02:31:33  24   deposition.

02:31:33  25               I think our point about this is a little

**MIKE UTSLER - DIRECT**

02:31:35  1   different than that, in the sense that especially Dr. Austin,

02:31:39  2   who criticized the company for not getting the word out about

02:31:45  3   what was available -- this is a video, one of the tools that

02:31:47  4   was used to address that issue.

02:31:52  5          **MR. CHAKERES:**  Your Honor, the fact remains it's

02:31:53  6   going to be narration testimony.

02:31:56  7          **THE COURT:**  I sustain the objection.

02:31:58  8   BY MR. BROCK:

02:31:59  9   **Q.**   All right.  Did BP make information available to the

02:32:06  10  community through advertising and through videos?

02:32:10  11  **A.**   Yes, it did.

02:32:20  12  **Q.**   Mr. Utsler, just to wrap up, in light of everything that

02:32:24  13  you have said today and taking into account your entire

02:32:28  14  experience, what is your assessment of the *Deepwater Horizon*

02:32:30  15  response effort and BP's work with the Coast Guard in this

02:32:34  16  matter, please?

02:32:38  17  **A.**   This was a humbling experience.  Nothing can prepare you

02:32:42  18  for the scale and magnitude of the response efforts as we

02:32:45  19  realized them to unfold.  But for me personally, it was an

02:32:50  20  incredible honor and an opportunity to have worked with so many

02:32:55  21  talented people from all across the world?

02:32:57  22          Starting first and foremost with the U.S.

02:33:00  23  Coast Guard.  I cannot say enough in terms of my regard for

02:33:03  24  their professionalism, their competency and their capability as

02:33:07  25  exhibited throughout the course of this, and the many other men

**MIKE UTSLER - DIRECT**

02:33:11  1   and women who serve us in many other branches, as well as those

02:33:13  2   who worked in the federal and state agencies.  I'm proud to

02:33:17  3   have had the opportunity to help lead in this effort, as

02:33:21  4   challenging as it was, to have worked with the many amazing

02:33:24  5   people.

02:33:25  6        **MR. BROCK:**  Thank you, Mr. Utsler.  Please answer

02:33:28  7   their questions.

02:33:30  8        **MR. CHAKERES:**  Your Honor, the United States has no

02:33:32  9   cross-examination.

02:33:33  10        **THE COURT:**  I guess you are done, sir.  Thank you.

02:33:36  11        **THE WITNESS:**  Thank you, sir.

02:33:47  12        **THE COURT:**  Who is your next witness?  Do you have an

02:33:48  13   expert?

02:33:48  14        **MR. BROCK:**  Yes, sir.  Dr. Cox is our next witness.

02:33:52  15        **THE COURT:**  How long do you expect your direct exam

02:33:55  16   to be?

02:33:56  17        **MR. BROCK:**  45 minutes to an hour.

02:33:57  18        **THE COURT:**  Let's take about a 15-minute recess right

02:34:00  19   now.

02:34:01  20        **MR. BROCK:**  Thank you, Your Honor.

02:34:03  21        **THE DEPUTY CLERK:**  All rise.

02:36:23  22        (Recess.)

02:56:47  23        **THE COURT:**  Please be seated, everyone.

02:56:49  24             All right.  Call your next witness.

02:56:53  25        **MR. JARRETT:**  Good afternoon, Your Honor.  Keith

ROBERT COX – VOIR DIRE

| | | |
|---|---|---|
| 02:56:54 | 1 | Jarrett for BPXP.  BP calls Dr. Robert Cox. |
| 02:57:03 | 2 | **ROBERT COX,** |
| 02:57:03 | 3 | having been duly sworn, testified as follows: |
| 02:57:04 | 4 | **THE DEPUTY CLERK:**  State your full name and correct |
| 02:57:04 | 5 | spelling for the record, please. |
| 02:57:29 | 6 | **THE WITNESS:**  Dr. Robert Cox, C-O-X. |
| 02:57:32 | 7 | **VOIR DIRE** |
| 02:57:35 | 8 | **BY MR. JARRETT:** |
| 02:57:36 | 9 | **Q.**  Dr. Cox, could you begin by stating where you live and |
| 02:57:40 | 10 | what you do for a living. |
| 02:57:41 | 11 | **A.**  I live in Brandon, Mississippi.  I'm a physician and a |
| 02:57:45 | 12 | professor at the University of Mississippi Medical Center. |
| 02:57:49 | 13 | **Q.**  And were you retained by BP to evaluate some questions |
| 02:57:52 | 14 | that they asked you to look into? |
| 02:57:54 | 15 | **A.**  Yes, sir. |
| 02:57:54 | 16 | **Q.**  Have you prepared a slide for us that shows those |
| 02:57:57 | 17 | questions? |
| 02:57:58 | 18 | **A.**  Yes, sir. |
| 02:57:58 | 19 | **MR. JARRETT:**  Could I ask that they bring up D-35102. |
| 02:58:10 | 20 | **BY MR. JARRETT:** |
| 02:58:12 | 21 | **Q.**  Dr. Cox, would you tell us the questions you were asked to |
| 02:58:17 | 22 | look at on behalf of BPXP. |
| 02:58:19 | 23 | **A.**  Yes.  I was asked to evaluate potential human health |
| 02:58:22 | 24 | impacts both to cleanup workers and to Gulf Coast residents as |
| 02:58:27 | 25 | a result of the *Deepwater Horizon* oil spill.  I also was asked |

ROBERT COX - VOIR DIRE

02:58:31    1   to look at any public health implications of the oil spill.
02:58:36    2   And then, finally, I was asked to look at the mitigation
02:58:40    3   information with regards to BP's efforts to mitigate those
02:58:44    4   health impacts.
02:58:47    5   **Q.**    Did you have enough information to reach an opinion as to
02:58:50    6   all three of these questions?
02:58:51    7   **A.**    Yes, I did.
02:58:52    8   **Q.**    Did you express those opinions in written reports?
02:58:58    9   **A.**    Yes, I did.
02:59:00   10   **Q.**    In terms of the oil spill and what you looked into, did
02:59:04   11   you look into all the chemicals or constituents of concern?
02:59:10   12   **A.**    Yes.  I looked at a wide variety of chemicals, chose those
02:59:14   13   that were primarily ones that are potentially toxic within oil
02:59:20   14   as well as dispersants and some of the products of in-situ
02:59:24   15   burning.
02:59:26   16   **Q.**    You looked at the constituents of oil and dispersants and
02:59:30   17   in-situ burning, all of those three?
02:59:34   18   **A.**    Yes, sir.
02:59:35   19   **Q.**    I noticed that what's not on here is that you didn't
02:59:37   20   investigate the human health impact concerning the events on
02:59:39   21   the rig itself.  Is that fair?
02:59:42   22   **A.**    That's correct.
02:59:43   23   **Q.**    What was it about your field of expertise that allowed you
02:59:47   24   to reach opinions -- make you comfortable reaching opinions on
02:59:52   25   these three things?

ROBERT COX - VOIR DIRE

02:59:53  1    **A.**    I am a medical doctor.  I'm also a medical toxicologist,
02:59:57  2    as well as I hold a doctorate in chemistry.
03:00:08  3    **Q.**    Did you prepare a slide to illustrate your qualifications
03:00:09  4    that you brought to bear on this assignment?
03:00:09  5    **A.**    I did.
03:00:10  6          **MR. JARRETT:**  Can you bring up, please, D-35103.
03:00:12  7    **BY MR. JARRETT:**
03:00:13  8    **Q.**    Dr. Cox, does this slide here outline the highlights of
03:00:17  9    your professional career that were relevant to this engagement?
03:00:21  10   **A.**    The highlights, yes.
03:00:22  11   **Q.**    Can you walk us through this slide, please, and talk about
03:00:26  12   your background.
03:00:27  13   **A.**    Sure.  As I said, I'm a practicing physician, also hold a
03:00:30  14   Ph.D. in chemistry.  I hold board certifications through the
03:00:36  15   American Board of Medical Specialties in medical toxicology,
03:00:41  16   emergency medicine, and a separate certification in toxicology
03:00:45  17   through the American Board of Toxicology.
03:00:47  18   **Q.**    Can I interrupt you for a second, sir?  Explain to us,
03:00:51  19   what's the field of toxicology?
03:00:53  20   **A.**    Yes.  The field of toxicology is the science that deals
03:00:57  21   with the adverse effects that chemicals and physical agents,
03:00:59  22   such as radiation, can have on living systems.  In my case I
03:01:03  23   deal with the effects on human beings.
03:01:06  24   **Q.**    I noticed you mentioned earlier that you're a professor at
03:01:10  25   the University of Mississippi Medical School.  Are you also a

**ROBERT COX - VOIR DIRE**

| | | |
|---|---|---|
| 03:01:13 | 1 | practicing physician? |
| 03:01:13 | 2 | **A.**   I am, in two areas.  I'm an emergency physician.  I work |
| 03:01:19 | 3 | in the emergency department, have for over 25 years.  As a |
| 03:01:25 | 4 | professor, I also teach our young physicians.  I'm the primary |
| 03:01:30 | 5 | person who's taught toxicology to our training physicians in |
| 03:01:35 | 6 | Mississippi for at least the last 15 years. |
| 03:01:38 | 7 | **Q.**   Any other relevant professional experience on this slide |
| 03:01:41 | 8 | that you would like to address? |
| 03:01:42 | 9 | **A.**   Yes, a little bit.  I also run now the Medical Toxicology |
| 03:01:46 | 10 | Service.  That's a medical specialty service that deals with |
| 03:01:50 | 11 | individuals who have been exposed to chemicals, drug overdoses, |
| 03:01:56 | 12 | substance abuse, so forth. |
| 03:01:58 | 13 | **Q.**   And do you provide that service across the state of |
| 03:02:02 | 14 | Mississippi? |
| 03:02:02 | 15 | **A.**   Well, I do the service at the medical center; but we take |
| 03:02:06 | 16 | transfers from the entire state since I'm the only medical |
| 03:02:10 | 17 | toxicologist in the state. |
| 03:02:11 | 18 | **Q.**   What about your field of research?  Have you done research |
| 03:02:14 | 19 | on issues that might be pertinent and germane to the tasks that |
| 03:02:18 | 20 | you were asked to do here? |
| 03:02:19 | 21 | **A.**   Yes.  Earlier in my career, I was very active in |
| 03:02:22 | 22 | developing methods and evaluating methods for measuring trace |
| 03:02:26 | 23 | levels of hydrocarbons, or VOCs, the same chemicals that are |
| 03:02:32 | 24 | associated with oil in the atmosphere. |
| 03:02:34 | 25 | Since that time I have also been involved with |

ROBERT COX - VOIR DIRE

03:02:38  1   looking at the adverse health effects of different types of

03:02:43  2   exposures on human beings.  As well, I've also published on the

03:02:48  3   use of personal protective equipment.  And in our situation,

03:02:52  4   that was for protecting healthcare workers who might be -- have

03:02:57  5   to deal with victims of hazardous chemical exposures.

03:03:02  6   Q.   I want to talk for a minute about your public health

03:03:05  7   experience and specifically what attributes of your public

03:03:09  8   health experience you brought to bear on this engagement.

03:03:12  9   A.   Yes.  Well, first of all, pretty much everything I'm

03:03:15 10   talking about on this slide involves public health.  I've been

03:03:19 11   involved with public health in Mississippi -- I'm going on my

03:03:22 12   28th year there -- pretty much the entire time.

03:03:26 13         Mississippi is a small state.  We do not have a state

03:03:29 14   toxicologist, and kind of by de facto, I serve in that role.

03:03:33 15   And so I have assisted them in a number of things, not only in

03:03:37 16   toxicology.  Most recently I set up their Ebola hotline and

03:03:42 17   influenza, anthrax, infectious diseases, as well as we have had

03:03:49 18   episodes of mercury being spilled in schools.

03:03:51 19   Q.   As part of that role in public health, do you have to be

03:03:54 20   familiar with statistical analyses of illness rates and injury

03:03:56 21   rates and prevalence and things such as that?

03:03:59 22   A.   Yes.  And that's also something that we teach to our

03:04:00 23   training physicians.

03:04:02 24   Q.   Last question, I think:  What about the field of

03:04:05 25   occupational medicine, Doctor?  Do you have experience in that

**ROBERT COX - VOIR DIRE**

03:04:08  1  as well?

03:04:08  2  A.    Yes, I do.  I treat victims of chemical exposures, and a

03:04:17  3  lot of those are occupational exposures; and so, yes, that's

03:04:21  4  something I have to deal with very routinely.

03:04:24  5  Q.    Before I tender you, do you have specific experience in

03:04:29  6  the *Deepwater Horizon* incidence unrelated to the assignment you

03:04:31  7  were asked to do here?

03:04:32  8  A.    Yes, unrelated.  Early in -- when this happened, I was

03:04:37  9  involved, first of all, through the poison control center.  We

03:04:44  10  cataloged all the calls that we had.  And then I also was

03:04:46  11  involved -- I spent some time at the Mobile Incident Command

03:04:49  12  Center and also worked with our state health department and

03:04:53  13  assisted them with setting up some of their health

03:04:57  14  surveillance.

03:04:58  15  Q.    Was that experience useful in the assignment you were

03:05:01  16  asked to do for BPXP?

03:05:03  17  A.    The experience was useful, but really none of that work

03:05:07  18  directly -- I used directly in what I did here.

03:05:12  19        MR. JARRETT:  Your Honor, at this time BP would

03:05:15  20  tender Dr. Cox generally as an expert in the field of medicine

03:05:18  21  and toxicology and specifically in the assessment and treatment

03:05:23  22  of acute and chronic health conditions resulting from exposures

03:05:25  23  to hazardous substances or working conditions as well as an

03:05:30  24  expert in the assessment of public health.

03:05:41  25        MS. PENCAK:  No objection, Your Honor, subject to

ROBERT COX - VOIR DIRE

| | | |
|---|---|---|
| 03:05:42 | 1 | cross-examination. |
| 03:05:44 | 2 | THE COURT:  All right.  Would counsel approach the |
| 03:05:45 | 3 | bench.  I have a question. |
| 03:05:56 | 4 | (Off the record.) |
| 03:07:04 | 5 | THE COURT:  Let me just follow up, if you would. |
| 03:07:08 | 6 | Dr. Cox, you did some work in connection with the |
| 03:07:14 | 7 | *Deepwater Horizon* oil spill on behalf of the State of |
| 03:07:17 | 8 | Mississippi? |
| 03:07:18 | 9 | THE WITNESS:  Yes, Your Honor. |
| 03:07:21 | 10 | THE COURT:  Explain to me whether and how that |
| 03:07:24 | 11 | differs from what you are testifying about here today. |
| 03:07:27 | 12 | THE WITNESS:  All of the information that I'm going |
| 03:07:29 | 13 | to testify today was publicly available.  It's been published, |
| 03:07:33 | 14 | and so it was not my experience of what I did in 2010.  I'm |
| 03:07:40 | 15 | using publicly available information. |
| 03:07:45 | 16 | THE COURT:  You're not using anything you did or |
| 03:07:48 | 17 | learned in your experience working on behalf of the State of |
| 03:07:52 | 18 | Mississippi? |
| 03:07:53 | 19 | THE WITNESS:  That's correct. |
| 03:07:54 | 20 | THE COURT:  Okay. |
| 03:08:01 | 21 | MR. JARRETT:  Thank you, Your Honor. |
| 03:08:01 | 22 | THE COURT:  Go ahead. |
| 03:08:01 | 23 | MR. JARRETT:  The tender is accepted, Your Honor? |
| 03:08:03 | 24 | THE COURT:  I'm sorry.  Yes.  Yes, he is accepted. |
| 03:08:04 | 25 | MR. JARRETT:  Can we bring up slide D-35104, please. |

ROBERT COX - DIRECT

|  |  |  |
|---|---|---|
| 03:08:04 | 1 | DIRECT EXAMINATION |
| 03:08:06 | 2 | BY MR. JARRETT: |
| 03:08:13 | 3 | Q.   Dr. Cox, did you render multiple expert reports in this |
| 03:08:16 | 4 | matter? |
| 03:08:17 | 5 | A.   Yes, sir. |
| 03:08:17 | 6 | Q.   How many, sir? |
| 03:08:18 | 7 | A.   Three. |
| 03:08:19 | 8 | Q.   Can you confirm for us this slide depicts the first page |
| 03:08:22 | 9 | of your three reports, one dated August 15 of last year, the |
| 03:08:26 | 10 | second dated September 12, and the third dated September 26? |
| 03:08:30 | 11 | A.   Yes. |
| 03:08:31 | 12 | Q.   They bear TREX numbers shown in this slide 240110, 240111, |
| 03:08:38 | 13 | and 013087; is that correct, sir? |
| 03:08:43 | 14 | A.   Yes, that's correct. |
| 03:08:44 | 15 | Q.   Those three written opinions contain the opinions that you |
| 03:08:47 | 16 | intend to offer and discuss today? |
| 03:08:49 | 17 | A.   Yes. |
| 03:08:52 | 18 | Q.   What work did you do in connection with the assignment |
| 03:08:56 | 19 | that BP asked you to engage in? |
| 03:08:58 | 20 | A.   Yes.  The first thing I did was to look at a very, very |
| 03:09:04 | 21 | large quantity of sampling and analytical data that was all |
| 03:09:10 | 22 | publicly available.  I downloaded it through the Internet. |
| 03:09:16 | 23 |         The next thing I did was to analyze that to do what's |
| 03:09:21 | 24 | called a toxicology risk assessment on it.  And then I also |
| 03:09:26 | 25 | looked at a large quantity of information from various |

**ROBERT COX - DIRECT**

03:09:30    1   government agencies.

03:09:32    2   **Q.**   And would you have described the amount of information you

03:09:35    3   have as modest, robust?

03:09:39    4   **A.**   It was tremendous.  I've been involved in a number of

03:09:42    5   different environmental and human health issues throughout my

03:09:48    6   career, and I have never seen anything with the amount of

03:09:51    7   information we had here.

03:09:52    8   **Q.**   Did you have critically the information you needed to

03:09:54    9   reach the opinions that we are about to discuss?

03:09:56   10   **A.**   I feel that I did.

03:09:57   11   **Q.**   Have you prepared a slide that summarizes your overall

03:10:01   12   opinions regarding the seriousness of the human health impacts

03:10:04   13   that resulted from the spill and its cleanup?

03:10:08   14   **A.**   Yes, I did.

03:10:11   15          **MR. JARRETT:**  Can you bring up D-35105, please.

03:10:15   16   BY MR. JARRETT:

03:10:15   17   **Q.**   Doctor, can you tell us, please, what your opinions on the

03:10:18   18   human health impacts were.

03:10:20   19   **A.**   Yes.  First of all, I found no compelling evidence for any

03:10:24   20   significant exposure-related adverse effects either in cleanup

03:10:30   21   workers or in Gulf Coast residents.  I also found it highly

03:10:34   22   unlikely that any adverse health effects will become manifest

03:10:38   23   in the future.

03:10:41   24   **Q.**   Said in simple ways, like I like to think of things, is

03:10:45   25   your first opinion backward-looking and your second opinion

**ROBERT COX - DIRECT**

03:10:49  1   forward-looking?

03:10:50  2   **A.**   Yes.

03:10:50  3   **Q.**   And these opinions, do they address both long- and

03:10:55  4   short-term possibilities?

03:10:56  5   **A.**   Yes, they do.

03:10:59  6   **Q.**   As I said before, you examined all the constituents of

03:11:03  7   concern that you identified in any of the materials that were

03:11:07  8   involved in the spill?

03:11:08  9   **A.**   Yes.

03:11:11  10  **Q.**   And did you do your work independently to reach the

03:11:15  11  opinions we are about to discuss?

03:11:17  12  **A.**   I did.  As I said, I looked at a lot of government

03:11:19  13  documents; but I did all of my work by myself first, and I

03:11:23  14  should say it took a lot of time.

03:11:27  15  **Q.**   Well, you bring up a good point.  The questions that BP

03:11:31  16  asked you to look at and address, had those been looked at by

03:11:36  17  other folks as well?

03:11:37  18  **A.**   They have.

03:11:38  19  **Q.**   Specifically, have those questions been looked at by

03:11:40  20  various government agencies?

03:11:42  21  **A.**   They have.

03:11:43  22  **Q.**   Has the government made findings on these very same issues

03:11:46  23  that we have asked you to look at?

03:11:47  24  **A.**   Yes.

03:11:48  25  **Q.**   Did you study those government findings?

ROBERT COX - DIRECT

03:11:50   1   **A.**   I did.

03:11:52   2   **Q.**   Did you find them to be useful in your work?

03:11:54   3   **A.**   I found them to be reassuring, that they came up with the

03:11:58   4   same opinions that I did.

03:11:59   5   **Q.**   Have you prepared a slide that illustrates those

03:12:01   6   government findings, sir?

03:12:02   7   **A.**   Yes.

03:12:03   8            **MR. JARRETT:**  Can we please bring up slide D-35106.

03:12:08   9   **BY MR. JARRETT:**

03:12:10   10  **Q.**   This looks like a pretty busy slide, Dr. Cox.  Can you

03:12:14   11  tell us what we are looking at here generally, please.

03:12:17   12  **A.**   Yes.  Along the left side here, these are a number of

03:12:23   13  different federal agencies whose work looked at and examined

03:12:28   14  the health effects from the *Deepwater Horizon* oil spill: CDC,

03:12:33   15  EPA, FDA, NIOSH.  And then I pulled a number of their opinions

03:12:41   16  that I felt were relevant to my work.

03:12:44   17  **Q.**   What did these government agencies do in order to reach

03:12:47   18  the opinions or findings that they published?

03:12:50   19  **A.**   For the most part, the same thing I did.  They looked at

03:12:53   20  all of the monitoring data; they analyzed it; they compared it

03:12:59   21  to something we will discuss, called "human health benchmarks";

03:13:06   22  and came up with opinions, whether or not they felt there would

03:13:08   23  be significant human health effects.

03:13:11   24  **Q.**   Did they issue written findings?

03:13:13   25  **A.**   They did.

ROBERT COX - DIRECT

| | |
|---|---|
| 03:13:13 | 1 |
| 03:13:15 | 2 |
| 03:13:16 | 3 |
| 03:13:19 | 4 |
| 03:13:21 | 5 |
| 03:13:22 | 6 |
| 03:13:24 | 7 |
| 03:13:24 | 8 |
| 03:13:27 | 9 |
| 03:13:30 | 10 |
| 03:13:32 | 11 |
| 03:13:35 | 12 |
| 03:13:38 | 13 |
| 03:13:42 | 14 |
| 03:13:45 | 15 |
| 03:13:49 | 16 |
| 03:13:49 | 17 |
| 03:13:53 | 18 |
| 03:13:57 | 19 |
| 03:13:57 | 20 |
| 03:14:02 | 21 |
| 03:14:04 | 22 |
| 03:14:06 | 23 |
| 03:14:09 | 24 |
| 03:14:11 | 25 |

Q.   Did they publish those findings?

A.   Yes.

Q.   Are they available for anyone to see who wants to go on

the Internet and track them down?

A.   That's where I found them.

Q.   Did you review all of those papers?

A.   Yes.

Q.   Were the findings between those various government

agencies consistent or inconsistent?

A.   They were consistent.  That was another thing.  It was

nice that this wasn't one of those situations, as I have seen

in the past, where one agency says this and another one says

this, and a third one might say something different.  In this

case all of their opinions were very consistent.

Q.   Did you find their work to be reliable?

A.   I did.

Q.   Did you find their work to be of the quality that experts

in your field would use to help render their opinions?

A.   Yes.

Q.   Finally, did these agencies reach the same or different

conclusions than you did in your independent work?

A.   The same conclusions.

Q.   Have you identified some highlights of their conclusions

that you want to bring to the Court's attention?

A.   Yes, please.

**ROBERT COX - DIRECT**

03:14:12  1          MR. JARRETT:  Can we bring up D-35106.1.

03:14:18  2   BY MR. JARRETT:

03:14:22  3   Q.   Can you read this slide and tell us why it was meaningful

03:14:25  4   to you.

03:14:25  5   A.   Yes.  Working separately, EPA and CDC came to the same

03:14:32  6   conclusion.  These agencies found that there was no direct

03:14:35  7   exposures to these substances -- and by "these substances,"

03:14:39  8   they are talking about the types of emissions from oil and/or

03:14:43  9   dispersants -- at levels high enough to be expected to cause

03:14:47  10  harm.

03:14:49  11  Q.   Was this finding informative for you?

03:14:52  12  A.   Yes, it was.

03:14:53  13  Q.   Was it corroborative for you?

03:14:55  14  A.   Yes.

03:14:56  15  Q.   Is there another example of a conclusion by a different

03:15:00  16  agency that is informative?

03:15:02  17  A.   Yes.

03:15:07  18          THE WITNESS:  How do I make the red line go away?

03:15:11  19          THE DEPUTY CLERK:  I can do that.

03:15:15  20          MR. JARRETT:  Thank you, Your Honor.  I think it's

03:15:15  21  gone.

03:15:15  22          THE WITNESS:  Thank you.

03:15:16  23          THE COURT:  I did it for you.  If you look at the

03:15:18  24  bottom left of the screen, do you see it says "clear"?

03:15:20  25          THE WITNESS:  Yes.

**ROBERT COX - DIRECT**

03:15:20   1          THE COURT:  You just touch the screen down in that
03:15:23   2    corner, and it will make it go away.
03:15:23   3          THE WITNESS:  Screen.  Okay.  I kept hitting the
03:15:25   4    clear button.  Thank you.
03:15:27   5    BY MR. JARRETT:
03:15:27   6    Q.   Dr. Cox, would --
03:15:29   7          MR. JARRETT:  Or, Donnie, could you bring up, please,
03:15:30   8    D-35106.3.
03:15:40   9    BY MR. JARRETT:
03:15:40   10   Q.   Can you read what this different federal agency -- I
03:15:44   11   should interrupt you.  What does the acronym NIOSH stand for,
03:15:47   12   the author?
03:15:49   13   A.   That's the National Institute for Occupational Safety and
03:15:49   14   Health.
03:15:52   15   Q.   What did that government agency find, sir?
03:15:55   16   A.   Their finding was with regard to the monitoring they did
03:15:58   17   for cleanup workers; and they said that "Throughout the
03:16:01   18   evaluation, results for all airborne chemicals sampled were
03:16:05   19   uniformly either nondetectable or," if they were detectable,
03:16:08   20   "at levels that were well below applicable OELs," or
03:16:14   21   occupational exposure limits.
03:16:15   22   Q.   And occupational exposure limit, is that a synonym for the
03:16:20   23   word "benchmark" that we're going to use later today?
03:16:25   24   A.   Yes, it is.
03:16:26   25   Q.   What are benchmarks?  I know we're going to talk about

ROBERT COX - DIRECT

03:16:26  1   them in detail, but just to frame it for us, please.
03:16:28  2   A.   Yes.  When we are doing air monitoring specifically for --
03:16:31  3   well, either for the community or for the cleanup workers --
03:16:34  4   the OELs apply to cleanup workers, and those are levels of
03:16:41  5   chemicals in the air that they're breathing, that below that
03:16:46  6   level, no adverse health effect is expected.  And this is for
03:16:52  7   being exposed either 8 or 10 hours a day, 40 hours a week over
03:16:56  8   a working lifetime, up to 30 years.
03:16:59  9   Q.   Was it significant to you and useful to you that NIOSH
03:17:02  10  concluded that the results for their chemical sampling were
03:17:07  11  uniformly nondetectable or at levels well below those
03:17:13  12  occupational exposure limits?
03:17:13  13  A.   Yes.  To me, that was very reassuring, that they
03:17:16  14  weren't -- the cleanup workers were not being exposed to any
03:17:22  15  significant air contaminates.
03:17:24  16  Q.   Before we leave the federal government findings, is there
03:17:28  17  another one that you thought would be informative?
03:17:31  18  A.   Yes, there's one more.
03:17:33  19       MR. JARRETT:  Can you bring up D-35106.2, please.
03:17:39  20  BY MR. JARRETT:
03:17:40  21  Q.   This looks like it's another quote from the Centers for
03:17:42  22  Disease Control and Prevention?
03:17:45  23  A.   Yes, it is.  And they found that after the oil spill, the
03:17:49  24  environmental agencies sampled the air for VOCs, and the levels
03:17:54  25  that they found were very low and were not likely to result in

**ROBERT COX - DIRECT**

03:17:58  1    any increased cancer risk or long-term health effects.

03:18:03  2    **Q.**   Now, we saw that NIOSH was an occupational agency.  Was

03:18:09  3    this evaluation also done for occupational?

03:18:11  4    **A.**   No.  CDC, ATSDR, and EPA primarily were involved with the

03:18:19  5    community exposures.

03:18:22  6    **Q.**   So the point is clear for us, there was sampling that was

03:18:26  7    conducted to evaluate the exposure of the cleanup workers.  Is

03:18:31  8    that fair?

03:18:32  9    **A.**   Yes.

03:18:32  10   **Q.**   There was more sampling done, a different set of samples

03:18:36  11   taken to evaluate whether citizens were being exposed?

03:18:39  12   **A.**   Yes.

03:18:42  13   **Q.**   You have looked at both sets of data?

03:18:44  14   **A.**   I have.

03:18:47  15   **Q.**   We talked about these federal agencies, and we have

03:18:50  16   highlighted a few of their conclusions.  Did any of the state

03:18:53  17   agencies also look into this question in the aftermath of the

03:18:57  18   spill?

03:18:57  19   **A.**   They did.

03:18:58  20   **Q.**   Did you help us create a slide to illustrate that?

03:19:00  21   **A.**   I did.

03:19:01  22           **MR. JARRETT:**  Can we bring up D-35107, please.

03:19:05  23           **THE WITNESS:**  Yes.  All of the health departments

03:19:11  24   from each of the four states, as well as their environmental

03:19:14  25   departments within the state, also were involved in the

**ROBERT COX – DIRECT**

03:19:17  1  response to the *Deepwater Horizon* oil spill.

03:19:20  2  BY MR. JARRETT:

03:19:21  3  **Q.**   Did they issue findings as a result of their work?

03:19:24  4  **A.**   Yes, sir.

03:19:24  5  **Q.**   Are those findings also publicly available?

03:19:27  6  **A.**   Yes.

03:19:27  7  **Q.**   Did you review them?

03:19:28  8  **A.**   I did.

03:19:31  9  **Q.**   Did you find those state department findings to be

03:19:34  10  reliable?

03:19:35  11  **A.**   Yes.

03:19:37  12  **Q.**   Did you find those state findings to be the sort of

03:19:41  13  information ordinarily relied on by an expert in the field?

03:19:46  14  **A.**   Yes.

03:19:46  15  **Q.**   The state agencies, who did their work independently from

03:19:51  16  the federal government, did they reach the same or different

03:19:54  17  conclusions than you did?

03:19:55  18  **A.**   The state agencies reached the same conclusions as well.

03:20:01  19  **Q.**   Are there any of these state conclusions or findings that

03:20:04  20  you would particularly like to highlight for our information?

03:20:07  21  **A.**   Yes.  I picked a couple.

03:20:10  22       **MR. JARRETT:**  Can we bring up D-35107.1.

03:20:12  23  BY MR. JARRETT:

03:20:15  24  **Q.**   Can you tell us what we are looking at here, Dr. Cox.

03:20:17  25  **A.**   Yes.  This is a statement from the Louisiana Department of

ROBERT COX - DIRECT

03:20:19　1　Environmental Quality, and they stated that "Monitoring data

03:20:23　2　has not shown any exceedances of any state or federal air

03:20:29　3　quality standards since the oil spill began," and this was in

03:20:33　4　July 2010.

03:20:34　5　Q.　This seems similar to what the federal agencies found?

03:20:37　6　A.　Yes.

03:20:38　7　Q.　Is that why it was significant to you?

03:20:40　8　A.　Yes.

03:20:44　9　Q.　Is there another state finding that is useful to you?

03:20:47　10　A.　Yes.

03:20:48　11　Q.　And that you want to highlight for us?

03:20:50　12　A.　Yes.

03:20:51　13　　　　MR. JARRETT:　Can you bring up D-35107.2.

03:20:53　14　BY MR. JARRETT:

03:20:56　15　Q.　Doctor, explain what we are looking at here, please.

03:20:58　16　A.　Yes.　This is a statement from the Mississippi State

03:21:00　17　Department of Health.　It was published in September of 2011.

03:21:05　18　　　　They found that "Reviews of the data indicated that

03:21:09　19　there were no increases of health effects attributable to oil

03:21:15　20　in the monitored illness in the coastal area over the time of

03:21:20　21　the spill."

03:21:21　22　Q.　Is this what was referred to in the profession as "health

03:21:25　23　surveillance"?

03:21:25　24　A.　Yes.　And so this is somewhat different.　So far we have

03:21:29　25　been talking about toxicology-type information where we look at

**ROBERT COX - DIRECT**

03:21:33   1   air monitoring data, compare it to health standards, and use it

03:21:38   2   as a predictive tool.

03:21:38   3           This is sort of looking at it in the opposite

03:21:40   4   direction for corroboration where the health departments from

03:21:40   5   each state -- the CDC did this as well.  They monitored for

03:21:50   6   certain types of health complaints or illnesses along the Gulf

03:22:00   7   Coast.

03:22:00   8   **Q.**   How did they do that?

03:22:01   9   **A.**   Primarily by collecting health information from either the

03:22:04   10   hospitals on the coast or, for example, hospitals in

03:22:09   11   New Orleans.

03:22:09   12   **Q.**   Did you find this health surveillance information helpful

03:22:12   13   to you?

03:22:12   14   **A.**   I did, because it was -- once again, it was consistent

03:22:17   15   with the air monitoring information.  And with that

03:22:23   16   information, it all said that we really shouldn't be seeing any

03:22:26   17   illness.

03:22:28   18           It was nice to go at it from the opposite direction,

03:22:34   19   from the health surveillance, and say the health departments

03:22:34   20   and the CDC didn't find any illnesses either.

03:22:37   21   **Q.**   Just for my own clarity, you used the word "information."

03:22:41   22   What you are telling us is that analysis of the sampling data

03:22:45   23   would have predicted effects or no effects from the

03:22:51   24   constituents?

03:22:52   25   **A.**   It would have predicted no effects, again, because the

ROBERT COX - DIRECT

03:22:55  1   levels were so far below the toxicology benchmarks.
03:22:59  2   **Q.**   When the state agencies did their surveillance to see if
03:23:04  3   those illnesses were cropping up, what did they find?
03:23:08  4   **A.**   They pretty much did not find any illnesses.
03:23:12  5   **Q.**   Do you have a slide that kind of catalogs those findings?
03:23:16  6   **A.**   I do.
03:23:19  7           MR. JARRETT:  Can we bring up D-35117, please.
03:23:21  8   BY MR. JARRETT:
03:23:26  9   **Q.**   Doctor, can you explain what this slide depicts, please.
03:23:29  10  **A.**   Yes.  These are some findings from both the CDC as well as
03:23:34  11  Louisiana and Mississippi health departments.  CDC, their
03:23:37  12  surveillance revealed no trends of public health concern
03:23:41  13  related to the oil spill.
03:23:42  14          The Louisiana Department of Health and Hospitals,
03:23:43  15  their health department, their surveillance showed no increase
03:23:48  16  in asthma and upper respiratory symptoms in New Orleans
03:23:52  17  hospitals.  And they monitored seven New Orleans hospitals,
03:23:56  18  looked at respiratory complaints and asthma and compared them
03:24:02  19  to data from the previous three years, and there was no
03:24:05  20  increase whatsoever.
03:24:09  21  **Q.**   The state and federal surveillance findings are consistent
03:24:13  22  with what the exposure data would have predicted?
03:24:16  23  **A.**   Yes, they are consistent.
03:24:18  24  **Q.**   We have talked about what the federal government studied
03:24:21  25  and found and what the state government studied and found.

ROBERT COX - DIRECT

03:24:24  1    Let's talk about what you did independently from that.

03:24:27  2              Have you prepared a slide that outlines your

03:24:29  3    independent work?

03:24:30  4    A.   Yes.

03:24:31  5              MR. JARRETT:  Can we bring up D-35108.

03:24:37  6    BY MR. JARRETT:

03:24:37  7    Q.   This slide is entitled "Steps Performed in Reaching

03:24:40  8    Independent Conclusions."  Can you walk us through your process

03:24:45  9    when you went about doing your work to reach your own opinions.

03:24:49  10   A.   Yes.  The first thing I did was a very thorough data

03:24:52  11   review and analysis of the available monitoring data that was

03:24:58  12   done, and I will go through some of that in just a minute.

03:25:02  13   Excuse me.  Then, with that, I evaluated the potential

03:25:07  14   inhalational exposures, did a toxicological risk assessment.

03:25:14  15             The third thing was to look at potential dermal and

03:25:17  16   oral exposures.  And then finally, as we just mentioned, I

03:25:19  17   looked at the health surveillance information.

03:25:22  18   Q.   So we've talked about step 4?

03:25:23  19   A.   Yes.

03:25:24  20   Q.   All right.  Did you prepare a slide to show what was

03:25:28  21   involved in each of the three steps that you have outlined for

03:25:32  22   us here?

03:25:32  23   A.   I did.

03:25:33  24             MR. JARRETT:  Can we bring up D-35270, please.

          25

OFFICIAL TRANSCRIPT

**ROBERT COX - DIRECT**

BY MR. JARRETT:

Q.   Dr. Cox, this is a slide that I think depicts the data
sources that you had access to.  Is that right?

A.   Yes.  All of these were publicly available data, and I
accessed it through the Internet and downloading them.

Q.   To explain the table that we are looking at, can you tell
us first what this information is in the left-hand column.

A.   Yes.  In the left-hand column here, first of all, there's
a number of acronyms primarily for, first of all, federal
agencies, or who collected the data that we're referring to.
Then the BP data is next.  And then finally, there was some --
a study that was done by OSAT, the Operational Science Advisory
Team, for the Federal On-Scene Coordinator.

Q.   The OSHA data is federal data collected, right?

A.   Yes.

Q.   Is that true for NIOSH also?

A.   Yes.

Q.   Is that true for EPA?

A.   Yes.

Q.   Is that true for the OSAT data at the bottom?

A.   Yes.  The OSAT was a collection of scientists from various
agencies.

Q.   Who put that collection of scientists together?

A.   The Federal On-Scene Coordinator.

Q.   I see that the type of data is divided into what we talked

**ROBERT COX - DIRECT**

03:26:58  1   about earlier, occupational and community.  Is that fair?

03:27:02  2   **A.**   That's fair.  The first, where it says occupational, these

03:27:05  3   are workers, samples that were collected to look at exposures

03:27:10  4   for workers.

03:27:12  5          The community data, next, is sampling data that was

03:27:16  6   looked at along the Gulf Coast, what Gulf Coast residents might

03:27:22  7   have been exposed to.

03:27:23  8          The branch area perimeter that's below that, these

03:27:27  9   are areas along the Gulf Coast that were performing

03:27:30  10  decontamination, washing off vessels or possibly some waste

03:27:35  11  disposal in an area; and BP set up monitors and collected

03:27:41  12  samples downwind of those to make sure that there was nothing

03:27:44  13  from that blowing downwind into a community.

03:27:47  14  **Q.**   Have you ever seen any criticisms of any of the data

03:27:52  15  collection process?

03:27:53  16  **A.**   No, I have not.

03:27:54  17  **Q.**   Have you seen any criticism of the analyses that were run

03:27:59  18  on that data?

03:28:01  19  **A.**   That I did?

03:28:01  20  **Q.**   That anybody did.  Did any --

03:28:02  21  **A.**   No, I'm sorry, I haven't.

03:28:04  22  **Q.**   Is this the same data that was used by the federal and

03:28:09  23  state governments to reach their conclusions that we saw

03:28:13  24  earlier?

03:28:13  25  **A.**   Yes.  Although I'm not aware that any -- well, I guess

**ROBERT COX - DIRECT**

03:28:14  1  they did.  CDC and EPA looked at pretty much all of the data;

03:28:19  2  and so, yes, it's the same data that they used.

03:28:22  3  **Q.**   Is the data -- were the data that you -- you looked at

03:28:25  4  these data yourself?

03:28:27  5  **A.**   I did.

03:28:28  6  **Q.**   That's a lot of -- 1.4 million is a lot to look at.  How

03:28:31  7  do you do that?

03:28:34  8  **A.**   Computers are wonderful, and I did a lot of this with

03:28:37  9  computer assistance.

03:28:43  10  **Q.**   Did you find the data to be consistent or inconsistent?

03:28:47  11  **A.**   That was one of the nice things here.  Again, a minute ago

03:28:53  12  we were talking about the agencies and their findings, but the

03:28:57  13  data itself was very consistent.  In other words, sometimes

03:29:00  14  I've been involved in issues where one dataset might say, oh,

03:29:04  15  there's not a problem there, and another one says there is.

03:29:06  16  This data wasn't like that.  All of it was very, very

03:29:10  17  consistent.  Even if you looked at the community data and the

03:29:13  18  data that was collected downwind of the waste disposal, even

03:29:18  19  that was very, very similar.

03:29:23  20  **Q.**   One of the witnesses that testified last week, Dr. Cox,

03:29:28  21  was Dr. Clapp, an epidemiologist who was called by the

03:29:32  22  United States.  Have you seen his testimony?

03:29:34  23  **A.**   Yes, I have.

03:29:34  24  **Q.**   Have you seen his reports?

03:29:36  25  **A.**   Yes.

**ROBERT COX - DIRECT**

03:29:37  1   **Q.**   He expressed an observation that he thought the NIOSH

03:29:40  2   dataset was incomplete.  In your view, is that a fair

03:29:44  3   characterization of that dataset?

03:29:47  4   **A.**   No.  I think, for what they did, it was very complete.

03:29:50  5   And Dr. Howard, their director, in his deposition, he said that

03:29:55  6   their evaluation was complete.

03:29:57  7        Now, as you see, that's actually the smallest dataset

03:30:01  8   that we have here.  And if that's the only thing somebody

03:30:03  9   looked at, because it was very easily available in the back of

03:30:06  10  the HHEs, one might say, well, that's just not enough.

03:30:11  11       But it wasn't the only thing.  You've got to look at

03:30:14  12  all of the data, and we look at the fact that OSHA had nearly

03:30:19  13  twice as many and BP 20 times as many.

03:30:21  14  **Q.**   You did look at all those data, did you not, sir?

03:30:25  15  **A.**   Yes.

03:30:26  16  **Q.**   After you do this data analysis and you review the data,

03:30:30  17  collect the data, what's the next step in your process?

03:30:34  18       Do we have a slide to illustrate that?

03:30:38  19       You have to answer me.

03:30:39  20  **A.**   I'm sorry.  Yes.  I was working on clearing the screen.

03:30:43  21  **Q.**   Thank you.

03:30:44  22       **THE COURT:**  Press the right button this time.

03:30:48  23       **THE WITNESS:**  I did.  I got it this time.

03:30:49  24       **MR. JARRETT:**  Can we bring up D-35108.2, please.

25

**ROBERT COX - DIRECT**

**BY MR. JARRETT:**

03:30:53  1

03:30:54  2  **Q.**   This is step 2 in your process, sir, the evaluation of

03:30:57  3  potential inhalation exposures and a toxicological risk

03:31:02  4  assessment?

03:31:03  5  **A.**   Yes.

03:31:04  6  **Q.**   First, I think you need to tell us what that is.  What is

03:31:08  7  a toxicological risk assessment?

03:31:10  8  **A.**   That's a process of looking at the air monitoring data and

03:31:16  9  comparing it to levels that are known or expected to be either

03:31:24  10  bad or good, that were protective and not toxic.

03:31:31  11  **Q.**   Why is that a necessary step in offering opinions on

03:31:36  12  exposure-related health effects?

03:31:40  13  **A.**   Well, in toxicology, one of our favorite statements is

03:31:44  14  "dose is everything."  And some things can be toxic at certain

03:31:48  15  doses; and then at low doses, there is no danger whatsoever.

03:31:52  16        And even things that are considered to be completely

03:31:56  17  safe, drinking water or possibly even breathing oxygen, in

03:32:05  18  certain situations those can be toxic.

03:32:10  19  **Q.**   Can a person assess the risk of adverse future health

03:32:15  20  risks from exposure-related chemicals without doing such an

03:32:19  21  assessment?

03:32:20  22  **A.**   No.

03:32:21  23  **Q.**   Has any other expert to testify in this case done a

03:32:26  24  toxicological risk assessment?

03:32:28  25  **A.**   Not that I'm aware of.

ROBERT COX - DIRECT

03:32:31  1  **Q.**   Have you brought up a slide to explain what -- have you

03:32:34  2  created a slide to explain what's involved in preparing one of

03:32:39  3  those toxicological risk assessments?

03:32:42  4  **A.**   I did.

03:32:43  5         **MR. JARRETT:**   Can we bring up, please, D-35109.

03:32:45  6  Thank you.

03:32:47  7  **BY MR. JARRETT:**

03:32:50  8  **Q.**   I see this illustrates a four-step process to do a risk

03:32:55  9  assessment.  Can you tell us, please, what's involved.

03:32:57  10  **A.**   Yes.  I sort of customized this to the work involved with

03:33:01  11  the *Deepwater Horizon* oil spill.

03:33:03  12         The first step is identification of the hazards:

03:33:05  13  What chemicals are we looking at both associated with oil,

03:33:08  14  dispersants, or possibly the in-situ burning?

03:33:12  15         The second step, then, is to look at what data we

03:33:15  16  have available that says this is a safe level for those

03:33:19  17  chemicals.

03:33:21  18  **Q.**   Does that involve the use of benchmarks?

03:33:23  19  **A.**   It does.

03:33:25  20  **Q.**   Before I get to those benchmarks, I want to ask you this:

03:33:27  21  Is this approach that you followed and have outlined for us

03:33:33  22  here the standard protocol for toxicological risk assessment in

03:33:37  23  our country?

03:33:38  24  **A.**   Yes, it is.  For this type of work, it is.  And this is

03:33:42  25  what was used by the various federal agencies in this

OFFICIAL TRANSCRIPT

1456

ROBERT COX - DIRECT

03:33:45  1  situation.

03:33:46  2  Q.   All right.  You mentioned benchmarks.  We alluded to them

03:33:49  3  earlier.  Have you created a slide to illustrate precisely what

03:33:54  4  a benchmark is?

03:33:55  5  A.   Yes.

03:33:56  6         MR. JARRETT:  Can we bring up D-35140, please.

03:33:59  7  BY MR. JARRETT:

03:34:02  8  Q.   Can you tell us what we're looking at here, Dr. Cox.

03:34:04  9  A.   Yes.  These are the three agencies that are primarily

03:34:08  10  responsible for developing benchmarks for occupational workers.

03:34:13  11  Well, I should say the first two, OSHA and NIOSH, are federal

03:34:19  12  agencies.  ACGIH, the American Conference of Governmental

03:34:25  13  Industrial Hygienists, is a private organization.  They all do

03:34:29  14  independent work and develop benchmarks for occupational

03:34:34  15  workers.

03:34:35  16         What a benchmark is, it's a level of potential

03:34:39  17  exposure that below that level, no adverse health effects

03:34:45  18  should be expected.  And again, for the occupational exposures,

03:34:48  19  we are looking at an exposure 40 hours a week over a working

03:34:55  20  lifetime, 30 to 40 years.

03:34:58  21  Q.   These are three different -- well, two are federal

03:35:01  22  agencies and one's a private group.  Do they have identical or

03:35:05  23  different benchmarks for particular chemicals?

03:35:09  24  A.   Now, each of them are always working on kind of something

03:35:13  25  independently.  OSHA's are legally enforceable; and when they

ROBERT COX - DIRECT

03:35:17   1  have to change theirs, as I understand it, it's a lot more of a

03:35:22   2  big deal because they have to go through federal approval and

03:35:25   3  whatever.

03:35:25   4         But, yeah, they each develop these levels, and they

03:35:27   5  are not always the same.  That's one of the reasons why I think

03:35:31   6  it's very, very important to not just look at, say, OSHA's

03:35:35   7  levels.  I looked at all three of them.  And actually -- but

03:35:38   8  the federal agencies did the same thing, they looked at all

03:35:41   9  three.

03:35:42  10  Q.   So you compared the sampling data to the benchmark for all

03:35:47  11  applicable benchmarks.  Is that what you are telling us?

03:35:53  12  A.   I did.

03:35:54  13         MR. JARRETT:  Can we go back to the prior slide,

03:35:55  14  please, D-35109.

03:35:58  15  BY MR. JARRETT:

03:35:58  16  Q.   If you could -- Dr. Cox, this is your four-step process

03:36:02  17  for risk assessment.  Can you walk us through the balance of

03:36:04  18  the slide, please.

03:36:07  19  A.   Yes.  The next step is an exposure assessment, which

03:36:10  20  basically is to take the data and analyze it and say, this is

03:36:16  21  the average or the median value that an individual might have

03:36:19  22  been exposed to.  And then the final step is just putting

03:36:24  23  together the exposure data with the benchmark and comparing the

03:36:30  24  two.

03:36:32  25  Q.   What form does the resulting product take?

**ROBERT COX - DIRECT**

03:36:39  1   A.   I'm sorry, could you --

03:36:40  2   Q.   Yes.  How are the data -- how are the results of your

03:36:43  3   analysis presented?  In what format?  Are they in graphs or

03:36:47  4   tables?

03:36:48  5   A.   I'm sorry.  They are in tables in my report.

03:36:51  6   Q.   Have you created a slide to illustrate how those tables

03:36:55  7   will appear in your report?

03:36:58  8   A.   I have.

03:36:59  9        MR. JARRETT:  Can we bring up D-35110.

03:37:03  10  BY MR. JARRETT:

03:37:06  11  Q.   Dr. Cox, I understand these are call-outs of the slides --

03:37:08  12  on this slide from Table 7 through 13 of your initial report?

03:37:13  13  A.   Yes.

03:37:15  14  Q.   Can you describe generally how these tables -- what these

03:37:19  15  tables show.

03:37:20  16  A.   Yes.  In the left-hand column here, this would be the

03:37:26  17  chemicals.  The next column would be the number of results for

03:37:30  18  those chemicals.  A lot of these, depending on which we were

03:37:34  19  looking at, had a lot of nondetects.  In other words, whatever

03:37:38  20  concentration they were present at was below the analytical

03:37:42  21  detection limit.

03:37:43  22        I then calculated a central value using medians.  I

03:37:46  23  also compared a 95th percentile, and then I compared the median

03:37:54  24  to the three different occupational benchmarks.

03:37:57  25  Q.   So this is an occupational -- these results that we see on

**ROBERT COX - DIRECT**

03:38:00  1   here are an analysis of the samples involving the workers?
03:38:05  2   **A.**   Yes.
03:38:05  3   **Q.**   And there are similar tables for the public at large?
03:38:10  4   **A.**   Yes.
03:38:11  5   **Q.**   You described having calculated the median.  Is that the
03:38:16  6   standard toxicological approach?
03:38:17  7   **A.**   You need a central approach, either a median or a mean.
03:38:21  8   In this case, since there were -- for some of the other data,
03:38:24  9   there were so many nondetects, I chose to use a median.
03:38:29  10  **Q.**   The mean, is it -- I won't get into it; but if you use the
03:38:34  11  mean, it brings the number too low, wouldn't it?
03:38:36  12  **A.**   No.  The mean is an average, and you have to have -- to
03:38:38  13  really calculate a mean, you have to have real data.  And so if
03:38:41  14  you have a lot of nondetects, you really can't calculate a mean
03:38:45  15  without putting artificial values into it.
03:38:48  16         There is a way to do it mathematically with a median,
03:38:52  17  to get it, if you still have nondetect values.
03:38:56  18  **Q.**   So after you do this work, what did you determine in terms
03:39:01  19  of whether these median values were above or below these
03:39:07  20  benchmarks that we talked about?
03:39:09  21  **A.**   Almost uniformly they were below the benchmarks.
03:39:12  22  **Q.**   To what degree were they below the benchmarks?
03:39:15  23  **A.**   A lot.
03:39:16  24  **Q.**   Have you prepared a slide to illustrate that, sir?
03:39:18  25  **A.**   Yes.

ROBERT COX - DIRECT

03:39:19  1        MR. JARRETT:  Can we bring up D-35111-A.
03:39:22  2   BY MR. JARRETT:
03:39:25  3   Q.   Is this a graph or a chart that you created, Doctor?
03:39:29  4   A.   Yes, it is.
03:39:31  5   Q.   Tell us generally -- I'll ask some specific questions, but
03:39:34  6   generally what's depicted here?
03:39:36  7   A.   Yes.  Along the top here -- first of all, we have three of
03:39:40  8   what's known as the BTEX compounds.  Those are the volatile
03:39:47  9   hydrocarbons that are of most -- the BTEX compounds are the
03:39:51  10  most concerned for toxicity from breathing vapors of oil;
03:39:52  11  naphthalene, which is the lightest of the polycyclic aromatic
03:39:59  12  hydrocarbons; and then 2-butoxyethanol that is a dispersant
03:40:06  13  chemical.  And I just chose these as example chemicals.
03:40:08  14  Q.   You examined for a lot more chemicals than are on this
03:40:10  15  chart?
03:40:10  16  A.   Yes, but if you put them all on this, it would just get
03:40:14  17  too cluttered.
03:40:16  18  Q.   So you've selected some -- I guess you would call
03:40:18  19  examples.  Right?
03:40:19  20  A.   Yes.
03:40:19  21  Q.   What's this line across the page that's labeled
03:40:21  22  "Benchmark"?
03:40:23  23  A.   Okay.  So for each of those, this line would be the
03:40:25  24  benchmark.
03:40:31  25  Q.   Ideally, do you want the results to be above or below the

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

03:40:34  1  benchmarks?

03:40:35  2  **A.**   You want them to be below the benchmark if you want to

03:40:39  3  protect human health.

03:40:40  4  **Q.**   How many of these findings here are above the benchmark?

03:40:44  5  **A.**   None.

03:40:48  6  **Q.**   Can you explain the degree -- pick any one of these that

03:40:57  7  you like, but can you explain the degree to which the data that

03:41:00  8  you examined were below the benchmarks.

03:41:04  9  **A.**   Yes.  And let me say also that the data I'm using here are

03:41:07  10  from NIOSH and EPA, and the reason I chose those is they had

03:41:12  11  the lowest detection limits.  And so we had a lot of real

03:41:16  12  values instead of just 95 percent nondetects.  And so it

03:41:20  13  allowed us to look at this.

03:41:22  14         But let me give you an example for toluene.  For

03:41:26  15  NIOSH and OSHA, for their benchmarks, actually we were more

03:41:31  16  than 25,000 times below the benchmark.  ACGIH has a more

03:41:38  17  conservative benchmark here, and so it was still, I think,

03:41:41  18  12 1/2 thousand times below.  And then for the community for

03:41:46  19  EPA, we were about 6,000 times below.

03:41:53  20  **Q.**   And there's been a discussion -- or I think there's a

03:41:57  21  discussion in the literature about orders of magnitude and how

03:42:00  22  many orders of magnitude the findings are below a pertinent

03:42:05  23  benchmark.

03:42:05  24  **A.**   Yes.  A lot of these were two to three orders of magnitude

03:42:10  25  below.

ROBERT COX - DIRECT

03:42:11  1          Let me give you one more example for toluene.  Even
03:42:14  2   this value here that looks close, that was a thousand times
03:42:18  3   below.  And so that's three orders of magnitude below the
03:42:21  4   benchmark.  Naphthalene is the simplest of the PAHs, polycyclic
03:42:29  5   aromatic hydrocarbons, and all of those were between a thousand
03:42:33  6   and 5,000 times below the benchmark.
03:42:37  7   Q.   If we were to graph all of the other chemicals you've
03:42:39  8   examined, would they look demonstrably like this?
03:42:43  9   A.   For the most part, yes.
03:42:45  10  Q.   Is the degree to which these data points are below the
03:42:50  11  benchmark meaningful in your business?
03:42:53  12  A.   Well, I would say it's reassuring.  First of all, if
03:42:55  13  they're below the benchmark at all, we shouldn't expect any
03:42:58  14  adverse health effect because, first of all, people were only
03:43:02  15  being exposed for days to weeks to a couple of months.  And for
03:43:07  16  example, the occupational benchmarks were developed for a
03:43:11  17  30-year working lifetime of being exposed to that amount every
03:43:15  18  day.  The community benchmarks were developed for at least a
03:43:19  19  year.
03:43:21  20          And so just being below the benchmark in and of
03:43:25  21  itself is something.  But when it's so far below the benchmark,
03:43:28  22  it just tells me that there really wasn't anything to worry
03:43:31  23  about here.
03:43:32  24  Q.   We heard last week and during Dr. Clapp's testimony about
03:43:37  25  a constituent called benzene.  Have you prepared a graph to

ROBERT COX - DIRECT

03:43:41  1   illustrate your benzene findings?

03:43:44  2   A.   I did.

03:43:44  3          MR. JARRETT:  Can we bring up D-35112.

03:43:47  4   BY MR. JARRETT:

03:43:51  5   Q.   Dr. Cox, this graph or chart looks much similar to the one

03:43:55  6   that we saw just a moment ago, but can you tell us what we are

03:43:58  7   looking at here.  Is it set up the same way?

03:44:01  8   A.   Sure, and let me tell you the reason it's separated.

03:44:03  9   Because benzene, at high concentrations in an industrial

03:44:10  10  situation for a long period of exposure, is known to be a human

03:44:14  11  carcinogen.  And so because of that, the agencies that put

03:44:19  12  benchmarks out for benzene, they're much lower than the

03:44:23  13  benchmarks for other chemicals.  And so instead of being

03:44:26  14  thousands of time lower, we are a little bit closer.

03:44:29  15          But let me say one other thing.  For benzene, the

03:44:33  16  data from NIOSH and from EPA, which was the most sensitive, the

03:44:38  17  best detection limits, even that was, for the most part, the

03:44:44  18  means -- the medians were in the nondetectable range.  And so

03:44:47  19  we don't know what the true value is.  We know that it's less

03:44:51  20  than a certain amount.

03:44:52  21          And so when we look at this, that's why I say that

03:44:55  22  it's at -- for example, benzene and let's take the NIOSH

03:45:01  23  occupational safety level, it's at least a hundred times below

03:45:05  24  that.

03:45:08  25  Q.   Could be more?

**ROBERT COX - DIRECT**

| | | |
|---|---|---|
| 03:45:09 | 1 | **A.** Probably is more, but we don't know how far below that it |
| 03:45:13 | 2 | is. |
| 03:45:13 | 3 | And for the community, we are at least 32 times |
| 03:45:16 | 4 | below. Once again, we don't know how much further below it is. |
| 03:45:22 | 5 | And actually, with benzene, if you look at the data that was |
| 03:45:25 | 6 | collected right over the oil spill by NOAA, as it turns out, |
| 03:45:32 | 7 | the BTEX compounds, benzene, toluene, ethylbenzene, they are |
| 03:45:40 | 8 | water soluble. And so when the oil was released and went |
| 03:45:43 | 9 | 5,000 feet up to the surface, they dissolved. So right over |
| 03:45:47 | 10 | the oil spill, the levels of benzene were actually less than we |
| 03:45:55 | 11 | saw anywhere else. |
| 03:45:56 | 12 | **Q.** In other words, right where you thought they should -- one |
| 03:45:58 | 13 | might think intuitively they would be the highest, that wasn't |
| 03:46:00 | 14 | the case? |
| 03:46:01 | 15 | **A.** No, they were the lowest. |
| 03:46:03 | 16 | **Q.** So it sounds like this is reassuring data, Doctor. Is |
| 03:46:07 | 17 | that your opinion? |
| 03:46:07 | 18 | **A.** Yes, it is. |
| 03:46:08 | 19 | **Q.** Have you reached conclusions regarding the potential |
| 03:46:12 | 20 | inhalation exposures of *Deepwater Horizon* compounds based on |
| 03:46:15 | 21 | your risk assessment? |
| 03:46:17 | 22 | **A.** I have. |
| 03:46:17 | 23 | **Q.** Do we have a slide to depict your conclusions, sir? |
| 03:46:22 | 24 | **A.** I'm sorry, yes. |
| 03:46:25 | 25 | **MR. JARRETT:** Can we bring up D-35113, please. |

**ROBERT COX - DIRECT**

03:46:27  1    **BY MR. JARRETT:**

03:46:31  2    **Q.**   Can you tell us what your conclusions are about these

03:46:35  3    inhalational exposures that you analyzed.

03:46:39  4    **A.**   Yes.  Both cleanup workers as well as Gulf Coast residents

03:46:43  5    were not exposed to airborne concentrations of chemical

03:46:47  6    compounds either from dispersants or from the oil at levels

03:46:50  7    that were expected to result in any significant adverse health

03:46:54  8    effects.

03:46:55  9    **Q.**   What about the second conclusion, sir?

03:46:58  10   **A.**   Yes.  Let me say with that that all of these chemicals,

03:47:02  11   these BTEX chemicals and a lot of the hydrocarbons, they're in

03:47:10  12   air everywhere.  They're products of any burning, cigarette

03:47:13  13   smoking, automobile emissions, and so forth.  And that's why I

03:47:19  14   said they were slightly higher right along the coast than they

03:47:23  15   actually were right over the *Deepwater Horizon* oil spill and

03:47:27  16   they were removed from the oil.

03:47:28  17          So I feel that what we are actually measuring was

03:47:35  18   environmental levels of those chemicals.  And so any airborne

03:47:39  19   exposures to Gulf Coast residents were actually at or below

03:47:44  20   levels that were typical for outdoor ambient air

03:47:47  21   concentrations.  And as it turns out, the concentrations

03:47:50  22   indoors are always higher, and so they are less than indoor air

03:47:55  23   concentrations.

03:47:56  24   **Q.**   Doctor, remind us -- back on your first bullet point about

03:48:01  25   the nonexposure at levels that should be of concern, is that

ROBERT COX - DIRECT

03:48:06  1    consistent with the government findings or inconsistent with
03:48:08  2    the government findings?
03:48:10  3    A.    It's completely consistent with the government findings.
03:48:12  4    Q.    What degree of confidence do you have in your opinions
03:48:15  5    that you have expressed here?
03:48:16  6    A.    I'm very confident, especially considering how far below
03:48:20  7    the benchmarks the data really was.
03:48:23  8    Q.    Last week when Dr. Clapp testified, he mentioned that one
03:48:30  9    federal agency -- I think the National Institute of Health --
03:48:32  10   have commissioned an ongoing health study of response workers,
03:48:38  11   and Dr. Clapp says we will know some day.
03:48:44  12           What's your opinion about the need of that health
03:48:47  13   study and its likely results, if you have one?
03:48:49  14   A.    I do.
03:48:51  15           First of all, the science that we just talked about
03:48:53  16   all of this certainly does not suggest that there were any
03:48:55  17   exposures that would result in any either short or long-term
03:48:59  18   health effects.
03:49:02  19           Dr. Howard from NIOSH stated -- he also stated that
03:49:08  20   because the levels were so far below the occupational exposure
03:49:13  21   limits, that his epidemiologists at NIOSH also looked at this
03:49:18  22   and said that they felt it would not be productive.
03:49:22  23           The final thing I'll mention about that is that we
03:49:25  24   are just about five years past the *Deepwater Horizon* oil spill,
03:49:33  25   and I'm not aware of any information that has come out

**ROBERT COX - DIRECT**

03:49:36    1    suggesting that we have any adverse health effects at this

03:49:40    2    point in time.

03:49:41    3    **Q.**    That's where that health surveillance piece comes in?

03:49:45    4    **A.**    Well, that health surveillance piece was for the first

03:49:48    5    year.  I'm just talking medically of listening to things and

03:49:50    6    what's around.  I haven't seen anything published, any

03:49:52    7    information stating that, Oh, something is starting to pop up.

03:49:55    8         I mean, compare that to what we saw after the Twin

03:49:58    9    Towers.  We knew people were exposed to very, very high

03:50:02   10    concentrations of dust.  Within two years, we were seeing those

03:50:08   11    health effects.

03:50:10   12    **Q.**    Just as predicted by the science of toxicology?

03:50:15   13    **A.**    Yes.

03:50:17   14    **Q.**    So moving past that study, Dr. Clapp also testified about

03:50:23   15    a NIOSH survey that was conducted during the response that he

03:50:29   16    suggested showed substantial health effects to response

03:50:34   17    workers.  Are you familiar with the document that Dr. Clapp was

03:50:37   18    reviewing?

03:50:38   19    **A.**    I am.

03:50:39   20    **Q.**    Have you prepared a slide to discuss your opinions about

03:50:42   21    that?

03:50:42   22    **A.**    Yes.

03:50:43   23         **MR. JARRETT:**  Can you bring up D-35142, please.

03:50:49   24    **BY MR. JARRETT:**

03:50:51   25    **Q.**    Dr. Cox, those of us in the courtroom will remember that

ROBERT COX - DIRECT

03:50:53  1   Dr. Clapp discussed this convenience survey last week and
03:51:01  2   specifically this table suggesting that the table was -- showed
03:51:07  3   substantial respiratory health impacts.  And you have read his
03:51:13  4   testimony?
03:51:13  5   A.   Yes.
03:51:14  6   Q.   First of all, what is a convenience survey?
03:51:16  7   A.   Well, this was not some type of a well-designed study.  It
03:51:21  8   was just they passed out a questionnaire of people who were
03:51:25  9   showing up to work that day, and the study cannot show
03:51:33  10  causation.
03:51:34  11          The other thing I would mention here is even
03:51:36  12  though --
03:51:37  13  Q.   Can I back up a second?
03:51:39  14  A.   I'm sorry.
03:51:40  15  Q.   Is the study even designed to attempt to show causation?
03:51:42  16  A.   No, that's why I said it can't show causation; it's not
03:51:46  17  designed to do that.
03:51:47  18  Q.   It's not even a study.  You used the word "survey."
03:51:51  19  What's the difference?
03:51:52  20  A.   Well, a survey is -- again, it's just a little convenience
03:51:55  21  survey.  They passed out these questionnaires and said, fill
03:51:57  22  this out.
03:52:01  23  Q.   Would you agree with Dr. Clapp's characterization that the
03:52:03  24  study shows potential health effects?
03:52:06  25  A.   No, I wouldn't.  These things, upper respiratory symptoms

ROBERT COX - DIRECT

03:52:09  1   or cough or even, for that matter, a little bit of lower
03:52:12  2   respiratory symptoms, these are what we call -- in toxicology
03:52:14  3   and in medicine, these are "irritant symptoms."  So they occur
03:52:18  4   whenever we are exposed to something that irritates us.
03:52:21  5            Let's say you -- of course, bars don't have any --
03:52:22  6   you would walk into a room and cigarette smoke was there.  I
03:52:29  7   know with me, my eyes burn, my nose burns, I might have a
03:52:34  8   cough.  But the thing with irritant symptoms is it gets better
03:52:38  9   when you get away from it.  So it might affect me the next few
03:52:43  10  hours.  The next morning, I feel fine.
03:52:45  11           First of all, these are the types of symptoms --
03:52:47  12  again, these were people who were showing up to go to work that
03:52:50  13  day.
03:52:51  14  Q.   In other words, they were people who, if they had
03:52:53  15  symptoms, the symptoms weren't severe enough to keep them away
03:52:56  16  from work?
03:52:57  17  A.   No, and the symptoms were did this occur, you know, in the
03:53:00  18  past month or so?
03:53:01  19           The other thing, if you read it -- there's a couple
03:53:04  20  other things there.
03:53:05  21           Number one, although they list oil and dispersants,
03:53:08  22  really what they said -- this was a comparison of people who
03:53:12  23  worked on boats versus people who did not work on boats.  And
03:53:16  24  so what other types of potential exposures are there from
03:53:20  25  working on boats?  This could just be a comparison of people

**ROBERT COX - DIRECT**

| | | |
|---|---|---|
| 03:53:25 | 1 | working outdoors in the heat versus people working in an |
| 03:53:29 | 2 | air-conditioned room. |
| 03:53:30 | 3 | **Q.**   Did NIOSH itself, in this very document, illuminate some |
| 03:53:34 | 4 | of the limitations of its survey? |
| 03:53:37 | 5 | **A.**   They did. |
| 03:53:37 | 6 | **Q.**   Do we have a slide to show that? |
| 03:53:39 | 7 | **A.**   Yes. |
| 03:53:40 | 8 |          **MR. JARRETT:**  Can we bring up D-35145. |
| 03:53:44 | 9 |          **THE WITNESS:**  Yes -- |
| 03:53:44 | 10 | BY MR. JARRETT: |
| 03:53:45 | 11 | **Q.**   Is this a quote taken from the very same survey, Doctor? |
| 03:53:49 | 12 | **A.**   It is.  Actually, this was right below there.  And it |
| 03:53:51 | 13 | said:  In addition to possible chemical exposures from oil, |
| 03:53:55 | 14 | cleaning operations are exposure to road and gravel dust, |
| 03:53:59 | 15 | tobacco smoke, upper respiratory infections resulting from |
| 03:54:03 | 16 | crowded work and living conditions, previously existing medical |
| 03:54:09 | 17 | conditions, and symptoms resulting from overexertion in the |
| 03:54:12 | 18 | heat. |
| 03:54:13 | 19 |          And I would add a few things there.  Allergies from |
| 03:54:16 | 20 | being outside can most certainly do this as well.  And we also |
| 03:54:20 | 21 | know that there was a very large amount of tobacco use amongst |
| 03:54:25 | 22 | the cleanup workers, at least that's what NIOSH said. |
| 03:54:29 | 23 | **Q.**   What's the significance to you of the sentence that reads, |
| 03:54:34 | 24 | "The NIOSH survey did not account for those factors"? |
| 03:54:39 | 25 | **A.**   Well, that's why I think it's kind of a misleading to put |

**ROBERT COX - DIRECT**

03:54:42  1    this up here and say, Oh, this showed that there's potentially

03:54:45  2    something from either oil or dispersants because it didn't show

03:54:47  3    that.  They didn't take into account for these things.  And

03:54:50  4    whenever I'm looking at any type of a study on respiratory

03:54:54  5    symptoms and it doesn't control for smoking or secondhand

03:54:58  6    tobacco smoke, it doesn't tell me anything.

03:55:02  7    **Q.**   What about the last sentence where NIOSH comments that its

03:55:06  8    findings from this convenience sample of workers may not apply

03:55:10  9    to other workers in different locations?  What do you take from

03:55:13  10   that, infer from that document?

03:55:15  11   **A.**   Well, they actually did similar surveys of people working

03:55:19  12   on boats that were using dispersants around oil, and they

03:55:22  13   didn't have the same findings or complaints.  And so, again,

03:55:28  14   it's a simple convenience survey.  I don't think that you can

03:55:32  15   really take anything from it.

03:55:35  16   **Q.**   Is it appropriate science to use this survey that's not

03:55:39  17   even a study to make conclusions about causation?

03:55:42  18   **A.**   I certainly would never do it.

03:55:44  19   **Q.**   I want to change subjects now, Doctor, and move from your

03:55:48  20   inhalation assessment to your investigation of other pathways

03:55:51  21   of possible chemical exposure.  Did you look at other pathways?

03:55:56  22   **A.**   Yes, I did.

03:55:58  23   **Q.**   Have you created a slide to help us understand how?

03:56:00  24   **A.**   Yes.

03:56:01  25          **MR. JARRETT:**  Can you bring up D-35108.3.

**ROBERT COX - DIRECT**

03:56:04  1    **BY MR. JARRETT:**

03:56:08  2    **Q.**    So, Doctor, you have explained how you went about

03:56:11  3    evaluating inhalation exposures by performing a toxicological

03:56:19  4    risk assessment.  Can you do the same sort of thing for dermal?

03:56:22  5    **A.**    No, you can't.

03:56:23  6    **Q.**    How do you go about evaluating dermal and oil exposures?

03:56:28  7    **A.**    Well, first of all, with dermal exposure, there is no

03:56:31  8    reliable test that can be used to measure chemical exposures

03:56:37  9    from dermal exposure at the concentration levels that we were

03:56:41  10   dealing -- that were present for the *Deepwater Horizon* oil

03:56:46  11   spill.  There are some blood and urine tests that can be used

03:56:51  12   at very high concentrations in industrial situations when

03:56:55  13   you're dealing with very high levels, but not with the levels

03:56:58  14   that we were dealing with here.

03:56:59  15   **Q.**    So if you can't do the toxicological risk assessment, how

03:57:02  16   do you go about it?  Have you created a slide to show us that?

03:57:06  17   **A.**    I have.  It's a little bit of a different approach.

03:57:08  18            **MR. JARRETT:**  Can we bring up D-35115, please.

03:57:13  19            **THE WITNESS:**  The first thing I would look at -- this

03:57:15  20   is sort of my approach, but this also was looked at by NIOSH

03:57:19  21   and OSHA when they were evaluating some of this.

03:57:23  22   **BY MR. JARRETT:**

03:57:23  23   **Q.**    The first bullet point says:  "Oil:  Low toxicity."

03:57:30  24            And the first thing I want to know is:  Is that your

03:57:31  25   opinion, or is that the opinion of others?

ROBERT COX - DIRECT

03:57:33   1   **A.**   No, that's actually coming from CDC and they stated that
03:57:36   2   Louisiana sweet crude is of low toxicity and that dermal
03:57:42   3   exposure for short periods should cause no harm.  Again, that's
03:57:48   4   coming from CDC.
03:57:50   5   **Q.**   Do you agree with that?
03:57:52   6   **A.**   I do agree with that.
03:57:53   7   **Q.**   What's the significance of the weathered oil aspect?
03:57:59   8   **A.**   All right.  So we are starting off with something that
03:58:01   9   dermally is of low toxicity, and then it's weathering.  We have
03:58:04   10   already discussed the removal of the volatile BTEX compounds as
03:58:10   11   the oil comes to the surface.
03:58:10   12   **Q.**   Those are the hydrocarbon constituents that come out in
03:58:14   13   solution as the oil rises?
03:58:16   14   **A.**   Right.
03:58:16   15        But then as the oil took weeks to a month to get to
03:58:20   16   where the cleanup workers were coming into contact with it to
03:58:24   17   the coast, it changed more.  And once you remove the BTEX
03:58:30   18   compounds, the primary constituents that are of toxicology
03:58:36   19   concern are going to be the polycyclic aromatic hydrocarbons,
03:58:41   20   known as PAHs.  And up to 88 to 96 percent of those were
03:58:46   21   removed as the oil underwent this weathering process.
03:58:51   22   **Q.**   So by the time the oil finally reached the shore or the
03:58:56   23   beach, it was a much different compound than it was when it
03:59:01   24   exited the well.  Is that your point?
03:59:03   25   **A.**   Right.  I even presented some data in my Round 1 report

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

03:59:07　1　that PAHs are allowed by FDA in consumer products for dandruff

03:59:14　2　shampoo and medications for treating psoriasis.  And the

03:59:19　3　concentrations of PAHs in the weathered oil was less than the

03:59:24　4　concentrations of PAHs in FDA-approved products.

03:59:29　5　**Q.**   Is knowing the toxicity of the products that might come

03:59:32　6　into contact with a worker or the public an important part of

03:59:36　7　the toxicological approach?

03:59:39　8　**A.**   Yes, it is.

03:59:44　9　**Q.**   I see that your next major bullet point says:  "Workers:

03:59:48　10　Low-risk."

03:59:49　11　            How did you reach that conclusion, sir?

03:59:50　12　**A.**   Okay.  So again, the first step I did was to look at the

03:59:53　13　toxicity of oil, then weathered oil, and then was to look at

03:59:56　14　what is the likelihood that people were going to come in

04:00:00　15　contact with oil and have it on them for a long period of time.

04:00:03　16　And PPE -- that stands for personal protective equipment -- was

04:00:08　17　used throughout the cleanup response in the Gulf.

04:00:13　18　            And both OSHA, NIOSH, NOAA, the Coast Guard, as well

04:00:21　19　BP had industrial hygienists and trained observers in the

04:00:25　20　field, and they did what they called an Observational Exposure

04:00:31　21　Assessment.  So, in other words, they were looking at workers

04:00:33　22　and saying, Is this person using his PPE appropriately, and are

04:00:40　23　we seeing a lot of -- are they seeing a lot of oil on those

04:00:46　24　individuals.

04:00:50　25　**Q.**   Is it problematic if this weathered oil gets on someone's

ROBERT COX - DIRECT

04:00:56  1   skin for short periods of time?

04:00:58  2   **A.**   No.

04:00:58  3   **Q.**   A lot of us are used to changing our oil, if we are of a

04:01:04  4   certain age.  So how does the motor oil that we might handle in

04:01:07  5   that process compare to this?

04:01:08  6   **A.**   The motor oil actually has more PAHs.  It's got a higher

04:01:13  7   content of them.

04:01:14  8   **Q.**   Than this weathered oil that you observed?

04:01:18  9   **A.**   Yes.

04:01:19  10  **Q.**   So we have talked about workers.  What about Gulf

04:01:23  11  residents?  There is a bullet point here that says that it was

04:01:27  12  your opinion that they were at low risk.

04:01:29  13  **A.**   Right.  So what I have talked about so far has been for

04:01:31  14  the workers.  The OSAT team, Operational Science Advisory Team

04:01:34  15  for the FOSC, they put together a team of specialists from a

04:01:41  16  variety of different federal agencies.  And they did sort of a

04:01:47  17  toxicology risk assessment, mathematical study where they

04:01:50  18  looked at the concentrations of PAHs that were in seawater, the

04:01:55  19  sediments along the coast, and then left on the beach; and they

04:02:03  20  did a modeling and a calculation to see whether or not there

04:02:09  21  was a risk there.

04:02:10  22          And they looked at two scenarios, if I could.  One

04:02:14  23  scenario was from a child who was visiting, was on the beach

04:02:20  24  for 90 days.  And the other one was for someone growing up and

04:02:25  25  spending their entire lifetime along the beach, swimming and so

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

| | | |
|---|---|---|
| 04:02:29 | 1 | forth. |
| 04:02:29 | 2 | **Q.**   So this particular analysis that these government |
| 04:02:32 | 3 | scientists did was focused on the public -- |
| 04:02:35 | 4 | **A.**   Yes. |
| 04:02:36 | 5 | **Q.**   -- as opposed to workers? |
| 04:02:37 | 6 | **A.**   Yes. |
| 04:02:38 | 7 | **Q.**   Have you reviewed their findings and their report? |
| 04:02:41 | 8 | **A.**   I did. |
| 04:02:41 | 9 | **Q.**   Have you relied upon that in reaching your opinions? |
| 04:02:43 | 10 | **A.**   Yes. |
| 04:02:44 | 11 | **Q.**   Did you find it reliable? |
| 04:02:45 | 12 | **A.**   Yes. |
| 04:02:46 | 13 | **Q.**   Can we look, please -- and have you prepared a slide to |
| 04:02:49 | 14 | illustrate what they concluded in their modeling analysis? |
| 04:02:52 | 15 | **A.**   I did. |
| 04:02:52 | 16 |          **MR. JARRETT:**  Can we bring up D-35133, please. |
| 04:02:58 | 17 | **BY MR. JARRETT:** |
| 04:03:00 | 18 | **Q.**   Doctor, this is a slide that is a call-out from a |
| 04:03:04 | 19 | particular TREX number, 12238.  Are you familiar with that |
| 04:03:09 | 20 | document? |
| 04:03:10 | 21 | **A.**   I am. |
| 04:03:11 | 22 | **Q.**   You said that this was the report from the OSAT team |
| 04:03:15 | 23 | issued in February of 2011? |
| 04:03:17 | 24 | **A.**   Yes. |
| 04:03:18 | 25 | **Q.**   I think it's called OSAT-2? |

**ROBERT COX - DIRECT**

| | | |
|---|---|---|
| 04:03:21 | 1 | **A.**  That's correct. |
| 04:03:22 | 2 | **Q.**  Is that right? |
| 04:03:22 | 3 | **A.**  That's correct. |
| 04:03:24 | 4 | **Q.**  They did modeling for a child playing on the beach and for |
| 04:03:29 | 5 | a child swimming? |
| 04:03:31 | 6 | **A.**  Well, growing up, they're swimming on the beach their |
| 04:03:34 | 7 | entire life. |
| 04:03:36 | 8 | **Q.**  And what did these government scientists conclude? |
| 04:03:40 | 9 | **A.**  They found that the calculated potential cancer and |
| 04:03:46 | 10 | noncancer health effects from short and long-term exposures |
| 04:03:49 | 11 | were below the EPA's acceptable health-based risk and hazard |
| 04:03:55 | 12 | standards. |
| 04:03:56 | 13 | **Q.**  Just for purposes of clarity, when it's below, is that the |
| 04:03:59 | 14 | good side or the bad side? |
| 04:04:01 | 15 | **A.**  That's the good side.  The EPA normally considers -- well, |
| 04:04:05 | 16 | let me just give you an example for cancer -- between 1 and -- |
| 04:04:10 | 17 | 1 in 10,000 and 1 in 1 million acceptable.  And from what they |
| 04:04:17 | 18 | said, they were below 1 in 1 million. |
| 04:04:22 | 19 | **Q.**  Did you also evaluate oral exposures to chemicals? |
| 04:04:27 | 20 | **A.**  I did. |
| 04:04:28 | 21 |       Let me say that in the OSAT evaluation, they also |
| 04:04:32 | 22 | considered some ingestion of seawater and sediments that just |
| 04:04:37 | 23 | might occur accidentally while you were swimming. |
| 04:04:41 | 24 | **Q.**  In fact, has the director of -- has one of the government |
| 04:04:46 | 25 | officials spoken on that issue?  Did Dr. Howard or Dr. -- |

ROBERT COX - DIRECT

04:04:49  1   **A.**   Well, Dr. Howard actually said that, once again, drinking

04:04:54  2   a coffee cup full of oil would not hurt you.

04:05:01  3   **Q.**   You don't recommend that, do you?

04:05:03  4   **A.**   As a physician, I can't recommend anybody drinking a cup

04:05:07  5   of oil.

04:05:08  6   **Q.**   Well, it is comforting, I get that.

04:05:11  7        Let's bring up the next slide to talk about your

04:05:14  8   seafood project.

04:05:19  9        **MR. JARRETT:**  D-35141.

04:05:21  10  BY MR. JARRETT:

04:05:23  11  **Q.**   You will see, Dr. Cox, that this is a document that deals

04:05:29  12  with consumers -- the title is "Consumers Can Be Confident In

04:05:35  13  the Safety of Gulf Seafood."

04:05:39  14        Was that issued by one of the government agencies?

04:05:42  15  **A.**   That was issued by representatives from NOAA, from the

04:05:47  16  Food and Drug Administration, and the Louisiana State Health

04:05:49  17  Officer.

04:05:51  18  **Q.**   Why did you find this particular quote that we have

04:05:55  19  highlighted here pertinent to your assignment?

04:05:58  20  **A.**   Well, just looking at it initially, "Driven by science and

04:06:02  21  by human health at the highest priority, the extensive sampling

04:06:06  22  and testing plan allowed areas to open only when every piece of

04:06:11  23  seafood sampled there passed both sensory and chemical

04:06:15  24  testing."

04:06:16  25  **Q.**   From the perspective of a toxicologist -- a medical

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

04:06:21  1   toxicologist and a public health officer, is that important to
04:06:25  2   you?
04:06:25  3   A.   Yes.  It sounds like, once again, they had their
04:06:28  4   priorities in the right place and they did -- there's a lot
04:06:34  5   more that I did with evaluating the seafood safety program;
04:06:40  6   but, yes, that's the end result there.
04:06:41  7   Q.   Tell you what else you did.  I don't want to cut you off.
04:06:44  8   A.   Well, again, I looked at how they were closing areas to
04:06:47  9   fishing, what their protocols were for opening the areas to
04:06:50  10  fishing, and then I also looked at the data the FDA and some of
04:06:55  11  the states had.
04:06:56  12       And I will say that on this last state here, "The
04:06:57  13  results of the tests" -- and all of these were publicly
04:07:01  14  available -- "should help Americans to buy seafood with
04:07:04  15  confidence.  The seafood has consistently tested 100 to
04:07:05  16  1,000 times lower than the safety thresholds established by FDA
04:07:10  17  for residues of oil contamination."  That's for the PAHs.
04:07:16  18       They have also found that -- they had a -- they
04:07:19  19  developed a test for dispersants and found that that was --
04:07:22  20  even when it was detected, it was a thousand times below the
04:07:26  21  benchmark.
04:07:27  22  Q.   Here, if the seafood is testing 100 to 1,000 times lower
04:07:33  23  than the safety threshold, what order of magnitude is that,
04:07:35  24  sir?
04:07:36  25  A.   Two to three orders of magnitude.

ROBERT COX - DIRECT

04:07:39  1   Q.   And did the FDA speak on its ultimate conclusion on this?

04:07:45  2   A.   Yes.

04:07:46  3   Q.   Have you prepared a slide to point that out?

04:07:48  4   A.   Yes.

04:07:49  5        MR. JARRETT:  Can you bring up D-35137.

04:07:52  6        THE WITNESS:  Yes, this was a statement from Michael

04:07:55  7   Taylor, the deputy commissioner of foods for the Food and Drug

04:07:59  8   Administration.  And he said, "Is seafood safe to eat?  Yes,

04:08:05  9   it's safe to eat and it's safe for everyone to eat."

04:08:09  10  Q.   Did your review of these materials and data allow you to

04:08:13  11  reach opinions concerning the oral exposures to citizens as a

04:08:16  12  result of the Gulf spill?

04:08:18  13  A.   It did.

04:08:19  14  Q.   Have we prepared a slide that outlines your ultimate

04:08:23  15  conclusions of both dermal and oral exposures?

04:08:28  16  A.   Yes.

04:08:28  17       MR. JARRETT:  Can we bring up D-35146.

04:08:29  18  BY MR. JARRETT:

04:08:30  19  Q.   Dr. Cox, can you explain your ultimate conclusions about

04:08:33  20  dermal and oral exposures that you found in your work.

04:08:37  21  A.   Right.  First of all, the potential for significant dermal

04:08:41  22  exposures for cleanup workers was small and highly unlikely to

04:08:47  23  result in any significant adverse health effects.  Once again,

04:08:50  24  because -- first of all, it was small because of the use of

04:08:54  25  personal protective equipment, and then also that the toxicity

**ROBERT COX - DIRECT**

04:08:56  1    of the weathered oil to begin with was not high.

04:08:59  2    **Q.**   The prospect -- and "dermal exposure," I'm assuming, also

04:09:04  3    relates -- has a temporal component, does it not?

04:09:07  4    **A.**   Yes.  It's not just being exposed for a short amount of

04:09:11  5    time; it's having oil on one's self for a long time.

04:09:14  6    **Q.**   Did you see in any of your analysis or review of materials

04:09:16  7    that that occurred?

04:09:17  8    **A.**   No.  And that is, I should say, very different than some

04:09:22  9    of the literature on other oil spills in other places where

04:09:28  10   there was a high percentage of individuals that had oil, they

04:09:31  11   just said, at the end of the day, caked on their hands and

04:09:35  12   their face.

04:09:36  13   **Q.**   What about your second opinion, sir, about what exposure

04:09:44  14   Gulf Coast residents faced?

04:09:46  15   **A.**   I feel that the potential for significant dermal exposure

04:09:51  16   for Gulf Coast residents was small to nonexistent.

04:09:55  17   **Q.**   Again, was this a result of the factor of the low toxicity

04:09:58  18   of the weathered oil?

04:09:59  19   **A.**   That, and the OSAT evaluation.

04:10:02  20   **Q.**   What about on seafood, sir?  What was your ultimate

04:10:08  21   conclusion about that?

04:10:08  22   **A.**   I felt that their safety program was very effective and

04:10:11  23   felt that it was sufficient to protect public health.

04:10:15  24   **Q.**   Dr. Cox, to wrap up on this whole subject of exposure, are

04:10:17  25   you aware of any significant actual harm caused by exposures to

ROBERT COX - DIRECT

| | | |
|---|---|---|
| 04:10:22 | 1 | chemicals associated with either the oil or the dispersants |
| 04:10:25 | 2 | that were used in the *Deepwater Horizon* spill? |
| 04:10:28 | 3 | **A.**   No. |
| 04:10:29 | 4 | **Q.**   Are you aware of any federal or state agencies that have |
| 04:10:32 | 5 | concluded that there was significant actual harm caused by |
| 04:10:35 | 6 | exposure to those chemicals? |
| 04:10:37 | 7 | **A.**   No. |
| 04:10:38 | 8 | **Q.**   Okay.  I think we have covered your exposure analysis. |
| 04:10:42 | 9 | Have we not? |
| 04:10:43 | 10 | **A.**   Yes. |
| 04:10:44 | 11 | **Q.**   Let's change subjects completely and now go to another of |
| 04:10:48 | 12 | your opinions, essentially your evaluation of the effectiveness |
| 04:10:53 | 13 | of mitigation efforts.  Have you prepared a slide to talk about |
| 04:10:58 | 14 | that? |
| 04:10:58 | 15 | **A.**   I have. |
| 04:10:59 | 16 |         **MR. JARRETT:**  Can we bring up D-35102.2. |
| 04:11:06 | 17 | **BY MR. JARRETT:** |
| 04:11:07 | 18 | **Q.**   Doctor, from the perspective of public health, have you |
| 04:11:10 | 19 | looked into the efforts that BP undertook after the spill to |
| 04:11:15 | 20 | mitigate adverse human health impacts? |
| 04:11:17 | 21 | **A.**   Yes. |
| 04:11:18 | 22 | **Q.**   Have you evaluated the effectiveness of those efforts? |
| 04:11:21 | 23 | **A.**   Yes.  Let me say with that, I wasn't there.  I wasn't out |
| 04:11:25 | 24 | there looking at how things went.  This is from my evaluation |
| 04:11:29 | 25 | of basically government documents and what I could find on the |

ROBERT COX - DIRECT

04:11:34  1    subject.

04:11:35  2    Q.   That's a good point.  Let's go into that a little bit.

04:11:38  3         And have you prepared a slide that talks about your

04:11:41  4    process in making that assessment?

04:11:42  5    A.   Yes.

04:11:43  6         MR. JARRETT:  Can we bring up D-35118.

04:11:46  7    BY MR. JARRETT:

04:11:52  8    Q.   Before we go into what you observed as shown on this

04:11:56  9    slide, can you tell us what your source of information was that

04:11:59  10   allowed you to reach conclusions on this subject about

04:12:02  11   mitigation.

04:12:04  12   A.   Well, again, my source was government documents, primarily

04:12:07  13   those from OSHA, NIOSH, and the Federal On-Scene Coordinator.

04:12:16  14   Q.   Was there sufficient government information to allow you

04:12:19  15   to make an assessment on this subject?

04:12:22  16   A.   I feel that there was.

04:12:23  17   Q.   Was the information that you reviewed reliable?

04:12:26  18   A.   I feel that it was.  Once again, I felt that it was

04:12:29  19   important that it was all consistent.  They weren't disagreeing

04:12:33  20   with one another.

04:12:34  21   Q.   Well, the Court has heard testimony this morning from

04:12:39  22   Captain Paskewich, who talked about the extent of the efforts

04:12:42  23   undertaken to mitigate harm.  He talked about monitoring for

04:12:46  24   health impacts and for training cleanup workers and for

04:12:51  25   providing PPE for those cleanup workers, but I don't think he

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

04:12:55   1    talked about this comprehensive heat stress plan that's shown

04:13:01   2    on your slide.

04:13:04   3            Why was that significant for you?

04:13:04   4    A.   Well, fairly early on in the response, it became evident

04:13:08   5    to all of the people who were looking out for the workers'

04:13:12   6    safety that chemical exposures were not the primary health

04:13:17   7    concern; it was heat exposure.  So they had to sort of

04:13:20   8    backtrack and change early on and do things in an attempt to

04:13:27   9    mitigate the heat exposures.

04:13:31   10   Q.   And the conclusion that heat exposure, not chemical

04:13:34   11   exposure, was the greatest risk to workers, who made that

04:13:40   12   observation?

04:13:41   13   A.   That was by OSHA and NIOSH.

04:13:43   14   Q.   Did those agencies evaluate that very exposure and reach

04:13:47   15   conclusions on it?

04:13:47   16   A.   Yes, they did.  OSHA said that they didn't have a heat

04:13:51   17   stress program of their own, so I guess the FOSC took one from

04:13:55   18   the Coast Guard, I think.

04:13:57   19   Q.   And do the results of the analysis of those data lead you

04:14:02   20   to a conclusion about the effectiveness of those mitigation

04:14:05   21   efforts?

04:14:05   22   A.   Yes, it does.

04:14:07   23   Q.   What was your conclusion about the effectiveness of these

04:14:12   24   mitigation efforts directed to the human health effects?

04:14:15   25   A.   I felt that, first of all, BP worked cooperatively and

OFFICIAL TRANSCRIPT

ROBERT COX - DIRECT

04:14:20  1  successfully.  I didn't see information in there that they were

04:14:25  2  arguing and BP said, no, I didn't want to do this.  The whole

04:14:29  3  thing sounded very cooperative, but I also feel that it was

04:14:34  4  successful in minimizing adverse health effects to the workers.

04:14:40  5        MR. JARRETT:  Can we bring up TREX-12020.

04:14:43  6  BY MR. JARRETT:

04:14:47  7  Q.   Dr. Cox, are you familiar with this document?

04:14:50  8  A.   Yes.

04:14:50  9  Q.   I think a portion of this was used last week with

04:14:53  10 Dr. Clapp.  What are the data that are in this document?

04:14:58  11 A.   This is one of the logs that BP provided to OSHA for

04:15:08  12 worker injuries.

04:15:09  13 Q.   It says the subject is HS&E.  Do you understand what that

04:15:16  14 means?

04:15:16  15 A.   No, I'm afraid I --

04:15:17  16 Q.   If that's Health, Safety, and the Environment, would that

04:15:20  17 remind you of what that stands for?

04:15:22  18 A.   Yes, thank you.

04:15:23  19 Q.   These are statistics that BP provided to OSHA?

04:15:26  20 A.   Yes.

04:15:27  21        MR. JARRETT:  Can we go to 12020.4.

04:15:31  22 BY MR. JARRETT:

04:15:33  23 Q.   Dr. Clapp (verbatim), what is this table of data that we

04:15:36  24 are looking at here?

04:15:38  25 A.   Cox.

ROBERT COX - DIRECT

| | |
|---|---|
| 04:15:38 | 1 |
| 04:15:42 | 2 |
| 04:15:44 | 3 |
| 04:15:50 | 4 |
| 04:15:59 | 5 |
| 04:16:02 | 6 |
| 04:16:06 | 7 |
| 04:16:07 | 8 |
| 04:16:07 | 9 |
| 04:16:10 | 10 |
| 04:16:16 | 11 |
| 04:16:19 | 12 |
| 04:16:19 | 13 |
| 04:16:26 | 14 |
| 04:16:28 | 15 |
| 04:16:28 | 16 |
| 04:16:31 | 17 |
| 04:16:36 | 18 |
| 04:16:42 | 19 |
| 04:16:47 | 20 |
| 04:16:52 | 21 |
| 04:16:56 | 22 |
| 04:17:03 | 23 |
| 04:17:06 | 24 |
| 04:17:10 | 25 |

Q.   I'm sorry.  We are going to talk about Dr. Clapp.

        Dr. Cox, tell me what this table of data is.

A.   Yes.  This is a table of data that was reported to OSHA

from BP on their recordable injury and illness data.

Q.   It looks like it presents data over an eight-month period,

from April through December; is that right?

A.   It does.

Q.   What is this --

        MR. JARRETT:  Can we zoom in on this box called

"Incidents to Date"?  Maybe, Donnie, can you see that, what I'm

talking about there?  Yeah, that box there.  Thank you.

BY MR. JARRETT:

Q.   What is meaningful -- do you see that number 5986 down

there, Doctor?

A.   I do.

Q.   Is that a meaningful number to you?

A.   Well, yes.  Normally, OSHA reportable cases are only those

that require medical treatment beyond first aid and those that

result in time away from work or restricted work.  But in this

situation, OSHA was more stringent with BP's reporting and

said, we also want to know all the first aid cases.  And so

this number, 5986, these are all the OSHA reportable cases plus

the first aid cases.

        If you look at -- if you were to add up this amount

here, those are the typical OSHA reportable cases.  I think

OFFICIAL TRANSCRIPT

**ROBERT COX – DIRECT**

04:17:16  1   there was 920 when you add all those up.

04:17:19  2   **Q.**   920 cases that required more than first aid?

04:17:22  3   **A.**   No.  920 that required either medical treatment more than

04:17:28  4   first aid or days away from work or restricted work.

04:17:33  5   **Q.**   Resulted in time off or medical treatment?

04:17:34  6   **A.**   Yes.

04:17:35  7   **Q.**   Or restricted duty?

04:17:37  8   **A.**   Yes.

04:17:38  9   **Q.**   And in connection with the scope of the spill response,

04:17:43  10  did you find this rate of reportable OSHA events meaningful?

04:17:49  11  **A.**   Yes.  Looking at the magnitude and the scope of the

04:17:55  12  response, the type of work that was done in the response, I

04:17:59  13  find this an incredibly low number.

04:18:02  14        Even if you look at the medical cases right here, we

04:18:05  15  are talking about 576 cases that required treatment beyond

04:18:11  16  first aid.  Again, I -- just looking at -- I think I read

04:18:16  17  somewhere that there were 70 million worker hours for the

04:18:25  18  entire worker response.  That large of a number -- at the

04:18:31  19  maximum week, there were 46,000 workers in one week; and to end

04:18:36  20  up with this low of a number, I find that very significant.

04:18:40  21        **MR. JARRETT:**  Donnie, can you zoom out back to the

04:18:40  22  main document, please.

04:18:40  23  **BY MR. JARRETT:**

04:18:46  24  **Q.**   Can you clear those marks, Dr. Cox?

04:18:48  25  **A.**   I'm sorry.  That's me.

ROBERT COX - DIRECT

04:18:49  1   **Q.**   Is there information on this form that actually talks

04:18:52  2   about the rate of injury and illness?

04:18:54  3   **A.**   Yes.  If you look at this box right here.

04:18:57  4          **MR. JARRETT:**  Donnie, can you zoom in on that box for

04:18:59  5   us, please.

04:19:00  6   **BY MR. JARRETT:**

04:19:03  7   **Q.**   What does that box depict?

04:19:04  8   **A.**   Yes.  This is the total incident rate that -- this is the

04:19:10  9   standard calculation that OSHA requires for this; and it's, I

04:19:15  10  believe, the number of injuries and illnesses for

04:19:20  11  OSHA-reportable cases for 200 workers in a year -- I'm sorry, a

04:19:29  12  thousand workers in a year.

04:19:34  13  **Q.**   Well, significantly, how does the rate here compare with

04:19:39  14  your experience in public health?

04:19:41  15  **A.**   Right.  The rate here, 3.14, is below the national average

04:19:48  16  for all workers in the United States that in 2010 was 3.5.

04:19:53  17  **Q.**   Your conclusion that the rate of injury for response

04:19:56  18  workers was low compared to the national average, is that a

04:19:59  19  view or opinion that's held by other government officials?

04:20:04  20  **A.**   Yes, it is.

04:20:05  21          **MR. JARRETT:**  Can we bring up D-35139-A.

04:20:12  22          Oops, so sorry, I gave you the wrong number.  We

04:20:15  23  will come to that in a minute.

04:20:16  24          Can you bring up D-35144.  Thank you, Donnie.

25

OFFICIAL TRANSCRIPT

**ROBERT COX - DIRECT**

04:20:20    1    BY MR. JARRETT:

04:20:22    2    **Q.**    Doctor, what is the document that we are looking at here?

04:20:25    3    **A.**    Yes, this is a document that was published by the

04:20:28    4    directors of NIOSH and OSHA, the two primary occupational

04:20:36    5    agencies in the country.

04:20:37    6    **Q.**    Do you know the date of this document?

04:20:39    7    **A.**    I'm trying to read it.  I think it's July 2012.

04:20:46    8    **Q.**    What did the directors of OSHA and NIOSH conclude with

04:20:51    9    regard to the rate of injury on this response effort?

04:20:55   10    **A.**    Well, they stated in one place that OSHA believes this

04:21:01   11    contributed to a low rate of injury and illness amongst cleanup

04:21:05   12    workers.  And in another place they stated that there were no

04:21:09   13    worker fatalities and very few injuries and illnesses.

04:21:16   14    **Q.**    In an undertaking like this with 46,000 people working

04:21:19   15    outdoor in the middle of summer, surely there were some

04:21:22   16    injuries and illnesses.

04:21:25   17    **A.**    Yes, there were.  It was brought to my attention that, you

04:21:28   18    know, in this there were several people that had broken bones

04:21:34   19    and had fingers cut off.  There were no fatalities.

04:21:41   20    **Q.**    Nonetheless --

04:21:42   21         **THE COURT:**  Could I ask him a question just so I'm

04:21:44   22    understanding?

04:21:44   23         **MR. JARRETT:**  Yes.

04:21:44   24         **THE COURT:**  Your bottom line here, are you saying

04:21:47   25    that no one had any adverse effects at all from exposure to oil

**ROBERT COX - DIRECT**

| | | |
|---|---|---|
| 04:21:55 | 1 | or chemicals; or are you saying that they weren't significant, |
| 04:21:58 | 2 | in your opinion, or long term? |
| 04:22:01 | 3 | THE WITNESS:  The latter, that they were not |
| 04:22:03 | 4 | significant or long term.  But this is also -- what we are |
| 04:22:05 | 5 | talking about here also is regarding injuries. |
| 04:22:09 | 6 | THE COURT:  No.  I understand that. |
| 04:22:10 | 7 | THE WITNESS:  Okay.  Okay. |
| 04:22:11 | 8 | THE COURT:  It's beyond this, and it could be heat |
| 04:22:13 | 9 | related, it could be somebody fell and injured themselves or |
| 04:22:17 | 10 | whatever. |
| 04:22:17 | 11 | THE WITNESS:  Yes. |
| 04:22:19 | 12 | THE COURT:  Cut their fingers. |
| 04:22:20 | 13 | THE WITNESS:  Yes.  It's hard to say.  Again, some |
| 04:22:24 | 14 | things you can be exposed to and you will get what we call |
| 04:22:26 | 15 | irritant symptoms; your eyes burn, your nose runs a little bit, |
| 04:22:31 | 16 | you might have a cough.  Those are short term; they are not |
| 04:22:35 | 17 | significant illnesses.  But, again, they are also very |
| 04:22:37 | 18 | nonspecific, and we can't say what they are coming from. |
| 04:22:42 | 19 | THE COURT:  Well, I think you gave an example.  You |
| 04:22:49 | 20 | walked into a smoke-filled room.  Your eyes start watering. |
| 04:22:53 | 21 | Mine does like yours.  You pretty much know it's from the |
| 04:22:58 | 22 | smoke. |
| 04:22:58 | 23 | THE WITNESS:  Right. |
| 04:22:59 | 24 | THE COURT:  You don't need a medical test to tell you |
| 04:23:02 | 25 | that, right? |

ROBERT COX - DIRECT

04:23:02  1          THE WITNESS:  Right.

04:23:02  2          THE COURT:  So I understand that -- well, go ahead.

04:23:05  3  BY MR. JARRETT:

04:23:06  4  Q.   To pick up on what the judge was asking you, Dr. Cox, is

04:23:11  5  it fair to say that the reason you can't rule out anybody

04:23:14  6  having any exposure-related problem is because you didn't

04:23:17  7  examine the individuals involved?

04:23:19  8  A.   Yes, that's one portion of it.

04:23:22  9          THE WITNESS:  Another, Your Honor, is that, yes,

04:23:25  10  someone might get on a boat and they have those things.  We

04:23:30  11  don't know if it's allergies, they've got a cold that day, it's

04:23:34  12  from exhaust from the engines on the boat.  We don't know.

04:23:38  13  But, again, none of those are significant health effects that

04:23:43  14  are going to create some sort of long-lasting illness.

04:23:47  15          THE COURT:  You have answered my question, my primary

04:23:50  16  question.

04:23:51  17  BY MR. JARRETT:

04:23:52  18  Q.   The last part of that, the comforting part of that whole

04:23:55  19  story is that your exposure analysis suggests that anyone who

04:23:59  20  did have such symptoms doesn't have a risk going forward.  Is

04:24:02  21  that what your conclusion was?

04:24:03  22  A.   I'm sorry, repeat that last one.

04:24:06  23  Q.   Sure.  If there were people who had those kind of irritant

04:24:09  24  exposures, based on your analogy of toxicological risk

04:24:13  25  assessment, are you comfortable advising them that they do not

OFFICIAL TRANSCRIPT

**ROBERT COX - DIRECT**

04:24:16   1   face any long-term health effects from that exposure?

04:24:22   2   **A.**   I am.

04:24:31   3   **Q.**   Let me just wrap up, I think, this whole discussion.   We

04:24:36   4   talked about exposure-related stuff earlier.   Now we just

04:24:43   5   talked about the rate of ordinary illnesses and accidents or

04:24:47   6   injuries on this response.

04:24:48   7           Are your conclusions about the low rate and -- the

04:24:51   8   safety record and the low rate of injury held by government

04:24:55   9   officials?

04:24:55   10  **A.**   Yes.

04:24:56   11           MR. JARRETT:  Can we bring up slide D-35139-A.

04:25:06   12  BY MR. JARRETT:

04:25:07   13  **Q.**   Doctor, this is a slide much like the one we reviewed

04:25:10   14  earlier today.   Is this a collection of conclusions from

04:25:16   15  various government agencies who did look into the safety record

04:25:19   16  of this spill response?

04:25:21   17  **A.**   Yes, from OSHA, NIOSH, and the Federal On-Scene

04:25:23   18  Coordinator.

04:25:25   19  **Q.**   Again, have you looked at their findings and their

04:25:28   20  reports?

04:25:29   21  **A.**   I have.

04:25:30   22  **Q.**   Do you have particular -- is there a particular quote here

04:25:37   23  that you want to call to our attention?

04:25:39   24  **A.**   Yes.

04:25:41   25  **Q.**   I think you had mentioned heat earlier as being the major

ROBERT COX - DIRECT

04:25:45  1  exposure risk faced by these workers.  Is that your opinion?

04:25:49  2  **A.**   That's correct.  And there were heat-related illnesses.

04:25:54  3  They weren't severe heat-related illnesses and anything that

04:25:59  4  should result in any long-term health effects.

04:26:02  5  **Q.**   Was that addressed by some of the agencies and that

04:26:06  6  observed or commented upon?

04:26:07  7  **A.**   It was.  It was addressed by -- excuse me, by the

04:26:10  8  directors of OSHA and NIOSH.

04:26:14  9  **Q.**   Do the conclusions that we see on this page, the various

04:26:16  10  conclusions, include those from NIOSH and OSHA?

04:26:19  11  **A.**   Yes.

04:26:21  12  **Q.**   Dr. Paskewich testified earlier today as to the important

04:26:25  13  role of the FOSC, the Federal On-Scene Coordinator.  Did that

04:26:31  14  individual government official address this subject?

04:26:33  15  **A.**   Yes.

04:26:34  16  **Q.**   Did he address the effectiveness of the health and safety

04:26:38  17  mitigation efforts?

04:26:39  18  **A.**   Yes.

04:26:40  19  **Q.**   Is there a slide here that addresses itself both to this

04:26:44  20  heat exposure issue that you had?

04:26:47  21  **A.**   Yes.

04:26:47  22          **MR. JARRETT:**  Can we bring up D-35139.4.

04:26:56  23          **THE WITNESS:**  This, again, is from the document

04:26:58  24  written by the directors of NIOSH and OSHA, Your Honor.  Once

04:27:04  25  again, as I already said, they said that the most serious

**ROBERT COX - DIRECT**

04:27:07  1   health hazard faced by the response and cleanup workers was

04:27:11  2   heat.  However, they said no workers involved in the cleanup

04:27:19  3   response developed serious heat illness.

04:27:20  4   BY MR. JARRETT:

04:27:22  5   Q.   I think you have seen notations that some workers had to

04:27:24  6   have IVs and the like.  Does that alter your view about whether

04:27:29  7   there were serious effects from the spill, heat effects?

04:27:31  8   A.   No.  Once again, as an emergency physician, I treat heat

04:27:37  9   illness all the time, living in Mississippi.  And, yes,

04:27:41  10  sometimes people develop a degree of heat illness, some

04:27:44  11  dehydration.  We give them a liter or two of IV fluids, and

04:27:50  12  they are better.  And there should be no long-lasting health

04:27:54  13  effects from that.

04:27:56  14  Q.   Dr. Cox, did you find any of the conclusions of the

04:28:01  15  Federal On-Scene Coordinator to be particularly pertinent to

04:28:04  16  the topic we are talking about here?

04:28:05  17  A.   Yes.

04:28:06  18  Q.   Did you prepare a slide to call out that language?

04:28:09  19  A.   I did.

04:28:10  20       MR. JARRETT:  Can we bring up 35139.2, please.

04:28:14  21  BY MR. JARRETT:

04:28:17  22  Q.   Doctor, can you read into the record here and tell us

04:28:20  23  whether the Federal On-Scene Coordinator agrees or disagrees

04:28:24  24  with your conclusion.

04:28:25  25  A.   Well, I agree with his conclusions.  He said that health

**ROBERT COX - CROSS**

04:28:28  1   and safety was the number one strategic goal throughout the

04:28:31  2   response and felt that in the end, it was reflected in the

04:28:35  3   efforts they made to address potential public health impacts of

04:28:39  4   the spill, and also the -- they called it a remarkably low

04:28:44  5   injury rate for the responders of the operation.

04:28:48  6   Q.   Is this statement from the Federal On-Scene Coordinator

04:28:50  7   consistent with the opinions you reached based on your

04:28:54  8   independent evaluation as to the relative degree of success of

04:28:58  9   the mitigation efforts that were undertaken to protect workers

04:29:03  10  and the public?

04:29:04  11  A.   It is.

04:29:07  12        MR. JARRETT:  Your Honor, I think that concludes my

04:29:10  13  direct, and I will tender Dr. Cox for cross.

04:29:17  14        THE COURT:  All right.  Very well.

04:29:20  15        THE WITNESS:  Your Honor, may I just stand up for

04:29:23  16  just a second?

04:29:24  17        THE COURT:  Sure.  Go ahead.

04:29:39  18        MS. PENCAK:  Good afternoon, Your Honor.  Erica

04:29:41  19  Pencak for the United States.  May I proceed with my

04:29:42  20  cross-examination?

04:29:42  21        THE COURT:  Sure.

04:29:42  22                    CROSS-EXAMINATION

04:29:45  23  BY MS. PENCAK:

04:29:46  24  Q.   Good afternoon, Dr. Cox.  I'm Erica Pencak.  We met at

04:29:48  25  your deposition; is that correct?

ROBERT COX - CROSS

04:29:49   1    A.    Good afternoon.
04:29:49   2    Q.    Dr. Cox, you testified on direct that you found no
04:29:52   3    compelling evidence for significant exposure-related adverse
04:29:56   4    health effects to cleanup workers or Gulf Coast residents as a
04:29:59   5    result of the spill; is that correct?
04:30:01   6    A.    That's correct.
04:30:01   7    Q.    But you would agree that there were significant
04:30:04   8    nonexposure-related adverse health effects of the spill,
04:30:07   9    wouldn't you?
04:30:08   10   A.    Yes.  As we mentioned, that there were some injuries that
04:30:11   11   I do feel were significant.
04:30:14   12   Q.    Dr. Cox, you reviewed BP's Medical Encounters Database,
04:30:17   13   correct?
04:30:19   14   A.    I did.
04:30:21   15   Q.    In fact, you cited to that database in your August 15
04:30:24   16   report, didn't you?
04:30:24   17   A.    Yes.
04:30:25   18   Q.    And you noted in your report that the Medical Encounters
04:30:27   19   Database is a register of visits to health clinics that were
04:30:32   20   set up at various sites throughout the response area, correct?
04:30:37   21   A.    Yes.
04:30:38   22   Q.    Isn't it true that you counted 2,109 visits to those
04:30:42   23   clinics for suspected heat-related illnesses?
04:30:46   24   A.    Yes.  And, again, those were -- the large BP Medical
04:30:52   25   Encounters Database was a little bit unclear.  Some of those

OFFICIAL TRANSCRIPT

ROBERT COX - CROSS

04:30:57  1   were work related and some of those were not work related.
04:31:01  2   Apparently they had some people just coming in from the
04:31:05  3   community, and so not all of those were considered work
04:31:07  4   related.
04:31:08  5   Q.   But you can filter the BP Medical Encounters Database to
04:31:12  6   only show the entries that were determined to be occupational,
04:31:15  7   right?
04:31:17  8   A.   Possibly.
04:31:18  9   Q.   Did you do that in your work in this case?
04:31:20  10   A.   I tried to do that, yes.  Once again, it wasn't real clear
04:31:25  11   in a lot of the cases.
04:31:32  12   Q.   There's not a column in the Medical Encounters Database
04:31:34  13   that says, Was this injury or illness determined to be
04:31:40  14   occupational?
04:31:41  15   A.   There was one that said work related.
04:31:44  16   Q.   There isn't one that says occupational?
04:31:49  17   A.   I would have to look at it.  I don't recall.  I do recall
04:31:52  18   something that said work related.
04:31:55  19   Q.   We will come back to that.
04:31:56  20        Dr. Cox, you noted in your report that 370 of the
04:32:05  21   visits to the clinic that you counted for suspected
04:32:09  22   heat-related illnesses resulted in further care or time off of
04:32:13  23   work, correct?
04:32:14  24   A.   Yes.
04:32:16  25   Q.   Dr. Cox, isn't it true that there are approximately

OFFICIAL TRANSCRIPT

1498

ROBERT COX - CROSS

| | | |
|---|---|---|
| 04:32:18 | 1 | 750 entries in the Medical Encounters Database where a person |
| 04:32:24 | 2 | visited one of those on-site clinics complaining of nausea or |
| 04:32:29 | 3 | stomach pain, and the illness was deemed to be occupational? |
| 04:32:35 | 4 | **A.**   Do we have a copy of my final report I could look at?  I |
| 04:32:41 | 5 | don't have those numbers memorized. |
| 04:32:43 | 6 | **THE COURT:**  Here you go. |
| 04:32:44 | 7 | **THE WITNESS:**  Thank you, sir. |
| 04:32:44 | 8 | What page are we on, please? |
| 04:32:46 | 9 | **BY MS. PENCAK:** |
| 04:32:47 | 10 | **Q.**   Dr. Cox, I will represent to you that you did not, in your |
| 04:32:50 | 11 | reports, count the number of headaches that were deemed to be |
| 04:32:55 | 12 | occupational that are in the Medical Encounters Database. |
| 04:33:00 | 13 | **A.**   Okay. |
| 04:33:00 | 14 | **MS. PENCAK:**  Actually, if we could just bring that up |
| 04:33:01 | 15 | for a second.  Charles, could you bring up 230437NR, please. |
| 04:33:13 | 16 | I'm sorry, I got the TREX number wrong.  It's |
| 04:33:14 | 17 | TREX-230479NR.  Charles, could you please scroll over to column |
| 04:33:22 | 18 | AJ. |
| 04:33:28 | 19 | **BY MS. PENCAK:** |
| 04:33:34 | 20 | **Q.**   Dr. Cox, do you see where it says, "Was this determined to |
| 04:33:39 | 21 | be an occupational injury or illness?"  And you see the answers |
| 04:33:44 | 22 | are yes or no? |
| 04:33:46 | 23 | **A.**   Yes. |
| 04:33:47 | 24 | **Q.**   Dr. Cox, I will represent to you that if you filter the |
| 04:33:50 | 25 | Medical Encounters Database to only show occupational illnesses |

OFFICIAL TRANSCRIPT

**ROBERT COX - CROSS**

| | | |
|---|---|---|
| 04:33:54 | 1 | and injuries and search for words and phrases describing nausea |
| 04:33:58 | 2 | and then make some attempt to de-duplicate, you get |
| 04:34:03 | 3 | approximately 750 entries for nausea and stomach pain. |
| 04:34:09 | 4 | But you didn't report that in your expert reports, |
| 04:34:13 | 5 | did you? |
| 04:34:14 | 6 | **MR. JARRETT:**  Objection to foundation, Your Honor, it |
| 04:34:16 | 7 | hasn't been established through a witness. |
| 04:34:18 | 8 | **THE COURT:**  Well, she's asking him if he -- I mean, I |
| 04:34:22 | 9 | think it's a fair question.  The witness can respond. |
| 04:34:26 | 10 | **THE WITNESS:**  Could you repeat the question, please? |
| 04:34:29 | 11 | **THE COURT:**  I think she's asking you whether you |
| 04:34:31 | 12 | noted those statistics in your report anywhere. |
| 04:34:34 | 13 | **THE WITNESS:**  No, I didn't look specifically at those |
| 04:34:37 | 14 | types of symptoms. |
| 04:34:40 | 15 | **BY MS. PENCAK:** |
| 04:34:40 | 16 | **Q.**   Dr. Cox, you stated in your reports that the crude oil |
| 04:34:46 | 17 | released during the *Deepwater Horizon* oil spill contained BTEX |
| 04:34:52 | 18 | compounds, didn't it? |
| 04:34:53 | 19 | **A.**   Yes. |
| 04:34:54 | 20 | **Q.**   And I believe you stated on direct that BTEX stands for |
| 04:34:58 | 21 | benzene, toluene, ethylbenzene, and xylene.  Correct? |
| 04:34:59 | 22 | **A.**   Yes. |
| 04:35:01 | 23 | **Q.**   Dr. Cox, in your reports, you cited an entry from the |
| 04:35:05 | 24 | *NIOSH Pocket Guide to Chemical Hazards*, didn't you? |
| 04:35:07 | 25 | **A.**   Yes. |

**ROBERT COX - CROSS**

| | | |
|---|---|---|
| 04:35:08 | 1 | **Q.**   NIOSH in this instance stands for the National Institute |
| 04:35:12 | 2 | of Occupational Safety and Health, right? |
| 04:35:13 | 3 | **A.**   Yes. |
| 04:35:13 | 4 | **Q.**   The *NIOSH Pocket Guide to Chemical Hazards* is a source of |
| 04:35:17 | 5 | industrial hygiene information for several hundred chemicals, |
| 04:35:19 | 6 | correct? |
| 04:35:20 | 7 | **A.**   Yes. |
| 04:35:20 | 8 | **Q.**   According to the *NIOSH Pocket Guide to Chemical Hazards*, |
| 04:35:22 | 9 | one of the symptoms of exposure to benzene is nausea, isn't it? |
| 04:35:28 | 10 | **A.**   Yes, but let me -- when you look at that, those pocket |
| 04:35:37 | 11 | guides, you are primarily looking at exposures to either pure |
| 04:35:39 | 12 | benzene or high concentrations of benzene.  You cannot take |
| 04:35:43 | 13 | that and say that's applicable to the extremely low levels, if |
| 04:35:50 | 14 | there were levels at all, in this situation. |
| 04:35:53 | 15 | **Q.**   Dr. Cox, the crude oil released during the |
| 04:35:57 | 16 | *Deepwater Horizon* oil spill contained hexene, didn't it? |
| 04:36:00 | 17 | **A.**   Yes. |
| 04:36:00 | 18 | **Q.**   According to the *NIOSH Pocket Guide to Chemical Hazards*, |
| 04:36:02 | 19 | one of the symptoms of exposure to hexene is nausea, isn't it? |
| 04:36:10 | 20 | **A.**   You will find nausea with just about exposure to high |
| 04:36:14 | 21 | concentrations of any chemical, as well as just about any drug |
| 04:36:17 | 22 | that we have.  We have something called the *Physicians Desk* |
| 04:36:20 | 23 | *Reference*.  You look up any drug, nausea is almost the |
| 04:36:23 | 24 | number one side effect from any medication. |
| 04:36:26 | 25 | **Q.**   Nausea is a symptom of exposure to hexane as reported in |

ROBERT COX - CROSS

04:36:31  1    the *NIOSH Pocket Guide to Chemical Hazards*, correct?

04:36:34  2    **A.**   Once again, not from trace levels of hexane that are

04:36:39  3    present in the environment right now.  We are talking about

04:36:41  4    more concentrated levels of hexane.

04:36:45  5    **Q.**   Dr. Cox, the crude oil released during the

04:36:47  6    *Deepwater Horizon* oil spill contained polycyclic aromatic

04:36:50  7    hydrocarbons, or PAHs, such as naphthalene, didn't it?

04:36:58  8    **A.**   Yes, it did.

04:36:58  9    **Q.**   According to the *NIOSH Pocket Guide to Chemical Hazards*,

04:36:59  10   one of the symptoms of exposure to naphthalene is nausea, isn't

04:37:04  11   it?

04:37:05  12   **A.**   Once again, I'd give you same response.  We are talking

04:37:07  13   about exposures to either pure chemical or high concentrations

04:37:11  14   of chemicals.  With regard to naphthalene, you might not

04:37:15  15   remember this, but we all can remember going in our

04:37:18  16   grandmother's house and that smell of her drawers because she

04:37:23  17   has mothballs in there.  Mothballs were made of naphthalene.

04:37:29  18   **Q.**   Nausea is one of the symptoms of exposure to naphthalene,

04:37:30  19   correct?

04:37:31  20   **A.**   Once again, of high enough concentrations to naphthalene.

04:37:34  21   **Q.**   Dr. Cox, isn't it true that the *NIOSH Pocket Guide to*

04:37:38  22   *Chemical Hazards* entries for benzene, toluene, ethylbenzene,

04:37:38  23   hexane, and naphthalene also list headache as one of the

04:37:46  24   symptoms of exposure to those compounds?

04:37:49  25   **A.**   Once again, we are talking about a very nonspecific

ROBERT COX - CROSS

04:37:51  1    symptom, something that also is incredibly common.  And the
04:37:55  2    things you are referring to are either pure substances or very
04:38:01  3    high concentrations of the vapors, not talking about what's
04:38:03  4    present in the air right now.
04:38:07  5    Q.   Isn't it true that the *NIOSH Pocket Guide to Chemical*
04:38:09  6    *Hazards* entries for benzene, toluene, and hexane list dizziness
04:38:14  7    as one of the symptoms of exposure to those compounds?
04:38:17  8    A.   Once again, I would give you the same response, that you
04:38:20  9    will see those things from being exposed to high levels of
04:38:25  10   vapors, not due to what's present in the air right now, which
04:38:29  11   is probably higher than what we were measuring along the
04:38:34  12   Gulf Coast.
04:38:35  13   Q.   Dr. Cox, let's talk about your risk assessment for a
04:38:37  14   moment.  The conclusions you draw from your risk assessment are
04:38:41  15   all premised on your opinion that as long as exposure levels
04:38:46  16   are below the benchmarks you used, there is no risk to human
04:38:50  17   health, correct?
04:38:51  18   A.   I don't know that I would say absolutely no risk.  There
04:38:55  19   would be a very low chance of a risk because they are very
04:38:58  20   protective.  Once again, that's from being just right below the
04:39:04  21   benchmark.  Those benchmarks are very conservative.
04:39:07  22          Remember, again, they are talking about for the
04:39:09  23   occupational exposures, exposure to a chemical at or right
04:39:16  24   above that benchmark level every day for eight to 10 hours a
04:39:20  25   day for 30 years.  That's what the risk of those benchmarks are

ROBERT COX - CROSS

| | | |
|---|---|---|
| 04:39:25 | 1 | meant to be. |
| 04:39:27 | 2 | In this situation, we are only talking about, first |
| 04:39:32 | 3 | of all, a couple months and then, on top of that, the levels |
| 04:39:36 | 4 | weren't just below the benchmarks; they were hundreds to |
| 04:39:40 | 5 | thousands of times below the benchmarks. |
| 04:39:43 | 6 | Q.   Dr. Cox, you talked on direct about your review of |
| 04:39:47 | 7 | occupational air sampling data, correct? |
| 04:39:50 | 8 | A.   That's correct. |
| 04:39:51 | 9 | Q.   And that was data that was collected by BP, OSHA, and |
| 04:39:59 | 10 | NIOSH, right? |
| 04:40:00 | 11 | A.   And BP -- I'm sorry, yes.  Yes. |
| 04:40:01 | 12 | Q.   And in your reports you described that data as robust, |
| 04:40:04 | 13 | didn't you? |
| 04:40:05 | 14 | A.   I did. |
| 04:40:06 | 15 | Q.   And I believe on the stand you called it tremendous, |
| 04:40:09 | 16 | correct? |
| 04:40:10 | 17 | A.   Yes. |
| 04:40:10 | 18 | Q.   And you noted in your August 15 report that OSHA, NIOSH, |
| 04:40:13 | 19 | and BP collected approximately 30,000 occupational air samples, |
| 04:40:17 | 20 | correct? |
| 04:40:17 | 21 | A.   Yes. |
| 04:40:20 | 22 | Q.   And you also noted in your report that BP's occupational |
| 04:40:24 | 23 | air monitoring dataset was significantly larger than either |
| 04:40:28 | 24 | OSHA's or NIOSH's, right? |
| 04:40:32 | 25 | A.   That's correct. |

ROBERT COX - CROSS

| | | |
|---|---|---|
| 04:40:32 | 1 | **Q.**   Dr. Cox, you stated in your August 15 report that |
| 04:40:35 | 2 | naphthalene and hexane are two of the components of crude oil |
| 04:40:40 | 3 | that are of greatest concern from a human toxicology |
| 04:40:44 | 4 | perspective if they are inhaled at significant concentrations, |
| 04:40:47 | 5 | didn't you? |
| 04:40:48 | 6 | **A.**   Once again, that's correct.  Remember, once again, that |
| 04:40:51 | 7 | dose is everything in toxicology and that statement, if they're |
| 04:40:54 | 8 | present at significant concentrations. |
| 04:40:57 | 9 | **Q.**   Dr. Cox, you didn't review any BP occupational air sample |
| 04:41:01 | 10 | results for naphthalene, did you? |
| 04:41:16 | 11 | **A.**   Just a minute, let me see. |
| 04:41:24 | 12 | No, I did not. |
| 04:41:26 | 13 | **Q.**   You also did not review -- I'm sorry.  You also did not |
| 04:41:29 | 14 | review any BP air sampling results for coal tar pitch |
| 04:41:37 | 15 | volatiles, did you? |
| 04:41:38 | 16 | **A.**   I think you might be talking about things that I'm not |
| 04:41:40 | 17 | sure they looked for. |
| 04:41:41 | 18 | **Q.**   So you don't know whether or not BP looked for coal tar |
| 04:41:47 | 19 | pitch volatiles? |
| 04:41:49 | 20 | **A.**   I don't believe they had any in their dataset. |
| 04:41:51 | 21 | **Q.**   Coal tar pitch volatiles are classified by NIOSH as a |
| 04:41:57 | 22 | potential occupational carcinogen, correct? |
| 04:42:01 | 23 | **A.**   That's correct. |
| 04:42:01 | 24 | **Q.**   You also didn't review any BP occupational air sample |
| 04:42:02 | 25 | results for hydrogen sulfide; total PAHs, meaning total |

ROBERT COX - CROSS

04:42:08   1   polycyclic aromatic hydrocarbons; or total particulates.  Did
04:42:14   2   you?
04:42:14   3   A.   I did.
04:42:16   4   Q.   And where would those -- occupational sampling results?
04:42:17   5   A.   Yes.
04:42:20   6          MS. PENCAK:  Charles, could you please call up
04:42:21   7   TREX-13085.034.
04:42:44   8   BY MS. PENCAK:
04:42:44   9   Q.   Dr. Cox, is this your Table 9, reviewing the BP
04:42:48  10   occupational air sampling results for MC 252 oil constituents?
04:42:53  11   A.   Yes.
04:42:54  12   Q.   Are there any sample results listed here for hydrogen
04:42:59  13   sulfide?
04:42:59  14   A.   Once again, just because it's not in this table doesn't
04:43:01  15   mean I didn't look at it.  There was a very large quantity of
04:43:06  16   data in all of those datasets, and a lot of it I would, with
04:43:10  17   the computer, scroll through it; and if it just said nondetect,
04:43:14  18   nondetect, nondetect, from start to finish, I didn't do this
04:43:18  19   with it.  It does not mean I did not look at it.
04:43:22  20   Q.   You did not report on any BP occupational air sample
04:43:25  21   results for hydrogen sulfide, total PAHs, or total particulates
04:43:30  22   in your August 15 report, did you?
04:43:32  23   A.   I did not report it.  I did look at it, and I did not find
04:43:36  24   any reason to do this.
04:43:39  25   Q.   Dr. Cox, OSHA did not begin its air sampling and

ROBERT COX - CROSS

| | |
|---|---|
| 04:43:44 | 1 |
| 04:44:03 | 2 |
| 04:44:18 | 3 |
| 04:44:20 | 4 |
| 04:44:23 | 5 |
| 04:44:25 | 6 |
| 04:44:26 | 7 |
| 04:44:29 | 8 |
| 04:44:33 | 9 |
| 04:44:37 | 10 |
| 04:44:42 | 11 |
| 04:44:46 | 12 |
| 04:44:49 | 13 |
| 04:44:52 | 14 |
| 04:44:54 | 15 |
| 04:45:00 | 16 |
| 04:45:11 | 17 |
| 04:45:12 | 18 |
| 04:45:17 | 19 |
| 04:45:19 | 20 |
| 04:45:27 | 21 |
| 04:45:31 | 22 |
| 04:45:35 | 23 |
| 04:45:38 | 24 |
| 04:45:40 | 25 |

1  monitoring until May 27; isn't that correct?

2  A.   Let me check that date.

3       I'm sorry, you were asking about OSHA?

4  Q.   Yes.  They began their air sampling and monitoring on

5  May 27, 2010, correct?

6  A.   That's correct.

7  Q.   You testified earlier that you did not review any BP

8  occupational air sampling results for naphthalene, but you did

9  review two OSHA air sampling results for naphthalene, right?

10 A.   Yes.  Once again, with naphthalene, I don't recall off the

11 top of my head if it was there or not.  But what I did with

12 those is I would use the computer and I would scroll down

13 through.  If they were 100 percent nondetectable, I didn't

14 bother doing anything with them.

15 Q.   But, Dr. Cox, you only reviewed two OSHA sample results

16 for naphthalene, correct?

17 A.   Yes.

18 Q.   And you didn't review any OSHA air sampling results for

19 hexane, right?

20 A.   No, I don't believe -- I'm trying to remember.  Again, I

21 looked at a tremendous amount of data in there.  I don't think

22 OSHA included naphthalene in their set of samples.

23 Q.   OSHA had 24 sample results for coal tar pitch volatiles,

24 right?

25 A.   That's correct.

ROBERT COX - CROSS

04:45:40   1   **Q.**   None of those -- those samples were collected starting
04:45:46   2   about a month after the well was capped, right?
04:45:48   3   **A.**   Yes.
04:45:52   4   **Q.**   Let's talk about the NIOSH sampling for a moment.  NIOSH
04:45:55   5   did not begin its air sampling and monitoring until June 4,
04:45:58   6   2010, correct?
04:46:01   7   **A.**   That's correct.
04:46:02   8   **Q.**   And isn't it true that NIOSH only collected air monitoring
04:46:06   9   samples on 12 days in June of 2010 and one day in August of
04:46:10   10  2010?
04:46:11   11  **A.**   Once again, I can't remember what days individual samples
04:46:15   12  were collected on.
04:46:17   13  **Q.**   You reviewed the deposition transcript of Dr. John Howard,
04:46:20   14  director of NIOSH, correct?
04:46:23   15  **A.**   I did.
04:46:23   16  **Q.**   You reviewed the NIOSH air monitoring data, correct?
04:46:26   17  **A.**   I did review their data, yes.
04:46:28   18  **Q.**   You reviewed 115 NIOSH sample results for naphthalene,
04:46:33   19  correct?
04:46:44   20  **A.**   That's correct.
04:46:46   21  **Q.**   NIOSH detected naphthalene in 57 percent of those samples,
04:46:50   22  right?
04:46:50   23  **A.**   That's correct.
04:46:52   24  **Q.**   You reviewed 17 NIOSH sample results for hexane, correct?
04:46:56   25  **A.**   Yes.

ROBERT COX - CROSS

| | |
|---|---|
| 04:46:58 | 1 | **Q.**   NIOSH detected hexane in 76 percent of those samples, |
| 04:46:58 | 2 | right? |
| 04:46:59 | 3 | **A.**   Yes. |
| 04:47:00 | 4 |        Once again, for both of these, I think you have to |
| 04:47:02 | 5 | look at -- the NIOSH dataset had very, very low detection |
| 04:47:07 | 6 | levels.  So, for example, for naphthalene, their median value |
| 04:47:11 | 7 | was 0.9 parts per billion and for hexane it was 0.87 parts per |
| 04:47:20 | 8 | billion.  Yes, they detected it; but those are incredibly low |
| 04:47:25 | 9 | levels, and they are essentially consistent with background |
| 04:47:28 | 10 | levels of those chemicals in the atmosphere. |
| 04:47:31 | 11 | **Q.**   Dr. Cox, NIOSH had 37 sample results for coal tar pitch |
| 04:47:38 | 12 | volatiles, right? |
| 04:47:40 | 13 | **A.**   That's correct. |
| 04:47:40 | 14 | **Q.**   The OSHA permissible exposure limit for coal tar pitch |
| 04:47:41 | 15 | volatiles is .2 milligrams per cubic meter, correct? |
| 04:47:47 | 16 | **A.**   Yes. |
| 04:47:50 | 17 | **Q.**   And the NIOSH recommended exposure limit, or REL, for coal |
| 04:47:53 | 18 | tar pitch volatiles is .1 milligrams per cubic meter, correct? |
| 04:48:00 | 19 | **A.**   That's correct, but it's a different test. |
| 04:48:01 | 20 | **Q.**   And because it's a different test, you weren't able to |
| 04:48:03 | 21 | compare the NIOSH and OSHA sampling results to -- coal tar |
| 04:48:08 | 22 | pitch volatiles to that NIOSH REL, right? |
| 04:48:13 | 23 | **A.**   That's right, because the test that NIOSH's REL is -- was |
| 04:48:20 | 24 | developed for was not performed. |
| 04:48:21 | 25 | **Q.**   Dr. Cox, let's talk about detection levels for a moment. |

ROBERT COX - CROSS

04:48:21  1   Nondetect doesn't necessarily mean zero, does it?

04:48:26  2   **A.**   No.   That's why it's very important to look at the

04:48:29  3   detection limits for those substances.

04:48:34  4   **Q.**   So if you are using equipment with a detection limit of

04:48:37  5   .4 milligrams per cubic meter, any concentration below

04:48:44  6   .4 milligrams per cubic meter would show up as a nondetect,

04:48:49  7   right?

04:48:49  8   **A.**   If that were this case, yes.

04:48:51  9   **Q.**   One of the reasons that you did not conduct a risk

04:48:53  10  assessment for benzene based on the personal breathing zone

04:48:58  11  monitoring of response workers is that the detection limits for

04:49:01  12  the methods used in that monitoring were not good enough to

04:49:06  13  capture low levels; isn't that right?

04:49:08  14  **A.**   I'm sorry, would you maybe kind of repeat that?  I didn't

04:49:11  15  follow the whole thing.

04:49:12  16  **Q.**   Sure.   One of the reasons that you did not conduct a risk

04:49:16  17  assessment for benzene based on the personal breathing zone

04:49:20  18  monitoring of response workers is that the detection limits for

04:49:24  19  the methods used in that monitoring were not good enough to

04:49:29  20  capture low levels; isn't that right?

04:49:31  21  **A.**   I did conduct a risk assessment for benzene.  I compared

04:49:34  22  it to the occupational exposure limits.

04:49:38  23           If we are talking for workers, that's comparing it to

04:49:42  24  the occupational exposure limits for NIOSH, OSHA, and ACGIH.

04:49:47  25  So I did do one.

OFFICIAL TRANSCRIPT

**ROBERT COX - CROSS**

| | |
|---|---|
| 04:49:49 | 1 |
| 04:49:50 | 2 |
| 04:50:01 | 3 |
| 04:50:11 | 4 |
| 04:50:14 | 5 |
| 04:50:26 | 6 |
| 04:50:29 | 7 |
| 04:50:30 | 8 |
| 04:50:34 | 9 |
| 04:50:36 | 10 |
| 04:50:38 | 11 |
| 04:50:42 | 12 |
| 04:50:45 | 13 |
| 04:50:48 | 14 |
| 04:50:51 | 15 |
| 04:50:53 | 16 |
| 04:50:56 | 17 |
| 04:51:01 | 18 |
| 04:51:05 | 19 |
| 04:51:08 | 20 |
| 04:51:14 | 21 |
| 04:51:18 | 22 |
| 04:51:21 | 23 |
| 04:51:26 | 24 |
| 04:51:30 | 25 |

1            MS. PENCAK:  Charles, could you please call up

2   Dr. Cox's deposition at page 97, line 5, through page 98,

3   line 5.  And if you can't get the two pages in one, we can

4   start with the first page and then move on to the next.

5   BY MS. PENCAK:

6   Q.  Starting with line 5:

7            "QUESTION:  Did you calculate a risk assessment for

8       benzene based on the personal breathing zone monitoring of

9       response workers?

10           "ANSWER:  I didn't for two reasons.  Number one, the

11      detection limits for the methods they used were not good

12      enough to get low levels."

13           Does that refresh your recollection in answering my

14  question about the limits of detection in the personal

15  breathing zone monitoring?

16  A.  It does, but let me say we're talking about two different

17  things here.  There was a risk assessment done for benzene for

18  the workers based on occupational exposure limits.

19           I think what you're talking about, here, again, is

20  trying to apply EPA's risk assessment methodology for

21  carcinogens to an occupational exposure; and that's something

22  that you really should not be doing.  And I tried to explain

23  some of the reasons here that you should not be doing that.

24  Q.  Dr. Cox, you reviewed and cited to BP's Material Safety

25  Data Sheet, or MSDS, for MC 252 weathered crude oil, didn't

**ROBERT COX - CROSS**

| | | |
|---|---|---|
| 04:51:38 | 1 | you? |
| 04:51:38 | 2 | A.   Yes. |
| 04:51:39 | 3 |         MS. PENCAK:  Charles, can you please bring up |
| 04:51:41 | 4 | TREX-13110. |
| 04:51:44 | 5 | BY MS. PENCAK: |
| 04:51:48 | 6 | Q.   Dr. Cox, is this the MSDS for MC 252 weathered oil that |
| 04:51:53 | 7 | you reviewed and cited to in your report? |
| 04:51:56 | 8 | A.   Is there a way to make this any larger? |
| 04:51:59 | 9 |         MS. PENCAK:  Charles, can you pull up maybe just the |
| 04:52:01 | 10 | first -- yeah. |
| 04:52:03 | 11 |         THE COURT:  They can blow up part of it. |
| 04:52:05 | 12 |         THE WITNESS:  Thank you.  Okay.  I can read it now, |
| 04:52:07 | 13 | yes. |
| 04:52:07 | 14 | BY MS. PENCAK: |
| 04:52:08 | 15 | Q.   And it says here, the second line is that "The primary |
| 04:52:11 | 16 | exposure hazard of weathered crude oil is by physical contact |
| 04:52:14 | 17 | with the skin"? |
| 04:52:15 | 18 | A.   Yes. |
| 04:52:17 | 19 | Q.   Dr. Cox, your dermal exposure characterization is based on |
| 04:52:21 | 20 | your review of data summaries produced by OSAT-1 and OSAT-2 and |
| 04:52:28 | 21 | your review of data posted to EPA's website regarding |
| 04:52:33 | 22 | 53 samples of weathered oil that were analyzed for PAHs, |
| 04:52:35 | 23 | correct? |
| 04:52:37 | 24 | A.   I did do those things. |
| 04:52:38 | 25 |         The first part of your question, again, was? |

ROBERT COX - CROSS

04:52:40  1    Q.   That your dermal exposure characterization is based on the

04:52:44  2    data summaries produced by OSAT-1 and 2 and those 53 samples

04:52:52  3    that were posted to EPA's website of PAH analysis in weathered

04:52:58  4    oil?

04:52:59  5    A.   I don't think that's all of it that we just went through

04:53:01  6    under the direct.  The first thing was looking at the toxicity

04:53:05  7    of crude oil, the changes from crude oil going to weathered

04:53:10  8    oil, and the loss of some of the toxic components, primarily

04:53:14  9    the PAHs, and then looking at, for the workers, the chances

04:53:24  10   that you should not have very much exposure with that.  And

04:53:28  11   then I believe we are going to the final step that you are

04:53:30  12   referring to, which is the OSAT analysis?

04:53:34  13   Q.   I'm talking about the data, the numbers.  Any data that

04:53:37  14   you reviewed in your dermal exposure characterization that was

04:53:41  15   OSAT-1, OSAT-2, and those 53 samples from EPA, correct?

04:53:46  16   A.   Yes.

04:53:47  17   Q.   OSAT-1 was chartered in August 2010 to assess the presence

04:53:52  18   or absence of subsurface oil and/or dispersants to determine if

04:53:58  19   ongoing removal actions were necessary, correct?

04:54:01  20   A.   Yes.

04:54:03  21   Q.   So the purpose of OSAT-1 was not to assess dermal risk to

04:54:09  22   cleanup workers, was it?

04:54:10  23   A.   No, not of OSAT-1, but OSAT-1 was looking at -- there were

04:54:16  24   human health risk standards that EPA developed for the things

04:54:22  25   that OSAT-1 was looking for.

ROBERT COX - CROSS

04:54:24  1   Q.   OSAT-1 determined, as of December 2010, that "Ongoing

04:54:28  2   removal actions should continue where oil remained in the

04:54:32  3   nearshore sediments and shorelines," correct?

04:54:37  4   A.   I would have to go back and review what OSAT-1 said about

04:54:40  5   the oils and sediments.

04:54:41  6   Q.   But you did review the OSAT-1 report, correct?

04:54:44  7   A.   I did.

04:54:44  8   Q.   OSAT-2 also wasn't designed to assess potential dermal

04:54:50  9   risk to cleanup workers, was it?

04:54:51  10  A.   Not the cleanup workers.

04:54:52  11       But, again, I think we're going -- we keep going back

04:54:54  12  and forth here between cleanup workers and Gulf shore

04:54:58  13  residents.  They're two different things and two different

04:55:01  14  datasets.

04:55:02  15  Q.   The purpose of OSAT-2 was to provide the FOSC, or Federal

04:55:05  16  On-Scene Coordinator, with a net environmental benefits

04:55:09  17  analysis associated with "removing remnant oil from the

04:55:13  18  nearshore, surf zone, and shoreline sandy beach areas," in

04:55:20  19  February 2011, correct?

04:55:21  20  A.   That's correct.

04:55:22  21  Q.   Dr. Cox, your conclusions regarding dermal exposure are in

04:55:25  22  part premised on your opinion that response workers wore

04:55:30  23  appropriate PPE; is that right?

04:55:31  24  A.   That's correct.

04:55:32  25  Q.   But it's not your opinion that every single response

| | | |
|---|---|---|
| 04:55:37 | 1 | worker wore their prescribed PPE exactly as directed every time |
| 04:55:41 | 2 | they wore it, right? |
| 04:55:43 | 3 | A.   No, and I think I said that. |
| 04:55:44 | 4 |      I think all and all, the PPE was used appropriately |
| 04:55:49 | 5 | and did its job.  Once again, with something of this magnitude |
| 04:55:53 | 6 | and this scope, there are always situations where some |
| 04:55:57 | 7 | individual wasn't using it as it was supposed to be used. |
| 04:56:02 | 8 |      But I think, once again, we have to look at the big |
| 04:56:05 | 9 | picture here, and the big picture is everything was used |
| 04:56:08 | 10 | appropriately -- for the most part, not 100 percent. |
| 04:56:12 | 11 | Q.   Dr. Cox, you discussed the weathering of oil as it |
| 04:56:15 | 12 | traveled from the point in the Gulf where it was first -- where |
| 04:56:19 | 13 | it first surfaced to shorelines throughout the Gulf Coast |
| 04:56:22 | 14 | region, correct? |
| 04:56:22 | 15 | A.   That's correct. |
| 04:56:23 | 16 | Q.   You cite to some peer-reviewed published articles in |
| 04:56:26 | 17 | support of your opinions about the weathering of the oil, |
| 04:56:28 | 18 | correct? |
| 04:56:29 | 19 | A.   Yes. |
| 04:56:30 | 20 |      MS. PENCAK:  Charles, can you please pull up |
| 04:56:31 | 21 | TREX-240164.  And then just perhaps pull out the top bit of it |
| 04:56:43 | 22 | since it's a little hard to read. |
| 04:56:46 | 23 | BY MS. PENCAK: |
| 04:56:46 | 24 | Q.   But, Dr. Cox, is this the article by Middlebrook and |
| 04:56:50 | 25 | colleagues that you cited to in your August 15 report? |

ROBERT COX - CROSS

04:56:52  1    **A.**   Yes.

04:56:53  2    **Q.**   In this document these authors state that "The air quality

04:56:56  3    issues arising from the oil spill are different for workers at

04:57:00  4    the site than for the population along the coast."

04:57:03  5         Do you agree with that statement?

04:57:05  6    **A.**   I'm sorry, could you show me on here where -- I need to

04:57:07  7    see kind of where that statement is coming from.

04:57:11  8    **Q.**   Sure.

04:57:11  9         **MS. PENCAK:**  If you could back out of this, Charles,

04:57:13  10   and then pull up the first paragraph.

04:57:28  11        **THE COURT:**  It must be in another paragraph.

04:57:31  12        **MS. PENCAK:**  It must be in another.  I apologize.

04:57:32  13   **BY MS. PENCAK:**

04:57:32  14   **Q.**   Dr. Cox, this is an article you relied on; is that

04:57:34  15   correct?

04:57:35  16   **A.**   It is.

04:57:37  17        **MS. PENCAK:**  Charles, can you call up TREX-232479,

04:57:41  18   please.  Then again, just pull out the top.

04:57:51  19   **BY MS. PENCAK:**

04:57:51  20   **Q.**   Dr. Cox, is this the article by Reyerson and colleagues

04:57:54  21   you cited to in your Round 1 report?

04:57:57  22   **A.**   It is.

04:57:57  23   **Q.**   This article addresses the weathering process for oil and

04:58:01  24   its implications for air quality?

04:58:05  25   **A.**    It discusses the movement of oil from when it was released

ROBERT COX - CROSS

| | | |
|---|---|---|
| 04:58:11 | 1 | on the ocean floor to the surface. |
| 04:58:13 | 2 | **Q.**   Dr. Cox, you did not review the expert reports of BP's |
| 04:58:17 | 3 | expert, Dr. Damian Shea, did you? |
| 04:58:19 | 4 | **A.**   No. |
| 04:58:20 | 5 | **Q.**   You did not review the expert reports of the United States |
| 04:58:22 | 6 | expert, Dr. Stanley Rice, did you? |
| 04:58:24 | 7 | **A.**   I did.  A portion of that report that was Shea and Boesch; |
| 04:58:31 | 8 | is that correct? |
| 04:58:31 | 9 | **Q.**   Yes, that's correct. |
| 04:58:32 | 10 | **A.**   Yes. |
| 04:58:33 | 11 | **Q.**   Good memory.  The portion that was included in Dr. Clapp's |
| 04:58:36 | 12 | report? |
| 04:58:37 | 13 | **A.**   No.  Well, I saw that he mentioned in his report that -- |
| 04:58:43 | 14 | he said that the oil, as it weathered, was more toxic; and he |
| 04:58:49 | 15 | quoted that report from Rice and Boesch. |
| 04:58:54 | 16 |         However, I went back and read those paragraphs from |
| 04:58:57 | 17 | the report, and I pulled the articles that they were using. |
| 04:59:01 | 18 | They were not talking about human toxicity; they were talking |
| 04:59:04 | 19 | about toxicity to benthic organisms and little things in the |
| 04:59:12 | 20 | ocean and so forth.  That is completely different and was -- |
| 04:59:16 | 21 | just trying to relate that to human toxicity was way off base. |
| 04:59:22 | 22 | **Q.**   Dr. Cox, at the time that you wrote your expert reports |
| 04:59:24 | 23 | and at the time of your deposition, you had not reviewed the |
| 04:59:27 | 24 | expert reports of Dr. Stanley Rice other than those paragraphs |
| 04:59:31 | 25 | that were contained in Dr. Clapp's report, correct? |

ROBERT COX - CROSS

04:59:34  1    A.    Other than those paragraphs.

04:59:34  2          But, again, the other thing I did is I looked at

04:59:38  3    those paragraphs that they had.  And I was able to pull their

04:59:42  4    references out, and I went back and read all their references.

04:59:46  5    This was not talking about human toxicity.  This was toxicity

04:59:49  6    of little microorganisms that live in the sediments.

04:59:54  7    Q.    Dr. Cox, you talked on direct a bit about seafood safety,

04:59:59  8    right?

04:59:59  9    A.    I did.

05:00:00  10   Q.    In preparing your expert reports, you did not make any

05:00:04  11   efforts to determine whether or not subsistence fishermen ever

05:00:09  12   ignored fisheries closures and ate fish that came from closed

05:00:13  13   areas during the response, did you?

05:00:15  14   A.    I think you asked me that in my deposition.  I have seen

05:00:19  15   no information on that.

05:00:19  16   Q.    So you haven't reviewed any information about subsistence

05:00:24  17   fishing, have you?

05:00:26  18   A.    Once again, I looked at a huge quantity of information

05:00:29  19   here, and I did not see anything about people fishing when they

05:00:34  20   weren't supposed to be.

05:00:35  21   Q.    You have no information one way or another?

05:00:38  22   A.    I have none, no.

05:00:39  23   Q.    Dr. Cox, you discussed on direct the NIEHS long-term

05:00:46  24   study, didn't you?

05:00:46  25   A.    I did.

ROBERT COX - CROSS

05:00:46  1    Q.   That's a cohort study following 33,000 response workers
05:00:51  2    over 10 years, isn't it?
05:00:52  3    A.   Yes.
05:00:53  4    Q.   Isn't it true that preliminary observations from that
05:00:56  5    study have indicated that cleanup workers are about 30 percent
05:00:58  6    more likely to have moderate to severe depression than
05:01:02  7    residents who did not do cleanup work?
05:01:07  8    A.   I have not seen the information on depression.
05:01:10  9         And once again, the other thing I would say with that
05:01:13  10   is the word you just mentioned, a "cohort study."  A cohort
05:01:18  11   study by design cannot show causation; it can only show an
05:01:29  12   association.  And I think that's very important because if you
05:01:31  13   look at where we live, Mississippi is the most unhealthy state
05:01:36  14   in the country.
05:01:37  15        THE WITNESS:  And unfortunately, Your Honor, I don't
05:01:39  16   think Louisiana -- Louisiana and Alabama are right in back of
05:01:43  17   us.  So I have no doubt they are going to find instances of
05:01:46  18   diabetes, of heart disease, of strokes in that study, but that
05:01:53  19   study even by design cannot show causation.
05:01:58  20        MS. PENCAK:  Charles, could you please call up
05:01:59  21   TREX-231743.  Just call out the top part of this.  Sorry.  One
05:02:12  22   more paragraph below that.
05:02:13  23   BY MS. PENCAK:
05:02:17  24   Q.   So, Dr. Cox, you did not review these preliminary
05:02:21  25   observations from The Gulf Study?

ROBERT COX - CROSS

05:02:23  1    **A.**   No, I have not seen these preliminary observations.

05:02:28  2    **Q.**   Dr. Cox, you're also aware that BP has funded the Gulf of

05:02:31  3    Mexico Research Initiative, also known as GoMRI, for 10 years,

05:02:37  4    aren't you?

05:02:38  5    **A.**   I am aware that BP put a lot of money into a number of

05:02:41  6    initiatives, both from our local universities as well as

05:02:46  7    healthcare initiatives, to try to help healthcare along the

05:02:48  8    Gulf Coast.

05:02:49  9    **Q.**   Public health is one of the GoMRI research areas, isn't

05:02:54  10   it?

05:02:55  11   **A.**   I'm not familiar with what their exact research areas are

05:02:58  12   in GoMRI.

05:02:59  13   **Q.**   Dr. Cox, you're aware that the Center for Gulf Coast

05:03:00  14   Environmental Health Research is studying the effects of the

05:03:05  15   *Deepwater Horizon* spill on human health by examining real and

05:03:09  16   perceived exposures in reproductive-age women, correct?

05:03:13  17   **A.**   Once again, I don't know exactly what GoMRI is -- what

05:03:16  18   type of study they are conducting.

05:03:18  19   **Q.**   Are you aware of the study that the University of Texas

05:03:20  20   Medical Branch at Galveston is conducting, researching the

05:03:25  21   long-term health effects of those who consumed Gulf seafood?

05:03:29  22   **A.**   No.

05:03:31  23         Once again, there's research being done all over the

05:03:35  24   United States.  I don't know what -- I couldn't start to begin

05:03:38  25   to tell you what various studies are doing that -- that's not

ROBERT COX – CROSS

05:03:43  1   what I was doing here.

05:03:44  2           I was looking at actual data that we had and using

05:03:50  3   science to draw conclusions about potential health effects.

05:03:55  4   I'm by no means claiming that I know what studies are going on

05:03:59  5   throughout the country.

05:04:00  6   Q.   Dr. Cox, you agree that the latency period for development

05:04:04  7   of leukemia due to benzene exposure can be up to 20 or

05:04:10  8   30 years, don't you?

05:04:11  9   A.   Once again, for those benzene exposures in those

05:04:14  10  occupational workers, we're talking about levels that were

05:04:20  11  between 5,000 and 50,000 times a higher concentration than the

05:04:28  12  concentrations that were measured along the Gulf Coast.  And

05:04:32  13  so, yes, I'm aware that occupational workers that were exposed,

05:04:37  14  number one, to those concentrations and, number two, for years,

05:04:41  15  there are some that develop cancer.  And the latency period

05:04:46  16  there is 20 to 30 years for most cancers.

05:04:50  17  Q.   Dr. Cox, isn't it true that EPA uses a linear slope factor

05:04:54  18  for benzene?

05:04:54  19  A.   That is true.

05:05:02  20          MS. PENCAK:  No further questions, Your Honor.

05:05:03  21          THE COURT:  Mr. Jarrett, redirect?

05:05:06  22          MR. JARRETT:  I don't think so, Your Honor.

05:05:07  23          THE COURT:  All right.  You're done.  Thank you.

05:05:10  24          Where is Brandon, Mississippi?

05:05:12  25          THE WITNESS:  Brandon is about 15 minutes due east of

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 05:05:16 | 1 | Jackson. |
| 05:05:16 | 2 |        THE COURT:  So it's a suburb of Jackson? |
| 05:05:19 | 3 |        THE WITNESS:  Suburb, yes, sir. |
| 05:05:22 | 4 |        This is yours.  Thank you. |
| 05:05:28 | 5 |        MS. HIMMELHOCH:  I have a small housekeeping matter |
| 05:05:29 | 6 | when you have a moment, Your Honor. |
| 05:05:31 | 7 |        THE COURT:  Go ahead. |
| 05:05:32 | 8 |        MS. HIMMELHOCH:  I understand, for entirely |
| 05:05:34 | 9 | reasonable reasons, that BP may be shuffling some of its |
| 05:05:37 | 10 | witness order.  We would ask that they update us tonight by |
| 05:05:41 | 11 | about 8:00 if they have any news as to what different witnesses |
| 05:05:46 | 12 | may be coming tomorrow and the next day so that we can plan our |
| 05:05:49 | 13 | resources accordingly. |
| 05:05:52 | 14 |        MR. BROCK:  I think I can give the Court an update |
| 05:05:54 | 15 | now. |
| 05:05:55 | 16 |        THE COURT:  Okay.  Good. |
| 05:05:57 | 17 |        MR. BROCK:  Mike Brock for BP.  Tomorrow morning we |
| 05:05:59 | 18 | will start with Richard Morrison, a fact witness, a BPXP |
| 05:06:06 | 19 | witness.  He will be followed by Dr. Shea, who is an |
| 05:06:10 | 20 | environmental expert. |
| 05:06:11 | 21 |        THE COURT:  Okay. |
| 05:06:13 | 22 |        MR. BROCK:  Dr. Tunnell was originally scheduled to |
| 05:06:19 | 23 | be here on Wednesday.  We are trying to see if we can get him |
| 05:06:22 | 24 | here tomorrow afternoon.  I will probably need a call or two |
| 05:06:26 | 25 | when I get back to the office.  If Dr. Tunnell is not available |

05:06:29   1   tomorrow afternoon, we would move Dr. Taylor up into

05:06:32   2   Dr. Tunnell's slot.

05:06:35   3         THE COURT:  When will you be able to tell everyone?

05:06:38   4         MR. BROCK:  I can tell them within an hour of getting

05:06:41   5   back.  I just need to do a little checking with folks back at

05:06:46   6   the office.

05:06:47   7         THE COURT:  Okay.

05:06:48   8         MR. BROCK:  Then I do have one situation, Your Honor,

05:06:49   9   that I would like to speak with you about either in chambers or

05:06:52   10  at sidebar.  I do have a witness with a significant health

05:06:55   11  issue that I have advised the United States and Anadarko about,

05:06:59   12  where I would like to request an accommodation.  And I can do

05:07:04   13  that at any time that's convenient to the Court.

05:07:08   14        THE COURT:  You all can come up.  You can do that as

05:07:11   15  soon as we recess the trial for the day.

05:07:14   16            Anything else that we need to put on the record?

05:07:17   17        MS. HIMMELHOCH:  Your Honor, my only question is they

05:07:18   18  have notably omitted a witness who would have fallen in the

05:07:22   19  order, Dr. Bonnano.

05:07:25   20        MR. BROCK:  Thank you for that reminder.  We will not

05:07:26   21  be calling Dr. Bonnano.

05:07:28   22        THE COURT:  Dr. Bonnano is off?

05:07:31   23        MR. BROCK:  Yes, sir.

05:07:31   24        THE COURT:  Well, the list I had, you had Dr. Tunnell

05:07:37   25  and then Daines?

| | | |
|---|---|---|
| 05:07:39 | 1 | **MR. BROCK:**  Yes.  Daines is also an issue.  He cannot |
| 05:07:42 | 2 | be here until Wednesday, so I'm going to try to fill the day |
| 05:07:49 | 3 | tomorrow with Morrison, Shea, Taylor -- |
| 05:07:54 | 4 | **THE COURT:**  And then you have another fact witness, |
| 05:07:56 | 5 | Robertson? |
| 05:07:58 | 6 | **MR. BROCK:**  Robertson, and we would likely call him |
| 05:08:01 | 7 | tomorrow if that's -- |
| 05:08:02 | 8 | **THE COURT:**  Why don't you do this.  As soon as you're |
| 05:08:04 | 9 | able to this evening, let opposing counsel know, and e-mail Ben |
| 05:08:10 | 10 | also.  Okay? |
| 05:08:10 | 11 | **MR. BROCK:**  Yes, sir, will do. |
| 05:08:11 | 12 | We have served the -- I don't know if they've |
| 05:08:13 | 13 | received them or not, but we have served the Taylor |
| 05:08:16 | 14 | demonstratives.  In case we need to call him, we went ahead and |
| 05:08:20 | 15 | served those after lunch.  So whenever they can get objections |
| 05:08:24 | 16 | in to those, we will work with them on that. |
| 05:08:26 | 17 | **MS. HIMMELHOCH:**  I believe we've received them, |
| 05:08:27 | 18 | Your Honor.  I do think that we need to talk with BP.  In the |
| 05:08:31 | 19 | interest of not being cumulative, there were some documents I |
| 05:08:33 | 20 | intended to introduce through Dr. Bonnano that I could have |
| 05:08:37 | 21 | introduced through Dr. Austin.  He was still on their list when |
| 05:08:41 | 22 | Dr. Austin testified.  He has now been pulled down. |
| 05:08:44 | 23 | I may need to talk with BP about whether I need |
| 05:08:47 | 24 | a couple additional orphans to address the fact that I don't |
| 05:08:50 | 25 | have the witness I expected to have to get those documents in. |

1    **THE COURT:**  Why don't you all discuss that and see if
2    you can work that out this evening.  Okay?
3    **MS. HIMMELHOCH:**  Absolutely, Your Honor.
4    **THE COURT:**  Anything else we need to put on the
5    record?  If not, we will recess until 8:00 a.m. tomorrow.
6    You all can come up here to discuss the witness
7    problem.
8    (Proceedings adjourned.)
9    * * *
10   <u>CERTIFICATE</u>
11   I, Toni Doyle Tusa, CCR, FCRR, Official Court
12   Reporter for the United States District Court, Eastern District
13   of Louisiana, certify that the foregoing is a true and correct
14   transcript, to the best of my ability and understanding, from
15   the record of proceedings in the above-entitled matter.
16
17
18   *s/ Toni Doyle Tusa*
     Toni Doyle Tusa, CCR, FCRR
19   Official Court Reporter
20
21
22
23
24
25

OFFICIAL TRANSCRIPT

.1 [1] 1508/18
.1 milligrams [1] 1508/18
.2 [1] 1508/15
.2 milligrams [1] 1508/15
.4 [2] 1509/5 1509/6
.4 milligrams [2] 1509/5 1509/6

## 0

0.87 [1] 1508/7
0.9 [1] 1508/7
013087 [1] 1436/13

## 1

1 million [2] 1477/17 1477/18
1,000 [1] 1479/22
1,000 times [1] 1479/16
1.4 million [1] 1452/6
10 [5] 1387/20 1443/7 1502/24 1518/2
 1519/3
10,000 [1] 1477/17
10-4536 [1] 1375/6
10-MD-2179 [1] 1375/5
100 [3] 1479/15 1479/22 1514/10
100 percent [1] 1506/13
1036 [1] 1375/16
10:00 [1] 1390/24
10:00 a.m [1] 1390/18
10:00 and [1] 1393/20
115 [1] 1507/18
12 [2] 1436/10 1507/9
12 1/2 thousand [1] 1461/18
12,000 [1] 1395/13
12-hour [1] 1394/4
12020 [1] 1485/5
12020.4 [1] 1485/21
12238 [1] 1476/19
125 [1] 1399/7
125 aircraft [1] 1397/4
13 [1] 1458/12
13043.1.1 [1] 1408/4
13043.1.2 [1] 1409/6
13043.3.1 [1] 1408/11
13085.034 [1] 1505/7
13110 [1] 1511/4
14271 [1] 1376/17
15 [8] 1390/20 1432/6 1436/9 1496/15
 1503/18 1504/1 1505/22 1514/25
15 minutes [1] 1520/25
15-minute [1] 1428/18
150 [1] 1399/7
16 [1] 1398/25
17 [4] 1399/1 1406/20 1424/25 1507/24
1700 squadrons [1] 1406/14
1978 [1] 1385/11
1989 [1] 1385/17

## 2

2,109 [1] 1496/22
2-butoxyethanol [1] 1460/12
20 [5] 1375/5 1390/20 1453/13 1520/7
 1520/16
200 [2] 1397/4 1488/11
2000 [1] 1385/17
20004 [1] 1376/17
20005 [1] 1377/11
20006 [1] 1377/20
2001 [1] 1383/22
20044 [1] 1376/13
2007 [1] 1375/12
2010 [15] 1375/5 1383/13 1383/22
 1388/5 1392/16 1393/23 1435/14

1446/4 1488/16 1506/5 1507/6 1507/9
 1507/17 1508/1
2011 [5] 1384/6 1422/3 1446/17
 1476/23 1513/19
2012 [3] 1383/14 1393/24 1489/7
2013 [3] 1384/13 1384/15 1425/6
2015 [2] 1375/8 1380/2
2020 [1] 1377/19
21,000 [1] 1395/17
210 [1] 1403/15
2100 [1] 1399/9
2179 [1] 1375/5
230437NR [1] 1498/15
230479NR [1] 1498/17
231743 [1] 1518/21
232479 [1] 1515/17
24 [6] 1391/7 1391/8 1398/25 1417/16
 1421/3 1506/23
24-hours [1] 1402/9
24-hours-a-day [1] 1394/3
240110 [1] 1436/12
240111 [1] 1436/12
240164 [1] 1514/21
25 [10] 1381/19 1382/22 1395/6
 1399/19 1400/3 1406/10 1406/12
 1406/20 1419/17 1432/3
25 vessels [1] 1406/10
25,000 [1] 1461/4
252 [3] 1505/10 1510/25 1511/6
26 [3] 1375/8 1380/2 1436/10
27 [2] 1506/1 1506/5
275 [1] 1378/1
28th [1] 1433/12

## 3

3.14 [1] 1488/15
3.5 [1] 1488/16
30 [5] 1384/22 1443/8 1456/20 1502/25
 1520/16
30 percent [1] 1518/5
30 years [1] 1520/8
30,000 [1] 1503/19
30-year [1] 1462/17
300 [1] 1377/6
32 [3] 1386/8 1386/15 1464/3
33,000 [1] 1518/1
35002 [1] 1382/11
35003 [1] 1392/7
35005 [1] 1399/16
35007 [1] 1403/7
35009 [1] 1412/1
35013 [1] 1405/2
35015 [1] 1414/16
35039 [1] 1426/7
35040 [1] 1396/10
35102 [1] 1429/19
35102.2 [1] 1482/16
35103 [1] 1431/6
35104 [1] 1435/25
35105 [1] 1437/15
35106 [1] 1439/8
35106.1 [1] 1441/1
35106.2 [1] 1443/19
35106.3 [1] 1442/8
35107 [1] 1444/22
35107.1 [1] 1445/22
35107.2 [1] 1446/13
35108 [1] 1449/5
35108.2 [1] 1453/24
35108.3 [1] 1471/25
35109 [2] 1455/5 1457/14
35110 [1] 1458/9
35112 [1] 1463/3

35113 [1] 1464/25
35117 [1] 1448/7
35118 [1] 1483/6
35133 [1] 1476/16
35137 [1] 1480/5
35139.2 [1] 1494/20
35139.4 [1] 1493/22
35140 [1] 1456/6
35141 [1] 1478/9
35142 [1] 1467/23
35144 [1] 1488/24
35145 [1] 1470/8
35146 [1] 1480/17
35270 [1] 1449/24
355 [1] 1377/23
36 [1] 1385/15
37 [1] 1508/11
370 [1] 1497/20
3:30 [4] 1419/24 1420/4 1420/20
 1421/16

## 4

40 [3] 1395/22 1456/19 1456/20
40 hours [1] 1443/7
410 [1] 1403/15
435 [1] 1395/10
4400 [1] 1377/23
45 minutes [1] 1428/17
4536 [1] 1375/6
46,000 [1] 1487/19
46,000 people [1] 1489/14
48,000 [1] 1397/3
4:30 [1] 1420/4
4:45 [1] 1393/13

## 5

5,000 [2] 1462/6 1520/11
5,000 feet [3] 1401/24 1417/14 1464/9
50,000 [1] 1520/11
500 [1] 1378/1
5000 [1] 1377/14
504 [1] 1378/2
53 [2] 1512/2 1512/15
53 samples [1] 1511/22
57 percent [1] 1507/21
576 [1] 1487/15
589-7778 [1] 1378/2
5986 [2] 1486/13 1486/22
5:00 a.m [1] 1393/13
5:00 to [1] 1393/15

## 6

6,000 [1] 1461/19
6,500 [1] 1397/3
60654 [1] 1377/7
655 [1] 1377/10
6:00 [1] 1393/15
6:00 a.m [1] 1393/18
6:00 p.m [2] 1393/18 1401/5

## 7

70 million [1] 1487/17
701 [2] 1376/23 1377/14
70130 [2] 1376/23 1378/2
70139 [1] 1377/14
750 [1] 1499/3
750 entries [1] 1498/1
76 [1] 1508/1
7611 [1] 1376/12
7778 [1] 1378/2

## 8

88 [1] 1473/20

**8**

8:00 [1] 1401/11
8:00 a.m [1] 1524/5
8:00 if [1] 1521/11
8:00 p.m [1] 1401/6

**9**

90 days [1] 1475/24
90071 [1] 1377/23
920 [3] 1487/1 1487/2 1487/3
95 percent [1] 1461/12
95th [1] 1458/23
96 percent [1] 1473/20
97 [1] 1510/2
98 [1] 1510/2

**A**

a.m [4] 1390/18 1393/13 1393/18
 1524/5
ABIGAIL [1] 1376/7
abilities [7] 1398/3 1398/18 1398/19
 1399/2 1399/12 1402/18 1413/16
ability [3] 1398/13 1404/18 1524/14
able [15] 1385/1 1395/18 1396/4
 1397/17 1397/21 1397/23 1398/12
 1402/8 1415/6 1420/18 1425/15
 1508/20 1517/3 1522/3 1523/9
about [132] 1381/14 1381/24 1382/1
 1385/4 1386/1 1388/23 1391/14 1399/5
 1404/5 1404/22 1404/23 1407/8
 1407/25 1408/2 1410/5 1410/13
 1410/17 1413/10 1413/24 1415/18
 1415/19 1415/23 1416/24 1417/22
 1421/19 1422/24 1424/3 1426/4
 1426/18 1426/25 1427/2 1428/18
 1430/23 1431/11 1432/18 1433/6
 1433/10 1433/15 1435/11 1437/9
 1438/11 1441/8 1442/25 1444/15
 1446/25 1448/24 1449/1 1449/9
 1449/18 1451/1 1452/12 1459/20
 1461/19 1461/21 1462/23 1462/24
 1465/2 1465/9 1465/24 1466/12
 1466/15 1466/23 1466/24 1467/14
 1467/20 1471/7 1471/17 1472/2 1472/6
 1472/16 1475/10 1475/10 1475/13
 1478/7 1480/19 1481/13 1481/13
 1481/20 1481/21 1482/13 1483/3
 1483/10 1483/22 1483/23 1484/1
 1484/20 1484/23 1486/1 1486/11
 1487/15 1488/2 1490/5 1492/4 1492/5
 1492/7 1494/6 1494/16 1500/20
 1500/21 1501/3 1501/13 1501/25
 1502/3 1502/13 1502/22 1503/2 1503/6
 1504/16 1506/3 1507/2 1507/4 1508/25
 1510/14 1510/16 1510/19 1512/13
 1513/4 1514/17 1516/16 1516/19
 1517/5 1517/7 1517/16 1517/19 1518/5
 1520/3 1520/10 1520/25 1521/11
 1522/9 1522/11 1523/23
above [6] 1412/9 1459/19 1460/25
 1461/4 1502/24 1524/15
above-entitled [1] 1524/15
absence [1] 1512/18
absolutely [3] 1423/8 1502/18 1524/3
absorb [2] 1405/17 1414/13
absorbent [3] 1405/16 1406/4 1414/12
absorbent-type [1] 1414/12
abuse [1] 1432/12
accelerate [1] 1408/16
acceptable [2] 1477/1 1477/17
accepted [3] 1388/4 1435/23 1435/24
access [2] 1407/20 1450/3

accessed [1] 1450/5
accident [1] 1474/24
accidentally [1] 1473/4
accidents [1] 1492/5
accommodation [1] 1522/12
accomplished [1] 1391/6
According [3] 1500/8 1500/18 1501/9
accordingly [1] 1521/13
account [3] 1427/13 1470/24 1471/3
accountable [1] 1388/18
accounted [1] 1388/21
accumulate [1] 1402/18
ACGIH [3] 1456/12 1461/16 1509/24
achieve [1] 1391/23
achieved [1] 1419/7
acknowledge [1] 1410/2
acronym [1] 1442/11
acronyms [1] 1450/9
across [20] 1382/3 1383/18 1390/6
 1390/19 1390/21 1393/1 1398/1
 1400/20 1402/12 1417/3 1417/4
 1417/10 1417/21 1420/19 1421/6
 1425/1 1425/6 1427/21 1432/13
 1460/21
act [1] 1401/25
acting [2] 1391/2 1392/2
Action [1] 1375/4
actions [4] 1389/2 1393/8 1512/19
 1513/2
active [1] 1432/21
activities [12] 1383/3 1383/8 1383/10
 1386/11 1388/16 1388/25 1389/1
 1392/22 1399/22 1414/1 1416/20
 1424/15
activity [6] 1388/18 1390/16 1392/14
 1397/25 1400/25 1424/1
actual [5] 1402/5 1403/14 1481/25
 1482/5 1520/2
actually [25] 1382/2 1385/17 1393/23
 1395/2 1398/11 1398/11 1400/15
 1406/2 1415/4 1417/8 1453/7 1457/7
 1461/15 1464/5 1464/10 1465/15
 1465/17 1465/19 1470/12 1471/11
 1473/1 1475/6 1478/1 1488/1 1498/14
acute [1] 1434/22
add [4] 1387/18 1470/19 1486/24 1487/1
addition [4] 1412/21 1417/12 1420/20
 1470/13
additional [4] 1407/5 1407/19 1408/23
 1523/24
address [16] 1389/15 1390/2 1390/8
 1390/10 1398/6 1398/19 1418/23
 1425/16 1427/4 1432/8 1438/3 1438/16
 1493/14 1493/16 1495/3 1523/24
addressed [4] 1396/19 1414/4 1493/5
 1493/7
addresses [3] 1426/14 1493/19 1515/23
addressing [3] 1397/9 1420/18 1423/16
adjourned [1] 1524/8
Administration [2] 1478/16 1480/8
advancement [1] 1398/15
advantage [1] 1425/15
adverse [16] 1431/21 1433/1 1437/20
 1437/22 1443/6 1454/19 1456/17
 1462/14 1465/7 1467/1 1480/23
 1482/20 1485/4 1489/25 1496/3 1496/8
advertising [2] 1425/25 1427/10
advise [1] 1389/16
advised [1] 1522/11
advising [1] 1491/25
Advisory [2] 1450/12 1475/14
aerial [4] 1401/8 1410/13 1410/16
 1412/21
aerially [1] 1411/18

affect [1] 1469/9
affected [1] 1449/14
after [14] 1384/24 1400/3 1402/20
 1410/4 1412/24 1416/23 1421/14
 1443/23 1453/16 1459/18 1467/8
 1482/19 1507/2 1523/15
aftermath [2] 1386/24 1444/17
afternoon [9] 1375/18 1380/1 1381/5
 1428/25 1495/18 1495/24 1496/1
 1521/24 1522/1
again [66] 1386/22 1387/2 1387/10
 1388/25 1391/1 1394/15 1405/23
 1406/25 1411/6 1412/1 1416/10
 1418/10 1421/14 1447/14 1447/25
 1452/11 1456/18 1464/4 1468/20
 1469/12 1471/13 1473/3 1474/12
 1478/1 1479/3 1479/8 1480/23 1481/17
 1483/12 1483/18 1487/16 1490/13
 1490/17 1491/13 1492/19 1493/23
 1493/25 1494/8 1496/24 1497/10
 1501/2 1501/12 1501/20 1501/25
 1502/8 1502/20 1502/22 1504/6 1504/6
 1505/14 1506/10 1506/20 1507/11
 1508/4 1510/19 1511/25 1513/11
 1514/5 1514/8 1515/18 1517/2 1517/18
 1518/9 1519/17 1519/23 1520/7 1521/9
against [4] 1384/2 1400/7 1415/1
 1415/10
age [2] 1475/4 1519/16
agencies [6] 1394/10 1394/12 1394/14
 1395/23 1419/11 1428/2 1437/1
 1438/20 1439/13 1439/17 1440/9
 1440/20 1441/6 1443/24 1444/15
 1444/17 1445/15 1445/18 1446/5
 1448/2 1450/10 1450/22 1452/12
 1455/25 1456/9 1456/12 1456/22
 1457/8 1463/11 1475/16 1478/14
 1482/4 1484/14 1489/5 1492/15 1493/5
agency [6] 1440/12 1441/16 1442/10
 1442/15 1444/2 1466/9
agenda [1] 1389/11
agents [1] 1431/21
ago [2] 1452/11 1463/6
agree [7] 1468/23 1473/5 1473/6
 1494/25 1496/7 1515/5 1520/6
agrees [1] 1494/23
ahead [5] 1435/22 1491/2 1495/17
 1521/7 1523/14
aid [6] 1486/18 1486/21 1486/23 1487/2
 1487/4 1487/16
aided [1] 1378/6
air [35] 1390/9 1397/15 1423/3 1443/2
 1443/5 1443/15 1443/24 1446/2 1447/1
 1447/15 1454/8 1465/12 1465/20
 1465/22 1470/2 1502/4 1502/10 1503/7
 1503/19 1503/23 1504/9 1504/14
 1504/24 1505/10 1505/20 1505/25
 1506/4 1506/8 1506/9 1506/18 1507/5
 1507/8 1507/16 1515/2 1515/24
air-conditioned [1] 1470/2
airborne [3] 1442/18 1465/5 1465/18
aircraft [3] 1397/1 1397/4 1417/9
airplane [1] 1417/24
airplanes [1] 1412/6
AJ [1] 1498/18
Alabama [1] 1518/16
Alaska [6] 1382/2 1382/8 1385/21
 1385/25 1387/25 1388/3
all [96] 1383/9 1383/18 1384/4 1388/21
 1388/25 1389/1 1390/17 1390/19
 1390/23 1393/23 1396/2 1397/5
 1399/10 1408/17 1409/14 1409/24
 1417/4 1417/10 1417/20 1427/9

all... [76]  1427/21 1428/21 1428/24
1430/6 1430/11 1430/17 1433/9 1434/9
1434/10 1435/2 1435/12 1436/21
1437/19 1438/6 1438/13 1439/20
1440/6 1440/14 1442/18 1444/23
1447/16 1449/20 1450/4 1450/8 1450/9
1452/1 1452/16 1453/12 1453/14
1456/2 1456/13 1457/7 1457/8 1457/10
1460/7 1460/16 1462/5 1462/7 1462/12
1462/13 1462/14 1465/10 1466/15
1466/16 1468/6 1469/11 1472/7 1473/8
1479/13 1480/21 1480/24 1483/19
1484/5 1484/25 1486/21 1486/22
1487/1 1488/16 1489/25 1494/9
1495/14 1497/3 1500/14 1501/15
1502/15 1503/3 1505/16 1512/5 1514/4
1514/4 1517/4 1519/23 1520/23
1522/14 1524/1 1524/6
all-hands [1]  1390/19 1390/23
ALLAN [1]  1376/21
allergies [2]  1470/19 1491/11
allocate [1]  1401/12
allow [8]  1397/23 1399/3 1403/16
1412/10 1417/25 1418/1 1480/10
1483/14
allowed [11]  1402/8 1402/14 1411/7
1411/13 1413/13 1413/15 1430/23
1461/13 1474/1 1478/22 1483/10
allowing [1]  1397/17 1404/19
allows [2]  1413/19 1414/25
alluded [1]  1456/2
almost [6]  1385/19 1391/13 1403/3
1414/6 1459/21 1500/23
along [17]  1392/20 1400/7 1400/22
1414/7 1415/2 1439/12 1447/6 1451/6
1451/9 1460/7 1465/14 1475/19
1475/25 1502/11 1515/4 1519/7
1520/12
already [5]  1399/21 1409/15 1417/3
1473/10 1493/25
also [63]  1386/14 1387/4 1391/10
1399/23 1405/18 1408/2 1409/2
1410/14 1417/17 1417/18 1420/22
1422/4 1423/11 1423/22 1424/13
1429/25 1431/1 1431/13 1431/25
1432/4 1432/9 1432/25 1433/2 1433/22
1434/10 1434/12 1436/24 1437/21
1444/3 1444/17 1444/25 1445/5
1450/16 1458/23 1461/9 1466/19
1466/21 1467/14 1470/20 1472/20
1477/19 1477/21 1479/10 1479/18
1480/25 1481/2 1485/3 1486/21 1490/4
1490/5 1490/17 1495/4 1501/23 1502/1
1503/22 1504/13 1504/13 1504/24
1513/8 1519/2 1519/3 1523/1 1523/10
alter [1]  1494/6
although [2]  1451/25 1469/21
always [5]  1410/6 1456/24 1457/5
1465/22 1514/6
am [8]  1381/5 1381/16 1431/1 1432/2
1467/19 1476/21 1492/2 1519/5
AMANT [1]  1376/22
amazing [1]  1428/4
ambient [1]  1465/20
amenity [2]  1400/13 1415/17
AMERICA [3]  1375/8 1376/3 1388/7
American [5]  1435/1 1431/17 1456/12
Americans [1]  1479/14
Amoco [1]  1385/19
amongst [2]  1470/21 1489/11
amount [9]  1413/6 1437/2 1437/6

1462/17 1463/20 1470/21 1481/4
1480/5 1518/15
ANADARKO [4]  1375/11 1375/11
1377/16 1522/11
analogy [1]  1491/24
analyses [2]  1433/20 1451/17
analysis [14]  1447/22 1449/11 1453/16
1458/3 1459/1 1476/2 1476/14 1481/6
1482/8 1484/19 1491/19 1512/3
1512/12 1513/17
analytical [1]  1436/24 1458/20
analyze [2]  1436/23 1457/20
analyzed [2]  1439/20 1465/3 1511/22
Anchorage [1]  1382/2
anchored [1]  1414/15
and/or [4]  1405/11 1420/25 1441/8
1512/18
ANDRE [1]  1376/7
ANDREW [1]  1377/4
Angeles [1]  1377/23
another [16]  1405/25 1440/10 1440/12
1441/15 1443/17 1443/21 1446/9
1452/15 1482/11 1483/20 1489/12
1491/9 1515/11 1515/12 1517/21
1523/4
answer [3]  1424/4 1428/6 1453/19
answered [1]  1491/15
answering [1]  1510/13
answers [1]  1498/21
anthrax [1]  1433/17
Antonov [3]  1417/8 1417/9 1417/22
any [66]  1380/4 1386/18 1388/13
1391/22 1397/24 1430/1 1432/7
1437/19 1437/22 1438/7 1443/14
1444/1 1444/16 1445/19 1446/2 1446/2
1447/16 1447/20 1448/4 1451/14
1451/14 1451/17 1451/20 1451/25
1454/23 1461/6 1462/13 1465/7
1465/12 1465/18 1466/16 1466/17
1466/25 1467/1 1467/6 1469/5 1471/4
1480/23 1481/6 1481/25 1482/4
1489/25 1491/6 1492/1 1493/4 1494/14
1500/21 1500/21 1500/23 1500/24
1504/9 1504/14 1504/20 1504/24
1505/12 1505/20 1505/24 1506/7
1506/18 1509/5 1511/8 1512/13
1517/10 1517/16 1521/11 1522/13
anybody [3]  1451/20 1478/4 1491/5
anyone [1]  1413/18 1440/3 1491/19
anything [11]  1435/16 1437/6 1462/22
1467/6 1471/6 1471/15 1493/3 1506/14
1517/19 1522/16 1524/4
anywhere [2]  1464/11 1499/12
apologize [1]  1515/12
Apparently [1]  1497/2
appear [1]  1458/7
Appearances [2]  1376/1 1377/1
applicable [3]  1442/20 1457/11 1500/13
application [6]  1403/2 1410/19 1412/3
1412/4 1412/15 1413/1
applications [4]  1399/24 1410/13
1410/17 1411/24
apply [3]  1443/4 1471/8 1510/20
appointed [1]  1420/23
appreciation [1]  1394/25
approach [8]  1425/4 1435/2 1455/21
1459/6 1459/7 1472/17 1472/20 1474/7
approaching [1]  1406/18
appropriate [2]  1471/16 1513/23
appropriately [3]  1474/22 1514/4
1514/10
approval [3]  1402/6 1410/15 1457/2
approvals [2]  1411/2 1411/13

approved [1]  1474/4
approximately [5]  1533/10 1517/14
1497/25 1499/3 1503/19
APRIL [12]  1375/5 1381/19 1382/22
1392/16 1392/19 1393/23 1395/6
1399/19 1400/3 1416/23 1419/17
1486/6
April 25 [5]  1381/19 1382/22 1395/6
1399/19 1419/17
are [174]
area [24]  1381/22 1383/13 1383/17
1383/23 1392/2 1393/7 1393/10
1393/25 1398/8 1400/4 1400/8 1402/14
1403/23 1404/14 1407/21 1412/4
1413/7 1414/9 1415/11 1421/23
1446/20 1451/8 1451/11 1496/20
areas [20]  1390/1 1398/15 1400/7
1400/8 1403/2 1405/18 1406/16
1413/14 1414/8 1415/15 1416/10
1432/2 1451/9 1478/22 1479/8 1479/9
1513/18 1517/13 1519/9 1519/11
aren't [1]  1519/4
arena [1]  1399/24
arguing [1]  1485/2
arise [1]  1421/21
arising [1]  1515/3
aromatic [5]  1460/11 1462/5 1473/19
1501/6 1505/1
around [10]  1387/1 1400/10 1402/10
1406/14 1417/6 1417/9 1418/2 1421/19
1467/6 1471/12
arrived [5]  1395/6 1399/18 1400/2
1400/3 1419/17
article [4]  1514/24 1515/14 1515/20
1515/23
articles [2]  1514/16 1516/17
artificial [1]  1459/15
as [198]
ask [11]  1380/14 1387/22 1394/24
1399/18 1415/18 1418/16 1429/19
1455/20 1460/5 1489/21 1521/10
asked [16]  1382/5 1382/9 1407/5
1423/19 1429/14 1429/21 1429/23
1429/25 1430/2 1432/20 1434/7
1434/16 1436/19 1438/16 1438/23
1517/14
asking [6]  1408/15 1422/18 1491/4
1499/8 1499/11 1506/3
aspect [1]  1473/7
assess [4]  1454/19 1512/17 1512/21
1513/8
assessment [30]  1427/14 1434/21
1434/24 1436/24 1449/14 1454/4
1454/7 1454/21 1454/24 1455/9
1455/22 1457/17 1457/19 1464/21
1471/20 1472/4 1472/15 1474/21
1475/17 1483/4 1483/15 1491/25
1502/13 1502/14 1509/10 1509/17
1509/21 1510/7 1510/17 1510/20
assessments [1]  1455/3
ASSET [1]  1375/13
assets [1]  1408/7
assignment [5]  1431/4 1434/6 1434/15
1436/18 1478/19
assist [1]  1419/17
assistance [1]  1452/9
assisted [2]  1433/15 1434/13
associated [10]  1384/4 1387/3 1388/15
1388/16 1389/1 1411/16 1432/24
1455/13 1482/1 1513/17
association [1]  1518/12
assuming [1]  1481/2
assurance [1]  1390/5

A

asthma [2] 1448/16 1448/18
at [179]
ate [1] 1517/12
atmosphere [3] 1413/20 1432/24
1508/10
atmospheric [1] 1402/1
ATSDR [1] 1444/4
attempt [3] 1468/15 1484/8 1499/2
attempts [1] 1397/11
attend [1] 1389/6
attendance [1] 1389/9
attention [3] 1440/24 1489/17 1492/23
attributable [3] 1388/25 1389/4 1446/19
attributed [1] 1421/25
attributes [1] 1433/7
August [15] 1382/22 1383/12 1383/13
1383/21 1388/5 1392/16 1392/19
1436/9 1496/15 1503/18 1504/1
1505/22 1507/9 1512/17 1514/25
August 15 [6] 1436/9 1496/15 1503/18
1504/1 1505/22 1514/25
August 2010 [1] 1512/17
August 3 [3] 1382/22 1383/12 1383/21
Austin [3] 1427/1 1523/21 1523/22
Australia [4] 1381/10 1381/10 1384/19
1384/20
author [1] 1442/12
authors [1] 1515/2
automobile [1] 1465/13
availability [1] 1426/5
available [28] 1382/9 1391/23 1392/4
1401/20 1407/17 1409/24 1415/9
1418/1 1421/2 1425/19 1425/23 1426/4
1426/14 1426/15 1426/18 1427/3
1427/9 1435/13 1435/15 1436/22
1440/3 1445/5 1449/11 1450/4 1453/9
1455/16 1479/14 1521/25
Avenue [1] 1377/23
average [4] 1457/21 1459/12 1488/15
1488/18
aware [13] 1388/20 1407/24 1408/1
1451/25 1454/25 1466/25 1481/25
1482/4 1519/2 1519/5 1519/13 1519/19
1520/13
away [8] 1394/22 1409/16 1441/18
1442/2 1469/9 1469/15 1486/19 1487/4

B

back [24] 1388/17 1388/22 1389/5
1397/16 1402/6 1415/24 1416/22
1417/10 1425/5 1453/9 1457/13
1465/24 1468/13 1487/21 1497/19
1513/4 1513/11 1515/9 1516/16 1517/4
1518/16 1521/25 1522/5 1522/5
background [5] 1385/5 1385/6 1385/8
1431/12 1508/9
backtrack [1] 1484/8
backward [1] 1437/25
backward-looking [1] 1437/25
bad [2] 1454/10 1477/14
balance [1] 1457/17
banner [2] 1394/13 1394/15
BARBIER [8] 1375/19 1381/8 1385/7
1396/17 1400/23 1403/10 1405/8
1414/21
Barbier's [1] 1412/2
bars [1] 1469/5
base [4] 1404/15 1404/17 1404/20
1516/21
based [11] 1413/8 1464/20 1477/11
1491/24 1495/7 1509/10 1509/17

1510/8 1510/18 1511/19 1512/1
1516/1 1522/1
basic [1] 1395/20
basically [3] 1408/17 1457/20 1482/25
basis [6] 1394/20 1394/22 1397/16
1407/2 1407/17 1423/4
be [115] 1380/3 1380/18 1382/9 1385/1
1387/14 1388/17 1388/21 1388/22
1389/2 1389/4 1389/10 1389/25
1390/11 1396/4 1397/17 1397/23
1398/7 1399/2 1399/8 1400/5 1400/12
1402/4 1402/8 1404/19 1406/23 1407/1
1408/15 1408/21 1410/3 1410/7 1411/8
1412/6 1412/7 1412/8 1414/4 1414/6
1414/13 1415/14 1416/12 1417/10
1417/19 1418/4 1419/4 1420/17 1421/2
1421/3 1421/8 1421/15 1424/11
1424/25 1425/6 1427/6 1428/16
1428/23 1432/19 1433/4 1433/19
1439/2 1439/3 1439/23 1440/15
1440/17 1441/9 1443/17 1445/9
1445/12 1447/16 1452/10 1454/9
1454/14 1454/16 1454/18 1456/18
1458/16 1458/17 1460/23 1460/25
1461/2 1463/10 1463/25 1464/13
1465/25 1466/22 1469/25 1472/8
1472/11 1473/19 1478/12 1490/8
1490/9 1490/14 1494/12 1494/15
1497/6 1497/13 1498/3 1498/11
1498/21 1502/19 1503/1 1504/16
1510/22 1510/23 1514/7 1515/11
1515/12 1517/20 1520/7 1521/9
1521/12 1521/14 1522/3 1522/3
1522/21 1523/2
beach [7] 1473/23 1475/19 1475/23
1475/25 1477/4 1477/6 1513/18
beaches [5] 1391/17 1400/13 1415/16
1415/17 1423/3
bear [4] 1397/21 1431/4 1433/8 1436/12
became [7] 1384/6 1388/1 1402/5
1402/20 1407/16 1417/1 1484/4
because [26] 1398/22 1402/14 1404/4
1404/18 1413/19 1417/25 1419/3
1420/13 1447/14 1447/25 1453/9
1457/2 1462/14 1463/9 1463/11
1466/20 1471/2 1480/24 1480/24
1491/6 1501/16 1502/19 1505/14
1508/20 1508/23 1518/12
become [3] 1383/13 1384/17 1437/22
becomes [1] 1408/19
been [33] 1380/24 1382/9 1384/8
1386/1 1391/6 1400/1 1408/19 1408/20
1409/15 1409/17 1410/20 1412/5
1412/24 1413/7 1415/22 1426/10
1426/11 1429/3 1432/11 1432/25
1433/10 1435/13 1437/4 1438/16
1438/19 1446/25 1451/7 1452/14
1457/22 1461/20 1475/13 1499/7
1523/22
before [10] 1375/19 1380/4 1387/17
1411/2 1411/4 1434/5 1438/6 1443/16
1455/20 1483/8
began [6] 1391/21 1405/24 1411/2
1422/14 1446/3 1506/4
begin [9] 1399/3 1400/5 1401/16
1401/16 1429/9 1481/1 1505/25 1507/5
1519/24
beginning [3] 1386/7 1412/12 1419/20
behalf [10] 1381/6 1384/5 1384/24
1385/24 1407/22 1419/12 1420/6
1429/22 1435/7 1435/17
behave [1] 1401/24
being [46] 1384/8 1391/15 1391/19

1397/13 1398/3 1398/12 1399/7
1399/19 1400/16 1401/8 1401/9 1402/1
1406/21 1408/22 1410/3 1410/7 1413/5
1415/25 1416/4 1416/16 1416/20
1418/24 1419/1 1419/1 1419/2 1423/13
1423/15 1423/19 1424/4 1424/8
1425/16 1433/18 1443/7 1443/14
1444/11 1462/15 1462/17 1462/20
1463/13 1470/20 1481/4 1492/25
1502/9 1502/20 1506/20 1523/19
beings [3] 1390/5 1431/23 1433/2
believe [8] 1406/20 1488/10 1499/20
1503/15 1504/20 1506/20 1512/11
1523/17
believes [1] 1489/10
below [45] 1412/8 1442/20 1443/5
1443/11 1448/1 1451/8 1456/17
1458/20 1459/19 1459/21 1459/22
1460/25 1461/2 1461/8 1461/16
1461/18 1461/19 1461/22 1461/25
1462/3 1462/3 1462/6 1462/10 1462/13
1462/20 1462/21 1463/23 1464/1
1464/4 1464/4 1465/19 1466/6 1466/20
1470/12 1477/11 1477/13 1477/18
1479/20 1488/15 1502/16 1502/20
1503/4 1503/5 1509/5 1518/22
Ben [1] 1523/9
bench [1] 1435/3
benchmark [21] 1442/23 1456/4
1456/16 1457/10 1457/23 1460/22
1460/24 1461/2 1461/4 1461/16
1461/17 1461/23 1462/4 1462/6
1462/11 1462/13 1462/20 1462/21
1479/21 1502/21 1502/24
benchmarks [27] 1439/21 1442/25
1448/1 1455/18 1455/20 1456/2
1456/10 1456/14 1456/23 1457/11
1458/24 1459/20 1459/21 1459/22
1461/1 1461/8 1461/15 1462/16
1462/18 1463/12 1463/13 1466/7
1502/16 1502/21 1502/25 1503/4
1503/5
benefit [1] 1412/2
benefits [1] 1513/16
benthic [1] 1516/19
benzene [23] 1462/25 1463/1 1463/9
1463/12 1463/15 1463/22 1464/5
1464/7 1464/10 1499/21 1500/9
1500/12 1500/12 1501/22 1502/6
1509/10 1509/17 1509/21 1510/8
1510/17 1520/7 1520/9 1520/18
best [14] 1390/11 1391/19 1392/4
1395/5 1397/6 1397/8 1399/2 1402/4
1407/1 1423/6 1423/10 1423/13
1463/17 1524/14
better [9] 1389/14 1389/16 1419/4
1419/4 1420/17 1420/18 1423/19
1469/8 1494/12
between [11] 1388/10 1393/13 1393/20
1401/5 1416/7 1421/4 1447/8 1462/19
1477/16 1513/12 1520/11
beyond [7] 1386/18 1417/7 1420/19
1425/12 1486/18 1487/15 1490/8
big [3] 1457/2 1514/8 1514/9
billion [2] 1508/7 1508/8
Bingham [1] 1377/18
bird [1] 1415/14
bit [12] 1385/5 1386/1 1398/23 1432/9
1463/14 1469/1 1472/17 1483/2
1490/15 1496/25 1514/21 1517/7
blood [1] 1472/11
blow [1] 1511/11
blowing [1] 1451/13

**B**

blue [2]  1392/19 1394/23
board [7]  1388/19 1389/6 1389/11
 1389/14 1431/14 1431/15 1431/17
boat [2]  1491/10 1491/12
boats [5]  1397/1 1469/23 1469/23
 1469/25 1471/12
Bockius [1]  1377/22
Boesch [2]  1516/7 1516/15
bones [1]  1489/18
Bonnano [4]  1522/19 1522/21 1522/22
 1523/20
boom [44]  1400/6 1403/20 1403/20
 1404/4 1404/13 1405/13 1405/14
 1405/16 1405/16 1405/17 1405/18
 1406/4 1407/14 1413/24 1413/25
 1414/4 1414/6 1414/10 1414/10
 1414/11 1414/12 1414/12 1414/14
 1414/18 1414/23 1415/7 1415/9
 1415/13 1415/17 1416/13 1416/14
 1416/22 1416/24 1417/1 1417/4 1417/9
 1417/13 1417/14 1417/17 1417/19
 1417/19 1421/19 1422/23 1422/24
booming [1]  1416/12
booms [1]  1422/22
both [29]  1381/21 1385/17 1385/19
 1386/22 1390/9 1395/14 1397/1 1397/9
 1397/18 1405/17 1408/1 1409/16
 1409/21 1416/13 1418/19 1420/23
 1421/25 1429/24 1438/3 1444/13
 1448/10 1455/13 1465/4 1474/18
 1478/23 1480/15 1493/19 1508/4
 1519/6
bother [1]  1506/14
bottom [3]  1441/24 1450/20 1489/24
boundaries [1]  1396/6
box [9]  1376/12 1376/17 1392/9
 1392/11 1486/9 1486/11 1488/3 1488/4
 1488/7
boxes [1]  1392/19
BP [73]  1375/10 1377/2 1381/20 1382/6
 1382/8 1382/14 1382/19 1382/24
 1383/1 1383/16 1384/1 1384/5 1384/15
 1384/24 1385/13 1385/19 1385/21
 1387/12 1387/23 1387/24 1387/25
 1388/3 1388/7 1389/1 1416/24 1417/4
 1418/19 1420/23 1421/11 1421/25
 1423/22 1424/4 1424/5 1424/6 1424/7
 1424/20 1425/16 1425/22 1426/18
 1427/9 1429/1 1429/13 1434/19
 1436/19 1438/15 1450/11 1451/11
 1453/13 1474/19 1482/19 1484/23
 1485/2 1485/11 1485/19 1486/4
 1496/24 1497/5 1503/9 1503/11
 1503/19 1504/9 1504/14 1504/18
 1504/24 1505/9 1505/20 1506/7 1519/2
 1519/5 1521/9 1521/17 1523/18
 1523/23
BP Alaska [3]  1385/21 1387/25 1388/3
BP's [14]  1385/24 1387/20 1389/19
 1389/22 1394/25 1418/4 1426/11
 1427/15 1430/3 1486/20 1496/12
 1503/22 1510/24 1516/2
BP-specific [1]  1424/6
BP.com [1]  1426/1
BPX [3]  1388/22 1389/11 1389/14
BPXP [9]  1381/6 1382/17 1382/19
 1388/10 1389/6 1429/1 1429/22
 1434/16 1521/18
branch [5]  1376/15 1392/21 1393/2
 1451/8 1519/20
branches [1]  1428/1

BRANDON [4]  1376/9 1429/11 1520/24
 1520/25
BRANSCOME [1]  1377/10
breaking [1]  1406/3
breathing [7]  1443/5 1454/17 1460/10
 1509/10 1509/17 1510/8 1510/15
bridging [1]  1394/7
brief [2]  1421/13 1422/12
briefing [1]  1421/12
briefings [1]  1421/13
bring [48]  1380/6 1397/4 1397/21
 1399/10 1422/10 1423/9 1429/19
 1431/6 1435/25 1437/15 1438/15
 1439/8 1440/24 1441/1 1442/7 1443/19
 1444/22 1445/22 1446/13 1448/7
 1449/5 1449/24 1453/24 1455/5 1456/6
 1458/9 1460/1 1463/3 1464/25 1467/23
 1470/8 1471/25 1472/18 1476/16
 1478/7 1480/5 1480/17 1482/16 1483/6
 1485/5 1488/21 1488/24 1492/11
 1493/22 1494/20 1498/14 1498/15
 1511/3
bringing [2]  1397/15 1403/17
brings [1]  1459/11
broader [2]  1398/8 1403/2
BROCK [3]  1377/9 1381/5 1521/17
broken [1]  1489/18
brought [8]  1389/25 1412/7 1417/10
 1422/22 1431/4 1433/8 1455/1 1489/17
BTEX [8]  1460/8 1460/9 1464/7 1465/11
 1473/10 1473/17 1499/17 1499/20
build [1]  1401/11
building [1]  1401/3
built [3]  1403/16 1417/17 1417/24
bullet [4]  1465/24 1472/23 1474/9
 1475/11
burn [4]  1402/18 1402/21 1469/7
 1490/15
burning [8]  1399/25 1402/17 1403/3
 1422/25 1430/15 1430/17 1455/14
 1465/12
burns [1]  1469/7
business [1]  1462/11
busters [1]  1409/13
busting [1]  1406/17
busy [1]  1439/10
but [65]  1389/1 1390/17 1394/4 1394/5
 1396/7 1398/25 1399/6 1400/1 1402/11
 1404/1 1405/17 1408/2 1414/13
 1419/23 1423/11 1424/13 1427/19
 1432/15 1434/17 1438/13 1443/1
 1452/12 1453/11 1457/4 1457/7
 1459/10 1460/5 1460/16 1461/7
 1461/14 1462/21 1463/6 1463/15
 1464/1 1469/8 1472/13 1472/20
 1473/15 1479/6 1483/25 1485/3
 1486/19 1490/4 1490/17 1491/13
 1496/7 1497/5 1499/4 1500/10 1501/15
 1506/8 1506/11 1506/15 1508/8
 1508/19 1510/16 1512/23 1513/6
 1513/11 1513/25 1514/8 1514/24
 1517/2 1518/18 1523/13
butoxyethanol [1]  1460/12
button [2]  1442/4 1453/22
buy [1]  1479/14

**C**

C-O-X [1]  1429/6
caked [1]  1481/11
calculate [3]  1459/13 1459/14 1510/7
calculated [3]  1458/22 1459/5 1477/9
calculation [2]  1475/20 1488/9
California [1]  1377/23

call [20]  1420/3 1420/7 1420/20 1421/16
 1421/24 1441/7 1461/8 1469/2
 1476/18 1490/14 1492/23 1494/18
 1505/6 1510/1 1515/17 1518/20
 1518/21 1521/24 1523/6 1523/14
call-out [1]  1476/18
call-outs [1]  1458/11
called [13]  1382/7 1422/21 1424/6
 1436/24 1439/21 1452/21 1462/25
 1474/20 1476/25 1486/9 1495/4
 1500/22 1503/15
calling [1]  1522/21
calls [2]  1429/1 1434/10
calm [1]  1404/3
came [7]  1381/19 1385/3 1394/22
 1439/3 1439/22 1441/5 1517/12
Camp [1]  1376/23
can [118]  1380/19 1388/17 1392/7
 1395/1 1396/8 1400/23 1404/3 1404/4
 1407/8 1408/11 1408/18 1408/21
 1408/22 1409/10 1414/6 1414/20
 1415/2 1425/17 1427/17 1431/6
 1431/11 1431/18 1431/22 1435/25
 1436/8 1437/15 1437/17 1439/8
 1439/10 1441/1 1441/3 1441/19
 1442/10 1443/19 1444/22 1445/22
 1445/24 1446/13 1448/7 1448/9 1449/5
 1449/8 1449/24 1450/6 1453/24
 1454/14 1454/18 1454/19 1455/5
 1455/9 1456/6 1456/8 1457/13 1457/17
 1458/9 1458/14 1460/1 1461/6 1461/7
 1463/3 1463/6 1464/25 1465/2 1467/23
 1468/13 1470/8 1470/20 1471/14
 1471/25 1472/4 1472/8 1472/11
 1472/18 1476/14 1476/16 1479/22
 1480/5 1480/17 1480/19 1482/16
 1483/6 1483/9 1485/5 1485/21 1486/9
 1486/10 1487/21 1487/24 1488/4
 1488/21 1488/24 1490/14 1492/11
 1493/22 1494/20 1494/22 1497/5
 1499/9 1501/15 1510/3 1511/3 1511/9
 1511/11 1511/12 1514/20 1515/17
 1518/11 1520/7 1521/12 1521/14
 1521/23 1522/4 1522/12 1522/14
 1522/14 1523/15 1524/2 1524/6
can't [9]  1459/14 1468/16 1472/5
 1472/15 1478/4 1490/18 1491/5
 1507/11 1510/3
Canadian [1]  1409/14
cancer [4]  1444/1 1477/9 1477/16
 1520/15
cancers [1]  1520/16
cannot [6]  1427/23 1468/9 1500/12
 1518/11 1518/19 1523/1
capabilities [3]  1389/24 1417/17
 1418/11
capability [2]  1423/10 1427/24
capital [1]  1395/3
capped [1]  1507/2
captain [16]  1380/10 1406/10 1407/24
 1408/2 1408/9 1408/13 1408/24
 1408/24 1409/8 1409/11 1410/2 1410/4
 1420/5 1420/7 1423/8 1483/22
Captain Hanzalik [1]  1408/24
Captain Laferriere [4]  1408/24 1409/8
 1409/11 1410/2
Captain Laferriere's [2]  1408/9 1408/13
captains [1]  1406/10
capture [5]  1398/12 1403/4 1407/18
 1509/13 1509/20
captured [3]  1388/16 1388/21 1389/4
capturing [1]  1406/3
carcinogen [2]  1463/11 1504/22

C

carcinogens [1] 1510/21
care [1] 1497/22
career [4] 1386/7 1431/9 1432/21 1437/6
CARL [1] 1375/19
carry [1] 1418/2
case [14] 1382/17 1386/1 1387/5 1388/19 1411/17 1425/13 1431/22 1440/14 1454/23 1459/8 1464/14 1497/9 1509/8 1523/14
cases [10] 1486/17 1486/21 1486/22 1486/23 1486/25 1487/2 1487/14 1487/15 1488/11 1497/11
CASEY [1] 1376/6
cataloged [1] 1434/10
catalogs [1] 1448/5
causation [6] 1468/10 1468/15 1468/16 1471/17 1518/11 1518/19
cause [2] 1441/9 1473/3
caused [6] 1387/2 1387/3 1402/2 1418/24 1481/25 1482/5
causes [1] 1386/17
CCR [2] 1524/11 1524/18
CDC [10] 1439/14 1441/5 1444/4 1447/5 1447/20 1448/10 1448/11 1452/1 1473/1 1473/4
center [7] 1395/11 1397/17 1429/12 1432/15 1434/9 1434/12 1519/13
centers [12] 1420/1 1423/23 1423/25 1424/19 1424/21 1425/4 1425/7 1425/19 1425/23 1426/5 1426/19 1443/21
central [2] 1458/22 1459/7
certain [5] 1447/6 1454/14 1454/18 1463/20 1475/4
certainly [6] 1396/7 1413/11 1418/9 1466/16 1470/20 1471/18
CERTIFICATE [1] 1524/10
certification [1] 1431/16
certifications [1] 1431/14
certified [1] 1416/4
certify [1] 1524/13
chain [1] 1408/14
CHAKERES [1] 1376/9
challenge [2] 1396/8 1396/24
challenges [4] 1396/17 1396/19 1401/3 1415/8
challenging [1] 1428/4
chambers [1] 1522/9
chance [2] 1410/5 1502/19
chances [1] 1512/9
change [6] 1388/6 1398/19 1457/1 1471/19 1482/11 1484/8
changed [1] 1473/17
changes [1] 1512/7
changing [1] 1475/3
characteristics [1] 1401/23
characterization [5] 1453/3 1468/23 1511/19 1512/1 1512/14
characterize [1] 1400/16
charged [4] 1388/17 1388/22 1389/4 1418/10
charges [1] 1388/23
Charles [10] 1498/15 1498/17 1505/6 1510/1 1511/3 1511/9 1514/20 1515/9 1515/17 1518/20
chart [3] 1460/3 1460/15 1463/5
chartered [3] 1417/8 1417/25 1512/17
chasers [1] 1403/3
check [2] 1388/2 1506/2
checking [1] 1522/5

chemical [22] 1433/5 1434/2 1443/10 1460/6 1460/11 1470/4 1472/2 1472/8 1478/23 1484/6 1484/10 1499/24 1500/4 1500/8 1500/18 1500/21 1501/1 1501/9 1501/13 1501/22 1502/5 1502/23
chemicals [27] 1430/11 1430/12 1431/21 1432/11 1432/23 1442/18 1443/5 1454/20 1455/13 1455/17 1456/23 1458/17 1458/18 1460/13 1460/14 1462/7 1463/13 1465/10 1465/11 1465/18 1477/19 1482/1 1482/6 1490/1 1500/5 1501/14 1508/10
chemistry [2] 1431/2 1431/14
Chicago [1] 1377/7
chief [5] 1383/21 1383/25 1384/3 1384/17 1388/4
child [3] 1475/23 1477/4 1477/5
chose [4] 1430/12 1459/9 1460/13 1461/10
chronic [1] 1434/22
cigarette [1] 1465/12 1469/6
circumstances [1] 1386/16
cite [1] 1514/16
cited [6] 1496/15 1499/23 1510/24 1511/7 1514/25 1515/21
citizenry [2] 1419/12 1423/11
citizens [2] 1444/11 1480/11
Civil [2] 1375/4 1376/15
claiming [1] 1520/4
claims [2] 1424/10 1424/10
Clapp [9] 1452/21 1466/8 1466/11 1467/14 1467/17 1468/1 1485/10 1485/23 1486/1
Clapp's [4] 1462/24 1468/23 1516/11 1516/25
clarity [2] 1447/21 1477/13
classified [1] 1504/21
cleaning [2] 1399/4 1470/14
cleanup [28] 1400/11 1400/12 1400/12 1429/24 1437/13 1437/20 1442/17 1443/3 1443/4 1443/14 1444/7 1465/4 1470/22 1473/16 1474/17 1480/22 1483/24 1483/25 1489/11 1494/1 1494/2 1496/4 1512/22 1513/9 1513/10 1513/12 1518/5 1518/7
clear [5] 1441/24 1442/4 1444/6 1487/24 1497/10
clearing [1] 1453/20
clinic [1] 1497/21
clinics [3] 1496/19 1496/23 1498/2
clock [1] 1402/10
close [1] 1462/2
closed [1] 1517/12
closer [2] 1382/12 1463/14
closing [1] 1479/8
closures [1] 1517/12
cluttered [1] 1460/17
coal [8] 1504/14 1504/18 1504/21 1506/23 1508/11 1508/14 1508/17 1508/21
coast [47] 1383/7 1387/4 1389/12 1390/7 1391/2 1394/16 1394/17 1394/19 1394/20 1394/23 1394/24 1408/14 1409/4 1413/9 1413/10 1416/3 1417/5 1418/19 1420/23 1421/11 1422/1 1423/5 1427/15 1427/23 1429/24 1437/21 1447/7 1447/10 1451/6 1451/6 1451/9 1465/4 1465/14 1465/19 1473/17 1474/18 1475/19 1481/14 1481/16 1488/4 1496/4 1502/12 1514/13 1515/4 1519/8 1519/13 1520/12

Coast Guard [22] 1383/7 1387/4 1391/2 1394/16 1394/17 1387/4 1391/2 1394/23 1394/24 1408/14 1409/4 1413/9 1416/3 1418/19 1420/23 1421/11 1422/1 1423/5 1427/15 1427/23 1474/18 1484/18
coastal [1] 1446/20
coastline [2] 1392/20 1404/25
coffee [1] 1478/2
cohort [3] 1518/1 1518/10 1518/10
cold [1] 1491/11
collaboratively [2] 1416/16 1416/17
colleagues [2] 1514/25 1515/10
collect [1] 1453/17
collected [11] 1450/10 1450/14 1451/3 1451/11 1452/18 1464/6 1503/9 1503/19 1507/1 1507/8 1507/12
collecting [2] 1417/9 1447/9
collection [5] 1403/23 1450/21 1450/23 1451/15 1492/14
column [10] 1412/13 1413/4 1413/5 1413/7 1450/7 1450/8 1458/16 1458/17 1497/12 1498/17
come [15] 1382/3 1382/9 1388/3 1401/5 1413/9 1415/2 1424/9 1466/25 1473/12 1474/5 1474/14 1488/23 1497/19 1522/14 1524/6
comes [3] 1404/15 1467/3 1473/11
comfortable [2] 1430/24 1491/25
comforting [2] 1478/6 1491/18
coming [13] 1387/13 1388/19 1401/24 1407/2 1412/11 1416/22 1473/1 1473/4 1473/16 1490/18 1497/2 1515/7 1521/12
command [50] 1381/20 1381/20 1383/4 1383/5 1386/9 1386/13 1387/5 1387/6 1389/23 1390/2 1391/1 1392/2 1392/23 1393/12 1393/16 1394/6 1395/11 1395/14 1395/18 1395/20 1396/4 1396/6 1396/24 1397/16 1399/6 1400/15 1402/3 1406/11 1407/12 1407/21 1407/22 1408/14 1413/11 1413/21 1414/2 1415/6 1415/24 1418/18 1419/9 1420/22 1420/14 1421/4 1421/5 1421/6 1421/9 1422/11 1422/20 1423/14 1424/17 1434/11 Command's [2] 1398/8 1424/2
commander [14] 1381/21 1381/22 1382/10 1382/24 1383/13 1383/15 1383/17 1383/23 1387/17 1388/1 1388/20 1389/18 1393/11 1393/25
commanders [1] 1387/20
comment [1] 1417/22
commented [1] 1493/6
comments [3] 1391/3 1408/9 1471/7
commercial [1] 1405/11
commissioned [1] 1466/10
commissioner [1] 1480/7
committed [1] 1395/5
common [6] 1396/1 1396/2 1398/14 1399/11 1401/3 1502/1
communicate [3] 1391/10 1419/9 1422/5
communicated [2] 1390/13 1391/25
communication [5] 1396/14 1396/20 1418/17 1418/21 1419/6
communications [8] 1393/14 1397/13 1418/16 1419/10 1419/18 1419/20 1419/23 1420/21
communities [11] 1419/5 1419/15 1419/16 1422/7 1422/9 1423/15 1425/8 1425/12 1425/22 1425/25 1426/4
community [32] 1384/11 1420/22 1420/24 1421/9 1421/24 1422/2 1422/4

C

community... [25]  1422/15 1423/16
1423/23 1423/25 1424/6 1424/15
1424/21 1425/2 1425/4 1425/7 1425/19
1425/20 1426/15 1426/19 1427/10
1443/3 1444/5 1451/1 1451/5 1451/13
1452/17 1461/18 1462/18 1464/3
1497/3
community's [1]  1424/13 1425/10
companies [2]  1417/13 1417/15
company [5]  1387/25 1388/4 1388/8
1410/21 1427/2
compare [5]  1447/1 1467/8 1475/5
1488/13 1508/21
compared [7]  1439/20 1448/18 1457/10
1458/23 1458/23 1488/18 1509/21
comparing [3]  1454/9 1457/23 1509/23
comparison [2]  1469/22 1469/25
compelling [1]  1437/19 1496/3
competency [1]  1427/24
complaining [1]  1498/2
complaints [3]  1447/6 1448/18 1471/13
complete [2]  1453/4 1453/6
completed [1]  1409/12
completely [4]  1454/16 1466/3 1482/11
1516/20
complexity [1]  1400/23
component [3]  1418/20 1420/11 1481/3
components [3]  1389/3 1504/2 1512/8
compound [1]  1473/23
compounds [10]  1460/8 1460/9 1464/7
1464/20 1465/6 1473/10 1473/18
1499/18 1501/24 1502/7
comprehensive [1]  1484/1
computer [4]  1378/6 1452/9 1505/17
1506/12
computer-aided [1]  1378/6
Computers [1]  1452/8
concentrated [1]  1501/4
concentration [5]  1413/16 1458/20
1472/9 1509/5 1520/11
concentrations [20]  1411/11 1463/9
1465/5 1465/21 1465/21 1465/23
1467/10 1472/12 1474/3 1474/4
1475/18 1500/12 1500/21 1501/13
1501/20 1502/3 1504/4 1504/8 1520/12
1520/14
concept [2]  1400/17 1410/25
concern [2]  1430/11 1438/7 1448/12
1465/25 1473/19 1484/7 1504/3
concerned [1]  1460/10
concerning [2]  1430/20 1480/11
concerns [7]  1407/25 1418/23 1419/4
1420/19 1423/16 1424/14 1425/10
conclude [2]  1477/8 1489/8
concluded [3]  1443/10 1476/14 1482/5
concludes [1]  1495/12
conclusion [13]  1413/9 1441/6 1441/15
1465/9 1474/11 1480/1 1481/21
1484/10 1484/20 1484/23 1488/17
1491/21 1494/24
conclusions [26]  1440/21 1440/22
1440/23 1444/16 1445/17 1445/18
1445/19 1449/8 1451/23 1464/19
1464/23 1465/2 1471/17 1480/15
1480/19 1483/10 1484/15 1492/7
1492/14 1493/9 1493/10 1494/14
1494/25 1502/14 1513/21 1520/3
conditioned [1]  1470/2
conditions [6]  1402/2 1416/6 1434/22
1434/23 1470/16 1470/17
conduct [3]  1509/9 1509/16 1509/21

conducted [3]  1423/15 1444/7 1467/15
conducting [3]  1384/23 1474/18 1509/3
conduit [1]  1421/4
cone [4]  1400/14 1400/18 1401/14
1406/25
Conference [1]  1456/12
confidence [2]  1466/4 1479/15
confident [2]  1466/6 1478/12
configure [1]  1405/13
confirm [2]  1412/21 1436/8
confirming [1]  1411/16
connect [1]  1396/4
connection [1]  1435/6 1436/18 1487/9
conservative [2]  1461/17 1502/21
consideration [1]  1410/22
considered [3]  1454/16 1477/22 1497/3
considering [1]  1466/6
considers [1]  1477/15
consistent [16]  1409/19 1409/23 1440/9
1440/10 1440/14 1447/14 1448/21
1448/23 1452/10 1452/13 1452/17
1466/1 1466/3 1483/19 1495/7 1508/9
consistently [1]  1479/15
constant [1]  1397/13
constantly [1]  1398/19
constituent [1]  1462/25
constituents [7]  1430/11 1430/16 1438/6
1447/24 1473/12 1473/18 1505/10
consumed [1]  1519/21
consumer [1]  1474/1
consumers [2]  1478/12 1478/12
contact [7]  1402/15 1412/11 1413/4
1473/16 1474/6 1474/15 1511/16
contain [1]  1436/15
contained [4]  1499/17 1500/16 1501/6
1516/25
contaminates [1]  1443/15
contamination [1]  1479/17
content [1]  1475/7
contingency [3]  1400/8 1414/9 1415/11
continue [1]  1513/2
continued [4]  1388/3 1398/3 1411/17
1425/6
continuity [1]  1394/8
contracting [1]  1409/18
contractors [1]  1389/2
contributed [1]  1489/11
contribution [2]  1394/18 1423/5
contributions [1]  1385/2
control [7]  1383/10 1391/6 1398/6
1400/18 1434/9 1443/22 1471/5
controlled [1]  1399/25 1402/17
convenience [1]  1468/1 1468/6 1468/20
1471/8 1471/14
convenient [1]  1522/13
conversations [2]  1408/1 1409/21
convey [1]  1425/18
cooperative [1]  1485/3
cooperatively [1]  1484/25
coordinate [1]  1395/18
coordinator [12]  1383/7 1392/24
1394/14 1450/13 1450/24 1483/13
1492/18 1493/13 1494/15 1494/23
1495/6 1513/16
copy [2]  1409/2 1498/4
corner [1]  1442/2
CORPORATION [2]  1375/12 1377/17
corral [2]  1403/21 1405/14
corralling [1]  1406/2
correct [62]  1380/25 1429/4 1430/22
1435/19 1436/13 1436/14 1477/1
1477/3 1493/2 1495/25 1496/5 1496/6
1496/13 1496/20 1497/23 1499/21

1500/6 1501/1 1501/19 1502/17 1503/7
1503/25 1504/6 1504/14 1504/19
1504/6 1504/22 1504/23 1506/1 1506/5
1506/6 1506/16 1506/25 1507/6 1507/7
1507/14 1507/16 1507/19 1507/20
1507/23 1507/24 1508/7 1508/13 1508/15
1508/18 1508/19 1511/23 1512/15
1512/19 1513/3 1513/6 1513/19
1513/20 1513/24 1514/14 1514/15
1514/18 1515/15 1516/8 1516/9
1516/25 1519/16 1524/13
corroboration [1]  1447/4
corroborative [1]  1441/13
costs [4]  1388/15 1388/21 1389/1
1389/3
cotton [3]  1405/16 1405/17 1414/12
cotton-absorbent [1]  1405/16
cough [3]  1469/1 1469/8 1490/16
could [60]  1380/15 1381/12 1387/15
1388/22 1389/15 1389/24 1390/5
1398/25 1399/16 1400/5 1401/16
1402/4 1402/10 1402/15 1403/10
1404/9 1405/7 1405/7 1405/16 1405/18
1405/25 1407/18 1408/15 1409/7
1410/3 1410/6 1410/7 1414/14 1416/1
1416/8 1417/13 1417/19 1420/17
1423/13 1425/11 1426/7 1426/18
1429/9 1429/19 1442/7 1457/16 1458/1
1463/25 1469/25 1475/22 1482/25
1489/21 1490/8 1490/9 1498/4 1498/14
1498/15 1498/17 1499/10 1505/6
1510/1 1515/6 1515/9 1518/20 1523/20
couldn't [1]  1519/24
counsel [2]  1435/2 1523/9
count [1]  1498/11
counted [2]  1496/22 1497/21
country [4]  1455/23 1489/5 1518/14
1520/5
couple [6]  1425/16 1445/21 1462/15
1469/19 1503/3 1523/24
course [8]  1386/15 1386/22 1397/2
1401/7 1402/1 1421/13 1427/25 1469/5
1470/6 1483/5
COURT [10]  1375/1 1378/1 1407/8
1409/10 1483/21 1521/14 1522/13
1524/11 1524/12 1524/19
Court's [1]  1440/24
courtroom [1]  1467/25
cover [3]  1402/14 1406/15 1413/13
coverage [1]  1382/3
covered [2]  1413/13 1482/8
Cox [70]  1380/11 1428/14 1429/1
1429/2 1429/6 1429/9 1429/21 1431/8
1434/20 1435/6 1436/3 1439/10 1442/6
1445/24 1450/2 1452/20 1456/8
1457/16 1458/11 1463/5 1467/25
1478/11 1480/19 1481/24 1485/7
1485/25 1486/2 1487/24 1491/4
1494/14 1495/13 1495/24 1496/2
1496/12 1497/20 1497/25 1498/10
1498/20 1498/24 1499/16 1499/23
1500/15 1501/5 1501/21 1502/13
1503/6 1504/1 1504/9 1505/9 1505/25
1506/15 1508/11 1508/25 1510/24
1511/6 1511/19 1513/21 1514/11
1514/24 1515/14 1515/20 1516/2
1516/22 1517/7 1517/23 1518/24
1519/22 1519/13 1520/6 1520/17
Cox's [1]  1510/2
create [3]  1399/11 1444/20 1491/14
created [9]  1384/1 1398/16 1411/7
1455/2 1456/3 1458/6 1460/3 1471/23
1472/16
creates [2]  1396/1 1396/2

# C

crews [3] 1412/17 1412/19 1422/24
critical [7] 1400/7 1400/17 1407/16
1414/8 1415/14 1418/20 1419/23
critically [4] 1417/1 1417/2 1417/21
1437/8
criticism [1] 1451/17
criticisms [1] 1451/14
criticized [1] 1427/2
cropping [1] 1448/3
cross [5] 1428/9 1435/1 1495/13
1495/20 1495/22
cross-examination [4] 1428/9 1435/1
1495/20 1495/22
crowded [1] 1470/16
crude [9] 1473/2 1499/16 1500/15
1501/5 1504/2 1510/25 1511/16 1512/7
1512/7
CSR [1] 1378/1
cubic [4] 1508/15 1508/18 1509/5
1509/6
cumulative [1] 1523/19
cup [2] 1478/2 1478/4
currently [1] 1381/9
currents [2] 1398/21 1398/22
curtain [1] 1414/25
customized [1] 1445/15
cut [3] 1479/7 1489/19 1490/12
CYNTHIA [1] 1376/22

# D

D 35007 [1] 1403/7
D-35002 [1] 1382/11
D-35003 [1] 1392/7
D-35005 [1] 1399/16
D-35009 [1] 1425/6
D-35013 [1] 1405/2
D-35015 [1] 1414/16
D-35039 [1] 1426/7
D-35040 [1] 1396/10
D-35102 [1] 1429/19
D-35102.2 [1] 1482/16
D-35103 [1] 1431/6
D-35104 [1] 1435/25
D-35105 [1] 1437/15
D-35106 [1] 1439/8
D-35106.1 [1] 1441/1
D-35106.2 [1] 1443/19
D-35106.3 [1] 1442/8
D-35107 [1] 1444/22
D-35107.1 [1] 1445/22
D-35107.2 [1] 1446/13
D-35108 [1] 1449/5
D-35108.2 [1] 1453/24
D-35108.3 [1] 1471/25
D-35109 [2] 1455/5 1457/14
D-35110 [1] 1458/9
D-35111-A [1] 1460/1
D-35112 [1] 1463/3
D-35113 [1] 1464/25
D-35115 [1] 1472/18
D-35117 [1] 1448/7
D-35118 [1] 1483/6
D-35133 [1] 1476/16
D-35137 [1] 1468/6
D-35139-A [2] 1488/21 1492/11
D-35139.4 [1] 1493/22
D-35140 [1] 1456/6
D-35141 [1] 1478/9
D-35142 [1] 1467/23
D-35144 [1] 1488/24
D-35145 [1] 1470/8

D-35146 [1] 1480/17
D-35146-A [1] 1477/21
D.C [1] 1376/13 1376/17 1377/11
1377/20
daily [3] 1407/1 1407/15 1410/9
Daines [2] 1522/25 1523/1
damage [1] 1386/24
Damian [1] 1516/3
dandruff [1] 1474/1
danger [1] 1454/15
DANIELLE [1] 1376/12
data [79] 1397/13 1436/21 1439/20
1444/13 1446/1 1446/18 1447/1
1447/22 1448/19 1448/22 1449/10
1449/11 1450/2 1450/4 1450/10
1450/11 1450/14 1450/14 1450/20
1450/25 1451/5 1451/5 1451/14
1451/18 1451/22 1452/1 1452/2 1452/3
1452/3 1452/4 1452/10 1452/13
1452/16 1452/17 1452/18 1453/12
1453/14 1453/16 1453/16 1453/17
1454/8 1455/15 1457/10 1457/20
1457/23 1458/2 1459/8 1459/13 1461/7
1461/9 1462/10 1463/16 1464/5
1464/16 1466/7 1473/25 1479/10
1480/10 1484/19 1485/10 1485/23
1486/2 1486/3 1486/4 1486/5 1503/7
1503/9 1503/12 1505/16 1506/21
1507/16 1507/17 1510/25 1511/20
1511/21 1512/2 1512/13 1512/13
1520/2
database [9] 1496/12 1496/15 1496/19
1496/25 1497/5 1497/12 1498/1
1498/12 1498/25
dataset [7] 1452/14 1453/2 1453/3
1453/7 1503/23 1504/20 1508/5
datasets [2] 1505/16 1513/14
date [3] 1486/10 1489/6 1506/2
dated [3] 1436/9 1436/10 1436/10
day [41] 1375/18 1390/15 1390/18
1390/24 1391/13 1393/13 1394/3
1397/4 1397/5 1397/5 1398/25 1399/1
1399/10 1400/25 1401/4 1401/7
1401/10 1402/9 1402/13 1406/23
1413/21 1413/21 1417/16 1417/16
1418/24 1419/24 1421/3 1421/14
1443/7 1462/18 1466/11 1468/9
1469/13 1481/11 1491/11 1502/24
1502/25 1507/9 1521/12 1522/15
1523/2
day-in [1] 1397/5
day-out [1] 1397/5
daylight [3] 1398/24 1399/3 1401/15
days [12] 1394/4 1402/9 1402/19
1409/16 1414/14 1417/16 1421/3
1462/15 1475/24 1487/4 1507/9
1507/11
days' [1] 1409/15
de [2] 1433/14 1499/2
de facto [1] 1433/14
de-duplicate [1] 1499/2
deal [4] 1431/23 1433/5 1434/4 1457/2
dealing [3] 1472/10 1472/13 1472/14
deals [3] 1431/20 1432/10 1478/11
December [5] 1383/13 1384/13 1384/15
1486/6 1513/1
December 2010 [1] 1513/1
December 2013 [1] 1384/13
decision [2] 1399/15 1406/22
decision-making [1] 1406/22
decontamination [1] 1451/10
deemed [2] 1498/3 1498/11
deepwater [37] 1375/4 1375/14 1375/15

1381/15 1381/17 1381/24 1382/14
1385/18 1385/23 1386/3 1386/8
1387/7 1387/18 1389/21 1398/15
1398/21 1399/20 1411/11 1415/5
1426/2 1427/14 1429/25 1434/6 1435/7
1439/14 1445/1 1455/11 1464/20
1465/15 1466/24 1472/10 1482/2
1499/17 1500/16 1501/6 1519/15
Deepwater Horizon [31] 1381/15
1381/17 1381/24 1382/14 1385/22
1386/3 1386/4 1386/8 1387/7 1387/18
1389/21 1398/15 1399/20 1411/11
1426/2 1427/14 1429/25 1434/6 1435/7
1439/14 1445/1 1455/11 1464/20
1465/15 1466/24 1472/10 1482/2
1499/17 1500/16 1501/6 1519/15
defendant [1] 1382/17
defense [1] 1414/7
definite [1] 1423/17
degree [7] 1459/22 1461/6 1461/7
1462/10 1466/4 1494/10 1495/8
dehydration [1] 1494/11
delivered [1] 1384/2
demand [1] 1415/6
demands [2] 1416/25 1419/5
demonstrably [1] 1462/8
demonstrate [1] 1425/11
demonstrates [1] 1414/18
demonstrations [1] 1422/19
demonstrative [3] 1382/13 1397/11
1414/18
demonstratives [1] 1523/14
department [9] 1376/4 1376/14 1432/3
1434/12 1445/9 1445/25 1446/17
1448/14 1448/15
departments [6] 1416/18 1444/23
1444/25 1447/4 1447/19 1448/11
departure [1] 1412/24
depending [1] 1458/18
depict [2] 1464/23 1488/7
depicted [1] 1460/6
depicts [3] 1436/8 1448/9 1450/2
deploy [2] 1400/20 1412/9
deployed [10] 1399/21 1400/1 1400/3
1400/7 1401/21 1404/14 1406/8 1406/9
1406/23 1413/7
deployment [6] 1399/23 1412/20
1414/23 1416/12 1416/14 1417/11
deployments [1] 1410/16
deposition [7] 1426/24 1453/5 1495/25
1507/13 1510/2 1516/23 1517/14
depression [2] 1518/6 1518/8
deputy [1] 1480/7
dermal [1] 1449/15 1472/4 1472/6
1472/7 1472/9 1473/2 1480/15 1480/20
1480/21 1481/2 1481/15 1511/19
1512/1 1512/14 1512/21 1513/8
1513/21
dermally [1] 1473/9
describe [9] 1385/7 1386/6 1387/9
1391/5 1405/8 1406/7 1412/2 1414/21
1458/14
described [5] 1401/2 1411/9 1437/2
1459/5 1503/12
describes [1] 1397/15
describing [1] 1499/1
descriptions [1] 1387/5
design [2] 1518/11 1518/19
designed [7] 1399/6 1403/16 1414/24
1468/7 1468/15 1468/17 1513/8
designs [1] 1417/18
Desk [1] 1500/22
detail [1] 1443/1

**D**

detectable [1] 1442/19
detected [4] 1479/20 1507/21 1508/1
 1508/8
detection [11] 1458/21 1461/11 1463/17
 1508/5 1508/25 1509/3 1509/4 1509/11
 1509/18 1510/11 1510/14
determine [3] 1459/18 1512/18 1517/11
determined [4] 1497/6 1497/13 1498/20
 1513/1
develop [6] 1401/6 1416/1 1456/14
 1457/4 1494/10 1520/15
developed [12] 1389/11 1395/21 1400/1
 1400/3 1400/15 1410/23 1462/16
 1462/18 1479/19 1494/3 1508/24
 1512/24
developing [4] 1393/8 1398/13 1432/22
 1456/10
development [2] 1410/15 1520/6
device [2] 1404/7 1404/16
diabetes [1] 1518/18
dialed [1] 1420/7
did [225]
didn't [28] 1430/19 1447/20 1471/2
 1471/3 1471/13 1484/16 1485/1 1485/2
 1491/6 1496/16 1499/4 1499/13
 1499/18 1499/24 1500/16 1501/7
 1503/13 1504/5 1504/9 1504/24
 1505/15 1505/18 1506/13 1506/18
 1509/14 1510/10 1510/25 1517/24
difference [2] 1423/17 1468/19
different [29] 1410/21 1411/10 1427/1
 1433/1 1437/5 1439/13 1440/13
 1440/20 1441/15 1442/10 1444/10
 1445/16 1446/24 1456/21 1456/23
 1458/24 1471/9 1472/17 1473/23
 1475/16 1481/8 1508/19 1508/20
 1510/16 1513/13 1513/13 1515/3
 1516/20 1521/11
differing [14] 1387/1 1387/15 1389/10
 1400/11 1400/21 1402/3 1405/11
 1405/12 1406/20 1416/2 1417/18
 1419/22 1424/15 1425/24
differs [1] 1435/11
DIRE [1] 1429/7
direct [13] 1381/3 1381/6 1421/3
 1428/15 1436/1 1441/6 1495/13 1496/2
 1499/20 1503/6 1512/6 1517/7 1517/23
directed [4] 1394/13 1394/15 1484/24
 1514/1
direction [2] 1447/4 1447/18
directly [7] 1410/15 1411/8 1420/24
 1422/5 1422/8 1434/18 1434/18
director [3] 1453/5 1477/24 1507/14
directors [4] 1489/4 1489/8 1493/8
 1493/24
disagreeing [1] 1483/19
disagrees [1] 1494/23
disasters [1] 1386/23
discharged [1] 1412/24
discuss [9] 1405/4 1411/23 1436/16
 1437/9 1438/11 1439/21 1467/20
 1524/1 1524/6
discussed [5] 1400/1 1468/1 1473/10
 1514/11 1517/23
discusses [1] 1515/25
discussion [5] 1386/1 1424/3 1461/20
 1461/21 1492/3
discussions [1] 1400/10
disease [2] 1443/22 1518/18
diseases [1] 1433/17
disparity [1] 1425/14

dispersant [20] 1399/23 1402/8 1410/11
 1411/18 1411/19 1411/24 1412/5
 1412/7 1412/10 1412/19 1412/20
 1412/20 1412/22 1412/23 1413/4
 1460/12
dispersants [28] 1400/2 1402/7 1402/13
 1402/15 1403/2 1408/19 1410/8
 1410/10 1410/20 1411/3 1411/4
 1411/22 1412/3 1412/16 1413/10
 1413/19 1422/25 1430/14 1430/16
 1441/9 1455/14 1465/6 1469/21 1471/2
 1471/12 1479/19 1482/1 1512/18
dispersed [2] 1413/5 1413/6
disposal [2] 1451/11 1452/18
dissolved [1] 1464/9
DISTRICT [5] 1375/1 1375/2 1375/19
 1524/12 1524/12
divided [1] 1450/25
Division [2] 1376/4 1376/15
dizziness [1] 1502/6
do [101] 1380/19 1382/17 1382/18
 1384/16 1385/4 1386/18 1388/1 1392/4
 1395/8 1397/4 1397/5 1397/12 1397/12
 1412/25 1418/12 1422/24 1424/3
 1424/8 1424/24 1426/3 1426/6 1428/12
 1428/15 1429/10 1432/13 1432/15
 1432/20 1433/13 1433/19 1433/25
 1434/2 1434/5 1434/7 1434/14 1436/18
 1436/23 1438/3 1438/5 1438/10
 1439/17 1441/18 1441/19 1441/24
 1447/8 1448/5 1448/6 1452/7 1452/7
 1453/16 1453/18 1455/8 1456/13
 1456/22 1459/16 1459/18 1460/25
 1464/23 1466/4 1466/14 1468/17
 1470/6 1470/20 1471/9 1471/18 1472/4
 1472/6 1472/15 1472/16 1473/5 1473/6
 1473/3 1484/8 1484/19 1485/2 1485/13
 1486/13 1486/15 1489/6 1491/25
 1492/22 1493/9 1496/11 1497/9
 1497/10 1497/17 1498/4 1498/20
 1505/18 1505/24 1509/25 1511/24
 1515/5 1518/7 1522/5 1522/8 1522/10
 1522/12 1522/14 1523/8 1523/11
 1523/18
doctor [17] 1431/1 1433/25 1437/17
 1446/15 1448/9 1460/3 1464/16
 1465/24 1470/11 1471/19 1472/2
 1476/18 1482/18 1486/14 1489/2
 1492/13 1494/22
doctorate [1] 1431/2
document [13] 1467/17 1470/3 1471/10
 1476/20 1478/11 1485/7 1485/10
 1487/22 1489/2 1489/3 1489/6 1493/23
 1515/2
documents [5] 1438/13 1482/25
 1483/12 1523/19 1523/25
does [20] 1383/14 1384/20 1431/8
 1442/11 1455/18 1455/19 1457/25
 1466/16 1475/4 1481/3 1484/22 1486/7
 1488/7 1488/13 1490/21 1494/6
 1505/19 1509/1 1510/13 1510/16
doesn't [5] 1471/5 1471/6 1491/20
 1505/14 1509/1
doing [17] 1381/25 1391/7 1391/16
 1395/5 1406/16 1413/3 1422/25 1423/1
 1423/2 1443/2 1449/9 1454/20 1506/14
 1510/22 1510/23 1519/25 1520/1
domestic [1] 1409/14
domestically [1] 1409/17
don't [29] 1399/19 1464/1 1464/4
 1469/5 1471/14 1478/3 1479/7 1483/25
 1490/24 1491/11 1491/12 1497/17

1498/5 1502/18 1504/18 1504/20
 1505/10 1505/20 1509/6 1510/2 1512/5
 1518/15 1519/17 1519/24 1520/8
 1520/22 1523/8 1523/12 1523/24
 1524/1
done [29] 1388/14 1398/4 1399/15
 1408/15 1408/21 1408/22 1410/3
 1410/3 1410/7 1410/7 1411/8 1412/14
 1416/15 1416/20 1419/1 1419/1 1421/8
 1423/13 1428/10 1432/18 1444/3
 1444/10 1449/12 1450/12 1454/23
 1487/12 1510/17 1519/23 1520/23
Donnie [5] 1442/7 1486/10 1487/21
 1488/4 1488/24
door [1] 1423/12
dose [2] 1454/14 1504/7
doses [2] 1454/15 1454/15
doubt [1] 1518/17
Doug [2] 1383/20 1392/1
DOUGLAS [1] 1376/21
down [6] 1412/8 1440/4 1442/1 1486/13
 1506/12 1523/22
downloaded [1] 1436/22
downloading [1] 1450/5
downwind [3] 1451/12 1451/13 1452/18
Doyle [3] 1524/11 1524/18 1524/18
Dr [2] 1477/25 1508/25
Dr. [103] 1380/11 1427/1 1428/14
 1429/1 1429/6 1429/9 1429/21 1431/8
 1434/20 1435/6 1436/3 1439/10 1442/6
 1445/24 1450/2 1452/20 1452/21
 1453/5 1456/8 1457/16 1458/11
 1462/24 1463/5 1466/8 1466/11
 1466/19 1467/14 1467/17 1467/25
 1468/1 1468/23 1477/25 1478/1
 1478/11 1480/19 1481/24 1485/7
 1485/10 1485/23 1486/1 1486/2
 1487/24 1491/4 1493/12 1494/14
 1495/13 1495/24 1496/12 1496/12
 1497/20 1497/25 1498/10 1498/20
 1498/24 1499/16 1499/23 1500/15
 1501/5 1501/21 1502/13 1503/6 1504/1
 1504/9 1505/9 1505/25 1506/15
 1507/13 1508/11 1510/2 1510/24
 1511/6 1511/19 1513/21 1514/11
 1514/24 1515/14 1515/20 1516/2
 1516/3 1516/6 1516/11 1516/22
 1516/24 1516/25 1517/7 1517/23
 1518/24 1519/2 1519/13 1520/6
 1520/17 1521/19 1521/22 1521/25
 1522/1 1522/2 1522/19 1522/21
 1522/22 1522/24 1523/20 1523/21
 1523/22
Dr. Austin [3] 1427/1 1523/21 1523/22
Dr. Bonnano [4] 1522/19 1522/21
 1522/22 1523/20
Dr. Clapp [9] 1452/21 1466/8 1466/11
 1467/14 1467/17 1468/1 1485/10
 1485/23 1486/1
Dr. Clapp's [4] 1462/24 1468/23
 1516/11 1516/25
Dr. Cox [65] 1380/11 1428/14 1429/9
 1429/21 1431/8 1434/20 1435/6 1436/3
 1439/10 1442/6 1445/24 1450/2
 1452/20 1456/8 1457/16 1458/11
 1463/5 1467/25 1478/11 1480/19
 1481/24 1485/7 1486/2 1487/24 1491/4
 1494/14 1495/13 1495/24 1496/2
 1496/12 1497/20 1497/25 1498/10
 1498/20 1498/24 1499/16 1499/23
 1500/15 1501/5 1501/21 1502/13
 1503/6 1504/1 1504/9 1505/9 1505/25
 1506/15 1508/11 1510/24 1511/6

## D

Dr. Cox... [15]  1511/19 1513/21 1514/11
1514/24 1515/14 1515/20 1516/2
1516/22 1517/7 1517/23 1518/24
1519/2 1519/13 1520/6 1520/17
Dr. Cox's [1]  1510/2
Dr. Damian [1]  1516/3
Dr. Howard [4]  1453/5 1466/19 1477/25
1478/1
Dr. John [1]  1507/13
Dr. Paskewich [1]  1493/12
Dr. Robert [2]  1429/1 1429/6
Dr. Shea [1]  1521/19
Dr. Stanley [2]  1516/6 1516/24
Dr. Taylor [1]  1522/1
Dr. Tunnell [3]  1521/22 1521/25
1522/24
Dr. Tunnell's [1]  1522/2
DRAGNA [1]  1377/22
draw [2]  1502/14 1520/3
drawers [1]  1501/16
DRILLING [1]  1375/14
drills [1]  1386/12
drinking [3]  1454/17 1478/1 1478/4
drive [1]  1399/12
Driven [1]  1478/20
drop [1]  1412/8
droplets [1]  1412/13
drug [5]  1432/11 1478/16 1480/7
1500/21 1500/23
due [4]  1386/15 1502/10 1520/7
1520/25
duly [2]  1380/24 1429/3
duplicate [1]  1499/2
during [15]  1382/23 1390/23 1394/6
1401/7 1404/23 1407/4 1413/8 1415/7
1418/22 1462/24 1467/15 1499/17
1500/15 1501/5 1517/13
dust [3]  1467/10 1470/14
duty [1]  1487/7

## E

e-mail [7]  1408/6 1408/12 1408/21
1408/24 1409/2 1410/4 1523/9
each [19]  1392/25 1393/20 1401/3
1401/5 1406/12 1406/21 1406/23
1415/12 1416/1 1420/24 1420/25
1424/7 1425/1 1444/24 1447/5 1449/21
1456/24 1457/4 1460/23
earlier [11]  1401/2 1431/24 1432/21
1451/1 1451/24 1456/3 1492/4 1492/14
1492/25 1493/12 1506/7
early [9]  1400/25 1401/11 1401/22
1407/11 1415/9 1424/2 1434/8 1484/4
1484/8
earth [1]  1413/20
earthquakes [1]  1386/17
easily [2]  1404/4 1453/9
east [1]  1520/25
EASTERN [2]  1375/2 1524/12
eat [3]  1480/8 1480/9 1480/9
Ebola [1]  1433/16
economic [1]  1384/11
edge [1]  1415/2
educational [2]  1385/5 1385/8
effect [4]  1419/1 1443/6 1462/14
1500/24
effective [9]  1404/2 1411/19 1413/12
1418/17 1418/20 1418/21 1419/6
1423/16 1481/22
effectiveness [6]  1413/10 1482/12
1482/22 1484/20 1484/23 1493/16

effects [37]  1411/20 1431/21 1431/23
1433/7 1437/9 1437/24 1438/11
1439/23 1444/1 1446/19 1447/23
1447/23 1447/25 1454/12 1456/17
1465/8 1466/18 1467/1 1467/11
1467/16 1468/24 1477/10 1480/23
1484/24 1485/4 1489/25 1491/13
1492/1 1493/4 1494/7 1494/7 1494/13
1496/4 1496/8 1519/14 1519/21 1520/3
efficiently [1]  1402/21
effort [12]  1382/5 1389/20 1394/19
1413/23 1414/5 1418/12 1424/6
1424/17 1424/20 1427/15 1428/3
1489/9
efforts [37]  1383/9 1383/18 1384/3
1384/9 1384/10 1384/12 1384/24
1385/2 1386/11 1389/13 1394/25
1398/6 1398/8 1399/13 1400/5 1400/19
1401/16 1407/8 1407/22 1409/22
1418/4 1419/2 1422/12 1423/21
1425/12 1427/18 1430/3 1482/13
1482/19 1482/22 1483/22 1484/21
1484/24 1493/17 1495/3 1495/9
1517/11
eight [6]  1402/19 1414/13 1421/25
1424/23 1486/5 1502/24
eight-month [1]  1486/5
either [23]  1386/15 1387/2 1395/10
1395/24 1409/17 1437/20 1442/19
1443/3 1443/7 1447/9 1447/20 1454/9
1459/7 1465/6 1466/17 1471/2 1482/1
1487/3 1500/11 1501/13 1502/2
1503/23 1522/9
electronically [1]  1398/12
Ellis [2]  1377/3 1377/9
else [6]  1407/18 1407/18 1464/11
1479/7 1522/16 1524/4
emergency [5]  1420/1 1431/16 1432/2
1432/3 1494/8
emissions [2]  1441/8 1465/13
employing [1]  1387/24
employment [2]  1384/14 1384/16
employment-wise [1]  1384/16
enable [1]  1397/12
enabled [1]  1419/4
enabling [2]  1398/10 1398/16
Encounters [8]  1496/12 1496/18
1496/25 1497/5 1497/12 1498/1
1498/12 1498/25
end [5]  1393/24 1479/6 1481/11
1487/19 1495/2
Energy [3]  1381/11 1384/18 1385/14
enforceable [1]  1456/25
Enforcement [1]  1376/5
engage [4]  1419/12 1419/16 1422/7
1436/19
engaged [1]  1417/15
engagement [3]  1384/11 1431/9 1433/8
engineering [1]  1385/10
engines [1]  1491/12
enough [9]  1427/23 1430/5 1441/9
1453/10 1469/15 1501/20 1509/12
1509/19 1510/12
ensure [11]  1389/23 1390/20 1391/16
1394/7 1397/7 1412/14 1415/21 1416/1
1419/12 1423/2 1424/3
ensuring [2]  1384/2 1391/15
enterprises [1]  1412/18
entire [9]  1381/22 1390/19 1425/1
1427/13 1432/16 1433/12 1475/25
1477/7 1487/17
entirely [1]  1521/8
entities [1]  1419/11

entitled [2]  1449/7 1524/15
entries [5]  1497/6 1498/1 1499/3
1501/22 1502/6
entry [1]  1499/23
environment [6]  1376/4 1398/5 1399/7
1399/21 1485/16 1501/3
environmental [11]  1376/5 1384/10
1406/12 1437/5 1443/24 1444/24
1446/1 1465/18 1513/16 1519/14
1521/20
environmentally [1]  1415/5
EPA [12]  1439/15 1441/5 1444/4
1450/18 1452/1 1461/10 1461/19
1463/16 1477/15 1512/15 1512/24
1520/17
EPA's [4]  1477/11 1510/20 1511/21
1512/3
epidemiologist [1]  1452/21
epidemiologists [1]  1466/21
episodes [1]  1433/18
equip [2]  1416/1 1419/4
equipment [20]  1392/3 1397/6 1397/18
1397/22 1399/2 1400/5 1400/11
1401/13 1401/15 1403/11 1407/10
1407/14 1409/14 1409/16 1410/6
1421/18 1433/3 1474/16 1480/25
1509/4
ERICA [3]  1376/10 1495/18 1495/24
especially [2]  1408/18 1427/1 1466/6
ESQ [32]  1376/5 1376/6 1376/6 1376/7
1376/7 1376/8 1376/8 1376/9 1376/9
1376/10 1376/10 1376/11 1376/11
1376/12 1376/15 1376/16 1376/16
1376/21 1376/21 1376/22 1376/22
1377/4 1377/4 1377/5 1377/5 1377/6
1377/9 1377/10 1377/13 1377/18
1377/19 1377/22
essentially [8]  1397/23 1403/22 1404/17
1413/3 1414/24 1422/21 1482/12
1508/9
establish [1]  1388/15
established [4]  1415/21 1424/7 1479/16
1499/7
establishing [1]  1423/22
establishment [2]  1389/19 1424/19
ethylbenzene [3]  1464/7 1499/21
1501/22
evaluate [6]  1429/13 1429/23 1444/7
1444/11 1477/19 1484/14
evaluated [2]  1449/13 1482/22
evaluating [5]  1432/22 1472/3 1472/6
1472/21 1479/5
evaluation [9]  1442/18 1444/3 1453/6
1454/2 1477/21 1481/19 1482/12
1482/24 1495/8
evaluations [1]  1411/12
even [15]  1452/17 1452/18 1454/16
1454/17 1462/1 1463/17 1468/11
1468/15 1468/18 1469/1 1471/17
1473/25 1479/20 1487/14 1518/19
evening [4]  1401/5 1422/9 1523/9
1524/2
event [2]  1386/2 1386/3
events [5]  1386/16 1409/20 1421/10
1430/20 1487/10
ever [6]  1387/17 1394/24 1410/20
1413/18 1451/14 1517/11
every [17]  1390/15 1390/18 1390/24
1391/13 1397/22 1399/10 1402/13
1414/13 1415/9 1418/12 1418/24
1419/24 1462/17 1478/22 1502/24
1513/25 1514/1

## E

everybody [1] 1420/6
everyone [4] 1380/3 1428/23 1480/9 1522/3
everything [12] 1391/16 1398/21 1407/17 1410/2 1410/7 1416/18 1424/8 1427/12 1433/9 1454/14 1504/7 1514/9
everywhere [1] 1465/12
evidence [2] 1437/19 1496/3
evident [1] 1484/4
evolved [2] 1398/10 1422/2
exact [2] 1424/25 1519/11
exactly [2] 1514/1 1519/17
exam [1] 1428/15
examination [6] 1381/3 1428/9 1435/1 1436/1 1495/20 1495/22
examine [1] 1491/7
examined [5] 1438/6 1439/13 1460/14 1461/8 1462/8
examining [2] 1381/5 1519/15
example [16] 1395/3 1395/4 1414/22 1418/4 1421/7 1426/3 1441/15 1447/10 1460/13 1461/14 1462/1 1462/16 1463/22 1477/16 1490/19 1508/6
examples [4] 1418/10 1422/19 1422/22 1460/19
exceedances [1] 1446/2
excluding [1] 1383/9
excuse [6] 1390/22 1399/25 1404/13 1426/11 1449/13 1493/7
executing [1] 1415/22
exhaust [1] 1491/12
exhausted [1] 1417/2
exhibit [1] 1426/11
exhibited [1] 1427/25
existed [1] 1420/19
existing [1] 1470/16
exited [1] 1473/24
expanded [4] 1384/8 1402/17 1417/4 1424/5
expanding [1] 1397/2
expect [2] 1428/15 1462/13
expected [6] 1441/9 1443/6 1454/9 1456/18 1465/7 1523/25
expense [2] 1418/5 1418/11
experience [15] 1385/16 1386/18 1396/3 1427/14 1427/17 1432/7 1433/7 1433/8 1433/25 1434/6 1434/15 1434/17 1435/14 1435/17 1488/14
experiences [3] 1394/21 1395/4 1423/9
expert [15] 1428/13 1434/20 1434/24 1436/3 1445/13 1454/23 1499/4 1516/2 1516/3 1516/5 1516/6 1516/22 1516/24 1517/10 1521/20
expertise [3] 1389/24 1392/4 1430/23
experts [3] 1387/4 1422/23 1440/17
explain [12] 1396/13 1431/18 1435/10 1446/15 1448/9 1450/6 1455/1 1455/2 1461/6 1461/7 1480/19 1510/22
explained [1] 1472/2
EXPLORATION [5] 1375/10 1375/11 1377/2 1387/25 1388/3
expos [2] 1422/21 1423/14
exposed [16] 1402/2 1432/11 1443/7 1443/14 1444/11 1451/7 1457/22 1462/15 1462/17 1465/15 1467/9 1469/4 1481/4 1490/14 1502/9 1520/13
exposure [61] 1437/20 1442/21 1442/22 1443/12 1444/7 1448/22 1454/12 1454/20 1450/9 1450/19 1457/19 1457/23 1463/10 1466/20 1470/14 1471/21 1472/7 1472/9 1473/3 1474/20

1481/2 1481/13 1481/15 1481/24 1482/6 1482/11 1482/11 1482/22 1484/14 1489/25 1491/6 1491/19 1492/1 1492/4 1493/1 1493/20 1496/3 1500/9 1500/19 1500/20 1500/25 1501/10 1501/18 1501/24 1502/7 1502/15 1502/23 1508/14 1508/17 1509/22 1509/24 1510/18 1510/21 1511/16 1511/19 1512/1 1512/10 1512/14 1513/21 1520/7
exposure-related [6] 1437/20 1454/12 1454/20 1491/6 1492/4 1496/3
exposures [36] 1433/2 1433/5 1434/2 1434/3 1434/22 1441/7 1444/5 1449/14 1449/16 1451/3 1454/3 1456/18 1464/20 1465/3 1465/19 1466/17 1469/24 1470/13 1472/3 1472/6 1472/8 1477/10 1477/19 1480/11 1480/15 1480/20 1480/22 1481/25 1484/6 1484/9 1492/4 1500/11 1501/13 1502/23 1519/16 1520/9
express [2] 1394/24 1430/8
expressed [3] 1402/11 1453/1 1466/5
expression [1] 1402/11
extended [1] 1394/22
extensive [1] 1478/21
extensively [1] 1387/10
extent [1] 1483/22
external [1] 1387/12
externally [1] 1393/15
extremely [1] 1500/13
eyes [3] 1469/7 1490/15 1490/20

## F

face [2] 1481/12 1492/1
faced [5] 1396/24 1415/9 1481/14 1493/1 1494/1
facility [1] 1399/6 1399/10
fact [15] 1387/19 1388/21 1391/13 1395/1 1395/21 1397/12 1410/5 1413/4 1427/5 1453/12 1477/24 1496/15 1521/18 1523/4 1523/24
facto [1] 1433/14
factor [2] 1481/17 1520/17
factors [2] 1398/17 1470/24
fair [7] 1430/21 1444/8 1451/1 1451/2 1453/2 1491/5 1499/9
fairly [1] 1484/4
fairs [1] 1422/22
fall [1] 1412/10
fallen [1] 1522/18
familiar [6] 1400/14 1433/20 1467/17 1476/19 1485/7 1519/11
far [7] 1446/24 1448/1 1462/21 1464/1 1466/6 1466/20 1475/13
fashion [1] 1425/8
fast [1] 1380/14
fatalities [2] 1489/13 1489/19
favorite [1] 1454/13
FCRR [3] 1378/1 1524/11 1524/18
FDA [6] 1439/15 1474/1 1474/4 1479/10 1479/16 1480/1
FDA-approved [1] 1474/4
fears [1] 1418/23
February [2] 1476/23 1513/19
February 2011 [1] 1513/19
federal [37] 1383/7 1389/3 1394/14 1402/7 1409/13 1411/1 1419/10 1428/2 1439/13 1442/10 1443/16 1444/15 1445/16 1446/2 1446/5 1448/21 1448/24 1450/9 1450/13 1450/14 1450/24 1451/22 1455/25 1456/11 1456/7 1457/2 1457/8 1466/9 1475/16

1482/4 1483/13 1492/17 1493/13
feel [9] 1384/25 1437/10 1465/17 1469/10 1481/15 1483/16 1483/18 1485/3 1496/11
feet [4] 1401/24 1412/9 1417/14 1464/9
fell [1] 1490/9
felt [8] 1439/16 1439/22 1466/22 1481/22 1481/23 1483/18 1484/25 1495/2
few [9] 1387/22 1396/25 1397/1 1409/13 1409/16 1444/16 1469/9 1470/19 1489/13
FIDLER [1] 1376/12
field [9] 1430/23 1431/19 1431/20 1432/18 1433/24 1434/20 1440/18 1445/13 1474/20
Fifteenth [1] 1377/10
file [1] 1424/10
fill [2] 1468/21 1523/2
filled [1] 1490/20
filter [2] 1497/5 1498/24
final [5] 1409/18 1457/22 1466/23 1498/4 1512/11
finally [8] 1399/5 1400/10 1415/17 1430/2 1440/20 1449/16 1450/11 1473/22
find [23] 1392/4 1418/11 1439/2 1440/15 1440/17 1442/15 1445/9 1445/12 1447/12 1447/20 1448/3 1448/4 1452/10 1476/11 1478/18 1482/25 1487/10 1487/13 1487/20 1494/14 1500/20 1505/23 1518/17
finding [3] 1441/11 1442/16 1446/9
findings [27] 1438/22 1438/25 1439/6 1439/18 1439/24 1440/1 1440/8 1443/16 1445/3 1445/5 1445/9 1445/12 1445/19 1448/5 1448/10 1448/21 1452/12 1461/4 1461/22 1463/1 1466/1 1466/2 1466/3 1471/8 1471/13 1476/7 1492/19
fine [1] 1469/10
fingers [2] 1489/19 1490/12
finish [2] 1380/15 1505/18
first [61] 1380/15 1385/4 1385/7 1388/14 1390/4 1391/14 1392/7 1394/21 1397/14 1402/6 1402/19 1410/19 1411/3 1412/17 1415/13 1427/22 1433/9 1434/9 1436/8 1436/20 1437/19 1437/25 1438/13 1449/10 1450/7 1450/8 1450/9 1451/2 1454/6 1455/12 1456/11 1460/7 1462/12 1462/14 1465/24 1466/15 1467/4 1468/6 1469/11 1472/7 1472/19 1472/23 1472/24 1474/12 1480/21 1480/24 1484/25 1486/18 1486/21 1486/23 1487/4 1487/4 1487/16 1503/2 1510/4 1511/10 1511/25 1512/6 1514/12 1514/13 1515/10
fish [2] 1423/1 1517/12
fisheries [1] 1517/12
fishermen [1] 1517/11
fishing [5] 1405/11 1479/9 1479/10 1517/17 1517/19
five [1] 1466/24
fleets [1] 1466/19
flew [1] 1417/8
FLICKINGER [1] 1376/7
float [1] 1414/24
floor [1] 1516/1
Florida [1] 1425/2
flow [2] 1397/13 1411/8
flowing [1] 1413/15

## F

flown [1] 1412/8
fluids [1] 1494/11
fly [1] 1384/20
flying [1] 1397/4
focus [1] 1390/1
focused [1] 1476/3
focusing [1] 1391/7
folks [3] 1422/14 1438/17 1522/5
follow [1] 1435/5 1509/15
followed [1] 1455/21 1521/19
following [1] 1518/1
follows [2] 1380/24 1429/3
Folse [1] 1380/10
Food [2] 1478/16 1480/7
foods [1] 1480/7
foot [1] 1404/5
forecasts [1] 1401/9
foregoing [1] 1524/13
foremost [3] 1390/4 1391/14 1427/22
form [6] 1391/2 1392/23 1394/16 1412/5
  1457/25 1488/1
formal [1] 1386/18
format [1] 1458/3
forth [5] 1432/12 1465/13 1476/1
  1513/12 1516/20
forward [4] 1393/2 1404/19 1438/1
  1491/20
forward-looking [1] 1438/1
forward-operating [1] 1393/2
forwarded [3] 1408/6 1408/12 1408/25
FOSC [9] 1391/3 1391/8 1392/24
  1394/16 1419/24 1475/15 1484/17
  1493/13 1513/15
found [16] 1437/19 1437/21 1439/3
  1440/5 1441/6 1443/23 1443/25 1446/5
  1446/18 1448/25 1448/25 1477/9
  1479/18 1479/19 1480/20 1496/2
foundation [1] 1499/6
four [6] 1380/12 1380/16 1390/1
  1444/24 1455/8 1457/16
four-step [2] 1455/8 1457/16
fourthly [1] 1390/10
frame [1] 1443/1
framework [1] 1396/1
frequently [1] 1392/24
Friday [1] 1380/7
frustrated [1] 1410/5
full [4] 1380/25 1381/7 1429/4 1478/2
fund [1] 1424/15
funded [1] 1519/2
funds [1] 1425/7
further [4] 1411/10 1464/4 1497/22
  1520/20
future [2] 1437/23 1454/19

## G

Galveston [1] 1519/20
gathering [1] 1400/5
gave [4] 1398/12 1405/25 1488/22
  1490/19
GCRO [8] 1383/21 1383/25 1384/1
  1384/6 1388/5 1388/10 1389/7 1389/15
general [1] 1415/18
generally [7] 1401/20 1419/6 1434/20
  1439/11 1458/14 1460/5 1460/6
gentle [1] 1414/25
geographical [1] 1406/16
germane [1] 1432/19
get [19] 1381/12 1404/17 1418/5
  1455/20 1459/10 1459/17 1460/16
  1469/9 1473/15 1478/6 1490/14

gets [2] 1469/8 1474/25
getting [3] 1420/13 1427/2 1522/4
give [10] 1397/11 1400/23 1422/12
  1461/14 1462/1 1477/16 1494/11
  1501/12 1502/8 1521/14
given [2] 1397/24 1400/25
GLADSTEIN [1] 1376/11
global [2] 1407/22 1409/12
GMBH [1] 1375/13
go [25] 1398/11 1400/24 1415/24
  1416/24 1422/9 1435/22 1440/3
  1441/18 1442/2 1447/18 1449/12
  1457/2 1457/13 1469/12 1472/6
  1472/16 1482/11 1483/2 1483/8
  1485/21 1491/2 1495/17 1498/6 1513/4
  1521/7
goal [1] 1495/1
goals [6] 1389/19 1390/13 1391/10
  1391/12 1391/23 1418/17
goes [1] 1408/21
going [24] 1380/14 1385/13 1396/25
  1419/15 1423/20 1426/8 1427/6
  1433/11 1435/12 1442/23 1442/25
  1473/19 1474/14 1486/1 1491/14
  1491/20 1501/15 1512/7 1512/11
  1513/11 1513/11 1518/17 1520/4
  1523/2
GoMRI [4] 1519/3 1519/9 1519/12
  1519/17
gone [1] 1441/21
good [18] 1381/5 1386/1 1396/22
  1418/4 1428/25 1438/15 1454/10
  1477/14 1477/15 1483/2 1495/18
  1495/24 1496/1 1509/12 1509/19
  1510/11 1516/11 1521/16
goods [4] 1389/24 1392/3 1407/14
  1421/18
got [6] 1388/2 1453/11 1453/23 1475/6
  1491/11 1498/16
government [34] 1389/3 1394/10
  1395/22 1402/7 1411/2 1411/13 1420/2
  1437/1 1438/12 1438/20 1438/22
  1438/25 1439/6 1439/17 1440/8
  1442/15 1443/16 1445/16 1448/24
  1448/25 1466/1 1466/2 1466/3 1476/2
  1477/8 1477/24 1478/14 1482/25
  1483/12 1483/14 1488/19 1492/8
  1492/15 1493/14
Governmental [1] 1456/12
governments [3] 1419/18 1420/2
  1451/23
governor [1] 1420/9
governor's [3] 1420/3 1420/9 1422/1
governors [1] 1420/25
graduate [1] 1385/10
Grand [1] 1377/23
grandmother's [1] 1501/16
granted [1] 1402/7
granting [1] 1411/2
graph [4] 1460/3 1462/7 1462/25 1463/5
graphic [1] 1396/12
graphs [1] 1458/3
gravel [1] 1470/14
greater [1] 1398/13
greatest [4] 1396/24 1413/16 1484/11
  1504/3
group [1] 1456/22
groups [2] 1414/3 1416/2
grow [1] 1395/12
growing [1] 1475/24 1477/6
Guard [24] 1383/7 1387/4 1391/2

1394/16 1394/17 1394/19 1394/20
1413/9 1413/18 1416/3 1417/5 1418/19
1420/23 1421/11 1422/1 1423/5
1427/15 1427/23 1474/18 1484/18
1484/17
guess [4] 1428/10 1451/25 1460/18
  1484/17
Guide [8] 1499/24 1500/4 1500/8
  1500/18 1501/1 1501/9 1501/21 1502/5
guides [1] 1500/11
GULF [53] 1375/5 1383/9 1385/16
  1385/18 1385/18 1386/23 1387/20
  1389/12 1390/7 1392/17 1393/1
  1400/20 1401/17 1402/12 1402/12
  1402/15 1403/24 1407/18 1409/15
  1415/10 1417/3 1417/10 1417/21
  1418/5 1421/6 1421/10 1425/1 1425/6
  1429/24 1437/21 1447/6 1451/6 1451/6
  1451/9 1465/4 1465/19 1474/17
  1475/10 1478/13 1480/12 1481/14
  1481/16 1496/4 1502/12 1513/12
  1514/12 1514/13 1518/25 1519/2
  1519/8 1519/13 1519/21 1520/12
Gulf Coast [14] 1390/7 1429/24 1437/21
  1451/6 1451/6 1451/9 1465/4 1465/19
  1481/14 1481/16 1496/4 1502/12
  1514/13 1519/8

## H

habitat [1] 1400/7
habitats [1] 1415/14
had [76] 1380/6 1380/11 1380/12
  1382/9 1385/13 1386/3 1386/5 1386/14
  1390/1 1391/6 1393/14 1394/12
  1394/14 1394/20 1395/4 1395/4
  1397/12 1398/7 1398/19 1399/1 1399/9
  1399/21 1400/1 1401/7 1406/10
  1406/13 1407/1 1408/3 1410/4 1410/20
  1412/5 1412/23 1413/7 1415/10 1416/6
  1418/1 1419/13 1421/24 1421/25
  1423/11 1425/2 1426/10 1428/3
  1433/17 1434/10 1437/7 1438/16
  1450/3 1453/12 1458/19 1461/10
  1461/11 1469/14 1474/19 1479/3
  1479/11 1479/18 1481/10 1484/7
  1489/18 1489/19 1489/25 1491/23
  1492/25 1493/20 1494/5 1497/2
  1504/20 1506/23 1508/5 1508/11
  1516/23 1517/3 1520/2 1522/24
  1522/24
half [2] 1381/23 1384/25
hall [3] 1422/5 1422/20 1423/7
halls [2] 1422/8 1422/16
hand [3] 1450/7 1450/8 1458/16
handle [2] 1416/13 1475/4
handled [1] 1388/24
handling [1] 1412/19
hands [3] 1390/19 1390/23 1481/11
HANKEY [1] 1376/8
Hanzalik [1] 1408/24
happen [1] 1387/16
happened [3] 1383/12 1384/13 1434/8
happening [3] 1398/5 1398/22 1424/12
hard [9] 1405/13 1405/18 1414/11
  1414/14 1414/23 1417/13 1417/17
  1490/13 1514/22
hard-boom [1] 1405/18
HARIKLIA [1] 1377/5
HARVEY [1] 1376/10
has [21] 1393/16 1398/16 1404/16
  1409/17 1420/6 1428/8 1438/22 1446/2

**H**

has... [13] 1454/23 1461/16 1466/25
1475/6 1475/13 1477/24 1477/24
1479/15 1481/3 1483/21 1501/17
1519/2 1523/22
hasn't [1] 1499/7
hatcheries [1] 1415/14
have [192]
haven't [4] 1404/22 1451/21 1467/6
1517/16
having [2] 1380/24 1384/8 1407/17
1417/2 1429/3 1459/5 1481/5 1491/6
hazard [3] 1477/11 1494/1 1511/16
hazardous [2] 1433/5 1443/23
hazards [9] 1455/12 1499/24 1500/4
1500/8 1500/18 1501/1 1501/9 1501/22
1502/6
HB [1] 1378/1
HB-275 [1] 1378/1
he [27] 1382/8 1392/2 1405/8 1408/3
1408/16 1409/11 1414/21 1435/24
1453/1 1453/1 1453/5 1466/8 1466/19
1467/15 1480/8 1483/23 1483/25
1493/16 1494/25 1499/8 1516/13
1516/14 1516/14 1521/19 1523/1
1523/21 1523/22
head [1] 1506/11
headache [1] 1501/23
headaches [1] 1498/11
health [94] 1406/11 1416/18 1429/23
1430/1 1430/4 1430/20 1433/1 1433/6
1433/8 1433/10 1433/11 1433/19
1434/12 1434/13 1434/22 1434/24
1437/5 1437/12 1437/18 1437/22
1439/14 1439/21 1439/23 1442/14
1443/6 1444/1 1444/23 1446/17
1446/19 1446/22 1447/1 1447/4 1447/6
1447/9 1447/12 1447/17 1447/19
1448/11 1448/12 1448/14 1448/15
1449/17 1454/12 1454/19 1456/17
1461/3 1462/14 1465/7 1466/9 1466/10
1466/12 1466/18 1467/1 1467/3 1467/4
1467/11 1467/16 1468/3 1468/24
1477/10 1477/11 1478/16 1478/21
1479/1 1480/23 1481/23 1482/18
1482/20 1483/24 1484/6 1484/24
1485/4 1485/16 1488/14 1491/13
1492/1 1493/4 1493/16 1494/1 1494/12
1494/25 1495/3 1496/4 1496/8 1496/19
1500/2 1502/17 1512/24 1519/9
1519/14 1519/15 1519/21 1520/3
1522/10
health-based [1] 1477/11
healthcare [3] 1433/4 1519/7 1519/7
heard [5] 1375/19 1387/4 1425/13
1462/24 1483/21
hearsay [1] 1426/9
heart [1] 1518/18
heat [21] 1416/18 1416/19 1470/1
1470/18 1484/1 1484/7 1484/9 1484/10
1484/16 1490/8 1492/25 1493/2 1493/3
1493/20 1494/2 1494/3 1494/7 1494/8
1494/10 1496/23 1497/22
heat-related [4] 1493/2 1493/3 1496/23
1497/22
heavy [1] 1418/2
height [1] 1404/6
heights [1] 1416/7
held [5] 1382/14 1387/12 1417/6
1488/19 1492/8
help [13] 1395/5 1396/13 1405/4
1414/13 1420/18 1423/12 1424/16

1428/3 1440/18 1444/20 1471/23
1479/10
helped [2] 1411/23 1423/9
helpful [2] 1406/5 1447/12
helping [4] 1389/25 1424/4 1424/9
1424/10
helps [1] 1405/14
her [1] 1501/16
here [75] 1381/14 1384/23 1403/6
1403/9 1403/11 1404/3 1405/9 1405/10
1408/17 1408/20 1412/3 1414/22
1430/19 1431/8 1432/20 1434/7
1434/18 1435/11 1437/7 1439/11
1439/12 1445/24 1446/15 1449/22
1450/8 1452/11 1453/8 1455/22 1456/8
1458/16 1459/1 1460/6 1460/7 1461/4
1461/9 1461/17 1462/2 1462/23 1463/7
1466/5 1468/11 1471/1 1472/14
1475/11 1478/19 1479/12 1479/22
1485/24 1486/25 1487/14 1488/3
1488/13 1488/15 1489/2 1489/24
1490/5 1492/22 1493/19 1494/16
1494/22 1498/6 1505/12 1510/17
1510/19 1510/23 1511/15 1513/12
1514/9 1515/6 1517/19 1520/1 1521/23
1521/24 1523/2 1524/6
hexane [10] 1500/25 1501/2 1501/4
1501/23 1502/6 1504/2 1506/19
1507/24 1508/1 1508/7
hexene [2] 1500/16 1500/19
HHEs [1] 1453/10
high [17] 1399/22 1402/25 1403/6
1403/9 1441/9 1463/9 1467/9 1472/12
1472/13 1481/1 1481/10 1500/12
1500/20 1501/13 1501/20 1502/3
1502/9
high-volume [4] 1399/22 1402/25
1403/6 1403/9
higher [5] 1465/14 1465/22 1475/6
1502/11 1520/11
highest [2] 1464/13 1478/21
highlight [2] 1445/20 1446/11
highlighted [3] 1408/17 1444/16 1478/19
highlights [3] 1431/8 1431/10 1440/23
highly [2] 1437/21 1480/22
him [6] 1380/15 1489/21 1499/8
1521/23 1523/6 1523/14
HIMMELHOCH [1] 1376/5
his [10] 1408/10 1423/9 1452/22
1452/24 1453/5 1466/21 1468/3
1474/22 1494/25 1516/13
hitting [2] 1413/17 1442/3
hold [3] 1431/2 1431/13 1431/14
HOLDINGS [1] 1375/13
home [1] 1382/2
honor [34] 1380/7 1380/21 1385/9
1396/23 1401/2 1412/4 1414/22 1418/7
1426/8 1427/5 1427/20 1428/8 1428/20
1428/25 1434/19 1434/25 1435/9
1435/21 1435/23 1441/20 1491/9
1493/24 1495/12 1495/15 1495/18
1499/6 1518/15 1520/20 1520/22
1521/6 1522/8 1522/17 1523/18 1524/3
HONORABLE [1] 1375/19
HORIZON [32] 1375/4 1381/15 1381/17
1381/24 1382/14 1385/22 1386/3
1386/4 1386/8 1387/7 1387/18 1389/21
1398/15 1399/20 1411/11 1426/2
1427/14 1429/25 1434/6 1435/7
1439/14 1445/1 1455/11 1464/20
1465/15 1466/24 1472/10 1482/2
1499/17 1500/16 1501/6 1519/12
hose [2] 1403/22 1404/15

hospitals [5] 1447/10 1447/10 1448/14
1479/6
hotline [1] 1433/16
Houma [36] 1381/19 1381/21 1382/10
1382/24 1383/3 1383/5 1383/5 1383/15
1388/1 1389/18 1390/14 1391/2
1391/21 1392/6 1392/10 1392/18
1393/4 1394/9 1394/11 1394/15 1395/6
1395/9 1395/11 1395/13 1395/16
1398/7 1399/5 1399/18 1400/15
1404/24 1407/11 1410/15 1414/2
1421/4 1422/8 1424/22
hour [4] 1394/4 1420/4 1428/17 1522/4
hours [17] 1384/22 1391/7 1391/8
1394/3 1398/25 1399/1 1401/12
1401/16 1402/9 1417/16 1421/3 1443/7
1443/7 1456/19 1469/10 1487/17
1502/24
house [2] 1399/7 1501/16
housekeeping [1] 1521/5
Houston [1] 1385/20
how [72] 1381/24 1381/25 1384/20
1385/13 1386/9 1387/14 1388/24
1391/25 1395/8 1395/15 1395/18
1395/23 1396/1 1396/3 1396/19 1397/4
1397/5 1397/6 1397/18 1397/24 1398/6
1398/18 1400/16 1400/20 1401/12
1401/23 1401/25 1406/7 1406/23
1407/18 1408/22 1410/17 1415/6
1416/13 1416/23 1419/1 1419/6
1421/23 1422/2 1423/1 1423/10
1423/25 1424/3 1424/10 1424/21
1424/24 1425/4 1425/22 1428/15
1435/10 1436/6 1441/18 1447/8 1452/6
1458/2 1458/2 1458/6 1458/14 1461/4
1461/21 1464/1 1464/4 1466/6 1471/23
1472/2 1472/6 1472/15 1474/11 1475/4
1479/8 1482/24 1488/13
Howard [5] 1453/5 1466/19 1477/25
1478/1 1507/13
However [2] 1494/2 1516/16
HS [1] 1485/13
HSE [1] 1406/11
huge [2] 1396/8 1517/18
hugest [1] 1418/1
human [21] 1429/23 1430/20 1431/23
1433/2 1437/5 1437/12 1437/18
1439/21 1439/23 1463/3 1463/10
1478/21 1482/20 1484/24 1502/16
1504/3 1512/24 1516/18 1516/21
1517/5 1519/15
humbling [1] 1427/17
hundred [5] 1397/1 1397/1 1412/9
1463/23 1500/5
hundreds [1] 1503/4
hurricanes [3] 1386/17 1386/23 1386/24
hurt [1] 1478/2
hydrocarbon [1] 1473/12
hydrocarbons [8] 1432/23 1460/9
1460/12 1462/5 1465/11 1473/19
1501/7 1505/1
hydrogen [3] 1504/25 1505/12 1505/21
hygiene [1] 1500/5
hygienists [2] 1456/13 1474/19

**I**

I'd [2] 1400/3 1501/12
I'll [3] 1418/16 1460/5 1466/23
I'm [52] 1381/5 1382/19 1385/10
1417/22 1428/2 1429/11 1431/1
1431/13 1432/2 1432/14 1432/14 1433/9
1433/11 1435/12 1435/14 1435/24
1451/21 1451/25 1453/20 1454/25

I'm... [32] 1458/1 1458/5 1461/9
1464/24 1466/6 1466/25 1467/5
1468/14 1471/4 1481/2 1485/15 1486/1
1486/10 1487/25 1488/11 1489/7
1489/21 1491/22 1495/24 1498/16
1503/11 1503/16 1506/12 1506/3
1506/20 1509/14 1512/13 1515/6
1519/11 1520/4 1520/13 1523/2
I've [4] 1433/2 1433/10 1437/4 1452/14
ICP [1] 1392/10
ICS [1] 1407/13
idea [3] 1400/2 1410/23 1423/9
Ideally [1] 1460/25
identical [1] 1456/22
identification [1] 1455/12
identified [3] 1412/5 1438/7 1440/23
identify [2] 1408/22 1415/13
if [72] 1380/14 1380/15 1380/15 1382/9
1392/7 1399/16 1403/10 1404/9
1404/12 1404/13 1405/7 1405/7
1405/15 1408/11 1409/6 1412/2 1421/7
1425/17 1426/7 1435/5 1441/23
1442/19 1448/2 1452/17 1453/8
1457/16 1459/10 1459/13 1459/17
1460/16 1461/2 1462/7 1462/12 1464/5
1466/13 1469/14 1469/19 1472/15
1474/25 1475/3 1475/22 1479/22
1485/16 1486/24 1486/24 1487/14
1488/3 1491/11 1491/23 1498/14
1498/24 1499/8 1500/13 1504/4 1504/7
1505/17 1506/11 1506/13 1509/4
1509/8 1509/23 1510/3 1512/18 1515/9
1518/12 1521/11 1521/23 1521/25
1523/7 1523/12 1524/1 1524/5
ignored [1] 1517/12
Illinois [1] 1377/7
illness [13] 1433/20 1446/20 1447/17
1486/4 1488/2 1489/11 1491/14 1494/3
1494/9 1494/10 1497/13 1498/3
1498/21
illnesses [14] 1447/6 1447/20 1448/3
1448/4 1488/10 1489/13 1489/16
1490/17 1492/5 1493/2 1493/3 1496/23
1497/22 1498/25
illuminate [1] 1470/3
illustrate [8] 1431/3 1444/20 1453/18
1456/3 1458/6 1459/24 1463/1 1476/14
illustrates [2] 1439/5 1455/8
imagery [1] 1401/8
images [1] 1418/24
immediately [2] 1382/10 1401/16
impact [9] 1390/7 1390/7 1390/8
1391/18 1391/20 1393/9 1400/22
1402/16 1430/20
impacting [4] 1391/17 1406/1 1413/13
1414/8
impacts [9] 1397/9 1429/24 1430/4
1437/12 1437/18 1468/3 1482/20
1483/24 1495/3
implications [1] 1430/1 1515/24
importance [2] 1398/18 1418/15
important [14] 1385/1 1398/17 1402/21
1418/21 1419/3 1420/11 1425/18
1457/6 1474/6 1479/1 1483/19 1493/12
1509/2 1518/12
importantly [1] 1390/18
impressed [1] 1394/23
in [514]
in-situ [3] 1430/14 1430/17 1455/14
INC [4] 1375/10 1375/14 1375/15
1377/3

incidence [1] 1434/6
incident [48] 1381/18 1381/25 1381/25
1381/21 1381/24 1382/10 1382/15
1382/24 1383/5 1383/15 1385/22
1386/4 1386/9 1387/5 1387/6 1387/7
1387/17 1387/18 1387/20 1388/1
1388/20 1389/17 1389/21 1393/11
1393/16 1395/13 1395/20 1396/4
1396/6 1399/6 1407/12 1417/12
1434/11 1488/8
incidents [2] 1387/13 1486/10
include [2] 1391/18 1493/10
included [3] 1408/13 1506/22 1516/11
including [3] 1384/10 1425/24 1426/1
incomplete [1] 1427/20
inconsistent [3] 1440/9 1452/10 1466/1
incorporate [1] 1418/18
increase [3] 1423/18 1448/15 1448/20
increased [1] 1444/1
increases [1] 1446/19
incredible [1] 1427/20
incredibly [4] 1394/22 1487/13 1502/1
1508/8
independent [5] 1440/21 1449/3 1449/8
1456/14 1495/8
independently [4] 1438/10 1445/15
1449/1 1456/25
indicated [3] 1382/8 1446/18 1518/5
indicates [1] 1409/12
individual [12] 1386/10 1392/21 1412/12
1419/25 1420/2 1426/21 1426/22
1426/23 1457/21 1493/14 1507/11
1514/7
individuals [6] 1395/15 1412/14 1432/11
1474/24 1481/10 1491/7
indoor [1] 1465/22
indoors [1] 1465/22
industrial [5] 1456/13 1463/9 1472/12
1474/19 1500/5
industries [1] 1395/23
industry [1] 1399/9
infections [1] 1470/15
infectious [1] 1433/17
infer [1] 1471/10
influenza [1] 1433/17
inform [1] 1426/4
information [44] 1390/11 1397/15
1398/12 1399/11 1401/4 1419/13
1420/17 1421/4 1421/17 1422/16
1423/7 1426/17 1427/9 1430/3 1430/5
1435/12 1435/15 1436/25 1437/2
1437/7 1437/8 1445/13 1445/20
1446/25 1447/9 1447/12 1447/15
1447/16 1447/21 1449/17 1450/7
1466/25 1467/7 1483/9 1483/14
1483/17 1485/1 1488/1 1500/5 1517/15
1517/16 1517/18 1517/21 1518/8
informative [3] 1441/11 1441/16
1443/17
informed [1] 1408/2
ingestion [1] 1477/22
inhalation [1] 1454/3 1464/20 1471/20
1472/3
inhalational [2] 1449/14 1465/3
inhaled [1] 1504/4
initial [3] 1392/13 1392/14 1458/12
initially [1] 1422/8 1478/20
initiated [1] 1422/8
Initiative [1] 1519/3
initiatives [2] 1519/6 1519/7
injected [1] 1411/8
injection [1] 1411/3
injured [1] 1490/9

injuries [8] 1485/12 1488/10 1489/13
1488/19 1489/9 1489/11 1492/8 1495/5
1497/13 1498/21
injury [10] 1433/20 1486/4 1488/2
1488/17 1489/9 1489/11 1492/8 1495/5
1497/13 1498/21
input [2] 1389/11 1391/3 1391/8
1408/15
inside [1] 1405/16
instance [1] 1395/2 1500/1
instances [2] 1407/4 1518/17
instead [2] 1461/12 1463/13
Institute [3] 1442/13 1466/9 1500/1
integrated [2] 1390/16 1398/7
intend [1] 1436/16
intended [2] 1393/9 1523/20
interact [1] 1422/14
interacted [1] 1390/14
interaction [3] 1396/14 1413/9 1422/4
interest [1] 1523/19
international [1] 1409/17
Internet [3] 1436/22 1440/4 1450/5
interrupt [1] 1431/18 1442/11
intervention [1] 1415/19
into [37] 1398/7 1398/25 1400/24
1403/17 1403/23 1403/24 1404/19
1405/17 1411/8 1412/12 1419/15
1420/7 1422/3 1422/9 1424/5 1424/7
1427/13 1429/14 1430/10 1430/11
1444/17 1450/25 1451/13 1459/10
1459/15 1469/6 1471/3 1473/16 1474/6
1482/19 1483/2 1483/8 1490/20
1492/15 1494/22 1519/5 1522/1
intrigued [1] 1417/22
introduce [1] 1523/20
introduced [1] 1523/21
intuitively [1] 1464/13
inventories [1] 1409/19
investigate [1] 1430/20
investigation [1] 1471/20
involve [3] 1386/11 1387/12 1455/18
involved [21] 1392/6 1392/14 1399/15
1403/11 1411/15 1422/18 1432/25
1433/11 1434/9 1434/11 1437/4 1438/8
1444/4 1444/25 1449/21 1452/14
1455/2 1455/9 1455/10 1491/7 1494/2
involvement [6] 1381/14 1381/17 1410/9
1410/14 1413/25 1423/22
involves [1] 1433/10
involving [1] 1459/1
irritant [4] 1469/3 1469/8 1490/15
1491/23
irritates [1] 1469/4
is [286]
isn't [16] 1496/22 1497/16 1497/25
1500/9 1500/19 1501/10 1501/21
1502/5 1506/1 1507/8 1509/13 1509/20
1518/2 1518/4 1519/9 1520/17
issue [11] 1407/16 1408/3 1416/22
1426/14 1427/4 1439/24 1445/3
1477/25 1493/20 1522/11 1523/1
issued [3] 1476/23 1478/14 1478/15
issues [13] 1387/3 1389/14 1414/4
1419/3 1421/19 1424/9 1424/13
1425/14 1432/19 1437/5 1438/22
1452/14 1515/3
it [267]
it's [62] 1384/22 1385/1 1395/20
1395/23 1398/14 1403/14 1403/15
1403/19 1404/2 1409/22 1414/23
1417/24 1418/9 1426/9 1426/17
1426/20 1426/21 1427/5 1435/13
1441/20 1443/21 1452/2 1456/16
1457/1 1457/6 1462/12 1462/21 1463/8

**I**

it's... [34]  1463/19 1463/22 1463/23
1466/3 1468/16 1468/18 1468/20
1470/25 1471/14 1472/17 1473/9
1475/6 1476/25 1477/13 1480/9 1480/9
1481/4 1481/5 1488/9 1489/7 1490/8
1490/13 1490/21 1491/11 1491/11
1498/16 1499/9 1505/14 1508/19
1508/20 1509/2 1513/25 1514/22
1521/2
its [18]  1383/6 1395/15 1397/2 1399/9
1401/23 1406/13 1406/20 1417/4
1437/13 1466/13 1470/4 1471/7 1480/1
1505/25 1507/5 1514/5 1515/24 1521/9
itself [12]  1398/4 1398/20 1399/6
1402/11 1410/12 1411/11 1424/15
1430/21 1452/13 1462/21 1470/3
1493/19
IV [1]  1494/11
IVs [1]  1494/6

**J**

Jackie [2]  1408/13 1409/21
Jackson [2]  1521/1 1521/2
JAKOLA [1]  1377/6
JAMES [1]  1377/22
January [2]  1375/8 1380/2
JARRETT [3]  1377/13 1429/1 1520/21
job [5]  1383/25 1385/22 1397/8 1424/11
1514/5
jobs [1]  1421/2
John [2]  1382/7 1507/13
judge [10]  1375/19 1381/8 1385/7
1396/17 1400/23 1403/10 1405/8
1412/2 1414/21 1491/4
Judge Barbier [4]  1385/7 1396/17
1403/10 1414/21
Judge Barbier's [1]  1412/2
JUDY [1]  1376/10
July [2]  1446/4 1489/7
July 2010 [1]  1446/4
July 2012 [1]  1489/7
June [2]  1507/5 1507/9
June 4 [1]  1507/5
just [83]  1380/14 1381/12 1385/21
1389/1 1392/9 1392/18 1394/5 1394/9
1394/17 1396/16 1398/11 1399/18
1403/6 1403/10 1404/11 1405/8 1409/7
1409/12 1410/8 1412/2 1416/22 1418/9
1418/16 1420/20 1421/7 1422/13
1422/18 1423/18 1424/8 1425/12
1425/16 1427/12 1435/5 1442/1 1443/1
1447/21 1449/12 1449/16 1453/10
1457/6 1457/22 1460/13 1460/16
1461/12 1462/20 1462/22 1463/6
1466/15 1466/24 1467/5 1467/12
1468/8 1468/20 1469/25 1477/13
1477/16 1477/22 1478/20 1481/4
1481/11 1487/16 1489/21 1492/3
1492/4 1495/15 1495/16 1497/2
1498/14 1500/20 1500/21 1502/20
1503/4 1504/11 1505/14 1505/17
1511/9 1512/5 1514/21 1515/18
1516/21 1518/10 1518/21 1522/5
Justice [2]  1376/4 1376/14

**K**

Kanner [2]  1376/20 1376/21
KARIS [1]  1377/5
Katrina [1]  1423/9
KATRINE [1]  1377/6
keep [3]  1421/9 1469/15 1513/11

KEITH [2]  1377/13 1428/25
kept [1]  1449/13
key [3]  1400/8 1414/6 1421/2
keys [1]  1401/22
KIMBERLY [1]  1377/10
kind [7]  1433/14 1448/5 1456/24
1470/25 1491/23 1509/14 1515/7
kinds [1]  1387/15
KING [1]  1376/8
KIRBY [1]  1377/18
Kirkland [2]  1377/3 1377/9
knew [1]  1467/9
know [30]  1388/1 1392/2 1397/23
1408/18 1424/24 1425/22 1426/15
1442/25 1463/19 1463/19 1464/1
1464/4 1466/11 1469/7 1469/17
1470/21 1472/24 1486/21 1489/6
1489/18 1490/21 1491/11 1491/12
1502/18 1504/18 1519/17 1519/24
1520/4 1523/9 1523/12
knowing [1]  1474/5
known [11]  1398/14 1400/18 1405/13
1414/11 1414/23 1415/16 1454/9
1460/8 1463/10 1473/20 1519/3
Knutson [2]  1409/8 1409/19
Knutson's [1]  1409/11
KRAUS [1]  1376/21
KY [1]  1377/18

**L**

labeled [1]  1460/21
labor [1]  1416/19
laboratory [1]  1410/24
Laferriere [6]  1408/2 1408/24 1409/8
1409/11 1410/2 1423/8
Laferriere's [3]  1407/24 1408/9 1408/13
LANGAN [1]  1377/4
language [2]  1396/2 1494/18
lap [2]  1404/4 1415/1
large [8]  1396/18 1436/21 1436/25
1459/3 1470/21 1487/18 1496/24
1505/15
larger [5]  1403/14 1404/7 1405/19
1503/23 1511/18
largest [1]  1402/14 1417/24
LaSalle [1]  1377/6
last [15]  1414/7 1415/17 1420/3 1432/6
1433/24 1436/9 1452/20 1462/24
1466/8 1468/1 1471/7 1479/12 1485/9
1491/18 1491/22
lasting [1]  1491/14 1494/12
latency [2]  1520/6 1520/15
later [2]  1398/23 1442/23
latter [1]  1490/3
LAURA [2]  1376/16 1380/10
LAWRENCE [1]  1376/16
lead [4]  1383/1 1383/3 1428/3 1484/19
leadership [7]  1387/11 1390/25 1391/2
1393/12 1393/19 1394/5 1394/5
leading [4]  1384/24 1386/8 1415/2
1418/7
leaks [2]  1386/25 1387/1
learn [5]  1381/24 1381/25 1402/3
1422/14 1426/18
learned [2]  1423/20 1435/17
learning [1]  1401/23
learnings [1]  1396/7
LEASING [1]  1375/13
least [5]  1432/6 1462/18 1463/23
1464/3 1470/22
leave [1]  1443/16
led [2]  1386/25 1424/14
left [8]  1397/15 1403/14 1439/12

1441/24 1450/7 1450/8 1458/16
left-hand [3]  1450/7 1450/8 1458/16
legally [1]  1456/25
length [1]  1403/15
lenses [1]  1419/8
less [4]  1463/19 1464/10 1465/22
1474/3
let [18]  1402/6 1425/22 1435/5 1461/9
1461/14 1462/1 1463/8 1463/15
1465/10 1477/16 1477/21 1482/23
1492/3 1500/10 1504/11 1506/2
1510/16 1523/9
let's [29]  1385/4 1389/17 1392/5
1396/10 1399/14 1404/22 1405/2
1408/4 1408/11 1409/6 1410/8 1410/13
1411/22 1412/1 1413/18 1413/24
1414/16 1414/20 1418/15 1428/18
1449/1 1463/22 1469/5 1478/7 1482/11
1483/2 1502/13 1507/4 1508/25
letting [1]  1426/14
leukemia [1]  1520/7
level [7]  1412/9 1443/6 1455/16 1456/16
1456/17 1463/23 1502/24
levels [35]  1387/11 1432/23 1441/9
1442/20 1443/4 1443/11 1443/24
1448/1 1454/9 1457/4 1457/7 1464/10
1465/6 1465/9 1466/20 1465/25
1466/20 1472/9 1472/13 1472/13
1500/13 1500/14 1501/2 1501/4 1502/9
1502/15 1503/3 1508/6 1508/9 1508/10
1508/25 1509/13 1509/20 1510/12
1510/25 1509/18 1509/22 1509/24
Lewis [2]  1377/13 1377/22
liaison [3]  1421/11 1421/12 1425/2
liaisons [5]  1420/22 1420/24 1421/24
1422/1 1422/2
life [3]  1424/16 1425/12 1477/7
lifetime [4]  1443/8 1456/20 1462/17
1475/25
light [1]  1427/12
lightest [1]  1460/11
like [30]  1380/14 1386/2 1386/17
1388/23 1393/11 1393/22 1395/19
1401/10 1407/10 1415/14 1421/8
1423/1 1432/8 1437/24 1437/24
1439/10 1443/21 1445/20 1452/16
1461/7 1462/8 1464/16 1479/3 1486/5
1489/14 1490/21 1492/13 1494/6
1522/9 1522/12
likelihood [1]  1474/14
likely [4]  1443/25 1466/13 1518/6
1523/6
limit [5]  1442/22 1458/21 1508/14
1508/17 1509/4
limitations [3]  1404/1 1404/2 1470/4
limited [2]  1394/20 1398/24
limits [14]  1391/22 1442/21 1443/12
1461/11 1463/17 1466/21 1509/3
1509/11 1509/18 1509/22 1509/24
1510/11 1510/14 1510/18
line [9]  1414/7 1441/18 1460/21
1460/23 1489/24 1510/2 1510/3 1510/6
1511/15
line 5 [1]  1510/3
linear [1]  1520/17
lines [1]  1419/10
Liskow [1]  1377/13
list [7]  1426/11 1426/12 1469/21
1501/23 1502/6 1522/24 1523/21
listed [1]  1505/12
listening [1]  1424/13 1425/10 1467/5
liter [1]  1494/11

**L**

literally [1] 1386/7
literature [2] 1461/21 1481/9
little [16] 1381/12 1385/4 1398/23
1426/25 1432/9 1463/14 1468/20
1469/1 1472/17 1483/2 1490/15
1496/25 1514/22 1516/19 1517/6
1522/5
live [6] 1381/8 1381/9 1429/9 1429/11
1517/6 1518/13
living [5] 1385/19 1429/10 1431/22
1470/16 1494/9
LLC [2] 1375/12 1375/13
LLOYD'S [1] 1375/16
loaded [1] 1412/20
loading [1] 1412/20
local [11] 1419/5 1419/10 1419/18
1420/14 1422/23 1423/11 1423/15
1425/8 1425/20 1426/4 1519/6
locally [1] 1425/25
located [3] 1384/18 1392/13 1393/3
location [3] 1411/1 1412/8 1412/22
locations [1] 1471/9
logistically [1] 1407/20
logistics [2] 1407/12 1414/2
logs [1] 1485/11
long [23] 1384/20 1384/22 1385/13
1414/15 1422/2 1425/4 1428/15 1438/3
1444/1 1463/10 1466/17 1474/15
1477/10 1481/5 1490/2 1490/4 1491/14
1492/1 1493/4 1494/12 1502/15
1517/23 1519/21
long-lasting [2] 1491/14 1494/12
long-term [7] 1444/1 1466/17 1477/10
1492/1 1493/4 1517/23 1519/21
longer [2] 1394/6 1402/20
look [56] 1382/22 1396/10 1401/10
1404/12 1404/13 1405/2 1409/6
1410/13 1412/1 1414/20 1416/18
1425/11 1429/14 1429/22 1430/1
1430/2 1430/11 1436/20 1438/16
1438/23 1441/23 1444/17 1446/25
1449/15 1451/3 1452/6 1453/11
1453/12 1453/14 1455/15 1457/6
1461/13 1462/8 1463/21 1464/5
1471/21 1472/19 1474/14 1477/13
1476/13 1486/24 1487/14 1488/3
1492/15 1497/17 1498/4 1499/13
1500/10 1500/23 1505/15 1505/19
1505/23 1508/5 1509/2 1514/8 1518/13
looked [34] 1417/18 1423/1 1430/10
1430/12 1430/16 1436/25 1438/12
1438/16 1439/13 1439/13 1439/19
1444/13 1448/18 1449/17 1451/6
1452/1 1452/3 1452/17 1453/9 1457/7
1457/8 1466/21 1472/20 1475/18
1475/22 1479/8 1479/10 1482/19
1492/19 1504/17 1504/18 1506/21
1517/2 1517/18
looking [34] 1389/12 1389/15 1390/2
1394/9 1417/5 1433/1 1437/25 1438/1
1439/11 1445/24 1446/15 1447/3
1450/6 1454/8 1455/13 1456/8 1456/19
1458/19 1463/7 1471/4 1474/21
1478/20 1482/24 1484/5 1485/24
1487/11 1487/16 1489/2 1500/11
1512/6 1512/9 1512/23 1512/25 1520/2
looks [5] 1439/10 1443/21 1462/2
1463/5 1486/5
Los [1] 1377/23
loss [1] 1512/8
lot [22] 1434/3 1438/12 1438/14 1452/6

1452/6 1452/8 1457/1 1458/18 1458/19
1459/6 1459/23 1460/14 1461/22
1461/24 1465/11 1474/23 1474/23
1475/3 1479/4 1497/11 1505/16 1519/5
LOTTERMAN [1] 1377/19
LOUISIANA [41] 1375/2 1375/7 1376/20
1376/23 1377/14 1378/2 1381/19
1383/6 1383/11 1383/15 1383/16
1391/22 1392/10 1392/10 1392/18
1392/20 1393/3 1393/4 1393/7 1394/9
1394/13 1395/16 1404/25 1406/9
1406/15 1407/3 1416/17 1419/23
1421/23 1424/22 1424/22 1424/23
1425/2 1445/25 1448/11 1448/14
1473/2 1478/16 1518/16 1518/16
1524/13
low [23] 1443/25 1454/15 1459/11
1472/23 1473/2 1473/9 1474/10
1475/12 1481/17 1487/13 1487/20
1488/18 1489/11 1492/7 1492/8 1495/4
1500/13 1502/19 1508/5 1508/8
1509/13 1509/20 1510/12
Low-risk [1] 1474/10
lower [5] 1463/12 1463/14 1469/1
1479/16 1479/22
lowered [1] 1403/23
lowest [2] 1461/11 1464/15
LP [1] 1375/11
LTD [1] 1375/15
lunch [2] 1421/14 1523/15

**M**

made [17] 1386/15 1387/3 1388/20
1395/24 1401/7 1405/23 1408/1 1408/3
1409/7 1413/21 1415/21 1418/12
1419/2 1438/22 1484/11 1495/3
1501/17
magnitude [9] 1427/18 1461/21 1461/22
1461/24 1462/3 1479/23 1479/25
1487/11 1514/5
mail [7] 1408/6 1408/12 1408/21
1408/24 1409/2 1410/4 1523/9
main [1] 1487/22
maintain [1] 1393/21 1394/1
major [2] 1474/9 1492/25
make [12] 1392/3 1423/17 1427/9
1430/24 1441/18 1442/2 1451/12
1471/17 1483/15 1499/2 1511/8
1517/10
making [3] 1399/15 1406/22 1483/4
MALINDA [1] 1376/16
man [3] 1386/15 1387/3 1395/24
man-made [3] 1386/15 1387/3 1395/24
manage [8] 1386/10 1387/13 1396/5
1396/8 1397/24 1398/18 1400/16
1416/15
managed [6] 1388/7 1396/14 1404/24
1407/11 1407/22 1410/15
management [3] 1416/19 1416/19
1416/20
managing [1] 1383/8
mangrove [1] 1400/12
manifest [1] 1437/22
manner [2] 1412/10 1422/16
manufacture [1] 1417/14
manufactured [1] 1417/14
manufacturers [1] 1417/20
manufacturing [1] 1417/13
many [21] 1385/2 1387/19 1387/19
1394/14 1395/8 1395/15 1395/19
1421/24 1423/2 1424/24 1424/24
1427/20 1427/25 1428/1 1428/4 1436/6
1453/13 1453/13 1459/9 1461/4

1461/22
Marine [1] 1388/23
MARK [1] 1377/5
marked [1] 1423/17
marks [1] 1487/24
marsh [1] 1400/12
marshes [3] 1391/17 1406/2 1415/15
match [1] 1411/12
Material [1] 1510/24
materials [5] 1410/11 1421/20 1438/7
1480/10 1481/6
mathematical [1] 1475/17
mathematically [1] 1459/16
matter [6] 1380/6 1427/16 1436/4
1469/1 1521/5 1524/15
matters [1] 1380/4
MATTHEW [1] 1377/4
maximum [2] 1404/17 1487/19
may [15] 1383/22 1384/6 1401/1 1402/6
1411/2 1424/25 1426/23 1471/8
1495/15 1495/19 1506/1 1506/5 1521/9
1521/12 1523/23
May 2001 [1] 1383/22
May 27 [2] 1506/1 1506/5
maybe [3] 1486/10 1509/14 1511/9
MAYBERRY [1] 1376/16
MC [3] 1505/10 1510/25 1511/6
McCutchen [1] 1377/18
McKINNEY [1] 1376/22
MD [1] 1375/5
me [38] 1385/1 1390/22 1392/1 1399/25
1402/6 1404/10 1404/13 1408/12
1426/11 1427/19 1435/5 1435/10
1443/13 1449/13 1453/19 1461/9
1461/14 1462/1 1462/22 1463/8
1463/15 1465/10 1469/7 1469/9 1471/6
1477/16 1477/21 1482/23 1486/2
1487/25 1492/3 1493/7 1500/10
1504/11 1506/2 1510/16 1515/6
1517/14
mean [12] 1383/14 1459/7 1459/10
1459/11 1459/12 1459/13 1459/14
1467/8 1499/8 1505/15 1505/19 1509/1
meaning [1] 1411/6 1504/25
meaningful [5] 1441/3 1462/11 1486/13
1486/16 1487/10
means [5] 1395/23 1402/22 1463/18
1485/14 1520/4
meant [1] 1503/1
measure [2] 1413/6 1472/8
measured [1] 1520/12
measuring [3] 1432/22 1465/17 1502/11
mechanical [2] 1378/5 1404/1
mechanism [3] 1384/1 1388/15 1402/25
media [2] 1419/14 1426/1
median [8] 1457/21 1458/23 1459/5
1459/7 1459/9 1459/16 1459/19 1508/6
medians [2] 1458/22 1463/18
medical [26] 1429/12 1431/1 1431/1
1431/15 1431/15 1431/25 1432/9
1432/10 1432/15 1432/16 1470/16
1478/25 1486/18 1487/3 1487/5
1487/14 1490/24 1496/12 1496/18
1496/24 1497/5 1497/12 1498/1
1498/12 1498/25 1519/20
medically [1] 1467/5
medication [1] 1500/24
medications [1] 1474/2
medicine [4] 1431/16 1433/25 1434/20
1469/3
meet [6] 1389/25 1408/23 1415/6
1416/24 1418/12 1419/5

# M

meetings [7]  1389/6 1389/11 1390/23 1390/25 1393/17 1422/5 1423/7
memorized [1]  1498/5
memory [1]  1516/11
men [3]  1394/23 1395/10 1427/25
mention [2]  1466/23 1468/11
mentioned [11]  1380/9 1385/21 1395/2 1431/24 1449/16 1456/2 1466/8 1492/25 1496/10 1516/13 1518/10
mercury [1]  1433/18
message [1]  1422/15
met [1]  1495/24
meteorological [1]  1401/9
meter [4]  1508/15 1508/18 1509/5 1509/6
methodology [1]  1510/20
methods [5]  1432/22 1432/22 1509/12 1509/19 1510/11
MEXICO [18]  1375/5 1383/9 1385/16 1385/18 1385/18 1386/23 1387/21 1400/20 1401/17 1402/12 1402/15 1407/18 1415/10 1417/3 1417/11 1417/21 1418/6 1519/3
MICHAEL [2]  1376/11 1480/6
microorganisms [1]  1517/6
microphone [1]  1381/13
mid [3]  1401/1 1402/6 1411/2
mid-May [3]  1401/1 1402/6 1411/2
middle [3]  1392/11 1397/20 1489/15
Middlebrook [1]  1514/24
midnight [1]  1393/20
might [20]  1421/15 1421/20 1424/11 1432/19 1433/4 1440/13 1451/6 1452/14 1453/10 1457/21 1464/13 1469/7 1469/9 1474/5 1475/4 1477/23 1490/16 1491/10 1501/14 1504/16
MIKE [9]  1377/9 1379/2 1380/11 1380/20 1380/23 1381/2 1381/5 1381/9 1521/17
milligrams [4]  1508/15 1508/18 1509/5 1509/6
million [4]  1452/6 1477/17 1477/18 1487/17
Mine [1]  1490/21
Mingé [1]  1382/7
minimization [1]  1393/9
minimize [4]  1390/8 1391/16 1402/16 1406/1
minimizing [3]  1390/7 1391/19 1485/4
minute [9]  1403/6 1404/22 1410/8 1428/18 1433/6 1449/12 1452/11 1488/23 1504/11
minutes [3]  1390/20 1428/17 1520/25
misleading [1]  1470/25
mission [4]  1389/25 1390/22 1391/4 1415/24
missions [2]  1390/22 1397/4
Mississippi [14]  1429/11 1429/12 1431/25 1432/6 1432/14 1433/11 1433/13 1435/8 1435/18 1446/16 1448/11 1494/9 1518/13 1520/24
mitigate [4]  1430/3 1482/20 1483/23 1484/9
mitigating [1]  1411/19
mitigation [7]  1430/2 1482/13 1483/11 1484/20 1484/24 1493/17 1495/9
Mobile [1]  1434/11
model [3]  1410/25 1411/6 1411/12
modeled [1]  1410/24
modeling [3]  1475/20 1476/14 1477/4
models [1]  1411/9

moderate [1]  1518/6
modest [1]  1387/6
modified [1]  1391/18
MOEX [1]  1375/12
moment [5]  1463/6 1502/14 1507/4 1508/25 1521/6
money [1]  1519/5
monitored [4]  1416/6 1446/20 1447/5 1448/17
monitoring [22]  1406/17 1439/20 1442/16 1443/2 1446/1 1447/1 1447/15 1449/11 1454/8 1483/23 1503/23 1506/1 1506/4 1507/5 1507/8 1507/16 1509/11 1509/12 1509/18 1509/19 1510/8 1510/15
monitors [1]  1451/11
month [4]  1469/18 1473/15 1486/5 1507/2
months [2]  1462/15 1503/3
more [33]  1385/4 1390/17 1395/13 1395/17 1395/22 1398/23 1404/9 1408/18 1408/19 1408/20 1409/16 1410/6 1416/23 1422/18 1443/18 1444/10 1457/1 1460/14 1461/15 1461/16 1462/1 1463/25 1464/1 1473/17 1475/6 1479/5 1486/20 1487/2 1487/3 1501/4 1516/14 1518/6 1518/22
Morgan [1]  1377/22
morning [7]  1380/15 1399/3 1421/12 1421/13 1469/10 1483/21 1521/17
Morrison [3]  1380/13 1521/18 1523/3
most [16]  1407/10 1412/6 1413/12 1419/23 1433/16 1439/19 1460/9 1460/10 1462/9 1463/16 1463/17 1470/20 1493/25 1514/10 1518/13 1520/16
mothballs [2]  1501/17 1501/17
motor [2]  1475/4 1475/6
move [5]  1401/14 1412/25 1471/19 1510/4 1522/1
moved [3]  1383/15 1393/24 1407/21
movement [3]  1398/1 1421/18 1515/25
moving [2]  1404/19 1467/14
Mr. [4]  1409/19 1427/12 1428/6 1520/21
Mr. Jarrett [1]  1520/21
Mr. Knutson [1]  1409/19
Mr. Utsler [2]  1427/12 1428/6
MSDS [2]  1510/25 1511/6
MSRC [1]  1412/18
much [15]  1393/19 1394/6 1398/13 1404/23 1433/9 1433/12 1448/4 1452/1 1463/5 1463/12 1464/4 1473/23 1490/21 1492/13 1512/10
multiple [1]  1436/3
must [2]  1515/11 1515/12
Mutschler [1]  1408/13
my [39]  1381/2 1381/9 1384/4 1386/7 1386/15 1388/3 1388/7 1393/24 1394/21 1408/1 1409/21 1411/16 1427/23 1431/22 1432/21 1433/11 1435/14 1437/5 1438/13 1439/16 1447/21 1458/5 1469/7 1469/7 1472/20 1473/25 1482/24 1483/12 1489/17 1491/15 1491/15 1495/12 1495/19 1498/4 1506/11 1510/13 1517/14 1522/17 1524/14
myself [7]  1383/7 1392/23 1393/13 1394/5 1413/11 1419/24 1438/13

# N

N.W [1]  1377/10
name [5]  1380/25 1381/2 1381/7 1381/9 1429/4

named [1]  1389/22
naphthalene [19]  1460/11 1462/4 1501/7 1501/10 1501/14 1501/17 1501/18 1501/20 1501/23 1504/2 1504/10 1506/8 1506/9 1506/10 1506/16 1506/22 1507/18 1507/21 1508/6
narrated [3]  1426/9 1426/20 1426/21
narration [1]  1427/6
NATHANIEL [1]  1376/9
national [5]  1442/13 1466/9 1488/15 1488/18 1500/1
natural [4]  1376/4 1386/17 1386/22 1395/24
naturally [1]  1387/2
nature [9]  1390/10 1391/3 1391/5 1398/5 1400/16 1411/17 1413/1 1423/18 1424/3
nausea [10]  1498/2 1499/1 1499/3 1500/9 1500/19 1500/20 1500/23 1500/25 1501/10 1501/18
near [2]  1406/16 1416/10
near-shoreline [1]  1416/10
nearly [1]  1453/12
nearshore [13]  1398/20 1400/4 1400/6 1400/21 1404/22 1404/24 1405/4 1405/22 1406/24 1415/5 1415/20 1513/3 1513/18
necessarily [1]  1509/1
necessary [4]  1401/13 1416/5 1454/11 1512/19
need [15]  1404/3 1408/23 1454/6 1459/7 1466/12 1490/24 1515/6 1521/24 1522/5 1522/16 1523/14 1523/18 1523/23 1523/23 1524/4
needed [11]  1388/21 1414/4 1416/24 1417/21 1418/5 1418/12 1419/13 1421/22 1422/15 1422/19 1437/8
needing [1]  1389/15
needs [2]  1419/5 1424/14
neighbors [1]  1423/13
net [1]  1513/16
never [2]  1437/6 1471/18
new [11]  1375/7 1376/23 1377/14 1378/2 1384/21 1385/19 1417/17 1418/15 1447/11 1448/16 1448/17
New Orleans [5]  1384/21 1385/19 1447/11 1448/16 1448/17
news [2]  1382/3 1521/11
next [22]  1380/13 1380/20 1384/16 1391/8 1399/3 1401/10 1423/12 1428/12 1428/14 1428/24 1436/23 1450/11 1451/5 1453/17 1457/19 1458/17 1469/9 1469/10 1474/9 1478/7 1510/4 1521/12
next-door [1]  1423/12
nice [3]  1440/11 1447/18 1452/11
NIEHS [1]  1517/23
night [1]  1393/20
nighttime [1]  1399/1
nine [1]  1385/19
NIOSH [55]  1439/15 1442/11 1443/9 1444/2 1450/16 1453/1 1456/11 1461/10 1461/15 1463/16 1463/22 1466/19 1466/21 1467/15 1470/3 1470/22 1470/24 1471/7 1472/20 1474/18 1483/3 1484/13 1489/4 1489/8 1492/17 1493/8 1493/10 1493/24 1499/24 1500/1 1500/4 1500/8 1500/18 1501/1 1501/9 1501/21 1502/5 1503/10 1503/18 1504/21 1507/4 1507/4 1507/8 1507/14 1507/16

NIOSH... [10]  1507/18 1507/21 1507/24
1508/1 1508/5 1508/11 1508/17
1508/21 1508/22 1509/24
NIOSH's [2]  1503/24 1508/23
no [67]  1375/5 1375/6 1402/20 1413/21
1418/5 1418/10 1428/8 1434/25
1437/19 1441/6 1443/6 1444/4 1446/19
1447/23 1447/25 1448/12 1448/15
1448/19 1451/16 1451/21 1453/4
1454/15 1454/22 1456/17 1459/12
1464/15 1468/16 1468/25 1469/17
1472/5 1472/7 1473/1 1473/3 1475/2
1481/8 1482/3 1482/7 1485/2 1485/15
1487/3 1489/12 1489/19 1489/25
1490/6 1494/2 1494/8 1494/12 1496/2
1498/22 1499/13 1502/16 1502/18
1504/12 1506/20 1509/2 1512/23
1514/3 1516/4 1516/13 1517/15
1517/21 1517/22 1518/17 1519/1
1519/22 1520/4 1520/20
NOAA [3]  1464/8 1474/18 1478/15
NOMELLINI [1]  1377/5
noncancer [1]  1477/10
nondetect [6]  1459/17 1505/17 1505/18
1505/18 1509/1 1509/6
nondetectable [4]  1442/19 1443/11
1463/18 1506/13
nondetects [4]  1458/19 1459/9 1459/14
1461/12
none [7]  1380/5 1391/24 1434/17
1461/5 1491/13 1507/1 1517/22
Nonetheless [1]  1489/20
nonexistent [1]  1481/16
nonexposure [2]  1465/25 1496/8
nonexposure-related [1]  1496/8
nonspecific [2]  1490/18 1501/25
nontraditional [1]  1417/19
normally [2]  1477/15 1486/17
North [2]  1377/6 1385/24
Norway [1]  1410/24
Norwegian [1]  1411/9
nose [2]  1469/7 1490/15
not [107]  1388/25 1394/5 1400/1
1413/19 1416/8 1418/25 1424/25
1426/22 1427/2 1430/19 1433/13
1433/15 1435/14 1435/16 1439/22
1443/14 1443/25 1446/2 1448/4
1451/16 1451/25 1452/15 1453/10
1453/14 1454/10 1454/25 1457/5
1457/6 1465/5 1466/16 1466/22
1466/25 1468/7 1468/16 1468/18
1469/23 1470/24 1471/8 1471/16
1472/13 1475/20 1478/2 1481/1 1481/3
1481/4 1482/9 1484/6 1484/10 1490/3
1490/16 1491/25 1497/1 1497/3
1497/12 1498/10 1501/2 1501/14
1502/3 1502/10 1504/12 1504/13
1504/13 1504/16 1504/18 1505/14
1505/19 1505/19 1505/20 1505/23
1505/23 1505/25 1506/7 1506/11
1507/5 1508/24 1509/9 1509/12
1509/16 1509/19 1510/11 1510/22
1510/23 1512/10 1512/21 1512/23
1513/10 1513/25 1514/10 1516/2
1516/5 1516/18 1516/23 1517/5
1517/10 1517/11 1517/19 1518/7
1518/8 1518/24 1519/1 1519/11
1519/25 1521/25 1522/20 1523/13
1523/19 1524/5
notably [1]  1522/18
notations [1]  1494/5

noted [5]  1496/18 1497/20 1499/12
1500/6 1508/4
nothing [2]  1427/17 1451/12
notice [1]  1405/15
noticed [2]  1430/19 1431/24
now [32]  1382/22 1383/21 1384/8
1384/10 1387/22 1389/17 1394/9
1394/17 1394/24 1395/22 1399/14
1407/4 1413/6 1415/18 1418/15
1423/22 1425/13 1426/7 1428/19
1432/9 1444/2 1453/7 1456/24 1471/19
1482/11 1492/4 1501/3 1502/4 1502/10
1511/12 1521/15 1523/22
number [33]  1387/19 1394/12 1395/1
1402/13 1406/19 1418/23 1419/3
1424/25 1433/15 1437/4 1439/12
1439/15 1450/9 1458/17 1459/11
1469/21 1476/19 1486/13 1486/16
1486/22 1487/13 1487/18 1487/20
1488/10 1488/22 1495/1 1498/11
1498/16 1500/24 1510/10 1519/5
1520/14 1520/14
number one [7]  1402/13 1418/23
1469/21 1495/1 1500/24 1510/10
1520/14
number two [2]  1419/3 1520/14
numbers [1]  1436/12 1498/5 1512/13
NW [1]  1377/19

## O

O'ROURKE [1]  1376/6
object [1]  1426/8
objection [4]  1418/7 1427/7 1434/25
1499/6
objections [1]  1523/15
observation [3]  1406/18 1453/1 1484/12
Observational [1]  1474/20
observations [5]  1401/8 1401/9 1518/4
1518/25 1519/1
observed [3]  1475/8 1483/8 1493/6
observers [1]  1474/19
obtaining [1]  1416/24
obviously [4]  1386/14 1398/22 1414/25
1420/14
occasion [1]  1395/1
occasions [2]  1387/19 1387/19
occupational [44]  1433/25 1434/3
1442/13 1442/21 1442/22 1443/12
1444/2 1444/3 1451/1 1451/2 1456/10
1456/14 1456/18 1458/24 1458/25
1462/16 1463/23 1466/20 1489/4
1497/6 1497/14 1497/16 1498/3
1498/12 1498/21 1498/25 1500/2
1502/23 1503/7 1503/19 1503/22
1504/9 1504/22 1504/24 1505/4
1505/10 1505/20 1506/8 1509/22
1509/24 1510/18 1510/21 1520/10
1520/13
occur [4]  1406/23 1469/3 1469/17
1477/23
occurred [4]  1386/16 1388/6 1400/22
1481/7
occurrences [1]  1387/15
ocean [2]  1516/1 1516/20
oceangoing [1]  1403/15
OELs [2]  1442/20 1443/4
off [15]  1403/17 1403/24 1404/15
1406/16 1415/4 1435/4 1451/10 1473/8
1479/7 1487/5 1489/19 1497/22
1506/10 1516/21 1522/22
offer [1]  1436/16
offered [2]  1425/16 1426/19
offering [1]  1454/11

office [7]  1376/12 1376/17 1383/1
1383/3 1383/21 1385/25 1386/6
officer [7]  1383/21 1383/25 1384/3
1384/18 1388/5 1478/17 1479/1
offices [4]  1392/21 1392/25 1393/2
1425/3
official [4]  1378/1 1493/14 1524/11
1524/19
officials [9]  1419/11 1420/14 1420/15
1421/3 1421/9 1421/21 1477/25
1488/19 1492/9
offshore [20]  1375/12 1375/14 1383/18
1386/25 1392/10 1393/1 1395/11
1395/14 1398/20 1399/8 1399/21
1399/24 1400/21 1402/25 1405/19
1405/23 1406/16 1408/7 1408/18
1415/20
offshore/onshore [1]  1399/8
often [1]  1391/8
oh [3]  1452/14 1467/7 1471/1
oil [123]  1375/4 1375/4 1390/7 1391/16
1391/18 1391/20 1397/19 1398/24
1399/9 1400/19 1401/17 1401/23
1402/4 1402/11 1402/18 1402/18
1402/22 1403/1 1403/4 1403/4 1403/16
1403/21 1404/4 1404/18 1404/19
1405/14 1405/23 1406/1 1406/3 1407/2
1411/8 1412/11 1412/12 1413/5 1413/6
1413/12 1413/14 1413/19 1414/7
1414/25 1415/4 1429/25 1430/1
1430/10 1430/13 1430/16 1432/24
1435/7 1439/14 1441/8 1443/23 1445/1
1446/3 1446/19 1448/13 1455/11
1455/13 1460/10 1464/6 1464/8
1464/10 1465/6 1465/15 1465/16
1466/24 1469/21 1470/13 1471/2
1471/12 1472/6 1472/10 1472/23
1473/7 1473/11 1473/13 1473/15
1473/21 1473/22 1474/3 1474/13
1474/14 1474/15 1474/23 1474/25
1475/3 1475/4 1475/6 1475/8 1478/2
1478/5 1479/17 1481/1 1481/5 1481/9
1481/10 1481/18 1482/1 1489/25
1499/16 1499/17 1500/15 1500/16
1501/5 1501/6 1504/2 1505/10 1510/25
1511/6 1511/16 1511/22 1512/4 1512/7
1512/7 1512/8 1512/18 1513/2 1513/17
1514/11 1514/17 1515/3 1515/23
1515/25 1516/14
oils [2]  1406/18 1513/5
oily [2]  1403/23 1405/17
okay [19]  1380/5 1380/8 1380/17
1380/18 1380/22 1435/20 1442/3
1460/23 1474/12 1482/8 1490/7 1490/7
1498/13 1511/12 1521/16 1521/21
1522/7 1523/10 1524/2
Oklahoma [2]  1385/10 1385/11
omitted [1]  1522/18
on [207]
on-scene [12]  1383/7 1392/24 1394/14
1450/13 1450/24 1483/13 1492/17
1493/13 1494/15 1494/23 1495/6
1513/16
on-site [1]  1498/2
on-water [4]  1383/9 1401/9 1406/18
1413/3
onboard [2]  1383/16 1403/17
once [36]  1391/18 1400/21 1402/6
1402/11 1410/25 1412/4 1412/23
1447/14 1464/4 1473/17 1478/1 1479/3
1480/23 1483/18 1493/24 1494/8
1497/10 1501/2 1501/12 1501/20
1501/25 1502/8 1502/20 1504/6 1504/6

once... [11] 1505/14 1506/10 1507/11
1508/4 1514/5 1514/8 1517/18 1518/9
1519/17 1519/23 1520/9
one [90] 1380/6 1382/24 1387/20
1388/14 1389/10 1390/12 1390/12
1390/15 1395/2 1395/20 1396/18
1397/21 1398/14 1398/17 1401/22
1402/13 1403/4 1404/9 1406/10
1407/11 1413/12 1413/22 1415/8
1416/22 1418/9 1418/17 1418/23
1419/9 1419/23 1425/13 1426/3 1427/3
1436/9 1440/11 1440/12 1440/12
1440/13 1443/17 1443/18 1452/11
1452/14 1452/15 1452/20 1453/10
1454/13 1455/2 1457/5 1461/6 1462/1
1463/5 1463/15 1464/12 1466/8
1466/13 1469/21 1475/22 1475/24
1477/24 1478/14 1483/20 1484/17
1485/11 1487/19 1489/10 1489/25
1491/8 1491/22 1492/13 1495/1
1497/15 1497/16 1498/2 1500/9
1500/19 1500/24 1501/10 1501/18
1501/23 1502/7 1507/9 1509/9 1509/16
1509/25 1510/3 1510/10 1517/21
1518/21 1519/9 1520/14 1522/8
one's [2] 1456/22 1481/5
ones [1] 1430/13
ongoing [7] 1397/7 1398/7 1421/18
1422/12 1466/10 1512/19 1513/1
only [20] 1398/24 1398/25 1402/9
1404/5 1417/13 1417/13 1432/16
1433/15 1453/8 1453/11 1462/14
1478/22 1486/17 1497/6 1498/25
1503/2 1506/15 1507/8 1518/11
1522/17
onshore [4] 1395/14 1398/21 1399/8
1416/15
onto [2] 1402/2 1402/11
Oops [1] 1488/22
open [2] 1422/13 1478/22
opening [1] 1479/9
operate [2] 1398/25 1402/8
operating [10] 1383/21 1383/25 1384/3
1384/9 1384/17 1388/5 1393/2 1398/14
1399/11 1401/3
operation [5] 1392/6 1395/9 1396/18
1398/7 1495/5
operational [7] 1387/3 1393/17 1399/22
1420/6 1425/4 1450/12 1475/14
operations [33] 1383/8 1383/16 1385/18
1385/23 1385/24 1387/1 1390/19
1391/5 1391/11 1392/11 1392/22
1393/1 1394/8 1397/7 1397/25 1398/24
1399/3 1399/22 1400/6 1400/17
1400/24 1402/18 1405/20 1406/7
1407/15 1410/12 1415/5 1415/19
1416/6 1416/11 1416/12 1417/15
1470/14
operator [1] 1395/4
opinion [15] 1430/5 1437/25 1437/25
1464/17 1466/12 1472/25 1472/25
1475/12 1481/13 1488/19 1490/2
1493/1 1502/15 1513/22 1513/25
opinions [25] 1430/8 1430/24 1430/24
1436/15 1436/15 1437/9 1437/12
1437/17 1438/3 1438/11 1439/4
1439/15 1439/18 1439/22 1440/14
1440/18 1449/9 1454/11 1466/4
1467/20 1476/9 1480/11 1482/12
1495/7 1514/17
opportunities [2] 1424/11 1424/14

opportunity [9] 1384/17 1385/1 1386/14
1390/5 1392/1 1405/21 1406/14
1427/20 1428/3
opposed [1] 1476/5
opposing [1] 1523/9
opposite [2] 1447/3 1447/18
ops [1] 1384/4
or [126] 1386/16 1386/24 1387/2 1389/3
1390/24 1393/2 1395/11 1395/24
1396/20 1400/12 1402/4 1405/11
1406/3 1406/11 1409/17 1413/20
1415/4 1416/13 1418/24 1419/22
1420/9 1420/9 1420/25 1421/20
1422/10 1426/16 1430/11 1432/23
1434/23 1435/16 1437/21 1439/18
1439/22 1440/9 1440/20 1441/8 1442/7
1442/19 1442/20 1443/3 1443/7
1443/11 1444/1 1445/16 1445/19
1446/2 1447/6 1447/10 1447/23
1450/10 1451/10 1452/10 1454/9
1454/10 1454/17 1455/14 1456/22
1457/21 1458/3 1459/7 1459/19 1460/3
1460/25 1461/20 1463/5 1465/6
1465/19 1466/1 1466/17 1469/1 1469/1
1469/18 1471/2 1471/5 1471/13
1472/25 1473/22 1474/6 1475/20
1477/14 1477/25 1481/6 1482/1 1482/4
1486/19 1487/4 1487/4 1487/5 1487/7
1488/19 1490/1 1490/1 1490/2 1490/4
1490/9 1492/5 1493/6 1494/11 1494/23
1496/4 1497/13 1497/22 1498/2
1498/21 1498/22 1500/12 1501/7
1501/13 1502/2 1502/23 1503/24
1504/18 1505/1 1505/21 1506/11
1508/17 1510/25 1512/18 1512/18
1513/15 1517/11 1517/21 1520/7
1521/24 1522/9 1523/13
oral [5] 1449/16 1477/19 1480/11
1480/15 1480/20
orange [1] 1405/13
order [5] 1401/20 1439/17 1479/23
1521/10 1522/19
orders [5] 1461/21 1461/22 1461/24
1462/3 1479/25
ordinarily [1] 1445/13
ordinary [1] 1492/5
organisms [1] 1516/19
organization [6] 1388/14 1390/17
1390/21 1393/3 1394/1 1456/13
Organization's [1] 1389/13
organizations [1] 1388/23
organize [1] 1395/24
organized [1] 1406/7
orientation [1] 1392/9
original [1] 1408/13
originally [2] 1399/7 1521/22
Orleans [9] 1375/7 1376/23 1377/14
1378/2 1384/21 1385/19 1447/11
1448/16 1448/17
orphans [1] 1523/24
OSAT [24] 1450/12 1450/20 1450/21
1475/14 1476/22 1476/25 1477/21
1481/19 1511/20 1511/20 1512/2
1512/12 1512/15 1512/15 1512/17
1512/21 1512/23 1512/23 1512/25
1513/1 1513/4 1513/6 1513/8 1513/15
OSAT-1 [11] 1511/20 1512/2 1512/15
1512/17 1512/21 1512/23 1512/23
1512/25 1513/1 1513/4 1513/6
OSAT-2 [5] 1476/25 1511/20 1512/15
1513/8 1513/15
OSHA [39] 1416/17 1450/14 1453/12
1456/11 1461/15 1472/21 1474/18

1483/13 1484/13 1484/16 1485/11
1485/12 1485/14 1485/19 1485/20
1486/22 1486/25 1487/10 1488/9
1488/11 1489/4 1489/8 1489/10
1492/17 1493/8 1493/10 1493/24
1503/9 1503/18 1505/25 1506/3 1506/9
1506/15 1506/18 1506/22 1506/23
1508/14 1508/21 1509/24
OSHA's [3] 1456/25 1457/6 1503/24
OSHA-reportable [1] 1488/11
other [48] 1389/1 1391/12 1392/17
1392/17 1393/19 1394/10 1394/21
1398/17 1399/24 1400/8 1407/14
1409/13 1415/15 1417/9 1421/5
1421/20 1421/21 1423/4 1426/9
1427/25 1428/1 1432/7 1438/17
1452/13 1454/23 1458/19 1459/8
1462/7 1463/13 1463/15 1464/12
1468/11 1469/14 1469/19 1469/20
1469/24 1471/9 1471/20 1471/21
1474/21 1475/24 1481/9 1481/9
1488/19 1516/24 1517/1 1517/2 1518/9
others [4] 1385/24 1394/1 1408/25
1472/25
our [76] 1380/13 1380/20 1386/25
1388/21 1389/25 1390/4 1390/16
1390/22 1391/3 1391/5 1391/14
1391/17 1391/18 1392/2 1392/20
1393/1 1393/16 1396/7 1397/8 1397/9
1398/3 1398/6 1398/17 1398/19 1399/1
1399/2 1399/12 1400/17 1400/17
1401/8 1401/8 1401/9 1401/12 1401/13
1401/16 1402/5 1402/9 1402/13
1402/16 1402/17 1402/22 1402/25
1405/23 1406/1 1406/1 1406/2 1406/4
1406/18 1407/14 1413/1 1413/12
1413/13 1413/17 1413/22 1414/2
1415/24 1415/25 1416/15 1418/20
1421/12 1424/14 1426/25 1428/14
1432/4 1432/5 1433/3 1433/22 1434/12
1445/20 1454/13 1455/23 1475/3
1492/23 1501/15 1519/6 1521/12
out [35] 1381/10 1382/13 1392/6 1395/8
1395/13 1395/15 1397/5 1403/1
1404/24 1413/21 1419/15 1422/8
1424/21 1427/2 1463/12 1464/6
1465/21 1466/25 1468/8 1468/21
1468/22 1473/12 1476/18 1480/3
1482/23 1484/5 1487/21 1491/5
1494/18 1514/21 1515/9 1515/18
1517/4 1518/21 1524/2
outboard [1] 1415/3
outdoor [2] 1465/20 1489/15
outdoors [1] 1470/1
outline [1] 1431/8
outlined [2] 1449/21 1455/21
outlines [2] 1449/2 1480/14
outreach [6] 1423/23 1423/25 1424/6
1424/19 1424/21 1425/7
outs [1] 1458/11
outside [1] 1470/20
over [16] 1397/2 1398/10 1404/4 1410/5
1425/5 1432/3 1443/7 1446/20 1456/19
1464/6 1464/9 1465/15 1486/5 1498/17
1518/2 1519/23
overall [1] 1437/11
overdoses [1] 1432/11
overexertion [1] 1470/17
overlaps [1] 1383/22
overnight [1] 1401/15
Overruled [1] 1418/8
oversee [1] 1384/4
overseeing [3] 1383/17 1384/10

overseeing... [1] 1406/10
overview [2] 1420/6 1422/12
own [3] 1447/21 1449/9 1484/17
oxygen [1] 1454/17

# P

p.m [4] 1393/18 1401/5 1401/6 1401/11
page [8] 1379/2 1436/8 1460/21 1493/9
1498/8 1510/2 1510/2 1510/4
page 97 [1] 1510/2
page 98 [1] 1510/2
pages [1] 1510/3
PAH [1] 1512/3
PAHs [13] 1462/4 1473/20 1474/1
1474/3 1474/4 1475/6 1475/18 1479/17
1501/7 1504/25 1505/21 1511/22
1512/9
pain [2] 1498/3 1499/3
Panhandle [1] 1425/2
papers [1] 1440/6
paragraph [3] 1515/10 1515/11 1518/22
paragraphs [4] 1516/16 1516/24 1517/1
1517/3
parish [8] 1392/21 1419/25 1420/2
1420/8 1420/8 1420/25 1421/7 1421/21
1425/13 1413/25 1414/5 1424/1 1424/2
1426/17 1433/19 1439/19 1462/9
1463/17 1474/6 1491/18 1491/18
1511/11 1511/25 1513/22 1514/10
1518/21
participate [1] 1382/5
particular [11] 1388/19 1393/10 1398/23
1402/24 1423/8 1456/23 1476/2
1476/19 1478/18 1492/22 1492/22
particularly [3] 1412/18 1445/20 1494/15
particulates [2] 1505/1 1505/21
parties [3] 1382/25 1383/6 1387/13
parts [3] 1390/17 1508/7 1508/7
party [2] 1389/22 1395/3
Paskewich [3] 1380/10 1483/22 1493/12
passed [3] 1468/8 1468/21 1478/23
past [6] 1391/7 1405/23 1440/12
1466/24 1467/14 1469/18
pathways [2] 1471/20 1471/21
PATRICK [1] 1376/6
patrolling [1] 1406/17
paycheck [1] 1388/3
paying [1] 1388/2
payload [1] 1418/1
payroll [1] 1388/7
peak [5] 1395/15 1397/3 1399/9
1406/13 1406/20
peer [1] 1514/16
peer-reviewed [1] 1514/16
PENCAK [3] 1376/10 1495/19 1495/24
people [35] 1391/13 1391/14 1395/8
1397/1 1397/3 1397/9 1397/18 1399/7
1399/10 1401/13 1416/9 1422/23
1423/19 1425/15 1426/18 1427/21
1428/5 1462/14 1467/9 1468/8 1469/12
1469/14 1469/22 1469/23 1469/25
1470/1 1471/11 1474/14 1484/5
1489/14 1489/18 1491/23 1494/10
1497/2 1517/19
per [6] 1508/7 1508/7 1508/15 1508/18
1509/5 1509/6

perceived [1] 1519/16
percent [11] 1453/24 1504/13 1506/1
1507/21 1508/1 1514/10 1518/5
percentage [1] 1481/10
percentile [1] 1458/23
performed [3] 1411/4 1449/7 1508/24
performing [2] 1451/9 1472/3
perhaps [1] 1514/21
perimeter [1] 1451/8
period [12] 1382/23 1393/21 1393/23
1394/7 1398/10 1412/24 1425/5
1463/10 1474/15 1486/5 1520/6
1520/15
periods [2] 1473/3 1475/1
permissible [1] 1508/14
person [4] 1432/5 1454/19 1474/22
1498/1
personal [9] 1385/5 1413/24 1433/3
1474/16 1480/25 1509/10 1509/17
1510/8 1510/14
personally [2] 1413/11 1427/19
perspective [4] 1420/12 1478/25
1482/18 1504/4
Perth [5] 1381/9 1381/10 1384/18
1384/20 1385/14
pertinent [4] 1432/19 1461/22 1478/19
1494/15
petroleum [3] 1375/12 1377/17 1385/10
Ph.D [1] 1431/14
phrase [1] 1400/16
phrases [1] 1499/1
physical [3] 1416/19 1431/21 1511/16
physically [3] 1398/4 1406/2 1416/9
physician [6] 1429/11 1431/13 1432/1
1432/2 1478/4 1494/8
physicians [4] 1432/4 1432/5 1433/23
1500/22
pick [3] 1418/3 1461/6 1491/4
picked [1] 1445/21
picture [8] 1397/14 1397/20 1398/2
1398/14 1399/11 1401/3 1514/9 1514/9
piece [4] 1415/9 1467/3 1467/4 1478/22
pieces [1] 1401/4
pins [1] 1398/11
pipelines [1] 1387/1
pitch [8] 1504/14 1504/19 1504/21
1506/23 1508/11 1508/14 1508/18
1508/22
place [15] 1390/23 1396/20 1396/21
1400/25 1419/18 1420/21 1421/8
1421/10 1422/2 1422/3 1424/21 1425/6
1479/4 1489/10 1489/12
places [2] 1392/17 1481/9
plan [4] 1401/12 1478/22 1484/1
1521/12
plane's [1] 1412/24
planned [1] 1380/12
planning [3] 1400/24 1410/9 1410/16
plans [5] 1390/16 1400/9 1414/9
1415/11 1415/13
Plaquemines [2] 1421/7 1421/8
plastic [1] 1414/24
platforms [1] 1386/25
play [2] 1404/9 1405/7
playing [1] 1477/4
please [60] 1380/3 1381/1 1381/7
1381/13 1382/11 1385/7 1386/6 1387/9
1389/18 1396/16 1403/7 1404/10
1406/7 1409/8 1414/20 1414/21
1427/16 1428/6 1428/23 1429/5 1431/6
1431/11 1435/25 1437/15 1437/17
1439/8 1439/11 1440/25 1442/7 1443/1
1443/19 1444/22 1446/15 1448/7

1448/9 1449/24 1453/24 1455/5 1455/9
1455/16 1455/19 1461/18 1466/10
1467/23 1472/18 1476/13 1476/16
1487/22 1488/5 1494/20 1498/8
1498/15 1498/17 1499/10 1505/6
1510/1 1511/3 1514/20 1515/18
1518/20
plus [1] 1486/22
pocket [9] 1499/24 1500/4 1500/8
1500/10 1500/18 1501/1 1501/9
1501/21 1502/5
point [18] 1388/7 1395/9 1407/24
1408/9 1410/16 1419/21 1426/25
1438/15 1444/6 1465/24 1467/2
1472/23 1473/24 1474/9 1475/11
1480/3 1483/2 1514/12
points [1] 1462/10
poison [1] 1434/9
polycyclic [4] 1460/11 1462/4 1473/19
1501/6 1505/1
pop [1] 1467/7
population [1] 1515/4
port [1] 1415/17
portion [5] 1407/11 1485/9 1491/8
1516/7 1516/11
ports [1] 1417/6
position [3] 1382/23 1397/6 1414/14
positioned [1] 1397/18
positions [1] 1382/13
possibilities [1] 1438/4
possible [8] 1380/14 1390/11 1391/16
1397/8 1402/14 1413/14 1470/13
1471/21
possibly [4] 1451/10 1454/17 1455/14
1497/8
post [7] 1376/12 1376/17 1383/5
1386/24 1399/6 1421/12 1423/9
post-Katrina [1] 1423/9
posted [2] 1511/21 1512/3
posting [1] 1425/25
posts [1] 1421/6
potential [16] 1397/9 1429/23 1449/13
1449/15 1454/3 1456/16 1464/19
1468/24 1469/24 1477/9 1480/21
1481/15 1495/3 1504/22 1513/8 1520/3
potentially [3] 1407/2 1430/13 1471/1
powers [1] 1395/20
Poydras [2] 1377/14 1378/1
PPE [6] 1474/16 1474/22 1483/25
1513/23 1514/1 1514/4
PR [1] 1426/16
practice [1] 1386/14
practicing [2] 1431/13 1432/1
precisely [1] 1456/3
predicted [4] 1447/23 1447/25 1448/22
1467/12
predictive [1] 1447/2
preliminary [4] 1380/4 1518/4 1518/24
1519/1
premised [2] 1502/15 1513/22
preparation [2] 1386/2 1400/4
prepare [6] 1411/23 1421/14 1427/17
1431/3 1449/20 1494/18
prepared [15] 1399/2 1399/19 1419/4
1429/16 1437/11 1439/5 1449/2
1459/24 1462/25 1467/20 1476/13
1480/3 1480/14 1482/13 1483/3
preparing [3] 1399/23 1455/2 1517/10
prescribed [2] 1393/17 1514/1
presence [1] 1512/17
present [7] 1423/6 1458/20 1472/10
1501/3 1502/4 1502/10 1504/8
presented [4] 1396/18 1422/16 1458/3

**P**

presented... [1] 1473/25
presents [1] 1486/5
president [3] 1382/7 1384/6 1385/23
presidents [2] 1420/9 1420/25
Press [1] 1453/22
pretty [7] 1380/14 1433/9 1433/12
1439/10 1448/4 1452/1 1490/21
prevalence [1] 1433/21
prevent [1] 1413/16
preventing [1] 1413/12
Prevention [1] 1443/22
previous [1] 1448/19
previously [2] 1426/11 1470/16
primarily [8] 1430/13 1444/4 1447/9
1450/9 1456/9 1483/12 1500/11 1512/8
primary [6] 1432/4 1473/18 1484/6
1489/4 1491/15 1511/15
principal [2] 1413/22 1419/8
principally [1] 1403/1
prior [6] 1383/19 1385/13 1385/21
1386/4 1387/6 1457/13
priorities [2] 1415/11 1479/4
prioritized [1] 1401/14
priority [3] 1402/5 1414/9 1478/21
private [2] 1456/13 1456/22
probably [5] 1390/17 1396/23 1464/1
1502/11 1521/24
problem [3] 1452/15 1491/6 1524/7
problematic [2] 1408/19 1474/25
proceed [1] 1495/19
proceedings [4] 1375/18 1378/5 1524/8
1524/15
process [16] 1388/20 1396/1 1406/22
1406/25 1412/12 1449/8 1451/15
1453/17 1454/2 1454/8 1455/8 1457/16
1473/21 1475/5 1483/4 1515/23
processes [1] 1386/9
procure [5] 1407/5 1407/13 1407/23
1409/24 1410/3
procured [3] 1407/17 1409/15 1409/17
procurement [4] 1407/8 1407/10
1407/12 1407/20
procuring [1] 1409/22
produced [2] 1511/20 1512/2
product [2] 1418/22 1457/25
PRODUCTION [6] 1375/10 1375/11
1377/3 1387/25 1388/4 1388/8
productive [1] 1466/22
products [5] 1430/14 1465/12 1474/1
1474/4 1474/5
profession [1] 1446/22
professional [2] 1431/9 1432/7
professionalism [1] 1427/24
professor [3] 1429/12 1431/24 1432/4
program [5] 1424/6 1426/16 1479/5
1481/22 1484/17
programs [1] 1425/15
progress [2] 1389/12 1401/6
project [1] 1478/8
properly [1] 1416/1
prospect [1] 1481/2
protect [7] 1390/5 1390/6 1414/7
1414/8 1415/3 1415/14 1416/9 1461/3
1481/23 1495/9
protecting [4] 1391/14 1393/8 1397/8
1433/4
protection [2] 1383/10 1393/9
protective [5] 1433/3 1454/10 1474/16
1480/25 1502/20
protocol [1] 1455/22
protocols [1] 1479/9
proud [1] 1428/2
prove [1] 1396/17
provide [17] 1384/1 1389/10 1389/16
1391/3 1393/9 1411/13 1417/20 1420/5
1420/6 1421/12 1421/17 1422/19
1424/9 1424/10 1425/7 1432/13
1513/15
provided [4] 1412/17 1416/4 1485/11
1485/19
providing [1] 1483/25
provision [1] 1415/21
psoriasis [1] 1474/2
public [24] 1418/17 1418/21 1418/24
1419/6 1422/6 1425/18 1430/1 1433/6
1433/7 1433/10 1433/11 1433/19
1434/24 1448/12 1459/3 1474/6 1476/3
1479/1 1481/23 1482/18 1488/14
1495/3 1495/10 1519/9
publicly [8] 1426/4 1426/13 1435/13
1435/15 1436/22 1445/5 1450/4
1479/13
publish [1] 1440/1
published [7] 1433/2 1435/13 1439/18
1446/17 1467/6 1489/3 1514/16
pull [8] 1414/16 1426/7 1511/9 1514/20
1514/21 1515/10 1515/18 1517/3
pulled [4] 1404/19 1439/15 1516/17
1523/22
pulls [1] 1403/20
pure [5] 1500/11 1501/13 1502/2
purpose [5] 1389/9 1390/12 1403/16
1512/21 1513/15
purpose-built [1] 1403/16
purposes [2] 1392/9 1477/13
pursue [1] 1403/1
pushing [1] 1408/19
put [12] 1395/2 1396/12 1396/20
1424/21 1450/23 1460/16 1463/11
1470/25 1475/15 1519/5 1522/16
1524/4
putting [4] 1398/24 1419/17 1457/22
1459/15

**Q**

QBE [1] 1375/15
qualifications [1] 1431/3
quality [7] 1394/18 1424/16 1440/17
1446/1 1446/3 1515/2 1515/24
quantities [1] 1402/23
quantity [4] 1436/21 1436/25 1505/15
1517/18
quarterly [1] 1386/12
question [13] 1415/18 1416/23 1433/24
1435/3 1444/17 1489/21 1491/15
1491/16 1499/9 1499/10 1510/14
1511/25 1522/17
questionnaire [1] 1468/8
questionnaires [1] 1468/21
questions [22] 1387/22 1420/8 1420/13
1420/16 1421/15 1421/15 1421/19
1421/20 1422/13 1422/17 1423/4
1423/19 1424/4 1428/7 1429/13
1429/17 1429/21 1430/6 1438/15
1438/19 1460/5 1520/20
quick [1] 1404/11
quickly [5] 1402/3 1407/16 1408/22
1414/20 1422/17
quote [4] 1443/21 1470/11 1478/18
1492/22
quoted [1] 1516/15

**R**

RACHEL [2] 1376/8 1376/8
radiation [1] 1431/22
raises [2] 1513/3 1513/14
ramped [1] 1417/15
ran [1] 1393/17
range [2] 1425/9 1463/18
rapidly [2] 1397/2 1417/1
rate [12] 1487/10 1488/2 1488/8
1488/13 1488/15 1488/17 1489/9
1489/11 1492/5 1492/7 1492/8 1495/5
rates [2] 1433/20 1433/21
RE [1] 1375/4
reach [13] 1430/5 1430/24 1437/9
1438/10 1439/17 1440/20 1445/16
1449/9 1451/23 1474/11 1480/11
1483/10 1484/14
reached [4] 1445/18 1464/19 1473/22
1495/7
reaching [3] 1430/24 1449/7 1476/9
read [11] 1441/3 1442/10 1468/3
1469/19 1487/16 1489/7 1494/22
1511/12 1514/22 1516/16 1517/4
readiness [1] 1400/10
reads [1] 1470/23
real [7] 1394/21 1398/13 1404/11
1459/13 1461/11 1497/10 1519/15
real-time [1] 1398/13
realized [3] 1410/6 1422/17 1427/19
really [13] 1404/2 1404/3 1423/9
1423/20 1434/17 1447/16 1459/13
1459/14 1462/22 1466/7 1469/22
1471/15 1510/22
realtime [1] 1397/16
reason [4] 1461/10 1463/8 1491/5
1505/24
reasonable [1] 1521/9
reasons [8] 1389/10 1407/21 1457/5
1509/9 1509/16 1510/10 1510/23
1521/9
reassuring [4] 1439/3 1443/13 1462/12
1464/16
recall [7] 1395/1 1395/8 1406/14
1424/25 1497/17 1497/17 1506/10
receive [1] 1409/2
received [4] 1386/3 1387/11 1523/13
1523/17
receiving [2] 1410/4 1420/16
recently [1] 1433/16
recess [4] 1428/18 1428/22 1522/15
1524/5
recollection [2] 1409/20 1510/13
recommend [2] 1478/3 1478/4
recommendation [1] 1413/22
recommendations [1] 1410/10
recommended [1] 1508/17
reconfigure [1] 1407/1
record [11] 1381/1 1381/7 1381/8
1429/5 1435/4 1492/8 1492/15 1494/22
1522/16 1524/5 1524/15
recordable [1] 1486/4
recorded [1] 1378/5
recovering [1] 1391/19
recovery [1] 1405/24
recreation [1] 1400/13
recreational [1] 1415/16
red [1] 1441/18
redirect [1] 1520/11
reduce [1] 1402/4
Reference [1] 1500/23
referenced [1] 1420/20
references [2] 1517/4 1517/4
referred [1] 1446/22
referring [4] 1382/19 1450/10 1502/2
1512/12

Case 2:10-md-02179-CJB-DPC Document 11452 Filed 05/09/13 Page 172 of 180

refine [1] 1422/15
reflected [1] 1495/2
refresh [1] 1510/13
REGAN [1] 1377/4
regard [12] 1384/13 1387/22 1391/11
1392/14 1407/4 1408/6 1410/10 1422/4
1427/23 1442/16 1489/9 1501/14
regarding [5] 1437/12 1464/19 1490/5
1511/21 1513/21
regards [5] 1408/15 1410/11 1417/17
1421/17 1430/3
region [2] 1424/22 1514/14
register [1] 1496/19
REL [3] 1508/17 1508/22 1508/23
relate [1] 1516/21
related [18] 1437/20 1448/13 1454/12
1454/20 1490/9 1491/6 1492/4 1493/2
1493/3 1496/3 1496/8 1496/23 1497/1
1497/1 1497/4 1497/15 1497/18
1497/22
relates [3] 1375/6 1382/14 1481/3
relation [1] 1404/7
relationship [2] 1387/23 1388/10
relative [1] 1495/8
released [5] 1464/8 1499/17 1500/15
1501/5 1515/25
relevant [3] 1431/9 1432/7 1439/16
reliable [5] 1440/15 1445/10 1472/8
1476/11 1483/17
relied [3] 1445/13 1476/9 1515/14
remain [2] 1413/19 1422/2
remained [2] 1422/3 1513/2
Remaining [1] 1409/16
remains [1] 1427/5
remarkably [1] 1495/4
remember [7] 1467/25 1501/15 1501/15
1502/22 1504/6 1506/20 1507/11
remind [2] 1465/24 1485/17
reminded [2] 1391/13 1392/1
reminder [2] 1390/21 1522/20
reminders [1] 1391/11
remnant [1] 1513/17
removal [3] 1473/10 1512/19 1513/2
remove [4] 1401/17 1402/4 1403/4
1473/17
removed [2] 1465/16 1473/21
removing [3] 1391/19 1402/22 1513/17
render [2] 1436/3 1440/18
repeat [3] 1491/22 1499/10 1509/14
repeatedly [1] 1392/1
replaced [1] 1414/13
report [28] 1458/5 1458/7 1458/12
1473/25 1476/7 1476/22 1496/16
1496/18 1497/20 1498/4 1499/4
1499/12 1503/18 1503/22 1504/1
1505/20 1505/22 1505/23 1511/7
1513/6 1514/25 1515/21 1516/7
1516/12 1516/13 1516/15 1516/17
1516/25
reportable [5] 1486/17 1486/22 1486/25
1487/10 1488/11
reported [2] 1486/3 1500/25
Reporter [3] 1378/1 1524/12 1524/19
reporting [1] 1486/20
reports [15] 1430/8 1436/3 1436/9
1452/24 1492/20 1498/11 1499/4
1499/16 1499/23 1503/12 1516/2
1516/5 1516/22 1516/24 1517/10
reposition [3] 1399/1 1401/15 1407/1
represent [3] 1385/2 1498/10 1498/24
representative [1] 1383/1
representatives [5] 1394/10 1420/1
1420/9 1423/6 1443/11 1453/2
represented [5] 1392/20 1394/10
1394/12 1394/15 1396/9
representing [2] 1382/24 1383/16
reproductive [1] 1519/16
reproductive-age [1] 1519/16
request [5] 1408/7 1408/10 1408/14
1411/1 1522/12
requests [1] 1408/3
require [1] 1486/18
required [3] 1487/2 1487/3 1487/15
requirements [1] 1387/14
requires [1] 1488/9
research [7] 1432/18 1432/18 1519/3
1519/9 1519/11 1519/14 1519/23
researching [1] 1519/20
residents [11] 1429/24 1437/21 1451/6
1465/4 1465/19 1475/11 1481/14
1481/16 1496/4 1513/13 1518/7
residues [1] 1479/17
resource [3] 1399/12 1425/22 1426/5
resources [16] 1376/4 1389/23 1391/22
1400/17 1401/13 1406/23 1407/19
1408/23 1410/24 1417/20 1418/5
1418/11 1421/21 1425/19 1426/15
1521/13
respective [2] 1421/5 1422/9
respiratory [7] 1448/16 1448/18 1468/3
1468/25 1469/2 1470/15 1471/4
respond [6] 1387/15 1398/13 1420/7
1420/15 1420/16 1499/9
responded [1] 1420/15
responders [5] 1390/4 1394/3 1395/19
1415/25 1495/5
responding [2] 1386/22 1421/19
response [116] 1381/15 1381/22 1382/5
1383/18 1384/2 1384/3 1384/5 1384/9
1384/25 1386/2 1386/4 1386/10
1386/19 1387/18 1387/23 1388/9
1388/13 1388/13 1388/14 1388/16
1388/24 1389/2 1389/4 1389/13
1389/20 1389/25 1390/13 1390/17
1391/12 1391/21 1392/14 1394/1
1394/19 1395/5 1395/24 1396/2
1396/25 1397/2 1397/22 1398/3
1398/16 1398/18 1399/12 1399/20
1400/14 1400/24 1401/14 1401/19
1401/22 1402/24 1406/5 1406/25
1407/5 1407/11 1409/2 1409/4 1409/7
1409/11 1409/19 1409/25 1410/18
1410/21 1412/15 1412/18 1413/8
1413/10 1413/23 1413/25 1414/5
1414/11 1415/7 1415/8 1416/23 1418/6
1418/12 1418/20 1420/1 1420/11
1420/18 1421/18 1422/12 1423/12
1423/20 1424/1 1424/2 1425/12
1425/14 1427/15 1427/18 1445/1
1466/10 1467/15 1467/16 1474/17
1484/4 1487/9 1487/12 1487/12
1487/18 1488/17 1489/9 1492/6
1492/16 1494/1 1494/3 1495/2 1496/20
1501/12 1502/8 1509/11 1509/18
1510/9 1513/22 1513/25 1517/13
1518/1
responses [1] 1386/10
responsibilities [3] 1384/4 1384/7
1386/13
responsibility [3] 1392/3 1393/14
1421/23
responsible [7] 1382/25 1383/8 1384/9
1385/23 1389/22 1395/3 1456/10
restoration [2] 1384/11 1389/13
restricted [3] 1486/19 1487/4 1487/7
restrictions [1] 1375/11 1375/12 1443/25
results [13] 1486/17 1487/8 1487/17
1445/3 1465/7 1466/17 1479/6 1480/12
1480/23 1481/17 1486/19 1493/4
1496/5
resulted [3] 1437/13 1487/5 1497/22
resulting [4] 1434/22 1457/25 1470/15
1470/17
results [26] 1411/13 1442/18 1443/10
1458/2 1458/17 1458/25 1460/25
1466/13 1479/13 1484/19 1504/10
1504/14 1504/20 1505/4 1505/10
1505/12 1505/21 1506/8 1506/9
1506/15 1506/18 1506/23 1507/18
1507/24 1508/11 1508/21
resume [1] 1380/4
retained [1] 1429/13
retired [1] 1384/15
revealed [1] 1448/12
review [25] 1409/7 1409/10 1409/12
1440/6 1445/7 1449/11 1453/16
1480/10 1481/6 1503/6 1504/9 1504/13
1504/14 1504/24 1506/7 1506/9
1506/18 1507/17 1511/20 1511/21
1513/4 1513/6 1516/2 1516/5 1518/24
reviewed [15] 1476/7 1483/17 1492/13
1496/12 1506/15 1507/13 1507/16
1507/18 1507/24 1510/24 1511/7
1512/14 1514/16 1516/23 1517/16
reviewing [1] 1467/18 1505/9
Reviews [1] 1446/18
Reyerson [1] 1515/20
ribbons [1] 1413/15
Rice [3] 1516/6 1516/15 1516/24
RICHARD [3] 1376/11 1380/13 1521/18
rig [2] 1375/4 1430/21
right [63] 1383/23 1392/11 1394/9
1395/6 1398/2 1404/14 1427/9 1428/18
1428/24 1435/2 1449/20 1450/3
1450/14 1453/22 1456/2 1460/19
1464/6 1464/9 1464/12 1465/14
1465/15 1470/12 1473/8 1473/14
1473/25 1475/13 1477/2 1479/4
1480/21 1486/6 1487/14 1488/3
1488/15 1490/23 1490/25 1491/1
1495/14 1497/7 1500/2 1501/3 1502/4
1502/10 1502/20 1502/23 1503/10
1503/24 1506/9 1506/19 1506/24
1507/2 1507/22 1508/2 1508/12
1508/22 1508/23 1509/7 1509/13
1509/20 1513/23 1514/2 1517/8
1518/16 1520/23
rise [1] 1428/21
rises [1] 1473/13
risk [38] 1436/24 1444/1 1449/14
1454/3 1454/7 1454/19 1454/24 1455/3
1455/8 1455/22 1457/17 1464/21
1472/4 1472/15 1474/10 1475/12
1475/17 1475/21 1477/11 1484/11
1491/20 1491/24 1493/1 1502/13
1502/14 1502/16 1502/18 1502/19
1502/25 1509/9 1509/16 1509/21
1510/7 1510/17 1510/20 1512/21
1512/24 1513/9
risks [1] 1454/20
road [1] 1470/14
ROBERS [1] 1376/9
ROBERT [8] 1377/9 1407/21 1408/22
1409/22 1421/5 1429/1 1429/2 1429/6
Robertson [2] 1523/5 1523/6
robust [2] 1437/3 1503/12
robustly [1] 1396/8
role [14] 1381/20 1382/10 1383/19

**R**

role... [11]  1383/22 1384/7 1388/4
 1389/19 1389/22 1390/25 1392/3
 1393/24 1433/14 1433/19 1493/13
roles [1]  1386/12
room [4]  1378/1 1469/6 1470/2 1490/20
Round [2]  1473/25 1515/21
Round 1 [2]  1473/25 1515/21
routine [1]  1387/10
routinely [2]  1393/14 1434/4
rule [1]  1491/5
run [2]  1432/9 1451/17
runs [1]  1490/15
Russian [2]  1417/24 1417/25
Russian-built [1]  1417/24

**S**

safe [9]  1416/5 1423/3 1423/3 1423/3
 1454/17 1455/16 1480/8 1480/9 1480/9
safety [26]  1390/4 1391/11 1391/15
 1397/25 1406/12 1412/14 1415/18
 1415/21 1415/25 1416/16 1442/13
 1463/23 1478/13 1479/5 1479/16
 1479/23 1481/22 1484/6 1485/16
 1492/8 1492/15 1493/16 1495/1 1500/2
 1510/24 1517/7
safety and [1]  1406/12
said [33]  1427/13 1431/13 1437/24
 1438/6 1438/12 1442/17 1447/16
 1453/5 1465/14 1466/22 1468/16
 1468/21 1469/22 1470/13 1470/22
 1476/22 1477/18 1478/1 1480/8
 1481/11 1484/16 1485/2 1486/21
 1493/25 1493/25 1494/2 1494/25
 1497/15 1497/18 1505/17 1513/4
 1514/3 1516/14
same [24]  1405/19 1411/18 1415/4
 1420/13 1420/16 1432/23 1438/22
 1439/4 1439/19 1440/20 1440/22
 1441/5 1445/16 1445/18 1451/22
 1452/2 1457/5 1457/8 1463/7 1470/11
 1471/13 1472/4 1501/12 1502/8
sample [10]  1471/8 1504/9 1504/24
 1505/12 1505/20 1506/15 1506/23
 1507/18 1507/24 1508/11
sampled [3]  1442/18 1443/24 1478/23
samples [15]  1411/12 1444/10 1451/3
 1451/12 1459/1 1503/19 1506/22
 1507/1 1507/9 1507/11 1507/21 1508/1
 1511/22 1512/2 1512/15
sampling [20]  1436/21 1443/10 1444/6
 1444/10 1447/22 1453/5 1457/10
 1478/21 1503/7 1504/14 1505/4
 1505/10 1505/25 1506/4 1506/8 1506/9
 1506/18 1507/4 1507/5 1508/21
sandy [1]  1513/18
SARAH [1]  1376/5
satellite [1]  1401/8
saw [11]  1382/3 1407/2 1418/19
 1418/24 1423/17 1444/2 1451/23
 1463/6 1464/11 1467/8 1516/13
say [32]  1382/19 1400/25 1408/21
 1413/18 1421/7 1427/23 1438/14
 1440/13 1447/19 1452/14 1453/10
 1456/11 1457/6 1457/20 1461/9
 1462/12 1463/15 1463/21 1465/10
 1469/5 1471/1 1477/21 1479/12 1481/8
 1482/23 1490/13 1490/18 1491/5
 1500/13 1502/18 1510/16 1518/9
saying [4]  1422/18 1474/22 1489/24
 1490/1
says [16]  1408/17 1440/12 1440/12

 1441/24 1451/2 1452/15 1455/16
 1460/12 1477/21 1485/4 1485/11
 1485/13 1497/13 1497/16 1498/20
 1511/15
scale [2]  1396/5 1427/18
scaled [1]  1425/5
scenario [1]  1475/23
scenarios [1]  1475/22
scene [12]  1383/7 1392/24 1394/14
 1450/13 1450/24 1483/13 1492/17
 1493/13 1494/15 1494/23 1495/6
 1513/16
schedule [4]  1393/11 1393/21 1394/2
 1394/4
scheduled [1]  1521/22
schedules [1]  1394/6
School [1]  1431/25
schools [1]  1433/18
science [9]  1422/22 1431/20 1450/12
 1466/15 1467/12 1471/16 1475/14
 1478/20 1520/3
Sciences [1]  1416/18
scientists [4]  1450/21 1450/23 1476/3
 1477/8
scoot [1]  1381/12
scope [3]  1487/9 1487/11 1514/6
Scott [2]  1409/8 1409/11
screen [4]  1441/24 1442/1 1442/3
 1453/20
scroll [3]  1498/17 1505/17 1506/12
sea [1]  1390/9
seafood [11]  1478/8 1478/13 1478/23
 1479/5 1479/14 1479/15 1479/22
 1480/8 1481/20 1517/7 1519/21
search [2]  1417/4 1499/1
seated [2]  1380/3 1428/23
seawater [2]  1475/18 1477/22
second [14]  1397/20 1402/17 1402/22
 1419/14 1431/18 1436/10 1437/25
 1455/15 1465/9 1468/13 1481/13
 1495/16 1498/15 1511/15
secondhand [1]  1471/5
secondly [3]  1389/14 1390/6 1391/15
Section [2]  1375/6 1376/5
securing [1]  1413/25
sediments [5]  1475/19 1477/22 1513/3
 1513/5 1517/6
see [34]  1382/9 1383/22 1392/9 1404/3
 1404/11 1404/14 1405/10 1408/4
 1408/11 1412/3 1413/4 1440/3 1441/24
 1448/2 1450/25 1453/7 1455/8 1458/25
 1474/9 1475/20 1478/11 1481/6 1485/1
 1486/10 1486/13 1493/9 1498/20
 1498/21 1502/9 1504/11 1515/7
 1517/19 1521/23 1524/1
seeing [7]  1403/11 1405/9 1414/21
 1447/16 1467/10 1474/23 1474/23
seek [1]  1407/13
seems [1]  1446/5
seen [12]  1390/11 1437/6 1440/11
 1451/14 1451/17 1452/22 1452/24
 1467/6 1494/5 1517/14 1518/8 1519/1
selected [1]  1460/18
self [1]  1481/5
sending [1]  1397/16
senior [1]  1385/23
sense [4]  1397/11 1400/23 1419/23
 1427/1
sensitive [2]  1415/15 1463/16
sensory [1]  1478/23
sent [1]  1390/16
sentence [2]  1470/23 1471/7
separate [1]  1431/16

separated [1]  1463/8
separate [1]  1448/7
separating [2]  1403/17 1412/12
September [3]  1436/10 1436/10
 1446/17
September 12 [1]  1436/10
September 26 [1]  1436/10
series [1]  1393/17
serious [3]  1493/25 1494/3 1494/7
seriousness [1]  1437/12
serve [1]  1428/1 1433/14
served [5]  1383/19 1402/4 1523/12
 1523/13 1523/15
service [5]  1417/25 1432/10 1432/10
 1432/13 1432/15
services [5]  1389/24 1392/4 1407/14
 1418/11 1426/19
session [3]  1375/18 1380/1 1422/11
set [10]  1388/18 1389/20 1422/16
 1422/11 1433/16 1444/10 1451/11
 1463/7 1496/20 1506/22
sets [4]  1382/13 1397/25 1400/21
 1444/13
setting [1]  1434/13
setup [1]  1388/14
seven [3]  1394/4 1402/9 1448/17
seven-days-a-week [1]  1394/4
several [3]  1409/14 1489/18 1500/5
severe [3]  1469/15 1493/3 1518/6
shallow [3]  1400/6 1405/11 1405/25
shampoo [1]  1474/2
shaped [5]  1403/20 1403/23 1404/12
 1404/13 1405/18
shared [2]  1390/20 1426/10
SHARON [1]  1376/15
she [1]  1501/16
she's [2]  1499/8 1499/11
Shea [4]  1516/3 1516/7 1521/19 1523/3
sheen [4]  1405/17 1406/3 1406/16
 1412/23
sheens [1]  1413/14
Sheet [1]  1510/25
shelf [1]  1385/18
shifts [3]  1394/4 1394/7 1417/16
shore [4]  1397/14 1406/18 1473/22
 1513/12
shoreline [10]  1383/10 1392/10 1393/8
 1400/11 1400/22 1405/24 1406/1
 1406/15 1416/10 1513/18
shorelines [15]  1390/6 1391/17 1391/18
 1397/8 1397/9 1398/9 1400/7 1402/16
 1407/3 1413/13 1413/17 1414/7 1415/3
 1513/3 1514/13
short [10]  1412/1 1417/1 1417/2 1438/4
 1466/17 1473/3 1475/1 1477/10 1481/4
 1490/16
short-term [1]  1438/4
should [15]  1438/14 1442/11 1456/11
 1456/18 1464/12 1465/25 1473/3
 1479/14 1481/8 1493/4 1494/12
 1510/22 1510/23 1512/10 1513/2
shouldn't [2]  1447/16 1462/13
show [18]  1383/12 1383/21 1423/4
 1449/20 1458/15 1468/9 1468/15
 1468/16 1470/6 1471/2 1472/16 1497/6
 1498/25 1509/6 1515/6 1518/11
 1518/11 1518/19
show-and-tell [1]  1423/4
showed [4]  1448/15 1467/16 1468/2
 1471/1
showing [3]  1403/13 1468/9 1469/12
shown [5]  1392/20 1436/12 1446/2
 1483/8 1484/1

S

shows [4] 1397/20 1403/19 1429/16
 1468/24
shrimping [1] 1405/12
shuffling [1] 1521/9
SHUTLER [1] 1376/15
side [6] 1384/9 1439/12 1477/14
 1477/14 1477/15 1500/24
sidebar [1] 1522/10
significance [2] 1470/23 1473/7
significant [28] 1393/14 1398/15
 1402/22 1416/15 1423/5 1437/20
 1439/23 1443/9 1443/15 1446/7 1465/7
 1480/21 1480/23 1481/15 1481/25
 1482/5 1484/3 1487/20 1490/1 1490/4
 1490/17 1491/13 1496/3 1496/7
 1496/11 1504/4 1504/8 1522/10
significantly [2] 1488/13 1503/23
similar [6] 1394/2 1446/5 1452/19
 1459/3 1463/5 1471/11
simple [2] 1437/24 1471/14
simplest [1] 1462/4
since [6] 1408/20 1432/16 1432/25
 1446/3 1459/8 1514/22
single [3] 1396/24 1426/21 1513/25
SINTEF [2] 1410/25 1411/9
sir [29] 1382/21 1392/12 1413/21
 1428/10 1428/11 1428/14 1429/15
 1429/18 1430/18 1431/18 1436/5
 1436/6 1436/13 1439/6 1442/15 1445/4
 1453/14 1454/2 1459/24 1464/23
 1465/9 1474/11 1479/24 1481/13
 1481/20 1498/7 1521/3 1522/23
 1523/11
site [4] 1393/7 1424/8 1498/2 1515/4
site-specific [1] 1393/7
sites [2] 1418/3 1496/20
sits [1] 1404/16
situ [3] 1430/14 1430/17 1455/14
situation [8] 1395/19 1433/3 1456/1
 1463/10 1486/20 1500/14 1503/2
 1522/8
situations [5] 1387/2 1395/25 1440/11
 1454/18 1472/12 1514/6
six [1] 1402/19
size [1] 1395/12
skills [1] 1399/8
skim [2] 1405/18 1415/4
skimmer [4] 1403/14 1403/22 1404/14
 1416/13
skimmers [15] 1403/6 1403/10 1405/19
 1407/4 1407/6 1407/9 1407/10 1407/13
 1407/16 1407/25 1408/18 1408/20
 1409/13 1409/24 1410/3
skimming [18] 1399/22 1400/6 1402/25
 1403/16 1403/22 1404/1 1404/7
 1404/16 1404/22 1404/24 1405/5
 1405/20 1405/21 1406/7 1406/17
 1408/7 1415/5 1416/12
skin [2] 1475/1 1511/17
slick [1] 1412/5
slide [51] 1396/16 1405/4 1411/23
 1429/16 1431/3 1431/8 1431/11 1432/7
 1433/10 1435/25 1436/8 1436/12
 1437/11 1439/5 1439/8 1439/10 1441/3
 1444/20 1448/5 1448/9 1449/2 1449/7
 1449/20 1450/2 1453/18 1455/1 1455/2
 1456/3 1457/13 1457/18 1458/6
 1458/12 1459/24 1464/23 1467/20
 1470/6 1471/23 1472/16 1476/13
 1476/18 1478/7 1480/3 1480/14
 1482/13 1483/3 1483/9 1484/2 1492/11

1492/13 1493/19 1494/18
slide [1] 1473/11
slightly [1] 1465/14
slope [2] 1385/24 1520/17
slot [1] 1522/2
slowly [2] 1404/18 1404/19
small [8] 1404/15 1405/18 1416/14
 1433/13 1480/22 1480/24 1481/16
 1521/5
smallest [1] 1473/10
SMART [3] 1412/25 1413/2 1413/3
smell [1] 1501/16
smoke [5] 1469/6 1470/15 1471/6
 1490/20 1490/22
smoke-filled [1] 1490/20
smoking [2] 1465/13 1471/5
so [108] 1382/19 1385/2 1388/19
 1389/15 1389/22 1395/19 1399/1
 1399/21 1401/2 1402/21 1403/3
 1403/13 1404/12 1405/16 1406/25
 1407/10 1408/12 1412/4 1412/17
 1414/6 1415/24 1417/1 1418/13
 1420/14 1420/17 1421/11 1422/3
 1422/20 1424/2 1425/16 1426/7
 1426/18 1427/20 1432/12 1433/15
 1434/3 1435/14 1444/6 1446/24
 1446/24 1448/1 1449/18 1452/2
 1457/10 1458/25 1459/9 1459/13
 1459/18 1460/18 1460/23 1461/11
 1461/12 1461/17 1462/3 1462/20
 1462/21 1463/11 1463/13 1463/18
 1463/21 1464/8 1464/9 1464/16
 1465/13 1465/17 1465/18 1465/22
 1466/20 1467/14 1469/3 1469/9
 1469/18 1469/24 1471/13 1472/2
 1472/15 1473/8 1473/22 1474/12
 1474/21 1475/4 1475/10 1475/13
 1475/13 1475/25 1476/2 1484/7
 1484/17 1486/21 1488/22 1489/21
 1491/2 1497/3 1504/18 1508/6 1509/4
 1509/25 1512/21 1516/20 1517/16
 1518/17 1518/24 1520/13 1520/22
 1521/2 1521/12 1523/2 1523/15
social [1] 1426/1
soft [1] 1414/12
software [1] 1378/6
soluble [1] 1464/8
solution [1] 1473/13
some [53] 1383/22 1392/5 1396/13
 1396/17 1396/19 1399/14 1404/1
 1407/24 1424/4 1425/8 1425/13
 1426/16 1429/13 1430/14 1434/11
 1434/13 1435/6 1440/23 1448/10
 1449/12 1450/11 1451/10 1454/14
 1459/8 1460/5 1460/18 1466/11 1468/7
 1470/3 1472/11 1472/21 1473/25
 1477/22 1479/10 1481/8 1489/15
 1490/13 1491/14 1493/5 1494/5
 1494/10 1496/10 1496/25 1497/1
 1497/2 1499/2 1510/23 1512/8 1514/6
 1514/16 1520/15 1521/9 1523/19
somebody [3] 1410/21 1453/8 1490/9
someone [2] 1475/24 1491/10
someone's [1] 1474/25
something [17] 1414/6 1426/16 1433/22
 1434/4 1439/21 1440/13 1456/24
 1462/21 1467/7 1469/4 1471/2 1473/8
 1497/18 1500/22 1502/1 1510/21
 1514/5
sometime [1] 1421/14
sometimes [2] 1452/13 1494/10
somewhat [1] 1446/24
somewhere [2] 1393/20 1487/17

soon [3] 1416/23 1522/15 1523/8
sophisticated [1] 1453/20
sort [9] 1435/24 1451/19 1453/20
 1458/1 1458/5 1464/24 1468/14 1486/1
 1487/25 1488/11 1488/22 1491/22
 1498/16 1503/11 1504/13 1506/3
 1509/14 1515/6 1518/21
sort [8] 1445/12 1447/3 1455/10 1472/4
 1472/20 1475/16 1484/7 1491/14
SOSC [1] 1383/6
sounded [1] 1485/3
sounds [2] 1464/16 1479/3
source [11] 1383/10 1390/11 1391/6
 1398/4 1399/12 1400/18 1420/17
 1424/8 1483/9 1483/12 1500/4
sources [1] 1450/3
South [1] 1377/23
spared [1] 1418/5
sparing [1] 1418/10
speak [2] 1480/1 1522/9
speaking [2] 1390/24 1394/17
specialists [1] 1475/15
Specialties [1] 1431/15
specialty [1] 1432/10
specific [14] 1386/12 1387/13 1388/17
 1389/2 1390/1 1392/5 1393/7 1399/14
 1406/15 1420/8 1424/5 1424/6 1434/5
 1460/5
specifically [11] 1383/4 1389/12 1403/15
 1420/23 1426/14 1433/7 1434/21
 1438/19 1443/2 1468/2 1499/13
specified [1] 1400/8
spelling [2] 1381/1 1429/5
spend [1] 1392/17
spending [1] 1475/25
spent [1] 1434/11
spill [38] 1375/4 1386/2 1386/3 1386/19
 1388/23 1411/20 1429/25 1430/1
 1430/10 1435/7 1437/13 1438/8
 1443/23 1444/18 1445/1 1446/5
 1446/21 1448/13 1455/11 1464/6
 1464/10 1465/15 1466/24 1472/11
 1480/12 1482/2 1482/19 1487/9
 1492/16 1494/7 1495/4 1496/5 1496/8
 1499/17 1500/16 1501/6 1515/3
 1519/15
spill: [1] 1439/14
spill: CDC [1] 1439/14
spilled [1] 1433/18
spills [1] 1481/9
spoken [1] 1477/25
spotters [1] 1412/21
spotting [1] 1412/22
spread [1] 1402/12
squadron [1] 1406/21
squadrons [3] 1406/9 1406/13 1406/14
ST [1] 1376/22
stages [1] 1409/18
stand [3] 1442/11 1495/15 1503/15
standard [3] 1455/22 1459/6 1488/9
standards [4] 1446/3 1447/1 1477/12
 1512/24
standing [1] 1419/25
standpoint [1] 1406/3
stands [4] 1474/16 1485/17 1499/20
 1500/1
Stanley [2] 1516/6 1516/24
start [6] 1380/15 1490/20 1505/18
 1510/4 1519/24 1521/18
started [4] 1387/23 1393/13 1415/24
 1425/10
starting [8] 1391/6 1400/18 1416/23
 1427/22 1467/7 1473/8 1507/1 1510/6
state [47] 1376/19 1380/25 1381/7

**S**

state... [44] 1383/6 1389/3 1391/11
1392/24 1394/12 1394/13 1394/14
1395/23 1416/17 1419/10 1419/18
1420/2 1420/15 1422/1 1428/2 1429/4
1432/13 1432/16 1432/17 1433/13
1433/13 1434/12 1435/7 1435/17
1444/16 1444/25 1445/9 1445/12
1445/15 1445/18 1445/19 1446/2
1446/9 1446/16 1447/5 1448/2 1448/21
1448/25 1451/23 1478/16 1479/12
1482/4 1515/2 1518/13
stated [9] 1446/1 1466/19 1466/19
1473/1 1489/10 1489/12 1499/16
1499/20 1504/1
statement [7] 1445/25 1446/16 1480/6
1495/6 1504/7 1515/5 1515/7
statements [1] 1454/13
states [25] 1375/1 1375/8 1375/19
1376/3 1383/18 1395/22 1415/12
1417/5 1417/7 1420/19 1421/1 1421/6
1425/1 1425/1 1425/6 1428/8 1444/24
1452/22 1479/11 1488/16 1495/19
1516/5 1519/24 1522/11 1524/12
stating [2] 1429/9 1467/7
stationed [1] 1406/14
statistical [1] 1433/20
statistics [2] 1485/19 1499/12
status [1] 1408/3
stay [2] 1393/18 1414/14
stenography [1] 1378/5
step [12] 1449/18 1453/17 1454/2
1454/11 1455/8 1455/12 1455/15
1457/16 1457/19 1457/22 1474/12
1512/11
step 2 [1] 1454/2
step 4 [1] 1449/18
steps [2] 1449/7 1449/21
STEVEN [1] 1376/6
still [3] 1459/17 1461/17 1523/21
stockpiled [1] 1417/3
stomach [2] 1498/3 1499/3
stop [1] 1390/19
storage [2] 1403/18 1403/24
story [2] 1423/12 1491/19
strategic [1] 1495/1
streamers [2] 1403/1 1403/3
Street [5] 1376/23 1377/10 1377/14
1377/19 1378/1
stress [3] 1416/19 1484/1 1484/17
stretched [1] 1396/6
stringent [1] 1486/20
strokes [1] 1518/18
structure [4] 1386/13 1393/16 1396/4
1407/12
structures [1] 1386/25
studied [2] 1448/24 1448/25
studies [2] 1519/25 1520/14
study [23] 1438/25 1450/12 1466/10
1466/13 1467/14 1468/7 1468/9
1468/15 1468/18 1468/24 1471/4
1471/17 1475/17 1517/24 1518/1
1518/5 1518/10 1518/11 1518/18
1518/19 1518/25 1519/18 1519/19
studying [1] 1519/14
stuff [1] 1492/4
styles [1] 1417/18
subject [7] 1434/25 1481/24 1483/1
1483/10 1483/15 1485/13 1493/14
subjects [2] 1471/19 1482/11
subsea [12] 1398/6 1400/18 1402/7
1402/8 1410/8 1410/10 1410/17
1410/19 1411/3 1411/5 1411/6 1411/19
subsequent [1] 1411/8
subsequently [3] 1381/21 1408/2
1412/23
subsistence [2] 1517/11 1517/16
substance [1] 1432/12
substances [5] 1434/23 1441/7 1441/7
1502/2 1509/3
substantial [2] 1467/16 1468/3
subsurface [3] 1398/4 1400/2 1512/18
suburb [2] 1521/2 1521/3
success [1] 1495/8
successful [1] 1485/4
successfully [1] 1485/1
such [11] 1386/23 1388/17 1388/22
1389/15 1401/15 1416/7 1431/22
1433/21 1454/20 1491/20 1501/7
suck [2] 1404/18 1415/4
sucked [1] 1403/24
sufficient [2] 1481/23 1483/14
suggest [1] 1466/16
suggested [2] 1410/21 1467/16
suggesting [2] 1467/1 1468/2
suggests [1] 1491/19
Suite [2] 1377/14 1377/23
sulfide [3] 1504/25 1505/13 1505/21
summaries [1] 1511/20 1512/2
summarizes [1] 1437/11
summer [3] 1402/1 1416/8 1489/15
sunrise [1] 1401/12
supplies [4] 1409/22 1417/2 1417/6
1421/20
supply [4] 1403/19 1406/11 1407/17
1417/2
supplying [1] 1410/11
support [13] 1384/2 1384/2 1389/16
1395/5 1397/7 1400/11 1406/12
1407/14 1416/5 1424/10 1424/11
1425/11 1514/17
supported [1] 1403/19
supporting [2] 1410/12 1416/14
supposed [2] 1514/7 1517/20
sure [9] 1431/13 1451/12 1463/8
1491/23 1491/17 1495/21 1504/17
1509/16 1515/8
surely [1] 1489/15
surf [1] 1513/18
surface [25] 1398/22 1399/23 1400/19
1401/25 1402/2 1402/5 1402/11
1402/13 1402/19 1403/2 1403/4
1403/21 1403/24 1410/12 1411/22
1411/24 1412/3 1412/4 1412/11
1412/15 1413/15 1414/24 1464/9
1473/11 1516/1
surfaced [1] 1514/13
surveillance [11] 1434/14 1446/23
1447/12 1447/19 1448/2 1448/12
1448/15 1448/21 1449/17 1467/3
1467/4
survey [11] 1467/15 1468/1 1468/6
1468/18 1468/20 1468/21 1470/4
1470/11 1470/24 1471/14 1471/16
surveys [1] 1471/11
SUSANNAH [1] 1376/22
suspected [2] 1496/23 1497/21
suspending [1] 1412/13
sustain [1] 1427/7
Suttles [2] 1383/20 1392/1
sweet [1] 1473/2
swimming [4] 1475/25 1477/5 1477/6
1477/23
sworn [2] 1380/24 1429/3
symptom [2] 1500/25 1502/1
symptoms [20] 1448/16 1468/25 1469/2
1493/23 1500/9 1501/11 1501/15
1469/15 1469/17 1470/17 1471/5
1490/15 1491/20 1499/14 1500/9
1500/19 1501/10 1501/18 1501/24
1502/7
SYNDICATE [1] 1375/16
synonym [1] 1442/22
system [7] 1387/5 1387/6 1395/21
1395/21 1396/7 1396/8 1407/13
systems [1] 1386/9 1431/22

**T**

table [9] 1450/6 1458/12 1468/2 1468/2
1485/23 1486/2 1486/3 1505/9 1505/14
1489/6 1490/3 1505/9
Table 9 [1] 1505/9
tables [6] 1458/4 1458/5 1458/6
1458/14 1458/15 1459/3
tagged [1] 1397/22
take [18] 1381/19 1382/10 1384/20
1390/20 1390/23 1396/16 1400/25
1420/21 1425/15 1428/18 1432/15
1457/20 1457/25 1463/22 1471/3
1471/9 1471/15 1500/12
taken [4] 1397/13 1410/23 1444/11
1470/11
taking [2] 1421/10 1427/13
talented [1] 1427/21
talk [21] 1385/4 1398/23 1399/5
1403/10 1404/22 1410/5 1410/17
1413/24 1422/24 1431/11 1433/6
1442/25 1449/1 1478/7 1482/13 1486/1
1502/13 1507/4 1508/25 1523/18
1523/23
talked [18] 1404/23 1415/19 1424/3
1444/15 1448/24 1449/18 1450/25
1459/20 1466/25 1475/10 1475/13
1483/22 1483/23 1484/1 1492/4 1492/5
1503/6 1517/7
talking [25] 1415/22 1433/10 1441/8
1446/25 1452/12 1467/5 1486/11
1487/15 1490/5 1494/16 1501/3
1501/12 1501/25 1502/3 1502/22
1503/2 1504/16 1509/23 1510/16
1510/19 1512/13 1516/18 1516/18
1517/5 1520/10
talks [1] 1483/3 1488/1
tank [2] 1411/6 1411/9
tank-tested [1] 1411/6
tanks [1] 1403/25
tar [8] 1504/14 1504/18 1504/21
1506/23 1508/11 1508/14 1508/18
1508/21
tasks [1] 1432/19
taught [1] 1432/5
Taylor [4] 1480/7 1522/1 1523/3
1523/13
teach [2] 1432/4 1433/22
team [7] 1390/12 1390/13 1450/13
1475/14 1475/14 1475/15 1476/22
technique [4] 1399/25 1403/5 1404/2
1410/20
techniques [8] 1387/14 1397/21 1399/24
1402/4 1405/23 1415/20 1415/22
1419/22
technology [1] 1396/20
telecon [2] 1419/25 1419/25
television [1] 1382/4
tell [27] 1381/1 1407/8 1423/4 1423/12
1424/9 1429/21 1437/17 1439/11
1441/3 1445/24 1450/6 1454/6 1455/9
1456/8 1460/5 1463/6 1463/8 1465/2
1471/6 1479/7 1483/9 1486/2 1490/24

T.
tell... [4]  1494/22 1519/25 1522/3
 1522/4
telling [2]  1447/22 1457/11
tells [1]  1462/22
temperatures [1]  1416/7
temporal [1]  1481/3
ten [1]  1414/14
tender [4]  1434/5 1434/20 1435/23
 1495/13
term [12]  1400/14 1438/4 1444/1
 1466/17 1477/10 1490/2 1490/4
 1490/16 1492/1 1493/4 1517/23
 1519/21
terms [14]  1388/9 1389/20 1400/23
 1401/19 1406/17 1408/10 1416/5
 1421/21 1423/6 1423/10 1424/11
 1427/23 1430/10 1459/18
test [6]  1472/8 1479/19 1490/24
 1508/19 1508/20 1508/23
tested [4]  1411/1 1411/6 1411/10
 1479/15
testified [9]  1380/24 1429/3 1452/20
 1466/8 1467/14 1493/12 1496/2 1506/7
 1523/22
testify [4]  1381/14 1426/23 1435/13
 1454/23
testifying [3]  1380/10 1426/22 1435/11
testimony [7]  1380/5 1425/13 1427/6
 1452/22 1462/24 1468/4 1483/21
testing [11]  1411/4 1411/7 1411/9
 1411/15 1412/25 1413/2 1413/3 1413/4
 1478/22 1478/24 1479/22
tests [2]  1472/11 1479/13
Texas [1]  1519/19
than [32]  1392/17 1395/13 1395/17
 1395/22 1409/13 1409/16 1422/18
 1427/1 1440/21 1445/17 1460/14
 1461/16 1463/12 1463/20 1464/10
 1465/14 1465/22 1473/23 1474/3
 1475/8 1479/16 1479/23 1481/8 1487/2
 1487/3 1502/11 1503/23 1515/4
 1516/24 1517/1 1518/6 1520/11
thank [21]  1380/9 1389/17 1399/14
 1428/6 1428/10 1428/12 1428/20
 1435/21 1441/20 1441/22 1442/4
 1453/21 1455/6 1485/18 1486/11
 1488/24 1498/7 1511/12 1520/23
 1521/4 1522/20
that [793]
that's [73]  1388/18 1392/11 1403/11
 1414/24 1417/24 1430/22 1432/10
 1433/22 1434/3 1435/19 1436/14
 1440/5 1442/13 1451/2 1451/8 1452/6
 1453/7 1453/8 1453/10 1454/8 1457/5
 1460/21 1462/3 1463/21 1465/13
 1467/3 1468/16 1470/22 1470/25
 1471/16 1473/1 1473/3 1477/1 1477/3
 1477/15 1479/6 1479/17 1483/2 1484/1
 1485/16 1487/25 1488/19 1491/8
 1493/2 1496/6 1500/13 1502/20
 1502/25 1503/8 1503/25 1504/6
 1504/23 1506/6 1506/25 1507/7
 1507/20 1507/23 1508/13 1508/19
 1508/23 1509/2 1509/23 1510/21
 1512/5 1513/20 1513/24 1514/15
 1516/9 1518/1 1518/12 1519/25
 1522/13 1523/7
their [71]  1386/24 1390/5 1391/15
 1393/6 1393/7 1394/25 1395/3 1395/5
 1397/7 1397/24 1397/25 1412/10
 1417/15 1419/12 1421/2 1423/2 1423/3

 1423/3 1423/12 1427/24 1427/24
 1427/25 1438/4 1439/4 1439/8
 1439/15 1440/14 1440/15 1440/17
 1440/18 1440/23 1442/16 1443/10
 1444/16 1444/24 1445/3 1445/15
 1448/2 1448/11 1448/15 1448/15
 1451/23 1452/12 1453/5 1453/6
 1461/15 1475/25 1476/7 1476/7
 1476/14 1477/6 1479/3 1479/9 1481/11
 1481/12 1481/22 1484/17 1486/4
 1490/12 1492/19 1492/19 1504/20
 1506/4 1506/22 1507/17 1508/6 1514/1
 1517/3 1517/4 1519/11 1523/21
theirs [1]  1457/1
them [40]  1392/4 1394/22 1397/7
 1403/3 1407/1 1413/16 1418/25
 1419/12 1419/16 1419/20 1421/13
 1421/15 1421/17 1422/21 1427/19
 1433/15 1434/13 1439/2 1439/3 1440/4
 1440/5 1443/1 1445/7 1448/18 1450/5
 1456/2 1456/24 1457/7 1460/16 1461/2
 1469/15 1474/15 1475/7 1491/25
 1494/11 1506/14 1522/4 1523/13
 1523/16 1523/17
themselves [5]  1394/3 1400/19 1419/15
 1425/25 1490/9
then [59]  1380/11 1383/12 1384/6
 1384/13 1386/13 1388/6 1391/8
 1391/15 1393/16 1393/18 1396/3
 1397/17 1402/24 1405/8 1410/23
 1411/1 1411/10 1412/23 1412/25
 1415/2 1415/15 1415/16 1415/16
 1416/15 1420/7 1422/12 1430/2
 1434/10 1436/24 1439/15 1449/13
 1449/16 1450/11 1450/11 1454/15
 1455/15 1457/22 1458/22 1458/23
 1460/12 1461/18 1473/9 1473/15
 1474/13 1474/13 1475/19 1479/10
 1480/25 1499/2 1503/3 1510/4 1512/9
 1512/11 1514/21 1515/10 1515/18
 1522/8 1522/25 1523/4
there [110]  1382/8 1383/12 1385/22
 1391/22 1392/9 1392/11 1400/4
 1400/10 1402/20 1402/3 1404/1 1404/8
 1407/4 1407/7 1411/15 1414/10
 1423/1 1414/12 1417/12 1419/8
 1419/11 1419/22 1420/21 1420/21
 1421/14 1423/5 1423/8 1424/23
 1424/25 1425/14 1433/12 1439/22
 1441/6 1441/15 1443/16 1444/6
 1444/10 1445/19 1446/9 1446/19
 1448/19 1450/11 1451/12 1452/15
 1452/15 1454/15 1459/3 1459/8 1459/9
 1459/16 1462/22 1466/16 1469/6
 1469/20 1469/24 1470/12 1470/19
 1470/21 1472/7 1472/11 1475/11
 1475/20 1475/21 1478/23 1479/6
 1481/10 1482/5 1482/23 1482/24
 1483/14 1483/16 1485/1 1486/11
 1486/11 1486/14 1487/1 1487/17
 1487/19 1488/1 1489/12 1489/15
 1489/17 1489/18 1489/19 1491/23
 1492/22 1493/2 1493/19 1494/7
 1494/12 1496/7 1496/10 1497/15
 1497/16 1497/25 1500/14 1501/17
 1502/16 1502/18 1505/12 1505/15
 1506/11 1506/21 1510/17 1511/8
 1512/23 1514/6 1520/15 1520/16
 1523/19
there's [13]  1386/1 1404/15 1414/9
 1443/18 1450/8 1452/15 1461/20
 1461/20 1469/19 1471/1 1479/4
 1497/12 1519/23

therefore [1]  1412/11
they [70]  1389/17 1390/9 1392/25
 1393/2 1400/20 1405/24 1406/9
 1412/17 1413/14 1415/13 1417/20
 1420/14 1423/14 1425/4 1425/22
 1426/3 1430/6 1430/25 1438/3 1438/22
 1439/12 1439/17 1440/20 1441/6
 1441/7 1441/7 1444/15 1445/19
 1448/10 1450/4 1451/2 1451/8 1452/4
 1456/9 1456/21 1457/4 1458/11
 1458/14 1458/14 1458/18 1458/25
 1459/19 1459/19 1460/13 1461/4
 1461/6 1461/24 1462/10 1465/2
 1465/10 1465/11 1468/21 1468/25
 1469/2 1469/3 1469/11 1469/12 1471/3
 1476/2 1477/8 1479/13 1480/10
 1484/23 1485/19 1486/22 1493/1
 1508/4 1515/2 1518/24 1519/1
they [188]
they're [8]  1443/5 1462/13 1463/12
 1465/11 1465/12 1477/6 1504/7
 1513/13
they've [2]  1491/11 1523/12
thing [24]  1380/15 1403/12 1436/20
 1436/23 1439/19 1440/10 1449/10
 1449/15 1453/8 1453/11 1457/8
 1463/15 1466/23 1468/11 1469/8
 1469/19 1472/4 1472/19 1472/24
 1485/3 1509/15 1512/6 1517/2 1518/9
things [26]  1388/14 1425/16 1430/25
 1433/15 1433/21 1437/24 1452/11
 1454/14 1454/16 1467/5 1468/25
 1469/20 1470/19 1471/3 1482/24
 1484/8 1490/14 1491/10 1502/2 1502/9
 1504/16 1510/17 1511/24 1512/24
 1513/13 1516/19
think [48]  1395/6 1403/9 1418/9
 1422/21 1426/25 1433/24 1437/24
 1441/20 1450/2 1453/4 1454/6 1457/5
 1461/17 1461/20 1464/13 1466/9
 1470/25 1471/14 1476/25 1482/8
 1483/25 1484/18 1485/9 1486/25
 1487/16 1489/7 1490/19 1492/3
 1492/25 1494/5 1495/12 1499/9
 1499/11 1504/16 1506/21 1508/4
 1510/19 1512/5 1513/11 1514/3 1514/4
 1514/8 1517/14 1518/12 1518/16
 1520/22 1521/14 1523/18
thinking [1]  1401/19
third [7]  1398/2 1402/24 1402/25
 1419/14 1436/10 1440/13 1449/15
Thirdly [1]  1390/8
this [262]
THOMAS [1]  1377/19
thorough [1]  1449/10
those [122]  1380/11 1385/2 1386/16
 1386/24 1390/21 1390/21 1390/25
 1396/19 1403/24 1405/18 1406/12
 1406/23 1411/12 1416/3 1416/5
 1416/10 1416/11 1417/15 1418/10
 1419/3 1421/2 1422/3 1425/12 1425/19
 1428/1 1429/16 1430/3 1430/8 1430/12
 1430/17 1434/3 1436/15 1438/16
 1438/19 1438/25 1439/5 1440/1 1440/6
 1440/8 1440/11 1443/4 1443/11 1445/5
 1445/9 1445/12 1448/3 1448/5 1451/12
 1453/14 1454/18 1455/3 1455/16
 1455/20 1458/6 1458/18 1460/8
 1460/23 1461/10 1462/5 1465/18
 1467/10 1467/25 1470/24 1473/12
 1473/20 1474/23 1482/6 1482/22
 1483/13 1483/25 1484/14 1484/19
 1484/20 1486/17 1486/18 1486/25

**T**

those... [46] 1487/1 1487/24 1490/16 1491/10 1491/13 1491/23 1493/10 1496/22 1496/24 1496/25 1497/1 1497/3 1498/2 1498/5 1499/12 1499/13 1500/10 1501/24 1502/7 1502/9 1502/21 1502/25 1505/4 1505/16 1506/12 1507/1 1507/1 1507/21 1508/1 1508/8 1508/10 1509/3 1511/24 1512/2 1512/15 1516/16 1516/24 1517/1 1517/3 1519/21 1520/9 1520/9 1520/14 1523/15 1523/16 1523/25
though [1] 1468/12
thought [6] 1401/10 1412/6 1421/22 1443/17 1453/1 1464/12
thousand [5] 1461/18 1462/2 1462/5 1479/20 1488/12
thousands [4] 1401/4 1401/4 1463/14 1503/5
three [24] 1381/22 1383/5 1384/25 1417/13 1417/16 1419/8 1422/10 1430/6 1430/17 1430/25 1436/7 1436/9 1436/15 1448/19 1449/21 1456/9 1456/21 1457/7 1457/9 1458/24 1460/7 1461/24 1462/3 1479/25
threshold [1] 1479/23
thresholds [1] 1479/16
through [44] 1383/6 1385/17 1386/7 1392/16 1392/19 1393/18 1393/19 1393/19 1393/21 1393/24 1396/17 1400/19 1401/11 1401/24 1401/25 1403/10 1408/14 1410/24 1414/2 1419/9 1421/13 1425/2 1425/6 1427/10 1427/10 1431/11 1431/14 1431/17 1434/9 1436/22 1449/8 1449/12 1450/5 1457/2 1457/17 1458/12 1486/6 1499/7 1505/17 1506/13 1510/2 1512/5 1523/20 1523/21
throughout [10] 1386/15 1413/7 1427/25 1437/5 1442/17 1474/17 1495/1 1496/20 1514/13 1520/5
time [44] 1382/2 1382/23 1385/20 1389/1 1389/17 1392/2 1392/17 1393/21 1394/7 1395/9 1397/24 1398/10 1398/13 1399/19 1404/10 1410/19 1411/3 1417/12 1418/22 1419/21 1425/5 1432/25 1433/12 1434/11 1434/19 1438/14 1446/20 1453/22 1453/23 1463/14 1467/2 1473/22 1474/15 1475/1 1481/5 1481/5 1486/19 1487/5 1494/9 1497/22 1514/1 1516/22 1516/25 1522/13
times [13] 1453/13 1461/16 1461/18 1461/19 1462/2 1462/6 1463/23 1464/3 1479/16 1479/20 1479/22 1503/5 1520/11
title [1] 1478/12
tobacco [3] 1470/15 1470/21 1471/6
today [13] 1380/10 1380/12 1380/16 1381/14 1384/23 1426/10 1427/13 1435/11 1435/13 1436/16 1442/23 1492/14 1493/12
together [12] 1382/19 1385/3 1392/25 1396/13 1397/5 1397/16 1399/11 1401/5 1423/10 1450/23 1457/23 1475/15
told [1] 1418/24
toluene [6] 1461/14 1462/1 1464/7 1499/21 1501/22 1502/6
tomorrow [8] 1380/15 1521/12 1521/17 1521/24 1522/1 1523/3 1523/7 1524/5
Toni [4] 1378/1 1524/11 1524/18

1524/18
toning... [1] 1380/9
too [3] 1402/20 1459/11 1460/17
took [6] 1383/16 1384/17 1421/7 1438/14 1473/15 1484/17
tool [6] 1398/16 1402/9 1402/13 1406/5 1413/10 1447/2
toolbox [1] 1402/10
tools [9] 1399/19 1400/21 1401/19 1401/21 1413/12 1413/22 1419/22 1425/24 1427/3
top [8] 1397/20 1404/4 1460/7 1503/3 1506/11 1514/21 1515/18 1518/21
topic [2] 1418/15 1494/16
tornadoes [1] 1386/17
Torts [1] 1376/15
total [7] 1424/24 1488/8 1504/25 1504/25 1505/1 1505/21 1505/21
totality [1] 1383/17
touch [1] 1442/1
Towers [1] 1467/9
town [5] 1422/5 1422/8 1422/16 1422/20 1423/7
toxic [5] 1423/10 1454/10 1454/14 1454/18 1512/8 1516/14
toxicity [15] 1411/15 1460/10 1472/23 1473/2 1473/9 1474/5 1474/13 1480/25 1481/17 1512/6 1516/18 1516/19 1516/21 1517/5 1517/5
toxicological [11] 1449/14 1454/3 1454/7 1454/24 1455/3 1455/22 1459/6 1472/3 1472/15 1474/7 1491/24
toxicologist [5] 1431/1 1432/17 1433/14 1478/25 1479/1
toxicology [19] 1431/15 1431/16 1431/17 1431/19 1431/20 1432/5 1432/9 1433/16 1434/21 1436/24 1446/25 1448/1 1454/13 1467/12 1469/2 1473/18 1475/17 1504/3 1504/7
toxicology-type [1] 1446/25
trace [2] 1432/22 1501/2
track [1] 1440/4
train [2] 1387/13 1416/1
trained [6] 1386/8 1387/6 1399/7 1412/17 1412/19 1474/19
training [14] 1386/2 1386/3 1386/11 1386/12 1386/14 1386/18 1387/11 1387/12 1396/3 1416/4 1416/11 1432/5 1433/23 1483/24
transcript [3] 1375/18 1507/13 1524/14
transcription [1] 1378/6
transfers [1] 1432/16
transit [2] 1397/25 1409/15
TRANSOCEAN [3] 1375/13 1375/14 1375/15
traveled [1] 1514/12
treat [2] 1434/2 1494/8
treating [1] 1474/2
treatment [5] 1434/21 1486/18 1487/3 1487/5 1487/15
tremendous [3] 1437/4 1503/15 1506/21
trends [1] 1448/12
TREX [12] 1408/4 1409/6 1436/12 1476/19 1485/5 1498/16 1498/17 1505/7 1511/4 1514/21 1515/17 1518/21
TREX-12020 [1] 1485/5
TREX-13043.1.1 [1] 1408/4
TREX-13043.1.2 [1] 1409/6
TREX-13085.034 [1] 1505/7
TREX-13110 [1] 1511/4
TREX-230479NR [1] 1498/17
TREX-231743 [1] 1518/21

TREX-232479 [1] 1515/17
trial [5] 1375/18 1404/23 1426/11 1426/11 1522/15
tried [2] 1497/10 1510/22
trip [1] 1384/22
TRITON [1] 1375/13
true [13] 1450/16 1450/18 1450/20 1463/19 1496/22 1497/25 1501/21 1502/5 1507/8 1518/4 1520/17 1520/19 1524/13
truly [2] 1384/25 1395/5
try [3] 1390/20 1519/7 1523/2
trying [10] 1414/8 1415/3 1419/9 1420/15 1422/7 1489/7 1506/20 1510/20 1516/21 1521/23
Tunnell [3] 1521/22 1521/25 1522/24
Tunnell's [1] 1522/2
turn [8] 1389/17 1392/5 1392/7 1399/14 1408/11 1410/8 1411/22 1418/15
turns [2] 1464/6 1465/21
Tusa [4] 1378/1 1524/11 1524/18 1524/18
twice [1] 1453/13
Twin [1] 1467/8
two [32] 1385/20 1389/10 1390/15 1394/7 1395/12 1399/24 1404/18 1405/10 1405/12 1414/10 1419/3 1422/10 1432/2 1456/11 1456/21 1457/24 1461/24 1467/10 1475/22 1479/25 1489/4 1494/11 1504/2 1506/9 1506/15 1510/3 1510/10 1510/16 1513/13 1513/13 1520/14 1521/24
type [9] 1403/11 1414/12 1446/25 1450/25 1455/24 1468/7 1471/4 1487/12 1519/18
types [11] 1400/11 1405/11 1414/10 1416/11 1423/4 1433/1 1441/8 1447/6 1469/11 1469/24 1499/14
typical [2] 1465/20 1486/25
typically [11] 1386/11 1389/10 1393/13 1393/18 1404/5 1404/14 1415/13 1420/3 1420/5 1421/11 1421/14

**U**

U-shaped [5] 1403/20 1403/23 1404/12 1404/13 1405/18
U.S [7] 1376/4 1376/14 1394/16 1394/23 1416/3 1421/11 1427/22
U.S. [1] 1417/5
U.S. Coast Guard [1] 1417/5
ultimate [4] 1480/1 1480/14 1480/19 1481/20
ultimately [2] 1395/17 1409/24
unclear [1] 1496/25
under [7] 1393/3 1394/13 1394/15 1399/22 1402/1 1406/10 1512/6
understand [16] 1382/17 1389/14 1396/3 1397/5 1397/17 1397/24 1398/3 1418/25 1423/13 1457/1 1458/11 1471/23 1485/13 1490/6 1491/2 1521/8
understanding [8] 1388/10 1398/5 1401/23 1411/16 1423/6 1423/18 1489/22 1524/14
understood [1] 1423/20
undertaken [2] 1483/23 1495/9
undertaking [1] 1489/14
undertook [1] 1482/19
underwent [1] 1473/21
UNDERWRITING [1] 1375/15
unfold [1] 1447/19
unfolded [1] 1396/25
unfortunately [1] 1518/15

**U**

unhealthy [1] 1518/13
unified [41] 1381/20 1381/22 1383/4
1383/13 1383/17 1383/23 1386/10
1389/23 1390/2 1391/1 1392/2 1392/23
1393/12 1393/24 1394/6 1395/18
1396/24 1398/8 1400/15 1402/3
1407/21 1407/22 1408/14 1413/11
1413/21 1414/2 1415/6 1415/24
1418/18 1419/8 1420/12 1420/14
1421/4 1421/5 1421/5 1421/8 1422/10
1422/20 1423/14 1424/2 1424/17
uniformly [4] 1390/20 1442/19 1443/11
1459/21
UNITED [15] 1375/1 1375/8 1375/19
1376/3 1395/22 1417/5 1417/7 1428/8
1452/22 1488/16 1495/19 1516/5
1519/24 1522/11 1524/12
United States [10] 1395/22 1417/5
1417/7 1428/8 1452/22 1488/16
1495/19 1516/5 1519/24 1522/11
universities [1] 1519/6
University [5] 1385/10 1385/11 1429/12
1431/25 1519/19
unlike [1] 1426/9
unlikely [2] 1437/22 1480/22
unrelated [2] 1434/6 1434/8
until [7] 1388/4 1400/3 1404/11 1506/1
1507/5 1523/2 1524/5
up [99] 1380/6 1389/20 1402/6 1403/24
1404/5 1406/3 1410/16 1414/16 1415/1
1415/4 1417/15 1418/3 1418/16
1422/11 1422/13 1426/7 1427/12
1429/19 1431/6 1433/16 1434/13
1435/5 1435/25 1437/15 1438/15
1439/3 1439/8 1439/22 1441/1 1442/7
1443/8 1443/19 1444/22 1445/22
1446/13 1448/3 1448/7 1449/5 1449/24
1451/11 1453/24 1455/1 1455/5 1456/6
1458/9 1460/1 1463/3 1463/7 1464/9
1464/25 1467/7 1467/23 1468/9
1468/13 1469/12 1470/8 1471/1
1471/25 1472/18 1473/20 1475/24
1476/16 1477/6 1478/7 1480/5 1480/17
1481/24 1482/16 1483/6 1485/5
1486/24 1487/1 1487/20 1488/21
1488/24 1491/4 1492/3 1492/11
1493/22 1494/20 1495/15 1496/20
1498/14 1498/15 1500/23 1505/6
1509/6 1510/1 1511/3 1511/9 1511/11
1514/20 1515/10 1515/17 1518/20
1520/7 1522/1 1522/14 1524/6
update [3] 1408/3 1521/10 1521/14
updated [2] 1401/6 1421/9
upon [3] 1401/4 1476/9 1493/6
upper [4] 1397/14 1448/16 1468/25
1470/15
urine [1] 1472/11
us [61] 1389/25 1396/3 1396/12
1397/17 1397/23 1398/11 1398/13
1399/3 1402/8 1402/14 1405/25
1411/23 1413/13 1413/15 1417/25
1418/1 1418/1 1419/4 1421/15 1422/18
1423/19 1424/9 1428/1 1429/16
1429/21 1431/11 1431/18 1436/8
1437/17 1439/11 1441/3 1443/1 1444/6
1444/20 1445/24 1446/11 1447/22
1449/8 1449/22 1450/7 1454/6 1455/9
1455/21 1456/8 1457/11 1457/17
1460/5 1461/13 1463/6 1465/2 1465/24
1467/25 1469/4 1471/23 1472/16
1475/3 1483/9 1488/5 1494/22 1518/17

1521/10
use [36] 1389/4 1395/4 1399/18
1401/13 1402/8 1402/10 1402/15
1408/18 1408/18 1410/6 1410/10
1411/3 1411/18 1413/19 1414/10
1414/18 1415/13 1415/17 1416/13
1417/11 1422/5 1422/21 1433/3
1440/18 1442/23 1447/1 1455/18
1459/9 1459/10 1470/21 1471/16
1480/24 1506/12
used [50] 1387/14 1395/22 1395/23
1399/8 1402/24 1403/1 1403/3 1403/20
1405/12 1405/21 1406/15 1406/21
1407/1 1410/18 1410/20 1411/5
1411/12 1412/21 1413/22 1414/6
1414/11 1415/9 1415/10 1415/14
1415/20 1416/4 1419/22 1423/1 1424/8
1425/24 1427/4 1434/18 1447/21
1451/22 1452/2 1455/25 1468/18
1472/8 1472/11 1474/17 1475/3 1482/2
1485/9 1502/16 1509/12 1509/19
1510/11 1514/4 1514/7 1514/9
useful [5] 1434/15 1434/17 1439/2
1443/9 1446/9
uses [1] 1520/17
using [19] 1378/5 1400/17 1410/24
1411/10 1411/18 1419/14 1419/15
1423/11 1426/1 1435/15 1435/16
1458/22 1461/9 1471/12 1474/22
1509/4 1514/7 1516/17 1520/2
utilization [1] 1411/14
utilize [2] 1402/21 1423/10
utilized [2] 1400/5 1424/1
Utsler [8] 1379/2 1380/11 1380/20
1380/23 1381/2 1381/9 1427/12 1428/6

**V**

vacuum [1] 1403/22
validate [3] 1410/25 1412/22 1412/25
validated [1] 1410/25
value [5] 1457/21 1458/22 1462/2
1463/19 1508/6
values [4] 1459/15 1459/17 1459/19
1461/12
vapors [3] 1460/10 1502/3 1502/10
variety [4] 1424/15 1425/24 1430/12
1475/16
various [13] 1387/11 1399/8 1412/18
1418/3 1436/25 1438/20 1440/8
1450/21 1455/25 1492/15 1493/9
1496/20 1519/25
verbatim [1] 1485/23
versus [3] 1397/18 1469/23 1470/1
very [57] 1387/15 1396/22 1398/17
1400/15 1401/22 1405/25 1407/16
1409/22 1414/20 1417/1 1418/2
1422/17 1432/21 1434/4 1436/20
1436/20 1438/22 1440/14 1443/13
1443/25 1449/10 1452/13 1452/16
1452/16 1452/19 1452/19 1453/4
1453/9 1457/6 1457/6 1466/6 1467/9
1467/9 1470/3 1470/11 1470/21
1472/12 1472/13 1481/8 1481/22
1484/14 1485/3 1487/20 1489/13
1490/17 1495/14 1501/25 1502/2
1502/19 1502/19 1502/21 1505/15
1508/5 1508/5 1509/2 1512/10 1518/12
vessel [12] 1397/22 1403/13 1403/15
1403/20 1403/22 1404/8 1404/16
1405/8 1406/11 1406/11 1406/12
1416/14
vessels [15] 1397/1 1397/3 1403/18
1404/18 1405/12 1405/21 1405/24

1406/10 1406/20 1409/14 1412/25
viable [1] 1412/6
vice [1] 1385/23
victims [2] 1433/5 1434/2
video [13] 1403/9 1403/13 1403/14
1403/19 1404/9 1404/13 1405/10
1405/15 1412/1 1414/23 1426/9
1426/13 1427/3
videos [3] 1396/24 1426/10 1427/10
view [7] 1394/18 1395/3 1401/6 1423/14
1453/2 1488/19 1494/6
visit [2] 1392/24 1393/1
visited [1] 1498/2
visiting [1] 1475/23
visits [3] 1496/19 1496/22 1497/21
visual [2] 1406/18 1422/19
VOCs [2] 1432/23 1443/24
VOIR [1] 1429/7
volatile [2] 1460/8 1473/10
volatiles [8] 1504/15 1504/19 1504/21
1506/23 1508/12 1508/15 1508/18
1508/22
volume [4] 1399/22 1402/25 1403/6
1403/9

**W**

walk [5] 1396/16 1431/11 1449/8
1457/17 1469/6
walked [1] 1490/20
wall [1] 1398/11
want [17] 1387/22 1415/18 1418/25
1425/16 1433/6 1440/24 1446/11
1455/20 1460/25 1461/2 1461/2
1471/19 1472/24 1479/7 1485/2
1486/21 1492/23
wanted [2] 1380/6 1390/11
wanting [1] 1420/15
wants [1] 1440/3
was [346]
washing [1] 1451/10
Washington [3] 1376/13 1376/17
1377/11 1377/20
wasn't [11] 1400/2 1440/11 1452/16
1453/11 1462/22 1464/13 1482/23
1482/23 1497/10 1513/8 1514/7
waste [2] 1451/10 1452/18
water [36] 1383/9 1397/3 1397/14
1397/19 1397/23 1398/1 1398/8
1398/25 1400/6 1401/9 1401/25 1402/2
1402/5 1402/20 1403/4 1403/17
1403/21 1403/23 1405/11 1405/17
1406/18 1412/6 1412/9 1412/11
1412/13 1413/3 1413/3 1413/5 1413/6
1415/4 1416/3 1416/8 1416/9 1423/2
1454/17 1464/8
watering [1] 1490/20
waters [3] 1404/3 1405/25 1414/25
wave [2] 1404/5 1416/6
way [15] 1393/23 1402/12 1405/19
1415/4 1418/4 1420/13 1422/5 1423/6
1425/18 1431/6 1459/16 1463/7
1511/8 1516/21 1517/21
ways [6] 1387/13 1390/15 1396/13
1405/12 1425/11 1437/24
we [330]
we're [8] 1426/8 1442/23 1442/25
1450/10 1456/8 1510/16 1513/11
1520/10
we've [2] 1449/18 1523/17
weather [4] 1398/20 1398/20 1398/20
1398/21
weathered [15] 1402/20 1473/7 1474/3

W

weathered... [12] 1474/13 1474/25
1475/8 1481/1 1481/18 1510/25 1511/6
1511/16 1511/22 1512/3 1512/7
1516/14
weathering [5] 1473/9 1473/21 1514/11
1514/17 1515/23
website [4] 1426/2 1426/18 1511/21
1512/3
websites [1] 1426/1
Wednesday [2] 1521/23 1523/2
week [14] 1394/4 1402/9 1417/14
1417/16 1421/3 1443/7 1452/20
1456/19 1462/24 1466/8 1468/1 1485/9
1487/19 1487/19
weeks [3] 1395/12 1462/15 1473/15
well [85] 1383/4 1384/1 1384/8 1384/11
1384/15 1384/24 1385/9 1386/7
1386/10 1387/10 1390/5 1391/9
1391/15 1393/12 1396/18 1396/23
1398/24 1410/19 1411/11 1414/2
1415/8 1415/25 1416/16 1420/2
1421/20 1422/1 1422/3 1422/23 1428/1
1430/14 1431/2 1432/15 1433/2 1433/9
1433/17 1434/1 1434/23 1438/15
1438/17 1442/20 1443/3 1443/11
1444/24 1445/18 1447/5 1448/10
1451/25 1453/10 1454/13 1456/11
1456/21 1462/12 1465/4 1467/4 1468/7
1468/7 1468/20 1470/20 1470/25
1471/11 1472/7 1473/24 1474/18
1477/6 1477/15 1478/1 1478/6 1478/20
1479/8 1483/12 1483/21 1484/4
1486/17 1488/13 1489/10 1490/19
1491/2 1494/25 1495/14 1499/8
1500/21 1507/2 1516/13 1519/6
1522/24
well-being [3] 1391/15 1415/25 1416/16
well-beings [1] 1390/5
well-designed [1] 1468/7
wellhead [1] 1401/24
went [10] 1385/9 1424/7 1449/9 1464/8
1472/2 1482/24 1512/5 1516/16 1517/4
1523/14
were [248]
weren't [8] 1443/14 1469/15 1483/19
1490/1 1493/3 1503/4 1508/20 1517/20
wetlands [4] 1391/17 1400/12 1406/2
1415/16
what [187]
what's [19] 1403/20 1408/22 1414/23
1430/19 1431/19 1436/23 1453/17
1455/2 1455/9 1460/6 1460/8 1460/21
1466/12 1467/6 1468/19 1470/23
1473/7 1502/3 1502/10
whatever [3] 1457/3 1458/19 1490/10
whatsoever [2] 1448/20 1454/15
when [38] 1382/19 1382/22 1387/23
1388/1 1391/21 1392/2 1393/24
1399/18 1400/2 1405/23 1407/5
1410/17 1416/8 1419/17 1434/8 1443/2
1448/2 1449/9 1456/25 1462/21
1463/21 1464/8 1466/8 1469/9 1472/12
1472/21 1473/23 1477/13 1478/22
1479/20 1487/1 1500/10 1515/25
1517/19 1521/6 1521/25 1522/3
1523/21
whenever [3] 1469/4 1471/4 1523/15
where [48] 1381/8 1381/25 1382/3
1383/15 1390/19 1391/1 1392/13
1392/21 1397/6 1397/17 1397/19
1397/23 1401/10 1401/12 1401/25

1404/7 1407/2 1407/18 1412/9 1413/14
1423/6 1429/1 1435/24 1438/21 1439/2
1440/12 1446/25 1447/4 1451/2
1452/14 1464/12 1467/3 1471/7
1473/16 1475/17 1481/9 1498/1
1498/20 1505/4 1513/2 1514/6 1514/12
1514/12 1515/6 1515/7 1518/13
1520/24 1522/12
Whereas [1] 1414/14
whether [11] 1435/10 1439/22 1444/11
1459/19 1475/20 1494/6 1494/23
1499/11 1504/18 1517/11 1523/23
which [27] 1387/24 1388/15 1390/10
1395/2 1396/13 1401/20 1402/15
1405/13 1405/14 1406/18 1409/16
1411/13 1411/17 1416/6 1419/8
1421/23 1422/16 1424/7 1424/14
1457/19 1458/18 1460/11 1461/7
1462/10 1463/16 1502/10 1512/12
while [4] 1389/6 1410/5 1425/5 1477/23
white [1] 1405/15
Whiteley [1] 1376/20
who [46] 1382/7 1382/8 1383/8 1383/19
1388/2 1388/2 1396/3 1399/7 1412/14
1416/3 1416/9 1416/10 1418/24 1420/6
1420/15 1422/23 1423/11 1425/15
1426/10 1427/2 1428/1 1428/2 1428/12
1432/11 1433/4 1440/3 1445/15
1450/10 1450/23 1452/21 1468/8
1469/12 1469/14 1469/22 1469/23
1475/23 1483/22 1484/5 1484/11
1491/19 1491/23 1492/15 1518/7
1521/9 1521/19 1522/18
who's [2] 1384/18 1432/5
whole [7] 1393/16 1394/5 1481/24
1485/2 1491/18 1492/3 1509/15
whose [1] 1439/13
why [17] 1384/23 1405/21 1418/21
1420/11 1441/3 1446/7 1454/11 1457/5
1463/21 1465/13 1468/16 1470/25
1478/18 1484/3 1509/2 1523/8 1524/1
wide [2] 1425/9 1430/12
widest [1] 1413/14
wildlife [3] 1390/9 1397/10 1423/2
will [35] 1381/7 1385/4 1387/9 1394/24
1396/16 1398/23 1399/5 1399/18
1404/13 1405/4 1437/22 1439/21
1442/2 1449/12 1458/7 1466/11
1467/25 1478/11 1479/12 1488/23
1490/14 1495/13 1497/19 1498/10
1498/24 1500/20 1502/9 1521/18
1521/19 1521/24 1522/3 1522/20
1523/11 1523/16 1524/5
wind [1] 1416/7
winter [1] 1416/8
wise [2] 1384/16 1411/6
within [15] 1382/14 1386/13 1395/12
1400/8 1401/14 1409/14 1414/9 1417/6
1424/22 1424/23 1425/25 1430/13
1444/25 1467/10 1522/4
without [2] 1454/20 1459/15
witness [17] 1380/13 1380/20 1426/10
1426/12 1428/12 1428/14 1428/24
1499/7 1499/9 1521/10 1521/18
1521/19 1522/10 1522/18 1523/4
1523/25 1524/6
witnesses [2] 1452/20 1521/11
women [4] 1394/23 1395/10 1428/1
1519/16
won't [1] 1459/10
wonder [1] 1418/25
wonderful [1] 1452/8
Woodside [3] 1381/10 1384/18 1385/14

word [5] 1427/2 1442/23 1447/21
1464/18 1496/5
words [7] 1422/18 1452/13 1458/19
1464/12 1469/14 1474/21 1499/1
wore [3] 1513/22 1514/1 1514/2
work [62] 1381/8 1381/10 1383/23
1388/9 1391/21 1392/5 1393/6 1393/7
1394/17 1394/18 1394/21 1395/18
1396/2 1399/14 1405/25 1413/8 1416/8
1416/15 1416/20 1420/24 1427/15
1432/2 1434/17 1435/6 1436/18
1438/10 1438/13 1439/12 1439/13
1439/16 1440/15 1440/17 1440/21
1445/3 1445/15 1449/3 1449/9 1455/10
1455/24 1456/14 1459/18 1468/9
1469/12 1469/16 1469/23 1470/16
1480/20 1486/19 1486/19 1487/4
1487/4 1487/12 1497/1 1497/1 1497/3
1497/9 1497/15 1497/18 1497/23
1518/7 1523/16 1524/2
worked [28] 1381/21 1382/3 1382/8
1385/13 1385/17 1387/17 1389/6
1394/3 1394/6 1394/20 1396/12 1404/5
1415/25 1416/3 1416/9 1416/10
1416/16 1416/17 1417/5 1418/2 1419/9
1420/22 1427/20 1428/2 1428/4
1434/12 1469/23 1484/25
worker [6] 1474/6 1485/12 1487/17
1487/18 1489/13 1514/1
workers [59] 1395/13 1429/24 1433/4
1437/21 1442/17 1443/3 1443/4
1443/14 1444/7 1451/3 1451/4 1456/10
1456/15 1459/1 1465/4 1466/10
1467/17 1470/22 1471/8 1471/9
1473/16 1474/9 1474/21 1475/10
1475/14 1476/5 1480/22 1483/24
1483/25 1484/11 1485/4 1487/19
1488/11 1488/12 1488/16 1488/18
1489/12 1493/1 1494/1 1494/2 1494/5
1495/9 1496/4 1509/11 1509/18
1509/23 1510/9 1510/18 1512/9
1512/22 1513/9 1513/10 1513/12
1513/22 1515/3 1518/1 1518/5 1520/10
1520/13
workers' [1] 1484/5
workforce [5] 1395/12 1415/22 1416/2
1416/16 1416/21
working [31] 1383/4 1385/16 1387/23
1390/12 1394/4 1395/8 1395/10
1395/15 1399/8 1399/10 1407/20
1412/15 1416/7 1416/11 1417/16
1419/11 1422/23 1423/11 1434/23
1435/17 1441/5 1443/8 1453/20
1456/19 1456/24 1462/17 1469/25
1470/1 1470/1 1471/11 1489/14
world [5] 1387/1 1417/9 1417/10 1418/2
1427/21
world's [1] 1417/24
worry [1] 1462/22
would [113] 1380/14 1380/18 1382/9
1386/6 1386/11 1387/12 1389/4
1389/10 1390/18 1390/19 1390/23
1391/3 1391/5 1391/8 1392/24 1392/25
1393/18 1400/16 1400/20 1400/24
1400/25 1401/4 1401/6 1401/7 1401/10
1401/11 1401/14 1401/24 1401/25
1402/18 1402/20 1406/22 1406/23
1407/13 1412/2 1412/6 1412/7 1412/7
1412/8 1412/9 1412/10 1412/23
1412/25 1413/6 1414/13 1414/13
1418/1 1418/4 1419/24 1420/3 1420/5
1420/5 1420/7 1420/21 1421/3 1421/12
1421/13 1421/17 1422/9 1422/10

**W**

would... [53]  1422/11 1422/11 1429/21
1432/8 1434/19 1435/2 1435/5 1437/2
1439/22 1440/18 1442/6 1443/17
1445/20 1447/23 1447/25 1448/22
1458/16 1458/17 1460/16 1460/18
1460/23 1462/8 1462/12 1464/13
1466/17 1466/22 1468/11 1468/23
1469/6 1470/19 1471/18 1472/19
1478/2 1485/16 1496/7 1497/17 1502/8
1502/18 1502/19 1505/4 1505/16
1506/12 1506/12 1509/6 1509/14
1513/4 1518/9 1521/10 1522/1 1522/9
1522/12 1522/18 1523/6
wouldn't [3]  1459/11 1468/25 1496/9
wrap [3]  1427/12 1481/24 1492/3
written [5]  1390/16 1430/8 1436/15
1439/24 1493/24
wrong [2]  1488/22 1498/16
wrote [1]  1516/22

**X**

xylene [1]  1499/21

**Y**

yeah [4]  1403/13 1457/4 1486/11
1511/10
year [7]  1433/12 1436/9 1462/17
1462/19 1467/5 1488/11 1488/12
years [22]  1381/23 1384/25 1385/15
1385/20 1385/20 1386/8 1386/15
1387/20 1395/22 1432/3 1432/6 1443/8
1448/19 1456/20 1466/24 1467/10
1502/25 1518/2 1519/3 1520/8 1520/14
1520/16
yellow [1]  1392/11
yes [247]
yet [1]  1400/1
you [557]
you'll [2]  1404/12 1405/15
you're [8]  1431/24 1435/16 1472/13
1510/19 1519/2 1519/13 1520/23
1523/8
you've [3]  1453/11 1460/18 1462/7
young [1]  1432/4
your [184]
Your Honor [28]  1380/21 1385/9
1396/23 1401/2 1412/4 1414/22 1418/7
1427/5 1428/8 1428/20 1428/25
1434/19 1434/25 1435/9 1435/21
1435/23 1441/20 1491/9 1493/24
1495/12 1495/15 1495/18 1499/6
1518/15 1520/20 1520/22 1523/18
1524/3
yours [3]  1394/2 1490/21 1521/4
yourself [1]  1452/4

**Z**

zero [1]  1509/1
ZEVENBERGEN [1]  1376/11
zone [5]  1509/10 1509/17 1510/8
1510/15 1513/18
zoom [3]  1486/9 1487/21 1488/4