1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

    ****************************************************************

4

5   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7
                                CIVIL ACTION NO. 10-MD-2179 "J"
8                               NEW ORLEANS, LOUISIANA
                                TUESDAY, JANUARY 27, 2015, 8:00 A.M.
9

10  THIS DOCUMENT RELATES TO:
    #10-4536
11
    UNITED STATES OF AMERICA
12
    V.
13
    BP EXPLORATION &
14  PRODUCTION INC.,
    ANADARKO EXPLORATION &
15  PRODUCTION LP, ANADARKO
    PETROLEUM CORPORATION,
16  MOEX OFFSHORE 2007 LLC,
    TRITON ASSET LEASING GMBH,
17  TRANSOCEAN HOLDINGS LLC,
    TRANSOCEAN OFFSHORE
18  DEEPWATER DRILLING INC.,
    TRANSOCEAN DEEPWATER INC.,
19  AND QBE UNDERWRITING LTD.,
    LLOYD'S SYNDICATE 1036
20

21  ****************************************************************

22

23          **DAY 6  MORNING SESSION (CORRECTED COPY)**
                  TRANSCRIPT OF TRIAL PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
24                 UNITED STATES DISTRICT JUDGE

25

                          **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2


 3   FOR THE UNITED STATES
     OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
 4                           ENVIRONMENT & NATURAL RESOURCES DIVISION
                             ENVIRONMENTAL ENFORCEMENT SECTION
 5                           BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                  STEVEN O'ROURKE, ESQUIRE
 6                                PATRICK CASEY, ESQUIRE
                                  NANCY FLICKINGER, ESQUIRE
 7                                ABIGAIL ANDRE, ESQUIRE
                                  RACHEL KING, ESQUIRE
 8                                RACHEL HANKEY, ESQUIRE
                                  A. NATHANIEL CHAKERES, ESQUIRE
 9                                BRANDON ROBERS, ESQUIRE
                                  ERICA PENCAK, ESQUIRE
10                                JUDY HARVEY, ESQUIRE
                                  RICHARD GLADSTEIN, ESQUIRE
11                                MICHAEL ZEVENBERGEN, ESQUIRE
                                  DANIELLE FIDLER, ESQUIRE
12                           POST OFFICE BOX 7611
                             WASHINGTON, DC  20044
13

14
                             U.S. DEPARTMENT OF JUSTICE
15                           TORTS BRANCH, CIVIL DIVISION
                             BY:  SHARON SHUTLER, ESQUIRE
16                                MALINDA LAWRENCE, ESQUIRE
                                  LAURA MAYBERRY, ESQUIRE
17                           POST OFFICE BOX 14271
                             WASHINGTON, DC  20004
18

19
     FOR THE STATE OF
20   LOUISIANA:              KANNER & WHITELEY
                             BY:  ALLAN KANNER, ESQUIRE
21                                DOUGLAS R. KRAUS, ESQUIRE
                                  SUSANNAH MCKINNEY, ESQUIRE
22                                CYNTHIA ST. AMANT, ESQUIRE
                             701 CAMP STREET
23                           NEW ORLEANS, LA  70130

24

25

                       OFFICIAL TRANSCRIPT
```

```
1    APPEARANCES CONTINUED:

2


3    FOR BP EXPLORATION AND
     PRODUCTION, INC.:        KIRKLAND & ELLIS
4                             BY:  J. ANDREW LANGAN, ESQUIRE
                                   MATTHEW T. REGAN, ESQUIRE
5                                  HARIKLIA KARIS, ESQUIRE
                                   MARK J. NOMELLINI, ESQUIRE
6                                  A. KATRINE JAKOLA, ESQUIRE
                              300 N. LASALLE
7                             CHICAGO, IL  60654

8

9                             KIRKLAND & ELLIS
                              BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
10                                 KIMBERLY BRANSCOME, ESQUIRE
                              655 FIFTEENTH STREET, N.W.
11                            WASHINGTON, DC  20005

12

13                            LISKOW & LEWIS
                              BY:  R. KEITH JARRETT, ESQUIRE
14                            ONE SHELL SQUARE
                              701 POYDRAS STREET
15                            SUITE 5000
                              NEW ORLEANS, LA 70139
16

17

18   FOR ANADARKO
     PETROLEUM
     CORPORATION:            BINGHAM MCCUTCHEN
19                           BY:  KY E. KIRBY, ESQUIRE
                                  THOMAS R. LOTTERMAN, ESQUIRE
20                           2020 K STREET, NW
                             WASHINGTON, DC  20006
21

22

                             MORGAN LEWIS & BOCKIUS
23                           BY:  JAMES J. DRAGNA, ESQUIRE
                             355 SOUTH GRAND AVENUE, SUITE 4400
24                           LOS ANGELES, CA  90071

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

1    **I N D E X**

2

3    <u>EXAMINATIONS</u>                                          <u>PAGE</u>

4    **RICHARD MORRISON**...................................1531

5    DIRECT EXAMINATION BY MS. KARIS.....................1531

6    CROSS-EXAMINATION BY MS. HANKEY.....................1617

7    **DAMIAN SHEA**.........................................1628

8    DIRECT EXAMINATION BY MR. BROCK.....................1629

9    **LUNCHEON RECESS**.....................................1673

10

11

12

13    [CORRECTED COPY REPORTER'S NOTE:  On page 1624:1 the words *BP*

14    *crew* was corrected to the words *BP group*.]

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

TUESDAY, JANUARY 27, 2015

(COURT CALLED TO ORDER)

(IN OPEN COURT)

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  Be seated.  All right, do we have any preliminary matters?

MR. BROCK:  Not from BP, Your Honor.

MS. HIMMELHOCH:  Not from the U.S., Your Honor.

THE COURT:  All right.  Let me just give everyone a heads-up on the time that has been used.  As of yesterday afternoon, the United States has used 16 hours, has 29 hours remaining; BP and Anadarko together have used 19 hours, 36 minutes, have 25 hours, 24 minutes remaining.

Okay, BP can call its next witness.

MS. KARIS:  Your Honor, at this time we would like to call Richard Morrison.

THE DEPUTY CLERK:  Would you please raise your right hand.  Do you solemnly swear that the testimony which you are about to give will be the truth, the whole truth and nothing but the truth, so help you God?

**OFFICIAL TRANSCRIPT**

1    THE WITNESS:  I do.

2                           **RICHARD MORRISON**

3    was called as a witness and, after being first duly sworn by

4    the Clerk, was examined and testified on his oath as follows:

5         THE DEPUTY CLERK:  Please state and spell your name for

6    the record.

08:07:53  7         THE WITNESS:  Richard Morrison.  R-I-C-H-A-R-D,

08:07:56  8    Morrison, M-O-R-R-I-S-O-N.

08:08:02  9         MS. KARIS:  Good morning, Your Honor.  May I proceed?

08:08:04 10         THE COURT:  Yes.

08:08:04 11         MS. KARIS:  Thank you.

08:08:04 12                         DIRECT EXAMINATION

08:08:04 13    BY MS. KARIS:

08:08:04 14    Q.    For the record my name is Hariklia Karis and,

08:08:10 15    Mr. Morrison, I have you on direct examination.

08:08:11 16         Could you please introduce yourself to the Court?

08:08:14 17    A.    My name is Richard Morrison.  I'm the regional president

08:08:17 18    of BP Gulf of Mexico, and I'm also the chairman and president

08:08:21 19    of BPX&P.

08:08:24 20    Q.    You mentioned that you are the chairman of BPX&P; is that

08:08:24 21    correct?

08:08:31 22    A.    That's correct.

08:08:32 23    Q.    And Mr. Morrison, throughout the examination today, as you

08:08:37 24    know, BPX&P is the responsible party and the defendant in the

08:08:40 25    case.  When I refer to BP, I'm referring to BPX&P, okay?

                           **OFFICIAL TRANSCRIPT**

08:08:45  1    A.    Okay.

08:08:46  2    Q.    Great.

08:08:47  3          MS. HANKEY:  I'm sorry, Your Honor, Rachel Hankey for

08:08:50  4    the United States.  We may have an objection to that if he

08:08:52  5    starts speaking about things that, you know, are not, in fact,

08:08:55  6    related to BPXP.

08:08:57  7          THE COURT:  Well, you can point that out when you

08:08:59  8    examine him.

08:08:59  9          Okay.  Go ahead.

08:09:01 10          MS. KARIS:  Thank you, Your Honor.

08:09:03 11    EXAMINATION BY MS. KARIS:

08:09:03 12    Q.    Mr. Morrison, we're going to discuss in detail a little

08:09:07 13    bit later your responsibilities, but at a high level, can you

08:09:10 14    tell the Court what your primary responsibilities are as

08:09:13 15    regional president for the Gulf of Mexico operations for BP?

08:09:17 16    A.    Yeah.  I'm responsible for safe and compliant operation of

08:09:20 17    all our activities in the Deepwater Gulf of Mexico from

08:09:23 18    exploration to projects, developments, operations, again, in

08:09:30 19    Deepwater Gulf of Mexico.

08:09:30 20    Q.    And how long have you held that position?

08:09:34 21    A.    I was appointed that position in February of 2013.

08:09:38 22    Q.    You also mentioned that you were the chairman of the

08:09:42 23    board.  How long have you held a seat on the Board of BP,

08:09:47 24    BPX&P?

08:09:48 25    A.    I've been on the Board of BPX&P since 2011, early 2011.

                        **OFFICIAL TRANSCRIPT**

08:09:55  1    Q.    How long have you been the chairman?

08:09:57  2    A.    I was appointed chairman in October of 2013.

08:10:02  3    Q.    Mr. Morrison, just to orient ourselves, at the time of the

08:10:07  4    *Deepwater Horizon* incident in April of 2010, what position did

08:10:09  5    you hold?

08:10:09  6    A.    I was the vice-president of operations for the Gulf of

08:10:12  7    Mexico, BP Gulf of Mexico.

08:10:15  8    Q.    And as the vice-president of operations, did you have any

08:10:17  9    responsibility for the Macondo Well?

08:10:22 10    A.    No, I did not.

08:10:22 11    Q.    Now, even though you had no responsibility for the

08:10:26 12    Macondo Well, did you assist BP with its efforts to respond to

08:10:30 13    the spill immediately following the incident?

08:10:31 14    A.    Yes, I did.

08:10:32 15    Q.    And how long did you assist with those efforts?

08:10:36 16    A.    For -- I left there in September 2010, so six or

08:10:41 17    seven months.

08:10:45 18    Q.    And again, very briefly, what role did you have in the

08:10:47 19    spill response efforts during those six or seven months?

08:10:49 20    A.    I was the deputy area commander for the response in

08:10:54 21    Unified Area Command in Robert, Louisiana.

08:10:56 22    Q.    As the deputy area commander for BP in Unified Area

08:11:01 23    Command, were you essentially the number two person on the

08:11:03 24    ground, if you will, at the Robert facility?

08:11:07 25    A.    Yes, I was.  I reported to Doug Suttles.

**OFFICIAL TRANSCRIPT**

1534

08:11:10  1    Q.   Mr. Morrison, after leaving the Robert facility and

08:11:24  2    assisting with the response efforts, what position did you hold

08:11:27  3    next?

08:11:27  4    A.   I went into a new role created in BP.  It was the Global

08:11:31  5    Deepwater Response Group.  I was the vice-president of Global

08:11:37  6    Deepwater Response.

08:11:37  7    Q.   And tell us, very briefly again, what your

08:11:40  8    responsibilities were as vice-president for Global Deepwater

08:11:44  9    Response in the organization.

08:11:45 10    A.   There were three main dimensions of the job.  The first

08:11:49 11    one was working with our deepwater regions around the world

08:11:53 12    making sure they had familiarity and compliance with our new

08:12:00 13    interim guidelines for drilling deepwater wells.

08:12:03 14         The second was building -- creating the capping

08:12:06 15    stack, the global capping stack that we put together for our

08:12:11 16    operations, our deepwater operations.

08:12:13 17         The third one was traveling around the world working

08:12:15 18    with industry regulators, host governments, sharing the lessons

08:12:21 19    of the accident, Macondo, letting them know what we did, how we

08:12:26 20    did it, and what we were looking at in the future.

08:12:28 21    Q.   How long did you hold that position?

08:12:34 22    A.   I was there until February of -- February, March of 2013.

08:12:38 23    Q.   Mr. Morrison, in light of the positions that you've held

08:12:42 24    since the incident, there are four topics that I would like to

08:12:47 25    discuss here with you today.  And if we can bring up D-34620,

**OFFICIAL TRANSCRIPT**

08:12:51 1    please.

08:12:56 2            These are the topics we're going to be covering

08:12:58 3    today.  First is your involvement in BP's spill response

08:13:01 4    efforts; second, your involvement in sharing spill response

08:13:06 5    advancements and capabilities; third, BPX&P's role in the Gulf

08:13:12 6    of Mexico in the oil and gas industry; and, last, BPX&P's

08:13:16 7    current financial position.

08:13:22 8            Before we get into the details of those subjects, can

08:13:24 9    you tell the Court a little bit about your background.  Where

08:13:25 10   did you grow up?

08:13:28 11   A.    Primarily in the Gulf Coast.  I grew up in Conroe, just

08:13:33 12   north of Houston.

08:13:33 13   Q.    Where did you go to college?

08:13:35 14   A.    I went to Texas A&M University.  I got a petroleum

08:13:39 15   engineering degree there in 1980.

08:13:40 16   Q.    1980?

08:13:41 17   A.    Right.

08:13:42 18   Q.    And since 1980, have you been a member of the oil and gas

08:13:45 19   industry?

08:13:47 20   A.    I have.  I went to work immediately, after graduating in

08:13:51 21   '80, with a company by the name of Amoco, went out to west

08:13:55 22   Texas, began my engineering career.

08:13:57 23   Q.    Have you remained a member of the oil and gas industry for

08:14:00 24   the past 35 years?

08:14:01 25   A.    Yes, I have.

**OFFICIAL TRANSCRIPT**

08:14:02  1    Q.   All right.  I suspect you've held many positions in the

08:14:06  2    last 35 years, so we're going to just touch on a couple of the

08:14:09  3    highlights, if you will.  If we can look at D-34608.

08:14:16  4         Mr. Morrison, we have here a slide, a demonstrative

08:14:21  5    summarizing your background in the oil and gas industry, both

08:14:25  6    before the incident and after the incident.  Can you briefly

08:14:29  7    describe for the Court your career leading up to the incident.

08:14:35  8    A.   Briefly.  I held just a number of technical roles with the

08:14:39  9    company when I was working in the U.S., largely technology-type

08:14:44 10    jobs, oil enhance recovery, those kind of things.

08:14:48 11         Then moved into some leadership roles here in the

08:14:52 12    U.S., primarily onshore U.S. operations.  Got a chance to go

08:14:58 13    overseas in 1988, held many positions overseas in various

08:15:04 14    engineering manager roles, offshore -- primarily offshore

08:15:08 15    operations, offshore production.  Spent some time with my

08:15:12 16    family and my children running around the globe.  Came back to

08:15:16 17    the U.S. with Amoco as the worldwide manager of engineering, in

08:15:22 18    that position, just slightly before the merger with BP.

08:15:27 19         During the merger with BP, I was assigned to our

08:15:33 20    operations out in Sharjah.  I was the business unit leader out

08:15:37 21    there.  That was a general role with operations, drilling,

08:15:40 22    exploration, finance and all that.  So that's really when I

08:15:44 23    entered the role of business unit leader in general management.

08:15:49 24    Q.   What year does that take us to?

08:15:51 25    A.   We're in 2000 now.

**OFFICIAL TRANSCRIPT**

08:15:54  1    Q.    Okay.  Can you tell us about your career since 2000?

08:15:57  2    A.    Again, some more roles, I worked in Venezuela, had the

08:16:04  3    same kind of position in Venezuela.  Came back to the U.S.  Ran

08:16:08  4    our onshore U.S. gas operations.  Then if 19 -- in 2007, I got

08:16:15  5    the chance to come to the Deepwater Gulf of Mexico, took on a

08:16:19  6    role there as production -- vice-president of production in

08:16:23  7    2007.

08:16:26  8          So really just started off engineering-wise,

08:16:29  9    gradually moved into more and more surface-type operational

08:16:34 10    roles, then commercial finance, and then into more the general

08:16:40 11    management, country manager roles until 2007 when I joined

08:16:47 12    deepwater.

08:16:47 13    Q.    So from 2007 to present you have been involved in BP's

08:16:50 14    deepwater operations --

08:16:52 15    A.    That's correct.

08:16:52 16    Q.    -- subject to the periods that we talked about for the

08:16:55 17    response?

08:16:55 18    A.    That's correct.

08:16:56 19          MS. HANKEY:  Your Honor, this would be one of those

08:16:58 20    places where I think it gets confusing to use the word *BP*

08:17:02 21    interchangeably with *BPX&P* as he was going through his

08:17:08 22    background.  Some of that was not related to BPX&P.

08:17:11 23          THE COURT:  All right.  Well, you'll have a chance to

08:17:13 24    point that out when do you your cross-examination.

08:17:16 25          MS. KARIS:  Thank you, Your Honor.

**OFFICIAL TRANSCRIPT**

EXAMINATION BY MS. KARIS:

Q.   Mr. Morrison, in addition to having held those various roles with Amoco and various BP entities, do you also hold some professional board positions?

A.   Yes, I do.

Q.   Can you tell the Court a little bit about the board memberships that you hold on various organizations?

A.   The one on bottom there is the -- there is a board that we have at Texas A&M Engineering Department.  I sit on that board advising the department heads and the head of engineering there about curriculum, what we're looking for in our students, what we're seeing in terms of the quality of the students coming out, and so that's a really cherished position I have there with A&M.

     There's two boards there that deal directly with what we do in the Gulf of Mexico.  The first one, there is Marine Well Containment Company.  I sit on a board of ten members there, primarily working to make sure we have the capability to respond to a deepwater blowout.  We've just now this month, actually, got all of our equipment, our vessels and equipment completely handed over from the project to the MWCC company.

     Then in -- the Center for Offshore Safety, I sit on that board.  That was established post-Macondo.  This is where we share as industry our safety and environmental management systems.  We audit those systems.  We share the findings from

08:18:54  1   those.  And we also share a lot of lessons that occurred in the

08:18:58  2   deepwater.  So that was set up.  That is made up of oil

08:19:02  3   companies, contractors, drilling contractors, a lot of the

08:19:07  4   vendors that support us in the Gulf of Mexico.

08:19:08  5   Q.   Mr. Morrison, the MWCC, the Marine Well Containment

08:19:15  6   Company, and the Center for Offshore Safety, OFS, are those

08:19:18  7   both organizations that have been created as a result of this

08:19:22  8   incident in an attempt to improve and enhance the safety of the

08:19:26  9   industry in the event of another spill?

08:19:29 10   A.   Yes, that's correct.

08:19:29 11   Q.   Okay.  Now, we've covered your background a little bit.  I

08:19:36 12   would like to speak now about your involvement with the

08:19:40 13   *Deepwater Horizon* response.

08:19:42 14           Can you tell us, first, how did you learn about the

08:19:44 15   explosion?

08:19:48 16   A.   I was in Boston, Massachusetts, attending our Operations

08:19:54 17   Academy where I was a delegate there at the academy where we

08:19:58 18   were learning about process safety and leadership in process

08:20:01 19   safety.

08:20:01 20           I received a call from my head of operations in the

08:20:04 21   Gulf of Mexico, Mr. Seilhan.  He called me, told me there was a

08:20:08 22   fire onboard the *Deepwater Horizon*.  I asked him whether this

08:20:13 23   was a drill.  He confirmed it was not.  Made arrangements to

08:20:18 24   get home the very next morning.

08:20:19 25   Q.   When you say *get home*, do you mean return to BP's Houston

**OFFICIAL TRANSCRIPT**

08:20:24 1   operations?

08:20:25 2   A.    That's correct.  I was based in Westlake there in Houston,

08:20:28 3   and came straight back to the office there.

08:20:30 4   Q.    And when you arrived in Houston, what, if any -- strike

08:20:30 5   that.

08:20:36 6           What, if any, response operations were underway, that

08:20:40 7   is, the next day on April 21st?

08:20:41 8   A.    So when I came back to Westlake, that's our headquarters

08:20:46 9   building there in Houston, clearly the crisis center was set

08:20:49 10  up.  We had our crisis team up and running.  Obviously, the

08:20:55 11  work that they were focused on at that point was recovery and

08:20:58 12  rescue, but planning for the future.

08:21:04 13          In my role as vice-president of operations, I was not

08:21:08 14  part of the incident command team there, but my role as the

08:21:13 15  leader of that operation in the Gulf of Mexico was to support

08:21:18 16  the incident commanders there.  There is a three-tier system,

08:21:23 17  the incident commanders; the support for those incident

08:21:26 18  commanders, so I was in that tier two; then, of course, the

08:21:29 19  executive support above us.

08:21:30 20  Q.    Are you familiar with something called *the Oil Spill*

08:21:35 21  *Response Plan*, or OSRP as it's been referred to?

08:21:38 22  A.    Yes, I am.

08:21:39 23  Q.    Had the OSRP been activated by the time you arrived in

08:21:44 24  Houston?

08:21:44 25  A.    Yes, it had.

08:21:45  1    Q.   Tell us, then, given that you were in the support team,
08:21:50  2    that tier two as you indicated, what role did you then take on
08:21:54  3    while you were in Houston?
08:21:55  4    A.   Well, again, the first thing is finding out what the
08:22:00  5    incident commander needs of -- outside the direct response, so
08:22:04  6    thinking through some of the longer term issues that might
08:22:08  7    arise.  We were looking at, you know, proximity of other rigs,
08:22:13  8    pipelines in the area, what could be impacted.  The kind of
08:22:16  9    things that the incident commander really is not focusing on at
08:22:19 10    the moment.
08:22:20 11         We were also starting to think about reaching out to
08:22:24 12    various contractors beyond just the initial response and trying
08:22:28 13    to elicit some help from them, clearly.
08:22:31 14         Then we were thinking through, you know, for example,
08:22:34 15    how we're going to handle everybody coming in from the site,
08:22:39 16    working with the Coast Guard and others to figure out how to
08:22:41 17    process those folks there in Fourchon.
08:22:45 18    Q.   Had you had any training or experience in crisis
08:22:50 19    management at the time you were fulfilling these
08:22:53 20    responsibilities?
08:22:55 21    A.   I have.  Never situated with oil spill response, but
08:23:01 22    crisis around hurricane response and cleanup.  Getting back to
08:23:05 23    work after those hurricanes, for sure.  I held multiple
08:23:13 24    incident commander roles overseas in Egypt and Venezuela and
08:23:18 25    other things, more related to country crisis kind of things,

1542

08:23:21  1   but still fairly large-scale threats to the business.

08:23:24  2   Q.    Did you have any training in oil spill response?

08:23:30  3   A.    I did.  We would always have numerous drills during the

08:23:35  4   year familiarizing ourselves with the plan, with those that are

08:23:40  5   involved in the oil spill response organizations, gaining

08:23:48  6   familiarity with them.  We would do tabletop drills and whatnot

08:23:51  7   with BP alone and then drills with our regulators as well

08:23:55  8   ongoing during the years.

08:23:57  9   Q.    How long did you remain in Houston?

08:24:03 10   A.    I was in Houston a day to two days when I returned from

08:24:08 11   Boston.

08:24:08 12   Q.    In that day or two days that you remained in Houston

08:24:12 13   immediately following the incident, what, if any, steps did you

08:24:16 14   personally take to support the response operations that were

08:24:21 15   taking place?

08:24:22 16   A.    Well, what I mentioned before, but then it became pretty

08:24:27 17   clear that we were going to need to gather and come together as

08:24:30 18   a unified command, and I had gotten some information from

08:24:36 19   New Orleans that we needed to find some space to set up a

08:24:40 20   command center.

08:24:41 21        So one thing I started doing, reaching out, actually

08:24:44 22   to Shell, my counterpart over in Shell, to see if we could use

08:24:48 23   their facilities, I think in Robert.  That's their training

08:24:51 24   center there in Robert, if we could use that center for our

08:24:56 25   initial command center, unified command center.

**OFFICIAL TRANSCRIPT**

1543

08:25:00  1    Q.    So did you secure the facility in Robert where Unified

08:25:05  2    Area Command was ultimately setup?

08:25:06  3    A.    I did.

08:25:07  4    Q.    Now, you left Houston, you said, after a couple days

08:25:12  5    following the incident.  Did you then go to Robert?

08:25:16  6    A.    I did.  Two days or a day and a half or whatever, flew

08:25:21  7    down, met the -- met the facilities manager there at Robert,

08:25:27  8    kind of explained what we were going to be looking for.

08:25:29  9          Shell uses this for their emergency response center

08:25:33 10    as well, so it was well setup for the kind of rooms we would

08:25:36 11    need and the IT structure we would need.  But, you know, we

08:25:41 12    went into it thinking we would need part of their center.

08:25:45 13    Obviously, we ended up using their whole center.  And they were

08:25:48 14    great.  They made the whole thing available.  Canceled

08:25:51 15    everything in terms of training, really looked out after us.

08:25:54 16    Q.    And what position did you then take in Robert as part of

08:25:57 17    the Unified Area Command?

08:25:59 18    A.    That's where I stepped into the deputy area commander

08:26:04 19    role.

08:26:04 20    Q.    What were your responsibilities as deputy area commander?

08:26:08 21    A.    Well, initially it was making sure we had a facility to

08:26:11 22    conduct our business.  It grew from there to mobilizing teams

08:26:15 23    and personnel throughout the company to come in and staff the

08:26:20 24    positions that we needed to staff, first there in Robert but

08:26:24 25    clearly out in our Incident Command Post.  Mobilization.

**OFFICIAL TRANSCRIPT**

08:26:28  1          Then it went from mobilization to supporting the
08:26:31  2   operations across the Incident Command Post from an operations
08:26:35  3   logistics planning standpoint.
08:26:37  4   Q.   How long did you remain in that capacity, remind us again?
08:26:41  5   A.   I was there till mid-September, first of October.
08:26:45  6   Q.   Mr. Morrison, can you describe for the Court generally
08:26:49  7   what your typical day was like as the deputy area commander in
08:26:53  8   Robert during that time period.
08:26:54  9   A.   It started early.  The morning was around getting prepared
08:27:01 10   for our unified command meeting, where we would dial in our
08:27:07 11   incident commanders, their teams there, describing and
08:27:12 12   discussing the situation of the day.  So a very tactical
08:27:17 13   beginning of the morning, find out where our resources were,
08:27:20 14   where some of the priority needs were.  Basically assessing
08:27:24 15   what the priorities for the next 24-hour period was.
08:27:31 16          We'd break out of that meeting into small groups,
08:27:34 17   problem solving, whatever those problems were.  Very
08:27:37 18   collaborative.  We were working clearly hand and hand and
08:27:41 19   shoulder to shoulder with the Coast Guard officials, the state
08:27:44 20   and local officials as well.
08:27:46 21          Midday, it was finding out kind of what we needed to
08:27:53 22   get ready for the evening sessions, what we had learned or what
08:27:57 23   we could provide back in terms of feedback to the commanders,
08:28:01 24   in terms of resources or critical equipment.
08:28:04 25          And then in the evening, after that set of planning

**OFFICIAL TRANSCRIPT**

08:28:10 1    meetings and what have you in the evening, just getting ready

08:28:12 2    for the next day.  So it's a 24-hour cycle over that period.

08:28:16 3    Q.   And you said you were in Robert, Louisiana; is that right?

08:28:22 4    A.   That's correct.

08:28:22 5    Q.   If we can pull up D-34601.

08:28:29 6          Mr. Morrison, are you familiar with this

08:28:32 7    demonstrative which lays out the Unified Command structure?

08:28:35 8    A.   I am, yes.

08:28:36 9    Q.   Now, for those various activities that you just described,

08:28:40 10   was it important to remain coordinated amongst the Unified Area

08:28:45 11   Command structure and the various offices that existed?

08:28:48 12   A.   It was critical.  The green box you see on this chart was

08:28:55 13   our Unified Area Command in Robert, that -- think of that as

08:29:00 14   the headquarters -- I'm sorry, think of that kind of as the

08:29:03 15   headquarters for the response, and the yellow boxes are the

08:29:09 16   various incident command centers.  And, of course, those blue

08:29:13 17   boxes you see there are the branch offices.

08:29:16 18   Q.   And we previously heard about the incident command

08:29:20 19   centers, including from Mr. Utsler yesterday, but can you tell

08:29:24 20   us what the need was for the coordination between the various

08:29:28 21   Incident Command Centers, the branch offices and then the

08:29:31 22   headquarters, where you were located?

08:29:33 23   A.   Right.  The -- you know, when it was a single Incident

08:29:40 24   Command Post, like in Houma, there was a very direct line of

08:29:45 25   communication between Unified Area Command and Robert; but, as

08:29:50  1    we started to expand those command centers, you know, the real
08:29:54  2    role of the Unified Command was to make sure we had the right
08:29:57  3    resources in the right place.
08:29:58  4          To the extent there was a shortage or a gap of any
08:30:01  5    material, we had to make some calls on where it would go, so
08:30:06  6    prioritizing and making sure that the critical resources were
08:30:09  7    in the right spot at the right time.
08:30:12  8    Q.    You mentioned prioritizing the resources, and we're going
08:30:17  9    to talk about that shortly; but, before we get to that, within
08:30:20 10    each Area Command center, whether it was branches or ICP's or
08:30:25 11    even at the headquarters, were there various -- was there a
08:30:30 12    leadership structure that was consistent throughout those?
08:30:34 13    A.    There was.  Think of the leadership table as the Federal
08:30:38 14    On-Scene Commander, the Coast Guard; the responsible party, BP;
08:30:42 15    and various federal and state departments there around the
08:30:51 16    table.
08:30:51 17          That was repeated not only at the Unified Area
08:30:57 18    Command, but that was the similar structure with the Incident
08:31:00 19    Command Post, and even down to the branch.  It was that
08:31:01 20    unified -- that's what the Unified Area Command was.  It was
08:31:06 21    really important that we had that structure repeated top to
08:31:09 22    bottom.
08:31:09 23    Q.    If we can now pull up D-34601.1, please.
08:31:15 24          Mr. Morrison, is this a demonstrative that you helped
08:31:18 25    us prepare in order to describe that Unified Command structure

08:31:22 1    and the structure that existed at each facility?

08:31:24 2    A.   Correct.  So that's the -- that's the table I'm talking

08:31:27 3    about, the leadership table of Unified Command.

08:31:31 4         And then we were supported by various branches,

08:31:34 5    sections of folks that were teamed up together to discuss

08:31:42 6    operations planned for the next day or next week, bring the

08:31:45 7    resources in.  That was the logistics section.  And, of course,

08:31:48 8    finance, making sure that we had a good accounting and payment

08:31:53 9    process for the Response.

08:31:55 10   Q.   As a result of being exposed to various state, federal

08:32:02 11   agencies in multiple offices, can you tell us from your

08:32:06 12   perspective how would you describe the relationship between BP

08:32:09 13   and the Coast Guard at the Unified Area Command?

08:32:14 14   A.   Tremendous respect.  These people are professional.  We --

08:32:19 15   we helped each other out.  They brought a lot to the table.  We

08:32:23 16   brought a lot to the table.  And that was a very

08:32:26 17   collaborative -- very collaborative, and I got a high respect

08:32:30 18   for the guys we worked with, guys and gals.

08:32:33 19   Q.   Did members of the Coast Guard have an opportunity to

08:32:36 20   express to you their impression of BP's efforts and

08:32:40 21   contributions to the Response?

08:32:44 22   A.   You know, on an ongoing basis, you know, we were

08:32:46 23   supporting each other.

08:32:47 24   Q.   Can you give us an example of that?

08:32:52 25   A.   Well, I -- you know, I think the -- before -- I mean,

**OFFICIAL TRANSCRIPT**

1548

08:32:57 1   during the response, just the way we mobilized in the kind of

08:33:07 2   move heaven and earth approach, you know, on several occasions,

08:33:13 3   the Coast Guard Captains that I worked with, the Commanders I

08:33:15 4   worked with were very appreciative.

08:33:18 5         Then, you know, after the Response, you know, after

08:33:19 6   we reflected on what was done, we've had numerous occasions to

08:33:22 7   come together, and still, again, very, very, very strong view

08:33:27 8   of the collaboration and the good work that we did.

08:33:29 9   Q.   Do you know where Admiral Nash is?

08:33:37 10  A.   Yeah, Admiral Nash, he was a Federal On-Scene Commander

08:33:40 11  when we moved to New Orleans.  He was actually District 8

08:33:43 12  Commander here in New Orleans, as well, afterwards.

08:33:46 13        We spent some time after -- part of the sharing

08:33:52 14  lessons learned, Admiral Nash came and gave my industry group a

08:33:56 15  talk and spent a lot of time talking about that relationship

08:33:58 16  and the appreciation of all responders for what was done.

08:34:05 17  Q.   Now we have been discussing the Unified Area Command

08:34:09 18  structure, and you mentioned that part of your responsibilities

08:34:11 19  included bringing resources, both people and equipment, to

08:34:14 20  respond to the spill.  I would like to ask you a few questions

08:34:18 21  about that.

08:34:20 22        Did you receive any guidance from BP about mobilizing

08:34:25 23  resources?

08:34:26 24  A.   I did.

08:34:27 25  Q.   Can you tell the Court what guidance you received?

**OFFICIAL TRANSCRIPT**

08:34:31  1    A.    It was pretty simple.   It was just get everyone you need

08:34:36  2    here; reach into the company, get everyone that's -- the skills

08:34:42  3    and the capability you need, bring them in.   Reach out beyond

08:34:47  4    BP, in the US, go global.   Bring them in from outside the US.

08:34:55  5    Then bring in the contractors.

08:34:57  6             When I got involved, I mean, the Oil Spill Response

08:35:00  7    Plan had already been enacted, the oil spill response

08:35:04  8    organizations had already been mobilized, but there was

08:35:06  9    mobilizing beyond that.   Really, you know, noting the size of

08:35:12 10    this effort, we were going to need a lot.

08:35:16 11    Q.    You heard the phrase "move heaven and earth" to bring in

08:35:20 12    the right expertise and resources to respond?

08:35:22 13    A.    Yes.

08:35:22 14    Q.    What was that about?

08:35:23 15    A.    Well, bringing a lot of folks in, generating a lot of new

08:35:30 16    activity, committing to activity, committing to resources, be

08:35:35 17    it people resources, or be it equipment.   We just wanted to

08:35:39 18    make sure everybody knew that the company had no limit.

08:35:45 19             If they needed to hire a team of people or bring in

08:35:49 20    equipment, they didn't have to ask me, they didn't have to ask

08:35:52 21    Mr. Suttles, they brought what they needed.

08:35:55 22    Q.    Was this guidance from BP that was communicated to you

08:35:59 23    also communicated to the folks that were at the various

08:36:02 24    Incident Command Posts and branch offices?

08:36:05 25    A.    It was.   We wanted to make sure that that tone was set.

08:36:09  1    Everyone knew that that was the expectation.  The mission was
08:36:12  2    really clear, and we just wanted to be equally clear around how
08:36:18  3    we wanted to respond, not just the what.
08:36:20  4    Q.   Mr. Morrison, at any time did BP place any limitations on
08:36:26  5    what resources, whether capital or people, in responding to the
08:36:30  6    spill?
08:36:31  7    A.   No.
08:36:31  8    Q.   Okay, let's move on.
08:36:36  9         MS. KARIS:  Yes, Your Honor.
08:36:37 10         THE COURT:  I'm not trying to cut you off, but a lot of
08:36:42 11    this I've heard already.
08:36:42 12         MS. KARIS:  Very well.
08:36:44 13         THE COURT:  It sounds duplicative, cumulative or
08:36:48 14    whatever we want to call it.  So let's try to make sure we're
08:36:51 15    not just repeating testimony that we've already heard, okay.
08:36:55 16         MS. KARIS:  Understood, Your Honor.
08:36:57 17         THE COURT:  Okay.
08:36:57 18    EXAMINATION BY MS. KARIS:
08:36:59 19    Q.   Mr. Morrison, as Judge Barbier indicated, there has been
08:37:05 20    previous testimony on this.  So just to summarize, your
08:37:09 21    personal involvement in mobilizing resources, from your
08:37:14 22    perspective only, can you just summarize that for us so we can
08:37:18 23    move on to another topic.
08:37:20 24    A.   Sure.  In the early -- in the early weeks, it was reaching
08:37:25 25    out into BP, tapping some of my colleagues around the world, my

08:37:33 1   peers.  We knew we needed operational skills in this crisis,

08:37:37 2   so, you know, tapping my peers.

08:37:40 3            Vice-president of operations from Alaska came down.

08:37:45 4   I think you met Mr. Utsler yesterday.  Those kind of folks that

08:37:50 5   have not only been Incident Commanders, but also had a really

08:37:54 6   good view of how to run big organizations and motivate those

08:37:57 7   organizations.

08:37:57 8            On the contractor side, I can remember O'Brien's was

08:38:03 9   one of our key contractors, key oil spill response contractors.

08:38:09 10  It was -- they brought a lot of people to the Response.

08:38:12 11            I can remember asking a question of the owner of

08:38:15 12  this -- I thought this was a publicly -- I mean, a

08:38:18 13  privately-owned company.  Apparently, the owner, Jim O'Brien,

08:38:22 14  had sold his company.  I asked, "Where is Jim?"  They go,

08:38:28 15  "Well, he's probably retired."  I said, "Well, why don't we get

08:38:32 16  Jim here."

08:38:32 17            I called Jim.  He kind of said, "I wondered when you

08:38:37 18  were going to call me."  He came and spent some time with me

08:38:40 19  and some of the Commanders, really giving us a good -- a good

08:38:43 20  lesson of what to expect next.

08:38:45 21            So he was a very, very seasoned, experienced

08:38:50 22  responder who gave me and my team a lot of advice over the

08:38:54 23  course of this.

08:38:55 24            So, again, the point is, we reached into BP, but we

08:38:59 25  reached out to some of these key contractors to help us, you

**OFFICIAL TRANSCRIPT**

08:39:04  1    know, in the effort.

08:39:05  2    Q.   Last question on this topic, from your perspective from

08:39:12  3    where you were sitting, did the no limitation of resources and

08:39:16  4    reach out to bring in expertise assist with mounting an

08:39:22  5    effective response?

08:39:22  6    A.   Absolutely.

08:39:23  7         I think the -- you know, it was BP, it was the

08:39:29  8    Coast Guard, it was our OSROs.  There were countries around the

08:39:33  9    world that wanted to help, and actually did send us some

08:39:37 10    things.

08:39:38 11         Our contractors, one thing, but also our competitors

08:39:44 12    came in here.  The people that we go head to head to -- with

08:39:47 13    out there in the Gulf of Mexico, they wanted to help, too.

08:39:51 14         So Chevron, you know, brought a lot of resources.

08:39:55 15    They brought some of the equipment in.  They brought some of

08:39:57 16    the people in.  They did a lot of our work on the supply chain.

08:40:01 17         Shell brought their subsea engineers in.  Conoco

08:40:06 18    brought some of their HSE staff in to help with us the scale of

08:40:10 19    the Response onshore.

08:40:11 20         So a lot of -- a lot of mutual aid, if you will,

08:40:15 21    sharing, you know, contractors, competitors, inside of BP,

08:40:21 22    outside of BP.

08:40:21 23    Q.   Thank you.

08:40:23 24         Let's turn now to a slightly different topic.  We

08:40:28 25    have been talking about people and resources to help mitigate

08:40:32  1    the impact of the spill.  I now would like to talk to you about

08:40:37  2    efforts to mitigate the economic impact of the spill.

08:40:43  3              In providing the -- strike that.

08:40:46  4              Are you aware of BP's efforts to mitigate the

08:40:50  5    economic effects of the spill?

08:40:53  6    A.    I am.

08:40:53  7    Q.    Okay.  Again, some of this has been previously covered, so

08:40:57  8    we'll move through it pretty quickly from your perspective

08:41:00  9    only.

08:41:01 10         THE COURT:  Not only has some of it been previously

08:41:04 11    covered, but I understand you have an expert who is going to

08:41:06 12    testify about this also, right?

08:41:08 13         MS. KARIS:  Yes, Your Honor.

08:41:09 14         THE COURT:  So this is all getting very cumulative

08:41:12 15    here.  I mean, I don't have to hear this same stuff, you know,

08:41:16 16    over and over again.  I'm listening, I promise.

08:41:20 17         MS. KARIS:  Okay.  Very well.

08:41:20 18    EXAMINATION BY MS. KARIS:

08:41:22 19    Q.    Mr. Morrison, we'll skip those efforts, and Dr. Scott will

08:41:25 20    come in and speak to those.

08:41:27 21              Let's talk to the next role -- speak about the next

08:41:31 22    role or position that you held.  After leaving the response,

08:41:37 23    you became the vice-president of Global Deepwater Response,

08:41:40 24    correct?

08:41:42 25    A.    That's correct.

**OFFICIAL TRANSCRIPT**

08:41:42  1    Q.    First, can you recap for us, what was the Global Deepwater

08:41:48  2    Response group?

08:41:50  3    A.    This was the organization we set up to help initially our

08:41:57  4    deepwater regions get back to drilling, but primarily it was

08:42:00  5    around helping industry, helping regulators, helping some of

08:42:07  6    our co-owners around the world understand not only what

08:42:11  7    happened -- that was pretty clear and been pretty well

08:42:14  8    documented -- but how we responded, you know, and how they

08:42:17  9    could use our lessons, our learnings, in terms of what we

08:42:21 10    learned through this incident, both the Source Control stuff

08:42:25 11    and the Spill Response.

08:42:27 12         That led to a lot of workshops, you know, hand in

08:42:33 13    hand with various companies.  I would go in, I would bring some

08:42:37 14    of our responders in.  I would bring my expert on in situ burn.

08:42:42 15    I would bring my expert on dispersants.

08:42:45 16         We would sit down with these companies for two or

08:42:50 17    three days and let their oil spill response organization, their

08:42:50 18    technical staff come in and just -- you know, question after

08:42:52 19    question, because they wanted to make their plans better.  We

08:42:56 20    wanted their plans to be better.

08:42:58 21         We wanted to let the regulators know, who were

08:43:01 22    thinking about, you know, how do we respond to something like

08:43:03 23    this, I would help them, from my perspective, what was

08:43:08 24    effective and what was not.

08:43:09 25    Q.    Was this a full-time job for you?

**OFFICIAL TRANSCRIPT**

08:43:13 1    A.    This was.   This was -- this was about two and a half years

08:43:16 2    fully dedicated to that.

08:43:18 3            When I left that role, it was replaced.   The position

08:43:22 4    goes on.   They're still -- they are still working with

08:43:27 5    organizations, regulators and industry groups to make sure that

08:43:33 6    these lessons are embedded.

08:43:35 7    Q.    How soon after the incident did you begin sharing these

08:43:39 8    lessons learned with industry and regulators?

08:43:43 9    A.    Well, actually, as the Response was still going on, I was

08:43:47 10   here in New Orleans, still as the Deputy Area Commander.   I was

08:43:51 11   asked to, while we still have the Incident Command Post set up,

08:43:55 12   while we still had responders working, to get out and speak

08:43:58 13   with them, capture what's on their mind, what worked, what

08:44:03 14   didn't, what we learned, while it was really fresh, before

08:44:08 15   everybody abandoned and went back to their day jobs.

08:44:11 16           So I spent several weeks going through all those

08:44:14 17   Incident Command Posts, working with our Incident Commanders,

08:44:17 18   the Coast Guard, others, just to kind of get a sense of did --

08:44:23 19   what did we do, what did we learn, what would we do next time?

08:44:27 20           So that was ongoing in the -- in the June, July

08:44:34 21   timeframe.

08:44:34 22   Q.    If we can bring up D-34609, please.

08:44:45 23           Mr. Morrison, we have here a slide titled, "BP Shared

08:44:49 24   its Lessons Learned Globally."   Are you familiar with the

08:44:53 25   materials that are depicted on the slide, TREX-231104,

                          **OFFICIAL TRANSCRIPT**

08:44:58  1    TREX-11987, and TREX-247272?

08:45:03  2    A.   Yes, I'm familiar with that.

08:45:06  3          MS. HANKEY:  Your Honor, I am going to object to the

08:45:07  4    use of the term "BP" as synonymous with BPXP there.  I think

08:45:14  5    he's testified clearly that this was a global response by the

08:45:17  6    company, which BPXP is not a global company.

08:45:19  7          THE COURT:  All right.  Well, this is the same

08:45:22  8    objection you made two or three times earlier.  As I said, and

08:45:25  9    I'll repeat again, you can bring all of that up on

08:45:28 10    cross-examination, okay.

08:45:30 11             Go ahead.

08:45:30 12          MS. KARIS:  Thank you, Your Honor.

08:45:31 13    EXAMINATION BY MS. KARIS:

08:45:33 14    Q.   Mr. Morrison, are you familiar with the documents that are

08:45:36 15    depicted on this slide?

08:45:37 16    A.   Yes, I am.

08:45:38 17    Q.   Just tell us as an overview, before we get into the

08:45:41 18    documents, what are these?

08:45:43 19    A.   The one on the left there is a -- is a document that we

08:45:47 20    created.  It's a narrative that we created at the request of

08:45:52 21    Director Bromwich, who was then the Director of the BOEMRE.

08:45:59 22    That's that one there.

08:46:00 23             These are samples of presentations that we talked

08:46:05 24    about earlier I would use as we went around the world talking

08:46:11 25    to the various stakeholder groups.  These could be, you know,

**OFFICIAL TRANSCRIPT**

08:46:14 1    eight slides, and it could be 80 slides.  So there's quite a

08:46:18 2    thick decking, depending to what the audience was and what

08:46:21 3    their needs were.

08:46:22 4    Q.    Let's start with the Harnessing Capabilities Report that

08:46:27 5    is on the left.  If we can pull up TREX-21104.1, please.

08:46:35 6          Is this the document that you indicated was prepared

08:46:38 7    following discussions with Director Bromwich?

08:46:40 8    A.    Yes, it is.

08:46:41 9    Q.    If we can now look at 231104.2.1.

08:46:47 10         It's dated September 1st of 2010.  It reads, "BP has

08:46:52 11   prepared this report as a follow-up to the discussions of the

08:46:54 12   Bureau of Ocean Energy Management, Regulation and Enforcement

08:47:01 13   in order to provide a preliminary outline of some of the

08:47:05 14   lessons learned in the course of responding to the explosion on

08:47:08 15   the *Deepwater Horizon* drilling rig, focusing in part upon the

08:47:12 16   key equipment, facilities, planning tools that were

08:47:15 17   successfully deployed in responding to this event."

08:47:19 18         Did you meet with Director Bromwich?

08:47:24 19   A.    Yes, I did.  After those "Lessons Learned" sessions I did

08:47:30 20   with the Incident Commanders and what have you, I and two of my

08:47:34 21   colleagues traveled to Washington to brief the Director on what

08:47:38 22   we were finding, how it was coming.  So I did meet with him

08:47:47 23   probably in August.

08:47:48 24   Q.    Did you share with Director Bromwich and other members of

08:47:52 25   the government information about what tools and equipment had

OFFICIAL TRANSCRIPT

08:47:57  1    been advanced as a result of the Oil Spill Response activities?

08:48:02  2    A.    We did.  We started kind of at the wellhead and moved

08:48:07  3    toward the beach.  We spent time briefing them on the open

08:48:11  4    containment systems, the closed containment systems,

08:48:17  5    simultaneous operations that occurred.

08:48:18  6          We briefed them on the enhancements that were made in

08:48:23  7    existing tools, found it quite, quite important, and really

08:48:28  8    prompted him to just ask us.  He said, go back.  If you can,

08:48:33  9    take what you're doing with those lessons learned, and write

08:48:36 10    something that the American people can understand.

08:48:39 11          Get the technical lingo out of it.  Get all of that

08:48:41 12    stuff out of it.  Tell us, you know, where you started, where

08:48:45 13    you ended, and give us something that we can use.

08:48:49 14          Recognizing the spill is still going on, recognizing

08:48:52 15    there are still people deployed, let's get this out quickly.

08:48:56 16    That was his request.

08:48:56 17    Q.    Were you able to do that by September 1st of 2010, while

08:48:59 18    the spill was ongoing?

08:49:02 19    A.    Yeah.  We turned this over September 1st.  Clearly, the

08:49:06 20    spill had stopped --

08:49:06 21    Q.    That's right.  The Response was ongoing.

08:49:09 22    A.    -- but the Response was still going on.

08:49:11 23    Q.    Fair point.

08:49:12 24          Did anybody from the government ever indicate to you

08:49:13 25    that the advancements that you were speaking of in this report

**OFFICIAL TRANSCRIPT**

1559

08:49:17 1    and the other reports that we're about to look at were not

08:49:20 2    advancements, but they were actually on the shelf, ready to be

08:49:24 3    deployed in the event of a spill?

08:49:28 4    A.    No.  I mean, the toolkit that we all started with was a

08:49:34 5    certain vintage and a certain capability.  I think that was

08:49:37 6    the -- that was the ah-ha in all of this, is that as the

08:49:42 7    responders came together and applied their wisdom and their

08:49:45 8    thoughts on how to apply some of those tools, we advanced

08:49:48 9    things quite a long distance.

08:49:50 10   Q.    If we could now look to TREX-11987.15.1.

08:49:57 11         This is the other document that we looked at

08:50:00 12   previously in the cover slide, "Advancing Global Capabilities";

08:50:03 13   is that correct?

08:50:03 14   A.    That's correct.

08:50:04 15   Q.    Now, if we can look at .16.1.

08:50:10 16         You indicated the earlier document, "Harnessing

08:50:13 17   Capabilities," was prepared in conjunction with discussions

08:50:15 18   with Director Bromwich.

08:50:17 19         Tell us what this document, "Advancing Global

08:50:19 20   Capabilities," is that we're looking at.

08:50:22 21   A.    This was one of the high-level slides we would use.  It's

08:50:27 22   really just, you know, reinforcing for the audience that we

08:50:31 23   were talking to is that we have a deep commitment to share

08:50:34 24   these lessons, and it's not going to stop tomorrow.  We're in

08:50:39 25   it for the long term.

08:50:40 1          The areas we visited are there shown.  We would
08:50:44 2   cover -- first of all, we started kind of in the deepwater
08:50:48 3   regions that really needed the input and the dialogue.
08:50:52 4          So we started, you know, in West Africa.  We started
08:50:55 5   in the North Sea.  We went to Australia, other places that had
08:51:00 6   deepwater operations.
08:51:01 7          Then we expanded that because a lot of the learnings
08:51:05 8   and insights transcend just deepwater.  They could be used in
08:51:12 9   shallow water too.
08:51:13 10         So that's what we did.  We went to over 30 countries.
08:51:16 11  I personally did about 150 of those meetings in -- I haven't
08:51:21 12  counted the countries, but probably 20 or so.
08:51:24 13  Q.   Why did you spend your time participating in 150 meetings
08:51:28 14  speaking to industry and regulators about lessons learned from
08:51:33 15  your response?
08:51:35 16  A.   I think it just draws back to the commitment.  This
08:51:38 17  industry gets better when we share.
08:51:39 18         This is not -- this is not competitive or sensitive.
08:51:45 19  This is that stuff that we ought to share, we ought to work
08:51:48 20  together.  So it's really to get that out.
08:51:50 21         Word travels at a certain pace in this world.  This
08:51:56 22  was a chance to accelerate that -- those lessons of learning.
08:52:01 23  I think the key part was let them speak to people who were
08:52:04 24  there, as opposed to reading it in a book.
08:52:08 25         So those meetings, those little balls there, it was

**OFFICIAL TRANSCRIPT**

1561

08:52:09  1    not just me.  I would grab one or two of the people, either a

08:52:12  2    driller or a responder, surface responder, and we would go do

08:52:18  3    that.  It wasn't just me.  It was a team of people.

08:52:19  4    Q.   Quickly, I would like to discuss a couple of the lessons

08:52:26  5    that were learned that you discussed in these meetings.

08:52:29  6              If we can pull up D-34603, please.

08:52:34  7              Mr. Morrison, do you recognize this slide?

08:52:36  8    A.   Yes, I do.

08:52:37  9    Q.   Can you tell the Court, what is depicted on D-34603,

08:52:44 10    titled, "BP Shared Learnings Across Five Key Areas"?

08:52:48 11    A.   You know, as I mentioned, when we went out and captured

08:52:51 12    the lessons in each of these areas, it was overwhelming.  There

08:52:55 13    were so many things that people wanted to say and wanted to

08:52:59 14    point out.

08:53:00 15              We had to kind of lump or bucket those insights, and

08:53:06 16    we did it in five -- five buckets.  Some around prevention,

08:53:10 17    which was very important, but the majority of what we were

08:53:14 18    communicating was what was going on on that surface.

08:53:16 19              So that cube you see there is a very, very simple

08:53:21 20    depiction of what was going on, not only down on the seabed,

08:53:24 21    but up on the surface.  All of the vessels near the -- near the

08:53:27 22    site, all the vessels kind of mid-water, what they were doing,

08:53:31 23    and then what was going on on the shoreline.

08:53:33 24              So this depicted -- kind of set the stage.  It was

08:53:38 25    deepwater, you know, multiple jurisdictions on the shoreline,

OFFICIAL TRANSCRIPT

08:53:43  1    and a lot of activity going on on the water.

08:53:44  2            We would just peel each of those areas back, Spill

08:53:48  3    Response, Prevention, Containment, Crisis Management, and

08:53:52  4    spend, you know, hours talking about what was going on there.

08:53:55  5    Q.   Are you familiar with Simultaneous Operations, or SimOps,

08:54:04  6    in connection with the Spill Response activities?

08:54:06  7    A.   Yes.

08:54:07  8    Q.   If we can now look at TREX-231104.24.1.

08:54:13  9            First, let me begin by asking, were there lessons

08:54:16 10    learned in connection with simultaneous operations that you

08:54:20 11    shared with regulators and the industry as you were speaking to

08:54:23 12    them?

08:54:23 13    A.   There were a lot of lessons in this area in particular.

08:54:27 14    Q.   Let me stop you first and ask you, what are simultaneous

08:54:33 15    operations?  What is this concept?

08:54:34 16    A.   Simultaneous operations in a marine environment, in the

08:54:39 17    oil and gas business, means that you have a structure, in our

08:54:44 18    case, our production facilities.  From time to time, vessels

08:54:48 19    have to come in and out of a 500-meter zone to either supply

08:54:53 20    our vessels or to offload our vessels.

08:54:55 21            So, in my mind, and in the way we use it in the

08:54:59 22    company, simultaneous operations is when you have to coordinate

08:55:03 23    the activities of multiple vessels and activities such that

08:55:08 24    it's safe and reliable.

08:55:09 25    Q.   What was the advancement in simultaneous operations or the

08:55:14  1    lesson learned from simultaneous operations in connection with

08:55:17  2    the Response?

08:55:20  3    A.    The challenge was the number, the number of facilities,

08:55:25  4    not only on the -- on the surface of the water, but down below,

08:55:30  5    in the mid-water and actually down at the seabed.

08:55:34  6          So the lesson was, at scale, when you have these --

08:55:39  7    this number of activities going on at one time, there are some

08:55:45  8    really good tools developed during this Response that allowed

08:55:48  9    the people on the surface and the people back in headquarters

08:55:52 10    to coordinate and optimize the activities going on in a safe

08:55:57 11    manner.

08:55:58 12          So think about every captain on those ships and every

08:56:03 13    ROV operator that's running those ROV's doing work, they have

08:56:09 14    to know what their plan B is if there is a problem.  They need

08:56:15 15    to know where to go, how to react, and who has got priority,

08:56:19 16    one, two or three.

08:56:20 17          We developed this concept called *40 Simulation*, which

08:56:24 18    is basically storyboarding every move and activity these

08:56:30 19    vessels were going to do and also the ROV's were going to do,

08:56:34 20    so it worked.

08:56:35 21          So it was, I would just say, kind of planning on

08:56:40 22    steroids, meaning you were thinking through all of those

08:56:42 23    things, storyboarding those events, and making sure that it all

08:56:47 24    fit.

08:56:47 25          But the important part of this lesson was that's

**OFFICIAL TRANSCRIPT**

08:56:50  1    useless unless it's communicated back to the captains of those

08:56:53  2    vessels, so they know what's going on underneath them, they

08:56:56  3    know what their role is in the activity.

08:56:58  4    Q.   Mr. Morrison, in addition to the Spill Response

08:57:05  5    coordination activities, were you also trying to coordinate

08:57:07  6    with the Source Control related activities?

08:57:09  7    A.   Yes.  There were some areas, you know, close to the -- to

08:57:15  8    the source that -- there were operations going on there with

08:57:20  9    aerial dispersants, and there were operations going on there

08:57:23 10    with in situ burning.  So those activities clearly were part of

08:57:27 11    that simultaneous operation view.

08:57:31 12    Q.   Okay.  Now, we're talking about advancements in Spill

08:57:38 13    Response.  Does the document that you shared with the world

08:57:40 14    also include advancements in skimming, in booming, as well as

08:57:45 15    in situ burning?

08:57:45 16         You don't need to go through the details of that, but

08:57:48 17    does it contain that information as well?

08:57:50 18    A.   Yes, it does.

08:57:51 19    Q.   All right.  Mr. Utsler already spoke to the Court about

08:57:56 20    those, so we won't repeat that, but I am going to ask you, in

08:58:00 21    all of the presentations that you made around the world to

08:58:02 22    regulators and elsewhere, did anybody ever indicate that those

08:58:05 23    were not technological advancements, that they all existed

08:58:12 24    prior to this, and no improvements had been made?

08:58:14 25    A.   I never had anyone come up to me and said, you should have

OFFICIAL TRANSCRIPT

08:58:17 1    done this.  It was comprehensive.  A lot of recognition for

08:58:21 2    what the teams had done to advance those capabilities.

08:58:27 3    Q.    Thank you.

08:58:33 4          Speaking of advancements arising from the spill, are

08:58:36 5    you familiar with something called *the Houston Monitoring*

08:58:41 6    *Center*?

08:58:41 7    A.    Yes, I am.

08:58:42 8    Q.    Tell the Court first, what is the Houston Monitoring

08:58:45 9    Center?

08:58:47 10   A.    I think the Houston Monitoring Center is a third -- kind

08:58:51 11   of a third layer of oversight and protection for our drilling

08:58:55 12   operations in the Gulf of Mexico.

08:58:57 13         You know, offshore, you have the driller, you have

08:58:59 14   the mudlogger watching well control parameters and making sure

08:59:07 15   the well in control.  But we've added a third layer.  It's back

08:59:10 16   in Houston.  It's called *the Houston Monitoring Center*.

08:59:13 17         We have a staff of about 30 folks, mudloggers and

08:59:17 18   well site leaders and cementing experts, you name it, in there

08:59:22 19   to -- their sole purpose is to monitor the health and monitor

08:59:27 20   the fluids in and out of every wellbore.

08:59:30 21         So their focus is well control.  It's not about

08:59:35 22   ordering pipe tomorrow or trying to get the mud out.  It's,

08:59:38 23   boom, they are 24/7 monitoring of that well looking for weak

08:59:43 24   signals.  We want to see any possible weak signals, if the

08:59:48 25   numbers don't add up, if we see a gain in pit that the rig

08:59:53  1    doesn't see.

08:59:54  2         You know, there is a protocol that we developed with

08:59:58  3    NASA to look at an escalation profile of when we see something

09:00:02  4    in the monitoring center, what's the process to contact the

09:00:08  5    rig.

09:00:09  6    Q.   If you can look at D-34604, very briefly tell us, when

09:00:15  7    this demonstrative comes up, what we're looking at here.

09:00:18  8    A.   This is just a view of one of our well site monitors who

09:00:25  9    is in this room.

09:00:27 10         I'll just tell you, that is a secure room.  People

09:00:30 11    cannot go in and go out.  It is quiet and focused.  This

09:00:38 12    gentleman is monitoring one of our ten deepwater rigs out in

09:00:43 13    the Gulf of Mexico.

09:00:45 14         He is -- again, the data he's looking at are pit

09:00:50 15    volumes, pressures, flow rates, flows in and out of the well.

09:00:55 16    He's very familiar with the well program design.  He's

09:00:59 17    following kind of each step in the well program to make sure

09:01:02 18    what's planned is actually occurring.

09:01:05 19         Then, behind him, behind his screen, sits a well site

09:01:11 20    leader, a 20, 25-year experienced well site leader.  If he sees

09:01:16 21    something that he doesn't like or doesn't understand, he'll

09:01:18 22    stand up and talk to the well site leader, come and look at it,

09:01:22 23    and they'll make a decision whether this is something to

09:01:25 24    escalate to the rig personnel.

09:01:29 25    Q.   Mr. Morrison, based on the meetings that you've had with

                          OFFICIAL TRANSCRIPT

09:01:33 1    regulators in the industry, to your knowledge, are you aware of

09:01:36 2    any member of the industry that has a similar center?

09:01:42 3    A.   My understanding this is still unique.  We have

09:01:47 4    demonstrated and shown this to many people, regulators and

09:01:52 5    industry partners.

09:01:55 6         What this does is realtime data, and a lot of people

09:01:59 7    in the Gulf and a lot of people in the industry use realtime

09:02:03 8    data.  The little twist here is how it's used.  This is in a

09:02:08 9    very focused well control -- from a well control lens.

09:02:13 10        There are realtime operating centers that people

09:02:16 11   operate, but that's to coordinate and assist the rig team on a

09:02:21 12   day-to-day basis.  This -- if the well is drilled perfectly,

09:02:25 13   these people will never talk to the rig.  So that's the

09:02:31 14   difference.

09:02:31 15   Q.   Are there other similar improvements to safety operations

09:02:38 16   that BP has engaged in since the time of the incident?

09:02:43 17   A.   There are several.

09:02:44 18   Q.   Mr. Morrison, I would like to now change topics.

09:02:59 19        You testified early on that you're the vice-president

09:03:01 20   of BP's Global Deepwater -- I'm sorry, you're the Regional

09:03:06 21   President of BP's Gulf of Mexico operations, correct?

09:03:12 22   A.   That's correct.

09:03:12 23   Q.   That's the position you took after you left the role of

09:03:17 24   vice-president of Global Deepwater Response, where you were

09:03:20 25   sharing these lessons, correct?

**OFFICIAL TRANSCRIPT**

09:03:22  1    A.    Correct.

09:03:22  2    Q.    Now, given your current position, are you familiar with

09:03:27  3    BP's -- BPXP's operations in the Gulf of Mexico?

09:03:32  4    A.    Yes, I am.

09:03:33  5    Q.    Can you tell the Court what is the nature of that

09:03:37  6    business, that is, BPX&P's business?

09:03:41  7    A.    Well, the nature of the business is it's fully integrated.

09:03:45  8    We have exploration activities going on in the deepwater.

09:03:51  9    Provided those are successful, we have field development

09:03:54 10    operations that are going on, as well.

09:03:57 11          We have four major hubs that we operate in the

09:04:03 12    deepwater.  So we operate those production activities each day.

09:04:07 13    Q.    Let me interrupt you for one second.  I apologize.  You

09:04:11 14    keep saying, in the deepwater.  Is there a difference between

09:04:15 15    operating in the deepwater versus operating in shallow water,

09:04:18 16    from your perspective of conducting operations?

09:04:21 17    A.    The basics are similar.  Shallow water on the shelf,

09:04:28 18    deepwater.  The difference is everything in deepwater is

09:04:31 19    floating.  It's not touching the seabed.

09:04:34 20          That brings with it certain challenges, forces,

09:04:39 21    dynamics, loadings that don't occur onshore.  It is clearly --

09:04:47 22    it's a different -- different regime, different risk profile.

09:04:51 23    Q.    How about from an investment standpoint, does the

09:04:57 24    investment required in -- drilling in deepwater, how does that

09:04:59 25    compare to shallow water drilling?

**OFFICIAL TRANSCRIPT**

A.    Again, use similar tools but very different machines.   The
deepwater operations, I would just characterize it as a capital
intensive business.

       The fields out there, they tend to come on really
well, but they decline pretty quick, and you need to be
reinvesting in the deepwater to keep your volumes up.

       So that's one.  I mean, you know this.  A drilling
rig in deepwater will cost you a million bucks a day.  On the
shelf, it's probably a couple hundred thousand.  So that's the
different scale.

Q.    We'll talk a little bit more about that as we speak about
the capital expenditures that BP makes for its deepwater
operations, but how long has BP operated, BPXP operated in the
Gulf?

A.    We have been in the deepwater for about 25 years.  We have
been -- in the Gulf of Mexico, we used to have quite an
extensive portfolio in the shelf.  That's 50 years ago, 50
years -- plus 50 years ago.

Q.    What are some of the discoveries, for example, that have
been made by BP, BPX&P in the Gulf?

A.    We were partners initially in the deepwater with Shelf as
our operator there in Mars basin.  There were some, you know,
massive, giant fields discovered there in Mars, Ram Powell.

       As we started to learn more and more about the
deepwater, we started operating our own discoveries.  We

OFFICIAL TRANSCRIPT

09:06:35 1    found -- we found a large number of fields in the deepwater,

09:06:39 2    some we chose to operate, some we chose not to.

09:06:45 3          You've heard the names.  Thunder Horse was a big

09:06:47 4    discovery.  The Mad Dog Field, a very big discovery.  Na Kika,

09:06:56 5    there were five big fields there that were discovered.

09:06:58 6          So over the course of our involvement in deepwater, I

09:07:01 7    mean, one of the things we're known for is our exploration

09:07:04 8    success and our exploration capability.  So a lot of

09:07:10 9    discoveries made by BP and by BP and our partners.

09:07:13 10         THE COURT:  How do you define deepwater?  Is there an

09:07:18 11   accepted definition?

09:07:20 12         THE WITNESS:  Your Honor, it started off everybody was

09:07:23 13   thinking, you know, a thousand feet or more is deepwater.  Back

09:07:27 14   in the '80s, that felt like deepwater.  Now, as you know, we're

09:07:33 15   down into 10,000 feet.

09:07:34 16         The way I like to think about it is when you can

09:07:37 17   no longer touch the bottom.  You know, when you have to tether

09:07:41 18   your facilities as a floating dynamic facility.

09:07:43 19         THE COURT:  Technologically, what's the capability of

09:07:48 20   having a structure that touches the bottom?  There must be some

09:07:52 21   maximum depth that you can go to, four or 500 feet?

09:07:52 22         THE WITNESS:  Yes, Your Honor.  It's -- no, no, it's --

09:07:58 23         THE COURT:  More than that?

09:08:00 24         THE WITNESS:  -- it's gotten to about 1800 feet.

09:08:00 25         THE COURT:  1800, okay.

**OFFICIAL TRANSCRIPT**

09:08:02  1          THE WITNESS:  You can push it that far.

09:08:03  2          THE COURT:  So anything beyond that you would call

09:08:05  3  *deepwater*?

09:08:05  4          THE WITNESS:  Yes, Your Honor.

09:08:06  5          THE COURT:  Okay.  Thank you.

09:08:08  6  EXAMINATION BY MS. KARIS:

09:08:09  7  Q.   How many facilities does BP currently have operating in

09:08:12  8  deepwater?

09:08:14  9  A.   We, at the moment, have four what we call *core facilities*:

09:08:17 10  Thunder Horse, Mad Dog, Na Kika and Atlantis, those four.

09:08:25 11  Those are my core -- core facilities.

09:08:27 12  Q.   We've heard the term "core facility" used previously in

09:08:31 13  this case.  What is a core facility?

09:08:33 14  A.   Well, for us, it is -- as you know, we had a -- we had a

09:08:41 15  portfolio of operated facilities of eight back when I was the

09:08:46 16  vice-president of production.  We made the strategic choice to

09:08:51 17  move from eight to four.

09:08:52 18          There was a lot of reasons for that, but we kept the

09:08:55 19  ones that have probably the longest life remaining.

09:08:59 20          The noncore facilities, if you will, probably weren't

09:09:07 21  competing for as much capital as some of our bigger fields

09:09:10 22  were, so that's the difference.

09:09:12 23  Q.   How many leases does BP currently hold in the

09:09:15 24  Gulf of Mexico?

09:09:15 25  A.   We're operator for over 500 leases.  We're partners in

**OFFICIAL TRANSCRIPT**

09:09:21 1    some more.  So, overall, around 600-plus leases.

09:09:24 2    Q.    How many rigs does BP occupy in the Gulf of Mexico?

09:09:27 3    A.    We currently operate ten, ten deepwater drilling rigs in

09:09:33 4    the Gulf of Mexico.

09:09:34 5    Q.    Now, for operations that you've described, how many BP

09:09:39 6    company employees does BPX&P specifically have working on its

09:09:44 7    operations?

09:09:46 8    A.    There are around 2,300 employees working on behalf of

09:09:53 9    BPX&P for Gulf of Mexico operations.

09:09:55 10   Q.    There has been an issue in this case as to whether BPX&P

09:10:00 11   has any formal employees.  You say there are 2,000 employees

09:10:06 12   supporting its operation.  Explain to us the employee

09:10:09 13   relationship, if you will, to support BPX&P's Gulf of Mexico

09:10:15 14   operations.

09:10:15 15   A.    We have -- we have an employee base here in the US.  We

09:10:24 16   have operations in the lower 48 onshore.  We have operations up

09:10:27 17   in Alaska.  We have operations in, clearly, the Gulf of Mexico.

09:10:31 18          We have a company called *BP -- BP America Production

09:10:36 19   Company* that payrolls our staff and then allocates their time

09:10:43 20   and energy and efforts to the particular company that's

09:10:47 21   operating.  So BPX&P gets their employees from this BP America

09:10:54 22   Production Company, and they are charged and paid for by BPX&P.

09:10:58 23   Q.    That was going to be my question.  With respect to these

09:11:01 24   employees that are provided to support BPX&P's Gulf of Mexico

09:11:10 25   operation, who pays for those employees' time?

**OFFICIAL TRANSCRIPT**

09:11:12   1    A.    That's BPX&P.

09:11:14   2    Q.    Let's talk about production.

09:11:19   3          How much oil is currently being produced from

09:11:23   4    BPX&P's, if you will, operations in the Gulf of Mexico?

09:11:28   5    A.    Today's production was 254,000 barrels of oil a day net.

09:11:34   6    Q.    Do you know how you compare to your peers in the Gulf of

09:11:43   7    Mexico deepwater operations?

09:11:44   8    A.    For the last four years, four or five years, we have been

09:11:50   9    number one or number two.  The other biggest volume producer in

09:11:54  10    the Gulf of Mexico is Shell.  So, between Shell and BP, it

09:11:56  11    varies from one to two.

09:12:01  12    Q.    Is that still the case today?

09:12:04  13    A.    It is.  I haven't looked lately, but, you know, depending

09:12:08  14    on when some new wells come on, that can change the -- that can

09:12:12  15    change the ranking.

09:12:16  16    Q.    Now, you mentioned BP has offshore operations, the rigs,

09:12:20  17    the facilities.  Does it also have onshore operations?

09:12:25  18    A.    Yes, we have onshore support operations.  We don't have

09:12:28  19    any onshore production for BPX&P.

09:12:32  20    Q.    Where are the onshore support operations for BP's

09:12:38  21    deepwater Gulf of Mexico business?

09:12:39  22    A.    We're concentrated in Houma, Louisiana.  This is where our

09:12:46  23    operations learning center is.  This is where our preservation

09:12:50  24    and maintenance facility is.  This is where our aviation base,

09:12:54  25    where we -- we move about 10,000 people a month in and out of

**OFFICIAL TRANSCRIPT**

09:12:59  1    our operations from Houma.

09:13:00  2    Q.    In addition to Houma, do you have any other onshore

09:13:04  3    operations?

09:13:05  4    A.    We have -- most of our logistics, our supply bases, down

09:13:10  5    in Port Fourchon.  We have four big covered slips there that

09:13:16  6    support -- we have about 35 deepwater vessels, supply vessels,

09:13:21  7    that support our operations, our drilling operations, our

09:13:24  8    production operations, our seismic operations and that kind of

09:13:27  9    thing.  Those are all run out of our base, the Chouest base

09:13:33 10    there in Port Fourchon.

09:13:36 11    Q.    How many people work in support of that supply base that

09:13:39 12    you just described?

09:13:39 13    A.    Well, there's -- it's -- it's a pretty small team.  Down

09:13:46 14    in Fourchon, there is about 20, 20 BP employees.  It's

09:13:49 15    supported by the Chouest company.

09:13:54 16    Q.    On a yearly basis, how much does BP spend to support that

09:13:58 17    supply base operation in Port Fourchon?

09:14:01 18    A.    If you look at our logistics, the aviation to support

09:14:06 19    our -- to support our teams, the supply base down there, it's

09:14:10 20    about 611, $620 million a year.

09:14:14 21    Q.    In addition to Houma, Port Fourchon, does BP have any

09:14:21 22    other onshore operations to support deepwater drilling?

09:14:24 23    A.    We do.  I mean, we have our base in Houston, our

09:14:27 24    headquarters in Houston.  Think about that.  We occupy a

09:14:32 25    20-story building there on the Westlake campus.  That's where

OFFICIAL TRANSCRIPT

09:14:35 1    the majority of our engineers, geoscientists, geologists,

09:14:41 2    supply chain, finance, all of our functions that support our

09:14:45 3    production operation are pretty much housed there in Houston.

09:14:48 4    Q.   Does that then capture all of the onshore operations that

09:14:53 5    support the deepwater drilling operations of BPX&P?

09:14:57 6    A.   Yes.  We do have staff clearly in Houma to run our

09:15:00 7    learning center and to run our preservation facility.

09:15:03 8    Q.   Let's talk now about the capital expenditures that BP

09:15:10 9    makes to support that business.

09:15:13 10          First, we've heard the concept of CAPEX and OPEX, or

09:15:21 11   capital expenditures and operational expenditures.  Can you

09:15:24 12   briefly describe for us what is the difference between those

09:15:26 13   two?

09:15:27 14   A.   Well, capital investments are the new investments.  We're

09:15:31 15   investing in new wells, new facilities, new pipelines.  So

09:15:36 16   think of capital as the new investment.

09:15:39 17          Operating expense is simply the cost to maintain and

09:15:44 18   operate the existing four production hubs, to support those

09:15:50 19   operations, as well, and then, of course, to look for new

09:15:54 20   sources of oil and gas.

09:15:56 21          The geologists, the geophysicists, the seismic, all

09:16:00 22   of that comes in as operating expense.

09:16:02 23   Q.   On an annual basis, combined CAPEX and OPEX, how much does

09:16:09 24   BP, BPXP spend to support its Gulf of Mexico operations?

09:16:13 25   A.   We spend about $5 billion a year.  About three of that is

09:16:18  1    capital, two of that is operating expense.

09:16:20  2    Q.    Five billion, you said?

09:16:29  3    A.    Five billion.

09:16:29  4    Q.    If we can now look D-34612, please.

09:16:35  5          Mr. Morrison, we're going to walk through some of

09:16:37  6    these figures pretty quickly, but if you can tell the Court

09:16:42  7    first what this demonstrative shows with respect to BPX&P's

09:16:49  8    capital expenditures on a yearly basis from 2009 to 2013.

09:16:55  9    A.    I'll start with '13.  You can see the annual capital spend

09:17:00 10    there was $3.6 billion in '13.  This chart takes you back all

09:17:08 11    the way to 2009.  Over that period for BPX&P, we've spend

09:17:14 12    13.2 billion.

09:17:15 13          Again, that's the new -- that's the drilling --

09:17:17 14    that's the new wells, the drilling, the new projects,

09:17:21 15    facilities on -- the new facilities that we have been

09:17:24 16    installing out there as well.  So that's the -- that's the

09:17:26 17    capital.

09:17:27 18    Q.    What are some of the ongoing projects that CAPEX is being

09:17:32 19    spent for?

09:17:34 20    A.    Well, some of this -- if you looked at 12 and 13, we had

09:17:39 21    quite a bit of capital expenditures going into a new field that

09:17:43 22    we're bringing on.

09:17:45 23          Out in Mars B, that's a Shell operation, so that's a

09:17:49 24    joint venture.

09:17:51 25          Closer to home, we are doing extensive development

**OFFICIAL TRANSCRIPT**

09:17:55  1   drilling in Thunder Horse, in Atlantis, in Mad Dog.  So, if you

09:18:00  2   think about those ten rigs out there operating every day, at

09:18:03  3   about a million bucks a day, the numbers add up pretty quick.

09:18:09  4        So that's for the rig fleet and the new projects.

09:18:12  5   Q.   There has been some discussion in this case about what the

09:18:17  6   going forward expenditures will be.  We've talked a lot about

09:18:26  7   the decline in oil price that the industry is currently

09:18:30  8   experiencing.  Can you tell us what your capital expenditures

09:18:35  9   are planned to be going forward in light of the decline in oil

09:18:39 10   price?

09:18:40 11        MS. HANKEY:  Your Honor, I'm going to object to this

09:18:42 12   testimony.  Mr. Morrison wasn't designated under Rule 26 to

09:18:47 13   testify regarding the ability to pay of BPXP [inaudible] or the

09:18:53 14   impact of a penalty in financial [inaudible].

09:18:56 15        In fact, you heard a lot about the argument that

09:18:58 16   we had in discovery over the capital projections that had been

09:19:04 17   produced.  They were not produced until after Mr. Morrison's

09:19:09 18   deposition, so we were not allowed to depose him regarding any

09:19:13 19   future capital expenditures.

09:19:16 20        MS. KARIS:  Your Honor, if I may respond.  We're not

09:19:19 21   asking him for any opinion testimony or otherwise.  It's

09:19:22 22   factual testimony regarding what the current plan is with

09:19:28 23   respect to going forward expenditures.  That's first.

09:19:31 24        Second, with respect to Mr. Morrison's

09:19:34 25   deposition, the United States specifically moved to take a

09:19:41 1   second deposition of Mr. Morrison in connection with the

09:19:43 2   penalty phase to inquire about issues in this case.

09:19:47 3              As the chairman of the board and as the regional

09:19:50 4   president, he is obviously familiar, firsthand knowledge,

09:19:55 5   personally involved in BP's expenditures.

09:19:57 6              The United States made choices on what they

09:20:01 7   elected to ask him about for seven and a half hours of his

09:20:04 8   deposition.  So we're not asking him for any opinions.  We're

09:20:08 9   strictly asking him about plans but --

09:20:12 10      MS. HANKEY:  They have not [speaking simultaneously] --

09:20:14 11      MS. KARIS:  The disclosure -- sorry.  He was disclosed

09:20:16 12  as a witness with knowledge as to the issues in this case.  One

09:20:21 13  of those issues include BPX&P's ability to pay for a penalty or

09:20:28 14  its -- the economic impact.

09:20:30 15             We're not going to ask him about opinion

09:20:31 16  testimony.  We're going to ask him about his own involvement

09:20:35 17  and knowledge, which includes the financials.

09:20:39 18      MS. HANKEY:  I would point out that none of -- if he's

09:20:42 19  going to testify that they have expected expenditures based on

09:20:46 20  oil prices, they have produced no information to us in that

09:20:49 21  regard.

09:20:49 22             As I said, at the time of his deposition, they

09:20:53 23  had produced to us nothing on future projections for capital

09:20:58 24  expenditures.  I am just talking about his deposition

09:21:00 25  [inaudible] -- and he was not disclosed under Rule 26 to

**OFFICIAL TRANSCRIPT**

09:21:04  1    testify about the financial impact of the penalty on BPX&P.

09:21:10  2         THE COURT:  I'm not quite clear on where this line of

09:21:16  3    questioning is going because you have other witnesses to

09:21:19  4    testify about the financial impact, I know.  You have

09:21:25  5    Mr. Den Uyl, for example, right?

09:21:27  6         MS. KARIS:  Correct, Your Honor.

09:21:28  7         THE COURT:  Expert Witness.  So where do you intend to

09:21:32  8    go with this witness?

09:21:34  9         MS. KARIS:  Mr. Morrison is not going to speak to the

09:21:36 10    financial impact of any particular penalty or what valuation

09:21:42 11    Mr. Den Uyl has done or otherwise.

09:21:45 12              Mr. Morrison is going to speak to what is the

09:21:47 13    current financial picture, if you will, of the company,

09:21:51 14    strictly using financial reports --

09:21:55 15         THE COURT:  I thought that's what Mr. Den Uyl was going

09:22:00 16    to do.

09:22:00 17         MS. KARIS:  Your Honor, I believe Mr. Den Uyl does

09:22:03 18    something slightly different, which is --

09:22:04 19         THE COURT:  How so?

09:22:06 20         MS. KARIS:  He offers opinions about what effect or

09:22:08 21    impact a penalty will have --

09:22:09 22         THE COURT:  That sounds like another way of saying the

09:22:12 23    same thing.  It sounds like the same thing to me.

09:22:14 24         MS. KARIS:  If I can proceed with asking the questions,

09:22:18 25    I'll withdraw that one, and I think it will be clear that we do

                              **OFFICIAL TRANSCRIPT**

09:22:20  1    not intend to overlap those two.

09:22:25  2            THE COURT:  Sounds like an overlap to me.  Let's hear

09:22:29  3    your next question.

09:22:36  4            MS. KARIS:  I was going to turn to operational

09:22:38  5    expenditures.

09:22:38  6            THE COURT:  Are you asking him what they have already

09:22:40  7    spent, or are you asking him, project what they plan to expend

09:22:44  8    in the future?  That's what I'm not clear on.

09:22:44  9            MS. KARIS:  Your Honor, I'm asking --

09:22:47 10            THE COURT:  I thought we just talked about what they've

09:22:49 11    already spent in the past.

09:22:51 12            MS. KARIS:  We talked about CAPEX.

09:22:51 13            THE COURT:  Right.

09:22:52 14            MS. KARIS:  I was going to move with OPEX, what they've

09:22:55 15    already spent.

09:22:57 16            In addition to that, as the United States is

09:22:59 17    aware, Mr. Den Uyl, part of the basis for Mr. Den Uyl's

09:23:05 18    opinions include information that he obtained from

09:23:08 19    Mr. Morrison.

09:23:08 20            So the United States is well aware of

09:23:14 21    Mr. Morrison's role, involvement, and knowledge as to the

09:23:19 22    business.  I will not ask him about what impact a penalty would

09:23:22 23    have on the business.

09:23:24 24            So if I can proceed, I'll go with what has

09:23:28 25    already been spent, and we'll keep it current to date, without

09:23:30  1    any opinion, if you will, as to going forward impact --

09:23:36  2            THE COURT:  All right.  Go ahead and proceed on that

09:23:37  3    basis.

09:23:39  4            MS. KARIS:  Thank you.

09:23:39  5    EXAMINATION BY MS. KARIS:

09:23:40  6    Q.   Mr. Morrison, I would like to talk to you about

09:23:43  7    operational expenditures.

09:23:46  8            First, I'm going to pull up D-34613, please.

09:23:55  9            Can you tell the Court what D-30613 [verbatim]

09:23:59 10    titled, "BPXP's Operational Expenditures" shows with respect to

09:24:04 11    BP's historical spend for Gulf of Mexico operations.

09:24:10 12    A.   I'll start with 2013.  That's a spend of right at

09:24:16 13    $2 billion a year for Gulf of Mexico.

09:24:20 14            Again, those are costs like personnel costs,

09:24:24 15    maintenance costs.  That's running the -- running the

09:24:27 16    operation, if you will, supporting the operation.

09:24:30 17            It varies from year to year, if you look at that

09:24:34 18    analysis there, the results.  It depends on whether you've got

09:24:37 19    some broken wells that need fixing and those kind of things.

09:24:42 20    But, by and large, it's about $2 billion a year.  Over this

09:24:46 21    period, it was 8.8 billion.

09:24:54 22    Q.   You mentioned some those costs are fixed costs.

09:24:57 23    A.   They are.

09:24:57 24    Q.   Can you give us some examples of what -- first of all,

09:24:57 25    what do you mean by a fixed cost?

                          **OFFICIAL TRANSCRIPT**

09:25:00  1    A.    We tend to use terms like "fixed costs" and "variable

09:25:03  2    costs," you know, the variable being those that you can ratchet

09:25:07  3    up or ratchet down, depending on the environment.

09:25:10  4          Fixed costs are those that tend to stay fairly

09:25:16  5    constant, like, you know, the aviation charges for the people.

09:25:20  6    That doesn't change regardless of the environment.  Chemicals,

09:25:26  7    supplies, insurance, all those kind of fixed costs that

09:25:30  8    don't -- they don't change over time, that's what I was

09:25:34  9    referring to.

09:25:34  10   Q.    Are there contracts in place with your suppliers that

09:25:40  11   constitute operating fixed costs?

09:25:46  12   A.    There are.  We have long-term contracts with many of our

09:25:48  13   suppliers and our vendors.  Some of these contracts can range

09:25:52  14   from three to five years before they are renegotiated, if you

09:25:57  15   will.

09:25:58  16         That's true both in the operating cost side and the

09:26:02  17   capital cost side.  The capital cost side contracts tend to be

09:26:07  18   very, very long term in nature.

09:26:09  19   Q.    Can you walk away from those contracts, those long-term

09:26:19  20   contracts?

09:26:21  21   A.    Not without penalty.  We choose -- we -- we like to stick

09:26:27  22   with our long-term contractors where we can.  Clearly, there

09:26:33  23   are some times you can't, but there are significant penalties

09:26:37  24   for not finishing a contract.

09:26:39  25   Q.    Mr. Morrison, is part of the OPEX, or this 8.8 billion

                              **OFFICIAL TRANSCRIPT**

09:26:48 1   that we're looking at here, money that has been spent in

09:26:51 2   connection with personnel to support the operation?

09:26:53 3   A.    Yes, there is.  The -- our offshore workforce, personnel

09:27:00 4   with our offshore workforce is in there.  The folks that work

09:27:04 5   in Houston, to the extent they are working to support the

09:27:08 6   operations, their costs are in here.

09:27:10 7   Q.    If we can look at D-34614, please.

09:27:23 8         D-364 -- I'm sorry, 34614 is titled, "BPXP's Total

09:27:26 9   Employment Compensation 2009 to 2013."  Tell the Court what

09:27:30 10  this shows.

09:27:30 11  A.    This is a summary of all of the employment costs that are

09:27:36 12  allocated to my business in BPX&P.  It's around 480, $450,000 a

09:27:44 13  year.  Again, that depends a little bit on the activity set and

09:27:48 14  what we're doing because our numbers go up and down a little

09:27:51 15  bit, but -- so that's our -- that's our annual rate for

09:27:55 16  employment costs.

09:27:55 17        Over that period shown here back to 2009, we've spent

09:28:00 18  just over $2 billion on employment costs.  This is salaries,

09:28:05 19  benefits, everything to support the professional and the -- the

09:28:11 20  professional workers there.

09:28:13 21  Q.    Similarly, if we can look at D-34622, please, titled

09:28:26 22  "BPX&P Vendor Spend 2009 to 2013."  What does this reflect?

09:28:31 23  A.    These are costs that are paid for by BPX&P.  These are our

09:28:39 24  contractors.  These could be operating contractors on our

09:28:43 25  facilities.  These could be onshore vendors doing welding or

09:28:49  1    fabrication for us.  These would include some of the costs that

09:28:53  2    go toward our logistics, our aviation, our supply vessels.

09:28:57  3            We have, you know, roughly 4,000 vendors that support

09:29:01  4    us in the Gulf of Mexico operations, and these are the costs

09:29:06  5    that are tagged to those vendors.

09:29:07  6    Q.    Mr. Morrison, one of the issues in this case is BP's role

09:29:13  7    in the Gulf Coast community.  Are all of the dollars that we've

09:29:18  8    seen here spent to support operations in the Gulf Coast

09:29:22  9    community?

09:29:26 10    A.    These are expenditures that support solely just our

09:29:31 11    operations in the Gulf of Mexico.

09:29:33 12    Q.    And when you say *these*, are you talking about all of the

09:29:37 13    CAPEX and all of the OPEX figures that we've seen?

09:29:41 14    A.    That's correct.

09:29:41 15    Q.    We talk about role in the community.  I asked you earlier

09:29:48 16    about what BP's production figures look like.  Let's just

09:29:51 17    quickly look at 13162.1.1, please.

09:29:58 18            And if you can tell us what TREX-13162.1.1 shows with

09:30:07 19    respect to BP's presence in the Gulf Coast on production of

09:30:10 20    oil.

09:30:10 21    A.    I'll just point your eye to that bottom line, that's daily

09:30:16 22    oil production equivalent, so that's our oil production, our

09:30:21 23    gas production, our NGL.  It's primarily oil.  It goes back to

09:30:27 24    2009.

09:30:27 25            At that point we were producing upwards of

OFFICIAL TRANSCRIPT

09:30:31  1    400,000 barrels of oil a day net.  Again, that had the full
09:30:34  2    eight facilities that we used to operate back then producing.
09:30:37  3    We had just brought on some nice new fields, so our production
09:30:42  4    levels were pretty high in 2009.
09:30:44  5          Over the period between now and 2014, that production
09:30:49  6    has fallen off, with a little bit of a bump last year in 2014,
09:30:56  7    driven by really three things.  One is, as you bring new wells
09:31:00  8    on in new fields, they begin to decline almost immediately, so
09:31:05  9    there is a field decline that's driving a lot of -- a lot of
09:31:09  10   that production decline.
09:31:15  11         There's also, as I mentioned earlier, you really have
09:31:17  12   to invest here to keep your production levels flat or slightly
09:31:21  13   declining.  So there was a period there in 2010, '11, and a
09:31:27  14   little bit in '12 we weren't drilling very much.  We weren't
09:31:29  15   bringing on any new wells.  So that field decline was very
09:31:33  16   prevalent in our actuals there.
09:31:35  17         And then you can just see, we bottomed out in 2013 at
09:31:37  18   about 190,000 barrels a day.  In '14 we brought in some really
09:31:43  19   good new wells, and it's starting to inch up.  220 was our
09:31:50  20   first quarter in 2014.
09:31:51  21         That's a little bit of the journey on production for
09:31:56  22   BPX&P.
09:32:01  23   Q.   Do you have any plans for any new BPX&P production centers
09:32:06  24   to come online in the next three to four years?
09:32:10  25   A.   Our focus and actually our investment will be primarily

OFFICIAL TRANSCRIPT

09:32:16  1    the four core hubs, plus some exploration activity.  We have

09:32:22  2    nothing new, in terms of a new hub, planned for probably the

09:32:29  3    next five years.  In five years' time or so, we could have a

09:32:33  4    new -- a new hub there in the Mad Dog Field, but that's still

09:32:39  5    not sanctioned.

09:32:40  6    Q.    In addition to the capital expenditures, operational

09:32:43  7    expenditures that we've looked at, has BP also spent money from

09:32:49  8    its operations to pay for royalties and rentals and bonus

09:32:54  9    payments?

09:32:55 10    A.    Yes, we have.

09:32:56 11    Q.    And quickly, if we can look at D-34615.

09:33:01 12          And tell us what this document depicts.

09:33:04 13    A.    This just shows back to 2009 the royalty payments made on

09:33:14 14    the leases that we produced from.  So this is just both the

09:33:19 15    royalty that is taken in kind by the government and that that

09:33:27 16    is not.  And so, you know, it runs, you know, close -- and it's

09:33:33 17    driven by volumes.  It runs about a billion dollars a year.

09:33:39 18    And, again, that's for our operations in the Gulf of Mexico.

09:33:43 19    Q.    So from 2009 to 2013, the total spent in royalties is

09:33:49 20    approximately $4.8 billion, correct?

09:33:52 21    A.    That's correct.

09:33:53 22    Q.    Now, Mr. Morrison, we've talked about what the nature of

09:34:00 23    BPX&P's business is in the Gulf of Mexico and the money that it

09:34:03 24    has spent for those operations.  I now want to speak to you

09:34:07 25    about your knowledge and familiarity with its current financial

09:34:13  1    position in light of your membership or chairmanship, if you

09:34:18  2    will, on BPX&P's Board.

09:34:20  3            Remind us again, how long have you been a member of

09:34:23  4    the board?

09:34:24  5    A.    Since early 2011.

09:34:27  6    Q.    And when did you become the chairman?

09:34:30  7    A.    October of 2013.

09:34:33  8    Q.    Are you also the president of BPX&P?

09:34:37  9    A.    Yes, I am.

09:34:37 10    Q.    Is that a -- are you the president of the board?  Is that

09:34:41 11    a title that you use?

09:34:45 12    A.    No.  I know my role.  I'm chairman and president of the

09:34:51 13    BPX&P Board.

09:34:53 14    Q.    Tell us, what does the board do, the BPX&P Board?

09:34:59 15    A.    Well, this board helps me a lot in my role as regional

09:35:04 16    president for the Gulf of Mexico.  It's a collection of members

09:35:09 17    that have financial background, have operations background,

09:35:13 18    have exploration background.

09:35:16 19            And we -- our primary responsibility is to oversee

09:35:21 20    our operations in the Gulf of Mexico in terms of our adherence

09:35:24 21    to the policies, compliance with laws, regulations.  We look a

09:35:31 22    lot at the risk management efforts that are going on inside the

09:35:36 23    business, inside of Gulf of Mexico.  We spend a lot of time

09:35:40 24    looking at our compliance with regulations, some of our

09:35:45 25    agreements with the government.

**OFFICIAL TRANSCRIPT**

09:35:48  1          And I think probably a lot of the focus of the board
09:35:53  2  recently is our annual risk management process where our wells
09:35:58  3  group who drills our wells, our operations team that operates
09:36:01  4  our facilities, our safety and operational risk teams will come
09:36:07  5  in and brief the board on where our highest risks are in terms
09:36:12  6  of operational safety and what we're doing about it.  And we
09:36:17  7  get a chance to, you know, confirm for ourselves that the
09:36:21  8  right, appropriate actions are being taken.
09:36:24  9  Q.   Do you stay apprised of BPX&P's finances?
09:36:28 10  A.   We do.  We have -- we have a quarterly review.  When the
09:36:34 11  quarterly results are in, we spend time with our GCRO finance
09:36:39 12  team and we go through the financials and the health of the
09:36:40 13  company.
09:36:41 14  Q.   And does that include a review of the costs that have been
09:36:44 15  incurred in connection with the spill response?
09:36:47 16  A.   Yes.  Yes, it does.
09:36:48 17  Q.   And does that include costs that have been incurred in
09:36:52 18  connection with other *Deepwater Horizon* spill-related
09:36:57 19  expenditures?
09:36:57 20  A.   Yes.  All of the expenditures related to the Macondo
09:37:08 21  accident are reviewed there in the board.
09:37:10 22  Q.   Mr. Morrison, I'm having a slightly hard time hearing you.
09:37:13 23  A.   Okay.  Sorry.
09:37:15 24  Q.   That's okay.
09:37:21 25          You said all of the costs are --

**OFFICIAL TRANSCRIPT**

09:37:22  1   A.   We look at the costs of the operations, the business, in
09:37:25  2   BP's Gulf of Mexico operations, and we also review the cost of
09:37:29  3   our Gulf Coast Restoration Organization, which is running that
09:37:33  4   part of the business.
09:37:33  5   Q.   And the Court has previously heard about GCRO, so I don't
09:37:39  6   want to cover that again.  But I would like you to explain to
09:37:43  7   us how GCRO fits into BPX&P's organizational structure,
09:37:51  8   especially as it pertains to finances.
09:37:53  9   A.   So the -- if you think about -- the hat that I have is
09:37:58 10   regional president of Gulf of Mexico.  I'm working in the
09:38:03 11   upstream organization, the upstream line.  I also chair the
09:38:09 12   BPX&P Board, which has largely my operation reflected in it
09:38:15 13   plus GCRO.  And GCRO -- actually, the CFO for GCRO sits on my
09:38:24 14   board of BPX&P.  The cost of our efforts within GCRO are
09:38:31 15   reflected in the financials of BPX&P, so we look at them both.
09:38:36 16   Q.   Since you look at the costs that are reflected in GCRO
09:38:40 17   that are on BPX&P's books, I would like to now look at D-34605,
09:38:45 18   please.
09:38:48 19        Mr. Morrison --
09:38:49 20        MS. HANKEY:  I'm sorry, Your Honor, for the record, we
09:38:52 21   have an objection.  Under the terms of BPXP's criminal plea
09:38:58 22   agreement, they cannot ask the Court to reduce the penalty
09:39:01 23   based on payments under the probationary terms of that plea
09:39:04 24   agreement, and this slide includes, both under environmental
09:39:09 25   and legal claims, the payments that have been made under that

09:39:12  1    plea agreement.

09:39:15  2            THE COURT:  Is that correct?

09:39:16  3            MS. KARIS:  It is correct that this includes costs

09:39:20  4    incurred that are reflected in the plea, but to be clear, we

09:39:23  5    are not asking for credit as part of these proceedings or any

09:39:27  6    other proceedings.

09:39:28  7            THE COURT:  Well, then what's the point of having that

09:39:30  8    included?

09:39:31  9            MS. KARIS:  Sure.  The point, Your Honor, is with

09:39:34 10    respect to looking at the current financial position of BPX&P,

09:39:40 11    those costs had been incurred and paid.  And so --

09:39:45 12            THE COURT:  But if you're asking me to take that into

09:39:49 13    account, then you're asking for credit somehow, right?

09:39:51 14            MS. KARIS:  Your Honor --

09:39:52 15            THE COURT:  Not necessarily dollar for dollar credit,

09:39:55 16    but you're asking me to take that into account, which, as I

09:39:58 17    understand from your plea agreement, I'm not supposed to do.

09:40:02 18            MS. KARIS:  We're not asking the Court to take into

09:40:04 19    account for purposes of assessing whether monies have been paid

09:40:07 20    under the criminal plea.  The distinction is, if the money has

09:40:12 21    gone out the door, if you will, what the ability to pay is, as

09:40:18 22    reflective of the current balance.

09:40:20 23            THE COURT:  It sound like distinction without a

09:40:22 24    difference to me.  You're saying don't take it into account in

09:40:28 25    calculating the penalties, but then you're saying take it into

OFFICIAL TRANSCRIPT

09:40:31  1   account in deciding what we can pay because we actually paid

09:40:36  2   this money out, so you're splitting hairs there at best, I

09:40:41  3   think.

09:40:42  4               So you're going to have to revise this chart or

09:40:47  5   pull out of it whatever -- I don't know what the amounts are --

09:40:51  6   but whatever amount shouldn't be included in there, we need to

09:40:54  7   figure out.

09:40:55  8               MS. KARIS:  Your Honor, we will make a revision to the

09:40:57  9   chart.  And I will --

09:40:58 10               THE COURT:  How much in there are the criminal

09:41:01 11   penalties, do you know?

09:41:03 12               MS. KARIS:  Total amount of the criminal penalties

09:41:05 13   incurred, not necessarily paid, are $4 billion.

09:41:10 14               THE COURT:  $4 billion?

09:41:14 15               MS. KARIS:  Correct.  But that is -- we're going to go

09:41:17 16   through the paid, and we're going to go through the incurred.

09:41:21 17               MS. HANKEY:  Just for the record, Your Honor --

09:41:24 18               THE COURT:  That's under environmental or legal claims?

09:41:27 19               MS. KARIS:  That's under legal claims, Your Honor.

09:41:30 20               MS. HANKEY:  And, Your Honor, under environmental --

09:41:32 21               THE COURT:  So that $23 billion there under legal

09:41:36 22   claims, that's not monies paid to claimants in the settlements.

09:41:40 23   That's part of -- part of that -- four billion of that is your

09:41:45 24   criminal penalty, right?

09:41:47 25               MS. KARIS:  I believe that's correct.

**OFFICIAL TRANSCRIPT**

09:41:49 1         THE COURT:  All right.

09:41:50 2         MS. HANKEY:  And, Your Honor, under environmental,

09:41:52 3     there is also an additional 500 million that is part of the --

09:42:00 4         MS. KARIS:  Your Honor, I don't believe that's correct.

09:42:05 5             Your Honor, if I can offer a proposed solution?

09:42:05 6         THE COURT:  Okay.

09:42:08 7         MS. KARIS:  We will work to revise this particular

09:42:13 8     slide before we offer it into the record.

09:42:18 9         THE COURT:  You work that out to the satisfaction of

09:42:19 10    her objections, okay?

09:42:21 11        MS. KARIS:  We will do that, Your Honor.

09:42:22 12        THE COURT:  All right.  Let's proceed.

09:42:24 13        MR. BROCK:  Judge Barbier, also, of the criminal plea,

09:42:27 14    approximately $1.25 billion is an amount for which we can claim

09:42:35 15    credit in this proceeding.  So it's not to the exclusion of

09:42:40 16    all.  And I would just say that on the issue of whether the

09:42:43 17    financial impact of the company is different than claiming a

09:42:47 18    credit at the appropriate time, we'll present that in a legal

09:42:51 19    argument.

09:42:51 20        THE COURT:  You can try to split those hairs if you

09:42:55 21    would like to.

09:42:56 22        MR. BROCK:  I hear what you're saying.  I just wanted

09:42:58 23    to make it clear.

09:42:59 24        THE COURT:  You all work out -- like I said, I don't

09:43:01 25    know what the exact numbers are.  Okay.

                        **OFFICIAL TRANSCRIPT**

09:43:03 1         MS. KARIS:  Very well, Your Honor.  We will discuss the

09:43:05 2    categories with the recognition that we will be making some

09:43:10 3    adjustments to this slide.

09:43:11 4         THE COURT:  Very well.  Let's proceed.

09:43:13 5         MS. KARIS:  Thank you.

09:43:13 6    EXAMINATION BY MS. KARIS:

09:43:14 7    Q.   Mr. Morrison, can you tell the Court what D-34605

09:43:21 8    reflects?

09:43:23 9    A.   These are the categories that we capture in our financials

09:43:28 10   at BPX&P.  The point there is we've incurred a certain amount

09:43:33 11   of costs for the business, which is a little bit different than

09:43:37 12   we've paid out yet.  We still have some payments to make.  So I

09:43:41 13   think of that far right column -- that far right column is

09:43:45 14   what's gone out the door in terms of payments.  The middle

09:43:50 15   column is what's been incurred total, so you have to have both

09:43:54 16   on your books.  That's what this is.

09:43:55 17   Q.   All right.  Let's stop for a second and back up.  All the

09:44:00 18   costs that are captured on D-34605, subject to the objection

09:44:07 19   that we heard, are those costs that BPX&P has incurred for

09:44:15 20   Macondo-related liabilities?

09:44:16 21   A.   That is correct.

09:44:19 22   Q.   And those are costs and monies paid independent of the

09:44:24 23   CAPEX and OPEX expenditures that we were speaking to

09:44:31 24   previously; is that correct?

09:44:32 25        THE COURT:  Well, wait a minute now.  You're using

**OFFICIAL TRANSCRIPT**

09:44:34  1    incurred in one question and you said spent in next section.

09:44:34  2            MS. KARIS:  It covers both.

09:44:41  3            THE COURT:  As I understand, it's both.  I understand.

09:44:42  4    But there is a difference, obviously.

09:44:43  5                Let me ask a couple questions of the witness, if

09:44:45  6    I could.

09:44:45  7            MS. KARIS:  Sure.

09:44:46  8            THE COURT:  This column on the left, *Incurred* --

09:44:48  9            THE WITNESS:  Yes.  The one in the middle right there.

09:44:53 10            THE COURT:  Yes, the numbers on the left.

09:44:53 11            THE WITNESS:  Yes, sir.

09:44:55 12            THE COURT:  Have those been accounted for on your books

09:45:00 13    even though you haven't necessarily spent the money?

09:45:04 14            THE WITNESS:  Yes, sir.  They will show up as a future

09:45:06 15    liability if we haven't spent it yet.

09:45:09 16            THE COURT:  Right.  But it's showing on your books

09:45:10 17    already.

09:45:11 18            THE WITNESS:  It showing on my books, yes, Your Honor.

09:45:12 19            THE COURT:  I understand that.  And, of course, the

09:45:13 20    money on the right is what your financials show you've actually

09:45:19 21    paid out.

09:45:19 22            THE WITNESS:  Yes, Your Honor.  The one on the right

09:45:21 23    would impact the cash flow.

09:45:24 24            THE COURT:  Right.  And what are -- what's included in

09:45:27 25    recoveries?

**OFFICIAL TRANSCRIPT**

09:45:28  1                THE WITNESS:  Those recoveries are things like the
09:45:33  2    Anadarko settlement, the MOEX settlement, those things in
09:45:36  3    there.  And we also -- we did have some insurance.  We were
09:45:40  4    paid 500 million insurance from our insurance provider, so we
09:45:45  5    take that out, or we account for it in the recovery.
09:45:49  6                     So the bottom line, that bottom row is the net.
09:45:52  7                THE COURT:  Does that include or not include the
09:45:55  8    insurance recovery?  I'm just thinking of things, for example,
09:45:59  9    that BP is pursuing against Transocean's insurers.
09:46:06 10                THE WITNESS:  No, that's the recovery that I have
09:46:09 11    received.
09:46:09 12                THE COURT:  You've actually received that money?
09:46:11 13                THE WITNESS:  Yes, Your Honor.
09:46:12 14                THE COURT:  Okay.  Not anticipated?
09:46:15 15                THE WITNESS:  Right.
09:46:15 16                THE COURT:  Okay.  And what about the tax implications
09:46:20 17    there?  Are any of these before tax, after tax or what?
09:46:24 18                THE WITNESS:  These are probably before tax.  The -- if
09:46:36 19    we talk about the balance sheet, we'll show you where the taxes
09:46:39 20    are paid.
09:46:39 21                THE COURT:  Because one of the things -- I believe most
09:46:43 22    of these expenses would be tax deductible except probably some
09:46:50 23    of the criminal penalties and fines, right?
09:46:55 24                THE WITNESS:  Yes, Your Honor.
09:46:55 25                THE COURT:  All right.  Go ahead.

                                    **OFFICIAL TRANSCRIPT**

09:46:57  1          MS. KARIS:  Thank you.

09:46:58  2   EXAMINATION BY MS. KARIS:

09:46:59  3   Q.    Mr. Morrison, just to be clear, in terms of total

09:47:01  4   liabilities incurred as you just described to Your Honor, what

09:47:06  5   is the total liabilities incurred by BPX&P after those

09:47:12  6   recoveries?

09:47:14  7   A.    That's the $35.7 billion, total incurred.

09:47:22  8   Q.    And with respect to total paid to date, first, would that

09:47:27  9   be money out the door, if you will?

09:47:29 10   A.    It's paid to date, yes.

09:47:30 11   Q.    And after the recoveries, what is the total amount paid to

09:47:35 12   date, out the door?

09:47:37 13   A.    That's $27 billion paid to date.

09:47:42 14   Q.    And there appears -- there is approximately an $8 billion

09:47:49 15   difference between paid to date and incurred.  And tell us

09:47:51 16   again what that difference is.

09:47:54 17   A.    Those are for some of the things that we know are there,

09:47:57 18   it just hadn't occurred yet in terms of the payment.  There is

09:48:01 19   some things around NRD, there are some things -- claims and

09:48:07 20   others that haven't occurred yet, but they are on the books as

09:48:10 21   a liability.

09:48:10 22   Q.    And there is a note at the bottom that says, "Excludes

09:48:15 23   contingent liabilities, legal costs and provision for the

09:48:19 24   Clean Water Act penalty."

09:48:20 25          First, start with contingent liabilities.  What does

**OFFICIAL TRANSCRIPT**

09:48:23 1  this demonstrative reflect with respect to contingent

09:48:28 2  liabilities?

09:48:30 3  A.   It's basically saying it excludes those, which would

09:48:33 4  include things like future -- future state claims, obviously

09:48:40 5  the Clean Water Act penalty is not in there.  It could be some

09:48:45 6  of the -- some of the -- some of the liabilities we can't

09:48:51 7  calculate now, some of the carve-outs that have occurred in

09:48:58 8  some of these agreements and what have you.

09:48:59 9  Q.   So those costs are not captured on this balance sheet --

09:49:04 10 A.   That's correct.

09:49:05 11      THE COURT:  Not captured on the right or the left or on

09:49:07 12 either one?

09:49:07 13 EXAMINATION BY MS. KARIS:

09:49:09 14 Q.   -- on this demonstrative?

09:49:10 15      THE WITNESS:  Your Honor, none of that is in that table

09:49:13 16 that we're looking at, either the 35 billion incurred or the

09:49:17 17 27 billion out the door, none of the contingent liabilities,

09:49:21 18 legal costs or Clean Water.

09:49:23 19      THE COURT:  I'm a little confused, because it's been

09:49:28 20 stated that BP had set aside approximately 3.5 billion, as I

09:49:41 21 recall, in Clean Water Act potential penalties.

09:49:41 22      THE WITNESS:  Yes, Your Honor.

09:49:43 23      THE COURT:  That's not in the incurred column somehow?

09:49:49 24      THE WITNESS:  No, sir, it's a provision.  We

09:49:51 25 provisioned for it.

OFFICIAL TRANSCRIPT

09:49:53 1          THE COURT:  What does that mean accounting-wise as

09:49:56 2     opposed to incurred?  *Provisioned*, I'm not sure what that

09:50:01 3     means?

09:50:01 4          THE WITNESS:  I'm not an accountant either.

09:50:03 5          THE COURT:  Well, I used to be one in a former life,

09:50:06 6     but I don't know what the term *provisioned* means.

09:50:08 7          THE WITNESS:  So I'll tread lightly here.

09:50:10 8               What this table is doing is summarizing what is

09:50:16 9     captured in my GCRO unit, and those are the costs, you know,

09:50:21 10    with all of those categories.  The Clean Water Act penalty is

09:50:27 11    just not in there.  It's certainly on our books.  It's a

09:50:30 12    provision.

09:50:31 13         THE COURT:  It's set aside somewhere on your books?

09:50:35 14         THE WITNESS:  Yes, sir.  Three and a half billion

09:50:37 15    dollars is provisioned as a future liability.

09:50:42 16         THE COURT:  Okay, fair enough.  Thank you.

09:50:43 17    EXAMINATION BY MS. KARIS:

09:50:44 18    Q.   Mr. Morrison, just to be clear, when you say *set aside*

09:50:48 19    *somewhere*, what do you mean by that?

09:50:50 20    A.   I don't mean -- there is not a bank account with three and

09:50:54 21    a half billion dollars sitting in it ready to pay.  It is -- it

09:50:56 22    has been flagged through our financial system up to our annual

09:51:01 23    reports that we have this future liability that's been

09:51:04 24    provisioned.

09:51:06 25    Q.   You're not suggesting that there is three and a half

**OFFICIAL TRANSCRIPT**

09:51:09 1   billion dollars put to the side, if you will, for that

09:51:11 2   provision; is that correct?

09:51:12 3   A.   That's correct.  Neither at the BPX&P account or at the

09:51:19 4   PLC account.

09:51:20 5   Q.   Now, with respect to these costs, this is a summary slide,

09:51:25 6   but are these captured somewhere as part of the daily business

09:51:29 7   operations?

09:51:30 8   A.   They are.  This is a very high summary of our account

09:51:33 9   balance.

09:51:33 10  Q.   If we can look at TREX-246896, please.

09:51:40 11       You mentioned your account balance.

09:51:44 12       MS. KARIS:  We have a board here, Your Honor.  If I may

09:51:47 13  approach to put up this board?

09:51:48 14       THE COURT:  Sure.

09:52:08 15       MS. KARIS:  Thank you.

09:52:08 16       MS. HANKEY:  Your Honor, this will be subject to the

09:52:10 17  same objection regarding the criminal plea.

09:52:15 18       THE COURT:  All right.  Well, you all will have to work

09:52:16 19  that out.  I don't know that this is the being offered in

09:52:18 20  evidence, anyway.  This is just a demonstrative, right?

09:52:22 21       MS. KARIS:  This is a demonstrative.  But the

09:52:24 22  underlying TREX, Your Honor, which we're about to look at, from

09:52:27 23  which this is just a snapshot, will be offered into evidence.

09:52:30 24       THE COURT:  Okay.  Well, I think you're going to have

09:52:31 25  to identify and pull out the -- separately identify the

**OFFICIAL TRANSCRIPT**

09:52:34  1    criminal penalties, okay.

09:52:36  2            MS. KARIS:  Okay, Your Honor.

09:52:38  3            THE COURT:  All right.

09:52:38  4    EXAMINATION BY MS. KARIS:

09:52:39  5    Q.    If we can look at TREX-246896 on the board from which this

09:52:45  6    is an excerpt.

09:52:46  7            Mr. Morrison, tell us what we're looking at.

09:52:47  8    A.    This is just a pull from the financial system that we have

09:52:53  9    there from BPX&P.  This one is showing at the high level the

09:52:59 10    main buckets, if you will, that we've captured the costs,

09:53:04 11    spill response, environmental, legal claims, other functional

09:53:09 12    costs.

09:53:10 13            THE WITNESS:  Your Honor, functional costs, that's just

09:53:12 14    the running cost for our GCRO organization.

09:53:12 15            THE COURT:  Okay.

09:53:16 16            THE WITNESS:  And then on the columns, you've got what

09:53:21 17    costs have been reported and incurred, any remaining that's

09:53:27 18    left to pay based on our estimates.  In the far right-hand

09:53:32 19    column is remaining payable.  And that's little different than

09:53:36 20    remaining provision because we know we have to pay that.  It's

09:53:38 21    not an estimate.  We know it's a payment.  And that is one

09:53:44 22    of -- the DOJ fine, that's the penalty for the DOJ fine.

09:53:48 23    Q.    Okay.  So, Mr. Morrison, to be clear, is this information

09:53:55 24    maintained on a quarterly basis to identify costs that have

09:54:00 25    been incurred in connection with the Macondo oil spill and

09:54:03 1   liabilities arriving from there?

09:54:06 2   A.   Yes, it is.

09:54:06 3   Q.   And is that information captured by category; that is,

09:54:11 4   spill response, environmental, functional, and claims?

09:54:18 5   A.   That's correct.

09:54:18 6   Q.   Is this the spreadsheet that was used to then create the

09:54:24 7   demonstrative that we were looking that identifies the total

09:54:28 8   costs incurred?

09:54:30 9   A.   It's the source document, yes.

09:54:32 10   Q.   Do you know who prepares the source document?

09:54:35 11   A.   This is our financial team in GCRO.  The accountant that

09:54:40 12   prepares this is a gentleman by the name of Mike Robertson.

09:54:45 13   Q.   And do those costs then on Mr. Robertson's spreadsheet get

09:54:51 14   passed on to BPX&P's financials?

09:54:55 15   A.   They are one in the same.

09:54:56 16   Q.   And is BPX&P responsible then for paying those costs that

09:55:02 17   are captured on this spreadsheet?

09:55:05 18   A.   That's correct.

09:55:06 19   Q.   I want to talk about some of the costs that have been

09:55:08 20   incurred that have affected the current financial position of

09:55:16 21   BPX&P.  If we can look at D-34605 again.

09:55:22 22         The first category, *Spill Response*, it says, "Relief

09:55:27 23   wells, tourism, grants, vessels, boom, contract labor, sampling

09:55:32 24   and testing."

09:55:33 25         How much has been paid out the door to date for those

OFFICIAL TRANSCRIPT

09:55:37 1    spill response costs?

09:55:38 2    A.    Almost all of those costs have been paid.  Those were

09:55:41 3    costs incurred primarily back in 2010, 2011.  So $14.2 billion

09:55:48 4    has been paid in the spill response category.

09:55:52 5    Q.    In what year were a vast majority of those costs paid?

09:55:58 6    A.    2010.

09:55:58 7    Q.    The next category, *Environmental*, tell us as a category

09:56:09 8    what that would include?

09:56:10 9    A.    The environmental category has costs related to NRDA, the

09:56:22 10   billion dollars of early restoration and the GoMRI, Gulf of

09:56:27 11   Mexico Research Initiative, those are the costs that are in

09:56:30 12   there.

09:56:31 13   Q.    And again, out the door, paid, $1.5 billion to date?

09:56:36 14   A.    That's correct.

09:56:36 15   Q.    And then total incurred, $3.2 billion, correct?

09:56:41 16   A.    That's correct.

09:56:41 17   Q.    And then we have legal and claims.  The GCCF, class

09:56:47 18   settlement and then it has the DOJ plea there.

09:56:51 19          First, with respect to paid out the door, how much

09:56:53 20   has been paid for legal claims?

09:56:57 21   A.    To date, $16.7 billion.  We've incurred up to this point

09:57:03 22   about 23 billion in liability.

09:57:06 23   Q.    And then, finally, *Functional Costs*, what does that

09:57:12 24   capture?

09:57:12 25   A.    Those are the -- those are the labor costs, the contract

costs, the overhead costs for our GCRO organization itself.  We

break that out separately.  That's why the liability incurred

equals the total paid.  We pay that on an ongoing basis.

That's about $1.2 billion functional costs.

Q.   And so the total amount paid to date before the recoveries

by BPX&P is what?

A.   Before recoveries, $33.7 billion.  After recoveries,

$27.4 billion.

Q.   And then what about with respect to liability incurred

before recoveries?

A.   Before recoveries, liability incurred, $41.9 billion.

After recoveries, $35.6 billion.

          THE WITNESS:  Your Honor, these are big numbers.  And I

don't know, we talk about a billion dollars here and a billion

dollars there, and I'm reminded that back in 1999 a company

called *BP* paid $41 billion for a company called *Standard of*

*Indiana*.  That's how these numbers strike me.  They are big.

          I try to use the billion -- the *billion* word.  I

might say *million* once in a while, but I mean billion.  These

are big numbers.

EXAMINATION BY MS. KARIS:

Q.   Mr. Morrison, these big numbers that you identified, let's

now turn to our almost last topic, second to last, how has this

money been paid, these big numbers that we have been talking

about.

09:59:08  1          First, can you tell us, again, not forward looking,

09:59:14  2    backward looking, how have these expenditures affected BPX&P's

09:59:19  3    business?

09:59:22  4    A.   I mean, the costs incurred, the costs to date have had a

09:59:28  5    significant impact on BPX&P, the business.

09:59:30  6    Q.   Why do you say they've had a significant impact on BPX&P,

09:59:35  7    the business?

09:59:35  8    A.   We showed you that production curve in 2009.

09:59:41  9          Back before the accident, we were generating free --

09:59:47 10    free cash after investment for the company to use elsewhere, if

09:59:53 11    that's the case.  Post the spill, clearly we went into a net

10:00:00 12    requirement position.  We required equity, we required capital

10:00:05 13    to come into the business to pay our bills.  So we went from a

10:00:09 14    net positive cash flow to consistently negative to slightly

10:00:16 15    break even cash flow.

10:00:18 16          The other -- I guess, the other point too is we're

10:00:21 17    kind of a bit of a smaller company.  One of the things we've

10:00:25 18    spoke about, we went from an eight asset organization to about

10:00:29 19    a four asset, so we did sell some assets as well.

10:00:33 20    Q.   Mr. Morrison, if you could just speak up a little, I'm

10:00:37 21    having a hard time hearing you.

10:00:39 22    A.   Sorry.

10:00:39 23    Q.   So you mentioned you went from being a profitable company

10:00:44 24    to a company that has required assistance, if I heard you

10:00:49 25    correctly?

**OFFICIAL TRANSCRIPT**

10:00:49  1    A.    That's right.

10:00:50  2    Q.    You also mentioned that you have divested some of your

10:00:55  3    assets down to four hubs, as you told us earlier today,

10:00:58  4    correct?

10:00:58  5    A.    Correct.

10:01:00  6    Q.    I would like to talk to you now about the assistance that

10:01:05  7    has been required that you mentioned.

10:01:13  8            But before we talk about that, I would like to be

10:01:16  9    clear, has BPX&P, in addition to whatever assistance it has

10:01:21 10    received, also used revenues from its operations to pay for

10:01:27 11    Macondo-related spills -- I mean spill costs?

10:01:31 12    A.    Sure, we used the cash from operations to pay the costs

10:01:34 13    that we've talked about, the capital, the expense and the

10:01:39 14    spill-related costs.

10:01:39 15    Q.    So for Macondo-related costs, has BPX&P both incurred and

10:01:47 16    paid for some of those costs from its own operations?

10:01:51 17    A.    Yes, we have.

10:01:51 18    Q.    In addition to paying for Macondo-related costs from your

10:01:58 19    own operations, I would like to now talk to you about the

10:02:02 20    assistance that has been required.

10:02:03 21            On how many occasions has assistance been required to

10:02:07 22    satisfy Macondo-related liabilities?

10:02:10 23    A.    There has been three, three occasions since 2010.

10:02:13 24    Q.    If we can now pull up D-34606.

10:02:19 25            Is this a demonstrative that you helped us prepare to

OFFICIAL TRANSCRIPT

10:02:24 1    identify those three instances where equity or debt was

10:02:31 2    required to --

10:02:31 3    A.    Yes, it is.

10:02:32 4    Q.    -- pay for those costs?

10:02:33 5         MS. HANKEY:  Your Honor, just for the record, we'll

10:02:35 6    have to have an objection again.  This includes the numbers

10:02:38 7    from the --

10:02:39 8         THE COURT:  Well, that goes without saying for all of

10:02:41 9    these exhibits.  You can voice your objection, but make sure

10:02:43 10   you work it out.

10:02:45 11        Okay.

10:02:46 12        MS. KARIS:  Thank you, Your Honor.

10:02:47 13   EXAMINATION BY MS. KARIS:

10:02:48 14   Q.    Can you describe those instances to the Court, please.

10:02:53 15   A.    That's the blue, the blue dots up there on the top there.

10:02:57 16        The first one was an internal line of credit with our

10:03:03 17   NAFCO company.  That was an open line credit for $5 billion in

10:03:08 18   2010.  That was the period where we were incurring a lot of the

10:03:16 19   costs to spend related to the Response.

10:03:20 20        Later on, in early 2012, the corporation provided an

10:03:26 21   equity injection.  This was from BP America Production Company.

10:03:31 22   That was nearly $14 billion.

10:03:36 23        Then recently, more recently, in 2014, we took out a

10:03:41 24   loan, BPX&P took out a loan of about $3.1 billion from NAFCO.

10:03:48 25   Q.    You mentioned NAFCO.  What is NAFCO?

**OFFICIAL TRANSCRIPT**

10:03:51  1  A.   It stands for North America Funding Company.  It is an

10:03:56  2  internal bank, if you will.  This is where money will come from

10:04:00  3  or it will be sent to.

10:04:01  4  Q.   Is BPX&P obligated to repay what is borrowed from NAFCO

10:04:07  5  under this arrangement?

10:04:09  6  A.   Yes, we are.

10:04:10  7  Q.   Is BPXP obligated to pay interest on those borrowings?

10:04:17  8  A.   Yes, we do.

10:04:18  9  Q.   Do you continue to have liabilities in connection with

10:04:21 10  what has been borrowed from NAFCO?

10:04:24 11  A.   Yes, indeed.

10:04:24 12  Q.   How much does BPX&P currently have available to borrow

10:04:31 13  from this NAFCO line of credit?

10:04:36 14  A.   As of third quarter, third quarter 2014, it was between 3

10:04:43 15  and $4 billion, depending on the flows of cash.  But about 3 to

10:04:48 16  $4 billion is what's available through the NAFCO line of

10:04:51 17  credit.

10:04:51 18  Q.   Do you know today what is available, in light of the

10:04:55 19  operations in the fourth quarter, approximately?

10:04:58 20  A.   There will be some pressure on that.  It's probably more

10:05:01 21  in the 3, 3 billion range, the low end of that range.

10:05:07 22  Q.   Now, the US has suggested, based on these three

10:05:13 23  transactions that you just identified, that one could expect

10:05:17 24  the group to assist BPXP with paying a Clean Water Act penalty

10:05:21 25  in the future.

**OFFICIAL TRANSCRIPT**

10:05:22  1          My question to you, Mr. Morrison, first, is, can you,
10:05:26  2   as BPX&P, compel the parent to provide financial assistance in
10:05:32  3   any one of these forms?
10:05:34  4   A.   No, I can't compel the parent to do anything.
10:05:39  5   Q.   Given that you can't compel assistance, has anyone from
10:05:49  6   BP PLC or any BP entity informed you whether they will provide
10:05:50  7   assistance to pay for Clean Water Act penalties in the event
10:05:53  8   that a penalty is awarded that XP cannot independently satisfy?
10:06:00  9   A.   I really can't speak to what the parent will or will not
10:06:03 10   do.  They clearly have this information, as much information as
10:06:10 11   I have about this.  They have a lot of considerations.  There
10:06:15 12   is a lot to -- for them to consider, clearly.
10:06:20 13          The -- they have a -- we talked a little bit about
10:06:25 14   it, some of the contingent liabilities that they are looking at
10:06:29 15   and have to consider.  They have the Phase One ruling as well.
10:06:33 16          They are also, you know, having to consider the
10:06:38 17   environment, the overall business environment that we're going
10:06:42 18   into.
10:06:42 19   Q.   What do you mean by the overall business environment that
10:06:45 20   we're going into?
10:06:46 21   A.   Well, this is just the ability of, you know, not only
10:06:50 22   BPX&P, but all of their businesses around the world, to
10:06:54 23   generate cash from their operations at oil prices less than 50
10:06:58 24   bucks a barrel.
10:06:59 25   Q.   The current financial position of BPX&P, in light of these

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 10:07:19 1 | expenditures that we've talking about, plus whatever injections |
| 10:07:25 2 | have been made, are you familiar with its current position? |
| 10:07:27 3 | A.   Yes, I am. |
| 10:07:28 4 | Q.   If we can look at TREX-246896.1, please. |
| 10:07:37 5 |         Mr. Morrison, do you recognize this document |
| 10:07:41 6 | entitled, "Consolidated Financial Report, Third Quarter '14"? |
| 10:07:45 7 | A.   Yes, I do. |
| 10:07:46 8 | Q.   First of all, tell us what this is. |
| 10:07:50 9 | A.   This is the financials that my board and I review on a |
| 10:07:56 10 | quarterly basis that's reviewed with us by the GCRO Finance |
| 10:08:01 11 | Team. |
| 10:08:01 12 | Q.   The GCRO Finance Team prepares this? |
| 10:08:05 13 | A.   Yes, they do. |
| 10:08:06 14 | Q.   Does it contain BPX&P's operational financial position, as |
| 10:08:12 15 | well as GCRO incurred costs for Macondo-related liabilities? |
| 10:08:18 16 | A.   Yes, it contains both. |
| 10:08:19 17 | Q.   If we can now look at TREX-246898.7.4, please. |
| 10:08:31 18 |         It's titled, "Cash Flow."  Do you see that? |
| 10:08:35 19 | A.   I do. |
| 10:08:36 20 | Q.   First, I would like to start with the column on the right, |
| 10:08:39 21 | the far right. |
| 10:08:42 22 |         MS. HANKEY:  Your Honor, I think -- I thought we |
| 10:08:44 23 | weren't going to be going into this, since this is going to be |
| 10:08:47 24 | the subject of Mr. Den Uyl's testimony? |
| 10:08:54 25 |         MS. KARIS:  I don't believe, Your Honor, this is what |

**OFFICIAL TRANSCRIPT**

10:08:57  1   we said we're not going to go into.  This is the current

10:08:59  2   financial position of BPX&P.  The impact of a penalty on this

10:09:06  3   current position is what I believe Mr. Den Uyl --

10:09:08  4           THE COURT:  Is this a publicly reported financial

10:09:13  5   statement of some sort?  What is this document?

10:09:15  6           THE WITNESS:  This is BPX&P financial statements.  They

10:09:20  7   are unaudited.  They are not public.

10:09:22  8           THE COURT:  They are not public?

10:09:24  9           THE WITNESS:  No, sir.

10:09:31 10           Your Honor, this financial position is

10:09:35 11   consolidated up through the corporation, obviously, up to the

10:09:39 12   parent.  So this is the base -- the base financials, the base

10:09:44 13   health of the BPX&P company.

10:09:47 14           THE COURT:  Is that, what I see on the screen, an

10:09:50 15   actual financial statement?  It looks pretty skimpy, pretty

10:09:54 16   abbreviated.  It doesn't look like a financial statement to me.

10:09:54 17           THE WITNESS:  Well, this is an excerpt.

10:09:58 18           THE COURT:  Or is that something that was created --

10:09:59 19           THE WITNESS:  Look what's behind it.  There's --

10:10:01 20           THE COURT:  I'm sorry, I'm just trying to understand,

10:10:03 21   what has been blown up, is that something that was a

10:10:08 22   demonstrative or something created for this trial --

10:10:11 23           MS. KARIS:  No, Your Honor.

10:10:11 24           THE COURT:  -- or is that from an actual document?

10:10:14 25           THE WITNESS:  Your Honor, this is a blow-up of one page

                              **OFFICIAL TRANSCRIPT**

10:10:18  1    out of a 30-page financial document.

10:10:19  2              THE COURT:  All right.  Go ahead.

10:10:20  3              MS. KARIS:  Thank you, Your Honor.

10:10:23  4    EXAMINATION BY MS. KARIS:

10:10:24  5    Q.   Mr. Morrison, to be clear, is this from the actual

10:10:27  6    financial reports that are presented to the BPX&P Board on a

10:10:30  7    quarterly basis?

10:10:32  8    A.   Yes, it is.

10:10:33  9    Q.   Is this the last financial report that exists for BPX&P's

10:10:39 10    finances?

10:10:40 11    A.   Yes, third quarter 2014 is the last update.

10:10:45 12    Q.   Is this the business record, if you will, that is kept

10:10:50 13    that reflects BPX&P's current financial position?

10:10:54 14              MS. HANKEY:  Just to be clear, we don't have any

10:10:57 15    problem with the document coming into evidence.

10:10:58 16              THE COURT:  All right.  Go ahead.

10:11:00 17    EXAMINATION BY MS. KARIS:

10:11:00 18    Q.   Mr. Morrison, I would like to now speak to you about what

10:11:03 19    the current financial report reflects with respect to BPX&P'S

10:11:08 20    cash flow.  Can you tell the Court, for Third Quarter Year to

10:11:14 21    Date BPX&P Other, first of all, that column, what does that

10:11:20 22    column reflect?

10:11:22 23    A.   The thing about that is the Gulf of Mexico deepwater

10:11:26 24    operations, most of all of the operations that are included in

10:11:30 25    BPX&P.  There is, for financial reporting purposes, about 89

**OFFICIAL TRANSCRIPT**

10:11:36 1    percent of all of our assets in the Gulf of Mexico are in this

10:11:39 2    company.

10:11:40 3         So that's the -- that's the cash flow, that's the

10:11:43 4    profit, those are the expenses incurred.  That's the financial

10:11:48 5    statement for BPX&P.

10:11:49 6    Q.    Then there is another column here, Third Quarter '14

10:11:54 7    Year-to-Date GCRO.  What does this column reflect?

10:11:59 8    A.    These -- in GCRO, that's where we can capture our

10:12:04 9    spill-related expenses.  The chart that we looked at a little

10:12:07 10   bit earlier, all the costs that are in that -- that high-level

10:12:11 11   chart are flown -- are through GCRO.

10:12:16 12        So spill response, spill liability, the running costs

10:12:21 13   of GCRO, the environmental costs, all of that is in that GCRO

10:12:28 14   column.

10:12:28 15   Q.    Is it fair to say, Mr. Morrison, that on the right-hand

10:12:31 16   side here, we have the operational financial picture, if you

10:12:36 17   will, of BPX&P, and then on the left-hand side, we also have

10:12:41 18   the GCRO-related costs?

10:12:43 19   A.    Correct.  The right side is the oil generation part of the

10:12:47 20   business, and the GCRO is the spill response cost side of the

10:12:52 21   business.

10:12:53 22   Q.    Is the combination of those two, that is, the operational

10:12:56 23   side as well as the GCRO costs, the financial condition of

10:13:03 24   BPX&P?

10:13:06 25   A.    Those two together is the BPX&P outlook.

**OFFICIAL TRANSCRIPT**

10:13:11 1    Q.   Mr. Morrison, to be clear, there has been an issue in this

10:13:14 2    case presented by the government as to whether the costs that

10:13:18 3    are paid through GCRO reflected in this column are actually

10:13:23 4    incurred by and paid for by BPX&P.

10:13:28 5              As the chairman of the board, can you answer whether,

10:13:32 6    in fact, GCRO incurred costs are both reflected on XP's books

10:13:37 7    and paid for by X&P?

10:13:39 8    A.   The revenue generated from that 253,000 barrels a day goes

10:13:45 9    to pay those costs, all of those costs.

10:13:47 10   Q.   Now, let's talk about quickly here, at the end of the

10:13:54 11   third quarter of 2014 -- and, again, these are the most recent

10:14:01 12   financials that we have, correct?

10:14:02 13   A.   That's correct.

10:14:02 14   Q.   -- this column here that says, "Net cash provided by

10:14:07 15   operating activities, 2.5 billion," what does that reflect?

10:14:11 16   A.   That $2.5 billion is the cash, after you spend your

10:14:17 17   operating cash, available for future investing.  That's what

10:14:21 18   that is.

10:14:21 19   Q.   Then capital expenditures, 2.525, what does that reflect?

10:14:28 20   A.   That is the capital expenditures up through the third

10:14:32 21   quarter of '14 in the Gulf of Mexico.

10:14:34 22   Q.   This indicates then that the operating activities

10:14:40 23   generated 2.548, and then the capital expenditures put back

10:14:45 24   into the business through 2014 was 2.525; is that correct?

10:14:51 25   A.   That's correct.

**OFFICIAL TRANSCRIPT**

10:14:51 1    Q.   Mr. Morrison, why is approximately the same amount put

10:14:57 2    into CAPEX as operating activities here in order to run your

10:15:03 3    business?  Why are those approximately the same?

10:15:06 4    A.   I mean, the strategy or the plan we have right now is --

10:15:11 5    to build up the projects that we have, it's about a hundred

10:15:16 6    percent reinvestment.  So the money we're getting from

10:15:21 7    operating, we're putting back into capital in terms of new

10:15:25 8    wells and new facilities.

10:15:26 9    Q.   There has been a suggestion that you can cut your CAPEX by

10:15:29 10   some amount, some significant amount, a quarter, a third, and

10:15:36 11   that that would not affect your operations.

10:15:39 12          First, as the chairman and regional president, do you

10:15:42 13   agree with that?

10:15:42 14   A.   You know, I'd come back to what I said before, it's a very

10:15:48 15   capital intensive business in the deepwater.  As soon as you

10:15:52 16   stop bringing on new wells into your portfolio, your production

10:15:57 17   starts to decline, so it does start to create a bit of a

10:16:01 18   challenge.  If you start to pull back on capital too quick,

10:16:04 19   you'll lose your operating revenue pretty quick.

10:16:07 20          MS. HANKEY:  Your Honor, I'm going to object again.

10:16:09 21   Like I said, he was not disclosed to discuss BPXP --

10:16:13 22          THE COURT:  I understand.  I assume we're not going any

10:16:17 23   further with that line of questioning.

10:16:18 24          MS. KARIS:  That's correct, Your Honor.

10:16:20 25   EXAMINATION BY MS. KARIS:

**OFFICIAL TRANSCRIPT**

10:16:21 1    Q.    If we can pull back up the last TREX, please, 246898.7.4.

10:16:29 2          We were talking about the fact that CAPEX and OPEX in

10:16:33 3    '14 was approximately the same.

10:16:34 4          Then there's proceeds from disposal?

10:16:37 5    A.    Correct.

10:16:37 6    Q.    Would that be the sale of assets?

10:16:39 7    A.    Yeah, we sold some leases in 2014 in Mississippi Canyon.

10:16:45 8    Q.    At the end of the year, after all -- or at the end of the

10:16:50 9    third quarter of '14, after operating revenue here was

10:16:55 10   identified, capital expenditures were made, proceeds were

10:17:00 11   received from disposal, what was the net cash flow of BPXP?

10:17:09 12   A.    At the end of third quarter '14, it was just over

10:17:13 13   $300 million for the Gulf of Mexico operations.

10:17:16 14   Q.    Then how much was paid to -- or through GCRO for

10:17:22 15   Macondo-related costs?

10:17:22 16   A.    They had a net negative cash flow of $218 million.

10:17:28 17   Q.    So if my math is correct, at the end of third quarter

10:17:36 18   2014, the net cash flow from BPX&P's business was $87 million;

10:17:46 19   is that correct?

10:17:46 20   A.    That's correct.

10:17:46 21   Q.    Mr. Morrison, we've spoken at length today about the Spill

10:18:04 22   Response activities and the costs that have been incurred from

10:18:07 23   those activities, as well as other liabilities arising from the

10:18:12 24   spill, and we looked at BPX&P's current financial profile.

10:18:22 25         Given your position and having been involved in the

OFFICIAL TRANSCRIPT

Spill Response, what is your view of how BPX&P responded to
this spill?

A.    I guess what jumps to my mind initially is pride.  I'm
proud of the company for, you know, mustering the resources and
bringing everything we had to this fight.  It was tragic.  This
was tragic.  Nothing we do or say is going to change that.

What we can do is change the future.  We can prevent
this from happening again.  If it does happen again, we can be
as prepared as we can be.

I'm proud of the company, and that's why I'm still
here.  I think crises of any level, no matter who experiences
them, says a whole lot about who they are, the company and the
people inside it.

I think, most importantly, I'm proud of the people
who have stuck with us, who are still out there working, who
are committed to making this right.  I am proud of this
company, the people in it.  You know, I would just say -- I'd
say that that's why I'm still here.

MS. KARIS:  I have no further questions.  Thank you.

THE COURT:  All right.  Let's take our morning recess.
It's 10:20, it appears.  We'll come back in about 15 minutes.

THE DEPUTY CLERK:  All rise.

(WHEREUPON, at 10:19 a.m., the Court took a recess.)

THE DEPUTY CLERK:  All rise.

THE COURT:  Please be seated, everyone.

**OFFICIAL TRANSCRIPT**

10:39:38  1              All right.  Next witness for BP?

10:39:45  2          MS. HANKEY:  Your Honor, we haven't had our

10:39:47  3  cross-examination yet.

10:39:48  4          THE COURT:  I didn't think you had any questions.

10:39:50  5          MS. KARIS:  I was about to tell Mr. Morrison he could

10:39:53  6  go.

10:39:53  7          THE COURT:  Sorry about that.

10:39:53  8              Mr. Morrison would love that, right?

10:39:54  9              Sorry.  Okay.  Go ahead.

10:39:54 10          MS. HANKEY:  Hello, Your Honor.

10:39:54 11                  CROSS-EXAMINATION

10:39:58 12  BY MS. HANKEY:

10:39:58 13  Q.   Hello, Mr. Morrison.  My name is Rachel Hankey.  I'm here

10:40:13 14  for the United States.  I have you on cross-examination.

10:40:15 15          THE COURT:  You're going to have to speak up a little

10:40:17 16  bit.  You're speaking so softly, I know the people in the other

10:40:20 17  room won't be able to hear you.

10:40:22 18          MS. HANKEY:  I'll move the mike up, too.  Hopefully, in

10:40:25 19  a few minutes, you're not telling me to be quiet.

10:40:28 20          THE COURT:  Go ahead.

10:40:29 21  EXAMINATION BY MS. HANKEY:

10:40:29 22  Q.   Now, Mr. Morrison, how long have you been working for BP

10:40:33 23  entities?

10:40:37 24  A.   There was a merger in 1999, so since then I've been with

10:40:41 25  BP.  Prior to that, I was with Amoco.

                          **OFFICIAL TRANSCRIPT**

10:40:43  1    Q.    When did you actually take a role with BPXP?

10:40:51  2    A.    I was put on the Board as a Director in late 2010, very

10:40:56  3    early 2011, I recall.

10:40:58  4    Q.    Is that the first time that you took a role with BPXP?

10:41:05  5    A.    An active role.  That's where we -- I sat on the Board,

10:41:08  6    yes.

10:41:08  7    Q.    You testified about BPAPC providing employees to BPXP.  Do

10:41:16  8    you recall that?

10:41:16  9    A.    Yes, I do.

10:41:17 10    Q.    Does that include you?  Is BPAPC your employer?  Is BP

10:41:17 11    America Production Company your employer?

10:41:27 12    A.    That's my payroll.

10:41:27 13    Q.    How long has BP America Production Company been your

10:41:31 14    payroll employer?

10:41:34 15    A.    That company and probably its heritage company goes back

10:41:39 16    to 1980.

10:41:40 17    Q.    Now, you are the regional president of the Gulf of Mexico,

10:41:51 18    do I have that correct?

10:41:52 19    A.    That's correct.

10:41:53 20    Q.    The Gulf of Mexico region is essentially formerly known as

10:41:59 21    the Gulf of Mexico Strategic Performance Unit?

10:42:03 22    A.    Yes, there was a -- that was an organizational model a few

10:42:07 23    years back.

10:42:08 24    Q.    In your position, you report to Andy Hopwood, who is the

10:42:14 25    Chief Operating Officer of Strategy and Regions for BP's

**OFFICIAL TRANSCRIPT**

10:42:19 1    upstream business; is that correct?

10:42:21 2    A.    Yes, I do.

10:42:21 3    Q.    Mr. Hopwood's position as COO of Strategy and Regions,

10:42:27 4    that makes him the COO of what legal entity?

10:42:29 5    A.    He is in PLC.

10:42:31 6    Q.    Do you know who actually employs Mr. Hopwood?

10:42:38 7    A.    I think that's PLC as well.

10:42:39 8    Q.    Mr. Hopwood, he reports to Lamar McKay, the

10:42:44 9    Chief Executive of BP's upstream segment; is that right?

10:42:49 10   A.    That's correct.

10:42:49 11   Q.    Mr. McKay, as Chief Executive of BP's upstream segment,

10:42:54 12   what legal entity does he hold that position in?

10:42:57 13   A.    I believe he's a PLC employee as well.

10:42:59 14   Q.    Both Mr. Hopwood and Mr. McKay have responsibility for

10:43:05 15   BP's global business; is that right?

10:43:06 16   A.    They do.

10:43:07 17   Q.    Now, you held the position of Vice-President of BPXP from

10:43:18 18   January 7, 2010, to October 21, 2013; is that correct?

10:43:21 19   A.    Yes, that's correct.

10:43:24 20   Q.    At the time of your deposition testimony in this phase,

10:43:30 21   you were unaware that you had held that position of

10:43:33 22   Vice-President of BPXP, correct?

10:43:38 23   A.    In that legal entity, in BPX&P, yes, I was clearly

10:43:43 24   Vice-President of Production.

10:43:44 25   Q.    But at the time of your deposition, you were unaware that

**OFFICIAL TRANSCRIPT**

10:43:46  1    you had held the position of vice-president of BPXP, correct?

10:43:54  2    A.    That's correct.

10:43:54  3    Q.    When you were appointed as vice-president, you were not

10:43:59  4    actually performing a role as vice-president, right?

10:44:04  5    A.    Maybe you could say a little more on that.

10:44:06  6    Q.    You did not consider yourself to be performing a role as

10:44:10  7    Vice-President of BPXP; is that correct?

10:44:12  8    A.    So let me just give a little bit of an organizational

10:44:19  9    summary here.

10:44:20 10          In the E&P production line, upstream production line,

10:44:25 11    I was Vice-President of Operations for BP's Gulf of Mexico SPU.

10:44:29 12          THE COURT:    That's BP PLC.

10:44:33 13          THE WITNESS:    BP Gulf of Mexico, the gentleman I worked

10:44:36 14    for, James Dupree, who was a BP production company employee, so

10:44:42 15    my direct boss back when I joined the Gulf of Mexico was a BP

10:44:50 16    America Production Company employee.    So that's the upstream

10:44:52 17    organization.

10:44:53 18          By being on that -- in that position in the

10:44:57 19    Gulf of Mexico, I had a vice-president's role on the BPX&P

10:45:03 20    company so I could sign invoices.    It was largely an

10:45:08 21    administrative role.

10:45:09 22          Then when I came out of the response and in back

10:45:12 23    to the business, I joined the Board, where I had a standing

10:45:16 24    board membership advising, at that time, the chairman,

10:45:20 25    James Dupree, about operational matters.

**OFFICIAL TRANSCRIPT**

10:45:23 1        THE COURT:  I think what I was just trying to
10:45:24 2  understand, you referred several times to Gulf of Mexico
10:45:28 3  region?
10:45:30 4        THE WITNESS:  That's what I -- yes, Your Honor.
10:45:32 5        THE COURT:  What company is that part of?
10:45:34 6        THE WITNESS:  That flows up through the upstream,
10:45:38 7  Your Honor.
10:45:38 8        THE COURT:  Meaning what company?
10:45:39 9        THE WITNESS:  There's 13 --
10:45:40 10        THE COURT:  Meaning what company?
10:45:41 11        THE WITNESS:  There are 13 regions around the world,
10:45:46 12  and that reporting structure goes up through PLC.  Yes,
10:45:49 13  Your Honor.
10:45:50 14        THE COURT:  BP PLC?
10:45:52 15        THE WITNESS:  That's the -- that's the global company.
10:45:55 16        THE COURT:  Okay.  Go ahead.
10:45:58 17  EXAMINATION BY MS. HANKEY:
10:45:59 18  Q.   You also didn't think of yourself as the president of BPXP
10:46:03 19  at the time of your deposition, right?
10:46:04 20  A.   At the time of my deposition, I was Regional President of
10:46:11 21  BP's Gulf of Mexico operations.  I was chairman of the BPX&P
10:46:18 22  Board, and apparently President goes with that title.
10:46:23 23        THE COURT:  Wait.  Wait.  Oh, at the time of your
10:46:26 24  deposition, you said, I'm sorry.
10:46:26 25        THE WITNESS:  Yes, Your Honor.

**OFFICIAL TRANSCRIPT**

10:46:28  1          THE COURT:  Not at the time of the oil spill.

10:46:31  2          THE WITNESS:  No, sir.

10:46:33  3          THE COURT:  Were you on the BPXP Board at the time of

10:46:39  4  the oil spill?

10:46:40  5          THE WITNESS:  No, Your Honor.  I was a vice-president

10:46:42  6  on the -- in the BPX&P company because I was Vice-President of

10:46:49  7  Operations.  So I had authority deemed to me by BPX&P to enter

10:46:55  8  into contracts, to settle contracts, all that -- I needed a

10:46:59  9  vice-president's role in that company to do my role up in

10:47:02 10  that -- in that E&P job that I had.

10:47:05 11          THE COURT:  But you were not on that Board at the time?

10:47:08 12  That came later, right?

10:47:10 13          THE WITNESS:  That's correct, Your Honor.

10:47:11 14          THE COURT:  Okay.

10:47:12 15  EXAMINATION BY MS. HANKEY:

10:47:14 16  Q.   Since we're speaking about the BPXP Board, the Board does

10:47:18 17  not get involved with business and tactical decisions in the

10:47:21 18  Gulf of Mexico, right?

10:47:21 19  A.   Right.  The Board, like we spoke about earlier, it's an

10:47:27 20  oversight board.  We get into compliance and things like that.

10:47:33 21          With tactical things like leasing, you know, if our

10:47:36 22  exploration department comes in, and they want to pick up ten

10:47:39 23  or 11 leases, they do that.  They do that delegated to them

10:47:44 24  through the E&P company.

10:47:46 25          They'll come in to the Board and review their results

**OFFICIAL TRANSCRIPT**

1623

10:47:48  1   or what have you, but we don't tactically approve that kind of

10:47:52  2   thing.

10:47:53  3   Q.   So when you were referring just then, through the E&P

10:47:59  4   Board, the E&P line, you're referring to through Mr. Hopwood

10:48:04  5   and Mr. McKay, the Chief Operating Officers?

10:48:06  6   A.   That's correct.

10:48:07  7   Q.   So the Chief Operating Officer such as Mr. Hopwood, he

10:48:12  8   would be the one to make decisions about business and tactical?

10:48:18  9   A.   The way decisions are made, the way allocation of

10:48:22 10   resources are made, over in the operating side, the E&P side --

10:48:26 11   like I mentioned, we have 13 regions around the world.  We all

10:48:30 12   compete for resources and capital.

10:48:33 13        Mr. Hopwood, my boss, we would figure out what our

10:48:38 14   plan or strategy was, what our requirements of work program

10:48:42 15   were, and we would take that up to the upstream, to Mr. McKay.

10:48:46 16   We would put our proposals on the table.  Then decisions have

10:48:51 17   to be made around where to ultimately allocate the capital.

10:48:55 18        So that -- that decision-making and that approval of

10:49:00 19   activities actually goes up and down through the region, to my

10:49:04 20   boss Mr. Hopwood, to his boss Mr. McKay.  Then the COO's, the

10:49:10 21   Chief Operating Officers, would review the global portfolio,

10:49:14 22   and they would make some decisions on that basis.

10:49:18 23   Q.   So when you were testifying on direct about the capital

10:49:20 24   expenses and operational expenses that have been spent in the

10:49:24 25   Gulf of Mexico, the decision to spend those resources actually

**OFFICIAL TRANSCRIPT**

10:49:27 1    came from the BP group Chief Operating Officers?

10:49:32 2    A.    That's correct.

10:49:33 3    Q.    If we could pull up TREX-246898.

10:49:54 4          You were just testifying about this document on

10:49:57 5    direct a few minutes ago actually.

10:49:58 6          If we could turn to Page 7.

10:50:02 7          You were discussing on direct here the line item,

10:50:05 8    proceeds from disposal, do you recall that?

10:50:07 9    A.    I do.

10:50:09 10   Q.    You testified that those were leases in the Mississippi

10:50:12 11   Canyon that had been sold?

10:50:14 12   A.    That's correct.

10:50:14 13   Q.    Were those leases, leases that were being produced at the

10:50:17 14   time?

10:50:17 15   A.    No, they weren't.  No.

10:50:20 16   Q.    You testified about how BPXP can resource personnel from

10:50:34 17   around the world within BP, correct?

10:50:36 18   A.    Correct.

10:50:37 19   Q.    It's true, isn't it, that at the time of your deposition,

10:50:39 20   you did not know whether there were any formal agreements in

10:50:42 21   place to provide personnel to BPXP?

10:50:46 22   A.    I had not seen those formal agreements, no.

10:50:48 23   Q.    You talked about BP America Production Company providing

10:50:58 24   personnel, but there are other entities within the BP group

10:51:01 25   that also provide personnel to BPXP, correct?

**OFFICIAL TRANSCRIPT**

1625

10:51:09 1   A.   Yes, we might have some technology that's done for us

10:51:13 2   outside of that, but very, very little.

10:51:15 3   Q.   You're not aware of any agreements with any other BP

10:51:19 4   entities to provide personnel to BPXP, are you?

10:51:21 5   A.   I haven't seen any agreements, no.

10:51:29 6   Q.   Now, when you were testifying on direct about capital

10:51:34 7   expenditures, that includes the cost to build equipment --

10:51:34 8   A.   Uh-huh.

10:51:39 9   Q.   -- you're not suggesting that all of that equipment was

10:51:41 10  manufactured in the Gulf of Mexico, are you?

10:51:46 11  A.   Well, most of that -- most of that -- most of that

10:51:50 12  expenditure, you know, comes from the rigs that are operating

10:51:54 13  out there.  They'll use pipe.  They use equipment that's

10:52:00 14  sourced from the US, for sure.  Some of it probably comes from

10:52:04 15  abroad.  But the equipment and services come from many places.

10:52:11 16  Q.   Now, it's true, isn't it, that prior to the

10:52:31 17  *Deepwater Horizon* incident you had never worked on an oil spill

10:52:36 18  response?

10:52:36 19  A.   That's correct.

10:52:36 20  Q.   You testified on direct about a number of the techniques

10:52:39 21  involved in the Response, but you played no role in the efforts

10:52:42 22  that have gone into developing those tools over time, correct?

10:52:44 23  A.   No.  That's not correct.

10:52:49 24  Q.   I'm sorry.

10:52:54 25  A.   So, did I play a role in advancing any of the tools?

**OFFICIAL TRANSCRIPT**

10:52:58  1   Q.   No, I'm sorry --

10:53:00  2   A.   I think we can talk about that.  I mean, I was in a pretty

10:53:02  3   substantial role in the Response.  I worked with our vendors.

10:53:05  4   I worked with contractors.  I worked with Oil Spill Response

10:53:09  5   Organizations.  I have a lot to do with advancing those

10:53:12  6   capabilities.  So I don't understand your question.

10:53:15  7   Q.   Prior to the spill, you played no role in the development

10:53:19  8   of oil spill response technology?

10:53:25  9   A.   No, I didn't.

10:53:25 10   Q.   Now, isn't it true that the use of new and improved

10:53:33 11   technologies in oil spills has been considered an important

10:53:36 12   part of a response?

10:53:39 13   A.   I'm sorry, I couldn't hear you.

10:53:40 14   Q.   I apologize.

10:53:43 15        Isn't it true that the use of new and improved

10:53:46 16   technologies in oil spills has been considered an important

10:53:50 17   part of a response?

10:53:51 18   A.   Yes.

10:53:52 19   Q.   In fact, the need for research and testing in oil spill

10:54:00 20   response technology is actually acknowledged in the Oil

10:54:03 21   Pollution Act?

10:54:03 22   A.   Okay.

10:54:03 23   Q.   Now, you testified on direct about presentations and

10:54:14 24   meetings that you had during the lessons of the response.

10:54:20 25   A.   I did.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 10:54:20 | 1 |
| 10:54:22 | 2 |
| 10:54:24 | 3 |
| 10:54:25 | 4 |
| 10:54:27 | 5 |
| 10:54:29 | 6 |
| 10:54:31 | 7 |
| 10:54:39 | 8 |
| 10:54:45 | 9 |
| 10:54:46 | 10 |
| 10:54:47 | 11 |
| 10:54:51 | 12 |
| 10:54:55 | 13 |
| 10:54:59 | 14 |
| 10:55:03 | 15 |
| 10:55:06 | 16 |
| 10:55:10 | 17 |
| 10:55:13 | 18 |
| 10:55:15 | 19 |
| 10:55:21 | 20 |
| 10:55:27 | 21 |
| 10:55:27 | 22 |
| 10:55:31 | 23 |
| 10:55:34 | 24 |
| 10:55:34 | 25 |

Q.    When you were doing that, when you were sharing those lessons, you were doing that as the Vice-President of Global Response for BP?

A.    Yes, I was.

Q.    In that role, you were not part of the Gulf of Mexico Business Unit, correct, you were part of BP America?

A.    Yeah.  I had just come out of that business, BPX&P.

Q.    Now, the BPXP Board monitors BPXP's compliance with its Criminal Plea Agreement in this case?

A.    Yes, we do.

Q.    Isn't it true that BPXP was required by its Criminal Plea Agreement to distribute lessons learned from the incident?

A.    Clearly, we were already doing that before the Plea Agreement.  In fact, a lot of those -- those trips you saw there were done well in advance of that.

        As we talked through the Plea Agreement, figured out what to put in it, we thought it would be a good idea to roll in, incorporate what we were doing already.

Q.    You also testified on direct about the Houston Monitoring Center.  That is also required by BPXP's Criminal Plea Agreement, right?

A.    Yes.  I believe we started that up in June of 2011.  If I'm not mistaken, the Plea Agreement was somewhere in late 2012.

Q.    The response technologies you discussed on direct

**OFFICIAL TRANSCRIPT**

10:55:42 1  examination, you are not contending that BPXP developed those

10:55:45 2  technologies on its own, are you?

10:55:48 3  A.   No.  Actually, when we entered into the spill, I mean,

10:55:51 4  there were a lot of tools in the toolkit.  You've heard about

10:55:54 5  all of them.  I won't go through them.  I would say that they

10:55:57 6  had never really been applied in a -- in a situation like this.

10:56:00 7        So there were many, many advancements, from, you

10:56:06 8  know, in situ burning to booming to skimming, all of that, that

10:56:12 9  occurred as a part of the Response.  So, yes, the tools

10:56:17 10  existed.  What we did with those tools, very different.

10:56:20 11        MS. HANKEY:  I have no further questions, Your Honor.

10:56:22 12        THE COURT:  Any redirect?

10:56:24 13        MS. KARIS:  None, Your Honor.  Thank you.

10:56:25 14        THE COURT:  Okay.  Now, you are done.

10:56:32 15        THE WITNESS:  Thank you, Your Honor.

10:56:33 16        THE COURT:  All right.  BP can call its next witness.

10:56:36 17        MR. BROCK:  Yes, Your Honor.  Our next witness is

10:56:40 18  Dr. Damian Shea, and I will step out in the hall to get him.

10:56:59 19        It will be just another minute, Your Honor.

10:58:06 20  Apologies.

10:59:36 21        THE DEPUTY CLERK:  Please raise your right hand.  Do

22  you solemnly swear that the testimony you are about to give

23  will be the truth, the whole truth and nothing but the truth,

24  so help you God?

25        THE WITNESS:  I do.

**OFFICIAL TRANSCRIPT**

1           **DAMIAN SHEA**

2    was called as a witness and, after being first duly sworn by

3    the Clerk, was examined and testified on his oath as follows:

4           THE DEPUTY CLERK:  Please state and spell your name for

5    the record.

10:59:46  6           THE WITNESS:  My name is Damian Shea, D-A-M-I-A-N,

10:59:51  7    S-H-E-A.

10:59:56  8           MR. BROCK:  May we proceed?

10:59:56  9           THE COURT:  Yes.

10:59:56 10           MR. BROCK:  Thank you, Your Honor.

11:00:00 11              For the record, my name is Mike Brock, and I will

11:00:04 12    be conducting your examination.

10:59:57 13                     DIRECT EXAMINATION

10:59:57 14    BY MR. BROCK:

11:00:06 15    Q.   Will you state your full name for the record, please.

11:00:06 16    A.   Damian Shea.

11:00:08 17    Q.   Have you retained as an expert for BPXP in this case?

11:00:11 18    A.   Yes, I have.

11:00:12 19    Q.   Will you please describe for Judge Barbier your primary

11:00:17 20    area of expertise.

11:00:18 21    A.   So it's generally what we call *environmental and*

11:00:21 22    *analytical chemistry and applied toxicology*.  It's basically

11:00:27 23    trying to understand where chemicals come from, how we detect

11:00:30 24    them in the environment, how we understand their behavior and

11:00:33 25    what adverse effects they may cause.

                          **OFFICIAL TRANSCRIPT**

11:00:35 1          I particularly focus on integrating across those
11:00:38 2   areas in what we call *risk assessment*, developing new methods
11:00:42 3   for risk assessment, and trying to apply those improved methods
11:00:46 4   to the real world.
11:00:47 5   Q.   At a high level, what were you asked to do in the case?
11:00:50 6   A.   Essentially, to look at the chemicals that potentially
11:00:53 7   would be of concern in both oil and the dispersants, and to
11:00:57 8   evaluate the potential harm related to those chemicals.
11:01:01 9   Q.   Let's talk about your background just for a minute.
11:01:05 10          If we could call up, please, D-34852.
11:01:12 11          Dr. Shea, I see here at the first bullet point that
11:01:15 12   you are presently Professor of Environmental Toxicology at
11:01:19 13   North Carolina State University; is that right?
11:01:20 14   A.   That is correct.
11:01:21 15   Q.   What do you do as Professor of Environmental Toxicology?
11:01:26 16   A.   I teach in environmental toxicology, environmental
11:01:31 17   chemistry and risk assessment, and I also have a research
11:01:34 18   program funded primarily by the federal government to help
11:01:38 19   develop new knowledge in that area and apply it to the real
11:01:42 20   world.
11:01:42 21   Q.   What is your educational background, please?
11:01:45 22   A.   So, I have a Bachelor's degree in chemistry from the State
11:01:48 23   University of New York.  Then I received a Ph.D. in
11:01:52 24   environmental chemistry from the University of Maryland in
11:01:56 25   1985.

**OFFICIAL TRANSCRIPT**

Q.    Now, after receiving your Ph.D., did you do any work as a postdoctoral fellow?

A.    Yes.  I served as a National Research Council postdoctoral fellow at a national laboratory, the National Institute of Standards and Technology, from 1985 to 1987.

Then, following that, I served on an American Association for the Advancement of Science Environmental Science and Engineering Fellowship.  I was very fortunate to be able to serve at the U.S. EPA headquarters in Washington on that fellowship.

Q.    We're going to talk about some EPA benchmarks as we go through the materials today, but let me just ask you now, while you were at EPA, did you do any work related to understanding the toxicity of contaminants in the environment?

A.    Yes, I did.  The mid '80s was actually a really exciting time for those scientists like I who wanted to apply our knowledge to management and regulatory arena.

The Environmental Protection Agency was in the midst of developing what they call *numerical water quality criteria* and then also trying to apply these criteria to evaluating sediment toxicity.  That was my scientific background, so I was able to help work with the EPA on those issues.

Q.    When did you finish your EPA fellowship?

A.    That was in 1987.

Q.    What did you do after that?

OFFICIAL TRANSCRIPT

A. I spent two years on the faculty of the University of Massachusetts as Dartmouth, teaching and doing research in this area. Then I followed that, those two years, I worked for four years at an environmental consulting firm called *Patel* for those four years.
Q. During your time at Patel as a consultant, did you do any work on oil spills?
A. Yes, I did a considerable amount of work on the *Exxon Valdez* oil spill. When I finished up teaching in my classroom in early May of 1989 -- the *Exxon Valdez* oil spill happened in April of 1989 -- I was asked to go to the Prince William Sound for the summer -- most of the summer and part of the fall to lead some environmental investigations related to that spill.
Q. What work did you do there?
A. There it was primarily trying to understand the fate and the effects of PAH's and some other oil-related chemicals. Most of it was related to their efforts to treat the shorelines to remediate the oil spill.
Q. After your time at Patel, then did you next go to North Carolina State?
A. Yes. So in 1993, after finishing up at Patel, I reentered academia and started as a Professor at N.C. State University.
Q. In addition to your present position, have you held other positions at North Carolina State University?
A. Yes. In addition to being a faculty member, I was also

head of the Department of Environmental and Molecular

Toxicology from 2001 to 2006.  Then, from 2006 to 2011, I was

head of the biology department as well.

          In addition to those formal titles, I also served as

the lead for a number of larger research programs and academic

teaching efforts.

Q.   It states here that you've had numerous grants and

appointments with the U.S. Government.  Can you please describe

some of the more important appointments and grants that you

have been involved with?

A.   Sure.  I've been very fortunate to be well funded by the

federal government, in particular, in our research grants.

These grants range from the U.S. EPA, the U.S. Geological

Survey, the Fish and Wildlife service, the Department of

Energy, the National Institutes of Health.

          One of these grants in particular with the Fish and

Wildlife Service, we were looking at essentially helping them

understand the sources, fate and effects of chemicals at

national wildlife refuges throughout the lower Mississippi

region valley, so we looked at 25 different refuges from

Tennessee, Arkansas, down to the delta refuge here in

Louisiana.  So that's an example of the kind of grants.

          In addition to that, I had government appointments.

These include serving as the chair of a subcommittee for the

Environmental Protection Agency.  While they were revising --

OFFICIAL TRANSCRIPT

11:06:14 1    reviewing and revising water quality criteria, I served as a

11:06:19 2    chair of that.

11:06:19 3         I also served as the environmental chemistry and

11:06:24 4    toxicology expert for the Bureau of Ocean Energy Management for

11:06:27 5    their interests in understanding the possible effects of

11:06:30 6    drilling exploration in the arctic off the coast of Alaska.

11:06:34 7         Then, most recently, I served as the University

11:06:37 8    Director of the Department of Interior Southeast Climate

11:06:41 9    Science Center.  This is one of eight regional centers that the

11:06:43 10   Department of Interior has.  I led the effort to bring that

11:06:46 11   center to North Carolina State in Raleigh, and I served as its

11:06:51 12   Director for about four years.

11:06:52 13   Q.   Thank you.

11:06:54 14        You mentioned 75 peer-reviewed articles and book

11:06:58 15   chapters.  Is the work that you have done in the peer-reviewed

11:07:03 16   literature in the field of environmental chemistry and

11:07:09 17   toxicology?

11:07:10 18   A.   Yes, most of the 75 peer-reviewed articles are on the

11:07:14 19   subject of environmental chemistry and toxicology.

11:07:15 20   Q.   Then will you speak briefly to the last bullet point that

11:07:19 21   is listed here, "over a hundred technical reports for the

11:07:22 22   United States Government related to environmental toxicology."

11:07:24 23   What is that work?

11:07:26 24   A.   So some of those technical reports were the research that

11:07:29 25   formed the basis for some of the peer-reviewed publications

**OFFICIAL TRANSCRIPT**

1    that we had.

2         Most of those technical reports were actually fairly

3    applied, so it was the applied toxicology I talk about.

4         So, for example, the grant we had from Fish and

5    Wildlife Service, where we were looking at the sources and fate

6    and possible effects of chemicals on these national wildlife

7    refuges, I had a series of reports that allowed the Fish and

8    Wildlife Service to prioritize the chemical concerns that they

9    had.  So they were highly applied, allowing environmental

10   managers, hopefully, to do their job better.

11   Q.    Thank you.

12         MR. BROCK:  Your Honor, at this point we would tender

13   Dr. Shea as a qualified expert with respect to environmental

14   chemistry and toxicology and the behavior and effects of the

15   chemicals released into the aquatic environment during the

16   incident.

17         MR. CHAKERES:  Your Honor, we have no motions as to the

18   expert's qualifications.  We'll handle our issues on cross.

19         THE COURT:  So you have no questions then, right?

20         MR. CHAKERES:  Correct.

21         THE COURT:  I'll accept him and allow him to testify.

22         MR. BROCK:  Let's pull up D-34853, please.

23   EXAMINATION BY MR. BROCK:

24   Q.    Let me just ask you first, Dr. Shea, what was the

25   objective of the analysis that you performed in this case?

**OFFICIAL TRANSCRIPT**

A.    The overall objective was for me to evaluate the potential
harm that may be associated with oil-related chemicals and
chemicals that were also in the dispersants related to this oil
spill.

Q.    When you say, "potential harm," what do you mean by that?

A.    Well, I guess I should probably define what I mean by
actual harm first to differentiate it.

        So, in my view, actual harm would be obvious physical
observation of harm.  You have an oiled bird that's fouled,
that is obviously harmed.  That's actual harm that can be
quantified, perhaps.

        But even though that happens, and we know that that
happens, beneath the water surface and down in the sea floor
there may be potential harm that's going on that isn't obvious.
You don't actually have physical evidence of what's going on.

        So there are straightforward ways of -- primarily
using EPA methodology -- where one can actually evaluate the
potential harm that you don't actually see.

Q.    What was your approach to answering the question of
potential harm?

A.    Well, it took a standard environmental toxicology
approach, where what you want to do is utilize all of the
reliable and appropriate data that may exist in the parts of
the environment you're worried about.  In this case, it would
be water and the sea floor, the sediment.  So you want to look

11:10:03  1    at those data.

11:10:03  2          Then, again, in a relatively straightforward

11:10:07  3    environmental toxicology process, you compare it to what we

11:10:10  4    call *a benchmark* to determine what the potential harm was.  In

11:10:13  5    this case, I compared the data to the U.S. EPA toxicity

11:10:18  6    benchmarks.

11:10:19  7    Q.   Now, we'll talk a little bit more as we go through this

11:10:22  8    about some of the things that Dr. Boesch and Dr. Rice said in

11:10:25  9    their testimony.  You were present when they testified last

11:10:28 10    week?

11:10:28 11    A.   Yes, I was.

11:10:29 12    Q.   Did Dr. Boesch or Dr. Rice use this same EPA toxicity

11:10:36 13    benchmark that you did as part of their analysis?

11:10:40 14    A.   Well, initially, they did not use any of the data at all

11:10:43 15    in their initial report.  They did not use the EPA benchmark in

11:10:48 16    their subsequent reports, no.

11:10:49 17    Q.   Now, in terms of your analysis, you don't put your

11:10:53 18    analysis forward as a natural resource damages assessment; is

11:10:53 19    that right?

11:10:58 20    A.   That's correct.  It is not.

11:10:59 21    Q.   Why not?

11:11:00 22    A.   Well, a natural resource damages assessment -- and I was

11:11:03 23    involved in the NRD assessment studies for the *Exxon Valdez* oil

11:11:08 24    spill, so I'm aware of those -- they are designed to -- as I

11:11:12 25    understand it, to quantify injury or damage for the purposes of

**OFFICIAL TRANSCRIPT**

11:11:16  1    restoration.  There is a quantification process that goes

11:11:19  2    through there.

11:11:20  3              I'm only looking at the potential harm, so I'm

11:11:23  4    stopping short of what would be considered an NRD-type

11:11:27  5    assessment.

11:11:27  6    Q.    Based on your work in the case, were you able to reach an

11:11:31  7    opinion regarding the potential harm from oil-related chemicals

11:11:33  8    and dispersants?

11:11:34  9    A.    Yes, I have.

11:11:35 10    Q.    Did you prepare expert reports relating to the work that

11:11:39 11    you did for this matter?

11:11:40 12    A.    Yes, I did.

11:11:40 13    Q.    If we could pull up, please, D-34854.  I believe this is

11:11:49 14    TREX-013444, 013445 and 013446.

11:11:57 15              Are these the cover pages to the reports that you

11:12:03 16    prepared, please?

11:12:03 17    A.    Yes, they are.

11:12:04 18    Q.    Do these reports contain your opinions relating to this

11:12:09 19    matter?

11:12:10 20    A.    Yes, they do.

11:12:10 21    Q.    Let's pull up, please, D-34914.1.

11:12:15 22              Is this a slide, Dr. Shea, you helped us with to

11:12:25 23    summary your primary conclusions in this matter?

11:12:27 24    A.    Yes, it is.

11:12:27 25    Q.    Would you please address your primary conclusions in this

matter in summary form for the benefit of the Court.

A.    Sure.

Well, first, I utilized all of the available data, the publicly available data in water and sediment, and applied those to the EPA benchmark methodology.

In conducting that analyses, I came to the opinion that there was limited harm, primarily near the wellhead and while the oil was being released.

In addition to that, I looked at site-specific toxicity testing that also occurred.  So, for example, samples were taken from the Gulf of Mexico, brought back to the laboratory, and toxicity testing was conducted.

By and large, those toxicity testing confirmed the EPA benchmark in terms of limited harm to, and most likely very near the wellhead and for a duration of the summer of 2010.

In reviewing my analyses, you know, I did come to the conclusion that these results were actually not that surprising.  Knowing the type of oil that was spilled, that it's a lighter oil that has a low content of these PAH's that we'll talk about and have been talked about, that it was an oil spill from the bottom of the ocean, so there was a substantial amount of time and processes that would occur that would degrade oil before it reached the surface, these results were not surprising that we did not find a lot of cases of potential harm in these areas.

11:13:49  1          Then, finally, I have to say, in reviewing
11:13:51  2    Dr. Boesch's and Rice's analyses, I reviewed those reports as
11:13:55  3    if they were publications coming to me to review for
11:13:59  4    peer-reviewed publication.  So I took a critical look at what
11:14:01  5    they did and, frankly, what they did not do.  I have to say, I
11:14:05  6    believe their analyses is flawed.
11:14:07  7    Q.   Thank you very much.
11:14:08  8          Let's move to your first topic, and that is the
11:14:14  9    limited harm that you have described in your reports.
11:14:19 10          As part of that, could we see D-34856.
11:14:27 11          If we could, I would like first to ask you to
11:14:29 12    describe in general terms how a scientist in a standard way
11:14:34 13    evaluates the potential toxicity of chemicals in the
11:14:39 14    environment?
11:14:39 15    A.   Sure.  Well, this is a minor change from a standard slide
11:14:42 16    that I use in teaching about environmental toxicology and risk
11:14:47 17    assessment in general.
11:14:48 18          In the first case, if you look to the far left box,
11:14:51 19    where it says, water and sediment data, what you want to have
11:14:55 20    are -- well, first, what you want to understand is where are
11:14:58 21    the potential chemicals of concern likely to be?
11:15:01 22          Of course, in this case, in the Gulf of Mexico, water
11:15:03 23    is the obvious one, but sediment is also very important too.
11:15:07 24    There are mechanisms that can bring oil and the PAH's to the
11:15:12 25    sediment, and there are some important ecology, important

11:15:15   1    organisms that live in the sediment that we want to protect.

11:15:18   2    So you look at the data from water and sediment.

11:15:20   3            Then when you have those data, what you want to have

11:15:23   4    is some knowledge of how toxic those concentrations would be in

11:15:29   5    the water or sediment.  What scientists have been doing over

11:15:31   6    decades is generating laboratory toxicity tests.

11:15:34   7            In the case, I'm showing a fish tank with a few fish,

11:15:38   8    and a test tube there to indicate -- what we do is we add a

11:15:41   9    known amount of chemical to the tank at different

11:15:43  10    concentrations, and we monitor the health of the fish, whether

11:15:46  11    the fish dies or whether there is some other effect.

11:15:49  12            Based upon those standard toxicity threshold

11:15:53  13    experiments, we can actually calculate a threshold.

11:15:55  14    Q.   When we say that a toxicology test is above the threshold,

11:16:02  15    what does that mean?

11:16:04  16    A.   So, in all cases, if the measured concentration is above

11:16:09  17    the toxicity threshold, regardless of what threshold you're

11:16:13  18    using, then it indicates there is potential harm.

11:16:15  19            The idea is that you've identified samples or areas

11:16:19  20    that are potentially at harm, and you would want to investigate

11:16:22  21    further to determine if there is actual harm.

11:16:24  22    Q.   When you say investigate further, what does that involve?

11:16:27  23    A.   Well, that could involve, for example, these toxicity

11:16:31  24    tests that I mentioned, these -- we'll, I think, talk about

11:16:33  25    this later, these almost a thousand different toxicity tests --

**OFFICIAL TRANSCRIPT**

11:16:36 1   where you actually collect water or sediment, you bring it back

11:16:39 2   to the laboratory and determine, were they toxic, and, if so,

11:16:44 3   how toxic were they.

11:16:45 4   Q.   If a finding is below the toxicity threshold, what does

11:16:49 5   that indicate?

11:16:50 6   A.   That indicates that the aquatic life is being protected in

11:16:53 7   that area.  That sample is safe for aquatic life.

11:16:57 8   Q.   So when we say protective of aquatic life, that's a

11:17:00 9   finding that is below the threshold?

11:17:01 10  A.   That is correct.  It is below the threshold.

11:17:03 11  Q.   Let's turn to the water and sediment data, if we could,

11:17:09 12  D-34857.

11:17:12 13       I guess, while this slide is up, I'll just ask you to

11:17:16 14  describe for the Court how you obtained the water and sediment

11:17:22 15  data that you reviewed.

11:17:24 16  A.   So I looked at all possible sources of water and sediment

11:17:27 17  data that may be available.  The primary source of these data

11:17:31 18  are from samples that were collected, both by the

11:17:36 19  U.S. Government, as well as BP contractors.  They are publicly

11:17:39 20  available data on what's called *the Gulf Science Data website*

11:17:42 21  or database.  So these are a large volume -- an enormous

11:17:46 22  quantity, actually, of water and sediment data that are

11:17:49 23  publicly available.

11:17:49 24  Q.   Now, in thinking about the number of samples, how many

11:17:55 25  water samples did you look at?

**OFFICIAL TRANSCRIPT**

11:17:58 1    A.    I looked at 17,881 water samples.

11:18:03 2    Q.    The same question for sediment samples, please.

11:18:06 3    A.    That would be 8,181 sediment samples I looked at.

11:18:10 4    Q.    Now, in terms of the data that you reviewed, were these

11:18:14 5    samples testing for oil and oil-related constituents in the

11:18:20 6    water or sediment?

11:18:21 7    A.    Yes, they were all looking for oil or oil-related

11:18:25 8    chemicals that would potentially be of concern.

11:18:27 9    Q.    Just for background, will you please describe PAH's and

11:18:33 10   BTEX and how that relates to your analysis in the case, please.

11:18:37 11   A.    Sure.  PAH's are polycyclic aromatic hydrocarbons.  These

11:18:42 12   are recognized by all environmental toxicologists and chemists

11:18:47 13   as the primary class of chemicals we would be concerned about

11:18:49 14   with oil.

11:18:50 15         There is another class of chemicals that are similar.

11:18:53 16   They are called *BTEX compounds*.  These are smaller, they

11:18:57 17   dissolve more readily, they are less toxic, but they also

11:19:02 18   degrade very rapidly.

11:19:04 19         So although the BTEX compounds are contained in the

11:19:07 20   oil, it is widely recognized that they degrade quickly and

11:19:12 21   would be of less concern; but, nonetheless, since they are in

11:19:14 22   the oil, I looked at those as well.

11:19:17 23   Q.    Please describe the process that you went through to

11:19:19 24   review the data.

11:19:21 25   A.    Well, it was a very long and drawn out process.  As I

**OFFICIAL TRANSCRIPT**

1644

11:19:27  1    said, this is an enormous quantity of data, by far the largest

11:19:32  2    data set that has ever existed for something like this.

11:19:36  3         So with nearly 18,000 water samples and over 8,000

11:19:39  4    sediment samples, one has to bring those out of the database

11:19:43  5    into other software to manipulate for easier analyses and

11:19:48  6    statistical analyses and so on.

11:19:50  7         So I went to the database and pulled these data out

11:19:53  8    and moved them around in various software packages that I have

11:19:56  9    available to me to perform the analyses.

11:19:59 10    Q.   Did you look at all the data?

11:20:00 11    A.   I did look at all of the data, yes.  Yes.

11:20:02 12    Q.   Now, let's pull up D-349128, please.

11:20:08 13         I want to turn our attention, if we can, to the water

11:20:13 14    sampling locations.  Okay?

11:20:14 15    A.   Yes.

11:20:14 16    Q.   Can you please describe the slide that we have up now?

11:20:19 17    A.   Yes.  So this showing a map of the northern

11:20:23 18    Gulf of Mexico.  With -- let me get my pointer out here.  If

11:20:29 19    you can see in the middle here is where the wellhead is.  You

11:20:32 20    can see that a lot of samples were collected around the

11:20:36 21    wellhead, moving towards the coast of Louisiana and

11:20:39 22    Mississippi, where surface oil was moving.

11:20:42 23         Then you see a lot of samples down to the southwest

11:20:45 24    here.  This is where there was evidence of a deepwater mixture

11:20:48 25    of oil and water, where there might actually be potential

**OFFICIAL TRANSCRIPT**

concerns.

So this is showing, actually, if you count all of these dots up, you can only count about 850 of these nearly 18,000 because underneath these dots that are on the surface are samples that were collected at different depths at the same location, and also at many different times.

So you can see that the data are predominantly where oil was expected to be or oil was known to be, and then some additional sampling.

Q.   The fact that samples were being taken where oil was expected to be or known to be, how does that impact the analysis that you did in this matter?

A.   Well, what it tells you is that you are actually getting a maximal estimate of exposure.  You're basically getting a worst-case scenario, so with the sampling biased towards trying to find oil.  So, for example, if there is surface oil, a sample was collected either adjacent to that oil or underneath the oil to capture the highest concentration of PAH's and BTEX's that might be present.  Some it provides a protective measure, and we call that *a conservative estimate*.

Q.   What's your understanding of the purpose of collecting the samples that you have reviewed?

A.   Well, most of these samples were collected during the Response phase.  So, a report we refer to as the OSAT report, a lot of these data come from there.

**OFFICIAL TRANSCRIPT**

11:22:08  1            The objective, primary objective was to find

11:22:10  2    actionable oil, is the oil present potentially of harm.  So

11:22:15  3    they went through a benchmark analyses as well that's the same

11:22:18  4    as mine to try to determine the potential harm of actionable

11:22:18  5    oil.

11:22:22  6            So much of the sampling was done in the summer of

11:22:25  7    2010.  There was additional sampling conducted beyond that

11:22:30  8    Response phase into the Fall of 2010.  Then, a much smaller

11:22:33  9    number of samples in 2011, 2012.

11:22:36 10    Q.   If we could see D-34859A, please.

11:22:41 11            Is this an animation that just helps to demonstrate

11:22:46 12    the extent of sampling, as well as looking in 3D at the depths

11:22:54 13    of some of the sampling that was conducted?

11:22:56 14    A.   Yes, this is the same map you just saw, but with the

11:22:58 15    intention of showing it in three dimensions, so you can see the

11:23:01 16    numbers of samples that were collected at various depths here.

11:23:04 17            What this does not tell you is the samples that were

11:23:06 18    collected at various times.  So this is still only showing you

11:23:09 19    about 15 percent of the total samples collected.

11:23:12 20    Q.   Now, I'll ask you, did Dr. Boesch or Dr. Rice evaluate the

11:23:20 21    water data that was collected as part of the *Deepwater Horizon*

11:23:24 22    investigation in the same way you did?

11:23:27 23    A.   Well, their initial report did not include any of these

11:23:31 24    data at all.  Their subsequent reports did attempt to look at

11:23:35 25    these data themselves.  They analyzed them in a different

**OFFICIAL TRANSCRIPT**

1647

11:23:40 1    manner, but in their subsequent reports they did look at the

11:23:42 2    water data.

11:23:43 3    Q.    Now, did you also prepare a demonstrative to depict

11:23:46 4    whether the approximately 8,000 sediment samples were taken?

11:23:52 5    A.    Yes, I have.

11:23:53 6    Q.    Let's look at D-34115, please.

11:24:00 7              If I may, may I ask you to describe for the Court

11:24:04 8    what this map depicts in terms of sediment samples?

11:24:08 9    A.    Sure.  This is very similar to the water sampling map that

11:24:12 10   I showed you, so you can see the wellhead, if this is working,

11:24:16 11   right about here.

11:24:17 12             A lot of the sampling was conducted near the

11:24:20 13   wellhead.  Then, again, where the oil was known to have moved,

11:24:24 14   a lot more sampling there.  Then, of course, near the

11:24:26 15   shoreline, quite a bit of sampling as well.

11:24:28 16             Similar to the water map, this is actually showing,

11:24:31 17   if you count the dots, it's only about 650 out of the 8,000, so

11:24:34 18   this is only about 8 percent of the total samples are actually

11:24:38 19   visible here.

11:24:39 20   Q.    Did the US experts, Dr. Boesch and Dr. Rice, evaluate the

11:24:45 21   8,000 sediment samples in any of their expert reports?

11:24:49 22   A.    No.  None of their reports, either their initial or

11:24:53 23   subsequent reports, looked at any of these data.

11:24:55 24   Q.    Now, Dr. Shea, have you formed an opinion about whether

11:24:57 25   the data collected was sufficient in terms of its quantity to

                          **OFFICIAL TRANSCRIPT**

1648

11:25:03  1    allow you to evaluate the potential harm arising from the

11:25:10  2    *Deepwater Horizon* spill?

11:25:10  3    A.    Yes, I did.

11:25:11  4    Q.    What is that opinion?

11:25:13  5    A.    Well, it's not only of sufficient quantity, but, looking

11:25:17  6    at the locations that the samples were collected and at the

11:25:20  7    frequency that they were collected, it was sufficient quantity

11:25:24  8    and a sufficient type of sampling that was required for this,

11:25:27  9    yes.

11:25:27  10   Q.    Did you undertake any efforts to ensure that the data you

11:25:32  11   relied upon were sufficient -- of sufficient quality for your

11:25:37  12   analysis?

11:25:37  13   A.    Yes, I did.

11:25:37  14   Q.    Can you please provide to the Court the efforts you

11:25:41  15   undertook to ensure that the data you relied upon was of high

11:25:46  16   quality?

11:25:46  17   A.    Sure.  Well, it's imperative to ensure that the data

11:25:50  18   you're going to use for making any kind of important decision

11:25:54  19   is of high quality and is appropriate for the intended use,

11:25:58  20   that decision-making, in this case evaluating potential harm.

11:26:02  21          The initial thing I did was I went to the original

11:26:04  22   quality assurance plans and sampling plans that the government

11:26:07  23   and BP and BP contractors had put together.  So they all had

11:26:12  24   sampling plans.

11:26:13  25          I reviewed those to ensure that they were using

11:26:16 1  equipment that was appropriate, the equipment they used was

11:26:20 2  cleaned properly in between stations, to look at how were the

11:26:24 3  samples treated and stored on board the ship.

11:26:26 4       So, for example, sediment samples need to be put on

11:26:31 5  ice quickly and frozen.  Did the sampling plan actually allow

11:26:34 6  for that?

11:26:34 7       Then, in the analytical laboratory, it's just as

11:26:37 8  important.  There are quality assurance project plans that both

11:26:40 9  government labs and BP contractor labs followed and used, and I

11:26:45 10 evaluated and reviewed those as well to ensure that they were

11:26:47 11 of high quality.

11:26:49 12      In addition to that, then, as I reviewed all of these

11:26:53 13 data, these nearly 18,000 water samples and these over 8,000

11:26:57 14 sediment samples, every single one of these samples has quality

11:27:01 15 control data and information associated with it.

11:27:02 16 Q.   Why is that important?

11:27:04 17 A.   It's very important because -- my lab, we analyze

11:27:08 18 thousands of samples myself in our own research lab, and it

11:27:12 19 doesn't always go properly.  You always have some kind of

11:27:14 20 problem that occurs.

11:27:15 21      What you want to do -- you know that, and that's not

11:27:17 22 a fatal flaw in terms of analyses of data -- but you want to

11:27:20 23 have quality control procedures and quality control data that

11:27:24 24 you can review to determine, did something go wrong in the

11:27:28 25 analyses.

**OFFICIAL TRANSCRIPT**

11:27:29  1        In the case of these data, there's a lot of technical
11:27:33  2    detail behind these quality control data, but I reviewed these
11:27:36  3    quality control data, and I reviewed the laboratory's
11:27:41  4    reporting.  They have what they call *qualifier codes* in the
11:27:45  5    database, and these qualifier codes indicate the laboratory may
11:27:46  6    have identified something was amiss, something did not go quite
11:27:49  7    right.  So I reviewed all of the quality control data and those
11:27:54  8    qualifying codes from the lab.
11:27:55  9    Q.    So your conclusion was that you had data of sufficient
11:27:59 10    quantity that was collected from the right place, and that the
11:28:03 11    quality of the data was high, so as to allow you to formulate
11:28:09 12    opinions about it?
11:28:09 13    A.    Yes.  This is, without a doubt, the largest and highest
11:28:14 14    quality data set of its type I've ever encountered in my
11:28:18 15    career.
11:28:18 16    Q.    Let's look to step two now.
11:28:21 17          If we could call back D-34862, which is analysis of
11:28:27 18    and discussion of toxicity thresholds.
11:28:31 19          I believe you told us earlier that the next step is
11:28:34 20    to take the data that you have studied and then to compare it
11:28:38 21    to a toxicity threshold.
11:28:40 22    A.    That is correct.
11:28:41 23    Q.    All right.  What toxicity threshold did you use, please?
11:28:46 24    A.    I used the toxicity threshold developed by the
11:28:49 25    United States Environmental Protection Agency.  We call it *the*

**OFFICIAL TRANSCRIPT**

*EPA water quality benchmark*.

Q.    Let's pull up D-34864A.

Before we get into the details of the specific EPA toxicity benchmarks, can you please explain generally how the EPA benchmarks are utilized, why they were developed?

A.    Sure.  Well, in the upper right-hand corner, I have indicated that this is all part of the Clean Water Act program. Under the Clean Water Act, the EPA is mandated to ensure compliance with the Clean Water Act; in this case, with regard to chemicals that may be in the water or the sediment.

So in order to -- for EPA to follow through on that mandate, they have developed various techniques, water quality benchmarks, water quality criteria for the protection of aquatic life, and they utilize this method.

Q.    Does the U.S. EPA have toxicity benchmarks for oil?

A.    Yes.  They have toxicity benchmarks for oil-related chemicals, including the PAH's as well as the BTEX chemicals.

Q.    Now, these EPA toxicity benchmarks that you will be discussing today, are those the benchmarks that were utilized by Dr. Boesch and Dr. Rice?

A.    No.  These are not the benchmarks that Drs. Rice and Boesch utilized.

Q.    We'll talk about what they did later.

Let's just go through a few of these components here. When we look at the column of toxicity testing, can you please

**OFFICIAL TRANSCRIPT**

11:30:29 1    use the slide to talk through with Judge Barbier the important

11:30:34 2    components here of the EPA toxicity benchmarks.

11:30:38 3    A.    Sure.  Well, it's important to recognize, at the top

11:30:41 4    there, that over 200 individual toxicity studies were conducted

11:30:45 5    in order to develop these EPA benchmarks.  The EPA has a very

11:30:51 6    rigorous procedure outlined in their water quality criteria

11:30:55 7    derivation documentation that they have developed over the

11:30:59 8    years as to what types of tests would be allowed, and to ensure

11:31:02 9    that there are enough tests to actually develop a benchmark.

11:31:05 10         So you don't want to rely on one or just a few

11:31:08 11   toxicity tests, you want a lot of toxicity tests, and

11:31:10 12   preferably you also want toxicity tests that have been

11:31:13 13   independently verified by other groups or other laboratories.

11:31:17 14   And so this is what the EPA uses.  They have a large database

11:31:19 15   of all of this.  They go through with their quality assurance

11:31:23 16   methods to determine which studies they will use.

11:31:25 17         They also look at various types of toxicity.  So

11:31:28 18   second here is the acute and the chronic toxicity.  Acute

11:31:32 19   toxicity is what we call for short-term toxicity on the order

11:31:36 20   of hours or maybe a couple of days.  Chronic toxicity is

11:31:39 21   exposure to a chemical on longer periods, days, weeks, maybe

11:31:43 22   even months.  EPA incorporates toxicity tests for both of

11:31:48 23   those.

11:31:48 24         They also want to look at multiple species that may

11:31:51 25   exist in the ecosystem.  So they want to get a range of species

**OFFICIAL TRANSCRIPT**

11:31:54  1    that are to going to occur in our nation's waters, and so they

11:31:56  2    look at multiple species, including vertebrates, like finfish,

11:32:00  3    and invertebrates, like shrimp.

11:32:04  4        They also want to look at multiple life stages,

11:32:06  5    because we know that -- what we call *early life stages*, such as

11:32:10  6    the egg or the larvae of the fish, can be more sensitive.  They

11:32:15  7    aren't always more sensitive, but they can be more sensitive

11:32:15  8    than, say, the juvenile or the adult of that fish.

11:32:18  9        So the EPA wants to look at those multiple life

11:32:20 10    stages, and even for some organisms, they look at the entire

11:32:24 11    life cycle of that organism.

11:32:24 12    Q.    In your opinion, are the United States EPA benchmarks

11:32:30 13    designed to be protective of aquatic life?

11:32:33 14    A.    That is the expressed intention of EPA.  And I agree

11:32:36 15    wholeheartedly with them, that it is protective of aquatic

11:32:40 16    life, yes.

11:32:40 17    Q.    Are they, likewise, protective for both the short-term and

11:32:44 18    long-term exposures to oil?

11:32:45 19    A.    Yes.  It considers both the short- and long-term

11:32:50 20    exposures, yes.

11:32:50 21    Q.    Are they protective of the most sensitive species and life

11:32:55 22    stages?

11:32:55 23    A.    They are protective of the most sensitive species, yes.

11:32:58 24    Q.    Now, let's look next at validation.  Why is that an

11:33:01 25    important component of the formulation of a benchmark?

**OFFICIAL TRANSCRIPT**

A.    Well, the EPA considers, and scientists agree, that if you're going to use any data, in this case, toxicity data, for decision-making you want to make sure the data are reliable. And one of the ways you can ensure that they may be reliable is that they are following standardized methodology.

And so toxicologists over the years have developed methodologies, and they have been standardized.  New methodologies may come out, but if they are not standard methods, that's something the EPA would not incorporate into this.

Another part of the validation process is what we call *the peer review*.  So all of these data, all of these studies, they are reviewed internally at EPA first by their own scientists, and then they go out for external review.  I myself have reviewed probably two dozen of these tests in terms of EPA asking me if I could review these studies to determine, are they reliable?  Should they be used?  Are they appropriate?

The next point is field verification, and this is really important in terms of the long-term validation process. The EPA's intention, obviously, is protecting aquatic life. One wants to know over time, is this working?  Do these criteria, do these benchmarks do what we hope that they are doing?  And the best way to do that is to actually look at field verification of this.  Sites that are contaminated with particular chemicals, are they protected from using these

11:34:29  1    benchmarks or not?

11:34:30  2          And the last point there, which follows up what I've

11:34:34  3    just said, is EPA has a process for updating these benchmarks

11:34:38  4    periodically.  And that's important as new information that's

11:34:41  5    reliable and appropriate can be incorporated into the process.

11:34:44  6    Q.   We heard discussion from Dr. Boesch and Rice about lethal

11:34:52  7    and nonlethal impacts.  In your opinion, are the U.S. EPA

11:34:56  8    benchmarks protective against both lethal and sublethal effects

11:35:01  9    to organisms?

11:35:02 10    A.   Yes.  They consider both lethal, meaning the organism

11:35:06 11    dies, and sublethal effects, things like a diminished growth of

11:35:09 12    the organism or decreased reproduction of the organism, would

11:35:12 13    be examples of sublethal effects.  These toxicity tests look at

11:35:16 14    those effects and the EPA benchmark explicitly considers those,

11:35:21 15    yes.

11:35:21 16    Q.   Are the EPA benchmarks considered the best available

11:35:24 17    toxicity thresholds for oil and PAH's?

11:35:26 18    A.   Without a doubt.  They are head and shoulders above any

11:35:31 19    other benchmark that may exists.  They incorporate a very large

11:35:33 20    and robust dataset.  They essentially are the gold standard

11:35:37 21    that the U.S. uses and the world looks towards in terms of how

11:35:40 22    you evaluate this, yes.

11:35:45 23    Q.   Now, have you looked at how the United States uses these

11:35:48 24    benchmarks?

11:35:49 25    A.   Yes, I have.

**OFFICIAL TRANSCRIPT**

Q.   Have you helped us prepare a demonstrative depicting the use by the United States of the EPA benchmarks in the *Deepwater Horizon* investigation?

A.   Yes, I have.

Q.   Let's pull up D-348765, please.

Will you please use this slide and discuss the way in which you have seen the United States using the EPA benchmarks in the *Deepwater Horizon* event.

A.   Sure.  I'm aware of four different U.S. government agencies that have used these exact same benchmarks in the *Deepwater Horizon* investigation.  The first one on the left is what we refer to as the OSAT report.  And these are the data that were generated during the response phase of the oil spill where they were looking for actionable oil.

In that report they utilized the exact same water and sediment benchmarks that EPA has developed and the same ones that I had used to determine, is there oil present that's potentially harmful or not?

The second is the EPA itself.  The EPA has described how these benchmarks are derived.  They give examples of that. And they give data from the *Deepwater Horizon* incident themselves on how to use that.

The third example here is the U.S. Geological Survey. They conducted a study near the shorelines of the Gulf of Mexico looking at water and sediment near those

**OFFICIAL TRANSCRIPT**

11:37:14 1    shorelines.  And again, the U.S. Geological Survey used these
11:37:17 2    same benchmarks to evaluate potential harm.
11:37:21 3            And then the last example I have on the far right are
11:37:23 4    two NOAA scientists who published a peer-reviewed paper.  They
11:37:26 5    were looking particularly at how dispersants and oil mixtures
11:37:31 6    may harm the environment, and they were using these same
11:37:34 7    benchmarks in the water samples that were collected for their
11:37:38 8    study.
11:37:38 9    Q.   Okay.  Thank you.
11:37:39 10           Let's turn to the issue now of potential harm.  If we
11:37:45 11   could pull up D-34866.  Go back to the fundamental slide.
11:37:53 12           I believe what you testified to earlier is that you
11:37:57 13   can apply your water and sediment data to toxicity thresholds
11:38:02 14   and then make some conclusions about potential harm; is that
11:38:02 15   right?
11:38:07 16   A.   That is correct.
11:38:07 17   Q.   So let's discuss first the water column.  And if you will,
11:38:13 18   just remind us again, how many water samples did you evaluate?
11:38:17 19   A.   I looked at 17,881 water samples on the database.
11:38:23 20   Q.   And how many of those 17,881 samples exceeded the U.S. EPA
11:38:33 21   toxicity benchmark for oil?
11:38:34 22   A.   There were 349 samples out of those nearly 18,000 that
11:38:39 23   exceeded the EPA benchmark.
11:38:40 24   Q.   Did you look at both the BTEX, the ones you described as
11:38:45 25   the lighter aromatics, as well as the PAH's?

**OFFICIAL TRANSCRIPT**

11:38:49 1    A.    Yes, I did.

11:38:49 2    Q.    And for the BTEX, how many exceedances were there of EPA

11:38:56 3    benchmarks?

11:38:57 4    A.    So for the BTEX compounds, actually, not single sample

11:39:00 5    that was collected.  In that case, there were 16,772 samples

11:39:05 6    that were actually analyzed for BTEX, and not a single sample

11:39:10 7    exceeded EPA's benchmark.

11:39:11 8    Q.    Was that a surprising finding to you?

11:39:14 9    A.    No, it wasn't.  As I mentioned earlier, the BTEX, we know

11:39:16 10   it dissolves very quickly, it degrades very quickly, so it's

11:39:21 11   not surprising.

11:39:21 12   Q.    For the second category, PAH's, how many exceedances were

11:39:26 13   there?

11:39:26 14   A.    So for the PAH's, that's where there were 349 samples that

11:39:29 15   were potentially harmful out of this 18,000.

11:39:33 16   Q.    All right.  Can we pull up D-34052A, please.

11:39:40 17          Is this a demonstrative that sets out your findings

11:39:43 18   with regard to the data that you reviewed with regard to the

11:39:50 19   water samples?

11:39:50 20   A.    Yes, it is.

11:39:51 21   Q.    What does this show?

11:39:53 22   A.    Well, it shows that nearly all the water samples that were

11:39:57 23   collected would be considered safe, using the EPA benchmark

11:40:00 24   approach.  It's showing that fewer than 2 percent of all the

11:40:04 25   samples that were collected exceeded the benchmark.

**OFFICIAL TRANSCRIPT**

```
11:40:07  1          And, again, what this means is that when a sample
11:40:11  2   exceeds the benchmark, there is the potential for harm.  We
11:40:14  3   don't know for sure.  And that's when additional information
11:40:16  4   would be required to confirm.
11:40:17  5   Q.   Roughly 17,500 samples were demonstrated to be safe for
11:40:24  6   aquatic life using EPA benchmarks?
11:40:27  7   A.   That is correct, yes.
11:40:28  8   Q.   And 349 of the tests would demonstrate the potential for
11:40:36  9   harm?
11:40:36 10   A.   That is correct.
11:40:37 11   Q.   Now, if you -- if you look at the EPA benchmark, does that
11:40:49 12   mean that actual harm will occur to aquatic organisms that are
11:40:54 13   exposed to levels that exceed the benchmark?
11:41:00 14   A.   No, that does not mean actual harm would be occurring.  It
11:41:03 15   only means the potential for harm.
11:41:05 16   Q.   And if we could pull up D-34887, please.
11:41:13 17          And we're trying to show here a screen there in the
11:41:19 18   middle, but I'll just ask you, if you could, to take this
11:41:23 19   demonstrative and describe for Judge Barbier, please, what you
11:41:27 20   were demonstrating here.
11:41:27 21   A.   Sure.  So here what I'm trying to describe, anyway, are
11:41:31 22   the data that was just shown in that graph where 98 percent of
11:41:36 23   the water samples were considered safe and approximately
11:41:40 24   2 percent of those water samples were considered potentially
11:41:43 25   harmful.
```

**OFFICIAL TRANSCRIPT**

11:41:44  1          And this is just an illustration of how the

11:41:47  2  benchmark -- and this is true of any benchmark, what you're

11:41:49  3  trying to do is screen out the samples that are potentially

11:41:53  4  harmful from those that are considered safe.  And so this an

11:41:57  5  example.  Those two balls with those two circles sitting on the

11:42:00  6  screen are representing the 2 percent of the samples that might

11:42:03  7  be harmful.

11:42:03  8          So if you look at the bottom right, there is a quote

11:42:06  9  from the U.S. Environmental Protection Agency that says, "This

11:42:09 10  value," they are referring to the benchmark value, "this value

11:42:13 11  is intended to be the concentration of a chemical in water that

11:42:17 12  is protective of the presence aquatic life."  So that's these

11:42:23 13  98 percent of the samples.

11:42:24 14          At the top, top right, this is an indication that

11:42:28 15  samples above the U.S. EPA benchmark value may require more

11:42:32 16  information and further study.

11:42:36 17          Quoting from Dr. Rice from last week, he says, "This

11:42:40 18  would -- an exceedance of a benchmark value would stimulate a

11:42:44 19  site or species-specific investigation."  And he's absolutely

11:42:46 20  right.  Screening of this and the identification of potentially

11:42:50 21  harmful samples could require further information to confirm.

11:42:54 22  Q.    The fact that there are less than 2 percent of all the

11:42:58 23  water samples that reflect the potential for harm, I'll just

11:43:04 24  ask you, were you surprised by that?

11:43:07 25  A.    No, I was not surprised.

**OFFICIAL TRANSCRIPT**

11:43:09  1    Q.    And why not?

11:43:09  2    A.    Again, knowing the type of oil, with low PAH content, the

11:43:15  3    fact that you have rapid dilution in a very open dynamic

11:43:19  4    Gulf of Mexico system, the fact that we have something that we

11:43:22  5    call *biodegradation* that's occurring very rapidly, and then you

11:43:26  6    have further dilution in weathering at the sea surface, it was

11:43:29  7    not surprising that we had fewer than 2 percent of the samples.

11:43:33  8    Q.    Now, Dr. Shea, Drs. Rice and Boesch, in their testimony,

11:43:38  9    were a bit critical of your analysis, asserting that you looked

11:43:42 10    at too broad of a sampling area.  Do you remember that?

11:43:45 11    A.    Yes, I do.

11:43:46 12    Q.    And how do you respond to this criticism?

11:43:50 13    A.    Well, I don't agree with that criticism.

11:43:52 14    Q.    And why not?

11:43:53 15    A.    Well, initially, what I wanted to do was not bias my

11:43:57 16    analyses, and I look at all of the samples to determine how

11:44:01 17    many of them exceeded the EPA benchmark, what was the time and

11:44:05 18    location of those samples, looking at the northern

11:44:09 19    Gulf of Mexico as a potential area of concern.  And then

11:44:12 20    subsequent to that, in my initial report, I provided additional

11:44:15 21    analyses looking at only those areas and locations where we

11:44:20 22    either knew or thought oil actually went.

11:44:24 23          So in that process, I removed about 1500 of the

11:44:28 24    17,000 samples from that because they were on the coast of

11:44:31 25    Texas or the west coast of Florida, clearly where oil had not

**OFFICIAL TRANSCRIPT**

11:44:36 1    impacted that area.  I removed those background-type samples

11:44:39 2    from my analysis.

11:44:40 3    Q.    Was your first analysis, that is the one that was

11:44:45 4    contained in your opening report, was that report the standard

11:44:49 5    approach in terms of evaluating environmental harm?

11:44:52 6    A.    In the absence of knowing and identifying specific

11:44:57 7    referenced locations, yes, it is.  Initially, with the

11:45:00 8    potential concern, no one knew where the oil would end up, that

11:45:05 9    is exactly true, but I will say my initial report also included

11:45:08 10   the secondary analyses by removing all of those.  That was in

11:45:12 11   my first report.

11:45:13 12   Q.    Let's look at that.  If we look at first D-34916, this is

11:45:20 13   a demonstrative that Dr. Boesch looked at last week.  And I'll

11:45:26 14   just ask you, is this the area of concern that Dr. Boesch

11:45:30 15   talked about in his testimony?

11:45:32 16   A.    Yes, it is.

11:45:33 17   Q.    And then you mentioned that in your opening report, that

11:45:36 18   you looked at a smaller area, more targeted area as part of

11:45:41 19   your analysis; is that right?

11:45:43 20   A.    That is correct.  Yes.

11:45:43 21   Q.    So let's pull up D-34918.

11:45:49 22          And if you would please use this slide to describe

11:45:55 23   how you took a second look at the data to include the area of

11:46:01 24   concern.

11:46:01 25   A.    Sure.  So first let me show you, all of these samples,

**OFFICIAL TRANSCRIPT**

11:46:06 1   including the green and the yellow dots, are incorporated into

11:46:10 2   the initial analyses of not biasing or censoring the dataset to

11:46:15 3   look at all of the data.  And then looking at knowing where

11:46:18 4   people had suspected or known where oil had actually existed,

11:46:22 5   and this includes in the deeper water where there is evidence

11:46:25 6   of a possible oil/water mixture down to the southwest, I

11:46:28 7   excluded all of the data, all of the samples that were

11:46:30 8   collected that were outside of this region.  And this basically

11:46:33 9   matches pretty closely to what Dr. Boesch had indicated as

11:46:37 10  well.

11:46:37 11  Q.   Were Dr. Boesch and Dr. Rice wrong when they said that you

11:46:42 12  looked at too large an area?

11:46:44 13  A.   Essentially they were wrong, yes.  They were wrong in

11:46:47 14  saying that.

11:46:47 15  Q.   Now, if we look at the smaller area that's included in

11:46:52 16  your opening report, what was the percentage of samples that

11:46:56 17  exceeded the EPA benchmark?

11:46:58 18  A.   Well, the percentage of samples rose from 1.95 percent to

11:47:03 19  2.06 percent.  So it's essentially 2 percent either way.

11:47:09 20       MR. CHAKERES:  Your Honor, I'm going object to the

11:47:11 21  specific testimony about this calculation.  He had spoken in

11:47:17 22  very general terms in his first round report in one sentence

11:47:19 23  and did not present figures and calculations supporting what he

11:47:24 24  just testified to.

11:47:24 25       MR. BROCK:  Your Honor, on page 21 of his report, he

**OFFICIAL TRANSCRIPT**

11:47:27 1    says, "Of the 17,800 samples collected for PAH's, 98 percent
11:47:31 2    were found to be in the safe for aquatic life figure."  And
11:47:36 3    that's part of his alternative analysis.
11:47:37 4            MR. CHAKERES:  That's his -- if he says 2 percent of
11:47:42 5    17,000 samples were safe for aquatic life and that's all he
11:47:46 6    says, that's the extent of what he said in his first round
11:47:48 7    report.  My understanding is he's testifying in much greater
11:47:52 8    detail to different calculations.
11:47:54 9            THE COURT:  Is that different or is that the same
11:47:55 10   thing?
11:47:56 11           THE WITNESS:  No.  So in my initial report, I did
11:47:59 12   include the results of this analyses.  I stated -- I believe I
11:48:05 13   can be stating this accurately, I stated that approximately
11:48:08 14   2 percent of the samples, it wasn't any different.  It was
11:48:11 15   approximately 2 percent of the samples, even with the smaller
11:48:14 16   number.
11:48:14 17           THE COURT:  I overrule the objection.
11:48:15 18               Go ahead.
11:48:16 19   EXAMINATION BY MR. BROCK:
11:48:16 20   Q.    Now, Dr. Shea, did you also conduct a statistical analysis
11:48:24 21   of where the exceedances occurred in the context of your review
11:48:28 22   of the data?
11:48:29 23   A.    Yes, I have.
11:48:30 24   Q.    And do we have a demonstrative that will help you to
11:48:34 25   explain that?

                          **OFFICIAL TRANSCRIPT**

11:48:34  1    A.    Yes, there is.

11:48:35  2    Q.    If we could look at D-34891.  The title here is:  "Area of

11:48:44  3    potential exceedances of the U.S. EPA benchmark as limited in

11:48:48  4    time and space."

11:48:49  5           And I would like to direct your attention, please, if

11:48:51  6    I could, to the two bullet points below, if you'll use those to

11:48:56  7    describe the work that you did in looking at the exceedances

11:49:01  8    from a statistical standpoint.

11:49:03  9    A.    Sure.  So I looked at all of the data and looked at the

11:49:08 10    time and location that exceedances occurred in the

11:49:11 11    Gulf of Mexico.  And in looking at the data visually that way,

11:49:14 12    one gets a general sense of where and when you have

11:49:18 13    exceedances.

11:49:18 14           But in order to do a more rigorous job, it really is

11:49:22 15    best to use some sophisticated statistical tools that we have

11:49:25 16    at our disposal.  This tool happens to be called *Kriging*.  It's

11:49:29 17    a mathematical statistical technique that allows us to

11:49:32 18    basically draw contour maps of the exposure that -- or the

11:49:36 19    exceedance that may have occurred.

11:49:39 20           So if I can draw your attention to the map itself,

11:49:42 21    there's the wellhead in the cross, and you see these red areas

11:49:46 22    just to the north of the wellhead, and it's hard to see, but

11:49:50 23    there are a few red dots in the periphery as well, a few out

11:49:54 24    here.  And what this is a statistical analyses of the actual

11:49:59 25    data so that we can connect the dots in a scientifically

                        **OFFICIAL TRANSCRIPT**

11:50:01 1    defensible way.

11:50:03 2    Q.    Well, why is this helpful?

11:50:04 3    A.    This is very helpful because it gives you the total area

11:50:07 4    that may have exceeded EPA's benchmark at any particular time.

11:50:10 5    Q.    All right.  There were, though, exceedances in areas other

11:50:17 6    than just these two geographic regions that you described here,

11:50:25 7    correct?

11:50:25 8    A.    Yes, of course.  So this is not to imply that there were

11:50:28 9    not exceedances elsewhere in the Gulf of Mexico during May,

11:50:31 10   there were, but they were so few and far between.  When you

11:50:34 11   actually statistically connect those dots, they are essentially

11:50:37 12   outliers.  And so there are very few of those exceedances

11:50:41 13   outside of this area.

11:50:41 14   Q.    Is the methodology that you used here for your statistical

11:50:45 15   analysis one that is standard and accepted in the toxicology

11:50:50 16   community?

11:50:50 17   A.    This particular statistical analyses, I wouldn't say is

11:50:54 18   quite standard.  It is standard, but we use an even more

11:50:57 19   sophisticated algorithm to look at not only space, but also at

11:51:02 20   time.  So we're connecting dots not only in a spatial way, but

11:51:06 21   also in time.

11:51:06 22         But it is a standard way of actually trying to

11:51:09 23   understand what is the total area that may be impacted, yes.

11:51:12 24   Q.    Is your calculation conservative in terms of the output of

11:51:22 25   the work that you did?

11:51:22  1    A.    This calculation is very conservative, yes.

11:51:24  2    Q.    Now, Dr. Rice and Boesch also complained in their

11:51:31  3    testimony that you didn't focus in the right way on surface

11:51:36  4    water.  Did you hear that?

11:51:36  5    A.    I did, yes.

11:51:37  6    Q.    In your report did you, in fact, do analysis of the

11:51:43  7    toxicity of oil in the surface water?

11:51:45  8    A.    Yes.  I looked at the potential harm at various depths,

11:51:48  9    including the surface water, in my first report.

11:51:50 10    Q.    If we could see D-34868.

11:51:58 11          What does this slide show, please?

11:52:00 12    A.    This shows that nearly all of the samples collected in the

11:52:03 13    surface 200 meters, are considered safe by EPA's benchmark.

11:52:08 14    Approximately 2.6 percent of the samples exceeded EPA's

11:52:13 15    benchmark.

11:52:13 16          And this value actually makes sense.  This 2.6 is a

11:52:17 17    little bit higher than the 2 percent looking at all depths.

11:52:20 18    And one would expect with the surface oil you would have

11:52:24 19    somewhat higher PAH concentrations underneath the surface oil,

11:52:27 20    and that would explain the increase from 2 percent for all

11:52:31 21    depths going to 2.6 percent for the surface.

11:52:33 22    Q.    Judge Barbier, may have understood that, but I lost you on

11:52:36 23    that one.

11:52:36 24    A.    Okay.

11:52:36 25    Q.    It makes sense why?

11:52:38   1    A.    It makes sense because what we're now doing is rather than

11:52:41   2    looking at the entire depth of the Gulf of Mexico, we're

11:52:45   3    looking at the surface only, and we know there were surface oil

11:52:50   4    present. And if you look right at the surface where the oil

11:52:52   5    is, you would expect to have, on average, somewhat higher

11:52:56   6    exceedance than you do throughout the entire Gulf of Mexico.

11:53:00   7    Q.    Thank you.

11:53:07   8          Now let's turn to the results of your sediment

11:53:09   9    analysis. Did you utilize the same approach for evaluating

11:53:14 10    sediments in the Gulf of Mexico as you did with water?

11:53:16 11    A.    Yes, I did. There is a slight change because sediment is

11:53:20 12    mostly a solid phase so you have to do a slight conversion.

11:53:24 13    But again, EPA has identified how to do that, and it is

11:53:28 14    basically the same process.

11:53:29 15    Q.    I believe you told us that you looked at 8,181 sediment

11:53:36 16    samples?

11:53:36 17    A.    Yes, 8,181 sediment samples.

11:53:39 18    Q.    And how many of those exceeded U.S. EPA toxicity

11:53:44 19    benchmarks?

11:53:44 20    A.    There were 157 that exceed the EPA benchmark.

11:53:49 21    Q.    Let's look at D-34869.

11:53:53 22          Is this a chart that describes what you have just

11:53:56 23    testified to?

11:53:56 24    A.    Yes, it does.

11:53:57 25    Q.    Now, you mentioned earlier that several government reports

**OFFICIAL TRANSCRIPT**

11:54:06  1   performed analysis of water and sediment samples collected as

11:54:13  2   part of the *Deepwater Horizon* investigation.  What did those

11:54:15  3   reports find?

11:54:16  4   A.   Those reports found results that were very similar to my

11:54:21  5   own, and so they confirmed the results that I had.

11:54:24  6   Q.   You have a slide showing the results of the OSAT 1 report?

11:54:29  7   A.   Yes, I do.

11:54:30  8   Q.   D-34870.

11:54:37  9        Is this a callout from the OSAT 1 report?

11:54:41 10   A.   Yes.  This is one of the -- this is one of the key

11:54:43 11   findings from the OSAT report.

11:54:45 12   Q.   And the Court has heard a good bit about the OSAT process,

11:54:50 13   so we'll not do that again.  But how are these results similar

11:54:58 14   to the work that you did and the opinions that you formed?

11:55:00 15   A.   Well, this particular callout is showing that fewer than

11:55:03 16   1 percent of the water samples and approximately 1 percent of

11:55:08 17   the sediment samples exceeded EPA's toxicity benchmark for

11:55:12 18   PAH's after the 3rd of August, 2010.

11:55:16 19        This analyses of these samples shows -- also showed

11:55:20 20   that none of the water exceedances were actually Macondo oil.

11:55:25 21   The OSAT went through an effort to basically fingerprint these

11:55:30 22   samples, and they determined that the exceedances in water were

11:55:32 23   not Macondo oil after August 3rd.  And that the sediment

11:55:36 24   exceedances were only within 3 kilometers or approximately

11:55:40 25   one-and-a-half miles from the wellhead, and these results are

**OFFICIAL TRANSCRIPT**

11:55:43 1    similar to what I found with regard to the time and space, the

11:55:47 2    time and location of where I found exceedances.

11:55:50 3    Q.   What about their findings for points in time earlier than

11:55:56 4    August 3rd, 2010, how do they compare to your work?

11:56:00 5    A.   Again, they compare -- they are very similar.  They are

11:56:03 6    seeing similar and actually fewer numbers of samples than I

11:56:07 7    found with regard to exceedances.  But I would say, given at

11:56:10 8    how close they are, I would say they are essentially the same.

11:56:13 9    Q.   Let's look at D-34871, please.

11:56:21 10        Will you describe for Judge Barbier what this is,

11:56:24 11   please.

11:56:24 12   A.   Yes.  This is a map taken from the OSAT report.  I did

11:56:27 13   modify it slightly on the colors to make it a little easier to

11:56:30 14   read.  But this is basically confirming the results that I

11:56:34 15   found using a larger dataset.

11:56:37 16        I should say that all of the data that you see here

11:56:41 17   on this map and in the OSAT report were included in the

11:56:44 18   database that I looked at.  I had just -- I had the fortune of

11:56:49 19   being able to look at additional samples beyond this.

11:56:53 20        And what this is showing, the blue samples are

11:56:55 21   showing where samples were collected and there was no

11:56:58 22   exceedance of the EPA benchmark.  The yellow there, I think

11:57:01 23   there are eight of them, if you count them, that is showing

11:57:04 24   where there was an exceedance of the EPA benchmark.  But the

11:57:07 25   PAH fingerprint, the chemical fingerprint, did not match

11:57:10  1    Macondo oil.

11:57:12  2    Q.    How many water samples did you evaluate?  How many water

11:57:19  3    samples are included in this evaluation, I'm sorry?

11:57:22  4    A.    In this evaluation, I would have to double-check.  I

11:57:25  5    believe it's on the order of 8,000 as opposed to the nearly

11:57:28  6    18,000 I looked at.

11:57:29  7    Q.    Let's turn to dispersants now.  Did you look at the

11:57:36  8    potential for environmental harm associated with dispersants?

11:57:41  9    A.    Yes, I did.

11:57:41 10    Q.    How did you go about the analysis?

11:57:44 11    A.    In a very similar way as I just described for the PAH's

11:57:48 12    and for the BTEX, looking at all of the available data on the

11:57:52 13    chemicals that are in the dispersants and then comparing those

11:57:56 14    measured concentrations in the Gulf of Mexico to the EPA

11:58:00 15    benchmarks that have been established.

11:58:01 16    Q.    If we could see D-34876, please.

11:58:08 17          Is this a demonstrative that can be used to discuss

11:58:14 18    your findings with regard to dispersants?

11:58:16 19    A.    Yes.  First, I should state that there are over 8,000

11:58:22 20    samples collected in total looking for one of these dispersing

11:58:27 21    chemicals.  There were four chemicals in particular that EPA

11:58:29 22    and others had identified as potentially harmful.

11:58:32 23          For three of those fours chemicals there was never a

11:58:36 24    single exceedance of the EPA benchmark.  For one of those

11:58:40 25    chemicals, we call it *DOSS*, it's a surfactant that's found in

**OFFICIAL TRANSCRIPT**

11:58:45  1    your soaps and consumer products and detergents, 16 of the

11:58:49  2    nearly 6,000 samples had an exceedance, less than .3 percent.

11:58:59  3    Q.   Let's look at D-34877, please.

11:59:08  4         And I'll ask you if your findings with regard to

11:59:13  5    dispersants is similar to findings made by the United States as

11:59:17  6    a result of its review of the data?

11:59:19  7    A.   Yes, they are.

11:59:20  8    Q.   And how does this help us to understand that?

11:59:24  9    A.   This was another key finding from this OSAT 1 report where

11:59:29 10    their data showed not a single exceedance of EPA's dispersant

11:59:33 11    benchmarks were observed in the Gulf of Mexico.

11:59:39 12         MR. BROCK:  Your Honor, I am perfectly fine to keep

11:59:42 13    going, but I just was going to check in with you.  I'm starting

11:59:45 14    a new topic, but I'm good either way.

11:59:48 15         THE COURT:  It's a good place to break.  How much long

11:59:49 16    will you be with this witness?

11:59:50 17         MR. BROCK:  I've probably got another 30 minutes or so.

11:59:53 18         THE COURT:  All right.  Do you want to break?  Are you

11:59:54 19    suggesting we break for lunch now?

11:59:56 20         MR. BROCK:  At your pleasure.  Either way is fine with

11:59:58 21    me.

12:00:00 22         THE COURT:  I thought maybe you were just hungry.

12:00:02 23         MR. BROCK:  I am hungry.  As you can see, I hadn't

12:00:04 24    missed any meals lately.

12:00:06 25         THE COURT:  All right.  Let's break for lunch and we'll

**OFFICIAL TRANSCRIPT**

12:00:10   1    come back in an hour.  It's right just about noon now.

12:00:12   2                    Thank you.

12:00:16   3               THE DEPUTY CLERK:  All rise.

           4               (WHEREUPON, at 12:00 p.m. the Court was in luncheon

           5    recess.)

           6                           *    *    *

           7

           8

           9                    REPORTER'S CERTIFICATE

          10

          11         I, Cathy Pepper, Certified Realtime Reporter, Registered

          12    Merit Reporter, Certified Court Reporter in and for the State

          13    of Louisiana, Official Court Reporter for the United States

          14    District Court, Eastern District of Louisiana, do hereby

          15    certify that the foregoing is a true and correct transcript to

          16    the best of my ability and understanding from the record of the

          17    proceedings in the above-entitled and numbered matter.

          18

          19

          20                              *s/Cathy Pepper*

          21                         Cathy Pepper, CRR, RMR, CCR
                                     Certified Realtime Reporter
          22                         Registered Merit Reporter
                                     Official Court Reporter
          23                         United States District Court
                                     Cathy_Pepper@laed.uscourts.gov
          24

          25

                              **OFFICIAL TRANSCRIPT**

| # | | | | 4 |
|---|---|---|---|---|

**#**

**#10-4536** [1] - 1525:10

**$**

**$1.25** [1] - 1592:14
**$14** [1] - 1606:22
**$218** [1] - 1615:16
**$23** [1] - 1591:21
**$27** [1] - 1596:13
**$300** [1] - 1615:13
**$41** [1] - 1603:16
**$450,000** [1] - 1583:12
**$620** [1] - 1574:20
**$87** [1] - 1615:18

**'**

**'11** [1] - 1585:13
**'12** [1] - 1585:14
**'13** [2] - 1576:9,
  1576:10
**'14** [7] - 1585:18,
  1609:6, 1612:6,
  1613:21, 1615:3,
  1615:9, 1615:12
**'80** [1] - 1535:21
**'80s** [2] - 1570:14,
  1631:15

**0**

**013445** [1] - 1638:14
**013446** [1] - 1638:14

**1**

**1** [5] - 1669:6, 1669:9,
  1669:16, 1672:9
**1.2** [1] - 1603:4
**1.5** [1] - 1602:13
**1.95** [1] - 1663:18
**10,000** [2] - 1570:15,
  1573:25
**10-MD-2179** [1] -
  1525:7
**1036** [1] - 1525:19
**10:19** [1] - 1616:23
**10:20** [1] - 1616:21
**11** [1] - 1622:23
**12** [1] - 1576:20
**12:00** [1] - 1673:4
**13** [4] - 1576:20,
  1621:9, 1621:11,
  1623:11

**13.2** [1] - 1576:12
**13162.1.1** [1] -
  1584:17
**14.2** [1] - 1602:3
**14271** [1] - 1526:17
**15** [2] - 1616:21,
  1646:19
**150** [2] - 1560:11,
  1560:13
**1500** [1] - 1661:23
**1531** [2] - 1529:4,
  1529:5
**157** [1] - 1668:20
**16** [2] - 1530:16,
  1672:1
**16,772** [1] - 1658:5
**16.1** [1] - 1559:15
**16.7** [1] - 1602:21
**1617** [1] - 1529:6
**1628** [1] - 1529:7
**1629** [1] - 1529:8
**1673** [1] - 1529:9
**17,000** [2] - 1661:24,
  1664:5
**17,500** [1] - 1659:5
**17,800** [1] - 1664:1
**17,881** [2] - 1643:1,
  1657:19, 1657:20
**18,000** [6] - 1644:3,
  1645:4, 1649:13,
  1657:22, 1658:15,
  1671:6
**1800** [2] - 1570:24,
  1570:25
**19** [2] - 1530:17,
  1537:4
**190,000** [1] - 1585:18
**1980** [4] - 1535:15,
  1535:16, 1535:18,
  1618:16
**1985** [2] - 1630:25,
  1631:5
**1987** [2] - 1631:5,
  1631:24
**1988** [1] - 1536:13
**1989** [2] - 1632:10,
  1632:11
**1993** [1] - 1632:21
**1999** [2] - 1603:15,
  1617:24
**1st** [2] - 1557:10,
  1558:17, 1558:19

**2**

**2** [14] - 1581:13,
  1581:20, 1583:18,
  1658:24, 1659:24,
  1660:6, 1660:22,

1661:7, 1663:19,
  1664:4, 1664:14,
  1664:15, 1667:17,
  1667:20
**2,000** [1] - 1572:11
**2,300** [1] - 1572:8
**2.06** [1] - 1663:19
**2.5** [2] - 1613:15,
  1613:16
**2.525** [2] - 1613:19,
  1613:24
**2.548** [1] - 1613:23
**2.6** [3] - 1667:14,
  1667:16, 1667:21
**20** [5] - 1525:6,
  1560:12, 1566:20,
  1574:14
**20-story** [1] - 1574:25
**200** [2] - 1652:4,
  1667:13
**2000** [2] - 1536:25,
  1537:1
**20004** [1] - 1526:17
**20005** [1] - 1527:11
**20006** [1] - 1527:20
**2001** [1] - 1633:2
**20044** [1] - 1526:12
**2006** [2] - 1633:2
**2007** [5] - 1525:16,
  1537:4, 1537:7,
  1537:11, 1537:13
**2009** [10] - 1576:8,
  1576:11, 1583:9,
  1583:17, 1583:22,
  1584:24, 1585:4,
  1586:13, 1586:19,
  1604:8
**2010** [17] - 1525:6,
  1533:4, 1533:16,
  1557:10, 1558:17,
  1585:13, 1602:3,
  1602:6, 1605:23,
  1606:18, 1618:2,
  1619:18, 1639:15,
  1646:7, 1646:8,
  1669:18, 1670:4
**2011** [8] - 1532:25,
  1587:5, 1602:3,
  1618:3, 1627:22,
  1633:2, 1646:9
**2012** [3] - 1606:20,
  1627:24, 1646:9
**2013** [11] - 1532:21,
  1533:2, 1534:22,
  1576:8, 1581:12,
  1583:9, 1583:22,
  1585:17, 1586:19,
  1587:7, 1619:18
**2014** [10] - 1585:5,
  1585:6, 1585:20,

1606:23, 1607:14,
  1611:11, 1613:11,
  1613:24, 1615:7,
  1615:18
**2015** [2] - 1525:8,
  1530:2
**2020** [1] - 1527:20
**21** [2] - 1619:18,
  1663:25
**21st** [1] - 1540:7
**220** [1] - 1585:19
**23** [1] - 1602:22
**231104.2.1** [1] -
  1557:9
**24** [1] - 1530:18
**24-hour** [2] - 1544:15,
  1545:2
**24/7** [1] - 1565:23
**246898.7.4** [1] -
  1615:1
**25** [3] - 1530:18,
  1569:15, 1633:20
**25-year** [1] - 1566:20
**253,000** [1] - 1613:8
**254,000** [1] - 1573:5
**26** [2] - 1577:12,
  1578:25
**27** [3] - 1525:8,
  1530:2, 1597:17
**27.4** [1] - 1603:8
**29** [1] - 1530:16

**3**

**3** [6] - 1607:14,
  1607:15, 1607:21,
  1669:24, 1672:2
**3.1** [1] - 1606:24
**3.2** [1] - 1602:15
**3.5** [1] - 1597:20
**3.6** [1] - 1576:10
**30** [3] - 1560:10,
  1565:17, 1672:17
**30-page** [1] - 1611:1
**300** [1] - 1527:6
**33.7** [1] - 1603:7
**34614** [1] - 1583:8
**349** [3] - 1657:22,
  1658:14, 1659:8
**35** [4] - 1535:24,
  1536:2, 1574:6,
  1597:16
**35.6** [1] - 1603:12
**35.7** [1] - 1596:7
**355** [1] - 1527:23
**36** [1] - 1530:18
**3D** [1] - 1646:12
**3rd** [3] - 1669:18,
  1669:23, 1670:4

**4**

**4** [4] - 1591:13,
  1591:14, 1607:15,
  1607:16
**4,000** [1] - 1584:3
**4.8** [1] - 1586:20
**40** [1] - 1563:17
**400,000** [1] - 1585:1
**41.9** [1] - 1603:11
**4400** [1] - 1527:23
**48** [1] - 1572:16
**480** [1] - 1583:12

**5**

**5** [2] - 1575:25,
  1606:17
**50** [4] - 1569:17,
  1569:18, 1608:23
**500** [5] - 1528:4,
  1570:21, 1571:25,
  1592:3, 1595:4
**500-meter** [1] -
  1562:19
**5000** [1] - 1527:15
**504** [1] - 1528:5
**589-7779** [1] - 1528:5

**6**

**6** [1] - 1525:22
**6,000** [1] - 1672:2
**600-plus** [1] - 1572:1
**60654** [1] - 1527:7
**611** [1] - 1574:20
**650** [1] - 1647:17
**655** [1] - 1527:10

**7**

**7** [2] - 1619:18, 1624:6
**701** [2] - 1526:22,
  1527:14
**70130** [2] - 1526:23,
  1528:5
**70139** [1] - 1527:15
**75** [2] - 1634:14,
  1634:18
**7611** [1] - 1526:12

**8**

**8** [3] - 1548:11,
  1596:14, 1647:18
**8,000** [7] - 1644:3,

1647:4, 1647:17, 1647:21, 1649:13, 1671:5, 1671:19
**8,181** [3] - 1643:3, 1668:15, 1668:17
**8.8** [2] - 1581:21, 1582:25
**80** [1] - 1557:1
**850** [1] - 1645:3
**89** [1] - 1611:25
**8:00** [1] - 1525:8

## 9

**90071** [1] - 1527:24
**98** [3] - 1659:22, 1660:13, 1664:1

## A

**A&M** [3] - 1535:14, 1538:9, 1538:14
**a.m** [1] - 1616:23
**A.M** [1] - 1525:8
**abandoned** [1] - 1555:15
**abbreviated** [1] - 1610:16
**ABIGAIL** [1] - 1526:7
**ability** [5] - 1577:13, 1578:13, 1590:21, 1608:21, 1673:16
**able** [6] - 1558:17, 1617:17, 1631:9, 1631:22, 1638:6, 1670:19
**above-entitled** [1] - 1673:17
**abroad** [1] - 1625:15
**absence** [1] - 1662:6
**absolutely** [2] - 1552:6, 1660:19
**academia** [1] - 1632:22
**academic** [1] - 1633:5
**Academy** [1] - 1539:17
**academy** [1] - 1539:17
**accelerate** [1] - 1560:22
**accept** [1] - 1635:21
**accepted** [2] - 1570:11, 1666:15
**accident** [3] - 1534:19, 1588:21, 1604:9
**account** [11] - 1590:13, 1590:16,

1590:19, 1590:24, 1591:1, 1595:5, 1598:20, 1599:3, 1599:4, 1599:8, 1599:11
**accountant** [2] - 1598:4, 1601:11
**accounted** [1] - 1594:12
**accounting** [2] - 1547:8, 1598:1
**accounting-wise** [1] - 1598:1
**accurately** [1] - 1664:13
**acknowledged** [1] - 1626:20
**Act** [10] - 1596:24, 1597:5, 1597:21, 1598:10, 1607:24, 1608:7, 1626:21, 1651:7, 1651:8, 1651:9
**ACTION** [1] - 1525:7
**actionable** [3] - 1646:2, 1646:4, 1656:14
**actions** [1] - 1588:8
**activated** [1] - 1540:23
**active** [1] - 1618:5
**activities** [19] - 1532:17, 1545:9, 1558:1, 1562:6, 1562:23, 1563:7, 1563:10, 1564:5, 1564:6, 1564:10, 1568:8, 1568:12, 1613:15, 1613:22, 1614:2, 1615:22, 1615:23, 1623:19
**activity** [7] - 1549:16, 1562:1, 1563:18, 1564:3, 1583:13, 1586:1
**actual** [10] - 1610:15, 1610:24, 1611:5, 1636:7, 1636:8, 1636:10, 1641:21, 1659:12, 1659:14, 1665:24
**actuals** [1] - 1585:16
**acute** [2] - 1652:18
**add** [3] - 1565:25, 1577:3, 1641:8
**added** [1] - 1565:15
**addition** [14] - 1538:2, 1564:4, 1574:2, 1574:21, 1580:16, 1586:6, 1605:9,

1605:18, 1632:23, 1632:25, 1633:4, 1633:23, 1639:9, 1649:12
**additional** [6] - 1592:3, 1645:9, 1646:7, 1659:3, 1661:20, 1670:19
**address** [1] - 1638:25
**adherence** [1] - 1587:20
**adjacent** [1] - 1645:17
**adjustments** [1] - 1593:3
**administrative** [1] - 1620:21
**Admiral** [3] - 1548:9, 1548:10, 1548:14
**adult** [1] - 1653:8
**advance** [2] - 1565:2, 1627:15
**advanced** [2] - 1558:1, 1559:8
**Advancement** [1] - 1631:7
**advancement** [1] - 1562:25
**advancements** [8] - 1535:5, 1558:25, 1559:2, 1564:12, 1564:14, 1564:23, 1565:4, 1628:7
**Advancing** [2] - 1559:12, 1559:19
**advancing** [2] - 1565:25, 1626:5
**adverse** [1] - 1629:25
**advice** [1] - 1551:22
**advising** [2] - 1538:10, 1620:24
**aerial** [1] - 1564:9
**affect** [1] - 1614:11
**affected** [2] - 1601:20, 1604:2
**Africa** [1] - 1560:4
**afternoon** [1] - 1530:16
**afterwards** [1] - 1548:12
**agencies** [2] - 1547:11, 1656:10
**Agency** [4] - 1631:18, 1633:25, 1650:25, 1660:9
**ago** [3] - 1569:17, 1569:18, 1624:5
**agree** [4] - 1614:13, 1653:14, 1654:1, 1661:13
**agreement** [4] -

1589:22, 1589:24, 1590:1, 1590:17
**Agreement** [6] - 1627:9, 1627:12, 1627:14, 1627:16, 1627:21, 1627:23
**agreements** [6] - 1587:25, 1597:8, 1624:20, 1624:22, 1625:3, 1625:5
**ah-ha** [1] - 1559:6
**ahead** [10] - 1532:9, 1556:11, 1581:12, 1595:25, 1611:2, 1611:16, 1617:9, 1617:20, 1621:16, 1664:18
**aid** [1] - 1552:20
**Alaska** [3] - 1551:3, 1572:17, 1634:6
**algorithm** [1] - 1666:19
**ALLAN** [1] - 1526:20
**allocate** [1] - 1623:17
**allocated** [1] - 1583:12
**allocates** [1] - 1572:19
**allocation** [1] - 1623:9
**allow** [4] - 1635:21, 1648:1, 1649:5, 1650:11
**allowed** [4] - 1563:8, 1577:18, 1635:7, 1652:8
**allowing** [1] - 1635:9
**allows** [1] - 1665:17
**almost** [4] - 1585:8, 1602:2, 1603:23, 1641:25
**alone** [1] - 1542:7
**alternative** [1] - 1664:3
**AMANT** [1] - 1526:22
**America** [9] - 1572:18, 1572:21, 1606:21, 1607:1, 1618:11, 1618:13, 1620:16, 1624:23, 1627:6
**AMERICA** [2] - 1525:11, 1526:3
**American** [2] - 1558:10, 1631:6
**amiss** [1] - 1650:6
**Amoco** [4] - 1535:21, 1536:17, 1538:3, 1617:25
**amount** [12] - 1591:6, 1591:12, 1592:14, 1593:10, 1596:11, 1603:5, 1614:1,

1614:10, 1632:8, 1639:22, 1641:9
**amounts** [1] - 1591:5
**Anadarko** [2] - 1530:17, 1595:2
**ANADARKO** [3] - 1525:14, 1525:15, 1527:17
**analyses** [18] - 1639:6, 1639:16, 1640:2, 1640:6, 1644:5, 1644:6, 1644:9, 1646:3, 1649:22, 1649:25, 1661:16, 1661:21, 1662:10, 1663:2, 1664:12, 1665:24, 1666:17, 1669:19
**analysis** [20] - 1581:18, 1635:25, 1637:13, 1637:17, 1637:18, 1643:10, 1645:12, 1648:12, 1650:17, 1661:9, 1662:2, 1662:3, 1664:3, 1664:20, 1666:15, 1667:6, 1668:9, 1669:1, 1671:10
**analytical** [2] - 1629:22, 1649:7
**analyze** [1] - 1649:17
**analyzed** [2] - 1646:25, 1658:6
**AND** [2] - 1525:19, 1527:3
**ANDRE** [1] - 1526:7
**ANDREW** [1] - 1527:4
**Andy** [1] - 1618:24
**ANGELES** [1] - 1527:24
**animation** [1] - 1646:11
**annual** [5] - 1575:23, 1576:9, 1583:15, 1588:2, 1598:22
**answer** [1] - 1613:5
**answering** [1] - 1636:19
**anticipated** [1] - 1595:14
**anyway** [2] - 1599:20, 1659:21
**apologies** [1] - 1628:20
**apologize** [2] - 1568:13, 1626:14
**APPEARANCES** [3] - 1526:1, 1527:1, 1528:1

**applied** [7] - 1559:7, 1628:6, 1629:22, 1635:3, 1635:9, 1639:4
**apply** [6] - 1559:8, 1630:3, 1630:19, 1631:16, 1631:20, 1657:13
**appointed** [3] - 1532:21, 1533:2, 1620:3
**appointments** [3] - 1633:8, 1633:9, 1633:23
**appreciation** [1] - 1548:16
**appreciative** [1] - 1548:4
**apprised** [1] - 1588:9
**approach** [7] - 1548:2, 1599:13, 1636:19, 1636:22, 1658:24, 1662:5, 1668:9
**appropriate** [7] - 1588:8, 1592:18, 1636:23, 1648:19, 1649:1, 1654:17, 1655:5
**approval** [1] - 1623:18
**approve** [1] - 1623:1
**APRIL** [1] - 1525:6
**April** [3] - 1533:4, 1540:7, 1632:11
**aquatic** [13] - 1635:15, 1642:6, 1642:7, 1642:8, 1651:14, 1653:13, 1653:15, 1654:20, 1659:6, 1659:12, 1660:12, 1664:2, 1664:5
**arctic** [1] - 1634:6
**area** [24] - 1533:20, 1533:22, 1541:8, 1543:18, 1543:20, 1544:7, 1562:13, 1629:20, 1630:19, 1632:3, 1642:7, 1661:10, 1661:19, 1662:1, 1662:14, 1662:18, 1662:23, 1663:12, 1663:15, 1665:2, 1666:3, 1666:13, 1666:23
**Area** [13] - 1533:21, 1533:22, 1543:2, 1543:17, 1545:10, 1545:13, 1545:25, 1546:10, 1546:17, 1546:20, 1547:13, 1548:17, 1555:10

**Areas** [1] - 1561:10
**areas** [10] - 1560:1, 1561:12, 1562:2, 1564:7, 1630:2, 1639:25, 1641:19, 1661:21, 1665:21, 1666:5
**arena** [1] - 1631:17
**argument** [2] - 1577:15, 1592:19
**arise** [1] - 1541:7
**arising** [3] - 1565:4, 1615:23, 1648:1
**Arkansas** [1] - 1633:21
**aromatic** [1] - 1643:11
**aromatics** [1] - 1657:25
**arrangement** [1] - 1607:5
**arrangements** [1] - 1539:23
**arrived** [2] - 1540:4, 1540:23
**arriving** [1] - 1601:1
**articles** [2] - 1634:14, 1634:18
**aside** [3] - 1597:20, 1598:13, 1598:18
**asserting** [1] - 1661:9
**assessing** [2] - 1544:14, 1590:19
**assessment** [8] - 1630:2, 1630:3, 1630:17, 1637:18, 1637:22, 1637:23, 1638:5, 1640:17
**asset** [2] - 1604:18, 1604:19
**ASSET** [1] - 1525:16
**assets** [4] - 1604:19, 1605:3, 1612:1, 1615:6
**assigned** [1] - 1536:19
**assist** [5] - 1533:12, 1533:15, 1552:4, 1567:11, 1607:24
**assistance** [8] - 1604:24, 1605:6, 1605:9, 1605:20, 1605:21, 1608:2, 1608:5, 1608:7
**assisting** [1] - 1534:2
**associated** [3] - 1636:2, 1649:15, 1671:8
**Association** [1] - 1631:7
**assume** [1] - 1614:22

**assurance** [3] - 1648:22, 1649:8, 1652:15
**Atlantis** [2] - 1571:10, 1577:1
**attempt** [2] - 1539:8, 1646:24
**attending** [1] - 1539:16
**attention** [3] - 1644:13, 1665:5, 1665:20
**audience** [2] - 1557:2, 1559:22
**audit** [1] - 1538:25
**August** [4] - 1557:23, 1669:18, 1669:23, 1670:4
**Australia** [1] - 1560:5
**authority** [1] - 1622:7
**available** [13] - 1543:14, 1607:12, 1607:16, 1607:18, 1613:17, 1639:3, 1639:4, 1642:17, 1642:20, 1642:23, 1644:9, 1655:16, 1671:12
**AVENUE** [1] - 1527:23
**average** [1] - 1668:5
**aviation** [4] - 1573:24, 1574:18, 1582:5, 1584:2
**awarded** [1] - 1608:8
**aware** [7] - 1553:4, 1567:1, 1580:17, 1580:20, 1625:3, 1637:24, 1656:9

## B

**Bachelor's** [1] - 1630:22
**background** [12] - 1535:9, 1536:5, 1537:22, 1539:11, 1587:17, 1587:18, 1630:9, 1630:21, 1631:21, 1643:9, 1662:1
**background-type** [1] - 1662:1
**backward** [1] - 1604:2
**balance** [5] - 1590:22, 1595:19, 1597:9, 1599:9, 1599:11
**balls** [2] - 1560:25, 1660:5
**bank** [2] - 1598:20,

1607:2
**BARBIER** [1] - 1525:23
**Barbier** [7] - 1550:13, 1592:13, 1629:19, 1652:1, 1659:19, 1667:22, 1670:10
**barrel** [1] - 1608:24
**barrels** [4] - 1573:5, 1585:1, 1585:18, 1613:8
**base** [11] - 1572:15, 1573:24, 1574:9, 1574:11, 1574:17, 1574:19, 1574:23, 1610:12
**based** [8] - 1540:2, 1566:25, 1578:19, 1589:23, 1600:18, 1607:22, 1638:6, 1641:12
**bases** [1] - 1574:4
**basics** [1] - 1548:17
**basin** [1] - 1569:22
**basis** [13] - 1547:22, 1567:12, 1574:16, 1575:23, 1576:8, 1580:17, 1581:3, 1600:24, 1603:3, 1609:10, 1611:7, 1623:22, 1634:25
**beach** [1] - 1558:3
**became** [2] - 1542:16, 1553:23
**become** [1] - 1587:6
**BEFORE** [1] - 1525:23
**began** [1] - 1535:22
**begin** [3] - 1555:7, 1562:9, 1585:8
**beginning** [1] - 1544:13
**behalf** [1] - 1572:8
**behavior** [2] - 1629:24, 1635:14
**behind** [4] - 1566:19, 1610:19, 1650:2
**below** [5] - 1563:4, 1642:4, 1642:9, 1642:10, 1665:6
**benchmark** [35] - 1637:4, 1637:13, 1637:15, 1639:5, 1639:14, 1646:3, 1651:1, 1652:9, 1653:25, 1655:14, 1655:19, 1657:21, 1657:23, 1658:7, 1658:23, 1658:25, 1659:2, 1659:11, 1659:13, 1660:2,

1660:10, 1660:15, 1660:18, 1661:17, 1663:17, 1665:3, 1666:4, 1667:13, 1667:15, 1668:20, 1669:17, 1670:22, 1670:24, 1671:24
**benchmarks** [31] - 1631:11, 1637:6, 1651:4, 1651:5, 1651:13, 1651:15, 1651:16, 1651:18, 1651:19, 1651:21, 1652:2, 1652:5, 1653:12, 1654:22, 1655:1, 1655:3, 1655:8, 1655:16, 1655:24, 1656:2, 1656:7, 1656:10, 1656:16, 1656:20, 1657:2, 1657:7, 1658:3, 1659:6, 1668:19, 1671:15, 1672:11
**beneath** [1] - 1636:13
**benefit** [1] - 1639:1
**benefits** [1] - 1583:19
**best** [5] - 1591:2, 1654:23, 1655:16, 1665:15, 1673:16
**better** [4] - 1554:19, 1554:20, 1560:17, 1635:10
**between** [11] - 1545:20, 1545:25, 1547:12, 1568:14, 1573:10, 1575:12, 1585:5, 1596:15, 1607:14, 1649:2, 1666:10
**beyond** [6] - 1541:12, 1549:3, 1549:9, 1571:2, 1646:7, 1670:19
**bias** [1] - 1661:15
**biased** [1] - 1645:15
**biasing** [1] - 1663:2
**big** [10] - 1551:6, 1570:3, 1570:4, 1570:5, 1574:5, 1603:13, 1603:17, 1603:20, 1603:22, 1603:24
**bigger** [1] - 1571:21
**biggest** [1] - 1573:9
**billion** [51] - 1575:25, 1576:2, 1576:3, 1576:10, 1576:12, 1581:13, 1581:20, 1581:21, 1582:25,

1583:18, 1586:17, 1586:20, 1591:13, 1591:14, 1591:21, 1591:23, 1592:14, 1596:7, 1596:13, 1596:14, 1597:16, 1597:17, 1597:20, 1598:14, 1598:21, 1599:1, 1602:3, 1602:10, 1602:13, 1602:15, 1602:21, 1602:22, 1603:4, 1603:7, 1603:8, 1603:11, 1603:12, 1603:14, 1603:16, 1603:18, 1603:19, 1606:17, 1606:22, 1606:24, 1607:15, 1607:16, 1607:21, 1613:15, 1613:16

**bills** [1] - 1604:13

**BINGHAM** [1] - 1527:18

**biodegradation** [1] - 1661:5

**biology** [1] - 1633:3

**bird** [1] - 1636:9

**bit** [23] - 1532:13, 1535:9, 1538:6, 1539:11, 1569:11, 1576:21, 1583:13, 1583:15, 1585:6, 1585:14, 1585:21, 1593:11, 1604:17, 1608:13, 1612:10, 1614:17, 1617:16, 1620:8, 1637:7, 1647:15, 1661:9, 1667:17, 1669:12

**blow** [1] - 1610:25

**blow-up** [1] - 1610:25

**blown** [1] - 1610:21

**blowout** [1] - 1538:19

**blue** [4] - 1545:16, 1606:15, 1670:20

**board** [24] - 1532:23, 1538:4, 1538:6, 1538:8, 1538:9, 1538:17, 1538:23, 1578:3, 1587:4, 1587:10, 1587:14, 1587:15, 1588:1, 1588:5, 1588:21, 1589:14, 1599:12, 1599:13, 1600:5, 1609:9, 1613:5, 1620:24, 1622:20, 1649:3

**Board** [19] - 1532:23, 1532:25, 1587:2,

1587:13, 1587:14, 1589:12, 1611:6, 1618:2, 1618:5, 1620:23, 1621:22, 1622:3, 1622:11, 1622:16, 1622:19, 1622:25, 1623:4, 1627:8

**boards** [1] - 1538:15

**BOCKIUS** [1] - 1527:22

**BOEMRE** [1] - 1556:21

**Boesch** [13] - 1637:8, 1637:12, 1646:20, 1647:20, 1651:20, 1651:22, 1655:6, 1661:8, 1662:13, 1662:14, 1663:9, 1663:11, 1667:2

**Boesch's** [1] - 1640:2

**bonus** [1] - 1586:8

**book** [2] - 1560:24, 1634:14

**books** [9] - 1589:17, 1593:16, 1594:12, 1594:16, 1594:18, 1596:20, 1598:11, 1598:13, 1613:6

**boom** [2] - 1565:23, 1601:23

**booming** [2] - 1564:14, 1628:8

**borrow** [1] - 1607:12

**borrowed** [2] - 1607:4, 1607:10

**borrowings** [1] - 1607:7

**boss** [4] - 1620:15, 1623:13, 1623:20

**Boston** [2] - 1539:16, 1542:11

**bottom** [10] - 1538:8, 1546:22, 1570:17, 1570:20, 1584:21, 1595:6, 1596:22, 1639:21, 1660:8

**bottomed** [1] - 1585:17

**box** [2] - 1545:12, 1640:18

**BOX** [2] - 1526:12, 1526:17

**boxes** [2] - 1545:15, 1545:17

**BP** [82] - 1525:13, 1527:3, 1530:12, 1530:17, 1530:19, 1531:18, 1531:25, 1532:15, 1532:23,

1533:7, 1533:12, 1533:22, 1534:4, 1536:18, 1536:19, 1537:20, 1538:3, 1542:7, 1546:14, 1547:12, 1548:22, 1549:4, 1549:22, 1550:4, 1550:25, 1551:24, 1552:7, 1552:21, 1552:22, 1555:23, 1556:4, 1557:10, 1561:10, 1567:16, 1569:12, 1569:13, 1569:20, 1570:9, 1571:7, 1571:23, 1572:2, 1572:5, 1572:18, 1572:21, 1573:10, 1573:16, 1574:14, 1574:16, 1574:21, 1575:8, 1575:24, 1586:7, 1595:9, 1597:20, 1603:16, 1606:21, 1608:6, 1617:1, 1617:22, 1617:25, 1618:10, 1618:13, 1620:12, 1620:13, 1620:14, 1620:15, 1621:14, 1624:1, 1624:17, 1624:23, 1624:24, 1625:3, 1627:3, 1627:6, 1628:16, 1642:19, 1648:23, 1649:9

**BP's** [21] - 1535:3, 1537:13, 1539:25, 1547:20, 1553:4, 1567:20, 1567:21, 1568:3, 1573:20, 1578:5, 1581:11, 1584:6, 1584:16, 1584:19, 1589:2, 1618:25, 1619:9, 1619:11, 1619:15, 1620:11, 1621:21

**BPAPC** [2] - 1618:7, 1618:10

**BPX&P** [67] - 1531:19, 1531:20, 1531:24, 1531:25, 1532:24, 1532:25, 1537:21, 1537:22, 1569:20, 1572:6, 1572:9, 1572:10, 1572:21, 1572:22, 1573:1, 1573:19, 1575:5, 1576:11, 1579:1, 1583:12, 1583:22, 1583:23, 1585:22, 1585:23, 1587:8,

1587:13, 1587:14, 1589:12, 1589:14, 1589:15, 1590:10, 1593:10, 1593:19, 1596:5, 1599:3, 1600:9, 1601:16, 1601:21, 1603:6, 1604:5, 1604:6, 1605:9, 1605:15, 1606:24, 1607:4, 1607:12, 1608:2, 1608:22, 1608:25, 1610:2, 1610:6, 1610:13, 1611:6, 1611:21, 1611:25, 1612:5, 1612:17, 1612:24, 1612:25, 1613:4, 1616:1, 1619:23, 1620:19, 1621:21, 1622:2, 1622:7, 1627:7

**BPX&P'S** [1] - 1611:19

**BPX&P's** [20] - 1535:5, 1535:6, 1568:6, 1572:13, 1572:24, 1573:4, 1576:7, 1578:13, 1586:23, 1587:2, 1588:9, 1589:7, 1589:17, 1601:14, 1604:2, 1609:14, 1611:9, 1611:13, 1615:18, 1615:24

**BPXP** [28] - 1527:9, 1530:12, 1592:13, 1592:22, 1628:17, 1629:8, 1629:10, 1629:14, 1635:12, 1635:22, 1635:23, 1663:25, 1664:19, 1672:12, 1672:17, 1672:20, 1672:23

**BROCK...................** [1] - 1529:8

**broken** [1] - 1581:19

**Bromwich** [5] - 1556:21, 1557:7, 1557:18, 1557:24, 1559:18

**brought** [12] - 1547:15, 1547:16, 1549:21, 1551:10, 1552:14, 1552:15, 1552:17, 1552:18, 1585:3, 1585:18, 1639:11

1587:13, 1587:14, 1589:12, 1589:14, 1589:15, 1593:10, 1593:19, 1596:5, 1599:3, 1600:9, 1601:16, 1601:21, 1603:6, 1604:5, 1605:9, 1605:15, 1606:24, 1607:4, 1607:12, 1608:2, 1608:22, 1608:25, 1610:2, 1610:6, 1610:13, 1611:6, 1611:21, 1611:25, 1612:5, 1612:17, 1612:24, 1612:25, 1613:4, 1616:1, 1619:23, 1620:19, 1621:21, 1622:2, 1622:7, 1627:7

**BRANDON** [1] - 1526:9

**BRANSCOME** [1] - 1527:10

**break** [7] - 1544:16, 1603:2, 1604:15, 1672:15, 1672:18, 1672:19, 1672:25

**brief** [2] - 1557:21, 1588:5

**briefed** [1] - 1558:6

**briefing** [1] - 1558:3

**briefly** [7] - 1533:18, 1534:7, 1536:6, 1536:8, 1566:6, 1575:12, 1634:20

**bring** [18] - 1534:25, 1547:6, 1549:3, 1549:4, 1549:5, 1549:11, 1549:15, 1552:4, 1554:13, 1554:14, 1554:15, 1555:22, 1556:9, 1585:7, 1634:10, 1640:24, 1642:1, 1644:4

**bringing** [6] - 1548:19, 1549:15, 1576:22, 1585:15, 1614:16, 1616:5

**brings** [1] - 1568:20

**broad** [1] - 1661:10

**Brock** [1] - 1629:11

**BROCK** [17] - 1527:9, 1530:12, 1592:13, 1592:22, 1628:17, 1629:8, 1629:10, 1629:14, 1635:12, 1635:22, 1635:23, 1663:25, 1664:19, 1672:12, 1672:17, 1672:20, 1672:23

**branch** [4] - 1545:17, 1545:21, 1546:19, 1549:24

**BRANCH** [1] - 1526:15

**branches** [2] - 1546:10, 1547:4

**BTEX** [10] - 1643:10, 1643:16, 1643:19, 1651:17, 1657:24, 1658:2, 1658:4,

1658:6, 1658:9, 1671:12
**BTEX's** [1] - 1645:19
**bucket** [1] - 1561:15
**buckets** [2] - 1561:16, 1600:10
**bucks** [3] - 1569:8, 1577:3, 1608:24
**build** [2] - 1614:5, 1625:7
**building** [3] - 1534:14, 1540:9, 1574:25
**bullet** [3] - 1630:11, 1634:20, 1665:6
**bump** [1] - 1585:6
**Bureau** [2] - 1557:12, 1634:4
**burn** [1] - 1554:14
**burning** [3] - 1564:10, 1564:15, 1628:8
**business** [39] - 1536:20, 1536:23, 1542:1, 1543:22, 1562:17, 1568:6, 1568:7, 1569:3, 1573:21, 1575:9, 1580:22, 1580:23, 1583:12, 1586:23, 1587:23, 1589:1, 1589:4, 1593:11, 1599:6, 1604:3, 1604:5, 1604:7, 1604:13, 1608:17, 1608:19, 1611:12, 1612:20, 1612:21, 1613:24, 1614:3, 1614:15, 1615:18, 1619:1, 1619:15, 1620:23, 1622:17, 1623:8, 1627:7
**Business** [1] - 1627:6
**businesses** [1] - 1608:22
**BY** [39] - 1525:5, 1526:5, 1526:15, 1526:20, 1527:4, 1527:9, 1527:13, 1527:19, 1527:23, 1528:7, 1528:7, 1529:5, 1529:6, 1529:8, 1531:13, 1532:11, 1538:1, 1550:18, 1553:18, 1556:13, 1571:6, 1581:5, 1593:6, 1596:2, 1597:13, 1598:17, 1600:4, 1603:21, 1606:13, 1611:4, 1611:17, 1614:25, 1617:12,

1617:21, 1621:17, 1622:15, 1629:14, 1635:23, 1664:19

---

**C**

---

**CA** [1] - 1527:24
**calculate** [2] - 1597:7, 1641:13
**calculating** [1] - 1590:25
**calculation** [3] - 1663:21, 1666:24, 1667:1
**calculations** [2] - 1663:23, 1664:8
**CALLED** [1] - 1530:3
**callout** [2] - 1669:9, 1669:15
**CAMP** [1] - 1526:22
**campus** [1] - 1574:25
**canceled** [1] - 1543:14
**cannot** [3] - 1566:11, 1589:22, 1608:8
**Canyon** [2] - 1615:7, 1624:11
**capabilities** [3] - 1535:5, 1565:2, 1626:6
**Capabilities** [4] - 1557:4, 1559:12, 1559:17, 1559:20
**capability** [5] - 1538:18, 1549:3, 1559:5, 1570:8, 1570:19
**capacity** [1] - 1544:4
**CAPEX** [9] - 1575:10, 1575:23, 1576:18, 1580:12, 1584:13, 1593:23, 1614:2, 1614:9, 1615:2
**capital** [33] - 1550:5, 1569:2, 1569:12, 1571:21, 1575:8, 1575:11, 1575:14, 1575:16, 1576:1, 1576:8, 1576:9, 1576:17, 1576:21, 1577:8, 1577:16, 1577:19, 1578:23, 1582:17, 1586:6, 1604:12, 1605:13, 1613:19, 1613:20, 1613:23, 1614:7, 1614:15, 1614:18, 1615:10, 1623:12, 1623:17, 1623:23, 1625:6

capping [2] - 1534:14, 1534:15
**captain** [1] - 1563:12
**captains** [1] - 1564:1
**Captains** [1] - 1548:3
**capture** [6] - 1555:13, 1575:4, 1593:9, 1602:24, 1612:8, 1645:18
**captured** [9] - 1561:11, 1593:18, 1597:9, 1597:11, 1598:9, 1599:6, 1600:10, 1601:3, 1601:17
**career** [4] - 1535:22, 1536:7, 1537:1, 1537:3
**CARL** [1] - 1525:23
**Carolina** [4] - 1630:13, 1632:20, 1632:24, 1634:11
**carve** [1] - 1597:7
**carve-outs** [1] - 1597:7
**case** [28] - 1531:25, 1562:18, 1571:13, 1572:10, 1573:12, 1577:5, 1578:2, 1578:12, 1584:6, 1604:11, 1613:2, 1627:9, 1629:17, 1630:5, 1635:25, 1636:24, 1637:5, 1638:6, 1640:18, 1640:22, 1641:7, 1643:10, 1645:15, 1648:20, 1650:1, 1651:9, 1654:2, 1658:5
**cases** [2] - 1639:24, 1641:16
**CASEY** [1] - 1526:6
**Cash** [1] - 1609:18
**cash** [15] - 1594:23, 1604:10, 1604:14, 1604:15, 1605:12, 1607:15, 1608:23, 1611:20, 1612:3, 1613:14, 1613:16, 1613:17, 1615:11, 1615:16, 1615:18
**categories** [3] - 1593:2, 1593:9, 1598:10
**category** [7] - 1601:3, 1601:22, 1602:4, 1602:7, 1602:9, 1658:12
**Cathy** [2] - 1673:11,

1673:21
**CATHY** [1] - 1528:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 1673:23
**cathy_Pepper@laed. uscourts.gov** [1] - 1528:6
**CCR** [2] - 1528:3, 1673:21
**cementing** [1] - 1565:18
**censoring** [1] - 1663:2
**center** [15] - 1540:9, 1542:20, 1542:24, 1542:25, 1543:9, 1543:12, 1543:13, 1546:10, 1566:4, 1567:2, 1573:23, 1575:7, 1634:11
**Center** [8] - 1538:22, 1539:6, 1565:6, 1565:9, 1565:10, 1565:16, 1627:20, 1634:9
**centers** [6] - 1545:16, 1545:19, 1546:1, 1567:10, 1585:23, 1634:9
**Centers** [1] - 1545:21
**certain** [5] - 1559:5, 1560:21, 1568:20, 1593:10
**certainly** [1] - 1598:11
**CERTIFICATE** [1] - 1673:9
**CERTIFIED** [1] - 1528:3
**Certified** [3] - 1673:11, 1673:12, 1673:21
**certify** [1] - 1673:15
**CFO** [1] - 1589:13
**chain** [2] - 1552:16, 1575:2
**chair** [3] - 1589:11, 1633:24, 1634:2
**chairman** [12] - 1531:18, 1531:20, 1532:22, 1533:1, 1533:2, 1578:3, 1587:6, 1587:12, 1613:5, 1614:12, 1620:24, 1621:21
**chairmanship** [1] - 1587:1
**CHAKERES** [5] - 1526:8, 1635:17, 1635:20, 1663:20, 1664:4

challenge [2] - 1563:3, 1614:18
**challenges** [1] - 1568:20
**chance** [9] - 1536:12, 1537:5, 1537:23, 1560:22, 1588:7
**change** [9] - 1567:18, 1573:14, 1573:15, 1582:6, 1582:8, 1616:6, 1616:7, 1640:15, 1668:11
**chapters** [1] - 1634:15
**characterize** [1] - 1569:2
**charged** [1] - 1572:22
**charges** [1] - 1582:5
**chart** [7] - 1545:12, 1576:10, 1591:4, 1591:9, 1612:9, 1612:11, 1668:22
**check** [2] - 1671:4, 1672:13
**chemical** [7] - 1635:8, 1641:9, 1652:21, 1660:11, 1670:25
**chemicals** [25] - 1582:6, 1629:23, 1630:6, 1630:8, 1632:16, 1633:18, 1635:6, 1635:15, 1636:2, 1636:3, 1637:4, 1640:13, 1640:21, 1643:8, 1643:13, 1643:15, 1651:10, 1651:17, 1654:25, 1671:13, 1671:21, 1671:23, 1671:25
**chemistry** [8] - 1629:22, 1630:17, 1630:22, 1630:24, 1634:3, 1634:16, 1634:19, 1635:14
**chemists** [1] - 1643:12
**cherished** [1] - 1538:13
**Chevron** [1] - 1552:14
**CHICAGO** [1] - 1527:7
**Chief** [7] - 1618:25, 1619:9, 1619:11, 1623:5, 1623:7, 1623:21, 1624:1
**children** [1] - 1536:16
**choice** [1] - 1571:16
**choices** [1] - 1578:6
**choose** [1] - 1582:21
**chose** [2] - 1570:2
**Chouest** [2] - 1574:9,

1574:15
**chronic** [2] - 1652:18, 1652:20
**circles** [1] - 1660:5
**CIVIL** [2] - 1525:7, 1526:15
**claim** [1] - 1592:14
**claimants** [1] - 1591:22
**claiming** [1] - 1592:17
**claims** [10] - 1589:25, 1591:18, 1591:19, 1591:22, 1596:19, 1597:4, 1600:11, 1601:4, 1602:17, 1602:20
**class** [3] - 1602:17, 1643:13, 1643:15
**classroom** [1] - 1632:9
**Clean** [10] - 1596:24, 1597:5, 1597:18, 1597:21, 1598:10, 1607:24, 1608:7, 1651:7, 1651:8, 1651:9
**cleaned** [1] - 1649:2
**cleanup** [1] - 1541:22
**clear** [16] - 1542:17, 1550:2, 1554:7, 1579:2, 1579:25, 1580:8, 1590:4, 1592:23, 1596:3, 1598:18, 1600:23, 1605:9, 1611:5, 1611:14, 1613:1
**clearly** [17] - 1540:9, 1541:13, 1543:25, 1544:18, 1556:5, 1558:19, 1564:10, 1568:21, 1572:17, 1575:6, 1582:22, 1604:11, 1608:10, 1608:12, 1619:23, 1627:13, 1661:25
**CLERK** [8] - 1530:7, 1530:22, 1531:5, 1616:22, 1616:24, 1628:21, 1629:4, 1673:3
**Clerk** [2] - 1531:4, 1629:3
**Climate** [1] - 1634:8
**close** [3] - 1564:7, 1586:16, 1670:8
**closed** [1] - 1558:4
**closely** [1] - 1663:9
**closer** [1] - 1576:25
**co** [1] - 1554:6
**co-owners** [1] -

1554:6
**Coast** [13] - 1535:11, 1541:16, 1544:19, 1546:14, 1547:13, 1547:19, 1548:3, 1552:8, 1555:18, 1584:7, 1584:8, 1584:19, 1589:3
**coast** [4] - 1634:6, 1644:21, 1661:24, 1661:25
**codes** [3] - 1650:4, 1650:5, 1650:8
**collaboration** [1] - 1548:8
**collaborative** [3] - 1544:18, 1547:17
**colleagues** [2] - 1550:25, 1557:21
**collect** [1] - 1642:1
**collected** [23] - 1642:18, 1644:20, 1645:5, 1645:17, 1645:23, 1646:16, 1646:18, 1646:19, 1647:25, 1648:6, 1648:7, 1650:10, 1657:7, 1658:5, 1658:23, 1658:25, 1663:8, 1664:1, 1667:12, 1669:1, 1670:21, 1671:20
**collecting** [1] - 1645:21
**collection** [1] - 1587:16
**college** [1] - 1535:13
**colors** [1] - 1670:13
**column** [16] - 1593:13, 1593:15, 1594:8, 1597:23, 1600:19, 1609:20, 1611:21, 1611:22, 1612:6, 1612:7, 1612:14, 1613:3, 1613:14, 1651:25, 1657:17
**columns** [1] - 1600:16
**combination** [1] - 1612:22
**combined** [1] - 1575:23
**coming** [5] - 1538:12, 1541:15, 1557:22, 1611:15, 1640:3
**command** [9] - 1540:14, 1542:18, 1542:20, 1542:25, 1544:10, 1545:16, 1545:18, 1546:1

**Command** [24] - 1533:21, 1533:23, 1543:2, 1543:17, 1543:25, 1544:2, 1545:7, 1545:11, 1545:13, 1545:21, 1545:24, 1545:25, 1546:2, 1546:10, 1546:18, 1546:19, 1546:20, 1546:25, 1547:3, 1547:13, 1548:17, 1549:24, 1555:11, 1555:17
**Commander** [4] - 1546:14, 1548:10, 1548:12, 1555:10
**commander** [8] - 1533:20, 1533:22, 1541:5, 1541:9, 1541:24, 1543:18, 1543:20, 1544:7
**Commanders** [5] - 1548:3, 1551:5, 1551:19, 1555:17, 1557:20
**commanders** [5] - 1540:16, 1540:17, 1540:18, 1544:11, 1544:23
**commercial** [1] - 1537:10
**commitment** [2] - 1559:23, 1560:16
**committed** [1] - 1616:16
**committing** [2] - 1549:16
**communicated** [3] - 1549:22, 1549:23, 1564:1
**communicating** [1] - 1561:18
**communication** [1] - 1545:25
**community** [4] - 1584:7, 1584:9, 1584:15, 1666:16
**companies** [3] - 1539:3, 1554:13, 1554:16
**company** [42] - 1535:21, 1536:9, 1538:21, 1543:23, 1549:2, 1549:18, 1551:13, 1551:14, 1556:6, 1562:22, 1572:6, 1572:18, 1572:20, 1574:15, 1579:13, 1588:13, 1592:17, 1603:15,

1603:16, 1604:10, 1604:17, 1604:23, 1604:24, 1606:17, 1610:13, 1612:2, 1616:4, 1616:10, 1616:12, 1616:17, 1618:15, 1620:14, 1620:20, 1621:5, 1621:8, 1621:10, 1621:15, 1622:6, 1622:9, 1622:24
**Company** [10] - 1538:17, 1539:6, 1572:19, 1572:22, 1606:21, 1607:1, 1618:11, 1618:13, 1620:16, 1624:23
**compare** [6] - 1568:25, 1573:6, 1637:3, 1650:20, 1670:4, 1670:5
**compared** [1] - 1637:5
**comparing** [1] - 1671:13
**compel** [3] - 1608:2, 1608:4, 1608:5
**Compensation** [1] - 1583:9
**compete** [1] - 1623:12
**competing** [1] - 1571:21
**competitive** [1] - 1560:18
**competitors** [2] - 1552:11, 1552:21
**complained** [1] - 1667:2
**completely** [1] - 1538:21
**compliance** [6] - 1534:12, 1587:21, 1587:24, 1622:20, 1627:8, 1651:9
**compliant** [1] - 1532:16
**component** [1] - 1653:25
**components** [2] - 1651:24, 1652:2
**compounds** [3] - 1643:16, 1643:19, 1658:4
**comprehensive** [1] - 1565:1
**COMPUTER** [1] - 1528:7
**concentrated** [1] - 1573:22
**concentration** [3] - 1641:16, 1645:18,

1660:11
**concentrations** [4] - 1641:4, 1641:10, 1667:19, 1671:14
**concept** [3] - 1562:15, 1563:17, 1575:10
**concern** [8] - 1630:7, 1640:21, 1643:8, 1643:21, 1661:19, 1662:8, 1662:14, 1662:24
**concerned** [1] - 1643:13
**concerns** [2] - 1635:8, 1645:1
**conclusion** [2] - 1639:17, 1650:9
**conclusions** [3] - 1638:23, 1638:25, 1657:14
**condition** [1] - 1612:23
**conduct** [2] - 1543:22, 1664:20
**conducted** [6] - 1639:12, 1646:7, 1646:13, 1647:12, 1652:4, 1656:24
**conducting** [3] - 1568:16, 1629:12, 1639:6
**confirm** [3] - 1588:7, 1659:4, 1660:21
**confirmed** [3] - 1539:23, 1639:13, 1669:5
**confirming** [1] - 1670:14
**confused** [1] - 1597:19
**confusing** [1] - 1537:20
**conjunction** [1] - 1559:17
**connect** [2] - 1665:25, 1666:11
**connecting** [1] - 1666:20
**connection** [9] - 1562:6, 1562:10, 1563:1, 1578:1, 1583:2, 1588:15, 1588:18, 1600:25, 1607:9
**Conoco** [1] - 1552:17
**Conroe** [1] - 1535:11
**conservative** [3] - 1645:20, 1666:24, 1667:1
**consider** [5] -

1608:12, 1608:15, 1608:16, 1620:6, 1655:10
**considerable** [1] - 1632:8
**considerations** [1] - 1608:11
**considered** [9] - 1626:11, 1626:16, 1638:4, 1655:16, 1658:23, 1659:23, 1659:24, 1660:4, 1667:13
**considers** [3] - 1653:19, 1654:1, 1655:14
**consistent** [1] - 1546:12
**consistently** [1] - 1604:14
**Consolidated** [1] - 1609:6
**consolidated** [1] - 1610:11
**constant** [1] - 1582:5
**constituents** [1] - 1643:5
**constitute** [1] - 1582:11
**consultant** [1] - 1632:6
**consulting** [1] - 1632:4
**consumer** [1] - 1672:1
**contact** [1] - 1566:4
**contain** [3] - 1564:17, 1609:14, 1638:18
**contained** [2] - 1643:19, 1662:4
**containment** [2] - 1558:4
**Containment** [3] - 1538:17, 1539:5, 1562:3
**contains** [1] - 1609:16
**contaminants** [1] - 1631:14
**contaminated** [1] - 1654:24
**contending** [1] - 1628:1
**content** [2] - 1639:19, 1661:2
**context** [1] - 1664:21
**contingent** [5] - 1596:23, 1596:25, 1597:1, 1597:17, 1608:14
**continue** [1] - 1607:9
**CONTINUED** [2] -

1527:1, 1528:1
**contour** [1] - 1665:18
**contract** [3] - 1582:24, 1601:23, 1602:25
**contractor** [2] - 1551:8, 1649:9
**contractors** [15] - 1539:3, 1541:12, 1549:5, 1551:9, 1551:25, 1552:11, 1552:21, 1582:22, 1583:24, 1626:4, 1642:19, 1648:23
**contracts** [8] - 1582:10, 1582:12, 1582:13, 1582:17, 1582:19, 1582:20, 1622:8
**contributions** [1] - 1547:21
**control** [11] - 1565:14, 1565:15, 1565:21, 1567:9, 1649:15, 1649:23, 1650:2, 1650:3, 1650:7
**Control** [2] - 1554:10, 1564:6
**conversion** [1] - 1668:12
**COO** [2] - 1619:3, 1619:4
**COO's** [1] - 1623:20
**coordinate** [4] - 1562:22, 1563:10, 1564:5, 1567:11
**coordinated** [1] - 1545:10
**coordination** [2] - 1545:20, 1564:5
**core** [6] - 1571:9, 1571:11, 1571:12, 1571:13, 1586:1
**corner** [1] - 1651:6
**CORPORATION** [2] - 1525:15, 1527:18
**corporation** [2] - 1606:20, 1610:11
**correct** [79] - 1531:21, 1531:22, 1537:15, 1537:18, 1539:10, 1540:2, 1545:4, 1547:2, 1553:24, 1553:25, 1559:13, 1559:14, 1567:21, 1567:22, 1567:25, 1568:1, 1579:6, 1584:14, 1586:20, 1586:21, 1590:2, 1590:3, 1591:15, 1591:25, 1592:4,

1593:21, 1593:24, 1597:10, 1599:2, 1599:3, 1601:5, 1601:18, 1602:14, 1602:15, 1602:16, 1605:4, 1605:5, 1612:19, 1613:12, 1613:13, 1613:24, 1613:25, 1614:24, 1615:5, 1615:17, 1615:19, 1615:20, 1618:18, 1618:19, 1619:1, 1619:10, 1619:18, 1619:19, 1619:22, 1620:1, 1620:2, 1620:7, 1622:13, 1623:6, 1624:2, 1624:12, 1624:17, 1624:18, 1624:25, 1625:19, 1625:22, 1625:23, 1627:6, 1630:14, 1635:20, 1637:20, 1642:10, 1650:22, 1657:16, 1659:7, 1659:10, 1662:20, 1666:7, 1673:15
**correctly** [1] - 1604:25
**cost** [11] - 1569:8, 1575:17, 1581:25, 1582:16, 1582:17, 1589:2, 1589:14, 1600:14, 1612:20, 1625:7
**Costs** [1] - 1602:23
**costs** [74] - 1581:14, 1581:15, 1581:22, 1582:1, 1582:2, 1582:4, 1582:7, 1582:11, 1583:6, 1583:11, 1583:16, 1583:18, 1583:23, 1584:1, 1584:4, 1588:14, 1588:17, 1588:25, 1589:1, 1589:16, 1590:3, 1590:11, 1593:11, 1593:18, 1593:19, 1593:22, 1596:23, 1597:9, 1597:18, 1598:9, 1599:5, 1600:10, 1600:12, 1600:13, 1600:17, 1600:24, 1601:8, 1601:13, 1601:16, 1601:19, 1602:1, 1602:2, 1602:3, 1602:5, 1602:9, 1602:11, 1602:25, 1603:1, 1603:4, 1604:4, 1605:11,

1605:12, 1605:14, 1605:15, 1605:16, 1605:18, 1606:4, 1606:19, 1609:15, 1612:10, 1612:12, 1612:13, 1612:18, 1612:23, 1613:2, 1613:6, 1613:9, 1615:15, 1615:22
**Council** [1] - 1631:3
**count** [4] - 1645:2, 1645:3, 1647:17, 1670:23
**counted** [1] - 1560:12
**counterpart** [1] - 1542:22
**countries** [3] - 1552:8, 1560:10, 1560:12
**country** [2] - 1537:11, 1541:25
**couple** [6] - 1536:2, 1543:4, 1561:4, 1569:9, 1594:5, 1652:20
**course** [11] - 1540:18, 1545:16, 1547:7, 1551:23, 1557:14, 1570:6, 1575:19, 1594:19, 1640:22, 1647:14, 1666:8
**Court** [32] - 1531:16, 1532:14, 1535:9, 1536:7, 1538:6, 1544:6, 1548:25, 1561:9, 1564:19, 1565:8, 1568:5, 1576:6, 1581:9, 1583:9, 1589:5, 1589:22, 1590:18, 1593:7, 1606:14, 1611:20, 1616:23, 1639:1, 1642:14, 1647:7, 1648:14, 1669:12, 1673:4, 1673:12, 1673:13, 1673:14, 1673:22, 1673:23
**COURT** [114] - 1525:1, 1528:3, 1530:3, 1530:4, 1530:8, 1530:10, 1530:14, 1531:10, 1532:7, 1537:23, 1550:10, 1550:13, 1550:17, 1553:10, 1553:14, 1556:7, 1570:10, 1570:19, 1570:23, 1570:25, 1571:2, 1571:5, 1579:2, 1579:7, 1579:15,

1579:19, 1579:22, 1580:2, 1580:6, 1580:10, 1580:13, 1581:2, 1590:2, 1590:7, 1590:12, 1590:15, 1590:23, 1591:10, 1591:14, 1591:18, 1591:21, 1592:1, 1592:6, 1592:9, 1592:12, 1592:20, 1592:24, 1593:4, 1593:25, 1594:8, 1594:10, 1594:12, 1594:16, 1594:19, 1594:24, 1595:7, 1595:12, 1595:14, 1595:16, 1595:21, 1595:25, 1597:11, 1597:19, 1597:23, 1598:1, 1598:5, 1598:13, 1598:16, 1599:14, 1599:18, 1599:24, 1600:3, 1600:15, 1606:8, 1610:4, 1610:8, 1610:14, 1610:18, 1610:20, 1610:24, 1611:2, 1611:16, 1614:22, 1616:20, 1616:25, 1617:4, 1617:7, 1617:15, 1617:20, 1620:12, 1621:1, 1621:5, 1621:8, 1621:10, 1621:14, 1621:16, 1621:23, 1622:1, 1622:3, 1622:11, 1622:14, 1628:12, 1628:14, 1628:16, 1629:9, 1635:19, 1635:21, 1664:9, 1664:17, 1672:15, 1672:18, 1672:22, 1672:25
**cover** [4] - 1559:12, 1560:2, 1589:6, 1638:15
**covered** [4] - 1539:11, 1553:7, 1553:11, 1574:5
**covering** [1] - 1535:2
**covers** [1] - 1594:2
**create** [2] - 1601:6, 1614:17
**created** [6] - 1534:4, 1539:7, 1556:20, 1610:18, 1610:22
**creating** [1] - 1534:14
**credit** [9] - 1590:5,

1590:13, 1590:15, 1592:15, 1592:18, 1606:16, 1606:17, 1607:13, 1607:17
**crew** [1] - 1624:1
**criminal** [9] - 1589:21, 1590:20, 1591:10, 1591:12, 1591:24, 1592:13, 1595:23, 1599:17, 1600:1
**Criminal** [3] - 1627:9, 1627:11, 1627:20
**crises** [1] - 1616:11
**crisis** [6] - 1540:9, 1540:10, 1541:18, 1541:22, 1541:25, 1551:1
**Crisis** [1] - 1562:3
**criteria** [6] - 1631:19, 1631:20, 1634:1, 1651:13, 1652:6, 1654:22
**critical** [5] - 1544:24, 1545:12, 1546:6, 1640:4, 1661:9
**criticism** [2] - 1661:12, 1661:13
**cross** [6] - 1537:24, 1556:10, 1617:3, 1617:14, 1635:18, 1665:21
**CROSS** [2] - 1529:6, 1617:11
**cross-examination** [4] - 1537:24, 1556:10, 1617:3, 1617:14
**CROSS-EXAMINATION** [2] - 1529:6, 1617:11
**CRR** [2] - 1528:3, 1673:21
**cube** [1] - 1561:19
**cumulative** [2] - 1550:13, 1553:14
**current** [16] - 1535:7, 1568:2, 1577:22, 1579:13, 1580:25, 1586:25, 1590:10, 1590:22, 1601:20, 1608:25, 1609:2, 1610:1, 1610:3, 1611:13, 1611:19, 1615:24
**curriculum** [1] - 1538:11
**curve** [1] - 1604:8
**cut** [2] - 1550:10, 1614:9
**cycle** [2] - 1545:2,

1653:11
**CYNTHIA** [1] - 1526:22

## D

**D-30613** [1] - 1581:9
**D-34052A** [1] - 1658:16
**D-34115** [1] - 1647:6
**D-34601** [1] - 1545:5
**D-34601.1** [1] - 1546:23
**D-34603** [2] - 1561:6, 1561:9
**D-34604** [1] - 1566:6
**D-34605** [4] - 1589:17, 1593:7, 1593:18, 1601:21
**D-34606** [1] - 1605:24
**D-34608** [1] - 1536:3
**D-34609** [1] - 1555:22
**D-34612** [1] - 1576:4
**D-34613** [1] - 1581:8
**D-34614** [1] - 1583:7
**D-34615** [1] - 1586:11
**D-34620** [1] - 1534:25
**D-34622** [1] - 1583:21
**D-34852** [1] - 1630:10
**D-34853** [1] - 1635:22
**D-34854** [1] - 1638:13
**D-34856** [1] - 1640:10
**D-34857** [1] - 1642:12
**D-34859A** [1] - 1646:10
**D-34862** [1] - 1650:17
**D-34864A** [1] - 1651:2
**D-34866** [1] - 1657:11
**D-34868** [1] - 1667:10
**D-34869** [1] - 1668:21
**D-34870** [1] - 1669:8
**D-34871** [1] - 1670:9
**D-34876** [1] - 1671:16
**D-348765** [1] - 1656:5
**D-34877** [1] - 1672:3
**D-34887** [1] - 1659:16
**D-34891** [1] - 1665:2
**D-349128** [1] - 1644:12
**D-34914.1** [1] - 1638:21
**D-34916** [1] - 1662:12
**D-34918** [1] - 1662:21
**D-364** [1] - 1583:8
**daily** [2] - 1584:21, 1599:6
**damage** [1] - 1637:25
**damages** [2] - 1637:18, 1637:22

**DAMIAN** [3] - 1529:7, 1629:1, 1629:6
**Damian** [3] - 1628:18, 1629:6, 1629:16
**DANIELLE** [1] - 1526:11
**Dartmouth** [1] - 1632:2
**data** [68] - 1566:14, 1567:6, 1567:8, 1636:23, 1637:1, 1637:5, 1637:14, 1639:3, 1639:4, 1640:19, 1641:2, 1641:3, 1642:11, 1642:15, 1642:17, 1642:20, 1642:22, 1643:4, 1643:24, 1644:1, 1644:2, 1644:7, 1644:10, 1644:11, 1645:7, 1645:25, 1646:21, 1646:24, 1646:25, 1647:2, 1647:23, 1647:25, 1648:10, 1648:15, 1648:17, 1649:13, 1649:15, 1649:22, 1649:23, 1650:1, 1650:2, 1650:3, 1650:7, 1650:9, 1650:11, 1650:14, 1650:20, 1654:2, 1654:3, 1654:12, 1656:12, 1656:21, 1657:13, 1658:18, 1659:22, 1662:23, 1663:3, 1663:7, 1664:22, 1665:9, 1665:11, 1665:25, 1670:16, 1671:12, 1672:6, 1672:10
**Data** [1] - 1642:20
**database** [7] - 1642:21, 1644:4, 1644:7, 1650:5, 1652:14, 1657:19, 1670:18
**dataset** [3] - 1655:20, 1663:2, 1670:15
**date** [11] - 1580:25, 1596:8, 1596:10, 1596:12, 1596:13, 1596:15, 1601:25, 1602:13, 1602:21, 1603:5, 1604:4
**Date** [2] - 1611:21, 1612:7
**dated** [1] - 1557:10
**DAY** [1] - 1525:22

**day-to-day** [1] - 1567:12
**days** [7] - 1542:10, 1542:12, 1543:4, 1543:6, 1554:17, 1652:20, 1652:21
**DC** [4] - 1526:12, 1526:17, 1527:11, 1527:20
**deal** [1] - 1538:15
**debt** [1] - 1606:1
**decades** [1] - 1641:6
**deciding** [1] - 1591:1
**decision** [6] - 1566:23, 1623:18, 1623:25, 1648:18, 1648:20, 1654:3
**decision-making** [3] - 1623:18, 1648:20, 1654:3
**decisions** [5] - 1622:17, 1623:8, 1623:9, 1623:16, 1623:22
**decking** [1] - 1557:2
**decline** [8] - 1569:5, 1577:7, 1577:9, 1585:8, 1585:9, 1585:10, 1585:15, 1614:17
**declining** [1] - 1585:13
**decreased** [1] - 1655:12
**dedicated** [1] - 1555:2
**deductible** [1] - 1595:22
**deemed** [1] - 1622:7
**deep** [1] - 1559:23
**deeper** [1] - 1663:5
**deepwater** [43] - 1534:11, 1534:13, 1534:16, 1537:12, 1537:14, 1538:19, 1539:2, 1554:4, 1560:2, 1560:6, 1560:8, 1561:25, 1566:12, 1568:8, 1568:12, 1568:14, 1568:15, 1568:18, 1568:24, 1569:2, 1569:6, 1569:8, 1569:12, 1569:15, 1569:21, 1569:25, 1570:1, 1570:6, 1570:10, 1570:13, 1570:14, 1571:3, 1571:8, 1572:3, 1573:7, 1573:21, 1574:6, 1574:22,

1575:5, 1611:23, 1614:15, 1644:24
**DEEPWATER** [3] - 1525:5, 1525:18, 1525:18
**Deepwater** [23] - 1532:17, 1532:19, 1533:4, 1534:5, 1534:6, 1534:8, 1537:5, 1539:13, 1539:22, 1553:23, 1554:1, 1557:15, 1567:20, 1567:24, 1588:18, 1625:17, 1646:21, 1648:2, 1656:3, 1656:8, 1656:11, 1656:21, 1669:2
**defendant** [1] - 1531:24
**defensible** [1] - 1666:1
**define** [2] - 1570:10, 1636:6
**definition** [1] - 1570:11
**degrade** [3] - 1639:23, 1643:18, 1643:20
**degrades** [1] - 1658:10
**degree** [2] - 1535:15, 1630:22
**delegate** [1] - 1539:17
**delegated** [1] - 1622:23
**delta** [1] - 1633:21
**demonstrate** [2] - 1646:11, 1659:8
**demonstrated** [2] - 1567:4, 1659:5
**demonstrating** [1] - 1659:20
**demonstrative** [19] - 1536:4, 1545:7, 1546:24, 1566:7, 1576:7, 1597:1, 1597:14, 1599:20, 1599:21, 1601:7, 1605:25, 1610:22, 1647:3, 1656:1, 1658:17, 1659:19, 1662:13, 1664:24, 1671:7
**Den** [8] - 1579:5, 1579:11, 1579:15, 1579:17, 1580:17, 1609:24, 1610:3
**Department** [5] - 1538:9, 1633:1, 1633:14, 1634:8,

1634:10
**DEPARTMENT** [2] -
1526:3, 1526:14
**department** [3] -
1538:10, 1622:22,
1633:3
**departments** [1] -
1546:15
**depict** [1] - 1647:3
**depicted** [4] -
1555:25, 1556:15,
1561:9, 1561:24
**depicting** [1] - 1656:1
**depiction** [1] -
1561:20
**depicts** [2] - 1586:12,
1647:8
**deployed** [9] -
1557:17, 1558:15,
1559:3
**depose** [1] - 1577:18
**deposition** [12] -
1577:18, 1577:25,
1578:1, 1578:8,
1578:22, 1578:24,
1619:20, 1619:25,
1621:19, 1621:20,
1621:24, 1624:19
**depth** [2] - 1570:21,
1668:2
**depths** [6] - 1645:5,
1646:12, 1646:16,
1667:8, 1667:17,
1667:21
**DEPUTY** [8] - 1530:7,
1530:22, 1531:5,
1616:22, 1616:24,
1628:21, 1629:4,
1673:3
**Deputy** [1] - 1555:10
**deputy** [5] - 1533:20,
1533:22, 1543:18,
1543:20, 1544:7
**derivation** [1] - 1652:7
**derived** [1] - 1656:20
**describe** [19] - 1536:7,
1544:6, 1546:25,
1547:12, 1575:12,
1606:14, 1629:19,
1633:8, 1640:12,
1642:14, 1643:9,
1643:23, 1644:16,
1647:7, 1659:19,
1659:21, 1662:22,
1665:7, 1670:10
**described** [9] -
1545:9, 1572:5,
1574:12, 1596:4,
1640:9, 1656:19,
1657:24, 1666:6,

1671:11
**describes** [1] -
1668:22
**describing** [1] -
1544:11
**design** [1] - 1566:16
**designated** [1] -
1577:12
**designed** [2] -
1637:24, 1653:13
**detail** [3] - 1532:12,
1650:2, 1664:8
**details** [3] - 1535:8,
1564:16, 1651:3
**detect** [1] - 1629:23
**detergents** [1] -
1672:1
**determine** [9] -
1637:4, 1641:21,
1642:2, 1646:4,
1649:24, 1652:16,
1654:16, 1656:17,
1661:16
**determined** [1] -
1669:22
**develop** [3] - 1630:19,
1652:5, 1652:9
**developed** [10] -
1563:8, 1563:17,
1566:2, 1628:1,
1650:24, 1651:5,
1651:12, 1652:7,
1654:6, 1656:16
**developing** [3] -
1625:22, 1630:2,
1631:19
**development** [3] -
1568:9, 1576:25,
1626:7
**developments** [1] -
1532:18
**dial** [1] - 1544:10
**dialogue** [1] - 1560:3
**dies** [2] - 1641:11,
1655:11
**difference** [9] -
1567:14, 1568:14,
1568:18, 1571:22,
1575:12, 1590:24,
1594:4, 1596:15,
1596:16
**different** [21] -
1552:24, 1568:22,
1569:1, 1569:10,
1579:18, 1592:17,
1593:11, 1600:19,
1628:10, 1633:20,
1641:9, 1641:25,
1645:5, 1645:6,
1646:25, 1656:9,

1664:8, 1664:9,
1664:14
**differentiate** [1] -
1636:7
**dilution** [2] - 1661:3,
1661:6
**dimensions** [2] -
1534:10, 1646:15
**diminished** [1] -
1655:11
**DIRECT** [4] - 1529:5,
1529:8, 1531:12,
1629:13
**direct** [13] - 1531:15,
1541:5, 1545:24,
1620:15, 1623:23,
1624:5, 1624:7,
1625:6, 1625:20,
1626:23, 1627:19,
1627:25, 1665:5
**directly** [1] - 1538:15
**Director** [10] -
1556:21, 1557:7,
1557:18, 1557:21,
1557:24, 1559:18,
1618:2, 1634:8,
1634:12
**disclosed** [3] -
1578:11, 1578:25,
1614:21
**disclosure** [1] -
1578:11
**discovered** [2] -
1569:23, 1570:5
**discoveries** [3] -
1569:19, 1569:25,
1570:9
**discovery** [3] -
1570:4, 1577:16
**discuss** [9] - 1532:12,
1534:25, 1547:5,
1561:4, 1593:1,
1614:21, 1656:6,
1657:17, 1671:17
**discussed** [2] -
1561:5, 1627:25
**discussing** [4] -
1544:12, 1548:17,
1624:7, 1651:19
**discussion** [3] -
1577:5, 1650:18,
1655:6
**discussions** [3] -
1557:7, 1557:11,
1559:17
**dispersant** [1] -
1672:10
**dispersants** [11] -
1554:15, 1564:9,
1630:7, 1636:3,

1638:8, 1657:5,
1671:7, 1671:8,
1671:13, 1671:18,
1672:5
**dispersing** [1] -
1671:20
**disposal** [4] - 1615:4,
1615:11, 1624:8,
1665:16
**dissolve** [1] - 1643:17
**dissolves** [1] -
1658:10
**distance** [1] - 1559:9
**distinction** [2] -
1590:20, 1590:23
**distribute** [1] -
1627:12
**District** [4] - 1548:11,
1673:14, 1673:23
**DISTRICT** [3] -
1525:1, 1525:2,
1525:24
**divested** [1] - 1605:2
**DIVISION** [2] - 1526:4,
1526:15
**document** [15] -
1556:19, 1557:6,
1559:11, 1559:16,
1559:19, 1564:13,
1586:12, 1601:9,
1601:10, 1609:5,
1610:5, 1610:24,
1611:1, 1611:15,
1624:4
**DOCUMENT** [1] -
1525:10
**documentation** [1] -
1652:7
**documented** [1] -
1554:8
**documents** [2] -
1556:14, 1556:18
**Dog** [4] - 1570:4,
1571:10, 1577:1,
1586:4
**DOJ** [3] - 1600:22,
1602:18
**dollar** [2] - 1590:15
**dollars** [8] - 1584:7,
1586:17, 1598:15,
1598:21, 1599:1,
1602:10, 1603:14,
1603:15
**done** [10] - 1548:6,
1548:16, 1565:1,
1565:2, 1579:11,
1625:1, 1627:15,
1628:14, 1634:15,
1646:6
**door** [8] - 1590:21,

1593:14, 1596:9,
1596:12, 1597:17,
1601:25, 1602:13,
1602:19
**DOSS** [1] - 1671:25
**dots** [9] - 1606:15,
1645:3, 1645:4,
1647:17, 1663:1,
1665:23, 1665:25,
1666:11, 1666:20
**double** [1] - 1671:4
**double-check** [1] -
1671:4
**doubt** [2] - 1650:13,
1655:18
**Doug** [1] - 1533:25
**DOUGLAS** [1] -
1526:21
**down** [19] - 1543:7,
1546:19, 1551:3,
1554:16, 1561:20,
1563:4, 1563:5,
1570:15, 1574:4,
1574:13, 1574:19,
1582:3, 1583:14,
1605:3, 1623:19,
1633:21, 1636:13,
1644:23, 1663:6
**dozen** [1] - 1654:15
**Dr** [28] - 1553:19,
1628:18, 1630:11,
1635:13, 1635:24,
1637:8, 1637:12,
1638:22, 1640:2,
1646:20, 1647:20,
1647:24, 1651:20,
1655:6, 1660:17,
1661:8, 1662:13,
1662:14, 1663:9,
1663:11, 1664:20,
1667:2
**DRAGNA** [1] -
1527:23
**draw** [2] - 1665:18,
1665:20
**drawn** [1] - 1643:25
**draws** [1] - 1560:16
**drill** [1] - 1539:23
**drilled** [1] - 1567:12
**driller** [2] - 1561:2,
1565:13
**DRILLING** [1] -
1525:18
**drilling** [18] - 1534:13,
1536:21, 1539:3,
1554:4, 1557:15,
1565:11, 1568:24,
1568:25, 1569:7,
1572:3, 1574:7,
1574:22, 1575:5,

1576:13, 1576:14, 1577:1, 1585:14, 1634:6

**drills** [4] - 1542:3, 1542:6, 1542:7, 1588:3

**driven** [2] - 1585:7, 1586:17

**driving** [1] - 1585:9

**Drs** [2] - 1651:21, 1661:8

**duly** [2] - 1531:3, 1629:2

**duplicative** [1] - 1550:13

**Dupree** [2] - 1620:14, 1620:25

**duration** [1] - 1639:15

**during** [13] - 1533:19, 1536:19, 1542:3, 1542:8, 1544:8, 1548:1, 1563:8, 1626:24, 1632:6, 1635:15, 1645:23, 1656:13, 1666:9

**dynamic** [2] - 1570:18, 1661:3

**dynamics** [1] - 1568:21

---

# E

**E&P** [6] - 1620:10, 1622:10, 1622:24, 1623:3, 1623:4, 1623:10

**early** [11] - 1532:25, 1544:9, 1550:24, 1567:19, 1587:5, 1602:10, 1606:20, 1618:3, 1632:10, 1653:5

**earth** [2] - 1548:2, 1549:11

**easier** [1] - 1644:5, 1670:13

**Eastern** [1] - 1673:14

**EASTERN** [1] - 1525:2

**ecology** [1] - 1640:25

**economic** [3] - 1553:2, 1553:5, 1578:14

**ecosystem** [1] - 1652:25

**educational** [1] - 1630:21

**effect** [2] - 1579:20, 1641:11

**effective** [1] - 1552:5,

---

1554:24

**effects** [11] - 1553:5, 1629:25, 1632:16, 1633:18, 1634:5, 1635:6, 1635:14, 1655:8, 1655:11, 1655:13, 1655:14

**effort** [1] - 1549:10, 1552:1, 1634:10, 1669:21

**efforts** [17] - 1533:12, 1533:15, 1533:19, 1534:2, 1535:4, 1547:20, 1553:2, 1553:4, 1553:19, 1572:20, 1587:22, 1589:14, 1625:21, 1632:17, 1633:6, 1648:10, 1648:14

**egg** [1] - 1653:6

**Egypt** [1] - 1541:24

**eight** [7] - 1557:1, 1571:15, 1571:17, 1585:2, 1604:18, 1634:9, 1670:23

**either** [11] - 1561:1, 1562:19, 1597:12, 1597:16, 1598:4, 1645:17, 1647:22, 1661:22, 1663:19, 1672:14, 1672:20

**elected** [1] - 1578:7

**elicit** [1] - 1541:13

**ELLIS** [2] - 1527:3, 1527:9

**elsewhere** [3] - 1564:22, 1604:10, 1666:9

**embedded** [1] - 1555:6

**emergency** [1] - 1543:9

**employee** [5] - 1572:12, 1572:15, 1619:13, 1620:14, 1620:16

**employees** [8] - 1572:6, 1572:8, 1572:11, 1572:21, 1572:24, 1574:14, 1618:7

**employees'** [1] - 1572:25

**employer** [3] - 1618:10, 1618:11, 1618:14

**Employment** [1] - 1583:9

**employment** [3] - 1583:11, 1583:16,

---

1583:18

**employs** [1] - 1619:6

**enacted** [1] - 1549:7

**encountered** [1] - 1650:14

**end** [7] - 1607:21, 1613:10, 1615:8, 1615:12, 1615:17, 1662:8

**ended** [2] - 1543:13, 1558:13

**energy** [1] - 1572:20

**Energy** [3] - 1572:12, 1633:15, 1634:4

**ENFORCEMENT** [1] - 1526:4

**Enforcement** [1] - 1557:12

**engaged** [1] - 1567:9

**Engineering** [2] - 1538:9, 1631:8

**engineering** [6] - 1535:15, 1535:22, 1536:14, 1536:17, 1537:8, 1538:10

**engineering-wise** [1] - 1537:8

**engineers** [2] - 1552:17, 1575:1

**enhance** [2] - 1536:10, 1539:8

**enhancements** [1] - 1558:6

**enormous** [2] - 1642:21, 1644:1

**ensure** [8] - 1648:10, 1648:15, 1648:17, 1648:25, 1649:10, 1651:8, 1652:8, 1654:4

**enter** [1] - 1622:7

**entered** [2] - 1536:23, 1628:3

**entire** [3] - 1653:10, 1668:2, 1668:6

**entities** [4] - 1538:3, 1617:23, 1624:24, 1625:4

**entitled** [1] - 1609:6, 1673:17

**entity** [4] - 1608:6, 1619:4, 1619:12, 1619:23

**environment** [12] - 1562:16, 1582:3, 1582:6, 1608:17, 1608:19, 1629:24, 1631:14, 1635:15, 1636:24, 1640:14, 1657:6

---

**ENVIRONMENT** [1] - 1526:4

**Environmental** [9] - 1602:7, 1630:12, 1630:15, 1631:7, 1631:18, 1633:1, 1633:25, 1650:25, 1660:9

**environmental** [27] - 1538:24, 1589:24, 1591:18, 1591:20, 1592:2, 1600:11, 1601:4, 1602:9, 1612:13, 1629:21, 1630:16, 1630:24, 1632:4, 1632:13, 1634:3, 1634:16, 1634:19, 1634:22, 1635:9, 1635:13, 1636:21, 1637:3, 1640:16, 1643:12, 1662:5, 1671:8

**ENVIRONMENTAL** [1] - 1526:4

**EPA** [58] - 1631:9, 1631:11, 1631:13, 1631:22, 1631:23, 1633:13, 1636:17, 1637:5, 1637:12, 1637:15, 1639:5, 1639:14, 1651:1, 1651:3, 1651:5, 1651:8, 1651:11, 1651:15, 1651:18, 1652:2, 1652:5, 1652:14, 1652:22, 1653:9, 1653:12, 1653:14, 1654:1, 1654:9, 1654:13, 1654:15, 1655:3, 1655:7, 1655:14, 1655:16, 1656:2, 1656:7, 1656:16, 1656:19, 1657:20, 1657:23, 1658:2, 1658:23, 1659:6, 1659:11, 1660:15, 1661:17, 1663:17, 1665:3, 1668:13, 1668:18, 1668:20, 1670:22, 1670:24, 1671:14, 1671:21, 1671:24

**EPA's** [7] - 1654:20, 1658:7, 1666:4, 1667:13, 1667:14, 1669:17, 1670:17

**equally** [1] - 1550:2

**equals** [1] - 1603:3

**equipment** [15] -

---

1538:20, 1544:24, 1548:19, 1549:17, 1549:20, 1552:15, 1557:16, 1557:25, 1625:7, 1625:9, 1625:13, 1625:15, 1649:1

**equity** [3] - 1604:12, 1606:1, 1606:21

**equivalent** [1] - 1584:22

**ERICA** [1] - 1526:9

**escalate** [1] - 1566:24

**escalation** [1] - 1566:3

**especially** [1] - 1589:8

**ESQUIRE** [32] - 1526:5, 1526:5, 1526:6, 1526:6, 1526:7, 1526:7, 1526:8, 1526:8, 1526:9, 1526:9, 1526:10, 1526:10, 1526:11, 1526:11, 1526:15, 1526:16, 1526:16, 1526:20, 1526:21, 1526:21, 1526:22, 1527:4, 1527:4, 1527:5, 1527:5, 1527:6, 1527:9, 1527:10, 1527:13, 1527:19, 1527:19, 1527:23

**essentially** [9] - 1533:23, 1618:20, 1630:6, 1633:17, 1655:20, 1663:13, 1663:19, 1666:11, 1670:8

**established** [2] - 1538:23, 1671:15

**estimate** [3] - 1600:21, 1645:14, 1645:20

**estimates** [1] - 1600:18

**evaluate** [10] - 1630:8, 1636:1, 1636:17, 1646:20, 1647:20, 1648:1, 1655:22, 1657:2, 1657:18, 1671:2

**evaluated** [1] - 1649:10

**evaluates** [1] - 1640:13

**evaluating** [4] - 1631:20, 1648:20, 1662:5, 1668:9

**evaluation** [2] -

---

1671:3, 1671:4
**evening** [3] - 1544:22, 1544:25, 1545:1
**event** [5] - 1539:9, 1557:17, 1559:3, 1608:7, 1656:8
**events** [1] - 1563:23
**evidence** [6] - 1599:20, 1599:23, 1611:15, 1636:15, 1644:24, 1663:5
**exact** [3] - 1592:25, 1656:10, 1656:15
**exactly** [1] - 1662:9
**EXAMINATION** [28] - 1529:5, 1529:6, 1529:8, 1531:12, 1532:11, 1538:1, 1550:18, 1553:18, 1556:13, 1571:6, 1581:5, 1593:6, 1596:2, 1597:13, 1598:17, 1600:4, 1603:21, 1606:13, 1611:4, 1611:17, 1614:25, 1617:11, 1617:21, 1621:17, 1622:15, 1629:13, 1635:23, 1664:19
**examination** [8] - 1531:15, 1531:23, 1537:24, 1556:10, 1617:3, 1617:14, 1628:1, 1629:12
**EXAMINATIONS** [1] - 1529:2
**examine** [1] - 1532:8
**examined** [2] - 1531:4, 1629:3
**example** [14] - 1541:14, 1547:24, 1569:19, 1579:5, 1595:8, 1633:22, 1635:4, 1639:10, 1641:23, 1645:16, 1649:4, 1656:23, 1657:3, 1660:5
**examples** [3] - 1581:24, 1655:13, 1656:20
**exceed** [2] - 1659:13, 1668:20
**exceedance** [8] - 1660:18, 1665:19, 1668:6, 1670:22, 1670:24, 1671:24, 1672:2, 1672:10
**exceedances** [15] - 1658:2, 1658:12, 1664:21, 1665:3,

1665:7, 1665:10, 1665:13, 1666:5, 1666:9, 1666:12, 1669:20, 1669:22, 1669:24, 1670:2, 1670:7
**exceeded** [10] - 1657:20, 1657:23, 1658:7, 1658:25, 1661:17, 1663:17, 1666:4, 1667:14, 1668:18, 1669:17
**exceeds** [1] - 1659:2
**except** [1] - 1595:22
**excerpt** [2] - 1600:6, 1610:17
**exciting** [1] - 1631:15
**excluded** [1] - 1663:7
**Excludes** [1] - 1596:22
**excludes** [1] - 1597:3
**exclusion** [1] - 1592:15
**executive** [1] - 1540:19
**Executive** [2] - 1619:9, 1619:11
**exhibits** [1] - 1606:9
**exist** [2] - 1636:23, 1652:25
**existed** [4] - 1545:11, 1547:1, 1564:23, 1628:10, 1644:2, 1663:4
**existing** [2] - 1558:7, 1575:18
**exists** [2] - 1611:9, 1655:19
**expand** [1] - 1546:1
**expanded** [1] - 1560:7
**expect** [4] - 1551:20, 1607:23, 1667:18, 1668:5
**expectation** [1] - 1550:1
**expected** [3] - 1578:19, 1645:8, 1645:11
**expend** [1] - 1580:7
**expenditure** [1] - 1625:12
**expenditures** [28] - 1569:12, 1575:8, 1575:11, 1576:8, 1576:21, 1577:6, 1577:8, 1577:19, 1577:23, 1578:5, 1578:19, 1578:24, 1580:5, 1581:7, 1584:10, 1586:6,

1586:7, 1588:19, 1588:20, 1593:23, 1604:2, 1609:1, 1613:19, 1613:20, 1613:23, 1615:10, 1625:7
**Expenditures** [1] - 1581:10
**expense** [4] - 1575:17, 1575:22, 1576:1, 1605:13
**expenses** [5] - 1595:22, 1612:4, 1612:9, 1623:24
**experience** [1] - 1541:18
**experienced** [2] - 1551:21, 1566:20
**experiences** [1] - 1616:11
**experiencing** [1] - 1577:8
**experiments** [1] - 1641:13
**Expert** [1] - 1579:7
**expert** [8] - 1553:11, 1554:14, 1554:15, 1629:17, 1634:4, 1635:13, 1638:10, 1647:21
**expert's** [1] - 1635:18
**expertise** [3] - 1549:12, 1552:4, 1629:20
**experts** [2] - 1565:18, 1647:20
**explain** [5] - 1572:12, 1589:6, 1651:4, 1664:25, 1667:20
**explained** [1] - 1543:8
**explicitly** [1] - 1655:14
**EXPLORATION** [3] - 1525:13, 1525:14, 1527:3
**exploration** [9] - 1532:18, 1536:22, 1568:8, 1570:7, 1570:8, 1586:1, 1587:18, 1622:22, 1634:6
**explosion** [2] - 1539:15, 1557:14
**exposed** [2] - 1547:10, 1659:13
**exposure** [3] - 1645:14, 1652:21, 1665:18
**exposures** [2] - 1653:18, 1653:20
**express** [1] - 1547:20

**expressed** [1] - 1653:14
**extensive** [2] - 1569:17, 1576:25
**extent** [4] - 1546:4, 1583:5, 1646:12, 1664:6
**external** [1] - 1654:14
**Exxon** [3] - 1632:8, 1632:10, 1637:23
**eye** [1] - 1584:21

## F

**fabrication** [1] - 1584:1
**facilities** [19] - 1542:23, 1543:7, 1557:16, 1562:18, 1563:3, 1570:18, 1571:7, 1571:9, 1571:11, 1571:15, 1571:20, 1573:17, 1575:15, 1576:15, 1583:25, 1585:2, 1588:4, 1614:8
**facility** [10] - 1533:24, 1534:1, 1543:1, 1543:21, 1547:1, 1570:18, 1571:12, 1571:13, 1573:24, 1575:7
**fact** [11] - 1532:5, 1577:15, 1613:6, 1615:2, 1626:19, 1627:14, 1645:10, 1660:22, 1661:3, 1661:4, 1667:6
**factual** [1] - 1577:22
**faculty** [2] - 1632:1, 1632:25
**fair** [3] - 1558:23, 1598:16, 1612:15
**fairly** [3] - 1542:1, 1582:4, 1635:2
**Fall** [1] - 1646:8
**fall** [1] - 1632:12
**fallen** [1] - 1585:6
**familiar** [11] - 1540:20, 1545:6, 1555:24, 1556:2, 1556:14, 1562:5, 1565:5, 1566:16, 1568:2, 1578:4, 1609:2
**familiarity** [3] - 1534:12, 1542:6, 1586:25
**familiarizing** [1] - 1542:4

**family** [1] - 1536:16
**far** [9] - 1571:1, 1593:13, 1600:18, 1609:21, 1640:18, 1644:1, 1657:3, 1666:10
**fatal** [1] - 1649:22
**fate** [3] - 1632:15, 1633:18, 1635:5
**February** [3] - 1532:21, 1534:22
**Federal** [2] - 1546:13, 1548:10
**federal** [4] - 1546:15, 1547:10, 1630:18, 1633:12
**feedback** [1] - 1544:23
**feet** [4] - 1570:13, 1570:15, 1570:21, 1570:24
**fellow** [2] - 1631:2, 1631:4
**Fellowship** [1] - 1631:8
**fellowship** [2] - 1631:10, 1631:23
**felt** [1] - 1570:14
**few** [11] - 1548:20, 1617:19, 1618:22, 1624:5, 1641:7, 1651:24, 1652:10, 1665:23, 1666:10, 1666:12
**fewer** [4] - 1658:24, 1661:7, 1669:15, 1670:6
**FIDLER** [1] - 1526:11
**field** [7] - 1568:9, 1576:21, 1585:9, 1585:15, 1634:16, 1654:18, 1654:24
**Field** [2] - 1570:4, 1586:4
**fields** [7] - 1569:4, 1569:23, 1570:1, 1570:5, 1571:21, 1585:3, 1585:8
**FIFTEENTH** [1] - 1527:10
**fight** [1] - 1616:5
**figure** [4] - 1541:16, 1591:7, 1623:13, 1664:2
**figured** [1] - 1627:16
**figures** [4] - 1576:6, 1584:13, 1584:16, 1663:23
**finally** [2] - 1602:23, 1640:1

**finance** [5] - 1536:22, 1537:10, 1547:8, 1575:2, 1588:11
**Finance** [2] - 1609:10, 1609:12
**finances** [3] - 1588:9, 1589:8, 1611:10
**Financial** [1] - 1609:6
**financial** [34] - 1535:7, 1577:14, 1579:1, 1579:4, 1579:10, 1579:13, 1579:14, 1586:25, 1587:17, 1590:10, 1592:17, 1598:22, 1600:8, 1601:11, 1601:20, 1608:2, 1608:25, 1609:14, 1610:2, 1610:4, 1610:6, 1610:10, 1610:15, 1610:16, 1611:1, 1611:6, 1611:9, 1611:13, 1611:19, 1611:25, 1612:4, 1612:16, 1612:23, 1615:24
**financials** [9] - 1578:17, 1588:12, 1589:15, 1593:9, 1594:20, 1601:14, 1609:9, 1610:12, 1613:12
**findings** [7] - 1538:25, 1658:17, 1669:11, 1670:3, 1671:18, 1672:4, 1672:5
**fine** [4] - 1600:22, 1672:12, 1672:20
**fines** [1] - 1595:23
**finfish** [1] - 1653:2
**fingerprint** [3] - 1669:21, 1670:25
**finish** [1] - 1631:23
**finished** [1] - 1632:9
**finishing** [2] - 1582:24, 1632:21
**fire** [1] - 1539:22
**firm** [1] - 1632:4
**first** [51] - 1531:3, 1534:10, 1535:3, 1538:16, 1539:14, 1541:4, 1543:24, 1544:5, 1554:1, 1560:2, 1562:9, 1562:14, 1565:8, 1575:10, 1576:7, 1577:23, 1581:8, 1581:24, 1585:20, 1596:8, 1596:25, 1601:22, 1602:19,

1604:1, 1606:16, 1608:1, 1609:8, 1609:20, 1611:21, 1614:12, 1618:4, 1629:2, 1630:11, 1635:24, 1636:7, 1639:3, 1640:8, 1640:11, 1640:18, 1640:20, 1654:13, 1656:11, 1657:17, 1662:3, 1662:11, 1662:12, 1662:25, 1663:22, 1664:6, 1667:9, 1671:19
**firsthand** [1] - 1578:4
**Fish** [4] - 1633:14, 1633:16, 1635:4, 1635:7
**fish** [6] - 1641:7, 1641:10, 1641:11, 1653:6, 1653:8
**fit** [1] - 1563:24
**fits** [1] - 1589:7
**Five** [1] - 1561:10
**five** [9] - 1561:16, 1570:5, 1573:8, 1576:2, 1576:3, 1582:14, 1586:3
**fixed** [6] - 1581:22, 1581:25, 1582:1, 1582:4, 1582:7, 1582:11
**fixing** [1] - 1581:19
**flagged** [1] - 1598:22
**flat** [1] - 1585:12
**flaw** [1] - 1649:22
**flawed** [1] - 1640:6
**fleet** [1] - 1577:4
**flew** [1] - 1543:6
**FLICKINGER** [1] - 1526:6
**floating** [2] - 1568:19, 1570:18
**floor** [2] - 1636:13, 1636:25
**Florida** [1] - 1661:25
**Flow** [1] - 1609:18
**flow** [9] - 1566:15, 1594:23, 1604:14, 1604:15, 1611:20, 1612:3, 1615:11, 1615:16, 1615:18
**flown** [1] - 1612:11
**flows** [3] - 1566:15, 1607:15, 1621:6
**fluids** [1] - 1565:20
**focus** [5] - 1565:21, 1585:25, 1588:1, 1630:1, 1667:3
**focused** [3] - 1540:11,

1566:11, 1567:9
**focusing** [2] - 1541:9, 1557:15
**folks** [7] - 1541:17, 1547:5, 1549:15, 1549:23, 1551:4, 1565:17, 1583:4
**follow** [2] - 1557:11, 1651:11
**follow-up** [1] - 1557:11
**followed** [2] - 1632:3, 1649:9
**following** [7] - 1533:13, 1542:13, 1543:5, 1557:7, 1566:17, 1631:6, 1654:5
**follows** [3] - 1531:4, 1629:3, 1655:2
**FOR** [4] - 1526:3, 1526:19, 1527:3, 1527:17
**forces** [1] - 1568:20
**foregoing** [1] - 1673:15
**form** [1] - 1639:1
**formal** [4] - 1572:11, 1624:20, 1624:22, 1633:4
**formed** [3] - 1634:25, 1647:24, 1669:14
**former** [1] - 1598:5
**formerly** [1] - 1618:20
**forms** [1] - 1608:3
**formulate** [1] - 1650:11
**formulation** [1] - 1653:25
**fortunate** [2] - 1631:8, 1633:11
**fortune** [1] - 1670:18
**forward** [6] - 1577:6, 1577:9, 1577:23, 1581:1, 1604:1, 1637:18
**fouled** [1] - 1636:9
**four** [20] - 1534:24, 1568:11, 1570:21, 1571:9, 1571:10, 1571:17, 1573:8, 1574:5, 1575:18, 1585:24, 1586:1, 1591:23, 1604:19, 1605:3, 1632:3, 1632:5, 1634:12, 1656:9, 1671:21
**Fourchon** [6] - 1541:17, 1574:5, 1574:10, 1574:14,

1574:17, 1574:21
**fours** [1] - 1671:23
**fourth** [1] - 1607:19
**frankly** [1] - 1640:5
**free** [2] - 1604:9, 1604:10
**frequency** [1] - 1648:7
**fresh** [1] - 1555:14
**frozen** [1] - 1649:5
**fulfilling** [1] - 1541:19
**full** [3] - 1554:25, 1585:1, 1629:15
**full-time** [1] - 1554:25
**fully** [2] - 1555:2, 1568:7
**functional** [4] - 1600:11, 1600:13, 1601:4, 1603:4
**Functional** [1] - 1602:23
**functions** [1] - 1575:2
**fundamental** [1] - 1657:11
**funded** [2] - 1630:18, 1633:11
**Funding** [1] - 1607:1
**future** [13] - 1534:20, 1540:12, 1577:19, 1578:23, 1580:8, 1594:14, 1597:4, 1598:15, 1598:23, 1607:25, 1613:17, 1616:7

## G

**gain** [1] - 1565:25
**gaining** [1] - 1542:5
**gals** [1] - 1547:18
**gap** [1] - 1546:4
**gas** [8] - 1535:6, 1535:18, 1535:23, 1536:5, 1537:4, 1562:17, 1575:20, 1584:23
**gather** [1] - 1542:17
**GCCF** [1] - 1602:17
**GCRO** [26] - 1588:11, 1589:5, 1589:7, 1589:13, 1589:14, 1589:16, 1598:9, 1600:14, 1601:11, 1603:1, 1609:10, 1609:12, 1609:15, 1612:7, 1612:8, 1612:11, 1612:13, 1612:18, 1612:20, 1612:23, 1613:3, 1613:6, 1615:14

**GCRO-related** [1] - 1612:18
**general** [2] - 1536:21, 1536:23, 1537:10, 1640:12, 1640:17, 1663:22, 1665:12
**generally** [3] - 1544:6, 1629:21, 1651:4
**generate** [1] - 1608:23
**generated** [3] - 1613:8, 1613:23, 1656:13
**generating** [3] - 1549:15, 1604:9, 1641:6
**generation** [1] - 1612:19
**gentleman** [3] - 1566:12, 1601:12, 1620:13
**geographic** [1] - 1666:6
**Geological** [3] - 1633:13, 1656:23, 1657:1
**geologists** [2] - 1575:1, 1575:21
**geophysicists** [1] - 1575:21
**geoscientists** [1] - 1575:1
**giant** [1] - 1569:23
**given** [5] - 1541:1, 1568:2, 1608:5, 1615:25, 1670:7
**GLADSTEIN** [1] - 1526:10
**Global** [10] - 1534:4, 1534:5, 1534:8, 1553:23, 1554:1, 1559:12, 1559:19, 1567:20, 1567:24, 1627:2
**global** [7] - 1534:15, 1549:4, 1556:5, 1556:6, 1619:15, 1621:15, 1623:21
**Globally** [1] - 1555:24
**globe** [1] - 1536:16
**GMBH** [1] - 1525:16
**God** [2] - 1530:25, 1628:24
**gold** [1] - 1655:20
**GoMRI** [1] - 1602:10
**government** [12] - 1557:25, 1558:24, 1586:15, 1587:25, 1613:2, 1630:18, 1633:12, 1633:23, 1648:22, 1649:9,

1656:9, 1668:25
**Government** [3] - 1633:8, 1634:22, 1642:19
**governments** [1] - 1534:18
**grab** [1] - 1561:1
**gradually** [1] - 1537:9
**graduating** [1] - 1535:20
**GRAND** [1] - 1527:23
**grant** [1] - 1635:4
**grants** [7] - 1601:23, 1633:7, 1633:9, 1633:12, 1633:13, 1633:16, 1633:22
**graph** [1] - 1659:22
**great** [2] - 1532:2, 1543:14
**greater** [1] - 1664:7
**green** [2] - 1545:12, 1663:1
**grew** [2] - 1535:11, 1543:22
**ground** [1] - 1533:24
**group** [5] - 1548:14, 1554:2, 1588:3, 1607:24, 1624:24
**Group** [1] - 1534:5
**groups** [4] - 1544:16, 1555:5, 1556:25, 1652:13
**grow** [1] - 1535:10
**growth** [1] - 1655:11
**Guard** [8] - 1541:16, 1544:19, 1546:14, 1547:13, 1547:19, 1548:3, 1552:8, 1555:18
**guess** [4] - 1604:16, 1616:3, 1636:6, 1642:13
**guidance** [3] - 1548:22, 1548:25, 1549:22
**guidelines** [1] - 1534:13
**Gulf** [81] - 1531:18, 1532:15, 1532:17, 1532:19, 1533:6, 1533:7, 1535:5, 1535:11, 1537:5, 1538:16, 1539:4, 1539:21, 1540:15, 1552:13, 1565:12, 1566:13, 1567:7, 1567:21, 1568:3, 1569:14, 1569:16, 1569:20, 1571:24, 1572:2, 1572:4,

1572:9, 1572:13, 1572:17, 1572:24, 1573:4, 1573:6, 1573:10, 1573:21, 1575:24, 1581:11, 1581:13, 1584:4, 1584:7, 1584:8, 1584:11, 1584:19, 1586:18, 1586:23, 1587:16, 1587:20, 1587:23, 1589:2, 1589:3, 1589:10, 1602:10, 1611:23, 1612:1, 1613:21, 1615:13, 1618:17, 1618:20, 1618:21, 1620:11, 1620:13, 1620:15, 1620:19, 1621:2, 1621:21, 1622:18, 1623:25, 1625:10, 1627:5, 1639:11, 1640:22, 1642:20, 1644:18, 1656:25, 1661:4, 1661:19, 1665:11, 1666:9, 1668:2, 1668:6, 1668:10, 1671:14, 1672:11
**GULF** [1] - 1525:6
**guys** [2] - 1547:18

# H

**hairs** [2] - 1591:2, 1592:20
**half** [7] - 1543:6, 1555:1, 1578:7, 1598:14, 1598:21, 1598:25, 1669:25
**hall** [1] - 1628:18
**hand** [10] - 1530:23, 1544:18, 1554:12, 1554:13, 1600:18, 1612:15, 1612:17, 1628:21, 1651:6
**handed** [1] - 1538:21
**handle** [2] - 1541:15, 1635:18
**HANKEY** [24] - 1526:8, 1532:3, 1537:19, 1556:3, 1577:11, 1578:10, 1578:18, 1589:20, 1591:17, 1591:20, 1592:2, 1599:16, 1606:5, 1609:22, 1611:14, 1614:20, 1617:2, 1617:10, 1617:12, 1617:18, 1617:21, 1621:17,

1622:15, 1628:11
**Hankey** [2] - 1532:3, 1617:13
**HANKEY**.................. . [1] - 1529:6
**hard** [3] - 1588:22, 1604:21, 1665:22
**HARIKLIA** [1] - 1527:5
**Hariklia** [1] - 1531:14
**harm** [37] - 1630:8, 1636:2, 1636:5, 1636:7, 1636:8, 1636:9, 1636:10, 1636:14, 1636:18, 1636:20, 1637:4, 1638:3, 1638:7, 1639:7, 1639:14, 1639:25, 1640:9, 1641:18, 1641:20, 1641:21, 1646:2, 1646:4, 1648:1, 1648:20, 1657:2, 1657:6, 1657:10, 1657:14, 1659:2, 1659:9, 1659:12, 1659:14, 1659:15, 1660:23, 1662:5, 1667:8, 1671:8
**harmed** [1] - 1636:10
**harmful** [7] - 1656:18, 1658:15, 1659:25, 1660:4, 1660:7, 1660:21, 1671:22
**Harnessing** [2] - 1557:4, 1559:16
**HARVEY** [1] - 1526:10
**hat** [1] - 1589:9
**HB406** [1] - 1528:4
**head** [7] - 1538:10, 1539:20, 1552:12, 1633:1, 1633:3, 1655:18
**headquarters** [8] - 1540:8, 1545:14, 1545:15, 1545:22, 1546:11, 1563:9, 1574:24, 1631:9
**heads** [2] - 1530:15, 1538:10
**heads-up** [1] - 1530:15
**Health** [1] - 1633:15
**health** [4] - 1565:19, 1588:12, 1610:13, 1641:10
**hear** [6] - 1553:15, 1580:2, 1592:22, 1617:17, 1626:13, 1667:4
**HEARD** [1] - 1525:23

**heard** [14] - 1545:18, 1549:11, 1550:11, 1550:15, 1570:3, 1571:12, 1575:10, 1577:15, 1589:5, 1593:19, 1604:24, 1628:4, 1655:6, 1669:12
**hearing** [2] - 1588:22, 1604:21
**heaven** [2] - 1548:2, 1549:11
**held** [13] - 1532:20, 1532:23, 1534:23, 1536:1, 1536:8, 1536:13, 1538:2, 1541:23, 1553:22, 1619:17, 1619:21, 1620:1, 1632:23
**hello** [2] - 1617:10, 1617:13
**help** [14] - 1530:25, 1541:13, 1551:25, 1552:9, 1552:13, 1552:18, 1552:25, 1554:3, 1554:23, 1628:24, 1630:18, 1631:22, 1664:24, 1672:8
**helped** [5] - 1546:24, 1547:15, 1605:25, 1638:22, 1656:1
**helpful** [2] - 1666:2, 1666:3
**helping** [4] - 1554:5, 1633:17
**helps** [2] - 1587:15, 1646:11
**hereby** [1] - 1673:14
**heritage** [1] - 1618:15
**high** [12] - 1532:13, 1547:17, 1559:21, 1585:4, 1599:8, 1600:9, 1612:10, 1630:5, 1648:15, 1648:19, 1649:11, 1650:11
**high-level** [2] - 1559:21, 1612:10
**higher** [3] - 1667:17, 1667:19, 1668:5
**highest** [3] - 1588:5, 1645:18, 1650:13
**highlights** [1] - 1536:3
**highly** [1] - 1635:9
**HIMMELHOCH** [2] - 1526:5, 1530:13
**hire** [1] - 1549:19
**historical** [1] - 1581:11

**hold** [7] - 1533:5, 1534:2, 1534:21, 1538:3, 1538:7, 1571:23, 1619:12
**HOLDINGS** [1] - 1525:17
**home** [3] - 1539:24, 1539:25, 1576:25
**Honor** [76] - 1530:9, 1530:12, 1530:13, 1530:20, 1531:9, 1532:3, 1532:10, 1537:19, 1537:25, 1550:9, 1550:16, 1553:13, 1556:3, 1556:12, 1570:12, 1570:22, 1571:4, 1577:11, 1577:20, 1579:6, 1579:17, 1580:9, 1589:20, 1590:9, 1590:14, 1591:8, 1591:17, 1591:19, 1591:20, 1592:2, 1592:4, 1592:5, 1592:11, 1593:1, 1594:18, 1594:22, 1595:13, 1595:24, 1596:4, 1597:15, 1597:22, 1599:12, 1599:16, 1599:22, 1600:2, 1600:13, 1603:13, 1606:5, 1606:12, 1609:22, 1609:25, 1610:10, 1610:23, 1610:25, 1611:3, 1614:20, 1614:24, 1617:2, 1617:10, 1621:4, 1621:7, 1621:13, 1621:25, 1622:5, 1622:13, 1628:11, 1628:13, 1628:15, 1628:17, 1628:19, 1629:10, 1635:12, 1635:17, 1663:20, 1663:25, 1672:12
**HONORABLE** [1] - 1525:23
**hope** [1] - 1654:22
**hopefully** [2] - 1617:18, 1635:10
**Hopwood** [7] - 1618:24, 1619:8, 1619:14, 1623:4, 1623:7, 1623:13, 1623:20
**hopwood** [1] - 1619:6
**hopwood's** [1] - 1619:3

**Horizon** [13] - 1533:4, 1539:13, 1539:22, 1557:15, 1588:18, 1625:17, 1646:21, 1648:2, 1656:3, 1656:8, 1656:11, 1656:21, 1669:2
**HORIZON** [1] - 1525:5
**Horse** [3] - 1570:3, 1571:10, 1577:1
**host** [1] - 1534:18
**Houma** [6] - 1545:24, 1573:22, 1574:1, 1574:2, 1574:21, 1575:6
**hour** [1] - 1673:1
**hours** [7] - 1530:16, 1530:17, 1530:18, 1562:4, 1578:7, 1652:20
**housed** [1] - 1575:3
**Houston** [21] - 1535:12, 1539:25, 1540:2, 1540:4, 1540:9, 1540:24, 1541:3, 1542:9, 1542:10, 1542:12, 1543:4, 1565:5, 1565:8, 1565:10, 1565:16, 1574:23, 1574:24, 1575:3, 1583:5, 1627:19
**HSE** [1] - 1552:18
**hub** [2] - 1586:2, 1586:4
**hubs** [4] - 1568:11, 1575:18, 1586:1, 1605:3
**hundred** [3] - 1569:9, 1614:5, 1634:21
**hungry** [2] - 1672:22, 1672:23
**hurricane** [1] - 1541:22
**hurricanes** [1] - 1541:23
**hydrocarbons** [1] - 1643:11

**I**

**ice** [1] - 1649:5
**ICP's** [1] - 1546:10
**idea** [2] - 1627:17, 1641:19
**identification** [1] - 1660:20
**identified** [7] - 1603:22, 1607:23,

1615:10, 1641:19, 1650:6, 1668:13, 1671:22
**identifies** [1] - 1601:7
**identify** [4] - 1599:25, 1600:24, 1606:1
**identifying** [1] - 1662:6
**IL** [1] - 1527:7
**illustration** [1] - 1660:1
**immediately** [4] - 1533:13, 1535:20, 1542:13, 1585:8
**impact** [16] - 1553:1, 1553:2, 1577:14, 1578:14, 1579:1, 1579:4, 1579:10, 1579:21, 1580:22, 1581:1, 1592:17, 1594:23, 1604:5, 1604:6, 1610:2, 1645:11
**impacted** [3] - 1541:8, 1662:1, 1666:23
**impacts** [1] - 1655:7
**imperative** [1] - 1648:17
**implications** [1] - 1595:16
**imply** [1] - 1666:8
**important** [20] - 1545:10, 1546:21, 1558:7, 1561:17, 1563:25, 1626:11, 1626:16, 1633:9, 1640:23, 1640:25, 1648:18, 1649:8, 1649:16, 1649:17, 1652:1, 1652:3, 1653:25, 1654:19, 1655:4
**importantly** [1] - 1616:14
**impression** [1] - 1547:20
**improve** [1] - 1539:8
**improved** [3] - 1626:10, 1626:15, 1630:3
**improvements** [2] - 1564:24, 1567:15
**IN** [3] - 1525:5, 1525:6, 1530:4
**inaudible** [2] - 1577:13, 1578:25
**inaudible]** [1] - 1577:14
**INC** [4] - 1525:14, 1525:18, 1525:18,

1527:3
**inch** [1] - 1585:19
**Incident** [11] - 1543:25, 1544:2, 1545:21, 1545:23, 1546:18, 1549:24, 1551:5, 1555:11, 1555:17, 1557:20
**incident** [26] - 1533:4, 1533:13, 1534:24, 1536:6, 1536:7, 1539:8, 1540:14, 1540:16, 1540:17, 1541:5, 1541:9, 1541:24, 1542:13, 1543:5, 1544:11, 1545:16, 1545:18, 1554:10, 1555:7, 1567:16, 1625:17, 1627:12, 1635:16, 1656:21
**include** [15] - 1564:14, 1578:13, 1580:18, 1584:1, 1588:14, 1588:17, 1595:7, 1597:4, 1602:8, 1618:10, 1633:24, 1646:23, 1662:23, 1664:12
**included** [9] - 1548:19, 1590:8, 1591:6, 1594:24, 1611:24, 1662:9, 1663:15, 1670:17, 1671:3
**includes** [6] - 1578:17, 1589:24, 1590:3, 1606:6, 1625:7, 1663:5
**including** [5] - 1545:19, 1651:17, 1653:2, 1663:1, 1667:9
**incorporate** [3] - 1627:18, 1654:9, 1655:19
**incorporated** [2] - 1655:5, 1663:1
**incorporates** [1] - 1652:22
**increase** [1] - 1667:20
**Incurred** [1] - 1594:8
**incurred** [34] - 1588:15, 1588:17, 1590:4, 1590:11, 1591:13, 1591:16, 1593:10, 1593:15, 1593:19, 1594:1, 1596:4, 1596:5, 1596:7, 1596:15,

1597:16, 1597:23, 1598:2, 1600:17, 1600:25, 1601:8, 1601:20, 1602:3, 1602:15, 1602:21, 1603:2, 1603:9, 1603:11, 1604:4, 1605:15, 1609:15, 1612:4, 1613:4, 1613:6, 1615:22
**incurring** [1] - 1606:18
**indeed** [1] - 1607:11
**independent** [1] - 1593:22
**independently** [2] - 1608:8, 1652:13
**Indiana** [1] - 1603:17
**indicate** [5] - 1558:24, 1564:22, 1641:8, 1642:5, 1650:5
**indicated** [6] - 1541:2, 1550:19, 1557:6, 1559:16, 1651:7, 1663:9
**indicates** [3] - 1613:22, 1641:18, 1642:6
**indication** [1] - 1660:14
**individual** [1] - 1652:4
**industry** [19] - 1534:18, 1535:6, 1535:19, 1535:23, 1536:5, 1538:24, 1539:9, 1548:14, 1554:5, 1555:5, 1555:8, 1560:14, 1560:17, 1562:11, 1567:1, 1567:2, 1567:5, 1567:7, 1577:7
**information** [14] - 1542:18, 1557:25, 1564:17, 1578:20, 1580:18, 1600:23, 1601:3, 1608:10, 1649:15, 1655:4, 1659:3, 1660:16, 1660:21
**informed** [1] - 1608:6
**initial** [10] - 1541:12, 1542:25, 1637:15, 1646:23, 1647:22, 1648:21, 1661:20, 1662:9, 1663:2, 1664:11
**Initiative** [1] - 1602:11
**injection** [1] - 1606:21
**injections** [1] - 1609:1

**injury** [1] - 1637:25
**input** [1] - 1560:3
**inquire** [1] - 1578:2
**inside** [4] - 1552:21, 1587:22, 1587:23, 1616:13
**insights** [2] - 1560:8, 1561:15
**installing** [1] - 1576:16
**instances** [2] - 1606:1, 1606:14
**Institute** [1] - 1631:4
**Institutes** [1] - 1633:15
**insurance** [5] - 1582:7, 1595:3, 1595:4, 1595:8
**insurers** [1] - 1595:9
**integrated** [1] - 1568:7
**integrating** [1] - 1630:1
**intend** [2] - 1579:7, 1580:1
**intended** [2] - 1648:19, 1660:11
**intensive** [2] - 1569:3, 1614:15
**intention** [3] - 1646:15, 1653:14, 1654:20
**interchangeably** [1] - 1537:21
**interest** [1] - 1607:7
**interests** [1] - 1634:5
**interim** [1] - 1534:13
**Interior** [2] - 1634:8, 1634:10
**internal** [2] - 1606:16, 1607:2
**internally** [1] - 1654:13
**interrupt** [1] - 1568:13
**introduce** [1] - 1531:16
**invertebrates** [1] - 1653:3
**invest** [1] - 1585:12
**investigate** [2] - 1641:20, 1641:22
**investigation** [5] - 1646:22, 1656:3, 1656:11, 1660:19, 1669:2
**investigations** [1] - 1632:13
**investing** [2] - 1575:15, 1613:17
**investment** [5] - 1568:23, 1568:24,

1575:16, 1585:25,
1604:10
**investments** [2] -
1575:14
**invoices** [1] - 1620:20
**involve** [2] - 1641:22,
1641:23
**involved** [9] - 1537:13,
1542:5, 1549:6,
1578:5, 1615:25,
1622:17, 1625:21,
1633:10, 1637:23
**involvement** [7] -
1535:3, 1535:4,
1539:12, 1550:21,
1570:6, 1578:16,
1580:21
**issue** [4] - 1572:10,
1592:16, 1613:1,
1657:10
**issues** [7] - 1541:6,
1578:2, 1578:12,
1578:13, 1584:6,
1631:22, 1635:18
**IT** [1] - 1543:11
**item** [1] - 1624:7
**itself** [3] - 1603:1,
1656:19, 1665:20

# J

**JAKOLA** [1] - 1527:6
**James** [2] - 1620:14,
1620:25
**JAMES** [1] - 1527:23
**January** [1] - 1619:18
**JANUARY** [2] -
1525:8, 1530:2
**JARRETT** [1] -
1527:13
**Jim** [4] - 1551:13,
1551:14, 1551:16,
1551:17
**job** [5] - 1534:10,
1554:25, 1622:10,
1635:10, 1665:14
**jobs** [2] - 1536:10,
1555:15
**joined** [3] - 1537:11,
1620:15, 1620:23
**joint** [1] - 1576:24
**journey** [1] - 1585:21
**Judge** [7] - 1550:19,
1592:13, 1629:19,
1652:1, 1659:19,
1667:22, 1670:10
**JUDGE** [1] - 1525:24
**JUDY** [1] - 1526:10
**July** [1] - 1555:20

**jumps** [1] - 1616:3
**June** [2] - 1555:20,
1627:22
**jurisdictions** [1] -
1561:25
**JUSTICE** [2] - 1526:3,
1526:14
**juvenile** [1] - 1653:8

# K

**KANNER** [2] -
1526:20, 1526:20
**Karis** [1] - 1531:14
**KARIS** [71] - 1527:5,
1530:20, 1531:9,
1531:11, 1531:13,
1532:10, 1532:11,
1537:25, 1538:1,
1550:9, 1550:12,
1550:16, 1550:18,
1553:13, 1553:17,
1553:18, 1556:12,
1556:13, 1571:6,
1577:20, 1578:11,
1579:6, 1579:9,
1579:17, 1579:20,
1579:24, 1580:4,
1580:9, 1580:12,
1580:14, 1581:4,
1581:5, 1590:3,
1590:9, 1590:14,
1590:18, 1591:8,
1591:12, 1591:15,
1591:19, 1591:25,
1592:4, 1592:7,
1592:11, 1593:1,
1593:5, 1593:6,
1594:2, 1594:7,
1596:1, 1596:2,
1597:13, 1598:17,
1599:12, 1599:15,
1599:21, 1600:2,
1600:4, 1603:21,
1606:12, 1606:13,
1609:25, 1610:23,
1611:3, 1611:4,
1611:17, 1614:24,
1614:25, 1616:19,
1617:5, 1628:13
**KARIS..................**
**...** [1] - 1529:5
**KATRINE** [1] - 1527:6
**keep** [5] - 1568:14,
1569:6, 1580:25,
1585:12, 1672:12
**KEITH** [1] - 1527:13
**kept** [2] - 1571:18,
1611:12
**key** [7] - 1551:9,

1551:25, 1557:16,
1560:23, 1669:10,
1672:9
**Key** [1] - 1561:10
**Kika** [2] - 1570:4,
1571:10
**kilometers** [1] -
1669:24
**KIMBERLY** [1] -
1527:10
**kind** [29] - 1536:10,
1537:3, 1541:8,
1541:25, 1543:8,
1543:10, 1544:21,
1545:14, 1548:1,
1551:4, 1551:17,
1555:18, 1558:2,
1560:2, 1561:15,
1561:22, 1561:24,
1563:21, 1565:10,
1566:17, 1574:8,
1581:19, 1582:7,
1586:15, 1604:17,
1623:1, 1633:22,
1648:18, 1649:19
**KING** [1] - 1526:7
**KIRBY** [1] - 1527:19
**KIRKLAND** [2] -
1527:3, 1527:9
**knowing** [4] -
1639:18, 1661:2,
1662:6, 1663:3
**knowledge** [9] -
1567:1, 1578:4,
1578:12, 1578:17,
1580:21, 1586:25,
1630:19, 1631:17,
1641:4
**known** [7] - 1570:7,
1618:20, 1641:9,
1645:8, 1645:11,
1647:13, 1663:4
**KRAUS** [1] - 1526:21
**Kriging** [1] - 1665:16
**KY** [1] - 1527:19

# L

**LA** [3] - 1526:23,
1527:15, 1528:5
**lab** [3] - 1649:17,
1649:18, 1650:8
**labor** [2] - 1601:23,
1602:25
**laboratories** [1] -
1652:13
**laboratory** [6] -
1631:4, 1639:12,
1641:6, 1642:2,

1649:7, 1650:5
**laboratory's** [1] -
1650:3
**labs** [2] - 1649:9
**Lamar** [1] - 1619:8
**LANGAN** [1] - 1527:4
**large** [8] - 1542:1,
1570:1, 1581:20,
1639:13, 1642:21,
1652:14, 1655:19,
1663:12
**large-scale** [1] -
1542:1
**largely** [3] - 1536:9,
1589:12, 1620:20
**larger** [2] - 1633:5,
1670:15
**largest** [2] - 1644:1,
1650:13
**larvae** [1] - 1653:6
**LASALLE** [1] - 1527:6
**last** [16] - 1535:6,
1536:2, 1552:2,
1573:8, 1585:6,
1603:23, 1611:9,
1611:11, 1615:1,
1634:20, 1637:9,
1655:2, 1657:3,
1660:17, 1662:13
**late** [2] - 1618:2,
1627:23
**lately** [2] - 1573:13,
1672:24
**LAURA** [1] - 1526:16
**LAWRENCE** [1] -
1526:16
**laws** [1] - 1587:21
**layer** [2] - 1565:11,
1565:15
**lays** [1] - 1545:7
**lead** [2] - 1632:13,
1633:5
**leader** [6] - 1536:20,
1536:23, 1540:15,
1566:20, 1566:22
**leaders** [1] - 1565:18
**leadership** [5] -
1536:11, 1539:18,
1546:12, 1546:13,
1547:3
**leading** [1] - 1536:7
**learn** [3] - 1539:14,
1555:19, 1569:24
**learned** [12] - 1544:22,
1548:14, 1554:10,
1555:8, 1555:14,
1557:14, 1558:9,
1560:14, 1561:5,
1562:10, 1563:1,
1627:12

**Learned** [2] - 1555:24,
1557:19
**learning** [4] - 1539:18,
1560:22, 1573:23,
1575:7
**Learnings** [1] -
1561:10
**learnings** [2] - 1554:9,
1560:7
**leases** [9] - 1571:23,
1571:25, 1572:1,
1586:14, 1615:7,
1622:23, 1624:10,
1624:13
**LEASING** [1] -
1525:16
**leasing** [1] - 1622:21
**leaving** [2] - 1534:1,
1553:22
**led** [2] - 1554:12,
1634:10
**left** [13] - 1533:16,
1543:4, 1555:3,
1556:19, 1557:5,
1567:23, 1594:8,
1594:10, 1597:11,
1600:18, 1612:17,
1640:18, 1656:11
**left-hand** [1] - 1612:17
**legal** [13] - 1589:25,
1591:18, 1591:19,
1591:21, 1592:18,
1596:23, 1597:18,
1600:11, 1602:17,
1602:20, 1619:4,
1619:12, 1619:23
**length** [1] - 1615:21
**lens** [1] - 1567:9
**less** [5] - 1608:23,
1643:17, 1643:21,
1660:22, 1672:2
**lesson** [4] - 1551:20,
1563:1, 1563:6,
1563:25
**Lessons** [2] -
1555:24, 1557:19
**lessons** [19] -
1534:18, 1539:1,
1548:14, 1554:9,
1555:6, 1555:8,
1557:14, 1558:9,
1559:24, 1560:14,
1560:22, 1561:4,
1561:12, 1562:9,
1562:13, 1567:25,
1626:24, 1627:2,
1627:12
**lethal** [3] - 1655:6,
1655:8, 1655:10
**letting** [1] - 1534:19

**level** [6] - 1532:13, 1559:21, 1600:9, 1612:10, 1616:11, 1630:5
**levels** [3] - 1585:4, 1585:12, 1659:13
**LEWIS** [2] - 1527:13, 1527:22
**liabilities** [14] - 1593:20, 1596:4, 1596:5, 1596:23, 1596:25, 1597:2, 1597:6, 1597:17, 1601:1, 1605:22, 1607:9, 1608:14, 1609:15, 1615:23
**liability** [9] - 1594:15, 1596:21, 1598:15, 1598:23, 1602:22, 1603:2, 1603:9, 1603:11, 1612:12
**life** [18] - 1571:19, 1598:5, 1642:6, 1642:7, 1642:8, 1651:14, 1653:4, 1653:5, 1653:9, 1653:11, 1653:13, 1653:16, 1653:21, 1654:20, 1659:6, 1660:12, 1664:2, 1664:5
**light** [5] - 1534:23, 1577:9, 1587:1, 1607:18, 1608:25
**lighter** [2] - 1639:19, 1657:25
**lightly** [1] - 1598:7
**likely** [2] - 1639:14, 1640:21
**likewise** [1] - 1653:17
**limit** [1] - 1549:18
**limitation** [1] - 1552:3
**limitations** [1] - 1550:4
**limited** [4] - 1639:7, 1639:14, 1640:9, 1665:3
**line** [14] - 1545:24, 1579:2, 1584:21, 1589:11, 1595:6, 1606:16, 1606:17, 1607:13, 1607:16, 1614:23, 1620:10, 1623:4, 1624:7
**lingo** [1] - 1558:11
**LISKOW** [1] - 1527:13
**listed** [1] - 1634:21
**listening** [1] - 1553:16
**literature** [1] - 1634:16
**live** [1] - 1641:1

**LLC** [2] - 1525:16, 1525:17
**LLOYD'S** [1] - 1525:19
**loadings** [1] - 1568:21
**loan** [2] - 1606:24
**local** [1] - 1544:20
**located** [1] - 1545:22
**location** [4] - 1645:6, 1661:18, 1665:10, 1670:2
**locations** [4] - 1644:14, 1648:6, 1661:21, 1662:7
**logistics** [5] - 1544:3, 1547:7, 1574:4, 1574:18, 1584:2
**long-term** [6] - 1582:12, 1582:19, 1582:22, 1653:18, 1653:19, 1654:19
**longest** [1] - 1571:19
**Look** [1] - 1610:11
**look** [70] - 1536:3, 1557:9, 1559:1, 1559:10, 1559:15, 1562:8, 1566:3, 1566:6, 1566:22, 1574:18, 1575:19, 1576:4, 1581:17, 1583:7, 1583:21, 1584:16, 1584:17, 1586:11, 1587:21, 1589:1, 1589:15, 1589:16, 1589:17, 1599:10, 1599:22, 1600:5, 1601:21, 1609:4, 1609:17, 1610:16, 1630:6, 1636:25, 1640:4, 1640:18, 1641:2, 1642:25, 1644:10, 1644:11, 1646:24, 1647:1, 1647:6, 1649:2, 1650:16, 1651:25, 1652:17, 1652:24, 1653:2, 1653:4, 1653:9, 1653:10, 1653:24, 1654:23, 1655:13, 1657:24, 1659:11, 1660:8, 1661:16, 1662:12, 1662:23, 1663:3, 1663:15, 1665:2, 1666:19, 1668:4, 1668:21, 1670:9, 1670:19, 1671:7, 1672:3
**looked** [26] - 1543:15, 1559:11, 1573:13,

**looking** [36] - 1534:20, 1538:11, 1541:7, 1543:8, 1559:20, 1565:23, 1566:7, 1566:14, 1583:1, 1587:24, 1590:10, 1597:16, 1600:7, 1601:7, 1604:1, 1604:2, 1608:14, 1633:17, 1635:5, 1638:3, 1643:7, 1646:12, 1648:5, 1656:14, 1656:25, 1657:5, 1661:18, 1661:21, 1663:3, 1665:7, 1665:11, 1667:17, 1668:2, 1668:3, 1671:12, 1671:20
**looks** [2] - 1610:15, 1655:21
**LOS** [1] - 1527:24
**lose** [1] - 1614:19
**lost** [1] - 1667:22
**LOTTERMAN** [1] - 1527:19
**LOUISIANA** [3] - 1525:2, 1525:8, 1526:20
**Louisiana** [7] - 1533:21, 1545:3, 1573:22, 1633:22, 1644:21, 1673:13, 1673:14
**love** [1] - 1617:8
**low** [3] - 1607:21, 1639:19, 1661:2
**lower** [2] - 1572:16, 1633:19
**LP** [1] - 1525:15
**LTD** [1] - 1525:19
**lump** [1] - 1561:15
**lunch** [2] - 1672:19, 1672:25
**LUNCHEON** [1] - 1529:9
**luncheon** [1] - 1673:4

**M**

**M-O-R-R-I-S-O-N** [1] - 1531:8
**machines** [1] - 1569:1
**Macondo** [16] - 1533:9, 1533:12, 1534:19, 1538:23, 1588:20, 1593:20, 1600:25, 1605:11, 1605:15, 1605:18, 1605:22, 1609:15, 1615:15, 1669:20, 1669:23, 1671:1
**Macondo-related** [7] - 1593:20, 1605:11, 1605:15, 1605:18, 1605:22, 1609:15, 1615:15
**Mad** [4] - 1570:4, 1571:10, 1577:1, 1586:4
**main** [2] - 1534:10, 1600:10
**maintain** [1] - 1575:17
**maintained** [1] - 1600:24
**maintenance** [2] - 1573:24, 1581:15
**major** [1] - 1568:11
**majority** [3] - 1561:17, 1575:1, 1602:5
**MALINDA** [1] - 1526:16
**management** [7] - 1536:23, 1537:11, 1538:24, 1541:19, 1587:22, 1588:2, 1631:17
**Management** [3] - 1557:12, 1562:3, 1634:4
**manager** [4] - 1536:14, 1536:17, 1537:11, 1543:7
**managers** [1] - 1635:10
**mandate** [1] - 1651:12
**mandated** [1] - 1651:8
**manipulate** [1] - 1644:5
**manner** [2] - 1563:11, 1647:1
**manufactured** [1] - 1625:10
**map** [8] - 1644:17, 1646:14, 1647:8, 1647:9, 1647:16, 1665:20, 1670:12,

1670:17
**maps** [1] - 1665:18
**March** [1] - 1534:22
**marine** [1] - 1562:16
**Marine** [2] - 1538:16, 1539:5
**MARK** [1] - 1527:5
**Mars** [3] - 1569:22, 1569:23, 1576:23
**Maryland** [1] - 1630:24
**Massachusetts** [2] - 1539:16, 1632:2
**massive** [1] - 1569:23
**match** [1] - 1670:25
**matches** [1] - 1663:9
**material** [1] - 1546:5
**materials** [2] - 1555:25, 1631:12
**math** [1] - 1615:17
**mathematical** [1] - 1665:17
**matter** [7] - 1616:11, 1638:11, 1638:19, 1638:23, 1639:1, 1645:12, 1673:17
**matters** [2] - 1530:11, 1620:25
**MATTHEW** [1] - 1527:4
**maximal** [1] - 1645:14
**maximum** [1] - 1570:21
**MAYBERRY** [1] - 1526:16
**MCCUTCHEN** [1] - 1527:18
**McKay** [6] - 1619:8, 1619:11, 1619:14, 1623:5, 1623:15, 1623:20
**MCKINNEY** [1] - 1526:21
**meals** [1] - 1672:24
**mean** [25] - 1539:25, 1547:25, 1549:6, 1551:12, 1553:15, 1559:4, 1569:7, 1570:7, 1574:23, 1581:25, 1598:1, 1598:19, 1598:20, 1603:19, 1604:4, 1605:11, 1608:19, 1614:4, 1626:2, 1628:3, 1636:5, 1636:6, 1641:15, 1659:12, 1659:14
**meaning** [4] - 1563:22, 1621:8, 1621:10, 1655:10

means [5] - 1562:17, 1598:3, 1598:6, 1659:1, 1659:15
measure [1] - 1645:20
measured [2] - 1641:16, 1671:14
MECHANICAL [1] - 1528:7
mechanisms [1] - 1640:24
meet [2] - 1557:18, 1557:22
meeting [2] - 1544:10, 1544:16
meetings [7] - 1545:1, 1560:11, 1560:13, 1560:25, 1561:5, 1566:25, 1626:24
member [5] - 1535:18, 1535:23, 1567:2, 1587:3, 1632:25
members [4] - 1538:17, 1547:19, 1557:24, 1587:16
membership [2] - 1587:1, 1620:24
memberships [1] - 1538:7
mentioned [20] - 1531:20, 1532:22, 1542:16, 1546:8, 1548:18, 1561:11, 1573:16, 1581:22, 1585:11, 1599:11, 1604:23, 1605:2, 1605:7, 1606:25, 1623:11, 1634:14, 1641:24, 1658:9, 1662:17, 1668:25
merger [3] - 1536:18, 1536:19, 1617:24
MERIT [1] - 1528:4
Merit [2] - 1673:12, 1673:22
met [3] - 1543:7, 1551:4
meters [1] - 1667:13
method [1] - 1651:14
methodologies [2] - 1654:7, 1654:8
methodology [4] - 1636:17, 1639:5, 1654:5, 1666:14
methods [4] - 1630:2, 1630:3, 1632:16, 1654:9
MEXICO [1] - 1525:6
Mexico [72] - 1531:18, 1532:15, 1532:17, 1532:19, 1533:7,

1535:6, 1537:5, 1538:16, 1539:4, 1539:21, 1540:15, 1552:13, 1565:12, 1566:13, 1567:21, 1568:3, 1569:16, 1571:24, 1572:2, 1572:4, 1572:9, 1572:13, 1572:17, 1572:24, 1573:4, 1573:7, 1573:10, 1573:21, 1575:24, 1581:11, 1581:13, 1584:4, 1584:11, 1586:18, 1586:23, 1587:16, 1587:20, 1587:23, 1589:2, 1589:10, 1602:11, 1611:23, 1612:1, 1613:21, 1615:13, 1618:17, 1618:20, 1618:21, 1620:11, 1620:13, 1620:15, 1620:19, 1621:2, 1621:21, 1622:18, 1623:25, 1625:10, 1627:5, 1639:11, 1640:22, 1644:18, 1656:25, 1661:4, 1661:19, 1665:11, 1666:9, 1668:2, 1668:6, 1668:10, 1671:14, 1672:11
MICHAEL [1] - 1526:11
mid [4] - 1544:5, 1561:22, 1563:5, 1631:15
mid-September [1] - 1544:5
mid-water [2] - 1561:22, 1563:5
midday [1] - 1544:21
middle [4] - 1593:14, 1594:9, 1644:19, 1659:18
midst [1] - 1631:18
might [6] - 1541:6, 1603:19, 1625:1, 1644:25, 1645:19, 1660:6
mike [1] - 1617:18
Mike [2] - 1601:12, 1629:11
miles [1] - 1669:25
million [9] - 1569:8, 1574:20, 1577:3, 1592:3, 1595:4, 1603:19, 1615:13, 1615:16, 1615:18

mind [3] - 1555:13, 1562:21, 1616:3
mine [1] - 1646:4
minor [1] - 1640:15
minute [3] - 1593:25, 1628:19, 1630:9
minutes [6] - 1530:18, 1616:21, 1617:19, 1624:5, 1672:17
missed [1] - 1672:24
mission [1] - 1550:1
Mississippi [4] - 1615:7, 1624:10, 1633:19, 1644:22
mistaken [1] - 1627:23
mitigate [3] - 1552:25, 1553:2, 1553:4
mixture [2] - 1644:24, 1663:6
mixtures [1] - 1657:5
mobilization [2] - 1543:25, 1544:1
mobilized [2] - 1548:1, 1549:8
mobilizing [4] - 1543:22, 1548:22, 1549:9, 1550:21
model [1] - 1618:22
modify [1] - 1670:13
MOEX [2] - 1525:16, 1595:2
Molecular [1] - 1633:1
moment [2] - 1541:10, 1571:9
money [12] - 1583:1, 1586:7, 1586:23, 1590:20, 1591:2, 1594:13, 1594:20, 1595:12, 1596:9, 1603:24, 1607:2, 1614:6
monies [3] - 1590:19, 1591:22, 1593:22
monitor [3] - 1565:19, 1641:10
Monitoring [5] - 1565:5, 1565:8, 1565:10, 1565:16, 1627:19
monitoring [3] - 1565:23, 1566:4, 1566:12
monitors [2] - 1566:8, 1627:8
month [2] - 1538:19, 1573:25
months [3] - 1533:17, 1533:19, 1652:22
MORGAN [1] -

1527:22
MORNING [1] - 1525:22
morning [7] - 1530:8, 1530:9, 1531:9, 1539:24, 1544:9, 1544:13, 1616:20
Morrison [56] - 1530:21, 1531:7, 1531:8, 1531:15, 1531:17, 1531:23, 1532:12, 1533:3, 1534:1, 1534:23, 1536:4, 1538:2, 1539:5, 1544:6, 1545:6, 1546:24, 1550:4, 1550:19, 1553:19, 1555:23, 1556:14, 1561:7, 1564:4, 1566:25, 1567:18, 1576:5, 1577:12, 1578:1, 1579:9, 1579:12, 1580:19, 1581:6, 1582:25, 1584:6, 1586:22, 1588:22, 1589:19, 1593:7, 1596:3, 1598:18, 1600:7, 1600:23, 1603:22, 1604:20, 1608:1, 1609:5, 1611:5, 1611:18, 1612:15, 1613:1, 1614:1, 1615:21, 1617:5, 1617:8, 1617:13, 1617:22
MORRISON [1] - 1531:2
Morrison's [3] - 1577:17, 1577:24, 1580:21
MORRISON..............
......................[1] - 1529:4
most [17] - 1574:4, 1595:21, 1611:24, 1613:11, 1616:14, 1625:11, 1632:12, 1632:17, 1634:7, 1634:18, 1635:2, 1639:14, 1645:23, 1653:21, 1653:23
mostly [1] - 1668:12
motions [1] - 1635:17
motivate [1] - 1551:6
mounting [1] - 1552:4
move [11] - 1548:2, 1549:11, 1550:8, 1550:23, 1553:8, 1563:18, 1571:17,

1573:25, 1580:14, 1617:18, 1640:8
moved [2] - 1536:11, 1537:9, 1548:11, 1558:2, 1577:25, 1644:8, 1647:13
moving [2] - 1644:21, 1644:22
MR [21] - 1529:8, 1530:12, 1592:13, 1592:22, 1628:17, 1629:8, 1629:10, 1629:14, 1635:12, 1635:17, 1635:20, 1635:22, 1635:23, 1663:20, 1663:25, 1664:4, 1664:19, 1672:12, 1672:17, 1672:20, 1672:23
MS [96] - 1529:5, 1529:6, 1530:13, 1530:20, 1531:9, 1531:11, 1531:13, 1532:3, 1532:10, 1532:11, 1537:19, 1537:25, 1538:1, 1550:9, 1550:12, 1550:16, 1550:18, 1553:13, 1553:17, 1553:18, 1556:3, 1556:12, 1556:13, 1571:6, 1577:11, 1577:20, 1578:10, 1578:11, 1578:18, 1579:6, 1579:9, 1579:17, 1579:20, 1579:24, 1580:4, 1580:9, 1580:12, 1580:14, 1581:4, 1581:5, 1589:20, 1590:3, 1590:9, 1590:14, 1590:18, 1591:8, 1591:12, 1591:15, 1591:17, 1591:19, 1591:20, 1591:25, 1592:2, 1592:4, 1592:7, 1592:11, 1593:1, 1593:5, 1593:6, 1594:2, 1594:7, 1596:1, 1596:2, 1597:13, 1598:17, 1599:12, 1599:15, 1599:16, 1599:21, 1600:2, 1600:4, 1603:21, 1606:5, 1606:12, 1606:13, 1609:22, 1609:25, 1610:23, 1611:3, 1611:4, 1611:14, 1611:17, 1614:20,

OFFICIAL TRANSCRIPT

1614:24, 1614:25, 1616:19, 1617:2, 1617:5, 1617:10, 1617:12, 1617:18, 1617:21, 1621:17, 1622:15, 1628:11, 1628:13
**mud** [1] - 1565:12
**mudlogger** [1] - 1565:14
**mudloggers** [1] - 1565:17
**multiple** [8] - 1541:23, 1547:11, 1561:25, 1562:23, 1652:24, 1653:2, 1653:4, 1653:9
**must** [1] - 1570:20
**mustering** [1] - 1616:4
**mutual** [1] - 1552:20
**MWCC** [2] - 1538:21, 1539:5

# N

**N.C** [1] - 1632:22
**N.W** [1] - 1527:10
**NAFCO** [8] - 1606:17, 1606:24, 1606:25, 1607:4, 1607:10, 1607:13, 1607:16
**name** [11] - 1531:5, 1531:14, 1531:17, 1535:21, 1565:18, 1601:12, 1617:13, 1629:4, 1629:6, 1629:11, 1629:15
**names** [1] - 1570:3
**NANCY** [1] - 1526:6
**narrative** [1] - 1556:20
**NASA** [1] - 1566:3
**Nash** [3] - 1548:9, 1548:10, 1548:14
**NATHANIEL** [1] - 1526:8
**nation's** [1] - 1653:1
**National** [3] - 1631:3, 1631:4, 1633:15
**national** [3] - 1631:4, 1633:19, 1635:6
**natural** [2] - 1637:18, 1637:22
**NATURAL** [1] - 1526:4
**nature** [4] - 1568:5, 1568:7, 1582:18, 1586:22
**near** [8] - 1561:21, 1639:7, 1639:15, 1647:12, 1647:14,

1656:24, 1656:25
**nearly** [9] - 1606:22, 1644:3, 1645:3, 1649:13, 1657:22, 1658:22, 1667:12, 1671:5, 1672:2
**necessarily** [3] - 1590:15, 1591:13, 1594:13
**need** [15] - 1542:17, 1543:11, 1543:12, 1545:20, 1549:1, 1549:3, 1549:10, 1563:14, 1564:16, 1569:5, 1581:19, 1591:6, 1626:19, 1649:4
**needed** [8] - 1542:19, 1543:24, 1544:21, 1549:19, 1549:21, 1551:1, 1560:3, 1622:8
**needs** [3] - 1541:5, 1544:14, 1557:3
**negative** [2] - 1604:14, 1615:16
**Net** [1] - 1613:14
**net** [8] - 1573:5, 1585:1, 1595:6, 1604:11, 1604:14, 1615:11, 1615:16, 1615:18
**never** [6] - 1541:21, 1564:25, 1567:13, 1625:17, 1628:6, 1671:23
**new** [36] - 1534:4, 1534:12, 1549:15, 1573:14, 1575:14, 1575:15, 1575:16, 1575:19, 1576:13, 1576:14, 1576:15, 1576:21, 1577:4, 1585:3, 1585:7, 1585:8, 1585:15, 1585:19, 1585:23, 1586:2, 1586:4, 1614:7, 1614:8, 1614:16, 1626:10, 1626:15, 1630:2, 1630:19, 1654:7, 1655:4, 1672:14
**NEW** [4] - 1525:8, 1526:23, 1527:15, 1528:5
**New** [5] - 1542:19, 1548:11, 1548:12, 1555:10, 1630:23
**next** [24] - 1530:19, 1534:3, 1539:24,

1540:7, 1544:15, 1545:2, 1547:6, 1551:20, 1553:21, 1555:19, 1580:3, 1585:24, 1586:3, 1594:1, 1602:7, 1617:1, 1628:16, 1628:17, 1632:19, 1650:19, 1653:24, 1654:18
**NGL** [1] - 1584:23
**nice** [1] - 1585:3
**NO** [1] - 1525:7
**NOAA** [1] - 1657:4
**NOMELLINI** [1] - 1527:5
**noncore** [1] - 1571:20
**none** [6] - 1578:18, 1597:15, 1597:17, 1628:13, 1647:22, 1669:20
**nonetheless** [1] - 1643:21
**nonlethal** [1] - 1655:7
**noon** [1] - 1673:1
**North** [6] - 1560:5, 1607:1, 1630:13, 1632:20, 1632:24, 1634:11
**north** [2] - 1535:12, 1665:22
**northern** [2] - 1644:17, 1661:18
**note** [1] - 1596:22
**nothing** [5] - 1530:24, 1578:23, 1586:2, 1616:6, 1628:23
**noting** [1] - 1549:9
**NRD** [3] - 1596:19, 1637:23, 1638:4
**NRD-type** [1] - 1638:4
**NRDA** [1] - 1602:9
**number** [13] - 1533:23, 1536:8, 1563:3, 1563:7, 1570:1, 1573:9, 1625:20, 1633:5, 1642:24, 1646:9, 1664:16
**numbered** [1] - 1673:17
**numbers** [13] - 1565:25, 1577:3, 1583:14, 1592:25, 1594:10, 1603:13, 1603:17, 1603:20, 1603:22, 1603:24, 1606:6, 1646:16, 1670:6
**numerical** [1] -

1631:19
**numerous** [3] - 1542:3, 1548:6, 1633:7
**NW** [1] - 1527:20

# O

**O'Brien** [1] - 1551:13
**O'Brien's** [1] - 1551:8
**O'ROURKE** [1] - 1526:5
**oath** [2] - 1531:4, 1629:3
**object** [4] - 1556:3, 1577:11, 1614:20, 1663:20
**objection** [8] - 1532:4, 1556:8, 1589:21, 1593:18, 1599:17, 1606:6, 1606:9, 1664:17
**objections** [1] - 1592:10
**objective** [4] - 1635:25, 1636:1, 1646:1
**obligated** [2] - 1607:4, 1607:7
**observation** [1] - 1636:9
**observed** [1] - 1672:11
**obtained** [2] - 1580:18, 1642:14
**obvious** [3] - 1636:8, 1636:14, 1640:23
**obviously** [8] - 1540:10, 1543:13, 1578:4, 1594:4, 1597:4, 1610:11, 1636:10, 1654:20
**occasions** [4] - 1548:2, 1548:6, 1605:21, 1605:23
**occupy** [2] - 1572:2, 1574:24
**occur** [4] - 1568:21, 1639:22, 1653:1, 1659:12
**occurred** [10] - 1539:1, 1558:5, 1596:18, 1596:20, 1597:7, 1628:9, 1639:10, 1664:21, 1665:10, 1665:19
**occurring** [2] - 1566:18, 1659:14, 1661:5

**occurs** [1] - 1649:20
**Ocean** [2] - 1557:12, 1634:4
**ocean** [1] - 1639:21
**October** [4] - 1533:2, 1544:5, 1587:7, 1619:18
**OF** [8] - 1525:2, 1525:6, 1525:11, 1525:23, 1526:3, 1526:14, 1526:19
**offer** [2] - 1592:5, 1592:8
**offered** [2] - 1599:19, 1599:23
**offers** [1] - 1579:20
**OFFICE** [2] - 1526:12, 1526:17
**office** [1] - 1540:3
**Officer** [2] - 1618:25, 1623:7
**Officers** [3] - 1623:5, 1623:21, 1624:1
**offices** [5] - 1545:11, 1545:17, 1545:21, 1547:11, 1549:24
**Official** [2] - 1673:13, 1673:22
**OFFICIAL** [1] - 1528:3
**officials** [2] - 1544:19, 1544:20
**offload** [1] - 1562:20
**Offshore** [2] - 1538:22, 1539:6
**offshore** [7] - 1536:14, 1536:15, 1565:13, 1573:16, 1583:3, 1583:4
**OFFSHORE** [2] - 1525:16, 1525:17
**OFS** [1] - 1539:6
**OIL** [2] - 1525:5, 1525:5
**Oil** [5] - 1540:20, 1549:6, 1558:1, 1626:4, 1626:20
**oil** [92] - 1535:6, 1535:18, 1535:23, 1536:5, 1536:10, 1539:2, 1541:21, 1542:2, 1542:5, 1549:7, 1551:9, 1554:17, 1562:17, 1573:3, 1573:5, 1575:20, 1577:7, 1577:9, 1578:20, 1584:20, 1584:22, 1584:23, 1585:1, 1600:25, 1608:23, 1612:19, 1622:1,

1622:4, 1625:17, 1626:8, 1626:11, 1626:16, 1626:19, 1630:7, 1632:7, 1632:9, 1632:10, 1632:16, 1632:18, 1636:2, 1636:3, 1637:23, 1638:7, 1639:8, 1639:18, 1639:19, 1639:20, 1639:23, 1640:24, 1643:5, 1643:7, 1643:14, 1643:20, 1643:22, 1644:22, 1644:25, 1645:8, 1645:10, 1645:16, 1645:17, 1645:18, 1646:2, 1646:5, 1647:13, 1651:15, 1651:16, 1653:18, 1655:17, 1656:13, 1656:14, 1656:17, 1657:5, 1657:21, 1661:2, 1661:22, 1661:25, 1662:8, 1663:4, 1667:7, 1667:18, 1667:19, 1668:3, 1668:4, 1669:20, 1669:23, 1671:1

**oil-related** [6] - 1632:16, 1636:2, 1638:7, 1643:5, 1643:7, 1651:16
**oil/water** [1] - 1663:6
**oiled** [1] - 1636:9
**ON** [1] - 1525:6
**On-Scene** [2] - 1546:14, 1548:10
**onboard** [1] - 1539:22
**once** [1] - 1603:19
**One** [1] - 1608:15
**ONE** [1] - 1527:14
**one** [62] - 1534:11, 1534:17, 1537:19, 1538:8, 1538:16, 1542:21, 1551:9, 1552:11, 1556:19, 1556:22, 1559:21, 1561:1, 1563:7, 1563:16, 1566:8, 1566:12, 1568:13, 1569:7, 1570:7, 1573:9, 1573:11, 1578:12, 1579:25, 1584:6, 1585:7, 1594:1, 1594:9, 1594:22, 1595:21, 1597:12, 1598:5, 1600:9, 1600:21,

1601:15, 1604:17, 1606:16, 1607:23, 1608:3, 1610:25, 1623:8, 1633:16, 1634:9, 1636:17, 1640:23, 1644:4, 1649:14, 1652:10, 1654:4, 1654:21, 1656:11, 1662:3, 1662:8, 1663:22, 1665:12, 1666:15, 1667:18, 1667:23, 1669:10, 1669:25, 1671:20, 1671:24
**one-and-a-half** [1] - 1669:25
**ones** [3] - 1571:19, 1656:16, 1657:24
**ongoing** [7] - 1542:8, 1547:22, 1555:20, 1558:18, 1558:21, 1576:18, 1603:3
**online** [1] - 1585:24
**onshore** [13] - 1536:12, 1537:4, 1552:19, 1568:21, 1572:16, 1573:17, 1573:18, 1573:19, 1573:20, 1574:2, 1574:22, 1575:4, 1583:25
**OPEN** [1] - 1530:4
**open** [3] - 1558:3, 1606:17, 1661:3
**opening** [3] - 1662:4, 1662:17, 1663:16
**operate** [7] - 1567:11, 1568:11, 1568:12, 1570:2, 1572:3, 1575:18, 1585:2
**operated** [3] - 1569:13, 1571:15
**operates** [1] - 1588:3
**Operating** [5] - 1618:25, 1623:5, 1623:7, 1623:21, 1624:1
**operating** [22] - 1567:10, 1568:15, 1569:25, 1571:7, 1572:21, 1575:17, 1575:22, 1576:1, 1577:2, 1582:11, 1582:16, 1583:24, 1613:15, 1613:17, 1613:22, 1614:2, 1614:7, 1614:19, 1615:9, 1623:10, 1625:12
**operation** [12] -

1532:16, 1540:15, 1564:11, 1572:12, 1572:25, 1574:17, 1575:3, 1576:23, 1581:16, 1583:2, 1589:12
**Operational** [1] - 1581:10
**operational** [13] - 1537:9, 1551:1, 1575:11, 1580:4, 1581:7, 1586:6, 1588:4, 1588:6, 1609:14, 1612:16, 1612:22, 1620:25, 1623:24
**Operations** [4] - 1539:16, 1562:5, 1620:11, 1622:7
**operations** [89] - 1532:15, 1532:18, 1533:6, 1533:8, 1534:16, 1536:12, 1536:15, 1536:20, 1536:21, 1537:4, 1537:14, 1539:20, 1540:1, 1540:6, 1540:13, 1542:14, 1544:2, 1547:6, 1551:3, 1558:5, 1560:6, 1562:10, 1562:15, 1562:16, 1562:22, 1562:25, 1563:1, 1564:8, 1564:9, 1565:12, 1567:15, 1567:21, 1568:3, 1568:10, 1568:16, 1569:2, 1569:13, 1572:5, 1572:7, 1572:9, 1572:14, 1572:16, 1572:17, 1573:4, 1573:7, 1573:16, 1573:17, 1573:18, 1573:20, 1573:23, 1574:1, 1574:3, 1574:7, 1574:8, 1574:22, 1575:4, 1575:5, 1575:19, 1575:24, 1581:11, 1583:6, 1584:4, 1584:8, 1584:11, 1586:8, 1586:18, 1586:24, 1587:17, 1587:20, 1588:3, 1589:1, 1589:2, 1599:7, 1605:10, 1605:12, 1605:16, 1605:19, 1607:19, 1608:23, 1611:24, 1614:11, 1615:13,

1621:21
**operator** [3] - 1563:13, 1569:22, 1571:25
**OPEX** [7] - 1575:10, 1575:23, 1580:14, 1582:25, 1584:13, 1593:23, 1615:2
**opinion** [9] - 1577:21, 1578:15, 1581:1, 1638:7, 1639:6, 1647:24, 1648:4, 1653:12, 1655:7
**opinions** [6] - 1578:8, 1579:20, 1580:18, 1638:18, 1650:12, 1669:14
**opportunity** [1] - 1547:19
**opposed** [3] - 1560:24, 1598:2, 1671:5
**optimize** [1] - 1563:10
**ORDER** [1] - 1530:3
**order** [8] - 1546:25, 1557:13, 1614:2, 1651:11, 1652:5, 1652:19, 1665:14, 1671:5
**ordering** [1] - 1565:22
**organism** [4] - 1653:11, 1655:10, 1655:12
**organisms** [4] - 1641:1, 1653:10, 1655:9, 1659:12
**Organization** [1] - 1589:3
**organization** [8] - 1534:9, 1554:3, 1554:17, 1589:11, 1600:14, 1603:1, 1604:18, 1620:17
**organizational** [3] - 1589:7, 1618:22, 1620:8
**organizations** [7] - 1538:7, 1539:7, 1542:5, 1549:8, 1551:6, 1551:7, 1555:5
**Organizations** [1] - 1626:5
**orient** [1] - 1533:3
**original** [1] - 1648:21
**Orleans** [4] - 1542:19, 1548:11, 1548:12, 1555:10
**ORLEANS** [4] - 1525:8, 1526:23,

1527:15, 1528:5
**OSAT** [10] - 1645:24, 1656:12, 1669:6, 1669:9, 1669:11, 1669:12, 1669:21, 1670:12, 1670:17, 1672:9
**OSROs** [1] - 1552:8
**OSRP** [2] - 1540:21, 1540:23
**otherwise** [2] - 1577:21, 1579:11
**ought** [2] - 1560:19
**ourselves** [3] - 1533:3, 1542:4, 1588:7
**outliers** [1] - 1666:12
**outline** [1] - 1557:13
**outlined** [1] - 1652:6
**outlook** [1] - 1612:25
**output** [1] - 1666:24
**outs** [1] - 1597:7
**outside** [6] - 1541:5, 1549:4, 1552:22, 1625:2, 1663:8, 1666:13
**overall** [4] - 1572:1, 1608:17, 1608:19, 1636:1
**overhead** [1] - 1603:1
**overlap** [2] - 1580:1, 1580:2
**overrule** [1] - 1664:17
**overseas** [3] - 1536:13, 1541:24
**oversee** [1] - 1587:19
**oversight** [2] - 1565:11, 1622:20
**overview** [1] - 1556:17
**overwhelming** [1] - 1561:12
**own** [8] - 1569:25, 1578:16, 1605:16, 1605:19, 1628:2, 1649:18, 1654:13, 1669:5
**owned** [1] - 1551:13
**owner** [2] - 1551:11, 1551:13
**owners** [1] - 1554:6

## P

**p.m** [1] - 1673:4
**pace** [1] - 1560:21
**packages** [1] - 1644:8
**Page** [1] - 1624:6
**page** [2] - 1610:25, 1663:25

**PAGE** [1] - 1529:2
**pages** [1] - 1638:15
**PAH** [3] - 1661:2, 1667:19, 1670:25
**PAH's** [14] - 1632:16, 1639:19, 1640:24, 1643:9, 1643:11, 1645:18, 1651:17, 1655:17, 1657:25, 1658:12, 1658:14, 1664:1, 1669:18, 1671:11
**paid** [34] - 1572:22, 1583:23, 1590:11, 1590:19, 1591:1, 1591:13, 1591:16, 1591:22, 1593:12, 1593:22, 1594:21, 1595:4, 1595:20, 1596:8, 1596:10, 1596:11, 1596:13, 1596:15, 1601:25, 1602:2, 1602:4, 1602:5, 1602:13, 1602:19, 1602:20, 1603:3, 1603:5, 1603:16, 1603:24, 1605:16, 1613:3, 1613:4, 1613:7, 1615:14
**paper** [1] - 1657:4
**parameters** [1] - 1565:14
**parent** [4] - 1608:2, 1608:4, 1608:9, 1610:12
**part** [33] - 1540:14, 1543:12, 1543:16, 1548:13, 1548:18, 1557:15, 1560:23, 1563:25, 1564:10, 1580:17, 1582:25, 1589:4, 1590:5, 1591:23, 1592:3, 1599:6, 1612:19, 1621:5, 1626:12, 1626:17, 1627:5, 1627:6, 1628:9, 1632:12, 1637:13, 1640:10, 1646:21, 1651:7, 1654:11, 1662:18, 1664:3, 1669:2
**participating** [1] - 1560:13
**particular** [11] - 1562:13, 1572:20, 1579:10, 1592:7, 1633:12, 1633:16, 1654:25, 1666:4,

1666:17, 1669:15, 1671:21
**particularly** [2] - 1630:1, 1657:5
**partners** [4] - 1567:5, 1569:21, 1570:9, 1571:25
**parts** [1] - 1636:23
**party** [2] - 1531:24, 1546:14
**passed** [1] - 1601:14
**past** [2] - 1535:24, 1580:11
**Patel** [4] - 1632:4, 1632:6, 1632:19, 1632:21
**PATRICK** [1] - 1526:6
**pay** [16] - 1577:13, 1578:13, 1586:8, 1590:21, 1591:1, 1598:21, 1600:18, 1600:20, 1603:3, 1604:13, 1605:10, 1605:12, 1606:4, 1607:7, 1608:7, 1613:9
**payable** [1] - 1600:19
**paying** [3] - 1601:16, 1605:18, 1607:24
**payment** [3] - 1547:8, 1596:18, 1600:21
**payments** [6] - 1586:9, 1586:13, 1589:23, 1589:25, 1593:12, 1593:14
**payroll** [2] - 1618:12, 1618:14
**payrolls** [1] - 1572:19
**pays** [1] - 1572:25
**peel** [1] - 1562:2
**peer** [7] - 1634:14, 1634:15, 1634:18, 1634:25, 1640:4, 1654:12, 1657:4
**peer-reviewed** [6] - 1634:14, 1634:15, 1634:18, 1634:25, 1640:4, 1657:4
**peers** [3] - 1551:1, 1551:2, 1573:6
**penalties** [8] - 1582:23, 1590:25, 1591:11, 1591:12, 1595:23, 1597:21, 1600:1, 1608:7
**penalty** [17] - 1577:14, 1578:2, 1578:13, 1579:1, 1579:10, 1579:21, 1580:22, 1582:21, 1589:22,

1591:24, 1596:24, 1597:5, 1598:10, 1600:22, 1607:24, 1608:8, 1610:2
**PENCAK** [1] - 1526:9
**people** [31] - 1547:14, 1548:19, 1549:17, 1549:19, 1550:5, 1551:10, 1552:12, 1552:16, 1552:25, 1558:10, 1558:15, 1560:23, 1561:1, 1561:3, 1561:13, 1563:9, 1566:10, 1567:4, 1567:6, 1567:7, 1567:10, 1567:13, 1573:25, 1574:11, 1582:5, 1616:13, 1616:14, 1616:17, 1617:16, 1663:4
**PEPPER** [1] - 1528:3
**Pepper** [3] - 1673:11, 1673:20, 1673:21
**percent** [25] - 1612:1, 1614:6, 1646:19, 1647:18, 1658:24, 1659:22, 1659:24, 1660:6, 1660:13, 1660:22, 1661:7, 1663:18, 1663:19, 1664:1, 1664:4, 1664:14, 1664:15, 1667:14, 1667:17, 1667:20, 1667:21, 1669:16, 1672:2
**percentage** [2] - 1663:16, 1663:18
**perfectly** [2] - 1567:12, 1672:12
**perform** [1] - 1644:9
**Performance** [1] - 1618:21
**performed** [2] - 1635:25, 1669:1
**performing** [2] - 1620:4, 1620:6
**perhaps** [1] - 1636:11
**period** [9] - 1544:8, 1544:15, 1545:2, 1576:11, 1581:21, 1583:17, 1585:5, 1585:13, 1606:18
**periodically** [1] - 1655:4
**periods** [2] - 1537:16, 1652:21
**periphery** [1] - 1665:23
**person** [1] - 1533:23

**personal** [1] - 1550:21
**personally** [3] - 1542:14, 1560:11, 1578:5
**personnel** [10] - 1543:23, 1566:24, 1581:14, 1583:2, 1583:3, 1624:16, 1624:21, 1624:24, 1624:25, 1625:4
**perspective** [6] - 1547:12, 1550:22, 1552:2, 1553:8, 1554:23, 1568:16
**pertains** [1] - 1589:8
**petroleum** [1] - 1535:14
**PETROLEUM** [2] - 1525:15, 1527:18
**Ph.D** [2] - 1630:23, 1631:1
**Phase** [1] - 1608:15
**phase** [6] - 1578:2, 1619:20, 1645:24, 1646:8, 1656:13, 1668:12
**phrase** [1] - 1549:11
**physical** [2] - 1636:8, 1636:15
**pick** [1] - 1622:22
**picture** [2] - 1579:13, 1612:16
**pipe** [2] - 1565:22, 1625:13
**pipelines** [2] - 1541:8, 1575:15
**pit** [2] - 1565:25, 1566:14
**place** [7] - 1542:15, 1546:3, 1550:4, 1582:10, 1624:21, 1650:10, 1672:15
**places** [3] - 1537:20, 1560:5, 1625:15
**Plan** [2] - 1540:21, 1549:7
**plan** [7] - 1542:4, 1563:14, 1577:22, 1580:7, 1614:4, 1623:14, 1649:5
**planned** [4] - 1547:6, 1566:18, 1577:9, 1586:2
**planning** [5] - 1540:12, 1544:3, 1544:25, 1557:16, 1563:21
**plans** [8] - 1554:19, 1554:20, 1578:9, 1585:23, 1648:22,

1648:24, 1649:8
**play** [1] - 1625:25
**played** [2] - 1625:21, 1626:7
**PLC** [8] - 1599:4, 1608:6, 1619:5, 1619:7, 1619:13, 1620:12, 1621:12, 1621:14
**plea** [9] - 1589:21, 1589:23, 1590:1, 1590:4, 1590:17, 1590:20, 1592:13, 1599:17, 1602:18
**Plea** [6] - 1627:9, 1627:11, 1627:14, 1627:16, 1627:20, 1627:23
**pleasure** [1] - 1672:20
**plus** [4] - 1569:18, 1586:1, 1589:13, 1609:1
**point** [19] - 1532:7, 1537:24, 1540:11, 1551:24, 1558:23, 1561:14, 1578:18, 1584:21, 1584:25, 1590:7, 1590:9, 1593:10, 1602:21, 1604:16, 1630:11, 1634:20, 1635:12, 1654:18, 1655:2
**pointer** [1] - 1644:18
**points** [2] - 1665:6, 1670:3
**policies** [1] - 1587:21
**Pollution** [1] - 1626:21
**polycyclic** [1] - 1643:11
**Port** [4] - 1574:5, 1574:10, 1574:17, 1574:21
**portfolio** [4] - 1569:17, 1571:15, 1614:16, 1623:21
**position** [34] - 1532:20, 1532:21, 1533:4, 1534:2, 1534:21, 1535:7, 1536:18, 1537:3, 1538:13, 1543:16, 1553:22, 1555:3, 1567:23, 1568:2, 1587:1, 1590:10, 1601:20, 1604:12, 1608:25, 1609:2, 1609:14, 1610:2, 1610:3, 1610:10, 1611:13, 1615:25, 1618:24, 1619:3,

1619:12, 1619:17,
1619:21, 1620:1,
1620:18, 1632:23
**positions** [6] -
1534:23, 1536:1,
1536:13, 1538:4,
1543:24, 1632:24
**positive** [1] - 1604:14
**possible** [5] -
1565:24, 1634:5,
1635:6, 1642:16,
1663:6
**Post** [5] - 1543:25,
1544:2, 1545:24,
1546:19, 1555:11
**post** [2] - 1538:23,
1604:11
**POST** [2] - 1526:12,
1526:17
**post-Macondo** [1] -
1538:23
**postdoctoral** [2] -
1631:2, 1631:3
**Posts** [2] - 1549:24,
1555:17
**potential** [30] -
1597:21, 1630:8,
1636:1, 1636:5,
1636:14, 1636:18,
1636:20, 1637:4,
1638:3, 1638:7,
1639:24, 1640:13,
1640:21, 1641:18,
1644:25, 1646:4,
1648:1, 1648:20,
1657:2, 1657:10,
1657:14, 1659:2,
1659:8, 1659:15,
1660:23, 1661:19,
1662:8, 1665:3,
1667:8, 1671:8
**potentially** [10] -
1630:6, 1641:20,
1643:8, 1646:2,
1656:18, 1658:15,
1659:24, 1660:3,
1660:20, 1671:22
**Powell** [1] - 1569:23
**POYDRAS** [2] -
1527:14, 1528:4
**predominantly** [1] -
1645:7
**preferably** [1] -
1652:12
**preliminary** [2] -
1530:11, 1557:13
**prepare** [5] - 1546:25,
1605:25, 1638:10,
1647:3, 1656:1
**prepared** [6] - 1544:9,

1557:6, 1557:11,
1559:17, 1616:9,
1638:16
**prepares** [3] -
1601:10, 1601:12,
1609:12
**presence** [2] -
1584:19, 1660:12
**present** [9] - 1537:13,
1592:18, 1632:23,
1637:9, 1645:19,
1646:2, 1656:17,
1663:23, 1668:4
**presentations** [3] -
1556:23, 1564:21,
1626:23
**presented** [2] -
1611:6, 1613:2
**presently** [1] -
1630:12
**preservation** [2] -
1573:23, 1575:7
**President** [10] -
1567:21, 1619:17,
1619:22, 1619:24,
1620:7, 1620:11,
1621:20, 1621:22,
1622:6, 1627:2
**president** [27] -
1531:17, 1531:18,
1532:15, 1533:6,
1533:8, 1534:5,
1534:8, 1537:6,
1540:13, 1551:3,
1553:23, 1567:19,
1567:24, 1571:16,
1578:4, 1587:8,
1587:10, 1587:12,
1587:16, 1589:10,
1614:12, 1618:17,
1620:1, 1620:3,
1620:4, 1621:18,
1622:5
**president's** [2] -
1620:19, 1622:9
**pressure** [1] - 1607:20
**pressures** [1] -
1566:15
**pretty** [16] - 1542:16,
1549:1, 1553:8,
1554:7, 1569:5,
1574:13, 1575:3,
1576:6, 1577:3,
1585:4, 1610:15,
1614:19, 1626:2,
1663:9
**prevalent** [1] -
1585:16
**prevent** [1] - 1616:7
**prevention** [1] -

1561:16
**Prevention** [1] -
1562:3
**previous** [1] - 1550:20
**previously** [7] -
1545:18, 1553:7,
1553:10, 1559:12,
1571:12, 1589:5,
1593:24
**price** [2] - 1577:7,
1577:10
**prices** [2] - 1578:20,
1608:23
**pride** [1] - 1616:3
**primarily** [12] -
1535:11, 1536:12,
1536:14, 1538:18,
1554:4, 1584:23,
1585:25, 1602:3,
1630:18, 1632:15,
1636:16, 1639:7
**primary** [8] - 1532:14,
1587:19, 1629:19,
1638:23, 1638:25,
1642:17, 1643:13,
1646:1
**Prince** [1] - 1632:11
**priorities** [1] - 1544:15
**prioritize** [1] - 1635:8
**prioritizing** [2] -
1546:6, 1546:8
**priority** [2] - 1544:14,
1563:15
**privately** [1] - 1551:13
**privately-owned** [1] -
1551:13
**probationary** [1] -
1589:23
**problem** [4] - 1544:17,
1563:14, 1611:15,
1649:20
**problems** [1] -
1544:17
**procedure** [1] -
1652:6
**procedures** [1] -
1649:23
**proceed** [7] - 1531:9,
1579:24, 1580:24,
1581:2, 1592:12,
1593:4, 1629:8
**proceeding** [1] -
1592:15
**proceedings** [3] -
1590:5, 1590:6,
1673:17
**PROCEEDINGS** [3] -
1525:23, 1528:7,
1530:1
**proceeds** [3] - 1615:4,

1615:10, 1624:8
**process** [17] -
1539:18, 1541:17,
1547:9, 1566:4,
1588:2, 1637:3,
1638:1, 1643:23,
1643:25, 1654:11,
1654:19, 1655:3,
1655:5, 1661:23,
1668:14, 1669:12
**processes** [1] -
1639:22
**produced** [7] - 1573:3,
1577:17, 1578:20,
1578:23, 1586:14,
1624:13
**PRODUCED** [1] -
1528:7
**producer** [1] - 1573:9
**producing** [2] -
1584:25, 1585:2
**production** [28] -
1536:15, 1537:6,
1562:18, 1568:12,
1571:16, 1573:2,
1573:5, 1573:19,
1574:8, 1575:3,
1575:18, 1584:16,
1584:19, 1584:22,
1584:23, 1585:3,
1585:5, 1585:10,
1585:12, 1585:21,
1585:23, 1604:8,
1614:16, 1620:10,
1620:14
**PRODUCTION** [3] -
1525:14, 1525:15,
1527:3
**Production** [8] -
1572:18, 1572:22,
1606:21, 1618:11,
1618:13, 1619:24,
1620:16, 1624:23
**products** [1] - 1672:1
**professional** [4] -
1538:4, 1547:14,
1583:19, 1583:20
**Professor** [3] -
1630:12, 1630:15,
1632:22
**profile** [3] - 1566:3,
1568:22, 1615:24
**profit** [1] - 1612:4
**profitable** [1] -
1604:23
**program** [5] -
1566:16, 1566:17,
1623:14, 1630:18,
1651:7
**programs** [1] - 1633:5

**project** [3] - 1538:21,
1580:7, 1649:8
**projections** [2] -
1577:16, 1578:23
**projects** [5] - 1532:18,
1576:14, 1576:18,
1577:4, 1614:5
**promise** [1] - 1553:16
**prompted** [1] - 1558:8
**properly** [2] - 1649:2,
1649:19
**proposals** [1] -
1623:16
**proposed** [1] - 1592:5
**protect** [1] - 1641:1
**protected** [2] - 1642:6,
1654:25
**protecting** [1] -
1654:20
**Protection** [4] -
1631:18, 1633:25,
1650:25, 1660:9
**protection** [2] -
1565:11, 1651:13
**protective** [9] -
1642:8, 1645:19,
1653:13, 1653:15,
1653:17, 1653:21,
1653:23, 1655:8,
1660:12
**protocol** [1] - 1566:2
**proud** [4] - 1616:4,
1616:10, 1616:14,
1616:16
**provide** [8] - 1544:23,
1557:13, 1608:2,
1608:6, 1624:21,
1624:25, 1625:4,
1648:14
**provided** [5] - 1568:9,
1572:24, 1606:20,
1613:14, 1661:20
**provider** [1] - 1595:4
**provides** [1] - 1645:19
**providing** [3] - 1553:3,
1618:7, 1624:23
**provision** [5] -
1596:23, 1597:24,
1598:12, 1599:2,
1600:20
**provisioned** [5] -
1597:25, 1598:2,
1598:6, 1598:15,
1598:24
**proximity** [1] - 1541:7
**public** [2] - 1610:7,
1610:8
**publication** [1] -
1640:4
**publications** [2] -

1634:25, 1640:3
**publicly** [5] - 1551:12, 1610:4, 1639:4, 1642:19, 1642:23
**published** [1] - 1657:4
**pull** [22] - 1545:5, 1546:23, 1557:5, 1561:6, 1581:8, 1591:5, 1599:25, 1600:8, 1605:24, 1614:18, 1615:1, 1624:3, 1635:22, 1638:13, 1638:21, 1644:12, 1651:2, 1656:5, 1657:11, 1658:16, 1659:16, 1662:21
**pulled** [1] - 1644:7
**purpose** [2] - 1565:19, 1645:21
**purposes** [3] - 1590:19, 1611:25, 1637:25
**pursuing** [1] - 1595:9
**push** [1] - 1571:1
**put** [11] - 1534:15, 1599:1, 1599:13, 1613:23, 1614:1, 1618:2, 1623:16, 1627:17, 1637:17, 1648:23, 1649:4
**putting** [1] - 1614:7

## Q

**QBE** [1] - 1525:19
**qualifications** [1] - 1635:18
**qualified** [1] - 1635:13
**qualifier** [2] - 1650:4, 1650:5
**qualifying** [1] - 1650:8
**quality** [22] - 1538:12, 1631:19, 1634:1, 1648:11, 1648:16, 1648:19, 1648:22, 1649:8, 1649:11, 1649:14, 1649:23, 1650:2, 1650:3, 1650:7, 1650:11, 1650:14, 1651:1, 1651:12, 1651:13, 1652:6, 1652:15
**quantification** [1] - 1638:1
**quantified** [1] - 1636:11
**quantify** [1] - 1637:25
**quantity** [6] - 1642:22,

1644:1, 1647:25, 1648:5, 1648:7, 1650:10
**quarter** [11] - 1585:20, 1607:14, 1607:19, 1611:11, 1613:11, 1613:21, 1614:10, 1615:9, 1615:12, 1615:17
**Quarter** [3] - 1609:6, 1611:20, 1612:6
**quarterly** [5] - 1588:10, 1588:11, 1600:24, 1609:10, 1611:7
**questioning** [2] - 1579:3, 1614:23
**questions** [7] - 1548:20, 1579:24, 1594:5, 1616:19, 1617:4, 1628:11, 1635:19
**quick** [4] - 1569:5, 1577:3, 1614:18, 1614:19
**quickly** [1] - 1553:8, 1558:15, 1561:4, 1576:6, 1584:17, 1586:11, 1613:10, 1643:20, 1649:5, 1658:10
**quiet** [2] - 1566:11, 1617:19
**quite** [10] - 1557:1, 1558:7, 1559:9, 1569:16, 1576:21, 1579:2, 1647:15, 1650:6, 1666:18
**quote** [1] - 1660:8
**quoting** [1] - 1660:17

## R

**Rachel** [2] - 1532:3, 1617:13
**RACHEL** [2] - 1526:7, 1526:8
**raise** [2] - 1530:22, 1628:21
**Raleigh** [1] - 1634:11
**Ram** [1] - 1569:23
**Ran** [1] - 1537:3
**range** [5] - 1582:13, 1607:21, 1633:13, 1652:25
**ranking** [1] - 1573:15
**rapid** [1] - 1661:3
**rapidly** [2] - 1643:18, 1661:5

**ratchet** [2] - 1582:2, 1582:3
**rate** [1] - 1583:15
**rates** [1] - 1566:15
**rather** [1] - 1668:1
**RE** [1] - 1525:5
**reach** [4] - 1549:2, 1549:3, 1552:4, 1638:6
**reached** [3] - 1551:24, 1551:25, 1639:23
**reaching** [3] - 1541:11, 1542:21, 1550:24
**react** [1] - 1563:15
**read** [1] - 1670:14
**readily** [1] - 1643:17
**reading** [1] - 1560:24
**reads** [1] - 1557:10
**ready** [4] - 1544:22, 1545:1, 1559:2, 1598:21
**real** [3] - 1546:1, 1630:4, 1630:19
**really** [25] - 1536:22, 1537:8, 1538:13, 1541:9, 1543:15, 1546:21, 1549:9, 1550:2, 1551:5, 1551:19, 1555:14, 1558:7, 1559:22, 1560:3, 1560:20, 1563:8, 1569:4, 1585:7, 1585:11, 1585:18, 1608:9, 1628:6, 1631:15, 1654:19, 1665:14
**REALTIME** [1] - 1528:3
**realtime** [3] - 1567:6, 1567:7, 1567:10
**Realtime** [2] - 1673:11, 1673:21
**reasons** [1] - 1571:18
**recap** [1] - 1554:1
**receive** [1] - 1548:22
**received** [7] - 1539:20, 1548:25, 1595:11, 1595:12, 1605:10, 1615:11, 1630:23
**receiving** [1] - 1631:1
**recent** [1] - 1613:11
**recently** [4] - 1588:2, 1606:23, 1634:7
**recess** [3] - 1616:20, 1616:23, 1673:5
**RECESS**....................
..................... [1] -
1529:9

**recognition** [2] - 1565:1, 1593:2
**recognize** [3] - 1561:7, 1609:5, 1652:3
**recognized** [2] - 1643:12, 1643:20
**recognizing** [2] - 1558:14
**record** [11] - 1531:6, 1531:14, 1589:20, 1591:17, 1592:8, 1606:5, 1611:12, 1629:5, 1629:11, 1629:15, 1673:16
**RECORDED** [1] - 1528:7
**recoveries** [10] - 1594:25, 1595:1, 1596:6, 1596:11, 1603:5, 1603:7, 1603:10, 1603:11, 1603:12
**recovery** [5] - 1536:10, 1540:11, 1595:5, 1595:8, 1595:10
**red** [2] - 1665:21, 1665:23
**redirect** [1] - 1628:12
**reduce** [1] - 1589:22
**reentered** [1] - 1632:21
**refer** [3] - 1531:25, 1645:24, 1656:12
**referenced** [1] - 1662:7
**referred** [2] - 1540:21, 1621:2
**referring** [5] - 1531:25, 1582:9, 1623:3, 1623:4, 1660:10
**reflect** [7] - 1583:22, 1597:1, 1611:22, 1612:7, 1613:15, 1613:19, 1660:23
**reflected** [7] - 1548:6, 1589:12, 1589:15, 1589:16, 1590:4, 1613:3, 1613:6
**reflective** [1] - 1590:22
**reflects** [3] - 1593:8, 1611:13, 1611:19
**refuge** [1] - 1633:21
**refuges** [3] - 1633:19, 1633:20, 1635:7
**REGAN** [1] - 1527:4
**regard** [8] - 1578:21,

1651:9, 1658:18, 1670:1, 1670:7, 1671:18, 1672:4
**regarding** [5] - 1577:13, 1577:18, 1577:22, 1599:17, 1638:7
**regardless** [2] - 1582:6, 1641:17
**regime** [1] - 1568:22
**region** [5] - 1618:20, 1621:3, 1623:19, 1633:20, 1663:8
**regional** [6] - 1531:17, 1532:15, 1578:3, 1587:15, 1589:10, 1614:12, 1618:17, 1634:9
**Regional** [2] - 1567:20, 1621:20
**regions** [6] - 1534:11, 1554:4, 1560:3, 1621:11, 1623:11, 1666:6
**Regions** [2] - 1618:25, 1619:3
**Registered** [1] - 1673:11
**REGISTERED** [1] - 1528:4
**registered** [1] - 1673:22
**Regulation** [1] - 1557:12
**regulations** [2] - 1587:21, 1587:24
**regulators** [11] - 1534:18, 1542:7, 1554:5, 1554:21, 1555:5, 1555:8, 1560:14, 1562:11, 1564:22, 1567:1, 1567:4
**regulatory** [1] - 1631:17
**reinforcing** [1] - 1559:22
**reinvesting** [1] - 1569:6
**reinvestment** [1] - 1614:6
**related** [30] - 1532:6, 1537:22, 1541:25, 1564:6, 1588:18, 1588:20, 1593:20, 1602:9, 1605:11, 1605:14, 1605:15, 1605:18, 1605:22, 1606:19, 1609:15, 1612:9, 1612:18,

1615:15, 1630:8, 1631:13, 1632:13, 1632:16, 1632:17, 1634:22, 1636:2, 1636:3, 1638:7, 1643:5, 1643:7, 1651:16

**relates** [1] - 1643:10

**RELATES** [1] - 1525:10

**relating** [2] - 1638:10, 1638:18

**relationship** [3] - 1547:12, 1548:15, 1572:13

**relatively** [1] - 1637:2

**released** [2] - 1635:15, 1639:8

**reliable** [6] - 1562:24, 1636:23, 1654:3, 1654:4, 1654:17, 1655:5

**relied** [2] - 1648:11, 1648:15

**Relief** [1] - 1601:22

**rely** [1] - 1652:10

**remain** [3] - 1542:9, 1544:4, 1545:10

**remained** [2] - 1535:23, 1542:12

**remaining** [6] - 1530:17, 1530:18, 1571:19, 1600:17, 1600:19, 1600:20

**remediate** [1] - 1632:18

**remember** [3] - 1551:8, 1551:11, 1661:10

**remind** [3] - 1544:4, 1587:3, 1657:18

**reminded** [1] - 1603:15

**removed** [2] - 1661:23, 1662:1

**removing** [1] - 1662:10

**renegotiated** [1] - 1582:14

**rentals** [1] - 1586:8

**repay** [1] - 1607:4

**repeat** [2] - 1556:9, 1564:20

**repeated** [2] - 1546:17, 1546:21

**repeating** [1] - 1550:15

**replaced** [1] - 1555:3

**Report** [2] - 1557:4, 1609:6

**report** [30] - 1557:11, 1558:25, 1611:9, 1611:19, 1618:24, 1637:15, 1645:24, 1646:23, 1656:12, 1656:15, 1661:20, 1662:4, 1662:9, 1662:11, 1662:17, 1663:16, 1663:22, 1663:25, 1664:7, 1664:11, 1667:6, 1667:9, 1669:6, 1669:9, 1669:11, 1670:12, 1670:17, 1672:9

**reported** [3] - 1533:25, 1600:17, 1610:4

**REPORTER** [3] - 1528:3, 1528:3, 1528:4

**Reporter** [7] - 1673:11, 1673:12, 1673:13, 1673:21, 1673:22, 1673:22

**REPORTER'S** [1] - 1673:9

**reporting** [3] - 1611:25, 1621:12, 1650:4

**reports** [23] - 1559:1, 1579:14, 1598:23, 1611:6, 1619:8, 1634:21, 1634:24, 1635:2, 1635:7, 1637:16, 1638:10, 1638:15, 1638:18, 1640:2, 1640:9, 1646:24, 1647:1, 1647:21, 1647:22, 1647:23, 1668:25, 1669:3, 1669:4

**representing** [1] - 1660:6

**reproduction** [1] - 1655:12

**request** [2] - 1556:20, 1558:16

**require** [2] - 1660:15, 1660:21

**required** [12] - 1568:24, 1604:12, 1604:24, 1605:7, 1605:20, 1605:21, 1606:2, 1627:11, 1627:20, 1648:8, 1659:4

**requirement** [1] - 1604:12

**requirements** [1] -

1623:14

**rescue** [1] - 1540:12

**research** [7] - 1626:19, 1630:17, 1632:2, 1633:5, 1633:12, 1634:24, 1649:18

**Research** [2] - 1602:11, 1631:3

**resource** [3] - 1624:16, 1637:18, 1637:22

**RESOURCES** [1] - 1526:4

**resources** [20] - 1544:13, 1544:24, 1546:3, 1546:6, 1546:8, 1547:7, 1548:19, 1548:23, 1549:12, 1549:16, 1549:17, 1550:5, 1550:21, 1552:3, 1552:14, 1552:25, 1616:4, 1623:10, 1623:12, 1623:25

**respect** [16] - 1547:14, 1547:17, 1572:23, 1576:7, 1577:23, 1577:24, 1581:10, 1584:19, 1590:10, 1596:8, 1597:1, 1599:5, 1602:19, 1603:9, 1611:19, 1635:13

**respond** [8] - 1533:12, 1538:19, 1548:20, 1549:12, 1550:3, 1554:22, 1577:20, 1661:12

**responded** [2] - 1554:8, 1616:1

**responder** [3] - 1551:22, 1561:2

**responders** [4] - 1548:16, 1554:14, 1555:12, 1559:7

**responding** [3] - 1550:5, 1557:14, 1557:17

**response** [41] - 1533:19, 1533:20, 1534:2, 1535:3, 1535:4, 1537:17, 1539:13, 1540:6, 1541:5, 1541:12, 1541:21, 1541:22, 1542:2, 1542:5, 1542:14, 1543:9, 1545:15, 1548:1, 1549:7, 1551:9,

1552:5, 1553:22, 1554:17, 1556:5, 1560:15, 1588:15, 1600:11, 1601:4, 1602:1, 1602:4, 1612:12, 1612:20, 1620:22, 1625:18, 1626:8, 1626:12, 1626:17, 1626:20, 1626:24, 1627:25, 1656:13

**Response** [35] - 1534:5, 1534:6, 1534:9, 1540:21, 1547:9, 1547:21, 1548:5, 1549:6, 1551:10, 1552:19, 1553:23, 1554:2, 1554:11, 1555:9, 1558:1, 1558:21, 1558:22, 1562:3, 1562:6, 1563:2, 1563:8, 1564:4, 1564:13, 1567:24, 1601:22, 1606:19, 1615:22, 1616:1, 1625:21, 1626:3, 1626:4, 1627:3, 1628:9, 1645:24, 1646:8

**responsibilities** [6] - 1532:13, 1532:14, 1534:8, 1541:20, 1543:20, 1548:18

**responsibility** [4] - 1533:9, 1533:11, 1587:19, 1619:14

**responsible** [4] - 1531:24, 1532:16, 1546:14, 1601:16

**Restoration** [1] - 1589:3

**restoration** [2] - 1602:10, 1638:1

**result** [4] - 1539:7, 1547:10, 1558:1, 1672:6

**results** [13] - 1581:18, 1588:11, 1622:25, 1639:17, 1639:23, 1664:12, 1668:8, 1669:4, 1669:5, 1669:6, 1669:13, 1669:25, 1670:14

**retained** [1] - 1629:17

**retired** [1] - 1551:15

**return** [1] - 1539:25

**returned** [1] - 1542:10

**revenue** [3] - 1613:8, 1614:19, 1615:9

**revenues** [1] - 1605:10

**review** [14] - 1588:10, 1588:14, 1589:2, 1609:9, 1622:25, 1623:21, 1640:3, 1643:24, 1649:24, 1654:12, 1654:14, 1654:16, 1664:21, 1672:6

**reviewed** [21] - 1588:21, 1609:10, 1634:14, 1634:15, 1634:18, 1634:25, 1640:2, 1640:4, 1642:15, 1643:4, 1645:22, 1648:25, 1649:10, 1649:12, 1650:2, 1650:3, 1650:7, 1654:13, 1654:15, 1657:4, 1658:18

**reviewing** [3] - 1634:1, 1639:16, 1640:1

**revise** [2] - 1591:4, 1592:7

**revising** [2] - 1633:25, 1634:1

**revision** [1] - 1591:8

**rice** [2] - 1651:21, 1661:8

**Rice** [9] - 1637:8, 1637:12, 1646:20, 1647:20, 1651:20, 1655:6, 1660:17, 1663:11, 1667:2

**Rice's** [1] - 1640:2

**RICHARD** [4] - 1526:10, 1529:4, 1531:2, 1531:7

**Richard** [3] - 1530:21, 1531:7, 1531:17

**rig** [8] - 1557:15, 1565:25, 1566:5, 1566:24, 1567:11, 1567:13, 1569:8, 1577:4

**RIG** [1] - 1525:5

**right-hand** [1] - 1600:18, 1612:15, 1651:6

**rigorous** [2] - 1652:6, 1665:14

**rigs** [7] - 1541:7, 1566:12, 1572:2, 1572:3, 1573:16, 1577:2, 1625:12

**rise** [4] - 1530:7, 1616:22, 1616:24,

1673:3
**risk** [8] - 1568:22,
1587:22, 1588:2,
1588:4, 1630:2,
1630:3, 1630:17,
1640:16
**risks** [1] - 1588:5
**RMR** [2] - 1528:3,
1673:21
**ROBERS** [1] - 1526:9
**Robert** [14] - 1533:21,
1533:24, 1534:1,
1542:23, 1542:24,
1543:1, 1543:5,
1543:7, 1543:16,
1543:24, 1544:8,
1545:3, 1545:13,
1545:25
**ROBERT** [1] - 1527:9
**Robertson** [1] -
1601:12
**Robertson's** [1] -
1601:13
**robust** [1] - 1655:20
**role** [35] - 1533:18,
1534:4, 1535:5,
1536:21, 1536:23,
1537:6, 1540:13,
1540:14, 1541:2,
1543:19, 1546:2,
1553:21, 1553:22,
1555:3, 1564:3,
1567:23, 1580:21,
1584:6, 1584:15,
1587:12, 1587:15,
1618:1, 1618:4,
1618:5, 1620:4,
1620:6, 1620:19,
1620:21, 1622:9,
1625:21, 1625:25,
1626:3, 1626:7,
1627:5
**roles** [8] - 1536:8,
1536:11, 1536:14,
1537:2, 1537:10,
1537:11, 1538:3,
1541:24
**roll** [1] - 1627:17
**room** [3] - 1566:9,
1566:10, 1617:17
**ROOM** [1] - 1528:4
**rooms** [1] - 1543:10
**rose** [1] - 1663:18
**roughly** [2] - 1584:3,
1659:5
**round** [2] - 1663:22,
1664:6
**ROV** [1] - 1563:13
**ROV's** [2] - 1563:13,
1563:19

row [1] - 1595:6
**royalties** [2] - 1586:8,
1586:19
**royalty** [2] - 1586:13,
1586:15
**Rule** [2] - 1577:12,
1578:25
**ruling** [1] - 1608:15
**run** [5] - 1551:6,
1574:9, 1575:6,
1575:7, 1614:2
**running** [3] - 1536:16,
1540:10, 1563:13,
1581:15, 1589:3,
1600:14, 1612:12
**runs** [2] - 1586:16,
1586:17

## S

**S-H-E-A** [1] - 1629:7
**s/Cathy** [1] - 1673:20
**safe** [11] - 1532:16,
1562:24, 1563:10,
1642:7, 1658:23,
1659:5, 1659:23,
1660:4, 1664:2,
1664:5, 1667:13
**Safety** [2] - 1538:22,
1539:6
**safety** [7] - 1538:24,
1539:8, 1539:18,
1539:19, 1567:15,
1588:4, 1588:6
**salaries** [1] - 1583:18
**sale** [1] - 1615:6
**sample** [3] - 1642:7,
1645:17, 1658:4,
1658:6, 1659:1
**samples** [82] -
1556:23, 1639:10,
1641:19, 1642:18,
1642:24, 1642:25,
1643:1, 1643:2,
1643:3, 1643:5,
1644:3, 1644:4,
1644:20, 1644:23,
1645:5, 1645:10,
1645:22, 1645:23,
1646:9, 1646:16,
1646:17, 1646:19,
1647:4, 1647:8,
1647:18, 1647:21,
1648:6, 1649:3,
1649:4, 1649:13,
1649:14, 1649:18,
1657:7, 1657:18,
1657:19, 1657:20,
1657:22, 1658:5,

1658:14, 1658:19,
1658:22, 1658:25,
1659:5, 1659:23,
1659:24, 1660:3,
1660:6, 1660:13,
1660:15, 1660:21,
1660:23, 1661:7,
1661:16, 1661:18,
1661:24, 1662:1,
1662:25, 1663:7,
1663:16, 1663:18,
1664:1, 1664:5,
1664:14, 1664:15,
1667:12, 1667:14,
1668:16, 1668:17,
1669:1, 1669:16,
1669:17, 1669:19,
1669:22, 1670:6,
1670:19, 1670:20,
1670:21, 1671:2,
1671:3, 1671:20,
1672:2
**sampling** [17] -
1601:23, 1644:14,
1645:9, 1645:15,
1646:6, 1646:7,
1646:12, 1646:13,
1647:9, 1647:12,
1647:14, 1647:15,
1648:8, 1648:22,
1648:24, 1649:5,
1661:10
**sanctioned** [1] -
1586:5
**SARAH** [1] - 1526:5
**sat** [1] - 1618:5
**satisfaction** [1] -
1592:9
**satisfy** [2] - 1605:22,
1608:8
**saw** [2] - 1627:14,
1646:14
**scale** [4] - 1542:1,
1552:18, 1563:6,
1569:10
**scenario** [1] - 1645:15
**Scene** [2] - 1546:14,
1548:10
**Science** [4] - 1631:7,
1631:8, 1634:9,
1642:20
**scientific** [1] -
1631:21
**scientifically** [1] -
1665:25
**scientist** [1] - 1640:12
**scientists** [5] -
1631:16, 1641:5,
1654:1, 1654:14,
1657:4

Scott [1] - 1553:19
**screen** [5] - 1566:19,
1610:14, 1659:17,
1660:3, 1660:6
**screening** [1] -
1660:20
**Sea** [1] - 1560:5
**sea** [3] - 1636:13,
1636:25, 1661:6
**seabed** [3] - 1561:20,
1563:5, 1568:19
**seasoned** [1] -
1551:21
**seat** [1] - 1532:23
**seated** [2] - 1530:10,
1616:25
**second** [11] - 1534:14,
1535:4, 1568:13,
1577:24, 1578:1,
1593:17, 1603:23,
1652:18, 1656:19,
1658:12, 1662:23
**secondary** [1] -
1662:10
**SECTION** [1] - 1526:4
**section** [2] - 1547:7,
1594:1
**sections** [1] - 1547:5
**secure** [2] - 1543:1,
1566:10
**sediment** [34] -
1631:21, 1636:25,
1639:4, 1640:19,
1640:23, 1640:25,
1641:1, 1641:2,
1641:5, 1642:1,
1642:11, 1642:14,
1642:16, 1642:22,
1643:2, 1643:3,
1643:6, 1644:4,
1647:4, 1647:8,
1647:21, 1649:4,
1649:14, 1651:10,
1656:16, 1656:25,
1657:13, 1668:8,
1668:11, 1668:15,
1668:17, 1669:1,
1669:17, 1669:23
**sediments** [1] -
1668:10
**see** [28] - 1542:22,
1545:12, 1545:17,
1561:19, 1565:24,
1565:25, 1566:1,
1566:3, 1576:9,
1585:17, 1609:18,
1610:14, 1630:11,
1636:18, 1640:10,
1644:19, 1644:20,
1644:23, 1645:7,

1646:10, 1646:15,
1647:10, 1665:21,
1665:22, 1667:10,
1670:16, 1671:16,
1672:23
**seeing** [2] - 1538:12,
1670:6
**sees** [1] - 1566:20
**segment** [2] - 1619:9,
1619:11
**Seilhan** [1] - 1539:21
**seismic** [2] - 1574:8,
1575:21
**sell** [1] - 1604:19
**send** [1] - 1552:9
**sense** [5] - 1555:18,
1665:12, 1667:16,
1667:25, 1668:1
**sensitive** [6] -
1560:18, 1653:6,
1653:7, 1653:21,
1653:23
**sent** [1] - 1607:3
**sentence** [1] -
1663:22
**separately** [2] -
1599:25, 1603:2
**September** [5] -
1533:16, 1544:5,
1557:10, 1558:17,
1558:19
**series** [1] - 1635:7
**serve** [1] - 1631:9
**served** [7] - 1631:3,
1631:6, 1633:4,
1634:1, 1634:3,
1634:7, 1634:11
**service** [1] - 1633:14
**Service** [3] - 1633:17,
1635:5, 1635:8
**services** [1] - 1625:15
**serving** [1] - 1633:24
**SESSION** [1] -
1525:22
**sessions** [2] -
1544:22, 1557:19
**set** [14] - 1539:2,
1540:9, 1542:19,
1544:25, 1549:25,
1554:3, 1555:11,
1561:24, 1583:13,
1597:20, 1598:13,
1598:18, 1644:2,
1650:14
**sets** [1] - 1658:17
**settle** [1] - 1622:8
**settlement** [3] -
1595:2, 1602:18
**settlements** [1] -
1591:22

**setup** [2] - 1543:2, 1543:10
**seven** [3] - 1533:17, 1533:19, 1578:7
**several** [5] - 1548:2, 1555:16, 1567:17, 1621:2, 1668:25
**shallow** [4] - 1560:9, 1568:15, 1568:17, 1568:25
**share** [7] - 1538:24, 1538:25, 1539:1, 1557:24, 1559:23, 1560:17, 1560:19
**Shared** [2] - 1555:23, 1561:10
**shared** [2] - 1562:11, 1564:13
**sharing** [7] - 1534:18, 1535:4, 1548:13, 1552:21, 1555:7, 1567:25, 1627:1
**Sharjah** [1] - 1536:20
**SHARON** [1] - 1526:15
**SHEA** [1] - 1629:1
**Shea** [10] - 1628:18, 1629:6, 1629:16, 1630:11, 1635:13, 1635:24, 1638:22, 1647:24, 1661:8, 1664:20
**SHEA**.........................
............... [1] - 1529:7
**sheet** [2] - 1595:19, 1597:9
**shelf** [4] - 1559:2, 1568:17, 1569:9, 1569:17
**Shelf** [1] - 1569:21
**Shell** [7] - 1542:22, 1543:9, 1552:17, 1573:10, 1576:23
**SHELL** [1] - 1527:14
**ship** [1] - 1649:3
**ships** [1] - 1563:12
**shoreline** [3] - 1561:23, 1561:25, 1647:15
**shorelines** [3] - 1632:17, 1656:24, 1657:1
**short** [4] - 1638:4, 1652:19, 1653:17, 1653:19
**short-term** [2] - 1652:19, 1653:17
**shortage** [1] - 1546:4
**shortly** [1] - 1546:9
**shoulder** [2] - 1544:19

**shoulders** [1] - 1655:18
**show** [7] - 1594:14, 1594:20, 1595:19, 1658:21, 1659:17, 1662:25, 1667:11
**showed** [4] - 1604:8, 1647:10, 1669:19, 1672:10
**showing** [15] - 1594:16, 1594:18, 1600:9, 1641:7, 1644:17, 1645:2, 1646:15, 1646:18, 1647:16, 1658:24, 1669:6, 1669:15, 1670:20, 1670:21, 1670:23
**shown** [4] - 1560:1, 1567:4, 1583:17, 1659:22
**shows** [8] - 1576:7, 1581:10, 1583:10, 1584:18, 1586:13, 1658:22, 1667:12, 1669:19
**shrimp** [1] - 1653:3
**SHUTLER** [1] - 1526:15
**side** [12] - 1551:8, 1582:16, 1582:17, 1599:1, 1612:16, 1612:17, 1612:19, 1612:20, 1612:23, 1623:10
**sign** [1] - 1620:20
**signals** [2] - 1565:24
**significant** [4] - 1582:23, 1604:5, 1604:6, 1614:10
**similar** [15] - 1546:18, 1567:2, 1567:15, 1568:17, 1569:1, 1643:15, 1647:9, 1647:16, 1669:4, 1669:13, 1670:1, 1670:5, 1670:6, 1671:11, 1672:5
**similarly** [1] - 1583:21
**SimOps** [1] - 1562:5
**simple** [2] - 1549:1, 1561:19
**simply** [1] - 1575:17
**Simulation** [1] - 1563:17
**simultaneous** [8] - 1558:5, 1562:10, 1562:14, 1562:16, 1562:22, 1562:25, 1563:1, 1564:11

**Simultaneous** [1] - 1562:5
**simultaneously** [1] - 1578:10
**single** [6] - 1545:23, 1649:14, 1658:4, 1658:6, 1671:24, 1672:10
**sit** [4] - 1538:9, 1538:17, 1538:22, 1554:16
**site** [9] - 1541:15, 1561:22, 1565:18, 1566:8, 1566:19, 1566:20, 1566:22, 1589:9, 1660:19
**site-specific** [1] - 1639:9
**sites** [1] - 1654:24
**sits** [2] - 1566:19, 1589:13
**sitting** [3] - 1552:3, 1598:21, 1660:5
**situ** [4] - 1554:14, 1564:10, 1564:15, 1568:8
**situated** [1] - 1541:21
**situation** [2] - 1544:12, 1628:6
**six** [2] - 1533:16, 1533:19
**size** [1] - 1549:9
**skills** [2] - 1549:2, 1551:1
**skimming** [2] - 1564:14, 1628:8
**skimpy** [1] - 1610:15
**skip** [1] - 1553:19
**slide** [20] - 1536:4, 1555:23, 1555:25, 1556:15, 1559:12, 1561:7, 1589:24, 1592:8, 1593:3, 1599:5, 1638:22, 1640:15, 1642:13, 1644:16, 1652:1, 1656:6, 1657:11, 1662:22, 1667:11, 1669:6
**slides** [3] - 1557:1, 1559:21
**slight** [2] - 1668:11, 1668:12
**slightly** [7] - 1536:18, 1552:24, 1579:18, 1585:12, 1588:22, 1604:14, 1670:13
**slips** [1] - 1574:5
**small** [2] - 1544:16, 1574:13

**smaller** [6] - 1604:17, 1643:16, 1646:8, 1662:18, 1663:15, 1664:15
**snapshot** [1] - 1599:23
**soaps** [1] - 1672:1
**softly** [1] - 1617:16
**software** [2] - 1644:5, 1644:8
**sold** [3] - 1551:14, 1615:7, 1624:11
**sole** [1] - 1565:19
**solely** [1] - 1584:10
**solemnly** [2] - 1530:23, 1628:22
**solid** [1] - 1668:12
**solution** [1] - 1592:5
**solving** [1] - 1544:17
**somewhat** [2] - 1667:19, 1668:5
**somewhere** [4] - 1598:13, 1598:19, 1599:6, 1627:23
**soon** [2] - 1555:7, 1614:15
**sophisticated** [2] - 1665:15, 1666:19
**sorry** [16] - 1532:3, 1545:14, 1567:20, 1578:11, 1583:8, 1588:23, 1589:20, 1604:22, 1610:20, 1617:7, 1617:9, 1621:24, 1625:24, 1626:1, 1626:13, 1671:3
**sort** [1] - 1610:5
**Sound** [1] - 1632:11
**sound** [1] - 1590:23
**sounds** [4] - 1550:13, 1579:22, 1579:23, 1580:2
**Source** [2] - 1554:10, 1564:6
**source** [4] - 1564:8, 1601:9, 1601:10, 1642:17
**sourced** [1] - 1625:14
**sources** [4] - 1575:20, 1633:18, 1635:5, 1642:16
**SOUTH** [1] - 1527:23
**Southeast** [1] - 1634:8
**southwest** [2] - 1644:23, 1663:6
**space** [4] - 1542:19, 1665:4, 1666:19, 1670:1
**spatial** [1] - 1666:20

**speaking** [9] - 1532:5, 1558:25, 1560:14, 1562:11, 1565:4, 1578:10, 1593:23, 1617:16, 1622:16
**species** [6] - 1652:24, 1652:25, 1653:2, 1653:21, 1653:23, 1660:19
**species-specific** [1] - 1660:19
**specific** [5] - 1639:9, 1651:3, 1660:19, 1662:6, 1663:21
**specifically** [2] - 1572:6, 1577:25
**spell** [2] - 1531:5, 1629:4
**spend** [14] - 1560:13, 1562:4, 1574:16, 1575:24, 1575:25, 1576:9, 1576:11, 1581:11, 1581:12, 1587:23, 1588:11, 1606:19, 1613:16, 1623:25
**Spend** [1] - 1583:22
**spent** [2] - 1536:15, 1548:13, 1548:15, 1551:18, 1555:16, 1558:3, 1576:19, 1580:7, 1580:11, 1580:15, 1580:25, 1583:1, 1583:17, 1584:8, 1586:7, 1586:19, 1586:24, 1594:1, 1594:13, 1594:15, 1623:24, 1632:1
**SPILL** [1] - 1525:5
**spill** [53] - 1533:13, 1533:19, 1535:3, 1535:4, 1539:9, 1541:21, 1542:2, 1542:5, 1548:20, 1549:7, 1550:6, 1551:9, 1553:1, 1553:3, 1554:17, 1558:14, 1558:18, 1558:20, 1559:3, 1565:4, 1588:15, 1588:18, 1600:11, 1600:25, 1601:4, 1602:1, 1602:4, 1604:11, 1605:11, 1605:14, 1612:9, 1612:12, 1612:20, 1615:24, 1616:2, 1622:1, 1622:4, 1625:17,

1626:7, 1626:8,
1626:19, 1628:3,
1632:9, 1632:10,
1632:13, 1632:18,
1636:4, 1637:24,
1639:21, 1648:2,
1656:13
**Spill** [12] - 1540:20,
1549:6, 1554:11,
1558:1, 1562:2,
1562:6, 1564:4,
1564:12, 1601:22,
1615:21, 1616:1,
1626:4
**spill-related** [3] -
1588:18, 1605:14,
1612:9
**spilled** [1] - 1639:18
**spills** [4] - 1605:11,
1626:11, 1626:16,
1632:7
**split** [1] - 1592:20
**splitting** [1] - 1591:2
**spoken** [2] - 1615:21,
1663:21
**spot** [1] - 1546:7
**spreadsheet** [3] -
1601:6, 1601:13,
1601:17
**SPU** [1] - 1620:11
**SQUARE** [1] - 1527:14
**ST** [1] - 1526:22
**stack** [2] - 1534:15
**staff** [7] - 1543:23,
1543:24, 1552:18,
1554:18, 1565:17,
1572:19, 1575:6
**stage** [1] - 1561:24
**stages** [4] - 1653:4,
1653:5, 1653:10,
1653:22
**stakeholder** [1] -
1556:25
**stand** [1] - 1566:22
**standard** [11] -
1636:21, 1640:12,
1640:15, 1641:12,
1654:8, 1655:20,
1662:4, 1666:15,
1666:18, 1666:22
**Standard** [1] -
1603:16
**standardized** [2] -
1654:5, 1654:7
**Standards** [1] -
1631:5
**standing** [1] - 1620:23
**standpoint** [3] -
1544:3, 1568:23,
1665:8

**stands** [1] - 1607:1
**start** [7] - 1557:4,
1576:9, 1581:12,
1596:25, 1609:20,
1614:17, 1614:18
**started** [15] - 1537:8,
1542:21, 1544:9,
1546:1, 1558:2,
1558:12, 1559:4,
1560:2, 1560:4,
1569:24, 1569:25,
1570:12, 1627:22,
1632:22
**starting** [3] - 1541:11,
1585:19, 1672:13
**starts** [2] - 1532:5,
1614:17
**State** [7] - 1630:13,
1630:22, 1632:20,
1632:22, 1632:24,
1634:11, 1673:12
**state** [8] - 1531:5,
1544:19, 1546:15,
1547:10, 1597:4,
1629:4, 1629:15,
1671:19
**STATE** [1] - 1526:19
**statement** [4] -
1610:5, 1610:15,
1610:16, 1612:5
**statements** [1] -
1610:6
**states** [1] - 1633:7
**States** [16] - 1530:16,
1532:4, 1577:25,
1578:6, 1580:16,
1580:20, 1617:14,
1634:22, 1650:25,
1653:12, 1655:23,
1656:2, 1656:7,
1672:5, 1673:13,
1673:23
**STATES** [4] - 1525:1,
1525:11, 1525:24,
1526:3
**stating** [1] - 1664:13
**stations** [1] - 1649:2
**statistical** [8] -
1644:6, 1664:20,
1665:8, 1665:15,
1665:17, 1665:24,
1666:14, 1666:17
**statistically** [1] -
1666:11
**stay** [2] - 1582:4,
1588:9
**STENOGRAPHY** [1] -
1528:7
**step** [4] - 1566:17,
1628:18, 1650:16,

1650:19
**stepped** [1] - 1543:18
**steps** [1] - 1542:13
**steroids** [1] - 1563:22
**STEVEN** [1] - 1526:5
**stick** [1] - 1582:21
**still** [19] - 1542:1,
1548:7, 1555:4,
1555:9, 1555:10,
1555:11, 1555:12,
1558:14, 1558:15,
1558:22, 1567:3,
1573:12, 1586:4,
1593:12, 1616:10,
1616:15, 1616:18,
1646:18
**stimulate** [1] -
1660:18
**stop** [4] - 1559:24,
1562:14, 1593:17,
1614:16
**stopped** [1] - 1558:20
**stopping** [1] - 1638:4
**stored** [1] - 1649:3
**storyboarding** [2] -
1563:18, 1563:23
**straight** [1] - 1540:3
**straightforward** [2] -
1636:16, 1637:2
**strategic** [1] - 1571:16
**Strategic** [1] - 1618:21
**strategy** [2] - 1614:4,
1623:14
**Strategy** [2] - 1618:25,
1619:3
**STREET** [5] - 1526:22,
1527:10, 1527:14,
1527:20, 1528:4
**strictly** [2] - 1578:9,
1579:14
**strike** [3] - 1540:4,
1553:3, 1603:17
**strong** [1] - 1548:7
**structure** [13] -
1543:11, 1545:7,
1545:11, 1546:12,
1546:18, 1546:21,
1546:25, 1547:1,
1548:18, 1562:17,
1570:20, 1589:7,
1621:12
**stuck** [1] - 1616:15
**students** [2] -
1538:11, 1538:12
**studied** [1] - 1650:20
**studies** [5] - 1637:23,
1652:4, 1652:16,
1654:13, 1654:16
**study** [3] - 1656:24,
1657:8, 1660:16

**stuff** [4] - 1553:15,
1554:10, 1558:12,
1560:19
**subcommittee** [1] -
1633:24
**subject** [5] - 1537:16,
1593:18, 1599:16,
1609:24, 1634:19
**subjects** [1] - 1535:8
**sublethal** [3] - 1655:8,
1655:11, 1655:13
**subsea** [1] - 1552:17
**subsequent** [5] -
1637:16, 1646:24,
1647:1, 1647:23,
1661:20
**substantial** [2] -
1626:3, 1639:21
**success** [1] - 1570:8
**successful** [1] -
1568:9
**successfully** [1] -
1557:17
**sufficient** [7] -
1647:25, 1648:5,
1648:7, 1648:8,
1648:11, 1650:9
**suggested** [1] -
1607:22
**suggesting** [3] -
1598:25, 1625:9,
1672:19
**suggestion** [1] -
1614:9
**SUITE** [2] - 1527:15,
1527:23
**summarize** [1] -
1550:20, 1550:22
**summarizing** [1] -
1536:5, 1598:8
**summary** [6] -
1583:11, 1599:5,
1599:8, 1620:9,
1638:23, 1639:1
**summer** [4] - 1632:12,
1639:15, 1646:6
**suppliers** [2] -
1582:10, 1582:13
**supplies** [1] - 1582:7
**supply** [9] - 1552:16,
1562:19, 1574:4,
1574:6, 1574:11,
1574:17, 1574:19,
1575:2, 1584:2
**support** [28] - 1539:4,
1540:15, 1540:17,
1540:19, 1541:1,
1542:14, 1572:13,
1572:24, 1573:18,
1573:20, 1574:6,

1574:7, 1574:11,
1574:16, 1574:18,
1574:19, 1574:22,
1575:2, 1575:5,
1575:9, 1575:18,
1575:24, 1583:2,
1583:5, 1583:19,
1584:3, 1584:8,
1584:10
**supported** [2] -
1547:4, 1574:15
**supporting** [5] -
1544:1, 1547:23,
1572:12, 1581:16,
1663:23
**supposed** [1] -
1590:17
**surface** [22] - 1537:9,
1561:2, 1561:18,
1561:21, 1563:4,
1563:9, 1636:13,
1639:23, 1644:22,
1645:4, 1645:16,
1661:6, 1667:3,
1667:7, 1667:9,
1667:13, 1667:18,
1667:19, 1667:21,
1668:3, 1668:4
**surface-type** [1] -
1537:9
**surfactant** [1] -
1671:25
**surprised** [2] -
1660:24, 1660:25
**surprising** [5] -
1639:18, 1639:24,
1658:8, 1658:11,
1661:7
**Survey** [3] - 1633:14,
1656:23, 1657:1
**SUSANNAH** [1] -
1526:21
**suspect** [1] - 1536:1
**suspected** [1] -
1663:4
**Suttles** [2] - 1533:25,
1549:21
**swear** [2] - 1530:23,
1628:22
**sworn** [2] - 1531:3,
1629:2
**SYNDICATE** [1] -
1525:19
**synonymous** [1] -
1556:4
**system** [4] - 1540:16,
1598:22, 1600:8,
1661:4
**systems** [4] - 1538:25,
1558:4

# T

**table** [9] - 1546:13, 1546:16, 1547:2, 1547:3, 1547:15, 1547:16, 1597:15, 1598:8, 1623:16
**tabletop** [1] - 1542:6
**tactical** [4] - 1544:12, 1622:17, 1622:21, 1623:8
**tactically** [1] - 1623:1
**tagged** [1] - 1584:5
**tank** [2] - 1641:7, 1641:9
**tapping** [2] - 1550:25, 1551:2
**targeted** [1] - 1662:18
**tax** [5] - 1595:16, 1595:17, 1595:18, 1595:22
**taxes** [1] - 1595:19
**teach** [1] - 1630:16
**teaching** [4] - 1632:2, 1632:9, 1633:6, 1640:16
**team** [11] - 1540:10, 1540:14, 1541:1, 1549:19, 1551:22, 1561:3, 1567:11, 1574:13, 1588:3, 1588:12, 1601:11
**Team** [2] - 1609:11, 1609:12
**teamed** [1] - 1547:6
**teams** [5] - 1543:22, 1544:11, 1565:2, 1574:19, 1588:4
**technical** [7] - 1536:8, 1554:18, 1558:11, 1634:21, 1634:24, 1635:2, 1650:1
**technique** [1] - 1665:17
**techniques** [2] - 1625:20, 1651:12
**technological** [1] - 1564:23
**technologically** [1] - 1570:19
**technologies** [4] - 1626:11, 1626:16, 1627:25, 1628:2
**Technology** [1] - 1631:5
**technology** [4] - 1536:9, 1625:1, 1626:8, 1626:20
**technology-type** [1] -

1536:9
**ten** [6] - 1538:17, 1566:12, 1572:3, 1577:2, 1622:22
**tend** [4] - 1569:4, 1582:1, 1582:4, 1582:17
**tender** [1] - 1635:12
**Tennessee** [1] - 1633:21
**term** [14] - 1541:6, 1556:4, 1559:25, 1571:12, 1582:12, 1582:18, 1582:19, 1582:22, 1598:6, 1652:19, 1653:17, 1653:18, 1653:19, 1654:19
**terms** [28] - 1538:12, 1543:15, 1544:23, 1544:24, 1554:9, 1582:1, 1586:2, 1587:20, 1588:5, 1589:21, 1589:23, 1593:14, 1596:3, 1596:18, 1614:7, 1637:17, 1639:14, 1640:12, 1643:4, 1647:8, 1647:25, 1649:22, 1654:15, 1654:19, 1655:21, 1662:5, 1663:22, 1666:24
**test** [2] - 1641:8, 1641:14
**testified** [14] - 1531:4, 1556:5, 1567:19, 1618:7, 1624:10, 1624:16, 1625:20, 1626:23, 1627:19, 1629:3, 1637:9, 1657:12, 1663:24, 1668:23
**testify** [6] - 1553:12, 1577:13, 1578:19, 1579:1, 1579:4, 1635:21
**testifying** [4] - 1623:23, 1624:4, 1625:6, 1664:7
**testimony** [15] - 1530:23, 1550:15, 1550:20, 1577:12, 1577:21, 1577:22, 1578:16, 1609:24, 1619:20, 1628:22, 1637:9, 1661:8, 1662:15, 1663:21, 1667:3
**testing** [7] - 1601:24,

1626:19, 1639:10, 1639:12, 1639:13, 1643:5, 1651:25
**tests** [12] - 1641:6, 1641:24, 1641:25, 1652:8, 1652:9, 1652:11, 1652:12, 1652:22, 1654:15, 1655:13, 1659:8
**tether** [1] - 1570:17
**Texas** [4] - 1535:14, 1535:22, 1538:9, 1661:25
**THE** [169] - 1525:5, 1525:6, 1525:23, 1526:3, 1526:19, 1530:7, 1530:8, 1530:10, 1530:14, 1530:22, 1531:1, 1531:5, 1531:7, 1531:10, 1532:7, 1537:23, 1550:10, 1550:13, 1550:17, 1553:10, 1553:14, 1556:7, 1570:10, 1570:12, 1570:19, 1570:22, 1570:23, 1570:24, 1570:25, 1571:1, 1571:2, 1571:4, 1571:5, 1579:2, 1579:7, 1579:15, 1579:19, 1579:22, 1580:2, 1580:6, 1580:10, 1580:13, 1581:2, 1590:2, 1590:7, 1590:12, 1590:15, 1590:23, 1591:10, 1591:14, 1591:18, 1591:21, 1592:1, 1592:6, 1592:9, 1592:12, 1592:20, 1592:24, 1593:4, 1593:25, 1594:3, 1594:8, 1594:9, 1594:10, 1594:11, 1594:12, 1594:14, 1594:16, 1594:18, 1594:19, 1594:22, 1594:24, 1595:1, 1595:7, 1595:10, 1595:12, 1595:13, 1595:14, 1595:15, 1595:16, 1595:18, 1595:21, 1595:24, 1595:25, 1597:11, 1597:15, 1597:19, 1597:22, 1597:23, 1597:24, 1598:1, 1598:4, 1598:5, 1598:7, 1598:13,

1598:14, 1598:16, 1599:14, 1599:18, 1599:24, 1600:3, 1600:13, 1600:15, 1600:16, 1603:13, 1606:8, 1610:4, 1610:6, 1610:8, 1610:9, 1610:14, 1610:17, 1610:18, 1610:19, 1610:20, 1610:24, 1610:25, 1611:2, 1611:16, 1614:22, 1616:20, 1616:22, 1616:24, 1616:25, 1617:4, 1617:7, 1617:15, 1617:20, 1620:12, 1620:13, 1621:1, 1621:4, 1621:5, 1621:6, 1621:8, 1621:9, 1621:10, 1621:11, 1621:14, 1621:15, 1621:16, 1621:23, 1621:25, 1622:1, 1622:2, 1622:3, 1622:5, 1622:11, 1622:13, 1622:14, 1628:12, 1628:14, 1628:15, 1628:16, 1628:21, 1628:25, 1629:4, 1629:6, 1629:9, 1635:19, 1635:21, 1664:9, 1664:11, 1664:17, 1672:15, 1672:18, 1672:22, 1672:25, 1673:3
**themselves** [2] - 1646:25, 1656:22
**they've** [3] - 1580:10, 1580:14, 1604:6
**thick** [1] - 1557:2
**thinking** [8] - 1541:6, 1541:14, 1543:12, 1554:22, 1563:22, 1570:13, 1595:8, 1642:24
**third** [15] - 1534:17, 1535:5, 1565:10, 1565:11, 1565:15, 1607:14, 1611:11, 1613:11, 1613:20, 1614:10, 1615:9, 1615:12, 1615:17, 1656:23
**Third** [3] - 1609:6, 1611:20, 1612:6
**THIS** [1] - 1525:10
**THOMAS** [1] - 1527:19
**thoughts** [1] - 1559:8

**thousand** [3] - 1569:9, 1570:13, 1641:25
**thousands** [1] - 1649:18
**threats** [1] - 1542:1
**three** [18] - 1534:10, 1540:16, 1554:17, 1556:8, 1563:16, 1575:25, 1582:14, 1585:7, 1585:24, 1598:14, 1598:20, 1598:25, 1605:23, 1606:1, 1607:22, 1646:15, 1671:23
**three-tier** [1] - 1540:16
**threshold** [11] - 1641:12, 1641:13, 1641:14, 1641:17, 1642:4, 1642:9, 1642:10, 1650:21, 1650:23, 1650:24
**thresholds** [3] - 1650:18, 1655:17, 1657:13
**throughout** [5] - 1531:23, 1543:23, 1546:12, 1633:19, 1668:6
**Thunder** [3] - 1570:3, 1571:10, 1577:1
**tier** [3] - 1540:16, 1540:18, 1541:2
**timeframe** [1] - 1555:21
**title** [3] - 1587:11, 1621:22, 1665:2
**titled** [6] - 1555:23, 1561:10, 1581:10, 1583:8, 1583:21, 1609:18
**titles** [1] - 1633:4
**TO** [2] - 1525:10, 1530:3
**today** [9] - 1531:23, 1534:25, 1535:3, 1573:12, 1605:3, 1607:18, 1615:21, 1631:12, 1651:19
**today's** [1] - 1573:5
**together** [9] - 1530:17, 1534:15, 1542:17, 1547:5, 1548:7, 1559:7, 1560:20, 1612:25, 1648:23
**tomorrow** [2] - 1559:24, 1565:22
**tone** [1] - 1549:25
**took** [9] - 1537:5, 1567:23, 1606:23,

1606:24, 1616:23, 1618:4, 1636:21, 1640:4, 1662:23
**tool** [1] - 1665:16
**toolkit** [2] - 1559:4, 1628:4
**tools** [12] - 1557:19, 1557:25, 1558:7, 1559:8, 1563:8, 1569:1, 1625:22, 1625:25, 1628:4, 1628:9, 1628:10, 1665:15
**top** [5] - 1546:21, 1606:15, 1652:3, 1660:14
**topic** [6] - 1550:23, 1552:2, 1552:24, 1603:23, 1640:8, 1672:14
**topics** [3] - 1534:24, 1535:2, 1567:18
**TORTS** [1] - 1526:15
**total** [17] - 1586:19, 1591:12, 1593:15, 1596:3, 1596:5, 1596:7, 1596:8, 1596:11, 1601:7, 1602:15, 1603:3, 1603:5, 1646:19, 1647:18, 1666:3, 1666:23, 1671:20
**Total** [1] - 1583:8
**touch** [2] - 1536:2, 1570:17
**touches** [1] - 1570:20
**touching** [1] - 1568:19
**tourism** [1] - 1601:23
**toward** [2] - 1558:3, 1584:2
**towards** [3] - 1644:21, 1645:15, 1655:21
**toxic** [4] - 1641:4, 1642:2, 1642:3, 1643:17
**toxicity** [42] - 1631:14, 1631:21, 1637:5, 1637:12, 1639:10, 1639:12, 1639:13, 1640:13, 1641:6, 1641:12, 1641:17, 1641:23, 1641:25, 1642:4, 1650:18, 1650:21, 1650:23, 1650:24, 1651:4, 1651:15, 1651:16, 1651:18, 1651:25, 1652:2, 1652:4, 1652:11, 1652:12, 1652:17, 1652:18,

1652:19, 1652:20, 1652:22, 1654:2, 1655:13, 1655:17, 1657:13, 1657:21, 1667:7, 1668:18, 1669:17
**toxicologists** [2] - 1643:12, 1654:6
**toxicology** [13] - 1629:22, 1630:16, 1634:4, 1634:17, 1634:19, 1634:22, 1635:3, 1635:14, 1636:21, 1637:3, 1640:16, 1641:14, 1666:15
**Toxicology** [3] - 1630:12, 1630:15, 1633:2
**tragic** [2] - 1616:5, 1616:6
**training** [4] - 1541:18, 1542:2, 1542:23, 1543:15
**transactions** [1] - 1607:23
**transcend** [1] - 1560:8
**transcript** [1] - 1673:15
**TRANSCRIPT** [2] - 1525:23, 1528:7
**TRANSOCEAN** [3] - 1525:17, 1525:17, 1525:18
**Transocean's** [1] - 1595:9
**traveled** [1] - 1557:21
**traveling** [1] - 1534:17
**travels** [1] - 1560:21
**tread** [1] - 1598:7
**treat** [1] - 1632:17
**treated** [1] - 1649:3
**tremendous** [1] - 1547:14
**TREX** [2] - 1599:22, 1615:1
**TREX-013444** [1] - 1638:14
**TREX-11987** [1] - 1556:1
**TREX-11987.15.1** [1] - 1559:10
**TREX-13162.1.1** [1] - 1584:18
**TREX-21104.1** [1] - 1557:5
**TREX-231104** [1] - 1555:25
**TREX-231104.24.1** [1] - 1562:8

**TREX-246896** [2] - 1599:10, 1600:5
**TREX-246896.1** [1] - 1609:4
**TREX-246898** [1] - 1624:3
**TREX-246898.7.4** [1] - 1609:17
**TREX-247272** [1] - 1556:1
**TRIAL** [1] - 1525:23
**trial** [1] - 1610:22
**trips** [1] - 1627:14
**TRITON** [1] - 1525:16
**true** [9] - 1582:16, 1624:19, 1625:16, 1626:10, 1626:15, 1627:11, 1660:2, 1662:9, 1673:15
**truth** [6] - 1530:24, 1530:25, 1628:23
**try** [4] - 1550:14, 1592:20, 1603:18, 1646:4
**trying** [15] - 1541:12, 1550:10, 1564:5, 1565:22, 1610:20, 1621:1, 1629:23, 1630:3, 1631:20, 1632:15, 1645:15, 1659:17, 1659:21, 1660:3, 1666:22
**tube** [1] - 1641:8
**TUESDAY** [2] - 1525:8, 1530:2
**turn** [9] - 1552:24, 1580:4, 1603:23, 1624:6, 1642:11, 1644:13, 1657:10, 1668:8, 1671:7
**turned** [1] - 1558:19
**twist** [1] - 1567:8
**two** [29] - 1533:23, 1538:15, 1540:18, 1541:2, 1542:10, 1542:12, 1543:6, 1554:16, 1555:1, 1556:8, 1557:20, 1561:1, 1563:16, 1573:9, 1573:11, 1575:13, 1576:1, 1580:1, 1612:22, 1612:25, 1632:1, 1632:3, 1650:16, 1654:15, 1657:4, 1660:5, 1665:6, 1666:6
**type** [8] - 1536:9, 1537:9, 1638:4, 1639:18, 1648:8,

1650:14, 1661:2, 1662:1
**types** [2] - 1652:8, 1652:17
**typical** [1] - 1544:7

# U

**U.S** [26] - 1526:3, 1526:14, 1530:13, 1536:9, 1536:12, 1536:17, 1537:3, 1537:4, 1631:9, 1633:8, 1633:13, 1637:5, 1642:19, 1651:15, 1655:7, 1655:21, 1656:9, 1656:23, 1657:1, 1657:20, 1660:9, 1660:15, 1665:3, 1668:18
**ultimately** [2] - 1543:2, 1623:17
**unaudited** [1] - 1610:7
**unaware** [2] - 1619:21, 1619:25
**under** [14] - 1577:12, 1578:25, 1589:21, 1589:23, 1589:24, 1589:25, 1590:20, 1591:18, 1591:19, 1591:20, 1591:21, 1592:2, 1607:5, 1651:8
**underlying** [1] - 1599:22
**underneath** [4] - 1564:2, 1645:4, 1645:17, 1667:19
**understood** [2] - 1550:16, 1667:22
**undertake** [1] - 1648:10
**undertook** [1] - 1648:15
**underway** [1] - 1540:6
**UNDERWRITING** [1] - 1525:19
**unified** [4] - 1542:18, 1542:25, 1544:10, 1546:20
**Unified** [15] - 1533:21, 1533:22, 1543:1, 1543:17, 1545:7, 1545:10, 1545:13, 1545:25, 1546:2, 1546:17, 1546:20, 1546:25, 1547:3, 1547:13, 1548:17

**unique** [1] - 1567:3
**unit** [3] - 1536:20, 1536:23, 1598:9
**Unit** [2] - 1618:21, 1627:6
**UNITED** [4] - 1525:1, 1525:11, 1525:24, 1526:3
**United** [16] - 1530:16, 1532:4, 1577:25, 1578:6, 1580:16, 1580:20, 1617:14, 1634:22, 1650:25, 1653:12, 1655:23, 1656:2, 1656:7, 1672:5, 1673:13, 1673:23
**University** [8] - 1535:14, 1630:13, 1630:23, 1630:24, 1632:1, 1632:22, 1632:24, 1634:7
**unless** [1] - 1564:1
**up** [76] - 1530:15, 1534:25, 1535:10, 1535:11, 1536:7, 1539:2, 1540:10, 1542:19, 1543:13, 1545:5, 1546:23, 1547:5, 1554:3, 1555:11, 1555:22, 1556:9, 1557:5, 1557:11, 1561:6, 1561:21, 1564:25, 1565:25, 1566:7, 1566:22, 1569:6, 1572:16, 1577:3, 1581:8, 1582:3, 1583:14, 1585:19, 1593:17, 1594:14, 1598:22, 1599:13, 1602:21, 1604:20, 1605:24, 1606:15, 1610:11, 1610:21, 1610:25, 1613:20, 1614:5, 1615:1, 1617:15, 1617:18, 1621:6, 1621:12, 1622:9, 1622:22, 1623:15, 1623:19, 1624:3, 1627:22, 1630:10, 1632:9, 1632:21, 1635:22, 1638:13, 1638:21, 1642:13, 1644:12, 1644:16, 1645:3, 1651:2, 1655:2, 1656:5, 1657:11, 1658:16, 1659:16, 1662:8, 1662:21

update [1] - 1611:11
updating [1] - 1655:3
upper [1] - 1651:6
upstream [9] -
  1589:11, 1619:1,
  1619:9, 1619:11,
  1620:10, 1620:16,
  1621:6, 1623:15
upwards [1] - 1584:25
US [6] - 1549:4,
  1572:15, 1607:22,
  1625:14, 1647:20
useless [1] - 1564:1
uses [5] - 1543:9,
  1567:6, 1652:14,
  1655:21, 1655:23
utilize [3] - 1636:22,
  1651:14, 1668:9
utilized [5] - 1639:3,
  1651:5, 1651:19,
  1651:22, 1656:15
Utsler [3] - 1545:19,
  1551:4, 1564:19
Uyl [6] - 1579:5,
  1579:11, 1579:15,
  1579:17, 1580:17,
  1610:3
Uyl's [2] - 1580:17,
  1609:24

**V**

Valdez [3] - 1632:9,
  1632:10, 1637:23
validation [3] -
  1653:24, 1654:11,
  1654:19
valley [1] - 1633:20
valuation [1] -
  1579:10
value [6] - 1660:10,
  1660:15, 1660:18,
  1667:16
variable [2] - 1582:1,
  1582:2
varies [2] - 1573:11,
  1581:17
various [22] - 1536:13,
  1538:2, 1538:3,
  1538:7, 1541:12,
  1545:9, 1545:11,
  1545:16, 1545:20,
  1546:11, 1546:15,
  1547:4, 1547:10,
  1549:23, 1554:13,
  1556:25, 1644:8,
  1646:16, 1646:18,
  1651:12, 1652:17,
  1667:8

vast [1] - 1602:5
Vendor [1] - 1583:22
vendors [6] - 1539:4,
  1582:13, 1583:25,
  1584:3, 1584:5,
  1626:3
Venezuela [3] -
  1537:2, 1537:3,
  1541:24
venture [1] - 1576:24
verbatim [1] - 1581:9
verification [2] -
  1654:18, 1654:24
verified [1] - 1652:13
versus [1] - 1568:15
vertebrates [1] -
  1653:2
vessels [13] - 1538:20,
  1561:21, 1561:22,
  1562:18, 1562:20,
  1562:23, 1563:19,
  1564:2, 1574:6,
  1584:2, 1601:23
Vice [7] - 1619:17,
  1619:22, 1619:24,
  1620:7, 1620:11,
  1622:6, 1627:2
vice [17] - 1533:6,
  1533:8, 1534:5,
  1534:8, 1537:6,
  1540:13, 1551:3,
  1553:23, 1567:19,
  1567:24, 1571:16,
  1620:1, 1620:3,
  1620:4, 1620:19,
  1622:5, 1622:9
Vice-President [7] -
  1619:17, 1619:22,
  1619:24, 1620:7,
  1620:11, 1622:6,
  1627:2
vice-president [15] -
  1533:6, 1533:8,
  1534:5, 1534:8,
  1537:6, 1540:13,
  1551:3, 1553:23,
  1567:19, 1567:24,
  1571:16, 1620:1,
  1620:3, 1620:4,
  1622:5
vice-president's [2] -
  1620:19, 1622:9
view [6] - 1548:7,
  1551:6, 1564:11,
  1566:8, 1616:1,
  1636:8
vintage [1] - 1559:5
visible [1] - 1647:19
visited [1] - 1560:1
visually [1] - 1665:11

voice [1] - 1606:9
VOICES [1] - 1530:9
volume [2] - 1573:9,
  1642:21
volumes [1] -
  1566:15, 1569:6,
  1586:17

**W**

wait [3] - 1593:25,
  1621:23
walk [2] - 1576:5,
  1582:19
wants [2] - 1653:9,
  1654:21
Washington [2] -
  1557:21, 1631:9
WASHINGTON [4] -
  1526:12, 1526:17,
  1527:11, 1527:20
watching [1] -
  1565:14
Water [10] - 1596:24,
  1597:5, 1597:18,
  1597:21, 1598:10,
  1607:24, 1608:7,
  1651:7, 1651:8,
  1651:9
water [62] - 1560:9,
  1561:22, 1562:1,
  1563:4, 1563:5,
  1568:15, 1568:17,
  1568:25, 1631:19,
  1634:1, 1636:13,
  1636:25, 1639:4,
  1640:19, 1640:22,
  1641:2, 1641:5,
  1642:1, 1642:11,
  1642:14, 1642:16,
  1642:22, 1642:25,
  1643:1, 1643:6,
  1644:3, 1644:13,
  1644:25, 1646:21,
  1647:2, 1647:9,
  1647:16, 1649:13,
  1651:1, 1651:10,
  1651:12, 1651:13,
  1652:6, 1656:15,
  1656:25, 1657:7,
  1657:13, 1657:17,
  1657:18, 1657:19,
  1658:19, 1658:22,
  1659:23, 1659:24,
  1660:11, 1660:23,
  1663:5, 1667:4,
  1667:7, 1667:9,
  1668:10, 1669:1,
  1669:16, 1669:20,
  1669:22, 1671:2

waters [1] - 1653:1
ways [2] - 1636:16,
  1654:4
weak [2] - 1565:23,
  1565:24
weathering [1] -
  1661:6
website [1] - 1642:20
week [4] - 1547:6,
  1637:10, 1660:17,
  1662:13
weeks [3] - 1550:24,
  1555:16, 1652:21
welding [1] - 1583:25
wellbore [1] - 1565:20
wellhead [10] -
  1558:2, 1639:7,
  1639:15, 1644:19,
  1644:21, 1647:10,
  1647:13, 1665:21,
  1665:22, 1669:25
wells [13] - 1534:13,
  1573:14, 1575:15,
  1576:14, 1581:19,
  1585:7, 1585:15,
  1585:19, 1588:2,
  1588:3, 1601:23,
  1614:8, 1614:16
West [1] - 1560:4
west [2] - 1535:21,
  1661:25
Westlake [3] - 1540:2,
  1540:8, 1574:25
whatnot [1] - 1542:6
WHEREUPON [2] -
  1616:23, 1673:4
WHITELEY [1] -
  1526:20
whole [5] - 1530:24,
  1543:13, 1543:14,
  1616:12, 1628:23
wholeheartedly [1] -
  1653:15
widely [1] - 1643:20
Wildlife [4] - 1633:14,
  1633:17, 1635:5,
  1635:8
wildlife [2] - 1633:19,
  1635:6
William [1] - 1632:11
wisdom [1] - 1559:7
wise [2] - 1537:8,
  1598:1
withdraw [1] -
  1579:25
witness [10] -
  1530:19, 1531:3,
  1578:12, 1579:8,
  1594:5, 1617:1,
  1628:16, 1628:17,

1629:2, 1672:16
Witness [1] - 1579:7
WITNESS [46] -
  1531:1, 1531:7,
  1570:12, 1570:22,
  1570:24, 1571:1,
  1571:4, 1594:9,
  1594:11, 1594:14,
  1594:18, 1594:22,
  1595:1, 1595:10,
  1595:13, 1595:15,
  1595:18, 1595:24,
  1597:15, 1597:22,
  1597:24, 1598:4,
  1598:7, 1598:14,
  1600:13, 1600:16,
  1603:13, 1610:6,
  1610:9, 1610:17,
  1610:19, 1610:25,
  1620:13, 1621:4,
  1621:6, 1621:9,
  1621:11, 1621:15,
  1621:25, 1622:2,
  1622:5, 1622:13,
  1628:15, 1628:25,
  1629:6, 1664:11
witnesses [1] - 1579:3
wondered [1] -
  1551:17
word [3] - 1537:20,
  1560:21, 1603:18
workers [1] - 1583:20
workforce [2] -
  1583:3, 1583:4
workshops [1] -
  1554:12
world [16] - 1534:11,
  1534:17, 1550:25,
  1552:9, 1554:6,
  1556:24, 1560:21,
  1564:13, 1564:21,
  1608:22, 1621:11,
  1623:11, 1624:17,
  1630:4, 1630:20,
  1655:21
worldwide [1] -
  1536:17
worried [1] - 1636:24
worst [1] - 1645:15
worst-case [1] -
  1645:15
write [1] - 1558:9

**X**

X&P [1] - 1613:7
XP [1] - 1608:8
XP's [1] - 1613:6

**OFFICIAL TRANSCRIPT**

| Y |
|---|

**year** [13] - 1536:24, 1542:4, 1574:20, 1575:25, 1581:13, 1581:17, 1581:20, 1583:13, 1585:6, 1586:17, 1602:5, 1615:8
**Year** [2] - 1611:20, 1612:7
**Year-to-Date** [1] - 1612:7
**yearly** [2] - 1574:16, 1576:8
**years** [21] - 1535:24, 1536:2, 1542:8, 1555:1, 1569:15, 1569:17, 1569:18, 1573:8, 1582:14, 1585:24, 1586:3, 1618:23, 1632:1, 1632:3, 1632:4, 1632:5, 1634:12, 1652:8, 1654:6
**years'** [1] - 1586:3
**yellow** [3] - 1545:15, 1663:1, 1670:22
**yesterday** [3] - 1530:15, 1545:19, 1551:4
**York** [1] - 1630:23
**yourself** [3] - 1531:16, 1620:6, 1621:18

| Z |
|---|

**ZEVENBERGEN** [1] - 1526:11
**zone** [1] - 1562:19

| " |
|---|

**"MIKE"** [1] - 1527:9

**OFFICIAL TRANSCRIPT**