1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  OIL SPILL BY THE        *   Civil Action
    OIL RIG *DEEPWATER HORIZON*     *
5   IN THE GULF OF MEXICO ON        *   No. 10-MD-2179
    APRIL 20, 2010                  *
6                                   *   Section J
    *Relates to:* No. 10-4536       *
7                                   *   New Orleans, Louisiana
                                    *
8   UNITED STATES OF AMERICA        *   January 28, 2015
                                    *
9   v.                              *
                                    *
10  BP EXPLORATION &                *
    PRODUCTION INC.,                *
11  ANADARKO EXPLORATION &          *
    PRODUCTION LP, ANADARKO         *
12  PETROLEUM CORPORATION,          *
    MOEX OFFSHORE 2007 LLC,         *
13  TRITON ASSET LEASING GMBH,      *
    TRANSOCEAN HOLDINGS LLC,        *
14  TRANSOCEAN OFFSHORE             *
    DEEPWATER DRILLING INC.,        *
15  TRANSOCEAN DEEPWATER INC.,      *
    AND QBE UNDERWRITING LTD.,      *
16  LLOYD'S SYNDICATE 1036          *
    *******************************

17

18              DAY 7, AFTERNOON SESSION
             TRANSCRIPT OF TRIAL PROCEEDINGS
19       HEARD BEFORE THE HONORABLE CARL J. BARBIER
               UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

OFFICIAL TRANSCRIPT

1

2   <u>Appearances</u>:

3   For the United States
    of America:

4                           U.S. Department of Justice
                            Environment & Natural Resources Division
5                           Environmental Enforcement Section
                            BY:   SARAH D. HIMMELHOCH, ESQ.
6                                 STEVEN O'ROURKE, ESQ.
                                  PATRICK CASEY, ESQ.
7                                 NANCY FLICKINGER, ESQ.
                                  ABIGAIL ANDRE, ESQ.
8                                 RACHEL KING, ESQ.
                                  RACHEL HANKEY, ESQ.
9                                 A. NATHANIEL CHAKERES, ESQ.
                                  BRANDON ROBERS, ESQ.
10                                ERICA PENCAK, ESQ.
                                  JUDY HARVEY, ESQ.
11                                RICHARD GLADSTEIN, ESQ.
                                  MICHAEL ZEVENBERGEN, ESQ.
12                                DANIELLE FIDLER, ESQ.
                            Post Office Box 7611
13                          Washington, D.C.  20044

14

15                          U.S. Department of Justice
                            Torts Branch, Civil Division
16                          BY: SHARON SHUTLER, ESQ.
                                MALINDA LAWRENCE, ESQ.
17                              LAURA MAYBERRY, ESQ.
                            Post Office Box 14271
18                          Washington, D.C.  20004

19

20  For the State of
    Louisiana:

21                          Kanner & Whiteley
                            BY: ALLAN KANNER, ESQ.
22                              DOUGLAS R. KRAUS, ESQ.
                                SUSANNAH MCKINNEY, ESQ.
23                              CYNTHIA ST. AMANT, ESQ.
                            701 Camp Street
24                          New Orleans, Louisiana  70130

25

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For BP Exploration and
    Production, Inc.:

                              Kirkland & Ellis
4                             BY: J. ANDREW LANGAN, ESQ.
                                  MATTHEW T. REGAN, ESQ.
5                                 HARIKLIA KARIS, ESQ.
                                  MARK J. NOMELLINI, ESQ.
6                                 A. KATRINE JAKOLA, ESQ.
                              300 North LaSalle
7                             Chicago, Illinois  60654

8

9                             Kirkland & Ellis
                              BY: ROBERT C. "MIKE" BROCK, ESQ.
10                                KIMBERLY BRANSCOME, ESQ.
                              655 Fifteenth Street, N.W.
11                            Washington, D.C.  20005

12

13                            Liskow & Lewis
                              BY: R. KEITH JARRETT, ESQ.
14                            701 Poydras Street, Suite 5000
                              New Orleans, Louisiana  70139

15

16

17  For Anadarko
    Petroleum
18  Corporation:
                              Bingham McCutchen
                              BY: KY E. KIRBY, ESQ.
19                                THOMAS R. LOTTERMAN, ESQ.
                              2020 K Street, NW
20                            Washington, D.C.  20006

21

22                            Morgan Lewis & Bockius
                              BY: JAMES J. DRAGNA, ESQ.
23                            355 South Grand Avenue, Suite 4400
                              Los Angeles, California  90071

24

25

OFFICIAL TRANSCRIPT

```
1   Official Court Reporter:        Toni D. Tusa, CSR, FCRR
                                    500 Poydras Street, Room HB-275
2                                   New Orleans, Louisiana 70130
                                    (504) 589-7778
3

4

5
    Proceedings recorded by mechanical stenography using
6   computer-aided transcription software.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1

## I N D E X

2

Page

Robert Daines

3

    Voir Dire By Mr. Regan                          1991

4

    Direct Examination By Mr. Regan                 1998

5

    Cross-Examination By Mr. Gladstein              2013

6

7

Loren Scott

8

    Voir Dire By Mr. Jarrett                        2024

9

    Direct Examination By Mr. Jarrett               2032

10

    Cross-Examination By Ms. King                   2097

11

    Redirect Examination By Mr. Jarrett             2121

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       **<u>AFTERNOON SESSION</u>**

12:54:32   2       **(January 28, 2015)**

01:04:19   3       **THE COURT:**  Please be seated, everyone.  Good

01:04:21   4  afternoon.

01:04:25   5           Any preliminary matters?

01:04:30   6       **MR. ROBERS:**  We do, Your Honor.  Brandon Robers for

01:04:33   7  the United States.

01:04:33   8          I have here a list of exhibits and designations

01:04:38   9  for deposition testimony associated with Dr. Bonnano that the

01:04:44  10  United States now will offer into evidence.

01:04:47  11       **THE COURT:**  Okay.  Is this what we had talked about

01:04:50  12  this morning?

01:04:52  13       **MR. LANGAN:**  Andy Langan, Your Honor.  Yes, it is.

01:04:53  14  And we have reached an agreement with the United States.

01:04:57  15       **THE COURT:**  Very well.  Good.  So what is it

01:05:00  16  exactly -- describe what you are offering.

01:05:07  17       **MR. ROBERS:**  I'm offering a total of four trial

01:05:09  18  exhibits, and these are studies that were used, academic papers

01:05:13  19  that were used during the deposition, and also a bundle of

01:05:17  20  designation from the deposition itself.  So this will be

01:05:19  21  portions of a transcript.

01:05:21  22       **THE COURT:**  This is all on some stipulation or

01:05:23  23  document that you -- you have listed the -- you have identified

01:05:27  24  them on this document?

01:05:29  25       **MR. ROBERS:**  I have identified the exhibits and the

01:05:31   1   testimony on a document, and then I have copies of all of it
01:05:34   2   for the clerk here.
01:05:35   3            THE COURT:  No objections, right?
01:05:36   4            MR. LANGAN:  No objection, Your Honor.
01:05:39   5            THE COURT:  All right.  Those are admitted.
01:05:40   6            MR. ROBERS:  Your Honor, I also have here a list of
01:05:42   7   deposition bundles that we are offering into evidence in the
01:05:46   8   penalty phase.
01:05:46   9            I have a hard drive that actually contains the
01:05:49  10   designations from all parties, as well as the objections,
01:05:52  11   copies of exhibits associated with each deposition, and
01:05:56  12   summaries from the parties associated with those depositions.
01:05:57  13   So I will offer the list here as well as a hard drive
01:06:02  14   containing all of those documents.
01:06:04  15            THE COURT:  Okay.
01:06:05  16            MR. BROCK:  Those will be just subject to the
01:06:07  17   objections that have been registered.
01:06:09  18            THE COURT:  That are in the depositions, yes.
01:06:10  19            MR. BROCK:  Part of the bundle process.
01:06:14  20            MS. KIRBY:  Anadarko obviously echoes that.
01:06:17  21            THE COURT:  Subject to any objections that are in the
01:06:19  22   depositions, those are admitted.
01:06:21  23            MR. ROBERS:  Your Honor, I would note that the
01:06:23  24   United States is going to reserve its rights to offer
01:06:25  25   additional deposition bundles in rebuttal, if it becomes

OFFICIAL TRANSCRIPT

01:06:28    1   necessary.

01:06:29    2              THE COURT:  I guess we could have -- I actually meant

01:06:32    3   to raise that at the beginning of the trial, and I neglected

01:06:35    4   to.

01:06:36    5              Does BP have deposition bundles also, I suppose,

01:06:38    6   that they wish to offer?

01:06:40    7              MR. BROCK:  We will be doing that.

01:06:41    8              Just for clarity, the objections to the

01:06:44    9   depositions are part of a different process.  They are not

01:06:48   10   actually noted in the deposition, but there's a process for

01:06:51   11   registering objections to designations.  So they have some --

01:06:56   12              THE COURT:  I see what you mean.  But those are

01:06:58   13   contained within the bundles, right?

01:07:01   14              MR. BROCK:  I don't know where they reside.

01:07:02   15              MR. ROBERS:  They are, Your Honor.

01:07:03   16              MS. HIMMELHOCH:  They are, Your Honor, and they are

01:07:05   17   hyperlinked.  So if you are reading the transcript, you will

01:07:08   18   see a little green dot; you click on that, and it will take you

01:07:13   19   to the objections.

01:07:13   20              THE COURT:  Very well.  I think that's the same thing

01:07:15   21   we had done before.  Right?  Okay.

01:07:24   22              MR. REGAN:  Good afternoon, Your Honor.  Matt Regan

01:07:24   23   on behalf of BPXP.

01:07:26   24              Preliminarily, I have some exhibits to offer.

01:07:27   25   At this time for BPXP, I would offer the exhibits used for

| | | |
|---|---|---|
| 01:07:31 | 1 | Dr. Boesch. |
| 01:07:35 | 2 | **MR. ROBERS:**  No objection, Your Honor. |
| 01:07:36 | 3 | **THE COURT:**  Without objection, those are admitted. |
| 01:07:39 | 4 | **MR. REGAN:**  On behalf of BPXP, I would offer the |
| 01:07:42 | 5 | exhibits used with Mr. Ratner. |
| 01:07:43 | 6 | **MR. ROBERS:**  No objection. |
| 01:07:43 | 7 | **THE COURT:**  Without objection, those are admitted. |
| 01:07:46 | 8 | **MR. REGAN:**  BPXP offers the exhibits used with |
| 01:07:48 | 9 | Dr. Mason. |
| 01:07:51 | 10 | **MR. ROBERS:**  No objection, Your Honor. |
| 01:07:51 | 11 | **THE COURT:**  Without objection, those are admitted. |
| 01:07:53 | 12 | **MR. REGAN:**  Finally, Your Honor, BPXP offers the |
| 01:07:55 | 13 | exhibits used with Dr. Quivik. |
| 01:07:58 | 14 | **MR. ROBERS:**  No objection, Your Honor. |
| 01:07:58 | 15 | **THE COURT:**  Without objection, those are also |
| 01:08:00 | 16 | admitted. |
| 01:08:01 | 17 | **MR. REGAN:**  Thank you, Your Honor. |
| 01:08:04 | 18 | **THE COURT:**  Sure.  Any other preliminary matters |
| 01:08:05 | 19 | before we resume the testimony? |
| 01:08:09 | 20 | **MR. REGAN:**  I don't believe so, Your Honor.  At this |
| 01:08:10 | 21 | time, BPXP would call Professor Robert Daines. |
| 01:08:15 | 22 | **THE COURT:**  Okay. |
| 01:08:15 | 23 | **ROBERT DAINES,** |
| 01:08:15 | 24 | having been duly sworn, testified as follows: |
| 01:08:23 | 25 | **THE DEPUTY CLERK:**  State your full name and correct |

01:08:23  1  spelling for the record, please.

01:08:31  2          **THE WITNESS:**  My name is Robert Daines.  That's -- I

01:08:35  3  assume you've got Robert.  It's D-A-I-N-E-S.  R-O-B-E-R-T, just

01:08:42  4  to be complete.

01:08:45  5          **MR. REGAN:**  Again, Matt Regan on behalf of BPXP.

01:08:47  6  And, Professor Daines, I have you on direct examination.

01:08:50  7                          **VOIR DIRE**

01:08:51  8  BY MR. REGAN:

01:08:52  9  **Q.**   Professor Daines, could you please just introduce yourself

01:08:53  10  to the Court and let us know where you live.

01:08:56  11  **A.**   Sure.  Robert Daines.  I live in Stanford, California.

01:09:00  12  **Q.**   Where are you currently employed?

01:09:01  13  **A.**   At Stanford.

01:09:03  14  **Q.**   Before I turn to your background and some detail, have you

01:09:07  15  been retained by BPXP in this matter as an expert witness?

01:09:10  16  **A.**   Yes.

01:09:11  17  **Q.**   And have you prepared a slide or demonstrative to describe

01:09:15  18  what you were asked to examine?

01:09:17  19  **A.**   Yes.

01:09:18  20          **MR. REGAN:**  If we could pull up D-34451.

01:09:22  21  BY MR. REGAN:

01:09:25  22  **Q.**   And using this demonstrative, Professor Daines, could you

01:09:28  23  just summarize for the Court what you were asked to look at or

01:09:30  24  what the scope of your work was.

01:09:32  25  **A.**   Sure.  The United States has raised, as I understand it,

**ROBERT DAINES – VOIR DIRE**

01:09:34  1    and Professor Quivik, a number of issues about BPXP's corporate

01:09:39  2    governance practices.  And I was asked to evaluate those

01:09:42  3    against the typical practices and customary practices for

01:09:47  4    subsidiaries and corporations.

01:09:51  5            And secondly, I was asked to describe the economic

01:09:53  6    impact of increasing a penalty on a subsidiary when three

01:09:58  7    things happen:  When one parent aids in a response; when a

01:10:02  8    parent is well capitalized; or when a subsidiary adopts typical

01:10:07  9    governance practices.  And I was asked to describe as an

01:10:10  10   economic matter what the impact and the incentives would be

01:10:14  11   from those three things.

01:10:14  12   **Q.**   Before we get to your conclusions on those two matters, I

01:10:16  13   would like to give the Court a little bit more detail about

01:10:18  14   your background.  Have you also helped to put together a slide

01:10:22  15   that summarizes your relevant educational and professional

01:10:25  16   background?

01:10:26  17   **A.**   Yes.

01:10:27  18            **MR. REGAN:**  D-34452.

01:10:29  19   **BY MR. REGAN:**

01:10:31  20   **Q.**   So let's start with your educational background.  Can you

01:10:33  21   describe your educational background for the Court.

01:10:35  22   **A.**   Yes.  I have a Bachelor of Science in economics and a B.A.

01:10:38  23   in American studies from Brigham Young University.  And after

01:10:42  24   my undergraduate there, I went to law school at Yale.

01:10:47  25   **Q.**   What did you do after you got your law degree?

ROBERT DAINES - VOIR DIRE

| | |
|---|---|
| 01:10:49 | 1 |

**A.**   I clerked for a year on the Second Circuit; then I did

postgrads with fellowship in law and economics at Yale Law

School.  Then after that, I went to work as an investment

banker for Goldman Sachs.

**Q.**   What type of work did you do at Goldman Sachs?

**A.**   Basically I helped the companies borrow money.  So we did

bank financing or bond financing.  I helped advise about

financing and financing structure, and performed due diligence.

**Q.**   How long were you at Goldman?

**A.**   Three or four years.

**Q.**   What did you do next?

**A.**   After that, I went to work at NYU School of Law, where I

taught for seven or eight years.

**Q.**   Okay.  Could you give the Court a sense of what types of

subjects you taught at NYU.

**A.**   Yeah.  I taught basic corporations courses and courses on

the economic analysis of complex transactions and economic

analysis of sort of corporate governance and legal debates.

**Q.**   Did you have a particular position at NYU?

**A.**   Yes.  I was a professor of law.  I ended up as a

professor.  I started as a peon or junior -- associate

professor, I think, is the word, but ended up a professor of

law.

**Q.**   You said you were at NYU for about seven years or about.

What did you do after leaving NYU?

ROBERT DAINES - VOIR DIRE

01:12:08  1  **A.**   Well, I spent a little time at Columbia and then at Yale.

01:12:12  2  And then in 2004, I moved to Stanford.  And now at the law

01:12:19  3  school, I'm the Pritzker Professor of Law and Business.  At the

01:12:23  4  graduate school of business, I'm a professor of finance by

01:12:26  5  courtesy, and I am the codirector of Rock Center -- Stanford's

01:12:32  6  Rock Center on Corporate Governance.

01:12:35  7  **Q.**   You've been at Stanford now, in a variety of places at

01:12:38  8  Stanford, for about the last 10 or 11 years?

01:12:41  9  **A.**   Yes.

01:12:42  10  **Q.**   Just briefly, what types of courses do you teach at

01:12:46  11  Stanford Law School?

01:12:47  12  **A.**   I teach corporate governance; I teach corporations; I

01:12:49  13  teach top corporate finance; I teach the economic analysis of

01:12:53  14  complex transactions and international business organizations.

01:12:58  15  **Q.**   And how about at the business school?  What types of

01:13:01  16  courses do you teach at the business school at Stanford?

01:13:04  17  **A.**   I teach -- Economic Analysis of Complex Transactions is

01:13:07  18  the ugly name of the course.  I also teach a course that

01:13:13  19  introduces graduate students in the business school and around

01:13:17  20  the university into corporate governance and economic analysis

01:13:22  21  of corporations.

01:13:24  22  **Q.**   At a high level, are the things that you teach at the

01:13:27  23  business school there at Stanford similar to the issues that

01:13:29  24  you looked at in this matter?

01:13:31  25  **A.**   Yeah.  In one way or another, they all deal with corporate

**ROBERT DAINES - VOIR DIRE**

01:13:35  1  governance, the economic incentives of actors, or economic

01:13:37  2  analysis of organizations.

01:13:38  3  **Q.**   You mentioned the Rock Center on Corporate Governance, and

01:13:43  4  you have that on our slide here.  Can you give the Court a

01:13:45  5  sense of what that is.

01:13:47  6  **A.**   Sure.  Many people have opinions about corporate

01:13:50  7  governance.  A lot of people have strong opinions about

01:13:51  8  corporate governance.  Very few people have evidence about what

01:13:55  9  counts or what is good, effective corporate governance.  The

01:13:57  10  Rock Center tries to provide good, rigorous academic evidence

01:14:04  11  about corporate governance.  So we fund and conduct academic

01:14:07  12  research.

01:14:08  13       Secondly, we provide training to members of the

01:14:10  14  public, regulators, journalists, board members, to try to

01:14:15  15  provide training about corporate governance.

01:14:18  16       And then, thirdly, we provide classroom materials for

01:14:21  17  people to use in teaching about corporate governance.

01:14:24  18  **Q.**   You mentioned research in your last answer.  Again, at a

01:14:28  19  high level, can you give the Court a sense of the type of

01:14:31  20  research that you do and the types of places that you publish

01:14:33  21  your research.

01:14:34  22  **A.**   Sure.  The kind of research I do is about sort of the

01:14:38  23  intersection of finance and law, to try to understand people's

01:14:42  24  economic incentives and the way organizations are put together

01:14:48  25  from an economic point of view.

ROBERT DAINES – VOIR DIRE

01:14:50   1          So I publish on corporate governance, mergers and
01:14:54   2   acquisitions, or a variety of topics that are related to those.
01:14:56   3   And I publish primarily in economics or finance journals to try
01:15:01   4   to provide evidence.
01:15:02   5   **Q.**   Do you ever work directly with people who serve on boards
01:15:05   6   of directors of public companies or private companies?
01:15:09   7   **A.**   Yeah.
01:15:10   8   **Q.**   In what sense do you interact with people who are board
01:15:13   9   members?
01:15:13  10   **A.**   Probably three ways.  One is I'm asked probably once a
01:15:16  11   month to do some training or some lecture about corporate
01:15:19  12   governance, and so I lecture to groups of directors or
01:15:24  13   journalists about corporate governance and current research.
01:15:28  14          Secondly, I'm part of a group, a consortium of
01:15:32  15   schools involving Stanford, Chicago, and Tuck business school
01:15:40  16   that offers training to directors of public companies and
01:15:43  17   directors of large private companies.  And probably 200
01:15:47  18   directors or so a year are trained in this group that Stanford
01:15:51  19   and these other schools put together, and I'm part of that
01:15:55  20   training for public directors.
01:15:56  21   **Q.**   Have you ever served as a testifying expert witness
01:15:58  22   before, Professor Daines?
01:16:00  23   **A.**   Yes.
01:16:01  24   **Q.**   Again, just at a high level, what types of cases have you
01:16:03  25   served as an expert in?

ROBERT DAINES - VOIR DIRE

01:16:04  1   **A.**   Corporate governance, mergers and acquisitions.  Generally
01:16:09  2   complex corporate transactions, to try to explain what's going
01:16:13  3   on.
01:16:13  4   **Q.**   Have you ever been retained by the United States or by the
01:16:14  5   Department of Justice to serve as an expert witness for the
01:16:17  6   United States in any matter?
01:16:20  7   **A.**   Yeah.  I did last month in a case involving the bailout of
01:16:25  8   AIG.  I testified for the Department of Justice.
01:16:29  9          **MR. REGAN:**  At this time, Your Honor, I would tender
01:16:31  10  Professor Daines as an expert in corporate governance and the
01:16:35  11  economic analysis of complex transactions.
01:16:49  12          **MR. GLADSTEIN:**  Good afternoon, Your Honor.  Richard
01:16:50  13  Gladstein for the United States.
01:16:51  14          The United States does not object to this
01:16:53  15  witness' testimony as a whole.
01:16:56  16          Taking Your Honor's request, we are focusing on
01:17:00  17  particular lines of questioning.  And from the initial slide
01:17:04  18  that was presented, what he was focusing on was commonality
01:17:08  19  between whatever the relationship is between BPXP and the BP
01:17:13  20  group.  That is an issue we believe that may be appropriate.
01:17:17  21          On the other hand, I don't really know what he's
01:17:19  22  going to get into.  If you had a chance to review his reports,
01:17:22  23  there's a fair amount in his reports about whether
01:17:25  24  such-and-such is a basis for deviating from limited liability,
01:17:30  25  whether such-and-such is proper or improper, whether it's

ROBERT DAINES - DIRECT

01:17:34  1   appropriate or inappropriate.

01:17:35  2            And, Your Honor, the United States is not

01:17:38  3   seeking to pierce the corporate veil here.  We've repeatedly

01:17:42  4   said that.

01:17:42  5            So to the extent that the questioning goes into

01:17:47  6   lines of is such-and-such a basis for deviating from limited

01:17:50  7   liability, or proper or improper, or appropriate or

01:17:53  8   inappropriate, we would object.

01:17:54  9            On the other hand, if he is talking about what's

01:17:57  10  common or he's being descriptive, we think that's appropriate.

01:18:01  11           **THE COURT:**  All right.  Well, I think the way we will

01:18:03  12  proceed is, when questions are asked that you think are

01:18:07  13  improper or objectionable, make your objection.  Okay?

01:18:13  14           **MR. GLADSTEIN:**  I appreciate that, Your Honor.

01:18:15  15           **MR. REGAN:**  So, Your Honor, with that statement, we

01:18:19  16  again would offer Professor Daines as an expert as described.

01:18:25  17           **THE COURT:**  He is accepted, and will be allowed to

01:18:27  18  testify.

01:18:27  19                        **DIRECT EXAMINATION**

01:18:28  20  BY MR. REGAN:

01:18:28  21  **Q.**   Mr. Daines, did you prepare a series of reports that set

01:18:31  22  forth the opinions that you reached in this proceeding?

01:18:34  23  **A.**   Yes.  I prepared three.

01:18:38  24  **Q.**   Those reports, they contain both your opinions and the

01:18:45  25  bases for those opinions, correct?

ROBERT DAINES - DIRECT

01:18:45  1   A.   Yes, sir.

01:18:46  2   Q.   All right.  I should also say do those reports also

01:18:47  3   contain rebuttal that you had to the opinions that were

01:18:49  4   expressed in the reports by the United States' industrial

01:18:52  5   archeologist, Professor Quivik?

01:18:55  6   A.   Yes, sir.

01:18:57  7        MR. REGAN:  If we could pull up D-34453.  And this is

01:19:03  8   TREX-13214, -13215, -13442.

01:19:10  9   BY MR. REGAN:

01:19:11  10  Q.   Professor Daines, do those appear to be at least cover

01:19:13  11  pages of the three reports that you submitted in this matter?

01:19:16  12  A.   Yes.

01:19:20  13  Q.   We are not going to go through everything that's in those

01:19:23  14  reports, but just some of the high points.

01:19:25  15       MR. REGAN:  If we could pull up D-34454.

01:19:28  16  BY MR. REGAN:

01:19:33  17  Q.   From those three reports, Professor Daines, have you

01:19:35  18  prepared a summary of the opinions that you have reached?

01:19:38  19  A.   Yes.

01:19:39  20  Q.   Are those represented here on D-34454?

01:19:42  21  A.   Yes.

01:19:43  22  Q.   Could you just walk through those with the Court.

01:19:46  23  A.   Sure.  The first one is that the aspects of corporate

01:19:50  24  governance and corporate structure that the United States is

01:19:53  25  focused on are typical of wholly owned subsidiaries.  That's

ROBERT DAINES - DIRECT

01:19:57  1   the first one.  Everything there is typical.

01:20:00  2          The second one is that if penalties on a subsidiary

01:20:03  3   are higher or imposed because a parent company aids in a

01:20:07  4   response, a parent company is well capitalized or a subsidiary

01:20:12  5   adopts typical governance practices, then bad stuff happens.

01:20:17  6   **Q.**  Let's turn, then, to your first opinion.

01:20:21  7          **THE COURT:**  Let me just interject or ask because I'm

01:20:23  8   under the impression that the United States does not disagree

01:20:28  9   with the first premise there, the first opinion.

01:20:31  10         Is that right, Mr. Gladstein?  I don't think --

01:20:36  11  I don't understand the United States to be saying that the

01:20:40  12  corporate structure is somehow improper, illegal, unusual for

01:20:45  13  this type of business.

01:20:48  14         That's not your argument, I don't think.  Is it?

01:20:52  15         **MR. GLADSTEIN:**  That's correct, Your Honor.  In terms

01:20:56  16  of --

01:20:56  17         **THE COURT:**  Well, stop right there.

01:21:00  18         So why do we need to go through this?

01:21:03  19         **MR. REGAN:**  We will go through some aspects very

01:21:04  20  quickly because they do say that, Your Honor, and then they

01:21:09  21  persist in putting on evidence to try to suggest that there is

01:21:11  22  something wrong.  I'll do it very quickly --

01:21:12  23         **THE COURT:**  I haven't been operating under the

01:21:14  24  impression that they are suggesting there's something, quote,

01:21:17  25  wrong with it.  My sense is that the government's argument is

2001

**ROBERT DAINES - DIRECT**

01:21:20  1  that because of the way they operate, what implication should
01:21:26  2  you draw from that?  What do you make of it?  It's not that
01:21:32  3  there's anything wrong with it.  That's what I understand is --
01:21:34  4         MR. GLADSTEIN:  That's correct, Your Honor.
01:21:34  5         MR. REGAN:  Professor Daines can explain from a
01:21:37  6  corporate governance perspective why things that they may or
01:21:40  7  may not be challenging are set up the way they are set up.  We
01:21:43  8  could do it very quickly, Your Honor.
01:21:44  9         THE COURT:  Okay.  Go ahead.  Sure.
01:21:47 10  BY MR. REGAN:
01:21:47 11  Q.   Professor Daines, again at a very high level, have you
01:21:50 12  prepared a demonstrative that outlines some of the
01:21:53 13  differences -- well, first let me ask you, you understand BPXP
01:21:57 14  is a wholly owned subsidiary?
01:22:00 15  A.   Yep.
01:22:00 16  Q.   And it has a series of corporate parents up to BP PLC,
01:22:04 17  correct?
01:22:04 18  A.   Yes.
01:22:05 19  Q.   Have you prepared a demonstrative that outlines some of
01:22:08 20  the differences between a wholly owned subsidiary and a
01:22:11 21  corporate parent?
01:22:13 22  A.   Yes.
01:22:14 23         MR. REGAN:  Could we pull up D-34458.
01:22:14 24  BY MR. REGAN:
01:22:16 25  Q.   Could you quickly just walk through what we have on the

OFFICIAL TRANSCRIPT

**ROBERT DAINES - DIRECT**

| | | |
|---|---|---|
| 01:22:19 | 1 | demonstrative.  What are the fundamental differences between a |
| 01:22:22 | 2 | public company and a wholly owned subsidiary? |
| 01:22:25 | 3 | **A.**   There are several fundamental differences that describe |
| 01:22:29 | 4 | why they will have different practices and different |
| 01:22:31 | 5 | governance. |
| 01:22:32 | 6 |       And the first is that the fundamental fact about a |
| 01:22:34 | 7 | public company is it typically has thousands or tens of |
| 01:22:38 | 8 | thousands of shareholders.  Everybody has a little piece of the |
| 01:22:41 | 9 | company.  If I or you own stock in Apple, we are technically |
| 01:22:44 | 10 | owners, but we don't have the information or the incentive or |
| 01:22:48 | 11 | the ability to reach into the details of Apple and provide |
| 01:22:52 | 12 | advice or to double-check to make sure everything is fine. |
| 01:22:55 | 13 |       So as a result, that means that the managers who are |
| 01:22:58 | 14 | controlling Apple or a public firm, they can do bad stuff. |
| 01:23:01 | 15 | They can hire their idiot nephew, they can steal money, they |
| 01:23:05 | 16 | can be lazy.  They could do a lot if nobody was minding the |
| 01:23:10 | 17 | shop. |
| 01:23:11 | 18 |       So the central governance solution is, well, |
| 01:23:11 | 19 | therefore, shareholders elect a board of directors, and the |
| 01:23:13 | 20 | board represents the shareholders and can monitor managers. |
| 01:23:18 | 21 | And then they adopt a lot of governance procedures to monitor |
| 01:23:22 | 22 | the firm and ensure performance, in light of the fact that |
| 01:23:25 | 23 | there's no shareholder who is able to do that themselves. |
| 01:23:28 | 24 |       That's the left side of the column. |
| 01:23:30 | 25 | **Q.**   How does that scenario, again at a high level, compare to |

ROBERT DAINES - DIRECT

01:23:33  1   a wholly owned subsidiary board or structure from a governance

01:23:36  2   perspective?

01:23:37  3   A.   It's totally different.  There's nothing like that

01:23:40  4   problem.  In a wholly owned subsidiary, there is one

01:23:43  5   shareholder.  That shareholder knows what's going on.  The

01:23:45  6   shareholder can act directly.  The shareholder has good

01:23:48  7   information.  So they don't have to rely on a board or act

01:23:51  8   through a board in that same way.

01:23:53  9            That's the basic governance difference.

01:23:57  10  Q.   We have heard some testimony, both from Professor Quivik

01:24:00  11  on behalf of the United States and in some of the questions of

01:24:03  12  other witnesses about the fact that the BP group has both legal

01:24:08  13  entities and segments.

01:24:10  14           Did you see that in your review of the evidence in

01:24:10  15  this case?

01:24:10  16  A.   Yes.

01:24:12  17           MR. REGAN:  Just to orient these questions quickly,

01:24:13  18  if we could go to the ELMO please.

01:24:23  19  BY MR. REGAN:

01:24:26  20  Q.   Professor Daines, first, if we were to have a parent

01:24:33  21  company and what I will call subsidiary 1, subsidiary 2,

01:24:37  22  subsidiary 3, from your background, why do parent companies

01:24:42  23  organize themselves with subsidiaries?

01:24:44  24  A.   There are a bunch of reasons.  One may be regulations.

01:24:47  25  They may be required to create separate subsidiaries in

ROBERT DAINES - DIRECT

01:24:54   1   separate jurisdictions.

01:24:55   2           Two, it helps to specify a particular basket of

01:24:59   3   assets that will back a particular business venture.  So they

01:25:02   4   will say, this bucket of assets will back venture A and this

01:25:07   5   bucket of assets will be behind venture B.  And so that

01:25:11   6   helps -- you have customized rules.  You can have customized

01:25:15   7   priorities, creditors.  Subsidiary 1, they don't have to worry

01:25:17   8   about subsidiary 2.

01:25:18   9           So it saves everybody the cost of monitoring the

01:25:22   10   health of all the subsidiaries if the creditors only have to

01:25:25   11   look at what's going on in their particular subsidiary.  So it

01:25:28   12   helps everybody, and it means that people provide capital more

01:25:32   13   easily.

01:25:33   14           There could be tax reasons as well.

01:25:34   15   **Q.**   If we think of a subsidiary as a legal entity, what's the

01:25:38   16   difference between a subsidiary and a business segment or a

01:25:41   17   business function?

01:25:43   18   **A.**   Well, they are created to answer different questions.  So

01:25:47   19   you create subsidiaries to allocate pools of assets to

01:25:51   20   particular business ventures or -- particularly your tax or

01:25:56   21   finance reasons.

01:25:58   22           A segment is created to coordinate the people or the

01:26:01   23   authority that will manage those assets.  So let's imagine you

01:26:03   24   have a company that operates in different jurisdictions.  S1 is

01:26:08   25   in jurisdiction 1 and S2 is in jurisdiction 2.  Let's say they

ROBERT DAINES - DIRECT

| | | |
|---|---|---|
| 01:26:13 | 1 | are in a related business.  Well, then you might have some |
| 01:26:18 | 2 | common management to supervise both, and there would be nothing |
| 01:26:22 | 3 | wrong.  If you have sales in both jurisdiction 1 or 2, you |
| 01:26:25 | 4 | might have somebody in charge of sales that looks after both 1 |
| 01:26:27 | 5 | and 2 or treasury or finance.  They just organize the |
| 01:26:32 | 6 | activities of the different subsidiaries. |
| 01:26:34 | 7 | Q.   The concept that you just relayed to the Court, do you see |
| 01:26:37 | 8 | that concept reflected in corporate governance and literature? |
| 01:26:41 | 9 | A.   Yeah.  This is a common thing.  There's nothing unusual |
| 01:26:44 | 10 | about having segments that are different than subsidiaries. |
| 01:26:49 | 11 | MR. REGAN:  If we could just pull up one of the |
| 01:26:49 | 12 | articles that you cite in your report, TREX-240672.1. |
| 01:26:55 | 13 | BY MR. REGAN: |
| 01:26:56 | 14 | Q.   I believe this is a book titled *Comparative Corporate* |
| 01:26:59 | 15 | *Governance*.  Is that one of the books you cite in your report? |
| 01:27:02 | 16 | A.   Yes. |
| 01:27:02 | 17 | MR. REGAN:  And if we could pull TREX-240672.34.1. |
| 01:27:06 | 18 | BY MR. REGAN: |
| 01:27:08 | 19 | Q.   Again, on this topic of business functions or segments |
| 01:27:13 | 20 | versus subsidiaries, what did you find in the *Comparative* |
| 01:27:17 | 21 | *Corporate Governance* book on that topic? |
| 01:27:20 | 22 | A.   Just what I said.  Look at that top sentence.  "In company |
| 01:27:23 | 23 | groups, the economic and legal units of business do not |
| 01:27:25 | 24 | necessarily coincide." |
| 01:27:28 | 25 | Or look at the one down below.  "The firm normally |

**ROBERT DAINES - DIRECT**

01:27:31  1    ends up with multidivisional structure."  So you have operating

01:27:35  2    units of many legally separate subsidiaries, and then there are

01:27:40  3    separate sort of organizational or operating ways to manage the

01:27:44  4    assets that are housed in those different subsidiaries.

01:27:46  5           So this is just a standard away of doing business for

01:27:49  6    a multinational firm.

01:27:50  7    **Q.**   Did you also, in addition to looking at literature, look

01:27:53  8    at data about how large companies are organized --

01:27:56  9    **A.**   Sure.

01:27:56  10   **Q.**   -- with respect to this question of having segments and

01:27:59  11   subsidiary legal entities?

01:28:00  12   **A.**   Yes, I did.

01:28:01  13   **Q.**   Did you present that information in your reports?

01:28:03  14   **A.**   Yes.  I think there's an exhibit.

01:28:05  15          **MR. REGAN:**  If we could pull up D-34460.

01:28:08  16   BY MR. REGAN:

01:28:12  17   **Q.**   We may have seen this -- I believe we saw this chart with

01:28:16  18   Professor Quivik, but since it's your chart, can you just again

01:28:19  19   summarize -- what are you representing or what conclusions did

01:28:24  20   you reach from the data that's presented on this chart out of

01:28:27  21   your expert report?

01:28:27  22   **A.**   This just lists a number of major multinational oil and

01:28:32  23   gas companies.  The gray shades are the super majors, the

01:28:34  24   publicly traded largest companies.

01:28:36  25          And it just shows -- in the middle column, you can

ROBERT DAINES - DIRECT

01:28:37  1   look at how many business segments they have.  You can see they
01:28:40  2   have a handful.  And, in fact, on the average, the second to
01:28:45  3   the last line, it says "average"; and there they have, on
01:28:49  4   average, 4.  But if you then go to a database -- there's a
01:28:54  5   common database that I looked at, Capital IQ, that reports the
01:28:59  6   number of majority-owned subsidiaries, and you will see that's
01:29:02  7   a big number.
01:29:04  8           So it's not terribly sophisticated.  Small number of
01:29:07  9   segments, a big number of subsidiaries, that's a common way to
01:29:10  10  organize a multinational enterprise like an oil and gas
01:29:14  11  company.
01:29:15  12  Q.   We don't have to put it up, but you also present a chart
01:29:16  13  that looks at just very large companies, not in any particular
01:29:19  14  sector, but just at large companies, correct?
01:29:22  15  A.   Yeah.  I took a look at all companies with assets over a
01:29:25  16  hundred billion dollars.
01:29:26  17  Q.   Did you find this same sort of trend of a small number of
01:29:31  18  business segments and, you know, dozens or hundreds of
01:29:35  19  subsidiaries?
01:29:35  20  A.   Yeah.  I think it was under five segments and a couple
01:29:39  21  hundred subsidiaries.
01:29:40  22  Q.   Professor Quivik in his report talked about the fact that
01:29:43  23  BPXP uses centralized functions, legal, treasury -- and again
01:29:48  24  understanding that he is not contesting that those are
01:29:50  25  improper.  Are those types of centralized support functions

OFFICIAL TRANSCRIPT

ROBERT DAINES - DIRECT

01:29:56  1    common in your experience with multinational corporations?

01:30:00  2    **A.**   Yes.

01:30:01  3    **Q.**   Why are they used?

01:30:03  4    **A.**   It makes sense.  You can achieve economies of scale.  If

01:30:08  5    every subsidiary had its own banking department, its own

01:30:10  6    finance, did its own -- had its own legal team, you would waste

01:30:14  7    money and you'd get inconsistent results.

01:30:17  8         So to achieve economies of scale, you centralize

01:30:20  9    certain functions.  And to achieve certain results, you

01:30:24 10    centralize those.  That's standard and it makes good economic

01:30:28 11    sense.

01:30:28 12    **Q.**   The Court has also heard, in questions to a number of

01:30:32 13    witnesses and in some deposition testimony, about the fact that

01:30:34 14    BPXP does not have a payroll, does not have a W-2 employee

01:30:38 15    base.

01:30:39 16         Did you see that in the materials that you reviewed?

01:30:42 17    **A.**   Yes.

01:30:44 18    **Q.**   As an expert in corporate governance, do you think it's

01:30:47 19    appropriate, from a corporate governance perspective, for a

01:30:50 20    wholly owned subsidiary to reimburse affiliates for employees?

01:30:53 21    **A.**   Sure.

01:30:53 22         **MR. REGAN:**   I want to pull up from your report

01:30:58 23    TREX-13215.23.1.

01:31:04 24    **BY MR. REGAN:**

01:31:07 25    **Q.**   Is this a sentence out of your first report?

OFFICIAL TRANSCRIPT

ROBERT DAINES - DIRECT

01:31:09  1   **A.**   Yes, sir.

01:31:10  2   **Q.**   You write:  "BPXP can act through the BP group Gulf of

01:31:13  3   Mexico employees, for whose time it pays and who could do this

01:31:18  4   work on BPXP's behalf."

01:31:21  5          In more simple terms, what are you describing there?

01:31:25  6   **A.**   Just the simple fact that a corporation is a legal

01:31:29  7   creation, and it can only act through people for whose time it

01:31:34  8   pays.  It can't act itself.  It has to -- somebody has to act

01:31:37  9   for it, and they can pay for it.  That's how corporations act

01:31:41 10   all the time.

01:31:42 11   **Q.**   If BPXP is paying for the time of people to act on its

01:31:45 12   behalf, those activities, from a corporate governance

01:31:48 13   perspective, are BPXP activities?

01:31:50 14   **A.**   Yeah, they may be.  This is the only way it can act.

01:31:58 15   **Q.**   If we can go back to the ELMO.

01:32:02 16          Again, Professor Daines, as we discussed with the

01:32:04 17   Court at the beginning of your examination and counsel for the

01:32:07 18   United States, the United States has made clear that they are

01:32:10 19   not seeking to pierce a corporate veil, and we have reaffirmed

01:32:17 20   that today.

01:32:18 21          I just want, from your perspective, from an economics

01:32:21 22   perspective and a corporate governance perspective, what does

01:32:23 23   that mean, to say you are not seeking to pierce the corporate

01:32:26 24   veil?

01:32:28 25          **MR. GLADSTEIN:**  Your Honor, this sounds like he is

ROBERT DAINES - DIRECT

01:32:29   1   eliciting --

01:32:30   2           THE COURT:  I'm going to sustain the objection to

01:32:31   3   that.  I don't think we need to go there.  I think I know what

01:32:34   4   that means.

01:32:35   5           MR. REGAN:  Fair enough, Your Honor.

01:32:35   6           THE COURT:  Okay.

01:32:36   7           MR. REGAN:  I will move on.

01:32:38   8   BY MR. REGAN:

01:32:39   9   Q.   We can turn now to your second opinion, D-34471.  And you

01:32:49  10   have here, as you described, three scenarios where you say

01:32:52  11   there may be undesirable consequences, the first of which is a

01:32:56  12   situation where penalties are higher because a parent company

01:33:00  13   has aided a subsidiary's response.

01:33:03  14           From an economic and corporate governance

01:33:05  15   perspective, Professor Daines, what are the undesirable

01:33:08  16   consequences of setting a penalty based on the fact that a

01:33:12  17   parent company has made contributions to a subsidiary to aid a

01:33:16  18   response?

01:33:18  19   A.   Well, there's a simple rule, and that is:  If you penalize

01:33:22  20   something, you get less of it in the future.  That is, if a

01:33:27  21   parent provides valuable capital or expertise and if you

01:33:33  22   penalize that, then in the future, people will be less likely

01:33:36  23   to do it.  It's a simple rule.

01:33:38  24           And if capital or resources or expertise would be

01:33:41  25   helpful, it seems to me to be a bad idea to penalize based on

**ROBERT DAINES - DIRECT**

01:33:44  1   that reason.  Does that make sense?

01:33:48  2   **Q.**   Your second proposition is about in a situation where a

01:33:53  3   parent is well capitalized.  Is that something you also discuss

01:33:57  4   in your report, negative consequences economically in terms of

01:34:01  5   incentives if a penalty is based on the capitalization of a

01:34:05  6   parent company?

01:34:06  7   **A.**   Yes, sir.

01:34:07  8   **Q.**   Again, briefly, understanding that it is in your report,

01:34:11  9   what are some of the undesirable consequences you would see

01:34:14  10  from your background?

01:34:16  11  **A.**   Well, if you penalize a subsidiary because its parent is

01:34:20  12  well capitalized, then well-capitalized parents face higher

01:34:25  13  costs.  There will be a disadvantage.  And then other things

01:34:29  14  equal, you'd get less investment from a well-capitalized

01:34:34  15  parent.  If it's helpful to have well-capitalized parents,

01:34:37  16  that's not a good thing.

01:34:41  17  **Q.**   Finally, you have a phrase about where a subsidiary adopts

01:34:44  18  typical governance practices.

01:34:46  19          **MR. REGAN:**  If we could pull up D-34469.

01:34:47  20  **BY MR. REGAN:**

01:34:49  21  **Q.**   And, again, as I discussed with the Court at the beginning

01:34:53  22  of your examination, have we listed on D-34469 areas that we

01:34:59  23  believe there is agreement between the parties, that is,

01:35:02  24  activities that are not challenged or not viewed as abnormal?

01:35:07  25  **A.**   Yes.

**ROBERT DAINES - DIRECT**

01:35:08  1   **Q.**   We are not going to go through each one, mindful of how we

01:35:11  2   started.  But from your perspective, if penalties are based on

01:35:16  3   the existence of these types of behaviors, would that lead to

01:35:21  4   undesirable consequences?

01:35:22  5   **A.**   Yes.

01:35:23  6   **Q.**   Why?

01:35:26  7   **A.**   Because I think, as people can see, these are all -- this

01:35:29  8   is another way of saying a wholly owned subsidiary of a big

01:35:35  9   company -- that is, these are ordinary, everyday -- and you

01:35:39  10  would end up penalizing everybody.  And that is -- it would be

01:35:44  11  the economic equivalent of increasing or giving a penalty

01:35:47  12  because somebody spoke using a combination of consonants and

01:35:52  13  vowels.  That is, everybody does that.  So if you jack up a

01:35:56  14  penalty because of this, you would do it all the time.  And

01:35:58  15  that seems to me to be -- have two problems.

01:36:05  16       One is, I don't see -- nobody has identified any good

01:36:08  17  that would come from that.  So I don't see any good coming from

01:36:12  18  it, and it may produce harm.

01:36:16  19       **MR. REGAN:**  Thank you, Professor Daines.

01:36:17  20       That's all I have, Your Honor.

01:36:19  21       **THE COURT:**  Okay.

01:36:19  22       **MR. REGAN:**  I should say let me mark as D-35470 what

01:36:24  23  I was drawing on the ELMO.

01:36:28  24       **THE COURT:**  Did they not give you an allotment for

01:36:31  25  technology, Mr. Regan?  You seem to always be reduced to pen

ROBERT DAINES - CROSS

01:36:35   1    and pencil, paper and pencil.  Mr. Brock and everybody else has
01:36:40   2    all this high-tech stuff.
01:36:45   3            MR. REGAN:  They do, but my mother was a
01:36:47   4    schoolteacher.
01:36:48   5            MR. BROCK:  My handwriting is terrible.  It wouldn't
01:36:50   6    be helpful.
01:37:23   7            MR. GLADSTEIN:  Good afternoon, Your Honor.
01:37:24   8               Good afternoon, Professor Daines.  Good to see
01:37:25   9    you again.
01:37:26  10            THE WITNESS:  Hi.
01:37:27  11            MR. GLADSTEIN:  My name is Richard Gladstein.  I have
01:37:30  12    you on cross-examination.
01:37:31  13                       CROSS-EXAMINATION
01:37:32  14    BY MR. GLADSTEIN:
01:37:32  15    Q.   You have never offered any expert testimony where the
01:37:35  16    relationship between a parent and subsidiary corporation was
01:37:38  17    central to your opinions, correct?
01:37:40  18    A.   Not the central issue.  It's come up in a number of issues
01:37:44  19    involving spinoffs, a relationship between a parent and its
01:37:48  20    subsidiary, but not in the same way it's phrased here.
01:37:52  21    Q.   Thank you.
01:37:52  22            I'm going to ask you some questions about your
01:37:54  23    agreement with Dr. Quivik regarding certain facts.
01:37:58  24            MR. GLADSTEIN:  Please bring up D-32914-A.
          25

ROBERT DAINES - CROSS

01:38:01  1   BY MR. GLADSTEIN:

01:38:02  2   Q.   You agree with Dr. Quivik that the BP group, and not only

01:38:07  3   BPXP, has conducted and managed operations in the Gulf of

01:38:11  4   Mexico, correct?

01:38:13  5   A.   I'm sorry.  Are you reading -- I'm just looking for -- are

01:38:15  6   you reading something here?  I'm just trying to track both --

01:38:18  7   Q.   Yeah, the top of the slide, can you see that there --

01:38:21  8   A.   Uh-huh.

01:38:21  9   Q.   -- it says:  "The BP group, and not only BPXP, has

01:38:25  10  conducted and managed operations in the Gulf of Mexico."

01:38:31  11          You agree with that, correct?

01:38:32  12  A.   Yes.  I think that's generally right.  I understand that

01:38:35  13  other nominees or agents of BP group helped to conduct and

01:38:41  14  manage the operations in the Gulf of Mexico.

01:38:44  15  Q.   Thank you.

01:38:45  16          You agree that BPXP's board does not guide business

01:38:49  17  plans; set performance objectives; oversee capital

01:38:53  18  expenditures, acquisitions, or divestments, correct?

01:38:59  19  A.   Correct.  My understanding is that those are ordinary

01:39:01  20  course activities that are appropriately done my managers.

01:39:04  21          MR. GLADSTEIN:  Could we please bring up D-32904.2.

01:39:10  22  BY MR. GLADSTEIN:

01:39:13  23  Q.   Professor Daines, do you recall that James Dupree was the

01:39:17  24  leader of the Gulf of Mexico Strategic Performance Unit?

01:39:22  25  A.   That's my understanding.

ROBERT DAINES - CROSS

01:39:23  1  **Q.**   Do you recall that James Dupree reported to Andy Inglis,

01:39:28  2  the chief executive of the Exploration and Production segment

01:39:33  3  of BP?

01:39:34  4  **A.**   That's my understanding.

01:39:35  5  **Q.**   It's also your understanding that Mr. Inglis reported to

01:39:38  6  Tony Hayward, the CEO of the BP group, correct?

01:39:41  7  **A.**   Yes.

01:39:42  8  **Q.**   And that Mr. Hayward reported to the BP PLC board of

01:39:46  9  directors, correct?

01:39:47  10  **A.**   Yes.

01:39:47  11  **Q.**   Thank you.

01:39:49  12       **MR. REGAN:**   Your Honor, I think this is what we had

01:39:51  13  the statement at the beginning of my exam about.  There's no

01:39:55  14  dispute about the propriety of these things.  I tried to skip

01:39:59  15  them myself.

01:40:00  16       **THE COURT:**   So why are we going through this,

01:40:01  17  Mr. Gladstein?

01:40:03  18       **MR. GLADSTEIN:**   I'll try to be brief with it,

01:40:07  19  Your Honor.

01:40:07  20       **THE COURT:**   Okay.

01:40:07  21  BY MR. GLADSTEIN:

01:40:07  22  **Q.**   You agree that BPXP has no employees, correct?

01:40:09  23  **A.**   That's my understanding.

01:40:10  24  **Q.**   You agree that more than 2,000 BP group employees

01:40:14  25  conducted BPXP's operations in the Gulf of Mexico, correct?

**ROBERT DAINES - CROSS**

01:40:18    1    **A.**   That's correct.  My understanding is that BPXP is charged

01:40:20    2    for them, pays for their time.

01:40:25    3    **Q.**   Now, you don't know for a fact that BP has charged all of

01:40:31    4    the time of people who worked on the BPXP assets to BPXP,

01:40:37    5    correct?

01:40:38    6            **MR. REGAN:**  Your Honor, I think we are now -- if the

01:40:41    7    stipulation that Mr. Gladstein said at the beginning of this

01:40:44    8    witness is accurate, then none of these questions are about

01:40:47    9    anything that matters, relative to being improper or wrong.

01:40:51   10            **THE COURT:**  I think I agree with that, Mr. Gladstein.

01:40:55   11            **MR. GLADSTEIN:**  That's a different point.

01:40:55   12            They have said repeatedly that all of the time

01:40:58   13    that other entities -- all those employees, all their time is

01:41:04   14    charged to BPXP, but that isn't true based on their own

01:41:08   15    admissions.

01:41:09   16            **THE COURT:**  Do you know if that's correct or not?

01:41:11   17            **THE WITNESS:**  That sounds like a fact, and I'm not

01:41:13   18    the fact finder.

01:41:14   19            **THE COURT:**  Right.

01:41:16   20            **MR. GLADSTEIN:**  I'll move on, Your Honor.

01:41:16   21            **THE COURT:**  Okay.

01:41:16   22    **BY MR. GLADSTEIN:**

01:41:16   23    **Q.**   I'm going to ask you now some questions related to

01:41:19   24    Exhibits 1 and 2 to your expert report.  Those relate to the

01:41:23   25    number of segments versus the number of subsidiaries.

ROBERT DAINES - CROSS

01:41:30  1        Mr. Regan showed you a demonstrative that looked at
01:41:32  2   the ones related to oil and gas companies.  Do you remember
01:41:37  3   that?
01:41:37  4   A.   Yes.
01:41:37  5   Q.   You have not provided any expert testimony before that
01:41:41  6   evaluates whether the relationship between a parent and a
01:41:44  7   wholly owned subsidiary is indicative of a typical
01:41:49  8   parent-subsidiary relationship, have you?
01:41:52  9   A.   I don't -- there was never this central question in the
01:41:55  10  report.  I have provided testimony about custom and practice in
01:42:01  11  corporate organizations.  And so if that counts, then the
01:42:03  12  answer would be -- well, that would be my answer.
01:42:06  13  Q.   But not in terms of whether the relationship between a
01:42:10  14  parent and a wholly owned subsidiary is typical of the
01:42:13  15  relationship between a parent and a subsidiary, correct?
01:42:19  16       THE COURT:  Mr. Gladstein, I'm still not
01:42:20  17  understanding why we are going into all of this in light of the
01:42:23  18  fact that you said the government doesn't contest that there's
01:42:27  19  anything improper or necessarily atypical about the way the
01:42:34  20  company is structured -- the global company is structured.
01:42:38  21       MR. GLADSTEIN:  Right.  So we would distinguish
01:42:41  22  between propriety and commonality.  In this next line of
01:42:45  23  questions, I think you will see that --
01:42:47  24       THE COURT:  So you're suggesting it may be proper but
01:42:50  25  not common?

**ROBERT DAINES - CROSS**

01:42:52  1           **MR. GLADSTEIN:**  Exactly, Your Honor.

01:42:55  2           **MR. REGAN:**  I think, if they are not saying it's

01:42:57  3    improper, then it's probably not relevant.

01:42:59  4           **THE COURT:**  Yeah.

01:43:01  5           **MR. GLADSTEIN:**  Well, what I think these questions

01:43:04  6    will establish, and maybe I can do it --

01:43:08  7           **THE COURT:**  I think the witness -- I thought -- I

01:43:11  8    will let him answer for himself, but I understood

01:43:13  9    Professor Daines to say that it's not uncommon.

01:43:18  10              Is that what you said?

01:43:19  11           **THE WITNESS:**  Yeah, this is all common.

01:43:22  12           **THE COURT:**  Okay.

01:43:23  13           **MR. GLADSTEIN:**  What I -- if you'll allow me a little

01:43:25  14    bit of leeway here, I think what the line of questioning will

01:43:30  15    show is that he did no empirical studies to determine on

01:43:34  16    particular areas -- and we can do this quickly -- whether they

01:43:36  17    were common or not common.

01:43:38  18           **THE COURT:**  Well, I don't remember you putting on any

01:43:40  19    evidence that it was uncommon.  I just don't know where we are

01:43:43  20    going with all of this.  I'm going to sustain the objection.

01:43:49  21           **MR. REGAN:**  Thank you, Your Honor.

01:43:50  22           **MR. GLADSTEIN:**  Let's go to the last line of

01:43:52  23    questioning then, Your Honor.

01:43:53  24           **THE COURT:**  Okay.

25

ROBERT DAINES - CROSS

01:43:54   1   BY MR. GLADSTEIN:

01:43:54   2   Q.   I'm going to ask you several questions about your opinion

01:43:56   3   that penalizing, as you stated in your expert report, BPXP

01:44:01   4   based on parental ability to pay will tend to discourage

01:44:04   5   well-capitalized companies from investing in activities with a

01:44:08   6   risk of financial loss.

01:44:11   7          You have not provided any expert testimony before

01:44:13   8   that evaluates whether penalizing subsidiaries based on their

01:44:17   9   parent's ability to pay will tend to discourage

01:44:22   10  well-capitalized companies from investing in activities with a

01:44:25   11  risk of financial loss, have you?

01:44:26   12  A.   Not at that level of specificity, but I've provided

01:44:29   13  testimony about the general proposition that if you increase

01:44:33   14  the price of something, you will get less of it.  And that's

01:44:35   15  the conceptual basis for that.

01:44:39   16  Q.   Thank you.

01:44:40   17          You have not done an empirical study regarding

01:44:42   18  whether penalizing BPXP based upon parental ability to pay will

01:44:46   19  tend to discourage well-capitalized companies from investing in

01:44:51   20  activities with a risk of financial loss, have you?

01:44:53   21  A.   No.  That's a common empirical point.  There's no -- I

01:44:57   22  haven't done my own empirical study behind that.

01:44:59   23  Q.   You don't have any reason to doubt BP's statement that

01:45:03   24  approximately 22 percent of its oil production globally comes

01:45:07   25  from the Gulf of Mexico, do you?

ROBERT DAINES - CROSS

01:45:08  1   **A.**   No.

01:45:11  2   **Q.**   Now, you have reviewed BP PLC's 2013 annual report,

01:45:16  3   correct?

01:45:16  4   **A.**   Parts of it.  I certainly wouldn't offer myself as having

01:45:21  5   analyzed all of it.

01:45:22  6   **Q.**   It was one of your considered materials, right?

01:45:25  7   **A.**   Yeah.  I looked at part to get the business segments and

01:45:29  8   verify subsidiaries.

01:45:30  9        **MR. GLADSTEIN:**  Please bring up TREX-12303-A.000044.

01:45:44  10  Please highlight -- yes, thank you.

01:45:47  11  **BY MR. GLADSTEIN:**

01:45:49  12  **Q.**   Now, you are aware that BP PLC stated in its 2013 annual

01:45:54  13  report that BP has recognized a provision of $3.5 billion for

01:45:58  14  the estimated civil penalties for strict liability under the

01:46:02  15  Clean Water Act which are based on a specified range per barrel

01:46:07  16  of oil released.  The penalty rate per barrel used to calculate

01:46:10  17  this provision is based on BP's conclusion, among other things,

01:46:15  18  that it did not act with gross negligence or engage in willful

01:46:19  19  misconduct.

01:46:20  20       You are aware of that statement, right?

01:46:22  21       **MR. REGAN:**  Your Honor, I'm going to object again.

01:46:24  22  I'm not sure where we are going with this witness.

01:46:27  23       **THE COURT:**  Where are you going with that question?

01:46:32  24       **MR. GLADSTEIN:**  Where we are going with it is:  The

01:46:37  25  issue that he has raised is that well-capitalized companies are

**ROBERT DAINES - CROSS**

01:46:40  1    going to be discouraged from investing if there is a penalty

01:46:43  2    imposed.  And, you know, this particular company, I will ask

01:46:49  3    him the next question -- I want to do one more foundational

01:46:55  4    question and then ask him my final question, Your Honor.

01:46:58  5              THE COURT:  That question was whether he was aware of

01:47:01  6    that fact?

01:47:02  7              MR. GLADSTEIN:  Yes.

01:47:02  8              THE COURT:  Are you aware of that fact?

01:47:04  9              THE WITNESS:  I'm happy to take your word for it.  It

01:47:07  10   sounds familiar.

01:47:08  11             THE COURT:  Don't take my word for it.

01:47:10  12             THE WITNESS:  I think I'm probably safer taking your

01:47:12  13   word.

01:47:13  14             THE COURT:  Well, the question is:  Are you aware of

01:47:14  15   that?  Were you aware of that?

01:47:18  16             THE WITNESS:  I'm aware that there was a provision.

01:47:19  17   I don't remember the amounts, and I don't remember looking at

01:47:21  18   this particular paragraph.

01:47:23  19             THE COURT:  What's the followup question?

01:47:26  20   BY MR. GLADSTEIN:

01:47:28  21   Q.   The followup question is the next sentence, which says --

01:47:30  22   are you aware that if BP is found to have been grossly

01:47:34  23   negligent, the penalty is likely to be significantly higher

01:47:37  24   than the amount currently provided according to BP's annual

01:47:40  25   report?

ROBERT DAINES - CROSS

01:47:41  1          **MR. REGAN:**  I object to the question.  You are asking
01:47:43  2   him to read a document.  He can read.  I think the way he
01:47:46  3   framed it is asking him as a substantive matter, which I think
01:47:50  4   is improper for a lot of reasons.
01:47:53  5          **THE COURT:**  I'm having a hard time understanding
01:47:55  6   where you are heading with this.  I will sustain the objection
01:47:58  7   to that question.  See if you have another one.
01:48:01  8          **MR. GLADSTEIN:**  Thank you.
01:48:01  9          **THE COURT:**  Okay.
01:48:01  10  **BY MR. GLADSTEIN:**
01:48:01  11  **Q.**   You are not aware of any evidence that the expectation of
01:48:05  12  a civil penalty under the Clean Water Act has discouraged BP
01:48:08  13  from investing in the Gulf of Mexico, are you?
01:48:14  14  **A.**   I have not examined BP's investment plans.  Mine is an
01:48:18  15  economic point that I think is true.  I haven't seen anybody
01:48:21  16  disagree with it.  But I haven't gone into -- I don't offer
01:48:25  17  myself as an expert about what they are currently budgeting
01:48:27  18  for.
01:48:28  19          **MR. GLADSTEIN:**  Thank you.
01:48:28  20              That's it, Your Honor.
01:48:29  21          **THE COURT:**  Any redirect?
01:48:31  22          **MR. REGAN:**  No, Your Honor.
01:48:31  23          **THE COURT:**  Thank you.  The next witness is?
01:48:47  24          **MR. BROCK:**  Your Honor, BP will call by videotape
01:48:51  25  Captain James Hanzalik.  The video is about nine minutes long.

ROBERT DAINES - CROSS

01:48:58  1   We will play the -- Captain Hanzalik was an FOSC during the
01:49:03  2   response as well as the Houma Incident Commander and Deputy
01:49:07  3   Incident Commander.  He was also the deputy for pollution
01:49:12  4   response as the FOSC.
01:49:14  5          I do want to note that there are a couple
01:49:16  6   questions here that there are objections to, so we will just
01:49:20  7   submit those to you as part of the bundles, and you can rule on
01:49:23  8   those when that's done.
01:49:23  9          THE COURT:  Okay.
01:49:25  10         MS. HIMMELHOCH:  They have agreed we are preserving
01:49:27  11  our objections.
01:49:28  12         MR. BROCK:  That's the point I'm making, that their
01:49:31  13  objections are preserved.
01:49:32  14         THE COURT:  Right.  I'm not going to rule on those
01:49:34  15  during the video.
01:49:37  16         MR. BROCK:  Correct.
01:49:48  17         (Video of Captain James Hanzalik played.)
01:59:36  18         MR. BROCK:  That's the last of our videotape.
01:59:42  19         THE COURT:  Mr. Jarrett.
01:59:43  20         MR. JARRETT:  Good afternoon, Your Honor.  Keith
01:59:45  21  Jarrett for BPXP.  We call Dr. Loren Scott to the stand,
01:59:50  22  please.
01:59:52  23         THE COURT:  Okay.
01:59:52  24                   LOREN SCOTT,
01:59:52  25  having been duly sworn, testified as follows:

OFFICIAL TRANSCRIPT

LOREN SCOTT - VOIR DIRE

01:59:58  1        THE DEPUTY CLERK:  State your full name and correct

01:59:58  2   spelling for the record, please.

02:00:16  3        THE WITNESS:  My name is Loren Scott, L-O-R-E-N,

02:00:19  4   S-C-O-T-T.

02:00:21  5                        VOIR DIRE

02:00:22  6   BY MR. JARRETT:

02:00:24  7   Q.   Good afternoon, Dr. Scott.  My name is Keith Jarrett.  I

02:00:26  8   have you on direct examination.  And I would like you to begin

02:00:29  9   by telling us where you live and what you do for a living, sir.

02:00:32  10  A.   I'm from Baton Rouge, Louisiana, and I'm an economist.

02:00:36  11  Q.   You have been retained by BPXP; is that right?

02:00:39  12  A.   That is correct.

02:00:40  13  Q.   Were you given an assignment by BPXP?

02:00:42  14  A.   I was.

02:00:43  15  Q.   What did they ask you to look at, sir?

02:00:44  16  A.   They asked me to look at basically two things.  One, they

02:00:47  17  asked me to look at the level of BPXP's mitigation spending and

02:00:52  18  what the impact of that might be, especially on two key

02:00:56  19  industries that were expected to be especially hard hit by the

02:01:01  20  spill; and that would be the fisheries industry and the tourism

02:01:04  21  industry.

02:01:05  22       And then secondly, they asked me to look at the

02:01:07  23  economic impact of the region, of just the presence of this

02:01:13  24  firm.

02:01:13  25  Q.   Did you feel yourself qualified to address the questions

**LOREN SCOTT - VOIR DIRE**

02:01:16   1   you were asked to investigate?

02:01:18   2   **A.**   I do.

02:01:19   3   **Q.**   Have you developed a slide that we could walk through your

02:01:23   4   qualifications that made you feel confident about that

02:01:26   5   engagement?

02:01:27   6   **A.**   Yes.

02:01:28   7        **MR. JARRETT:**   Can we bring up slide D-34777.

02:01:34   8   BY MR. JARRETT:

02:01:34   9   **Q.**   Dr. Scott, have you put on this slide your educational

02:01:36   10  experience and then your professional experience?

02:01:38   11  **A.**   I have.

02:01:40   12  **Q.**   Can you walk us through your background, sir.

02:01:43   13  **A.**   Well, first of all, I have a Bachelor's degree and a

02:01:46   14  Master's degree from Texas Tech University.  And I have a Ph.D.

02:01:50   15  in economics from Oklahoma State University in 1969.  And after

02:01:55   16  that, I came immediately to LSU as an assistant professor of

02:01:56   17  economics.

02:01:58   18  **Q.**   Did you work your way up through the usual professorships

02:02:01   19  there at LSU?

02:02:02   20  **A.**   I did.  I started out as assistant professor and worked my

02:02:06   21  way up until I had what we call a titled professor; and then I

02:02:10   22  received the Freeport-McMoRan Endowed Chair of Economics, as

02:02:14   23  you can see, in 1996.

02:02:17   24  **Q.**   Have you spent your entire professional career as an

02:02:20   25  economist in the state of Louisiana?

**LOREN SCOTT – VOIR DIRE**

02:02:22  1   **A.**   I have.

02:02:23  2   **Q.**   And are you still teaching at LSU?

02:02:25  3   **A.**   I don't teach at LSU anymore.  I retired from LSU in 1998.

02:02:29  4   I taught a little while after that in the MBA and executive MBA

02:02:33  5   programs.  I probably stopped teaching in about 2004 or so.

02:02:37  6   **Q.**   During the time you were at LSU, did you -- I take it you

02:02:40  7   taught in the field of economics?

02:02:43  8   **A.**   That is correct.  I taught that to MBAs and executive MBAs

02:02:49  9   primarily in the forecasting area.

02:02:50  10  **Q.**   And in the business school there, right, sir?

02:02:53  11  **A.**   That's correct.

02:02:53  12  **Q.**   Since retiring, have you been active in the field?

02:02:58  13  **A.**   I have.

02:02:58  14  **Q.**   Tell us what you do these days.

02:02:59  15  **A.**   Well, I have an economic consulting firm that I really

02:03:01  16  have had since the 1980s, and that has basically two parts to

02:03:06  17  it.  We do a lot of economic consulting work, especially

02:03:10  18  economic impact studies, the economic impact of firms, economic

02:03:14  19  impact of different industries, economic impact of different

02:03:19  20  policies out there.

02:03:20  21        And then the second half is I do a good bit of

02:03:24  22  speaking, public speaking, on the state of the economy, and

02:03:27  23  especially the state of the oil and gas industry, both in

02:03:30  24  Louisiana and across the country.

02:03:32  25  **Q.**   In terms of the kind of clients for whom you do work, I

LOREN SCOTT - VOIR DIRE

02:03:35 1 take it there are private companies that you do work for?

02:03:39 2 A.   There are private companies, and I also do work -- I've

02:03:41 3 done work for the State of Louisiana, for different agencies

02:03:44 4 within the State of Louisiana as well.

02:03:46 5 Q.   Is it fair to say that you have actually investigated

02:03:49 6 public policy questions doing an economic research for the

02:03:53 7 State?

02:03:53 8 A.   I have.  I have looked at a number of different ones.

02:03:55 9 Q.   Over the last 40 years, have you taken it upon yourself to

02:03:58 10 be familiar with the Louisiana economy?  Is that, indeed, your

02:04:01 11 very business?

02:04:03 12 A.   Actually, that is a key part of my business.  I've been

02:04:06 13 looking at the Louisiana economy actually since the summer of

02:04:10 14 1970, when I did my first work on looking at the different

02:04:13 15 parishes in the state.

02:04:14 16       And then we actually put out a publication called the

02:04:19 17 *Louisiana Economic Outlook* -- since about 1984, I think, is

02:04:23 18 when the first official one came out.

02:04:25 19 Q.   Well, on some of the topics we are going to discuss today,

02:04:28 20 you are not only going to talk about the Louisiana economy, but

02:04:30 21 the economies of the adjacent states here:  Mississippi,

02:04:33 22 Alabama, and Florida.

02:04:36 23       Have you become familiar with their economies over

02:04:37 24 the course of your career?

02:04:40 25 A.   That is correct.  It is a part of my work.  I have

**LOREN SCOTT - VOIR DIRE**

02:04:43  1    especially kept up with the Mississippi, the Alabama, and the

02:04:46  2    Florida Panhandle economies, and also Arkansas, as it turns

02:04:51  3    out, for about two and a half decades.

02:04:53  4            I've also kept up with all the states from Arkansas

02:04:57  5    over to the Carolinas, down through Florida, for about the last

02:05:00  6    four or five years, as well, as part of my work.

02:05:04  7    **Q.**   The oil and gas industry in particular, are you considered

02:05:08  8    to be knowledgeable in that field?

02:05:12  9    **A.**   I think -- I think I am, of course.  You cannot talk about

02:05:16  10   the Louisiana economy without being familiar with the oil and

02:05:19  11   gas industry, so that's the first thing.

02:05:21  12           I think the second thing -- if you notice on my sheet

02:05:23  13   there, you will notice the second item from the bottom, the

02:05:27  14   National Business Economic Issues Council.  That is a group of

02:05:30  15   about 32 of us that meet quarterly somewhere in the

02:05:35  16   United States.  We basically sit in a hotel room for a day and

02:05:39  17   a half, and each person has 45 minutes to talk about their area

02:05:41  18   of expertise.  So there's somebody there from trucking,

02:05:44  19   somebody from housing, somebody from FedEx.

02:05:46  20           Well, I'm one of the two energy persons.  I'm one of

02:05:50  21   the persons expected to come there and talk about especially

02:05:52  22   what's going on in the oil and gas industry.

02:05:55  23   **Q.**   A moment ago you mentioned that you have some involvement

02:05:58  24   with a publication called the *Louisiana Economic Outlook*.

02:06:01  25   **A.**   That's correct.

OFFICIAL TRANSCRIPT

**LOREN SCOTT - VOIR DIRE**

02:06:04  1   **Q.**   Have you prepared a slide to kind of explain what that is?

02:06:07  2   **A.**   I have.

02:06:08  3          **MR. JARRETT:**  Can you bring up D-34778.  This is a

02:06:13  4   slide with a call-out of TREX-13071.1.1.

02:06:19  5   **BY MR. JARRETT:**

02:06:19  6   **Q.**   What are we looking at here, Professor?

02:06:21  7   **A.**   Actually, this is the front page -- well, this is not the

02:06:23  8   front page; this is the front inside page of the *Louisiana*

02:06:25  9   *Economic Outlook* that was issued in October of 2013, and it has

02:06:32  10  forecasts in it for 2014 and 2015.

02:06:36  11  **Q.**   Who publishes the document?

02:06:38  12  **A.**   As you can see there -- it's probably hard to see, but

02:06:40  13  it's actually published by the College of Business

02:06:42  14  Administration at LSU.

02:06:44  15  **Q.**   Who does the economic work that finds its way into this

02:06:47  16  publication?

02:06:47  17  **A.**   Well, it is coauthored, but my coauthor has taken a little

02:06:52  18  lesser role in about the last four or five years.  I would say

02:06:55  19  that 98 percent of the work in this is my work now.

02:06:58  20  **Q.**   How long have you been putting this out?

02:07:01  21  **A.**   Oh, well, since 1984.

02:07:04  22  **Q.**   Annually?

02:07:05  23  **A.**   Annually.  It comes out -- well, it typically comes out

02:07:07  24  every -- now it comes out every October.

02:07:13  25  **Q.**   Dr. Scott, does that require you to do economic data

**LOREN SCOTT - VOIR DIRE**

02:07:17  1    analysis?

02:07:17  2    **A.**    It does.    A key part of this is to especially look at

02:07:21  3    employment trends in the eight metropolitan areas in the state

02:07:25  4    as a whole, in the rural areas of the state.    It requires us to

02:07:29  5    look at the key drivers in the economy, which means we have to

02:07:33  6    look at what's going on with the gross domestic product, the

02:07:36  7    national economy, what's going on in the oil and gas industry

02:07:38  8    because it's so important to our state.

02:07:40  9              So, yes, it involves a lot of data analysis, as it

02:07:43  10   turns out.

02:07:44  11   **Q.**    Does it involve economic forecasting?

02:07:46  12   **A.**    It does.    Again, as you can see from the title there, we

02:07:49  13   do forecasts out two years.

02:07:51  14   **Q.**    What do you do in terms to get behind the numbers?    In

02:07:54  15   other words, the data is one thing; but the story behind the

02:07:56  16   data, what do you do to get that?

02:07:58  17   **A.**    Well, this document is basically over a hundred pages

02:08:04  18   long -- I started to say a hundred years long.    It's about a

02:08:07  19   hundred pages long.

02:08:08  20              And what we do is -- I don't just look at the

02:08:11  21   numbers, the employment numbers; but I make about a hundred to

02:08:14  22   200 phone calls around the state to different key people, Boise

02:08:19  23   Bollinger, the shipping industry, the person that was the head

02:08:22  24   of Avondale Shipyards when it was still open.

02:08:25  25              I'll talk to the economic development officials for

**LOREN SCOTT - VOIR DIRE**

02:08:29  1  LSU, Secretary Moret, chambers of commerce, heads of major

02:08:36  2  businesses, trying to get -- sometimes presidents of parishes,

02:08:39  3  trying to get a sense of what is going on out there.

02:08:42  4        So when you look at the *Louisiana Economic Outlook*,

02:08:43  5  you look at something like the Houma area, you will have a

02:08:49  6  picture of what's happening to employment, but you will also

02:08:51  7  see a list there of all the industries that are either

02:08:55  8  expanding or industries that are closing.  So you get a sense

02:08:58  9  not only of the numbers but also why the numbers are behaving

02:09:02  10  the way they are.

02:09:03  11  **Q.**  How does your professional experience as a professor and a

02:09:08  12  researcher and a consultant to government and industry equip

02:09:11  13  you to take on the task that BPXP asked you to do here, sir?

02:09:14  14  **A.**  Well, again, if you look at these two issues that I'm

02:09:18  15  addressing, first of all, it involves data, and I'm -- that's

02:09:22  16  one of the things I taught in my MBA, executive MBA classes, is

02:09:28  17  how to use data, how to find data, how to use data carefully

02:09:34  18  and correctly.

02:09:35  19        And also, again, just the experience I have had in

02:09:36  20  looking at all these states that are involved I think has

02:09:40  21  really helped a lot.  I think my knowledge of these states has

02:09:45  22  helped a great deal.

02:09:46  23        The techniques that I used here, the econometric

02:09:50  24  techniques, are ones that I taught my MBAs before.

02:09:55  25        So I think all these things kind of together gave me

LOREN SCOTT - DIRECT

02:09:57  1  the tools to address the problems I'm addressing today.

02:10:00  2          MR. JARRETT:  Thank you, Dr. Scott.

02:10:01  3              Your Honor, at this point BPXP would tender

02:10:03  4  Dr. Loren Scott as an expert in the field of economics with

02:10:07  5  emphasis on economic impact analyses, the economics of oil and

02:10:09  6  gas industry and the economies of Louisiana, Mississippi,

02:10:13  7  Alabama, and the Florida Panhandle.

02:10:16  8          MS. KING:  No objection, Your Honor.

02:10:23  9          THE COURT:  All right.  Without objection, he is

02:10:24  10  accepted.

02:10:24  11          MR. JARRETT:  Thank you, Your Honor.

02:10:24  12                   DIRECT EXAMINATION

02:10:26  13  BY MR. JARRETT:

02:10:27  14  Q.   Professor, have you issued written opinions that

02:10:29  15  contain -- written documents or reports that contain the

02:10:29  16  opinions that you want to talk about today?

02:10:31  17  A.   I have, three.

02:10:32  18          MR. JARRETT:  Can you bring up D-34779, please.

02:10:36  19  BY MR. JARRETT:

02:10:38  20  Q.   Now, purely for the record, Doctor, this document that we

02:10:41  21  have or this image on the screen is the cover page of your

02:10:45  22  three reports, sir?

02:10:46  23  A.   That is correct.

02:10:47  24  Q.   They bear TREX-13067, -13069, -13073.

02:10:56  25          Professor, are the opinions that you have expressed

LOREN SCOTT - DIRECT

| | | |
|---|---|---|
| 02:10:59 | 1 | embodied in these documents? |
| 02:11:00 | 2 | A.   They are. |
| 02:11:01 | 3 | Q.   The data you reviewed are in these documents? |
| 02:11:04 | 4 | A.   That is correct. |
| 02:11:04 | 5 | Q.   The conclusions you reached are in these documents? |
| 02:11:06 | 6 | A.   That is correct. |
| 02:11:10 | 7 | Q.   Let's turn to the work you did. |
| 02:11:12 | 8 |      Dr. Scott, can you tell us how you went about |
| 02:11:15 | 9 | tackling the assignment that BP asked you to look into. |
| 02:11:19 | 10 | A.   Well, the first thing I did was to gather data.  I mean, I |
| 02:11:23 | 11 | am a data person.  So the first thing I did in each one of |
| 02:11:28 | 12 | these projects is to start with what data were available to |
| 02:11:31 | 13 | help me to address the issues I was charged with looking at. |
| 02:11:34 | 14 | Q.   Were you able to get the data you needed to reach the |
| 02:11:37 | 15 | conclusions you are about to express today? |
| 02:11:38 | 16 | A.   I did.  I was. |
| 02:11:40 | 17 | Q.   And did you also have to perform any calculations or |
| 02:11:43 | 18 | modeling? |
| 02:11:44 | 19 | A.   I did. |
| 02:11:46 | 20 | Q.   You used a term earlier that the Court has heard |
| 02:11:48 | 21 | earlier -- last week, I believe -- called econometrics.  Did |
| 02:11:54 | 22 | you use econometric tools in your approach to this assignment? |
| 02:11:59 | 23 | A.   I did.  And in two places in my reports I used |
| 02:12:02 | 24 | econometrics.  In one case I used a very simple form of |
| 02:12:07 | 25 | econometrics.  When I'm talking about trends in the fisheries |

LOREN SCOTT - DIRECT

02:12:08  1  industry that is -- it's kind of what -- you teach people, the
02:12:12  2  very first thing, you're teaching econometrics.
02:12:15  3        And then in other case I was looking at the tourism
02:12:18  4  area, a much more sophisticated model called an event model.
02:12:29  5  Q.   Did you approach these econometric models with a team
02:12:33  6  approach?  In other words, did you do all the work yourself?
02:12:35  7  Or did you bring in others to help you with that?
02:12:38  8  A.   No, I had other people help me with this.  I checked the
02:12:40  9  models, I assigned people the task in at least the event model,
02:12:45  10  and had them do the calculations for me.
02:12:48  11  Q.   Did you reach opinions on the two questions that BP asked
02:12:52  12  you to look into?
02:12:53  13  A.   I did.
02:12:53  14  Q.   Did you prepare a slide that summarizes that, Doctor?
02:12:56  15  A.   I did.
02:12:56  16        MR. JARRETT:  Can we bring up, please, D-34780.
02:13:01  17  BY MR. JARRETT:
02:13:04  18  Q.   Dr. Scott, are these the two opinions that in an overview
02:13:08  19  express your conclusions that you reached as a result of the
02:13:11  20  work you did?
02:13:12  21  A.   They do.
02:13:13  22  Q.   Can you outline them for us, please.
02:13:16  23  A.   I will.  Basically what I found was that the post-spill
02:13:19  24  spending, what I call the mitigation spending, had a
02:13:22  25  significant economic impact, that it mitigated some of the

**LOREN SCOTT - DIRECT**

02:13:25  1   adverse economic impacts that I will show.

02:13:28  2           I'm going to show that the economic effects of the

02:13:31  3   spill actually varied significantly.  In some places,

02:13:34  4   surprisingly, you saw some positive effects and -- on the

02:13:40  5   tourism side, but also you clearly saw some negative effects

02:13:43  6   both in the fishing and the tourism area.  But in every case,

02:13:46  7   according to the data I looked at, they were short-lived,

02:13:49  8   especially so in the tourism, but also, I think I will show, in

02:13:52  9   the fishing area.

02:13:54  10          That there was a very robust recovery from the

02:13:58  11  effects of the spill in the tourism especially.  And also, in

02:14:03  12  the seafood area, I think the data are going to show, in terms

02:14:07  13  of the money that goes into pockets of the people in the

02:14:10  14  commercial fishing area, that was also a very strong recovery.

02:14:13  15  Q.   And are those opinions that you reached data-driven?

02:14:17  16  A.   They are.

02:14:17  17  Q.   What about your second opinion, Doctor?

02:14:19  18  A.   The second opinion involved the economic impact of BPXP as

02:14:24  19  a firm on the economies of the region.

02:14:28  20          I've done a lot of economic impact studies.  Those

02:14:30  21  are the key business in Loren C. Scott & Associates.  One I

02:14:34  22  have found -- I have looked at firms that have a very little

02:14:37  23  impact all the way over to firms that have a very large impact.

02:14:41  24          This firm has -- I'm going to show data that shows --

02:14:44  25  this is -- on the other side of the industries that I have

**LOREN SCOTT - DIRECT**

02:14:46  1   looked at is a very big impact on the area because they spend a

02:14:51  2   very large amount of money.

02:14:55  3   **Q.**   The witnesses for the government last week have testified

02:14:58  4   and offered their opinions that the oil spill caused economic

02:15:02  5   harm.  Do you disagree that the spill caused some economic

02:15:06  6   harm?

02:15:07  7   **A.**   Do I disagree?

02:15:08  8   **Q.**   Do you think --

02:15:09  9   **A.**   I'm not sure how many negatives there were there.  I'm

02:15:11  10  sorry.  I'm sorry.

02:15:11  11  **Q.**   That was a horrible question.

02:15:14  12         Do you think that the oil spill caused some economic

02:15:18  13  harm?  Is that what your research found?

02:15:20  14  **A.**   Absolutely, yes.  You can't get away from that.  That's

02:15:23  15  what the data show for both fisheries and certain areas of

02:15:26  16  tourism.

02:15:26  17  **Q.**   But what's the flip side of that research?  In other

02:15:28  18  words, what else did you find?

02:15:29  19  **A.**   Well, what I found on the other side of that was that

02:15:32  20  there was a quick -- especially in tourism, a very quick

02:15:35  21  recovery from the negative effects.  And in the case of

02:15:38  22  fisheries, there was also a robust recovery from the effects of

02:15:43  23  the spill that occurred in 2010.

02:15:46  24  **Q.**   Was your research done at the aggregate industry level or

02:15:50  25  at the individual level?

LOREN SCOTT - DIRECT

02:15:54  1   **A.**   What I looked at is tourism at the aggregate level, and I
02:15:59  2   looked at the fisheries very much at the aggregate level.  As
02:16:02  3   you will see in a moment, I looked at shrimp, I looked at blue
02:16:05  4   crab, I looked at finfish.  I did not look at the various
02:16:08  5   different parts of those items.  It is at the aggregate level.
02:16:12  6   **Q.**   Let's turn, if we could, to go into the detail behind your
02:16:16  7   first opinion.
02:16:19  8           And can you tell us what information you reviewed,
02:16:21  9   Dr. Scott, in order to allow you to make an observation about
02:16:25  10  the mitigative effect of BPXP's spending after this spill?
02:16:31  11  **A.**   Well, again, the most important thing is to start with the
02:16:34  12  data, as I said.  So the first thing I did was to look at the
02:16:36  13  amount of spending that took place to address the spill.  And
02:16:40  14  so I have a slide to indicate that.
02:16:43  15          **MR. JARRETT:**  Can we bring up D-34782, please.
02:16:46  16  BY MR. JARRETT:
02:16:47  17  **Q.**   What have you depicted on this slide, Dr. Scott?
02:16:50  18  **A.**   Well, what I have depicted on this slide is the amount of
02:16:53  19  spending from the spill time to about the middle of 2014.
02:16:56  20          And it's broken down into five categories, as you can
02:16:59  21  see, the spill and cleanup spending, which was $14.1 billion.
02:17:02  22  Of that, about 600 -- and this is included in that 14.1 -- is
02:17:08  23  almost $600 million that was in what I will call the VoO
02:17:13  24  program from now on, the Vessels of Opportunity Program;
02:17:13  25  $11.2 billion in claims payments; about $230 million in tourism

LOREN SCOTT - DIRECT

02:17:22  1   grants; $82 million in seafood testing and marketing; then the
02:17:25  2   $100 million fund that went to the Baton Rouge Area Foundation
02:17:29  3   for the Rig Workers Compensation Fund.  So it totals
02:17:32  4   $25.7 billion.
02:17:34  5   Q.   Is this all of the post-spill spending that you observed?
02:17:38  6   A.   This is not all of the post-spill spending that took
02:17:42  7   place.  This is the post-spill spending that was relevant to
02:17:46  8   the part that I'm going to address today.
02:17:49  9   Q.   Based on your economic experience and your economic
02:17:53  10  training and your knowledge of the economies of the states
02:17:56  11  involved, did it allow you to reach certain initial opinions
02:18:00  12  concerning the likely effect of this sort of spending?
02:18:02  13  A.   Yes, I did.  As a matter of fact, the first thing that
02:18:06  14  strikes you is the sheer size of this number.  I mean, one of
02:18:10  15  the problems in our society today is we look at millions and
02:18:10  16  billions -- we hear these words all the time, and it's
02:18:15  17  sometimes hard to get a sense of just how big that number is.
02:18:19  18       And so what I did was to provide a reference point
02:18:25  19  for the Court to appreciate just how large this number is, and
02:18:29  20  I prepared a slide for that.
02:18:31  21       MR. JARRETT:  Can we bring up D-34783.
02:18:33  22  BY MR. JARRETT:
02:18:35  23  Q.   Professor Scott, is this the slide you just mentioned?
02:18:38  24  A.   This is the slide I just mentioned, right.
02:18:40  25  Q.   Tell us what you have tried to depict here, sir.

OFFICIAL TRANSCRIPT

**LOREN SCOTT - DIRECT**

A.   Well, as you can see, the green bar is the $25.7 billion.

$25.7 billion, as you can see, in 2013 all the people who work in the government sector in the state of Louisiana -- that's federal, state, and local -- all across our state in 2013 earned about $23.2 billion.  So it's as much money that was spent to employ all the government workers in our state, which turns out to be about 340,000 people, which is not that much different than the population of Orleans Parish.  So this is a big number.

The second bar -- or the third bar, excuse me -- the second blue bar shows you for -- this is also basically equal to the total amount of money paid to all the people who work in the Texas hospitality industry.  This is a huge state.  This includes all the hotels, restaurants, pubs, fast food.  This is almost a million people who earn this amount of money.

And then the last bar there I have is a good bit smaller.  This is the total earnings of everybody that works in Alabama's manufacturing sector.  So you think about Alabama, which is a state I keep up with, you have the Mercedes-Benz plant, you have a Hyundai plant, you have -- you drive through Mobile, you see the big Austal shipyard, which has about 4500 people employed there.  All the steel mills across Alabama, all the apparel manufacturing plants.  All the earnings of all those people totals up $16.3 billion.

And there's kind of a reason why I wanted to put that

LOREN SCOTT - DIRECT

02:20:18  1   particular bar there, and I think that's illustrated, if I'm
02:20:22  2   not getting too far ahead of myself, in the next chart.
02:20:26  3   **Q.**   This $25.7 billion that BPXP spent that's displayed in the
02:20:31  4   green chart here was over a several-year period, correct, sir?
02:20:33  5   **A.**   That's exactly right.  It was over the time period -- from
02:20:35  6   the spill time period through about the middle of 2014.
02:20:39  7   **Q.**   Just about four years?
02:20:40  8   **A.**   Right.
02:20:41  9   **Q.**   Did you also look at what was spent in the first seven
02:20:44  10  months?
02:20:45  11  **A.**   I did.
02:20:46  12  **Q.**   Do we have a slide to depict that, sir?
02:20:49  13  **A.**   We do.  And before we pop that, I'm going to again remind
02:20:51  14  the Court about this $16.3 billion in Alabama's manufacturing
02:20:56  15  sector.  So if we could pop that next slide up, please.
02:20:58  16          **MR. JARRETT:**  Can we pull up D-34784.
02:21:01  17  **BY MR. JARRETT:**
02:21:04  18  **Q.**   What have you tried to depict here, Dr. Scott?
02:21:07  19  **A.**   Well, basically what I'm showing is that that is the
02:21:10  20  amount that was spent just from the time period from April
02:21:13  21  through the end of 2010.  This is just $16.3 billion in that
02:21:21  22  very, very short time period.  I mean, that is a huge amount of
02:21:26  23  money.
02:21:26  24  **Q.**   Did I ask you to calculate how much that was on a daily
02:21:29  25  basis?

**LOREN SCOTT - DIRECT**

02:21:29  1   **A.**   Yes, you did.

02:21:30  2   **Q.**   What does that number amount to for the year 2010?

02:21:33  3   **A.**   That means that $68 million a day was being pumped into

02:21:37  4   these economies over that time period.  I think the last time I

02:21:41  5   looked, that's more than the annual budget of the College of

02:21:46  6   Business at LSU, and that was happening on a daily basis.

02:21:49  7   **Q.**   Based on your economic training and your experience in the

02:21:53  8   state, do you have an opinion about the impact -- how this

02:21:56  9   amount of money in such a short time frame would impact the

02:22:01  10  economies of the affected states?

02:22:02  11  **A.**   I do.  I mean, first of all, of course, it's a big number;

02:22:07  12  but importantly, when you have a harm -- and I do not go -- run

02:22:11  13  from the fact that there was obviously harm from this.  When

02:22:13  14  you have a harm, you want to compensate people as close to that

02:22:18  15  harm as possible.  You don't want to have a situation where

02:22:21  16  people experienced harm or damage and end up paying them

02:22:23  17  10 years from now.

02:22:25  18       What I think in every -- all the data that I have

02:22:28  19  looked at, what has happened in this case is that BPXP did what

02:22:32  20  I consider the civically responsible thing.  They tried to get

02:22:36  21  the money in the people's hands as quickly as possible.  And it

02:22:40  22  wasn't just a little bit of money.  It was a lot of money.

02:22:46  23  **Q.**   Let me ask you this --

02:22:47  24  **A.**   Again, it's my -- I'm sorry to interrupt you.  But in my

02:22:49  25  opinion, of course, getting a lot of money into the economy is

**LOREN SCOTT - DIRECT**

02:22:52  1   also just simply good for the economy.

02:22:56  2   **Q.**   You anticipated my next question.  I didn't mean to jump

02:22:58  3   in too soon.

02:22:59  4           So that's your opinion reached based on your economic

02:23:03  5   training and your experience in Louisiana.  Did you also test

02:23:06  6   that opinion by looking at data?

02:23:08  7   **A.**   I did.

02:23:11  8   **Q.**   Let's talk first about your data analysis in tourism.

02:23:13  9   That's one of the two industries you looked at, sir?

02:23:17  10  **A.**   That's one of the two industries that I looked at.

02:23:20  11  **Q.**   If you investigate what happened in the tourism industry

02:23:23  12  after the spill, what was your first step?

02:23:25  13  **A.**   My first step, of course, you can see on this chart

02:23:28  14  here -- does this stylus work?  Does it?

02:23:31  15          If you look at this area here -- maybe I should point

02:23:32  16  at it there -- in the first -- in 2010, $87 million was given

02:23:39  17  to the four states that I'm going to talk about to advance

02:23:43  18  their tourism budgets.  So the first thought I had was, is that

02:23:48  19  a big number or is that a small number?  Was that a 2 percent

02:23:52  20  increase in their budget?  Was that a huge increase in their

02:23:55  21  budget?

02:23:55  22          So I have a slide to indicate its size.

02:23:58  23  **Q.**   And you looked into that very question?

02:24:00  24  **A.**   I did look at that very question.

02:24:05  25  **Q.**   And do we have a slide to illustrate what you found?

LOREN SCOTT - DIRECT

02:24:05  1   **A.**   We do.

02:24:07  2           **MR. JARRETT:**  Can we bring up D-34025.

02:24:10  3   BY MR. JARRETT:

02:24:10  4   **Q.**   Tell us, Dr. Scott, what you're depicting on this slide

02:24:15  5   about BP's tourism grants from the year 2010.

02:24:19  6   **A.**   Well, what you see above each one of the states, the blue

02:24:23  7   part of the bar there is what their state budget was in 2010.

02:24:26  8   And then what you see on top of that is how much BPXP gave to

02:24:31  9   each one of those states to enhance their budgets.  And, of

02:24:35  10  course, the first thing that strikes you is that this amount of

02:24:38  11  money was not a small amount of money.  This was not a

02:24:42  12  2 percent increase or a minor increase in their budget; it this

02:24:45  13  was a huge increase in their tourism budgets.

02:24:47  14          In the case of Louisiana, it was up 79 percent;

02:24:50  15  Mississippi, up 273 percent; Alabama, up 234 percent; Florida,

02:24:56  16  up 139 percent.  So the first thing you see when you look at

02:25:01  17  these numbers is just the sheer size of -- these were big

02:25:05  18  increases in their budgets.

02:25:10  19  **Q.**   And in the field of theoretical economics, have the

02:25:12  20  consequences of such an investment like this been investigated?

02:25:14  21  **A.**   That's correct.  And that happens to be the second thing

02:25:17  22  that I looked at.  There's a couple of economists, by the name

02:25:17  23  of Deskins and Seevers, who have published a peer-reviewed

02:25:22  24  study that says, well, what is an increase in spending -- on

02:25:28  25  the average across the United States, how much of that increase

**LOREN SCOTT - DIRECT**

02:25:31  1   in spending tourism budget increased tourism spending?

02:25:36  2          And what they found, on the average across the

02:25:38  3   United States, is a 1 percent increase in a tourism budget

02:25:42  4   causes tourism spending in the area to increase by 0.9 percent.

02:25:47  5   So you have a budget of $10 million of your tourism and you

02:25:53  6   increase that by 1 percent, you're going to increase tourism

02:25:57  7   spending, which is a much bigger number, by .9 percent.  So

02:26:03  8   what they're telling us is that these increases are going to

02:26:05  9   have an effect.

02:26:07  10  Q.   What did you do to test that economic theory?

02:26:10  11  A.   Well, what I did to test that economic theory was, once

02:26:14  12  again, look at data.  I then said, well, what -- for these four

02:26:19  13  areas here, what do the tourism numbers tell us about what

02:26:25  14  happened after these monies were expended?

02:26:28  15  Q.   When an economist wants to investigate tourism, what's the

02:26:33  16  measuring stick they use?

02:26:34  17  A.   Well, I actually have a slide prepared for that.

02:26:38  18          THE WITNESS:  The key tool that they use, Your Honor,

02:26:41  19  is something called a RevPAR.

02:26:44  20          MR. JARRETT:  Can we bring up that slide, please.

02:26:45  21  That's D-34785.

02:26:52  22          THE WITNESS:  As you can there, it says -- the RevPAR

02:26:53  23  is an acronym for revenue per available room.  So it is a tool

02:26:59  24  that tells you -- it takes into account both the value of the

02:27:03  25  room and also the occupancy rates in the hotel.  And so it is

LOREN SCOTT - DIRECT

02:27:07  1   basically the standard measure in the tourism industry for how

02:27:12  2   is tourism doing.

02:27:13  3           If you go to people in the industry, the tourism

02:27:15  4   industry, they will -- when they want to say how are we doing

02:27:18  5   here? this is a nice broad measure.  It is what I call the gold

02:27:22  6   standard in the industry for measuring how tourism is doing.

02:27:26  7   BY MR. JARRETT:

02:27:26  8   Q.   How do you get that data?

02:27:28  9   A.   Well, as you can see here at the bottom, Smith Travel

02:27:30  10  Research collects this information.  They do surveys of hotels

02:27:35  11  every month, and they provide those data, if you buy it from

02:27:39  12  them.  And it is basically the standard measure for measuring

02:27:42  13  what's going on in tourism in general in the area.

02:27:45  14  Q.   When you collected that data and you looked at that data,

02:27:47  15  were you able to make some initial observations based on what

02:27:51  16  you first saw?

02:27:52  17  A.   I was.

02:27:55  18  Q.   Did you determine whether the response effort immediately

02:27:59  19  after the spill -- back up a second.

02:28:02  20          There's been testimony earlier in the trial that up

02:28:05  21  to 46,000 people a day were working on that response.  Were you

02:28:11  22  able to see whether that influx of people had an effect on the

02:28:15  23  very tourism industry?

02:28:17  24  A.   I did.  As a matter of fact, I think we have a slide that

02:28:19  25  you have seen before on this.

**LOREN SCOTT - DIRECT**

02:28:24   1         **MR. JARRETT:**  Can we pull up, then --
02:28:25   2   BY MR. JARRETT:
02:28:25   3   **Q.**   I think, Professor, you are referring to slide D-34601?
02:28:32   4   **A.**   Right.  This is the Unified Command structure.  This shows
02:28:36   5   where all these people worked in the four states that I looked
02:28:38   6   at.
02:28:39   7         And the key point here -- because there's going to be
02:28:41   8   what some might consider some surprising evidence about the
02:28:45   9   tourism impacts.  And the reason for that is this is a lot of
02:28:49  10   people.  And they didn't stay in these little blue houses; they
02:28:52  11   stayed in the hotels.  They stayed in the hotels.  They went to
02:28:56  12   restaurants.  And as a result of that, you are going to see the
02:28:59  13   impact of the response workers alone on the RevPar as we look
02:29:03  14   at certain areas.
02:29:04  15   **Q.**   Did you look at the RevPar data for Louisiana, for
02:29:08  16   Mississippi, for Alabama, and for the Florida Panhandle?
02:29:13  17   **A.**   I did.
02:29:14  18   **Q.**   Have you prepared results of all that analysis in your
02:29:16  19   reports?
02:29:17  20   **A.**   I have.
02:29:17  21   **Q.**   And have you prepared as kind of an exemplar one of those
02:29:21  22   studies to show the Court what you did and what you found?
02:29:25  23   **A.**   I did.  I prepared a couple.  I didn't show all of them,
02:29:27  24   just a couple just to give -- in the interest of time, just to
02:29:31  25   give the Court an idea of the different responses that occurred

**LOREN SCOTT - DIRECT**

02:29:35  1    during this time period.

02:29:36  2             MR. JARRETT:  Can we bring up slide D-34786.

02:29:42  3    BY MR. JARRETT:

02:29:43  4    Q.  This looks like a background, Dr. Scott.  What do we have

02:29:46  5    here?

02:29:46  6    A.  These are the four areas that I looked at here.  Well, I

02:29:49  7    looked at the coastal areas in all of these four states

02:29:52  8    initially in my first report.

02:29:53  9    Q.  Well, we are here in Louisiana.  Did you look at the

02:29:55  10   coastal parishes in Louisiana and how they did after the storm?

02:29:59  11   A.  I did.  I looked at the central and east Louisiana coastal

02:30:03  12   areas, and this shows you what happened to the RevPar by year

02:30:07  13   from 2009, the period before the spill, to the spill, and then

02:30:10  14   after that.

02:30:12  15   Q.  So I think we have 2009, as you said, the first year.  Is

02:30:18  16   that kind of your base level for your study?  Is that a way to

02:30:20  17   say it?

02:30:21  18   A.  Right.  I mean, that's the base year.  And then what you

02:30:24  19   see for 2010 -- some people might have initially thought that

02:30:28  20   you would have this big drop in the RevPar, but in actuality,

02:30:31  21   you had a big -- not only it's a little bit, but a significant

02:30:35  22   increase in the RevPar.  The RevPar went up by 10 full dollars.

02:30:40  23   That's a significant move.

02:30:42  24             The reason for that, again, was this very large

02:30:44  25   influx of workers that came into the area, stayed in the

**LOREN SCOTT - DIRECT**

02:30:47  1    hotels, ate in the restaurants, rented cars, bought stuff.

02:30:53  2            But not only did you see -- you will notice here in

02:30:57  3    this chart that not only -- after those -- many of those

02:31:01  4    response workers left in 2010.

02:31:03  5            Remember that the -- BP spent a total of $230 million

02:31:09  6    over time.  They spent $87 million in the first time period.

02:31:13  7    They spent $230 million in total.  And I think what we are

02:31:18  8    seeing here is some of the results of that, because as you look

02:31:22  9    beyond 2010, you will notice that 2011 is up, and it's up well

02:31:28  10   above what 2009 was, and then it rises very smartly in 2012 and

02:31:34  11   2013.  So there was a continuing strong, robust growth in the

02:31:40  12   RevPar in this area during that time period.

02:31:42  13   Q.   What this shows, does it not, is year-over-year increases

02:31:46  14   for each of these four years that you examined?

02:31:49  15   A.   That's correct.

02:31:52  16   Q.   Does that enable you to make a conclusion as to whether

02:31:55  17   the tourism industry in Louisiana suffered as a result of the

02:31:58  18   spill?

02:31:58  19   A.   Well, I think these data actually show precisely the

02:32:03  20   opposite.  In this particular case, in this particular region,

02:32:07  21   because of the huge influx of response workers, you do not see

02:32:12  22   a negative impact.  As a matter of fact, you actually saw a

02:32:16  23   positive impact.

02:32:16  24   Q.   We heard last week from Dr. Mason, the economist from

02:32:20  25   Wyoming, who had some criticism of this particular analysis,

**LOREN SCOTT - DIRECT**

02:32:25  1  suggesting that not all parish data were included.

02:32:27  2          Is there an explanation for why that's the case?

02:32:29  3  **A.**   Yes.  There are actually four parishes in the state that

02:32:32  4  are not included, and those -- there are two parishes out to

02:32:36  5  the far -- I think that's west -- out to the far west, Cameron

02:32:42  6  and Vermillion Parishes, those two extreme parishes, and they

02:32:44  7  are not included.  And they are not included because there are

02:32:47  8  not enough hotels for Smith Travel to publish the data on them.

02:32:55  9          These are -- again, remember, my objective here is to

02:32:58  10  examine the impact on tourism.  Tourism is not the big -- not a

02:33:03  11  big enough factor in Cameron and in Vermillion Parish to

02:33:08  12  generate enough hotels.

02:33:11  13  **Q.**   Said another way, Dr. Scott, did you use all the data that

02:33:14  14  the Smith Travel folks report?

02:33:18  15  **A.**   That is exactly correct.  As a matter of fact, the same

02:33:19  16  thing is also true, by the way, of Plaquemines Parish and also

02:33:22  17  with St. Bernard.  There are not enough hotels in those two

02:33:27  18  areas for Smith Travel to be able to report their data.

02:33:32  19  **Q.**   So the point I want to make is you didn't exclude data;

02:33:37  20  you used all the date available.  Is that fair?

02:33:39  21  **A.**   That's correct.

02:33:44  22          **MS. KING:**  Your Honor, Rachel King for the

02:33:46  23  United States.  I make a four-corners objection here because no

02:33:48  24  information about this Smith Travel data is found in

02:33:52  25  Dr. Scott's report.  No information about the origins of the

LOREN SCOTT - DIRECT

02:33:58  1    data, no information about why these counties were excluded.
02:34:01  2    So it's outside the four corners.
02:34:04  3         MR. JARRETT:  Your Honor, I would respond by saying
02:34:06  4    the data is completely reported in his report as relied upon by
02:34:11  5    him, and I would point out it's the same data that Dr. Mason,
02:34:13  6    their economist, used.  He did a RevPar analysis.
02:34:17  7         THE COURT:  I'm going to overrule the objection.
02:34:19  8              Go ahead.  You can continue.
02:34:20  9    BY MR. JARRETT:
02:34:21  10   Q.   Dr. Scott, did you look at this comparable -- did you make
02:34:25  11   a comparable analysis for the states of Mississippi and Alabama
02:34:31  12   and also for the Florida Panhandle?
02:34:33  13   A.   I did.
02:34:34  14   Q.   Are the results consistently -- among those states
02:34:37  15   consistent with what you are showing here?
02:34:39  16   A.   They are.
02:34:43  17   Q.   Well, surely not every place shows these kind of results.
02:34:47  18   Did you look into that possibility?
02:34:49  19   A.   Yes, of course.
02:34:52  20   Q.   Specifically, did you look into the tourist area of
02:34:56  21   Alabama, the communities of Orange Beach and Gulf Shores and
02:35:01  22   Fort Morgan?
02:35:02  23   A.   I did.  I have been there many times on client business,
02:35:08  24   etc.  This is strictly a tourism area, so this is a key area to
02:35:12  25   look at.

**LOREN SCOTT - DIRECT**

02:35:17   1   **Q.**   Did you prepare a chart that illustrates what you found?

02:35:21   2   **A.**   I did.

02:35:22   3           **MR. JARRETT:**  Can we bring up D-34787.

02:35:29   4           **THE WITNESS:**  What this shows is -- I'm sure --

02:35:31   5   **BY MR. JARRETT:**

02:35:32   6   **Q.**   You are just trying to orient us here?

02:35:34   7   **A.**   Right.  I'm sure the Court already knows.  This is where

02:35:38   8   this -- Orange Beach and Gulf Shores are located here.

02:35:41   9           **MR. JARRETT:**  Can you bring up the actual table with

02:35:43   10  the data?  There it is.  It's D-34787.1.

02:35:49   11  **BY MR. JARRETT:**

02:35:50   12  **Q.**   Are you still looking at RevPar data here, Dr. Scott?

02:35:53   13  **A.**   Still looking at RevPar data.

02:35:55   14  **Q.**   What did you find here?

02:35:56   15  **A.**   Well, as you can see, the dark line there shows when the

02:36:00   16  spill occurred.

02:36:01   17  **Q.**   The vertical line that's April 20, 2010?

02:36:07   18  **A.**   Exactly.

02:36:07   19          What you will see in the next four months immediately

02:36:10   20  after the spill is -- if you look at the first bar there, which

02:36:13   21  is a minus 8.9 percent, that tells you that the RevPar in

02:36:19   22  May 2010 was 8.9 percent lower than the RevPar in May of 2009,

02:36:25   23  the previous year.  So, I mean, there this was a hit here.

02:36:28   24          As a matter of fact, if you look at June, July, and

02:36:31   25  August, the RevPar fell, and it fell smartly.  As you can see,

**LOREN SCOTT - DIRECT**

02:36:34  1    this area took a hit.  This was a total tourism area, and they

02:36:39  2    really took a hit.  You see the RevPar declining by 30, 31, 36,

02:36:46  3    35 percent.  So there was a hit here.

02:36:48  4          But the second message from this is look what

02:36:52  5    happened when you get to September.  This was a hit, and

02:36:58  6    there's no getting away from that.  But there was also a very

02:36:59  7    strong recovery after that, almost starting in September.  It

02:37:03  8    wasn't an improvement of 2 percent or 1 percent; it was an

02:37:06  9    improvement of 16 percent and then 30 percent, as you can see,

02:37:09  10   virtually almost 55 percent.  There was a very strong and very

02:37:13  11   robust recovery just very quickly after the spill.

02:37:17  12   Q.   These data, unlike the last slide we saw where there was

02:37:20  13   aggregated data by year, these are data by month?

02:37:24  14   A.   These are data by month.  So you can kind of clearly see

02:37:27  15   that there was a harm that was experienced.

02:37:30  16          THE COURT:  Can I just ask you, sir -- I know what

02:37:32  17   I'm looking at here.  When you say, take September, up

02:37:41  18   15.9 percent --

02:37:43  19          THE WITNESS:  Yes, sir.

02:37:43  20          THE COURT:  -- are you comparing that to September of

02:37:48  21   the prior year or are you --

02:37:51  22          THE WITNESS:  You had it right that time, Your Honor.

02:37:53  23          THE COURT:  Month to month?

02:37:57  24          THE WITNESS:  I'm comparing it to the same month in

02:37:58  25   the previous year.  Exactly.  Yes, sir.  You got it right.

LOREN SCOTT - DIRECT

02:37:59   1       THE COURT:  Thank you.

02:37:59   2   BY MR. JARRETT:

02:38:00   3   Q.   A year-over-year comparison by month?

02:38:03   4   A.   Exactly.

02:38:04   5   Q.   So to sum it up, we see four months of depressed tourism,

02:38:10   6   and then the balance of the year returning or exceeding prior

02:38:13   7   year levels.  Is that fair?

02:38:17   8   A.   That is fair.

02:38:17   9   Q.   Did you do this same analysis for the Florida Panhandle?

02:38:21   10   A.   I did.

02:38:22   11   Q.   Did you prepare a chart illustrating what you found?

02:38:25   12   A.   I did.

02:38:25   13       MR. JARRETT:  Can we bring up D-34787.2.

02:38:28   14   BY MR. JARRETT:

02:38:29   15   Q.   Here we have them, I think, side by side, right,

02:38:31   16   Dr. Scott?

02:38:32   17   A.   That is correct.

02:38:33   18   Q.   The Alabama beach area on the left, the Florida beach area

02:38:38   19   on the right?

02:38:39   20   A.   Well, the Florida Panhandle, yeah, the Florida Panhandle,

02:38:40   21   yes, the beach area.

02:38:41   22   Q.   Yes, sir.

02:38:42   23   A.   The Florida Panhandle, as it turns out, is a little bit

02:38:45   24   different from the Orange Beach area.  The Florida Panhandle

02:38:50   25   has one other kind of industry that's important, and that's the

LOREN SCOTT - DIRECT

| | | |
|--|--|--|
| 02:38:52 | 1 | military all along there. |
| 02:38:53 | 2 | But the main point here is, again, you can see what |
| 02:38:59 | 3 | happened in the Florida Panhandle.  You saw a hit.  The hit in |
| 02:39:02 | 4 | this particular case, it was only three months.  It was the |
| 02:39:06 | 5 | months of June, July, and August. |
| 02:39:08 | 6 | But it's a little misleading to look at this chart |
| 02:39:11 | 7 | because it looks like in July, for example, in the Panhandle it |
| 02:39:14 | 8 | was equally as bad as some of these others.  But be sure and |
| 02:39:20 | 9 | look at -- the axes are a little -- are different on the |
| 02:39:24 | 10 | vertical axis.  The worst month was July in the Panhandle.  It |
| 02:39:29 | 11 | was down 13.7 percent. |
| 02:39:32 | 12 | THE WITNESS:  If you can see that there, Your Honor. |
| 02:39:35 | 13 | I don't know how this stylus works, but if you look at that |
| 02:39:36 | 14 | number right there, it's 13.7; whereas over here, the numbers |
| 02:39:40 | 15 | are much worse. |
| 02:39:42 | 16 | THE COURT:  The scale is different. |
| 02:39:43 | 17 | THE WITNESS:  Yeah, the scale is a little different. |
| 02:39:45 | 18 | So there was a hit.  It was a much more minor |
| 02:39:48 | 19 | hit.  But more importantly, the same experience occurred in |
| 02:39:51 | 20 | terms of the recovery.  There was a very quick recovery |
| 02:39:54 | 21 | starting in September, and that recovery continued all the way |
| 02:39:58 | 22 | through April, as you can see, of the next year. |
| 02:40:04 | 23 | THE COURT:  Do you know whether either of these areas |
| 02:40:06 | 24 | at any point in time after the spill were affected by the |
| 02:40:13 | 25 | response effort, response workers who were in these areas? |

LOREN SCOTT - DIRECT

02:40:18  1          THE WITNESS:  Well, as it turns out -- if you look on
02:40:21  2   the left-hand side, as you are looking at it there, this is
02:40:25  3   just for that -- remember that very small strip of Alabama
02:40:31  4   that's down on the coast?  If you look at both counties in
02:40:34  5   Alabama as a whole, Baldwin and Mobile County as a whole,
02:40:39  6   actually, you see exactly the opposite picture.  You see huge
02:40:43  7   increases because the response workers were not staying here;
02:40:47  8   they were staying up in Mobile and the areas along the
02:40:50  9   interstate.  They weren't staying apparently down here on the
02:40:53  10  coast.
02:40:54  11          But when you look at the counties as a whole,
02:40:56  12  Mobile and Baldwin together, very large increases in the RevPar
02:41:02  13  that occurred in these earlier months.  So it's just exactly
02:41:07  14  the opposite of that.  Yes, sir, Your Honor.
02:41:16  15          MR. JARRETT:  Can we switch to the ELMO, please.
02:41:17  16  BY MR. JARRETT:
02:41:18  17  Q.   Just to address the judge's question, is this one of the
02:41:22  18  charts from your report, Dr. Scott?
02:41:24  19  A.   It is.  It is.
02:41:27  20  Q.   This shows actually for the whole Alabama coast, not just
02:41:30  21  for the narrow area of Gulf Shores, Orange Beach and
02:41:34  22  Fort Morgan.  This shows all the entire coastal area, the same
02:41:38  23  thing we looked at for Louisiana earlier, correct?
02:41:41  24  A.   Exactly.  As you can see, compared to 2009, you had this
02:41:44  25  big increase here.  I don't know if Your Honor can see that

LOREN SCOTT - DIRECT

02:41:47  1   from here, but it's 4218 here and it's 5101 here, so you had a

02:41:51  2   big increase in 2010 because of all those response workers, as

02:41:57  3   you anticipated.

02:41:58  4          Once those response workers went away, you had a bit

02:42:01  5   of a decline, but notice it is still higher -- 2011 is still

02:42:07  6   higher than 2009, and you continued to see a growth in the

02:42:11  7   RevPar after that.

02:42:12  8   Q.   The surge in tourism income in 2010 that we see here for

02:42:17  9   the Alabama Gulf Coast, that mirrors what we saw for Louisiana,

02:42:21  10  have you in your economics rendered an opinion as to the cause

02:42:26  11  of that surge?

02:42:27  12  A.   I'm sorry.  Of the surge in the RevPar?

02:42:29  13  Q.   Yeah, the surge in the RevPar that we see in 2010 for the

02:42:32  14  Alabama coast -- we talked about it earlier for the Louisiana

02:42:35  15  coast -- what have you concluded is the cause for that surge?

02:42:39  16  A.   I think there's two things that caused the surge.  One is

02:42:43  17  the response workers.  The other is the large increase in the

02:42:47  18  tourism budgets in these states during that time period and the

02:42:53  19  evidence from Deskins and Seevers that that would have had an

02:42:57  20  impact on the tourism area.

02:43:00  21  Q.   The slide we have been looking at here -- I just need to

02:43:01  22  put this for the record, Dr. Scott -- is D-34789.1.  It's in

02:43:07  23  the lower right-hand corner there.

02:43:10  24          Dr. Scott, I'm going to return to where we were a

02:43:12  25  moment ago, which was we had looked at the Orange Beach area of

LOREN SCOTT - DIRECT

02:43:19  1  Alabama and the Florida Panhandle area.  And we saw the revenue
02:43:24  2  by month for 2010.  Did you look at their tourism revenue over
02:43:28  3  the longer haul, like we did for Louisiana?
02:43:34  4  A.   For the other areas?  Yes, I did.
02:43:35  5       MR. JARRETT:  Why don't we pull up slide D-34788.
02:43:40  6  BY MR. JARRETT:
02:43:44  7  Q.   This is data over a longer period of time for both the
02:43:47  8  Gulf Shores area we talked about and for the Florida Panhandle,
02:43:50  9  correct, Dr. Scott?
02:43:53  10 A.   That is correct.  That is correct.
02:43:54  11 Q.   What do these data show?
02:43:55  12 A.   Well, as you can see on the far left, this is strictly
02:43:58  13 that very small area of Alabama down right on the Gulf.  You
02:44:03  14 see that there was a decline in the RevPar in 2010.  It went
02:44:09  15 down a good bit because --
02:44:10  16      THE WITNESS:  You remember, Your Honor, we are
02:44:11  17 talking about 35 percent declines in the RevPar for four
02:44:15  18 months.  But after that, notice what happened to -- in 2011,
02:44:20  19 2012, and 2013.  You didn't just have little increases; you had
02:44:24  20 very strong recovery in that area.
02:44:28  21      When you look at the Florida Panhandle, you see
02:44:32  22 a little bit different nuance here, and that is, in 2010 you
02:44:36  23 see a drop, but it is a relatively tiny drop -- because you
02:44:41  24 recall that the negative impact was only in three months, and
02:44:45  25 the worst of the months was one -- once it was down

LOREN SCOTT - DIRECT

02:44:49   1   13.7 percent.  We didn't have 35s here.
02:44:52   2               And so what you find when you look at the year
02:44:55   3   as a whole, the RevPar was almost the same because you had the
02:44:58   4   good, strong recovery in the second -- in the post period.  And
02:45:02   5   more importantly, if you look at '11, '12, and '13, very strong
02:45:07   6   recovery; not easy, but very strong, robust recovery there.
02:45:12   7   Q.   Dr. Scott, you were here last week when Dr. Mason
02:45:15   8   testified about the economic ideas he had?
02:45:18   9   A.   Exactly.
02:45:18  10   Q.   Well, he suggested that -- while he did not dispute these
02:45:23  11   data showing year-over-year increases, he said, Wait a minute.
02:45:27  12   It's possible that even though they are going up, they are
02:45:31  13   masking some lingering effect from the spill.  In other words,
02:45:33  14   it could still be a lingering effect from the spill
02:45:37  15   notwithstanding the year-over-year increases.  Did you
02:45:40  16   undertake an analysis to test that theory?
02:45:43  17   A.   I did.  I did.
02:45:45  18               THE WITNESS:  Your Honor, here's the point.  You
02:45:48  19   might say, well, you have got the coastal counties and you've
02:45:50  20   got the inland counties.  Well, maybe the coastal counties
02:45:53  21   increased, but maybe they would have increased even more had it
02:45:56  22   not been for the spill.  Maybe the inland counties are really
02:46:00  23   growing like crazy, but these are growing, but not all that
02:46:04  24   much.
02:46:05  25               And so what I did was to build -- I mentioned

LOREN SCOTT - DIRECT

02:46:07  1    earlier an event model.  This is an econometric model that

02:46:11  2    enables us to see how these counties along the coast compared

02:46:16  3    to the inland counties and to find out if there's a significant

02:46:19  4    difference between those experiences.  Then I think I have a

02:46:22  5    slide that shows you what the data showed.

02:46:27  6             MR. JARRETT:  Can you pull up D-34791.

02:46:31  7             THE WITNESS:  Now, this slide kind of summarizes for

02:46:34  8    you -- in my report I have all these statistics, Your Honor.

02:46:37  9    But just to summarize it for you, here's what we found.  When

02:46:41  10   you look -- you have a period after the spill, 2011 through

02:46:46  11   2012 and 2013 -- what you find is basically no difference after

02:46:49  12   you hold the national economy constant and seasonality

02:46:55  13   constant, the differences in the counties and stuff constant,

02:46:58  14   parishes constant -- that there's no difference between the

02:47:02  15   experience in the RevPar on the Alabama Gulf, the Florida

02:47:05  16   Panhandle, the Louisiana Gulf or the Florida Gulf that is not

02:47:09  17   the Panhandle.  There's no -- they did just as well as

02:47:12  18   everybody else.  So there's no lingering effect.

02:47:16  19             We did find -- this model does show a negative

02:47:19  20   number for the Mississippi Gulf Coast, which was, to me, a very

02:47:23  21   surprising number.

02:47:24  22   BY MR. JARRETT:

02:47:27  23   Q.  Did you have an opinion as to why there's a negative

02:47:31  24   effect in the state of Mississippi?

02:47:32  25   A.  I do.  Again, I have watched the Mississippi economy for

**LOREN SCOTT - DIRECT**

02:47:36  1   two and a half years.  I think people around here know the

02:47:40  2   Mississippi tourism business on the Mississippi Gulf Coast is

02:47:44  3   not people going there for the beach and -- the beaches are

02:47:47  4   not -- they're brown, the water is not clear.  You don't see

02:47:51  5   big highrise hotels that are servicing people coming to the

02:47:57  6   beach.  What you find is casinos.  This is a very big casino

02:48:02  7   market.

02:48:04  8       So what I did is I looked at the spending -- what's

02:48:07  9   been happening to spending in the United States in general, and

02:48:10  10  then I looked at spending on casinos.  And what you find is

02:48:14  11  casino spending is not keeping up with general spending.

02:48:17  12      So I believe -- as a matter of fact, again, I have

02:48:20  13  looked at the revenue data for this particular -- the casino

02:48:27  14  revenue data, which is publicly available data, for the

02:48:29  15  Mississippi Gulf Coast.  And this area has been in a slide

02:48:32  16  really since 2007.  It's really been struggling for a long time

02:48:36  17  period pre-spill.  As a matter of fact, very recently the

02:48:41  18  Margaritaville casino actually closed down there.  So I believe

02:48:46  19  that this is because this is a casino effect; it's not the

02:48:50  20  spill effect.

02:48:53  21  **Q.**   Dr. Scott, with due respect, I need to correct something

02:48:55  22  you said a second ago.  I think you said you have been studying

02:48:59  23  that economy for two and a half years.

02:49:01  24  **A.**   Did I say years?

02:49:01  25  **Q.**   Yes.

**LOREN SCOTT - DIRECT**

| | | |
|--|--|--|
| 02:49:01 | 1 | **A.**   I meant two and a half decades.  I'm sorry. |
| 02:49:04 | 2 | **Q.**   Fair enough.  When Dr. Mason presented a similar analysis, |
| 02:49:10 | 3 | did he look at all four states? |
| 02:49:13 | 4 | **A.**   He did not. |
| 02:49:14 | 5 | **Q.**   But you did? |
| 02:49:16 | 6 | **A.**   I did.  I looked at all the states, and I believe I showed |
| 02:49:19 | 7 | all the numbers. |
| 02:49:20 | 8 | **Q.**   Part of your work here, as part of that, I think you |
| 02:49:24 | 9 | reviewed some testimony from one of the government witnesses on |
| 02:49:28 | 10 | their analysis of the economic issues, Dr. Harry Luton.  Do you |
| 02:49:33 | 11 | remember him? |
| 02:49:34 | 12 | **A.**   I do remember that. |
| 02:49:35 | 13 | **Q.**   Did Dr. Luton address himself to the tourism in the years |
| 02:49:40 | 14 | after the spill? |
| 02:49:41 | 15 | **A.**   He did. |
| 02:49:41 | 16 | **Q.**   Was there some testimony that you thought was worthwhile? |
| 02:49:46 | 17 | **A.**   Yes. |
| 02:49:46 | 18 | **MR. JARRETT:**  Can we pull up D-34812. |
| 02:49:51 | 19 | BY MR. JARRETT: |
| 02:49:52 | 20 | **Q.**   What was significant to you about this testimony from |
| 02:49:54 | 21 | Dr. Luton, sir? |
| 02:49:56 | 22 | **A.**   Basically what it did is it confirmed what my numbers |
| 02:50:00 | 23 | showed.  He said that: |
| 02:50:00 | 24 | **"QUESTION:**  So even if the baseline 2009 year right |
| 02:50:03 | 25 | before the spill was low because of the recession, you're |

LOREN SCOTT - DIRECT

02:50:06  1      aware of what happened in 2011, was tourism recovered

02:50:10  2      beyond the record set in 2007?

02:50:13  3           "ANSWER:  The industry across the Gulf was doing very

02:50:15  4      well in 2011.  In some cases, it was their very best year.

02:50:22  5           "QUESTION:  And that continued into 2012, didn't it?

02:50:25  6           "ANSWER:  Yes."

02:50:26  7           So I think this is very consistent with what my

02:50:28  8   numbers show.

02:50:29  9   Q.   After doing all this analysis of tourism, were you able to

02:50:32 10   reach some opinions or some conclusions concerning your

02:50:36 11   analysis?

02:50:37 12   A.   I did.

02:50:37 13   Q.   Have you set them out in a slide so we can walk through

02:50:41 14   them?

02:50:41 15   A.   I have.

02:50:41 16           MR. JARRETT:  Can we bring up, please, D-34792.

02:50:44 17   BY MR. JARRETT:

02:50:47 18   Q.   Dr. Scott, are these your opinions that you reached as a

02:50:50 19   result of your analysis of the tourism grants and the RevPar

02:50:55 20   data for the affected states plus the conclusions that your

02:51:00 21   econometric model confirmed?

02:51:02 22   A.   They are.  What I found was that they did --

02:51:03 23   Q.   Can you walk us through them, sir.

02:51:05 24   A.   I'm sorry.  The BPXP grants to promote tourism did help

02:51:09 25   drive this recovery, especially in those areas that were

LOREN SCOTT - DIRECT

02:51:12  1  negatively impacted by the spill; but a large part of the Gulf

02:51:16  2  was not negatively impacted, mainly because of these response

02:51:19  3  workers that came into the area.

02:51:22  4      The negatively impacted areas recovered very quickly,

02:51:24  5  and the tourism grants led to recovery September 2010, and very

02:51:30  6  strong growth in tourism occurred from 2011, '12, and '13.

02:51:35  7  Q.   Did you look for other anecdotal information that might be

02:51:39  8  corroborative of the opinions that you reached independently?

02:51:42  9  A.   I did.  I put some of those in my report, as a matter of

02:51:45  10  fact.

02:51:46  11      MR. JARRETT:  Can you bring up D-34793.

02:51:48  12  BY MR. JARRETT:

02:51:52  13  Q.   What do we have here on this slide, Dr. Scott?

02:51:55  14      THE WITNESS:  Your Honor, what we have here are at

02:51:58  15  least four of the quotes that I mentioned here.  Basically what

02:52:03  16  these people were saying, who are in the industry, are saying

02:52:06  17  that there was a strong recovery, that they attribute in many

02:52:12  18  cases the recovery to the BP grants, tourism grants that were

02:52:16  19  given out during that time period.

02:52:18  20      They talk about really high responses that

02:52:22  21  occurred in summer, talk about record levels, they talk about

02:52:25  22  how the response workers just filled up the hotels and bars and

02:52:30  23  car rental places.

02:52:31  24      So all this basically is -- this is not what I

02:52:34  25  used to form my opinion.  I formed my opinion based on the

**LOREN SCOTT - DIRECT**

02:52:39    1    data.  What this does, I believe, is to corroborate and

02:52:43    2    validate what I found.

02:52:44    3    **BY MR. JARRETT:**

02:52:46    4    **Q.**    Again, Dr. Scott, has the government's representative on

02:52:49    5    economic issues spoken to this issue, Dr. Luton?

02:52:52    6    **A.**    He has.

02:52:53    7    **Q.**    Have you prepared a slide that capsulates his point of

02:52:56    8    view?

02:52:57    9    **A.**    I have.

02:52:57   10         **MR. JARRETT:**  Can we bring up D-34813.

02:53:01   11    **BY MR. JARRETT:**

02:53:01   12    **Q.**    What did Dr. Luton say about BPXP's efforts to promote

02:53:05   13    tourism and their effectiveness?

02:53:08   14    **A.**    Not surprisingly, given the size of the numbers I have

02:53:11   15    shown on the amount of expenditure, he says:

02:53:13   16         "QUESTION:  Based on what you said, you agree that

02:53:15   17         BP's efforts to assist in the recovery of tourism along

02:53:17   18         the Gulf Coast were positive and had a positive effect?

02:53:20   19         "ANSWER:  That's correct.

02:53:20   20         "QUESTION:  BP's efforts to promote tourism in the

02:53:20   21         Gulf Coast region contributed to the rebounding of the

02:53:25   22         tourism industry and recovery of tourism in the Gulf Coast

02:53:28   23         after the spill?

02:53:30   24         "ANSWER:  That's how we interpret it.

02:53:31   25         "QUESTION:  And that's your understanding?

LOREN SCOTT - DIRECT

02:53:34  1          "ANSWER:  Yes."

02:53:35  2          So he basically corroborated and validated what I

02:53:38  3  found.

02:53:38  4  Q.   I'm going to change subjects, Dr. Luton.

02:53:42  5  A.   I'm Dr. Scott.

02:53:43  6  Q.   I'm sorry, Dr. Scott.  Dr. Luton is your fellow who agrees

02:53:46  7  with you there.

02:53:47  8          Dr. Scott, let's change from your tourism

02:53:51  9  investigation to what you thought about the claims payments and

02:53:55  10  whether they had a mitigative effect.

02:53:58  11          MR. JARRETT:  Can we bring up a slide we saw earlier,

02:54:01  12  D-34782.

02:54:03  13  BY MR. JARRETT:

02:54:04  14  Q.   Again, Dr. Scott, as a reminder, just as a placeholder,

02:54:07  15  there was $11.2 billion spent by BPXP in claims payments,

02:54:12  16  correct?

02:54:13  17  A.   Right.  That's the second row there that you see.

02:54:16  18  Q.   What opinion do you have as an economist, based on your

02:54:21  19  training, about the impact of those kind of payments?

02:54:23  20  A.   Well, the first thing is just the sheer size of the

02:54:25  21  numbers.  I mean, this -- again, we deal with billions and all

02:54:28  22  the time we hear about billions, but this is not 11.2 million;

02:54:31  23  this is 11.2 billion.  And so any time that kind of money is

02:54:37  24  injected into the economy, it's obviously going to have a

02:54:40  25  positive effect.

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

02:54:43  1  **Q.**   Dr. Scott, we talked about your annual publication, the
02:54:47  2  *Louisiana Economic Outlook*.   In that -- you have been
02:54:52  3  publishing that for 30 years, I think you said, something about
02:54:55  4  that.
02:54:58  5          Let me back up a second.   When were you retained in
02:55:00  6  this case?
02:55:01  7  **A.**   I was retained in this case in, I believe, November of
02:55:04  8  2013.
02:55:04  9  **Q.**   Prior to November of 2013, have you written on the
02:55:10  10  mitigative effect of these claims payments in that publication,
02:55:14  11  the *Louisiana Economic Outlook*?
02:55:16  12  **A.**   I have.
02:55:16  13  **Q.**   What have you said about it?
02:55:19  14          **THE WITNESS:**   Well, the most embarrassing forecast I
02:55:22  15  ever put out was in the fall of 2010, Your Honor.   I made
02:55:27  16  presentations in Houma and in Lafayette on what we thought was
02:55:31  17  going to happen as a result of what was going on as a result of
02:55:35  18  the spill, and we were basically telling them that the bottom
02:55:37  19  was going to fall out.   And as a matter of fact, I was
02:55:41  20  surprised they invited me back the next year.   It was the worst
02:55:45  21  forecast I have ever given.
02:55:47  22          What I noticed was that -- after that, as we got
02:55:49  23  into November and December, I noticed that the employment
02:55:51  24  numbers were not behaving the way I thought they were going to
02:55:54  25  behave.   There was sales tax collections, especially in the

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

02:55:58  1    Lafayette-Houma area.  So I called Michel Claudet, the
02:56:01  2    president of Terrebonne Parish.
02:56:02  3              I said, "Michel, what is going on here?  I don't
02:56:04  4    understand."
02:56:04  5              His response was, "Loren, you don't know how
02:56:10  6    much money is being pumped into our economy through the BPXP
02:56:14  7    claims payments.  It is a huge amount of money."
02:56:18  8              As a matter of fact, if you look at the writings
02:56:21  9    of the *Louisiana Economic Outlook* from that point forward, one
02:56:25  10   of the things we keep referring to is the size of this number
02:56:27  11   and how important it has been to the Louisiana economy in terms
02:56:31  12   of bumping up areas that we had thought were going to go in the
02:56:35  13   tank.  They did not go in the tank.
02:56:38  14   BY MR. JARRETT:
02:56:39  15   Q.   Again, back to the U.S. witness on economics, Dr. Harry
02:56:42  16   Luton.  Has he expressed the government's views on this very
02:56:47  17   issue?
02:56:48  18   A.   Yeah.  He had a similar sort of response as well.
02:56:50  19   Q.   Have you called out those particular quotes that you
02:56:53  20   thought were meaningful?
02:56:54  21   A.   I have.
02:56:54  22              MR. JARRETT:  Can we bring up D-34810, please.
02:56:58  23              THE WITNESS:  As you see here, when he was asked, he
02:56:59  24   said:
02:57:01  25              "QUESTION:  That substantial impact from those claims

**LOREN SCOTT - DIRECT**

02:57:03  1       payments paid early after the spill helped to minimize the

02:57:05  2       economic effects of the spill in the region, didn't it?

02:57:09  3            "ANSWER:  Yes.

02:57:09  4            "QUESTION:  So based on what you understand from this

02:57:11  5       report, you agree that the substantial amount of money BP

02:57:14  6       paid in claims from the summer of 2010 into 2011 and 2012,

02:57:19  7       in the order of billions of dollars, had a minimizing

02:57:21  8       economic effect in the region against the economic effects

02:57:23  9       of the spill, correct?

02:57:26  10           "ANSWER:  I would agree that it helped reduce the

02:57:27  11      economic impacts of the spill."

02:57:29  12  BY MR. JARRETT:

02:57:30  13  Q.   Dr. Luton's opinion's consistent or inconsistent with your

02:57:32  14  own?

02:57:33  15  A.   His conclusions are consistent with those of mine.

02:57:37  16  Q.   I'm going to change subjects again.  We will move from

02:57:38  17  tourism and from claims payments to commercial fishing.

02:57:42  18           Did you look at that industry and how that's

02:57:44  19  rebounded from the year 2010?

02:57:47  20  A.   I have.  Again, we looked at this one because it was one

02:57:50  21  of the ones that people expected there to be quite a

02:57:54  22  substantial negative impact.

02:57:55  23  Q.   Where did you find the data that allowed you to make this

02:57:58  24  analysis?

02:57:58  25  A.   The data came from the National Oceanic and Atmospheric

LOREN SCOTT - DIRECT

02:58:03   1   Administration -- I'm so proud that I said that correctly.  It
02:58:03   2   was from NOAA, which is publicly available data.
02:58:08   3   **Q.**   Publicly available data?
02:58:13   4   **A.**   Right.
02:58:13   5   **Q.**   Did you analyze that data?
02:58:14   6   **A.**   I did.
02:58:15   7   **Q.**   Did you analyze it for 2010?
02:58:18   8   **A.**   I did.
02:58:19   9   **Q.**   Did you find -- or were you able to calculate any losses
02:58:22   10  for that year?
02:58:23   11  **A.**   I did.  As a matter of fact, I have a slide prepared for
02:58:26   12  that.
02:58:26   13         **MR. JARRETT:**  Can we bring up D-34795, Donnie,
02:58:29   14  please.
02:58:31   15  **BY MR. JARRETT:**
02:58:33   16  **Q.**   What do we have here, Dr. Scott?  What are you showing on
02:58:36   17  this slide?
02:58:37   18  **A.**   Well, the blue bar shows you what the average annual
02:58:41   19  revenues were for commercial fishermen in the Florida Gulf,
02:58:45   20  Alabama, Mississippi, and Louisiana area over 2007 to 2009.  So
02:58:49   21  it's an average number of $430.7 million.  And then what you
02:58:54   22  see for 2010 -- you see the impact of 2010.  I mean, there was
02:58:58   23  a hit to the fishermen during this time period in terms of the
02:59:04   24  revenues from fishing.  There was a fishing ban in place, of
02:59:07   25  course.

**LOREN SCOTT - DIRECT**

02:59:07  1    The bottom blue part shows you what the revenues were

02:59:11  2  in 2010 and the difference, that $112 million was their decline

02:59:18  3  in revenues in 2010.  So there was a hit to the fishing

02:59:23  4  revenues during that time period.

02:59:25  5  **Q.**   Dr. Mason testified last week.  Do you remember whether he

02:59:27  6  agreed or disagreed with your evaluation of the losses from the

02:59:32  7  summer of 2010?

02:59:33  8  **A.**   What I heard was that he agreed with these numbers.

02:59:36  9  **Q.**   Did you investigate what BPXP did to address these losses?

02:59:40  10  **A.**   I did.  There's two things that I looked at, as it turns

02:59:43  11  out.

02:59:43  12    **MR. JARRETT:**  Can we have the next slide, please.

02:59:45  13  **BY MR. JARRETT:**

02:59:46  14  **Q.**   I think this will come right up.  Here we go.

02:59:49  15    What's the first way that BPXP addressed this issue,

02:59:53  16  sir?

02:59:53  17  **A.**   Well, as you know -- and I think there was other testimony

02:59:57  18  by Captain Hein and others that said that BP said --

03:00:01  19  specifically wanted to direct the fleet, Vessels of

03:00:05  20  Opportunity, at the people who were going to get hurt the most,

03:00:09  21  and that was commercial fishermen and the charter fishing.  So

03:00:13  22  one of the ways that the commercial fishermen made up for this

03:00:18  23  loss was they could participate in the VoO program.

03:00:21  24    As you can see, the VoO program at almost

03:00:25  25  $600 million is five and a half times larger than the loss that

**LOREN SCOTT - DIRECT**

03:00:28  1  occurred during that time period.  So one of the ways that
03:00:33  2  helped mitigate the hit to their hip pockets was that they
03:00:38  3  could participate in the VoO program.
03:00:41  4  Q.   What was another way that BP went about trying to mitigate
03:00:44  5  for these losses from 2010?
03:00:46  6  A.   Well, the other way the commercial fishermen could get
03:00:50  7  mitigation from these losses is to participate in the seafood
03:00:54  8  compensation fund.  And I added that bar on this chart so you
03:00:58  9  could kind of see how big that is.  If we could pull that up.
03:01:03  10          MR. JARRETT:  Can we bring up D-34798, please.
03:01:06  11  BY MR. JARRETT:
03:01:14  12  Q.   Please tell us what you're depicting on this slide,
03:01:17  13  Dr. Scott.
03:01:19  14  A.   Well, what I'm depicting on this slide, first of all, is
03:01:22  15  the decline, the $112 million decline that occurred in the
03:01:27  16  revenues.  I'm showing here the VoO payments compared to that
03:01:30  17  decline.  Then you see the $2.3 billion Seafood Compensation
03:01:35  18  Program that's available to the commercial fishermen.  As you
03:01:39  19  can see, compared to the loss, it's 20 and a half times the
03:01:44  20  loss.
03:01:44  21          If you compare the money coming in through the VoO,
03:01:47  22  plus the money coming in through the seafood compensation fund,
03:01:50  23  you are talking about 26 times the loss that occurred during
03:01:55  24  that time period.  And so --
03:01:56  25  Q.   I'm sorry.  Finish your answer.

LOREN SCOTT - DIRECT

03:01:58   1   A.   So I would conclude from this that certainly with regard

03:02:02   2   to 2010 loss, they were way more than compensated.  Way more

03:02:07   3   than compensated for the loss that they experienced in 2010.

03:02:13   4          THE COURT:  I'm sure you know that $2.3 billion

03:02:17   5   wasn't paid out in 2010.

03:02:19   6          THE WITNESS:  That is my understanding.  Your Honor,

03:02:19   7   that is --

03:02:22   8          THE COURT:  That's the whole program.

03:02:23   9          THE WITNESS:  Yes, sir.

03:02:23  10          THE COURT:  Even as of 2015, about half of that has

03:02:27  11   been paid out.

03:02:28  12          THE WITNESS:  Yes, sir.

03:02:29  13          THE COURT:  I'm sure you know that.  I just don't

03:02:32  14   want the slides to misrepresent what occurred in 2010.

03:02:36  15          THE WITNESS:  And neither do I, Your Honor.  Neither

03:02:39  16   do I.  As I understand it, this money is set aside --

03:02:42  17          THE COURT:  That's correct.

03:02:42  18          THE WITNESS:  -- and will be paid out to the --

03:02:44  19          THE COURT:  That's correct.

03:02:45  20   BY MR. JARRETT:

03:02:45  21   Q.   The money has been committed but not all yet distributed.

03:02:48  22   Is that fair?

03:02:49  23   A.   That's my understanding.  Right.

03:02:54  24   Q.   Remember, too, Dr. Scott, that the settlement fund was

03:02:59  25   intended to compensate for the possibility of future economic

OFFICIAL TRANSCRIPT

**LOREN SCOTT - DIRECT**

03:03:03    1    losses to this class of worker.  Did you investigate that to

03:03:08    2    see whether it effectively does that?

03:03:11    3    **A.**   Yeah, of course.  The $2.3 billion includes RTPs, some of

03:03:18    4    the very large RTPs.  The purpose of the RTPs was to pay the

03:03:23    5    commercial fishermen for future possible potential losses,

03:03:28    6    which then led me to ask the question using the data:  Were

03:03:32    7    there future losses beyond 2010?

03:03:35    8    **Q.**   Were you able to reach conclusions about that, sir, based

03:03:38    9    on that analysis?

03:03:39   10    **A.**   I was.  I was.

03:03:40   11    **Q.**   Do you have a slide that illustrates what you found?

03:03:43   12    **A.**   I do.  The first thing I looked at, of course, was just

03:03:46   13    the catch, catch numbers.  And these are from NOAA again.

03:03:52   14    **Q.**   We have on the screen, Dr. Scott, D-34802.  Do you see

03:03:55   15    that?

03:03:56   16    **A.**   I see that.

03:03:57   17    **Q.**   And is this the volume of landings in pounds?

03:04:01   18    **A.**   This is.  Millions of pounds, actually.  I'm sorry.

03:04:08   19    **Q.**   It comes from the federal government, the NOAA agency we

03:04:11   20    talked earlier?

03:04:12   21    **A.**   That's correct.

03:04:12   22    **Q.**   Can you show us what this slide depicts, sir.  Explain it.

03:04:16   23    **A.**   I can.

03:04:16   24        If you look at the -- if you look at the kind of

03:04:20   25    rust-colored bar, that's what the average catch was over the

LOREN SCOTT - DIRECT

03:04:25 1   pre-spill time period, the 2007, 2009 time period.  Then what
03:04:29 2   you see in the next bar, which is the first green bar here,
03:04:33 3   which I'm having trouble -- you will notice, in 2010, sure
03:04:37 4   enough, there was a decline in the catch.  It was a nontrivial
03:04:40 5   decline in the catch.  There was a fishing ban in place, and so
03:04:45 6   there was a decline that took place.
03:04:48 7   Q.   There were losses associated from that fishing ban,
03:04:55 8   correct, in 2010?
03:04:56 9   A.   As measured in pounds, that is correct, there was a loss.
03:04:59 10   And of course, as I show, in 2010 there were losses in terms of
03:05:04 11   dollars as well.
03:05:04 12          But what you notice, when you go to 2011 and 2012,
03:05:07 13   you start seeing a recovery.  In the case of shrimp, by the
03:05:11 14   time you get to 2012, you are almost back to where you were
03:05:14 15   before spill.  In the case of oysters, you are still well
03:05:18 16   below.  In the case of blue crab, you are basically almost back
03:05:23 17   to where you were pre-spill.  In the case of finfish, you are
03:05:28 18   way back compared to pre-spill.
03:05:29 19          In the case of the "Other" category, the general
03:05:31 20   "Other" category, which is the smaller of the ones, it's still
03:05:35 21   actually in a declining state.
03:05:38 22   Q.   Did you evaluate this from an economic basis using the
03:05:44 23   econometrics techniques you described earlier to determine
03:05:47 24   whether the level of catch post-spill were close to trend, far
03:05:52 25   from trend, that sort of issue?

LOREN SCOTT - DIRECT

03:05:54  1   **A.**   I did.  The question that kind of automatically comes up

03:06:00  2   if you deal with data a lot is, okay, for example, in the case

03:06:04  3   of shrimp, the catch was -- in 2011 was not back to where it

03:06:10  4   was pre-spill.  Neither was 2012.  But the question is:  Would

03:06:13  5   it have been that anyway?  Is there some downward trend in the

03:06:17  6   shrimp catch?  Is there some downward trend in the finfish

03:06:23  7   catch where it would have been lower anyway, whether there had

03:06:25  8   been a spill or not?

03:06:26  9          So the next thing I did was to test that, and I have

03:06:28  10  some slides to illustrate what my findings were.

03:06:31  11          MR. JARRETT:  Can we bring up D-34804, please.

03:06:34  12  **BY MR. JARRETT:**

03:06:37  13  **Q.**   Dr. Scott, does this first slide we just called up

03:06:41  14  illustrate the trend that you investigated in shrimp catch and

03:06:45  15  blue crab catch?

03:06:47  16  **A.**   Well, what the red line shows is what the actual shrimp

03:06:51  17  catch was from 1999 through 2012.  The green line you see is

03:06:58  18  when the spill occurred.  Then on the bottom chart, you see the

03:07:02  19  actual blue crab catch, and the -- from '99 through 2012, and

03:07:09  20  you see the green bar there where the spill occurred.

03:07:12  21          So the next thing I did was take the pre-spill data

03:07:16  22  and I put a trend line.  It's the simplest of all econometric

03:07:20  23  techniques that you can use.  I think if you pop a button here,

03:07:26  24  you will see what the trend line showed.

03:07:28  25          That dark line shows you the trend, and what it tells

**LOREN SCOTT - DIRECT**

03:07:31  1   you is that the shrimp catch has been declining.  It's been

03:07:35  2   declining for some time.  The same thing is true of the blue

03:07:41  3   crab catch.

03:07:43  4        Then you can -- to forecast it, you can extend that

03:07:49  5   trend line on out and you can see if the 2011 -- obviously, you

03:07:55  6   see the decline in 2010.  There was a hit in 2010.  We have

03:07:58  7   already established that.  The question is:  What happened in

03:08:01  8   2011 and 2012?  And because we estimated this using statistics,

03:08:08  9   using econometrics, we can actually determine whether or not

03:08:11  10  the numbers in 2011 and 2012 are statistically different,

03:08:16  11  significantly different from trend.

03:08:17  12        And as it turns out, the equations show that the

03:08:21  13  numbers for the shrimp catch and the numbers for the blue crab

03:08:26  14  catch in 2011 and 2012 are no different than what they would

03:08:30  15  have been if there hadn't been a spill.  So they are back on to

03:08:34  16  trend.

03:08:34  17  **Q.**   On trend.

03:08:34  18        I see variances in year-over-year catch.  I mean, I

03:08:37  19  see it looks like a sawtooth, the actual --

03:08:40  20  **A.**   Right.

03:08:40  21  **Q.**   -- data, right?

03:08:41  22  **A.**   That's correct.  That's correct.

03:08:42  23  **Q.**   So you try to normalize that data into a trend.  Is that

03:08:46  24  how it works?

03:08:48  25  **A.**   Not quite.  What the computer does -- if I can try to

**LOREN SCOTT - DIRECT**

03:08:52   1   explain this as carefully as I can, what the computer does is

03:08:55   2   it has the trend line there.  And you'll notice that the red

03:08:57   3   line doesn't fit the trend line.  Right?  This one is higher

03:08:59   4   than the trend.  This one is lower than the trend.

03:09:01   5         And what the computer does is it looks at what we

03:09:04   6   call "differences," the differences between the actual and the

03:09:06   7   trend line.  And that becomes -- it would be kind of like an

03:09:11   8   average miss.  And if you have a very tight fit -- like this

03:09:16   9   one's pretty tight and the one on blue crab is pretty tight --

03:09:20   10  the next step is kind of tricky.  When you are trying to figure

03:09:23   11  out if 2011 and 2012 are significantly different from the

03:09:27   12  trend, the band is a pretty narrow band of error there.  It's a

03:09:33   13  pretty narrow band.

03:09:35   14        So the key point here is:  The less variation you

03:09:37   15  have around the trend, the smaller the band that you can say,

03:09:42   16  Well, it's significantly different or insignificantly different

03:09:45   17  from the trend.

03:09:47   18        **THE WITNESS:**  I know I'm babbling a lot, Your Honor,

03:09:48   19  but maybe I can explain this a little better by looking at the

03:09:52   20  next chart.  Would that help?

03:09:52   21  **BY MR. JARRETT:**

03:09:53   22  **Q.**   Yes, sir.  Before we go to the next chart, just for

03:09:55   23  clarity purposes, this model looks at 10 years of data all

03:10:01   24  before the spill in order to come up with a trend?

03:10:04   25  **A.**   That's exactly right.  It's based on the trend before the

LOREN SCOTT - DIRECT

03:10:06 1  spill.  It does not include 2010, that's right.

03:10:08 2          MR. JARRETT:  Let's go to the next slide, D-34805, I

03:10:14 3  believe.

03:10:14 4  BY MR. JARRETT:

03:10:17 5  Q.  This is the same analysis that you did for shrimp and for

03:10:19 6  crab, but this one shows for oyster and for finfish; is that --

03:10:23 7  A.  Right.  And so I think maybe the easiest thing to do is

03:10:24 8  talk about the easiest one to explain, and that's the finfish.

03:10:26 9  Once again, you will notice the finfish, real tight.  Real

03:10:31 10  tight connection to the line.  So when you extend that on out

03:10:35 11  to 2011 and 2012, you will notice 2011 and 2012 are way above,

03:10:41 12  way above the trend.

03:10:42 13          As a matter of fact, an econometrician and the

03:10:46 14  statistics for this equation say it is significantly above

03:10:49 15  trend.  Is there something about the finfish -- I'm not a

03:10:52 16  fisheries guy at all; but just looking at the data as an

03:10:55 17  econometrician, the finfish catch was actually above.

03:10:58 18          THE COURT:  So what do you attribute that to?  I

03:11:00 19  don't think the oil spill helped it.

03:11:04 20          THE WITNESS:  I am certainly not saying that.  I am

03:11:05 21  certainly not saying that.

03:11:07 22          THE COURT:  So as an economist, what would you make

03:11:09 23  out of that?

03:11:10 24          MS. HIMMELHOCH:  As an economist, my first response

03:11:11 25  would be I would call somebody in fisheries and say, What the

**LOREN SCOTT - DIRECT**

03:11:14  1    heck is going on with finfish?  I mean, this is really odd.

03:11:19  2    You got this big difference from the trend of what's going on

03:11:23  3    in the fisheries area that might have caused this.

03:11:26  4            I'm not a fisheries person, so I can't explain

03:11:29  5    that, Your Honor.  But that's what I would do; I would go to

03:11:32  6    somebody who knows the area and maybe can explain it.

03:11:36  7            As it turns out, the numbers are from NOAA.

03:11:37  8    They're federal numbers, they're based on the catch.  It is

03:11:40  9    what it is.  I don't have an answer for you, Your Honor.  I

03:11:44  10   don't have the skill set to do that.

03:11:46  11        **THE COURT:**  Okay.

03:11:47  12        **THE WITNESS:**  The next one is the hardest one to

03:11:50  13   understand, and that's what's going on with oysters.  You see

03:11:53  14   the trend line slightly upward; but you also notice that unlike

03:11:56  15   all the other ones, which are a nice tight fit, this doesn't

03:12:00  16   have a nice tight fit.  They are very wide misses, if you like.

03:12:05  17   Not misses exactly, what economists or econometricians would

03:12:09  18   call deviations from the trend.

03:12:11  19            When you have really wide deviations in the

03:12:13  20   trend, Your Honor, and going out into the future, you end up

03:12:17  21   with a very wide band within which you can say it's

03:12:20  22   statistically different from the trend.

03:12:24  23            Visually, it looks like the numbers in 2011 or

03:12:26  24   2012 are way different from the trend.  There's no question

03:12:31  25   that the catch is down.  You can see that.  But statistically

LOREN SCOTT - DIRECT

03:12:36   1   it's insignificantly different from the trend, oddly enough.

03:12:39   2   And the reason for that is because of these big waves that

03:12:42   3   occur here that are contributing to what establishes the band,

03:12:45   4   the significance band, if you like.

03:12:50   5          I mean, it is down -- now, it is down, but it is

03:12:52   6   not that much different from what it was here.  If you just

03:12:54   7   have times when you just go from here to here in normal times,

03:12:58   8   very big changes in normal times, that's kind of the nature of

03:13:04   9   this sector.

03:13:04   10          I'm in no way saying that the oyster catch

03:13:10   11   didn't decline.  The oyster catch declined.  But oddly, the

03:13:14   12   statistics show it's insignificantly different from the trend,

03:13:18   13   if that makes any sense to you.  It's probably hard to swallow,

03:13:22   14   but that's what the numbers show, sir.

03:13:25   15   BY MR. JARRETT:

03:13:25   16   Q.   To echo a point you made earlier, you are not offering any

03:13:29   17   opinions about oyster populations; you are just showing the

03:13:32   18   landings data that have been reported.  Is that fair?

03:13:35   19   A.   Right, I'm just showing the data.  I'm just showing the

03:13:38   20   data.

03:13:38   21   Q.   You didn't only just look at volumes of seafood caught;

03:13:42   22   you also looked at dollars, didn't you, sir?

03:13:45   23   A.   I did.  To me, this is the most important thing.  If you

03:13:48   24   are a commercial fisherman, the catch is one thing; but the

03:13:51   25   most important thing is how much money do I end up in my

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

03:13:54   1    pocket.  So the next thing I looked at was the NOAA data on the
03:13:58   2    value of landings.  And here we get a different result, and I
03:14:03   3    have a slide to illustrate this.
03:14:04   4         MR. JARRETT:  Can we bring up D-34806, please.
03:14:07   5         THE WITNESS:  Right.  Now, again, here you will
03:14:11   6    notice, once again, the rust-colored bars are what the average
03:14:16   7    value of the catch was in the time period prior to the spill.
03:14:20   8    The next bar is the 2010 bar.  You will notice that the 2010
03:14:25   9    bar for shrimp is down.  The amount of money that fishermen got
03:14:30   10   from the shrimp is down.
03:14:31   11        As a matter of fact, the same thing is true of
03:14:33   12   oysters.  The same thing is true of blue crab.  The same thing
03:14:36   13   is true of finfish.  It's oddly -- over here, the "Other,"
03:14:38   14   which again is a smaller category, is not.
03:14:43   15        But you recall, Your Honor, that I mentioned that the
03:14:46   16   total loss of 2010 was $112 million?  If you take that loss --
03:14:50   17   come on, hand -- if you take this loss here, this loss here,
03:14:54   18   this loss here, this loss here, it's going to sum up to that
03:14:58   19   $112 million that we talked about before.
03:15:01   20        So you do see this hit that took place in 2010.
03:15:04   21   There's no getting around that.  But when you look at 2011 and
03:15:09   22   2012, look at it in terms of the amount of money they had in
03:15:13   23   their hip pocket, it actually rose in 2011 and 2012 above the
03:15:17   24   pre-spill levels.  Not a little bit, but a good bit.
03:15:22   25        Oysters is not the same.  Oysters is still down; but

LOREN SCOTT - DIRECT

| | |
|---|---|
| 03:15:25 | 1 |
| 03:15:28 | 2 |
| 03:15:31 | 3 |
| 03:15:34 | 4 |
| 03:15:37 | 5 |
| 03:15:40 | 6 |
| 03:15:42 | 7 |
| 03:15:46 | 8 |
| 03:15:47 | 9 |
| 03:15:53 | 10 |
| 03:15:55 | 11 |
| 03:16:01 | 12 |
| 03:16:04 | 13 |
| 03:16:05 | 14 |
| 03:16:10 | 15 |
| 03:16:13 | 16 |
| 03:16:16 | 17 |
| 03:16:19 | 18 |
| 03:16:25 | 19 |
| 03:16:28 | 20 |
| 03:16:30 | 21 |
| 03:16:33 | 22 |
| 03:16:37 | 23 |
| 03:16:39 | 24 |
| 03:16:43 | 25 |

1  in the case of blue crab, in the case of finfish, in the case
2  of "Others," they actually ended up post-spill with more money
3  in their pocket than they did before the spill.
4          THE COURT:  Would that lead you to conclude that
5  because the landings are down, prices are up?
6          THE WITNESS:  Yes, the prices are up, exactly.
7  That's exactly right, sir, Your Honor.
8  BY MR. JARRETT:
9  Q.   Dr. Scott, from an economic perspective, it enabled you to
10  reach a conclusion or opinion about whether the seafood
11  compensation fund and the VoO payments effectively mitigated
12  the loss that these commercial fishermen saw?
13          THE WITNESS:  Right.  I mean, what I conclude from
14  this, Your Honor, is you have this $112 million loss that
15  occurred.  You can't ignore that.  But you have money coming --
16  to compensate for that, you had money coming in from VoO; you
17  have all that money that will ultimately to be paid out from
18  the $2.3 billion settlement; and their revenues are going up in
19  2011 and 2012.  They are not going down.
20          So they are making money, and then they have
21  these other sources that are -- in my opinion, it seems like
22  the data show has more than compensated them for that loss that
23  occurred in 2010.
24          THE COURT:  Again, you are talking in the aggregate?
25          THE WITNESS:  I am talking in the aggregate.

OFFICIAL TRANSCRIPT

2083

LOREN SCOTT - DIRECT

03:16:43  1          THE COURT:  Because obviously, in an economic
03:16:45  2   situation like this, I think other witnesses have testified you
03:16:47  3   could have winners and losers?
03:16:52  4          THE WITNESS:  I did not look at -- I am strictly
03:16:53  5   talking in the aggregate, you are exactly correct, yes, sir.
03:16:57  6   BY MR. JARRETT:
03:16:58  7   Q.   So, Dr. Scott, from the aggregate point of view and from
03:17:04  8   your economic expertise, if you look at the combination of BPXP
03:17:09  9   spending after the spill and all those categories we talked
03:17:13  10  about, what does it lead you to conclude about BP's efforts to
03:17:16  11  address and mitigate the economic effects of the spill?
03:17:20  12  A.   Well, I believe, number one, the mitigation -- well, first
03:17:26  13  of all, the impacts of the spill were mixed, especially in the
03:17:30  14  tourism area.  They were mixed.  There were some gains, but
03:17:33  15  there were clearly some losses and I cannot get away from that.
03:17:36  16  I'm not going to ignore that.  There were some losses, and some
03:17:39  17  of them very serious losses.  In the case of fisheries, there
03:17:43  18  were losses, significant losses, $112 million in 2010.
03:17:46  19          What I find is that the spending by BP -- the
03:17:49  20  mitigation spending by BP, especially in the tourism area,
03:17:55  21  helped lead to a robust and very quick recovery in the tourism
03:17:58  22  area; that the amount of the Seafood Compensation Program and
03:18:02  23  the VoO payments combined with the recovery that you see in
03:18:07  24  revenues, that the impact there was, again, short-lived.  It
03:18:13  25  was significant, but it was short-lived, and what BP spent has

**LOREN SCOTT - DIRECT**

| | |
|---|---|
| 03:18:19 | 1 |
| 03:18:23 | 2 |
| 03:18:24 | 3 |
| 03:18:27 | 4 |
| 03:18:31 | 5 |
| 03:18:35 | 6 |
| 03:18:35 | 7 |
| 03:18:35 | 8 |
| 03:18:35 | 9 |
| 03:18:38 | 10 |
| 03:18:39 | 11 |
| 03:18:43 | 12 |
| 03:18:45 | 13 |
| 03:18:47 | 14 |
| 03:18:47 | 15 |
| 03:18:51 | 16 |
| 03:18:55 | 17 |
| 03:18:58 | 18 |
| 03:19:01 | 19 |
| 03:19:06 | 20 |
| 03:19:10 | 21 |
| 03:19:16 | 22 |
| 03:19:20 | 23 |
| 03:19:25 | 24 |
| 03:19:30 | 25 |

1  really helped mitigate these losses.

2  BY MR. JARRETT:

3  Q.   Thank you, Dr. Scott.  I'm going to change subjects,

4  please, and I'm going to talk about BPXP's nonspill-related

5  spending and its impact on the economies.  Did you look into

6  that question --

7  A.   I did.

8  Q.   -- too, sir?

9  A.   Yes, sir.  Excuse me for interrupting.  Yes, I did.

10       MR. JARRETT:  Can we bring up slide 34780.2.

11  BY MR. JARRETT:

12  Q.   I think we have seen this slide before.  This is a summary

13  of your opinion, Dr. Scott?

14  A.   It is.

15  Q.   Could you briefly outline your second major opinion here?

16  A.   My second major opinion is that if you look at this

17  company -- and I look at this company in comparison to all the

18  other companies that I have looked at in my consulting work, in

19  my work doing the *Louisiana Economic Outlook*, in my work

20  looking at all these industry announcements across all these

21  other nine states that I watch, that this is way, way big

22  impact compared to anything else I have ever run into before.

23  Q.   Did you actually have access and review BPXP's

24  expenditures and look at those in terms of how they compared to

25  other things that you are aware of?

LOREN SCOTT - DIRECT

| | |
|---|---|
| 03:19:31 | 1 |
| 03:19:34 | 2 |
| 03:19:36 | 3 |
| 03:19:38 | 4 |
| 03:19:41 | 5 |
| 03:19:44 | 6 |
| 03:19:46 | 7 |
| 03:19:50 | 8 |
| 03:19:51 | 9 |
| 03:19:55 | 10 |
| 03:19:58 | 11 |
| 03:20:01 | 12 |
| 03:20:02 | 13 |
| 03:20:09 | 14 |
| 03:20:11 | 15 |
| 03:20:13 | 16 |
| 03:20:16 | 17 |
| 03:20:17 | 18 |
| 03:20:20 | 19 |
| 03:20:23 | 20 |
| 03:20:24 | 21 |
| 03:20:27 | 22 |
| 03:20:31 | 23 |
| 03:20:35 | 24 |
| 03:20:39 | 25 |

A.   I did.  As a matter of fact, that was specifically what was the foundation for the statement I just got through making.

MR. JARRETT:  Can we bring up slide D-34818.

BY MR. JARRETT:

Q.   I think these are charts that appear in your expert report, sir, that we have put together on this single slide. Can you tell us what we are looking at, please?

MS. KING:  Your Honor, I have an objection here. This is cumulative.  We already heard from Mr. Morrison.  All of these figures -- he went through all these figures, discussed all of them.

THE COURT:  Well, that's absolutely true. Mr. Morrison yesterday talked about exactly this, but --

MR. JARRETT:  I'm just going to ask him --

THE COURT:  Go ahead and do that.

MR. JARRETT:  I'll move right through it quickly.

BY MR. JARRETT:

Q.   Just to put it into perspective, Dr. Scott, we have already heard these numbers, but tell us what they mean to you as an economist.

A.   Well, first of all, if we can just look at a couple of the numbers.  If you look at this one right here, this is the $13.2 billion in capital expenditures over a five-year time period.  I have done a lot of economic impact studies over my career, and I have looked at a lot of capital expenditures

LOREN SCOTT - DIRECT

03:20:43  1   across a lot of -- these 10 states that I keep up with.

03:20:47  2          I found exactly one firm that has spent more money

03:20:50  3   than this in capital expenditures, and that's the large

03:20:54  4   Cheniere LNG export terminal that's going in over in

03:20:58  5   Lake Charles.  They are going to spend $20 billion, but they're

03:21:01  6   going to spend $20 billion over nine years.  This company spent

03:21:07  7   13 over five.

03:21:08  8          When Cheniere finishes building that plant, their

03:21:11  9   capital expenditures are going to go to almost nothing.  The

03:21:14  10  nature of this industry is those capital expenditures could

03:21:16  11  continue on with those really, really huge numbers.

03:21:19  12         The second number I would point to is this one right

03:21:21  13  here in 2013, the operations number, really basically

03:21:27  14  $2 billion in operations.  All these companies that I have done

03:21:33  15  economic impact studies for, I have found exactly one that had

03:21:37  16  operation expenditures that big, and that's the huge ExxonMobil

03:21:41  17  complex in Baton Rouge, which includes five plants.  Two of

03:21:45  18  them are the two largest manufacturing employers in the state,

03:21:49  19  the Exxon refinery, which is the third largest refinery in the

03:21:55  20  state, twelfth largest in the world, and the huge chemical

03:21:58  21  complex, and then the three of the smaller.

03:22:01  22         Their operational expenditures is $2.1 billion a

03:22:06  23  year; but if you look straight across from that on this chart,

03:22:11  24  see the number -- BP's CAPEX of 3.5?  The CAPEX averages

03:22:17  25  $270 million for that big complex up there.  So BPXP not only

LOREN SCOTT - DIRECT

03:22:26  1    has a comparable operating, but it has a CAPEX that is many
03:22:32  2    times larger than that.
03:22:34  3            So when I look at this and I look at the range of
03:22:37  4    firms that I look at in terms of their importance, BPXP is on
03:22:42  5    the other side of all these things that I have looked at.  So
03:22:46  6    this is a very important firm to the region.
03:22:49  7            Now, the other thing I looked at -- to help you as a
03:22:52  8    reference point, if you just look at the numbers for 2013, both
03:22:55  9    operating and capital -- I think I have a slide for that.  Am I
03:23:01  10   getting ahead of myself?
03:23:02  11   Q.   No, I think we are on track, Dr. Scott.
03:23:06  12           MR. JARRETT:  Let me pull up D-34808, please.
03:23:10  13           THE WITNESS:  If you sum of those two numbers, their
03:23:10  14   operating and CAPEX numbers together, in 2013 was $5.6 billion.
03:23:15  15   $5.6 billion is equal to the total earnings of all the workers
03:23:22  16   in Louisiana's durable goods manufacturing plants.  So if you
03:23:25  17   think about everybody that works for Bollinger, everybody that
03:23:26  18   works for Edison Chouest, everybody that works at Avondale
03:23:31  19   Shipyard -- or used to work at Avondale Shipyard, all of our
03:23:34  20   wood manufacturing, and add up all their earnings, it's equal
03:23:37  21   to how much this company spends in its capital and operational
03:23:43  22   expenditures.  It's equal to the earnings of all the workers in
03:23:46  23   Alabama's durable goods manufacturing, which I mentioned the
03:23:49  24   car plants and the steel mills, the ship plants.
03:23:52  25           It's equal to how much Mississippi pays all

LOREN SCOTT - DIRECT

03:23:54  1    their workers -- excuse me, Mississippi pays -- how much all

03:23:57  2    the workers in Mississippi's durable goods manufacturing plants

03:24:00  3    earned, and that includes their Toyota plant, their Nissan

03:24:04  4    plant, that huge facility at Ingalls Avondale Shipyard down on

03:24:08  5    the coast that employs about 11,000, all their woods.  Just as

03:24:13  6    a reference point, this is a very large amount of money that's

03:24:16  7    being spent here.

03:24:17  8    BY MR. JARRETT:

03:24:20  9    Q.   Dr. Scott, if you were here last week for Dr. Mason, he

03:24:23  10   did a market share analysis that he presented to Judge Barbier

03:24:28  11   and concluded that, based on his opinion, that BPXP constituted

03:24:33  12   11 percent of the oil and gas market in the Gulf of Mexico

03:24:39  13   based on his evaluation of the market.  Do you remember hearing

03:24:42  14   that?

03:24:42  15   A.   I heard that.

03:24:43  16   Q.   He then compared that to the Louisiana market for oil and

03:24:47  17   gas, which he said was -- that oil and gas took up 35 percent

03:24:51  18   of the Louisiana economy.  Do you remember that?

03:24:53  19   A.   I remember that.

03:24:55  20   Q.   And so what he said was that BPXP amounted to only -- I

03:25:00  21   think his word was "only" -- 4 percent of the Louisiana

03:25:04  22   economy.  Do you remember hearing that?

03:25:05  23   A.   I remember hearing that.

03:25:07  24   Q.   Have you done a little back-of-the-napkin kind of

03:25:11  25   calculation to put that in dollars?

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

03:25:14  1          **MS. KING:**  Objection, Your Honor.  This is improper

03:25:15  2  surrebuttal.  This is four corners, outside of his report.  He

03:25:19  3  is responding to -- where is this in his report?

03:25:24  4          **MR. JARRETT:**  I think he is just responding to the

03:25:26  5  in-court statements of Dr. Mason, one expert commenting on

03:25:30  6  another's testimony.

03:25:31  7          **THE COURT:**  I think you already brought that out with

03:25:34  8  Dr. Mason or somebody.  You had him do the math.  I don't think

03:25:38  9  the 4 percent number equaled whatever the number was he

03:25:43  10  testified about that.

03:25:46  11          **MR. JARRETT:**  I think it was about $8 billion.

03:25:47  12          **THE COURT:**  Whatever it was, yes.

03:25:49  13  BY MR. JARRETT:

03:25:49  14  **Q.**   Let me move past that, Dr. Scott.

03:25:52  15          In order to give us a frame of reference from the

03:25:55  16  royalty payments we saw in the earlier slide, did you create

03:25:58  17  something that gives us some perspective on that?

03:26:00  18  **A.**   I did.

03:26:01  19          **MR. JARRETT:**  Can we bring up D-34024.

03:26:04  20  BY MR. JARRETT:

03:26:08  21  **Q.**   Again, I think this is the slide out of your report that

03:26:12  22  cumulates the royalties and rentals and bonus payments that

03:26:17  23  BPXP paid over the five-year period and it amounts to

03:26:20  24  $5.4 billion.  Have you tried to put that in perspective?

03:26:24  25  **A.**   Right.  What I did with that was to try to give you, once

LOREN SCOTT - DIRECT

03:26:27  1   again, a sense of just how huge these numbers are, given that
03:26:29  2   we are talking about billions.
03:26:31  3          THE WITNESS:  You see, Your Honor, the green bar
03:26:34  4   represents that $5.44 billion.  Right next to that is the total
03:26:39  5   property taxes paid to the State of Louisiana in 2013.  The
03:26:42  6   total property taxes paid by residential, commercial, and
03:26:44  7   industrial people in the entire state came up to about
03:26:48  8   $4 billion.  So this is just a reference point to show you just
03:26:48  9   how huge this number is in terms of its injection of money into
03:26:56  10  the federal budget.
03:27:01  11         THE COURT:  I want to make sure what I'm looking at.
03:27:03  12  The $4 billion is for a year or over the same five-year period?
03:27:07  13         THE WITNESS:  That's a good point.  It is for a year.
03:27:10  14  That is for 2013, right.
03:27:12  15         THE COURT:  The royalties, as I recall the testimony,
03:27:14  16  was about a billion a year?
03:27:16  17         THE WITNESS:  Right.
03:27:17  18         THE COURT:  So $5 billion is for over five years?
03:27:22  19         THE WITNESS:  Yes, you're exactly right.  If that's
03:27:23  20  misleading, I don't want that to be misleading.  Because the
03:27:25  21  $5.4 billion is over a five-year time period.  This is over a
03:27:30  22  one-year time period.  Yes, Your Honor, that's correct.
03:27:33  23  BY MR. JARRETT:
03:27:34  24  Q.   All of this evaluation, Dr. Scott, your investigation of
03:27:37  25  the capital expenditures and the operational expenditures and

LOREN SCOTT - DIRECT

03:27:42  1    the royalty and bonus payments, has it led you to a conclusion
03:27:46  2    as to whether or not BPXP's spending makes a positive impact on
03:27:51  3    the local, regional, and United States economies?
03:27:55  4    **A.**   I did.  My conclusions is that you can't look at numbers
03:27:57  5    like this without saying this is really important and this is a
03:28:02  6    major impact on the area.
03:28:03  7    **Q.**   I want to change from these dollars that we have been
03:28:07  8    talking about to people.
03:28:09  9         Did you look into BPXP's employee compensation?
03:28:14  10   **A.**   I did.
03:28:16  11   **Q.**   What did you find out when you did that, sir?
03:28:19  12   **A.**   I think I have a slide to indicate what I found out, to
03:28:22  13   illustrate the point.
03:28:25  14        **MR. JARRETT:**  Can we pull up D-34022-A.
03:28:28  15   **BY MR. JARRETT:**
03:28:28  16   **Q.**   What did you determine when you looked into employee
03:28:31  17   spending, Dr. Scott?
03:28:33  18   **A.**   Well, when I looked at their average salary, wage, and
03:28:36  19   overtime payments, it turns out to be $115 million [verbatim] a
03:28:38  20   person.  That, as you can see, is more than twice as high as
03:28:44  21   the average wage rate in these five states that you see listed
03:28:49  22   there.  It is a really big number.  So the good news here from
03:28:55  23   an economic development standpoint, economic developers,
03:28:57  24   Secretary Moret, the heads of economic development departments
03:29:01  25   of other states, when they go after a firm, they are asking

LOREN SCOTT - DIRECT

03:29:05  1    basically -- and the firm will say, "Will you give us some
03:29:09  2    money to come here?  Will you subsidize us in some way?  Will
03:29:12  3    you give us some tax break?"
03:29:14  4              They ask them, basically, "How much money are
03:29:16  5    you going to spend on CAPEX?  How much money are you going to
03:29:19  6    spend to operate the economy?  We are interested in how much
03:29:22  7    money you are going to inject into the economy.  How many
03:29:25  8    people are you going to hire, and how much are you going to pay
03:29:27  9    those people?"
03:29:28  10             Because other things remaining the same, they
03:29:31  11   would rather have a firm that's paying $115,000 a year to a
03:29:34  12   person versus, say, an apparel plant, where you are paying them
03:29:38  13   $25,000 a year.  You are always wanting the bigger pay.  I
03:29:42  14   think that's pretty obvious, isn't it?
03:29:44  15             And in this particular case, BPXP, these jobs
03:29:47  16   are very high-paying jobs, and that means when they turn around
03:29:51  17   and spend it, that's money that's going to be injected into
03:29:55  18   these regional economies.
03:29:57  19   Q.   Dr. Scott, I think just for clarity purposes, can you
03:29:59  20   restate what the annual wage earnings are of these employees.
03:30:04  21   A.   $115,000 a year.  Did I say something wrong?
03:30:07  22   Q.   No, I think we got it cleared up.  Thank you, Doctor.  I
03:30:11  23   want to turn to -- did you also analyze --
03:30:13  24             THE COURT:  The transcript said $115 million.  I
03:30:16  25   don't know if he said that or not.  I didn't hear him, but

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

03:30:19   1   that's what the court reporter wrote down.

03:30:21   2           **THE WITNESS:**  They are not that good.  Sorry,

03:30:25   3   Your Honor.

03:30:26   4   **BY MR. JARRETT:**

03:30:26   5   **Q.**   Did you look at the spending on vendors, Dr. Scott?

03:30:29   6   **A.**   I did.

03:30:31   7   **Q.**   Did you create a slide to illustrate what you found?

03:30:35   8   **A.**   I did.

03:30:35   9           **MR. JARRETT:**  Can we bring up D-34023.

03:30:38   10  **BY MR. JARRETT:**

03:30:40   11  **Q.**   This is also from your expert report, Dr. Scott.  Can you

03:30:43   12  tell us what you are illustrating here.

03:30:45   13  **A.**   I'm illustrating how much money, in addition to the people

03:30:48   14  that are directly paid by BPXP for those jobs, they also spent,

03:30:56   15  over this five-year time period, $16 billion on some

03:31:00   16  4,000 vendors.

03:31:02   17          So if you are thinking about just the direct impact

03:31:05   18  of this industry, you are -- you have not only the 2400 people

03:31:11   19  that work that receive a check from BPXP, but you also have all

03:31:16   20  the people that work with these 4,000 vendors.  So the jobs

03:31:21   21  number is actually a very quite large job number.

03:31:25   22  **Q.**   Dr. Mason testified last week that by his calculation,

03:31:28   23  these vendor laborers amounted to as many as 40,000 people.  Do

03:31:36   24  you have an opinion as to whether BPXP's spending on employees

03:31:39   25  within the BP group and its vendor labor contributes important

OFFICIAL TRANSCRIPT

LOREN SCOTT - DIRECT

03:31:43  1  high-paying jobs to the Gulf Coast economy?

03:31:46  2  **A.**   Well, I think that's kind of self-evident.  I mean, you

03:31:49  3  have a company that's hiring 42,500 people directly.  This does

03:31:53  4  not include any multiplier, ripple effect or anything like

03:31:56  5  that, just the direct employment.  I mean, that's a huge

03:31:59  6  employment number.

03:32:01  7  **Q.**   About finished, Dr. Scott.  Last subject.

03:32:04  8       Dr. Mason offered an opinion last week about BPXP's

03:32:07  9  role in the oil and gas industry and, to do that, he engaged in

03:32:13  10  a market share analysis.  You heard that?

03:32:15  11  **A.**   I heard that.

03:32:16  12  **Q.**   First, do you have an opinion as to whether it is useful

03:32:19  13  to evaluate a company's economic impact by looking at its

03:32:23  14  market share?

03:32:24  15  **A.**   I do not.  I do not.  As I mentioned before to Your Honor,

03:32:30  16  if you go to virtually any state, look at its economic

03:32:34  17  development page, look at the announcements, they will tell

03:32:37  18  you -- or you look at any newspaper announcement of any new

03:32:42  19  firm coming to the area, they will tell you how much the CAPEX

03:32:45  20  is going to be, how much the OPEX is going to be, how many

03:32:49  21  people they are going to employ, what the wage rate is.

03:32:53  22       You will virtually never see any reference to the

03:32:56  23  share.  They don't care about the share.  They don't care about

03:32:59  24  that.  What they care about is how much money are you going to

03:33:03  25  inject into our economy and, how many people are you going to

LOREN SCOTT - DIRECT

03:33:07  1  employ.  That's what they care about.

03:33:07  2          As I pointed out in my report, Walmart has a share of

03:33:10  3  the retail market that's in the teens.  Nobody is going to say

03:33:14  4  that's an unimportant company.  Bank of America has a share of

03:33:18  5  bank deposits, I think, that's in the teens.  Nobody is going

03:33:21  6  to say Bank of America is unimportant because of its share.

03:33:25  7  It's just, I think, a very bad metric to use if you are looking

03:33:29  8  at the economic impact on the economy.

03:33:33  9          You want to talk about industry?  Okay, but that's

03:33:35 10  not what I was looking at, and that's not what I think is

03:33:38 11  important in terms of the importance of this company to this

03:33:43 12  area.

03:33:43 13  Q.  Even though you don't think it's the right metric, did you

03:33:46 14  nonetheless look at one of those metrics to give some

03:33:49 15  perspective to the question?

03:33:49 16  A.  I did.  I did provide some metrics on that.  It was at the

03:33:52 17  very end of my report, and it was not the basis of my

03:34:01 18  statements about how important the industry is -- the company

03:34:04 19  is to the economy.

03:34:05 20          MR. JARRETT:  Can we bring up slide D-34809.

03:34:06 21  BY MR. JARRETT:

03:34:10 22  Q.  Quickly, since we've seen this slide when Dr. Mason

03:34:14 23  testified, Dr. Scott, can you tell us what you depict here?

03:34:17 24  A.  It just shows BPXP's share of Gulf of Mexico oil

03:34:22 25  production in barrels over 2009, 2013.

OFFICIAL TRANSCRIPT

**LOREN SCOTT - DIRECT**

03:34:25  1   **Q.**   What was that share, sir?

03:34:26  2   **A.**   24 percent.

03:34:27  3   **Q.**   What was the next highest share?

03:34:29  4   **A.**   16 percent by Shell.

03:34:31  5   **Q.**   In your opinion, is a company that's responsible for

03:34:33  6   24 percent of the Gulf of Mexico oil production an important

03:34:37  7   participant in the industry?

03:34:39  8   **A.**   To me, that's self-evident.  Yes.

03:34:43  9   **Q.**   Let me wrap up.  So is it your considered opinion that

03:34:47  10  BPXP's spill-related expenditures for their response and the

03:34:50  11  cleanup and the claims payments had a positive effect on the

03:34:54  12  economy of the Gulf Region?

03:34:55  13  **A.**   Yes.

03:34:56  14  **Q.**   And is it your opinion that those expenditures helped

03:34:59  15  mitigate the losses that were suffered by particular

03:35:02  16  individuals and businesses?

03:35:05  17  **A.**   I think that's what my data showed.

03:35:06  18  **Q.**   Is it also your considered opinion that BPXP's

03:35:08  19  nonspill-related expenditures, its CAPEX, its OPEX, its

03:35:13  20  royalties, make a positive contribution to the Gulf Coast

03:35:16  21  economy and the economy of the nation?

03:35:19  22  **A.**   Yes.

03:35:19  23  **Q.**   Finally, is it your considered opinion that BPXP's

03:35:21  24  payments to these employees and to these vendors' employees

03:35:25  25  make a positive contribution?

LOREN SCOTT - CROSS

03:35:26  1  A.   Yes.

03:35:28  2         MR. JARRETT:  Your Honor, with that, we would tender

03:35:29  3  the witness for cross-examination.

03:35:31  4         THE COURT:  All right.  Let's take about a 15-minute

03:35:34  5  recess.  It's 3:35 or thereabouts.  We will come back in

03:35:39  6  15 minutes.

03:35:47  7         THE DEPUTY CLERK:  All rise.

03:35:48  8         (Recess.)

03:57:05  9         THE COURT:  Please be seated, everyone.  All right.

03:57:11  10  Cross-examination.

03:57:12  11         MS. KING:  Your Honor, Rachel King for the

03:57:12  12  United States.

03:57:12  13                    CROSS-EXAMINATION

03:57:14  14  BY MS. KING:

03:57:18  15  Q.   I would like to start, Dr. Scott, with the topic of BPXP's

03:57:27  16  role in the Gulf economy.  You agree, don't you, Dr. Scott,

03:57:31  17  that if another firm took over some of BPXP's assets in the

03:57:36  18  Gulf, that firm would deliver substantially the same benefits

03:57:40  19  to the Gulf economy from developing those resources, correct?

03:57:45  20  A.   Well, I mean, you stated if they took over exactly; but

03:57:53  21  the problem is that's not as easy to do as you just said.

03:57:58  22  There are -- this is one of the places where I seriously differ

03:58:02  23  with Dr. Mason.  I don't think -- hydrocarbons are

03:58:06  24  hydrocarbons.  I think there were serious barriers to entry,

03:58:10  25  and it is not something that is very easy to do.

LOREN SCOTT - CROSS

03:58:13  1          What they are doing in the Gulf of Mexico, I believe,
03:58:16  2   is more difficult than landing a man on the moon, in the deep
03:58:20  3   waters especially.  It's very, very complex, and you don't want
03:58:24  4   just anybody coming in and taking BPXP -- you want not only
03:58:28  5   them to have the technical expertise, but they have to be safe
03:58:32  6   too.  You have to come up with all that money that I just
03:58:37  7   talked about.  So there's some pretty serious barriers to
03:58:41  8   entry.
03:58:43  9   Q.   Well, just today, isn't it true BPXP announced that
03:58:44  10  Chevron took over a portion of its assets in Gila and Tiber,
03:58:51  11  both deepwater assets, correct?
03:58:52  12  A.   They did.
03:58:52  13  Q.   So they were able to find a buyer for at least those
03:58:55  14  assets, right?
03:58:55  15  A.   They found a buyer for those assets, that's correct.
03:58:57  16  Q.   You don't dispute that Chevron will have similar
03:59:01  17  expenditures associated with Gila and Tiber as BPXP would have
03:59:04  18  had?
03:59:06  19  A.   That's true.  I mean, my point was -- what my study showed
03:59:10  20  and what my reports show was that BPXP's activity is important
03:59:15  21  to the Gulf economies.  And I think all the data that I put
03:59:19  22  together has shown that it's not a small; it is a big impact on
03:59:25  23  the economy.  That's what my report said.
03:59:29  24  Q.   So let's talk about three areas within that topic:
03:59:35  25  royalties, capital expenditures, and operational expenditures.

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 03:59:39 | 1 | Starting with royalties, isn't it true that some of |
| 03:59:43 | 2 | BPXP's royalty payments that you report in your report were |
| 03:59:46 | 3 | actually made on behalf of other BP entities? |
| 03:59:50 | 4 | A.   That I used in my report? |
| 03:59:52 | 5 | Q.   Correct. |
| 03:59:58 | 6 | A.   You would have to restate the question.  I'm trying to |
| 04:00:01 | 7 | think through that.  You are saying that some of the royalties |
| 04:00:02 | 8 | were made on behalf of other BPXP -- other BP entities, not |
| 04:00:07 | 9 | BPXP? |
| 04:00:08 | 10 | Q.   Correct. |
| 04:00:11 | 11 | A.   I don't recall -- I don't recall that. |
| 04:00:14 | 12 | MS. KING:  Could you please pull up TREX-13067.54 at |
| 04:00:22 | 13 | footnote 120, please. |
| 04:00:29 | 14 | BY MS. KING: |
| 04:00:32 | 15 | Q.   This is your Round 1 report, correct, Dr. Scott? |
| 04:00:37 | 16 | A.   That's correct. |
| 04:00:37 | 17 | Q.   Footnote 120 says, "BPXP makes royalty, bonus, and rental |
| 04:00:41 | 18 | payments for other BP entities with interests in these assets," |
| 04:00:44 | 19 | correct? |
| 04:00:45 | 20 | A.   I see that. |
| 04:00:46 | 21 | Q.   Does this refresh your recollection that the royalties |
| 04:00:49 | 22 | number in your report actually includes royalty payments on |
| 04:00:54 | 23 | behalf of other BP entities? |
| 04:00:56 | 24 | A.   It does.  Again, it doesn't change the fact that it is a |
| 04:01:01 | 25 | huge sum of money that has come in from BPXP into the federal |

OFFICIAL TRANSCRIPT

**LOREN SCOTT - CROSS**

04:01:06  1   treasury.

04:01:07  2   **Q.**   You can't say what portion of this royalty payment is, in

04:01:10  3   fact, on behalf of BPXP, can you?

04:01:14  4   **A.**   I don't recall that off the top of my head.  I looked at

04:01:16  5   the -- I honestly do not recall that off the top of my head.

04:01:21  6   **Q.**   Let's move on to capital expenditures.

04:01:23  7           You say BPXP spent $13 billion in capital

04:01:26  8   expenditures over the last five years, correct?

04:01:32  9   **A.**   Correct.

04:01:32  10  **Q.**   On direct you compared that to the Cheniere liquid natural

04:01:37  11  gas terminal, right?

04:01:39  12  **A.**   Cheniere, yes.

04:01:39  13  **Q.**   And that's just one project, isn't it, Dr. Scott, that --

04:01:42  14  **A.**   Cheniere?

04:01:43  15  **Q.**   Yes.

04:01:44  16  **A.**   Yes.  I believe -- in my report I believe I indicate -- or

04:01:46  17  in my testimony I said that's the only company that I could

04:01:50  18  think of like that, yes.

04:01:52  19  **Q.**   Well, it's not Cheniere's only project, is it?

04:01:56  20  **A.**   Sorry?

04:01:57  21  **Q.**   It's not their only project?

04:01:59  22  **A.**   Cheniere's?

04:02:01  23  **Q.**   Right.

04:02:01  24  **A.**   I think what I said in my report -- in my comment was that

04:02:04  25  of the studies that I have done and the expansions that I have

LOREN SCOTT - CROSS

04:02:09  1   looked at, Cheniere was the only one that I saw that was bigger
04:02:13  2   than that.  That's actually what my testimony was -- of the
04:02:17  3   ones I looked at.
04:02:18  4   **Q.**   Correct.  But BPXP's $13 billion figure is a cumulative
04:02:23  5   total for all of their projects in the entire Gulf of Mexico,
04:02:29  6   correct?
04:02:29  7   **A.**   That's correct.
04:02:29  8   **Q.**   And you are comparing that against a single project
04:02:32  9   expenditure, aren't you?
04:02:34  10  **A.**   That's exactly what I said in my testimony.
04:02:35  11  **Q.**   You don't compare BPXP's cumulative annual capital
04:02:40  12  expenditures to the cumulative annual capital expenditures of
04:02:44  13  any other oil company, do you?
04:02:46  14  **A.**   Well, I did talk about ExxonMobil, which is an oil and gas
04:02:53  15  company.  So I did do that, yes.
04:02:55  16  **Q.**   But again, you referred to a single ExxonMobil project,
04:02:59  17  correct, not to all of ExxonMobil's capital expenditures in the
04:03:02  18  entire Gulf region, right?
04:03:05  19  **A.**   That is correct.
04:03:07  20          But once again, what was the point of that particular
04:03:11  21  part of my study?  The point of that particular part of my
04:03:12  22  study is to show that this expenditure, however you want to
04:03:18  23  compare it to anybody else, is still a huge amount of money
04:03:22  24  being pumped into the area economy.  That is my major point.
04:03:28  25  **Q.**   Let's move on to operational expenditures.

LOREN SCOTT - CROSS

| | |
|---|---|
| 04:03:37 | 1 |
| 04:03:40 | 2 |
| 04:03:42 | 3 |
| 04:03:44 | 4 |
| 04:03:44 | 5 |
| 04:03:47 | 6 |
| 04:03:48 | 7 |
| 04:03:51 | 8 |
| 04:03:54 | 9 |
| 04:03:56 | 10 |
| 04:04:26 | 11 |
| 04:04:26 | 12 |
| 04:04:30 | 13 |
| 04:04:33 | 14 |
| 04:04:37 | 15 |
| 04:04:38 | 16 |
| 04:04:41 | 17 |
| 04:04:43 | 18 |
| 04:04:44 | 19 |
| 04:04:47 | 20 |
| 04:04:51 | 21 |
| 04:04:53 | 22 |
| 04:04:53 | 23 |
| 04:04:55 | 24 |
| 04:05:07 | 25 |

1          Now, in your report you note labor, fuel, materials,
2   transportation as some of the types of spending that make up
3   operational expenditures, correct?
4   A.   Correct.
5   Q.   You don't list insurance as an operational expenditure, do
6   you?
7   A.   I do not list every single one of the things that make up
8   operational expenditures.  There are a lot of items there.  I'm
9   sure insurance is one of those.
10          MS. KING:  Can you please pull up TREX-230525.
11   BY MS. KING:
12   Q.   Do you recognize this as the BPXP spreadsheet that you
13   used as the source of your operational expenditure figures,
14   Dr. Scott?
15   A.   Yes, ma'am.  Yes.
16   Q.   The way this spreadsheet works is all the lines in yellow
17   there add up to the total?
18   A.   That's correct.
19   Q.   Okay.  And so one of the lines there is insurance
20   premiums, right?  That's one part of operational expenditures?
21   A.   I see that, yes.
22          MS. KING:  Could you please pull up
23   Demonstrative 33596.
24   BY MS. KING:
25   Q.   So you can see at the bottom here I have excerpted that

OFFICIAL TRANSCRIPT

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 04:05:11 | 1 | portion of the BPXP spreadsheet, and I pulled the figures here |
| 04:05:16 | 2 | for insurance premiums up into this table.  And then I compared |
| 04:05:20 | 3 | that to the overall operational expenditures. |
| 04:05:23 | 4 | And this shows that the insurance payments were |
| 04:05:25 | 5 | actually 30 percent of the operational expenditures figures |
| 04:05:29 | 6 | that you report in your report, correct? |
| 04:05:31 | 7 | A.  That's correct, yeah. |
| 04:05:33 | 8 | Q.  You're aware that BP self-insures, right? |
| 04:05:39 | 9 | A.  That is my understanding. |
| 04:05:40 | 10 | Q.  So BPXP is paying this portion of operational expenditures |
| 04:05:43 | 11 | to another BP entity, correct? |
| 04:05:46 | 12 | A.  It's -- okay.  Yes, that would be true. |
| 04:05:53 | 13 | I would like to point out, though, that still |
| 04:05:57 | 14 | two-thirds of -- as you can see the total there, two-thirds of |
| 04:06:01 | 15 | $8.8 billion is still a huge amount of spending.  It is still a |
| 04:06:07 | 16 | big number.  And that is my point, is that it seemed to me, by |
| 04:06:12 | 17 | using the share approach that Dr. Mason was -- to use another |
| 04:06:20 | 18 | word -- trying to trivialize the importance of this company. |
| 04:06:23 | 19 | And I think even if -- first of all, spending is spending.  But |
| 04:06:27 | 20 | the -- even two-thirds of $8.8 billion is a lot of money.  This |
| 04:06:33 | 21 | is a lot of money. |
| 04:06:34 | 22 | And what I was trying to show is the importance of |
| 04:06:36 | 23 | this company to the regional economy, the regional area. |
| 04:06:39 | 24 | Q.  Well, for that two-thirds of the operational expenditures, |
| 04:06:44 | 25 | did you, in fact, evaluate what portion was spent in the Gulf |

LOREN SCOTT - CROSS

04:06:49   1   region?

04:06:52   2   A.    In some cases I did and in some cases -- I think in my

04:06:55   3   report I indicate -- in the vendors, for example, I showed what

04:06:58   4   percentage.  I think it was -- 66 percent was in the Gulf

04:07:00   5   region.  And in the case of labor, I think it was -- I want to

04:07:06   6   say it was 96 percent -- it was a very big number -- in the

04:07:10   7   Gulf region.  Again, I was not -- again, it's still a big

04:07:16   8   number.  I just don't know how to get past that anymore.  It's

04:07:20   9   still a very large number.

04:07:21   10   Q.    But you don't dispute, do you, Dr. Scott, that some

04:07:23   11   portion of the equipment spending, for instance, included

04:07:26   12   within CAPEX and operational expenditures is for equipment

04:07:30   13   sourced overseas or outside of the Gulf region, correct?

04:07:34   14   A.    Certainly, if you look at the vendor payments, that is

04:07:36   15   the -- as a matter of fact, I think I indicated that.  I was

04:07:38   16   pretty straightforward and indicated that.  As I recall, it was

04:07:41   17   a relatively small percentage.  But, yes, there is, which still

04:07:47   18   leaves you -- again, I hate to keep repeating this, but getting

04:07:49   19   back to the point of that section is to show you that this was

04:07:51   20   not a medium-size type of company, it wasn't a small company;

04:07:56   21   it was a big company.  And even if you took out these

04:08:01   22   expenditures overseas, you would still come up with a really

04:08:06   23   large number.  That's my point.

04:08:07   24   Q.    And you don't know exactly what that number would be?

04:08:10   25   A.    Well, let's see.  If you go back to my vendor payment and

**LOREN SCOTT - CROSS**

| | | |
|---|---|---|
| 04:08:13 | 1 | you took out the percentage that was outside the |
| 04:08:17 | 2 | United States -- I don't recall that number off the top of my |
| 04:08:22 | 3 | head, but I recall it being a very small part of that circle -- |
| 04:08:24 | 4 | you still end up with a big number.  I could calculate it for |
| 04:08:28 | 5 | you.  But I don't -- it wouldn't change my final conclusion. |
| 04:08:33 | 6 | Okay?  And that is that this is a really big company injecting |
| 04:08:38 | 7 | a lot of money into the area. |
| 04:08:42 | 8 | **Q.**   Now let's discuss your opinion regarding the mitigation of |
| 04:08:46 | 9 | economic harm. |
| 04:08:46 | 10 |         Dr. Scott, you have never previously conducted an |
| 04:08:49 | 11 | analysis of the mitigation of economic harm, have you? |
| 04:08:55 | 12 | **A.**   Well, I mean, I did -- I mean, I did some work on the |
| 04:09:00 | 13 | effects of the federal government spending for Katrina and |
| 04:09:03 | 14 | Rita.  I did do reports on that.  I've done an event study, if |
| 04:09:07 | 15 | you would like, and I have done work on what the impact was of |
| 04:09:12 | 16 | the federal government spending coming into homeowners that |
| 04:09:16 | 17 | lost their homes, etc.  So I have done that. |
| 04:09:19 | 18 | **Q.**   But you testified at your deposition that this was the |
| 04:09:22 | 19 | first time you have ever done an analysis of mitigation of |
| 04:09:25 | 20 | economic harm, correct, Dr. Scott? |
| 04:09:30 | 21 | **A.**   I may have forgotten about Katrina and Rita; but in terms |
| 04:09:36 | 22 | of a company, this is the first time. |
| 04:09:38 | 23 |         But the techniques that you use and the processes |
| 04:09:42 | 24 | that you go through are things that I do all the time through |
| 04:09:46 | 25 | using the data, through using the econometrics, the way you |

LOREN SCOTT - CROSS

04:09:51  1   kind of think things through.  This is stuff that I have been
04:09:54  2   doing for 40 years.
04:10:00  3   Q.   It wasn't your task, was it, Dr. Scott, to measure the
04:10:03  4   amount of harm that was mitigated by the spending you report
04:10:05  5   on, correct?
04:10:08  6   A.   It was not.
04:10:13  7   Q.   Now, BP set up the claim system pursuant to legal
04:10:17  8   obligations, correct?
04:10:18  9   A.   As I understand it, BP was required to set up a claims
04:10:23  10  program.  BP was not required to set up a claims program that
04:10:30  11  was getting money into people's hands as fast as they did.
04:10:35  12        To me, a less civically responsible company would
04:10:38  13  have set up a program, and maybe you would get your money 10 or
04:10:45  14  12 years later.  But in this particular case, BP acted almost
04:10:49  15  immediately, writing out checks during the time period of the
04:10:54  16  spill to try to mitigate harm immediately.  I think they took
04:10:58  17  steps well beyond the steps one would -- a company would
04:11:02  18  normally be legally required to take.
04:11:05  19  Q.   BP paid the response costs pursuant to legal obligations,
04:11:09  20  correct?
04:11:09  21  A.   I'm sorry?
04:11:10  22  Q.   BP paid the response costs pursuant to legal obligations?
04:11:14  23  A.   My understanding -- I'm not an attorney, but my
04:11:18  24  understanding of the legal obligations that they had to pay was
04:11:21  25  a fraction of what they actually paid.

LOREN SCOTT - CROSS

04:11:25  1  **Q.**   Let's pull up your demonstrative, 34784.

04:11:37  2        This is what you were reporting for BPXP's 2010

04:11:40  3  spending that -- this is the mitigation spending that you

04:11:43  4  analyzed, correct, Dr. Scott?

04:11:45  5  **A.**   That's correct.

04:11:46  6  **Q.**   So if we add the response costs and the claims payments,

04:11:51  7  12.5 plus 3.7, we get 16.2 out of 16.3 billion, correct?

04:11:59  8  **A.**   I think that's correct, yes.

04:12:01  9  **Q.**   16.2 out of 16.3 billion in response costs and claims

04:12:08  10  payments.

04:12:08  11        **MS. KING:**   If we bring up Demonstrative 34782,

04:12:18  12  please.

04:12:19  13  **BY MS. KING:**

04:12:19  14  **Q.**   Again, if we look at response costs plus claims payments

04:12:22  15  here, 14.1 plus 11.2, that's 25.3 out of the overall 25.7 in

04:12:32  16  mitigation spending that is attributable to response costs and

04:12:36  17  claim payments, correct?

04:12:37  18  **A.**   That is correct.  As I point out in my report, that money

04:12:41  19  helped mitigate the harm; and in some cases, the response

04:12:47  20  cleanup part actually caused the RevPAR to be higher than one

04:12:50  21  might have expected, at least -- and the claims payment caused

04:12:57  22  growth that was even more -- certainly more than I expected

04:13:02  23  when we did our forecast.  So it was a helpful amount of money

04:13:06  24  that was being spent to help mitigate the harm.

04:13:09  25  **Q.**   Now let's talk about your findings regarding economic harm

LOREN SCOTT - CROSS

04:13:13    1    following the oil spill.  It's your opinion, is it not,

04:13:16    2    Dr. Scott, that, quote, in most geographic areas of industries

04:13:19    3    in the Gulf Coast, there was no negative economic impact due to

04:13:29    4    the oil spill?

04:13:30    5    A.   Well, when I wrote my first report, I wrote a sentence

04:13:34    6    similar to that; but before that sentence, I think I made it

04:13:40    7    clear that I was talking about the two industries that I

04:13:43    8    focused on, which was fisheries and the tourism area.

04:13:49    9         And certainly I think I was way more precise in my

04:13:53   10    second report.  When I was saying that, I was focusing on these

04:13:56   11    two areas, tourism and fisheries.

04:14:00   12    Q.   So it is not, then, your opinion that in most industries

04:14:06   13    in the Gulf Coast, there was no negative economic impact.  Your

04:14:11   14    opinion is limited strictly to fisheries and tourism, correct?

04:14:16   15    A.   What I did was I focused on, yeah, tourism and fisheries.

04:14:21   16    That's what all of my data was really focused on.

04:14:26   17    Q.   It's your opinion that the oil and gas industry is the

04:14:30   18    single most important industry in Louisiana, correct,

04:14:32   19    Dr. Scott?

04:14:34   20    A.   That is correct.  I said that in my deposition.

04:14:36   21         MS. KING:  Would you please pull up

04:14:38   22    Demonstrative 33581.

04:14:44   23    BY MS. KING:

04:14:45   24    Q.   You prepared this report, TREX-13070, entitled "the Energy

04:14:52   25    Sector:  Still a Giant Economic Engine for the Louisiana

**LOREN SCOTT - CROSS**

04:14:55  1   Economy," correct, Dr. Scott?

04:14:57  2   **A.**   That's correct.

04:14:58  3   **Q.**   And in this report you write, quote, One of the sectors

04:15:01  4   that was hardest hit by the aftereffects of the oil spill was

04:15:05  5   the oil and gas extraction sector, correct?

04:15:08  6   **A.**   That's what it says.  However, the key phrase there is

04:15:11  7   "the aftereffects of the oil spill."  Okay?  Because I think

04:15:15  8   it's pretty clear -- it was clear to me, it was clear to me in

04:15:20  9   writing this, it was clear to me in writing the *Louisiana*

04:15:22  10  *Economic Outlook*, that the impacts on the oil and gas industry

04:15:26  11  was a combination of the oil spill, the moratorium, and the

04:15:30  12  Permitorium.  Two of those were not BP's decisions.  Two of

04:15:37  13  those were the federal government's decisions.

04:15:40  14  **Q.**   But you do admit that there was harm to the oil and gas

04:15:44  15  industry from the spill itself, correct?

04:15:48  16  **A.**   Well, I think that's true, but I think it's -- I think the

04:15:53  17  moratorium and the Permitorium made this go way beyond what

04:15:58  18  was, in my opinion, necessary -- what I spoke out as being

04:16:04  19  necessary.

04:16:04  20  **Q.**   The moratorium and Permitorium, as you call it, would not

04:16:08  21  have occurred absent the oil spill, would they, Dr. Scott?

04:16:11  22  **A.**   The moratorium and the --

04:16:12  23           **MR. JARRETT:**  Objection, Your Honor.  That's

04:16:13  24  speculation for this witness.

04:16:15  25           **THE COURT:**  Overruled.

LOREN SCOTT - CROSS

04:16:17  1          THE WITNESS:  Should I answer the question,
04:16:19  2  Your Honor?
04:16:19  3          THE COURT:  Sure.
04:16:19  4          THE WITNESS:  Yes, sir.
04:16:19  5          So the question was, it would not have occurred?
04:16:21  6  Well, the answer is the moratorium may have occurred.  The
04:16:25  7  moratorium would, I think, under other circumstances would not
04:16:29  8  have occurred in the way that it occurred.  And I have been
04:16:32  9  very vocal about this.  I met with members of the moratorium
04:16:36  10  committee, and I told them that, you know, you have taken way
04:16:39  11  too long to make a decision.  I told them to their face they
04:16:43  12  were unqualified to be on the moratorium commission.  That's my
04:16:48  13  position.
04:16:48  14          I think it went on too long.  The Permitorium
04:16:52  15  went on too long.  And so I think this had an impact on the oil
04:16:56  16  and gas industry.  It was not -- it was beyond normal what one
04:17:01  17  might expect after an oil spill.  That's my position.
04:17:05  18  BY MS. KING:
04:17:05  19  Q.  You didn't include any of this harm to the oil and gas
04:17:08  20  industry in your reports, did you, Dr. Scott?
04:17:10  21  A.  I did not.  I focused in my report on the two sectors that
04:17:16  22  certainly people were talking about as being specifically
04:17:19  23  harmed by the spill.
04:17:20  24  Q.  You didn't include data from any other industries,
04:17:23  25  correct?

OFFICIAL TRANSCRIPT

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 04:17:25 | 1 | **A.**   You mean besides tourism and -- |
| 04:17:27 | 2 | **Q.**   Besides hotel data and besides the NOAA fish landings |
| 04:17:32 | 3 | data. |
| 04:17:33 | 4 | **A.**   Well, now, when you say "hotel data," I would say that is |
| 04:17:40 | 5 | not just hotel data.  I think that is tourism data.  I think |
| 04:17:45 | 6 | the RevPAR is not just hotels.  The RevPAR is a metric for |
| 04:17:51 | 7 | measuring what's happening to tourism in general.  I don't |
| 04:17:53 | 8 | think it's just hotels. |
| 04:17:56 | 9 | Bed tax would be just hotels, but I don't think |
| 04:17:59 | 10 | RevPAR is just a measure of what's happening in hotels.  I |
| 04:18:03 | 11 | think it's a proxy for what's happening in hotels, restaurants, |
| 04:18:06 | 12 | car rental places, department stores, etc. |
| 04:18:10 | 13 | **Q.**   Are you saying that your RevPAR data included anything |
| 04:18:14 | 14 | other than hotel revenue data? |
| 04:18:17 | 15 | **A.**   I'm saying that if you look at the RevPAR -- first of all, |
| 04:18:21 | 16 | if you look at the people in the industry, who are in the |
| 04:18:25 | 17 | tourism industry -- this is a tool.  They don't just use it for |
| 04:18:30 | 18 | what's going on in hotels.  This is a tool that they use for |
| 04:18:33 | 19 | what's going on in tourism in general.  That's the first point. |
| 04:18:36 | 20 | The second point is, if you look at one of my |
| 04:18:40 | 21 | footnotes, one of the footnotes that involve data coming from |
| 04:18:43 | 22 | the Convention & Visitors Bureau, I think it is, in Orange |
| 04:18:47 | 23 | Beach -- I'm losing the other area -- Gulf Shores area, which |
| 04:18:54 | 24 | is all tourism.  There's nothing else there.  There's not |
| 04:18:57 | 25 | military, there's not a refinery, there's nothing there but |

LOREN SCOTT - CROSS

04:19:01  1    tourism.

04:19:02  2            In that footnote I have data on what was happening to

04:19:05  3    sales tax collections, which cover everything.  And what you

04:19:09  4    will find is those sales tax collections data mirror what

04:19:13  5    happened to the RevPAR.  Which supports my position that the

04:19:16  6    RevPAR is not just hotel information; it's exactly what the

04:19:19  7    people in the industry say:  It is a measure of what's going on

04:19:22  8    in tourism in general.

04:19:23  9    Q.   Let's talk about other industries.  You didn't include any

04:19:25  10   real estate data, did you?

04:19:27  11   A.   I did not.

04:19:28  12   Q.   You didn't include any data from the shipbuilding

04:19:32  13   industry?

04:19:33  14   A.   I did not.

04:19:33  15   Q.   You didn't include any data regarding air travel?

04:19:37  16   A.   I did not.

04:19:38  17   Q.   You didn't include any rental car data?

04:19:41  18   A.   Except to the extent, again, that the rental car data

04:19:45  19   are -- number one, the rental car data are considered to be a

04:19:52  20   component of the tourism part, which is the RevPAR; and

04:19:55  21   secondly, there were comments that I had in my report from

04:19:57  22   people in the industry and people in Mobile, for example, and

04:20:03  23   they specifically mentioned not only was hotel up and

04:20:07  24   restaurants up, but also the rental car industry was up as

04:20:11  25   well.

OFFICIAL TRANSCRIPT

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 04:20:11 | 1 | **Q.**   Let's discuss tourism now.  Dr. Scott, you mentioned on |
| 04:20:15 | 2 | direct that in June, July, and August 2010, the Alabama coast |
| 04:20:22 | 3 | hotels took a 30 percent hit on revenues compared to 2009, |
| 04:20:26 | 4 | correct? |
| 04:20:26 | 5 | **A.**   As long as we understand the Alabama coast hotels being |
| 04:20:31 | 6 | that strip that includes Gulf Shores and Orange Beach. |
| 04:20:34 | 7 | **Q.**   For that same period you found hotel revenues were also |
| 04:20:38 | 8 | down in the Florida Panhandle, correct? |
| 04:20:40 | 9 | **A.**   Well, no.  Two corrections here.  Number one, for the |
| 04:20:45 | 10 | Florida Panhandle, I found it was down in only three months |
| 04:20:49 | 11 | compared to four for the Alabama -- part of the Alabama coast. |
| 04:20:53 | 12 | And secondly, I found that for the Florida area, the decline |
| 04:20:58 | 13 | numbers were far smaller than was the case in Alabama. |
| 04:21:04 | 14 | **Q.**   Now, the summer is the peak season at these Alabama and |
| 04:21:08 | 15 | Florida Panhandle beaches, isn't it? |
| 04:21:11 | 16 | **A.**   Yes. |
| 04:21:12 | 17 | **Q.**   Which means tourism businesses in these areas earn a |
| 04:21:13 | 18 | significant portion of their revenues in the summer months, |
| 04:21:17 | 19 | correct, the months that you found were impacted? |
| 04:21:19 | 20 | **A.**   Yes.  I mean, what my report shows is that these areas |
| 04:21:22 | 21 | took a hit during that time period.  I didn't run away from |
| 04:21:28 | 22 | that.  I said this was a hit, and particularly in the case of |
| 04:21:30 | 23 | the Alabama area, it was a serious hit. |
| 04:21:33 | 24 | **Q.**   Now let's talk about your opinions on fisheries. |
| 04:21:36 | 25 | **MS. KING:**  Would you please pull up TREX-13067.41. |

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 04:21:52 | 1 | **BY MS. KING:** |
| 04:21:53 | 2 | **Q.**   This is a figure from your initial report that you |
| 04:21:56 | 3 | discussed on direct, correct, Dr. Scott? |
| 04:21:58 | 4 | **A.**   That's correct. |
| 04:21:59 | 5 | **Q.**   You said, based on this figure, that fishermen, quote, |
| 04:22:03 | 6 | ended up with more money in their pocket in the later years, |
| 04:22:08 | 7 | 2011 and 2012, based on this figure. |
| 04:22:12 | 8 | Wasn't that your testimony, Dr. Scott? |
| 04:22:14 | 9 | **A.**   That was my testimony. |
| 04:22:15 | 10 | **Q.**   But for money in your pocket, that's not based on simply |
| 04:22:19 | 11 | your revenues, is it, Dr. Scott?  You have to include the costs |
| 04:22:24 | 12 | in that calculation to determine the profit that's the money in |
| 04:22:28 | 13 | your pocket, right, Dr. Scott? |
| 04:22:31 | 14 | **A.**   That's exactly right.  As a matter of fact, I mean, now |
| 04:22:34 | 15 | that you bring it up -- |
| 04:22:34 | 16 | **THE WITNESS:**  Your Honor, when we talked about that |
| 04:22:35 | 17 | $112 million revenue loss, that was not the loss to the crew |
| 04:22:44 | 18 | and the captain and the shipbuilder.  The loss to the crew and |
| 04:22:48 | 19 | the captain and the shipbuilder is a fraction of that.  As a |
| 04:22:52 | 20 | matter of fact, there's a table in my third report that shows, |
| 04:22:54 | 21 | if you look at revenues, that profits are about a fourth of |
| 04:22:58 | 22 | that. |
| 04:22:58 | 23 | So in reality, the loss to the hip pocket of the |
| 04:23:02 | 24 | fishermen in 2010 was about a fourth of $112 million.  It |
| 04:23:07 | 25 | wasn't $112 million.  So the loss is not as big.  Because you |

LOREN SCOTT - CROSS

| | | |
|---|---|---|
| 04:23:11 | 1 | are exactly right, revenues and costs are not the same thing -- |
| 04:23:14 | 2 | I mean revenues and profits are not the same thing. |
| 04:23:17 | 3 | BY MS. KING: |
| 04:23:18 | 4 | Q.   The figure you are referring to is only for shrimp; is |
| 04:23:21 | 5 | that correct, Dr. Scott? |
| 04:23:22 | 6 | A.   That table? |
| 04:23:23 | 7 | Q.   Yes. |
| 04:23:24 | 8 | A.   Yes. |
| 04:23:24 | 9 | Q.   You don't include information about costs or profits for |
| 04:23:27 | 10 | any of these other categories -- oyster, blue crab, finfish -- |
| 04:23:34 | 11 | in your report, do you? |
| 04:23:36 | 12 | A.   But what do we -- I don't, but what do we know?  We know |
| 04:23:39 | 13 | in every case that the cost -- that the profits are going to be |
| 04:23:44 | 14 | a fraction of the revenues.  You have to take out the cost of |
| 04:23:46 | 15 | the boat, your payment on the boat.  You have to take out your |
| 04:23:51 | 16 | fuel.  You have to take out your ice. |
| 04:24:00 | 17 | Yeah, I mean, this is -- it's going to be a fraction |
| 04:24:01 | 18 | of this.  But if you like, all these parts are going to shift |
| 04:24:03 | 19 | down by essentially the same amount unless there is some big |
| 04:24:10 | 20 | change in one of the cost statistics. |
| 04:24:11 | 21 | MS. KING:  Will you please call up |
| 04:24:11 | 22 | Demonstrative 33594. |
| 04:24:14 | 23 | BY MS. KING: |
| 04:24:15 | 24 | Q.   This is Figure 1 from your Round 3 report that you |
| 04:24:18 | 25 | discussed on direct, correct, Dr. Scott? |

OFFICIAL TRANSCRIPT

LOREN SCOTT - CROSS

04:24:20   1   **A.**   That's correct.

04:24:21   2   **Q.**   Now, you didn't perform the statistical analyses used to

04:24:25   3   create this figure, did you?

04:24:27   4   **A.**   The statistical analyses was actually done by Compass

04:24:30   5   Lexecon, a company.   And as I do with many things, like right

04:24:36   6   now, there are people at my firm who are doing work for me.

04:24:39   7   And so I had -- Compass Lexecon did this work for me.   I

04:24:45   8   actually -- as I do with the work that people are doing at my

04:24:48   9   office right now, I check the work.

04:24:51   10            And so what I did was I checked the work specifically

04:24:55   11   on shrimp.

04:24:56   12            **THE WITNESS:**   I felt like I only had to check it on

04:24:59   13   shrimp because the technique that is used here in statistics --

04:25:02   14   Your Honor, this is the simplest progression equation you can

04:25:11   15   run.   This is what you teach to econometric students on the

04:25:15   16   very first day.   This is not rocket science here.   This is easy

04:25:16   17   stuff.

04:25:16   18            I did not -- did I sit down to do the

04:25:18   19   calculation?   I did not, although I did do the calculations for

04:25:21   20   shrimp, just to double-check and make sure the numbers were

04:25:25   21   okay.

04:25:25   22   **BY MS. KING:**

04:25:25   23   **Q.**   So you didn't verify oyster, blue crab, or finfish?

04:25:29   24   **A.**   I didn't feel it was necessary.   I didn't feel it was

04:25:33   25   necessary at all.   Again, if this had been a complex

LOREN SCOTT - CROSS

04:25:36  1   econometric problem, I would have double-checked it; but I

04:25:42  2   didn't feel it necessary to do that.

04:25:43  3          Plus, if you kind -- part of this is -- if you work

04:25:45  4   with data as long as I have, if you have taught as long as I

04:25:48  5   have this stuff, you can look at the lines, and the trend lines

04:25:53  6   make sense and the statistics intuitively make sense.  So that

04:25:59  7   also made me think, well, I have no reason to doubt the quality

04:26:02  8   of the work that was done.

04:26:05  9   Q.   Now, in the graphic the green line is for finfish,

04:26:09  10  correct, Dr. Scott?

04:26:11  11  A.   That's correct.

04:26:11  12  Q.   Within the category of finfish, you included hundreds of

04:26:15  13  species, correct?

04:26:16  14  A.   I don't know about the word "hundreds," but there are a

04:26:18  15  lot of species of finfish.  That's exactly right.

04:26:22  16          MS. KING:  If you could pull up Demonstrative 33587.

04:26:25  17          THE COURT:  Let me ask, what would be in the other

04:26:28  18  category, other than finfish, shrimp, oysters, crab?

04:26:33  19          THE WITNESS:  Eel, mullets, clams, things of that

04:26:40  20  sort.

04:26:41  21          THE COURT:  Okay.

04:26:41  22          THE WITNESS:  Yes, sir, Your Honor.

04:26:43  23  BY MS. KING:

04:26:43  24  Q.   So this is the data -- this reflects all the species

04:26:47  25  included in your analysis, correct, Dr. Scott?

LOREN SCOTT - CROSS

04:26:51  1   A.   That's correct, yes.

04:26:52  2   Q.   Does this refresh your recollection that there were

04:26:54  3   hundreds of species of finfish included?

04:26:57  4   A.   Yes.  Yes.

04:27:02  5   Q.   All of these species were aggregated to create that green

04:27:05  6   line, correct?

04:27:06  7   A.   Yes.

04:27:06  8         THE WITNESS:  As Your Honor pointed out, I was

04:27:08  9   looking at the aggregate amounts.  I did not look at the

04:27:10  10  individual finfish, that's correct.

04:27:13  11         MS. KING:  If we could return to Demonstrative 33594.

04:27:15  12  BY MS. KING:

04:27:16  13  Q.   So this green line can't tell us whether any particular

04:27:19  14  fish species was affected, can it, Dr. Scott?

04:27:22  15  A.   It cannot.  It is strictly on finfish.

04:27:25  16  Q.   So, for instance, if yellowfin tuna landings were down,

04:27:29  17  affecting tuna fishermen, we couldn't see that in your data,

04:27:34  18  could we?

04:27:34  19  A.   You could not see that in the data, that's correct.

04:27:43  20  Q.   Now let's talk briefly about employment.  You didn't

04:27:43  21  mention this on direct, but your report contains an analysis of

04:27:46  22  an employment paper by Dr. Joseph Aldy, correct?

04:27:49  23  A.   That's correct.

04:27:50  24  Q.   That paper has nothing to say about employment effects in

04:27:53  25  2011, 2012, or 2013, correct?

LOREN SCOTT - CROSS

A.   It does not, but that does not mean his technique is --
the event -- it doesn't mean the event study and the event
technique could not be used for the post-spill time period.  He
just happened to only look at 2010.

        I also looked at 2010, but I looked at -- used his
same technique on RevPAR.  And the results I got on the RevPAR
actually mirrored what he found when he looked at employment,
which made me even more confident in my results.

        And so there's no econometric reason why you can't
use the same technique he used for 2010 to look at the post
time period.  I don't know of any reason why you could not do
that, and that's what I did.

        Because Mason had indicated in his report that there
may be some lingering effects that we're missing or there may
be some difference between the coastal counties and the
noncoastal counties post-spill.  So I tested that using the
event model.

Q.   Now, even though Dr. Aldy finds no net employment effect
in 2010 when he aggregates all areas of the Gulf region, when
we looks at the areas separately, he does find negative
employment effects in Florida, south of the Panhandle, correct?

A.   He did.  As a matter of fact, that's exactly what I found
too, and that's exactly what I reported in my study -- in my
report.

Q.   He explains tourists believed that oil was going to impact

LOREN SCOTT - CROSS

04:29:24  1    the South Florida Gulf Coast, but there weren't response

04:29:28  2    workers in that area, correct?

04:29:30  3    A.   That would be what I would conclude, from what I know

04:29:34  4    about that area.

04:29:35  5          THE WITNESS:  Again, what can I say, Your Honor?  I

04:29:37  6    put the number in my report.  It's a negative number.  It's a

04:29:40  7    nontrivial negative number.  I never indicated that there was

04:29:43  8    no harm, and this is one area where they are claiming harm.

04:29:45  9    And by the way, it's another area where my model basically

04:29:50  10   matched exactly what Aldy found.

04:29:52  11         MS. KING:  If we could pull up Demonstrative 33598.

04:30:01  12   BY MS. KING:

04:30:01  13   Q.   Dr. Aldy concludes about the Florida counties, "Based on

04:30:04  14   average 2009 levels in these three regions, these statistically

04:30:08  15   significant estimated impacts translate into 3,000 more jobs in

04:30:13  16   the oil parishes, 3,000 more jobs in the Alabama coastal

04:30:16  17   counties, and 50,000 fewer jobs in the Florida coastal

04:30:20  18   counties, reflecting the net effects of the spill, spill

04:30:23  19   response, and moratorium."

04:30:24  20         That's Dr. Aldy's conclusion, isn't it?

04:30:28  21   A.   That's what he wrote.

04:30:30  22         MS. KING:  I have no further questions.

04:30:32  23         THE COURT:  Redirect.

04:30:34  24         MR. JARRETT:  Very quickly, Your Honor.

04:30:34  25         Donnie, could I have, please, D-34803.

OFFICIAL TRANSCRIPT

LOREN SCOTT - REDIRECT

REDIRECT EXAMINATION

04:30:34   1   **BY MR. JARRETT:**

04:30:36   2

04:30:58   3   **Q.**   Where we left off with Ms. King, Dr. Scott, was we were

04:31:13   4   talking about the labor study done by Dr. Aldy of Harvard.  Do

04:31:19   5   you remember that?

04:31:19   6   **A.**   I do remember that, yes.

04:31:21   7   **Q.**   She put up some of his statistics.  Is this slide, is this

04:31:28   8   information you reviewed in connection with the preparation of

04:31:29   9   your report?

04:31:30  10   **A.**   It is.

04:31:30  11   **Q.**   Did Dr. Aldy do the analysis of the spill's consequences

04:31:35  12   on employment?

04:31:37  13   **A.**   He did.

04:31:38  14   **Q.**   And in the first paragraph that we have highlighted here,

04:31:42  15   what did he determine to be the consequences to employment from

04:31:47  16   the spill in the aggregate?

04:31:49  17   **A.**   In the aggregate, fairly precisely zero.

04:31:53  18   **Q.**   Have you seen anything in your analysis of the economic

04:31:56  19   data that would cause you to doubt these conclusions by

04:32:00  20   Professor Aldy?

04:32:01  21   **A.**   No.  As a matter of fact, I think my data support it.

04:32:05  22   **Q.**   There were also some questions asked of you as to what

04:32:08  23   BPXP was or was not required to do with respect to its spill

04:32:13  24   response.  Are you an expert in those kind of legal matters?

04:32:15  25   **A.**   No.

LOREN SCOTT - REDIRECT

04:32:15  1  **Q.**   Of the one subject that we did discuss that was

04:32:18  2  voluntarily, those included tourism grants, did they not?

04:32:21  3  **A.**   That's correct.

04:32:22  4  **Q.**   That also included the VoO program, did it, not?

04:32:26  5  **A.**   That's correct.

04:32:26  6  **Q.**   Where was the source of your information concerning BPXP's

04:32:31  7  responsibilities, whether they existed or not existed,

04:32:34  8  concerning VoO?

04:32:35  9  **A.**   That came from the testimony of Captain Hein.

04:32:41  10  **Q.**   She's a Coast Guard officer, sir?

04:32:47  11  **A.**   Coast Guard officer.

04:32:58  12       **MR. JARRETT:**  Donnie, can I have the ELMO, please.

04:33:01  13  BY MR. JARRETT:

04:33:03  14  **Q.**   There was some discussion during your examination about

04:33:09  15  your review of revenues from fishing, and the comment was made

04:33:15  16  that revenue doesn't equal profits.  You agreed with that and

04:33:19  17  said you had analyzed that in your report.  Is that so?

04:33:23  18  **A.**   That is correct.

04:33:24  19  **Q.**   Is this table that we have here that bears document -- I

04:33:27  20  think this is a TREX number, 13073.13.1, is this a table from

04:33:33  21  your report?

04:33:33  22  **A.**   It is.

04:33:34  23  **Q.**   Why don't you explain for us where the data come from and

04:33:39  24  what it shows.

04:33:40  25  **A.**   You can see down at the bottom, the source is the National

LOREN SCOTT - REDIRECT

04:33:42  1   Marine Fisheries Services provide these data for us.  This is
04:33:46  2   for the Gulf shrimp fleet.  You have data here for pre-spill
04:33:51  3   2009, the spill year, and then the 2011 time period.  It has it
04:33:58  4   broken down by vessel revenue across the top, and then vessel
04:34:02  5   expenses, which includes fuel and other things.  It includes --
04:34:07  6   you subtract those two and you get what's called the vessel
04:34:10  7   variable profit.
04:34:11  8        And then what is left over is you have captain and
04:34:15  9   crew's share and then you have your fixed expenses, which as I
04:34:19  10  appreciate it, is money they had to pay on their boat, that was
04:34:22  11  their mortgage payment they had to make on the boat, which left
04:34:25  12  a net cash flow to the boat owner.
04:34:28  13       So when I talked about profits, the money that ends
04:34:32  14  up in people's pockets, what I did was I took the bottom
04:34:38  15  number, which is the money that goes to the ship owner, and
04:34:38  16  added that to the captain and the crew, and I added those two
04:34:43  17  numbers together and I found out what percentage was of vessel
04:34:46  18  revenues.  And what you find is, you know, if you look at 2009
04:34:49  19  to 2011, it turns out to be about in the neighborhood of
04:34:53  20  25 percent.
04:34:54  21  Q.   We saw an earlier chart during your direct examination
04:34:57  22  that showed that with regard to revenues from shrimp at least,
04:35:01  23  they had, by 2011, exceeded in the aggregate the revenues from
04:35:07  24  shrimp in 2009.  Is that so?
04:35:10  25  A.   That is correct.

**LOREN SCOTT - REDIRECT**

| | | |
|---|---|---|
| 04:35:10 | 1 | **Q.**   Does this chart establish whether those increased revenues |
| 04:35:13 | 2 | also resulted in increased profits? |
| 04:35:15 | 3 | **A.**   Well, yes. |
| 04:35:16 | 4 | **THE WITNESS:**  Your Honor, if you kind of look under |
| 04:35:19 | 5 | 2009 and look across the captain and crew, you see 50,393.  By |
| 04:35:23 | 6 | 2011, that was up to 71,000, almost $72,000.  If you look at |
| 04:35:28 | 7 | the boat's profit, it was at about $6,000 in 2009.  It was up |
| 04:35:34 | 8 | to 16, 6 in 2011.  So between those two time periods, the money |
| 04:35:40 | 9 | that went into shrimp men's pockets actually went up. |
| 04:35:45 | 10 | **MR. JARRETT:**  Thank you, Dr. Scott. |
| 04:35:46 | 11 | That's all I have, Your Honor. |
| 04:35:47 | 12 | **THE COURT:**  Thank you, Dr. Scott. |
| 04:35:48 | 13 | **THE WITNESS:**  Thank you, Your Honor. |
| 04:36:00 | 14 | **MR. BROCK:**  Judge Barbier -- |
| 04:36:02 | 15 | **THE COURT:**  Where are we? |
| 04:36:03 | 16 | **MR. BROCK:**  -- that concludes the presentation of our |
| 04:36:07 | 17 | evidence except for our economic impact case. |
| 04:36:13 | 18 | **THE COURT:**  That's Mr. Den Uyl? |
| 04:36:15 | 19 | **MR. BROCK:**  Yes, sir.  I have some information I need |
| 04:36:19 | 20 | to share with the Court about him that we have learned today. |
| 04:36:24 | 21 | **THE COURT:**  Do you want to do that off the record? |
| 04:36:26 | 22 | **MR. BROCK:**  I would prefer to. |
| 04:36:28 | 23 | **THE COURT:**  Okay.  But definitely he will not be here |
| 04:36:32 | 24 | tomorrow to testify for sure? |
| 04:36:34 | 25 | **MR. BROCK:**  And will not be here Tuesday either. |

2125

| | | |
|---|---|---|
| 04:36:37 | 1 | **THE COURT:**  Okay.  Anadarko, you're going to be |
| 04:36:42 | 2 | prepared to put on your case on Monday, as I appreciate it? |
| 04:36:45 | 3 | **MS. KIRBY:**  That's correct. |
| 04:36:46 | 4 | **THE COURT:**  Tell me again, you have three witnesses? |
| 04:36:49 | 5 | **MS. KIRBY:**  Three witnesses, Your Honor. |
| 04:36:55 | 6 | **THE COURT:**  Do we know the order they are being |
| 04:36:57 | 7 | called in? |
| 04:36:58 | 8 | **MS. HIMMELHOCH:**  Yes, Your Honor. |
| 04:36:59 | 9 | **THE COURT:**  How many of those are experts? |
| 04:37:01 | 10 | **MS. KIRBY:**  Two experts, one fact witness. |
| 04:37:12 | 11 | **THE COURT:**  Does the government plan at this time -- |
| 04:37:13 | 12 | do you think you are going to put on any kind of rebuttal case? |
| 04:37:17 | 13 | **MS. HIMMELHOCH:**  At this time, Your Honor, we don't |
| 04:37:18 | 14 | anticipate any live witnesses.  We do have several deposition |
| 04:37:22 | 15 | bundles that we may offer as rebuttal evidence.  We had some |
| 04:37:25 | 16 | rebuttal video clips, but rather than make the Court sit and |
| 04:37:30 | 17 | watch those, we will rely on the bundles.  So at this point in |
| 04:37:34 | 18 | time, I'm not anticipating taking any additional Court |
| 04:37:37 | 19 | attention in the courtroom for our rebuttal case. |
| 04:37:40 | 20 | **THE COURT:**  Okay.  I guess we will recess until |
| 04:37:47 | 21 | Monday morning. |
| 04:37:51 | 22 | **MR. BROCK:**  We will be here Monday.  We have a few |
| 04:37:53 | 23 | things to clean up evidencewise, but we can do that on Monday. |
| 04:37:58 | 24 | **THE COURT:**  Is there anything else that anybody needs |
| 04:38:00 | 25 | to say or put on the record right now before we recess? |

04:38:03    1          **MS. HIMMELHOCH:**  Not the United States, Your Honor.

04:38:04    2          **MR. BROCK:**  No.

04:38:05    3          **MS. KIRBY:**  No, Your Honor.

04:38:06    4          **THE COURT:**  By the way, I have one thing to put on

04:38:08    5    the record.  I have now had a chance to review the motion by

04:38:21    6    Anadarko to strike a portion of the report of Dr. Charles

04:38:24    7    Mason.  And after reviewing the report, not only Dr. Mason's

04:38:32    8    report but Anadarko's expert, Dr. Sunding's report, I am going

04:38:39    9    to deny Anadarko's motion to strike that portion of Dr. Mason's

04:38:45   10    report.

04:38:48   11          If there's nothing else, I guess we will recess

04:38:51   12    until 8:00 a.m. -- how long do you think your case will take on

04:38:55   13    Monday, Ms. Kirby?

04:38:58   14          **MS. KIRBY:**  I feel certain that our case will be in

04:39:00   15    and done on Monday, and that would include their

04:39:04   16    cross-examination.

04:39:04   17          **THE COURT:**  Well, I'm just trying to decide if we

04:39:07   18    could safely -- this is not anything I have to attend, but if

04:39:14   19    it's not going to interfere with the trial, there is something

04:39:18   20    I would like to attend at 8:00 a.m., probably take about --

04:39:22   21    probably last about an hour.  So I would probably be back here

04:39:25   22    around 9:00 or a little bit after 9:00.

04:39:28   23          If we start at, say, 9:30 on Monday, do you feel

04:39:32   24    confident we could still -- I would like to make sure we can

04:39:35   25    finish your case on Monday.

04:39:38  1          **MS. KIRBY:**  I do, Your Honor.

04:39:39  2          **THE COURT:**  Anybody else have any problem with that?

04:39:40  3   I guess everybody gets to sleep an extra hour or so.

04:39:47  4          Okay.  Well, we will recess the trial until 9:30

04:39:52  5   Monday morning.  Everyone have a good weekend.

04:39:55  6          **THE DEPUTY CLERK:**  All rise.

04:39:55  7          (Proceedings adjourned.)

04:39:55  8                            * * *

9                        <u>CERTIFICATE</u>

10          I, Toni Doyle Tusa, CCR, FCRR, Official Court

11   Reporter for the United States District Court, Eastern District

12   of Louisiana, certify that the foregoing is a true and correct

13   transcript, to the best of my ability and understanding, from

14   the record of proceedings in the above-entitled matter.

15

16

17                              <u>*s/ Toni Doyle Tusa*</u>
                                Toni Doyle Tusa, CCR, FCRR
18                              Official Court Reporter

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

$
$10 [1] 2044/5
$10 million [1] 2044/5
$100 [1] 2038/2
$100 million [1] 2038/2
$11.2 [2] 2037/25 2065/15
$11.2 billion [2] 2037/25 2065/15
$112 [9] 2070/2 2071/15 2081/16 2081/19 2082/14 2083/18 2114/17 2114/24 2114/25
$112 million [7] 2071/15 2081/16 2081/19 2083/18 2114/17 2114/24 2114/25
$115 [2] 2091/19 2092/24
$115 million [2] 2091/19 2092/24
$115,000 [2] 2092/11 2092/21
$13 [2] 2100/2 2101/4
$13 billion [2] 2100/7 2101/4
$13.2 [1] 2085/23
$13.2 billion [1] 2085/23
$14.1 [1] 2037/21
$14.1 billion [1] 2037/21
$16 [1] 2093/15
$16 billion [1] 2093/15
$16.3 [2] 2039/24 2040/14 2040/21
$16.3 billion [3] 2039/24 2040/14 2040/21
$2 [1] 2086/14
$2 billion [1] 2086/14
$2.1 [1] 2086/22
$2.1 billion [1] 2086/22
$2.3 [4] 2071/17 2072/4 2073/3 2082/18
$2.3 billion [4] 2071/17 2072/4 2073/3 2082/18
$20 [2] 2086/5 2086/6
$20 billion [2] 2086/5 2086/6
$23.2 [1] 2039/5
$23.2 billion [1] 2039/5
$230 [3] 2037/25 2048/5 2048/7
$230 million [3] 2037/25 2048/5 2048/7
$25,000 [1] 2092/13
$25.7 [4] 2038/4 2039/1 2039/2 2040/3
$25.7 billion [4] 2038/4 2039/1 2039/2 2040/3
$270 [1] 2086/25
$270 million [1] 2086/25
$3.5 [1] 2020/13
$3.5 billion [1] 2020/13
$4 [2] 2090/8 2090/12
$4 billion [2] 2090/8 2090/12
$430.7 [1] 2069/21
$430.7 million [1] 2069/21
$5 [1] 2090/18
$5 billion [1] 2090/18
$5.4 [2] 2089/24 2090/21
$5.4 billion [2] 2089/24 2090/21
$5.44 [1] 2090/4
$5.6 [2] 2087/14 2087/15
$5.6 billion [2] 2087/14 2087/15
$6,000 [1] 2124/7
$600 [2] 2037/23 2070/25
$600 million [2] 2037/23 2070/25
$68 [1] 2041/3
$68 million [1] 2041/3
$72,000 [1] 2124/6
$8 [1] 2089/11
$8 billion [1] 2089/11
$8.8 [2] 2103/15 2103/20
$8.8 billion [2] 2103/15 2103/20
$82 [1] 2038/1
$82 million [1] 2038/1
$87 [2] 2042/16 2048/6

$87 million [2] 2042/16 2048/6

'
'11 [1] 2058/5
'12 [2] 2058/5 2063/6
'13 [2] 2058/5 2063/6
'99 [1] 2075/19

-
-13069 [1] 2032/24
-13073 [1] 2032/24
-13215 [1] 1999/8
-13442 [1] 1999/8

.
.9 [1] 2044/7
.9 percent [1] 2044/7

0
0.9 percent [1] 2044/4

1
1 percent [3] 2044/3 2044/6 2052/8
10 [5] 1994/8 2047/22 2077/23 2086/1 2106/13
10 years [1] 2041/17
10-4536 [1] 1982/6
10-MD-2179 [1] 1982/5
1036 [1] 1982/16
11 [1] 1994/8
11 percent [1] 2088/12
11,000 [1] 2088/5
11.2 [3] 2065/22 2065/23 2107/15
12 [1] 2106/14
12.5 [1] 2107/7
120 [2] 2099/13 2099/17
13 [1] 2086/7
13.7 [1] 2054/14
13.7 percent [2] 2054/11 2058/1
13067 [1] 2032/24
13067.41 [1] 2113/25
13067.54 [1] 2099/12
13069 [1] 2032/24
13070 [1] 2108/24
13071.1.1 [1] 2029/4
13073 [1] 2032/24
13073.13.1 [1] 2122/20
13214 [1] 1999/8
13215 [1] 1999/8
13215.23.1 [1] 2008/23
13442 [1] 1999/8
139 percent [1] 2043/16
14.1 [2] 2037/22 2107/15
14271 [1] 1983/17
15 minutes [1] 2097/6
15-minute [1] 2097/4
15.9 percent [1] 2052/18
16 [1] 2124/8
16 percent [2] 2052/9 2096/4
16.2 [2] 2107/7 2107/9
16.3 billion [2] 2107/7 2107/9
1969 [1] 2025/15
1970 [1] 2027/14
1980s [1] 2026/16
1984 [2] 2027/17 2029/21
1996 [1] 2025/23
1998 [1] 2026/3
1999 [1] 2075/17

2
2 percent [3] 2042/19 2043/12 2052/8
2,000 [1] 2015/24
20 [3] 1982/5 2051/17 2071/19

200 [2] 1996/17 2030/22
2000 [1] 1988/13
20005 [1] 1984/11
20006 [1] 1984/20
2004 [2] 1994/2 2026/5
20044 [1] 1983/13
2007 [5] 1982/12 2060/16 2062/2 2069/20 2074/1
2009 [17] 2047/13 2047/15 2048/10 2051/22 2055/24 2056/6 2061/24 2069/20 2074/1 2095/25 2113/3 2120/14 2123/3 2123/18 2123/24 2124/5 2124/7
2010 [53] 1982/5 2036/23 2040/21 2041/2 2042/16 2043/5 2043/7 2047/19 2048/4 2048/9 2051/17 2051/22 2056/2 2056/8 2056/13 2057/2 2057/11 2057/22 2063/5 2066/15 2068/6 2068/19 2069/7 2069/22 2069/22 2070/2 2070/3 2070/7 2071/5 2072/2 2072/3 2072/5 2072/14 2073/7 2074/3 2074/8 2074/10 2076/6 2076/6 2078/1 2081/8 2081/8 2081/16 2081/20 2082/23 2083/18 2107/2 2113/2 2114/24 2119/4 2119/5 2119/10 2119/19
2011 [28] 2048/9 2056/5 2057/18 2059/10 2062/1 2062/4 2063/6 2068/6 2074/12 2075/3 2076/5 2076/8 2076/10 2076/14 2077/11 2078/11 2078/11 2079/23 2081/21 2081/23 2082/19 2114/7 2118/25 2123/3 2123/19 2123/23 2124/6 2124/8
2012 [22] 2048/10 2057/19 2059/11 2062/5 2068/6 2074/12 2074/14 2075/4 2075/17 2075/19 2076/8 2076/10 2076/14 2077/11 2078/11 2078/11 2079/24 2081/22 2081/23 2082/19 2114/7 2118/25
2013 [17] 2020/2 2020/12 2029/9 2039/2 2039/5 2048/11 2057/19 2059/11 2066/8 2066/9 2086/13 2087/8 2087/14 2090/5 2090/14 2095/25 2118/25
2014 [3] 2029/10 2037/19 2040/6
2015 [4] 1982/8 1987/2 2029/10 2072/10
2020 [1] 1984/19
2179 [1] 1982/5
22 percent [1] 2019/24
230525 [1] 2102/10
234 percent [1] 2043/15
24 [1] 2096/2
24 percent [1] 2096/6
2400 [1] 2093/18
240672.1 [1] 2005/12
240672.34.1 [1] 2005/17
25 percent [1] 2123/20
25.3 [1] 2107/15
25.7 [1] 2107/15
26 [1] 2071/23
273 percent [1] 2043/15
275 [1] 1985/1
28 [1] 1982/8 1987/2

3
3,000 [2] 2120/15 2120/16
3.5 [1] 2086/24
3.7 [1] 2107/7
30 [2] 2052/2 2066/3
30 percent [3] 2052/9 2103/5 2113/3
300 [1] 1984/6
31 [1] 2052/2

**3**

32 [1]  2028/15
32904.2 [1]  2014/21
33581 [1]  2108/22
33587 [1]  2117/16
33594 [2]  2115/22 2118/11
33596 [1]  2102/23
33598 [1]  2120/11
340,000 [1]  2039/7
34023 [1]  2093/9
34024 [1]  2089/19
34025 [1]  2043/2
34451 [1]  1991/20
34452 [1]  1992/18
34453 [1]  1999/7
34454 [2]  1999/15 1999/20
34458 [1]  2001/23
34460 [1]  2006/15
34469 [2]  2011/19 2011/22
34471 [1]  2010/9
34601 [1]  2046/3
34777 [1]  2025/7
34778 [1]  2029/3
34779 [1]  2032/18
34780 [1]  2034/16
34780.2 [1]  2084/10
34782 [3]  2037/13 2065/12 2107/11
34783 [1]  2038/21
34784 [2]  2040/16 2107/1
34785 [1]  2044/21
34786 [1]  2047/2
34787 [1]  2051/3
34787.1 [1]  2051/10
34787.2 [1]  2053/13
34788 [1]  2057/5
34789.1 [1]  2056/22
34791 [1]  2059/6
34792 [1]  2062/16
34793 [1]  2063/11
34795 [1]  2069/13
34798 [1]  2071/10
34802 [1]  2073/14
34803 [1]  2120/25
34804 [1]  2075/11
34805 [1]  2078/2
34806 [1]  2081/4
34808 [1]  2087/12
34809 [1]  2095/20
34810 [1]  2067/22
34812 [1]  2061/18
34813 [1]  2064/10
34818 [1]  2085/3
35 [1]  2057/17
35 percent [2]  2052/3 2088/17
35470 [1]  2012/22
355 [1]  1984/23
35s [1]  2058/1
36 [1]  2052/2
3:35 or [1]  2097/5

**4**

4 percent [1]  2088/21
4,000 [1]  2093/20
4,000 vendors [1]  2093/16
40 [2]  2027/9 2106/2
40,000 [1]  2093/23
42,500 [1]  2094/3
4218 [1]  2056/1
4400 [1]  1984/23
45 minutes [1]  2028/17
4500 people [1]  2039/22
4536 [1]  1982/6

**46,000** [1]  2045/21

**5**

50,000 [1]  2120/17
50,393 [1]  2124/5
500 [1]  1985/1
5000 [1]  1984/14
504 [1]  1985/2
5101 [1]  2056/1
55 percent [1]  2052/10
589-7778 [1]  1985/2

**6**

600 [1]  2037/22
60654 [1]  1984/10
655 [1]  1984/10
66 percent [1]  2104/4

**7**

701 [2]  1983/23 1984/14
70130 [2]  1983/23 1985/2
70139 [1]  1984/14
71,000 [1]  2124/6
7611 [1]  1983/12
7778 [1]  1985/2
79 percent [1]  2043/14

**8**

8.9 [1]  2051/21
8.9 percent [1]  2051/22
8:00 a.m [2]  2126/12 2126/20

**9**

90071 [1]  1984/23
96 percent [1]  2104/6
98 percent [1]  2029/19
9:00 [1]  2126/22
9:00 or [1]  2126/22
9:30 [2]  2126/23 2127/4

**A**

A.000044 [1]  2020/9
a.m [2]  2126/12 2126/20
ABIGAIL [1]  1983/7
ability [5]  2002/11 2019/4 2019/9 2019/18 2127/13
able [9]  2002/23 2033/14 2045/15 2045/22 2049/18 2062/9 2069/9 2073/8 2098/13
abnormal [1]  2011/24
about [149]
above [8]  2043/6 2048/10 2078/11 2078/12 2078/14 2078/17 2081/23 2127/14
above-entitled [1]  2127/14
absent [1]  2109/21
absolutely [2]  2036/14 2085/12
academic [3]  1987/18 1995/10 1995/11
accepted [2]  1998/17 2032/10
access [1]  2084/23
according [2]  2021/24 2035/7
account [1]  2044/24
accurate [1]  2016/8
achieve [3]  2008/4 2008/8 2008/9
acquisitions [3]  1996/2 1997/1 2014/18
acronym [1]  2044/23
across [11]  2026/24 2039/4 2039/22 2043/25 2044/2 2063/2 2084/20 2086/1 2086/23 2123/4 2124/5
act [12]  2003/6 2003/7 2009/2 2009/7 2009/8 2009/8 2009/9 2009/11 2009/14 2020/15 2020/18 2022/12
acted [1]  2106/14

Action [1]  1982/4
active [1]  1995/12
activities [8]  2005/6 2009/12 2009/13 2011/24 2014/20 2019/5 2019/10 2019/20
activity [1]  2098/20
actors [1]  1995/1
actual [5]  2051/9 2075/16 2075/19 2076/19 2077/6
actuality [1]  2047/20
actually [35]  1988/9 1989/2 1989/10 2027/5 2027/12 2027/13 2027/16 2029/7 2029/13 2035/3 2044/17 2048/19 2048/22 2049/3 2055/6 2055/20 2060/18 2073/18 2074/21 2076/9 2078/17 2081/23 2082/2 2084/23 2093/21 2099/3 2099/22 2101/2 2103/5 2106/25 2107/20 2116/4 2116/8 2119/7 2124/9
add [3]  2087/20 2102/17 2107/6
added [3]  2071/8 2123/16 2123/16
addition [2]  2006/7 2093/13
additional [2]  1988/25 2125/18
address [9]  2024/25 2032/1 2033/13 2037/13 2038/8 2055/17 2061/13 2070/9 2083/11
addressed [1]  2070/15
addressing [2]  2031/15 2032/1
adjacent [1]  2027/21
adjourned [1]  2127/7
Administration [2]  2029/14 2069/1
admissions [1]  2016/15
admit [1]  2109/14
admitted [6]  1988/5 1988/22 1990/3 1990/7 1990/11 1990/16
adopt [1]  2002/21
adopts [3]  1992/8 2000/5 2011/17
advance [1]  2042/17
adverse [1]  2035/1
advice [1]  2002/12
advise [1]  1993/7
affected [4]  2041/10 2054/24 2062/20 2118/14
affecting [1]  2118/17
affiliates [1]  2008/20
after [33]  1992/23 1992/25 1993/3 1993/12 1993/25 2005/4 2025/15 2026/4 2037/10 2042/12 2044/14 2045/19 2047/10 2047/14 2048/3 2051/20 2052/7 2052/11 2054/24 2056/7 2057/18 2059/10 2059/11 2061/14 2062/9 2064/23 2066/22 2068/1 2083/9 2091/25 2110/17 2126/7 2126/22
aftereffects [1]  2109/4 2109/7
afternoon [9]  1982/18 1987/1 1987/4 1989/22 1997/12 2013/7 2013/8 2023/20 2024/7
again [52]  1991/5 1995/18 1996/24 1998/16 2001/11 2002/25 2005/19 2006/18 2007/23 2009/16 2011/8 2011/21 2013/9 2020/12 2031/14 2031/19 2037/11 2040/13 2041/24 2044/12 2047/24 2049/9 2054/2 2059/25 2060/12 2064/4 2065/14 2065/21 2067/15 2068/16 2068/20 2073/13 2078/9 2081/5 2081/6 2081/14 2082/24 2083/24 2089/21 2090/1 2099/24 2101/16 2101/20 2104/7 2104/17 2104/18 2107/14 2112/18 2116/25 2120/5 2125/4
against [3]  1992/3 2068/8 2101/8
agencies [1]  2027/3

**A**

agency [1]  2073/19
agents [1]  2014/13
aggregate [12]  2036/24 2037/1 2037/2
2037/5 2082/24 2082/25 2083/5 2083/7
2118/9 2121/16 2121/17 2123/23
aggregated [2]  2052/13 2118/5
aggregates [1]  2119/19
ago [3]  2028/23 2056/25 2060/22
agree [10]  2014/2 2014/11 2014/16
2015/22 2015/24 2016/10 2064/16
2068/5 2068/10 2097/16
agreed [4]  2023/10 2070/6 2070/8
2122/16
agreement [3]  1987/14 2011/23 2013/23
agrees [1]  2065/6
ahead [5]  2001/9 2040/2 2050/8
2085/15 2087/10
aid [1]  2010/17
aided [1]  1985/6 2010/13
aids [2]  1992/7 2000/3
AIG [1]  1997/8
air [1]  2112/15
Alabama [27]  2027/22 2028/1 2032/7
2039/18 2039/23 2043/15 2046/16
2050/11 2050/21 2053/18 2055/3
2055/5 2055/20 2056/9 2056/14 2057/11
2057/13 2059/15 2069/20 2113/2
2113/5 2113/11 2113/11 2113/13
2113/14 2113/23 2120/16
Alabama's [3]  2039/18 2040/14 2087/23
Aldy [7]  2118/22 2119/18 2120/10
2120/13 2121/4 2121/11 2121/20
Aldy's [1]  2120/20
all [112]  1987/22 1988/1 1988/5
1988/10 1988/14 1994/25 1998/11
1999/2 2004/10 2007/15 2009/10
2012/7 2012/14 2012/20 2013/2 2016/3
2016/12 2016/13 2016/13 2017/17
2018/11 2018/20 2020/5 2025/13
2028/4 2031/7 2031/15 2031/20
2031/25 2032/9 2034/6 2035/23 2038/5
2038/6 2038/16 2039/2 2039/4 2039/6
2039/12 2039/14 2039/22 2039/23
2039/23 2039/24 2041/11 2041/18
2046/5 2046/18 2046/23 2047/7 2049/1
2049/13 2049/20 2054/1 2054/21
2055/22 2056/2 2058/23 2059/8 2061/3
2061/6 2061/7 2062/9 2063/24 2065/21
2071/14 2072/21 2075/22 2077/23
2078/16 2079/15 2082/17 2083/9
2083/13 2084/17 2084/20 2084/20
2085/9 2085/10 2085/11 2085/21
2086/14 2087/15 2087/15 2087/19
2087/20 2087/22 2087/25 2088/1
2088/5 2090/24 2093/19 2097/4 2097/7
2097/9 2098/6 2098/21 2101/5 2101/17
2102/16 2103/19 2105/24 2108/16
2111/15 2111/24 2115/18 2116/25
2117/24 2118/5 2119/19 2124/11
2127/6
ALLAN [1]  1983/21
allocate [1]  2004/19
allotment [1]  2012/24
allow [3]  2018/14 2037/9 2038/11
allowed [2]  1998/17 2068/23
almost [11]  2037/23 2039/15 2052/7
2052/10 2058/3 2070/24 2074/14
2074/16 2086/9 2106/14 2124/6
alone [1]  2046/13
along [4]  2054/1 2055/8 2059/2 2064/17
already [5]  2051/7 2076/7 2085/9
2085/19 2089/7
also [19]  1986/18 1988/7 1989/16
1990/15 1992/14 1994/18 1999/2
1999/2 2006/7 2007/12 2008/12 2011/3
2015/5 2023/3 2027/2 2028/2 2028/4
2031/6 2031/9 2031/19 2033/17 2035/5
2035/8 2035/11 2035/14 2036/22
2039/11 2040/9 2042/1 2042/5 2044/25
2049/16 2049/16 2050/12 2052/6
2079/14 2080/22 2092/23 2093/11
2093/14 2093/19 2096/18 2112/24
2113/7 2117/7 2119/5 2121/22 2122/4
2124/2
although [1]  2116/19
always [2]  2012/25 2092/13
am [9]  1994/5 2028/9 2033/11 2078/20
2078/20 2082/25 2083/4 2087/9 2126/8
AMANT [1]  1983/22
AMERICA [4]  1982/8 1983/3 2095/4
2095/6
American [1]  1992/23
among [2]  2020/17 2050/14
amount [25]  1997/23 2021/24 2036/2
2037/13 2037/18 2039/12 2039/15
2040/20 2040/22 2041/2 2041/9
2043/10 2043/11 2064/15 2067/7
2068/5 2081/9 2081/22 2083/22 2088/6
2101/23 2103/15 2106/4 2107/23
2115/19
amounted [2]  2088/20 2093/23
amounts [3]  2021/17 2089/23 2118/9
ANADARKO [6]  1982/11 1982/11
1984/16 1988/20 2125/1 2126/6
Anadarko's [2]  2126/8 2126/9
analyses [3]  2032/5 2116/2 2116/4
analysis [32]  1993/17 1993/18 1994/13
1994/17 1994/20 1995/2 1997/11
2030/1 2030/9 2042/8 2046/18 2048/25
2050/6 2050/11 2053/9 2058/16 2061/2
2061/10 2062/9 2062/11 2062/19
2068/24 2073/9 2078/5 2088/10
2094/10 2105/11 2105/19 2117/25
2118/21 2121/11 2121/18
analyze [3]  2069/5 2069/7 2092/23
analyzed [3]  2020/5 2107/4 2122/17
ANDRE [1]  1983/7
ANDREW [1]  1984/4
Andy [2]  1987/13 2015/1
anecdotal [1]  2063/7
Angeles [1]  1984/23
announced [1]  2098/9
announcement [1]  2094/18
announcements [2]  2084/20 2094/17
annual [9]  2020/2 2020/12 2021/24
2041/5 2066/1 2069/18 2092/20
2101/11 2101/12
Annually [2]  2029/22 2029/23
another [9]  1994/25 2012/8 2022/7
2049/13 2071/4 2097/17 2103/11
2103/17 2120/9
another's [1]  2089/6
answer [9]  1995/18 2004/18 2017/12
2017/12 2018/8 2071/25 2079/9 2110/1
2110/6
anticipate [1]  2125/14
anticipated [2]  2042/2 2056/3
anticipating [1]  2125/18
any [39]  1987/5 1988/21 1990/18
1997/6 2007/13 2012/16 2012/17
2013/15 2017/5 2018/18 2019/7
2019/23 2022/11 2022/21 2033/17
2054/24 2065/23 2069/9 2080/13
2080/16 2094/4 2094/16 2094/18

2085/19 2089/7
2094/18 2094/22 2101/13 2110/19
2112/17 2115/10 2118/13 2119/11
2125/12 2125/14 2125/18 2127/2
anybody [5]  2022/15 2098/4 2101/23
2125/24 2127/7
anymore [2]  2026/3 2104/8
anything [9]  2001/3 2016/9 2017/19
2084/22 2094/4 2111/13 2121/18
2125/24 2126/18
anyway [2]  2075/5 2075/7
apparel [2]  2039/23 2092/12
apparently [1]  2055/9
appear [2]  1999/10 2085/5
Appearances [8]  1983/1 1984/1
Apple [3]  2002/9 2002/11 2002/14
appreciate [4]  1998/14 2038/19 2123/10
2125/2
approach [4]  2033/22 2034/5 2034/6
2103/17
appropriate [5]  1997/20 1998/1 1998/7
1998/10 2008/19
appropriately [1]  2014/20
approximately [1]  2019/24
APRIL [4]  1982/5 2040/20 2051/17
2054/22
archeologist [1]  1999/5
are [244]
area [56]  2026/9 2028/17 2031/5 2034/4
2035/6 2035/9 2035/12 2035/14 2036/1
2038/2 2042/15 2044/4 2045/13
2047/25 2048/12 2050/20 2050/24
2050/24 2052/1 2052/2 2053/18
2053/18 2053/21 2053/24 2055/21
2055/22 2056/20 2056/25 2057/1
2057/8 2057/13 2057/20 2060/15
2063/3 2067/1 2069/20 2079/3 2079/6
2083/14 2083/20 2083/22 2091/6
2094/19 2095/12 2101/24 2103/23
2105/7 2108/8 2111/23 2111/23
2113/12 2113/23 2120/2 2120/4 2120/8
2120/9
areas [25]  2011/22 2018/16 2030/3
2030/4 2036/15 2044/13 2046/14
2047/6 2047/7 2047/12 2049/18
2054/23 2054/25 2055/8 2057/4
2062/25 2063/4 2067/12 2098/24
2108/2 2108/11 2113/17 2113/20
2119/19 2119/20
aren't [1]  2101/9
argument [2]  2000/14 2000/25
Arkansas [2]  2028/2 2028/4
around [7]  1994/19 2030/22 2060/1
2077/15 2081/21 2092/16 2126/22
articles [1]  2005/12
as [183]
aside [1]  2072/16
ask [15]  2000/7 2001/13 2013/22
2016/23 2019/2 2021/2 2021/4 2024/15
2040/24 2041/23 2052/16 2073/6
2085/14 2092/4 2117/17
asked [16]  1991/18 1991/23 1992/2
1992/5 1992/9 1996/10 1998/12
2024/16 2024/17 2024/22 2025/1
2031/13 2033/9 2034/11 2067/23
2121/22
asking [3]  2022/1 2022/3 2091/25
aspects [2]  1999/23 2000/19
ASSET [1]  1982/13
assets [14]  2004/3 2004/4 2004/5
2004/19 2004/23 2006/4 2007/15
2016/4 2097/17 2098/10 2098/11
2098/14 2098/15 2099/18

## A

assigned [1] 2034/9
assignment [3] 2024/13 2033/9 2033/22
assist [1] 2064/17
assistant [2] 2025/16 2025/20
associate [1] 1993/21
associated [5] 1987/9 1988/11 1988/12 2074/7 2098/17
Associates [1] 2035/21
assume [1] 1991/3
at [228]
ate [1] 2048/1
Atmospheric [1] 2068/25
attend [2] 2126/18 2126/20
attention [1] 2125/19
attorney [1] 2106/23
attributable [1] 2107/16
attribute [2] 2063/17 2078/18
atypical [1] 2017/19
August [3] 2051/25 2054/5 2113/2
August 2010 [1] 2113/2
Austal [1] 2039/21
authority [1] 2004/23
automatically [1] 2075/1
available [1] 2033/12 2044/23 2049/20 2060/14 2069/2 2069/3 2071/18
Avenue [1] 1984/23
average [13] 2007/2 2007/3 2007/4 2043/25 2044/2 2069/18 2069/21 2073/25 2077/8 2081/6 2091/18 2091/21 2120/14
averages [1] 2086/24
Avondale [4] 2030/24 2087/18 2087/19 2088/4
aware [12] 2020/12 2020/20 2021/5 2021/8 2021/14 2021/15 2021/16 2021/22 2022/11 2062/1 2084/25 2103/8
away [6] 2006/5 2036/14 2052/6 2056/4 2083/15 2113/21
axes [1] 2054/9
axis [1] 2054/10

## B

B.A [1] 1992/22
babbling [1] 2077/18
Bachelor [1] 1992/22
Bachelor's [1] 2025/13
back [17] 2004/3 2004/4 2009/15 2045/19 2066/5 2066/20 2067/15 2074/14 2074/16 2074/18 2075/3 2076/15 2088/24 2097/5 2104/19 2104/25 2126/21
back-of-the-napkin [1] 2088/24
background [9] 1991/14 1992/14 1992/16 1992/20 1992/21 2003/22 2011/10 2025/12 2047/4
bad [5] 2000/5 2002/14 2010/25 2054/8 2095/7
bailout [1] 1997/7
balance [1] 2053/6
Baldwin [2] 2055/5 2055/12
ban [3] 2069/24 2074/5 2074/7
band [7] 2077/12 2077/12 2077/13 2077/15 2079/21 2080/3 2080/4
bank [4] 1993/7 2095/4 2095/5 2095/6
banker [1] 1993/4
banking [1] 2008/5
bar [18] 2039/1 2039/10 2039/10 2039/11 2039/16 2040/1 2043/7 2051/20 2069/18 2071/8 2073/25 2074/2 2074/2 2075/20 2081/8 2081/8

2081/9 2090/3
BARBIER [in 1982/1 1952/7] 10 1140/4 087/11 2078/1
barrel [2] 2020/15 2020/16
barrels [1] 2095/25
barriers [2] 2097/24 2098/7
bars [2] 2063/22 2081/6
base [3] 2008/15 2047/16 2047/18
based [27] 2010/16 2010/25 2011/5 2012/2 2016/14 2019/4 2019/8 2019/18 2020/15 2020/17 2038/9 2041/7 2042/4 2045/15 2063/25 2064/16 2065/18 2068/4 2073/8 2077/25 2079/8 2088/11 2088/13 2114/5 2114/7 2114/10 2120/13
baseline [1] 2061/24
bases [1] 1998/25
basic [2] 1993/16 2003/9
basically [21] 1993/6 2024/16 2026/16 2028/16 2030/17 2034/23 2039/11 2040/19 2045/1 2045/12 2059/11 2061/22 2063/15 2063/24 2065/2 2066/18 2074/16 2086/13 2092/1 2092/4 2120/9
basis [7] 1997/24 1998/6 2019/15 2040/25 2041/6 2074/22 2095/17
basket [1] 2004/2
Baton [3] 2024/10 2038/2 2086/17
Baton Rouge [3] 2024/10 2038/2 2086/17
be [79] 1987/3 1987/20 1988/16 1989/7 1991/4 1992/10 1997/20 1998/17 1999/10 2000/11 2001/7 2002/16 2003/24 2003/25 2004/5 2004/14 2005/2 2009/14 2010/11 2010/22 2010/24 2010/25 2011/13 2012/10 2012/15 2012/25 2013/6 2015/18 2017/12 2017/12 2017/24 2021/1 2021/23 2024/18 2024/19 2024/20 2027/10 2028/8 2039/7 2043/21 2046/7 2049/18 2054/8 2058/14 2063/7 2068/21 2072/18 2077/7 2078/25 2094/20 2094/20 2097/9 2098/5 2103/12 2104/24 2106/18 2107/20 2110/12 2111/9 2112/19 2115/13 2115/17 2117/17 2119/3 2119/14 2119/15 2120/3 2121/15 2123/19 2124/23 2124/25 2125/1 2125/22 2126/14 2126/21
beach [12] 2050/21 2051/8 2053/18 2053/18 2053/21 2053/24 2055/21 2056/25 2060/3 2060/6 2111/23 2113/6
beaches [2] 2060/3 2113/15
bear [1] 2032/24
bears [1] 2122/19
because [37] 2000/3 2000/7 2000/20 2001/1 2010/12 2011/11 2012/7 2012/12 2012/14 2030/8 2036/1 2046/7 2048/8 2048/21 2049/7 2049/23 2054/7 2055/7 2056/2 2057/15 2057/23 2058/3 2060/19 2061/25 2063/2 2068/20 2076/8 2080/2 2082/5 2083/1 2090/20 2092/10 2095/6 2109/7 2114/25 2116/13 2119/13
become [1] 2027/23
becomes [2] 1988/25 2077/7
Bed [1] 2111/9
been [37] 1988/17 1990/24 1991/15 1994/7 1997/4 2000/23 2021/22 2023/25 2024/11 2026/12 2027/12 2029/20 2043/20 2045/20 2050/23 2056/21 2058/22 2060/9 2060/15 2060/16 2060/22 2066/2 2067/11

2072/11 2072/21 2075/5 2075/7 2075/8 2080/18 2091/7 2106/1 2110/8 2116/25
before [24] 1982/19 1989/21 1990/19 1991/14 1992/12 1996/22 2017/5 2019/7 2031/24 2040/13 2045/25 2047/13 2061/25 2074/15 2077/22 2077/24 2077/25 2081/19 2082/3 2084/12 2084/22 2094/15 2108/6 2125/25
begin [1] 2024/8
beginning [5] 1989/3 2009/17 2011/21 2015/13 2016/7
behalf [10] 1989/23 1990/4 1991/5 2003/11 2009/4 2009/12 2099/3 2099/8 2099/23 2100/3
behave [1] 2066/23
behaving [2] 2031/9 2066/24
behaviors [1] 2012/3
behind [5] 2004/5 2019/22 2030/14 2030/15 2037/6
being [13] 1998/10 2016/9 2028/10 2041/3 2067/6 2088/7 2101/24 2105/3 2107/24 2109/18 2110/22 2113/5 2125/6
believe [16] 1990/20 1997/20 2005/14 2006/17 2011/23 2033/21 2060/12 2060/18 2061/6 2064/1 2066/7 2078/3 2083/12 2098/1 2100/16 2100/16
believed [1] 2119/25
below [2] 2005/25 2074/16
benefits [1] 2097/18
Benz [1] 2039/19
Bernard [1] 2049/17
besides [3] 2111/1 2111/2 2111/2
best [2] 2062/4 2127/13
better [1] 2077/19
between [17] 1997/19 1997/19 2001/20 2002/1 2004/16 2011/23 2013/16 2013/19 2017/6 2017/13 2017/15 2017/22 2059/4 2059/14 2077/6 2119/15 2124/8
beyond [6] 2048/9 2062/2 2073/7 2107/16 2109/17 2110/16
big [35] 2007/7 2007/9 2012/8 2036/1 2038/17 2039/9 2039/21 2041/11 2042/19 2043/17 2047/20 2047/21 2049/10 2049/11 2055/25 2056/2 2060/5 2060/6 2071/9 2079/2 2080/2 2080/8 2084/21 2086/16 2086/25 2091/22 2098/22 2103/16 2104/6 2104/7 2104/21 2105/4 2105/6 2114/25 2115/19
bigger [3] 2044/7 2092/13 2101/1
billion [40] 2007/16 2020/13 2037/1 2037/25 2038/4 2039/1 2039/2 2039/5 2039/24 2040/3 2040/4 2040/21 2065/15 2065/23 2071/17 2072/4 2073/3 2082/18 2085/23 2086/5 2086/6 2086/14 2086/22 2087/14 2087/15 2089/11 2089/24 2090/4 2090/8 2090/12 2090/16 2090/18 2090/21 2093/15 2100/7 2101/4 2103/15 2103/20 2107/7 2107/9
billions [5] 2038/16 2065/21 2065/22 2068/7 2090/2
Bingham [1] 1984/18
bit [13] 1992/13 2018/14 2026/21 2039/16 2041/22 2047/21 2053/23 2056/4 2057/15 2057/22 2081/24 2081/24 2126/22
blue [16] 2037/3 2039/11 2043/6 2046/10 2069/18 2070/1 2074/16

**B**

blue... [9] 2075/15 2075/19 2076/2 2076/13 2077/9 2081/12 2082/1 2115/10 2116/23
board [9] 1995/14 1996/8 2002/19 2002/20 2003/1 2003/7 2003/8 2014/16 2015/8
boards [1] 1996/5
boat [5] 2115/15 2115/15 2123/10 2123/11 2123/12
boat's [1] 2124/7
Bockius [1] 1984/22
Boesch [1] 1990/1
Boise [1] 2030/22
Bollinger [2] 2030/23 2087/17
bond [1] 1993/7
Bonnano [1] 1987/9
bonus [3] 2089/22 2091/1 2099/17
book [2] 2005/14 2005/21
books [1] 2005/15
borrow [1] 1993/6
both [15] 1998/24 2003/10 2003/12 2005/2 2005/3 2005/4 2014/6 2026/23 2035/6 2036/15 2044/24 2055/4 2057/7 2087/8 2098/11
bottom [8] 2028/13 2045/9 2066/18 2070/1 2075/18 2102/25 2122/25 2123/14
bought [1] 2048/1
Box [2] 1983/12 1983/17
BP [44] 1982/10 1984/2 1989/5 1997/19 2001/16 2003/12 2009/2 2014/2 2014/9 2014/13 2015/3 2015/6 2015/8 2015/24 2016/3 2020/2 2020/12 2020/13 2021/22 2022/12 2022/24 2033/9 2034/11 2048/5 2063/18 2068/5 2070/18 2071/4 2083/19 2083/20 2083/25 2093/25 2099/3 2099/8 2099/18 2099/23 2103/8 2103/11 2106/7 2106/9 2106/10 2106/14 2106/19 2106/22
BP PLC [1] 2020/12
BP PLC's [1] 2020/2
BP's [10] 2019/23 2020/17 2021/24 2022/14 2043/5 2064/17 2064/20 2083/10 2086/24 2109/12
BPXP [60] 1989/23 1989/25 1990/4 1990/8 1990/12 1990/21 1991/5 1991/15 1997/19 2001/13 2007/23 2008/14 2009/2 2009/11 2009/13 2014/3 2014/9 2015/22 2016/1 2016/4 2016/4 2016/14 2019/3 2019/18 2023/21 2024/11 2024/13 2031/13 2032/3 2035/18 2040/3 2041/19 2043/8 2062/24 2065/15 2067/6 2070/9 2070/15 2083/8 2086/25 2087/4 2088/11 2088/20 2089/23 2092/15 2093/14 2093/19 2098/4 2098/9 2098/17 2099/8 2099/9 2099/17 2099/25 2100/3 2100/7 2102/12 2103/1 2103/10 2121/23
BPXP's [25] 1992/1 2009/4 2014/16 2015/25 2024/17 2037/10 2064/12 2084/4 2084/23 2091/2 2091/9 2093/24 2094/8 2095/24 2096/10 2096/18 2096/23 2097/15 2097/17 2098/20 2099/2 2101/4 2101/11 2107/2 2122/6
Branch [1] 1983/15
BRANDON [2] 1983/9 1987/6
BRANSCOME [1] 1984/10
break [1] 2092/3
brief [1] 2015/18

briefly [4] 1994/10 2011/8 2084/15 2118/20
Brigham [1] 1992/23
bring [32] 2013/24 2014/21 2020/9 2025/7 2029/3 2032/18 2034/7 2034/16 2037/15 2038/21 2043/2 2044/20 2047/2 2051/3 2051/9 2053/13 2062/16 2063/11 2064/10 2065/11 2067/22 2069/13 2071/10 2075/11 2081/4 2084/10 2085/3 2089/19 2093/9 2095/20 2107/11 2114/15
broad [1] 2045/5
BROCK [2] 1984/9 2013/1
broken [2] 2037/20 2123/4
brought [1] 2119/4
brown [1] 2060/4
bucket [2] 2004/4 2004/5
budget [9] 2041/5 2042/20 2042/21 2043/7 2043/12 2044/1 2044/3 2044/5 2090/10
budgeting [1] 2022/17
budgets [5] 2041/8 2043/9 2043/13 2043/18 2056/18
build [1] 2058/25
building [1] 2086/8
bumping [1] 2067/12
bunch [1] 2003/24
bundle [2] 1987/19 1988/19
bundles [7] 1988/7 1988/25 1989/5 1989/13 2023/7 2125/15 2125/17
Bureau [1] 2111/22
business [30] 1994/3 1994/4 1994/14 1994/15 1994/16 1994/19 1994/23 1996/15 2000/13 2004/3 2004/16 2004/17 2040/20 2005/1 2005/19 2005/23 2006/5 2007/1 2007/18 2014/16 2020/7 2026/10 2027/11 2027/12 2028/14 2029/13 2035/21 2041/6 2050/23 2060/2
businesses [3] 2031/2 2096/16 2113/17
but [119] 1989/10 1989/12 1993/22 1999/14 2002/10 2006/18 2007/4 2007/12 2007/14 2012/2 2013/3 2013/20 2016/14 2017/13 2017/24 2018/8 2019/12 2022/16 2027/20 2029/12 2029/17 2030/15 2030/21 2031/6 2031/9 2035/5 2035/6 2035/8 2036/17 2041/12 2041/24 2047/20 2047/21 2048/2 2052/4 2052/6 2054/2 2054/6 2054/8 2054/13 2054/19 2055/11 2056/1 2056/5 2057/18 2057/23 2058/6 2058/21 2058/23 2058/23 2059/9 2061/5 2063/1 2065/22 2072/21 2074/12 2075/4 2077/19 2078/6 2078/16 2079/5 2079/14 2079/25 2080/5 2080/11 2080/14 2080/24 2081/15 2081/21 2081/24 2081/25 2082/15 2083/14 2083/25 2085/13 2085/16 2086/5 2086/23 2087/1 2092/25 2093/19 2095/9 2097/20 2098/5 2101/4 2101/16 2101/20 2103/19 2104/10 2104/17 2104/18 2105/3 2105/5 2105/18 2105/21 2105/23 2106/14 2106/23 2108/6 2109/14 2109/16 2111/9 2111/25 2112/24 2114/10 2115/12 2115/12 2115/18 2117/1 2117/14 2118/21 2119/1 2119/5 2120/1 2124/23 2125/16 2125/23 2126/8 2126/18
button [1] 2075/23
buy [1] 2045/11
buyer [2] 2098/13 2098/15

**C**

calculate [4] 2020/16 2040/24 2069/9 2105/4
calculation [4] 2088/25 2093/22 2114/12 2116/19
calculations [3] 2033/17 2034/10 2116/19
California [2] 1984/23 1991/11
call [14] 1990/21 2003/21 2022/24 2023/21 2025/21 2029/4 2034/24 2037/23 2044/19 2067/1 2067/19 2079/18 2109/20 2115/21
call-out [1] 2029/4
called [10] 2027/16 2028/24 2033/21 2034/4 2044/19 2067/1 2067/19 2075/13 2123/6 2125/7
calls [1] 2030/22
came [7] 2025/16 2027/18 2047/25 2063/3 2068/25 2090/7 2122/9
Cameron [2] 2049/5 2049/11
Camp [1] 1983/23
can [121] 1992/20 1995/4 1995/19 2001/5 2002/12 2002/15 2002/15 2002/16 2002/20 2003/6 2004/6 2006/18 2006/25 2007/1 2008/4 2009/2 2009/7 2009/9 2009/14 2009/15 2010/9 2012/7 2014/7 2018/6 2018/16 2022/2 2023/7 2025/7 2025/12 2025/23 2029/3 2029/12 2030/12 2032/18 2033/8 2034/16 2034/22 2037/8 2037/15 2037/20 2038/21 2039/1 2039/2 2040/16 2042/13 2043/2 2044/20 2044/22 2045/9 2046/1 2047/2 2050/8 2051/3 2051/9 2051/15 2051/25 2052/9 2052/14 2052/16 2053/13 2054/2 2054/12 2054/22 2055/15 2055/24 2055/25 2057/12 2059/6 2061/18 2062/13 2062/16 2062/23 2063/11 2064/10 2065/11 2067/22 2069/13 2070/12 2070/24 2071/10 2071/19 2073/22 2073/23 2075/11 2075/23 2076/4 2076/4 2076/5 2076/9 2076/25 2077/1 2077/15 2077/19 2079/6 2079/21 2079/25 2081/4 2084/10 2085/3 2085/7 2085/21 2089/19 2091/14 2091/20 2092/19 2093/9 2093/11 2095/20 2095/23 2103/2 2102/10 2102/25 2103/14 2116/14 2117/5 2118/14 2120/5 2122/12 2122/25 2125/23 2126/24
can't [8] 2009/8 2036/14 2079/4 2082/15 2091/4 2100/2 2118/13 2119/9
cannot [3] 2028/9 2083/15 2118/15
CAPEX [8] 2086/24 2086/24 2087/1 2087/14 2092/5 2094/19 2096/19 2104/12
capital [19] 2004/12 2007/5 2010/21 2010/24 2014/17 2085/23 2085/25 2086/3 2086/9 2086/10 2087/9 2087/21 2090/25 2098/25 2100/6 2100/7 2101/11 2101/12 2101/17
Capital IQ [1] 2007/5
capitalization [1] 2011/5
capitalized [11] 1992/8 2000/4 2011/3 2011/12 2011/12 2011/14 2011/15 2019/5 2019/10 2019/19 2020/25
capsulates [1] 2064/7
captain [10] 2022/25 2023/1 2023/17 2070/18 2114/18 2114/19 2122/9 2123/8 2123/16 2124/5
Captain Hein [1] 2070/18
car [7] 2063/23 2087/24 2111/12

**C**

car... [4] 2112/17 2112/18 2112/19
  2112/24
care [4] 2094/23 2094/23 2094/24
  2095/1
career [3] 2025/24 2027/24 2085/25
carefully [2] 2031/17 2077/1
CARL [1] 1982/19
Carolinas [1] 2028/5
cars [1] 2048/1
case [36] 1997/17 2003/15 2033/24
  2034/3 2035/6 2036/21 2041/19
  2043/14 2048/20 2049/2 2054/4 2066/6
  2066/7 2074/13 2074/15 2074/16
  2074/17 2074/19 2075/2 2082/1 2082/1
  2082/1 2083/17 2092/15 2104/5
  2106/14 2113/13 2113/22 2115/13
  2124/17 2125/2 2125/12 2125/19
  2126/12 2126/14 2126/25
cases [6] 1996/24 2062/4 2063/18
  2104/2 2104/2 2107/19
CASEY [1] 1983/6
cash [1] 2123/12
casino [5] 2060/6 2060/11 2060/13
  2060/18 2060/24 2074/16
casinos [2] 2060/6 2060/10
catch [25] 2073/13 2073/13 2073/25
  2074/4 2074/5 2074/24 2075/3 2075/6
  2075/7 2075/14 2075/15 2075/17
  2075/19 2076/1 2076/3 2076/13
  2076/14 2076/18 2078/17 2079/8
  2079/25 2080/10 2080/11 2080/24
  2081/7
categories [3] 2037/20 2083/9 2115/10
category [5] 2074/19 2074/20 2081/14
  2117/12 2117/18
caught [1] 2080/21
cause [3] 2056/10 2056/15 2121/19
caused [7] 2036/4 2036/5 2036/12
  2056/16 2079/3 2107/20 2107/21
causes [1] 2044/4
CCR [2] 2127/10 2127/17
Center [4] 1994/5 1994/6 1995/3
  1995/10
central [5] 2002/18 2013/17 2013/18
  2017/9 2047/11
centralize [2] 2008/8 2008/10
centralized [2] 2007/23 2007/25
CEO [1] 2015/6
certain [4] 2008/9 2008/9 2013/23
  2036/15 2038/11 2046/14 2126/14
certainly [8] 2020/4 2072/1 2078/20
  2078/21 2104/14 2107/22 2108/9
  2110/22
CERTIFICATE [1] 2127/9
certify [1] 2127/12
Chair [1] 2025/22
CHAKERES [1] 1983/9
challenged [1] 2011/24
challenging [1] 2001/7
chambers [1] 2031/1
chance [2] 1997/22 2126/5
change [8] 2065/4 2065/8 2068/16
  2084/3 2091/7 2099/24 2105/5 2115/20
changes [1] 2080/8
charge [1] 2005/4
charged [4] 2016/1 2016/3 2016/14
  2033/13
Charles [2] 2086/5 2126/6
chart [18] 2006/17 2006/18 2006/20
  2007/12 2040/2 2040/4 2042/13 2048/3
  2051/1 2053/11 2054/6 2071/8 2075/18

2077/20 2077/22 2086/23 2123/21
  2123/25
charter [1] 2070/21
charts [2] 2055/18 2085/5
check [5] 2002/12 2093/19 2116/9
  2116/12 2116/20
checked [3] 2034/8 2116/10 2117/1
checks [1] 2106/15
chemical [1] 2086/20
Cheniere [6] 2086/4 2086/8 2100/10
  2100/12 2100/14 2101/1
Cheniere's [2] 2100/19 2100/22
Chevron [2] 2098/10 2098/16
Chicago [2] 1984/7 1996/15
chief [1] 2015/2
Chouest [1] 2087/18
circle [1] 2105/3
Circuit [1] 1993/1
circumstances [1] 2110/7
cite [2] 2005/12 2005/15
civically [2] 2041/20 2106/12
civil [4] 1982/4 1983/15 2020/14
  2022/12
claim [2] 2106/7 2107/17
claiming [1] 2120/8
claims [15] 2037/25 2065/9 2065/15
  2066/10 2067/7 2067/25 2068/6
  2068/17 2096/11 2106/9 2106/10
  2107/6 2107/9 2107/14 2107/21
clams [1] 2117/19
clarity [3] 1989/8 2077/23 2092/19
class [1] 2073/1
classes [1] 2031/16
classroom [1] 1995/16
Claudet [1] 2067/1
clean [3] 2020/15 2022/12 2125/23
cleanup [3] 2037/21 2096/11 2107/20
clear [7] 2009/18 2060/4 2108/7 2109/8
  2109/8 2109/8 2109/9
cleared [1] 2092/22
clearly [3] 2035/5 2052/14 2083/15
clerk [1] 1988/2
clerked [1] 1993/1
click [1] 1989/18
client [1] 2050/23
clients [1] 2026/25
clips [1] 2125/16
close [2] 2041/14 2074/24
closed [1] 2060/18
closing [1] 2031/8
coast [24] 2055/4 2055/10 2055/20
  2056/9 2056/14 2056/15 2059/2
  2059/20 2060/2 2060/15 2064/18
  2064/21 2064/22 2088/5 2094/1
  2096/20 2108/3 2108/13 2113/2 2113/5
  2113/11 2120/1 2122/10 2122/11
Coast Guard [2] 2122/10 2122/11
coastal [9] 2047/7 2047/10 2047/11
  2055/22 2058/19 2058/20 2119/15
  2120/16 2120/17
coauthor [1] 2029/17
coauthored [1] 2029/17
codirector [1] 1994/5
coincide [1] 2005/24
collected [1] 2045/14
collections [3] 2066/25 2112/3 2112/4
collects [1] 2045/10
College [2] 2029/13 2041/5
colored [2] 2073/25 2081/6
Columbia [1] 1994/1
column [2] 2024/2 2006/25
combination [3] 2012/12 2083/8 2109/11
combined [1] 2083/23

come [12] 2012/17 2013/18 2028/21
  2076/14 2079/13 2082/1 2092/2
  2097/5 2098/6 2099/25 2104/22
  2122/23
comes [6] 2019/24 2029/23 2029/23
  2029/24 2073/19 2075/1
coming [10] 2012/17 2060/5 2071/21
  2071/22 2082/15 2082/16 2094/19
  2098/4 2105/16 2111/21
Command [1] 2046/4
Commander [2] 2023/2 2023/3
comment [12] 2100/24 2122/15
commenting [1] 2089/5
comments [1] 2112/21
commerce [1] 2031/1
commercial [11] 2035/14 2068/17
  2069/19 2070/21 2070/22 2071/6
  2071/18 2073/5 2080/24 2082/12
  2090/6
commission [1] 2110/12
committed [1] 2072/21
committee [1] 2110/10
common [11] 1998/10 2005/2 2005/9
  2007/5 2007/9 2008/1 2017/25 2018/11
  2018/17 2018/17 2019/21
commonality [2] 1997/18 2017/22
communities [1] 2050/21
companies [21] 1993/6 1996/6 1996/6
  1996/16 1996/17 2003/22 2006/8
  2006/23 2006/24 2007/13 2007/14
  2007/15 2017/2 2019/5 2019/10
  2019/19 2020/25 2027/1 2027/2
  2084/18 2086/14
company [38] 2000/3 2000/4 2002/2
  2002/7 2002/9 2003/21 2004/24
  2005/22 2007/1 2010/12 2010/17
  2011/6 2012/9 2017/20 2017/20 2021/2
  2084/17 2084/17 2086/6 2087/21
  2094/3 2095/4 2095/11 2095/18 2096/5
  2100/17 2101/13 2101/15 2103/18
  2103/23 2104/20 2104/20 2104/21
  2105/6 2105/22 2106/12 2106/17
  2116/5
company's [1] 2094/13
comparable [3] 2050/10 2050/11 2087/1
Comparative [2] 2005/14 2005/20
compare [4] 2002/25 2071/21 2101/11
  2101/23
compared [12] 2055/24 2059/2 2071/16
  2071/19 2074/18 2084/22 2084/24
  2088/16 2100/10 2103/2 2113/3
  2113/11
comparing [3] 2052/20 2052/24 2101/8
comparison [2] 2053/3 2084/17
Compass [2] 2116/4 2116/7
compensate [3] 2041/14 2072/25
  2082/16
compensated [3] 2072/2 2072/3
  2082/22
compensation [7] 2038/3 2071/8
  2071/17 2071/22 2082/11 2083/22
  2091/9
complete [1] 1991/4
completely [1] 2050/4
complex [10] 1993/17 1994/14 1994/17
  1997/2 1997/11 2086/17 2086/21
  2086/25 2098/3 2116/25
component [1] 2112/20
computer [4] 1985/6 2076/25 2077/1
  2077/5
computer-aided [1] 1985/6
concept [2] 2005/7 2005/8
conceptual [1] 2019/15

**C**

concerning [4]  2038/12 2062/10 2122/6 2122/8
conclude [5]  2072/1 2082/4 2082/13 2083/10 2120/3
concluded [2]  2056/15 2088/11
concludes [2]  2120/13 2124/16
conclusion [6]  2020/7 2048/16 2082/10 2091/1 2105/5 2120/20
conclusions [11]  1992/12 2006/19 2033/5 2033/15 2034/19 2062/10 2062/20 2068/15 2073/8 2091/4 2121/19
conduct [2]  1995/11 2014/13
conducted [4]  2014/3 2014/10 2015/25 2105/10
confident [3]  2025/4 2119/8 2126/24
confirmed [2]  2061/22 2062/21
connection [2]  2078/10 2121/8
consequences [2]  2010/11 2010/16 2011/4 2011/9 2012/4 2043/20 2121/11 2121/15
consider [2]  2041/20 2046/8
considered [6]  2020/6 2028/7 2096/9 2096/18 2096/23 2112/19
consistent [4]  2050/15 2062/7 2068/13 2068/15
consistently [1]  2050/14
consonants [1]  2121/12
consortium [1]  1996/14
constant [4]  2059/12 2059/13 2059/13 2059/14
constituted [1]  2088/11
consultant [1]  2031/12
consulting [3]  2026/15 2026/17 2084/18
contain [4]  1998/24 1999/3 2032/15 2032/15
contained [1]  1989/13
containing [1]  1988/14
contains [2]  1988/9 2118/21
contest [1]  2017/18
contesting [1]  2007/24
continue [2]  2050/8 2086/11
continued [3]  2054/21 2056/6 2062/5
continuing [1]  2048/11
contributed [1]  2064/21
contributes [1]  2093/25
contributing [1]  2080/3
contribution [2]  2096/20 2096/25
contributions [1]  2010/17
controlling [1]  2002/14
Convention [1]  2111/22
coordinate [1]  2004/22
copies [2]  1988/1 1988/11
corner [1]  2056/23
corners [3]  2049/23 2050/2 2089/2
corporate [38]  1992/1 1993/18 1994/6 1994/12 1994/13 1994/20 1994/25 1995/3 1995/6 1995/8 1995/9 1995/11 1995/15 1995/17 1996/1 1996/11 1996/13 1997/1 1997/2 1997/10 1998/3 1999/23 1999/24 2000/12 2001/6 2001/16 2002/2 2003/24 2005/14 2005/21 2008/18 2008/19 2009/12 2009/19 2009/22 2009/23 2010/14 2017/11
corporation [4]  1982/12 1984/17 2009/6 2013/16
corporations [6]  1992/4 1993/16 1994/12 1994/21 2008/1 2009/9
correct [120]  1990/25 1998/25 2000/15 2001/4 2001/17 2007/14 2013/17
2014/4 2014/11 2014/18 2014/19 2015/6 2015/9 2015/14 2015/16 2016/5 2016/16 2017/15 2020/3 2023/16 2024/1 2024/12 2026/8 2026/11 2027/25 2028/25 2032/23 2033/4 2033/6 2040/4 2043/21 2048/15 2049/15 2049/21 2053/17 2055/23 2057/9 2057/10 2057/10 2060/21 2064/19 2065/16 2068/9 2072/17 2072/19 2073/21 2074/8 2074/9 2076/22 2076/22 2083/5 2090/22 2097/19 2098/11 2098/15 2099/5 2099/12 2099/15 2099/16 2099/19 2100/8 2100/9 2101/4 2101/6 2101/7 2101/17 2101/19 2102/3 2102/4 2102/18 2103/6 2103/7 2103/11 2104/13 2105/20 2106/5 2106/8 2106/20 2107/4 2107/5 2107/7 2107/8 2107/17 2107/18 2108/14 2108/18 2108/20 2109/1 2109/2 2109/5 2109/15 2110/25 2113/4 2113/8 2113/19 2114/3 2114/4 2115/5 2115/25 2116/1 2117/10 2117/11 2117/13 2117/25 2118/1 2118/8 2118/10 2118/19 2118/22 2118/23 2118/25 2119/21 2120/2 2122/3 2122/5 2122/18 2123/25 2125/3 2127/12
corrections [1]  2113/9
correctly [2]  2031/18 2069/1
corroborate [1]  2064/1
corroborated [1]  2065/2
corroborative [1]  2063/8
cost [4]  2004/9 2115/13 2115/14 2115/20
costs [10]  2011/13 2106/19 2106/22 2107/6 2107/9 2107/14 2107/16 2114/11 2115/1 2115/9
could [46]  1989/2 1991/9 1991/20 1991/22 1993/14 1999/7 1999/15 1999/22 2001/8 2001/23 2001/25 2002/16 2003/18 2004/14 2005/11 2005/17 2006/15 2009/3 2011/19 2014/21 2025/3 2037/6 2040/15 2041/24 2070/23 2071/3 2071/6 2071/9 2071/9 2083/3 2084/15 2086/10 2099/12 2100/17 2102/22 2105/4 2117/16 2118/11 2118/18 2118/19 2119/3 2119/11 2120/11 2120/25 2126/18 2126/24
couldn't [1]  2118/17
Council [1]  2028/14
counsel [1]  2009/17
counties [15]  2050/1 2055/4 2055/11 2058/19 2058/20 2058/20 2058/22 2059/2 2059/3 2059/13 2119/15 2119/16 2120/13 2120/17 2120/18
country [1]  2026/24
counts [2]  1995/9 2017/11
County [1]  2055/5
couple [6]  2007/20 2023/5 2043/22 2046/23 2046/24 2085/21
course [14]  1994/18 1994/18 2014/20 2027/24 2028/9 2041/11 2041/25 2042/13 2043/10 2050/19 2069/25 2073/3 2073/12 2074/10
courses [4]  1993/16 1993/16 1994/10 1994/16
court [28]  1982/1 1985/1 1991/10 1991/23 1992/13 1992/21 1993/14 1995/4 1995/19 1999/22 2005/7 2008/12 2009/17 2011/21 2033/20 2038/19 2040/14 2046/22 2046/25 2051/7 2089/5 2093/1 2124/20 2125/16
2125/18 2127/10 2127/11 2127/18 2127/19
courtroom [1]  2125/19
cover [3]  1999/10 2032/21 2112/3
crab [13]  2037/4 2074/16 2075/15 2075/19 2076/3 2076/13 2077/9 2078/6 2081/12 2082/1 2115/10 2116/23 2117/18
crazy [1]  2058/23
create [6]  2003/25 2004/19 2089/16 2093/7 2116/3 2118/5
created [2]  2004/18 2004/22
creation [1]  2009/7
creditors [2]  2004/7 2004/10
crew [2]  2114/17 2114/18 2123/16 2124/5
crew's [1]  2123/9
criticism [1]  2048/25
cross [6]  2013/12 2013/13 2097/3 2097/10 2097/13 2126/16
cross-examination [6]  2013/12 2013/13 2097/3 2097/10 2097/13 2126/16
CSR [1]  1985/1
cumulates [1]  2089/22
cumulative [4]  2085/9 2101/4 2101/11 2101/12
current [1]  1996/13
currently [3]  1991/12 2021/24 2022/17
custom [1]  2017/10
customary [1]  1992/3
customized [2]  2004/6 2004/6
CYNTHIA [1]  1983/22

**D**

D-32904.2 [1]  2014/21
D-32914-A [1]  2013/24
D-34022-A [1]  2091/14
D-34023 [1]  2093/9
D-34024 [1]  2089/19
D-34025 [1]  2043/2
D-34451 [1]  1991/20
D-34452 [1]  1992/18
D-34453 [1]  1999/7
D-34454 [2]  1999/15 1999/20
D-34458 [1]  2001/23
D-34460 [1]  2006/15
D-34469 [2]  2011/19 2011/22
D-34471 [1]  2010/9
D-34601 [1]  2046/3
D-34777 [1]  2025/7
D-34778 [1]  2029/3
D-34779 [1]  2032/18
D-34780 [1]  2034/16
D-34782 [2]  2037/15 2065/12
D-34783 [1]  2038/21
D-34784 [1]  2040/16
D-34785 [1]  2044/21
D-34786 [1]  2047/2
D-34787 [1]  2051/3
D-34787.1 [1]  2051/10
D-34787.2 [1]  2053/13
D-34788 [1]  2057/5
D-34789.1 [1]  2056/22
D-34791 [1]  2059/6
D-34792 [1]  2062/16
D-34793 [1]  2063/11
D-34795 [1]  2069/13
D-34798 [1]  2071/10
D-34802 [1]  2073/14
D-34803 [1]  2120/25
D-34804 [1]  2075/11
D-34805 [1]  2078/2
D-34806 [1]  2081/4

**D**

D-34808 [1] 2087/12
D-34809 [1] 2095/20
D-34810 [1] 2067/22
D-34812 [1] 2061/18
D-34813 [1] 2064/10
D-34818 [1] 2085/3
D-35470 [1] 2012/22
D-A-I-N-E-S [1] 1991/3
D.C [4] 1983/13 1983/17 1984/11 1984/20
daily [2] 2040/24 2041/6
Daines [22] 1990/21 1990/23 1991/2 1991/6 1991/9 1991/11 1991/22 1996/22 1997/10 1998/16 1998/21 1999/10 1999/17 2001/5 2001/11 2003/20 2009/16 2010/15 2012/19 2013/8 2014/23 2018/9
damage [1] 2041/16
DANIELLE [1] 1983/12
dark [2] 2051/15 2075/25
data [103] 2006/8 2006/20 2029/25 2030/9 2030/15 2030/16 2031/15 2031/17 2031/17 2031/17 2033/3 2033/10 2033/11 2033/12 2033/14 2035/7 2035/12 2035/15 2035/24 2036/15 2037/12 2041/18 2042/6 2042/8 2044/12 2045/8 2045/11 2045/14 2045/14 2046/15 2048/19 2049/1 2049/8 2049/13 2049/19 2049/19 2049/24 2050/1 2050/4 2050/5 2051/10 2051/12 2051/13 2052/12 2052/13 2052/13 2052/14 2057/7 2057/11 2058/11 2059/5 2060/13 2060/14 2060/14 2062/20 2064/1 2068/23 2068/25 2069/2 2069/3 2069/5 2073/6 2075/2 2075/21 2076/21 2076/23 2077/23 2078/16 2080/18 2080/19 2080/20 2081/1 2082/22 2096/17 2098/21 2105/25 2108/16 2110/24 2111/2 2111/3 2111/4 2111/5 2111/5 2111/13 2111/14 2111/21 2112/2 2112/4 2112/10 2112/12 2112/15 2112/17 2112/18 2112/19 2117/4 2117/24 2118/17 2118/19 2121/19 2121/21 2122/23 2123/1 2123/2
data-driven [1] 2035/15
database [2] 2007/4 2007/5
date [1] 2049/20
day [5] 1982/18 2028/16 2041/3 2045/21 2116/16
days [1] 2026/14
deal [4] 1994/25 2031/22 2065/21 2075/2
debates [1] 1993/18
decades [2] 2028/3 2061/1
December [1] 2066/23
decide [1] 2126/17
decision [1] 2110/11
decisions [2] 2109/12 2109/13
decline [12] 2056/5 2057/14 2070/2 2071/15 2071/15 2071/17 2074/4 2074/5 2074/6 2076/6 2080/11 2113/12
declined [1] 2080/11
declines [1] 2057/17
declining [4] 2052/2 2074/21 2076/1 2076/2
deep [1] 2098/2
deepwater [4] 1982/4 1982/14 1982/15 2098/11
definitely [1] 2124/23

degree [3] 1992/25 2025/13 2025/14
delivery [1] 2087/13
demonstrative [14] 1991/17 1991/22 2001/12 2001/19 2002/1 2017/1 2102/23 2107/1 2107/11 2108/22 2115/22 2117/16 2118/11 2120/11
Demonstrative 33581 [1] 2108/22
Demonstrative 33594 [1] 2115/22
Demonstrative 33596 [1] 2102/23
Den [1] 2124/18
deny [1] 2126/9
department [6] 1983/4 1983/14 1997/5 1997/8 2008/5 2111/12
departments [1] 2091/24
depict [4] 2038/25 2040/12 2040/18 2095/23
depicted [2] 2037/17 2037/18
depicting [3] 2043/4 2071/12 2071/14
depicts [1] 2073/22
deposition [12] 1987/9 1987/19 1987/20 1988/7 1988/11 1988/25 1989/5 1989/10 2008/13 2105/18 2108/20 2125/14
depositions [4] 1988/12 1988/18 1988/22 1989/9
deposits [1] 2095/5
depressed [1] 2053/5
deputy [2] 2023/2 2023/3
describe [6] 1987/16 1991/17 1992/5 1992/9 1992/21 2002/3
described [3] 1998/16 2010/10 2074/23
describing [1] 2009/5
descriptive [1] 1998/10
designation [1] 1987/20
designations [3] 1987/8 1988/10 1989/11
Deskins [2] 2043/23 2056/19
detail [3] 1991/14 1992/13 2037/6
details [1] 2002/11
determine [7] 2018/15 2045/18 2074/23 2076/9 2091/16 2114/12 2121/15
developed [1] 2025/3
developers [1] 2091/23
developing [1] 2097/19
development [4] 2030/25 2091/23 2091/24 2094/17
deviating [1] 1997/24 1998/6
deviations [2] 2079/18 2079/19
did [189]
didn't [25] 2042/2 2046/10 2046/23 2049/19 2057/19 2058/1 2062/5 2068/2 2080/1 2080/21 2080/22 2092/25 2110/19 2112/4 2112/9 2112/12 2112/15 2112/17 2113/21 2116/2 2116/23 2116/24 2116/24 2117/2 2118/20
differ [1] 2097/22
difference [8] 2003/9 2004/16 2059/4 2059/11 2059/14 2070/2 2079/2 2119/15
differences [7] 2001/13 2001/20 2002/1 2002/3 2059/13 2077/6 2077/6
different [36] 1989/9 2002/4 2002/4 2003/3 2004/18 2004/24 2005/6 2005/10 2006/4 2016/11 2026/19 2026/19 2027/3 2027/8 2027/14 2030/22 2037/5 2039/8 2046/25 2053/24 2054/9 2054/16 2054/17 2057/22 2076/10 2076/11 2076/14 2077/11 2077/16 2077/16 2079/22 2079/24 2080/3 2080/6 2080/12 2081/2
difficult [2] 2098/2
diligence [1] 1993/8

DIRE [2] 1991/7 2024/5
direct [13] 1991/6 1998/1 2024/8 2032/12 2070/19 2093/17 2094/5 2100/10 2113/2 2114/3 2115/25 2118/21 2123/21
directly [4] 1996/5 2003/6 2093/14 2094/3
directors [8] 1996/6 1996/12 1996/16 1996/17 1996/18 1996/20 2002/19 2015/9
disadvantage [1] 2011/13
disagree [4] 2000/8 2022/16 2036/5 2036/7
disagreed [1] 2070/6
discourage [3] 2019/4 2019/9 2019/19
discouraged [2] 2021/1 2022/12
discuss [5] 2011/3 2027/19 2105/8 2113/1 2122/1
discussed [5] 2009/16 2011/21 2085/11 2114/3 2115/25
discussion [1] 2122/14
displayed [1] 2040/3
dispute [4] 2015/14 2058/10 2098/16 2104/10
distinguish [1] 2017/21
distributed [1] 2072/21
DISTRICT [5] 1982/1 1982/2 1982/19 2127/11 2127/11
divestments [1] 2014/18
Division [2] 1983/4 1983/15
do [140] 1987/6 1992/25 1993/5 1993/11 1993/25 1994/10 1994/16 1995/20 1995/22 1996/5 1996/8 1996/11 1999/2 1999/10 2000/18 2000/20 2000/22 2001/2 2001/8 2002/14 2002/16 2002/23 2003/22 2005/7 2005/23 2008/18 2009/3 2010/23 2012/14 2013/3 2014/23 2015/1 2016/16 2017/2 2018/6 2018/16 2019/25 2021/3 2023/5 2024/9 2025/2 2026/14 2026/17 2026/21 2026/25 2027/1 2027/2 2029/25 2030/13 2030/14 2030/14 2030/16 2030/16 2030/20 2031/3 2034/6 2034/10 2034/21 2036/5 2036/7 2036/8 2036/12 2040/12 2040/13 2041/8 2041/11 2041/12 2042/25 2043/1 2044/10 2044/13 2045/8 2045/10 2047/4 2048/21 2053/9 2054/23 2057/11 2059/25 2061/10 2061/12 2063/13 2065/18 2069/16 2070/5 2072/15 2072/16 2073/11 2073/12 2073/14 2078/7 2078/18 2079/5 2079/10 2080/25 2081/20 2085/15 2088/13 2088/18 2088/22 2089/8 2093/23 2094/9 2094/12 2094/15 2094/15 2097/21 2097/25 2100/5 2101/13 2101/15 2102/5 2102/7 2102/12 2104/10 2105/14 2105/24 2109/14 2115/11 2115/12 2115/12 2116/5 2116/8 2116/18 2116/19 2117/2 2119/11 2121/4 2121/6 2121/11 2121/23 2124/21 2124/21 2125/6 2125/12 2125/14 2125/23 2126/12 2126/23 2127/1
Doctor [4] 2032/20 2034/14 2035/17 2092/22
document [8] 1987/23 1987/24 1988/1 2022/2 2029/11 2030/17 2032/20 2122/19
documents [5] 1988/14 2032/15 2033/1 2033/3 2033/5
does [39] 1989/5 1997/14 2000/8

**D**

does... [36] 2002/25 2008/14 2008/14
2009/22 2011/1 2012/13 2014/16
2029/15 2029/25 2030/2 2030/11
2030/12 2031/11 2041/2 2042/14
2042/14 2048/13 2048/16 2059/19
2064/1 2073/2 2075/13 2076/25 2077/1
2077/5 2078/1 2083/10 2094/3 2099/21
2099/24 2118/2 2119/1 2119/1 2119/20
2124/1 2125/11
doesn't [6] 2017/18 2077/3 2079/15
2099/24 2119/2 2122/16
doing [13] 1989/7 2006/5 2027/6 2045/2
2045/4 2045/6 2062/3 2062/9 2084/19
2098/1 2106/2 2116/6 2116/8
dollars [7] 2007/16 2047/22 2068/7
2074/11 2080/22 2088/25 2091/7
domestic [1] 2030/6
don't [64] 1989/14 1990/20 1997/21
2000/10 2000/11 2000/14 2002/10
2003/7 2004/7 2007/12 2010/3 2012/16
2012/17 2016/3 2017/9 2018/18
2018/19 2019/23 2021/11 2021/17
2021/17 2022/16 2026/3 2030/20
2041/15 2054/13 2055/25 2057/5
2060/4 2067/3 2067/5 2072/13 2078/19
2079/9 2079/10 2089/8 2090/20
2092/25 2094/23 2094/23 2095/13
2097/16 2097/23 2098/3 2098/16
2099/11 2099/11 2100/4 2101/11
2102/5 2104/8 2104/10 2104/24 2105/2
2105/5 2111/7 2111/9 2111/17 2115/9
2115/12 2117/14 2119/11 2122/23
2125/13
done [20] 1989/21 2014/20 2019/17
2019/22 2023/8 2027/3 2035/20
2036/24 2085/24 2086/14 2088/24
2100/25 2105/14 2105/15 2105/17
2105/19 2116/4 2117/8 2121/4 2126/15
Donnie [3] 2069/13 2120/25 2122/12
dot [1] 1989/18
double [3] 2002/12 2116/20 2117/1
double-check [2] 2002/12 2116/20
double-checked [1] 2117/1
doubt [3] 2019/23 2117/7 2121/19
DOUGLAS [1] 1983/21
down [27] 2005/25 2028/5 2037/20
2054/11 2055/4 2055/9 2057/13
2057/15 2057/25 2060/18 2079/25
2080/5 2080/5 2081/9 2081/10 2081/25
2082/5 2082/19 2088/4 2093/1 2113/8
2113/10 2115/19 2116/18 2118/16
2122/25 2123/4
downward [2] 2075/5 2075/6
Doyle [3] 2127/10 2127/17 2127/17
dozens [1] 2007/18
Dr [3] 2056/22 2065/6 2092/19
Dr. [115] 1987/9 1990/1 1990/9 1990/13
2013/23 2014/2 2023/21 2024/7 2025/9
2029/25 2032/2 2032/4 2033/8 2034/18
2037/9 2037/17 2040/18 2043/4 2047/4
2048/24 2049/13 2049/25 2050/5
2050/10 2051/12 2053/16 2055/18
2056/24 2057/9 2058/7 2058/7 2060/21
2061/2 2061/10 2061/13 2061/21
2062/18 2063/13 2064/4 2064/5
2064/12 2064/5 2065/5 2065/6 2065/8
2065/14 2066/1 2067/15 2068/13
2069/16 2070/5 2071/13 2072/24
2073/14 2073/15 2082/9 2083/7 2084/3
2084/13 2085/18 2087/11 2088/9
2088/9 2089/5 2089/8 2089/14 2090/24

2091/17 2093/5 2093/11 2093/22
2093/25 2096/3 2095/25 2095/24
2097/15 2097/16 2097/23 2099/15
2100/13 2102/14 2103/17 2104/10
2105/10 2105/20 2106/3 2107/4 2108/2
2108/19 2109/1 2109/21 2110/20
2113/1 2114/3 2114/8 2114/11 2114/13
2115/5 2115/25 2117/10 2117/25
2118/14 2118/22 2119/18 2120/13
2120/20 2121/3 2121/4 2121/11
2124/10 2124/12 2126/6 2126/7 2126/8
2126/9
Dr. Aldy [4] 2119/18 2120/13 2121/4
2121/11
Dr. Aldy's [1] 2120/20
Dr. Boesch [1] 1990/1
Dr. Bonnano [1] 1987/9
Dr. Charles [1] 2126/6
Dr. Harry [2] 2061/10 2067/15
Dr. Joseph [1] 2118/22
Dr. Loren [2] 2023/21 2032/4
Dr. Luton [6] 2061/13 2061/21 2064/5
2064/12 2065/4 2065/6
Dr. Luton's [1] 2068/13
Dr. Mason [14] 1990/9 2048/24 2050/5
2058/7 2061/2 2070/5 2088/9 2089/5
2089/8 2093/22 2094/8 2095/22
2097/23 2103/17
Dr. Mason's [2] 2126/7 2126/9
Dr. Quivik [3] 1990/13 2013/23 2014/2
Dr. Scott [74] 2024/7 2025/9 2029/25
2032/2 2033/8 2034/18 2037/9 2037/17
2040/18 2043/4 2047/4 2049/13
2050/10 2051/12 2053/16 2055/18
2056/24 2057/9 2058/7 2060/21
2062/18 2063/13 2064/4 2065/5 2065/8
2065/14 2066/1 2069/16 2071/13
2072/24 2073/14 2075/13 2082/9
2083/7 2084/3 2084/13 2085/18
2087/11 2088/9 2089/14 2090/24
2091/17 2093/5 2093/11 2094/7
2095/23 2097/15 2097/16 2099/15
2100/13 2102/14 2104/10 2105/10
2105/20 2106/3 2107/4 2108/2 2108/19
2109/1 2109/21 2110/20 2113/1 2114/3
2114/8 2114/11 2114/13 2115/5
2115/25 2117/10 2117/25 2118/14
2121/3 2124/10 2124/12
Dr. Scott's [1] 2049/25
Dr. Sunding's [1] 2126/8
DRAGNA [1] 1984/22
draw [1] 2001/2
drawing [1] 2012/23
DRILLING [1] 1982/14
drive [4] 1988/9 1988/13 2039/20
2062/25
driven [1] 2035/15
drivers [1] 2030/5
drop [3] 2047/20 2057/23 2057/23
due [3] 1993/8 2060/21 2108/3
duly [2] 1990/24 2023/25
Dupree [2] 2014/23 2015/1
durable [3] 2087/16 2087/23 2088/2
during [16] 1987/19 2023/1 2023/15
2026/6 2047/1 2048/12 2056/18
2063/19 2069/23 2070/4 2071/1
2071/23 2106/15 2113/21 2122/14
2123/21

**E**

each [7] 1988/11 2012/1 2028/17
2033/11 2043/6 2043/9 2048/14
earlier [13] 2033/20 2033/21 2045/20

2055/13 2055/23 2056/14 2059/1
2055/11 2059/11 2074/23 2080/16
2089/16 2123/21
early [1] 2068/1
earn [2] 2039/15 2113/17
earned [2] 2039/5 2088/3
earnings [6] 2039/17 2039/24 2087/15
2087/20 2087/22 2092/20
easiest [2] 2078/7 2078/8
easily [1] 2004/13
east [1] 2047/11
EASTERN [2] 1982/2 2127/11
easy [2] 2058/6 2097/21 2097/25
2116/16
echo [1] 2080/16
echoes [1] 1988/20
econometric [9] 2031/23 2033/22
2034/5 2059/1 2062/21 2075/22
2116/15 2117/1 2119/9
econometrician [2] 2078/13 2078/17
econometricians [1] 2079/17
econometrics [7] 2033/21 2033/24
2033/25 2034/2 2074/23 2076/9
2105/25
economic [84] 1992/5 1992/10 1993/17
1993/17 1994/13 1994/17 1994/20
1995/1 1995/1 1995/24 1995/25
1997/11 2005/23 2008/10 2010/14
2012/11 2022/15 2024/23 2026/15
2026/17 2026/18 2026/18 2026/18
2026/19 2027/6 2027/17 2028/14
2028/24 2029/9 2029/15 2029/25
2030/11 2030/25 2031/4 2032/5
2034/25 2035/1 2035/2 2035/18
2035/20 2036/4 2036/5 2036/12 2038/9
2038/9 2041/7 2042/4 2044/10 2044/11
2058/8 2061/10 2064/5 2066/2 2066/11
2067/9 2068/2 2068/8 2068/8 2068/11
2072/25 2074/22 2082/9 2083/1 2083/8
2083/11 2084/19 2085/24 2086/15
2091/23 2091/23 2091/24 2094/13
2094/16 2095/8 2105/9 2105/11
2105/20 2107/25 2108/3 2108/13
2108/25 2109/10 2121/18 2124/17
economically [1] 2011/4
economics [13] 1992/22 1993/2 1996/3
2009/21 2025/15 2025/17 2025/22
2026/7 2032/4 2032/5 2043/19 2056/10
2067/15
economies [14] 2008/4 2008/8 2027/21
2027/23 2028/2 2032/6 2035/19
2038/10 2041/4 2041/10 2084/5 2091/3
2092/18 2098/21
economist [9] 2024/10 2025/25 2044/15
2048/24 2050/6 2065/18 2078/22
2078/24 2085/20
economists [2] 2043/22 2079/17
economy [32] 2026/22 2027/10 2027/13
2027/20 2028/10 2030/5 2030/7
2041/25 2042/1 2059/12 2059/25
2060/23 2065/24 2067/6 2067/11
2088/18 2088/22 2092/6 2092/7 2094/1
2094/25 2095/8 2095/19 2096/12
2096/21 2096/21 2097/16 2097/19
2098/23 2101/24 2103/23 2109/1
Edison [1] 2067/18
educational [4] 1992/15 1992/20
1992/21 2025/9
Eel [1] 2117/19
effect [18] 2037/10 2038/12 2044/9
2045/22 2058/13 2058/14 2059/18
2059/24 2060/19 2060/20 2064/18
2065/10 2065/25 2066/10 2068/8

**E**

effect... [3] 2094/4 2096/11 2119/18
effective [1] 1995/9
effectively [2] 2073/2 2082/11
effectiveness [1] 2064/13
effects [14] 2035/2 2035/4 2035/5
 2035/11 2036/21 2036/22 2068/2
 2068/8 2083/11 2105/13 2118/24
 2119/14 2119/21 2120/18
effort [2] 2045/18 2054/25
efforts [4] 2064/12 2064/17 2064/20
 2083/10
eight [2] 1993/13 2030/3
either [3] 2031/7 2054/23 2124/25
elect [1] 2002/19
eliciting [1] 2010/1
Ellis [2] 1984/3 1984/9
ELMO [5] 2003/18 2009/15 2012/23
 2055/15 2122/12
else [9] 2013/1 2036/18 2059/18
 2084/22 2101/23 2111/24 2125/24
 2126/11 2127/2
embarrassing [1] 2066/14
embodied [1] 2033/1
emphasis [1] 2032/5
empirical [4] 2018/15 2019/17 2019/21
 2019/22
employ [3] 2039/6 2094/21 2095/1
employed [2] 1991/12 2039/22
employee [3] 2008/14 2091/9 2091/16
employees [9] 2008/20 2009/3 2015/22
 2015/24 2016/13 2092/20 2093/24
 2096/24 2096/24
employers [1] 2086/18
employment [14] 2030/3 2030/21
 2031/6 2066/23 2094/5 2094/6 2118/20
 2118/22 2118/24 2119/7 2119/18
 2119/21 2121/12 2121/15
employs [1] 2088/5
enable [1] 2048/16
enabled [1] 2082/9
enables [1] 2059/2
end [7] 2012/10 2040/21 2041/16
 2079/20 2080/25 2095/17 2105/4
ended [1] 1993/20 1993/22 2082/2
 2114/6
Endowed [1] 2025/22
ends [2] 2006/1 2123/13
energy [2] 2028/20 2108/24
Enforcement [1] 1983/5
engage [1] 2020/18
engaged [1] 2094/9
engagement [1] 2025/5
Engine [1] 2108/25
enhance [1] 2043/9
enough [8] 2010/5 2049/8 2049/11
 2049/12 2049/17 2061/2 2074/4 2080/1
ensure [1] 2002/22
enterprise [1] 2007/10
entire [5] 2025/24 2055/22 2090/7
 2101/5 2101/18
entities [7] 2003/13 2006/11 2016/13
 2099/3 2099/8 2099/18 2099/23
entitled [2] 2108/24 2127/14
entity [2] 2004/15 2103/11
entry [2] 2097/24 2098/8
Environment [1] 1983/4
Environmental [1] 1983/5
equal [7] 2011/14 2039/11 2087/15
 2087/20 2087/22 2087/25 2122/16
equaled [1] 2089/9
equally [1] 2054/8

equation [2] 2078/14 2116/14
equations [in 2007/12
equip [1] 2031/12
equipment [2] 2104/11 2104/12
equivalent [1] 2012/11
ERICA [1] 1983/10
error [1] 2077/12
especially [15] 2024/18 2024/19
 2026/17 2026/23 2028/1 2028/21
 2030/2 2035/8 2035/11 2036/20
 2062/25 2066/25 2083/13 2083/20
 2098/3
ESQ [32] 1983/5 1983/6 1983/6 1983/7
 1983/7 1983/8 1983/8 1983/9 1983/9
 1983/10 1983/11 1983/11 1983/11
 1983/12 1983/15 1983/16 1983/16
 1983/21 1983/21 1983/22 1983/22
 1984/4 1984/4 1984/5 1984/5 1984/6
 1984/9 1984/10 1984/13 1984/18
 1984/19 1984/22
essentially [1] 2115/19
establish [2] 2018/6 2124/1
established [1] 2076/7
establishes [1] 2080/3
estate [1] 2112/10
estimated [3] 2020/14 2076/8 2120/15
etc [3] 2050/24 2105/17 2111/12
evaluate [1] 1992/2 2074/22 2094/13
 2103/25
evaluates [2] 2017/6 2019/8
evaluation [3] 2070/6 2088/13 2090/24
even [11] 2058/12 2058/21 2061/24
 2072/10 2095/13 2103/19 2103/20
 2104/21 2107/22 2119/8 2119/18
event [8] 2034/4 2034/9 2059/1 2105/14
 2119/2 2119/2 2119/2 2119/17
ever [7] 1996/5 1996/21 1997/4 2066/15
 2066/21 2084/22 2105/19
every [9] 2008/5 2029/24 2029/24
 2035/6 2041/18 2045/11 2050/17
 2102/7 2115/13
everybody [12] 2002/8 2004/9 2004/12
 2012/10 2012/13 2013/1 2039/17
 2059/18 2087/17 2087/17 2087/18
 2127/3
everyday [1] 2012/9
everyone [3] 1987/3 2097/9 2127/5
everything [4] 1999/13 2000/1 2002/12
 2112/3
evidence [13] 1987/10 1988/7 1995/8
 1995/10 1996/4 2000/21 2003/14
 2018/19 2022/11 2046/8 2056/19
 2124/17 2125/15
evidencewise [1] 2125/23
evident [2] 2094/2 2096/8
exactly [30] 1987/16 2018/1 2040/5
 2049/15 2051/18 2052/25 2053/4
 2055/6 2055/13 2055/24 2058/9
 2077/25 2079/17 2082/6 2082/7 2083/5
 2085/13 2086/2 2086/15 2090/19
 2097/20 2101/10 2104/24 2112/6
 2114/14 2115/1 2117/15 2119/22
 2119/23 2120/10
exam [1] 2015/13
examination [15] 1991/6 1998/19
 2009/17 2011/22 2013/12 2013/13
 2024/8 2032/12 2097/3 2097/10
 2097/13 2121/1 2122/14 2123/21
 2126/16
examine [2] 1991/18 2049/10
examined [2] 2022/14 2048/14
example [4] 2054/7 2075/2 2104/3
 2112/22

exceeded [1] 2123/23
exceeding [1] 2058/10
except [2] 2112/18 2124/17
excerpted [1] 2102/25
exclude [1] 2049/19
excluded [1] 2050/1
excuse [3] 2039/10 2084/9 2088/1
executive [4] 2015/2 2026/4 2026/8
 2031/16
exemplar [1] 2046/21
exhibit [1] 2006/14
exhibits [10] 1987/8 1987/18 1987/25
 1988/11 1989/24 1989/25 1990/5
 1990/8 1990/13 2016/24
existed [2] 2122/7 2122/7
existence [1] 2012/3
expanding [1] 2031/8
expansions [1] 2100/25
expect [1] 2110/17
expectation [1] 2022/11
expected [5] 2024/19 2028/21 2068/21
 2107/21 2107/22
expended [1] 2044/14
expenditure [5] 2064/15 2101/9 2101/22
 2102/5 2102/13
expenditures [33] 2014/18 2084/24
 2085/23 2085/25 2086/3 2086/9
 2086/10 2086/16 2086/22 2087/22
 2090/25 2090/25 2096/10 2096/14
 2096/19 2098/17 2098/25 2098/25
 2100/6 2100/8 2101/12 2101/12
 2101/17 2101/25 2102/3 2102/8
 2102/20 2103/3 2103/5 2103/10
 2103/24 2104/12 2104/22
expenses [2] 2123/5 2123/9
experience [10] 2008/1 2025/10
 2025/10 2031/11 2031/19 2038/9
 2041/7 2042/5 2054/19 2059/15
experienced [3] 2041/16 2052/15
 2072/3
experiences [1] 2059/4
expert [20] 1991/15 1996/21 1996/25
 1997/5 1997/10 1998/16 2006/21
 2008/18 2013/15 2016/24 2017/5
 2019/3 2019/7 2022/17 2032/4 2085/5
 2089/5 2093/11 2121/24 2126/8
expertise [5] 2010/21 2010/24 2028/18
 2083/8 2098/5
experts [2] 2125/9 2125/10
explain [10] 1997/2 2001/5 2029/1
 2073/22 2077/1 2077/19 2078/8 2079/4
 2079/6 2122/23
explains [1] 2119/25
explanation [1] 2049/2
EXPLORATION [4] 1982/10 1982/11
 1984/2 2015/2
export [1] 2086/4
express [2] 2033/15 2034/19
expressed [3] 1999/4 2032/25 2067/16
extend [2] 2076/4 2078/10
extent [2] 1998/5 2112/18
extra [1] 2127/3
extraction [1] 2109/5
extreme [1] 2049/6
Exxon [1] 2086/16
ExxonMobil [3] 2086/16 2101/14
 2101/16
ExxonMobil's [1] 2101/17

**F**

face [2] 2011/12 2110/11
facility [1] 2088/4
fact [38] 2002/6 2002/22 2003/12

## F

fact... [35]  2007/2 2007/22 2008/13
2009/6 2010/16 2016/3 2016/17
2016/18 2017/18 2021/6 2021/8
2038/13 2041/13 2045/24 2048/22
2049/15 2051/24 2060/12 2060/17
2063/10 2066/19 2067/8 2069/11
2078/13 2081/11 2085/1 2099/24
2100/3 2103/25 2104/15 2114/14
2114/20 2119/22 2121/21 2125/10
factor [1]  2049/11
facts [1]  2013/23
fair [9]  1997/23 2010/5 2027/5 2049/20
2053/7 2053/8 2061/2 2072/22 2080/18
fairly [1]  2121/17
fall [2]  2066/15 2066/19
familiar [4]  2021/10 2027/10 2027/23
2028/10
far [6]  2040/2 2049/5 2049/5 2057/12
2074/24 2113/13
fast [2]  2039/14 2106/11
FCRR [3]  1985/1 2127/10 2127/17
federal [8]  2039/4 2073/19 2079/8
2090/10 2099/25 2105/13 2105/16
2109/13
FedEx [1]  2028/19
feel [7]  2024/25 2025/4 2116/24
2116/24 2117/2 2126/14 2126/23
fell [2]  2051/25 2051/25
fellow [1]  2065/6
fellowship [1]  1993/2
felt [1]  2116/12
few [2]  1995/8 2125/22
fewer [1]  2120/17
FIDLER [1]  1983/12
field [5]  2026/7 2026/12 2028/8 2032/4
2043/19
Fifteenth [1]  1984/10
figure [8]  2077/10 2101/4 2114/2 2114/5
2114/7 2115/4 2115/24 2116/3
Figure 1 [1]  2115/24
figures [5]  2085/10 2085/10 2102/13
2103/1 2103/5
filled [1]  2063/22
final [2]  2021/4 2105/5
Finally [3]  1990/12 2011/17 2096/23
finance [7]  1994/4 1994/13 1995/23
1996/3 2004/21 2005/5 2008/6
financial [3]  2019/6 2019/11 2019/20
financing [4]  1993/7 1993/7 1993/8
1993/8
find [19]  2005/20 2007/17 2031/17
2036/18 2051/14 2058/2 2059/3
2059/11 2059/19 2060/6 2060/10
2068/23 2069/9 2083/19 2091/11
2098/13 2112/4 2119/20 2123/18
finder [1]  2016/18
findings [2]  2075/10 2107/25
finds [2]  2029/15 2119/18
fine [1]  2002/12
finfish [20]  2037/4 2074/17 2075/6
2078/6 2078/8 2078/9 2078/15 2078/17
2079/1 2081/13 2082/1 2115/10
2116/23 2117/9 2117/12 2117/15
2117/18 2118/3 2118/10 2118/15
finish [2]  2071/25 2126/25
finished [1]  2094/7
finishes [1]  2086/8
firm [17]  2002/14 2002/22 2005/25
2006/6 2024/24 2026/15 2035/19
2035/24 2086/2 2087/6 2091/25 2092/1
2092/11 2094/19 2097/17 2097/18
2116/6

firms [5]  2026/18 2045/17 2085/23
2087/4
first [53]  1999/23 2000/1 2000/6 2000/9
2000/9 2001/13 2002/6 2003/20
2008/25 2010/11 2025/13 2027/14
2027/18 2028/11 2031/15 2033/10
2033/11 2034/22 2037/7 2037/12
2038/13 2040/9 2041/11 2042/8
2042/12 2042/16 2042/16 2042/18
2043/10 2043/16 2045/16 2047/8
2047/15 2048/6 2051/20 2065/20
2070/15 2071/14 2073/12 2074/2
2075/13 2078/24 2083/12 2085/21
2094/12 2103/19 2105/19 2105/22
2108/5 2111/15 2111/19 2116/16
2121/14
fish [2]  2111/2 2118/14
fisheries [16]  2024/20 2033/25 2036/15
2036/22 2037/2 2078/16 2078/25
2079/3 2079/4 2083/17 2108/8 2108/11
2108/14 2108/15 2113/24 2123/1
fisherman [1]  2080/24
fishermen [12]  2069/19 2069/23
2070/21 2070/22 2071/6 2071/18
2073/5 2081/9 2082/12 2114/5 2114/24
2118/17
fishing [11]  2035/6 2035/9 2035/14
2068/17 2069/24 2069/24 2070/3
2070/21 2074/5 2074/7 2122/15
fit [4]  2077/3 2077/8 2079/15 2079/16
five [15]  2007/20 2028/6 2029/18
2037/20 2050/23 2085/23 2086/7
2086/17 2089/23 2090/12 2090/18
2090/21 2091/21 2093/15 2100/8
five-year [1]  2085/23 2089/23 2090/12
2090/21 2093/15
fixed [1]  2123/9
fleet [2]  2070/19 2123/2
FLICKINGER [1]  1983/7
flip [1]  2036/17
Florida [28]  2027/22 2028/2 2028/5
2032/7 2043/15 2046/16 2050/12
2053/9 2053/18 2053/20 2053/20
2053/23 2053/24 2054/3 2057/1 2057/8
2057/21 2059/15 2059/16 2069/19
2113/8 2113/10 2113/12 2113/15
2119/21 2120/1 2120/12 2120/17
flow [1]  2123/12
focused [5]  1999/25 2108/8 2108/15
2108/16 2110/21
focusing [3]  1997/16 1997/18 2108/10
folks [1]  2049/14
following [1]  2108/1
follows [3]  1990/24 2023/25
followup [2]  2021/19 2021/21
food [1]  2039/14
footnote [5]  2099/13 2099/17 2112/2
2107/23
footnotes [2]  2111/21 2111/21
forecast [4]  2066/14 2066/21 2076/4
2107/23
forecasting [2]  2026/9 2030/11
forecasts [2]  2029/10 2030/13
foregoing [1]  2127/12
forgotten [1]  2105/21
form [2]  2033/24 2063/25
formed [1]  2063/25
Fort [2]  2050/22 2055/22
Fort Morgan [1]  2055/22
forth [1]  1998/22
forward [1]  2067/9
FOSC [2]  2023/1 2023/4
found [29]  2021/22 2034/23 2035/22

2036/13 2036/19 2042/25 2044/2
2046/21 2047/5 2051/25 2058/2
2059/9 2062/22 2064/2 2065/3 2073/11
2086/2 2086/15 2091/12 2093/7
2098/15 2113/7 2113/10 2113/12
2113/19 2119/7 2119/22 2120/10
2123/17
foundation [2]  2038/2 2085/2
foundational [1]  2021/3
four [21]  1987/17 1993/10 2028/6
2029/18 2040/7 2042/17 2044/12
2046/5 2047/6 2047/7 2048/14 2049/3
2049/23 2050/2 2051/19 2053/5
2057/17 2061/3 2063/15 2089/2
2113/11
four-corners [1]  2049/23
fourth [2]  2114/21 2114/24
fraction [4]  2106/25 2114/19 2115/14
2115/17
frame [2]  2041/9 2089/15
framed [1]  2022/3
Freeport [1]  2025/22
Freeport-McMoRan [1]  2025/22
front [3]  2029/7 2029/8 2029/8
fuel [3]  2102/1 2115/16 2123/5
full [3]  1990/25 2024/1 2047/22
function [1]  2004/17
functions [4]  2005/19 2007/23 2007/25
2008/9
fund [7]  1995/11 2038/2 2038/3 2071/8
2071/22 2072/24 2082/11
fundamental [3]  2002/1 2002/3 2002/6
further [1]  2120/22
future [6]  2010/20 2010/22 2072/25
2073/5 2073/7 2079/20

## G

gains [1]  2083/14
gas [21]  2006/23 2007/10 2017/2
2026/23 2028/7 2028/11 2028/22
2030/7 2032/6 2088/12 2088/17
2088/17 2094/9 2100/11 2101/14
2108/17 2109/5 2109/10 2109/14
2110/16 2110/19
gather [1]  2033/10
gave [2]  2031/25 2043/8
general [8]  2019/13 2045/13 2060/9
2060/11 2074/19 2111/7 2111/19
2112/8
generally [2]  1997/1 2014/12
generate [1]  2049/12
geographic [1]  2108/2
get [27]  1992/12 1997/22 2008/7
2010/20 2011/14 2019/14 2020/7
2030/14 2030/16 2031/2 2031/3 2031/8
2033/14 2036/14 2038/17 2041/20
2045/8 2052/5 2070/20 2071/6 2074/14
2081/2 2083/15 2104/8 2106/13 2107/7
2123/6
gets [1]  2127/3
getting [7]  2040/2 2041/25 2052/6
2081/21 2087/10 2104/18 2106/11
Giant [1]  2108/25
Gila [2]  2098/10 2098/17
give [12]  1992/13 1993/14 1995/4
1995/19 2012/24 2046/24 2046/25
2089/15 2089/25 2092/1 2092/3
2095/14
given [6]  2024/13 2042/16 2063/19
2064/14 2066/21 2090/1
gives [1]  2089/17
giving [1]  2012/11
GLADSTEIN [8]  1983/11 1997/13

G

GLADSTEIN... [6] 2000/10 2013/11
 2015/17 2016/7 2016/10 2017/16
global [1] 2017/20
globally [1] 2019/24
GMBH [1] 1982/13
go [29] 1999/13 2000/18 2000/19
 2001/9 2003/18 2007/4 2009/15 2010/3
 2012/1 2018/22 2037/6 2041/12 2045/3
 2050/8 2067/12 2067/13 2070/14
 2074/12 2077/22 2078/2 2079/5 2080/7
 2085/15 2086/9 2091/25 2094/16
 2104/25 2105/24 2109/17
goes [3] 1998/5 2035/13 2123/15
going [91] 1988/24 1997/2 1997/22
 1999/13 2003/5 2004/11 2010/2 2012/1
 2013/22 2015/16 2016/23 2017/17
 2018/20 2018/20 2019/2 2020/21
 2020/22 2020/23 2020/24 2021/1
 2023/14 2027/19 2027/20 2028/22
 2030/6 2030/7 2031/3 2035/2 2035/12
 2035/24 2038/8 2040/13 2042/17
 2044/6 2044/8 2045/13 2046/7 2046/12
 2050/7 2056/24 2058/12 2060/3 2065/4
 2065/24 2066/17 2066/17 2066/19
 2066/24 2067/3 2067/12 2068/16
 2070/20 2079/7 2079/20 2079/13
 2079/20 2081/18 2082/18 2082/19
 2083/16 2084/3 2084/4 2085/14 2086/4
 2086/5 2086/6 2086/9 2092/5 2092/5
 2092/7 2092/8 2092/8 2092/17 2094/20
 2094/20 2094/21 2094/24 2094/25
 2095/3 2095/5 2111/18 2111/19 2112/7
 2115/13 2115/17 2115/18 2119/25
 2125/1 2125/12 2126/8 2126/19
gold [1] 2045/5
Goldman [3] 1993/4 1993/5 1993/9
gone [1] 2022/16
good [26] 1987/3 1987/15 1989/22
 1995/9 1995/10 1997/12 2003/6
 2008/10 2011/16 2012/16 2012/17
 2013/7 2013/8 2013/8 2023/20 2024/7
 2026/21 2039/16 2042/1 2057/15
 2058/4 2081/24 2090/13 2091/22
 2093/2 2127/5
goods [3] 2087/16 2087/23 2088/2
got [11] 1991/3 1992/25 2052/25
 2058/19 2058/20 2066/22 2079/2
 2081/9 2085/2 2092/22 2119/6
governance [36] 1992/2 1992/9 1993/18
 1994/6 1994/12 1994/20 1995/1 1995/3
 1995/7 1995/8 1995/9 1995/11 1995/15
 1995/17 1996/1 1996/12 1996/13
 1997/1 1997/10 1999/24 2000/5 2001/6
 2002/5 2002/18 2002/21 2003/1 2003/9
 2005/8 2005/15 2005/21 2008/18
 2008/19 2009/12 2009/22 2010/14
 2011/18
government [10] 2017/18 2031/12
 2036/3 2039/3 2039/6 2061/9 2073/19
 2105/13 2105/16 2125/11
government's [4] 2000/25 2064/4
 2067/16 2109/13
graduate [2] 1994/4 1994/19
Grand [1] 1984/23
grants [8] 2038/1 2043/5 2062/19
 2062/24 2063/5 2063/18 2063/18
 2122/2
graphic [1] 2117/9
gray [1] 2006/23
great [1] 2031/22
green [10] 1989/18 2039/1 2040/4

2074/2 2075/17 2075/20 2090/3 2117/9
 2119/6 2119/9
gross [2] 2020/18 2030/6
grossly [1] 2021/22
group [12] 1996/14 1996/18 1997/20
 2003/12 2009/2 2014/2 2014/9 2014/13
 2015/6 2015/24 2028/14 2093/25
groups [2] 1996/12 2005/23
growing [2] 2058/23 2058/23
growth [4] 2048/11 2056/6 2063/6
 2107/22
Guard [2] 2122/10 2122/11
guess [4] 1989/2 2125/20 2126/11
 2127/3
guide [1] 2014/16
GULF [51] 1982/5 2009/2 2014/3
 2014/10 2014/14 2014/24 2015/25
 2019/25 2022/13 2050/21 2051/8
 2055/21 2056/9 2057/8 2057/13
 2059/15 2059/16 2059/16 2059/20
 2060/2 2060/15 2062/3 2063/1 2064/18
 2064/21 2064/22 2069/19 2088/12
 2094/1 2095/24 2096/6 2096/12
 2096/20 2097/16 2097/18 2097/19
 2098/1 2098/21 2101/5 2101/18
 2103/25 2104/4 2104/7 2104/13 2108/3
 2108/13 2111/23 2113/6 2119/19
 2120/1 2123/2
Gulf Coast [3] 2108/3 2108/13 2120/1
Gulf Shores [2] 2111/23 2113/6
guy [1] 2078/16

H

had [52] 1987/11 1989/21 1997/22
 1999/3 2000/8 2008/6 2015/12 2025/21
 2026/16 2031/19 2034/8 2034/10
 2034/24 2042/18 2045/22 2047/21
 2048/25 2052/22 2055/24 2056/1
 2056/4 2056/19 2056/25 2057/19
 2058/3 2058/8 2058/21 2064/18
 2065/10 2067/12 2067/18 2068/7
 2075/7 2081/22 2082/18 2086/15
 2089/8 2096/11 2098/18 2106/24
 2110/15 2112/21 2116/7 2116/12
 2116/25 2119/13 2122/17 2123/10
 2123/11 2123/23 2125/15 2126/5
hadn't [1] 2076/15
half [9] 2026/21 2028/3 2028/17 2060/1
 2060/23 2061/1 2070/25 2071/19
 2072/10
hand [5] 1997/21 1998/9 2055/2
 2056/23 2081/17
handful [1] 2007/2
hands [2] 2041/21 2106/11
handwriting [1] 2013/5
HANKEY [1] 1983/8
Hanzalik [3] 2022/25 2023/1 2023/17
happen [1] 1992/7 2066/17
happened [11] 2041/19 2042/11
 2044/14 2047/12 2052/5 2054/3
 2057/18 2062/1 2076/7 2112/5 2119/4
happening [7] 2031/6 2041/6 2060/9
 2111/7 2111/10 2111/11 2112/2
happens [2] 2005/5 2043/21
happy [1] 2021/9
hard [7] 1988/9 1988/13 2022/5 2024/19
 2029/12 2038/17 2080/13
hardest [2] 2079/12 2109/4
HARIKLIA [1] 1984/5
harm [22] 2012/18 2036/5 2036/6
 2036/13 2041/12 2041/13 2041/14
 2041/15 2041/16 2052/15 2105/9
 2105/11 2105/20 2106/4 2106/16

2107/19 2107/24 2107/25 2109/14
 2109/19 2109/25 2110/9
harmed [1] 2110/23
Harry [2] 2061/10 2067/15
Harvard [1] 2121/4
HARVEY [1] 1983/10
has [53] 1991/25 2001/16 2002/7
 2002/8 2003/6 2003/12 2008/12 2009/8
 2009/8 2009/18 2010/13 2010/17
 2012/16 2013/1 2014/3 2014/9 2015/22
 2016/3 2020/13 2020/25 2022/12
 2026/16 2028/17 2029/9 2029/17
 2031/20 2031/21 2033/20 2035/24
 2039/21 2041/19 2053/25 2060/15
 2064/4 2064/6 2067/11 2067/16
 2072/10 2072/21 2076/1 2077/2
 2082/22 2083/25 2086/2 2087/1 2087/1
 2091/1 2095/2 2095/4 2098/22 2099/25
 2118/24 2123/3
hate [1] 2104/18
haul [1] 2057/3
have [280]
haven't [4] 2000/23 2019/22 2022/15
 2022/16
having [7] 1990/24 2005/10 2006/10
 2020/4 2022/5 2023/25 2074/3
Hayward [2] 2015/6 2015/8
HB [1] 1985/1
HB-275 [1] 1985/1
he [53] 1997/18 1998/9 1998/17
 2007/24 2009/25 2018/15 2020/25
 2021/5 2022/2 2022/2 2023/3 2032/9
 2050/6 2058/8 2058/10 2058/10
 2058/11 2061/3 2061/4 2061/5
 2061/23 2064/6 2064/15 2065/2
 2067/16 2067/18 2067/23 2067/23
 2070/5 2070/8 2070/15 2088/9 2088/10
 2088/16 2088/17 2088/20 2089/2
 2089/4 2089/9 2092/25 2094/9 2119/3
 2119/7 2119/7 2119/10 2119/19
 2119/20 2119/22 2119/25 2120/21
 2121/13 2121/15 2124/23
he's [2] 1997/21 1998/10
head [4] 2030/23 2100/4 2100/5 2105/3
heading [1] 2022/6
heads [2] 2031/1 2091/24
health [1] 2004/10
hear [3] 2038/16 2065/22 2092/25
heard [11] 1982/19 2003/10 2008/12
 2033/20 2048/24 2070/8 2085/9
 2085/19 2088/15 2094/10 2094/11
hearing [3] 2088/13 2088/22 2088/23
heck [1] 2079/1
Hein [2] 2070/18 2122/9
help [7] 2033/13 2034/7 2034/8 2062/24
 2077/20 2087/7 2107/24
helped [14] 1992/14 1993/6 1993/7
 2014/13 2031/21 2031/22 2068/1
 2068/10 2071/2 2078/19 2083/21
 2084/1 2096/14 2107/19
helpful [4] 2010/25 2011/15 2013/6
 2107/23
helps [3] 2004/2 2004/6 2004/12
here [101] 1987/8 1988/2 1988/6
 1988/13 1995/4 1998/3 1999/20
 2010/10 2013/20 2014/6 2018/14
 2023/6 2027/21 2029/6 2031/13
 2031/23 2038/25 2040/4 2042/14
 2042/14 2042/15 2044/13 2045/5
 2045/9 2046/7 2047/5 2047/6 2047/9
 2048/2 2048/8 2049/9 2049/23 2050/15
 2051/6 2051/8 2051/12 2051/14
 2051/23 2052/3 2052/17 2053/15

here... [60] 2054/2 2054/14 2055/7
2055/9 2055/25 2056/1 2056/1 2056/1
2056/8 2056/21 2057/22 2058/1 2058/7
2060/1 2061/8 2063/13 2063/14
2063/15 2067/3 2067/23 2069/16
2070/14 2071/16 2074/2 2075/23
2077/14 2080/3 2080/6 2080/7 2080/7
2081/2 2081/5 2081/13 2081/17
2081/17 2081/18 2081/18 2084/15
2085/8 2085/22 2086/13 2088/7 2088/9
2091/22 2092/2 2093/12 2095/23
2102/25 2103/1 2107/15 2113/9
2116/13 2116/16 2121/14 2122/19
2123/2 2124/23 2124/25 2125/22
2126/21
here's [2] 2058/18 2059/9
Hi [1] 2013/10
high [11] 1994/22 1995/19 1996/24
1999/14 2001/11 2002/25 2013/2
2063/20 2091/20 2092/16 2094/1
high-paying [2] 2092/16 2094/1
high-tech [1] 2013/2
higher [8] 2000/3 2010/12 2011/12
2021/23 2056/15 2056/6 2077/3 2107/20
highest [1] 2096/3
highlight [1] 2020/10
highlighted [1] 2121/14
highrise [1] 2060/5
him [11] 2018/8 2021/3 2021/4 2022/2
2022/3 2050/5 2061/11 2085/14 2089/8
2092/25 2124/20
HIMMELHOCH [1] 1983/5
himself [2] 2018/8 2061/13
hip [3] 2071/2 2081/23 2114/23
hire [2] 2002/15 2092/8
hiring [1] 2094/3
his [17] 1997/22 1997/23 2007/22
2050/4 2064/7 2067/5 2068/15 2088/11
2088/13 2088/21 2089/2 2089/3
2093/22 2119/1 2119/5 2119/13 2121/7
hit [20] 2024/19 2051/23 2052/1 2052/2
2052/3 2052/5 2054/3 2054/3 2054/18
2054/19 2069/23 2070/3 2071/2 2076/6
2081/20 2109/4 2113/3 2113/21
2113/22 2113/23
hold [1] 2059/12
HOLDINGS [1] 1982/13
homeowners [1] 2105/16
homes [1] 2105/17
honestly [1] 2100/5
Honor [89] 1987/6 1987/13 1988/4
1988/6 1988/23 1989/15 1989/16
1989/22 1990/2 1990/10 1990/12
1990/14 1990/17 1990/20 1997/9
1997/12 1998/2 1998/14 1998/15
2000/15 2000/20 2001/4 2001/8
2009/25 2010/5 2012/20 2013/7
2015/12 2015/19 2016/6 2016/20
2018/1 2018/21 2018/23 2020/21
2021/4 2022/20 2022/22 2022/24
2023/20 2032/3 2032/8 2032/11
2044/18 2049/22 2050/3 2052/22
2054/12 2055/14 2055/25 2057/16
2058/18 2059/8 2063/14 2066/15
2072/6 2072/15 2077/18 2079/5 2079/9
2079/20 2081/15 2082/7 2082/14
2085/8 2089/1 2090/3 2090/22 2093/3
2094/15 2097/2 2097/11 2109/23
2110/2 2114/16 2116/14 2117/22
2118/8 2120/15 2120/24 2124/4 2124/11
2124/13 2125/5 2125/8 2125/13 2126/1

2126/3 2127/1
2126/3 2127/1
HONORABLE [1] 1982/19
HORIZON [1] 1982/4
horrible [1] 2036/11
hospitality [1] 2039/13
hotel [9] 2028/16 2044/25 2111/2
2111/4 2111/5 2111/14 2112/6 2112/23
2113/7
hotels [18] 2039/14 2045/10 2046/11
2046/11 2048/1 2049/8 2049/12
2049/17 2060/5 2063/22 2111/6 2111/8
2111/9 2111/10 2111/11 2111/18
2113/3 2113/5
Houma [4] 2023/2 2031/5 2066/16
2067/1
hour [2] 2126/21 2127/3
housed [1] 2006/4
houses [1] 2046/10
housing [1] 2028/19
how [56] 1993/9 1994/15 2002/25
2006/8 2007/1 2009/9 2012/1 2029/20
2031/11 2031/17 2031/17 2031/17
2033/8 2036/9 2038/17 2038/19
2040/24 2041/8 2043/8 2043/25 2045/1
2045/4 2045/6 2045/8 2047/10 2054/13
2059/2 2063/22 2064/24 2067/5
2067/11 2068/18 2071/9 2076/24
2080/25 2084/24 2087/21 2087/25
2088/1 2090/1 2090/9 2092/4 2092/5
2092/6 2092/7 2092/8 2093/13 2094/19
2094/20 2094/20 2094/24 2094/25
2095/18 2104/8 2125/9 2126/12
however [2] 2101/22 2109/6
huge [17] 2039/13 2040/22 2042/20
2043/13 2048/21 2055/6 2067/7
2086/11 2086/16 2086/20 2088/4
2090/1 2090/9 2094/5 2099/25 2101/23
2103/15
huh [1] 2014/8
hundred [6] 2007/16 2007/21 2030/17
2030/18 2030/19 2030/21
hundreds [4] 2007/18 2117/12 2117/14
2118/3
hurt [1] 2070/20
hydrocarbons [2] 2097/23 2097/24
hyperlinked [1] 1989/17
Hyundai [1] 2039/20

**I**

I'll [5] 2000/22 2015/18 2016/20 2030/25
2085/16
I'm [85] 1987/17 1994/3 1994/4 1996/10
1996/14 1996/19 2000/7 2010/2
2013/22 2014/5 2014/5 2014/6 2016/17
2016/23 2017/16 2018/20 2019/2
2020/21 2020/22 2021/9 2021/12
2021/16 2022/5 2023/12 2023/14
2024/10 2024/10 2028/20 2028/20
2031/14 2031/15 2032/1 2033/25
2035/2 2035/24 2036/9 2036/9 2036/10
2038/8 2040/1 2040/13 2040/19
2041/24 2042/17 2050/7 2051/4 2051/7
2052/17 2052/24 2056/12 2056/24
2061/1 2062/24 2065/4 2065/5 2065/6
2068/16 2069/1 2071/14 2071/16
2071/25 2072/4 2072/13 2073/18
2074/3 2077/18 2078/15 2079/4
2080/10 2080/19 2080/19 2083/16
2084/3 2084/4 2085/14 2090/11
2093/13 2096/9 2102/8 2106/21
2106/23 2111/15 2111/23 2125/18
2126/17

I've [6] 2019/12 2027/2 2027/12 2028/4
2035/20 2106/1
ice [1] 2115/16
idea [2] 2010/25 2046/25
ideas [1] 2058/8
identified [3] 1987/23 1987/25 2012/16
idiot [1] 2002/15
if [123] 1988/25 1989/17 1991/20
1997/22 1998/9 1999/7 1999/15 2000/2
2002/9 2002/16 2003/18 2003/20
2004/10 2004/15 2005/3 2005/11
2005/17 2006/15 2007/4 2008/4
2009/11 2009/15 2010/19 2010/20
2010/21 2010/24 2011/5 2011/11
2011/15 2011/19 2012/2 2012/13
2016/6 2016/16 2017/11 2018/2
2018/13 2019/13 2021/1 2021/22
2022/7 2028/12 2031/14 2037/6 2040/1
2040/15 2042/11 2042/15 2045/3
2045/11 2051/20 2051/24 2054/12
2054/13 2055/1 2055/4 2055/25 2058/5
2059/3 2061/24 2067/8 2071/9 2071/21
2073/24 2073/24 2075/2 2075/23
2076/5 2076/15 2076/25 2077/8
2077/11 2079/16 2080/4 2080/6
2080/13 2080/23 2081/16 2081/17
2083/8 2084/16 2085/21 2085/22
2086/23 2087/8 2087/13 2087/16
2088/9 2090/19 2092/25 2093/17
2094/16 2095/7 2097/17 2097/20
2103/19 2104/14 2104/21 2104/25
2105/14 2107/6 2107/11 2107/14
2111/15 2111/16 2111/20 2114/21
2115/18 2116/25 2117/3 2117/3 2117/4
2117/16 2118/1 2118/16 2120/11
2123/18 2124/4 2124/6 2126/11
2126/17 2126/18 2126/23
ignore [2] 2082/15 2083/16
illegal [1] 2000/12
Illinois [1] 1984/7
illustrate [6] 2042/25 2075/10 2075/14
2081/3 2091/13 2093/7
illustrated [1] 2040/1
illustrates [2] 2051/1 2073/11
illustrating [3] 2053/11 2093/12 2093/13
image [1] 2032/21
imagine [1] 2004/23
immediately [5] 2025/16 2045/18
2051/19 2106/15 2106/16
impact [44] 1992/6 1992/10 2024/18
2024/23 2026/18 2026/18 2026/19
2026/19 2032/5 2034/25 2035/18
2035/20 2035/23 2035/23 2036/1
2041/8 2041/9 2046/13 2048/22
2048/23 2049/10 2056/20 2057/24
2065/19 2067/25 2068/22 2069/22
2083/24 2084/5 2084/22 2085/24
2086/15 2091/2 2091/6 2093/17
2094/13 2095/8 2098/22 2105/15
2108/3 2108/13 2110/15 2119/25
2124/17
impacted [4] 2063/1 2063/2 2063/4
2113/19
impacts [6] 2035/1 2046/9 2068/11
2083/13 2109/10 2120/15
implication [1] 2001/1
importance [4] 2087/4 2095/11 2103/18
2103/22
important [14] 2030/8 2037/11 2053/25
2067/11 2080/23 2080/25 2087/6
2091/5 2093/25 2095/11 2095/18
2096/6 2098/20 2108/18
importantly [3] 2041/12 2054/19 2058/5

**I**

imposed [2] 2000/3 2021/2
impression [2] 2000/8 2000/24
improper [10] 1997/25 1998/7 1998/13
2000/12 2007/25 2016/9 2017/19
2018/3 2022/4 2089/1
improvement [2] 2052/8 2052/9
in [559]
in tourism [1] 2063/6
in-court [1] 2089/5
inappropriate [2] 1998/1 1998/8
INC [4] 1982/10 1982/14 1982/15
1984/3
incentive [1] 2002/10
incentives [4] 1992/10 1995/1 1995/24
2011/5
Incident [2] 2023/2 2023/3
include [11] 2078/1 2094/4 2110/19
2110/24 2112/9 2112/12 2112/15
2112/17 2114/11 2115/9 2126/15
included [12] 2037/22 2049/1 2049/4
2049/7 2049/7 2104/11 2111/13
2117/12 2117/25 2118/3 2122/2 2122/4
includes [8] 2039/14 2073/3 2086/17
2088/3 2099/22 2113/6 2123/5 2123/5
income [1] 2056/8
inconsistent [2] 2008/7 2068/13
increase [16] 2019/13 2042/20 2042/20
2043/12 2043/12 2043/13 2043/24
2043/25 2044/3 2044/4 2044/6 2044/6
2047/22 2055/25 2056/2 2056/17
increased [5] 2044/1 2058/21 2058/21
2124/1 2124/2
increases [8] 2043/18 2044/8 2048/13
2055/7 2055/12 2057/19 2058/11
2058/15
increasing [2] 1992/6 2012/11
indeed [1] 2027/10
independently [1] 2063/8
indicate [5] 2037/14 2042/22 2091/12
2100/16 2104/3
indicated [4] 2104/15 2104/16 2119/13
2120/7
indicative [1] 2017/7
individual [2] 2036/25 2118/10
individuals [1] 2096/16
industrial [2] 1999/4 2090/7
industries [12] 2024/19 2026/19 2031/7
2031/8 2035/25 2042/9 2042/10 2108/2
2108/7 2108/12 2110/24 2112/9
industry [44] 2024/20 2024/21 2026/23
2028/7 2028/11 2028/22 2030/7
2030/23 2031/12 2032/6 2034/1
2036/24 2039/13 2042/11 2045/1
2045/3 2045/4 2045/6 2045/23 2048/17
2053/25 2062/3 2063/16 2064/22
2068/18 2084/20 2086/10 2093/18
2094/9 2095/9 2095/18 2096/7 2108/17
2108/18 2109/10 2109/15 2110/16
2110/20 2111/16 2111/17 2112/7
2112/13 2112/22 2112/24
influx [3] 2045/22 2047/25 2048/21
information [14] 2002/10 2003/7
2006/13 2037/8 2045/10 2049/24
2049/25 2050/1 2063/7 2112/6 2115/9
2121/8 2122/6 2124/19
Ingalls [1] 2088/4
Inglis [2] 2015/1 2015/5
initial [4] 1997/17 2038/11 2045/15
2114/2
initially [2] 2047/8 2047/19
inject [2] 2092/7 2094/25

injected [2] 2065/24 2092/17
injecting [1] 2065/24
injection [1] 2090/9
inland [3] 2058/20 2058/22 2059/3
inside [1] 2029/8
insignificantly [3] 2077/16 2080/1
2080/12
instance [2] 2104/11 2118/16
insurance [5] 2102/5 2102/9 2102/19
2103/2 2103/4
insures [1] 2103/8
intended [1] 2072/25
interact [1] 1996/8
interest [1] 2046/24
interested [1] 2092/6
interests [1] 2099/18
interfere [1] 2126/19
interject [1] 2000/7
international [1] 1994/14
interpret [1] 2064/24
interrupt [1] 2041/24
interrupting [1] 2084/9
intersection [1] 1995/23
interstate [1] 2055/9
into [46] 1987/10 1988/7 1994/20
1997/22 1998/5 2002/11 2017/17
2022/16 2029/15 2033/9 2034/12
2035/13 2037/6 2037/20 2041/3
2041/25 2042/23 2044/24 2047/25
2050/18 2050/20 2062/5 2063/3
2065/24 2066/23 2067/6 2068/6
2076/23 2079/20 2084/5 2084/22
2085/18 2090/9 2091/9 2091/16 2092/7
2092/17 2094/25 2099/25 2101/24
2103/2 2105/7 2105/16 2106/11
2120/15 2124/9
introduce [1] 1991/9
introduces [1] 1994/19
intuitively [1] 2117/6
investigate [5] 2025/1 2042/11 2044/15
2070/9 2073/1
investigated [3] 2027/5 2043/20 2075/14
investigation [2] 2065/9 2090/24
investing [5] 2019/5 2019/10 2019/19
2021/1 2022/13
investment [4] 1993/3 2011/14 2022/14
2043/20
invited [1] 2066/20
involve [2] 2030/11 2111/21
involved [3] 2031/20 2035/18 2038/11
involvement [1] 2028/23
involves [2] 2030/9 2031/15
involving [3] 1996/15 1997/7 2013/19
IQ [1] 2007/5
is [483]
isn't [7] 2016/14 2092/14 2098/9 2099/1
2100/13 2113/15 2120/20
issue [7] 1997/20 2013/18 2020/25
2064/5 2067/17 2070/15 2074/25
issued [2] 2029/9 2032/14
issues [8] 1992/1 1994/23 2013/18
2028/14 2031/14 2033/13 2061/10
2064/5
it [272]
it's [79] 1991/3 1997/25 2001/2 2003/3
2006/18 2007/8 2008/18 2010/23
2011/15 2013/18 2013/20 2015/5
2018/2 2018/3 2018/9 2029/12 2029/13
2030/8 2030/18 2034/1 2037/20
2038/16 2039/5 2041/11 2041/24
2047/21 2048/9 2050/2 2050/5 2051/10
2054/6 2054/14 2055/13 2056/1 2056/1
2056/22 2058/12 2060/16 2060/19

2065/24 2069/21 2071/19 2074/20
2075/22 2076/4 2076/5 2076/16
2077/25 2079/21 2080/1 2080/12
2080/13 2081/3 2081/18 2087/20
2087/22 2087/25 2095/7 2095/13
2097/5 2098/3 2098/22 2100/19
2100/21 2103/2 2104/7 2104/8 2108/1
2108/17 2109/8 2109/16 2111/8
2111/11 2112/6 2115/17 2120/6 2120/6
2120/9 2126/14
item [1] 2028/13
items [2] 2037/5 2102/8
its [24] 1988/24 2008/5 2008/5 2008/6
2008/6 2009/11 2011/11 2013/19
2019/24 2020/12 2029/15 2042/22
2084/5 2087/21 2090/9 2093/25
2094/13 2094/16 2095/6 2095/6
2096/19 2096/19 2098/10 2121/23
itself [3] 1987/20 2009/8 2109/15

**J**

jack [1] 2012/13
JAKOLA [1] 1984/6
JAMES [5] 1984/22 2014/23 2015/1
2022/25 2023/17
January [1] 1982/8 1987/2
JARRETT [4] 1984/13 2023/19 2023/21
2024/7
job [1] 2093/21
jobs [8] 2092/15 2092/16 2093/14
2093/20 2094/1 2120/15 2120/16
2120/17
Joseph [1] 2118/22
journalists [2] 1995/14 1996/13
journals [1] 1996/3
JUDGE [3] 1982/19 2088/10 2124/14
Judge Barbier [2] 2088/10 2124/14
judge's [1] 2055/17
JUDY [1] 1983/10
July [5] 2051/24 2054/5 2054/7 2054/10
2113/2
jump [1] 2042/2
June [3] 2051/24 2054/5 2113/2
junior [1] 1993/21
jurisdiction [3] 2004/25 2004/25 2005/3
jurisdictions [2] 2004/1 2004/24
just [100] 1988/16 1989/8 1991/3
1991/9 1991/23 1994/10 1996/24
1999/14 1999/22 2000/7 2001/25
2003/17 2005/5 2005/7 2005/11
2005/22 2006/5 2006/18 2006/22
2006/25 2007/13 2007/14 2009/6
2009/21 2014/5 2014/6 2018/19 2023/6
2024/23 2030/20 2031/19 2038/17
2038/19 2038/23 2038/24 2040/7
2040/20 2040/21 2041/22 2042/1
2043/17 2046/24 2046/24 2046/24
2051/6 2052/11 2052/16 2055/3
2055/13 2055/17 2055/20 2056/21
2057/19 2059/9 2059/17 2063/22
2065/14 2065/20 2072/13 2073/12
2075/13 2077/22 2078/16 2080/6
2080/7 2080/17 2080/19 2080/19
2080/21 2085/2 2085/14 2085/18
2085/21 2087/8 2088/5 2089/4 2090/1
2090/8 2090/9 2092/19 2093/17 2094/5
2095/7 2095/24 2097/21 2098/4 2098/6
2098/9 2100/13 2104/8 2111/5 2111/6
2111/8 2111/9 2111/10 2111/17 2112/6
2116/20 2119/4 2126/17
Justice [4] 1983/4 1983/14 1997/5
1997/8

**K**

KARIS [1]  1984/5
Katrina [2]  2105/13 2105/21
KATRINE [1]  1984/6
keep [4]  2039/19 2067/10 2086/1 2104/18
keeping [1]  2060/11
KEITH [3]  1984/13 2023/20 2024/7
kept [2]  2028/1 2028/4
key [11]  2024/18 2027/12 2030/2 2030/5 2030/22 2035/21 2044/18 2046/7 2050/24 2077/14 2109/6
KIMBERLY [1]  1984/10
kind [27]  1995/22 2026/25 2029/1 2031/25 2034/1 2039/25 2046/21 2047/16 2050/17 2052/14 2053/25 2059/7 2065/19 2065/23 2071/9 2073/24 2075/1 2077/7 2077/10 2080/8 2088/24 2094/2 2106/1 2117/3 2121/24 2124/4 2125/12
KING [4]  1983/8 2049/22 2097/11 2121/3
KIRBY [2]  1984/18 2126/13
Kirkland [2]  1984/3 1984/9
know [30]  1989/14 1991/10 1997/21 2007/18 2010/3 2016/3 2016/16 2018/19 2021/2 2052/16 2054/13 2054/23 2055/25 2060/1 2067/5 2070/17 2072/4 2072/13 2077/18 2092/25 2104/8 2104/24 2110/10 2115/12 2115/12 2117/14 2119/11 2120/3 2123/18 2125/6
knowledge [2]  2031/21 2038/10
knowledgeable [1]  2028/8
knows [3]  2003/5 2051/7 2079/6
KRAUS [1]  1983/21
KY [1]  1984/18

**L**

L-O-R-E-N [1]  2024/3
labor [4]  2093/25 2102/1 2104/5 2121/4
laborers [1]  2093/23
Lafayette [2]  2066/16 2067/1
Lafayette-Houma [1]  2067/1
Lake [1]  2086/5
Lake Charles [1]  2086/5
landing [1]  2098/2
landings [6]  2073/17 2080/18 2081/2 2082/5 2111/2 2118/16
LANGAN [2]  1984/4 1987/13
large [17]  1996/17 2006/8 2007/13 2007/14 2035/23 2036/2 2038/19 2047/24 2055/12 2056/17 2063/1 2073/4 2086/3 2088/6 2093/21 2104/9 2104/23
larger [2]  2070/25 2087/2
largest [4]  2006/24 2086/18 2086/19 2086/20
LaSalle [1]  1984/6
last [23]  1994/8 1995/18 1997/7 2007/3 2018/22 2023/18 2027/9 2028/5 2029/18 2033/21 2036/3 2039/16 2041/4 2048/24 2052/12 2058/7 2070/5 2088/9 2093/22 2094/7 2094/8 2100/8 2126/21
later [2]  2106/14 2114/6
LAURA [1]  1983/16
law [11]  1992/24 1992/25 1993/2 1993/2 1993/12 1993/20 1993/23 1994/2 1994/3 1994/11 1995/23
LAWRENCE [1]  1983/16
lazy [1]  2002/16

lead [4]  2012/3 2082/4 2083/10 2083/21
leader [1]  2004/4
learned [1]  2124/20
LEASING [1]  1982/13
least [6]  1999/10 2034/9 2063/15 2098/13 2107/21 2123/22
leaves [1]  2104/18
leaving [1]  1993/25
lecture [2]  1996/11 1996/12
led [3]  2063/5 2073/6 2091/1
leeway [1]  2018/14
left [8]  2002/24 2048/4 2053/18 2055/2 2057/12 2121/3 2123/8 2123/11
left-hand [1]  2055/2
legal [13]  1993/18 2003/12 2004/15 2005/23 2006/11 2007/23 2008/6 2009/6 2106/7 2106/19 2106/22 2106/24 2121/24
legally [2]  2006/2 2106/18
less [6]  2010/20 2010/22 2011/14 2019/14 2077/14 2106/12
lesser [1]  2029/18
let [11]  1991/10 2000/7 2001/13 2012/22 2018/8 2041/23 2066/5 2087/12 2089/14 2096/9 2117/17
let's [22]  1992/20 2000/6 2004/23 2004/25 2018/22 2033/7 2037/6 2042/8 2065/8 2078/2 2097/4 2098/24 2100/6 2101/25 2104/25 2105/8 2107/1 2107/25 2112/9 2113/1 2113/24 2118/20
level [14]  1994/22 1995/19 1996/24 2001/11 2002/25 2019/12 2024/17 2036/24 2036/25 2037/1 2037/2 2037/5 2047/16 2074/24
levels [4]  2053/7 2063/21 2081/24 2120/14
Lewis [2]  1984/13 1984/22
Lexecon [2]  2116/5 2116/7
liability [3]  1997/24 1998/7 2020/14
light [2]  2002/22 2017/17
like [31]  1992/13 2003/3 2007/10 2009/25 2016/17 2024/8 2031/5 2043/20 2047/4 2054/7 2057/3 2058/23 2076/19 2077/7 2077/8 2079/16 2079/23 2080/4 2082/21 2083/2 2091/5 2094/4 2097/15 2100/18 2103/13 2105/15 2115/18 2116/5 2116/12 2126/20 2126/24
likely [3]  2010/22 2021/23 2038/12
limited [3]  1997/24 1998/6 2108/14
line [21]  2007/3 2017/22 2018/14 2018/22 2051/15 2051/17 2075/16 2075/17 2075/22 2075/24 2075/25 2076/5 2077/2 2077/3 2077/3 2077/7 2078/10 2079/14 2117/9 2118/6 2118/13
lines [6]  1997/17 1998/6 2102/16 2102/19 2117/5 2117/5
lingering [4]  2058/13 2058/14 2059/18 2119/14
liquid [1]  2100/10
Liskow [1]  1984/13
list [6]  1987/8 1988/6 1988/13 2031/7 2102/5 2102/7
listed [3]  1987/23 2011/22 2091/21
lists [1]  2006/22
literature [2]  2005/8 2006/7
little [21]  1989/18 1992/13 1994/1 2002/8 2018/13 2026/4 2029/17 2035/22 2041/22 2046/10 2047/21 2053/23 2054/6 2054/9 2054/17 2057/19 2057/22 2077/19 2081/24

2088/24 2126/22
lived [3]  2035/7 2083/24 2083/25
living [1]  2024/9
LLC [2]  1982/12 1982/13
LLOYD'S [1]  1982/16
LNG [1]  2086/4
local [2]  2039/4 2091/3
located [1]  2051/8
long [14]  1993/9 2022/25 2029/20 2030/18 2030/18 2032/19 2060/16 2110/11 2110/14 2110/15 2113/5 2117/4 2117/4 2126/12
longer [2]  2057/3 2057/7
look [93]  1991/23 2004/11 2005/22 2005/25 2006/7 2007/1 2007/15 2024/15 2024/16 2024/17 2024/22 2030/2 2030/5 2030/6 2030/20 2031/4 2031/5 2031/14 2033/9 2034/12 2037/4 2037/12 2038/15 2040/9 2042/15 2042/24 2043/16 2044/12 2046/13 2046/15 2047/9 2048/8 2050/10 2050/18 2050/20 2050/25 2051/20 2051/24 2052/4 2054/6 2054/13 2055/1 2055/4 2055/11 2057/2 2057/21 2058/2 2058/5 2059/10 2061/3 2063/7 2067/8 2068/18 2073/24 2073/24 2080/21 2081/21 2081/22 2083/4 2083/8 2084/5 2084/16 2084/17 2084/24 2085/21 2085/22 2086/23 2087/3 2087/3 2087/4 2087/8 2091/4 2091/9 2093/5 2094/16 2094/17 2094/18 2095/14 2104/14 2107/14 2111/15 2111/16 2111/20 2114/21 2117/5 2118/9 2119/4 2119/19 2123/18 2124/4 2124/5 2124/6
looked [47]  1994/24 2007/5 2017/1 2020/7 2027/8 2035/7 2035/22 2036/1 2037/1 2037/2 2037/3 2037/3 2037/4 2041/5 2041/19 2042/9 2042/10 2042/23 2043/22 2045/14 2046/5 2047/6 2047/7 2047/11 2055/23 2056/25 2060/8 2060/10 2060/13 2061/6 2068/20 2070/10 2073/12 2080/22 2081/1 2084/18 2085/25 2087/5 2087/7 2091/16 2091/18 2100/4 2101/1 2101/3 2119/5 2119/5 2119/7
looking [24]  2006/7 2014/5 2021/17 2027/13 2027/14 2029/6 2031/20 2033/13 2034/3 2042/6 2051/12 2051/13 2052/17 2055/2 2056/21 2077/19 2078/16 2084/20 2085/7 2090/11 2094/13 2095/7 2095/10 2118/9
looks [9]  2005/4 2007/13 2047/4 2054/7 2076/19 2077/5 2077/23 2079/23 2119/20
Loren [6]  2023/21 2023/24 2024/3 2032/4 2035/21 2067/5
Loren C [1]  2035/21
Los [1]  1984/23
losers [1]  2083/3
losing [1]  2111/23
loss [25]  2019/6 2019/11 2019/20 2070/23 2070/25 2071/19 2071/20 2071/23 2072/2 2072/3 2074/9 2081/16 2081/16 2081/17 2081/17 2081/18 2081/18 2082/12 2082/14 2082/22 2114/17 2114/17 2114/17 2114/18 2114/23 2114/25
losses [17]  2069/9 2070/6 2070/9 2071/5 2071/7 2073/1 2073/5 2073/7 2074/7 2074/10 2083/15 2083/16

**L**

losses... [5] 2083/17 2083/18 2083/18
  2084/1 2096/15
lost [1] 2105/17
lot [21] 1995/7 2002/16 2002/21 2022/4
  2026/17 2030/9 2031/21 2035/20
  2041/22 2041/25 2046/9 2075/2
  2077/18 2085/24 2085/25 2086/1
  2102/8 2103/20 2103/21 2105/7
  2117/15
LOTTERMAN [1] 1984/19
LOUISIANA [47] 1982/4 1982/7 1983/20
  1983/23 1984/14 1985/2 2024/10
  2025/25 2026/24 2027/3 2027/4
  2027/10 2027/13 2027/17 2027/20
  2028/10 2028/24 2029/8 2031/4 2032/6
  2039/3 2042/5 2043/14 2046/15 2047/9
  2047/10 2047/11 2048/17 2055/23
  2056/9 2056/14 2057/3 2059/16 2066/2
  2066/11 2067/9 2067/11 2069/20
  2084/19 2088/16 2088/18 2088/21
  2090/5 2108/18 2108/25 2109/9
  2127/12
Louisiana's [1] 2087/16
low [1] 2061/25
lower [4] 2051/22 2056/23 2075/7
  2077/4
LP [1] 1982/11
LSU [9] 2025/16 2025/19 2026/2 2026/3
  2026/3 2026/6 2029/14 2031/1 2041/6
LTD [1] 1982/15
Luton [8] 2061/10 2061/13 2061/21
  2064/5 2064/12 2065/4 2065/6 2067/16
Luton's [1] 2068/13

**M**

ma'am [1] 2102/15
made [13] 2009/18 2010/17 2025/4
  2066/15 2070/22 2080/16 2099/3
  2099/8 2108/6 2109/17 2117/7 2119/8
  2122/15
main [1] 2054/2
mainly [1] 2063/2
major [6] 2006/22 2031/1 2084/15
  2084/16 2091/6 2101/24
majority [1] 2007/6
majority-owned [1] 2007/6
majors [1] 2006/23
make [25] 1998/13 2001/2 2002/12
  2011/1 2030/21 2037/9 2045/15
  2048/16 2049/19 2049/23 2050/10
  2068/23 2078/22 2090/11 2096/20
  2096/25 2102/2 2102/7 2110/11
  2116/20 2117/6 2117/6 2123/11
  2125/16 2126/24
makes [5] 2008/4 2008/10 2080/13
  2091/2 2099/17
making [3] 2023/12 2082/20 2085/2
MALINDA [1] 1983/16
man [1] 2098/2
manage [3] 2004/23 2006/3 2014/14
managed [2] 2014/3 2014/10
management [1] 2005/2
managers [3] 2002/13 2002/20 2014/20
manufacturing [8] 2039/18 2039/23
  2040/14 2086/18 2087/16 2087/20
  2087/23 2088/2
many [14] 1995/6 2006/2 2007/1 2036/9
  2048/3 2050/23 2063/17 2087/1 2092/7
  2093/23 2094/20 2094/25 2116/5
  2125/9
Margaritaville [1] 2060/18

Marine [1] 2123/1
marked [1] 2042/1
market [8] 2060/7 2088/10 2088/12
  2088/13 2088/16 2094/10 2094/14
  2095/3
marketing [1] 2038/1
masking [1] 2058/13
Mason [16] 1990/9 2048/24 2050/5
  2058/7 2061/2 2070/5 2088/9 2089/5
  2089/8 2093/22 2094/8 2095/22
  2097/23 2103/17 2119/13 2126/7
Mason's [2] 2126/7 2126/9
Master's [1] 2025/14
matched [1] 2120/10
materials [4] 1995/16 2008/16 2020/6
  2102/1
math [1] 2089/8
Matt [2] 1989/22 1991/5
matter [26] 1991/15 1992/10 1994/24
  1997/6 1999/11 2022/3 2038/13
  2045/24 2048/22 2049/15 2051/24
  2060/12 2060/17 2063/9 2066/19
  2067/8 2069/11 2078/13 2081/11
  2085/1 2104/15 2114/14 2114/20
  2119/22 2121/21 2127/14
matters [5] 1987/5 1990/18 1992/12
  2016/9 2121/24
MATTHEW [1] 1984/4
may [17] 1997/20 2001/6 2001/7
  2003/24 2003/25 2006/17 2009/14
  2010/11 2012/18 2017/24 2051/22
  2051/22 2105/21 2110/6 2119/14
  2119/14 2125/15
May 2010 [1] 2051/22
maybe [9] 2018/6 2042/15 2058/20
  2058/21 2058/22 2077/19 2078/7
  2079/6 2106/13
MAYBERRY [1] 1983/16
MBA [4] 2026/4 2026/4 2031/16
  2031/16
MBAs [3] 2026/8 2026/8 2031/24
McCutchen [1] 1984/18
MCKINNEY [1] 1983/22
McMoRan [1] 2025/22
MD [1] 1982/5
me [37] 2000/7 2001/13 2010/25
  2012/15 2012/22 2018/13 2024/16
  2024/17 2024/22 2031/25 2033/13
  2034/8 2034/10 2039/10 2041/23
  2059/20 2066/5 2066/20 2073/6
  2080/23 2084/9 2087/12 2088/1
  2089/14 2096/8 2096/9 2103/16
  2106/12 2109/8 2109/8 2109/9 2116/6
  2116/7 2117/7 2117/17 2119/8 2125/4
mean [29] 1989/12 2009/23 2033/10
  2038/14 2040/22 2041/11 2042/2
  2047/18 2051/23 2065/21 2069/22
  2076/18 2079/1 2080/5 2082/13
  2085/19 2094/2 2094/5 2097/20
  2098/19 2105/12 2105/12 2111/1
  2113/20 2114/14 2115/2 2115/17
  2119/1 2119/2
meaningful [1] 2067/20
means [7] 2002/13 2004/12 2010/4
  2030/5 2041/3 2092/16 2113/17
meant [2] 1989/2 2061/1
measure [6] 2045/1 2045/5 2045/12
  2106/3 2111/10 2112/7
measured [1] 2074/9
measuring [4] 2044/16 2045/6 2045/12
  2111/7
mechanical [1] 1985/5
medium [1] 2104/20

medium-size [1] 2104/20
members [4] 1995/13 1995/14 1996/9
  2110/9
men's [1] 2124/9
mention [1] 2118/21
mentioned [12] 1995/3 1995/18 2028/23
  2038/23 2038/24 2058/25 2063/15
  2081/15 2087/23 2094/15 2112/23
  2113/1
Mercedes [1] 2039/19
Mercedes-Benz [1] 2039/19
mergers [2] 1996/1 1997/1
message [1] 2052/4
met [1] 2110/9
metric [3] 2095/7 2095/13 2111/6
metrics [2] 2095/14 2095/16
metropolitan [1] 2030/3
MEXICO [14] 1982/5 2009/3 2014/4
  2014/10 2014/14 2014/24 2015/25
  2019/25 2022/13 2088/12 2095/24
  2096/6 2098/1 2101/5
MICHAEL [1] 1983/11
Michel [2] 2067/1 2067/3
middle [3] 2006/25 2037/19 2040/6
might [10] 2005/1 2005/4 2024/18
  2046/8 2047/19 2058/19 2063/7 2079/3
  2107/21 2110/17
MIKE [1] 1984/9
military [2] 2054/1 2111/25
million [26] 2037/23 2037/25 2038/1
  2038/2 2039/15 2041/3 2042/16 2044/5
  2048/5 2048/6 2048/7 2065/22 2069/21
  2070/2 2070/25 2071/15 2081/16
  2081/19 2082/14 2083/18 2086/25
  2091/19 2092/24 2114/17 2114/24
  2114/25
millions [2] 2038/15 2073/18
mills [2] 2039/22 2087/24
mindful [1] 2012/1
minding [1] 2002/16
mine [2] 2022/14 2068/15
minimize [1] 2068/1
minimizing [1] 2068/7
minor [2] 2043/12 2054/18
minus [1] 2051/21
minute [2] 2058/11 2097/4
minutes [3] 2022/25 2028/17 2097/6
mirror [1] 2112/4
mirrored [1] 2119/7
mirrors [1] 2056/9
misconduct [1] 2020/19
misleading [5] 2054/6 2090/20 2090/20
misrepresent [1] 2072/14
miss [1] 2077/8
misses [2] 2079/16 2079/17
missing [1] 2119/14
Mississippi [15] 2027/21 2028/1 2032/6
  2043/15 2046/16 2050/11 2059/20
  2059/24 2059/25 2060/2 2060/2
  2060/15 2069/20 2087/25 2088/1
Mississippi's [1] 2088/2
mitigate [8] 2071/2 2071/4 2083/11
  2084/1 2096/15 2106/16 2107/19
  2107/24
mitigated [3] 2034/25 2082/11 2106/4
mitigation [10] 2024/17 2034/24 2071/7
  2083/12 2083/20 2105/8 2105/11
  2105/19 2107/3 2107/16
mitigative [3] 2037/10 2065/10 2066/10
mixed [2] 2083/13 2083/14
Mobile [5] 2039/21 2055/5 2055/8
  2055/12 2112/22

model [10]  2034/4 2034/4 2034/9
2059/1 2059/1 2059/19 2062/21
2077/23 2119/17 2120/9
modeling [1]  2033/18
models [2]  2034/5 2034/9
MOEX [1]  1982/12
moment [2]  2028/23 2037/3 2056/25
Monday [9]  2125/2 2125/21 2125/22
2125/23 2126/13 2126/15 2126/23
2126/25 2127/5
money [59]  1993/6 2002/15 2008/7
2035/13 2036/2 2039/5 2039/12
2039/15 2040/23 2041/9 2041/21
2041/22 2041/22 2041/25 2043/11
2043/11 2065/23 2067/6 2067/7 2068/5
2071/21 2071/22 2072/16 2072/21
2080/25 2081/9 2081/22 2082/2
2082/15 2082/16 2082/17 2082/20
2086/2 2088/6 2090/9 2092/2 2092/4
2092/5 2092/7 2092/17 2093/13
2094/24 2098/6 2099/25 2101/23
2103/20 2103/21 2105/7 2106/11
2106/13 2107/18 2107/23 2114/6
2114/10 2114/12 2123/10 2123/13
2123/15 2124/8
monies [1]  2044/14
monitor [2]  2002/20 2002/21
monitoring [1]  2004/9
month [11]  1996/11 1997/7 2045/11
2052/13 2052/14 2052/23 2052/23
2052/24 2053/3 2054/10 2057/2
months [12]  2040/10 2051/19 2053/5
2054/4 2054/5 2055/13 2056/18
2057/24 2057/25 2113/10 2113/18
2113/19
moon [1]  2098/2
moratorium [9]  2109/11 2109/17
2109/20 2109/22 2110/6 2110/7 2110/9
2110/12 2120/19
more [25]  1992/13 2004/12 2009/5
2015/24 2021/3 2034/4 2041/5 2054/18
2054/19 2058/5 2058/21 2072/2 2072/2
2082/2 2082/22 2086/2 2091/20 2098/2
2107/22 2107/22 2108/9 2114/6 2119/8
2120/15 2120/16
Moret [2]  2031/1 2091/24
Morgan [3]  1984/22 2050/22 2055/22
morning [3]  1987/12 2125/21 2127/5
Morrison [2]  2085/9 2085/13
mortgage [1]  2123/11
most [8]  2037/11 2066/14 2070/20
2080/23 2080/25 2108/2 2108/12
2108/18
mother [1]  2013/3
motion [2]  2126/5 2126/9
move [8]  2010/7 2016/20 2047/23
2068/16 2085/16 2089/14 2100/6
2101/25
moved [1]  1994/2
Mr. [16]  1990/5 1998/21 2000/10
2012/25 2013/1 2015/5 2015/8 2015/17
2016/7 2016/10 2017/1 2017/16
2023/19 2085/9 2085/13 2124/18
Mr. Brock [1]  2013/1
Mr. Daines [1]  1998/21
Mr. Den Uyl [1]  1983/9
Mr. Gladstein [5]  2000/10 2015/17
2016/7 2016/10 2017/16
Mr. Hayward [1]  2015/8
Mr. Inglis [1]  2015/5
Mr. Jarrett [1]  2023/19

Mr. Morrison [2]  2085/9 2085/13
Mr. Pfrommer [1]  2015/5
Mr. Regan [2]  2012/25 2017/1
Ms. [2]  2121/3 2126/13
Ms. King [1]  2121/3
Ms. Kirby [1]  2126/13
much [25]  2034/4 2037/2 2039/5 2039/8
2040/24 2043/8 2043/25 2044/7
2054/15 2054/18 2058/24 2067/6
2080/6 2080/25 2087/21 2087/25
2088/1 2092/4 2092/5 2092/6 2092/8
2093/13 2094/19 2094/20 2094/24
mullets [1]  2117/19
multidivisional [1]  2006/1
multinational [4]  2006/6 2006/22
2007/10 2008/1
multiplier [1]  2094/4
my [108]  1991/2 1992/24 2000/25
2013/3 2013/5 2013/11 2014/19
2014/20 2014/25 2015/4 2015/13
2015/23 2016/1 2017/12 2019/22
2021/4 2021/11 2024/3 2024/7 2025/20
2027/12 2027/14 2027/25 2028/6
2028/12 2029/17 2029/19 2031/16
2031/21 2031/24 2033/23 2041/24
2041/24 2042/2 2042/13 2047/8 2049/9
2059/8 2061/22 2062/7 2063/9 2063/25
2063/25 2072/6 2072/23 2075/10
2078/24 2080/25 2082/21 2084/16
2084/18 2084/19 2084/19 2085/24
2091/4 2095/2 2095/17 2095/17
2096/17 2098/19 2098/19 2098/20
2098/23 2099/4 2100/4 2100/5 2100/16
2100/17 2100/24 2100/24 2101/2
2101/10 2101/21 2101/21 2101/24
2103/9 2103/16 2104/2 2104/23
2104/25 2105/2 2105/5 2106/23
2106/23 2107/18 2108/5 2108/9
2108/16 2108/20 2109/18 2110/12
2110/17 2110/21 2111/20 2112/5
2112/21 2113/20 2114/9 2114/20
2116/6 2116/8 2119/8 2119/23 2119/23
2120/6 2120/9 2121/21 2127/13
myself [5]  2015/15 2020/4 2022/17
2040/2 2087/10

N

N.W [1]  1984/10
name [8]  1990/25 1991/2 1994/18
2013/11 2024/1 2024/3 2024/7 2043/22
NANCY [1]  1983/7
napkin [1]  2088/24
narrow [3]  2025/1 2077/12 2077/13
NATHANIEL [1]  1983/9
nation [1]  2096/21
national [5]  2028/14 2030/7 2059/12
2068/25 2122/25
natural [2]  1983/4 2100/10
nature [2]  2080/8 2086/10
necessarily [2]  2005/24 2017/19
necessary [6]  1989/1 2109/18 2109/19
2116/24 2116/25 2117/2
need [5]  2000/18 2010/3 2056/21
2060/21 2124/19
needed [1]  2033/14
needs [2]  2125/24
negative [13]  2011/4 2035/5 2036/21
2048/22 2057/24 2059/19 2059/23
2068/22 2108/3 2108/13 2119/20
2120/6 2120/7
negatively [3]  2063/1 2063/2 2063/4
negatives [1]  2036/9
neglected [1]  1989/3

negligence [1]  2020/18
neighbor [1]  2021/23
neighborhood [1]  2123/19
neither [23]  2072/15 2072/15 2075/4
nephew [1]  2002/15
net [3]  2119/18 2120/18 2123/12
never [5]  2013/15 2017/9 2094/22
2105/10 2120/7
new [5]  1982/7 1983/23 1984/14 1985/2
2094/18
news [1]  2091/22
newspaper [1]  2094/18
next [24]  1993/11 2017/22 2021/3
2021/21 2022/23 2040/2 2040/15
2042/2 2051/19 2054/22 2066/20
2070/12 2074/2 2075/9 2075/21
2077/10 2077/20 2077/22 2078/2
2079/12 2081/1 2081/8 2090/4 2096/3
nice [3]  2045/5 2079/15 2079/16
nine [3]  2022/25 2084/21 2086/6
Nissan [1]  2088/3
no [44]  1982/5 1982/6 1988/3 1988/4
1990/2 1990/6 1990/10 1990/14
2002/23 2015/13 2015/22 2018/15
2019/21 2019/21 2020/1 2022/22
2032/8 2034/8 2049/23 2049/25 2050/1
2052/6 2059/11 2059/14 2059/17
2059/18 2076/14 2079/24 2080/10
2081/21 2087/11 2092/22 2108/3
2108/13 2113/9 2117/7 2119/7 2119/18
2120/8 2120/22 2121/21 2121/25
2126/2 2126/3
NOAA [6]  2069/2 2073/13 2073/19
2079/7 2081/1 2111/2
nobody [4]  2002/16 2012/16 2095/3
2095/5
NOMELLINI [1]  1984/5
nominees [1]  2014/13
noncoastal [1]  2119/16
none [1]  2016/8
nonetheless [1]  2095/14
nonspill [2]  2084/4 2096/19
nonspill-related [2]  2084/4 2096/19
nontrivial [2]  2074/4 2120/7
normal [2]  2080/7 2080/8 2110/16
normalize [1]  2076/23
normally [2]  2005/25 2106/18
North [1]  1984/6
not [175]
note [3]  1988/23 2023/5 2102/1
noted [1]  1989/10
nothing [8]  2003/3 2005/2 2005/9
2086/9 2111/24 2111/25 2118/24
2126/11
notice [14]  2028/12 2028/13 2048/2
2048/9 2056/5 2057/18 2074/3 2074/12
2077/2 2078/9 2078/11 2079/14 2081/6
2081/8
noticed [2]  2066/22 2066/23
notwithstanding [1]  2058/15
November [3]  2066/7 2066/9 2066/23
now [35]  1992/1 2006/22 2007/6
2007/7 2007/8 2007/9 2007/17 2008/12
2013/18 2016/25 2016/25 2027/8
2029/19 2029/24 2032/20 2037/24
2041/17 2059/7 2080/5 2081/5 2087/7
2102/1 2105/8 2106/7 2107/25 2111/4
2113/1 2113/14 2113/24 2114/14
2116/2 2116/6 2116/9 2117/9 2118/20
2119/18 2125/25 2126/5
nuance [1]  2057/22
number [53]  1992/1 2006/22 2007/6
2007/7 2007/8 2007/9 2007/17 2008/12
2013/18 2016/25 2016/25 2027/8

# N

number... [41] 2038/14 2038/17 2038/19 2039/9 2041/2 2041/11 2042/19 2042/19 2044/7 2054/14 2059/20 2059/21 2067/10 2069/21 2083/12 2086/12 2086/13 2086/24 2089/9 2089/9 2090/9 2091/22 2093/21 2093/21 2094/6 2099/22 2103/16 2104/6 2104/8 2104/9 2104/23 2104/24 2105/2 2105/4 2112/19 2113/9 2120/6 2120/6 2120/7 2122/20 2123/15
number one [2] 2112/19 2113/9
numbers [34] 2030/14 2030/21 2030/21 2031/9 2031/9 2043/17 2044/13 2054/14 2061/7 2061/22 2062/8 2064/14 2065/21 2066/24 2070/8 2073/13 2076/10 2076/13 2076/13 2079/7 2079/8 2079/23 2080/14 2085/19 2085/22 2086/11 2087/8 2087/13 2087/14 2090/1 2091/4 2113/13 2116/20 2123/17
NW [1] 1984/19
NYU [5] 1993/12 1993/15 1993/19 1993/24 1993/25

# O

O'ROURKE [1] 1983/6
object [4] 1997/14 1998/8 2020/21 2022/1
objection [20] 1988/4 1990/2 1990/3 1990/6 1990/7 1990/10 1990/11 1990/14 1990/15 1998/13 2010/2 2018/20 2022/6 2032/8 2032/9 2049/23 2050/7 2085/8 2089/1 2109/23
objectionable [1] 1998/13
objections [10] 1988/3 1988/10 1988/17 1988/21 1989/8 1989/11 1989/19 2023/6 2023/11 2023/13
objective [1] 2049/9
objectives [1] 2014/17
obligations [4] 2106/8 2106/19 2106/22 2106/24
observation [1] 2037/9
observations [1] 2045/15
observed [1] 2038/5
obvious [1] 2092/14
obviously [5] 1988/20 2041/13 2065/24 2076/5 2083/1
occupancy [1] 2044/25
occur [1] 2080/3
occurred [20] 2036/23 2046/25 2051/16 2054/19 2055/13 2063/6 2063/21 2071/1 2071/15 2071/23 2072/14 2075/18 2075/20 2082/15 2082/23 2109/21 2110/5 2110/6 2110/8 2110/8
Oceanic [1] 2068/25
October [2] 2029/9 2029/24
odd [1] 2079/1
oddly [3] 2080/1 2080/11 2081/13
off [5] 2100/4 2100/5 2105/2 2121/3 2124/21
offer [11] 1987/10 1988/13 1988/24 1989/6 1989/24 1989/25 1990/4 1998/16 2020/4 2022/16 2125/15
offered [3] 2013/15 2036/4 2094/8
offering [4] 1987/16 1987/17 1988/7 2080/16
offers [3] 1990/8 1990/12 1996/16
office [3] 1983/12 1983/17 2116/9
officer [2] 2122/10 2122/11
official [4] 1985/1 2027/18 2127/10 2127/18

officials [1] 2030/25
OFFSHORE [1] 1982/1
Oh [1] 2029/21
oil [39] 1982/4 1982/4 2006/22 2007/10 2017/2 2019/24 2020/16 2026/23 2028/7 2028/10 2028/22 2030/7 2032/5 2036/4 2036/12 2078/19 2088/12 2088/16 2088/17 2094/9 2095/24 2096/6 2101/13 2101/14 2108/1 2108/4 2108/17 2109/4 2109/5 2109/7 2109/10 2109/11 2109/14 2109/21 2110/15 2110/17 2110/19 2119/25 2122/16 Oklahoma [1] 2025/15
on [223]
once [8] 1996/10 2044/11 2056/4 2057/25 2078/9 2081/6 2089/25 2101/20
one [77] 1992/7 1994/25 1996/10 1999/23 2000/1 2000/2 2003/4 2003/24 2005/11 2005/15 2005/25 2012/1 2012/16 2020/6 2021/3 2022/7 2024/16 2027/18 2028/20 2028/20 2030/15 2031/16 2033/11 2033/24 2035/21 2038/14 2042/9 2042/10 2043/6 2043/9 2046/21 2053/25 2055/17 2056/16 2057/25 2061/9 2067/9 2068/20 2068/20 2070/22 2071/1 2077/3 2077/4 2077/9 2078/6 2078/8 2079/12 2079/12 2080/24 2083/12 2085/22 2086/1 2086/12 2086/15 2089/5 2090/22 2095/14 2097/22 2100/13 2101/1 2102/7 2102/9 2102/19 2102/20 2106/17 2107/20 2109/3 2110/16 2111/20 2111/24 2112/19 2113/9 2115/20 2120/8 2122/1 2125/10 2126/4
one's [1] 2077/9
one-year [1] 2090/22
ones [7] 2017/2 2027/8 2031/24 2068/21 2074/20 2079/15 2101/3
only [28] 1994/13 2004/10 2009/7 2009/14 2014/2 2014/9 2027/20 2031/9 2047/21 2048/2 2048/3 2054/4 2057/24 2080/21 2086/25 2088/20 2088/21 2093/18 2098/4 2100/17 2100/19 2100/21 2101/1 2112/23 2113/10 2115/4 2116/12 2119/4 2126/7
open [1] 2003/24
operate [2] 2001/1 2092/6
operates [1] 2004/24
operating [6] 2000/23 2006/1 2006/3 2087/1 2087/9 2087/14
operation [1] 2086/16
operational [15] 2086/22 2087/21 2090/25 2098/25 2101/25 2102/3 2102/5 2102/8 2102/13 2102/20 2103/3 2103/5 2103/10 2103/24 2104/12
operations [6] 2014/3 2014/10 2014/14 2015/25 2086/13 2094/8
OPEX [2] 2094/20 2096/19
opinion [36] 2000/6 2000/9 2010/9 2019/2 2035/17 2035/18 2037/7 2041/8 2041/25 2042/4 2042/6 2056/10 2059/23 2063/5 2063/25 2065/18 2082/10 2082/21 2084/13 2084/15 2084/16 2088/11 2093/24 2094/8

2094/12 2096/5 2096/9 2096/14 2098/25 2106/9 2106/13 2108/1 2108/12 2108/14 2108/17 2109/18
opinion's [1] 2068/13
opinions [21] 1995/6 1995/7 1998/22 1998/24 1998/25 1999/3 1999/18 2013/17 2032/14 2032/16 2032/25 2034/11 2034/18 2035/15 2036/4 2038/11 2062/10 2062/18 2063/8 2080/7 2113/24
Opportunity [2] 2037/24 2070/20
opposite [3] 2048/20 2055/6 2055/14
or [111] 1987/22 1991/17 1991/23 1992/8 1993/7 1993/10 1993/13 1993/21 1993/24 1994/8 1994/25 1995/1 1995/9 1996/2 1996/3 1996/6 1996/11 1996/12 1996/18 1997/4 1997/25 1998/1 1998/7 1998/7 1998/7 1998/10 1998/13 2000/3 2000/4 2000/7 2001/6 2002/7 2002/9 2002/10 2002/12 2002/14 2003/1 2003/7 2004/16 2004/20 2004/20 2004/22 2005/3 2005/5 2005/5 2005/19 2005/25 2006/3 2006/7/18 2010/21 2010/24 2010/24 2011/24 2012/11 2014/13 2014/18 2016/9 2016/16 2017/19 2018/17 2020/18 2026/5 2028/6 2029/18 2031/8 2032/15 2032/21 2033/17 2034/7 2036/24 2039/10 2041/16 2042/19 2043/12 2052/8 2052/21 2053/6 2059/16 2062/10 2068/13 2069/9 2070/6 2075/8 2076/9 2077/16 2079/17 2079/23 2082/10 2087/19 2089/22 2090/12 2091/2 2092/25 2094/4 2094/18 2097/5 2100/16 2104/13 2106/13 2115/9 2116/23 2118/25 2119/14 2121/23 2122/7 2125/25 2126/22 2127/3
Orange [1] 2050/21 2051/8 2053/24 2055/21 2056/25 2111/22 2113/6
order [5] 2037/9 2068/7 2077/24 2089/15 2125/6
ordinary [2] 2012/9 2014/19
organizational [1] 2006/3
organizations [4] 1994/14 1995/2 1995/24 2017/11
organize [3] 2003/23 2005/5 2007/10
organized [1] 2006/8
orient [2] 2003/17 2051/6
origins [1] 2049/25
Orleans [5] 1982/7 1983/23 1984/14 1985/2 2039/8
Orleans Parish [1] 2039/8
other [51] 1990/18 1996/19 1997/21 1998/9 2003/12 2011/13 2014/13 2016/13 2020/17 2030/15 2034/3 2034/6 2034/8 2035/25 2036/17 2036/19 2053/25 2056/17 2057/4 2058/13 2063/7 2070/17 2071/6 2074/19 2074/20 2079/15 2081/13 2082/21 2083/2 2084/18 2084/21 2084/25 2087/5 2087/7 2091/25 2092/10 2099/3 2099/8 2099/18 2099/23 2101/13 2117/2 2119/2 2115/10 2117/17 2117/18 2123/5
others [4] 2034/7 2054/8 2070/18 2082/2
our [15] 1995/4 2023/11 2023/18 2030/3 2038/15 2039/4 2039/6 2067/6 2087/19 2094/25 2107/23 2124/16 2124/17 2125/19 2126/14
out [60] 2006/20 2008/25 2025/20

out... [57] 2026/20 2027/16 2027/18
2028/3 2029/4 2029/20 2029/23
2029/23 2029/24 2030/10 2030/13
2031/3 2039/7 2049/4 2049/5 2050/5
2053/23 2055/1 2059/3 2062/13
2063/19 2066/15 2066/19 2067/19
2070/11 2072/5 2072/11 2072/18
2076/5 2076/12 2077/11 2078/10
2078/23 2079/7 2079/20 2082/17
2089/7 2089/21 2091/11 2091/12
2091/19 2095/2 2103/13 2104/21
2105/1 2106/15 2107/7 2107/9 2107/15
2107/18 2109/18 2115/14 2115/15
2115/16 2118/23 2123/17 2123/19
outline [2] 2034/22 2084/15
outlines [2] 2001/12 2001/19
Outlook [9] 2027/17 2028/24 2029/9
2031/4 2066/2 2066/11 2067/9 2084/19
2109/10
outside [4] 2050/2 2089/2 2104/13
2105/1
over [38] 2007/15 2027/9 2027/23
2028/5 2030/17 2035/23 2040/4 2040/5
2041/4 2048/6 2048/13 2053/3 2054/14
2057/2 2057/7 2058/11 2058/15
2069/20 2073/25 2076/18 2081/13
2085/23 2085/24 2086/4 2086/6 2086/7
2089/23 2090/12 2090/18 2090/21
2090/21 2093/15 2095/25 2097/17
2097/20 2098/10 2100/8 2123/8
overall [2] 2103/3 2107/15
overrule [1] 2050/7
Overruled [1] 2109/25
overseas [2] 2104/13 2104/22
oversee [1] 2014/17
overtime [1] 2091/19
overview [1] 2034/18
own [8] 2002/9 2008/5 2008/5 2008/6
2008/6 2016/14 2019/22 2068/14
owned [11] 1999/25 2001/14 2001/20
2002/2 2003/1 2003/4 2007/6 2008/20
2012/8 2017/7 2017/14
owner [2] 2123/12 2123/15
owners [1] 2002/10
oyster [6] 2078/6 2080/10 2080/11
2080/17 2115/10 2116/23
oysters [6] 2074/15 2079/13 2081/12
2081/25 2081/25 2117/18

**P**

page [6] 1986/2 2029/7 2029/8 2029/8
2032/21 2094/17
pages [3] 1999/11 2030/17 2030/19
paid [14] 2039/12 2068/1 2068/6 2072/5
2072/11 2072/18 2082/17 2089/23
2090/5 2090/6 2093/14 2106/19
2106/22 2106/25
Panhandle [21] 2028/2 2032/7 2046/16
2050/12 2053/9 2053/20 2053/20
2053/23 2053/24 2054/3 2054/7
2054/10 2057/1 2057/8 2057/7
2059/16 2059/17 2113/8 2113/10
2113/15 2119/21
paper [3] 2013/1 2118/22 2118/24
papers [1] 1987/18
paragraph [2] 2021/18 2121/14
parent [20] 1992/7 1992/8 2000/3
2000/4 2001/21 2003/20 2003/22
2010/12 2010/17 2010/21 2011/1
2011/6 2011/11 2011/15 2013/16
2013/19 2017/6 2017/8 2017/14
2017/15
parent-subsidiary [1] 2017/8
parental [2] 2019/4 2019/18
parents [3] 2001/16 2011/12 2011/15
parish [5] 2039/8 2049/1 2049/11
2049/16 2067/2
parishes [9] 2027/15 2031/2 2047/10
2049/3 2049/4 2049/6 2049/6 2059/14
2120/16
part [24] 1988/19 1989/9 1996/14
1996/19 2020/7 2023/7 2027/12
2027/25 2028/6 2030/2 2038/8 2043/7
2061/8 2061/8 2063/1 2070/1 2101/21
2101/21 2102/20 2105/3 2107/20
2112/20 2113/11 2117/3
participant [1] 2096/7
participate [3] 2070/23 2071/3 2071/7
particular [24] 1993/19 1997/17 2004/2
2004/3 2004/11 2004/20 2007/13
2018/16 2021/2 2021/18 2028/7 2040/1
2048/20 2048/20 2048/25 2054/4
2060/13 2067/19 2092/15 2096/15
2101/20 2101/21 2106/14 2118/13
particularly [2] 2004/20 2113/22
parties [3] 1988/10 1988/12 2011/23
parts [4] 2020/4 2026/16 2037/5
2115/18
past [2] 2089/14 2104/8
PATRICK [1] 1983/6
pay [7] 2009/9 2019/4 2019/9 2019/18
2073/4 2092/8 2092/13 2106/24
2123/10
paying [7] 2009/11 2041/16 2092/11
2092/12 2092/16 2094/1 2103/10
payment [5] 2100/2 2104/25 2107/21
2115/15 2123/11
payments [26] 2037/25 2065/9 2065/15
2065/19 2066/10 2067/7 2068/1
2068/17 2071/16 2082/11 2083/23
2089/16 2089/22 2091/1 2091/19
2096/11 2096/24 2099/2 2099/18
2099/22 2103/4 2104/14 2107/6
2107/10 2107/14 2107/17
payroll [1] 2008/14
pays [5] 2009/3 2009/8 2016/2 2087/25
2088/1
peak [1] 2113/14
peer [1] 2043/23
peer-reviewed [1] 2043/23
pen [1] 2012/25
penalize [4] 2010/19 2010/22 2010/25
2011/11
penalizing [4] 2012/10 2019/3 2019/8
2019/18
penalties [4] 2000/2 2010/12 2012/2
2020/14
penalty [10] 1988/8 1992/6 2010/16
2011/5 2012/11 2012/14 2020/16
2021/1 2021/23 2022/12
PENCAK [1] 1983/10
pencil [2] 2013/1 2013/1
peon [1] 1993/21
people [56] 1995/6 1995/7 1995/8
1995/17 1996/5 1996/8 2004/12
2004/22 2009/7 2009/11 2010/22
2012/7 2016/4 2030/22 2034/1 2034/8
2034/9 2035/13 2039/2 2039/7 2039/12
2039/15 2039/22 2039/24 2041/14
2041/16 2045/3 2045/21 2045/22
2046/5 2046/10 2047/19 2060/1 2060/3
2060/5 2063/16 2068/21 2070/20
2090/7 2091/8 2092/8 2092/9 2093/13
2093/18 2093/20 2093/23 2094/3
2094/21 2094/23 2101/2 2101/16
2112/7 2112/22 2112/22 2116/6 2116/8
2123/14
people's [4] 1995/23 2041/21 2106/11
2123/14
per [3] 2020/15 2020/16 2044/23
percent [36] 2019/24 2029/19 2042/19
2043/12 2043/14 2043/15 2043/15
2043/16 2044/3 2044/4 2044/6 2044/7
2051/21 2051/22 2052/3 2052/8 2052/8
2052/9 2052/9 2052/10 2052/18
2054/11 2057/7 2058/1 2088/12
2088/17 2088/21 2089/9 2096/2 2096/4
2096/6 2103/5 2104/4 2104/6 2113/3
2123/20
percentage [4] 2104/4 2104/17 2105/1
2123/17
perform [2] 2033/17 2116/2
performance [3] 2002/22 2014/17
2014/24
performed [1] 1993/8
period [35] 2040/4 2040/5 2040/6
2040/20 2040/22 2041/4 2047/1
2047/13 2048/6 2048/12 2056/18
2057/7 2058/4 2059/10 2060/17
2063/19 2069/23 2070/4 2071/1
2071/24 2074/1 2074/1 2081/7 2085/24
2089/23 2090/12 2090/21 2090/22
2093/15 2106/15 2113/7 2113/21
2119/3 2119/11 2123/3
periods [1] 2124/8
Permitorium [4] 2109/12 2109/17
2109/20 2110/14
persist [1] 2000/21
person [4] 2028/17 2030/23 2033/11
2079/4 2091/20 2092/12
persons [2] 2028/20 2028/21
perspective [14] 2001/6 2003/2 2008/19
2009/13 2009/21 2009/22 2009/22
2010/15 2012/2 2082/9 2085/18
2089/17 2089/24 2095/15
PETROLEUM [2] 1982/12 1984/17
Ph.D [1] 2025/14
phase [1] 1988/8
phone [1] 2030/22
phrase [2] 2011/17 2109/6
phrased [1] 2013/20
picture [2] 2031/6 2055/6
piece [1] 2002/8
pierce [3] 1998/3 2009/19 2009/23
place [7] 2037/13 2038/7 2050/17
2069/24 2074/5 2074/6 2081/20
placeholder [1] 2065/14
places [7] 1994/7 1995/20 2033/23
2035/3 2063/23 2097/22 2111/12
plan [1] 2125/11
plans [2] 2014/17 2022/14
plant [6] 2039/20 2039/20 2086/8
2088/3 2088/4 2092/12
plants [6] 2039/23 2086/17 2087/16
2087/24 2087/24 2088/2
Plaquemines [1] 2049/16
play [1] 2023/1
played [1] 2023/17
PLC [3] 2001/16 2015/8 2020/12
PLC's [1] 2020/2
please [39] 1987/3 1991/1 1991/9
2003/18 2013/24 2014/21 2020/9
2020/10 2023/22 2024/2 2032/18
2034/16 2034/22 2037/15 2040/15
2044/20 2055/15 2062/16 2067/22
2069/14 2070/12 2071/10 2071/12
2075/11 2081/4 2084/4 2085/7 2087/12

# P

please... [11] 2097/9 2099/12 2099/13 2102/10 2102/22 2107/12 2108/21 2113/25 2115/21 2120/25 2122/12
plus [6] 2062/20 2071/22 2107/7 2107/14 2107/15 2117/3
plus 3.7 [1] 2107/7
pocket [7] 2081/1 2081/23 2082/3 2114/6 2114/10 2114/13 2114/23
pockets [4] 2035/13 2071/2 2123/14 2124/9
point [37] 1995/25 2016/11 2019/21 2022/15 2023/12 2032/3 2038/18 2042/15 2046/7 2049/19 2050/5 2054/2 2054/24 2058/18 2064/7 2067/9 2077/14 2080/16 2083/7 2086/12 2087/8 2088/6 2090/8 2090/13 2091/13 2098/19 2101/20 2101/21 2101/24 2103/13 2103/16 2104/19 2104/23 2107/18 2111/19 2111/20 2125/17
pointed [2] 2095/2 2118/8
points [1] 1999/14
policies [1] 2026/20
policy [1] 2027/6
pollution [1] 2023/3
pools [1] 2004/19
pop [3] 2040/13 2040/15 2075/23
population [1] 2039/8
populations [1] 2080/17
portion [9] 2098/10 2100/2 2103/1 2103/10 2103/25 2104/11 2113/18 2126/6 2126/9
portions [1] 1987/21
position [4] 1993/19 2110/13 2110/17 2112/5
positive [9] 2035/4 2048/23 2064/18 2064/18 2065/25 2091/2 2096/11 2096/20 2096/25
possibility [2] 2050/18 2072/25
possible [4] 2041/15 2041/21 2058/12 2073/5
post [12] 1983/12 1983/17 2034/23 2038/5 2038/6 2038/7 2058/4 2074/24 2082/2 2119/3 2119/10 2119/16
post-spill [8] 2034/23 2038/5 2038/6 2038/7 2074/24 2082/2 2119/3 2119/16
postgrads [1] 1993/2
potential [1] 2073/5
pounds [3] 2073/17 2073/18 2074/9
Poydras [2] 1984/14 1985/1
practice [1] 2017/10
practices [7] 1992/2 1992/3 1992/3 1992/9 2000/5 2002/4 2011/18
pre [8] 2060/17 2074/17 2074/17 2074/18 2075/4 2075/21 2081/24 2123/2
pre-spill [8] 2060/17 2074/1 2074/17 2074/18 2075/4 2075/21 2081/24 2123/2
precise [1] 2108/9
precisely [2] 2048/19 2121/17
prefer [1] 2124/22
Preliminarily [1] 1989/24
preliminary [2] 1987/5 1990/18
premise [1] 2000/9
premiums [2] 2102/20 2103/2
preparation [1] 2121/8
prepare [4] 1998/21 2034/14 2051/1 2053/11
prepared [15] 1991/17 1998/23 1999/18 2001/12 2001/19 2029/1 2038/20 2044/17 2046/18 2046/21 2046/23 2064/7 2069/11 2108/24 2125/2

presence [1] 2024/23
present [3] 1909/13 2003/12
presentation [1] 2124/16
presentations [1] 2066/16
presented [4] 1997/18 2006/20 2061/2 2088/10
preserved [1] 2023/13
preserving [1] 2023/10
president [1] 2067/2
presidents [1] 2031/2
pretty [8] 2077/9 2077/9 2077/12 2077/13 2092/14 2098/7 2104/16 2109/8
previous [2] 2051/23 2052/25
previously [1] 2105/10
price [1] 2019/14
prices [2] 2082/5 2082/6
primarily [2] 1996/3 2026/9
prior [4] 2052/21 2053/6 2066/9 2081/7
priorities [1] 2004/7
Pritzker [1] 1994/3
private [4] 1996/6 1996/17 2027/1 2027/2
probably [11] 1996/10 1996/10 1996/17 2018/3 2021/12 2026/5 2029/12 2080/13 2126/20 2126/21 2126/21
problem [4] 2003/4 2097/21 2117/1 2127/2
problems [3] 2012/15 2032/1 2038/15
procedures [1] 2004/18
proceed [1] 1998/12
proceeding [1] 1998/22
proceedings [4] 1982/18 1985/5 2127/7 2127/14
process [3] 1988/19 1989/9 1989/10
processes [1] 2105/23
produce [1] 2012/18
product [1] 2030/6
production [7] 1982/10 1982/11 1984/3 2015/2 2019/24 2095/25 2096/6
professional [4] 1992/15 2025/10 2025/24 2031/11
professor [39] 1990/21 1991/6 1991/9 1991/22 1992/1 1993/20 1993/21 1993/22 1993/22 1994/3 1994/4 1996/22 1997/10 1998/16 1999/5 1999/10 1999/17 2001/5 2001/11 2003/10 2003/20 2006/18 2007/22 2009/16 2010/15 2012/19 2013/8 2014/23 2018/9 2025/16 2025/20 2025/21 2029/6 2031/11 2032/12 2032/25 2038/23 2046/3 2121/20
Professor Daines [1] 2018/9
professorships [1] 2025/18
profit [3] 2114/12 2123/7 2124/7
profits [7] 2114/21 2115/2 2115/9 2115/13 2122/16 2123/13 2124/2
program [12] 2037/24 2037/24 2070/23 2070/24 2071/3 2071/18 2072/8 2083/22 2106/10 2106/10 2106/13 2122/4
programs [1] 2026/5
progression [1] 2116/10
project [5] 2100/13 2100/19 2100/21 2101/8 2101/16
projects [2] 2033/12 2101/5
promote [3] 2062/24 2064/12 2064/20
proper [3] 1997/25 1998/7 2017/24
property [2] 2090/5 2090/6
proposition [2] 2011/2 2019/13
propriety [2] 2015/14 2017/22
proud [1] 2069/1
provide [11] 1995/10 1995/13 1995/15

1995/16 1996/4 2002/11 2004/12 2035/18 2045/10 2063/1
provided [5] 2017/5 2017/10 2019/7 2019/12 2021/24
provides [1] 2010/21
provision [3] 2020/13 2020/17 2021/16
proxy [1] 2111/11
public [9] 1995/14 1996/6 1996/16 1996/20 2002/2 2002/7 2002/14 2026/22 2027/6
publication [5] 2027/16 2028/24 2029/16 2066/1 2066/10
publicly [4] 2006/24 2060/14 2069/2 2069/3
publish [4] 1995/20 1996/1 1996/3 2049/8
published [2] 2029/13 2043/23
publishes [1] 2029/11
publishing [1] 2066/3
pubs [1] 2039/14
pull [25] 1991/20 1999/7 1999/15 2001/23 2005/11 2005/17 2006/15 2008/22 2011/19 2040/16 2046/1 2057/5 2059/6 2061/18 2071/9 2087/12 2091/14 2099/12 2102/10 2102/22 2107/1 2108/21 2113/25 2117/16 2120/11
pulled [1] 2103/1
pumped [3] 2041/3 2067/6 2101/24
purely [1] 2032/20
purpose [1] 2073/4
purposes [2] 2077/23 2092/19
pursuant [3] 2106/7 2106/19 2106/22
put [22] 1992/14 1995/24 1996/19 2007/12 2025/9 2027/16 2039/25 2056/22 2063/9 2066/15 2075/22 2085/6 2085/18 2088/25 2089/24 2098/21 2120/6 2121/7 2125/2 2125/12 2125/25 2126/4
putting [3] 2000/21 2018/18 2029/20

# Q

QBE [1] 1982/15
qualifications [1] 2025/4
qualified [1] 2024/25
quality [1] 2117/7
quarterly [1] 2028/15
question [27] 2006/10 2017/9 2020/23 2021/3 2021/4 2021/4 2021/5 2021/14 2021/19 2021/21 2022/1 2022/7 2036/11 2042/2 2042/23 2042/24 2055/17 2073/6 2075/1 2075/4 2076/7 2079/24 2084/6 2095/15 2099/6 2110/1 2110/5
questioning [4] 1997/17 1998/5 2018/14 2018/23
questions [17] 1998/12 2003/11 2003/17 2004/18 2008/12 2013/22 2016/8 2016/23 2017/23 2018/5 2019/2 2023/6 2024/25 2027/6 2034/11 2120/22 2121/22
quick [4] 2036/20 2036/20 2054/20 2083/21
quickly [12] 2000/20 2000/22 2001/8 2001/25 2003/17 2018/16 2041/21 2052/11 2063/4 2085/16 2095/22 2120/24
quite [3] 2068/21 2076/25 2093/21
Quivik [8] 1990/13 1992/1 1999/5 2003/10 2006/18 2007/22 2013/23 2014/2
quote [4] 2000/24 2108/2 2109/3 2114/5
quotes [2] 2063/15 2067/19

Case 2:10-md-02179-CJB-DPC Document 14211-5 Filed 05/05/15 Page 167 of 175

R-O-B-E-R-T [1] 1991/3
RACHEL [4] 1983/8 1983/8 2049/22 2097/11
raise [1] 1989/3
raised [2] 1991/25 2020/25
range [2] 2020/15 2087/3
rate [3] 2020/16 2091/21 2094/21
rates [1] 2044/25
rather [2] 2092/11 2125/16
Ratner [1] 1990/5
RE [1] 1982/4
reach [8] 2002/11 2006/20 2033/14 2034/11 2038/11 2062/10 2073/8 2082/10
reached [9] 1987/14 1998/22 1999/18 2033/5 2034/19 2035/15 2042/4 2062/18 2063/8
read [2] 2022/2 2022/2
reading [5] 1989/17 2014/5 2014/6
reaffirmed [1] 2009/19
real [3] 2078/9 2078/9 2112/10
reality [1] 2114/23
really [19] 1997/21 2026/15 2031/21 2052/2 2058/22 2060/16 2060/16 2063/20 2079/1 2079/19 2084/1 2086/11 2086/11 2086/13 2091/5 2091/22 2104/22 2105/6 2108/16
reason [9] 2011/1 2019/23 2039/25 2046/9 2047/24 2080/2 2117/7 2119/9 2119/11
reasons [4] 2003/24 2004/14 2004/21 2022/4
rebounded [1] 2068/19
rebounding [1] 2064/21
rebuttal [6] 1988/25 1999/3 2125/12 2125/15 2125/16 2125/19
recall [12] 2014/23 2015/1 2057/24 2081/15 2090/15 2099/11 2099/11 2100/4 2100/5 2104/16 2105/2 2105/3
receive [1] 2093/19
received [1] 2025/22
recently [1] 2060/17
recess [6] 2097/5 2097/8 2125/20 2125/25 2126/11 2127/4
recession [1] 2061/25
recognize [1] 2102/12
recognized [1] 2020/13
recollection [2] 2099/21 2118/2
record [10] 1991/1 2024/2 2032/20 2056/22 2062/2 2063/21 2124/21 2125/25 2126/5 2127/14
recorded [1] 1985/5
recovered [2] 2062/1 2063/4
recovery [22] 2035/10 2035/14 2036/21 2036/22 2052/7 2052/11 2054/20 2054/20 2054/21 2057/20 2058/4 2058/6 2058/6 2062/25 2063/5 2063/17 2063/18 2064/17 2064/22 2074/13 2083/21 2083/23
red [2] 2075/16 2077/2
redirect [3] 2022/21 2120/23 2121/1
reduce [1] 2068/10
reduced [1] 2012/25
reference [6] 2038/18 2087/8 2088/6 2089/15 2090/8 2094/22
referred [1] 2101/16
referring [3] 2046/3 2067/10 2115/4
refinery [3] 2086/19 2086/19 2111/25
reflected [1] 2005/8
reflecting [1] 2120/18
reflects [1] 2117/24

refresh [2] 2099/21 2118/2
refreshed [1] 2118/5
2012/25 2017/1
regard [5] 2072/1 2123/22
regarding [5] 2013/23 2019/17 2105/8 2107/25 2112/15
region [14] 2024/23 2035/19 2048/20 2064/21 2068/2 2068/8 2087/6 2096/12 2101/18 2104/1 2104/5 2104/7 2104/13 2119/19
regional [4] 2091/3 2092/18 2103/23 2103/23
regions [1] 2120/14
registered [1] 1988/17
registering [1] 1989/11
regulations [1] 2003/24
regulators [1] 1995/14
reimburse [1] 2008/20
relate [1] 2016/24
related [7] 1996/2 2005/1 2016/23 2017/2 2084/4 2096/10 2096/19
Relates [1] 1982/6
relationship [7] 1997/19 2013/16 2013/19 2017/6 2017/8 2017/13 2017/15
relative [1] 2016/9
relatively [2] 2057/23 2104/17
relayed [1] 2005/7
released [1] 2020/16
relevant [3] 1992/15 2018/3 2038/7
relied [1] 2050/4
rely [2] 2003/7 2125/17
remaining [1] 2092/10
remember [19] 2017/2 2018/18 2021/17 2021/17 2048/5 2049/9 2055/3 2057/16 2061/11 2061/12 2070/5 2072/24 2088/13 2088/18 2088/19 2088/22 2088/23 2121/5 2121/6
remind [1] 2040/13
reminder [1] 2065/14
rendered [1] 2056/10
rental [7] 2063/23 2099/17 2111/12 2112/17 2112/18 2112/19 2112/24
rentals [1] 2089/22
rented [1] 2048/1
repeatedly [2] 1998/3 2016/12
repeating [1] 2104/18
report [67] 2005/12 2005/15 2006/21 2007/22 2008/22 2008/25 2011/4 2011/8 2016/24 2017/10 2019/3 2020/2 2020/13 2021/25 2047/8 2049/14 2049/18 2049/25 2050/4 2055/18 2059/8 2063/9 2068/5 2085/6 2089/2 2089/3 2089/21 2093/11 2095/2 2095/17 2098/23 2099/2 2099/2 2099/4 2099/15 2099/22 2100/16 2100/24 2102/1 2103/6 2103/6 2104/3 2106/4 2107/18 2108/5 2108/10 2108/24 2109/3 2110/21 2112/21 2113/20 2114/2 2114/20 2115/11 2115/24 2118/25 2119/13 2119/24 2120/6 2121/9 2122/17 2122/21 2126/6 2126/7 2126/8 2126/8 2126/10
reported [6] 2015/1 2015/5 2015/8 2050/4 2080/18 2119/23
reporter [4] 1985/1 2093/1 2127/11 2127/18
reporting [1] 2107/2
reports [18] 1997/22 1997/23 1998/21 1998/24 1999/2 1999/4 1999/11 1999/14 1999/17 2006/13 2007/5 2032/15 2032/22 2033/23 2046/19 2098/20 2105/14 2110/20

representative [1] 2064/4
represent [2] 1989/22 1990/6
representing [1] 2006/19
represents [2] 2002/20 2090/4
request [1] 1997/16
require [1] 2029/25
required [5] 2003/25 2106/9 2106/10 2106/18 2121/23
requires [1] 2030/4
research [11] 1995/12 1995/18 1995/20 1995/21 1995/22 1996/13 2027/6 2036/13 2036/17 2036/24 2045/10
researcher [1] 2031/12
reserve [1] 1988/24
reside [1] 1989/14
residential [1] 2090/6
resources [3] 1983/4 2010/24 2097/19
respect [3] 2006/10 2060/21 2121/23
respond [1] 2050/3
responding [2] 2089/3 2089/4
response [33] 1992/7 2000/4 2010/13 2010/18 2023/2 2023/4 2045/18 2045/21 2046/13 2048/4 2048/21 2054/25 2054/25 2055/7 2056/2 2056/4 2056/17 2063/2 2063/22 2067/5 2067/18 2078/24 2096/10 2106/19 2106/22 2107/6 2107/9 2107/14 2107/16 2107/19 2120/1 2120/19 2121/24
responses [2] 2046/25 2063/20
responsibilities [1] 2122/7
responsible [3] 2041/20 2096/5 2106/12
restate [2] 2092/20 2099/6
restaurants [5] 2039/14 2046/12 2048/1 2111/11 2112/24
result [8] 2002/13 2034/19 2046/12 2048/17 2062/19 2066/17 2066/17 2081/2
resulted [1] 2124/2
results [8] 2008/7 2008/9 2046/18 2048/8 2050/14 2050/17 2119/6 2119/8
resume [1] 1990/19
retail [1] 2095/3
retained [5] 1991/15 1997/4 2024/11 2066/5 2066/7
retired [1] 2026/3
retiring [1] 2026/12
return [2] 2056/24 2118/11
returning [1] 2053/6
revenue [9] 2044/23 2057/1 2057/2 2060/13 2060/14 2111/14 2114/17 2122/16 2123/4
revenues [21] 2069/19 2069/24 2070/1 2070/3 2070/4 2071/16 2082/18 2083/24 2113/3 2113/7 2113/18 2114/11 2114/21 2115/1 2115/2 2115/14 2122/15 2123/18 2123/22 2123/23 2124/1
review [5] 1997/22 2003/14 2084/23 2122/15 2126/5
reviewed [7] 2008/16 2020/2 2033/3 2037/8 2043/23 2061/9 2121/8
reviewing [1] 2126/7
RevPAR [36] 2044/19 2044/22 2046/13 2046/15 2047/12 2047/20 2047/22 2047/22 2048/12 2050/6 2051/12 2051/13 2051/21 2051/22 2051/25 2052/2 2055/12 2056/7 2056/12 2056/15 2057/14 2057/17 2058/3 2059/15 2062/13 2107/20 2111/6 2111/6 2111/10 2111/13 2111/15 2112/5 2112/6 2112/20 2119/6 2119/6
RICHARD [3] 1983/11 1997/12 2013/11

**R**

RIG [2]  1982/4 2038/3
right [69]  1988/3 1988/5 1989/13
 1989/21 1998/11 1999/2 2000/10
 2000/17 2014/12 2016/19 2017/21
 2020/6 2020/20 2023/14 2024/11
 2026/10 2032/9 2038/24 2040/5 2040/8
 2046/4 2047/18 2051/7 2052/22
 2052/25 2053/15 2053/19 2054/14
 2056/23 2057/13 2061/24 2065/17
 2069/4 2070/14 2072/23 2076/20
 2076/21 2077/3 2077/25 2078/1 2078/7
 2080/19 2081/5 2082/7 2082/13
 2085/16 2085/22 2086/12 2089/25
 2090/4 2090/14 2090/17 2090/19
 2095/13 2097/4 2097/9 2098/14
 2100/11 2100/23 2101/18 2102/20
 2103/8 2114/13 2114/14 2115/1 2116/5
 2116/9 2117/15 2125/25
right-hand [1]  2056/23
rights [1]  1988/24
rigorous [1]  1995/10
ripple [1]  2094/4
rise [2]  2097/7 2127/6
rises [1]  2048/10
risk [3]  2019/6 2019/11 2019/20
Rita [2]  2105/14 2105/21
ROBERS [2]  1983/9 1987/6
ROBERT [6]  1984/9 1990/21 1990/23
 1991/2 1991/3 1991/11
robust [6]  2035/10 2036/22 2048/11
 2052/11 2058/6 2083/21
Rock [4]  1994/5 1994/6 1995/3 1995/10
rocket [1]  2116/16
role [3]  2029/18 2094/9 2097/16
room [4]  1985/1 2028/16 2044/23
 2044/25
rose [1]  2081/23
Rouge [3]  2024/10 2038/2 2086/17
Round [2]  2099/15 2115/24
Round 1 [1]  2099/15
row [1]  2065/17
royalties [7]  2089/22 2090/15 2096/20
 2098/25 2099/1 2099/7 2099/21
royalty [6]  2089/16 2091/1 2099/2
 2099/17 2099/22 2100/2
RTPs [3]  2073/3 2073/4 2073/4
rule [4]  2010/19 2010/23 2023/7
 2023/14
rules [1]  2004/6
run [4]  2041/12 2084/22 2113/21
 2116/15
rural [1]  2030/4
rust [2]  2073/25 2081/6
rust-colored [2]  2073/25 2081/6

**S**

S-C-O-T-T [1]  2024/4
S1 [1]  2004/24
S2 [1]  2004/25
Sachs [2]  1993/4 1993/5
safe [1]  2098/5
safely [1]  2126/18
safer [1]  2021/12
said [36]  1993/24 1998/4 2005/22
 2016/7 2016/12 2017/18 2018/10
 2037/12 2044/12 2047/15 2049/13
 2058/11 2060/22 2060/22 2061/23
 2064/16 2066/3 2066/13 2067/3
 2067/24 2069/1 2070/18 2070/18
 2088/17 2088/20 2092/24 2092/25
 2097/21 2098/23 2100/17 2100/24

2101/10 2108/20 2113/22 2114/5
 2126/6
salary [1]  2091/18
sales [5]  2005/3 2005/4 2066/25 2112/3
 2112/4
same [26]  1989/20 2003/8 2007/17
 2013/20 2049/15 2050/5 2052/24
 2053/9 2054/19 2055/22 2058/3 2076/2
 2078/5 2081/11 2081/12 2081/12
 2081/25 2090/12 2092/10 2097/18
 2113/7 2115/1 2115/2 2115/19 2119/6
 2119/10
SARAH [1]  1983/5
saves [1]  2004/9
saw [14]  2004/17 2035/4 2035/5
 2045/16 2048/22 2052/12 2054/3
 2056/9 2057/1 2065/11 2082/12
 2089/16 2101/1 2123/21
sawtooth [1]  2076/19
say [36]  1999/2 2000/20 2004/4
 2004/25 2009/23 2010/10 2012/22
 2018/9 2027/5 2029/18 2030/18 2045/4
 2047/17 2052/17 2058/19 2060/24
 2064/12 2077/15 2078/14 2078/25
 2079/21 2092/1 2092/12 2092/21
 2095/3 2095/6 2100/2 2100/7 2104/6
 2111/4 2111/4 2112/7 2118/24 2120/5
 2125/25 2126/23
saying [14]  2000/11 2012/8 2018/2
 2050/3 2063/16 2063/16 2078/20
 2078/21 2080/10 2091/5 2099/7
 2108/10 2111/13 2111/15
says [8]  2007/3 2014/9 2021/21 2043/24
 2044/22 2064/15 2099/17 2109/6
scale [4]  2008/4 2008/8 2054/16
 2054/17
scenario [1]  2002/25
scenarios [1]  2010/10
school [12]  1992/24 1993/3 1993/12
 1994/3 1994/4 1994/11 1994/15
 1994/16 1994/19 1994/23 1996/15
 2026/10
schools [2]  1996/15 1996/19
schoolteacher [1]  2013/4
science [1]  1992/22 2116/16
scope [1]  1991/24
Scott [83]  2023/21 2023/24 2024/3
 2024/7 2025/9 2029/25 2032/2 2032/4
 2033/8 2034/18 2035/21 2037/9
 2037/17 2038/23 2040/18 2043/4
 2047/4 2049/13 2050/10 2051/12
 2053/16 2055/18 2056/22 2056/24
 2057/9 2058/7 2060/21 2062/18
 2063/13 2064/4 2065/5 2065/6 2065/8
 2065/14 2066/1 2069/16 2071/13
 2072/24 2073/14 2075/13 2082/9
 2083/7 2084/3 2084/13 2085/18
 2087/11 2088/9 2089/14 2090/24
 2091/17 2092/19 2093/5 2093/11
 2094/7 2095/23 2097/15 2097/16
 2099/15 2100/13 2102/14 2104/10
 2105/10 2105/20 2106/3 2107/4 2108/2
 2108/19 2109/1 2109/2 2110/20
 2113/1 2114/3 2114/8 2114/11 2114/13
 2115/5 2115/25 2117/10 2117/25
 2118/14 2121/3 2124/10 2124/12
Scott's [1]  2049/25
screen [2]  2032/21 2073/14
seafood [8]  2035/12 2038/1 2071/7
 2071/17 2071/22 2080/21 2082/10
 2083/22
season [1]  2113/14
seasonality [1]  2059/12

seated [2]  1987/3 2097/9
second [17]  1989/6 2009/2 2007/3
 2010/9 2011/2 2026/21 2028/12
 2028/13 2035/17 2035/18 2039/10
 2039/11 2043/21 2045/19 2052/4
 2058/4 2060/22 2065/17 2066/5
 2084/15 2084/16 2086/12 2108/10
 2111/20
secondly [6]  1992/5 1995/13 1996/14
 2024/22 2112/21 2113/12
Secretary [2]  2031/1 2091/24
section [3]  1982/6 1983/5 2104/19
sector [7]  2007/14 2039/3 2039/18
 2040/15 2080/9 2108/25 2109/5
sectors [2]  2109/3 2110/21
see [96]  1989/12 1989/18 2003/14
 2005/7 2007/1 2007/6 2008/16 2011/9
 2012/7 2012/16 2012/17 2013/8 2014/7
 2017/23 2022/7 2025/23 2029/12
 2029/12 2030/12 2031/7 2037/3
 2037/21 2039/1 2039/2 2039/21
 2042/13 2043/6 2043/8 2043/16 2045/9
 2045/22 2046/12 2047/19 2048/2
 2048/21 2051/15 2051/19 2051/25
 2052/2 2052/9 2052/14 2053/5 2054/2
 2054/12 2054/24 2055/6 2055/6
 2055/24 2055/25 2056/6 2056/8
 2056/13 2057/12 2057/14 2057/21
 2057/23 2059/2 2060/4 2065/17
 2067/23 2069/22 2069/22 2070/24
 2071/9 2071/17 2071/19 2073/2
 2073/14 2073/16 2074/2 2075/17
 2075/18 2075/20 2075/24 2076/5
 2076/6 2076/18 2076/19 2079/13
 2079/25 2081/20 2083/23 2086/24
 2090/3 2091/20 2091/21 2094/22
 2099/20 2102/21 2102/25 2103/14
 2104/25 2118/17 2118/19 2122/25
 2124/5
seeing [2]  2048/8 2074/13
seeking [3]  1998/3 2009/19 2009/23
seem [1]  2012/25
seemed [1]  2103/16
seems [3]  2010/25 2012/15 2082/21
seen [6]  2006/17 2022/15 2045/25
 2084/12 2095/22 2121/18
Seevers [2]  2043/23 2056/19
segment [3]  2004/16 2004/22 2015/2
segments [10]  2003/13 2005/10
 2005/19 2006/10 2007/1 2007/9
 2007/18 2007/20 2016/25 2020/7
self [3]  2094/2 2096/8 2103/8
self-evident [2]  2094/2 2096/8
self-insures [1]  2103/8
sense [15]  1993/14 1995/5 1995/19
 1996/8 2000/25 2008/4 2008/11 2011/1
 2031/3 2031/8 2038/17 2080/13 2090/1
 2117/6 2117/6
sentence [5]  2005/22 2008/25 2021/21
 2108/5 2108/6
separate [4]  2003/25 2004/1 2006/2
 2006/3
separately [1]  2119/20
September [6]  2052/5 2052/7 2052/17
 2052/20 2054/21 2063/5
September 2010 [1]  2063/5
series [2]  1998/21 2001/16
serious [4]  2083/17 2097/24 2098/7
 2113/23
seriously [1]  2097/22
serve [2]  1996/5 1997/5
served [2]  1996/1 1996/25
Services [1]  2123/1

S

servicing [1] 2060/5
SESSION [2] 1982/18 1987/1
set [12] 1998/21 2001/7 2001/7 2014/17
 2062/2 2062/13 2072/16 2079/10
 2106/7 2106/9 2106/10 2106/13
setting [1] 2010/16
settlement [2] 2072/24 2082/18
seven [3] 1993/13 1993/24 2040/9
several [4] 2002/3 2019/2 2040/4
 2125/14
several-year [1] 2040/4
shades [1] 2006/23
share [14] 2088/10 2094/10 2094/14
 2094/23 2094/23 2095/2 2095/4 2095/6
 2095/24 2096/1 2096/3 2103/17 2123/9
 2124/20
shareholder [5] 2002/23 2003/5 2003/5
 2003/6 2003/6
shareholders [3] 2002/8 2002/19
 2002/20
SHARON [1] 1983/15
She [1] 2121/7
She's [1] 2122/10
sheer [3] 2038/14 2043/17 2065/20
sheet [1] 2028/12
Shell [1] 2096/4
shift [1] 2115/18
ship [2] 2087/24 2123/15
shipbuilder [2] 2114/18 2114/19
shipbuilding [1] 2112/12
shipping [1] 2030/23
shipyard [4] 2039/21 2087/19 2087/19
 2088/4
Shipyards [1] 2030/24
shop [1] 2002/17
Shores [6] 2050/21 2051/8 2055/21
 2057/8 2111/23 2113/6
short [5] 2035/7 2040/22 2041/9
 2083/24 2083/25
short-lived [3] 2035/7 2083/24 2083/25
should [5] 1999/2 2001/1 2012/22
 2042/15 2110/1
show [24] 2018/15 2035/1 2035/2
 2035/8 2035/12 2035/24 2036/15
 2046/22 2046/23 2048/19 2057/11
 2059/19 2062/8 2073/22 2074/10
 2076/12 2080/12 2080/14 2082/22
 2090/8 2098/20 2101/22 2103/22
 2104/19
showed [9] 2017/1 2059/5 2061/6
 2061/23 2075/24 2096/17 2098/19
 2104/3 2123/22
showing [8] 2040/19 2050/15 2058/11
 2069/16 2071/16 2080/17 2080/19
 2080/19
shown [2] 2064/15 2098/22
shows [22] 2006/25 2035/24 2039/11
 2046/4 2047/12 2048/13 2050/17
 2051/4 2051/15 2055/20 2055/22
 2059/5 2069/18 2070/1 2075/16
 2075/25 2078/6 2095/24 2103/4
 2113/20 2114/20 2122/24
shrimp [20] 2037/3 2074/13 2075/3
 2075/6 2075/14 2075/16 2076/1
 2076/13 2078/5 2081/9 2081/10 2115/4
 2116/11 2116/13 2116/20 2117/18
 2123/2 2123/22 2123/24 2124/9
SHUTLER [1] 1983/15
side [9] 2002/24 2035/5 2035/25
 2036/17 2036/19 2053/15 2053/15
 2055/2 2087/5

significance [1] 2080/4
significant [9] 1964/25 2047/7 2047/9
 2059/3 2061/20 2083/18 2083/25
 2113/18 2120/15
significantly [6] 2021/23 2035/3 2076/11
 2077/11 2077/16 2078/14
similar [5] 1994/23 2061/2 2067/18
 2098/16 2108/6
simple [5] 2009/5 2009/6 2010/19
 2010/23 2033/24
simplest [2] 2075/22 2116/14
simply [2] 2042/1 2114/10
since [8] 2006/18 2026/12 2026/16
 2027/13 2027/17 2029/21 2060/16
 2095/22
single [5] 2085/6 2101/8 2101/16 2102/7
 2108/18
sir [40] 1999/1 1999/6 2009/1 2011/7
 2024/9 2024/15 2025/12 2026/10
 2031/13 2032/22 2038/25 2040/4
 2040/12 2042/9 2052/16 2052/19
 2052/25 2053/22 2055/14 2061/21
 2062/23 2070/16 2072/9 2072/12
 2073/8 2073/22 2077/22 2080/14
 2080/22 2082/7 2083/5 2084/8 2084/9
 2085/6 2091/11 2096/1 2110/4 2117/22
 2122/10 2124/19
sit [3] 2028/16 2116/18 2125/16
situation [4] 2010/12 2011/2 2041/15
 2083/2
size [7] 2038/14 2042/22 2043/17
 2064/14 2065/20 2067/10 2104/20
skill [1] 2079/10
skip [1] 2015/14
sleep [1] 2127/3
slide [59] 1991/17 1992/14 1995/4
 1997/17 2014/7 2025/3 2025/7 2025/9
 2029/1 2029/4 2034/14 2037/14
 2037/17 2037/18 2038/20 2038/23
 2038/24 2040/12 2040/15 2042/22
 2042/25 2043/4 2044/17 2044/20
 2045/24 2046/3 2047/2 2052/12
 2056/21 2057/5 2059/5 2059/7 2060/15
 2062/13 2063/13 2064/7 2065/11
 2069/11 2069/17 2070/12 2071/12
 2071/14 2073/11 2073/22 2075/13
 2078/2 2081/3 2084/10 2084/12 2085/3
 2085/6 2087/9 2089/16 2089/21
 2091/12 2093/7 2095/20 2095/22
 2121/7
slides [2] 2072/14 2075/10
slightly [1] 2079/14
small [10] 2007/8 2007/17 2042/19
 2043/11 2055/3 2057/13 2098/22
 2104/17 2104/20 2105/3
smaller [6] 2039/17 2074/20 2077/15
 2081/14 2086/21 2113/13
smartly [2] 2048/10 2051/25
Smith [5] 2045/9 2049/8 2049/14
 2049/18 2049/24
so [152]
society [1] 2038/15
software [1] 1985/6
solution [1] 2002/18
some [73] 1987/22 1989/11 1989/24
 1991/14 1996/11 1996/11 1999/14
 2000/19 2001/12 2001/19 2003/10
 2003/11 2005/1 2008/13 2011/9
 2013/22 2016/23 2027/19 2028/23
 2034/25 2035/3 2035/4 2035/5 2036/5
 2036/12 2045/19 2046/8 2046/8
 2047/19 2048/8 2048/25 2054/8
 2058/13 2061/9 2061/16 2062/4

 2062/10 2062/10 2063/9 2073/3 2075/5
 2075/15 2075/19 2075/20 2082/3
 2083/15 2083/16 2083/16 2089/17
 2092/1 2092/2 2092/3 2093/15 2095/14
 2095/16 2097/17 2098/7 2099/1 2099/7
 2102/2 2104/2 2104/2 2104/10 2105/12
 2107/19 2115/19 2119/14 2119/15
 2121/7 2121/22 2122/14 2124/19
 2125/15
somebody [9] 2005/4 2009/8 2012/12
 2028/18 2028/19 2028/19 2078/25
 2079/6 2089/8
somehow [1] 2000/12
something [15] 2000/22 2000/24
 2010/20 2011/3 2014/6 2019/14 2031/5
 2044/19 2060/21 2066/3 2078/15
 2089/17 2092/21 2097/25 2126/19
sometimes [2] 2031/2 2038/17
somewhere [1] 2028/15
soon [1] 2042/3
sophisticated [2] 2007/8 2034/4
sorry [13] 2014/5 2036/10 2036/10
 2041/24 2056/12 2061/1 2062/24
 2065/6 2071/25 2073/18 2093/2
 2100/20 2106/21
sort [8] 1993/18 1995/22 2006/3
 2007/17 2038/12 2067/18 2074/25
 2117/20
sounds [3] 2009/25 2016/17 2021/10
source [3] 2102/13 2122/6 2122/25
sourced [1] 2104/13
sources [1] 2082/21
south [3] 1984/23 2119/21 2120/1
speaking [2] 2026/22 2026/22
species [6] 2117/13 2117/15 2117/24
 2118/3 2118/5 2118/14
specifically [6] 2050/20 2070/19 2085/1
 2110/22 2112/23 2116/10
specificity [1] 2019/12
specified [1] 2020/15
specify [1] 2004/2
speculation [1] 2109/24
spelling [2] 1991/1 2024/2
spend [6] 2036/1 2086/5 2086/6 2092/5
 2092/6 2092/17
spending [40] 2024/17 2034/24 2034/24
 2037/10 2037/13 2037/19 2037/21
 2038/5 2038/6 2038/7 2038/12 2043/24
 2044/1 2044/1 2044/4 2044/7 2060/8
 2060/9 2060/10 2060/11 2060/11
 2083/9 2083/19 2083/20 2084/5 2091/2
 2091/17 2093/5 2093/24 2102/2
 2103/15 2103/19 2103/19 2104/11
 2105/13 2105/16 2106/4 2107/3 2107/3
 2107/16
spends [1] 2087/21
spent [18] 1994/1 2025/24 2039/6
 2040/3 2040/9 2040/20 2048/5 2048/6
 2048/7 2065/15 2083/25 2086/2 2086/6
 2088/7 2093/14 2100/7 2103/25
 2107/24
spill [81] 1982/4 2024/20 2034/23
 2035/3 2035/11 2036/4 2036/5 2036/12
 2036/23 2037/10 2037/13 2037/19
 2037/21 2038/5 2038/6 2038/7 2040/6
 2042/12 2045/19 2047/13 2047/13
 2048/18 2051/16 2051/20 2052/11
 2054/24 2058/13 2058/14 2058/22
 2059/10 2060/17 2060/20 2061/14
 2061/25 2063/1 2064/23 2066/18
 2068/1 2068/2 2068/9 2068/11 2074/1
 2074/15 2074/17 2074/18 2074/24
 2075/4 2075/8 2075/18 2075/20

**S**

spill... [31] 2075/21 2076/15 2077/24
  2078/1 2078/19 2081/7 2081/24 2082/2
  2082/3 2083/9 2083/11 2083/13
  2096/10 2106/16 2108/1 2108/4 2109/4
  2109/7 2109/11 2109/15 2109/21
  2110/17 2110/23 2119/3 2119/16
  2120/18 2120/18 2121/16 2121/23
  2123/2 2123/3
spill's [1] 2121/11
spill-related [1] 2096/10
spinoffs [1] 2013/19
spoke [2] 2012/12 2109/18
spoken [1] 2064/5
spreadsheet [3] 2102/12 2102/16
  2103/1
ST [1] 1983/22
St. [1] 2049/17
St. Bernard [1] 2049/17
stand [1] 2023/21
standard [5] 2006/5 2008/10 2045/1
  2045/6 2045/12
standpoint [1] 2091/23
Stanford [10] 1991/11 1991/13 1994/2
  1994/7 1994/8 1994/11 1994/16
  1994/23 1996/15 1996/18
Stanford's [1] 1994/5
start [6] 1992/20 2033/12 2037/11
  2074/13 2097/15 2126/23
started [4] 1993/21 2012/2 2025/20
  2030/18
starting [3] 2052/7 2054/21 2099/1
state [31] 1983/19 1990/25 2024/1
  2025/15 2025/25 2026/22 2026/23
  2027/3 2027/4 2027/7 2027/15 2030/3
  2030/4 2030/8 2030/22 2039/3 2039/4
  2039/4 2039/6 2039/13 2039/19 2041/8
  2043/7 2049/5 2052/24 2074/21
  2086/18 2086/20 2090/5 2090/7
  2094/16
stated [3] 2019/3 2020/12 2097/20
statement [5] 1998/15 2015/13 2019/23
  2020/20 2085/2
statements [2] 2089/5 2095/18
states [51] 1982/1 1982/8 1982/19
  1983/3 1987/7 1987/10 1987/14
  1988/24 1991/25 1997/4 1997/6
  1997/13 1997/14 1998/2 1999/24
  2000/8 2000/11 2003/11 2009/18
  2009/18 2027/21 2028/4 2028/16
  2031/20 2031/21 2038/10 2041/10
  2042/17 2043/6 2043/9 2043/25 2044/3
  2046/5 2047/7 2049/23 2050/11
  2050/14 2056/18 2060/9 2061/3 2061/6
  2062/20 2084/21 2086/1 2091/3
  2091/21 2091/25 2097/12 2105/2
  2126/1 2127/11
States' [1] 1999/4
statistical [2] 2116/2 2116/4
statistically [4] 2076/10 2079/22 2079/25
  2120/14
statistics [8] 2059/8 2076/8 2078/14
  2080/12 2115/20 2116/13 2117/6
  2121/7
stay [1] 2046/10
stayed [3] 2046/11 2046/11 2047/25
staying [3] 2055/7 2055/8 2055/9
steal [1] 2002/15
steel [2] 2039/22 2087/24
stenography [1] 1985/5
step [3] 2042/12 2042/13 2077/10
steps [2] 2106/17 2106/17

STEVEN [1] 1983/6
stick [1] 2041/18
still [22] 2017/16 2026/2 2030/24
  2051/12 2051/13 2056/5 2056/5
  2058/14 2074/15 2074/20 2081/25
  2101/23 2103/13 2103/15 2103/15
  2104/7 2104/9 2104/17 2104/22 2105/4
  2108/25 2126/24
stipulation [2] 1987/22 2016/7
stock [1] 2002/9
stop [1] 2000/17
stopped [1] 2026/5
stores [1] 2111/12
storm [1] 2047/10
story [1] 2030/15
straight [1] 2086/23
straightforward [1] 2104/16
Strategic [1] 2014/24
Street [5] 1983/23 1984/10 1984/14
  1984/19 1985/1
strict [1] 2002/14
strictly [5] 2050/24 2057/12 2083/4
  2108/14 2118/15
strike [2] 2126/6 2126/9
strikes [2] 2038/14 2043/10
strip [2] 2055/3 2113/6
strong [11] 1995/7 2035/14 2048/11
  2052/7 2052/10 2057/20 2058/4 2058/5
  2058/6 2063/6 2063/17
structure [6] 1993/8 1999/24 2000/12
  2003/1 2006/1 2046/4
structured [2] 2017/20 2017/20
struggling [1] 2060/16
students [2] 1994/19 2116/15
studies [9] 1987/18 1992/23 2018/15
  2026/18 2035/20 2046/22 2085/24
  2086/15 2100/25
study [11] 2019/17 2019/22 2043/24
  2047/16 2098/19 2101/21 2101/22
  2105/14 2119/2 2119/23 2121/4
studying [1] 2060/22
stuff [8] 2000/5 2002/14 2013/2 2048/1
  2059/13 2106/1 2116/17 2117/5
stylus [2] 2042/14 2054/13
subject [4] 1988/16 1988/21 2094/7
  2122/1
subjects [4] 1993/15 2065/4 2068/16
  2084/3
submit [1] 2023/7
submitted [1] 1999/11
subsidiaries [18] 1992/4 1999/25
  2003/23 2003/25 2004/10 2004/19
  2005/6 2005/10 2005/20 2006/2 2006/4
  2007/6 2007/9 2007/19 2007/21
  2016/25 2019/8 2020/8
subsidiary [30] 1992/6 1992/8 2000/2
  2000/4 2001/14 2001/20 2002/2 2003/1
  2003/4 2003/21 2003/21 2003/22
  2004/7 2004/8 2004/11 2004/15
  2004/16 2006/11 2008/5 2008/20
  2010/17 2011/11 2011/17 2012/8
  2013/16 2013/20 2017/7 2017/8
  2017/14 2017/15
subsidiary's [1] 2010/13
subsidize [1] 2092/2
substantial [3] 2067/25 2068/5 2068/22
substantially [1] 2097/18
substantive [1] 2022/3
subtract [1] 2123/6
such [8] 1997/24 1997/24 1997/25
  1997/25 1998/6 1998/6 2041/9 2043/20
such-and-such [3] 1997/24 1997/25
  1998/6

suffered [2] 2048/17 2096/15
suggest [2] 2000/20
suggested [1] 2058/10
suggesting [3] 2000/24 2017/24 2049/1
Suite [2] 1984/14 1984/23
sum [4] 2053/5 2081/18 2087/13
  2099/25
summaries [1] 1988/12
summarize [3] 1991/23 2006/19 2059/9
summarizes [3] 1992/15 2034/14 2059/7
summary [1] 1999/18 2084/12
summer [6] 2027/13 2063/21 2068/6
  2070/7 2113/14 2113/18
Sunding's [1] 2126/8
super [1] 2006/23
supervise [1] 2005/2
support [2] 2007/25 2121/21
supports [1] 2112/5
suppose [1] 1989/5
sure [24] 1990/18 1991/11 1991/25
  1995/6 1995/22 1999/23 2001/9
  2002/12 2006/9 2008/21 2020/22
  2036/9 2051/4 2051/7 2054/8 2072/4
  2072/13 2074/3 2090/11 2102/9 2110/3
  2116/20 2124/24 2126/24
surely [1] 2050/17
surge [6] 2056/8 2056/11 2056/12
  2056/13 2056/15 2056/16
surprised [1] 2066/20
surprising [2] 2046/8 2059/21
surprisingly [2] 2035/4 2064/14
surrebuttal [1] 2089/2
surveys [1] 2045/10
SUSANNAH [1] 1983/22
sustain [3] 2010/2 2018/20 2022/6
swallow [1] 2080/13
switch [1] 2055/15
sworn [2] 1990/24 2023/25
SYNDICATE [1] 1982/16
system [1] 2106/7

**T**

table [6] 2051/9 2103/2 2114/20 2115/6
  2122/19 2122/20
tackling [1] 2033/9
take [17] 1989/18 2021/9 2021/11
  2026/6 2027/1 2031/13 2052/17
  2075/21 2081/16 2081/17 2097/4
  2106/18 2115/14 2115/15 2115/16
  2126/12 2126/20
taken [3] 2027/9 2029/17 2110/10
takes [1] 2044/24
taking [4] 1997/16 2021/12 2098/4
  2125/18
talk [20] 2027/20 2028/9 2028/17
  2028/21 2030/25 2032/16 2042/8
  2042/17 2063/20 2063/21 2063/21
  2078/8 2084/4 2095/9 2098/24 2101/14
  2107/25 2112/9 2113/24 2118/20
talked [12] 1987/11 2007/22 2056/14
  2057/8 2066/1 2073/20 2081/19 2083/9
  2085/13 2098/7 2114/16 2123/13
talking [12] 1998/9 2033/25 2057/17
  2071/23 2082/24 2082/25 2083/5
  2090/2 2091/8 2108/7 2110/22 2121/4
tank [2] 2067/13 2067/13
task [3] 2031/13 2034/9 2106/3
taught [9] 1993/13 1993/15 1993/16
  2026/4 2026/7 2026/8 2031/16 2031/24
  2117/4
tax [7] 2004/14 2004/20 2066/25 2092/2
  2111/9 2112/3 2112/4
taxes [2] 2090/5 2090/6

teach [12] 1994/10 1994/12 1994/12
1994/13 1994/13 1994/14 1994/17
1994/18 1994/22 2026/3 2034/1
2116/15
teaching [4] 1995/17 2026/2 2026/5
2034/2
team [2] 2008/6 2034/5
tech [2] 2013/2 2025/14
technical [1] 2098/5
technically [1] 2002/9
technique [5] 2116/13 2119/1 2119/3
2119/6 2119/10
techniques [5] 2031/23 2031/24 2074/23
2075/23 2105/23
technology [1] 2012/25
teens [2] 2095/3 2095/5
tell [15] 2026/14 2033/8 2037/8 2038/25
2043/4 2044/13 2071/12 2085/7
2085/19 2093/12 2094/17 2094/19
2095/23 2118/13 2125/4
telling [3] 2024/9 2044/8 2066/18
tells [3] 2044/24 2051/21 2075/25
tend [3] 2019/4 2019/9 2019/19
tender [3] 1997/9 2032/3 2097/2
tens [1] 2002/7
term [1] 2033/20
terminal [2] 2086/4 2100/11
terms [17] 2000/15 2009/5 2011/4
2017/13 2026/25 2030/14 2035/12
2054/20 2067/11 2069/23 2074/10
2081/22 2084/24 2087/4 2090/9
2095/11 2105/21
Terrebonne [1] 2067/2
terrible [1] 2013/5
terribly [1] 2007/8
test [5] 2042/5 2044/10 2044/11
2058/16 2075/9
tested [1] 2119/16
testified [11] 1990/24 1997/8 2023/25
2036/3 2058/8 2070/5 2083/2 2089/10
2093/22 2095/23 2105/18
testify [2] 1998/18 2124/24
testifying [1] 1996/21
testimony [28] 1987/9 1988/1 1990/19
1997/15 2003/10 2008/13 2013/15
2017/5 2017/10 2019/7 2019/13
2045/20 2061/9 2061/16 2061/20
2070/17 2089/6 2090/15 2100/17
2101/2 2101/10 2114/8 2114/9 2122/9
testing [1] 2038/1
Texas [2] 2025/14 2039/13
than [26] 2005/10 2015/24 2021/24
2039/8 2041/5 2051/22 2056/6 2070/25
2072/2 2072/3 2076/14 2077/4 2077/4
2082/3 2082/22 2086/3 2087/2 2091/20
2098/2 2101/2 2107/20 2107/22
2111/14 2113/13 2117/18 2125/16
thank [19] 1990/17 2012/19 2013/21
2014/15 2015/11 2018/21 2019/16
2020/10 2022/8 2022/19 2022/23
2032/2 2032/11 2053/1 2084/3 2092/2
2124/10 2124/12 2124/13
that [825]
that is [1] 2072/7
that's [149]
their [49] 2002/15 2004/11 2016/2
2016/13 2016/14 2019/8 2023/12
2027/23 2028/17 2036/4 2042/18
2042/20 2042/20 2043/7 2043/9
2043/12 2043/13 2043/18 2049/18
2050/6 2057/2 2061/10 2062/4 2064/13

2070/2 2071/2 2081/23 2082/3 2082/18
2086/1 2086/3 2087/20 2087/21
2087/20 2088/1 2088/3 2088/3 2088/5
2091/18 2096/10 2100/21 2101/5
2105/17 2110/11 2113/18 2114/6
2123/10 2123/11 2126/15
them [23] 1987/24 2015/15 2016/2
2034/10 2034/22 2041/16 2045/12
2046/23 2049/8 2053/15 2062/13
2062/14 2062/23 2066/18 2082/22
2083/17 2085/11 2086/18 2092/4
2092/12 2098/5 2110/10 2110/11
themselves [2] 2002/23 2003/23
then [54] 1988/1 1993/1 1993/3 1994/1
1994/2 1995/16 2000/5 2000/6 2000/20
2002/21 2005/1 2006/2 2007/4 2010/22
2011/12 2011/13 2016/8 2017/11
2018/3 2018/23 2021/4 2024/22
2025/10 2025/21 2026/21 2027/16
2034/3 2038/1 2039/16 2043/8 2044/12
2046/1 2047/13 2047/18 2048/10
2052/9 2053/6 2059/4 2060/10 2069/21
2071/17 2073/6 2074/1 2075/18 2076/4
2082/20 2086/21 2088/16 2103/2
2108/12 2123/3 2123/4 2123/8 2123/9
theoretical [1] 2043/19
theory [3] 2044/10 2044/11 2058/16
there [136] 1992/24 1994/23 2000/1
2000/9 2000/17 2000/21 2002/3 2003/4
2003/24 2004/14 2005/2 2006/2 2007/3
2009/5 2010/3 2010/11 2011/13
2011/23 2014/7 2017/9 2021/1 2021/16
2023/5 2023/6 2025/19 2026/10
2026/20 2027/1 2027/2 2028/13
2028/18 2028/21 2029/12 2030/12
2031/3 2031/7 2035/10 2036/9 2036/9
2036/20 2036/22 2039/16 2039/22
2040/1 2041/13 2042/16 2043/7
2044/22 2048/11 2049/2 2049/3 2049/4
2049/7 2049/17 2050/23 2051/10
2051/15 2051/20 2051/23 2052/3
2052/6 2052/10 2052/12 2052/15
2054/1 2054/12 2054/14 2054/18
2054/20 2055/2 2056/23 2057/14
2058/6 2060/3 2060/18 2061/16
2063/17 2065/7 2065/15 2065/17
2066/25 2068/21 2069/22 2069/24
2070/3 2070/17 2073/7 2074/4 2074/5
2074/6 2074/7 2074/9 2074/10 2075/5
2075/6 2075/7 2075/20 2076/6 2076/15
2077/2 2077/12 2078/15 2083/14
2083/15 2083/16 2083/17 2083/24
2086/25 2091/22 2097/22 2097/24
2102/8 2102/8 2102/17 2102/19
2103/14 2104/17 2108/3 2108/13
2109/6 2109/14 2111/24 2111/25
2112/21 2115/19 2116/6 2117/14
2118/2 2119/13 2119/14 2120/1 2120/7
2121/22 2122/14 2125/24 2126/19
there's [36] 1989/10 1997/23 2000/24
2001/3 2002/23 2003/3 2005/9 2006/14
2007/4 2010/19 2015/13 2017/18
2019/21 2028/18 2039/25 2043/22
2045/20 2046/7 2052/6 2056/16 2059/3
2059/14 2059/17 2059/18 2059/23
2070/10 2079/24 2081/21 2098/7
2111/24 2111/24 2111/25 2111/25
2114/20 2119/9 2126/11
thereabouts [1] 2097/5
therefore [1] 2002/19
these [94] 1987/18 1996/19 2003/17
2012/3 2012/7 2012/9 2015/14 2016/8
2018/5 2026/14 2031/14 2031/20

2031/21 2031/25 2033/1 2033/3 2033/5
2037/3 2037/12 2041/5 2041/10 2041/16
2041/4 2043/17 2043/17 2044/8
2044/12 2044/14 2046/5 2046/10
2047/6 2047/7 2048/14 2048/19 2049/9
2050/1 2050/17 2052/12 2052/13
2052/14 2054/8 2054/23 2054/25
2055/13 2056/18 2057/11 2058/10
2058/23 2059/2 2059/8 2062/18 2063/2
2063/16 2066/10 2070/8 2070/9 2071/5
2071/7 2073/13 2080/2 2082/12
2082/21 2084/1 2084/20 2084/24
2085/5 2085/10 2085/10 2085/19
2086/1 2086/14 2087/5 2090/1 2091/7
2091/21 2092/15 2092/18 2092/20
2093/20 2093/23 2096/24 2096/24
2099/18 2104/21 2108/10 2113/14
2113/17 2113/20 2115/10 2115/18
2118/5 2120/14 2120/14 2121/19
2123/1
they [141] 1989/6 1989/9 1989/11
1989/14 1989/15 1989/16 1989/16
1994/25 1998/24 2000/20 2000/20
2000/24 2001/1 2001/6 2001/7 2002/4
2002/14 2002/15 2002/15 2002/15
2002/16 2002/21 2003/7 2003/25
2004/3 2004/7 2004/18 2004/25 2005/5
2007/1 2007/7 2007/3 2008/3 2009/9
2009/14 2009/18 2012/24 2013/3
2016/12 2018/2 2018/16 2022/17
2023/10 2024/15 2024/16 2024/17
2024/22 2031/10 2032/24 2033/2
2034/21 2035/7 2035/16 2036/1
2041/20 2044/2 2044/16 2044/18
2045/4 2045/4 2045/10 2045/11
2046/10 2046/10 2046/11 2046/11
2047/10 2048/6 2048/7 2049/6 2049/7
2050/16 2052/1 2055/8 2055/9 2058/12
2058/12 2058/21 2059/17 2062/22
2062/22 2063/17 2063/20 2063/21
2065/10 2066/20 2066/24 2067/13
2070/23 2071/2 2072/2 2072/3 2076/14
2076/15 2079/16 2081/22 2082/2
2082/3 2082/19 2082/20 2082/20
2083/14 2084/24 2085/19 2086/5
2091/25 2091/25 2092/4 2092/10
2092/16 2093/2 2093/14 2094/17
2094/19 2094/21 2094/23 2094/23
2094/24 2095/1 2097/20 2098/1 2098/5
2098/12 2098/13 2098/15 2106/11
2106/16 2106/24 2106/25 2109/21
2110/11 2111/17 2111/18 2112/23
2120/8 2122/2 2122/7 2123/10 2123/11
2123/23 2125/6
they're [5] 2044/8 2060/4 2079/8 2079/8
2086/5
thing [35] 1989/20 2005/9 2011/16
2028/11 2028/12 2030/15 2033/10
2033/11 2034/2 2037/11 2037/12
2038/13 2041/20 2043/10 2043/16
2043/21 2049/16 2055/23 2065/20
2073/12 2075/9 2075/21 2076/2 2078/7
2080/23 2080/24 2080/25 2081/1
2081/11 2081/12 2081/12 2087/7
2115/1 2115/2 2126/4
things [23] 1992/7 1992/11 1994/22
2001/6 2011/13 2015/14 2020/17
2024/16 2031/16 2031/25 2056/16
2067/10 2070/10 2084/25 2087/5
2092/10 2102/7 2105/24 2106/1 2116/5
2117/19 2123/5 2125/23
think [117] 1989/20 1993/22 1998/10
1998/11 1998/12 2000/10 2000/14

think... [110]  2004/15 2006/14 2007/20
2008/18 2010/3 2010/3 2012/7 2014/12
2015/12 2016/6 2016/10 2017/23
2018/2 2018/5 2018/7 2018/14 2021/12
2022/9 2022/3 2022/15 2027/17 2028/9
2028/9 2028/12 2031/20 2031/21
2031/25 2035/8 2035/12 2036/8
2036/12 2039/18 2040/1 2041/4
2041/18 2045/24 2046/3 2047/15
2048/7 2048/19 2049/5 2053/15
2056/16 2059/4 2060/1 2060/22 2061/8
2062/7 2066/3 2070/14 2070/17
2075/23 2078/7 2078/19 2083/2
2084/12 2085/5 2087/9 2087/11
2087/17 2088/21 2089/4 2089/7 2089/8
2089/11 2089/21 2091/12 2092/14
2092/19 2092/22 2094/2 2095/5 2095/7
2095/10 2095/13 2096/17 2097/23
2097/24 2098/21 2099/7 2100/18
2100/24 2103/19 2104/2 2104/4 2104/5
2104/15 2106/1 2106/16 2107/8 2108/6
2108/9 2109/7 2109/16 2109/16
2109/16 2110/7 2110/14 2110/15
2111/5 2111/5 2111/8 2111/9 2111/11
2111/22 2117/7 2121/21 2122/20
2125/12 2126/12
thinking [1]  2093/17
third [3]  2039/10 2086/19 2114/20
thirdly [1]  1995/16
thirds [4]  2103/14 2103/14 2103/20
2103/24
this [316]
THOMAS [1]  1984/19
those [80]  1988/5 1988/12 1988/14
1988/16 1988/22 1989/12 1990/3
1990/7 1990/11 1990/15 1992/2
1992/11 1992/12 1996/2 1998/24
1998/25 1999/2 1999/10 1999/13
1999/17 1999/20 1999/22 2004/23
2006/4 2007/24 2007/25 2008/10
2009/12 2014/19 2016/13 2016/24
2023/7 2023/8 2023/14 2035/15
2035/20 2037/5 2039/24 2043/9
2045/11 2046/21 2048/3 2048/3 2049/4
2049/6 2049/17 2050/14 2056/2 2056/4
2059/4 2062/25 2063/9 2065/19
2067/19 2067/25 2068/15 2083/9
2084/24 2086/10 2086/11 2087/13
2092/9 2093/14 2095/14 2096/14
2097/19 2098/13 2098/15 2102/9
2109/12 2109/13 2112/4 2121/24
2122/9 2123/6 2123/16 2124/1 2124/8
2125/9 2125/17
though [4]  2058/12 2095/13 2103/13
2119/18
thought [9]  2018/7 2042/18 2047/19
2061/16 2065/9 2066/16 2066/24
2067/12 2067/20
thousands [2]  2002/7 2002/8
three [18]  1992/6 1992/11 1993/10
1996/10 1998/23 1999/11 1999/17
2010/10 2032/17 2032/22 2054/4
2057/24 2086/21 2098/24 2113/10
2120/14 2125/4 2125/5
through [34]  1999/13 1999/22 2000/18
2000/19 2001/25 2003/8 2009/2 2009/7
2012/1 2015/16 2025/3 2025/12
2025/18 2028/5 2039/20 2040/6
2040/21 2054/22 2059/10 2062/3
2062/23 2067/6 2071/21 2071/22
2075/17 2075/19 2085/2 2085/10

2085/16 2099/7 2105/24 2105/24
2105/25
Tiber [2]  2098/10 2098/17
tight [7]  2077/8 2077/9 2077/9 2078/9
2078/10 2079/15 2079/16
time [62]  1989/25 1990/21 1994/1
1997/9 2009/3 2009/7 2009/10 2009/11
2012/14 2016/2 2016/4 2016/12
2016/13 2022/5 2026/6 2037/19
2038/16 2040/22 2041/4 2041/6 2040/20
2040/22 2041/4 2041/4 2041/9 2046/24
2047/1 2048/6 2048/6 2048/12 2052/22
2054/24 2056/18 2057/7 2060/16
2063/19 2065/22 2065/23 2069/23
2070/4 2071/1 2071/24 2074/1 2074/1
2074/14 2076/2 2081/7 2085/23
2090/21 2090/22 2093/15 2105/19
2105/22 2105/24 2106/15 2113/21
2119/3 2119/11 2123/3 2124/8 2125/11
2125/13 2125/18
times [8]  2050/23 2070/25 2071/19
2071/23 2080/7 2080/7 2080/8 2087/2
tiny [1]  2057/23
title [1]  2030/12
titled [2]  2005/14 2025/21
today [9]  2009/20 2027/19 2032/1
2032/16 2033/15 2038/8 2038/15
2098/9 2124/20
together [9]  1992/14 1995/24 1996/19
2031/25 2055/12 2085/6 2087/14
2098/22 2123/17
told [2]  2110/10 2110/11
tomorrow [1]  2124/24
Toni [4]  1985/1 2127/10 2127/17
2127/17
Tony [1]  2015/6
too [9]  2040/2 2042/3 2072/24 2084/8
2098/6 2110/11 2110/14 2110/15
2119/23
took [17]  2007/15 2037/13 2038/6
2052/1 2052/2 2074/6 2081/20 2088/17
2097/17 2097/20 2098/10 2104/21
2105/1 2106/16 2113/3 2113/21
2123/14
tool [4]  2044/18 2044/23 2111/17
2111/18
tools [2]  2032/1 2033/22
top [8]  1994/13 2005/22 2014/7 2043/8
2100/4 2100/5 2105/2 2123/4
topic [4]  2005/19 2005/21 2097/15
2098/24
topics [2]  1996/2 2027/19
Torts [1]  1983/15
total [13]  1987/17 2039/12 2039/17
2048/5 2048/7 2052/1 2081/16 2087/15
2090/4 2090/6 2101/5 2102/17 2103/14
totally [1]  2003/3
totals [2]  2038/3 2039/24
tourism [75]  2024/20 2034/3 2035/5
2035/6 2035/8 2035/11 2036/16
2036/20 2037/1 2037/25 2042/8
2042/11 2042/18 2043/5 2043/13
2044/1 2044/1 2044/3 2044/4 2044/5
2044/6 2044/13 2044/15 2045/1 2045/2
2045/3 2045/6 2045/13 2045/23 2046/9
2048/17 2049/10 2049/10 2050/24
2052/1 2053/5 2056/8 2056/18 2056/20
2057/2 2060/2 2061/13 2062/1 2062/9
2062/19 2062/24 2063/5 2063/6
2063/18 2064/13 2064/17 2064/20
2064/24 2064/22 2065/8 2068/17
2083/14 2083/20 2083/21 2108/8
2108/11 2108/14 2108/15 2111/1

2111/5 2111/7 2111/17 2111/19
2113/17 2122/2
tourist [1]  2050/20
tourists [1]  2119/25
Toyota [1]  2088/3
track [2]  2014/6 2087/11
traded [1]  2006/24
trained [1]  1996/18
training [9]  1995/13 1995/15 1996/11
1996/16 1996/20 2038/10 2041/7
2042/5 2065/19
transactions [5]  1993/17 1994/14
1994/17 1997/2 1997/11
transcript [5]  1982/18 1987/21 1989/17
2092/24 2127/13
transcription [1]  1985/6
translate [1]  2120/15
TRANSOCEAN [3]  1982/13 1982/14
1982/15
transportation [1]  2102/2
travel [6]  2045/9 2049/8 2049/14
2049/18 2049/24 2112/15
treasury [3]  2005/5 2007/23 2100/1
trend [35]  2007/17 2074/24 2074/25
2075/5 2075/6 2075/14 2075/22
2075/24 2075/25 2076/5 2076/11
2076/16 2076/17 2076/23 2077/2
2077/3 2077/4 2077/4 2077/7 2077/12
2077/15 2077/17 2077/24 2077/25
2078/12 2078/15 2079/2 2079/14
2079/18 2079/20 2079/22 2079/24
2080/1 2080/12 2117/5
trends [2]  2030/3 2033/25
TREX [12]  1999/8 2005/12 2005/17
2008/23 2020/9 2029/4 2032/24
2099/12 2102/10 2108/24 2113/25
2122/20
TREX-12303-A.000044 [1]  2020/9
TREX-13067 [1]  2032/24
TREX-13067.41 [1]  2113/25
TREX-13067.54 [1]  2099/12
TREX-13070 [1]  2108/24
TREX-13071.1.1 [1]  2029/4
TREX-13214 [1]  1999/8
TREX-13215.23.1 [1]  2008/23
TREX-230525 [1]  2102/10
TREX-240672.1 [1]  2005/12
TREX-240672.34.1 [1]  2005/17
trial [6]  1982/18 1987/17 1989/3
2045/20 2126/19 2127/4
tricky [1]  2077/10
tried [5]  2015/14 2038/25 2040/18
2041/20 2089/24
tries [1]  1995/10
TRITON [1]  1982/13
trivialize [1]  2103/18
trouble [1]  2074/3
trucking [1]  2028/18
true [14]  2016/14 2022/15 2049/16
2076/2 2081/11 2081/12 2081/13
2085/12 2098/9 2098/19 2099/1
2103/12 2109/16 2127/12
try [10]  1995/14 1995/23 1996/3 1997/2
2000/21 2015/18 2076/23 2076/25
2089/25 2106/16
trying [10]  2014/6 2031/2 2031/3 2051/6
2071/4 2077/10 2099/6 2103/18
2103/22 2126/17
Tuck [1]  1996/15
Tuesday [1]  2124/25
tuna [2]  2118/16 2118/17
turn [7]  1991/14 2000/6 2010/9 2033/7

## T

turn... [3]  2037/6 2092/16 2092/23
turns [10]  2028/2 2030/10 2039/7
2053/23 2055/1 2070/10 2076/12
2079/7 2091/19 2123/19
Tusa [4]  1985/1 2127/10 2127/17
2127/17
twelfth [1]  2086/20
twice [1]  2091/20
two [40]  1992/12 2004/2 2012/15
2024/16 2026/16 2028/3
2028/20 2030/13 2031/14 2033/23
2034/11 2034/18 2042/9 2042/10
2049/4 2049/6 2049/17 2056/16 2060/1
2060/23 2061/1 2070/10 2086/17
2086/18 2087/13 2103/14 2103/14
2103/20 2103/24 2108/7 2108/11
2109/12 2109/12 2110/21 2113/9
2123/6 2123/16 2124/8 2125/10
two-thirds [1]  2103/14 2103/14 2103/20
2103/24
type [4]  1993/5 1995/19 2000/13
2104/20
types [8]  1993/14 1994/10 1994/15
1995/20 1996/24 2007/25 2012/3
2102/2
typical [8]  1992/3 1992/8 1999/25
2000/1 2000/5 2011/18 2017/7 2017/14
typically [2]  2002/7 2029/23

## U

U.S [3]  1983/4 1983/14 2067/15
ugly [1]  1994/18
Uh [1]  2014/8
Uh-huh [1]  2014/8
ultimately [1]  2082/17
uncommon [2]  2018/9 2018/19
under [7]  2000/8 2000/23 2007/20
2020/14 2022/12 2110/7 2124/4
undergraduate [1]  1992/24
understand [12]  1991/25 1995/23
2000/11 2001/3 2001/13 2014/12
2067/4 2068/4 2072/16 2079/13 2106/9
2113/5
understanding [17]  2007/24 2011/8
2014/19 2014/25 2015/4 2015/5
2015/23 2016/1 2017/17 2022/5
2064/25 2072/6 2072/23 2103/9
2106/23 2126/24 2127/13
understood [1]  2018/8
undertake [1]  2058/16
UNDERWRITING [1]  1982/15
undesirable [4]  2010/11 2010/15 2011/9
2012/4
Unified [1]  2046/4
unimportant [2]  2095/4 2095/6
Unit [1]  2014/24
UNITED [31]  1982/1 1982/8 1982/19
1983/3 1987/7 1987/10 1987/14
1988/24 1991/25 1997/4 1997/6
1997/13 1997/14 1998/2 1999/4
1999/24 2000/8 2000/11 2003/11
2009/18 2009/18 2028/16 2043/25
2044/3 2049/23 2060/9 2091/3 2097/12
2105/2 2126/1 2127/11
United States [25]  1987/7 1987/10
1987/14 1988/24 1991/25 1997/4
1997/6 1997/13 1997/14 1998/2
1999/24 2000/8 2000/11 2003/11
2009/18 2009/18 2028/16 2043/25
2044/3 2049/23 2060/9 2091/3 2097/12
2105/2 2126/1

United States' [1]  1999/4
Units [2]  2009/23 2009/24
university [4]  1992/23 1994/20 2025/14
2025/15
unless [1]  2115/19
unlike [1]  2052/12 2079/14
unqualified [2]  2110/12
until [4]  2025/21 2125/20 2126/12
2127/4
unusual [2]  2000/12 2005/9
up [131]  1991/20 1993/20 1993/22
1999/7 1999/15 2001/7 2001/7 2001/16
2001/23 2005/11 2006/1 2006/15
2007/12 2008/22 2011/19 2012/10
2012/13 2013/18 2013/24 2014/21
2020/9 2025/7 2025/18 2025/21 2028/1
2028/4 2029/3 2032/18 2034/16
2037/15 2038/21 2039/19 2039/24
2040/15 2040/16 2041/16 2043/2
2043/14 2043/15 2043/15 2043/16
2044/20 2045/19 2045/20 2046/1
2047/2 2047/22 2048/9 2048/9 2051/3
2051/9 2052/17 2053/5 2053/13 2055/8
2057/5 2058/12 2059/6 2060/11
2061/18 2062/16 2063/11 2063/22
2064/10 2065/11 2066/5 2067/12
2067/22 2069/13 2070/14 2070/22
2071/9 2071/10 2075/1 2075/11
2075/13 2077/24 2079/20 2080/25
2081/4 2081/18 2082/2 2082/5 2082/6
2082/18 2084/10 2085/3 2086/1
2086/25 2087/12 2087/20 2088/17
2089/19 2090/7 2091/14 2092/22
2093/9 2095/20 2096/9 2098/6 2099/12
2102/2 2102/7 2102/10 2102/17
2102/22 2103/2 2104/22 2105/4 2106/7
2106/9 2106/10 2106/13 2107/1
2107/11 2108/21 2112/23 2112/24
2112/24 2113/25 2114/6 2114/15
2115/21 2117/16 2120/11 2121/7
2123/14 2124/6 2124/7 2124/9 2125/23
upon [3]  2019/18 2027/9 2050/4
upward [1]  2079/14
us [30]  1991/10 2024/9 2025/12
2026/14 2028/15 2030/4 2033/8
2034/22 2037/8 2038/25 2043/4 2044/8
2044/13 2051/6 2059/2 2062/23
2071/12 2073/22 2085/7 2085/19
2089/15 2089/17 2092/1 2092/2 2092/3
2093/12 2095/23 2118/13 2122/23
2123/1
use [14]  1995/17 2031/17 2031/17
2033/22 2044/16 2044/18 2049/13
2075/23 2095/7 2103/17 2105/23
2111/17 2111/18 2119/10
used [23]  1987/18 1987/19 1989/25
1990/5 1990/8 1990/13 2008/3 2020/16
2031/23 2033/20 2033/23 2033/24
2049/20 2050/6 2063/25 2087/19
2099/4 2102/13 2116/2 2116/13 2119/3
2119/5 2119/10
useful [1]  2094/12
uses [1]  2007/23
using [11]  1985/5 1991/22 2012/12
2073/6 2074/22 2076/8 2076/9 2103/17
2105/25 2105/25 2119/16
usual [1]  2025/18
Uyl [1]  2124/18

## V

validate [1]  2064/2
validated [1]  2065/2
valuable [1]  2010/21

value [3]  2044/24 2081/2 2081/7
values [2]  2081/18 2081/23
variances [1]  2076/18
variation [1]  2077/14
varied [1]  2035/3
variety [2]  1994/7 1996/2
various [1]  2037/4
veil [3]  1998/3 2009/19 2009/24
vendor [4]  2093/23 2093/25 2104/14
2104/25
vendors [4]  2093/5 2093/16 2093/20
2104/3
vendors' [1]  2096/24
venture [3]  2004/3 2004/4 2004/5
ventures [1]  2004/20
verbatim [1]  2091/19
verify [2]  2020/8 2116/23
Vermillion [2]  2049/6 2049/11
versus [3]  2005/20 2016/25 2092/12
vertical [2]  2051/17 2054/10
very [68]  1987/15 1989/20 1995/8
2000/19 2000/22 2001/8 2001/11
2007/13 2027/11 2033/24 2034/2
2035/10 2035/14 2035/22 2035/23
2036/1 2036/2 2036/20 2037/2 2040/22
2040/22 2042/23 2042/24 2045/23
2047/24 2048/10 2052/6 2052/10
2052/10 2052/11 2054/20 2055/3
2055/12 2057/13 2057/20 2058/5
2058/6 2059/20 2060/6 2060/17 2062/3
2062/4 2062/7 2063/4 2063/5 2067/16
2073/4 2077/8 2079/16 2079/21 2080/8
2083/17 2083/21 2087/6 2088/6
2092/16 2093/21 2095/7 2095/17
2097/25 2098/3 2098/3 2104/6 2104/9
2105/3 2110/9 2116/16 2120/24
vessel [4]  2123/4 2123/4 2123/6
2123/17
Vessels [2]  2037/24 2070/19
video [4]  2022/25 2023/15 2023/17
2125/16
videotape [2]  2022/24 2023/18
view [3]  1995/25 2064/8 2083/7
viewed [1]  2011/24
views [1]  2067/16
virtually [3]  2052/10 2094/16 2094/22
Visitors [1]  2111/22
Visually [1]  2079/23
vocal [1]  2110/9
VOIR [2]  1991/7 2024/5
volume [1]  2073/17
volumes [1]  2080/21
voluntarily [1]  2122/2
VoO [11]  2037/23 2070/23 2070/24
2071/3 2071/16 2071/21 2082/11
2082/16 2083/23 2122/4 2122/8
vowels [1]  2012/13

## W

W-2 [2]  2008/14
wage [4]  2091/18 2091/21 2092/20
2094/21
Wait [1]  2058/11
walk [6]  1999/22 2001/25 2025/3
2025/12 2062/13 2062/23
Walmart [1]  2095/2
want [20]  2008/22 2009/21 2021/3
2023/5 2032/16 2041/14 2041/15
2045/4 2049/19 2072/14 2090/11
2090/20 2091/7 2092/23 2095/9 2098/3
2098/4 2101/22 2104/5 2124/21
wanted [2]  2039/25 2070/19
wanting [1]  2092/13

wants [1] 2044/15
was [257]
Washington [4] 1983/13 1983/17
1984/11 1984/20
wasn't [7] 2041/22 2052/8 2072/5
2104/20 2106/3 2114/8 2114/25
waste [1] 2008/6
watch [2] 2084/21 2125/17
watched [1] 2059/25
water [3] 2020/15 2022/12 2060/4
waters [1] 2098/3
waves [1] 2080/2
way [43] 1994/25 1995/24 1998/11
2001/1 2001/7 2003/8 2007/9 2009/14
2012/8 2013/20 2017/19 2022/2
2025/18 2025/21 2029/15 2031/10
2035/23 2047/16 2049/13 2049/16
2054/21 2064/24 2070/15 2071/4
2071/6 2072/2 2072/2 2074/18 2078/11
2078/12 2079/24 2080/10 2084/21
2084/21 2092/2 2102/16 2105/25
2108/9 2109/17 2110/8 2110/10 2120/9
2126/4
ways [4] 1996/10 2006/3 2070/22
2071/1
we [222]
we're [1] 2119/14
we've [2] 1998/3 2095/22
week [8] 2033/21 2036/3 2048/24
2058/7 2070/5 2088/9 2093/22 2094/8
weekend [1] 2127/5
well [103] 1987/15 1988/10 1988/13
1989/20 1992/8 1994/1 1998/11 2000/4
2000/17 2001/13 2002/18 2004/14
2004/18 2005/1 2010/19 2011/3
2011/11 2011/12 2011/12 2011/14
2011/15 2017/12 2018/5 2018/18
2019/5 2019/10 2019/19 2020/25
2021/14 2023/2 2025/13 2026/15
2027/4 2027/19 2028/6 2028/20 2029/7
2029/17 2029/21 2029/23 2030/17
2031/14 2033/10 2036/19 2037/11
2037/18 2039/1 2040/19 2043/6
2043/24 2044/11 2044/12 2044/17
2045/9 2047/6 2047/9 2048/9 2048/19
2050/17 2051/15 2053/20 2055/1
2057/12 2058/10 2058/19 2058/20
2059/17 2062/4 2065/20 2066/14
2067/18 2069/18 2070/17 2071/6
2071/14 2074/11 2074/15 2075/16
2077/16 2082/13 2083/12 2085/12
2085/21 2091/18 2094/2 2097/20
2098/9 2100/19 2101/14 2103/24
2104/25 2105/12 2106/17 2108/5
2109/16 2110/6 2111/4 2112/25 2113/9
2117/7 2124/3 2126/17 2127/4
well-capitalized [7] 2011/12 2011/14
2011/15 2019/5 2019/10 2019/19
2020/25
went [15] 1992/24 1993/3 1993/12
2033/8 2038/2 2046/11 2047/22 2056/4
2057/14 2071/4 2085/10 2110/14
2110/15 2124/9 2124/9
were [83] 1987/18 1987/19 1991/18
1991/23 1993/9 1993/24 1999/3
2003/20 2018/17 2021/15 2024/13
2024/19 2025/1 2026/6 2033/12
2033/14 2035/7 2036/9 2043/17
2044/14 2045/15 2045/21 2045/21
2049/1 2050/1 2054/24 2054/25 2055/7
2055/8 2056/24 2058/7 2062/9 2062/25

2063/16 2063/18 2064/18 2066/5
2066/6 2066/21 2066/23 2067/12
2067/20 2069/9 2069/19 2070/1
2070/20 2072/2 2073/6 2073/8 2074/7
2074/10 2074/14 2074/17 2074/24
2075/10 2083/13 2083/14 2083/14
2083/15 2083/16 2083/18 2088/9
2096/15 2097/24 2098/13 2099/2
2099/8 2103/4 2107/2 2109/12 2109/13
2110/12 2110/22 2112/21 2113/7
2113/13 2113/19 2116/20 2118/2
2118/5 2118/16 2121/3 2121/22
weren't [2] 2055/9 2120/1
west [2] 2049/5 2049/5
what [259]
what's [24] 1997/2 1998/9 2003/5
2004/11 2004/15 2021/19 2028/22
2030/6 2030/7 2031/6 2036/17 2044/15
2045/13 2060/8 2070/15 2079/2
2079/13 2111/7 2111/10 2111/11
2111/18 2111/19 2112/7 2123/6
whatever [3] 1997/19 2089/9 2089/12
when [52] 1992/6 1992/7 1992/7 1992/8
1998/12 2023/8 2027/14 2027/18
2030/24 2031/4 2033/25 2041/12
2041/13 2043/16 2044/15 2045/4
2045/14 2051/15 2052/5 2052/7
2055/11 2057/21 2058/2 2058/7 2059/9
2061/2 2066/5 2067/23 2074/12
2075/18 2077/10 2078/10 2079/19
2080/7 2081/21 2086/8 2087/3 2091/11
2091/16 2091/18 2091/25 2092/16
2095/22 2107/23 2108/5 2108/10
2111/4 2114/16 2119/7 2119/19
2119/19 2123/13
where [35] 1989/14 1991/10 1991/12
1993/12 2010/10 2010/12 2011/2
2011/17 2013/15 2018/19 2020/22
2020/23 2020/24 2022/6 2024/9
2041/15 2046/5 2051/7 2052/12
2056/24 2068/23 2074/14 2074/17
2075/3 2075/7 2075/20 2089/3 2092/12
2097/22 2120/8 2120/9 2121/3 2122/6
2122/23 2124/15
whereas [1] 2054/14
whether [26] 1997/23 1997/25 1997/25
2017/6 2017/13 2018/16 2019/8
2019/18 2021/5 2045/18 2045/22
2048/16 2054/23 2065/10 2070/5
2073/2 2074/24 2075/7 2076/9 2082/10
2091/2 2093/24 2094/12 2118/13
2122/7 2124/1
which [40] 2010/11 2020/15 2021/21
2022/3 2030/5 2037/21 2039/7 2039/7
2039/19 2039/21 2044/7 2051/20
2056/25 2059/20 2060/14 2069/2
2073/6 2074/2 2074/3 2074/20 2079/15
2079/21 2081/14 2086/17 2086/19
2087/23 2088/17 2101/14 2104/17
2108/8 2111/23 2112/3 2112/5 2112/20
2113/17 2119/8 2123/5 2123/9 2123/11
2123/15
while [2] 2026/4 2058/10
Whiteley [1] 1983/20
who [20] 1996/5 1996/8 2002/13
2002/23 2009/3 2016/4 2029/11
2029/15 2039/3 2039/12 2039/15
2043/23 2048/25 2054/25 2063/16
2065/6 2070/20 2079/6 2111/16 2116/6
whole [8] 1997/15 2030/4 2055/5 2055/5
2055/11 2055/20 2058/3 2072/8
wholly [10] 1999/25 2001/14 2001/20
2002/2 2003/1 2003/4 2008/20 2012/8

2017/7 2017/14
whose [2] 2009/3 2009/7
why [17] 2000/18 2001/6 2002/4
2003/22 2008/3 2012/6 2015/16
2017/17 2031/9 2039/25 2049/2 2050/1
2057/5 2059/23 2119/9 2119/11
2122/23
wide [3] 2079/16 2079/19 2079/21
will [76] 1987/10 1987/20 1988/13
1988/16 1989/7 1989/17 1989/18
1998/11 1998/17 2000/19 2002/4
2003/21 2004/3 2004/4 2004/4 2004/5
2004/23 2007/6 2010/7 2010/22
2011/13 2017/23 2018/6 2018/8
2018/14 2019/4 2019/9 2019/14
2019/18 2021/2 2022/6 2022/24 2023/1
2023/6 2028/13 2031/5 2031/6 2034/23
2035/1 2035/8 2037/3 2037/23 2045/4
2048/2 2048/9 2051/19 2068/16
2070/14 2072/3 2074/3 2075/24
2078/9 2078/11 2081/5 2081/8 2082/17
2092/1 2092/1 2092/2 2092/2 2094/17
2094/19 2094/22 2097/5 2098/16
2112/4 2115/21 2124/23 2124/25
2125/17 2125/20 2125/22 2126/11
2126/12 2126/14 2127/4
willful [1] 2020/18
winners [1] 2083/3
wish [1] 1989/6
within [7] 1989/13 2027/4 2079/21
2093/25 2098/24 2104/12 2117/12
without [7] 1990/3 1990/7 1990/11
1990/15 2028/10 2032/9 2091/5
witness [11] 1991/15 1996/21 1997/5
2016/8 2018/7 2020/22 2022/23
2067/15 2097/3 2109/24 2125/10
witness' [1] 1997/15
witnesses [8] 2003/12 2008/13 2036/3
2061/9 2083/2 2125/4 2125/5 2125/14
wood [1] 2087/20
woods [1] 2088/5
word [7] 1993/22 2021/9 2021/11
2021/13 2088/21 2103/18 2117/14
words [5] 2030/15 2034/6 2036/18
2038/16 2058/13
work [40] 1991/24 1993/3 1993/5
1993/12 1996/5 2009/4 2025/18
2026/17 2026/25 2027/1 2027/2 2027/3
2027/14 2027/25 2028/6 2029/15
2029/19 2029/19 2033/7 2034/6
2034/20 2039/3 2039/12 2042/14
2061/8 2084/18 2084/19 2084/19
2087/19 2093/19 2093/20 2105/12
2105/15 2116/6 2116/7 2116/8 2116/9
2116/10 2117/3 2117/8
worked [3] 2016/4 2025/20 2046/5
worker [1] 2073/1
workers [18] 2038/3 2039/6 2046/13
2047/25 2048/4 2048/21 2054/25
2055/7 2056/2 2056/4 2056/17 2063/3
2063/22 2087/15 2087/22 2088/1
2088/2 2120/2
working [1] 2045/21
works [7] 2039/17 2054/13 2076/24
2087/17 2087/18 2087/18 2102/16
world [1] 2086/20
worry [1] 2004/7
worse [1] 2054/15
worst [3] 2054/10 2057/25 2066/20
worthwhile [1] 2061/16
would [80] 1988/23 1989/25 1990/4
1990/21 1992/10 1992/13 1997/9

# W

would... [73] 1998/8 1998/16 2005/2
2008/6 2010/24 2011/9 2012/3 2012/10
2012/10 2012/14 2012/17 2017/12
2017/12 2017/21 2024/8 2024/20
2029/18 2032/3 2041/9 2047/20 2050/3
2050/5 2056/19 2058/21 2068/10
2072/1 2075/4 2075/7 2076/14 2077/7
2077/20 2078/22 2078/25 2078/25
2079/5 2079/5 2079/17 2082/4 2086/12
2092/11 2097/2 2097/15 2097/18
2098/17 2099/6 2103/12 2103/13
2104/22 2104/24 2105/15 2106/12
2106/13 2106/17 2106/17 2108/21
2109/20 2109/21 2110/5 2110/7 2110/7
2111/4 2111/9 2113/25 2117/1 2117/17
2120/3 2120/3 2121/19 2124/22
2126/15 2126/20 2126/21 2126/24
wouldn't [3] 2013/5 2020/4 2105/5
wrap [1] 2096/9
write [2] 2009/2 2109/3
writing [3] 2106/15 2109/9 2109/9
writings [1] 2067/8
written [3] 2032/14 2032/15 2066/9
wrong [6] 2000/22 2000/25 2001/3
2005/3 2016/9 2092/21
wrote [4] 2093/1 2108/5 2108/5 2120/21
Wyoming [1] 2048/25

# Y

Yale [3] 1992/24 1993/2 1994/1
yeah [20] 1993/16 1994/25 1996/7
1997/7 2005/9 2007/15 2007/20
2009/14 2014/7 2018/4 2018/11 2020/7
2053/20 2054/17 2056/13 2067/18
2073/3 2103/7 2108/15 2115/17
year [45] 1993/1 1996/18 2040/4 2041/2
2043/5 2047/12 2047/15 2047/18
2048/13 2048/13 2051/23 2052/13
2052/21 2052/25 2053/3 2053/3 2053/6
2053/7 2054/22 2058/2 2058/11
2058/11 2058/15 2058/15 2061/24
2062/4 2066/20 2068/19 2069/10
2076/18 2076/18 2085/23 2086/23
2089/23 2090/12 2090/12 2090/13
2090/16 2090/21 2090/22 2092/11
2092/13 2092/21 2093/15 2123/3
year-over-year [5] 2048/13 2053/3
2058/11 2058/15 2076/18
years [24] 1993/10 1993/13 1993/24
1994/8 2027/9 2028/6 2029/18 2030/13
2030/18 2040/7 2041/17 2048/14
2060/1 2060/23 2060/24 2061/13
2066/3 2077/23 2086/6 2090/18 2100/8
2106/2 2106/14 2114/6
yellow [1] 2102/16
yellowfin [1] 2118/16
Yep [1] 2001/15
yes [90] 1987/13 1988/18 1991/16
1991/19 1992/17 1992/22 1993/20
1994/9 1996/23 1998/23 1999/1 1999/6
1999/12 1999/19 1999/21 2001/18
2001/22 2003/16 2005/16 2006/12
2006/14 2008/2 2008/17 2009/1 2011/7
2011/25 2012/5 2014/12 2015/7
2015/10 2017/4 2020/10 2021/7 2025/6
2030/9 2036/14 2038/13 2041/1 2049/3
2050/19 2052/19 2052/25 2053/21
2053/22 2055/14 2057/4 2060/25
2061/17 2062/6 2065/1 2068/3 2072/9
2072/12 2077/22 2082/6 2083/5 2084/9
2084/9 2089/12 2090/19 2090/22

2096/8 2096/13 2096/22 2097/1
2100/6 2100/14 2100/22 2100/24
2101/15 2102/15 2102/15 2102/21
2103/12 2104/17 2107/8 2110/4
2113/16 2113/20 2115/7 2115/8
2117/22 2118/1 2118/4 2118/4 2118/7
2121/6 2124/3 2124/19 2125/8
yesterday [1] 2085/13
yet [1] 2072/21
you [791]
you'd [2] 2008/7 2011/14
you'll [2] 2018/13 2077/2
you're [9] 2017/24 2034/2 2043/4
2044/6 2061/25 2071/12 2090/19
2103/8 2125/1
you've [3] 1991/3 1994/7 2058/19
Young [1] 1992/23
your [238]
Your Honor [70] 1987/13 1988/4 1988/6
1988/23 1989/15 1989/16 1990/17
1990/20 1997/9 1997/12 1998/2
1998/14 1998/15 2000/15 2001/8
2009/25 2010/5 2012/20 2013/7
2015/12 2015/19 2016/6 2018/1
2018/21 2018/23 2020/21 2021/4
2022/20 2022/22 2022/24 2032/3
2032/11 2044/18 2050/3 2054/12
2055/14 2057/16 2058/18 2059/8
2063/14 2066/15 2072/15 2077/18
2079/5 2079/9 2079/20 2081/15 2082/7
2082/14 2085/8 2089/1 2090/3 2090/22
2093/3 2094/15 2097/2 2110/2 2114/16
2116/14 2117/22 2118/8 2120/24
2124/4 2124/13 2125/5 2125/8 2125/13
2126/1 2126/3 2127/1
Your Honor's [1] 1997/16
yourself [4] 1991/9 2024/25 2027/9
2034/6

# Z

zero [1] 2121/17
ZEVENBERGEN [1] 1983/11