1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3    ****************************************************************

4

5    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
6    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
7
                          CIVIL ACTION NO. 10-MD-2179 "J"
8                         NEW ORLEANS, LOUISIANA
                          MONDAY, FEBRUARY 2, 2015, 9:30 A.M.
9

10   THIS DOCUMENT RELATES TO:
     #10-4536
11
     UNITED STATES OF AMERICA
12
     V.
13
     BP EXPLORATION &
14   PRODUCTION INC.,
     ANADARKO EXPLORATION &
15   PRODUCTION LP, ANADARKO
     PETROLEUM CORPORATION,
16   MOEX OFFSHORE 2007 LLC,
     TRITON ASSET LEASING GMBH,
17   TRANSOCEAN HOLDINGS LLC,
     TRANSOCEAN OFFSHORE
18   DEEPWATER DRILLING INC.,
     TRANSOCEAN DEEPWATER INC.,
19   AND QBE UNDERWRITING LTD.,
     LLOYD'S SYNDICATE 1036
20

21   ****************************************************************

22

23                    **DAY 8  MORNING SESSION**
                   TRANSCRIPT OF TRIAL PROCEEDINGS
24        HEARD BEFORE THE HONORABLE CARL J. BARBIER
                   UNITED STATES DISTRICT JUDGE
25


                       **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2

 3   FOR THE UNITED STATES
     OF AMERICA:            U.S. DEPARTMENT OF JUSTICE
 4                          ENVIRONMENT & NATURAL RESOURCES DIVISION
                            ENVIRONMENTAL ENFORCEMENT SECTION
 5                          BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                 STEVEN O'ROURKE, ESQUIRE
 6                               PATRICK CASEY, ESQUIRE
                                 NANCY FLICKINGER, ESQUIRE
 7                               ABIGAIL ANDRE, ESQUIRE
                                 RACHEL KING, ESQUIRE
 8                               RACHEL HANKEY, ESQUIRE
                                 A. NATHANIEL CHAKERES, ESQUIRE
 9                               BRANDON ROBERS, ESQUIRE
                                 ERICA PENCAK, ESQUIRE
10                               JUDY HARVEY, ESQUIRE
                                 RICHARD GLADSTEIN, ESQUIRE
11                               MICHAEL ZEVENBERGEN, ESQUIRE
                                 DANIELLE FIDLER, ESQUIRE
12                          POST OFFICE BOX 7611
                            WASHINGTON, DC  20044
13

14
                            U.S. DEPARTMENT OF JUSTICE
15                          TORTS BRANCH, CIVIL DIVISION
                            BY:  SHARON SHUTLER, ESQUIRE
16                               MALINDA LAWRENCE, ESQUIRE
                                 LAURA MAYBERRY, ESQUIRE
17                          POST OFFICE BOX 14271
                            WASHINGTON, DC  20004
18

19
     FOR THE STATE OF
20   LOUISIANA:             KANNER & WHITELEY
                            BY:  ALLAN KANNER, ESQUIRE
21                               DOUGLAS R. KRAUS, ESQUIRE
                                 SUSANNAH MCKINNEY, ESQUIRE
22                               CYNTHIA ST. AMANT, ESQUIRE
                            701 CAMP STREET
23                          NEW ORLEANS, LA  70130

24

25

                         OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP EXPLORATION AND
      PRODUCTION, INC.:        KIRKLAND & ELLIS
 4                             BY:  J. ANDREW LANGAN, ESQUIRE
                                    MATTHEW T. REGAN, ESQUIRE
 5                                  HARIKLIA KARIS, ESQUIRE
                                    MARK J. NOMELLINI, ESQUIRE
 6                                  A. KATRINE JAKOLA, ESQUIRE
                               300 N. LASALLE
 7                             CHICAGO, IL  60654

 8

 9                             KIRKLAND & ELLIS
                               BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
10                                  KIMBERLY BRANSCOME, ESQUIRE
                               655 FIFTEENTH STREET, N.W.
11                             WASHINGTON, DC  20005

12

13                             LISKOW & LEWIS
                               BY:  R. KEITH JARRETT, ESQUIRE
14                             ONE SHELL SQUARE
                               701 POYDRAS STREET
15                             SUITE 5000
                               NEW ORLEANS, LA 70139
16

17
      FOR ANADARKO
18    PETROLEUM
      CORPORATION:             MORGAN, LEWIS & BOCKIUS
19                             BY:  KY E. KIRBY, ESQUIRE
                                    THOMAS R. LOTTERMAN, ESQUIRE
20                             2020 K STREET, NW
                               WASHINGTON, DC  20006
21

22
                               MORGAN LEWIS & BOCKIUS
23                             BY:  JAMES J. DRAGNA, ESQUIRE
                               355 SOUTH GRAND AVENUE, SUITE 4400
24                             LOS ANGELES, CA  90071

25


                       OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA   70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

1                           **I N D E X**

2

3    EXAMINATIONS                                        PAGE

4

5    **DARRELL HOLLEK**.......................................2140

6    DIRECT EXAMINATION BY MS. KIRBY.....................2140

7    CROSS-EXAMINATION BY MS. HARVEY.....................2181

8    **KENNETH ARNOLD**......................................2193

9    DIRECT EXAMINATION BY MR. LOTTERMAN.................2194

10   LUNCHEON RECESS.....................................2236

11

12

13

14                         **E X H I B I T S**

15

16   DESCRIPTION                                         PAGE

17

18   THE SUPPLEMENT LIST OF EXHIBITS FOR DR. CHARLES      2134

19   MASON AND DR. FREDRIC QUIVIK WERE ADMITTED..........

20   THE LIST OF EXHIBITS FOR DR. ROBERT DAINES WERE      2135

21   ADMITTED............................................

22   THE LIST OF EXHIBITS FOR DR. DAMIAN SHEA AND         2135

23   DR. ELLIOTT TAYLOR WERE ADMITTED....................

24   THE LIST OF EXHIBITS FOR DR. ELLIOTT TAYLOR WERE     2136

25   ADMITTED............................................

                        **OFFICIAL TRANSCRIPT**

1  THE LIST OF EXHIBITS FOR DR. LOREN SCOTT WERE         2136

2  ADMITTED...............................................

3  THE LIST OF EXHIBITS FOR DR. JOHN TUNNELL WERE        2136

4  ADMITTED...............................................

5  THE LIST OF EXHIBITS FOR DR. DAMIAN SHEA WERE         2137

6  ADMITTED...............................................

7  THE LIST OF EXHIBITS FOR DR. ROBERT DAINES WERE       2137

8  ADMITTED...............................................

9  THE LIST OF EXHIBITS FOR MR. IAN RATNER WERE          2137

10  ADMITTED...............................................

11  ANADARKO'S DEPOSITION BUNDLES WERE ADMITTED.......... 2139

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 12:57:24 | 5 |
| 12:57:25 | 6 |
| 09:32:25 | 7 |
| 09:32:25 | 8 |
| 09:32:46 | 9 |
| 09:32:50 | 10 |

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, FEBRUARY 2, 2015

(COURT CALLED TO ORDER)

(IN OPEN COURT)

<br>

<br>

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  All right.  We're on Anadarko's case this morning.  Do we have any preliminary matters before that, before we begin?

MS. KARIS:  We do, Your Honor.  Good morning, Hariklia Karis for BPXP.  Your Honor, at this time we have some lists of exhibits that we would like to move into evidence.  First we have a supplement list for Mr. Mason and Quivik that we have shared with the United States, and we understand there is no objection to these.

MR. ROBERS:  That's right, Your Honor, no objection.

THE COURT:  Without objection, those are admitted.

(WHEREUPON, at this point in the proceedings, the supplement list of exhibits for Dr. Charles Mason and Dr. Fredric Quivik were admitted.)

MS. KARIS:  Thank you.

We also have the exhibits that were used with

09:33:26 1   Professor Daines.  Again, those have been shared and no

09:33:29 2   objection, as I understand it.

09:33:30 3        MR. ROBERS:  No objection, Your Honor.

09:33:32 4        THE COURT:  All right.  Those are admitted.

09:33:32 5        (WHEREUPON, at this point in the proceedings, the list

09:33:33 6   of exhibits for Dr. Robert Daines were admitted.)

09:33:33 7        MS. KARIS:  We also offer the exhibits that were used

09:33:36 8   with Dr. Shea and Dr. Taylor.

09:33:38 9        MR. ROBERS:  No objection to either of those lists,

09:33:40 10  Your Honor.

09:33:40 11       THE COURT:  Without objection, those are also admitted.

09:33:40 12       (WHEREUPON, at this point in the proceedings, the list

09:33:40 13  of exhibits for Dr. Damian Shea and Dr. Elliott Taylor were

09:33:42 14  admitted.)

09:33:42 15       MS. KARIS:  In addition, Your Honor, we are continuing

09:33:44 16  to work through the issues with respect to Mr. Morrison's

09:33:50 17  exhibits, and we will speak with the United States again during

09:33:53 18  lunch to try and make some additional progress on that front.

09:33:56 19       THE COURT:  All right.

09:33:58 20       MS. KARIS:  And then, lastly, we have provided the

09:34:00 21  United States with the transcripts for the video clips that we

09:34:04 22  showed last week of Ms. Iris Cross, Captain Hanzalik, and

09:34:13 23  Dr. Lubchenco, and they are looking at those.  And again, we're

09:34:16 24  going to try to resolve those over the lunch hour.

09:34:19 25       THE COURT:  Okay.  Very well.

**OFFICIAL TRANSCRIPT**

09:34:20 1          MS. KARIS:  Thank you.

09:34:21 2          THE COURT:  Thank you.

09:34:22 3          MR. ROBERS:  Your Honor, Brandon Robers for the

09:34:24 4  United States.  I also have a -- several lists of exhibits.

09:34:28 5  First are those associated with the exam of Dr. Elliott Taylor

09:34:32 6  we will offer into evidence.

09:34:34 7          THE COURT:  Any objection?

09:34:35 8          MS. KARIS:  No.

09:34:36 9          THE COURT:  Hearing none, those are admitted.

09:34:36 10         (WHEREUPON, at this point in the proceedings, the list

09:34:38 11 of exhibits for Dr. Elliott Taylor were admitted.)

09:34:38 12         MR. ROBERS:  Next I have the list associated with

09:34:41 13 Dr. Loren Scott.

09:34:42 14         THE COURT:  Any objection?

09:34:43 15         MS. KARIS:  No objection.

09:34:43 16         THE COURT:  Those are admitted.

09:34:43 17         (WHEREUPON, at this point in the proceedings, the list

09:34:46 18 of exhibits for Dr. Loren Scott were admitted.)

09:34:46 19         MR. ROBERS:  Next I have a list associated with

09:34:47 20 Dr. John Tunnell.

09:34:48 21         THE COURT:  Any objection?

09:34:49 22         MS. KARIS:  No objection.

09:34:50 23         THE COURT:  Those are admitted.

09:34:50 24         (WHEREUPON, at this point in the proceedings, the list

09:34:52 25 of exhibits for Dr. John Tunnell were admitted.)

**OFFICIAL TRANSCRIPT**

09:34:52 1      MR. ROBERS:  I have a list associated with Dr. Damian

09:34:55 2  Shea.

09:34:56 3      THE COURT:  Any objection?

09:34:56 4      MS. KARIS:  No objection.

09:34:58 5      THE COURT:  Those are admitted.

09:34:58 6      (WHEREUPON, at this point in the proceedings, the list

09:34:58 7  of exhibits for Dr. Damian Shea were admitted.)

09:34:58 8      MR. ROBERS:  Next I have a list associated with

09:35:01 9  Dr. Robert Daines.

09:35:02 10      THE COURT:  No objection?

09:35:04 11      MS. KARIS:  No objection.

09:35:04 12      THE COURT:  Okay, those are admitted.

09:35:04 13      (WHEREUPON, at this point in the proceedings, the list

09:35:04 14  of exhibits for Dr. Robert Daines were admitted.)

09:35:06 15      MR. ROBERS:  One more, Your Honor.  I have a list

09:35:08 16  associated with Mr. Ian Ratner.

09:35:11 17      MS. KARIS:  No objection.

09:35:12 18      THE COURT:  Those are admitted.

09:35:12 19      (WHEREUPON, at this point in the proceedings, the list

09:35:16 20  of exhibits for Mr. Ian Ratner were admitted.)

09:35:16 21      MR. ROBERS:  Your Honor, we also have a list of

09:35:19 22  deposition transcripts and some documents associated with

09:35:22 23  Mr. Morris that we will address after lunch today.

09:35:25 24      THE COURT:  Okay.  Good.

09:35:28 25      MR. BROCK:  Good morning, Your Honor, Mike Brock for

**OFFICIAL TRANSCRIPT**

09:35:32 1    BP.

09:35:33 2           THE COURT:  Good morning.

09:35:34 3           MR. BROCK:  Your Honor, I am prepared and ready to

09:35:37 4    discuss a couple of items with regard to our progress on the

09:35:43 5    witness issue that we discussed at the end of last week, and

09:35:46 6    can do it at the Court's convenience today.  I think it will

09:35:48 7    take a few minutes, so I know you want to get the evidence in

09:35:51 8    today, if you would like to do it a little bit later today.

09:35:53 9           THE COURT:  All right.  We'll either do it during a

09:35:55 10   recess or during the lunch recess.  We'll talk about it.  Just

09:36:00 11   remind me.

09:36:01 12          MR. BROCK:  Will do.

09:36:02 13          THE COURT:  Okay, good.  Thank you.

09:36:05 14          MS. HIMMELHOCH:  Your Honor, any chance we could get a

09:36:07 15   preview before we discuss it in front of you?

09:36:10 16          MR. BROCK:  My preview is a plan for what might work.

09:36:18 17   I don't have an answer yet, but I'm happy to share with the DOJ

09:36:22 18   at a break what that plan is.

09:36:23 19          THE COURT:  Why don't you share that with them sometime

09:36:25 20   this morning, and we'll plan -- maybe we can squeeze in a few

09:36:31 21   minutes either right when we break for lunch or right when we

09:36:34 22   come back from lunch.

09:36:35 23          MR. BROCK:  Okay, that's fine.

09:36:36 24          MS. HIMMELHOCH:  Thank you.

09:36:37 25          THE COURT:  Okay.

**OFFICIAL TRANSCRIPT**

09:36:38  1          MR. HASTINGS:  Good morning, Your Honor.  Doug Hastings
09:36:40  2   for Anadarko.
09:36:40  3          THE COURT:  Good morning.
09:36:41  4          MR. HASTINGS:  I would like to move in Anadarko's
09:36:43  5   deposition bundles for the penalty phase.
09:36:46  6          THE COURT:  Has everybody seen those?  Any objection
09:36:49  7   from the government?
09:36:49  8          Mr. ROBERS:  I'm sorry?
09:36:49  9          THE COURT:  Anadarko's deposition bundles?
09:36:52 10          MR. ROBERS:  That's all right, Your Honor.  No
09:36:55 11   objection.
09:36:55 12          THE COURT:  No objection from the government.  Those
09:36:56 13   are admitted.
09:36:56 14          (WHEREUPON, at this point in the proceedings,
09:36:56 15   Anadarko's deposition bundles were admitted.)
09:37:01 16          MR. HASTINGS:  Thank you, Your Honor.
09:37:02 17          THE COURT:  Sure.
09:37:03 18              Ms. Kirby, you're up.
09:37:04 19          MS. KIRBY:  Your Honor -- let me just remember to get
09:37:08 20   my microphone on -- Anadarko calls as its first witness
09:37:13 21   Darrell Hollek.
09:37:13 22          THE COURT:  Darrell Hollek.  Okay.
09:37:20 23              By the way, I think everyone got the times as of
09:37:22 24   last week, right, from Ben?  Ben e-mailed everyone.  I'll go
09:37:26 25   ahead and announce it anyway.

**OFFICIAL TRANSCRIPT**

09:37:27 1        After last week, the United States have used

09:37:33 2   19 hours 29 minutes, and BP/Anadarko have used 29 hours

09:37:40 3   36 minutes.

09:37:41 4        THE DEPUTY CLERK:  Would you please raise your right

5   hand.  Do you solemnly swear that the testimony which you are

6   about to give will be the truth, the whole truth and nothing

7   but the truth, so help you God?

8        THE WITNESS:  I do.

9                    **DARRELL HOLLEK**

10   was called as a witness and, after being first duly sworn by

11    the Clerk, was examined and testified on his oath as follows:

12        THE DEPUTY CLERK:  Please state and spell your name for

13   the record.

09:37:59 14        THE WITNESS:  My name is Darrell Hollek.

09:38:03 15   D-A-R-R-E-L-L, H-O-L-L-E-K.

09:38:03 16                    DIRECT EXAMINATION

09:38:07 17   BY MS. KIRBY:

09:38:07 18   Q.   Good morning, Mr. Hollek.  You know me, I'm Ky Kirby, and

09:38:11 19   I have you on direct for Anadarko.

09:38:13 20        Let's begin by telling us who your employer is.

09:38:16 21   A.   That would be Anadarko Petroleum Corporation.

09:38:18 22   Q.   And your position with Anadarko?

09:38:20 23   A.   I'm the senior vice-president of Deepwater Americas.

09:38:25 24   Q.   And what are your responsibilities with Anadarko?

09:38:28 25   A.   Under my purview I have all the operating arms and the

**OFFICIAL TRANSCRIPT**

09:38:32 1   management of all the assets in the Gulf of Mexico and in

09:38:36 2   Brazil and Alaska.

09:38:37 3   Q.   Let's bring out D-38030.

09:38:43 4        Mr. Hollek, does this demonstrative up here on the

09:38:46 5   screen accurately depict your background in the oil and gas

09:38:50 6   industry?

09:38:50 7   A.   It does.  If you look, I actually started my career in

09:38:55 8   January of 1980 down in Morgan City.  At that point, I spent a

09:39:00 9   lot of time as typically, you know, in your reservoir drilling

09:39:04 10  and production engineering assignments.  As you can see, I

09:39:07 11  moved around quite a bit over time with increasing

09:39:10 12  responsibility and up to 2006 when I was actually

09:39:15 13  vice-president of Exploration & Production for the

09:39:17 14  Gulf of Mexico at Kerr-McGee.

09:39:19 15       At that time we actually were purchased by Anadarko

09:39:21 16  Petroleum.  And my initial assignment, when I went over to

09:39:26 17  Anadarko, I was actually vice-president of environmental health

09:39:31 18  and safety.  And the company had reorganized soon after that

09:39:35 19  and had asked me to go back into the role of vice-president of

09:39:39 20  Gulf of Mexico development and operations, and I did that job

09:39:46 21  up until 2012, at which time I became the senior vice-president

09:39:49 22  of deepwater operations and expanded my responsibilities into

09:39:53 23  both Brazil and Alaska, along with the Gulf of Mexico.

09:39:56 24  Q.   Thank you, Mr. Hollek.

09:39:58 25       Tell us a little bit about Anadarko's business,

OFFICIAL TRANSCRIPT

09:40:01 1    please.

09:40:01 2    A.    Anadarko is just a large independent.  And so by that I

09:40:05 3    mean, we're not in the refining and marketing or what people

09:40:10 4    construe as the downstream end of the business.  And we

09:40:13 5    strictly explore and then we develop and then produce oil and

09:40:17 6    gas, and at that point we sell to third parties.

09:40:21 7    Q.    And you don't sell to consumers?

09:40:23 8    A.    No, we do not.

09:40:25 9    Q.    How many people does Anadarko employ?

09:40:28 10   A.    We have just under 6,000 employees worldwide.

09:40:31 11   Q.    And let's bring up D-38031A, please.

09:40:39 12         Now, Mr. Hollek, what are we looking at here?

09:40:43 13   A.    Well, the locations that are denoted here represent your

09:40:49 14   onshore presence.  When you look at Port Fourchon, Houma,

09:40:53 15   Morgan City, Galveston, we have shore-based operations at those

09:40:57 16   locations, and so whether it be helicopter services and/or

09:41:01 17   where we load out our boats for offshore operations, they take

09:41:06 18   place in those locations.

09:41:07 19         The Woodlands, obviously, is where the company is

09:41:12 20   headquartered, and that's where our technical staff exists.

09:41:14 21         And in the case of Lake Charles, we do all of our

09:41:17 22   offshore training in Lake Charles, and we have some warehouse

09:41:20 23   operations there as well.

09:41:21 24   Q.    Let's bring up build 2 on this particular demonstrative.

09:41:25 25         What does the new information reflect here?

**OFFICIAL TRANSCRIPT**

09:41:29 1    A.    Well, as you look at offshore, there is a number of things

09:41:31 2    to point out.  You might see the small blue dots, if you can.

09:41:37 3    Those represent leaseholds that we actually have working

09:41:43 4    interest in, whether we operate or non-operate, but leases that

09:41:45 5    we actually have ownership in.

09:41:46 6              If you look at the orange dots specifically, those

09:41:50 7    are developments, actually fields that are online, that are

09:41:57 8    either operated or non-operated, of which we have interest in.

09:42:00 9              And then in the case of both the red lettering or the

09:42:04 10   red dots, those represent exploration discoveries, and we're

09:42:08 11   still in either the exploration and/or appraisal phase.

09:42:11 12   They're not moved into development yet.

09:42:13 13   Q.    Now, beyond operating facilities, how does Anadarko

09:42:16 14   provide work for people in the Gulf?

09:42:19 15   A.    Well, other than these facilities, if you look at us even

09:42:24 16   today, like we have six deepwater rigs, and when you look at

09:42:27 17   the rigs, we man those with about 250 individuals on each of

09:42:32 18   those rigs, so there's -- all those individuals obviously come

09:42:35 19   from the Gulf Coast area for the most part.

09:42:37 20             But probably a better example is our Lucius project.

09:42:43 21   You'll see it here.  Lucius is one of our producing facilities

09:42:46 22   today, but it just recently came on.  And it's our largest

09:42:49 23   production facility in the Gulf at 80,000 barrels a day.

09:42:52 24             And that project represents a lot of activity.  It

09:42:57 25   was actually -- the topsides were built in Ingleside.  That's

09:43:02  1    right next to Corpus Christi, along the Gulf Coast.  And so as

09:43:05  2    part of our regular business, when we look at our projects,

09:43:08  3    either Houma or Ingleside generally builds our topsides, and

09:43:12  4    that project in total made up ten and a half million man-hours

09:43:15  5    to build that project, over a three-, four-year period.

09:43:19  6            Two of the years were in Ingleside alone.  And then

09:43:22  7    when the topsides were installed, we went offshore with it, and

09:43:25  8    we spent nine months actually having to finish a little bit of

09:43:29  9    the construction phase and then the commissioning phase.  And

09:43:31 10    that was, again, over 500 people that were out there at that

09:43:34 11    point.

09:43:35 12            So a lot of man-hours go into a project like that.

09:43:40 13    And I'm not addressing the manpower that goes with the steel

09:43:46 14    that we buy for putting these projects together, the valves,

09:43:48 15    the vessels, the computers that go on these facilities.  All of

09:43:53 16    that is in addition to those ten and a half million man-hours

09:43:56 17    that I talked about that we do not capture, because we don't

09:43:59 18    actually have immediate supervision over a lot of those

09:44:02 19    activities.

09:44:02 20    Q.    All right.  Now, we have talked about how many employees

09:44:07 21    overall Anadarko has.  Are you familiar with how many employees

09:44:11 22    Anadarko has that just support its Gulf of Mexico operations?

09:44:17 23    A.    I am.  That's about 520 employees.

09:44:19 24    Q.    And does Anadarko also use contractors for support of

09:44:23 25    those operations?

**OFFICIAL TRANSCRIPT**

09:44:24 1   A.   Yes.  In addition to those contractors I described with

09:44:29 2   Lucius or our drilling rigs, we actually have what we call

09:44:33 3   *daily contractors*, and there is about 390 of those type

09:44:37 4   contractors that work for us.

09:44:37 5   Q.   Let's bring up D-38032.

09:44:41 6        Now, does this slide accurately reflect the number of

09:44:44 7   Anadarko employees and contractors that are supporting its

09:44:48 8   Gulf of Mexico operations?

09:44:48 9   A.   It does.  If you look at the employees, we have roughly

09:44:53 10  250 in the office, and that varies by a couple on people

09:44:58 11  retiring and new hires and the such.

09:45:00 12       And then 270 in our field operations, and these

09:45:04 13  individuals are all on our offshore facilities.  And there is

09:45:07 14  probably 20 or 30 of these that actually sort of manage our

09:45:12 15  shore bases and manage some of the contractors there.

09:45:14 16       What's not included in the 520 is really our back

09:45:17 17  office -- I refer to it as *back office* -- but our IT, our

09:45:22 18  accounting, our HR.  All of those are shared services, and so

09:45:27 19  they are not dedicated strictly to the Gulf of Mexico, so those

09:45:31 20  numbers aren't included in that 520.  But there is additional

09:45:34 21  support inside our Woodlands office for us.

09:45:37 22  Q.   Now, does Anadarko keep track of the hours that its

09:45:41 23  employees and its contractors work on its offshore facilities?

09:45:46 24  A.   Absolutely.

09:45:46 25  Q.   And do you receive those reports in the regular course of

**OFFICIAL TRANSCRIPT**

business?

A.    Yeah.  I received those reports often.  For sure monthly.
And then, obviously, quarterly and then annually I'll get those
as well, and for different reasons.

        Largely it's from a safety standpoint.  We end up
looking at all -- all of our hours, whether employee or
contractor hours offshore, and even in the office, because from
a safety standpoint we use those statistics to understand
whether we've got issues developing somewhere.  And so it gives
us a good indication of our business, and we actually have to
record those recordables from an incident standpoint for
OSHA -- from an OSHA perspective.  So we do capture all that.

        If you look at our drilling rigs and even our
projects, again, we capture all of our offshore stuff daily
actually, because from a safety standpoint and Coast Guard
Regulations, we actually have a limited number of people we can
have on board at any time because of the life raft situation
and the ability to escape.

        And so those numbers are recorded actually daily.
And to me they roll up monthly in reports that I get through
our environmental safety group.

Q.    Let's bring up D-38049.

        Now, on this particular demonstrative is a trial
exhibit, which is TREX-12934.  Can you tell us what this
document is.

09:47:15 1   A.   Yes.  This is a recording of all of our employee and

09:47:21 2   contractor hours that are being used offshore for offshore

09:47:26 3   operations only.  And so you can look at in 2010, we had just

09:47:31 4   under four and a half million man-hours, and you can see that's

09:47:36 5   predominantly on the contractor side.

09:47:37 6        If you look at 2014, it only goes up through

09:47:43 7   April 30th, so the first four months of the year.  And you can

09:47:45 8   see that we almost had an equivalent amount of man-hours at

09:47:50 9   that point, just in the first four months, as we did until

09:47:53 10  2010, which really just exemplified the amount of activity we

09:47:58 11  were doing at that point in '14 as we increased activities with

09:48:01 12  both rigs and projects.

09:48:03 13  Q.   Now, let's bring up D-38033A.

09:48:08 14       Now, what are we seeing here on this slide,

09:48:13 15  Mr. Hollek?

09:48:13 16  A.   On the left, it's just repeating the four and a half

09:48:16 17  million hours we just saw on the last page.  But below that we

09:48:19 18  turn that into equivalent full-time jobs.  And basically how we

09:48:25 19  do that is we take the man-hours divided by 173 hours per

09:48:31 20  month, and that's what OSHA dictates to turn that into a

09:48:34 21  full-time equivalent position, and then we divide it by the

09:48:37 22  12 months of the year to get a feel for the equivalent

09:48:40 23  positions that those hours represent.  And so in the case of

09:48:43 24  2010, that was just over 2100 people.

09:48:46 25       If you look at the right, again, I had indicated our

OFFICIAL TRANSCRIPT

09:48:50  1    man-hours for the first four months was 4.4 million man-hours,
09:48:55  2    and when you turn that into equivalent positions, it's just
09:48:58  3    under what we had done the entire year in 2010, at 2132.
09:49:02  4    Q.   Now, do you happen to know what the full 2014 figures
09:49:07  5    were?
09:49:08  6    A.   For the entire year, I think it was right at 14.9 million
09:49:12  7    man-hours, just under 15.
09:49:13  8    Q.   All right.  Let's pull up D-38034A.
09:49:22  9          MS. HARVEY:  Your Honor, the United States has an
09:49:23 10    objection to this demonstrative.  The material of the
09:49:25 11    TREX-12934, which you just saw, only goes through April of
09:49:29 12    2014, and this is an extrapolation past that.  And the 15 hours
09:49:36 13    is not produced at all to us in the course of discovery.
09:49:46 14          MS. KIRBY:  Your Honor.
09:49:46 15          THE COURT:  Yes.
09:49:47 16          MS. KIRBY:  Mr. Hollek knows the information
09:49:50 17    independently of any document.
09:49:51 18          THE COURT:  I overrule the government's objection.
09:49:52 19    EXAMINATION BY MS. KIRBY:
09:49:53 20    Q.   I'm sorry.  Mr. Hollek, does this slide, D-38034A,
09:49:57 21    accurately depict the full year 2014 information?
09:50:01 22    A.   It does.  Since '14 is complete, we know what those
09:50:05 23    man-hours were, and they were right at 14.9 million man-hours.
09:50:10 24    So, again, doing the calculation, that equates to right at
09:50:13 25    7,200 full-time positions for 2014, which, again, would be

OFFICIAL TRANSCRIPT

09:50:19  1   indicative of the activity and the pace that we're at in 2014.

09:50:23  2   Q.   Now, you mentioned earlier in your testimony the phrase

09:50:27  3   *daily operators*.  Can you explain to us what that means.

09:50:29  4   A.   Well, there is a little difference.  If you saw the 390

09:50:34  5   daily contractors I had on that previous slide, you know, we

09:50:38  6   have around 250 that work in the office daily, and they are

09:50:42  7   supporting our operating groups, mostly the construction,

09:50:46  8   drilling side of our business as our activities picked up;

09:50:48  9   whereas, 140 of those were predominantly working on our

09:50:53 10   production facilities with our employees at all times, and then

09:50:56 11   about 40 of them were roughly in the -- inside our shore bases

09:50:59 12   that are helping to load these boats and keep up with the

09:51:03 13   manpower as we fly to our offshore operations.

09:51:06 14        So that -- those daily contractors are a little

09:51:09 15   different than what I described on the Lucius project or our

09:51:13 16   drilling rigs because those are project specific, so we may

09:51:16 17   have a contract with a drilling rig for two years and then it

09:51:18 18   goes away.

09:51:19 19        In the case of Lucius, it was a three-, four-year

09:51:22 20   project, but now we're complete and those contractors actually

09:51:26 21   go away.  But in this case, we're actually doing Heidelberg,

09:51:29 22   which is a twin to Lucius, and so we -- a lot of those same

09:51:34 23   contractors now have moved to that project.  But we look at

09:51:37 24   those a little bit different than our daily contractors.

09:51:40 25   Q.   Now, with respect to the hours that are showing on the

**OFFICIAL TRANSCRIPT**

09:51:43 1    slide in front of us, D-38034A, do those include both kinds of
09:51:50 2    contractors, daily and project contractors?
09:51:53 3    A.    They do, only for our offshore operations.  This would not
09:51:58 4    be inclusive of those working in the Woodlands office.
09:52:01 5    Q.    Do these hours include projects where Anadarko is joined
09:52:07 6    by non-operators in terms of financing the project?
09:52:10 7    A.    Yes.  These represent only those projects where we are the
09:52:15 8    operator, and that's how we have the information.
09:52:17 9    Q.    So it doesn't include projects where Anadarko is a
09:52:20 10   non-operator?
09:52:20 11   A.    That's correct.
09:52:21 12   Q.    Now, since the Gulf of Mexico is under your supervision,
09:52:28 13   is it fair to say that, for instance, supplier bills for
09:52:32 14   Gulf of Mexico operations are in your bailiwick?
09:52:37 15   A.    Yes.  Obviously, you know, the supplier side of our
09:52:41 16   business affects both our operating expenses and our capital
09:52:45 17   expenses, and so all that rolls up through our financials,
09:52:47 18   which, again, is one of our driving forces and something we
09:52:51 19   look at monthly.
09:52:52 20   Q.    All right.  And do you receive reports with regard to
09:52:56 21   suppliers from time to time in the regular course of business?
09:53:00 22   A.    I do.  Actually, Jesus De La Cerda, he's our manager in
09:53:07 23   the Gulf of Mexico for supply chain.  He sits in my weekly
09:53:11 24   staff meetings.  He tracks those types of -- on our bigger
09:53:15 25   projects where our spend is, where we are in terms of buying

09:53:17 1   the amount of equipment necessary for it.  He lets us know if

09:53:21 2   we've got problems as an operating group with some of our

09:53:24 3   vendors so that we know if we need to get involved from a

09:53:27 4   management standpoint.

09:53:28 5        So we get downloads periodically.  We'll get reports

09:53:31 6   that show who are our major vendors are, because we deal with

09:53:36 7   so many.  We often are looking at our top 10 or 20 percent of

09:53:39 8   our vendor community so that we know, if we have issues, do we

09:53:43 9   need to get involved and who we are spending that money with.

09:53:45 10  Q.   All right.  Let's pull up D-38050.

09:53:49 11       We see here TREX-12913.0007.  Can you tell us what

09:53:57 12  this document is, Mr. Hollek.

09:53:58 13  A.   This is our supplier spend rate from 2010 up through 2014.

09:54:07 14  2014 is a partial year.  It goes up through May 21st.

09:54:10 15       But you can see in 2010 we spent just a little over

09:54:15 16  $1.1 billion gross on projects that we were doing, with 965

09:54:19 17  suppliers.  And as you can see, as we move through up to 2014,

09:54:25 18  you can see that, although we only used 820 vendors for that

09:54:29 19  first part of the year, we had already spent in excess of what

09:54:32 20  we spent in 2010.  We were up to almost $1.3 billion gross.

09:54:37 21  And again, just reflecting some of the activity that we had

09:54:40 22  going on in the Gulf last year.

09:54:41 23  Q.   And when you say *gross*, can you explain to us what gross

09:54:44 24  means.

09:54:44 25  A.   Well, these are monies that we're spending on projects

**OFFICIAL TRANSCRIPT**

09:54:49  1   even with others who have a working interest in there, but as

09:54:52  2   the operator, we're -- we're controlling this or we're buying

09:54:58  3   all the product, if you will.  So this does not include

09:55:02  4   properties where we may be a non-operator, because we don't

09:55:05  5   have that level of detail.  That would be held by whoever was

09:55:09  6   operating that property.

09:55:10  7   Q.   Are you billed on a supplier-by-supplier invoice for

09:55:16  8   non-operated properties?

09:55:16  9   A.   No, we're not.

09:55:17 10   Q.   All right.  So then this slide right here, 38035 -- I'm

09:55:23 11   sorry, 38050, this reflects payments that you make for an

09:55:28 12   entire project where you're the operator even if there are

09:55:31 13   non-operators who have joined you?

09:55:33 14   A.   That's correct.

09:55:33 15   Q.   Now, let's pull up 38035A.

09:55:43 16        Now, what does this slide tell us about Anadarko's

09:55:45 17   use of suppliers for its Gulf of Mexico operations?

09:55:50 18   A.   Well, again, it's sort of illustrating the fact that in

09:55:55 19   2010 we spent $1.1 billion with 965 suppliers, and then in --

09:56:00 20   by 2014, May of that year, we had already exceeded that, up to

09:56:05 21   1. -- almost $3 billion with 820 suppliers.

09:56:10 22        You can see above, through that whole time period, if

09:56:13 23   you will, we had spent seven and a half billion dollars on

09:56:16 24   those properties that we actually operate, and oftentimes on

09:56:20 25   behalf of others.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 09:56:21 | 1 | Q.    Now, do you happen to know the full 2014 figure? |
| 09:56:25 | 2 | A.    It was right at three and a half billion dollars in 2014. |
| 09:56:29 | 3 | Q.    All right.  Let's pull up D-38036A. |
| 09:56:34 | 4 |      Does this accurately reflect 2014 full year |
| 09:56:38 | 5 | information? |
| 09:56:38 | 6 | A.    It does.  Again, our activity had picked up quite a bit |
| 09:56:42 | 7 | with these projects. |
| 09:56:43 | 8 |      You can see on a gross basis we have spent three and |
| 09:56:46 | 9 | a half billion dollars and our suppliers had actually |
| 09:56:49 | 10 | increased, but that wouldn't be unusual because of the amount |
| 09:56:51 | 11 | of activity and the types of projects we were doing. |
| 09:56:53 | 12 | Q.    All right.  Now, in connection with its Gulf of Mexico |
| 09:56:57 | 13 | operations, does Anadarko make payments to the United States |
| 09:57:00 | 14 | government? |
| 09:57:01 | 15 | A.    Yes, we do. |
| 09:57:01 | 16 | Q.    And what kind of payments are those? |
| 09:57:04 | 17 | A.    Well, other than taxes, we get involved in the lease |
| 09:57:08 | 18 | sales, and we have production royalties, delay rentals and |
| 09:57:14 | 19 | minimum royalties on our properties offshore. |
| 09:57:16 | 20 | Q.    Are you generally familiar with those kinds of payments? |
| 09:57:19 | 21 | A.    I am.  You know, and I see those in different ways, |
| 09:57:25 | 22 | whether it's a lease sale or a production royalty.  But |
| 09:57:29 | 23 | obviously the production royalty is probably the biggest of |
| 09:57:31 | 24 | those numbers, and they are really based on our volumes.  And |
| 09:57:33 | 25 | volumes is one of the things we actually track probably the |

**OFFICIAL TRANSCRIPT**

09:57:36  1  most in a company like ours.  And so the royalties associated

09:57:39  2  with those are always a big deal.  It's a large part of our

09:57:43  3  business.

09:57:43  4  Q.    And do the production royalties come off your budget?

09:57:46  5  A.    They would, for the volumes produced in my area.

09:57:49  6  Q.    And are those reported to you from time to time?

09:57:52  7  A.    Yes.  I'll generally see those more on an annual basis,

09:57:57  8  sometimes quarterly.

09:57:58  9  Q.    Let's pull up D-38051.

09:58:02 10        We see two documents here.  The first one on the left

09:58:07 11  is TREX-12914.02.  Can you tell us what this document is here,

09:58:14 12  Mr. Hollek?

09:58:15 13  A.    If you look at the column on the left, those are

09:58:19 14  production royalties paid for the Gulf of Mexico from 2010 up

09:58:26 15  through a partial year in 2014.  And then if you look below

09:58:32 16  there on Macondo, the $1.8 million is associated with royalties

09:58:37 17  paid against oil recovered in that incident.

09:58:47 18  Q.    You paid royalties in connection with Macondo oil?

09:58:49 19  A.    Yes, that's correct.  On the -- there was oil recovered by

09:58:55 20  BP through the incident, of which they actually sent us revenue

09:59:01 21  checks.  We did not actually take the checks.  We didn't feel

09:59:04 22  that the oil they recovered really withstood being produced oil

09:59:10 23  and what the regulations have, and so we did not take the

09:59:13 24  revenue.  They later came back and said we actually owed the

09:59:17 25  royalties associated against those volumes, and we disagreed

**OFFICIAL TRANSCRIPT**

09:59:21 1    with that as well.

09:59:22 2    Q.    When you say *they*, who is they?

09:59:26 3    A.    BP.  Well, we -- actually, Anadarko disagreed that we owed

09:59:32 4    them.  Later the government came back and indicated that we

09:59:37 5    would owe those royalties, and so we paid those royalties.  But

09:59:41 6    we actually appealed that case, because, again, we didn't feel

09:59:45 7    it came from produced oil.  We lost that appeal, but so we did

09:59:50 8    end up paying those royalties.  But we did not receive revenues

09:59:54 9    associated with those volumes.

09:59:55 10    Q.    All right.  And what did you do with the checks that BP

09:59:58 11    sent to you?

09:59:59 12    A.    We just returned them to BP.

10:00:00 13    Q.    All right.  Now, the document on the right is TREX-280007.

10:00:09 14    Can you tell us what this document is.

10:00:11 15    A.    Yes.  This is recording our minimum royalties and delay

10:00:19 16    rentals paid for the year -- the entire calendar year 2010.

10:00:24 17    It's a much smaller part of the royalties in which we pay.

10:00:27 18    Q.    Does the entire document contain the royalties in 2014?

10:00:35 19    A.    Oh, this document?  No.  This is, again, a partial

10:00:38 20    document, that 53 million.

10:00:40 21    Q.    Maybe we can bring up 280007.02.  Pardon me while we have

10:01:02 22    technical difficulties.

10:01:08 23         Now, Mr. Hollek, on the screen in front of you is

10:01:11 24    page 2 of this document, and does that have additional

10:01:14 25    information about royalties on it?

**OFFICIAL TRANSCRIPT**

10:01:19  1    A.    Well, this is looking at the calendar year 2011, and this
10:01:24  2    includes minimum royalties, delayed royalties and surface
10:01:27  3    rentals for that given year.
10:01:29  4    Q.    And do you recall whether there were subsequent pages in
10:01:31  5    this document that reported royalties for 2012, '13 and part of
10:01:38  6    '14?
10:01:38  7    A.    Yes, there was.
10:01:38  8    Q.    All right.  Now, let's bring up D-38037A, please.
10:01:51  9          Now, what is this telling us, Mr. Hollek, about
10:01:54 10    Anadarko's royalty payments to the United States?
10:01:58 11    A.    Well, the 2010 is just a summary of some of the
10:02:01 12    information we had seen already on the previous document.  The
10:02:05 13    lighter blue represents production royalties.  If you look at
10:02:10 14    the darker blue in that first column, that includes both
10:02:14 15    minimum royalties and delayed rentals.  And you can see it's a
10:02:18 16    much smaller part of the total 140 million for that given year.
10:02:22 17          If you look at 2014, it only goes through May 20th of
10:02:27 18    that year, and you can see, again, production royalties is
10:02:30 19    represented in the lighter colors.  So the total at that point
10:02:34 20    was just the $62 million.
10:02:36 21    Q.    And do you happen to know the full 2014 number here?
10:02:40 22    A.    I believe it was right at around $167 million.
10:02:44 23    Q.    Let's bring up D-38038A, please.
10:02:49 24          And does this accurately reflect 2014 year-end
10:02:52 25    information?

**OFFICIAL TRANSCRIPT**

10:02:54  1    A.    It does.  And then it sort of totals what we spent in

10:02:58  2    those five years on those types of royalties of 900 million.

10:03:02  3    Q.    Earlier when you described the types of payments that

10:03:05  4    Anadarko makes to the United States, you mentioned lease sale

10:03:08  5    payments.  Can you tell us what those are.

10:03:10  6    A.    Annually the government has lease sales, and those can

10:03:17  7    only be two lease sales a year.  Occasionally there is a third

10:03:20  8    lease sale for the Eastern Gulf of Mexico, but that doesn't

10:03:22  9    happen very often.

10:03:23 10          So in those lease sales, they make available certain

10:03:28 11    leases for oil companies to lease, if you will.  And so we'll

10:03:34 12    generally go to those lease sales.

10:03:35 13    Q.    Now, do you receive reports on lease sale payments in the

10:03:41 14    regular course of business?

10:03:43 15    A.    Yes, I do.  Again, because there is only two a year, it's

10:03:46 16    actually a pretty big deal that we follow that.  Most of the

10:03:52 17    exploration leases, if you will, happens through our

10:03:55 18    exploration group, but my group, because we have a lot of

10:03:58 19    assets, will pick up leases in the surrounding area, so we'll

10:04:01 20    get involved as well.

10:04:03 21          But we get very detailed reports, ahead of the lease

10:04:07 22    sale, in terms of what we're bidding on and who our partners

10:04:10 23    are and the leases that we're actually going after.

10:04:13 24          But after the lease sale we actually get a summary

10:04:17 25    from Debra Purcell (spelled phonetically) as well.  She's in

**OFFICIAL TRANSCRIPT**

10:04:19 1    our land administrative group, and she'll summarize all those

10:04:23 2    things we were looking to try to bid on and what our interest

10:04:27 3    was and what we bid and what others bid and which ones we were

10:04:31 4    successful on.

10:04:32 5           That information is sort of exclusive to us, but the

10:04:34 6    government themselves actually puts out that type of detail for

10:04:39 7    the entire sale, so much beyond us.  So we'll get several

10:04:43 8    reports around any given lease sale with all that data.

10:04:46 9    Q.   So you're saying the United States publishes this

10:04:49 10   information as well?

10:04:50 11   A.   That's correct.

10:04:51 12   Q.   Let's take a look at D-38048.  Can you take this -- yeah.

10:05:02 13          Can you tell us what this TREX is, TREX-12937, that's

10:05:07 14   appearing on this screen right here.

10:05:09 15   A.   This is just a summary of those leases in which Anadarko

10:05:14 16   was successful in picking up, and in this case, in the years

10:05:19 17   2009, 2010, and what our net share of the bonus was that was

10:05:26 18   paid.

10:05:26 19   Q.   All right.  Now, how would Anadarko's lease payments

10:05:31 20   compare from year to year?

10:05:34 21   A.   They'll vary a lot.  As I said, it really depends in a

10:05:38 22   given year what's available, what's being made available in

10:05:41 23   terms of leases.  Some things are more prospective than other

10:05:45 24   leases.

10:05:46 25          It also depends on whether we, as a company, are

**OFFICIAL TRANSCRIPT**

10:05:49  1    going to bid on these leases at a 100 percent or do we bid on

10:05:52  2    them at 20 percent.  So in a success case, whether we have

10:05:58  3    20 percent or 100 percent, it will vary these net numbers quite

10:06:01  4    a bit.

10:06:01  5          And then oftentimes, it really depends on what kind

10:06:05  6    of money we may also have available as a corporation to go to

10:06:08  7    the lease sale with.  So a lot of things will affect what these

10:06:13  8    numbers look like.

10:06:14  9          We may have a very active year in which we're bidding

10:06:17 10    on a lot of leases and we may win very few if it's a

10:06:23 11    competitive lease sale.

10:06:24 12    Q.   Let's callout the totals that are on this document for

10:06:27 13    2010 and 2014.  What does this tell us about your lease sale

10:06:30 14    payments?

10:06:31 15    A.   It says in 2010 we were very successful in that we spent

10:06:38 16    $127.5 million.  And in 2014, that we only exposed or spent

10:06:48 17    $9.5 million.

10:06:49 18    Q.   And does the fact that you have spent so much less in 2014

10:06:55 19    reflect that Anadarko's investment in the Gulf is shrinking?

10:07:01 20          MS. HARVEY:  Objection.  Leading.

10:07:02 21          THE COURT:  Well, it is leading.  But try to rephrase

10:07:05 22    it, okay?

10:07:05 23          MS. KIRBY:  Yes.

10:07:06 24    EXAMINATION BY MS. KIRBY:

10:07:06 25    Q.   Why is it that the 2014 number is so much lower than the

**OFFICIAL TRANSCRIPT**

10:07:12  1    2010 number?

10:07:16  2    A.   Well, as I indicated before, it could be for a number of

10:07:18  3    reasons.  One, we may not have bid sufficiently and we lost a

10:07:22  4    number of bids.  Maybe we didn't like the prospectivity that

10:07:26  5    was being offered in that given lease sale, and so we didn't

10:07:29  6    expose a lot of money on those leases.  Or it could be that

10:07:31  7    rather than high interest blocks, we were successful with low

10:07:35  8    working interest blocks, and so our share would have been

10:07:39  9    considerably less.

10:07:41 10         And so without knowing all of that information, you

10:07:42 11    can't derive one way or the other whether the investment was

10:07:47 12    lower or not.

10:07:48 13    Q.   So has Anadarko made any decisions at this point about the

10:07:52 14    level of investment that it will -- about changing the level of

10:07:57 15    investment in the Gulf of Mexico?

10:07:58 16    A.   Not that I'm aware of, no.

10:07:59 17    Q.   All right.  Now, I want to turn, Mr. Hollek, to the point

10:08:05 18    in time when there were source control efforts going on with

10:08:08 19    regard to Macondo.  And first, let me ask you:  Did Anadarko

10:08:12 20    offer to assist in those efforts?

10:08:14 21    A.   Absolutely we did.

10:08:15 22    Q.   All right.  And how did it do that?

10:08:18 23    A.   Well, I know the day after the incident itself, I know my

10:08:22 24    boss at the time was Chuck Meloy, he ran worldwide

10:08:26 25    operations -- that's who I reported to -- and he sent a note to

**OFFICIAL TRANSCRIPT**

10:08:29  1  Andy Inglis, an e-mail, letting him know -- to let us know

10:08:34  2  whatever we can do to assist in addressing the issue.

10:08:37  3       And then a couple weeks later, our CEO at the time,

10:08:41  4  Jim Hackett, had actually sent a note to the Department of

10:08:45  5  Interior, Secretary Salazar, and also let him know that, you

10:08:50  6  know, he was involved -- or he was aware of what was going on,

10:08:54  7  he has flown over the site, and he, too, made it known that we

10:08:58  8  were more than willing to help in any way.

10:09:00  9       And that was important, I think, from Secretary

10:09:03 10  Salazar's standpoint because, again, the issue has already been

10:09:07 11  taken over by the Incident Command System, so the government,

10:09:10 12  through the Coast Guard and BSEE, were really running the

10:09:13 13  response, with the help of BP, at this point.

10:09:15 14       And so, you know, it was important to us to make sure

10:09:18 15  both of them knew we were available to assist in any way we

10:09:20 16  could.

10:09:20 17  Q.   All right.  We have pulled up D-38040 on the screen.  And

10:09:26 18  we see two documents here.  On the left we see TREX-280001, and

10:09:32 19  perhaps we can call out some of it.

10:09:34 20       Can you tell us what this trial exhibit is.

10:09:37 21  A.   This is the e-mail I was referencing that Chuck Meloy had

10:09:43 22  sent to Andy Inglis, just indicating that we could be -- any

10:09:47 23  way we could be of assistance, to let us know.

10:09:49 24  Q.   The document on the right of the demonstrative

10:09:54 25  TREX-280002, what is that?

                        **OFFICIAL TRANSCRIPT**

10:09:58  1   A.    That's the one from Jim Hackett, our CEO at the time,

10:10:01  2   letting Secretary Salazar know that we were willing to assist

10:10:04  3   in any way we could.

10:10:05  4   Q.    All right.  Now, are you able to provide us, Mr. Hollek,

10:10:11  5   with an overview of the types of assistance that Anadarko

10:10:15  6   offered and provided during the source control efforts?

10:10:17  7   A.    Yes.  I am.

10:10:19  8   Q.    Let's bring up, let's see, D-38041, please.

10:10:26  9         All right.  Now, we've talked about the offers to

10:10:30 10   assist already.  Can you tell us about the second bullet point

10:10:34 11   here, assisted with firefighting efforts.

10:10:36 12   A.    Well, that one had to do with, actually, the night of the

10:10:40 13   incident itself.  There was a distress signal went out.  We

10:10:44 14   actually had a facility at that time called *Neptune* that wasn't

10:10:49 15   that far away.  We had a couple of boats that were supporting

10:10:51 16   our operation that we immediately released, and they went to

10:10:55 17   assist in trying to put that fire out.

10:10:58 18         I understand, when you have something like that goes

10:11:00 19   out, anybody in the area will assist, and -- but I'm only to

10:11:05 20   say that we did as well.  We had those two boats go over there

10:11:08 21   as quickly as we could.

10:11:09 22         The next item, on the equipment, early on in this

10:11:16 23   response, the Incident Command System, along with BP, had a lot

10:11:20 24   of different scenarios they were looking at as to how they

10:11:23 25   could address the containment issue that we had ongoing.

**OFFICIAL TRANSCRIPT**

10:11:29  1        So they had sent a list out to industry looking for a

10:11:34  2    lot of different types of equipment.  With all the projects we

10:11:37  3    had going on, we had quite a bit of this equipment.

10:11:42  4        So we did end up making available and selling BP some

10:11:48  5    equipment.  I say *selling*, because you've got to understand,

10:11:52  6    this equipment was for specific projects that we already had

10:11:56  7    pending with partners.  So Anadarko, in itself, did not own

10:12:00  8    this equipment.  Our partnerships did.

10:12:02  9        So we did make it available as soon as we could.  I

10:12:06 10    think that's the important part.  But we did -- we did end up

10:12:09 11    billing them.  They took the equipment.

10:12:11 12        But as I understand it, they never used any of the

10:12:14 13    equipment.  They modified a lot of the equipment, and it was

10:12:17 14    relocated, but they didn't use it.

10:12:20 15        So they came back to us and asked if we would buy it

10:12:23 16    back.  At that point, again, we had already replaced all the

10:12:27 17    equipment for the previous projects.  So we said we would, and

10:12:31 18    we bought it back at a reduced price, and we just put it back

10:12:34 19    in our inventory under Anadarko specifically, so that we could

10:12:38 20    potentially use that as a -- on another project.

10:12:42 21        But, again, it had already been modified, so we were

10:12:45 22    going to have to make some changes back to it.  So that was the

10:12:48 23    on the equipment side.

10:12:49 24        But, again, the important thing there was we made

10:12:52 25    that available as quick as we could, and I think that was

**OFFICIAL TRANSCRIPT**

10:12:55 1   important to the response.

10:12:56 2   Q.   Let's talk about this last bullet point here, "Seconded

10:12:58 3   individuals with expertise requested by BPXP."

10:13:02 4        Can you give us a general overview of what you're

10:13:04 5   talking about here?

10:13:05 6   A.   These were individuals that -- you know, BP, in our

10:13:12 7   conversations with BP, was looking for certain expertise.

10:13:15 8   These were the individuals that we provided to BP to work on

10:13:18 9   the incident.

10:13:20 10       So we basically seconded all these individuals over

10:13:24 11  to BP, starting with Bob Quitzau.

10:13:30 12  Q.   Who is Mr. Quitzau?

10:13:31 13  A.   Bob is a drilling engineer.  He's actually a contractor

10:13:34 14  that has been working for us in drilling for a long time.  He's

10:13:37 15  really a very, very experienced drilling engineer.

10:13:41 16       So he went -- we made him available.  He ended up

10:13:44 17  probably working the longest.  He went there at the very end of

10:13:48 18  April and worked through September with BP, and ended up

10:13:53 19  working on several -- probably more than a half a dozen

10:13:58 20  different teams, some of the Top Kill, some on cementing, some

10:14:02 21  on the relief well.

10:14:03 22       So they used him quite a bit.  When he came off one

10:14:07 23  team, they were basically asking him to go move to another

10:14:09 24  team, and we made him available through that time.

10:14:11 25  Q.   Now when you say *you seconded Mr. Quitzau*, what do you

**OFFICIAL TRANSCRIPT**

10:14:15 1   mean by that?

10:14:18 2   A.   Well, I think, in all of these individuals' cases -- in

10:14:21 3   Bob's case, he's a contractor to us.  So we made him available

10:14:24 4   to BP, but we continued just to pay his salary while he was

10:14:27 5   working there.

10:14:27 6   Q.   The other four folks under Mr. Quitzau's name, are those

10:14:33 7   Anadarko employees?

10:14:34 8   A.   They are.

10:14:34 9   Q.   What types of things did they do?

10:14:37 10  A.   Tim Dean, he's a senior facilities engineer, but he's

10:14:40 11  really recognized as a subsea expert.  So his involvement had

10:14:47 12  to do more around the junk shot manifold installation.  He was

10:14:52 13  looking at how he could use flexible pipe to hook up the

10:14:55 14  junk shot manifold to the BOPs and how he could do that with --

10:15:00 15  do that under our -- with our ROV, underwater, because of the

10:15:05 16  water depths.  So he was very much involved in making that

10:15:08 17  happen.

10:15:08 18       Mike Lemker is in our construction group.  He's a

10:15:14 19  superintendent, really good idea guy.  He helped them actually

10:15:17 20  put that manifold together, the junk shot manifold.

10:15:21 21       If you look at Dennis McDaniel, he's our deepwater

10:15:27 22  completions engineer for Deepwater Americas.  At the time, BP

10:15:31 23  was looking for people who had testing experience.  So the idea

10:15:38 24  here was we were trying to capture the oil coming from the well

10:15:43 25  and bringing it to the surface on that helix vessel that had

10:15:47  1    some separation equipment, where they could burn the oil,

10:15:50  2    rather than let the oil escape.

10:15:52  3           In Dennis' case, he had a lot of experience with well

10:15:56  4    testing wells with high rates, where we could burn the oil.

10:15:59  5    BP, at the time, didn't have a lot of that, so we made him

10:16:02  6    available to go help and assist in putting that program

10:16:04  7    together, which they ended up using.

10:16:05  8           Then, in the case of Steve Woelfel, he's one of our

10:16:11  9    drilling operations managers.  Ironically, Steve had actually

10:16:16 10    worked for Transocean in his past life, and he had worked on

10:16:22 11    the *Deepwater Horizon* rig itself.  So he was not only familiar

10:16:23 12    with the rig, he was very familiar with the BOPs.

10:16:26 13           If you recall early on in this incident, we were

10:16:29 14    struggling to understand what the issues were around the BOP

10:16:32 15    and why it hadn't closed.  So we had sent him over there to try

10:16:37 16    to assist in any way in trying to make that happen.

10:16:38 17    Q.    Now, these last four Anadarko employees, were they

10:16:42 18    essentially dedicated full time for several months, like

10:16:48 19    Mr. Quitzau was?

10:16:49 20    A.    No, not at all.  They were actually anywhere from one to

10:16:52 21    three weeks is the time they spent working projects there.

10:16:54 22    Q.    And was Anadarko willing to provide additional personnel

10:16:59 23    and additional assistance above and beyond that?

10:17:01 24    A.    Absolutely.  I think we had made it clear that whatever

10:17:06 25    they needed, just to ask; if we could provide it, we would.

**OFFICIAL TRANSCRIPT**

10:17:10  1        But you have to recall, this was under the

10:17:12  2   Incident Command System.  So between the government and BP, we

10:17:15  3   just couldn't step in.  We actually had to take our lead from

10:17:19  4   there.

10:17:20  5        So that's why it was important for us to let them

10:17:23  6   know that we were willing to do anything, but we were having to

10:17:26  7   take the lead from those two parties.

10:17:28  8   Q.   Was there any source control assistance that was asked of

10:17:31  9   you that you did not provide?

10:17:32 10   A.   Absolutely not.

10:17:34 11   Q.   Now, are you prepared today to talk to us about efforts

10:17:38 12   that Anadarko has undertaken to mitigate the damage from the

10:17:41 13   incident?

10:17:41 14   A.   Yes.

10:17:42 15   Q.   All right.  Let's pull up D-38042, please.

10:17:49 16        Now, what do we see here on this slide, Mr. Hollek?

10:17:56 17   A.   The initial line is the $4 billion that we paid BP

10:18:01 18   associated with settling our disputes that we had over the

10:18:06 19   incident.

10:18:07 20   Q.   Let me stop you there.  Could you just tell us very

10:18:10 21   generally about the nature of that dispute.

10:18:14 22   A.   Well, at the time, BP was telling us we owed them

10:18:18 23   $6 billion, roughly $6 billion associated with the damages and

10:18:22 24   the monies they spent trying to recover that.

10:18:26 25        Our opinion was that at the time we felt that they --

10:18:30  1   based on what we were hearing and what was coming out of the

10:18:32  2   incident, is that they had been grossly negligent, and by the

10:18:36  3   operating agreement, in the case that they are grossly

10:18:39  4   negligent, we were not liable for any of those damages.

10:18:41  5   Q.   How was the dispute resolved?

10:18:46  6   A.   Well, we ended up giving them $4 billion.  We wrote a

10:18:50  7   check out to $4 billion.

10:18:51  8        But we made that condition -- we set a condition on

10:18:54  9   that, that it had to go toward the injuries and the damages

10:18:58 10   that were incurred by the spill.  So for that, you know, they

10:19:03 11   forgave us in terms of what the -- the $6 billion and what they

10:19:07 12   thought we owed, and we've released our claims against BP as

10:19:11 13   well.

10:19:11 14   Q.   Well, let's pull up D-38043, please.

10:19:15 15        You see here on the right TREX-50473.  Can you tell

10:19:19 16   us what that document is, Mr. Hollek.

10:19:22 17   A.   That's our settlement agreement with BP, between BP and

10:19:26 18   Anadarko.

10:19:27 19   Q.   What is this notation on the left-hand side, 3.4?

10:19:34 20   A.   Well, this was to ensure how the cash payment was to be

10:19:39 21   used.  I'll just read it here, but, "BPXP will use the cash

10:19:44 22   payment to pay the claims of persons whose injuries and damages

10:19:47 23   arise out of or relate to the *Deepwater Horizon* incident."

10:19:51 24   Q.   Now, did the settlement agreement require anything of BP

10:19:57 25   with respect to indemnification?

10:19:58  1   A.   Yes.  They were to indemnify us on damages, such as OPA,

10:20:05  2   but they did not indemnify us on the penalties, such as

10:20:10  3   Clean Water Act.

10:20:10  4   Q.   So now do you happen to know, Mr. Hollek, how Anadarko

10:20:15  5   treated this $4 billion payment for tax purposes?

10:20:20  6   A.   We expensed it.

10:20:23  7        As a public company, again, I think our shareholders

10:20:26  8   expect us to record revenues and/or expenses according to the

10:20:30  9   tax provisions allowed us.

10:20:31 10   Q.   Did you also expense the cost that Anadarko incurred in

10:20:35 11   connection with the source control expenses -- I mean,

10:20:38 12   assistance it provided?

10:20:39 13   A.   We did.

10:20:40 14   Q.   Now, does the settlement agreement with BP also contain a

10:20:45 15   provision under which Anadarko theoretically could receive a

10:20:48 16   payment from BP?

10:20:50 17   A.   There is a clause in which -- in any case in which BP was

10:20:55 18   to recover in excess of a billion and a half dollars, then

10:21:00 19   Anadarko would be allowed to receive 12 and a half percent of

10:21:04 20   that number up to a recovery of one billion dollars.

10:21:08 21   Q.   Has Anadarko received any payments under that provision?

10:21:13 22   A.   No, we haven't, nor would we expect to.

10:21:16 23   Q.   Why is that?

10:21:19 24   A.   Well, the ones that they would have claims against, BP

10:21:22 25   would have had claims against, would have been Halliburton and

10:21:25 1    Transocean.  Since then, they actually indemnified those two

10:21:29 2    companies.

10:21:29 3            MS. HARVEY:  I'm going to object to this.  He is

10:21:31 4    getting into legal reasons about what the results of the

10:21:36 5    agreements are, and I don't think that he's qualified to do

10:21:38 6    that.

10:21:39 7            THE COURT:  I think that's probably correct.  I mean,

10:21:41 8    he's testified as to what they have paid or not paid or what

10:21:46 9    they have received.  I think that's as far as you should go

10:21:49 10   with that.

10:21:50 11   EXAMINATION BY MS. KIRBY:

10:21:51 12   Q.    Mr. Hollek, do you happen to know whether or not Anadarko

10:21:53 13   has recovered any insurance monies associated with the Macondo

10:21:59 14   incident?

10:21:59 15   A.    Yes, I believe we received right at 163 million, I believe

10:22:05 16   it was.

10:22:05 17   Q.    Now, let's go back to D-38042.

10:22:10 18            Can you tell us, please, what the second item on this

10:22:15 19   slide, the $1.1 million, refers to.

10:22:19 20   A.    This is a donation that Anadarko made to the

10:22:23 21   *Deepwater Horizon* Memorial Fund of $1.1 million.

10:22:26 22   Q.    How did Anadarko arrive at the 1.1 million contribution

10:22:31 23   figure?

10:22:32 24   A.    It was $100,000 for each of the families who lost a loved

10:22:36 25   one in the incident.

**OFFICIAL TRANSCRIPT**

10:22:37 1    Q.   Were those families required by Anadarko to do anything,

10:22:41 2    like provide a release, in order to get the money?

10:22:44 3    A.   Absolutely not.  It was unconditional.

10:22:46 4    Q.   Now, the third item on this slide, D-38042, of 21.855

10:22:53 5    million, can you tell us what that refers to, please.

10:22:56 6    A.   This is a grant that Anadarko established.  It was created

10:23:03 7    to fund -- it was a fund for the Gulf Coast communities.  The

10:23:07 8    intent here was that we would make $20 million available for

10:23:11 9    people who had been harmed or affected by the damage from the

10:23:16 10   incident itself.

10:23:17 11       If you look at the number, the 1.855 was really

10:23:22 12   management fees to the company we entered into the agreement

10:23:25 13   with.

10:23:25 14   Q.   Now, let's look at D-38045, please.

10:23:28 15       We see here TREX-280005.  Can you tell us what this

10:23:35 16   is, Mr. Hollek.

10:23:37 17   A.   This was the grant agreement.

10:23:39 18   Q.   Does the grant agreement call out the purpose of the fund?

10:23:43 19   A.   It does.  If you can look at what's denoted in yellow

10:23:49 20   there, it says, "The fund will be used to provide financial

10:23:51 21   resources to regional grant-making partners to support and

10:23:55 22   strengthen community-based organizations serving distressed

10:23:59 23   communities in Florida, Alabama, Mississippi and Louisiana

10:24:02 24   directly affected by the *Deepwater Horizon* oil spill."

10:24:05 25   Q.   Now, did the fund report to Anadarko on how it distributed

**OFFICIAL TRANSCRIPT**

10:24:10 1   the monies that Anadarko provided in the grant?

10:24:12 2   A.   It did.

10:24:13 3   Q.   Let's pull up 38052, please.  I'm sorry, that was D-38052.

10:24:20 4        We see two documents here.  On the left side, we see

10:24:23 5   12916.  Can you tell us what this TREX is.

10:24:26 6   A.   Yes.  That was a summary document that was put together

10:24:32 7   that generally spoke of how the money was used at a higher

10:24:36 8   level and the number of people that they felt they were able to

10:24:40 9   serve with the monies expended.

10:24:41 10  Q.   All right.  Now let's look at the document on the right,

10:24:44 11  which is TREX-12918.  What is that document?

10:24:49 12  A.   It was a much more detailed accounting of where the money

10:24:53 13  went to.

10:24:54 14       So, again, there was a handful of groups, I believe

10:24:59 15  there were six, that actually distributed money to more than

10:25:03 16  125 different entities.  Those entities are spelled out here

10:25:08 17  and with a short description of what the monies were spent for

10:25:11 18  and how much money -- you can see on the right side how much

10:25:13 19  money they actually each received.

10:25:15 20  Q.   All right.  Let's look at D-38046, please.

10:25:20 21       What do we see here, Mr. Hollek?

10:25:22 22  A.   This is a higher level summary of the two documents we

10:25:26 23  just spoke of.  So you can see, if you look at the foundations

10:25:31 24  off to the right, Greater New Orleans Foundation, Gulf Coast

10:25:34 25  Community Foundation, these are those entities that actually

10:25:38 1    distributed the money.

10:25:39 2              You can see that -- you know, their best guess as to

10:25:45 3    the number of people that were actually benefitting from the

10:25:52 4    grants themselves.  It totaled over 800,000 individuals.

10:25:54 5    Q.    When you say *their best guess*, you mean this is the

10:25:57 6    estimate that was provided in the report?

10:25:58 7    A.    It was, yes, by the -- it was by the third party.

10:26:01 8    Q.    Now, do you happen to know how this grant that Anadarko

10:26:06 9    provided, the 21.855 million, was treated for tax purposes?

10:26:10 10   A.    As charitable donation.

10:26:12 11   Q.    Was that also true for the $1.1 million contribution to

10:26:16 12   the *Deepwater Horizon* Memorial Fund?

10:26:18 13   A.    It is.

10:26:18 14   Q.    All right.  Aside from what you have already told us

10:26:22 15   today, are there any other ways in which Anadarko contributes

10:26:25 16   to development in the Gulf of Mexico area?

10:26:31 17   A.    Well, as part of our regular course of business, you know,

10:26:34 18   as a company, we spend probably two to $3 million on joint

10:26:40 19   industry studies.  Oftentimes, these are done with other

10:26:44 20   companies from an engineering perspective in trying to figure

10:26:46 21   out, you know, how we deal better with erosion/corrosion issues

10:26:50 22   in the Gulf.

10:26:51 23             You know, in our case we had some monies going

10:26:53 24   through how do we generate electricity using loop currents

10:26:56 25   offshore and things of that nature.  I know, from more of a

G&G, or geologic perspective, we spend monies with universities, where they are doing a lot of the research for us in terms of better interpretation on seismic, you know, how do we look at different rock properties.

So these are all in themselves smaller projects. Some of them may go to two to three years, some may go only a year.

But, you know, as I looked at the number and talked to the people who are responsible for these, we spend about two to three million a year doing these types of research development programs.

Q.   Now, with respect to offshore drilling in the Gulf of Mexico, are there regulations concerning oil spill response preparedness?

A.   Yes.

Q.   What are those regulations, generally speaking?

A.   Well, it's changed over time.  Pre-Macondo, obviously, we had to show proof that we had the ability to respond to a spill.

Post-Macondo, because of the containment issues, we now have to ensure that we belong to an organization that has containment equipment and can address a spill coming from any well we look to drill.

Q.   When you say *we*, is this true of the entire industry, or just Anadarko?

OFFICIAL TRANSCRIPT

10:28:12  1    A.    No, it's for the industry.

10:28:14  2    Q.    Now, what kind of coverage does Anadarko have with respect

10:28:17  3    to oil spill response preparedness?

10:28:20  4    A.    We belong to three organizations, the biggest one being

10:28:23  5    the Marine Well Containment Company, MWCC.  That one is there

10:28:30  6    for containment.

10:28:31  7          The others would be CGA, which is Clean Gulf

10:28:36  8    Associates.  And then there is MSRC, which is Marine

10:28:42  9    Spill Response Corporation.

10:28:43 10          So those two last ones are more about spill response,

10:28:47 11    and MWCC is containment.

10:28:49 12    Q.    Now, what do you have to do in order to have coverage with

10:28:52 13    these organizations?

10:28:55 14    A.    Well, in the case of MWCC, we're one of ten members.

10:29:00 15          We initially joined MWCC, it was a hundred million

10:29:06 16    dollars up front.  Since that time, we have about $200 million

10:29:10 17    invested as a company.  All ten members are equivalent owners.

10:29:16 18          But that money is used to build the containment

10:29:18 19    equipment that will be -- if we were to ever need it for any

10:29:22 20    response.

10:29:23 21          Then we spend -- as a whole, that unit spends about a

10:29:30 22    hundred million in just operating costs, so our share at

10:29:34 23    10 percent is roughly 10 million a year, and that's to ensure

10:29:36 24    that we maintain all of that equipment.

10:29:38 25    Q.    Let me make sure I understand.  Have you contributed

**OFFICIAL TRANSCRIPT**

10:29:41  1   capital to MWCC?

10:29:44  2   A.   We have, on the order of $200 million.

10:29:46  3   Q.   That is for what purpose?

10:29:49  4   A.   That's -- that represents our 10 percent share of the

10:29:53  5   investment of the ten companies that built all the equipment

10:29:58  6   and have access to that equipment.

10:29:59  7   Q.   So was that money used to develop the equipment; is that

10:29:59  8   right?

10:30:04  9   A.   Yes, it did.

10:30:05  10   Q.   Is that equipment available to all members?

10:30:09  11   A.   It's available to the ten members that are part of MWCC.

10:30:13  12   Q.   Now, is there any other way besides paying money that

10:30:17  13   Anadarko contributes to these containment and response

10:30:22  14   organizations?

10:30:23  15   A.   Yes.  In the case of MWCC, David McBride, he's our

10:30:28  16   vice-president of environmental health and safety, he actually

10:30:31  17   chairs the committee that oversees our development of MWCC.

10:30:36  18   He's in his second year as chairing that committee.

10:30:39  19        Bill Grieger (spelled phonetically) is on the

10:30:42  20   executive committee for CGA, or Clean Gulf.

10:30:47  21   Q.   Who is Bill Grieger?

10:30:49  22   A.   Bill Grieger is the manager of environmental health and

10:30:52  23   safety for the Gulf of Mexico, so he sits on that executive

10:30:56  24   committee for CGA.

10:30:58  25        From time to time, any of those organizations will

**OFFICIAL TRANSCRIPT**

10:31:01 1   pull people together from the various companies, including

10:31:04 2   ours.  We've had dozens of our employees participate in trying

10:31:10 3   to understand what other equipment we may want to build and for

10:31:13 4   what reasons.  So we end up participating quite a bit with all

10:31:17 5   three of these response corporations.

10:31:20 6   Q.   Just to be clear, Mr. Grieger and Mr. McBride, they are

10:31:24 7   Anadarko employees; is that right?

10:31:25 8   A.   Yes.  Actually, Bill is in the Gulf of Mexico, but he does

10:31:29 9   work for David McBride.

10:31:30 10  Q.   All right.  To wrap up your testimony, Mr. Hollek, will

10:31:36 11  you give us some idea of the types of activities that Anadarko

10:31:40 12  engages in to protect and preserve the environment here in the

10:31:45 13  Gulf of Mexico.

10:31:47 14  A.   Well, I have two probably recent examples.

10:31:50 15  Q.   Okay.  Let me bring up D-38047.  All right.

10:31:55 16       MS. HARVEY:  We're going to object to this.  This is a

10:31:58 17  late-produced document.  Actually, both of these are the

10:32:01 18  briefing project that was just produced to us on Friday.

10:32:03 19            In addition, it's hearsay.  This is -- the top

10:32:06 20  line is actually an Anadarko TV promotional video.

10:32:10 21       MS. KIRBY:  It's not actually a video.  This is just a

10:32:13 22  snapshot.

10:32:14 23            Your Honor, these are publicly available

10:32:16 24  documents, and by the agreement among the parties --

10:32:19 25       MS. HARVEY:  No, it was not an agreement among the

10:32:21  1    parties.  You're referencing an agreement between the serve

10:32:24  2    (spelled phonetically) work and BP related to certain publicly

10:32:27  3    available documents, and that's not at all what's at issue

10:32:29  4    here.

10:32:30  5            This is after the United States closed its case

10:32:32  6    in chief.  These were produced on Friday.

10:32:34  7        MS. KIRBY:  I'm sorry, Your Honor.  We're parties to

10:32:35  8    this case, just like everybody else.  I don't see how I can be

10:32:39  9    bound by an agreement among them, but not also have the same

10:32:42 10    agreement.  That's the first I've heard of this.

10:32:44 11            My understanding was that -- just public

10:32:46 12    materials.  They are just pictures.

10:32:47 13        MS. HARVEY:  They are promotional videos.

10:32:49 14        THE COURT:  Hold on a minute.

10:32:50 15            First of all, you're not trying to introduce a

10:32:53 16    video, right?

10:32:53 17        MS. KIRBY:  No, I'm not.

10:32:54 18        THE COURT:  So what's the point of this?  Where are you

10:32:56 19    going with this?

10:32:58 20        MS. KIRBY:  Well, Mr. Hollek was just going to explain

10:33:00 21    Anadarko's activity in doing what's called a *reefing of a spar*,

10:33:06 22    the first spar reefing ever, which is -- it creates an

10:33:10 23    artificial reef in the Gulf of Mexico.  This was something that

10:33:13 24    was done with BSEE.

10:33:16 25        THE COURT:  I'll let him testify.  I don't think we

**OFFICIAL TRANSCRIPT**

10:33:17  1    need to spend a lot of time on this, but go ahead.

10:33:19  2         MS. KIRBY:  I think we've probably spent more time than

10:33:22  3    he was going to.

10:33:22  4         THE COURT:  Right.  Go ahead.  Go ahead.

10:33:23  5    EXAMINATION BY MS. KIRBY:

10:33:24  6    Q.   Mr. Hollek, why don't you briefly explain what this is --

10:33:26  7    A.   I will.  I'll be brief here.  But the picture on the left

10:33:29  8    is where we've removed the top sides of what we call *the*

10:33:35  9    *Red Hawk production facility*, which is -- we've depleted the

10:33:38 10    reserves.

10:33:39 11         So this is the first spar to actually be abandoned in

10:33:44 12    the world, so it's pretty big deal.  It's resides in 5300 foot

10:33:48 13    of water.  We took the top sides in for possibly reusing them

10:33:52 14    one day; whereas, the hull section that held up -- the hull

10:33:55 15    section is on the right that's laying on its side -- is what

10:33:59 16    provides the buoyancy for that facility.

10:34:01 17         We entered into an agreement with Department of Fish

10:34:05 18    and Wildlife and BSEE in this artificial reef program, such

10:34:08 19    that we moved it from 5300 foot of water, we pulled it into

10:34:12 20    450 foot of water, laid it on its side so it would be become an

10:34:16 21    artificial reef.

10:34:18 22         So that's all the picture depicts is that, over time,

10:34:22 23    an ecosystem will develop around here.  Who it really benefits

10:34:26 24    is the recreational fishermen here in Louisiana.

10:34:29 25    Q.   Quickly, Mr. Hollek, the last item here on the slide, what

**OFFICIAL TRANSCRIPT**

10:34:32 1    does this refer to?

10:34:34 2    A.    This has to do with a MEXUS response drill.  This is an

10:34:39 3    agreement between the governments of Mexico and the US that we

10:34:43 4    do periodic spills because if there -- or response drills, that

10:34:47 5    if there was ever to be an incident, say, in the U.S., that

10:34:51 6    would affect Mexico, or vice-versa, how would we be prepared to

10:34:56 7    do it.

10:34:57 8          This last year, both Coast Guard and BSEE approached

10:34:59 9    us about handling this response drill for them.  It's to be

10:35:02 10   conducted in 2017, but we've already began the planning for

10:35:06 11   this drill.

10:35:07 12         It's a very extensive drill.  So it's not only

10:35:10 13   testing the operators, such as ourselves, it's testing all the

10:35:14 14   response organizations, and it's testing the governments

10:35:17 15   themselves.

10:35:17 16         So the only point I would like to make here is that I

10:35:20 17   think this is the -- as I know it, the first time an

10:35:23 18   independent has been asked to actually take on such a major

10:35:27 19   response drill.

10:35:28 20         I think it speaks to the fact that they were very

10:35:31 21   comfortable with our response capabilities, as both BSEE and

10:35:35 22   Coast Guard sit in all of our response drills that we perform

10:35:39 23   annually, as the law requires.  So I think they were

10:35:41 24   comfortable with it, and just want to make that point.

10:35:44 25         MS. KIRBY:  Thank you, Mr. Hollek.

**OFFICIAL TRANSCRIPT**

10:35:46 1          This concludes my direct, and I pass the witness

10:35:51 2  to the government.

10:35:52 3          THE COURT:  Does BP have any questions of this witness?

10:35:57 4          MR. BROCK:  No, Your Honor.

10:35:58 5          THE COURT:  The government.

10:36:22 6          MS. HARVEY:  Your Honor, Judy Harvey for the

10:36:23 7  United States.

10:36:24 8          Mr. Hollek, I have you on cross-examination.

10:36:24 9                  CROSS-EXAMINATION

10:36:24 10 BY MS. HARVEY:

10:36:30 11 Q.   Mr. Hollek, nobody from Anadarko participated in the

10:36:34 12 Unified Command, correct?

10:36:36 13 A.   That's correct.

10:36:36 14 Q.   Anadarko employees and its contractor that you mentioned

10:36:41 15 on direct, they have only participated in source control

10:36:43 16 efforts, correct?

10:36:46 17 A.   It was largely source control.  The Top Shot you could

10:36:49 18 have argued is containment, but largely, yes.

10:36:52 19 Q.   Anadarko did not participate in response-related efforts,

10:36:57 20 including booming, skimming, dispersant applications,

10:37:01 21 in situ burning and SCAT, correct?

10:37:03 22 A.   That's correct.

10:37:03 23 Q.   The four employees and one contractor that you discussed

10:37:12 24 on direct, the total amount of costs incurred by Anadarko

10:37:16 25 related to those employees was $278,000; is that correct?

                        **OFFICIAL TRANSCRIPT**

10:37:21  1    A.    I think that's close to the number, yes.

10:37:25  2    Q.    Other oil and gas companies brought significant resources

10:37:30  3    to bear in the response effort, including Chevron, Exxon and

10:37:35  4    other companies who were not also owners of the Macondo Well,

10:37:40  5    correct?

10:37:40  6    A.    Yes.  We did, however, provide everybody they asked for.

10:37:43  7    It was not like we could just show up to the Incident Command

10:37:48  8    System.

10:37:49  9          We made it very clear to both BP and, like I said,

10:37:52 10    Secretary Salazar that we were willing to help in any way.  So

10:37:55 11    there was only so much we could do in that case.

10:37:57 12    Q.    Anadarko's contributions to the response were part of the

10:38:02 13    whole industry's contributions then, correct?

10:38:05 14    A.    I think everybody responded in different ways, yes.

10:38:07 15    Q.    You also discussed on direct some of the equipment that

10:38:16 16    Anadarko sold to BP, correct?

10:38:18 17    A.    I did.

10:38:19 18    Q.    It's your understanding that Anadarko quickly replaced the

10:38:23 19    equipment it had sold, correct?

10:38:25 20    A.    Yes, for those projects that were ongoing.

10:38:27 21    Q.    Even though some of the equipment that went unused had

10:38:32 22    been modified, it's your understanding that Anadarko would have

10:38:37 23    been able to use that equipment on a future Anadarko project,

10:38:37 24    correct?

10:38:40 25    A.    That was the intent, that hopefully we could modify it

10:38:44  1    back and use it.

10:38:46  2    Q.    Let's talk about the $4 billion settlement.

10:38:55  3          You mentioned there was a joint operating agreement

10:38:57  4    between BP and Anadarko concerning the Macondo operations,

10:38:57  5    correct?

10:39:01  6    A.    Yes.

10:39:01  7    Q.    You're familiar with that document?

10:39:06  8    A.    Generally familiar with it.

10:39:07  9    Q.    The operating agreement between BP and Anadarko for

10:39:13 10    Macondo provided for reimbursement of certain expenditures made

10:39:16 11    by BP, correct?

10:39:17 12    A.    Yes.

10:39:17 13    Q.    There was a dispute about Anadarko's obligations under the

10:39:23 14    operating agreement to pay expenditures to BP for spill-related

10:39:26 15    costs, correct?

10:39:27 16    A.    It was in the case that they were found grossly negligent.

10:39:32 17    Q.    Anadarko failed to pay invoices from BP for its share of

10:39:39 18    spill costs during the entirety of the response, correct?

10:39:43 19    A.    Yes.  It was our opinion that they had been grossly

10:39:46 20    negligent.

10:39:46 21    Q.    Anadarko also declined to pay the Coast Guard for any

10:39:50 22    Macondo response costs, correct?

10:39:53 23    A.    I'm not familiar with what you're addressing there.

10:39:55 24    Q.    You're aware that Anadarko is designated a responsible

10:40:01 25    party under the Oil Pollution Act, correct?

**OFFICIAL TRANSCRIPT**

10:40:07  1    A.    I understand that we're 25 percent in that well, yes.

10:40:10  2    Q.    Responsible for the costs of the response and damages,

10:40:10  3    correct?

10:40:14  4    A.    Well, again, not in the case -- in the case of our

10:40:18  5    operating agreement, not to the extent the operator was grossly

10:40:21  6    negligent.

10:40:21  7    Q.    Are you aware that Anadarko's CEO was called in after the

10:40:29  8    blowout to testify to Congress about Anadarko's failure to pay

10:40:32  9    the Coast Guard during the response?

10:40:34 10    A.    I am.

10:40:34 11    Q.    Anadarko and BP eventually settled their dispute related

10:40:42 12    to the operating agreement in the form of the settlement

10:40:44 13    agreement you discussed on your direct, correct?

10:40:47 14    A.    We did reach settlement.

10:40:48 15    Q.    As part of the settlement, BP agreed to release its claims

10:40:56 16    not only for the six billion in outstanding invoices, but also

10:41:01 17    to forego future reimbursement under OPA, correct?

10:41:05 18    A.    It indemnified us for future expenses under OPA, yes.

10:41:11 19    Q.    You discussed that BP has, under the agreement, agreed to

10:41:15 20    use the funds to pay the claims of individuals and entities

10:41:19 21    affected by the *Deepwater Horizon* event, correct?

10:41:21 22    A.    I'm sorry, can you say that one more time?

10:41:23 23    Q.    The provision that you discussed in the operating

10:41:28 24    agreement in which BP committed to pay the claims of

10:41:32 25    individuals and entities affected by the *Deepwater Horizon*

10:41:35  1    event, do you recall that testimony?

10:41:37  2    A.    Yes.

10:41:38  3    Q.    This would encompass claims brought under the

10:41:41  4    Oil Pollution Act, correct?

10:41:43  5    A.    Correct.

10:41:43  6    Q.    The money from the $4 billion, that goes to BP, and then

10:41:49  7    BP pays the claims, correct?

10:41:52  8    A.    Yes.  The condition we put on the $4 billion was that it

10:41:56  9    had to go for the use of the damages and claims of individuals.

10:41:59 10    Q.    Let's move on to the Rockefeller grant that you --

10:42:05 11          THE COURT:  Let me interject because I'm a little -- I

10:42:09 12    think that's the second time you've said you put a condition on

10:42:11 13    the use of this money?

10:42:14 14          THE WITNESS:  Yes, sir.

10:42:16 15          THE COURT:  I'm not sure I understand that because, I

10:42:18 16    mean, money is fungible.  So if you give $4 million to BP, and

10:42:26 17    you say, you can only use it for this, that's $4 billion, they

10:42:33 18    can use their $4 billion for something else.

10:42:36 19                It doesn't seem to be very meaningful to me, this

10:42:42 20    so-called *restriction* on what they can do with the money.  It's

10:42:44 21    fungible.  They can basically --

10:42:48 22          THE WITNESS:  Well, but it was Anadarko's intent that

10:42:50 23    the money be used for that.

10:42:52 24          THE COURT:  I understand that, but, in a real sense,

10:42:54 25    you can't restrict them in a financial sense.  I understand

                          **OFFICIAL TRANSCRIPT**

10:42:58  1    what you're saying.

10:42:59  2              My real question that I wanted to ask is, I'm a

10:43:04  3    little unclear, did Anadarko -- and I think the government's

10:43:11  4    attorney was hinting around this, but I'm not sure she asked

10:43:14  5    you directly -- did you ever pay directly any response costs or

10:43:18  6    cleanup costs?  Did Anadarko ever pay that?

10:43:21  7              THE WITNESS:  I'm trying to understand.  You know, in

10:43:27  8    the equipment that we -- the equipment that we sold and bought

10:43:31  9    back --

10:43:31 10              THE COURT:  No, no.  What I'm asking is, under the

10:43:35 11    Oil Pollution Act, a responsible party -- which you were named

10:43:40 12    as, right?

10:43:42 13              THE WITNESS:  Correct.

10:43:44 14              THE COURT:  -- has a duty to -- an obligation, that is,

10:43:47 15    to pay response costs and cleanup costs aside from the damages,

10:43:53 16    the economic damages.  I'm just trying to understand if

10:43:57 17    Anadarko paid that, either directly or indirectly, at any time.

10:44:01 18              THE WITNESS:  Not that I'm aware of.

10:44:04 19              MS. HARVEY:  I have a document we can go through

10:44:08 20    [inaudible] --

10:44:08 21              THE COURT:  Okay.

10:44:08 22    EXAMINATION BY MS. HARVEY:

10:44:13 23    Q.   We'll move on to the Rockefeller grant.

10:44:18 24              You agreed that the funds from the grant were used to

10:44:21 25    help address, among other things, community health needs that

10:44:25 1    arose in the wake of this spill, correct?

10:44:28 2    A.    Correct.

10:44:28 3    Q.    Let's pull up, please, the document you discussed on

10:44:31 4    direct, 012916.  This is the Rockefeller Philanthropy Advisors'

10:44:42 5    Final Report.  Let's do a callout, TREX-012916.5.1.US.

10:44:49 6           Do you recognize this document as being part of the

10:44:51 7    final report?

10:44:52 8    A.    I do.

10:44:52 9    Q.    I'm sorry.  Did you say you do?

10:44:55 10   A.    I do.

10:44:55 11   Q.    I'll read you the highlighted text, and I want you to let

10:45:01 12   me know if it's consistent with your understanding that this

10:45:04 13   was where the money was -- what the money was intended to

10:45:06 14   address.

10:45:06 15          "In fact, in the spill's aftermath, many healthcare

10:45:10 16   providers reported a significant increase in the numbers of

10:45:13 17   patients, especially those who were unemployed and uninsured."

10:45:16 18          And then later:  "When the spill shutdown most of the

10:45:19 19   oil and fishing industries, many people were out of work,

10:45:23 20   causing uncertainty and economic distress.  The region's food

10:45:27 21   banks felt the brunt of the crisis, with many experiencing a

10:45:30 22   spike in demand."

10:45:32 23          Is it your understanding that the fund was set up to

10:45:35 24   address these sorts of harms?

10:45:37 25   A.    Yeah, we're not denying that a lot of people were affected

**OFFICIAL TRANSCRIPT**

10:45:39 1   here, and that was the purpose of the fund, yes.

10:45:42 2   Q.   Can we please pull up TREX-012915.

10:45:50 3        You didn't mention this document on direct, but I

10:45:54 4   just want you to confirm that this is another report of the

10:45:58 5   Rockefeller Advisors that this provided to Anadarko.

10:46:09 6        TREX-012915.

10:46:13 7        This is another document that the Rockefeller

10:46:17 8   Advisors' prepared for Anadarko?

10:46:18 9   A.   I'm not sure I'm familiar with this one.  Can you show me

10:46:22 10  what's inside it?

10:46:23 11  Q.   All right.  We can go to the next page, please.

10:46:29 12       Or I'll just read you the top.  It says --

10:46:31 13       You can go back one, and pull out the *prepared for*

10:46:37 14  top portion.

10:46:44 15       Do you see that it says it was *prepared for Anadarko*

10:46:47 16  *Petroleum Corporation*?

10:46:47 17  A.   Yes, I do.

10:46:48 18  Q.   And does that refresh your recollection as to this

10:46:52 19  document, and that it was -- who it was prepared for?

10:46:56 20  A.   That's what it says.  I just don't recall the document

10:46:59 21  myself, so.

10:47:00 22  Q.   Let's turn now to some of Anadarko's job-related

10:47:08 23  information.

10:47:10 24       Now, on direct, you had a demonstrative that

10:47:16 25  illustrated the employee and contractor hours, showing the full

**OFFICIAL TRANSCRIPT**

10:47:20 1    year of 2014.

10:47:21 2            I just want to confirm, consistent with the earlier

10:47:28 3    demonstrative that only showed through May of 2014, that the

10:47:36 4    vast majority of those numbers were for contractors, correct,

10:47:39 5    not employees?

10:47:40 6    A.    That's correct.

10:47:40 7    Q.    Let's turn to, briefly, the discussion of royalties.

10:47:53 8            The payment of royalties enables Anadarko to extract

10:47:56 9    resources from the Gulf of Mexico, correct?

10:47:56 10   A.    Yes.

10:48:00 11   Q.    Do you have a general idea of the range of percentages for

10:48:03 12   Gulf of Mexico production royalties?

10:48:04 13   A.    Anywhere from 12 and a half percent to eighteen and

10:48:09 14   three-quarter percent.

10:48:10 15   Q.    So the remainder, then, revenues would be for Anadarko and

10:48:15 16   any partners, correct?

10:48:16 17   A.    That's correct.

10:48:16 18   Q.    This is a royalty that anyone operating in the Gulf would

10:48:21 19   have to pay, assuming they were producing the asset, correct?

10:48:26 20   A.    That's correct.

10:48:27 21   Q.    And with regard to lease sales, you talked about those on

10:48:30 22   direct examination, it's your understanding that lease sales

10:48:33 23   are the result of a bidding process, correct?

10:48:35 24   A.    Yes.

10:48:35 25   Q.    In some years, bidding is quite competitive, correct?

OFFICIAL TRANSCRIPT

10:48:39 1  A.   Yes, it varies.

10:48:40 2  Q.   Let's turn to the last topic, Anadarko's contributions to

10:48:50 3  some of the response organizations, like Marine Gulf

10:48:55 4  Containment Company, Clean Gulf Associates and Marine Spill

10:49:00 5  Response Corporation.

10:49:01 6          Now, Anadarko's arrangements with these organizations

10:49:03 7  assist it in satisfying regulatory obligations so it can

10:49:07 8  operate in the Gulf, correct?

10:49:08 9  A.   That is correct.

10:49:08 10  Q.   Turning to Clean Gulf Associates, that's an oil spill

10:49:15 11  response cooperative, correct?  Its member share in the cost of

10:49:23 12  buying and maintaining --

10:49:23 13  A.   Yes.

10:49:24 14  Q.   -- the equipment.

10:49:24 15  A.   Yes, absolutely.

10:49:25 16  Q.   CGA has over a hundred members, or thereabouts, correct?

10:49:30 17  A.   Yes.  I think we spend on the order of 800,000 a year with

10:49:33 18  them.

10:49:33 19  Q.   So if Anadarko didn't spend the $800,000, it would have to

10:49:37 20  pay significantly more to, for example, buy its own skimmers or

10:49:43 21  other response equipment, correct?

10:49:44 22  A.   Or we could use the Marine Spill Response Corporation, as

10:49:48 23  well, who we're a party to.

10:49:49 24  Q.   Right.  But if it didn't belong to either of those two

10:49:54 25  groups --

**OFFICIAL TRANSCRIPT**

10:49:54 1    A.    That's right.  That's right.

10:49:55 2    Q.    -- it would have to do that on its own and pay

10:49:57 3    significantly more than the amount it pays in dues.

10:50:01 4    A.    You can assume that.

10:50:02 5    Q.    Even prior to the spill, Anadarko included its

10:50:09 6    arrangements with CGA in oil spill response plans, correct?

10:50:12 7    A.    Say that one more time.

10:50:13 8    Q.    Prior to the Macondo spill, Anadarko included its

10:50:17 9    arrangements with Clean Gulf Associates as part of its

10:50:21 10   oil spill response plan?

10:50:22 11   A.    We did.  There was a time in there, though, that they

10:50:26 12   actually reached an agreement with Helix, as part of the

10:50:29 13   containment -- as a containment company, because it was very

10:50:34 14   involved in Macondo.

10:50:35 15         We actually belonged to that consortium as well.

10:50:39 16   Again, it was part of the CGA at the time, and there was about

10:50:42 17   25 members in that.

10:50:44 18         We eventually decided to move to MWCC when they

10:50:49 19   opened up the opportunity for others to join.  So there was

10:50:52 20   about a year in which we belonged to both consortias.

10:50:56 21   Q.    Just moving on briefly to the Marine Well Containment

10:50:59 22   Company -- all oil spill response plans, to your knowledge,

10:51:06 23   include the services of MWCC or Helix; you're not aware of any

10:51:11 24   that don't include membership in those organizations, correct?

10:51:14 25   A.    That's correct.

**OFFICIAL TRANSCRIPT**

10:51:14 1    Q.    Anadarko pays four million to MWCC for each well it drills
10:51:19 2    as an operator in the Gulf, correct?
10:51:21 3    A.    That's correct.  That was in addition to the 200 million
10:51:23 4    in capital and the roughly 10 million in operating costs a
10:51:27 5    year.
10:51:27 6    Q.    And for each of the wells it drills in its arrangement
10:51:32 7    with MWCC, it gets a certificate of coverage that it submits
10:51:36 8    along with its permit to drill, correct?
10:51:38 9    A.    That's correct.
10:51:38 10   Q.    Lastly, you mentioned the Red Hawk project as an example
10:51:53 11   of something Anadarko has been working on, during your direct
10:51:56 12   examination, correct?
10:51:56 13   A.    It's a facility we abandoned this last year, in 2014, yes.
10:52:00 14   Q.    You're aware that Anadarko is subject, like any other
10:52:04 15   operator, to abandoning or decommissioning regulations in the
10:52:09 16   Gulf of Mexico, correct?
10:52:10 17   A.    It is.  My only point there is the hull section, we could
10:52:14 18   have taken it in and cut it up as scrap; but, in this case,
10:52:18 19   working with the Department of Fish and Wildlife, we were able
10:52:21 20   to go ahead and create an artificial reef, which I think has
10:52:24 21   future benefits to a lot of people.
10:52:35 22         MS. HARVEY:  Your Honor, I have no further questions.
10:52:38 23         THE COURT:  Thank you.
10:52:39 24            Any redirect?
10:52:39 25         MS. KIRBY:  No redirect, Your Honor.

**OFFICIAL TRANSCRIPT**

10:52:40  1          THE COURT:  Thank you, sir.  You're finished.

10:52:43  2          THE WITNESS:  Thank you.

10:52:43  3          THE COURT:  Okay.  Next witness is who?

10:52:48  4          MR. LOTTERMAN:  Kenneth Arnold.

10:52:50  5          THE COURT:  How long do you think his direct will be?

10:52:53  6          MR. LOTTERMAN:  40 minutes.

10:52:55  7          THE COURT:  Let's do this.  Let's take about a

10:52:56  8  10-minute recess.  Try to keep it to 10 minutes.  Then we'll

10:52:59  9  come back and take his direct, and that will probably bring us

10:53:02 10  to about the lunch hour.

10:53:04 11          MR. LOTTERMAN:  Sounds good.  Thank you, Your Honor.

10:53:06 12          THE DEPUTY CLERK:  All rise.

10:53:08 13          (WHEREUPON, at 10:53 a.m., the Court took a recess.)

11:06:33 14          THE DEPUTY CLERK:  All rise.

11:06:34 15          THE COURT:  Please be seated, everyone.

11:06:44 16             Okay.  Anadarko may call its next witness.

11:06:48 17          MR. LOTTERMAN:  Good morning, Your Honor.  May it

11:06:50 18  please the Court, Tom Lotterman on behalf of Anadarko.  I'll be

11:06:53 19  handling the direct examination of Mr. Kenneth Arnold.

11:06:57 20  Anadarko calls Kenneth Arnold to testify.

11:07:17 21          THE DEPUTY CLERK:  Raise your right hand, please.  Do

22  you solemnly swear that the testimony you are about to give

23  will be the truth, the whole truth and nothing but the truth,

24  so help you God?

25          THE WITNESS:  I do.

**OFFICIAL TRANSCRIPT**

1                        **KENNETH ARNOLD**

2    was called as a witness and, after being first duly sworn by

3    the Clerk, was examined and testified on his oath as follows:

4            THE DEPUTY CLERK:  Please state and spell your name for

11:07:20  5    the record.

11:07:20  6            THE WITNESS:  My name is Kenneth Edward Arnold,

11:07:33  7    K-E-N-N-E-T-H, E-D-W-A-R-D, A-R-N-O-L-D.

11:07:44  8            THE COURT:  I do not believe there are any *Daubert*

11:07:47  9    motions in regard to this witness; is that correct?

11:07:48 10            MR. LOTTERMAN:  That is correct.

11:07:54 11            MS. FLICKINGER:  That's correct, Your Honor.

11:07:55 12            THE COURT:  Very well.  Go ahead.

11:07:55 13            MR. LOTTERMAN:  May I proceed?

11:07:55 14            THE COURT:  Yes.

11:07:55 15                        DIRECT EXAMINATION

11:07:55 16    BY MR. LOTTERMAN:

11:07:56 17    Q.    Good morning, Mr. Arnold.

11:07:57 18    A.    Good morning.

11:07:57 19    Q.    Are you currently employed?

11:07:58 20    A.    Yes, I am.

11:07:59 21    Q.    By whom?

11:08:00 22    A.    I'm currently employed on a part-time basis by

11:08:06 23    WorleyParsons and on a part-time basis by my own one-man

11:08:12 24    engineering company, K. Arnold Consulting, Incorporated.

11:08:12 25    Q.    In what capacity are you employed by WorleyParsons?

                        **OFFICIAL TRANSCRIPT**

11:08:14 1   A.   I am a senior technical advisor in the WorleyParsons
11:08:21 2   organization.
11:08:21 3   Q.   What type of consulting work do you do in addition to
11:08:25 4   that?
11:08:25 5   A.   I consult with oil companies, other engineering companies,
11:08:30 6   the government, and other people who are interested in my
11:08:36 7   background and expertise and technical knowledge.
11:08:39 8   Q.   Have you prepared a slide that summarizes your history?
11:08:42 9   A.   Yes, I have.
11:08:43 10  Q.   Mr. Stevenson, please call out D-38008.
11:08:50 11       Would you briefly walk through your employment
11:08:52 12  history after graduating from college?
11:08:53 13  A.   Yes, there is one thing not on this slide.
11:08:55 14       When I first graduated from college, my wife and I
11:08:58 15  joined the Peace Corps in 1964.  We trained to go to Bolivia,
11:09:03 16  but my wife got sick during the training in Puerto Rico, and we
11:09:08 17  never made it.
11:09:09 18       So in 1964, I started work for Shell Oil Company here
11:09:12 19  in New Orleans.  I worked from 1964 to 1967 here in
11:09:17 20  New Orleans.  Then I was transferred to what was then Shell's
11:09:21 21  head office in New York, and I worked there from '67 to 1970.
11:09:27 22       I then got transferred back to New Orleans, and
11:09:30 23  worked here from 1970 to 1975, at which time I was transferred
11:09:35 24  to Houston and worked until I left Shell in 1980, and started
11:09:40 25  my own engineering company called *Paragon Engineering Services*.

**OFFICIAL TRANSCRIPT**

11:09:46  1    Q.    What type of work did you do while employed by Shell?

11:09:47  2    A.    I was employed by Shell originally in what Shell called --

11:09:50  3    as *a mechanical engineer*, and what is currently called *a*

11:09:56  4    *facilities engineer*.  I started out doing that.

11:10:00  5            I then worked for a little while in the construction

11:10:05  6    design group designing platforms for offshore.

11:10:06  7            Then, when I came back to New Orleans, for the five

11:10:10  8    years I was here, my work was really in the Gulf of Mexico.

11:10:14  9    Eventually, I became what was called *a division mechanical*

11:10:19 10    *engineer* for the engineering -- for the offshore division,

11:10:23 11    where I was responsible for all of the engineering support of

11:10:26 12    operations and the engineering of new projects offshore in the

11:10:32 13    Gulf of Mexico.

11:10:35 14            When I transferred to Houston, I transferred as

11:10:37 15    manager of a research department which was responsible for

11:10:40 16    deepwater research, drilling research and production

11:10:44 17    engineering research, as well as some of the pipeline research

11:10:48 18    that we were doing for deepwater.

11:10:50 19            Then I was transferred to another job as manager of

11:10:54 20    all engineering in one of our five production divisions, where

11:10:57 21    I had 150 engineers reporting to me in all aspects, all

11:11:04 22    disciplines associated with development of all fields.

11:11:07 23    Q.    How long did you work with Paragon Engineering?

11:11:12 24    A.    I started Paragon Engineering in 1980 on my dining room

11:11:16 25    table.  I sold it in 2005, when it had 600 employees.  During

**OFFICIAL TRANSCRIPT**

11:11:22  1    that time, I was the CEO/President as well.

11:11:26  2         I sold it to a company called *AMEC*, which is a

11:11:31  3    worldwide, UK-based project management and engineering company.

11:11:35  4    I stayed there until 2007, as chief engineer for AMEC.  The

11:11:48  5    office in Houston become known as AMEC paragon at the time.

11:11:52  6         When I retired in 2007 is when I formed my own

11:11:56  7    company, K. Arnold Consulting, Incorporated, and two years

11:12:01  8    later is when I started work with WorleyParsons.

11:12:03  9    Q.   What type of work did Paragon Engineering do during that

11:12:07 10    time?

11:12:07 11    A.   Paragon Engineering did the kind of work that most of my

11:12:11 12    career at Shell was about.  It was project engineering and

11:12:14 13    project management for both onshore and offshore upstream

11:12:21 14    engineering projects and pipelines.

11:12:24 15    Q.   Are you a registered professional engineer?

11:12:26 16    A.   Yes, I am.

11:12:27 17    Q.   Currently?

11:12:28 18    A.   Yes, I am.

11:12:28 19    Q.   Now, during your 50-year career that you just talked

11:12:32 20    about, have you worked for operators of offshore facilities?

11:12:36 21    A.   Yes, I have.

11:12:37 22    Q.   Have you worked for non-operators of offshore facilities?

11:12:39 23    A.   Yes, I have.

11:12:40 24    Q.   Have you observed the interactions and dealings between

11:12:43 25    the two?

**OFFICIAL TRANSCRIPT**

11:12:43  1    A.    Yes, I have.

11:12:44  2    Q.    Have you worked with investors looking to invest in

11:12:48  3    offshore projects?

11:12:49  4    A.    Yes, I have.

11:12:49  5    Q.    Have you advised federal governments on offshore projects?

11:12:52  6    A.    Yes, I have.

11:12:53  7    Q.    During your 50-year career, any experience in offshore

11:12:57  8    safety?

11:12:57  9    A.    Yes.  Starting in about 1970, when I came back to

11:13:01 10    Houston -- I came back to New Orleans from head office, I spent

11:13:09 11    from then until today being involved in offshore safety in all

11:13:15 12    aspects, from an industry standpoint and governmental

11:13:18 13    regulation standpoint.

11:13:19 14    Q.    Did that experience include offshore safety in deepwater

11:13:25 15    waters like the Gulf of Mexico?

11:13:26 16    A.    Yes, it did.

11:13:26 17    Q.    All right.  Let's focus on --

11:13:28 18    A.    I'm sorry.  Yes, it does.

11:13:31 19    Q.    It does.  All right.

11:13:31 20          Let's focus on your knowledge and experience in the

11:13:33 21    area of offshore safety.  Have you prepared a slide summarizing

11:13:37 22    that?

11:13:37 23    A.    Yes, I have.

11:13:38 24    Q.    Let's call up D-38009.  Let's start with books.

11:13:47 25          Have you written or edited any textbooks?

11:13:50  1    A.    Yes, I have.

11:13:50  2    Q.    How many?

11:13:51  3    A.    I've written -- I've coauthored two, and I've edited one.

11:13:56  4    Q.    I've got two here called *Surface Production Operations*,

11:14:00  5    Volume 1 and Volume 2.  Are these the two you're talking about?

11:14:03  6    A.    That's correct.

11:14:04  7    Q.    Are they currently in print?

11:14:06  8    A.    Yes, they are.

11:14:07  9    Q.    Still being used?

11:14:08 10    A.    Yes, they are.

11:14:08 11    Q.    Who is the audience of these textbooks?

11:14:12 12    A.    Any engineer who is involved in design or operation of

11:14:17 13    offshore production facilities or onshore production

11:14:22 14    facilities.

11:14:22 15    Q.    Now, I notice on both of these books, you've got a

11:14:25 16    coauthor.  Who is that?

11:14:29 17    A.    Maurice Stewart.

11:14:29 18    Q.    Who is he?

11:14:29 19    A.    Maurice, at the time that we wrote the first edition of

11:14:33 20    the books, was an employee of the MMS, the Minerals Management

11:14:33 21    Service --

11:14:33 22    Q.    How --

11:14:37 23    A.    -- which is the forerunner of BSEE.

11:14:39 24    Q.    Excuse me.  How long did he work with MMS?

11:14:43 25    A.    About 15 years.

**OFFICIAL TRANSCRIPT**

11:14:43  1    Q.    Still keep until touch with him?

11:14:45  2    A.    Yeah, I talked to him yesterday.  I had -- I had to

11:14:49  3    quantify that it was 15 years.

11:14:50  4          We're not exactly sure.  That's plus or minus one

11:14:55  5    year because Maurice isn't sure.

11:14:55  6    Q.    We won't hold you to that.

11:14:56  7          I've got another book here called *Petroleum*

11:14:59  8    *Engineering Handbook*.  Is this the other book you're talking

11:15:02  9    about?

11:15:02 10    A.    Yes, it is.  I was the editor of that book.

11:15:04 11    Q.    Did you write a particular chapter in that book?

11:15:07 12    A.    Yes, I coauthored a chapter with Maurice Stewart in that

11:15:11 13    book.

11:15:11 14    Q.    What was the topic?

11:15:12 15    A.    Safety.  Safety management.

11:15:13 16    Q.    Have you published other handbooks, equipment guides and

11:15:17 17    field manuals?

11:15:19 18    A.    Yes, with Maurice I've done five total.

11:15:21 19    Q.    Is this an example called *Produced Water Treatment Field*

11:15:28 20    *Manual*?

11:15:28 21    A.    Yes, that's one of the three field manuals, and then there

11:15:32 22    are two equipment guides, as well.

11:15:33 23    Q.    Have you lectured on the topic of safety and its

11:15:33 24    regulations?

11:15:36 25    A.    Yes, I have.

**OFFICIAL TRANSCRIPT**

11:15:37 1   Q.   Have you been chosen to be a Society of Professional

11:15:41 2   Engineers Distinguished Lecturer?

11:15:44 3   A.   Yes.  Oh, there is a misprint here.  That's Society of

11:15:49 4   Petroleum Engineers.  This is the first time I've noticed that,

11:15:52 5   I'm sorry.

11:15:52 6   Q.   How many times were you chosen to be a

11:15:55 7   distinguished lecturer for --

11:15:55 8   A.   Three times.

11:15:56 9   Q.   Okay.  What typically are the topics you lecture about in

11:16:00 10  that capacity?

11:16:00 11  A.   Two of the lectures have been on safety, including the one

11:16:04 12  I'm currently doing.

11:16:05 13  Q.   Okay.  How were you chosen for that?

11:16:08 14  A.   You have to be nominated.  Then a committee selects from

11:16:13 15  those who are nominated.  Then you come up with an abstract.

11:16:17 16  The committee decides whether they want to do it or no.

11:16:20 17       Then you have to develop your presentation.  The

11:16:23 18  committee reviews it.  It goes through a peer review process.

11:16:26 19  You have to present it before the committee.

11:16:28 20       It's about a year and a half process before you are

11:16:32 21  actually announced as a distinguished lecturer, and you get to

11:16:37 22  tour the world giving your lecture.

11:16:40 23       During this year that starts in September and ends in

11:16:45 24  May, I will have made four worldwide tours giving my lecture on

11:16:52 25  the assurance of -- assuring safety culture in producing

**OFFICIAL TRANSCRIPT**

11:16:58 1    operations.

11:16:58 2    Q.    Have you received any major awards during your career?

11:17:02 3    A.    Yes.  Several.

11:17:03 4    Q.    Have you been appointed or have you been elected to any

11:17:08 5    national academies?

11:17:09 6    A.    Yes, I have been elected to the National Academy of

11:17:13 7    Engineering in 2005.  Just this fall, I was elected to the

11:17:19 8    National Academy of Construction.

11:17:21 9    Q.    Is that second appointment, was that on the CV that's in

11:17:26 10   the report that Judge Barbier has?

11:17:27 11   A.    No, it wasn't because that actually occurred in October,

11:17:29 12   and my report was in September.

11:17:31 13   Q.    Have you been appointed to any committees for the most

11:17:35 14   recent appointment to the National Academy of Construction?

11:17:38 15   A.    Yes, I have.

11:17:39 16   Q.    Which one?

11:17:39 17   A.    The safety committee.

11:17:40 18   Q.    Have you been awarded any medals by SPE and other

11:17:45 19   organizations?

11:17:46 20   A.    Yes.  Within the Society of Professional Engineers, I have

11:17:49 21   the highest honor of being an honorary member.  It's the only

11:17:53 22   honor they give out where you don't -- which has a monetary

11:17:56 23   reward.  I don't have to pay dues anymore to the Society of

11:17:59 24   Petroleum Engineers.

11:18:01 25          I was honored as the Houston, Texas, Society of

**OFFICIAL TRANSCRIPT**

11:18:05  1    Professional Engineers' Engineer of the Year in 2003, and I've

11:18:11  2    won numerous other awards in the Society of Petroleum

11:18:16  3    Engineers, including the Production Engineering Award and the

11:18:21  4    DeGolyer medal and the Public Service Award.

11:18:23  5            I've won awards from API, as well as from ASME.

11:18:28  6    Q.    Have you ever worked with any federal agencies on safety

11:18:31  7    issues?

11:18:31  8    A.    Yes, I have.

11:18:32  9    Q.    Talk about the first time, just briefly.

11:18:35 10    A.    The first time working with was -- was the MMS asked the

11:18:45 11    National Research Council to investigate how they were

11:18:52 12    inspecting offshore facilities, both drilling and production

11:18:55 13    facilities.

11:18:56 14            I was appointed a member of that committee.  We made

11:19:00 15    our Report in 1990 on alternate -- alternative methods of

11:19:05 16    inspection regimes on the Outer Continental Shelf.

11:19:08 17    Q.    Is the work you did there -- and I don't want to talk

11:19:10 18    about it -- is the work you did there relevant to what you're

11:19:13 19    testifying about today?

11:19:14 20    A.    Yes, it is, very much.

11:19:15 21    Q.    Were you asked a second time by MMS to assist --

11:19:19 22    A.    Yes.  The second time, they were one of a group of federal

11:19:23 23    agencies that asked the National Research Council to do a

11:19:27 24    report on the use of risk management theories in the marine

11:19:32 25    industry, which included offshore, but it was more broad than

11:19:37 1  that.  It was the marine industries.  I was appointed a member

11:19:40 2  of that committee as well.

11:19:41 3      Unfortunately, that committee never made its report

11:19:43 4  because it ran out of funding before it was over; but, I was --

11:19:47 5  I wrote the chapter on risk management in the offshore industry

11:19:52 6  that was in the draft form at the time that the report was

11:19:55 7  canceled.

11:19:55 8  Q.   Were you asked by any federal agencies to review energy

11:19:59 9  offshore safety matters?

11:20:01 10  A.   Yes, but let me -- yeah.  The Department of Interior

11:20:12 11  formed an offshore energy safety advisory committee to provide

11:20:19 12  advice to the Director of BSEE on how he should go forward in

11:20:26 13  developing new concepts and for further regulations.

11:20:33 14      I was appointed as a member of the safety management

11:20:39 15  systems and human factors subcommittee of the Offshore Energy

11:20:43 16  Safety Advisory Committee by BSEE.

11:20:46 17  Q.   What time period are we talking about there?

11:20:49 18  A.   That was fairly recently.  I think we made our report in

11:20:52 19  1912 [verbatim].  It was after Macondo, so probably -- why did

11:20:59 20  I say *1912* -- 2012.  It was the 2011 to 2012 time period.

11:21:04 21  Q.   Is it fair to say, given the testimony you've just given,

11:21:06 22  that you have interacted on a regular basis with the federal

11:21:08 23  regulators regarding safety issues?

11:21:11 24  A.   Yes, it is.  But I want to go back just one more.

11:21:14 25      There was a third time that I was appointed to a

**OFFICIAL TRANSCRIPT**

11:21:18  1   National Academy of Research or National Research Council

11:21:25  2   committee.  This was, again, at the request of BSEE, just prior

11:21:33  3   to Macondo.  We were asked to basically do a review of the 1990

11:21:39  4   report.

11:21:40  5        I was appointed by BSEE -- by the National Research

11:21:44  6   Council, really, through BSEE, as the chairman of the committee

11:21:47  7   to write a report on investigating the inspection methods.

11:21:52  8        When Macondo came about, we were retasked to change

11:21:56  9   the emphasis of our report.  The title is -- oh, my God, I'm

11:22:04 10   forgetting now -- it's Evaluating the Effectiveness of Offshore

11:22:08 11   Safety and Engineering Management Systems, or SEMS Systems, and

11:22:14 12   we published that report in 2012.

11:22:16 13   Q.   Have there been occasions when high-level federal

11:22:20 14   regulators have personally called you to solicit your views on

11:22:23 15   safety and work authority issues?

11:22:25 16   A.   Yes, there have.

11:22:26 17   Q.   Give us an example.

11:22:28 18   A.   After Macondo blew out, the President asked the Secretary

11:22:32 19   of Interior to write a 30-day interim report on things that can

11:22:38 20   be done immediately or a very short period of time to increase

11:22:42 21   safety offshore.

11:22:43 22        I was hired and actually paid by the Department of

11:22:48 23   Interior as an advisor to help them write that report.  At one

11:22:56 24   point in time, Secretary Elizabeth Birnbaum called me on my

11:23:03 25   cell phone to talk about how we could more effectively put one

**OFFICIAL TRANSCRIPT**

11:23:07  1    individual in charge of taking responsibility for well designs

11:23:13  2    and well plans, and we discussed that.

11:23:18  3           Both of us agreed that the only -- she really thought

11:23:21  4    there might be a way we could use the Society of Petroleum

11:23:24  5    Engineers to do that.  I was vice-president of the Society of

11:23:30  6    Petroleum Engineers at the time, and she knew that.  But we

11:23:32  7    both agreed that the only way to do that was to require that

11:23:36  8    the well design be -- that the operator assure that the well

11:23:41  9    design was certified by a professional engineer.

11:23:44 10    Q.    Is that the approach that the MMS adopted?

11:23:48 11    A.    Yes, they have.

11:23:48 12    Q.    Is it currently in the regulations?

11:23:52 13    A.    Yeah, it's one of the new regulations that came about as a

11:23:55 14    result of Macondo.

11:23:55 15    Q.    Now, you've mentioned the phrase *SEMS* a couple of times,

11:23:59 16    and I want to pause for a minute and make sure we all

11:24:01 17    understand what you're talking about.

11:24:02 18           Did you prepare a slide to briefly explain that

11:24:05 19    concept?

11:24:07 20    A.    Yes, I did.

11:24:08 21    Q.    Let's pull up D-38010, please.

11:24:10 22           Again, I want to -- taking this very quickly, but, as

11:24:15 23    a general matter, what does SEMS address?

11:24:19 24    A.    SEMS addresses the concept that we -- if we're going to

11:24:23 25    approve safety, we have to manage safety the way we manage any

11:24:27 1   other activity.  That means we have to use the management

11:24:31 2   principles of planning the activity, organizing the activity,

11:24:36 3   implementing it, and then evaluating how we're doing.

11:24:38 4        So there are four main principles there.  What I've

11:24:41 5   listed under the four main principles in this slide are the

11:24:45 6   specific elements of SEMS that relate to these four main

11:24:51 7   principles.

11:24:51 8   Q.   How long has this been in the works?

11:24:53 9   A.   Actually, this is based on an API-recommended practice

11:24:57 10  called *SEMP*, Safety and Environmental Management Programs, that

11:25:01 11  was first published in 1993.

11:25:07 12       BSEE took the stance that they would ask the industry

11:25:12 13  to voluntarily adopt SEMP.  In about 2006, they decided the

11:25:18 14  industry needed to make -- they needed to make that a

11:25:22 15  regulation, and they started the regulatory process to actually

11:25:27 16  call -- make a regulation based on SEMP called SEMS.

11:25:32 17  Q.   Were you on the committee that wrote SEMP, that then

11:25:36 18  became SEMS?

11:25:38 19  A.   Yes, I was a member of the API committee that wrote the

11:25:41 20  original document called *API Recommended Practice 75*, or *SEMP*.

11:25:48 21       That document references heavily another API document

11:25:51 22  that was written in conjunction with it called *API Recommended*

11:25:54 23  *Practice 14J*, which was about hazards analysis and design of

11:26:00 24  offshore production facilities, and I was chair of the 14J

11:26:05 25  committee at the same time.

**OFFICIAL TRANSCRIPT**

11:26:05 1   Q.   All right.  Now, your slide has a little flag there which

11:26:08 2   says, "SEMS 2010."  You see that?

11:26:11 3   A.   Yes, I do.

11:26:11 4   Q.   Was that before or after Macondo?

11:26:13 5   A.   That was after Macondo.  That's what we call *SEMS II* now,

11:26:19 6   or in industry it's referred to as *son of SEMS*.

11:26:23 7   Q.   Now, is that what you are referring to as *a SEMS II 2013*

11:26:28 8   *flag*?

11:26:28 9   A.   That's correct.  You can see there that it didn't -- it

11:26:32 10  added some more elements, four more elements that weren't quite

11:26:36 11  clear enough within the SEMP and the SEMS documents, including,

11:26:42 12  most importantly, the Ultimate Work Authority requirement that

11:26:44 13  fits here under planning, organizing, implementing and

11:26:49 14  evaluating.

11:26:50 15       It also added a Stop Work Authority and a greater

11:26:52 16  emphasis on employee participation, and then a whistleblower

11:26:57 17  requirement, as well, that every operator had to establish a

11:27:03 18  way in which people could unanimously report things that were

11:27:09 19  unsafe.

11:27:09 20  Q.   Now, have these SEM principles and the principles under

11:27:13 21  son of SEMS there, have they been incorporated into BSEE's

11:27:13 22  regulations?

11:27:17 23  A.   Yes, they have.

11:27:17 24  Q.   Are they now being enforced in the Gulf of Mexico?

11:27:21 25  A.   Yes, they are.

**OFFICIAL TRANSCRIPT**

11:27:21  1    Q.    Let's go back to the earlier slide, which is now
11:27:23  2    designated D-38011.
11:27:25  3            So if I were to ask you, have you been involved with
11:27:30  4    developing the safety regulations that are in use today, what's
11:27:30  5    your answer?
11:27:31  6    A.    Yes.
11:27:31  7    Q.    Now, this work we've discussed on this slide, was this
11:27:37  8    above and beyond your day job?
11:27:39  9    A.    Yes, it was.
11:27:39  10   Q.    In other words, in addition to go running a 600-person
11:27:43  11   engineering firm, were you also writing books and field
11:27:46  12   manuals?
11:27:46  13   A.    Yes, I was.
11:27:46  14   Q.    Lecturing?
11:27:47  15   A.    Yes.
11:27:48  16   Q.    Working with MMS and BSEE on various committees?
11:27:51  17   A.    Yes.
11:27:51  18   Q.    All addressing safety on offshore facilities?
11:27:54  19   A.    That's correct.  Also, the technology of design, but most
11:27:59  20   of that was safety.
11:28:00  21   Q.    All right.  Why has safety been a focus of your 50-year
11:28:05  22   career?
11:28:05  23   A.    I learned early on that what we do as engineers can impact
11:28:09  24   people's lives.  If we screw up, we can kill people by what we
11:28:15  25   design.  We can hurt the environment by what we design.

**OFFICIAL TRANSCRIPT**

11:28:20  1          I thought it was important, as a professional

11:28:24  2   engineer, that I give back to my society, to my discipline and

11:28:28  3   to the community what I could to help improve safety and

11:28:35  4   environmental awareness within the industry that I was working

11:28:40  5   in.  I just think that's a professional obligation that I had

11:28:44  6   to pursue, and I've continued to feel that way.

11:28:48  7          MR. LOTTERMAN:  Your Honor, I tender Kenneth Arnold as

11:28:50  8   an expert in offshore safety and safety regulations.

11:28:55  9          MS. FLICKINGER:  The government doesn't object.

11:28:57 10          We may have objections later on to different

11:29:01 11   topics in the direct exam, but, in terms of his qualifications

11:29:04 12   as an expert, we do not object.

11:29:06 13          THE COURT:  All right.  Very well.  He's accepted in

11:29:08 14   that field.

11:29:08 15   EXAMINATION BY MR. LOTTERMAN:

11:29:11 16   Q.   Mr. Arnold, why were you retained by Anadarko in this

11:29:13 17   case?

11:29:13 18   A.   Anadarko asked me a simple question of what were the

11:29:18 19   safety implications of requiring additional duties and

11:29:24 20   responsibilities on non-operating working interest owners in

11:29:30 21   the Gulf of Mexico, would that enhance safety or be neutral or

11:29:35 22   detract from safety.

11:29:36 23   Q.   Are your opinions contained in three reports?

11:29:38 24   A.   Yes, they are.

11:29:38 25   Q.   Let's call up D-38012.

**OFFICIAL TRANSCRIPT**

11:29:41 1        Are those the three reports that you're referring to?

11:29:44 2    A.    Yes, they are.

11:29:44 3    Q.    All right.

11:29:45 4        MR. LOTTERMAN:  For purposes of the record, Your Honor,

11:29:47 5    this is a report dated August 15, 2014, otherwise known as a

11:29:52 6    Round 1 report, TREX-280011; his appendix, which is his resume,

11:29:59 7    is TREX-280138; and, the list of the documents he considered in

11:30:04 8    rendering his opinions is TREX-280139.

11:30:07 9        Mr. Arnold's Round 2 report dated September 12,

11:30:12 10   2014, is TREX-280097.  His final Round 3 report dated

11:30:18 11   September 26, 2014, is TREX-280098.

11:30:18 12   EXAMINATION BY MR. LOTTERMAN:

11:30:23 13   Q.    Mr. Arnold, do these three reports and appendices contain

11:30:27 14   the opinions and reasons for your opinions in this case?

11:30:29 15   A.    Yes, they do.

11:30:30 16   Q.    Now, what was the general focus of the Round 1 report?

11:30:33 17   A.    The Round 1 report was to answer that primary question of

11:30:37 18   what would be the effect on safety of imposing additional

11:30:42 19   duties and responsibilities on non-operating working interest

11:30:46 20   owners, and what was the basis for my opinion of what that

11:30:52 21   might be.

11:30:52 22   Q.    What was the general focus of your Round 2 and 3 reports?

11:30:56 23   A.    Those were to rebut the original report and the Round 2

11:31:02 24   report of Mr. Walkup.

11:31:04 25   Q.    So you read Mr. Walkup's reports, right?

                          **OFFICIAL TRANSCRIPT**

11:31:08 1    A.    That is correct.

11:31:08 2    Q.    Were you in the courtroom when he testified?

11:31:11 3    A.    Yes, I was.

11:31:11 4    Q.    Have you reached any opinions on whether imposing

11:31:15 5    additional duties and responsibilities on non-operating

11:31:18 6    leaseholders could have an impact on safety in offshore oil and

11:31:22 7    gas operations?

11:31:22 8    A.    Yes, I have.

11:31:23 9    Q.    Now, let's hold that thought.

11:31:27 10          Before we expand on those opinions, I want to briefly

11:31:30 11   address nomenclature, okay?

11:31:32 12   A.    Okay.

11:31:33 13   Q.    In your reports --

11:31:33 14        THE COURT:  One second.  Before you go there, I'm

11:31:37 15   trying to figure out why he's being asked to address that

11:31:40 16   question, because that's not the question that this trial is

11:31:42 17   about.

11:31:44 18          We're not talking about imposing any additional

11:31:47 19   duties on Anadarko.  That's already been decided in the prior

11:31:53 20   trials -- before trial, actually, by summary judgment.

11:31:57 21          I've already decided by summary judgment that

11:32:02 22   Anadarko, as a matter of law, could not be held legally

11:32:06 23   liable -- legally negligent as a matter of law, so I'm not sure

11:32:12 24   what this testimony is about.  I'm really having trouble

11:32:16 25   understanding it.

**OFFICIAL TRANSCRIPT**

11:32:16  1          It sounds like, frankly, this witness and the

11:32:19  2    next witness, the next expert for Anadarko, seem to me to be

11:32:24  3    making more of a policy argument, policy arguments as to why a

11:32:31  4    non-operator shouldn't be subjected to penalties under the

11:32:37  5    Clean Water Act.

11:32:38  6          If that's the case, I think you're in the wrong

11:32:43  7    venue.  Maybe you need to go to Congress, because Congress has

11:32:45  8    already decided that by enacting the Clean Water Act,

11:32:49  9    Section 311, which says that there is strict liability if you

11:32:53 10    are the owner or the operator of a facility from which oil is

11:33:00 11    discharged into navigable waters, regardless of whether you're

11:33:04 12    legally culpable in the sense of negligence.

11:33:08 13          So I'm not sure what all this testimony is about

11:33:11 14    or how that's going to help me decide that.  I'm not going to

11:33:14 15    stop you from putting on your case, but it just seems to me

11:33:20 16    you're arguing to the wrong party, to the wrong venue here.

11:33:23 17          MR. LOTTERMAN:  Your Honor, if I may just briefly

11:33:25 18    address that --

11:33:25 19          THE COURT:  Yes, okay.

11:33:26 20          MR. LOTTERMAN:  -- because I think it will be helpful

11:33:28 21    in Mr. Arnold's answers and Professor Sunding's answers.

11:33:30 22          I think, point one, we are not contesting your

11:33:34 23    ruling at this time that Anadarko needs to be in this

11:33:36 24    courtroom.  Simple as that.  It's liable under the Act.  You

11:33:39 25    ruled on that.  We're here to talk about that.  So I want to

                              **OFFICIAL TRANSCRIPT**

11:33:43  1    make that perfectly clear.

11:33:43  2        THE COURT:  I suppose you're not contesting my ruling

11:33:46  3    that Anadarko couldn't be negligent as a matter of law either,

11:33:49  4    right?

11:33:50  5        MR. LOTTERMAN:  We reluctantly accept that ruling, too,

11:33:54  6    Your Honor, but that's point two.

11:33:55  7            Mr. Arnold is not talking about Anadarko.  In

11:33:58  8    fact, I believe this Court expressly struck portions of

11:34:00  9    Mr. Walkup's opinion which talk about all of that.

11:34:03 10            So, again, that's not the focus of him, and I can

11:34:05 11    assure you that's not the focus of Professor Sunding, so that's

11:34:09 12    point two.

11:34:10 13            Now, let me tell you what he is going to say,

11:34:11 14    because what I heard Mr. O'Rourke say in the opening statement

11:34:14 15    is that it's bad policy not to do what Mr. Walkup asks.

11:34:19 16    Mr. Walkup said that you need to impose a material penalty on

11:34:23 17    Anadarko -- he used the word *material* in his reports -- to

11:34:27 18    basically increase active participation by all these actors in

11:34:32 19    the Gulf.

11:34:32 20            Mr. O'Rourke called that *good policy*.  What we

11:34:32 21    hope to tell you today, this morning -- and, again, this is

11:34:39 22    very brief, it's in the reports -- what Mr. Arnold is going to

11:34:42 23    tell you is, if, in fact, this Court --

11:34:45 24        THE COURT:  I've read his reports.  I know what he's

11:34:47 25    going to say.

**OFFICIAL TRANSCRIPT**

11:34:48 1        MR. LOTTERMAN:  So I want to be clear, we aren't

11:34:50 2    fighting about whether Anadarko is liable.  We aren't

11:34:53 3    revisiting Anadarko's liability for penalties per se.

11:34:58 4            What we're trying to do is two things.  We're

11:35:00 5    trying to give you some information and some testimony as to

11:35:04 6    what that penalty should be.

11:35:06 7            Secondly, we're telling you that -- or we're

11:35:09 8    strongly urging you that, in consideration of that, consider

11:35:13 9    perhaps the unintended consequences of what message a penalty

11:35:18 10   would truly convey.

11:35:21 11       THE COURT:  I'll let you continue on.  Go ahead.

11:35:23 12       MR. LOTTERMAN:  All right.  Thank you.

11:35:24 13   EXAMINATION BY MR. LOTTERMAN:

11:35:24 14   Q.   Before we talk about your opinions, Mr. Arnold, let's

11:35:28 15   briefly address nomenclature.

11:35:31 16           Now, you used the term *non-operating working interest*

11:35:33 17   *owner*, or *NO-WIO*, in your reports.  Why?

11:35:37 18   A.   Because as a young engineer working with other

11:35:42 19   non-operators and operators in my Shell career, the Shell

11:35:47 20   owners told me to do that.  It's non-operating working interest

11:35:47 21   owners.

11:35:50 22           Because we engineers get sloppy -- and I'll probably

11:35:54 23   get sloppy in my testimony as well -- we talk about partners,

11:35:58 24   and it's really not a partnership.  It's a specific

11:36:01 25   relationship.  That's the term they taught me to use back in

**OFFICIAL TRANSCRIPT**

11:36:03  1   the 1960's.

11:36:04  2   Q.    Okay.  What term does Mr. Walkup use?

11:36:07  3   A.    Non-operating participants.

11:36:09  4   Q.    Or parties?

11:36:10  5   A.    Or parties.

11:36:11  6   Q.    So can we use his term in a gesture of goodwill today?

11:36:15  7   A.    Yes, we can.

11:36:16  8   Q.    Now, your reports discuss the concept of culture of

11:36:20  9   safety; is that right?

11:36:22 10   A.    Yes, they do.

11:36:22 11   Q.    In fact, you devote an entire section of your Round 1

11:36:22 12   report to that very concept, don't you?

11:36:27 13   A.    That's correct.

11:36:27 14   Q.    Did you provide a slide to briefly explain why that

11:36:31 15   concept is relevant to Judge Barbier in this case?

11:36:33 16   A.    Yes, I did.

11:36:34 17   Q.    Please call up D-38013A.

11:36:41 18         Now, we have brought up three rings for you here.

11:36:44 19   Would you briefly explain what those three spheres or rings

11:36:48 20   represent?

11:36:48 21   A.    Yes.  One of the -- we've evolved over time, over the last

11:36:55 22   50 years.  Our concept of what is required for a safe operation

11:36:59 23   has evolved.

11:37:02 24         What I'm trying to depict in these slides is how it's

11:37:05 25   evolved, but also how it's needed to be as well in the final

OFFICIAL TRANSCRIPT

11:37:09 1    analysis.

11:37:10 2           If you're going to have a safe operation, if you're

11:37:14 3    going to do the right thing, then you have to start with

11:37:17 4    equipment designs that are to safety standards that are

11:37:22 5    accepted as reasonable designs in the way the equipment is

11:37:26 6    designed, the way it's constructed, the way it's built.  That's

11:37:30 7    the inner bubble.

11:37:32 8           Once you have those designs, you have to design and

11:37:35 9    put them together in a system with the appropriate safety

11:37:40 10   controls around that, shutdown systems, relief valves,

11:37:43 11   firefighting systems, whatever.

11:37:46 12          Once you've done that, and you now have a system

11:37:49 13   design of individual pieces of equipment, you need to perform

11:37:54 14   what's called a *hazard analysis* and look at the safety risks

11:37:58 15   that you've created with your design.  So I've shown that

11:38:03 16   around that as a hazard analysis and risk management type of

11:38:07 17   system.

11:38:09 18          For example, safety controls is something that's

11:38:12 19   contained in API Recommended Practice 14C, and I served on that

11:38:17 20   committee that wrote that.

11:38:19 21          Hazards analysis and risk management, that's

11:38:22 22   contained in this API Recommended Practice 14J.  I was chairman

11:38:26 23   of that committee that wrote the first one of those.

11:38:29 24          But that by itself still doesn't create a safety

11:38:32 25   culture.  Now, around that, we need SEMS, the safety management

OFFICIAL TRANSCRIPT

system.

You have to manage your system throughout its life. That means you have to have a Management of Change process. You have to have work processes, safe work practices. You have to have operating procedures. You have to train your staff. You have to have quality control procedures, etcetera. All of that together, the safety management system is necessary, but not sufficient yet to have a culture of safety.

Q.   What do you add then?

A.   Then now to add to the culture of safety, the organization responsible for all of this has to create actions that make sure that the safety management system is actually being used and understood by everyone in this chain, whether they are contractors or employees or whoever they are, then you have to have -- now to create a safety culture, SEMS is necessary, but not sufficient by itself.

What's required are actions by the Ultimate Work Authority, by the organization that is responsible that is supporting the meaning of the safety management system. You can't just have written paper. It has to be managed by someone, and that has to be one organization, the Ultimate Work Authority.

Q.   Now, did the national commission on *Deepwater Horizon* spill embrace this approach?

A.   Yes, they have.

11:40:08   1   Q.    In your view, has BSEE embraced this approach?

11:40:11   2   A.    Yes, they have.

11:40:12   3   Q.    Have they embraced it since Macondo?

11:40:14   4   A.    Yes, they have.

11:40:14   5   Q.    And have you worked with and advised BSEE on these very

11:40:18   6   concepts?

11:40:19   7   A.    Yes, I have.

11:40:19   8   Q.    Now, how is Ultimate Work Authority different from Stop

11:40:23   9   Work Authority?

11:40:23  10   A.    They are two different things.  Ultimate Work Authority

11:40:26  11   means there is one organization responsible for what's going

11:40:30  12   on.  Stop Work Authority means anyone --

11:40:32  13            THE COURT:  Wait.  Wait one second, sir.

11:40:33  14            I'm sorry, but this sounds like I'm back in

11:40:37  15   Phase One here in trial.  We've heard all of this, very

11:40:41  16   similar -- with all due respect to this witness, I'm not

11:40:45  17   doubting for one minute his expertise in this area, but, again,

11:40:50  18   I don't see the relevance of this, and if nothing else, it's

11:40:55  19   duplicative of everything we heard in Phase One, a lot of what

11:40:58  20   I heard in Phase One.

11:41:00  21            MR. LOTTERMAN:  Well, Your Honor, that was my last line

11:41:02  22   of questions.  But let me move to the next topic and, I

11:41:06  23   believe, we'll explain the relevance.

11:41:07  24            THE COURT:  All right.  Go ahead.

11:41:09  25   EXAMINATION BY MR. LOTTERMAN:

**OFFICIAL TRANSCRIPT**

11:41:09  1    Q.    Now, Mr. Arnold, you testified earlier that you read

11:41:17  2    Mr. Walkup's three reports, correct?

11:41:19  3    A.    Correct.

11:41:19  4    Q.    And you heard him testify in court?

11:41:22  5    A.    Yes, I did.

11:41:23  6    Q.    Is it fair to say that you disagree with his opinions?

11:41:25  7    A.    Yes, I do.

11:41:26  8    Q.    And those are addressed in the three reports that you

11:41:30  9    provide and the three reports that he provided, correct?

11:41:32 10    A.    Correct.

11:41:32 11    Q.    Now, let's put -- I want to put all of that aside, and I

11:41:37 12    want to focus on your one principal disagreement.  Okay.  Now,

11:41:41 13    have you prepared a slide to summarize that disagreement?

11:41:44 14    A.    Yes, I have.

11:41:44 15    Q.    All right.  Please call up D-38014.

11:41:51 16          All right.  Now, let's populate the x-axis here and

11:41:56 17    tell me what this represents.

11:41:58 18    A.    What I've shown on the x-axis is three of the phases in

11:42:02 19    the lifecycle of the deepwater lease.  You start with -- the

11:42:07 20    first phase is exploratory operations, then appraisal

11:42:10 21    operations, then development planning and actually implementing

11:42:15 22    the development scheme.  And I've left off the operations of

11:42:18 23    the lease and the abandonment of the lease at the end for

11:42:22 24    clarity.

11:42:24 25          MS. FLICKINGER:  Your Honor, the United States would

**OFFICIAL TRANSCRIPT**

11:42:26  1    like to object at this point.  The distinction between

11:42:31  2    exploratory operations and development is an area in which

11:42:35  3    Mr. Arnold in his reports and I believe, I'm anticipating, in

11:42:39  4    his testimony is going to cross the line for culpability.  The

11:42:43  5    line that's been drawn on culpability --

11:42:46  6             THE COURT:  Well, I don't know, because we haven't

11:42:49  7    heard the question yet.

11:42:51  8             MR. LOTTERMAN:  I can assure you that is not my intent,

11:42:54  9    Your Honor.

11:42:54 10             THE COURT:  All right.  I overrule the objection so

11:42:56 11    far.

11:42:56 12    EXAMINATION BY MR. LOTTERMAN:

11:42:57 13    Q.   Mr. Arnold, these three pages that you have put on the

11:42:58 14    x-axis, are they common industry terms?

11:43:00 15    A.   Yes, they are.  Sometimes they are called *phases*,

11:43:02 16    sometimes they are called *stages*, but, yes, they are common

11:43:04 17    industry terms.

11:43:04 18    Q.   Generally not in dispute?

11:43:06 19    A.   Correct.

11:43:06 20    Q.   Now, let's populate the y-axis here.

11:43:13 21    A.   Okay.

11:43:13 22    Q.   Now, you labeled this as *Level of non-operating*

11:43:17 23    *participation*, correct?

11:43:17 24    A.   That's correct.

11:43:18 25             MR. LOTTERMAN:  And I want to be clear, Your Honor,

**OFFICIAL TRANSCRIPT**

11:43:20  1    because I know the Department of Justice had some concerns

11:43:22  2    about this.

11:43:22  3    EXAMINATION BY MR. LOTTERMAN:

11:43:23  4    Q.   Mr. Arnold, are you putting any sort of percentages or

11:43:26  5    quantities or are you attempting to quantify in any way what

11:43:29  6    these levels are?

11:43:30  7    A.   No, not at all.

11:43:31  8         MR. LOTTERMAN:   This is strictly for demonstrative

11:43:33  9    purposes, Your Honor.

11:43:33 10    EXAMINATION BY MR. LOTTERMAN:

11:43:35 11    Q.   All right.  Now, let's -- the extreme you've got here is

11:43:39 12    called *Extremely High*, right?

11:43:40 13    A.   Yes.

11:43:40 14    Q.   And the bottom you call *None*; is that right?

11:43:42 15    A.   That's correct.

11:43:43 16    Q.   Now, I want to pause and discuss the term *passive

11:43:46 17    investor*.  Did you ever use that term in your report?

11:43:51 18    A.   No, I have not.

11:43:52 19    Q.   And are you advocating to this court that any leaseholder

11:43:56 20    should ever take a passive role on a project?

11:43:58 21    A.   No.

11:43:58 22    Q.   And, in fact, in your experience, does the level of

11:44:03 23    participation by a non-operator vary on each project depending

11:44:06 24    on each activity?

11:44:08 25    A.   That's correct.

**OFFICIAL TRANSCRIPT**

11:44:08 1   Q.   All right.  Let's call up slide D-38015.

11:44:14 2        Now, have you seen this slide before?

11:44:16 3   A.   Yes, I have.

11:44:18 4   Q.   Was this provided in Mr. Walkup's direct testimony?

11:44:20 5   A.   Yes, it was.

11:44:20 6   Q.   Was a version of this in his report?

11:44:22 7   A.   Yes, it was.

11:44:23 8   Q.   What's your understanding of the point that Mr. Walkup is

11:44:26 9   trying to make here?

11:44:27 10  A.   That there are many different drivers that drive the

11:44:34 11  degree of participation by a non-operator, including strategic

11:44:39 12  learning, financial exposure, investor relations, technical

11:44:43 13  risk, reputational risk, all of those are drivers that would

11:44:47 14  drive a particular non-operator to be more or less involved in

11:44:51 15  any specific activity.

11:44:53 16  Q.   And do you generally agree with this concept?

11:44:56 17  A.   Absolutely.

11:44:56 18  Q.   Did you say so in your reports?

11:44:58 19  A.   Yes, I do.

11:44:58 20  Q.   Now, let's go back to the chart, D-38016.

11:45:02 21       Now, in your view, is there any hard and fast rule as

11:45:07 22  to when a non-operator participates in a particular activity?

11:45:10 23  A.   No, there is not.

11:45:11 24  Q.   Did Mr. Walkup point to any, any hard and fast rule?

11:45:16 25  A.   No, he did not.

**OFFICIAL TRANSCRIPT**

11:45:17  1    Q.    Okay.  And did he cite any trade association data showing
11:45:22  2    industry norms?
11:45:23  3    A.    No, he did not.
11:45:23  4    Q.    Any academic literature to that effect?
11:45:26  5    A.    No, he did not.
11:45:26  6    Q.    Now, in your reports did you explain what factors can
11:45:30  7    impact how much a non-operator might participate?
11:45:34  8    A.    Yes, I do.
11:45:34  9    Q.    Let's note those briefly.  All right.  First option,
11:45:39 10    operator/non-operator experience.  Is that important in
11:45:42 11    deciding what level to participate?
11:45:44 12    A.    Yes, it is.
11:45:44 13    Q.    Okay.  Give us an example.
11:45:47 14    A.    If an operator has a great deal of experience in a
11:45:53 15    particular activity and the non-operator has none, for example,
11:45:57 16    then I would expect the non-operator -- the operator -- I would
11:46:01 17    expect the operator not to ask for much help from the
11:46:05 18    non-operator or, actually, respond to much help other than what
11:46:11 19    he's contractually obligated to do.
11:46:14 20            On the other hand, if the non-operator has a great
11:46:17 21    deal of experience, the operator could actually bring him into
11:46:21 22    the operation because of that experience and actually give him
11:46:27 23    a greater role in the activity no matter what the activity is.
11:46:31 24    Q.    Have you seen that happen?
11:46:32 25    A.    I've seen that happen, yes.  As a matter of fact, there

**OFFICIAL TRANSCRIPT**

11:46:35  1   was just a release last week where BP has brought Chevron into

11:46:40  2   three deepwater leases into the Gulf of Mexico because of

11:46:45  3   Chevron's experience in the development phase of those specific

11:46:48  4   kind of leases.

11:46:51  5        MS. FLICKINGER:  Your Honor, I'm going to pose a

11:46:54  6   four-corners objection to some of this testimony.

11:46:55  7        THE COURT:  Overruled.

11:46:59  8   EXAMINATION BY MR. LOTTERMAN:

11:46:59  9   Q.   Can proprietary data be an issue in this balance of

11:47:03 10   operator/non-operator activity?

11:47:05 11   A.   Absolutely.  The operator could have proprietary data that

11:47:09 12   he does not want to share with a non-operator.  The

11:47:12 13   non-operator could have proprietary data that he does not want

11:47:17 14   to share with the operator.  And that is always a bone of

11:47:21 15   contention in the discussions between the two and the level of

11:47:25 16   activity between the two.

11:47:26 17   Q.   Can the number of non-operators involved have an impact on

11:47:31 18   the level of its participation?

11:47:32 19   A.   Yes.  You can have many non-operators in a given lease.

11:47:39 20   I've seen references to leases with six, seven, ten

11:47:44 21   non-operators involved in a specific lease.

11:47:47 22   Q.   What happens if a non-operator disagrees with each other?

11:47:52 23   A.   If there is a disagreement at the end of the day, the

11:47:55 24   Ultimate Work Authority is the operator, and the operator has

11:47:58 25   the decision.  He can listen to the non-operator, but it's the

**OFFICIAL TRANSCRIPT**

11:48:02  1    operator's decision.

11:48:02  2    Q.    Let's turn to the next item very briefly.

11:48:05  3          Is it common for non-operators to buy and sell shares

11:48:08  4    during the life of a project?

11:48:09  5    A.    Yes.  Absolutely.  That was -- the news release from last

11:48:14  6    week that I just talked about is an example of that.  BP is

11:48:19  7    continuing to drill appraisal wells on these leases where

11:48:23  8    Chevron will now have a 1 percent bigger interest than BP, and

11:48:27  9    once the appraisal wells are done, the -- Chevron will take

11:48:31 10    over the operation for the development phase.

11:48:33 11    Q.    Let's turn to the phase of the operations, your

11:48:36 12    second-to-last topic.

11:48:38 13          Why might the level of participation depend on the

11:48:41 14    phase of the operation?

11:48:43 15    A.    Again, because there are more decisions involved.

11:48:47 16    Non-operators tend to want to be involved more in strategic

11:48:51 17    decisions, and that would come into play more readily during

11:48:57 18    the development phase than during the exploratory phase where

11:49:00 19    now you're talking about spending billions and billions of

11:49:04 20    dollars rather than just a $100 million.

11:49:07 21          And where the options of how you spend that money

11:49:10 22    become much greater, and you need to develop a development plan

11:49:15 23    of how we're going to -- how many wells are we going to drill?

11:49:18 24    What are the bottomhole locations?  What does the reservoir

11:49:23 25    look like?  Are we going to inject gas?  Are we going to inject

**OFFICIAL TRANSCRIPT**

water?  If we inject water, is it seawater or produced water?
What do the facilities look like?  What does the subsea
architecture look like?  What do the risers look like?

There are many options in each of these decisions.
That's what goes into a development plan.  And often that's
done with an integrated project team that includes members of
the non-operators as well as the operators.

Q.   And, finally, let's look at the type of activity.  Can
that dictate the level of participation by a non-operator?

A.   Certainly, the specific activity.  Are we hooking up
wells?  Are we installing a tension leg platform?  Are we
drilling a well?  Each of these activities is different.

Q.   Now, let's populate this chart with a series of bubbles
showing non-operator activity, okay?

A.   Okay.

Q.   Various phases, various levels.  And then a nod to
Mr. Walkup, even though you disagree, we even put some in the
early phases, correct?

A.   Correct.

Q.   All right.  And to be clear, there is a wide range of
options here, right?

A.   Yes.  And you could put some of those bubbles up very high
on various cases and you could populate this all over.  And
that's all I'm trying to show here, is that the level of
participation varies.  It tends to be more in the development

2228

| | |
|---|---|
| 11:50:45 1 | phase and less in the exploratory phases, but each is different |
| 11:50:50 2 | for all of the -- all of the reasons that are in the box. |
| 11:50:54 3 | Q.   And again, where you place these bubbles as a general |
| 11:50:58 4 | matter is not at odds with what Mr. Walkup said in his reports, |
| 11:51:02 5 | right? |
| 11:51:02 6 | A.   I don't think so, no. |
| 11:51:04 7 | Q.   Or the articles he cited, right? |
| 11:51:05 8 | A.   No. |
| 11:51:05 9 | Q.   Is that consistent with your experience? |
| 11:51:07 10 | A.   Yes, it is. |
| 11:51:07 11 | Q.   Now, speaking of articles, did Mr. Walkup write a paper |
| 11:51:11 12 | several years ago that addresses when a non-operator should |
| 11:51:16 13 | participate in a project? |
| 11:51:18 14 | A.   Yes.  He published a paper in 2006. |
| 11:51:20 15 | Q.   All right.  Let's call up D-38017.  That's TREX-280090. |
| 11:51:27 16 | Is this the paper you're talking about? |
| 11:51:29 17 | A.   Yes, it is. |
| 11:51:30 18 | Q.   Was it written in 2006? |
| 11:51:32 19 | A.   Yes, it is. |
| 11:51:32 20 | Q.   And is the title of it basically, *The Good, the Bad, and* |
| 11:51:36 21 | *the Ugly* of various projects? |
| 11:51:38 22 | A.   Yes, it is. |
| 11:51:38 23 | Q.   Now, could you read that called out language into the |
| 11:51:44 24 | record, please? |
| 11:51:44 25 | A.   Yes. |

**OFFICIAL TRANSCRIPT**

11:51:45  1      "An important first step in [verbatim] forcing the

11:51:48  2  discipline to segment decisions between those that are

11:51:52  3  strategic, for which all partners need to be involved, from

11:51:57  4  those that are tactical, for which the operator can follow a

11:52:02  5  more traditional communication style."

11:52:04  6  Q.   Now, do you agree with that statement?

11:52:05  7  A.   I absolutely agree with that statement.

11:52:07  8  Q.   Does this statement support Mr. Walkup's opinions in the

11:52:10  9  case?

11:52:10 10  A.   No, it does not.

11:52:12 11  Q.   Now, has he admitted as much in one of his reports that he

11:52:16 12  did file in this case?

11:52:17 13  A.   Yes.

11:52:17 14  Q.   And, again, would you read the callout language into the

11:52:20 15  record, please?

11:52:20 16  A.   Yes.

11:52:23 17      "Non-operating party's ability to contribute to

11:52:25 18  onsite operational decisions is limited.  There are also safety

11:52:30 19  issues that require that decisions on the rig are highly

11:52:33 20  centralized."

11:52:34 21  Q.   Do you agree with that language?

11:52:36 22  A.   Yes, I certainly do.

11:52:37 23  Q.   And does it support your views?

11:52:39 24  A.   Yes, it does.

11:52:39 25  Q.   All right.  Now, one last stop before we wrap this thing

**OFFICIAL TRANSCRIPT**

11:52:44 1   up.  Would you please call up D-38018.

11:52:46 2        In fact, Mr. Arnold, you agree generally with

11:52:52 3   Mr. Walkup's distinction between strategic and tactical

11:52:55 4   decisions?

11:52:56 5   A.   Yes.  There is more of a driving force for the

11:53:00 6   non-operators to be involved in the decision-making process of

11:53:04 7   strategic decisions, and there is a driving force for the

11:53:08 8   operator to tend to keep non-operators involvement away from

11:53:15 9   tactical decisions.  That's the ugly part of the good, bad and

11:53:18 10  the ugly of Mr. Walkup's analysis.  The ugly part is allowing

11:53:27 11  the non-operators to interfere more with the operator's

11:53:31 12  tactical decisions.

11:53:32 13  Q.   In your view, is it good policy to force non-operators to

11:53:35 14  participate in tactical issues and decisions?

11:53:38 15  A.   It is not.

11:53:39 16  Q.   Okay.  And for those types of decisions, is it important

11:53:42 17  to be present typically when the decisions are being made?

11:53:46 18  A.   Yes.

11:53:46 19       Let me back up to the previous, just quickly.  What

11:53:50 20  I'm objecting to is forcing non-operators to be involved in

11:53:54 21  tactical decisions.  Depending on the relationships and the

11:53:58 22  knowledges of the non-operators and the operators, there is

11:54:03 23  nothing wrong per se with non-operators being involved in

11:54:07 24  certain tactical decisions.  I'm just saying it would be wrong

11:54:12 25  to force them to be involved --

**OFFICIAL TRANSCRIPT**

11:54:14  1    Q.    All right.  Let's follow up on that.

11:54:16  2    A.    -- and force operators to accept that involvement.

11:54:19  3    Q.    Let's follow up on that, and let's conclude this

11:54:21  4    examination.  Let's go back to the chart, D-38019.

11:54:26  5         Now, just to set the table again, we've populated

11:54:31  6    this chart with a wide range of activities that a non-operator

11:54:34  7    might be involved in, correct?

11:54:35  8    A.    Correct.

11:54:36  9    Q.    Now, is it possible, in your view, to draw a line that

11:54:39 10    shows either the industry norm or the industry practice?

11:54:42 11    A.    No, it's not.

11:54:43 12    Q.    And, in fact, if I heard you correctly, what you just said

11:54:47 13    to Judge Barbier, is each activity -- or, frankly, each bubble

11:54:50 14    on that chart depended on a wide range of factors that must be

11:54:55 15    weighed and balanced for each particular project?

11:54:57 16    A.    That's correct.

11:54:58 17    Q.    All right.  Now -- here's the rub, Your Honor.

11:55:01 18         Now, Mr. Arnold, let's assume a material penalty is

11:55:06 19    imposed in this case, all right?

11:55:07 20    A.    Correct.

11:55:08 21    Q.    Let's assume it forces non-operators to increase their

11:55:11 22    level of participation in activities that they typically would

11:55:16 23    not have participated in.  Let's show the red arrows.  Okay.

11:55:21 24         For example, approving tests on BOPs.  Okay.

11:55:24 25    Interpreting negative pressure tests, monitoring the pumping of

11:55:27 1    cement, those types of things.  In your view, would this

11:55:31 2    affect -- would this in any way affect how safety is followed

11:55:38 3    on offshore facilities?

11:55:39 4    A.    Yes.  It's my understanding, especially from Mr. Walkup's

11:55:45 5    testimony and from his reports, that that's precisely what he's

11:55:50 6    recommending and precisely the effect that he thinks that would

11:55:53 7    have, and that's why he's recommending it.

11:55:55 8            I think that would decrease from the overall level of

11:55:58 9    safety by forcing these interactions, and I think that's

11:56:02 10   consistent with Mr. Walkup's own paper.

11:56:05 11   Q.    And are you opining in any way as to Anadarko's role on

11:56:09 12   the Macondo rig?

11:56:10 13   A.    No.

11:56:10 14   Q.    And if I understand your testimony correctly, are you

11:56:14 15   addressing the industry generally going forward?

11:56:16 16   A.    Yes.

11:56:17 17   Q.    Now, who, in your view, is the only entity that is

11:56:23 18   positioned to manage the overall safety of the well drilling

11:56:29 19   and rig operations?

11:56:30 20   A.    The operator.

11:56:30 21   Q.    And does the National Academy of Engineering agree with

11:56:34 22   that view?

11:56:34 23   A.    Yes, they do.

11:56:35 24   Q.    Have they stated so in a report?

11:56:37 25   A.    Yes, they have.

**OFFICIAL TRANSCRIPT**

11:56:38  1    Q.    Please call up D-38020.

11:56:41  2          Is this the Academy report you're referring to?

11:56:43  3    A.    Yes.  This is the Academy report that was as a result of

11:56:48  4    the Macondo -- that the Department of Interior asked them to

11:56:52  5    create as a result of the Macondo incident.

11:56:54  6    Q.    And this bears TREX-280054.

11:56:58  7          Now, are your opinions consistent with the

11:57:01  8    government's current regulatory regime?

11:57:03  9    A.    Yes.

11:57:04  10   Q.    And since Macondo, has BSEE implemented new regulations

11:57:09  11   for safety on offshore facilities?

11:57:10  12   A.    Yes, they have.

11:57:11  13   Q.    And have those new regulations added new requirements to

11:57:15  14   non-operating participants?

11:57:18  15   A.    No, they have not.  They have been consistent with the

11:57:22  16   statement that the operating leaseholder company is the only

11:57:26  17   entity involved in offshore drilling that is positioned to

11:57:30  18   manage the overall system safety of well drilling and rig

11:57:34  19   operations.

11:57:34  20   Q.    And are your opinions consistent with the government's

11:57:37  21   past and current enforcement practices?

11:57:40  22   A.    Yes, they are.

11:57:40  23   Q.    Have you examined both the past practices before Macondo

11:57:45  24   and the practices since Macondo?

11:57:47  25   A.    Yes, I have.

**OFFICIAL TRANSCRIPT**

11:57:48 1    Q.    For roughly how many years?

11:57:50 2    A.    I went back about four years or so before Macondo.  I

11:57:55 3    could have gone back longer, but they are the same.  I know

11:57:58 4    that from my past experience, they are the same.  And then I've

11:58:02 5    looked at what's been happening up until April of 2014 or in

11:58:08 6    some cases even beyond that.

11:58:10 7    Q.    And did you [speaking simultaneously] --

11:58:10 8          MS. FLICKINGER:  Your Honor -- excuse me -- the

11:58:12 9    government would like to object on relevance grounds to this

11:58:17 10   whole portion of Mr. Arnold's opinions concerning prior

11:58:23 11   enforcement history.

11:58:23 12         THE COURT:  What's the relevance of that?

11:58:25 13         MR. LOTTERMAN:  The relevance, Your Honor, is that if

11:58:27 14   you go back to that populated chart, the non-operating parties

11:58:31 15   are relying on BSEE's enforcement regime and practices in

11:58:35 16   deciding where this balance resides.

11:58:37 17              And so our point is, frankly, I think the

11:58:40 18   United States has gotten ahead of its own agency on this,

11:58:43 19   because, you know, what Mr. Walkup has asked us to do and what

11:58:48 20   Mr. O'Rourke has suggested be done is to sort of push all of

11:58:51 21   those responsibilities up.  And what Mr. Arnold is saying,

11:58:54 22   that's not in the regs and that's not the way it's being

11:58:57 23   enforced in the Gulf of Mexico today.

11:58:59 24         THE COURT:  Well, I'm here to apply the

11:59:05 25   Clean Water Act, not some regulations, and I don't see the

**OFFICIAL TRANSCRIPT**

11:59:11  1   relevance of this.  You know, the issue here is not whether the

11:59:22  2   government has previously enforced certain regulations or taken

11:59:27  3   certain regulatory actions against non-operators, that's not

11:59:32  4   the issue in this case.

11:59:33  5          MR. LOTTERMAN:  No, but --

11:59:33  6          THE COURT:  I don't see the relevance of it, so I'm

11:59:35  7   going to sustain the Government's objection.

11:59:35  8   EXAMINATION BY MR. LOTTERMAN:

11:59:39  9   Q.   Let's call up D-38021.

11:59:43 10          Mr. Arnold, who is the only party who can establish

11:59:49 11   and maintain the critical culture of safety on a rig?

11:59:53 12   A.   The operator.

11:59:54 13   Q.   And in your view, is it good policy, as Mr. Walkup and

11:59:59 14   Mr. O'Rourke suggest, to force greater participation by

12:00:03 15   non-operators on offshore facilities?

12:00:03 16   A.   No, it is not.

12:00:04 17   Q.   Now, are you suggesting that non-operators can't

12:00:06 18   contribute to safety?

12:00:06 19   A.   No, I'm not.

12:00:07 20   Q.   Is that delicate balance being addressed today in both

12:00:11 21   BSEE's regs and on each particular project?

12:00:16 22   A.   That is correct.

12:00:17 23          And what I'm disputing is Mr. Walkup's position that

12:00:24 24   putting a material penalty under the Clean Water Act on

12:00:33 25   Anadarko would increase safety in any way because it would

**OFFICIAL TRANSCRIPT**

12:00:38  1   increase the involvement of NOP's in the activities in the

12:00:44  2   Gulf of Mexico, and for some strange reason, he believes that

12:00:49  3   that will increase safety.  What I testified to is none of that

12:00:53  4   fits with any current safety theory.

12:00:55  5   Q.   Now, has the awareness and focus on safety on rigs by both

12:01:00  6   the industry and its regulators improved since April 20, 2010?

12:01:05  7   A.   Yes, it has.

12:01:06  8   Q.   Is it still a work in progress?

12:01:08  9   A.   Yes, it is always a work in progress.  We can always

12:01:14 10   improve what we're doing as we learn how to make those

12:01:18 11   improvements.

12:01:18 12          MR. LOTTERMAN:  I pass the witness, Your Honor.

12:01:20 13          THE COURT:  All right.  How long is your cross expected

12:01:24 14   to be?

12:01:29 15          MS. FLICKINGER:  It is about half an hour, 45 minutes.

12:01:31 16   I think if I do it after lunch, I will significantly shorten

12:01:34 17   it.

12:01:34 18          THE COURT:  All right.  I'll give you that opportunity.

12:01:37 19          We'll come back -- do you-all want to meet with me

12:01:43 20   like right now or before we come back from lunch?

12:01:47 21          MS. HIMMELHOCH:  Now would be good, Your Honor.

12:01:49 22          THE COURT:  Why don't you all come back now.  We'll

12:01:52 23   recess now until 1:15.  Okay.

12:01:56 24          THE DEPUTY CLERK:  All rise.

12:01:59 25          (WHEREUPON, at 12:01 p.m. the Court was in luncheon

**OFFICIAL TRANSCRIPT**

1    recess.)

2                              *    *    *

3

4

5

6

7                   REPORTER'S CERTIFICATE

8

9         I, Cathy Pepper, Certified Realtime Reporter, Registered

10   Merit Reporter, Certified Court Reporter in and for the State

11   of Louisiana, Official Court Reporter for the United States

12   District Court, Eastern District of Louisiana, do hereby

13   certify that the foregoing is a true and correct transcript to

14   the best of my ability and understanding from the record of the

15   proceedings in the above-entitled and numbered matter.

16

17

18                          _s/Cathy Pepper_____

19                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
20                          Registered Merit Reporter
                            Official Court Reporter
21                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
22

23

24

25

                         **OFFICIAL TRANSCRIPT**

# #

**#10-4536** [1] - 2128:10

# $

**$100** [1] - 2226:20
**$100,000** [1] - 2170:24
**$167** [1] - 2156:22
**$20** [1] - 2171:8
**$200** [2] - 2175:16, 2176:2
**$278,000** [1] - 2181:25
**$62** [1] - 2156:20
**$800,000** [1] - 2190:19

# '

**'13** [1] - 2156:5
**'14** [3] - 2147:11, 2148:22, 2156:6
**'67** [1] - 2195:21

# 0

**012916** [1] - 2187:4

# 1

**1** [7] - 2152:21, 2199:5, 2211:6, 2211:16, 2211:17, 2216:11, 2226:8
**1.1** [6] - 2151:16, 2152:19, 2170:19, 2170:21, 2170:22, 2173:11
**1.3** [1] - 2151:20
**1.8** [1] - 2154:16
**1.855** [1] - 2171:11
**10** [6] - 2151:7, 2175:23, 2176:4, 2192:4, 2193:8
**10-MD-2179** [1] - 2128:7
**10-minute** [1] - 2193:8
**100** [2] - 2159:1, 2159:3
**1036** [1] - 2128:19
**10:53** [1] - 2193:13
**12** [4] - 2147:22, 2169:19, 2189:13, 2211:9
**125** [1] - 2172:16
**127.5** [1] - 2159:16
**12916** [1] - 2172:5

# 2

**2** [8] - 2128:8, 2134:2, 2142:24, 2155:24, 2199:5, 2211:9, 2211:22, 2211:23
**20** [6] - 2128:6, 2145:14, 2151:7, 2159:2, 2159:3, 2236:6
**200** [1] - 2192:3
**20004** [1] - 2129:17
**20005** [1] - 2130:11
**20006** [1] - 2130:20
**2003** [1] - 2203:1
**20044** [1] - 2129:12
**2005** [2] - 2196:25, 2202:7
**2006** [4] - 2141:12, 2207:13, 2228:14, 2228:18
**2007** [3] - 2128:16, 2197:4, 2197:6
**2009** [1] - 2158:17
**2010** [18] - 2128:6, 2147:3, 2147:10, 2147:24, 2148:3,

**12:01** [1] - 2236:25
**14.9** [2] - 2148:6, 2148:23
**140** [2] - 2149:9, 2156:16
**14271** [1] - 2129:17
**14C** [1] - 2217:19
**14J** [2] - 2207:23, 2207:24, 2217:22
**15** [5] - 2148:7, 2148:12, 2199:25, 2200:3, 2211:5
**150** [1] - 2196:21
**163** [1] - 2170:15
**173** [1] - 2147:19
**19** [1] - 2140:2
**1912** [2] - 2204:19, 2204:20
**1960's** [1] - 2216:1
**1964** [3] - 2195:15, 2195:18, 2195:19
**1967** [1] - 2195:19
**1970** [3] - 2195:21, 2195:23, 2198:9
**1975** [1] - 2195:23
**1980** [3] - 2141:8, 2195:24, 2196:24
**1990** [2] - 2203:15, 2205:3
**1993** [1] - 2207:11
**1:15** [1] - 2236:23

2151:13, 2151:15, 2151:20, 2152:19, 2154:14, 2155:16, 2156:11, 2158:17, 2159:13, 2159:15, 2160:1, 2208:2, 2236:6
**2011** [2] - 2156:1, 2204:20
**2012** [5] - 2141:21, 2156:5, 2204:20, 2205:12
**2013** [1] - 2208:7
**2014** [29] - 2147:6, 2148:4, 2148:12, 2148:21, 2148:25, 2149:1, 2151:13, 2151:14, 2151:17, 2152:20, 2153:1, 2153:2, 2153:4, 2154:15, 2156:18, 2156:17, 2156:21, 2156:24, 2159:13, 2159:16, 2159:18, 2159:25, 2189:1, 2189:3, 2192:13, 2211:5, 2211:10, 2211:11, 2234:5
**2015** [2] - 2128:8, 2134:2
**2017** [1] - 2180:10
**2020** [1] - 2130:20
**20th** [1] - 2156:17
**21.855** [2] - 2171:4, 2173:9
**2100** [1] - 2147:24
**2132** [1] - 2148:3
**2134** [1] - 2132:18
**2135** [2] - 2132:20, 2132:22
**2136** [3] - 2132:24, 2133:1, 2133:3
**2137** [3] - 2133:5, 2133:7, 2133:9
**2139** [1] - 2133:11
**2140** [2] - 2132:5, 2132:6
**2181** [1] - 2132:7
**2193** [1] - 2132:8
**2194** [1] - 2132:9
**21st** [1] - 2151:14
**2236** [1] - 2132:10
**25** [2] - 2184:1, 2191:17
**250** [3] - 2143:17, 2145:10, 2149:6
**26** [1] - 2211:11
**270** [1] - 2145:12
**280007.02** [1] - 2155:21

**29** [2] - 2140:2

# 3

**3** [4] - 2152:21, 2173:18, 2211:10, 2211:22
**3.4** [1] - 2168:19
**30** [1] - 2145:14
**30-day** [1] - 2205:19
**300** [1] - 2130:6
**30th** [1] - 2147:7
**311** [1] - 2213:9
**355** [1] - 2130:23
**36** [1] - 2140:3
**38035** [1] - 2152:10
**38035A** [1] - 2152:15
**38050** [1] - 2152:11
**38052** [1] - 2172:3
**390** [2] - 2145:3, 2149:4

# 4

**4** [10] - 2167:17, 2168:6, 2168:7, 2169:5, 2183:2, 2185:6, 2185:8, 2185:16, 2185:17, 2185:18
**4.4** [1] - 2148:1
**40** [2] - 2149:11, 2193:6
**4400** [1] - 2130:23
**45** [1] - 2236:15
**450** [1] - 2179:20

# 5

**50** [1] - 2216:22
**50-year** [3] - 2197:19, 2198:7, 2209:21
**500** [2] - 2131:4, 2144:10
**5000** [1] - 2130:15
**504** [1] - 2131:5
**520** [3] - 2144:23, 2145:16, 2145:20
**53** [1] - 2155:20
**5300** [2] - 2179:12, 2179:19
**589-7779** [1] - 2131:5

# 6

**6** [3] - 2167:23, 2168:11

**6,000** [1] - 2142:10
**600** [1] - 2196:25
**600-person** [1] - 2209:10
**60654** [1] - 2130:7
**655** [1] - 2130:10

# 7

**7,200** [1] - 2148:25
**701** [2] - 2129:22, 2130:14
**70130** [2] - 2129:23, 2131:5
**70139** [1] - 2130:15
**75** [1] - 2207:20
**7611** [1] - 2129:12

# 8

**8** [1] - 2128:22
**80,000** [1] - 2143:23
**800,000** [2] - 2173:4, 2190:17
**820** [2] - 2151:18, 2152:21

# 9

**9.5** [1] - 2159:17
**900** [1] - 2157:2
**90071** [1] - 2130:24
**965** [2] - 2151:16, 2152:19
**9:30** [1] - 2128:8

# A

**A-R-N-O-L-D** [1] - 2194:7
**A.M** [1] - 2128:8
**a.m** [1] - 2193:13
**abandoned** [2] - 2179:11, 2192:13
**abandoning** [1] - 2192:15
**abandonment** [1] - 2220:23
**ABIGAIL** [1] - 2129:7
**ability** [4] - 2146:18, 2174:18, 2229:17, 2237:14
**able** [4] - 2162:4, 2172:8, 2182:23, 2192:19
**above-entitled** [1] - 2237:15

**absolutely** [10] - 2145:24, 2160:21, 2166:24, 2167:10, 2171:3, 2190:15, 2223:17, 2225:11, 2226:5, 2229:7

**abstract** [1] - 2201:15

**academic** [1] - 2224:4

**academies** [1] - 2202:5

**Academy** [7] - 2202:6, 2202:8, 2202:14, 2205:1, 2232:21, 2233:2, 2233:3

**accept** [2] - 2214:5, 2231:2

**accepted** [2] - 2210:13, 2217:5

**access** [1] - 2176:6

**according** [1] - 2169:8

**accounting** [2] - 2145:18, 2172:12

**accurately** [5] - 2141:5, 2145:6, 2148:21, 2153:4, 2156:24

**Act** [9] - 2169:3, 2183:25, 2185:4, 2186:11, 2213:5, 2213:8, 2213:24, 2234:25, 2235:24

**ACTION** [1] - 2128:7

**actions** [3] - 2218:11, 2218:17, 2235:3

**active** [2] - 2159:9, 2214:18

**activities** [8] - 2144:19, 2147:11, 2149:8, 2177:11, 2227:12, 2231:6, 2231:22, 2236:1

**activity** [22] - 2143:24, 2147:10, 2149:1, 2151:21, 2153:6, 2153:11, 2178:21, 2207:1, 2207:2, 2222:24, 2223:15, 2223:22, 2224:15, 2224:23, 2225:10, 2225:16, 2227:8, 2227:10, 2227:14, 2231:13

**actors** [1] - 2214:18

**add** [2] - 2218:9, 2218:10

**added** [3] - 2208:10, 2208:15, 2233:13

**addition** [7] - 2135:15, 2144:16, 2145:1, 2177:19, 2192:3,

2195:3, 2209:10

**additional** [9] - 2135:18, 2145:20, 2155:24, 2166:22, 2166:23, 2210:19, 2211:18, 2212:5, 2212:18

**address** [11] - 2137:23, 2162:25, 2174:22, 2186:25, 2187:14, 2187:24, 2206:23, 2212:11, 2212:15, 2213:18, 2215:15

**addressed** [2] - 2220:8, 2235:20

**addresses** [2] - 2206:24, 2228:12

**addressing** [5] - 2144:13, 2161:2, 2183:23, 2209:18, 2232:15

**administrative** [1] - 2158:1

**admitted** [21] - 2134:20, 2134:23, 2135:4, 2135:6, 2135:11, 2135:14, 2136:9, 2136:11, 2136:16, 2136:18, 2136:23, 2136:25, 2137:5, 2137:7, 2137:12, 2137:14, 2137:18, 2137:20, 2139:13, 2139:15, 2229:11

**ADMITTED.........** [1] - 2133:11

**ADMITTED..........** [1] - 2132:19

**ADMITTED.................** ... [1] - 2132:23

**ADMITTED................. .........................** [7] - 2132:21, 2132:25, 2133:2, 2133:4, 2133:6, 2133:8, 2133:10

**adopt** [1] - 2207:13

**adopted** [1] - 2206:10

**advice** [1] - 2204:12

**advised** [2] - 2198:5, 2219:5

**advisor** [2] - 2195:1, 2205:23

**Advisors** [1] - 2188:5

**Advisors'** [2] - 2187:4, 2188:8

**Advisory** [1] - 2204:16

**advisory** [1] - 2204:11

**advocating** [1] - 2222:19

**affect** [4] - 2159:7, 2180:6, 2232:2

**affected** [5] - 2171:9, 2171:24, 2184:21, 2184:25, 2187:25

**affects** [1] - 2150:16

**aftermath** [1] - 2187:15

**agencies** [3] - 2203:6, 2203:23, 2204:8

**agency** [1] - 2234:18

**ago** [1] - 2228:12

**agree** [6] - 2223:16, 2229:6, 2229:7, 2229:21, 2230:2, 2232:21

**agreed** [5] - 2184:15, 2184:19, 2186:24, 2206:3, 2206:7

**agreement** [23] - 2168:3, 2168:17, 2168:24, 2169:14, 2171:12, 2171:17, 2171:18, 2177:24, 2177:25, 2178:1, 2178:9, 2178:10, 2179:17, 2180:3, 2183:3, 2183:9, 2183:14, 2184:5, 2184:12, 2184:13, 2184:19, 2184:24, 2191:12

**agreements** [1] - 2170:5

**ahead** [10] - 2139:25, 2157:21, 2179:1, 2179:4, 2192:20, 2194:12, 2215:11, 2219:24, 2234:18

**Alabama** [1] - 2171:23

**Alaska** [2] - 2141:2, 2141:23

**ALLAN** [1] - 2129:22

**allowed** [2] - 2169:9, 2169:19

**allowing** [1] - 2230:10

**almost** [3] - 2147:8, 2151:20, 2152:21

**alone** [1] - 2144:6

**alternate** [1] - 2203:15

**alternative** [1] - 2203:15

**AMANT** [1] - 2129:22

**AMEC** [3] - 2197:2, 2197:4, 2197:5

**AMERICA** [2] - 2128:11, 2129:3

**Americas** [2] -

2140:23, 2165:22

**amount** [6] - 2147:8, 2147:10, 2151:1, 2153:10, 2181:24, 2191:3

**Anadarko** [94] - 2139:2, 2139:20, 2140:19, 2140:21, 2140:22, 2140:24, 2141:15, 2141:17, 2142:2, 2142:9, 2143:13, 2144:21, 2144:22, 2144:24, 2145:7, 2145:22, 2150:5, 2150:9, 2153:13, 2155:3, 2157:4, 2158:15, 2160:13, 2160:19, 2162:5, 2163:7, 2163:19, 2165:7, 2166:17, 2166:22, 2167:12, 2168:18, 2169:4, 2169:10, 2169:15, 2169:19, 2169:21, 2170:12, 2170:20, 2170:22, 2171:1, 2171:6, 2171:25, 2172:1, 2173:8, 2173:15, 2174:25, 2175:2, 2176:13, 2177:7, 2177:11, 2177:20, 2181:11, 2181:14, 2181:19, 2181:24, 2182:16, 2182:18, 2182:22, 2182:23, 2183:4, 2183:9, 2183:17, 2183:21, 2183:24, 2184:11, 2186:3, 2186:6, 2186:17, 2188:5, 2188:8, 2188:15, 2189:8, 2189:15, 2190:19, 2191:5, 2191:8, 2192:1, 2192:11, 2192:14, 2193:16, 2193:18, 2193:20, 2210:16, 2210:18, 2212:19, 2212:22, 2213:2, 2213:23, 2214:3, 2214:7, 2214:17, 2215:2, 2235:25

**ANADARKO** [3] - 2128:14, 2128:15, 2130:17

**ANADARKO'S** [1] - 2133:11

**Anadarko's** [20] - 2134:10, 2139:4,

2139:9, 2139:15, 2141:25, 2152:16, 2156:10, 2158:19, 2159:19, 2178:21, 2182:12, 2183:13, 2184:7, 2184:8, 2185:22, 2188:22, 2190:2, 2190:6, 2215:3, 2232:11

**analysis** [6] - 2207:23, 2217:1, 2217:14, 2217:16, 2217:21, 2230:10

**AND** [4] - 2128:19, 2130:3, 2132:19, 2132:22

**ANDRE** [1] - 2129:7

**ANDREW** [1] - 2130:4

**Andy** [2] - 2161:1, 2161:22

**ANGELES** [1] - 2130:24

**announce** [1] - 2139:25

**announced** [1] - 2201:21

**annual** [1] - 2154:7

**annually** [3] - 2146:3, 2157:6, 2180:23

**answer** [3] - 2138:17, 2209:5, 2211:17

**answers** [2] - 2213:21

**anticipating** [1] - 2221:3

**anyway** [1] - 2139:25

**API** [8] - 2203:5, 2207:9, 2207:19, 2207:20, 2207:21, 2207:22, 2217:19, 2217:22

**API-recommended** [1] - 2207:9

**appeal** [1] - 2155:7

**appealed** [1] - 2155:6

**APPEARANCES** [3] - 2129:1, 2130:1, 2131:1

**appearing** [1] - 2158:14

**appendices** [1] - 2211:13

**appendix** [1] - 2211:6

**applications** [1] - 2181:20

**apply** [1] - 2234:24

**appointed** [7] - 2202:4, 2202:13, 2203:14, 2204:1, 2204:14, 2204:25, 2205:5

**appointment** [2] - 2202:9, 2202:14
**appraisal** [4] - 2143:11, 2220:20, 2226:7, 2226:9
**approach** [3] - 2206:10, 2218:24, 2219:1
**approached** [1] - 2180:8
**appropriate** [1] - 2217:9
**approve** [1] - 2206:25
**approving** [1] - 2231:24
**APRIL** [1] - 2128:6
**April** [5] - 2147:7, 2148:11, 2164:18, 2234:5, 2236:6
**architecture** [1] - 2227:3
**area** [8] - 2143:19, 2154:5, 2157:19, 2162:19, 2173:16, 2198:21, 2219:17, 2221:2
**argued** [1] - 2181:18
**arguing** [1] - 2213:16
**argument** [1] - 2213:3
**arguments** [1] - 2213:3
**arise** [1] - 2168:23
**arms** [1] - 2140:25
**Arnold** [21] - 2193:4, 2193:19, 2193:20, 2194:6, 2194:17, 2194:24, 2197:7, 2210:7, 2210:16, 2211:13, 2214:7, 2214:22, 2215:14, 2220:1, 2221:3, 2221:13, 2222:4, 2230:2, 2231:18, 2234:21, 2235:10
**ARNOLD** [1] - 2194:1
**Arnold's** [3] - 2211:9, 2213:21, 2234:10
**ARNOLD...................** [1] - 2132:8
**arose** [1] - 2187:1
**arrangement** [1] - 2192:6
**arrangements** [3] - 2190:6, 2191:6, 2191:9
**arrive** [1] - 2170:22
**arrows** [1] - 2231:23
**articles** [2] - 2228:7, 2228:11

**artificial** [4] - 2178:23, 2179:18, 2179:21, 2192:20
**aside** [3] - 2173:14, 2186:15, 2220:11
**ASME** [1] - 2203:5
**aspects** [2] - 2196:21, 2198:12
**ASSET** [1] - 2128:16
**asset** [1] - 2189:19
**assets** [2] - 2141:1, 2157:19
**assignment** [1] - 2141:16
**assignments** [1] - 2141:10
**assist** [11] - 2160:20, 2161:2, 2161:15, 2162:2, 2162:10, 2162:17, 2162:19, 2166:6, 2166:16, 2190:7, 2203:21
**assistance** [5] - 2161:23, 2162:5, 2166:23, 2167:8, 2192:14
**assisted** [1] - 2162:11
**associated** [12] - 2136:5, 2136:12, 2136:19, 2137:1, 2137:8, 2137:16, 2137:22, 2154:1, 2154:16, 2154:25, 2155:9, 2167:18, 2167:23, 2170:13, 2196:22
**Associates** [4] - 2175:8, 2190:4, 2190:10, 2191:9
**association** [1] - 2224:1
**assume** [3] - 2191:4, 2231:18, 2231:21
**assuming** [1] - 2189:19
**assurance** [1] - 2201:25
**assure** [3] - 2206:8, 2214:11, 2221:8
**assuring** [1] - 2201:25
**attempting** [1] - 2222:5
**attorney** [1] - 2186:4
**audience** [1] - 2199:11
**August** [1] - 2211:5
**Authority** [9] - 2208:12, 2208:15, 2218:18, 2218:22, 2219:8, 2219:9,

2219:10, 2219:12, 2225:24
**authority** [1] - 2205:15
**available** [17] - 2157:10, 2158:22, 2159:6, 2161:15, 2163:4, 2163:9, 2163:25, 2164:16, 2164:24, 2165:3, 2166:6, 2171:8, 2176:10, 2176:11, 2177:23, 2178:3
**AVENUE** [1] - 2130:23
**Award** [2] - 2203:3, 2203:4
**awarded** [1] - 2202:18
**awards** [3] - 2202:2, 2203:2, 2203:5
**aware** [7] - 2160:16, 2161:6, 2183:24, 2184:7, 2186:18, 2191:23, 2192:14
**awareness** [2] - 2210:4, 2236:5
**axis** [4] - 2220:18, 2220:18, 2221:14, 2221:20

## B

**background** [2] - 2141:5, 2195:7
**Bad** [1] - 2228:20
**bad** [2] - 2214:15, 2230:9
**bailiwick** [1] - 2150:14
**balance** [3] - 2225:9, 2234:16, 2235:20
**balanced** [1] - 2231:15
**banks** [1] - 2187:21
**BARBIER** [1] - 2128:23
**Barbier** [3] - 2202:10, 2216:15, 2231:13
**barrels** [1] - 2143:23
**based** [7] - 2142:15, 2153:24, 2168:1, 2171:22, 2197:3, 2207:9, 2207:16
**bases** [2] - 2145:15, 2149:11
**basis** [6] - 2153:8, 2154:7, 2194:22, 2194:23, 2204:22, 2211:20
**bear** [1] - 2182:3
**bears** [1] - 2233:6
**became** [3] - 2141:21,

2196:9, 2207:18
**become** [3] - 2179:20, 2197:5, 2226:22
**BEFORE** [1] - 2128:23
**began** [1] - 2180:10
**begin** [2] - 2134:12, 2140:20
**behalf** [2] - 2152:25, 2193:18
**believes** [1] - 2236:2
**belong** [3] - 2174:21, 2175:4, 2190:24
**belonged** [2] - 2191:15, 2191:20
**below** [2] - 2147:17, 2154:15
**Ben** [2] - 2139:24
**benefits** [2] - 2179:23, 2192:21
**benefitting** [1] - 2173:3
**best** [3] - 2173:2, 2173:5, 2237:14
**better** [3] - 2143:20, 2173:21, 2174:3
**between** [12] - 2167:2, 2168:17, 2178:1, 2180:3, 2183:4, 2183:9, 2197:24, 2221:1, 2225:15, 2225:16, 2229:2, 2230:3
**beyond** [5] - 2143:13, 2158:7, 2166:23, 2209:8, 2234:6
**bid** [6] - 2158:2, 2158:3, 2159:1, 2160:3
**bidding** [4] - 2157:22, 2159:9, 2189:23, 2189:25
**bids** [1] - 2160:4
**big** [3] - 2154:2, 2157:16, 2179:12
**bigger** [2] - 2150:24, 2226:8
**biggest** [2] - 2153:23, 2175:4
**bill** [2] - 2176:19, 2176:22
**Bill** [2] - 2176:21, 2177:8
**billed** [1] - 2152:7
**billing** [1] - 2163:11
**billion** [22] - 2151:16, 2151:20, 2152:19, 2152:21, 2152:23, 2153:2, 2153:9, 2167:17, 2167:23, 2168:6, 2168:7,

2168:11, 2169:5, 2169:18, 2169:20, 2183:2, 2184:16, 2185:6, 2185:8, 2185:17, 2185:18
**billions** [2] - 2226:19
**bills** [1] - 2150:13
**Birnbaum** [1] - 2205:24
**bit** [10] - 2138:8, 2141:11, 2141:25, 2144:8, 2149:24, 2153:6, 2159:4, 2163:3, 2164:22, 2177:4
**blew** [1] - 2205:18
**blocks** [2] - 2160:7, 2160:8
**blowout** [1] - 2184:8
**blue** [3] - 2143:2, 2156:13, 2156:14
**board** [2] - 2146:17
**boats** [4] - 2142:17, 2149:12, 2162:15, 2162:20
**Bob** [2] - 2164:11, 2164:13
**Bob's** [1] - 2165:3
**BOCKIUS** [2] - 2130:18, 2130:22
**Bolivia** [1] - 2195:15
**bone** [1] - 2225:14
**bonus** [1] - 2158:17
**book** [5] - 2200:7, 2200:8, 2200:10, 2200:11, 2200:13
**books** [4] - 2198:24, 2199:15, 2199:20, 2209:11
**booming** [1] - 2181:20
**BOP** [1] - 2166:14
**BOPs** [3] - 2165:14, 2166:12, 2231:24
**boss** [1] - 2160:24
**bottom** [1] - 2222:14
**bottomhole** [1] - 2226:24
**bought** [2] - 2163:18, 2186:8
**bound** [1] - 2178:9
**BOX** [2] - 2129:12, 2129:17
**box** [1] - 2228:2
**BP** [48] - 2128:13, 2130:3, 2138:1, 2154:20, 2155:3, 2155:10, 2155:12, 2161:13, 2162:23, 2163:4, 2164:6, 2164:7, 2164:8,

**OFFICIAL TRANSCRIPT**

2164:11, 2164:18, 2165:4, 2165:22, 2166:5, 2167:2, 2167:17, 2167:22, 2168:12, 2168:17, 2168:24, 2169:14, 2169:16, 2169:17, 2169:24, 2178:2, 2181:3, 2182:9, 2182:16, 2183:4, 2183:9, 2183:11, 2183:14, 2183:17, 2184:11, 2184:15, 2184:19, 2184:24, 2185:6, 2185:7, 2185:16, 2225:1, 2226:6, 2226:8
**BP/Anadarko** [1] - 2140:2
**BPXP** [3] - 2134:14, 2164:3, 2168:21
**BRANCH** [1] - 2129:15
**Brandon** [1] - 2136:3
**BRANDON** [1] - 2129:9
**BRANSCOME** [1] - 2130:10
**Brazil** [2] - 2141:2, 2141:23
**break** [2] - 2138:18, 2138:21
**brief** [2] - 2179:7, 2214:22
**briefing** [1] - 2177:18
**briefly** [13] - 2179:6, 2189:7, 2191:21, 2195:11, 2203:9, 2206:18, 2212:10, 2213:17, 2215:15, 2216:14, 2216:19, 2224:9, 2226:2
**bring** [13] - 2141:3, 2142:11, 2142:24, 2145:5, 2146:22, 2147:13, 2155:21, 2156:8, 2156:23, 2162:8, 2177:15, 2193:9, 2224:21
**bringing** [1] - 2165:25
**broad** [1] - 2203:25
**Brock** [1] - 2137:25
**BROCK** [7] - 2130:9, 2137:25, 2138:3, 2138:12, 2138:16, 2138:23, 2181:4
**brought** [4] - 2182:2, 2185:3, 2226:18, 2225:1
**brunt** [1] - 2187:21

**BSEE** [16] - 2161:12, 2178:24, 2179:18, 2180:8, 2180:21, 2199:23, 2204:12, 2204:16, 2205:2, 2205:5, 2205:6, 2207:12, 2209:16, 2219:1, 2219:5, 2233:10
**BSEE's** [3] - 2208:21, 2234:15, 2235:21
**bubble** [2] - 2217:7, 2231:13
**bubbles** [3] - 2227:13, 2227:22, 2228:3
**budget** [1] - 2154:4
**build** [4] - 2142:24, 2144:5, 2175:18, 2177:3
**builds** [1] - 2144:3
**built** [3] - 2143:25, 2176:5, 2217:6
**bullet** [2] - 2162:10, 2164:2
**BUNDLES** [1] - 2133:11
**bundles** [3] - 2139:5, 2139:9, 2139:15
**buoyancy** [1] - 2179:16
**burn** [2] - 2166:1, 2166:4
**burning** [1] - 2181:21
**business** [11] - 2141:25, 2142:4, 2144:2, 2146:1, 2146:10, 2149:8, 2150:16, 2150:21, 2154:3, 2157:14, 2173:17
**buy** [4] - 2144:14, 2163:15, 2190:20, 2226:3
**buying** [3] - 2150:25, 2152:2, 2190:12
**BY** [31] - 2128:5, 2129:5, 2129:15, 2129:20, 2130:4, 2130:9, 2130:13, 2130:19, 2130:23, 2131:7, 2131:7, 2132:6, 2132:7, 2132:9, 2140:17, 2148:19, 2159:24, 2170:11, 2179:5, 2181:10, 2186:22, 2194:16, 2210:15, 2211:12, 2215:13, 2219:25, 2221:12, 2222:3, 2222:10,

2225:8, 2235:8

# C

**CA** [1] - 2130:24
**calculation** [1] - 2148:24
**calendar** [2] - 2155:16, 2156:1
**CALLED** [1] - 2134:3
**callout** [3] - 2159:12, 2187:5, 2229:14
**CAMP** [1] - 2129:22
**canceled** [1] - 2204:7
**capabilities** [1] - 2180:21
**capacity** [2] - 2194:25, 2201:10
**capital** [3] - 2150:16, 2176:1, 2192:4
**Captain** [1] - 2135:22
**capture** [4] - 2144:17, 2146:12, 2146:14, 2165:24
**career** [7] - 2141:7, 2197:12, 2197:19, 2198:7, 2202:2, 2209:22, 2215:19
**CARL** [1] - 2128:23
**case** [33] - 2134:10, 2142:21, 2143:9, 2147:23, 2149:19, 2149:21, 2155:6, 2158:16, 2159:2, 2165:3, 2166:3, 2166:8, 2168:3, 2169:17, 2173:23, 2175:14, 2176:15, 2178:5, 2178:8, 2182:11, 2183:16, 2184:4, 2192:18, 2210:17, 2211:14, 2213:6, 2213:15, 2216:15, 2229:9, 2229:12, 2231:19, 2235:4
**cases** [3] - 2165:2, 2227:23, 2234:6
**CASEY** [1] - 2129:6
**cash** [2] - 2168:20, 2168:21
**Cathy** [2] - 2237:9, 2237:19
**CATHY** [1] - 2131:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 2237:21
**cathy_Pepper@laed. uscourts.gov** [1] -

2131:6
**causing** [1] - 2187:20
**CCR** [2] - 2131:3, 2237:19
**cell** [1] - 2205:25
**cement** [1] - 2232:1
**cementing** [1] - 2164:20
**centralized** [1] - 2229:20
**CEO** [3] - 2161:3, 2162:1, 2184:7
**CEO/President** [1] - 2197:1
**Cerda** [1] - 2150:22
**certain** [7] - 2157:10, 2164:7, 2178:2, 2183:10, 2230:24, 2235:2, 2235:3
**certainly** [2] - 2227:10, 2229:22
**CERTIFICATE** [1] - 2237:7
**certificate** [1] - 2192:7
**certified** [1] - 2206:9
**CERTIFIED** [1] - 2131:3
**Certified** [3] - 2237:9, 2237:10, 2237:19
**certify** [1] - 2237:13
**CGA** [6] - 2175:7, 2176:20, 2176:24, 2190:16, 2191:6, 2191:16
**chain** [2] - 2150:23, 2218:13
**chair** [1] - 2207:24
**chairing** [1] - 2176:18
**chairman** [2] - 2205:6, 2217:22
**chairs** [1] - 2176:17
**CHAKERES** [1] - 2129:8
**chance** [1] - 2138:14
**Change** [1] - 2218:3
**change** [1] - 2205:8
**changed** [1] - 2174:17
**changes** [1] - 2163:22
**changing** [1] - 2160:14
**chapter** [3] - 2200:11, 2200:12, 2204:5
**charge** [1] - 2206:1
**charitable** [1] - 2173:10
**Charles** [3] - 2134:22, 2142:21, 2142:22
**CHARLES** [1] - 2132:18
**chart** [2] - 2223:20,

2227:13, 2231:4, 2231:6, 2231:14, 2234:14
**check** [1] - 2168:7
**checks** [3] - 2154:21, 2155:10
**Chevron** [4] - 2182:3, 2225:1, 2226:8, 2226:9
**Chevron's** [1] - 2225:3
**CHICAGO** [1] - 2130:7
**chief** [2] - 2178:6, 2197:4
**chosen** [3] - 2201:1, 2201:6, 2201:13
**Christi** [1] - 2144:1
**Chuck** [2] - 2160:24, 2161:21
**cite** [1] - 2224:1
**cited** [1] - 2228:7
**City** [2] - 2141:8, 2142:15
**CIVIL** [2] - 2128:7, 2129:15
**claims** [10] - 2168:12, 2168:22, 2169:24, 2169:25, 2184:15, 2184:20, 2184:24, 2185:3, 2185:7, 2185:9
**clarity** [1] - 2220:24
**clause** [1] - 2169:17
**Clean** [10] - 2169:3, 2175:7, 2176:20, 2190:4, 2190:10, 2191:9, 2213:5, 2213:8, 2234:25, 2235:24
**cleanup** [2] - 2186:6, 2186:15
**clear** [4] - 2166:24, 2177:6, 2182:9, 2208:11, 2214:1, 2215:1, 2221:25, 2227:20
**Clerk** [2] - 2140:11, 2194:3
**CLERK** [8] - 2134:7, 2140:4, 2140:12, 2193:12, 2193:14, 2193:21, 2194:4, 2236:24
**clips** [1] - 2135:21
**close** [1] - 2182:1
**closed** [2] - 2166:15, 2178:5
**Coast** [10] - 2143:19, 2144:1, 2146:15, 2161:12, 2171:7, 2172:24, 2180:8,

2180:22, 2183:21,
2184:9
**coauthor** [1] - 2199:16
**coauthored** [2] -
2199:3, 2200:12
**college** [2] - 2195:12,
2195:14
**colors** [1] - 2156:19
**column** [2] - 2154:13,
2156:14
**comfortable** [2] -
2180:21, 2180:24
**coming** [3] - 2165:24,
2168:1, 2174:22
**Command** [5] -
2161:11, 2162:23,
2167:2, 2181:12,
2182:7
**commission** [1] -
2218:23
**commissioning** [1] -
2144:9
**committed** [1] -
2184:24
**Committee** [1] -
2204:16
**committee** [20] -
2176:17, 2176:18,
2176:20, 2176:24,
2201:14, 2201:16,
2201:18, 2201:19,
2202:17, 2203:14,
2204:2, 2204:3,
2204:11, 2205:2,
2205:6, 2207:17,
2207:19, 2207:25,
2217:20, 2217:23
**committees** [2] -
2202:13, 2209:16
**common** [3] -
2221:14, 2221:16,
2226:3
**communication** [1] -
2229:5
**communities** [2] -
2171:7, 2171:23
**community** [4] -
2151:8, 2171:22,
2186:25, 2210:3
**Community** [1] -
2172:25
**community-based** [1]
- 2171:22
**companies** [9] -
2157:11, 2170:2,
2173:20, 2176:5,
2177:1, 2182:2,
2182:4, 2195:5
**Company** [4] - 2175:5,
2190:4, 2191:22,

2195:18
**company** [15] -
2141:18, 2142:19,
2154:1, 2158:25,
2169:7, 2171:12,
2173:18, 2175:17,
2191:13, 2194:24,
2195:25, 2197:2,
2197:3, 2197:7,
2233:16
**compare** [1] - 2158:20
**competitive** [2] -
2159:11, 2189:25
**complete** [2] -
2148:22, 2149:20
**completions** [1] -
2165:22
**COMPUTER** [1] -
2131:7
**computers** [1] -
2144:15
**concept** [7] - 2206:19,
2206:24, 2216:8,
2216:12, 2216:15,
2216:22, 2223:16
**concepts** [2] -
2204:13, 2219:6
**concerning** [3] -
2174:13, 2183:4,
2234:10
**concerns** [1] - 2222:1
**conclude** [1] - 2231:3
**concludes** [1] -
2181:1
**condition** [4] - 2168:8,
2185:8, 2185:12
**conducted** [1] -
2180:10
**confirm** [2] - 2188:4,
2189:2
**Congress** [3] -
2184:8, 2213:7
**conjunction** [1] -
2207:22
**connection** [3] -
2153:12, 2154:18,
2169:11
**consequences** [1] -
2215:9
**consider** [1] - 2215:8
**considerably** [1] -
2160:9
**consideration** [1] -
2215:8
**considered** [1] -
2211:7
**consistent** [7] -
2187:12, 2189:2,
2228:9, 2232:10,
2233:7, 2233:15,

2233:20
**consortias** [1] -
2191:20
**consortium** [1] -
2191:15
**constructed** [1] -
2217:6
**Construction** [2] -
2202:8, 2202:14
**construction** [4] -
2144:9, 2149:7,
2165:18, 2196:5
**construe** [1] - 2142:4
**consult** [1] - 2195:5
**Consulting** [2] -
2194:24, 2197:7
**consulting** [1] -
2195:3
**consumers** [1] -
2142:7
**contain** [3] - 2155:18,
2169:14, 2211:13
**contained** [3] -
2210:23, 2217:19,
2217:22
**Containment** [3] -
2175:5, 2190:4,
2191:21
**containment** [10] -
2162:25, 2174:20,
2174:22, 2175:6,
2175:11, 2175:18,
2176:13, 2181:18,
2191:13
**contention** [1] -
2225:15
**contesting** [2] -
2213:22, 2214:2
**Continental** [1] -
2203:16
**continue** [1] - 2215:11
**CONTINUED** [2] -
2130:1, 2131:1
**continued** [2] -
2165:4, 2210:6
**continuing** [2] -
2135:15, 2226:7
**contract** [1] - 2149:17
**contractor** [8] -
2146:7, 2147:2,
2147:5, 2164:13,
2165:3, 2181:14,
2181:23, 2188:25
**contractors** [16] -
2144:24, 2145:1,
2145:3, 2145:4,
2145:7, 2145:15,
2145:23, 2149:5,
2149:14, 2149:20,
2149:23, 2149:24,

2150:2, 2189:4,
2218:14
**contractually** [1] -
2224:19
**contribute** [2] -
2229:17, 2235:18
**contributed** [1] -
2175:25
**contributes** [2] -
2173:15, 2176:13
**contribution** [2] -
2170:22, 2173:11
**contributions** [3] -
2182:12, 2182:13,
2190:2
**control** [7] - 2160:18,
2162:6, 2167:8,
2169:11, 2181:15,
2181:17, 2218:6
**controlling** [1] -
2152:2
**controls** [2] - 2217:10,
2217:18
**convenience** [1] -
2138:6
**conversations** [1] -
2164:7
**convey** [1] - 2215:10
**cooperative** [1] -
2190:11
**corners** [1] - 2225:6
**corporation** [1] -
2159:6
**Corporation** [5] -
2140:21, 2175:9,
2188:16, 2190:5,
2190:22
**CORPORATION** [2] -
2128:15, 2130:18
**corporations** [1] -
2177:5
**Corps** [1] - 2195:15
**Corpus** [1] - 2144:1
**correct** [80] - 2150:11,
2152:14, 2154:19,
2158:11, 2170:7,
2181:12, 2181:13,
2181:16, 2181:21,
2181:22, 2181:25,
2182:5, 2182:13,
2182:16, 2182:19,
2182:24, 2183:5,
2183:11, 2183:15,
2183:18, 2183:22,
2183:25, 2184:3,
2184:13, 2184:17,
2184:21, 2185:4,
2185:5, 2185:7,
2186:13, 2187:1,
2187:2, 2189:4,

2189:6, 2189:9,
2189:16, 2189:17,
2189:19, 2189:20,
2189:23, 2189:25,
2190:8, 2190:9,
2190:11, 2190:16,
2190:21, 2191:6,
2191:24, 2191:25,
2192:2, 2192:3,
2192:8, 2192:9,
2192:12, 2192:16,
2194:9, 2194:10,
2194:11, 2199:6,
2208:9, 2209:19,
2212:1, 2216:13,
2220:2, 2220:3,
2220:9, 2220:10,
2221:19, 2221:23,
2221:24, 2222:15,
2222:25, 2227:18,
2227:19, 2231:7,
2231:8, 2231:16,
2231:20, 2235:22,
2237:13
**correctly** [2] -
2231:12, 2232:14
**cost** [2] - 2169:10,
2190:11
**costs** [11] - 2175:22,
2181:24, 2183:15,
2183:18, 2183:22,
2184:2, 2186:5,
2186:6, 2186:15,
2192:4
**Council** [4] - 2203:11,
2203:23, 2205:1,
2205:6
**couple** [5] - 2138:4,
2145:10, 2161:3,
2162:15, 2206:15
**course** [5] - 2145:25,
2148:13, 2150:21,
2157:14, 2173:17
**court** [2] - 2220:4,
2222:19
**COURT** [77] - 2128:1,
2131:3, 2134:3,
2134:4, 2134:8,
2134:10, 2134:20,
2135:4, 2135:11,
2135:19, 2135:25,
2136:2, 2136:7,
2136:9, 2136:14,
2136:16, 2136:21,
2136:23, 2137:3,
2137:5, 2137:10,
2137:12, 2137:18,
2137:24, 2138:2,
2138:9, 2138:13,
2138:19, 2138:25,

2139:3, 2139:6,
2139:9, 2139:12,
2139:17, 2139:22,
2148:15, 2148:18,
2159:21, 2170:7,
2178:14, 2178:18,
2178:25, 2179:4,
2181:3, 2181:5,
2185:11, 2185:15,
2185:24, 2186:10,
2186:14, 2186:21,
2192:23, 2193:1,
2193:3, 2193:5,
2193:7, 2193:15,
2194:8, 2194:12,
2194:14, 2210:13,
2212:14, 2213:19,
2214:2, 2214:24,
2215:11, 2219:13,
2219:24, 2221:6,
2221:10, 2225:7,
2234:12, 2234:24,
2235:6, 2236:13,
2236:18, 2236:22
**Court** [10] - 2193:13,
2193:18, 2214:8,
2214:23, 2236:25,
2237:10, 2237:11,
2237:12, 2237:20,
2237:21
**Court's** [1] - 2138:6
**courtroom** [2] -
2212:2, 2213:24
**coverage** [3] - 2175:2,
2175:12, 2192:7
**create** [5] - 2192:20,
2217:24, 2218:11,
2218:15, 2233:5
**created** [2] - 2171:6,
2217:15
**creates** [1] - 2178:22
**crisis** [1] - 2187:21
**critical** [1] - 2235:11
**Cross** - 2135:22
**cross** [3] - 2181:8,
2221:4, 2236:13
**CROSS** [2] - 2132:7,
2181:9
**cross-examination**
[1] - 2181:8
**CROSS-**
**EXAMINATION** [2] -
2132:7, 2181:9
**CRR** [2] - 2131:3,
2237:19
**culpability** [2] -
2221:4, 2221:5
**culpable** [1] - 2213:12
**culture** [7] - 2201:25,
2216:8, 2217:25,

2218:8, 2218:10,
2218:15, 2235:11
**current** [3] - 2233:8,
2233:21, 2236:4
**currents** [1] - 2173:24
**cut** [1] - 2192:18
**CV** [1] - 2202:9
**CYNTHIA** [1] -
2129:22

## D

**D-38008** [1] - 2195:10
**D-38009** [1] - 2198:24
**D-38010** [1] - 2206:21
**D-38011** [1] - 2209:2
**D-38012** [1] - 2210:25
**D-38013A** [1] -
2216:17
**D-38014** [1] - 2220:15
**D-38015** [1] - 2223:1
**D-38016** [1] - 2223:20
**D-38017** [1] - 2228:15
**D-38018** [1] - 2230:1
**D-38019** [1] - 2231:4
**D-38020** [1] - 2233:1
**D-38021** [1] - 2235:9
**D-38030** [1] - 2141:3
**D-38031A** [1] -
2142:11
**D-38032** [1] - 2145:5
**D-38033A** [1] -
2147:13
**D-38034A** [3] - 2148:8,
2148:20, 2150:1
**D-38036A** [1] - 2153:3
**D-38037A** [1] - 2156:8
**D-38038A** [1] -
2156:23
**D-38040** [1] - 2161:17
**D-38041** [1] - 2162:8
**D-38042** [3] - 2167:15,
2170:17, 2171:4
**D-38043** [1] - 2168:14
**D-38045** [1] - 2171:14
**D-38046** [1] - 2172:20
**D-38047** [1] - 2177:15
**D-38048** [1] - 2158:12
**D-38049** [1] - 2146:22
**D-38050** [1] - 2151:10
**D-38051** [1] - 2154:9
**D-38052** [1] - 2172:3
**daily** [9] - 2145:3,
2146:14, 2146:19,
2149:3, 2149:5,
2149:6, 2149:14,
2149:16, 2150:2
**DAINES** [2] - 2132:20,
2133:7

**Daines** [4] - 2135:1,
2135:6, 2137:9,
2137:14
**damage** [2] - 2167:12,
2171:9
**damages** [9] -
2167:23, 2168:4,
2168:9, 2168:22,
2169:1, 2184:2,
2185:9, 2186:15,
2186:16
**Damian** [3] - 2135:13,
2137:1, 2137:7
**DAMIAN** [2] - 2132:22,
2133:5
**DANIELLE** [1] -
2129:11
**darker** [1] - 2156:14
**Darrell** [3] - 2139:21,
2139:22, 2140:14
**DARRELL** [3] -
2132:5, 2140:9,
2140:15
**data** [5] - 2158:8,
2224:1, 2225:9,
2225:11, 2225:13
**dated** [3] - 2211:5,
2211:9, 2211:10
**Daubert** [1] - 2194:8
**David** [2] - 2176:15,
2177:9
**DAY** [1] - 2128:22
**DC** [4] - 2129:12,
2129:17, 2130:11,
2130:20
**De** [1] - 2150:22
**deal** [7] - 2151:6,
2154:2, 2157:16,
2173:21, 2179:12,
2224:14, 2224:21
**dealings** [1] - 2197:24
**Dean** [1] - 2165:10
**Debra** [1] - 2157:25
**decide** [1] - 2213:14
**decided** [5] - 2191:18,
2207:13, 2212:19,
2212:21, 2213:8
**decides** [1] - 2201:16
**deciding** [2] -
2224:11, 2234:16
**decision** [3] -
2225:25, 2226:1,
2230:6
**decision-making** [1] -
2230:6
**decisions** [16] -
2160:13, 2226:15,
2226:17, 2227:4,
2229:2, 2229:18,
2229:19, 2230:4,

2230:7, 2230:9,
2230:12, 2230:14,
2230:16, 2230:17,
2230:21, 2230:24
**declined** [1] - 2183:21
**decommissioning** [1]
- 2192:15
**decrease** [1] - 2232:8
**dedicated** [2] -
2145:19, 2166:18
**Deepwater** [10] -
2140:23, 2165:22,
2166:11, 2168:23,
2170:21, 2171:24,
2173:12, 2184:21,
2184:25, 2218:23
**deepwater** [8] -
2141:22, 2143:16,
2165:21, 2196:16,
2196:18, 2198:14,
2220:19, 2225:2
**DEEPWATER** [3] -
2128:5, 2128:18,
2128:18
**DeGolyer** [1] - 2203:4
**degree** [1] - 2223:17
**delay** [2] - 2153:18,
2155:15
**delayed** [2] - 2156:2,
2156:15
**delicate** [1] - 2235:20
**demand** [1] - 2187:22
**demonstrative** [8] -
2141:4, 2142:24,
2146:23, 2148:10,
2161:24, 2188:24,
2189:3, 2222:8
**Dennis** [1] - 2165:21
**Dennis'** [1] - 2166:3
**denoted** [2] - 2142:13,
2171:19
**denying** [1] - 2187:25
**Department** [7] -
2161:4, 2179:17,
2192:19, 2204:10,
2205:22, 2222:1,
2233:4
**department** [1] -
2196:15
**DEPARTMENT** [2] -
2129:3, 2129:14
**depended** [1] -
2231:14
**depict** [2] - 2141:5,
2148:21, 2216:24
**depicts** [1] - 2179:22
**depleted** [1] - 2179:9
**DEPOSITION** [1] -
2133:11
**deposition** [4] -

2137:22, 2139:5,
2139:9, 2139:15
**depths** [1] - 2165:16
**DEPUTY** [8] - 2134:7,
2140:4, 2140:12,
2193:12, 2193:14,
2193:21, 2194:4,
2236:24
**derive** [1] - 2160:11
**described** [3] -
2145:1, 2149:15,
2157:3
**description** [1] -
2172:17
**DESCRIPTION** [1] -
2132:16
**design** [11] - 2196:6,
2199:12, 2206:8,
2206:9, 2207:23,
2209:19, 2209:25,
2217:8, 2217:13,
2217:15
**designated** [2] -
2183:24, 2209:2
**designed** [1] - 2217:6
**designing** [1] - 2199:6
**designs** [4] - 2206:1,
2217:4, 2217:5,
2217:8
**detail** [2] - 2152:5,
2158:6
**detailed** [2] - 2157:21,
2172:12
**detract** [1] - 2210:22
**develop** [5] - 2142:5,
2176:7, 2179:23,
2201:17, 2226:22
**developing** [3] -
2146:9, 2204:13,
2209:4
**development** [15] -
2141:20, 2143:12,
2173:16, 2174:11,
2176:17, 2196:22,
2220:21, 2220:22,
2221:2, 2225:3,
2226:10, 2226:18,
2226:22, 2227:5,
2227:25
**developments** [1] -
2143:7
**devote** [1] - 2216:11
**dictate** [1] - 2227:9
**dictates** [1] - 2147:20
**difference** [1] - 2149:4
**different** [16] - 2146:4,
2149:15, 2149:24,
2153:21, 2162:24,
2163:2, 2164:20,
2172:16, 2174:4,

2182:14, 2210:10, 2219:8, 2219:10, 2223:10, 2227:12, 2228:1

**difficulties** [1] - 2155:22

**dining** [1] - 2196:24

**direct** [16] - 2140:19, 2181:1, 2181:15, 2181:24, 2182:15, 2184:13, 2187:4, 2188:3, 2188:24, 2189:22, 2192:11, 2193:5, 2193:9, 2193:19, 2210:11, 2223:4

**DIRECT** [4] - 2132:6, 2132:9, 2140:16, 2194:15

**directly** [4] - 2171:24, 2186:5, 2186:17

**Director** [1] - 2204:12

**disagree** [2] - 2220:6, 2227:17

**disagreed** [2] - 2154:25, 2155:3

**disagreement** [3] - 2220:12, 2220:13, 2225:23

**disagrees** [1] - 2225:22

**discharged** [1] - 2213:11

**discipline** [2] - 2210:2, 2229:2

**disciplines** [1] - 2196:22

**discoveries** [1] - 2143:10

**discovery** [1] - 2148:13

**discuss** [4] - 2138:4, 2138:15, 2216:8, 2222:16

**discussed** [9] - 2138:5, 2181:23, 2182:15, 2184:13, 2184:19, 2184:23, 2187:3, 2206:2, 2209:7

**discussion** [1] - 2189:7

**discussions** [1] - 2225:15

**dispersant** [1] - 2181:20

**dispute** [5] - 2167:21, 2168:5, 2183:13, 2184:11, 2221:18

**disputes** [1] - 2167:18

disputing [1] - 2235:23

**distinction** [2] - 2221:1, 2230:3

**Distinguished** [1] - 2201:2

**distinguished** [2] - 2201:7, 2201:21

**distress** [2] - 2162:13, 2187:20

**distressed** [1] - 2171:22

**distributed** [3] - 2171:25, 2172:15, 2173:1

**DISTRICT** [3] - 2128:1, 2128:2, 2128:24

**District** [3] - 2237:12, 2237:21

**divide** [1] - 2147:21

**divided** [1] - 2147:19

**division** [2] - 2196:9, 2196:10

**DIVISION** [2] - 2129:4, 2129:15

**divisions** [1] - 2196:20

**document** [30] - 2146:25, 2148:17, 2151:12, 2154:11, 2155:13, 2155:14, 2155:18, 2155:19, 2155:20, 2155:24, 2156:5, 2156:12, 2159:12, 2161:24, 2168:16, 2172:6, 2172:10, 2172:11, 2177:17, 2183:7, 2186:19, 2187:3, 2187:6, 2188:3, 2188:7, 2188:19, 2188:20, 2207:20, 2207:21

**DOCUMENT** [1] - 2128:10

**documents** [9] - 2137:22, 2154:10, 2161:18, 2172:4, 2172:22, 2177:24, 2178:3, 2208:11, 2211:7

**DOJ** [1] - 2138:17

**dollars** [7] - 2152:23, 2153:2, 2153:9, 2169:18, 2169:20, 2175:16, 2226:20

**donation** [2] - 2170:20, 2173:10

**done** [6] - 2148:3, 2173:19, 2178:24,

2200:18, 2205:20, 2217:12, 2226:9, 2227:6, 2234:20

**dots** [3] - 2143:2, 2143:6, 2143:10

**doubting** [1] - 2219:17

**Doug** [1] - 2139:1

**DOUGLAS** [1] - 2129:21

**down** [1] - 2141:8

**downloads** [1] - 2151:5

**downstream** [1] - 2142:4

**dozen** [1] - 2164:19

**dozens** [1] - 2177:2

**Dr** [18] - 2134:22, 2134:23, 2135:6, 2135:8, 2135:13, 2135:23, 2136:5, 2136:11, 2136:13, 2136:18, 2136:20, 2136:25, 2137:1, 2137:7, 2137:9, 2137:14

**draft** [1] - 2204:6

**DRAGNA** [1] - 2130:23

**draw** [1] - 2231:9

**drawn** [1] - 2221:5

**drill** [9] - 2174:23, 2180:2, 2180:9, 2180:11, 2180:12, 2180:19, 2192:8, 2226:7, 2226:23

**DRILLING** [1] - 2128:18

**drilling** [17] - 2141:9, 2145:2, 2146:13, 2149:8, 2149:16, 2149:17, 2164:13, 2164:14, 2164:15, 2166:9, 2174:12, 2196:16, 2203:12, 2227:12, 2232:18, 2233:17, 2233:18

**drills** [4] - 2180:4, 2180:22, 2192:1, 2192:6

**drive** [2] - 2223:10, 2223:14

**drivers** [2] - 2223:10, 2223:13

**driving** [3] - 2150:18,

2230:5, 2230:7

**due** [1] - 2219:16

**dues** [2] - 2191:3, 2202:23

**duly** [2] - 2140:10, 2194:2

**duplicative** [1] - 2219:19

**during** [17] - 2135:17, 2138:9, 2138:10, 2162:6, 2183:18, 2184:9, 2192:11, 2195:16, 2196:25, 2197:9, 2197:19, 2198:7, 2201:23, 2202:2, 2226:4, 2226:17, 2226:18

**duties** [4] - 2210:19, 2211:19, 2212:5, 2212:19

**duty** [1] - 2186:14

# E

**e-mail** [2] - 2161:1, 2161:21

**e-mailed** [1] - 2139:24

**early** [4] - 2162:22, 2166:13, 2209:23, 2227:18

**Eastern** [2] - 2157:8, 2237:12

**EASTERN** [1] - 2128:2

**economic** [2] - 2186:16, 2187:20

**ecosystem** [1] - 2179:23

**edited** [2] - 2198:25, 2199:3

**edition** [1] - 2199:19

**editor** [1] - 2200:10

**Edward** [1] - 2194:6

**EDWARD** [1] - 2194:7

**effect** [3] - 2211:18, 2224:4, 2232:6

**effectively** [1] - 2205:25

**Effectiveness** [1] - 2205:10

**effort** [1] - 2182:3

**efforts** [7] - 2160:18, 2160:20, 2162:6, 2162:11, 2167:11, 2181:16, 2181:19

**eighteen** [1] - 2189:13

**either** [10] - 2135:9, 2138:9, 2138:21, 2143:8, 2143:11, 2144:3, 2186:17,

2190:24, 2214:3, 2231:10

**elected** [3] - 2202:4, 2202:6, 2202:7

**electricity** [1] - 2173:24

**elements** [3] - 2207:6, 2208:10

**Elizabeth** [1] - 2205:24

**ELLIOTT** [2] - 2132:23, 2132:24

**Elliott** [3] - 2135:13, 2136:5, 2136:11

**ELLIS** [2] - 2130:3, 2130:9

**embrace** [1] - 2218:24

**embraced** [2] - 2219:1, 2219:3

**emphasis** [2] - 2205:9, 2208:16

**employ** [1] - 2142:9

**employed** [5] - 2194:19, 2194:22, 2194:25, 2196:1, 2196:2

**employee** [5] - 2146:6, 2147:1, 2188:25, 2199:20, 2208:16

**employees** [18] - 2142:10, 2144:20, 2144:21, 2144:23, 2145:7, 2145:9, 2145:23, 2149:10, 2165:7, 2166:17, 2177:2, 2177:7, 2181:14, 2181:23, 2181:25, 2189:5, 2196:25, 2218:14

**employer** [1] - 2140:20

**employment** [1] - 2195:11

**enables** [1] - 2189:8

**enacting** [1] - 2213:8

**encompass** [1] - 2185:3

**end** [11] - 2138:5, 2142:4, 2146:5, 2155:8, 2156:24, 2163:4, 2163:10, 2164:17, 2177:4, 2220:23, 2225:23

**ended** [4] - 2164:16, 2164:18, 2166:7, 2168:6

**ends** [1] - 2201:23

**Energy** [1] - 2204:15

**energy** [2] - 2204:8,

2204:11
**enforced** [3] -
2208:24, 2234:23,
2235:2
**ENFORCEMENT** [1] -
2129:4
**enforcement** [3] -
2233:21, 2234:11,
2234:15
**engages** [1] - 2177:12
**Engineer** [1] - 2203:1
**engineer** [13] -
2164:13, 2164:15,
2165:10, 2165:22,
2196:3, 2196:4,
2196:10, 2197:4,
2197:15, 2199:12,
2206:9, 2210:2,
2215:18
**Engineering** [10] -
2195:25, 2196:23,
2196:24, 2197:9,
2197:11, 2200:8,
2202:7, 2203:3,
2205:11, 2232:21
**engineering** [14] -
2141:10, 2173:20,
2194:24, 2195:5,
2195:25, 2196:10,
2196:11, 2196:12,
2196:17, 2196:20,
2197:3, 2197:12,
2197:14, 2209:11
**Engineers** [7] -
2201:2, 2201:4,
2202:20, 2202:24,
2203:3, 2206:5,
2206:6
**engineers** [3] -
2196:21, 2209:23,
2215:22
**Engineers'** [1] -
2203:1
**enhance** [1] - 2210:21
**ensure** [3] - 2168:20,
2174:21, 2175:23
**entered** [2] - 2171:12,
2179:17
**entire** [8] - 2148:3,
2148:6, 2152:12,
2155:16, 2155:18,
2158:7, 2174:24,
2216:11
**entirety** [1] - 2183:18
**entities** [5] - 2172:16,
2172:25, 2184:20,
2184:25
**entitled** [1] - 2237:15
**entity** [2] - 2232:17,
2233:17

**environment** [2] -
2177:12, 2209:25
**ENVIRONMENT** [1] -
2129:4
**environmental** [5] -
2141:17, 2146:21,
2176:16, 2176:22,
2210:4
**ENVIRONMENTAL** [1]
- 2129:4
**Environmental** [1] -
2207:10
**equates** [1] - 2148:24
**equipment** [34] -
2151:1, 2162:22,
2163:2, 2163:3,
2163:5, 2163:6,
2163:8, 2163:11,
2163:13, 2163:17,
2163:23, 2166:1,
2174:22, 2175:19,
2175:24, 2176:5,
2176:6, 2176:7,
2176:10, 2177:3,
2182:15, 2182:19,
2182:21, 2182:23,
2186:8, 2190:14,
2190:21, 2200:16,
2200:22, 2217:4,
2217:5, 2217:13
**equivalent** [6] -
2147:8, 2147:18,
2147:21, 2147:22,
2148:2, 2175:17
**ERICA** [1] - 2129:9
**erosion/corrosion** [1]
- 2173:21
**escape** [2] - 2146:18,
2166:2
**especially** [2] -
2187:17, 2232:4
**ESQUIRE** [32] -
2129:5, 2129:5,
2129:6, 2129:6,
2129:7, 2129:7,
2129:8, 2129:8,
2129:9, 2129:9,
2129:10, 2129:10,
2129:11, 2129:11,
2129:15, 2129:16,
2129:16, 2129:20,
2129:21, 2129:21,
2129:22, 2130:4,
2130:4, 2130:5,
2130:5, 2130:6,
2130:9, 2130:10,
2130:13, 2130:19,
2130:19, 2130:23
**essentially** [1] -
2166:18

**establish** [2] -
2208:17, 2235:10
**established** [1] -
2171:6
**estimate** [1] - 2173:6
**etcetera** [1] - 2218:6
**Evaluating** [1] -
2205:10
**evaluating** [2] -
2207:3, 2208:14
**event** [2] - 2184:21,
2185:1
**eventually** [3] -
2184:11, 2191:18,
2196:9
**evidence** [3] -
2134:15, 2136:6,
2138:7
**evolved** [3] - 2216:21,
2216:23, 2216:25
**exactly** [1] - 2200:4
**exam** [2] - 2136:5,
2210:11
**EXAMINATION** [20] -
2132:6, 2132:7,
2132:9, 2140:16,
2148:19, 2159:24,
2170:11, 2179:5,
2181:9, 2186:22,
2194:15, 2210:15,
2211:12, 2215:13,
2219:25, 2221:12,
2222:3, 2222:10,
2225:8, 2235:8
**examination** [5] -
2181:8, 2189:22,
2192:12, 2193:19,
2231:4
**EXAMINATIONS** [1] -
2132:3
**examined** [3] -
2140:11, 2194:3,
2233:23
**example** [10] -
2143:20, 2190:20,
2192:10, 2200:19,
2205:17, 2217:18,
2224:13, 2224:15,
2226:6, 2231:24
**examples** [1] -
2177:14
**exceeded** [1] -
2152:20
**excess** [2] - 2151:19,
2169:18
**exclusive** [1] - 2158:5
**excuse** [2] - 2199:24,
2234:8
**executive** [2] -
2176:20, 2176:23

**exemplified** [1] -
2147:10
**exhibit** [2] - 2146:24,
2161:20
**EXHIBITS** [9] -
2132:18, 2132:20,
2132:22, 2132:24,
2133:1, 2133:3,
2133:5, 2133:7,
2133:9
**exhibits** [14] -
2134:15, 2134:22,
2134:25, 2135:6,
2135:7, 2135:13,
2135:17, 2136:4,
2136:11, 2136:18,
2136:25, 2137:7,
2137:14, 2137:20
**exists** [1] - 2142:20
**expand** [1] - 2212:10
**expanded** [1] -
2141:22
**expect** [4] - 2169:8,
2169:22, 2224:16,
2224:17
**expected** [1] -
2236:13
**expended** [1] - 2172:9
**expenditures** [2] -
2183:10, 2183:14
**expense** [1] - 2169:10
**expensed** [1] - 2169:6
**expenses** [5] -
2150:16, 2150:17,
2169:8, 2169:11,
2184:18
**experience** [13] -
2165:23, 2166:3,
2198:7, 2198:14,
2198:20, 2222:22,
2224:10, 2224:14,
2224:21, 2224:22,
2225:3, 2228:9,
2234:4
**experienced** [1] -
2164:15
**experiencing** [1] -
2187:21
**expert** [4] - 2165:11,
2210:8, 2210:12,
2213:2
**expertise** [4] - 2164:3,
2164:7, 2195:7,
2219:17
**explain** [9] - 2149:3,
2151:23, 2178:20,
2179:6, 2206:18,
2216:14, 2216:19,
2219:23, 2224:6
**EXPLORATION** [3] -

**2128:13, 2128:14,**
**2130:3**
**exploration** [4] -
2143:10, 2143:11,
2157:17, 2157:18
**Exploration** [1] -
2141:13
**exploratory** [4] -
2220:20, 2221:2,
2226:18, 2228:1
**explore** [1] - 2142:5
**expose** [1] - 2160:6
**exposed** [1] - 2159:16
**exposure** [1] -
2223:12
**expressly** [1] - 2214:8
**extensive** [1] -
2180:12
**extent** [1] - 2184:5
**extract** [1] - 2189:8
**extrapolation** [1] -
2148:12
**extreme** [1] - 2222:11
**Extremely** [1] -
2222:12
**Exxon** [1] - 2182:3

## F

**facilities** [21] -
2143:13, 2143:15,
2143:21, 2144:15,
2145:13, 2145:23,
2149:10, 2165:10,
2196:4, 2197:20,
2197:22, 2199:13,
2199:14, 2203:12,
2203:13, 2207:24,
2209:18, 2227:2,
2232:3, 2233:11,
2235:15
**facility** [6] - 2143:23,
2162:14, 2179:9,
2179:16, 2192:13,
2213:10
**fact** [11] - 2152:18,
2159:18, 2180:20,
2187:15, 2214:8,
2214:23, 2216:11,
2222:22, 2224:25,
2230:2, 2231:12
**factors** [3] - 2204:15,
2224:6, 2231:14
**failed** [1] - 2183:17
**failure** [1] - 2184:8
**fair** [3] - 2150:13,
2204:21, 2220:6
**fairly** [1] - 2204:18
**fall** [1] - 2202:7

**familiar** [8] - 2144:21, 2153:20, 2166:11, 2166:12, 2183:7, 2183:8, 2183:23, 2188:9

**families** [2] - 2170:24, 2171:1

**far** [3] - 2162:15, 2170:9, 2221:11

**fast** [2] - 2223:21, 2223:24

**FEBRUARY** [2] - 2128:8, 2134:2

**federal** [6] - 2198:5, 2203:6, 2203:22, 2204:8, 2204:22, 2205:13

**fees** [1] - 2171:12

**felt** [3] - 2167:25, 2172:8, 2187:21

**few** [3] - 2138:7, 2138:20, 2159:10

**FIDLER** [1] - 2129:11

**Field** [1] - 2200:19

**field** [5] - 2145:12, 2200:17, 2200:21, 2209:11, 2210:14

**fields** [2] - 2143:7, 2196:22

**FIFTEENTH** [1] - 2130:10

**fighting** [1] - 2215:2

**figure** [4] - 2153:1, 2170:23, 2173:20, 2212:15

**figures** [1] - 2148:4

**file** [1] - 2229:12

**Final** [1] - 2187:5

**final** [3] - 2187:7, 2211:10, 2216:25

**finally** [1] - 2227:8

**financial** [3] - 2171:20, 2185:25, 2223:12

**financials** [1] - 2150:17

**financing** [1] - 2150:6

**fine** [1] - 2138:23

**finish** [1] - 2144:8

**finished** [1] - 2193:1

**fire** [1] - 2162:17

**firefighting** [2] - 2162:11, 2217:11

**firm** [1] - 2209:11

**first** [27] - 2134:16, 2136:5, 2139:20, 2140:10, 2147:7, 2147:9, 2148:1, 2151:19, 2154:10, 2156:14, 2160:19,

2178:10, 2178:15, 2178:22, 2179:11, 2180:17, 2194:2, 2195:14, 2199:19, 2201:4, 2203:9, 2203:10, 2207:11, 2217:23, 2220:20, 2224:9, 2229:1

**Fish** [2] - 2179:17, 2192:19

**fishermen** [1] - 2179:24

**fishing** [1] - 2187:19

**fits** [2] - 2208:13, 2236:4

**five** [4] - 2157:2, 2196:7, 2196:20, 2200:18

**flag** [2] - 2208:1, 2208:8

**flexible** [1] - 2165:13

**FLICKINGER** [7] - 2129:6, 2194:11, 2210:9, 2220:25, 2225:5, 2234:8, 2236:15

**Florida** [1] - 2171:23

**flown** [1] - 2161:7

**fly** [1] - 2149:13

**focus** [9] - 2198:17, 2198:20, 2209:21, 2211:16, 2211:22, 2214:10, 2214:11, 2220:12, 2236:5

**folks** [1] - 2165:6

**follow** [4] - 2157:16, 2229:4, 2231:1, 2231:3

**followed** [1] - 2232:2

**follows** [2] - 2140:11, 2194:3

**food** [1] - 2187:20

**foot** [3] - 2179:12, 2179:19, 2179:20

**FOR** [13] - 2129:3, 2129:19, 2130:3, 2130:17, 2132:18, 2132:20, 2132:22, 2132:24, 2133:1, 2133:3, 2133:5, 2133:7, 2133:9

**force** [6] - 2230:5, 2230:7, 2230:13, 2230:25, 2231:2, 2235:14

**forces** [2] - 2150:18, 2231:21

**forcing** [1] - 2229:1, 2230:20, 2232:9

**forego** [1] - 2184:17

**foregoing** [1] - 2237:13

**forerunner** [1] - 2199:23

**forgave** [1] - 2168:11

**forgetting** [1] - 2205:10

**form** [2] - 2184:12, 2204:6

**formed** [2] - 2197:6, 2204:11

**forward** [2] - 2204:12, 2232:15

**Foundation** [2] - 2172:24, 2172:25

**foundations** [1] - 2172:23

**four** [18] - 2144:5, 2147:4, 2147:7, 2147:9, 2147:16, 2148:1, 2149:19, 2165:6, 2166:17, 2181:23, 2192:1, 2201:24, 2207:4, 2207:5, 2207:6, 2208:10, 2225:6, 2234:2

**four-corners** [1] - 2225:6

**four-year** [2] - 2144:5, 2149:19

**Fourchon** [1] - 2142:14

**frankly** [3] - 2213:1, 2231:13, 2234:17

**Fredric** [1] - 2134:23

**FREDRIC** [1] - 2132:19

**Friday** [2] - 2177:18, 2178:6

**front** [5] - 2135:18, 2138:15, 2150:1, 2155:23, 2175:16

**full** [10] - 2147:18, 2147:21, 2148:4, 2148:21, 2148:25, 2153:1, 2153:4, 2156:21, 2166:18, 2188:25

**full-time** [3] - 2147:18, 2147:21, 2148:25

**Fund** [2] - 2170:21, 2173:12

**fund** [7] - 2171:7, 2171:18, 2171:20, 2171:25, 2187:23, 2188:1

**funding** [1] - 2204:4

**funds** [2] - 2184:20, 2186:24

**fungible** [2] - 2185:16, 2185:21

**future** [4] - 2182:23, 2184:17, 2184:18, 2192:21

## G

**G&G** [1] - 2174:1

**Galveston** [1] - 2142:15

**gas** [3] - 2141:5, 2142:6, 2182:2, 2212:7, 2226:25

**general** [6] - 2164:4, 2189:11, 2206:23, 2211:16, 2211:22, 2228:3

**generally** [12] - 2144:3, 2153:20, 2154:7, 2157:12, 2167:21, 2172:7, 2174:16, 2183:8, 2221:18, 2223:16, 2230:2, 2232:15

**generate** [1] - 2173:24

**geologic** [1] - 2174:1

**gesture** [1] - 2216:6

**given** [8] - 2156:3, 2156:16, 2158:8, 2158:22, 2160:5, 2221:7, 2225:19

**GLADSTEIN** [1] - 2129:10

**GMBH** [1] - 2128:16

**God** [3] - 2140:7, 2193:24, 2205:9

**goodwill** [1] - 2216:6

**government** [14] - 2139:7, 2139:12, 2153:14, 2155:4, 2157:6, 2158:6, 2161:11, 2167:2, 2181:2, 2181:5, 2195:6, 2210:9, 2234:9, 2235:2

**Government's** [1] - 2235:7

**government's** [4] - 2148:18, 2186:3, 2233:8, 2233:20

**governmental** [1] - 2198:12

**governments** [3] - 2180:3, 2180:14, 2198:5

**graduated** [1] - 2195:14

**graduating** [1] -

2195:12

**GRAND** [1] - 2130:23

**grant** [9] - 2171:6, 2171:17, 2171:18, 2171:21, 2172:1, 2173:8, 2185:10, 2186:23, 2186:24

**grant-making** [1] - 2171:21

**grants** [1] - 2173:4

**great** [2] - 2224:14, 2224:20

**greater** [4] - 2208:15, 2224:23, 2226:22, 2235:14

**Greater** [1] - 2172:24

**Grieger** [4] - 2176:19, 2176:21, 2176:22, 2177:6

**gross** [5] - 2151:16, 2151:20, 2151:23, 2153:8

**grossly** [5] - 2168:2, 2168:3, 2183:16, 2183:19, 2184:5

**grounds** [1] - 2234:9

**group** [8] - 2146:21, 2151:2, 2157:18, 2158:1, 2165:18, 2196:6, 2203:22

**groups** [3] - 2149:7, 2172:14, 2190:25

**Guard** [6] - 2146:15, 2161:12, 2180:8, 2180:22, 2183:21, 2184:9

**guess** [2] - 2173:2, 2173:5

**guides** [2] - 2200:16, 2200:22

**Gulf** [51] - 2141:1, 2141:14, 2141:20, 2141:23, 2143:14, 2143:19, 2143:23, 2144:1, 2144:22, 2145:8, 2145:19, 2150:12, 2150:14, 2150:23, 2151:22, 2152:17, 2153:12, 2154:14, 2157:8, 2159:19, 2160:15, 2171:7, 2172:24, 2173:16, 2173:22, 2174:12, 2175:7, 2176:20, 2176:23, 2177:8, 2177:13, 2178:23, 2189:9, 2189:12, 2189:18, 2190:3, 2190:4, 2190:8, 2190:10,

2191:9, 2192:2, 2192:16, 2196:8, 2196:13, 2198:15, 2208:24, 2210:21, 2214:19, 2225:2, 2234:23, 2236:2
**GULF** [1] - 2128:6
**guy** [1] - 2165:19

## H

**H-O-L-L-E-K** [1] - 2140:15
**Hackett** [2] - 2161:4, 2162:1
**half** [13] - 2144:4, 2144:16, 2147:4, 2147:16, 2152:23, 2153:2, 2153:9, 2164:19, 2169:18, 2169:19, 2189:13, 2201:20, 2236:15
**Halliburton** [1] - 2169:25
**hand** [4] - 2140:5, 2168:19, 2193:21, 2224:20
**Handbook** [1] - 2200:8
**handbooks** [1] - 2200:16
**handful** [1] - 2172:14
**handling** [2] - 2180:9, 2193:19
**HANKEY** [1] - 2129:8
**Hanzalik** [1] - 2135:22
**happy** [1] - 2138:17
**hard** [2] - 2223:21, 2223:24
**Hariklia** [1] - 2134:14
**HARIKLIA** [1] - 2130:5
**harmed** [1] - 2171:9
**harms** [1] - 2187:24
**Harvey** [1] - 2181:6
**HARVEY** [12] - 2129:10, 2148:9, 2159:20, 2170:3, 2177:16, 2177:25, 2178:13, 2181:6, 2181:10, 2186:19, 2186:22, 2192:22
**HARVEY....................** . [1] - 2132:7
**HASTINGS** [3] - 2139:1, 2139:4, 2139:16
**Hastings** [1] - 2139:1
**Hawk** [2] - 2179:9, 2192:10

**hazard** [2] - 2217:14, 2217:16
**hazards** [2] - 2207:23, 2217:21
**HB406** [1] - 2131:4
**head** [2] - 2195:21, 2198:10
**headquartered** [1] - 2142:20
**health** [4] - 2141:17, 2176:16, 2176:22, 2186:25
**healthcare** [1] - 2187:15
**HEARD** [1] - 2128:23
**heard** [8] - 2178:10, 2214:14, 2219:15, 2219:19, 2219:20, 2220:4, 2221:7, 2231:12
**hearing** [2] - 2136:9, 2168:1
**hearsay** [1] - 2177:19
**heavily** [1] - 2207:21
**Heidelberg** [1] - 2149:21
**held** [3] - 2152:5, 2179:14, 2212:22
**helicopter** [1] - 2142:16
**Helix** [2] - 2191:12, 2191:23
**helix** [1] - 2165:25
**help** [12] - 2140:7, 2161:8, 2161:13, 2166:6, 2182:10, 2186:25, 2193:24, 2205:23, 2210:3, 2213:14, 2224:17, 2224:18
**helped** [1] - 2165:19
**helpful** [1] - 2213:20
**helping** [1] - 2149:12
**hereby** [1] - 2237:12
**High** [1] - 2222:12
**high** [4] - 2160:7, 2166:4, 2205:13, 2227:22
**high-level** [1] - 2205:13
**higher** [2] - 2172:7, 2172:22
**highest** [1] - 2202:21
**highlighted** [1] - 2187:11
**highly** [1] - 2229:19
**HIMMELHOCH** [4] - 2129:5, 2138:14, 2138:24, 2236:21
**hinting** [1] - 2186:4

**hired** [1] - 2205:22
**hires** [1] - 2145:11
**history** [3] - 2195:8, 2195:12, 2234:11
**hold** [3] - 2178:14, 2200:6, 2212:9
**HOLDINGS** [1] - 2128:17
**HOLLEK** [1] - 2140:9
**Hollek** [29] - 2139:21, 2139:22, 2140:14, 2140:18, 2141:4, 2141:24, 2142:12, 2147:15, 2148:16, 2148:20, 2151:12, 2154:12, 2155:23, 2156:9, 2160:17, 2162:4, 2167:16, 2168:16, 2169:4, 2170:12, 2171:16, 2172:21, 2177:10, 2178:20, 2179:6, 2179:25, 2180:25, 2181:8, 2181:11
**HOLLEK....................**
**....................** [1] - 2132:5
**Honor** [43] - 2134:9, 2134:13, 2134:14, 2134:19, 2135:3, 2135:10, 2135:15, 2136:3, 2137:15, 2137:21, 2137:25, 2138:3, 2138:14, 2139:1, 2139:10, 2139:16, 2139:19, 2148:9, 2148:14, 2177:23, 2178:7, 2181:4, 2181:6, 2192:22, 2192:25, 2193:11, 2193:17, 2194:11, 2210:7, 2211:4, 2213:17, 2214:6, 2219:21, 2220:25, 2221:9, 2221:25, 2222:9, 2225:5, 2231:17, 2234:8, 2236:12, 2236:21
**honor** [2] - 2202:21, 2202:22
**HONORABLE** [1] - 2128:23
**honorary** [1] - 2202:21
**honored** [1] - 2202:25
**hook** [1] - 2165:13
**hooking** [1] - 2227:10
**hope** [1] - 2214:21
**hopefully** [1] -

2182:25
**Horizon** [8] - 2166:11, 2168:23, 2170:21, 2171:24, 2173:12, 2184:21, 2184:25, 2218:23
**HORIZON** [1] - 2128:5
**Houma** [2] - 2142:14, 2144:3
**hour** [3] - 2135:24, 2193:10, 2236:15
**hours** [24] - 2140:2, 2144:4, 2144:12, 2144:16, 2145:22, 2146:6, 2146:7, 2147:2, 2147:4, 2147:8, 2147:17, 2147:19, 2147:23, 2148:1, 2148:7, 2148:12, 2148:23, 2149:25, 2150:5, 2188:25
**Houston** [5] - 2195:24, 2196:14, 2197:5, 2198:10, 2202:25
**HR** [1] - 2145:18
**hull** [3] - 2179:14, 2192:17
**human** [1] - 2204:15
**hundred** [3] - 2175:15, 2175:22, 2190:16
**hurt** [1] - 2209:25

## I

**IAN** [1] - 2133:9
**Ian** [2] - 2137:16, 2137:25
**idea** [4] - 2165:19, 2165:23, 2177:11, 2189:11
**II** [2] - 2208:5, 2208:7
**IL** [1] - 2130:7
**illustrated** [1] - 2188:25
**illustrating** [1] - 2152:18
**immediate** [1] - 2144:18
**immediately** [2] - 2162:16, 2205:20
**impact** [4] - 2209:23, 2212:6, 2224:7, 2225:17
**implemented** [1] - 2233:10
**implementing** [3] - 2207:3, 2208:13,

2220:21
**implications** [1] - 2210:19
**important** [10] - 2161:9, 2161:14, 2163:10, 2163:24, 2164:1, 2167:5, 2210:1, 2224:10, 2229:1, 2230:16
**importantly** [1] - 2208:12
**impose** [1] - 2214:16
**imposed** [1] - 2231:19
**imposing** [3] - 2211:18, 2212:4, 2212:18
**improve** [2] - 2210:3, 2236:10
**improved** [1] - 2236:6
**improvements** [1] - 2236:11
**IN** [3] - 2128:5, 2128:6, 2134:4
**inaudible** [1] - 2186:20
**INC** [4] - 2128:14, 2128:18, 2128:18, 2130:3
**incident** [16] - 2146:11, 2154:17, 2154:20, 2160:23, 2162:13, 2164:9, 2166:13, 2167:13, 2167:19, 2168:2, 2168:23, 2170:14, 2170:25, 2171:10, 2180:5, 2233:5
**Incident** [4] - 2161:11, 2162:23, 2167:2, 2182:7
**include** [7] - 2150:1, 2150:5, 2150:9, 2152:3, 2191:23, 2191:24, 2198:14
**included** [5] - 2145:16, 2145:20, 2191:5, 2191:8, 2203:25
**includes** [3] - 2156:2, 2156:14, 2227:6
**including** [7] - 2177:1, 2181:20, 2182:3, 2201:11, 2203:3, 2208:11, 2223:11
**inclusive** [1] - 2150:4
**Incorporated** [1] - 2194:24, 2197:7
**incorporated** [1] - 2208:21
**increase** [7] -

2187:16, 2205:20,
2214:18, 2231:21,
2235:25, 2236:1,
2236:3
**increased** [2] -
2147:11, 2153:10
**increasing** [1] -
2141:11
**incurred** [3] - 2168:10,
2169:10, 2181:24
**indemnification** [1] -
2168:25
**indemnified** [2] -
2170:1, 2184:18
**indemnify** [2] -
2169:1, 2169:2
**independent** [2] -
2142:2, 2180:18
**independently** [1] -
2148:17
**indicated** [3] -
2147:25, 2155:4,
2160:2
**indicating** [1] -
2161:22
**indication** [1] -
2146:10
**indicative** [1] - 2149:1
**indirectly** [1] -
2186:17
**individual** [2] -
2206:1, 2217:13
**individuals** [11] -
2143:17, 2143:18,
2145:13, 2164:3,
2164:6, 2164:8,
2164:10, 2173:4,
2184:20, 2184:25,
2185:9
**individuals'** [1] -
2165:2
**industries** [2] -
2187:19, 2204:1
**industry** [19] - 2141:6,
2163:1, 2173:19,
2174:24, 2175:1,
2198:12, 2203:25,
2204:5, 2207:12,
2207:14, 2208:6,
2210:4, 2221:14,
2221:17, 2224:2,
2231:10, 2232:15,
2236:6
**industry's** [1] -
2182:13
**information** [13] -
2142:25, 2148:16,
2148:21, 2150:8,
2153:5, 2155:25,
2156:12, 2156:25,

2158:5, 2158:10,
2160:10, 2188:23,
2215:5
**Ingleside** [3] -
2143:25, 2144:3,
2144:6
**Inglis** [2] - 2161:1,
2161:22
**initial** [2] - 2141:16,
2167:17
**inject** [3] - 2226:25,
2227:1
**injuries** [2] - 2168:9,
2168:22
**inner** [1] - 2217:7
**inside** [3] - 2145:21,
2149:11, 2188:10
**inspecting** [1] -
2203:12
**inspection** [2] -
2203:16, 2205:7
**installation** [1] -
2165:12
**installed** [1] - 2144:7
**installing** [1] -
2227:11
**instance** [1] - 2150:13
**insurance** [1] -
2170:13
**integrated** [1] - 2227:6
**intended** [1] - 2187:13
**intent** [4] - 2171:8,
2182:25, 2185:22,
2221:8
**interacted** [1] -
2204:22
**interactions** [2] -
2197:24, 2232:9
**interest** [11] - 2143:4,
2143:8, 2152:1,
2158:2, 2160:7,
2160:8, 2210:20,
2211:19, 2215:16,
2215:20, 2226:8
**interested** [1] - 2195:6
**interfere** [1] - 2230:11
**interim** [1] - 2205:19
**Interior** [5] - 2161:5,
2204:10, 2205:19,
2205:23, 2233:4
**interject** [1] - 2185:11
**interpretation** [1] -
2174:3
**interpreting** [1] -
2231:25
**introduce** [1] -
2178:15
**inventory** [1] -
2163:19
**invest** [1] - 2198:2

invested [1] - 2175:17
**investigate** [1] -
2203:11
**investigating** [1] -
2205:7
**investment** [5] -
2159:19, 2160:11,
2160:14, 2160:15,
2176:5
**investor** [2] - 2222:17,
2223:12
**investors** [1] - 2198:2
**invoice** [1] - 2152:7
**invoices** [2] - 2183:17,
2184:16
**involved** [22] - 2151:3,
2151:9, 2153:17,
2157:20, 2161:6,
2165:16, 2191:14,
2198:11, 2199:12,
2209:3, 2223:14,
2225:17, 2225:21,
2226:15, 2226:16,
2229:3, 2230:6,
2230:20, 2230:23,
2230:25, 2231:7,
2233:17
**involvement** [4] -
2165:11, 2230:8,
2231:2, 2236:1
**iris** [1] - 2135:22
**ironically** [1] - 2166:9
**issue** [8] - 2138:5,
2161:2, 2161:10,
2162:25, 2178:3,
2225:9, 2235:1,
2235:4
**issues** [11] - 2135:16,
2146:9, 2151:8,
2166:14, 2173:21,
2174:20, 2203:7,
2204:23, 2205:15,
2229:19, 2230:14
**IT** [1] - 2145:17
**item** [5] - 2162:22,
2170:18, 2171:4,
2179:25, 2226:2
**items** [1] - 2138:4
**itself** [7] - 2160:23,
2162:13, 2163:7,
2166:11, 2171:10,
2217:24, 2218:16

## J

**JAKOLA** [1] - 2130:6
**JAMES** [1] - 2130:23
**January** [1] - 2141:8
**JARRETT** [1] -

2130:13
**Jesus** [1] - 2150:22
**Jim** [2] - 2161:4,
2162:1
**job** [4] - 2141:20,
2188:22, 2196:19,
2209:8
**job-related** [1] -
2188:22
**jobs** [1] - 2147:18
**John** [2] - 2136:20,
2136:25
**JOHN** [1] - 2133:3
**join** [1] - 2191:19
**joined** [4] - 2150:5,
2152:13, 2175:15,
2195:15
**joint** [2] - 2173:18,
2183:3
**JUDGE** [1] - 2128:24
**Judge** [3] - 2202:10,
2216:15, 2231:13
**judgment** [2] -
2212:20, 2212:21
**Judy** [1] - 2181:6
**JUDY** [1] - 2129:10
**junk** [3] - 2165:12,
2165:14, 2165:20
**Justice** [1] - 2222:1
**JUSTICE** [2] - 2129:3,
2129:14

## K

**KANNER** [2] -
2129:20, 2129:20
**Karis** [1] - 2134:14
**KARIS** [13] - 2130:5,
2134:13, 2134:24,
2135:7, 2135:15,
2135:20, 2136:1,
2136:8, 2136:15,
2136:22, 2137:4,
2137:11, 2137:17
**KATRINE** [1] - 2130:6
**keep** [5] - 2145:22,
2149:12, 2193:8,
2200:1, 2230:8
**KEITH** [1] - 2130:13
**KENNETH** [3] -
2132:8, 2194:1,
2194:7
**Kenneth** [5] - 2193:4,
2193:19, 2193:20,
2194:6, 2210:7
**Kerr** [1] - 2141:14
**Kerr-McGee** [1] -
2141:14
**kill** [1] - 2209:24

**Kill** [1] - 2164:20
**KIMBERLY** [1] -
2130:10
**kind** [5] - 2153:16,
2159:5, 2175:2,
2197:11, 2225:4
**kinds** [2] - 2150:1,
2153:20
**KING** [1] - 2129:7
**Kirby** [2] - 2139:18,
2140:18
**KIRBY** [17] - 2130:19,
2139:19, 2140:17,
2148:14, 2148:16,
2148:19, 2159:23,
2159:24, 2170:11,
2177:21, 2178:7,
2178:17, 2178:20,
2179:2, 2179:5,
2180:25, 2192:25
**KIRBY**.....................
[1] - 2132:6
**KIRKLAND** [2] -
2130:3, 2130:9
**knowing** [1] - 2160:10
**knowledge** [3] -
2191:22, 2195:7,
2198:20
**knowledges** [1] -
2230:22
**known** [3] - 2161:7,
2197:5, 2211:5
**knows** [1] - 2148:16
**KRAUS** [1] - 2129:21
**KY** [1] - 2130:19
**Ky** [1] - 2140:18

## L

**LA** [3] - 2129:23,
2130:15, 2131:5
**labeled** [1] - 2221:22
**laid** [1] - 2179:20
**Lake** [2] - 2142:21,
2142:22
**land** [1] - 2158:1
**LANGAN** [1] - 2130:4
**language** [3] -
2228:23, 2229:14,
2229:21
**large** [2] - 2142:2,
2154:2
**largely** [3] - 2146:5,
2181:17, 2181:18
**largest** [1] - 2143:22
**LASALLE** [1] - 2130:6
**last** [19] - 2135:22,
2138:5, 2139:24,
2140:1, 2147:17,

2151:22, 2164:2, 2166:17, 2175:10, 2179:25, 2180:8, 2190:2, 2192:13, 2216:21, 2219:21, 2225:1, 2226:5, 2226:12, 2229:25
**lastly** [2] - 2135:20, 2192:10
**late** [1] - 2177:17
**late-produced** [1] - 2177:17
**LAURA** [1] - 2129:16
**law** [4] - 2180:23, 2212:22, 2212:23, 2214:3
**LAWRENCE** [1] - 2129:16
**laying** [1] - 2179:15
**lead** [2] - 2167:3, 2167:7
**Leading** [1] - 2159:20
**leading** [1] - 2159:21
**learn** [1] - 2236:10
**learned** [1] - 2209:23
**learning** [1] - 2223:12
**lease** [25] - 2153:17, 2153:22, 2157:4, 2157:6, 2157:7, 2157:8, 2157:10, 2157:11, 2157:12, 2157:13, 2157:21, 2157:24, 2158:8, 2158:19, 2159:7, 2159:11, 2159:13, 2160:5, 2189:21, 2189:22, 2220:19, 2220:23, 2225:19, 2225:21
**leaseholder** [2] - 2222:19, 2233:16
**leaseholders** [1] - 2212:6
**leaseholds** [1] - 2143:3
**leases** [15] - 2143:4, 2157:11, 2157:17, 2157:19, 2157:23, 2158:15, 2158:23, 2158:24, 2159:1, 2159:10, 2160:6, 2225:2, 2225:4, 2225:20, 2226:7
**LEASING** [1] - 2128:16
**lecture** [3] - 2201:9, 2201:22, 2201:24
**lectured** [1] - 2200:23
**Lecturer** [1] - 2201:2
**lecturer** [2] - 2201:7,

2201:21
**lectures** [1] - 2201:11
**lecturing** [1] - 2209:14
**left** [9] - 2147:16, 2154:10, 2154:13, 2161:18, 2168:19, 2172:4, 2179:7, 2195:24, 2220:22
**left-hand** [1] - 2168:19
**leg** [1] - 2227:11
**legal** [1] - 2170:4
**legally** [3] - 2212:22, 2212:23, 2213:12
**Lemker** [1] - 2165:18
**less** [4] - 2159:18, 2160:9, 2223:14, 2228:1
**lettering** [1] - 2143:9
**letting** [2] - 2161:1, 2162:2
**Level** [1] - 2221:22
**level** [15] - 2152:5, 2160:14, 2172:8, 2172:22, 2205:13, 2222:22, 2224:11, 2225:15, 2225:18, 2226:13, 2227:9, 2227:24, 2231:22, 2232:8
**levels** [2] - 2222:6, 2227:16
**LEWIS** [3] - 2130:13, 2130:18, 2130:22
**liability** [2] - 2213:9, 2215:3
**liable** [4] - 2168:4, 2212:23, 2213:24, 2215:2
**life** [4] - 2146:17, 2166:10, 2218:2, 2226:4
**lifecycle** [1] - 2220:19
**lighter** [2] - 2156:13, 2156:19
**limited** [2] - 2146:16, 2229:18
**line** [6] - 2167:17, 2177:20, 2219:21, 2221:4, 2221:5, 2231:9
**LISKOW** [1] - 2130:13
**LIST** [9] - 2132:18, 2132:20, 2132:22, 2132:24, 2133:1, 2133:3, 2133:5, 2133:7, 2133:9
**list** [18] - 2134:16, 2134:22, 2135:5, 2135:12, 2136:10, 2136:12, 2136:17,

2136:19, 2136:24, 2137:1, 2137:6, 2137:8, 2137:13, 2137:15, 2137:19, 2137:21, 2163:1, 2211:7
**listed** [1] - 2207:5
**listen** [1] - 2225:25
**lists** [3] - 2134:15, 2135:9, 2136:4
**literature** [1] - 2224:4
**lives** [1] - 2209:24
**LLC** [2] - 2128:16, 2128:17
**LLOYD'S** [1] - 2128:19
**load** [2] - 2142:17, 2149:12
**locations** [4] - 2142:13, 2142:16, 2142:18, 2226:24
**longest** [1] - 2164:17
**look** [35] - 2141:7, 2142:14, 2143:1, 2143:6, 2143:15, 2143:16, 2144:2, 2145:9, 2146:13, 2147:3, 2147:6, 2147:25, 2149:23, 2150:19, 2154:13, 2154:15, 2156:13, 2156:17, 2158:12, 2159:8, 2165:21, 2171:11, 2171:14, 2171:19, 2172:10, 2172:20, 2172:23, 2174:4, 2174:23, 2217:14, 2226:25, 2227:2, 2227:3, 2227:8
**looked** [2] - 2174:8, 2234:5
**looking** [12] - 2135:23, 2142:12, 2146:6, 2151:7, 2156:1, 2158:2, 2162:24, 2163:1, 2164:7, 2165:13, 2165:23, 2198:2
**loop** [1] - 2173:24
**LOREN** [1] - 2133:1
**Loren** [2] - 2136:13, 2136:18
**LOS** [1] - 2130:24
**lost** [3] - 2155:7, 2160:3, 2170:24
**Lotterman** [1] - 2193:18
**LOTTERMAN** [31] - 2130:19, 2193:4,

2193:6, 2193:11, 2193:17, 2194:10, 2194:13, 2194:16, 2210:7, 2210:15, 2211:4, 2211:12, 2213:17, 2213:20, 2214:5, 2215:1, 2215:12, 2215:13, 2219:21, 2219:25, 2221:8, 2221:12, 2221:25, 2222:3, 2222:8, 2222:10, 2225:8, 2234:13, 2235:5, 2235:8, 2236:12
**LOTTERMAN............ ....** [1] - 2132:9
**LOUISIANA** [3] - 2128:2, 2128:8, 2129:20
**Louisiana** [4] - 2171:23, 2179:24, 2237:11, 2237:12
**loved** [1] - 2170:24
**low** [1] - 2160:7
**lower** [2] - 2159:25, 2160:12
**LP** [1] - 2128:15
**LTD** [1] - 2128:19
**Lubchenco** [1] - 2135:23
**Lucius** [6] - 2143:20, 2143:21, 2145:2, 2149:15, 2149:19, 2149:22
**lunch** [9] - 2135:18, 2135:24, 2137:23, 2138:10, 2138:21, 2138:22, 2193:10, 2236:16, 2236:20
**luncheon** [1] - 2236:25
**LUNCHEON** [1] - 2132:10

## M

**Macondo** [27] - 2154:16, 2154:18, 2160:19, 2170:13, 2174:17, 2174:20, 2182:4, 2183:4, 2183:10, 2183:22, 2191:8, 2191:14, 2204:19, 2205:3, 2205:8, 2205:18, 2206:14, 2208:4, 2208:5, 2219:3, 2232:12, 2233:4, 2233:5, 2233:10,

2233:23, 2233:24, 2234:2
**mail** [2] - 2161:1, 2161:21
**mailed** [1] - 2139:24
**main** [3] - 2207:4, 2207:5, 2207:6
**maintain** [2] - 2175:24, 2235:11
**maintaining** [1] - 2190:12
**major** [3] - 2151:6, 2180:18, 2202:2
**majority** [1] - 2189:4
**MALINDA** [1] - 2129:16
**man** [13] - 2143:17, 2144:4, 2144:12, 2144:16, 2147:4, 2147:8, 2147:19, 2148:1, 2148:7, 2148:23, 2194:23
**man-hours** [11] - 2144:4, 2144:12, 2144:16, 2147:4, 2147:8, 2147:19, 2148:1, 2148:7, 2148:23
**manage** [7] - 2145:14, 2145:15, 2206:25, 2218:2, 2232:18, 2233:18
**managed** [1] - 2218:20
**Management** [4] - 2199:20, 2205:11, 2207:10, 2218:3
**management** [16] - 2141:1, 2151:4, 2171:12, 2197:3, 2197:13, 2200:15, 2203:24, 2204:5, 2204:14, 2207:1, 2217:16, 2217:21, 2217:25, 2218:7, 2218:12, 2218:19
**manager** [4] - 2150:22, 2176:22, 2196:15, 2196:19
**managers** [1] - 2166:9
**manifold** [4] - 2165:12, 2165:14, 2165:20
**manpower** [2] - 2144:13, 2149:13
**Manual** [1] - 2200:20
**manuals** [3] - 2200:17, 2200:21, 2209:12
**marine** [2] - 2203:24,

2204:1

**Marine** [6] - 2175:5, 2175:8, 2190:3, 2190:4, 2190:22, 2191:21

**MARK** [1] - 2130:5

**marketing** [1] - 2142:3

**MASON** [1] - 2132:19

**Mason** [2] - 2134:16, 2134:22

**material** [5] - 2148:10, 2214:16, 2214:17, 2231:18, 2235:24

**materials** [1] - 2178:12

**matter** [8] - 2206:23, 2212:22, 2212:23, 2214:3, 2224:23, 2224:25, 2228:4, 2237:15

**matters** [2] - 2134:11, 2204:9

**MATTHEW** [1] - 2130:4

**Maurice** [5] - 2199:17, 2199:19, 2200:5, 2200:12, 2200:18

**MAYBERRY** [1] - 2129:16

**McBride** [3] - 2176:15, 2177:6, 2177:9

**McDaniel** [1] - 2165:21

**McGee** [1] - 2141:14

**MCKINNEY** [1] - 2129:21

**mean** [6] - 2142:3, 2165:1, 2169:11, 2170:7, 2173:5, 2185:16

**meaning** [1] - 2218:19

**meaningful** [1] - 2185:19

**means** [6] - 2149:3, 2151:24, 2207:1, 2218:3, 2219:11, 2219:12

**MECHANICAL** [1] - 2131:7

**mechanical** [2] - 2196:3, 2196:9

**medal** [1] - 2203:4

**medals** [1] - 2202:18

**meet** [1] - 2236:19

**meetings** [1] - 2150:24

**Meloy** [2] - 2160:24, 2161:21

**member** [6] - 2190:11, 2202:21, 2203:14,

2204:1, 2204:14, 2207:19

**members** [7] - 2175:14, 2175:17, 2176:10, 2176:11, 2190:16, 2191:17, 2227:6

**membership** [1] - 2191:24

**Memorial** [2] - 2170:21, 2173:12

**mention** [1] - 2188:3

**mentioned** [6] - 2149:2, 2157:4, 2181:14, 2183:3, 2192:10, 2206:15

**Merit** [2] - 2237:10, 2237:20

**MERIT** [1] - 2131:4

**message** [1] - 2215:9

**methods** [2] - 2203:15, 2205:7

**MEXICO** [1] - 2128:6

**Mexico** [34] - 2141:1, 2141:14, 2141:20, 2141:23, 2144:22, 2145:8, 2145:19, 2150:12, 2150:14, 2150:23, 2152:17, 2153:12, 2154:14, 2157:8, 2160:15, 2173:16, 2174:13, 2176:23, 2177:8, 2177:13, 2178:23, 2180:3, 2180:6, 2189:9, 2189:12, 2192:16, 2196:8, 2196:13, 2198:15, 2208:24, 2210:21, 2225:2, 2234:23, 2236:2

**MEXUS** [1] - 2180:2

**MICHAEL** [1] - 2129:11

**microphone** [1] - 2139:20

**might** [7] - 2138:16, 2143:2, 2206:4, 2211:21, 2224:7, 2226:13, 2231:7

**Mike** [2] - 2137:25, 2165:18

**million** [35] - 2144:4, 2144:16, 2147:4, 2147:17, 2148:1, 2148:6, 2148:23, 2154:16, 2155:20, 2156:16, 2156:20, 2156:22, 2157:2, 2159:16, 2159:17,

2170:15, 2170:19, 2170:21, 2170:22, 2171:5, 2171:8, 2173:9, 2173:11, 2173:18, 2174:10, 2175:15, 2175:16, 2175:22, 2175:23, 2176:2, 2185:16, 2192:1, 2192:3, 2192:4, 2226:20

**Minerals** [1] - 2199:20

**minimum** [4] - 2153:19, 2155:15, 2156:2, 2156:15

**minus** [1] - 2200:4

**minute** [3] - 2178:14, 2206:16, 2219:17

**minutes** [7] - 2138:7, 2138:21, 2140:2, 2140:3, 2193:6, 2193:8, 2236:15

**misprint** [1] - 2201:3

**Mississippi** [1] - 2171:23

**mitigate** [1] - 2167:12

**MMS** [6] - 2199:20, 2199:24, 2203:10, 2203:21, 2206:10, 2209:16

**modified** [3] - 2163:13, 2163:21, 2182:22

**modify** [1] - 2182:25

**MOEX** [1] - 2128:16

**MONDAY** [2] - 2128:8, 2134:2

**monetary** [1] - 2202:22

**money** [21] - 2151:9, 2159:6, 2160:6, 2171:2, 2172:7, 2172:12, 2172:15, 2172:18, 2172:19, 2173:1, 2175:18, 2176:7, 2176:12, 2185:6, 2185:13, 2185:16, 2185:20, 2185:23, 2187:13, 2226:21

**monies** [8] - 2151:25, 2167:24, 2170:13, 2172:1, 2172:9, 2172:17, 2173:23, 2174:1

**monitoring** [1] - 2231:25

**month** [1] - 2147:20

**monthly** [3] - 2146:2, 2146:20, 2150:19

**months** [6] - 2144:8,

2147:7, 2147:9, 2147:22, 2148:1, 2166:18

**MORGAN** [2] - 2130:18, 2130:22

**Morgan** [2] - 2141:8, 2142:15

**morning** [14] - 2134:8, 2134:9, 2134:11, 2134:13, 2137:25, 2138:2, 2138:20, 2139:1, 2139:3, 2140:18, 2193:17, 2194:17, 2194:18, 2214:21

**MORNING** [1] - 2128:22

**Morris** [1] - 2137:23

**Morrison's** [1] - 2135:16

**most** [8] - 2143:19, 2154:1, 2157:16, 2187:18, 2197:11, 2202:13, 2208:12, 2209:19

**mostly** [1] - 2149:7

**motions** [1] - 2194:9

**move** [8] - 2134:15, 2139:4, 2151:17, 2164:23, 2185:10, 2186:23, 2191:18, 2219:22

**moved** [4] - 2141:11, 2143:12, 2149:23, 2179:19

**moving** [1] - 2191:21

**MR** [52] - 2132:9, 2133:9, 2134:19, 2135:3, 2135:9, 2136:3, 2136:12, 2136:19, 2137:1, 2137:8, 2137:15, 2137:21, 2137:25, 2138:3, 2138:12, 2138:16, 2138:23, 2139:1, 2139:4, 2139:10, 2139:16, 2181:4, 2193:4, 2193:6, 2193:11, 2193:17, 2194:10, 2194:13, 2194:16, 2210:7, 2210:15, 2211:4, 2211:12, 2213:17, 2213:20, 2214:5, 2215:1, 2215:12, 2215:13, 2219:21, 2219:25, 2221:8, 2221:12, 2221:25, 2222:3, 2222:8, 2222:10,

2225:8, 2234:13, 2235:5, 2235:8, 2236:12

**MS** [50] - 2132:6, 2132:7, 2134:13, 2134:24, 2135:7, 2135:15, 2135:20, 2136:1, 2136:8, 2136:15, 2136:22, 2137:4, 2137:11, 2137:17, 2138:14, 2138:24, 2139:19, 2140:17, 2148:9, 2148:14, 2148:16, 2148:19, 2159:20, 2159:23, 2159:24, 2170:3, 2170:11, 2177:16, 2177:21, 2177:25, 2178:7, 2178:13, 2178:17, 2178:20, 2179:2, 2179:5, 2180:25, 2181:6, 2181:10, 2186:19, 2186:22, 2192:22, 2192:25, 2194:11, 2210:9, 2220:25, 2225:5, 2234:8, 2236:15, 2236:21

**MSRC** [1] - 2175:8

**must** [1] - 2231:14

**MWCC** [12] - 2175:5, 2175:11, 2175:14, 2175:15, 2176:1, 2176:11, 2176:15, 2176:17, 2191:18, 2191:23, 2192:1, 2192:7

---

## N

**N.W** [1] - 2130:10

**name** [5] - 2140:12, 2140:14, 2165:6, 2194:4, 2194:6

**named** [1] - 2186:11

**NANCY** [1] - 2129:6

**NATHANIEL** [1] - 2129:8

**national** [2] - 2202:5, 2218:23

**National** [9] - 2202:6, 2202:8, 2202:14, 2203:11, 2203:23, 2205:1, 2205:5, 2232:21

**NATURAL** [1] - 2129:4

**nature** [2] - 2167:21, 2173:25

**navigable** [1] -

2213:11
**necessary** [3] -
2151:1, 2218:7,
2218:15
**need** [10] - 2151:3,
2151:9, 2175:19,
2179:1, 2213:7,
2214:16, 2217:13,
2217:25, 2226:22,
2229:3
**needed** [4] - 2166:25,
2207:14, 2216:25
**needs** [2] - 2186:25,
2213:23
**negative** [1] - 2231:25
**negligence** [1] -
2213:12
**negligent** [7] - 2168:2,
2168:4, 2183:16,
2183:20, 2184:6,
2212:23, 2214:3
**Neptune** [1] - 2162:14
**net** [2] - 2158:17,
2159:3
**neutral** [1] - 2210:21
**never** [3] - 2163:12,
2195:17, 2204:3
**New** [7] - 2172:24,
2195:19, 2195:20,
2195:21, 2196:12,
2196:7, 2198:10
**NEW** [4] - 2128:8,
2129:23, 2130:15,
2131:5
**new** [8] - 2142:25,
2145:11, 2196:12,
2204:13, 2206:13,
2233:10, 2233:13
**news** [1] - 2226:5
**next** [12] - 2136:12,
2136:19, 2137:8,
2144:1, 2162:22,
2188:11, 2193:3,
2193:16, 2213:2,
2219:22, 2226:2
**night** [1] - 2162:12
**nine** [1] - 2144:8
**NO** [2] - 2128:7,
2215:17
**NO-WIO** [1] - 2215:17
**nobody** [1] - 2181:11
**NOMELLINI** [1] -
2130:5
**nomenclature** [2] -
2212:11, 2215:15
**nominated** [2] -
2201:14, 2201:15
**non** [54] - 2143:4,
2143:8, 2150:6,
2150:10, 2152:4,

2152:8, 2152:13,
2197:22, 2210:20,
2211:19, 2212:5,
2213:4, 2215:16,
2215:19, 2215:20,
2216:3, 2221:22,
2222:23, 2223:11,
2223:14, 2223:22,
2224:7, 2224:15,
2224:16, 2224:18,
2224:20, 2225:12,
2225:13, 2225:17,
2225:19, 2225:21,
2225:22, 2225:25,
2226:3, 2226:16,
2227:7, 2227:9,
2227:14, 2228:12,
2229:17, 2230:6,
2230:8, 2230:11,
2230:13, 2230:20,
2230:22, 2230:23,
2231:6, 2231:21,
2233:14, 2234:14,
2235:3, 2235:15,
2235:17
**non-operate** [1] -
2143:4
**non-operated** [2] -
2143:8, 2152:8
**non-operating** [10] -
2210:20, 2211:19,
2212:5, 2215:16,
2215:20, 2216:3,
2221:22, 2229:17,
2233:14, 2234:14
**non-operator** [20] -
2150:10, 2152:4,
2213:4, 2222:23,
2223:11, 2223:14,
2223:22, 2224:7,
2224:15, 2224:16,
2224:18, 2224:20,
2225:12, 2225:13,
2225:22, 2225:25,
2227:9, 2227:14,
2228:12, 2231:6
**non-operators** [21] -
2150:6, 2152:13,
2197:22, 2215:19,
2225:17, 2225:19,
2225:21, 2226:3,
2226:16, 2227:7,
2230:6, 2230:8,
2230:11, 2230:13,
2230:20, 2230:22,
2230:23, 2231:21,
2235:3, 2235:15,
2235:17
**none** [3] - 2136:9,
2224:15, 2236:3

**None** [1] - 2222:14
**NOP's** [1] - 2236:1
**norm** [1] - 2231:10
**norms** [1] - 2224:2
**notation** [1] - 2168:19
**note** [3] - 2160:25,
2161:4, 2224:9
**nothing** [4] - 2140:6,
2193:23, 2219:18,
2230:23
**notice** [1] - 2199:15
**noticed** [1] - 2201:4
**number** [15] - 2143:1,
2145:6, 2146:16,
2156:21, 2159:25,
2160:1, 2160:2,
2160:4, 2169:20,
2171:11, 2172:8,
2173:3, 2174:8,
2182:1, 2225:17
**numbered** [1] -
2237:15
**numbers** [7] -
2145:20, 2146:19,
2153:24, 2159:3,
2159:8, 2187:16,
2189:4
**numerous** [1] - 2203:2
**NW** [1] - 2130:20

## O

**O'ROURKE** [1] -
2129:5
**O'Rourke** [4] -
2214:14, 2214:20,
2224:20, 2235:14
**oath** [2] - 2140:11,
2194:3
**object** [6] - 2170:3,
2177:16, 2210:9,
2210:12, 2221:1,
2234:9
**objecting** [1] -
2230:20
**objection** [26] -
2134:18, 2134:19,
2134:20, 2135:2,
2135:3, 2135:9,
2135:11, 2136:7,
2136:14, 2136:15,
2136:21, 2136:22,
2137:3, 2137:4,
2137:10, 2137:11,
2137:17, 2139:6,
2139:11, 2139:12,
2148:10, 2148:18,
2159:20, 2221:10,
2225:6, 2235:7

**objections** [1] -
2210:10
**obligated** [1] -
2224:19
**obligation** [2] -
2186:14, 2210:5
**obligations** [2] -
2183:13, 2190:7
**observed** [1] -
2197:24
**obviously** [6] -
2142:19, 2143:18,
2146:3, 2150:15,
2153:23, 2174:17
**occasionally** [1] -
2157:7
**occasions** [1] -
2205:13
**occurred** [1] - 2202:11
**October** [1] - 2202:11
**odds** [1] - 2228:4
**OF** [17] - 2128:2,
2128:6, 2128:11,
2128:23, 2129:3,
2129:14, 2129:19,
2132:18, 2132:20,
2132:22, 2132:24,
2133:1, 2133:3,
2133:5, 2133:7,
2133:9
**offer** [3] - 2135:7,
2136:6, 2160:20
**offered** [2] - 2160:5,
2162:6
**offers** [1] - 2162:9
**OFFICE** [2] - 2129:12,
2129:17
**office** [10] - 2145:10,
2145:17, 2145:21,
2146:7, 2149:6,
2150:4, 2195:21,
2197:5, 2198:10
**Official** [2] - 2237:11,
2237:20
**OFFICIAL** [1] - 2131:3
**offshore** [42] -
2142:17, 2142:22,
2143:1, 2144:7,
2145:13, 2145:23,
2146:7, 2146:14,
2147:2, 2149:13,
2150:3, 2153:19,
2173:25, 2174:12,
2196:6, 2196:10,
2196:12, 2197:13,
2197:20, 2197:22,
2198:3, 2198:5,
2198:7, 2198:11,
2198:14, 2198:21,
2199:13, 2203:12,

2203:25, 2204:5,
2204:9, 2204:11,
2205:21, 2207:24,
2209:18, 2210:8,
2212:6, 2232:3,
2233:11, 2233:17,
2235:15
**OFFSHORE** [2] -
2128:16, 2128:17
**Offshore** [2] -
2204:15, 2205:10
**often** [4] - 2146:2,
2151:7, 2157:9,
2227:5
**oftentimes** [3] -
2152:24, 2159:5,
2173:19
**oil** [25] - 2141:5,
2142:5, 2154:17,
2154:18, 2154:19,
2154:22, 2155:7,
2157:11, 2165:24,
2166:1, 2166:2,
2166:4, 2171:24,
2174:13, 2175:3,
2182:2, 2187:19,
2190:10, 2191:6,
2191:10, 2191:22,
2195:5, 2212:6,
2213:10
**Oil** [4] - 2183:25,
2185:4, 2186:11,
2195:18
**OIL** [2] - 2128:5,
2128:5
**ON** [1] - 2128:6
**once** [3] - 2217:8,
2217:12, 2226:9
**ONE** [1] - 2130:14
**one** [47] - 2137:15,
2143:21, 2150:18,
2153:25, 2154:10,
2160:3, 2160:11,
2162:1, 2162:12,
2164:22, 2166:8,
2166:20, 2169:20,
2170:25, 2175:4,
2175:5, 2175:14,
2179:14, 2181:23,
2184:22, 2188:9,
2188:13, 2191:7,
2194:23, 2195:13,
2196:20, 2199:3,
2200:4, 2200:21,
2201:11, 2202:16,
2203:22, 2204:24,
2205:23, 2205:25,
2206:13, 2212:14,
2213:22, 2216:21,
2217:23, 2218:21,

2219:11, 2219:13, 2219:17, 2220:12, 2229:11, 2229:25
**One** [3] - 2219:15, 2219:19, 2219:20
**one-man** [1] - 2194:23
**ones** [3] - 2158:3, 2169:24, 2175:10
**ongoing** [2] - 2162:25, 2182:20
**online** [1] - 2143:7
**onshore** [3] - 2142:14, 2197:13, 2199:13
**onsite** [1] - 2229:18
**OPA** [3] - 2169:1, 2184:17, 2184:18
**OPEN** [1] - 2134:4
**opened** [1] - 2191:19
**opening** [1] - 2214:14
**operate** [4] - 2143:4, 2152:24, 2190:8
**operated** [3] - 2143:8, 2152:8
**operating** [28] - 2140:25, 2143:13, 2149:7, 2150:16, 2151:2, 2152:6, 2168:3, 2175:22, 2183:3, 2183:9, 2183:14, 2184:5, 2184:12, 2184:23, 2189:18, 2192:4, 2210:20, 2211:19, 2212:5, 2215:16, 2215:20, 2216:3, 2218:5, 2221:22, 2229:17, 2233:14, 2233:16, 2234:14
**operation** [7] - 2162:16, 2199:12, 2216:22, 2217:2, 2224:22, 2226:10, 2226:14
**operational** [1] - 2229:18
**operations** [28] - 2141:20, 2141:22, 2142:15, 2142:17, 2142:23, 2144:22, 2144:25, 2145:8, 2145:12, 2147:3, 2149:13, 2150:3, 2150:14, 2152:17, 2153:13, 2160:25, 2166:9, 2183:4, 2196:12, 2202:1, 2212:7, 2220:20, 2220:21, 2220:22, 2221:2, 2226:11, 2232:19, 2233:19

**Operations** [1] - 2199:4
**operator** [43] - 2150:8, 2150:10, 2152:2, 2152:4, 2152:12, 2184:5, 2192:2, 2192:15, 2206:8, 2208:17, 2213:4, 2213:10, 2222:23, 2223:11, 2223:14, 2223:22, 2224:7, 2224:10, 2224:14, 2224:15, 2224:16, 2224:17, 2224:18, 2224:20, 2224:21, 2225:10, 2225:11, 2225:12, 2225:13, 2225:14, 2225:22, 2225:24, 2225:25, 2227:9, 2227:14, 2228:12, 2229:4, 2230:8, 2231:6, 2232:20, 2235:12
**operator's** [2] - 2226:1, 2230:11
**operator/non** [2] - 2224:10, 2225:10
**operator/non-operator** [2] - 2224:10, 2225:10
**operators** [28] - 2149:3, 2150:6, 2152:13, 2180:13, 2197:20, 2197:22, 2215:19, 2225:17, 2225:19, 2225:21, 2226:3, 2226:16, 2227:7, 2230:6, 2230:8, 2230:11, 2230:13, 2230:20, 2230:22, 2230:23, 2231:2, 2231:21, 2235:3, 2235:15, 2235:17
**opining** [1] - 2232:11
**opinion** [4] - 2167:25, 2183:19, 2211:20, 2214:9
**opinions** [12] - 2210:23, 2211:8, 2211:14, 2212:4, 2212:10, 2215:14, 2220:6, 2229:8, 2233:7, 2233:20, 2234:10
**opportunity** [2] - 2191:19, 2236:18
**option** [1] - 2224:9
**options** [3] - 2226:21, 2227:4, 2227:21

**orange** [1] - 2143:6
**ORDER** [1] - 2134:3
**order** [4] - 2171:2, 2175:12, 2176:2, 2190:17
**organization** [6] - 2174:21, 2195:2, 2218:10, 2218:18, 2218:21, 2219:11
**organizations** [10] - 2171:22, 2175:4, 2175:13, 2176:14, 2176:25, 2180:14, 2190:3, 2190:6, 2191:24, 2202:19
**organizing** [2] - 2207:2, 2208:13
**original** [2] - 2207:20, 2211:23
**originally** [1] - 2196:2
**ORLEANS** [4] - 2128:8, 2129:23, 2130:15, 2131:5
**Orleans** [6] - 2172:24, 2195:19, 2195:20, 2195:22, 2196:7, 2198:10
**OSHA** [3] - 2146:12, 2147:20
**otherwise** [1] - 2211:5
**ourselves** [1] - 2180:13
**Outer** [1] - 2203:16
**outstanding** [1] - 2184:16
**overall** [2] - 2144:21, 2232:8, 2232:18, 2233:18
**overrule** [2] - 2148:18, 2221:10
**overruled** [1] - 2225:7
**oversees** [1] - 2176:17
**overview** [2] - 2162:5, 2164:4
**owe** [1] - 2155:5
**owed** [4] - 2154:24, 2155:3, 2167:22, 2168:12
**own** [8] - 2163:7, 2190:20, 2191:2, 2194:23, 2195:25, 2197:6, 2232:10, 2234:18
**owner** [2] - 2213:10, 2215:17
**owners** [6] - 2175:17, 2182:4, 2210:20, 2211:20, 2215:20, 2215:21

**ownership** [1] - 2143:5

**P**

**p.m** [1] - 2236:25
**pace** [1] - 2149:1
**PAGE** [2] - 2132:3, 2132:16
**page** [3] - 2147:17, 2155:24, 2188:11
**pages** [2] - 2156:4, 2221:13
**paid** [11] - 2154:14, 2154:17, 2154:18, 2155:5, 2155:16, 2158:18, 2167:17, 2170:8, 2186:17, 2205:22
**paper** [5] - 2218:20, 2228:11, 2228:14, 2228:16, 2232:10
**Paragon** [5] - 2195:25, 2196:23, 2196:24, 2197:9, 2197:11
**paragon** [1] - 2197:5
**pardon** [1] - 2155:21
**part** [20] - 2143:19, 2144:2, 2151:19, 2154:2, 2155:17, 2156:5, 2156:16, 2163:10, 2173:17, 2176:11, 2182:12, 2184:15, 2187:6, 2191:9, 2191:12, 2191:16, 2194:22, 2194:23, 2230:9, 2230:10
**part-time** [2] - 2194:22, 2194:23
**partial** [3] - 2151:14, 2154:15, 2155:19
**participants** [2] - 2216:3, 2233:14
**participate** [6] - 2177:2, 2181:19, 2224:7, 2224:11, 2228:13, 2230:14
**participated** [3] - 2181:11, 2181:15, 2231:23
**participates** [1] - 2223:22
**participating** [1] - 2177:4
**participation** [11] - 2208:16, 2214:18, 2221:23, 2222:23, 2223:11, 2225:18,

2226:13, 2227:9, 2227:25, 2231:22, 2235:14
**particular** [8] - 2142:24, 2146:23, 2200:11, 2223:14, 2223:22, 2224:15, 2231:15, 2235:21
**parties** [8] - 2142:6, 2167:7, 2177:24, 2178:1, 2178:7, 2216:4, 2216:5, 2234:14
**partners** [6] - 2157:22, 2163:7, 2171:21, 2189:16, 2215:23, 2229:3
**partnership** [1] - 2215:24
**partnerships** [1] - 2163:8
**party** [6] - 2173:7, 2183:25, 2186:11, 2190:23, 2213:16, 2235:10
**party's** [1] - 2229:17
**pass** [2] - 2181:1, 2236:12
**passive** [2] - 2222:16, 2222:20
**past** [5] - 2148:12, 2166:10, 2233:21, 2233:23, 2234:4
**patients** [1] - 2187:17
**PATRICK** [1] - 2129:6
**pause** [2] - 2206:16, 2222:16
**pay** [16] - 2155:17, 2165:4, 2168:22, 2183:14, 2183:17, 2183:21, 2184:8, 2184:20, 2184:24, 2186:5, 2186:6, 2186:15, 2189:19, 2190:20, 2191:2, 2202:23
**paying** [2] - 2155:8, 2176:12
**payment** [5] - 2168:20, 2168:22, 2169:5, 2169:16, 2189:8
**payments** [11] - 2152:11, 2153:13, 2153:16, 2153:20, 2156:10, 2157:3, 2157:5, 2157:13, 2158:19, 2159:14, 2169:21
**pays** [3] - 2185:7,

2191:3, 2192:1
**Peace** [1] - 2195:15
**peer** [1] - 2201:18
**penalties** [3] - 2169:2, 2213:4, 2215:3
**penalty** [6] - 2139:5, 2214:16, 2215:6, 2215:9, 2231:18, 2235:24
**PENCAK** [1] - 2129:9
**pending** [1] - 2163:7
**people** [19] - 2142:3, 2142:9, 2143:14, 2144:10, 2145:10, 2146:16, 2147:24, 2165:23, 2171:9, 2172:8, 2173:3, 2174:9, 2177:1, 2187:19, 2187:25, 2192:21, 2195:6, 2208:18, 2209:24
**people's** [1] - 2209:24
**PEPPER** [1] - 2131:3
**Pepper** [3] - 2237:9, 2237:18, 2237:19
**per** [3] - 2147:19, 2215:3, 2230:23
**percent** [12] - 2151:7, 2159:1, 2159:2, 2159:3, 2169:19, 2175:23, 2176:4, 2184:1, 2189:13, 2189:14, 2226:8
**percentages** [2] - 2189:11, 2222:4
**perfectly** [1] - 2214:1
**perform** [2] - 2180:22, 2217:13
**perhaps** [2] - 2161:19, 2215:9
**period** [5] - 2144:5, 2152:22, 2204:17, 2204:20, 2205:20
**periodic** [1] - 2180:4
**periodically** [1] - 2151:5
**permit** [1] - 2192:8
**personally** [1] - 2205:14
**personnel** [1] - 2166:22
**persons** [1] - 2168:22
**perspective** [3] - 2146:12, 2173:20, 2174:1
**Petroleum** [9] - 2140:21, 2141:16, 2188:16, 2200:7, 2201:4, 2202:24, 2203:2, 2206:4,

2206:6
**PETROLEUM** [2] - 2128:15, 2130:18
**Phase** [3] - 2219:15, 2219:19, 2219:20
**phase** [12] - 2139:5, 2143:11, 2144:9, 2220:20, 2225:3, 2226:10, 2226:11, 2226:14, 2226:18, 2228:1
**phases** [5] - 2220:18, 2221:15, 2227:16, 2227:18, 2228:1
**Philanthropy** [1] - 2187:4
**phone** [1] - 2205:25
**phonetically** [3] - 2157:25, 2176:19, 2178:2
**phrase** [2] - 2149:2, 2206:15
**pick** [1] - 2157:19
**picked** [2] - 2149:8, 2153:6
**picking** [1] - 2158:16
**picture** [2] - 2179:7, 2179:22
**pictures** [1] - 2178:12
**pieces** [1] - 2217:13
**pipe** [1] - 2165:13
**pipeline** [1] - 2196:17
**pipelines** [1] - 2197:14
**place** [2] - 2142:18, 2228:3
**plan** [6] - 2138:16, 2138:18, 2138:20, 2191:10, 2226:22, 2227:5
**planning** [4] - 2180:10, 2207:2, 2208:13, 2220:21
**plans** [3] - 2191:6, 2191:22, 2206:2
**platform** [1] - 2227:11
**platforms** [1] - 2196:6
**play** [1] - 2226:17
**plus** [1] - 2200:4
**point** [35] - 2134:21, 2135:5, 2135:12, 2136:10, 2136:17, 2136:24, 2137:4, 2137:13, 2137:19, 2139:14, 2141:8, 2142:6, 2143:2, 2144:11, 2147:9, 2147:11, 2156:19, 2160:13, 2160:17, 2161:13, 2162:10,

2163:16, 2164:2, 2178:18, 2180:16, 2180:24, 2192:17, 2205:24, 2213:22, 2214:6, 2214:12, 2221:1, 2223:8, 2223:24, 2234:17
**policy** [6] - 2213:3, 2214:15, 2214:20, 2230:13, 2235:13
**Pollution** [3] - 2183:25, 2185:4, 2186:11
**populate** [4] - 2220:16, 2221:20, 2227:13, 2227:23
**populated** [2] - 2221:5, 2234:14
**Port** [1] - 2142:14
**portion** [2] - 2188:14, 2234:10
**portions** [1] - 2214:8
**pose** [1] - 2225:5
**position** [3] - 2140:22, 2147:21, 2235:23
**positioned** [2] - 2232:18, 2233:17
**positions** [3] - 2147:23, 2148:2, 2148:25
**possible** [1] - 2231:9
**possibly** [1] - 2179:13
**Post** [1] - 2174:20
**POST** [2] - 2129:12, 2129:17
**Post-Macondo** [1] - 2174:20
**potentially** [1] - 2163:20
**POYDRAS** [2] - 2130:14, 2131:4
**Practice** [4] - 2207:20, 2207:23, 2217:19, 2217:22
**practice** [2] - 2207:9, 2231:10
**practices** [5] - 2218:4, 2233:21, 2233:23, 2233:24, 2234:15
**pre** [1] - 2174:17
**pre-Macondo** [1] - 2174:17
**precisely** [2] - 2232:5, 2232:6
**predominantly** [2] - 2147:5, 2149:9
**preliminary** [1] - 2134:11
**prepare** [1] - 2206:18
**prepared** [10] -

2138:3, 2167:11, 2180:6, 2188:8, 2188:13, 2188:15, 2188:19, 2195:8, 2198:21, 2220:13
**preparedness** [2] - 2174:14, 2175:3
**presence** [1] - 2142:14
**present** [2] - 2201:19, 2230:17
**presentation** [1] - 2201:17
**preserve** [1] - 2177:12
**president** [7] - 2140:23, 2141:13, 2141:17, 2141:19, 2141:21, 2176:16, 2206:5
**President** [1] - 2205:18
**pressure** [1] - 2231:25
**pretty** [2] - 2157:16, 2179:12
**preview** [2] - 2138:15, 2138:16
**previous** [4] - 2149:5, 2156:12, 2163:17, 2230:19
**previously** [1] - 2235:2
**price** [1] - 2163:18
**primary** [1] - 2211:17
**principal** [1] - 2220:12
**principles** [6] - 2207:2, 2207:4, 2207:5, 2207:7, 2208:20
**print** [1] - 2199:7
**problems** [1] - 2151:2
**procedures** [2] - 2218:5, 2218:6
**proceed** [1] - 2194:13
**proceedings** [11] - 2134:21, 2135:5, 2135:12, 2136:10, 2136:17, 2136:24, 2137:6, 2137:13, 2137:19, 2139:14, 2237:15
**PROCEEDINGS** [3] - 2128:23, 2131:7, 2134:1
**process** [6] - 2189:23, 2201:18, 2201:20, 2207:15, 2218:3, 2230:6
**processes** [1] - 2218:4
**produce** [1] - 2142:5

**produced** [8] - 2148:13, 2154:5, 2154:22, 2155:7, 2177:17, 2177:18, 2178:6, 2227:1
**Produced** [1] - 2200:19
**PRODUCED** [1] - 2131:7
**producing** [3] - 2143:21, 2189:19, 2201:25
**product** [1] - 2152:3
**production** [18] - 2141:10, 2143:23, 2149:10, 2153:18, 2153:22, 2153:23, 2154:4, 2154:14, 2156:13, 2156:18, 2179:9, 2189:12, 2196:16, 2196:20, 2199:13, 2203:12, 2207:24
**PRODUCTION** [3] - 2128:14, 2128:15, 2130:3
**Production** [3] - 2141:13, 2199:4, 2203:3
**Professional** [3] - 2201:1, 2202:20, 2203:1
**professional** [4] - 2197:15, 2206:9, 2210:1, 2210:5
**Professor** [3] - 2135:1, 2213:21, 2214:11
**program** [2] - 2166:6, 2179:18
**Programs** [1] - 2207:10
**programs** [1] - 2174:11
**progress** [4] - 2135:18, 2138:4, 2236:8, 2236:9
**project** [26] - 2143:20, 2143:24, 2144:4, 2144:5, 2144:12, 2149:15, 2149:16, 2149:20, 2149:23, 2150:2, 2150:6, 2152:12, 2163:20, 2177:18, 2182:23, 2192:10, 2197:3, 2197:12, 2197:13, 2222:20, 2222:23, 2226:4, 2227:6, 2228:13, 2231:15,

**OFFICIAL TRANSCRIPT**

2235:21

**projects** [23] - 2144:2, 2144:14, 2146:14, 2147:12, 2150:5, 2150:7, 2150:9, 2150:25, 2151:16, 2151:25, 2153:7, 2153:11, 2163:2, 2163:6, 2163:17, 2166:21, 2174:5, 2182:20, 2196:12, 2197:14, 2198:3, 2198:5, 2228:21

**promotional** [2] - 2177:20, 2178:13

**proof** [1] - 2174:18

**properties** [5] - 2152:4, 2152:8, 2152:24, 2153:19, 2174:4

**property** [1] - 2152:6

**proprietary** [3] - 2225:9, 2225:11, 2225:13

**prospective** [1] - 2158:23

**prospectivity** [1] - 2160:4

**protect** [1] - 2177:12

**provide** [11] - 2143:14, 2162:4, 2166:22, 2166:25, 2167:9, 2171:2, 2171:20, 2182:6, 2204:11, 2216:14, 2220:9

**provided** [11] - 2135:20, 2162:6, 2164:8, 2169:12, 2172:1, 2173:6, 2173:9, 2183:10, 2188:5, 2220:9, 2223:4

**providers** [1] - 2187:16

**provides** [1] - 2179:16

**provision** [3] - 2169:15, 2169:21, 2184:23

**provisions** [1] - 2169:9

**Public** - 2203:4

**public** [2] - 2169:7, 2178:11

**publicly** [2] - 2177:23, 2178:2

**published** [4] - 2200:16, 2205:12, 2207:11, 2228:14

**publishes** [1] - 2158:9

**Puerto** - 2195:16

**pull** [13] - 2148:8, 2151:10, 2152:15, 2153:3, 2154:9, 2167:15, 2168:14, 2172:3, 2177:1, 2187:3, 2188:2, 2188:13, 2206:21

**pulled** [2] - 2161:17, 2179:19

**pumping** [1] - 2231:25

**Purcell** [1] - 2157:25

**purchased** [1] - 2141:15

**purpose** [3] - 2171:18, 2176:3, 2188:1

**purposes** [4] - 2169:5, 2173:9, 2211:4, 2222:9

**pursue** [1] - 2210:6

**purview** [1] - 2140:25

**push** [1] - 2234:20

**put** [13] - 2162:17, 2163:18, 2165:20, 2172:6, 2185:8, 2185:12, 2205:25, 2217:9, 2220:11, 2221:13, 2227:17, 2227:22

**puts** [1] - 2158:6

**putting** [5] - 2144:14, 2166:6, 2213:15, 2222:4, 2235:24

## Q

**QBE** [1] - 2128:19

**qualifications** [1] - 2210:11

**qualified** [1] - 2170:5

**quality** [1] - 2218:6

**quantify** [2] - 2200:3, 2222:5

**quantities** [1] - 2222:5

**quarter** [1] - 2189:14

**quarterly** [2] - 2146:3, 2154:8

**questions** [3] - 2181:3, 2192:22, 2219:22

**quick** [1] - 2163:25

**quickly** [5] - 2162:21, 2179:25, 2182:18, 2206:22, 2230:19

**quite** [8] - 2141:11, 2153:6, 2159:3, 2163:3, 2164:22, 2177:4, 2189:25, 2208:10

**Quitzau** [4] - 2164:11,

2164:12, 2164:25, 2166:19

**Quitzau's** [1] - 2165:6

**QUIVIK** [1] - 2132:19

**Quivik** [2] - 2134:16, 2134:23

## R

**RACHEL** - 2129:7, 2129:8

**raft** [1] - 2146:17

**raise** [2] - 2140:4, 2193:21

**ran** [2] - 2160:24, 2204:4

**range** [4] - 2189:11, 2227:20, 2231:6, 2231:14

**rate** [1] - 2151:13

**rates** [1] - 2166:4

**rather** [3] - 2160:7, 2166:2, 2226:20

**RATNER** [1] - 2133:9

**Ratner** [2] - 2137:16, 2137:20

**RE** [1] - 2128:5

**reach** [1] - 2184:14

**reached** [2] - 2191:12, 2212:4

**read** [8] - 2168:21, 2187:11, 2188:12, 2211:25, 2214:24, 2220:1, 2228:23, 2229:14

**readily** [1] - 2226:17

**ready** [1] - 2138:3

**real** [2] - 2185:24, 2186:2

**really** [17] - 2145:16, 2147:10, 2153:24, 2154:22, 2158:21, 2159:5, 2161:12, 2164:15, 2165:11, 2165:19, 2171:11, 2179:23, 2196:8, 2205:6, 2206:3, 2212:24, 2215:24

**Realtime** [2] - 2237:9, 2237:19

**REALTIME** [1] - 2131:3

**reason** [2] - 2236:2

**reasonable** [1] - 2217:5

**reasons** [6] - 2146:4, 2160:3, 2170:4, 2177:4, 2211:14, 2228:2

**rebut** [1] - 2211:23

**receive** [6] - 2145:25, 2150:20, 2155:8, 2157:13, 2169:15, 2169:19

**received** [6] - 2146:2, 2169:21, 2170:9, 2170:15, 2172:19, 2202:2

**recent** [2] - 2177:14, 2202:14

**recently** [2] - 2143:22, 2204:18

**recess** [6] - 2138:10, 2193:8, 2193:13, 2236:23, 2237:1

**RECESS....................**
**.................** [1] -
2132:10

**recognize** [1] - 2187:6

**recognized** [1] - 2165:11

**recollection** [1] - 2188:18

**Recommended** [4] - 2207:20, 2207:22, 2217:19, 2217:22

**recommended** [1] - 2207:9

**recommending** [2] - 2232:6, 2232:7

**record** [8] - 2140:13, 2146:11, 2169:8, 2194:5, 2211:4, 2228:24, 2229:15, 2237:14

**recordables** [1] - 2146:11

**RECORDED** [1] - 2131:7

**recorded** [1] - 2146:19

**recording** [2] - 2147:1, 2155:15

**recover** [2] - 2167:24, 2169:18

**recovered** [4] - 2154:17, 2154:19, 2154:22, 2170:13

**recovery** [1] - 2169:20

**recreational** [1] - 2179:24

**red** [3] - 2143:9, 2143:10, 2231:23

**Red** [2] - 2179:9, 2192:10

**redirect** [2] - 2192:24, 2192:25

**reduced** [1] - 2163:18

**reef** [4] - 2178:23, 2179:18, 2179:21,

2192:20

**reefing** [2] - 2178:21, 2178:22

**refer** [2] - 2145:17, 2180:1

**references** [2] - 2207:21, 2225:20

**referencing** [2] - 2161:21, 2178:1

**referred** [1] - 2208:6

**referring** [3] - 2208:7, 2211:1, 2233:2

**refers** [2] - 2170:19, 2171:5

**refining** [1] - 2142:3

**reflect** [5] - 2142:25, 2145:6, 2153:4, 2156:24, 2159:19

**reflecting** [1] - 2151:21

**reflects** [1] - 2152:11

**refresh** [1] - 2188:18

**REGAN** [1] - 2130:4

**regard** [5] - 2138:4, 2150:20, 2160:19, 2189:21, 2194:9

**regarding** [1] - 2204:23

**regardless** [1] - 2213:11

**regime** [2] - 2233:8, 2234:15

**regimes** [1] - 2203:16

**region's** [1] - 2187:20

**regional** [1] - 2171:21

**REGISTERED** [1] - 2131:4

**registered** [2] - 2197:15, 2237:20

**Registered** [1] - 2237:9

**regs** [2] - 2234:22, 2235:21

**regular** [6] - 2144:2, 2145:25, 2150:21, 2157:14, 2173:17, 2204:22

**regulation** [3] - 2198:13, 2207:15, 2207:16

**Regulations** [1] - 2146:16

**regulations** [15] - 2154:23, 2174:13, 2174:16, 2192:15, 2200:24, 2204:13, 2206:12, 2206:13, 2208:22, 2209:4, 2210:8, 2233:10, 2233:13, 2234:25,

2235:2
**regulators** [3] -
2204:23, 2205:14,
2236:6
**regulatory** [4] -
2190:7, 2207:15,
2233:8, 2235:3
**reimbursement** [2] -
2183:10, 2184:17
**relate** [2] - 2168:23,
2207:6
**related** [6] - 2178:2,
2181:19, 2181:25,
2183:14, 2184:11,
2188:22
**RELATES** [1] -
2128:10
**relations** [1] - 2223:12
**relationship** [1] -
2215:25
**relationships** [1] -
2230:21
**release** [4] - 2171:2,
2184:15, 2225:1,
2226:5
**released** [2] -
2162:16, 2168:12
**relevance** [7] -
2219:18, 2219:23,
2234:9, 2234:12,
2234:13, 2235:1,
2235:6
**relevant** [2] - 2203:18,
2216:15
**relief** [2] - 2164:21,
2217:10
**relocated** [1] -
2163:14
**reluctantly** [1] -
2214:5
**relying** [1] - 2234:15
**remainder** [1] -
2189:15
**remember** [1] -
2139:19
**remind** [1] - 2138:11
**removed** [1] - 2179:8
**rendering** [1] - 2211:8
**rentals** [4] - 2153:18,
2155:16, 2156:3,
2156:15
**reorganized** [1] -
2141:18
**repeating** [1] -
2147:16
**rephrase** [1] - 2159:21
**replaced** [2] -
2163:16, 2182:18
**Report** [2] - 2187:5,
2203:15

**report** [31] - 2171:25,
2173:6, 2187:7,
2188:4, 2202:10,
2202:12, 2203:24,
2204:3, 2204:6,
2204:18, 2205:4,
2205:7, 2205:9,
2205:12, 2205:19,
2205:23, 2208:18,
2211:5, 2211:6,
2211:9, 2211:10,
2211:16, 2211:17,
2211:23, 2211:24,
2216:12, 2222:17,
2223:6, 2232:24,
2233:2, 2233:3
**reported** [4] - 2154:6,
2156:5, 2160:25,
2187:16
**Reporter** [7] - 2237:9,
2237:10, 2237:11,
2237:19, 2237:20,
2237:20
**REPORTER** [3] -
2131:3, 2131:3,
2131:4
**REPORTER'S** [1] -
2237:7
**reporting** [1] -
2196:21
**reports** [28] - 2145:25,
2146:2, 2146:20,
2150:20, 2151:5,
2157:13, 2157:21,
2158:8, 2210:23,
2211:1, 2211:13,
2211:22, 2211:25,
2212:13, 2214:17,
2214:22, 2214:24,
2215:17, 2216:8,
2220:2, 2220:8,
2220:9, 2221:3,
2223:18, 2224:6,
2228:4, 2229:11,
2232:5
**represent** [6] -
2142:13, 2143:3,
2143:10, 2147:23,
2150:7, 2216:20
**represented** [1] -
2156:19
**represents** [4] -
2143:24, 2156:13,
2176:4, 2220:17
**reputational** [1] -
2223:13
**request** [1] - 2205:2
**requested** [1] - 2164:3
**require** [3] - 2168:24,
2206:7, 2229:19

**required** [3] - 2171:1,
2216:22, 2218:17
**requirement** [2] -
2208:12, 2208:17
**requirements** [1] -
2233:13
**requires** [1] - 2180:23
**requiring** [1] -
2210:19
**research** [7] - 2174:2,
2174:10, 2196:15,
2196:16, 2196:17
**Research** [5] -
2203:11, 2203:23,
2205:1, 2205:5
**reserves** [1] - 2179:10
**reservoir** [2] - 2141:9,
2226:24
**resides** [2] - 2179:12,
2234:16
**resolve** [1] - 2135:24
**resolved** [1] - 2168:5
**resources** [3] -
2171:21, 2182:2,
2189:9
**RESOURCES** [1] -
2129:4
**respect** [6] - 2135:16,
2149:25, 2168:25,
2174:12, 2175:2,
2219:16
**respond** [2] - 2174:18,
2224:18
**responded** [1] -
2182:14
**response** [31] -
2161:13, 2162:23,
2164:1, 2174:13,
2175:3, 2175:10,
2175:20, 2176:13,
2177:5, 2180:2,
2180:4, 2180:9,
2180:14, 2180:19,
2180:21, 2180:22,
2181:19, 2182:3,
2182:12, 2183:18,
2183:22, 2184:2,
2184:9, 2186:5,
2186:15, 2190:3,
2190:11, 2190:21,
2191:6, 2191:10,
2191:22
**Response** [3] -
2175:9, 2190:5,
2190:22
**response-related** [1] -
2181:19
**responsibilities** [6] -
2140:24, 2141:22,
2210:20, 2211:19,

2212:5, 2234:21
**responsibility** [2] -
2141:12, 2206:1
**responsible** [9] -
2174:9, 2183:24,
2184:2, 2186:11,
2196:11, 2196:15,
2218:11, 2218:18,
2219:11
**restrict** [1] - 2185:25
**restriction** [1] -
2185:20
**result** [4] - 2189:23,
2206:14, 2233:3,
2233:5
**results** [1] - 2170:4
**resume** [1] - 2211:6
**retained** [1] - 2210:16
**retasked** [1] - 2205:8
**retired** [1] - 2197:6
**retiring** [1] - 2145:11
**returned** [1] - 2155:12
**reusing** [1] - 2179:13
**revenue** [2] - 2154:20,
2154:24
**revenues** [3] - 2155:8,
2169:8, 2189:15
**review** [3] - 2201:18,
2204:8, 2205:3
**reviews** [1] - 2201:18
**revisiting** [1] - 2215:3
**reward** [1] - 2202:23
**RICHARD** [1] -
2129:10
**Rico** [1] - 2195:16
**rig** [8] - 2149:17,
2166:11, 2166:12,
2229:19, 2232:12,
2232:19, 2233:18,
2235:11
**RIG** [1] - 2128:5
**rigs** [8] - 2143:16,
2143:17, 2143:18,
2145:2, 2146:13,
2147:12, 2149:16,
2236:5
**rings** [2] - 2216:18,
2216:19
**rise** [4] - 2134:7,
2193:12, 2193:14,
2216:19
**risers** [1] - 2227:3
**risk** [6] - 2203:24,
2204:5, 2217:16,
2217:21, 2223:13
**risks** [1] - 2217:14
**RMR** [2] - 2131:3,
2237:19
**Robers** [1] - 2136:3
**ROBERS** [13] -

2129:9, 2134:19,
2135:3, 2135:9,
2136:3, 2136:12,
2136:19, 2137:1,
2137:8, 2137:15,
2137:21, 2139:8,
2139:10
**ROBERT** [2] - 2130:9,
2132:20, 2133:7
**Robert** [3] - 2135:6,
2137:9, 2137:14
**rock** [1] - 2174:4
**Rockefeller** [5] -
2185:10, 2186:23,
2187:4, 2188:5,
2188:7
**role** [4] - 2141:19,
2222:20, 2224:23,
2232:11
**roll** [1] - 2146:20
**rolls** [1] - 2150:17
**room** [1] - 2196:24
**ROOM** [1] - 2131:4
**roughly** [6] - 2145:9,
2149:11, 2167:23,
2175:23, 2192:4,
2234:1
**Round** [8] - 2211:6,
2211:9, 2211:10,
2211:16, 2211:17,
2211:22, 2211:23,
2216:11
**ROV** [1] - 2165:15
**royalties** [25] -
2153:18, 2153:19,
2154:1, 2154:4,
2154:14, 2154:16,
2154:18, 2154:25,
2155:5, 2155:8,
2155:15, 2155:17,
2155:18, 2155:25,
2156:2, 2156:5,
2156:13, 2156:15,
2156:18, 2157:2,
2189:7, 2189:8,
2189:12
**royalty** [4] - 2153:22,
2153:23, 2156:10,
2189:18
**rub** [1] - 2231:17
**rule** [2] - 2223:21,
2223:24
**ruled** [1] - 2213:25
**ruling** [3] - 2213:23,
2214:2, 2214:5
**running** [2] - 2161:12,
2209:10

# S

**s/Cathy** [1] - 2237:18
**safe** [3] - 2216:22, 2217:2, 2218:4
**Safety** [3] - 2204:16, 2205:11, 2207:10
**safety** [63] - 2141:18, 2146:5, 2146:8, 2146:15, 2146:21, 2176:16, 2176:23, 2198:8, 2198:11, 2198:14, 2198:21, 2200:15, 2200:23, 2201:11, 2201:25, 2202:17, 2203:6, 2204:9, 2204:11, 2204:14, 2204:23, 2205:15, 2205:21, 2206:25, 2209:4, 2209:18, 2209:20, 2209:21, 2210:3, 2210:8, 2210:19, 2210:21, 2210:22, 2211:18, 2212:6, 2216:9, 2217:4, 2217:9, 2217:14, 2217:18, 2217:24, 2217:25, 2218:7, 2218:8, 2218:10, 2218:12, 2218:15, 2218:19, 2229:18, 2232:2, 2232:9, 2232:18, 2233:11, 2233:18, 2235:11, 2235:18, 2235:25, 2236:3, 2236:4, 2236:5
**salary** [1] - 2165:4
**Salazar** [3] - 2161:5, 2162:2, 2182:10
**Salazar's** [1] - 2161:10
**sale** [12] - 2153:22, 2157:4, 2157:8, 2157:13, 2157:22, 2157:24, 2158:7, 2158:8, 2159:7, 2159:11, 2159:13, 2160:5
**sales** [7] - 2153:18, 2157:6, 2157:7, 2157:10, 2157:12, 2189:21, 2189:22
**SARAH** [1] - 2129:5
**satisfying** [1] - 2190:7
**saw** [3] - 2147:17, 2148:11, 2149:4
**SCAT** [1] - 2181:21
**scenarios** [1] -

2162:24
**scheme** [1] - 2220:22
**Scott** [2] - 2136:13, 2136:18
**SCOTT** [1] - 2133:1
**scrap** [1] - 2192:18
**screen** [4] - 2141:5, 2155:23, 2158:14, 2161:17
**screw** [1] - 2209:24
**se** [2] - 2215:3, 2230:23
**seated** [1] - 2193:15
**seawater** [1] - 2227:1
**second** [10] - 2162:10, 2170:18, 2176:18, 2185:12, 2202:9, 2203:21, 2203:22, 2212:14, 2219:13, 2226:12
**second-to-last** [1] - 2226:12
**Seconded** [1] - 2164:2
**secondly** [1] - 2215:7
**Secretary** [6] - 2161:5, 2161:9, 2162:2, 2182:10, 2205:18, 2205:24
**Section** [1] - 2213:9
**section** [4] - 2179:14, 2179:15, 2192:17, 2216:11
**SECTION** [1] - 2129:4
**see** [35] - 2141:10, 2143:2, 2143:21, 2147:4, 2147:8, 2151:11, 2151:15, 2151:17, 2151:18, 2152:22, 2153:8, 2153:21, 2154:7, 2154:10, 2156:15, 2156:18, 2161:18, 2162:8, 2167:16, 2168:15, 2171:15, 2172:4, 2172:18, 2172:21, 2172:23, 2173:2, 2178:8, 2188:15, 2208:2, 2208:9, 2219:18, 2234:25, 2235:6
**seeing** [1] - 2147:14
**seem** [2] - 2185:19, 2213:2
**segment** [1] - 2229:2
**seismic** [1] - 2174:3
**selects** [1] - 2201:14
**sell** [3] - 2142:6, 2142:7, 2226:3

**selling** [2] - 2163:4, 2163:5
**SEM** [1] - 2208:20
**SEMP** [6] - 2207:10, 2207:13, 2207:16, 2207:17, 2207:20, 2208:11
**SEMS** [15] - 2205:11, 2206:15, 2206:23, 2206:24, 2207:6, 2207:16, 2207:18, 2208:2, 2208:5, 2208:6, 2208:7, 2208:11, 2208:21, 2217:25, 2218:15
**senior** [4] - 2140:23, 2141:21, 2165:10, 2195:1
**sense** [3] - 2185:24, 2185:25, 2213:12
**sent** [7] - 2154:20, 2155:11, 2160:25, 2161:4, 2161:22, 2163:1, 2166:15
**separation** [1] - 2166:1
**September** [5] - 2164:18, 2201:23, 2202:12, 2211:9, 2211:11
**series** [1] - 2227:13
**serve** [2] - 2172:9, 2178:1
**served** [1] - 2217:19
**Service** [2] - 2199:21, 2203:4
**services** [3] - 2142:16, 2145:18, 2191:23
**Services** [1] - 2195:25
**serving** [1] - 2171:22
**SESSION** [1] - 2128:22
**set** [3] - 2168:8, 2187:23, 2231:5
**settled** [1] - 2184:11
**settlement** [7] - 2168:17, 2168:24, 2169:14, 2183:2, 2184:12, 2184:14, 2184:15
**settling** [1] - 2167:18
**seven** [2] - 2152:23, 2225:20
**several** [6] - 2136:4, 2158:7, 2164:19, 2166:18, 2202:3, 2228:12
**share** [10] - 2138:17, 2138:19, 2158:17, 2160:8, 2175:22,

2176:4, 2183:17, 2190:11, 2225:12, 2225:14
**shared** [3] - 2134:17, 2135:1, 2145:18
**shareholders** [1] - 2169:7
**shares** [1] - 2226:3
**SHARON** [1] - 2129:15
**SHEA** [2] - 2132:22, 2133:5
**Shea** [4] - 2135:8, 2135:13, 2137:2, 2137:7
**Shelf** [1] - 2203:16
**Shell** [8] - 2195:18, 2195:24, 2196:1, 2196:2, 2197:12, 2215:19
**SHELL** [1] - 2130:14
**Shell's** [1] - 2195:20
**shore** [3] - 2142:15, 2145:15, 2149:11
**shore-based** [1] - 2142:15
**short** [2] - 2172:17, 2205:20
**shorten** [1] - 2236:16
**Shot** [1] - 2181:17
**shot** [3] - 2165:12, 2165:14, 2165:20
**show** [6] - 2151:6, 2174:18, 2182:7, 2188:9, 2227:24, 2231:23
**showed** [2] - 2135:22, 2189:3
**showing** [4] - 2149:25, 2188:25, 2224:1, 2227:14
**shown** [2] - 2217:15, 2220:18
**shows** [1] - 2231:10
**shrinking** [1] - 2159:19
**shutdown** [2] - 2187:18, 2217:10
**SHUTLER** [1] - 2129:15
**sick** [1] - 2195:16
**side** [9] - 2147:5, 2149:8, 2150:15, 2163:23, 2168:19, 2172:4, 2172:18, 2179:15, 2179:20
**sides** [2] - 2179:8, 2179:13
**signal** [1] - 2162:13
**significant** [2] - 2182:2, 2187:16

**significantly** [3] - 2190:20, 2191:3, 2236:16
**similar** [1] - 2219:16
**simple** [2] - 2210:18, 2213:24
**simultaneously** [1] - 2234:7
**sit** [1] - 2180:22
**site** [1] - 2161:7
**sits** [2] - 2150:23, 2176:23
**situ** [1] - 2181:21
**situation** [1] - 2146:17
**six** [4] - 2143:16, 2172:15, 2184:16, 2225:20
**skimmers** [1] - 2190:20
**skimming** [1] - 2181:20
**slide** [23] - 2145:6, 2147:14, 2148:20, 2149:5, 2150:1, 2152:10, 2152:16, 2167:16, 2170:19, 2171:4, 2179:25, 2195:8, 2195:13, 2198:21, 2206:18, 2207:5, 2208:1, 2209:1, 2209:7, 2216:14, 2220:13, 2223:1, 2223:2
**slides** [1] - 2216:24
**sloppy** [2] - 2215:22, 2215:23
**small** [1] - 2143:2
**smaller** [2] - 2155:17, 2156:16, 2174:5
**snapshot** [1] - 2177:22
**so-called** [1] - 2185:20
**Society** [8] - 2201:1, 2201:3, 2202:20, 2202:23, 2202:25, 2203:2, 2206:4, 2206:5
**society** [1] - 2210:2
**sold** [5] - 2182:16, 2182:19, 2186:8, 2196:25, 2197:2
**solemnly** [2] - 2140:5, 2193:22
**solicit** [1] - 2205:14
**someone** [1] - 2218:21
**sometime** [1] - 2138:19
**sometimes** [3] -

2154:8, 2221:15, 2221:16
**somewhere** [1] - 2146:9
**son** [2] - 2208:6, 2208:21
**soon** [2] - 2141:18, 2163:9
**sorry** [10] - 2139:8, 2148:20, 2152:11, 2172:3, 2178:7, 2184:22, 2187:9, 2198:18, 2201:5, 2219:14
**sort** [6] - 2145:14, 2152:18, 2157:1, 2158:5, 2222:4, 2234:20
**sorts** [1] - 2187:24
**sounds** [3] - 2193:11, 2213:1, 2219:14
**source** [6] - 2160:18, 2162:6, 2167:8, 2169:11, 2181:15, 2181:17
**SOUTH** [1] - 2130:23
**spar** [3] - 2178:21, 2178:22, 2179:11
**SPE** [1] - 2202:18
**speaking** [3] - 2174:16, 2228:11, 2234:7
**speaks** [1] - 2180:20
**specific** [8] - 2149:16, 2163:6, 2207:6, 2215:24, 2223:15, 2225:3, 2225:21, 2227:10
**specifically** [2] - 2143:6, 2163:19
**spell** [2] - 2140:12, 2194:4
**spelled** [4] - 2157:25, 2172:16, 2176:19, 2178:2
**spend** [10] - 2150:25, 2151:13, 2173:18, 2174:1, 2174:9, 2175:21, 2179:1, 2190:17, 2190:19, 2226:21
**spending** [3] - 2151:9, 2151:25, 2226:19
**spends** [1] - 2175:21
**spent** [17] - 2141:8, 2144:8, 2151:15, 2151:19, 2151:20, 2152:19, 2152:23, 2153:8, 2157:1, 2159:15, 2159:16,

2159:18, 2166:21, 2167:24, 2172:17, 2179:2, 2198:10
**spheres** [1] - 2216:19
**spike** [1] - 2187:22
**spill** [18] - 2168:10, 2171:24, 2174:13, 2174:19, 2174:22, 2175:3, 2175:10, 2183:14, 2183:18, 2187:1, 2187:18, 2190:10, 2191:5, 2191:6, 2191:8, 2191:10, 2191:22, 2218:24
**SPILL** [1] - 2128:5
**Spill** [2] - 2175:9, 2190:4, 2190:22
**spill's** [1] - 2187:15
**spill-related** [1] - 2183:14
**spills** [1] - 2180:4
**SQUARE** [1] - 2130:14
**squeeze** [1] - 2138:20
**ST** [1] - 2129:22
**staff** [3] - 2142:20, 2150:24, 2218:5
**stages** [1] - 2221:16
**stance** [1] - 2207:12
**standards** [1] - 2217:4
**standpoint** [2] - 2146:5, 2146:8, 2146:11, 2146:15, 2151:4, 2161:10, 2198:12, 2198:13
**start** [3] - 2198:24, 2217:3, 2220:19
**started** [7] - 2141:7, 2195:18, 2195:24, 2196:4, 2196:24, 2197:8, 2207:15
**starting** [2] - 2164:11, 2198:9
**starts** [1] - 2201:23
**State** [1] - 2237:10
**STATE** [1] - 2129:19
**state** [2] - 2140:12, 2194:4
**statement** [5] - 2214:14, 2229:6, 2229:7, 2229:8, 2233:16
**STATES** [4] - 2128:1, 2128:11, 2128:24, 2129:3
**States** [16] - 2134:17, 2135:17, 2135:21, 2136:4, 2140:1, 2148:9, 2153:13, 2156:10, 2157:4,

2158:9, 2178:5, 2181:7, 2220:25, 2234:18, 2237:11, 2237:21
**statistics** [1] - 2146:8
**stayed** [1] - 2197:4
**steel** [1] - 2144:13
**STENOGRAPHY** [1] - 2131:7
**step** [2] - 2167:3, 2229:1
**Steve** [2] - 2166:8, 2166:9
**STEVEN** [1] - 2129:5
**Stevenson** [1] - 2195:10
**Stewart** [2] - 2199:17, 2200:12
**still** [5] - 2143:11, 2199:9, 2200:1, 2217:24, 2236:8
**Stop** [3] - 2208:15, 2219:8, 2219:12
**stop** [3] - 2167:20, 2213:15, 2229:25
**strange** [1] - 2236:2
**strategic** [5] - 2223:11, 2226:16, 2229:3, 2230:3, 2230:7
**STREET** [5] - 2129:22, 2130:10, 2130:14, 2130:20, 2131:4
**strengthen** [1] - 2171:22
**strict** [1] - 2213:9
**strictly** [3] - 2142:5, 2145:19, 2222:8
**strongly** [1] - 2215:8
**struck** [1] - 2214:8
**struggling** [1] - 2166:14
**studies** [1] - 2173:19
**stuff** [1] - 2146:14
**style** [1] - 2229:5
**subcommittee** [1] - 2204:15
**subject** [1] - 2192:14
**subjected** [1] - 2213:4
**submits** [1] - 2192:7
**subsea** [2] - 2165:11, 2227:2
**subsequent** [1] - 2156:4
**success** [1] - 2159:2
**successful** [2] - 2158:4, 2158:16, 2159:15, 2160:7
**sufficient** [2] - 2218:8, 2218:16

**sufficiently** [1] - 2160:3
**suggest** [1] - 2235:14
**suggested** [1] - 2234:20
**suggesting** [1] - 2235:17
**SUITE** [2] - 2130:15, 2130:23
**summarize** [2] - 2158:1, 2220:13
**summarizes** [1] - 2195:8
**summarizing** [1] - 2198:21
**summary** [7] - 2156:11, 2157:24, 2158:15, 2172:6, 2172:22, 2212:20, 2212:21
**Sunding** [1] - 2214:11
**Sunding's** [1] - 2213:21
**superintendent** [1] - 2165:19
**supervision** [2] - 2144:18, 2150:12
**SUPPLEMENT** [1] - 2132:18
**supplement** [2] - 2134:16, 2134:22
**supplier** [5] - 2150:13, 2150:15, 2151:13, 2152:7
**supplier-by-supplier** [1] - 2152:7
**suppliers** [6] - 2150:21, 2151:17, 2152:17, 2152:19, 2152:21, 2153:9
**supply** [1] - 2150:23
**support** [7] - 2144:22, 2144:24, 2145:21, 2171:21, 2196:11, 2229:8, 2229:23
**supporting** [4] - 2145:7, 2149:7, 2162:15, 2218:19
**suppose** [1] - 2214:2
**surface** [2] - 2156:2, 2165:25
**Surface** [1] - 2199:4
**surrounding** [1] - 2157:19
**SUSANNAH** [1] - 2129:21
**sustain** [1] - 2235:7
**swear** [2] - 2140:5, 2193:22
**sworn** [2] - 2140:10,

2194:2
**SYNDICATE** [1] - 2128:19
**System** [4] - 2161:11, 2162:23, 2167:2, 2182:8
**system** [9] - 2217:9, 2217:12, 2217:17, 2218:1, 2218:2, 2218:7, 2218:12, 2218:19, 2233:18
**Systems** [2] - 2205:11
**systems** [3] - 2204:15, 2217:10, 2217:11

# T

**table** [2] - 2196:25, 2231:5
**tactical** [7] - 2229:4, 2230:3, 2230:9, 2230:12, 2230:14, 2230:21, 2230:24
**taught** [1] - 2215:25
**tax** [3] - 2169:5, 2169:9, 2173:9
**taxes** [1] - 2153:17
**TAYLOR** [2] - 2132:23, 2132:24
**Taylor** [4] - 2135:8, 2135:13, 2136:5, 2136:11
**team** [3] - 2164:23, 2164:24, 2227:6
**teams** [1] - 2164:20
**technical** [5] - 2142:20, 2155:22, 2195:1, 2195:7, 2223:12
**technology** [1] - 2209:19
**ten** [7] - 2144:4, 2144:16, 2175:14, 2175:17, 2176:5, 2176:11, 2225:20
**tend** [2] - 2226:16, 2230:8
**tender** [1] - 2210:7
**tends** [1] - 2227:25
**tension** [1] - 2227:11
**term** [6] - 2215:16, 2215:25, 2216:2, 2216:6, 2222:16, 2222:17
**terms** [9] - 2150:6, 2150:25, 2157:22, 2158:23, 2168:11, 2174:3, 2210:11, 2221:14, 2221:17

**OFFICIAL TRANSCRIPT**

**testified** [6] - 2140:11, 2170:8, 2194:3, 2212:2, 2220:1, 2236:3
**testify** [4] - 2178:25, 2184:8, 2193:20, 2220:4
**testifying** [1] - 2203:19
**testimony** [15] - 2140:5, 2149:2, 2177:10, 2185:1, 2193:22, 2204:21, 2212:24, 2213:13, 2215:5, 2215:23, 2221:4, 2223:4, 2225:6, 2232:5, 2232:14
**testing** [5] - 2165:23, 2166:4, 2180:13, 2180:14
**tests** [2] - 2231:24, 2231:25
**Texas** - 2202:25
**text** [1] - 2187:11
**textbooks** [2] - 2198:25, 2199:11
**THE** [105] - 2128:5, 2128:6, 2128:23, 2129:3, 2129:19, 2132:18, 2132:20, 2132:22, 2132:24, 2133:1, 2133:3, 2133:5, 2133:7, 2133:9, 2134:7, 2134:8, 2134:10, 2134:20, 2135:4, 2135:11, 2135:19, 2135:25, 2136:2, 2136:7, 2136:9, 2136:14, 2136:16, 2136:21, 2136:23, 2137:3, 2137:5, 2137:10, 2137:12, 2137:18, 2137:24, 2138:2, 2138:9, 2138:13, 2138:19, 2138:25, 2139:3, 2139:6, 2139:9, 2139:12, 2139:17, 2139:22, 2140:4, 2140:8, 2140:12, 2140:14, 2148:15, 2148:18, 2159:21, 2170:7, 2178:14, 2178:18, 2178:25, 2179:4, 2181:3, 2181:5, 2185:11, 2185:14, 2185:15, 2185:22, 2185:24,

2186:7, 2186:10, 2186:13, 2186:14, 2186:18, 2186:21, 2192:23, 2193:1, 2193:2, 2193:3, 2193:5, 2193:7, 2193:12, 2193:14, 2193:15, 2193:21, 2193:25, 2194:4, 2194:6, 2194:8, 2194:12, 2194:14, 2210:13, 2212:14, 2213:19, 2214:2, 2214:24, 2215:11, 2219:13, 2219:24, 2221:6, 2221:10, 2225:7, 2234:12, 2234:24, 2235:6, 2236:13, 2236:18, 2236:22, 2236:24
**themselves** [4] - 2158:6, 2173:4, 2174:5, 2180:15
**theoretically** [1] - 2169:15
**theories** [1] - 2203:24
**theory** [1] - 2236:4
**thereabouts** [1] - 2190:16
**thinks** [1] - 2232:6
**third** [5] - 2142:6, 2157:7, 2171:4, 2173:7, 2204:25
**THIS** [1] - 2128:10
**THOMAS** [1] - 2130:19
**three** [23] - 2144:5, 2149:19, 2153:2, 2153:8, 2166:21, 2174:6, 2174:10, 2175:4, 2177:5, 2189:14, 2200:21, 2201:8, 2210:23, 2211:1, 2211:13, 2216:18, 2216:19, 2220:2, 2220:8, 2220:9, 2220:18, 2221:13, 2225:2
**three-quarter** [1] - 2189:14
**throughout** [1] - 2218:2
**Tim** [1] - 2165:10
**title** [2] - 2205:9, 2228:20
**TO** [2] - 2128:10, 2134:3
**today** [15] - 2137:23, 2138:6, 2138:8, 2143:16, 2143:22, 2167:11, 2173:15,

2198:11, 2203:19, 2209:4, 2214:21, 2216:6, 2234:23, 2235:20
**together** [7] - 2144:14, 2165:20, 2166:7, 2172:6, 2177:1, 2217:9, 2218:7
**Tom** [1] - 2193:18
**took** [4] - 2163:11, 2179:13, 2193:13, 2207:12
**top** [6] - 2151:7, 2177:19, 2179:8, 2179:13, 2188:12, 2188:14
**Top** [2] - 2164:20, 2181:17
**topic** [5] - 2190:2, 2200:14, 2200:23, 2219:22, 2226:12
**topics** [2] - 2201:9, 2210:11
**topsides** [3] - 2143:25, 2144:3, 2144:7
**TORTS** [1] - 2129:15
**total** [5] - 2144:4, 2156:16, 2156:19, 2181:24, 2200:18
**totaled** [1] - 2173:4
**totals** [2] - 2157:1, 2159:12
**touch** [1] - 2200:1
**tour** [1] - 2201:22
**tours** [1] - 2201:24
**toward** [1] - 2168:9
**track** [2] - 2145:22, 2153:25
**tracks** [1] - 2150:24
**trade** [1] - 2224:1
**traditional** [1] - 2229:5
**train** [1] - 2218:5
**trained** [1] - 2195:15
**training** [2] - 2142:22, 2195:16
**transcript** [1] - 2237:13
**TRANSCRIPT** [2] - 2128:23, 2131:7
**transcripts** [2] - 2135:21, 2137:22
**transferred** [6] - 2195:20, 2195:22, 2195:23, 2196:14, 2196:19
**TRANSOCEAN** [3] - 2128:17, 2128:17, 2128:18
**Transocean** [2] -

2166:10, 2170:1
**treated** [2] - 2169:5, 2173:9
**Treatment** [1] - 2200:19
**TREX** [2] - 2158:13, 2172:5
**TREX-012915** [2] - 2188:2, 2188:6
**TREX-012916.5.1.US** [1] - 2187:5
**TREX-12913.0007** [1] - 2151:11
**TREX-12914.02** [1] - 2154:11
**TREX-12918** [1] - 2172:11
**TREX-12934** [2] - 2146:24, 2148:11
**TREX-12937** [1] - 2158:13
**TREX-280001** [1] - 2161:18
**TREX-280002** [1] - 2161:25
**TREX-280005** [1] - 2171:15
**TREX-280007** [1] - 2155:13
**TREX-280011** [1] - 2211:6
**TREX-280054** [1] - 2233:6
**TREX-280090** [1] - 2228:15
**TREX-280097** [1] - 2211:10
**TREX-280098** [1] - 2211:11
**TREX-280138** [1] - 2211:7
**TREX-280139** [1] - 2211:8
**TREX-50473** [1] - 2168:15
**trial** [5] - 2146:23, 2161:20, 2212:16, 2212:20, 2219:15
**TRIAL** [1] - 2128:23
**trials** [1] - 2212:20
**TRITON** [1] - 2128:16
**trouble** [1] - 2212:24
**true** [3] - 2173:11, 2174:24, 2237:13
**truly** [1] - 2215:10
**truth** [6] - 2140:6, 2140:7, 2193:23
**try** [6] - 2135:18, 2135:24, 2158:2, 2159:21, 2166:15,

2193:8
**trying** [15] - 2162:17, 2165:24, 2166:16, 2167:24, 2173:20, 2177:2, 2178:15, 2186:7, 2186:16, 2212:15, 2215:4, 2215:5, 2216:24, 2223:9, 2227:24
**TUNNELL** [1] - 2133:3
**Tunnell** [2] - 2136:20, 2136:25
**turn** [9] - 2147:18, 2147:20, 2148:2, 2160:17, 2188:22, 2189:7, 2190:2, 2226:2, 2226:11
**turning** [1] - 2190:10
**TV** [1] - 2177:20
**twin** [1] - 2149:22
**two** [30] - 2144:6, 2149:17, 2154:10, 2157:7, 2157:15, 2161:18, 2162:20, 2167:7, 2170:1, 2172:4, 2172:22, 2173:18, 2174:6, 2174:9, 2175:10, 2177:14, 2190:24, 2197:7, 2197:25, 2199:3, 2199:4, 2199:5, 2200:22, 2201:11, 2214:6, 2214:12, 2215:4, 2219:10, 2225:15, 2225:16
**type** [7] - 2145:3, 2158:6, 2195:3, 2196:1, 2197:9, 2217:16, 2227:8
**types** [11] - 2150:24, 2153:11, 2157:2, 2157:3, 2162:5, 2163:2, 2165:9, 2174:10, 2177:11, 2230:16, 2232:1
**typically** [4] - 2141:9, 2201:9, 2230:17, 2231:22

## U

**U.S** [3] - 2129:3, 2129:14, 2180:5
**Ugly** [1] - 2228:21
**ugly** [3] - 2230:9, 2230:10
**UK** [1] - 2197:3
**UK-based** [1] - 2197:3

**Ultimate** [6] - 2208:12, 2218:17, 2218:21, 2219:8, 2219:10, 2225:24
**unanimously** [1] - 2208:18
**uncertainty** [1] - 2187:20
**unclear** [1] - 2186:3
**unconditional** [1] - 2171:3
**under** [25] - 2140:25, 2142:10, 2147:4, 2148:3, 2148:7, 2150:12, 2163:19, 2165:6, 2165:15, 2167:1, 2169:15, 2169:21, 2183:13, 2183:25, 2184:17, 2184:18, 2184:19, 2185:3, 2186:10, 2207:5, 2208:13, 2208:20, 2213:4, 2213:24, 2235:24
**understood** [1] - 2218:13
**undertaken** [1] - 2167:12
**underwater** [1] - 2165:15
**UNDERWRITING** [1] - 2128:19
**unemployed** [1] - 2187:17
**unfortunately** [1] - 2204:3
**Unified** [1] - 2181:12
**uninsured** [1] - 2187:17
**unintended** [1] - 2215:9
**unit** [1] - 2175:21
**UNITED** [4] - 2128:1, 2128:11, 2128:24, 2129:3
**United** [16] - 2134:17, 2135:17, 2135:21, 2136:4, 2140:1, 2148:9, 2153:13, 2156:10, 2157:4, 2158:9, 2178:5, 2181:7, 2220:25, 2234:18, 2237:11, 2237:21
**universities** [1] - 2174:2
**unsafe** [1] - 2208:19
**unused** [1] - 2182:21
**unusual** [1] - 2153:10
**up** [79] - 2139:18,

2141:4, 2141:12, 2141:21, 2142:11, 2142:24, 2144:4, 2145:5, 2146:5, 2146:20, 2146:22, 2147:6, 2147:13, 2148:8, 2149:8, 2149:12, 2150:17, 2151:10, 2151:13, 2151:14, 2151:17, 2151:20, 2152:15, 2152:20, 2153:3, 2153:6, 2154:9, 2154:14, 2155:8, 2155:21, 2156:8, 2156:23, 2157:19, 2158:16, 2161:17, 2162:8, 2163:4, 2163:10, 2164:16, 2164:18, 2165:13, 2166:7, 2167:15, 2168:6, 2168:14, 2169:20, 2172:3, 2175:16, 2177:4, 2177:10, 2177:15, 2179:14, 2182:7, 2187:3, 2187:23, 2188:2, 2191:19, 2192:18, 2198:24, 2201:15, 2206:21, 2209:24, 2210:25, 2216:17, 2216:18, 2220:15, 2223:1, 2227:10, 2227:22, 2228:15, 2230:1, 2230:19, 2231:1, 2231:3, 2233:1, 2235:9, 2234:21, 2235:9
**upstream** [1] - 2197:13
**urging** [1] - 2215:8
**US** [1] - 2180:3

---

**V**

**valves** [2] - 2144:14, 2217:10
**varies** [3] - 2145:10, 2190:1, 2227:25
**various** [6] - 2177:1, 2209:16, 2227:16, 2227:23, 2228:21
**vary** [3] - 2158:21, 2159:3, 2222:23
**vast** [1] - 2189:4
**vendor** [1] - 2151:8
**vendors** [3] - 2151:3, 2151:6, 2151:18
**venue** [2] - 2213:7,

2213:16
**verbatim** [1] - 2229:1
**verbatim]** [1] - 2204:19
**versa** [1] - 2180:6
**version** [1] - 2223:6
**vessel** [1] - 2165:25
**vessels** [1] - 2144:15
**vice** [8] - 2140:23, 2141:13, 2141:17, 2141:19, 2141:21, 2176:16, 2180:6, 2206:5
**vice-president** [7] - 2140:23, 2141:13, 2141:17, 2141:19, 2141:21, 2176:16, 2206:5
**vice-versa** [1] - 2180:6
**video** [4] - 2135:21, 2177:20, 2177:21, 2178:16
**videos** [1] - 2178:13
**view** [8] - 2219:1, 2223:21, 2230:13, 2231:9, 2232:1, 2232:17, 2232:22, 2235:13
**views** [2] - 2205:14, 2229:23
**VOICES** [1] - 2134:9
**Volume** [2] - 2199:5
**volumes** [5] - 2153:24, 2153:25, 2154:5, 2154:25, 2155:9
**voluntarily** [1] - 2207:13

---

**W**

**wait** [2] - 2219:13
**wake** [1] - 2187:1
**walk** [1] - 2195:11
**Walkup** [10] - 2214:15, 2214:16, 2216:2, 2223:8, 2223:24, 2227:17, 2228:4, 2228:11, 2234:19, 2235:13
**walkup** [1] - 2211:24
**Walkup's** [9] - 2214:9, 2220:2, 2223:4, 2229:8, 2230:3, 2230:10, 2232:4, 2232:10, 2235:23
**walkup's** [1] - 2211:25
**warehouse** [1] - 2142:22

**WASHINGTON** [4] - 2129:12, 2129:17, 2130:11, 2130:20
**water** [7] - 2165:16, 2179:13, 2179:19, 2179:20, 2227:1
**Water** [6] - 2169:3, 2200:19, 2213:5, 2213:8, 2234:25, 2235:24
**waters** [2] - 2198:15, 2213:11
**ways** [3] - 2153:21, 2173:15, 2182:14
**week** [6] - 2135:22, 2138:5, 2139:24, 2140:1, 2225:1, 2226:6
**weekly** [1] - 2150:23
**weeks** [2] - 2161:3, 2166:21
**weighed** [1] - 2231:15
**wells** [6] - 2166:4, 2192:6, 2226:7, 2226:9, 2226:23, 2227:11
**WERE** [10] - 2132:19, 2132:20, 2132:23, 2132:24, 2133:1, 2133:3, 2133:5, 2133:7, 2133:9, 2133:11
**whereas** [2] - 2149:9, 2179:14
**WHEREUPON** [12] - 2134:21, 2135:5, 2135:12, 2136:10, 2136:17, 2136:24, 2137:6, 2137:13, 2137:19, 2139:14, 2193:13, 2236:25
**whistleblower** [1] - 2208:16
**WHITELEY** [1] - 2129:20
**whole** [6] - 2140:6, 2152:22, 2175:21, 2182:13, 2193:23, 2234:10
**wide** [3] - 2227:20, 2231:6, 2231:14
**wife** [2] - 2195:14, 2195:16
**Wildlife** [2] - 2179:18, 2192:19
**willing** [5] - 2161:8, 2162:2, 2166:22, 2167:6, 2182:10
**win** [1] - 2159:10
**WIO** [1] - 2215:17

**withstood** [1] - 2154:22
**witness** [13] - 2138:5, 2139:20, 2140:10, 2181:1, 2181:3, 2193:3, 2193:16, 2194:2, 2194:9, 2213:1, 2213:2, 2219:16, 2236:12
**WITNESS** [10] - 2140:8, 2140:14, 2185:14, 2185:22, 2186:7, 2186:13, 2186:18, 2193:2, 2193:25, 2194:6
**Woelfel** [1] - 2166:8
**won** [2] - 2203:2, 2203:5
**Woodlands** [3] - 2142:19, 2145:21, 2150:4
**word** [1] - 2214:17
**words** [1] - 2209:10
**works** [1] - 2207:8
**world** [2] - 2179:12, 2201:22
**worldwide** [4] - 2142:10, 2160:24, 2197:3, 2201:24
**WorleyParsons** [4] - 2194:23, 2194:25, 2195:1, 2197:8
**wrap** [2] - 2177:10, 2229:25
**write** [5] - 2200:11, 2205:7, 2205:19, 2205:23, 2228:11
**writing** [1] - 2209:11
**written** [5] - 2198:25, 2199:3, 2207:22, 2218:20, 2228:18
**wrote** [7] - 2168:6, 2199:19, 2204:5, 2207:17, 2207:19, 2217:20, 2217:23

---

**X**

**x-axis** [3] - 2220:16, 2220:18, 2221:14

---

**Y**

**y-axis** [1] - 2221:20
**Year** [1] - 2203:1
**year** [39] - 2144:5, 2147:7, 2147:22, 2148:3, 2148:6, 2148:21, 2149:19,

**OFFICIAL TRANSCRIPT**

2151:14, 2151:19,
2151:22, 2152:20,
2153:4, 2154:15,
2155:16, 2156:1,
2156:3, 2156:16,
2156:18, 2156:24,
2157:7, 2157:15,
2158:20, 2158:22,
2159:9, 2174:7,
2174:10, 2175:23,
2176:18, 2180:8,
2189:1, 2190:17,
2191:20, 2192:5,
2192:13, 2200:5,
2201:20, 2201:23
**year-end** [1] - 2156:24
**years** [14] - 2144:6,
2149:17, 2157:2,
2158:16, 2174:6,
2189:25, 2196:8,
2197:7, 2199:25,
2200:3, 2216:22,
2228:12, 2234:1,
2234:2
**yellow** [1] - 2171:19
**yesterday** [1] - 2200:2
**York** [1] - 2195:21
**you-all** [1] - 2236:19
**young** [1] - 2215:18

## Z

**ZEVENBERGEN** [1] -
2129:11

## "

**"MIKE"** [1] - 2130:9