```
                      UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF LOUISIANA


****************************************************************


IN RE:  OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                                 CIVIL ACTION NO. 10-MD-2179 "J"
                                 NEW ORLEANS, LOUISIANA
                                 TUESDAY, APRIL 28, 2015

THIS DOCUMENT RELATES TO
#10-4536


****************************************************************


                      TRANSCRIPT OF PENALTY PHASE
         THIRD EXHIBIT MARSHALING CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE



ALSO PRESENT:    MICHAEL O'KEEFE, LAW CLERK
                 STEPHANIE KALL, CASE MANAGER



OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                             CERTIFIED REALTIME REPORTER
                             REGISTERED MERIT REPORTER
                             500 POYDRAS STREET, ROOM HB406
                             NEW ORLEANS, LA   70130
                             (504) 589-7779
                             Cathy_Pepper@laed.uscourts.gov

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.
```

**OFFICIAL TRANSCRIPT**

|   |   |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 10:55:11  2 | TUESDAY, APRIL 28, 2015 |
| 10:55:11  3 | M O R N I N G   S E S S I O N |
| 10:55:11  4 | (COURT CALLED TO ORDER) |
| 10:55:11  5 |   |
| 10:55:11  6 |   |
| 10:57:59  7 | THE COURT:  Let's go on the record.  We're here today |
| 10:58:01  8 | for the third marshalling conference on the penalty phase of |
| 10:58:08  9 | the Deepwater Horizon Multidistrict Litigation.  The parties |
| 10:58:14 10 | have agreed to supplement the record with a few things and |
| 10:58:22 11 | have, therefore, provided us with revised hard drives. |
| 10:58:27 12 | The three hard drives that we had previously were |
| 10:58:30 13 | dated March 9, 2015.  The hard drives that we are entering into |
| 10:58:37 14 | evidence today are dated March 27, 2015.  Those disks will |
| 10:58:46 15 | serve as the final record of the proceeding and will supersede |
| 10:58:51 16 | in full the disks that had been submitted to us on March 9th. |
| 10:58:56 17 | So I'm going to introduce into evidence the three |
| 10:59:01 18 | disks marked March 27, 2015, and that will be the final record |
| 10:59:09 19 | of the proceeding. |
| 10:59:28 20 | I referred to *hard drives*.  Each hard drive is a |
| 10:59:34 21 | complete record of the proceeding.  We have an original that |
| 10:59:39 22 | will remain as the district court record, and then we have two |
| 10:59:44 23 | copies of the original, one for the Court and one, possibly, |
| 10:59:48 24 | for the appellate court. |
| 25 | (WHEREUPON, at 10:59 a.m., the proceedings were |

**OFFICIAL TRANSCRIPT**

1  concluded.)

2                              *   *   *

3

4

5                      REPORTER'S CERTIFICATE

6

7       I, Cathy Pepper, Certified Realtime Reporter, Registered

8  Merit Reporter, Certified Court Reporter in and for the State

9  of Louisiana, Official Court Reporter for the United States

10 District Court, Eastern District of Louisiana, do hereby

11 certify that the foregoing is a true and correct transcript to

12 the best of my ability and understanding from the record of the

13 proceedings in the above-entitled and numbered matter.

14

15

16                             *s/Cathy Pepper*

17                             Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
18                             Registered Merit Reporter
                                Official Court Reporter
19                             United States District Court
                                Cathy_Pepper@laed.uscourts.gov
20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

| # | C | entitled [1] - 3:13<br>evidence [2] - 2:14, 2:17<br>EXHIBIT [1] - 1:14 | MANAGER [1] - 1:18<br>March [4] - 2:13, 2:14, 2:16, 2:18<br>marked [1] - 2:18<br>MARSHALING [1] - 1:14<br>marshalling [1] - 2:8<br>matter [1] - 3:13<br>MECHANICAL [1] - 1:24<br>Merit [2] - 3:8, 3:18<br>MERIT [1] - 1:21<br>MEXICO [1] - 1:6<br>MICHAEL [1] - 1:17<br>Multidistrict [1] - 2:9 | PRODUCED [1] - 1:25<br>provided [1] - 2:11<br>**R**<br>RE [1] - 1:5<br>Realtime [2] - 3:7, 3:17<br>REALTIME [1] - 1:21<br>record [7] - 2:7, 2:10, 2:15, 2:18, 2:21, 2:22, 3:12<br>RECORDED [1] - 1:24<br>referred [1] - 2:20<br>Registered [1] - 3:7<br>REGISTERED [1] - 1:21<br>registered [1] - 3:18<br>RELATES [1] - 1:9<br>remain [1] - 2:22<br>REPORTER [3] - 1:20, 1:21, 1:21<br>Reporter [7] - 3:7, 3:8, 3:9, 3:17, 3:18, 3:18<br>REPORTER'S [1] - 3:5<br>revised [1] - 2:11<br>RIG [1] - 1:5<br>RMR [2] - 1:20, 3:17<br>ROOM [1] - 1:22 |
|---|---|---|---|---|
| #10-4536 [1] - 1:10 | CALLED [1] - 2:4<br>CASE [1] - 1:18<br>Cathy [2] - 3:7, 3:17<br>CATHY [1] - 1:20<br>Cathy_Pepper@laed.uscourts.gov [1] - 3:19<br>cathy_Pepper@laed.uscourts.gov [1] - 1:23<br>CCR [2] - 1:20, 3:17<br>CERTIFICATE [1] - 3:5<br>CERTIFIED [1] - 1:21<br>Certified [3] - 3:7, 3:8, 3:17<br>certify [1] - 3:11<br>CIVIL [1] - 1:7<br>CLERK [1] - 1:17<br>complete [1] - 2:21<br>COMPUTER [1] - 1:25<br>concluded [1] - 3:1<br>CONFERENCE [1] - 1:14<br>conference [1] - 2:8<br>copies [1] - 2:23<br>correct [1] - 3:11<br>COURT [4] - 1:1, 1:20, 2:4, 2:7<br>court [2] - 2:22, 2:24<br>Court [6] - 2:23, 3:8, 3:9, 3:10, 3:18, 3:19<br>CRR [2] - 1:20, 3:17 | **F**<br>few [1] - 2:10<br>final [2] - 2:15, 2:18<br>foregoing [1] - 3:11<br>full [1] - 2:16<br>**G**<br>GULF [1] - 1:6<br>**H**<br>hard [5] - 2:11, 2:12, 2:13, 2:20<br>HB406 [1] - 1:22<br>HEARD [1] - 1:14<br>hereby [1] - 3:10<br>HONORABLE [1] - 1:14<br>Horizon [1] - 2:9<br>HORIZON [1] - 1:5<br>**I**<br>IN [2] - 1:5, 1:6<br>introduce [1] - 2:17<br>**J**<br>JUDGE [1] - 1:15<br>**K**<br>KALL [1] - 1:18<br>**L**<br>LA [1] - 1:22<br>LAW [1] - 1:17<br>Litigation [1] - 2:9<br>LOUISIANA [2] - 1:2, 1:8<br>Louisiana [2] - 3:9, 3:10<br>**M**<br>MAGISTRATE [1] - 1:15 | | |
| **1** | | | | |
| 10-MD-2179 [1] - 1:7<br>10:59 [1] - 2:25 | | | | |
| **2** | | | | |
| 20 [1] - 1:6<br>2010 [1] - 1:6<br>2015 [5] - 1:8, 2:2, 2:13, 2:14, 2:18<br>27 [2] - 2:14, 2:18<br>28 [2] - 1:8, 2:2 | | | | |
| **5** | | | | |
| 500 [1] - 1:22<br>504 [1] - 1:23<br>589-7779 [1] - 1:23 | | | | |
| **7** | | | | |
| 70130 [1] - 1:22 | | | | |
| **9** | | | | |
| 9 [1] - 2:13<br>9th [1] - 2:16 | | | | |
| **A** | **D** | | | **S** |
| a.m [1] - 2:25<br>ability [1] - 3:12<br>above-entitled [1] - 3:13<br>ACTION [1] - 1:7<br>agreed [1] - 2:10<br>ALSO [1] - 1:17<br>appellate [1] - 2:24<br>APRIL [3] - 1:6, 1:8, 2:2 | dated [2] - 2:13, 2:14<br>DEEPWATER [1] - 1:5<br>Deepwater [1] - 2:9<br>disks [3] - 2:14, 2:16, 2:18<br>district [1] - 2:22<br>DISTRICT [2] - 1:1, 1:2<br>District [3] - 3:10, 3:19<br>DOCUMENT [1] - 1:9<br>drive [1] - 2:20<br>drives [4] - 2:11, 2:12, 2:13, 2:20 | | **N**<br>NEW [2] - 1:8, 1:22<br>NO [1] - 1:7<br>numbered [1] - 3:13<br>**O**<br>O'KEEFE [1] - 1:17<br>OF [3] - 1:2, 1:6, 1:13<br>Official [2] - 3:9, 3:18<br>OFFICIAL [1] - 1:20<br>OIL [2] - 1:5, 1:5<br>ON [1] - 1:6<br>one [2] - 2:23<br>ORDER [1] - 2:4<br>original [2] - 2:21, 2:23<br>ORLEANS [2] - 1:8, 1:22<br>**P**<br>parties [1] - 2:9<br>PENALTY [1] - 1:13<br>penalty [1] - 2:8<br>Pepper [3] - 3:7, 3:16, 3:17<br>PEPPER [1] - 1:20<br>PHASE [1] - 1:13<br>phase [1] - 2:8<br>possibly [1] - 2:23<br>POYDRAS [1] - 1:22<br>PRESENT [1] - 1:17<br>previously [1] - 2:12<br>proceeding [3] - 2:15, 2:19, 2:21<br>PROCEEDINGS [3] - 1:14, 1:24, 2:1<br>proceedings [2] - 2:25, 3:13 | s/Cathy [1] - 3:16<br>SALLY [1] - 1:14<br>serve [1] - 2:15<br>SHUSHAN [1] - 1:14<br>SPILL [1] - 1:5<br>State [1] - 3:8<br>STATES [2] - 1:1, 1:15<br>States [2] - 3:9, 3:19<br>STENOGRAPHY [1] - 1:24<br>STEPHANIE [1] - 1:18<br>STREET [1] - 1:22<br>submitted [1] - 2:16<br>supersede [1] - 2:15<br>supplement [1] - 2:10 |
| **B** | **E** | | | **T** |
| BEFORE [1] - 1:14<br>best [1] - 3:12<br>BY [3] - 1:5, 1:24, 1:25 | Eastern [1] - 3:10<br>EASTERN [1] - 1:2<br>entering [1] - 2:13 | | | THE [4] - 1:5, 1:6, 1:14, 2:7<br>therefore [1] - 2:11<br>THIRD [1] - 1:14<br>third [1] - 2:8<br>THIS [1] - 1:9<br>three [2] - 2:12, 2:17 |

**OFFICIAL TRANSCRIPT**

| |
|---|
| **TO** [2] - 1:9, 2:4<br>**today** [2] - 2:7, 2:14<br>**TRANSCRIPT** [2] - 1:13, 1:24<br>**transcript** [1] - 3:11<br>**true** [1] - 3:11<br>**TUESDAY** [2] - 1:8, 2:2<br>**two** [1] - 2:22 |
| **U** |
| **UNITED** [2] - 1:1, 1:15<br>**United** [2] - 3:9, 3:19 |
| **W** |
| **WHEREUPON** [1] - 2:25 |

**OFFICIAL TRANSCRIPT**