UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : | Mag. Judge Shushan |
| | : | |
| | : | |
| | : | |

O R D E R

AND NOW, upon consideration of the update to the Court by Claims Administrator, Patrick A. Juneau, the Court finds and orders as follows:

In its Preliminary Approval Order of May 2, 2012, Rec. Doc. 6418, confirmed by the Order and Judgment Granting Final Approval of Economic and Property Damages Settlement on December 21, 2012, Rec. Doc. 8138, the Court appointed the Claims Administrator to faithfully implement and administer the Settlement for the benefit of the Economic Class, ordering that the Claims Administrator may engage in supervision and oversight activities designed to ensure the implementation and integrity of the overall Settlement Program. See Settlement Agreement as amended on May 2, 2012, MDL No. 2179, Civil Action 12-970, Rec. Doc. 6430 ¶4.3.1, 4.3.10.

It is therefore ORDERED that the Claims Administrator may issue such subpoenas as are necessary to conduct the investigation directed by the Court's Order of September 6, 2013, Rec. Doc. 11288, as well as maintain the integrity of the Settlement Agreement as set out on May 2, 2012, Rec. Doc. 6430; and

It is further ORDERED that the Claims Administrator may issue any such subpoenas without notice or service of any parties in this matter; and

It is further ORDERED that the Special Master will transfer custody of the subpoena records maintained to date as of May 1, 2015, and that the Claims Administrator thereafter will continue to maintain these records for continuity of the project; and

It is further ORDERED that the Claims Administrator shall request persons or companies served with a subpoena to expedite the response, and may pay reasonable expediting expenses to such recipient; and

It is further ORDERED that the Claims Administrator shall request any person or company served with a subpoena to maintain the confidence of such subpoena. A copy of this Order may be provided along with any subpoena served.

New Orleans, Louisiana this 6th day of May, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE