UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

CONSENT FINAL JUDGMENT

WHEREAS, Jimmy Shoemaker, Jr. ("Claimant") submitted Claim 11194 and Claim 11195 ("the Claims") to the Deepwater Horizon Economic Claims Center ("DHECC") and was awarded payment of $168,692 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust ("the Trust"), but was not entitled to be paid on the Claims; and

WHEREAS, Faegre Baker Daniels LLP ("Faegre") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $42,173 in connection with the Claims, out of the proceeds paid to the Claimant by the DHECC; and

WHEREAS, on December 9, 2014, Faegre repaid $42,173 to the Trust, representing its fees received from the Claimant's Claims; and

WHEREAS, the Claims Administrator and Special Master, on behalf of the DHECC, have filed a consent motion with the Claimant, requesting that the Court enter a Final Consent Judgment for purposes of repaying to the Trust $126,519 that the Claimant owes to the Trust ("Claimant's Judgment Amount");

IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The DHECC claim awards in favor of Claimant for Claim 11194 and Claim 11195 are hereby RESCINDED and VACATED; and

2. Judgment is entered in favor of the DHECC and the Trust and against the Claimant, requiring Claimant to make restitution of $126,519 to the DHECC and the Trust, plus post-judgment interest; and

3. Claimant shall participate in no further distributions under the Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold such funds and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

5. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

6. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

7. This Court shall retain jurisdiction for purposes of enforcing the Consent Judgment.

Signed in New Orleans, Louisiana, this ___ day of _____, 2015.

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE