UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645,<br>            13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Wednesday, May 6, 2015]

**1. Alabama's Production.**

    A. Sample Set of 100 Email Documents.

BPXP provided a sample set of 100 email communications that it produced to Alabama but were not found in its search of the Jenkins and Collins custodial files. Alabama responded that for 36 emails there was a processing problem. The emails could not go out with the attachments. It put the emails and attachments involved in the processing problem on an FTP site. It contends the attachments were already produced to BPXP or otherwise available to it.

BPXP shall review the documents on the FTP site and report whether it has the attachments found on the FTP site.

    B. Production Twelve.

Production Twelve went out to BPXP on May 1. BPXP is reviewing it.

    C. Dr. Deravi.

It will be two weeks before Alabama can produce the "stand alone" documents for Dr. Deravi and an additional one to two weeks before it can produce the emails from Dr. Deravi's custodial files.

D. Dr. Hayworth.

Alabama was unable to report on a schedule for the production of Dr. Hayworth's custodial file.

E. Custodial Files for Fact Witnesses.

Alabama was unable to report on a schedule for the production of the custodial files for fact witnesses.

F. Final Effort on Production of Remaining Relevant Documents.

Although it does not anticipate that it will be many documents, Alabama was unable to report a schedule for the production of these documents.

**2. Alabama's Third Party Discovery.**

Alabama served subpoenas on and has been in contact with Waste Management Group, Swift and The Response Group.

**3. Designation of Witnesses for Rule 30(b)(6) Topics.**

On May 1, 2015, Alabama made a partial designation of its representatives for Rule 30(b)(6) topics. Both parties will complete their identifications by May 11, 2015, if not sooner.

**4. Depositions.**

A. Gulf Coast Convention and Visitors Bureau.

Document production is complete. The deposition will be in Montgomery on May 20 or 21. BPXP will take the deposition. The parties have not yet agreed on a division of the 6.5 hours permitted for any of the depositions.

B. University of Alabama.

Document production is complete. The deposition will be in Montgomery on Thursday, June 11, 2015. BPXP will take the deposition.

C. <u>Baldwin and Mobile Counties.</u>

Document production is not complete.

D. <u>Kathleen Baxter</u>.

Baxter is with the Alabama Comptroller's Office. She will be a Rule 30(b)(6) witness on Topic 16. She is not a fact witness. Her deposition will be in Montgomery on Tuesday, May 12.

E. <u>Bryan Prescott</u>.

Alabama designated Prescott as a Rule 30(b)(6) witness for topic 27. His deposition will be in Montgomery on Friday, May 15.

By **Friday, May 8**, Alabama shall provide its supplemental discovery response on the unreimbursed response costs so Baxter and Prescott can be questioned on the discovery responses. Baxter and Prescott shall be prepared to testify on the most recent Alabama spreadsheet on the response costs.

F. <u>Kelly Butler</u>.

Butler is with the Executive Budget Office at Alabama Department of Finance. He possesses factual knowledge about budgets. He is a pure fact witness.

G. <u>Chris Blankenship</u>.

Alabama designated Blankenship as a Rule 30(b)(6) witness for topic 10. His documents are in Production Twelve.

H. <u>Sherrill Parris</u>.

Pariss is a pure fact witness for Alabama. She is a possible witness for the early part of the deposition schedule.

I. <u>Maria Travis</u>.

She is a BPXP witness. Alabama is requesting her deposition.

J.  Jim Poore.

He is a BPXP witness.  Alabama is requesting his deposition.

K.  Mike Robertson.

Robertson is a BPXP witness.  There may be an issue with additional information to be provided on a $12 million grant.  The parties reported they would resolve the production of the grant information by Friday, May 1.  Subject to the grant information production, Robertson can be deposed on the front end of the schedule.

L.  Ayana McIntosh-Lee.

McIntosh-Lee is a BPXP witness, who works in Indonesia.  BPXP will work on July dates for her deposition and coordinate with Alabama.

M.  Laura Folse.

She cannot be deposed at the present time.  BPXP will advise as to her availability.

N.  Bill Hornsby.

Alabama designated Hornsy as a Rule 30(b)(6) witness for topic 8.

O.  Lee Sentell.

Alabama designated Sentell as a Rule 30(b)(6) witness for topics 21 and 22.

P.  Tammy Rolling.

Alabama reports that Rolling is a pure fact witness.

**5. Deposition Schedule**.

Fact and 30(b)(6) depositions are set for May 11 to July 20, 2015.  Alabama outlined a proposal for the deposition schedule.

Week of May 11  - Montgomery – Baxter on May 12, and Prescott on May 15.

Week of May 18 – Montgomery – Four Alabama witnesses.

Week of May 25 – New Orleans – BPXP witnesses.

Week of June 1 – Montgomery – Alabama witnesses.

Week of June 8 – Montgomery – Alabama witnesses

Week of June 15 – New Orleans – BPXP witnesses

Week of June 22 – New Orleans – BPXP witnesses

Week of June 29 (Saturday is July 4)

Week of July 6

Week of July 13

Monday, July 20 – Last day for Fact and Rule 30(b)(6) depositions.

6. **Next Telephone Conference**.

    The next telephone conference is scheduled on **Friday, May 22, 2015, at 11:00 a.m.**

    New Orleans, Louisiana, this 7th day of May, 2015.

                                            **SALLY SHUSHAN**
                                            **U.S. Magistrate Judge**