IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| | * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class, | * * * * | NO. 12-CV-968 SECTION: J |
| Plaintiffs, v. BP Exploration & Production Inc., *et al.*, Defendants. | * * * * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the Status Report from the *Deepwater Horizon* Medical Benefits Settlement Claims Administrator, filed on May 7, 2015 (the "May 7, 2015 Status Report), for the reasons stated therein, and with the agreement of the Parties, the Court, pursuant to Section V.J of the Medical Settlement Agreement, being fully advised, hereby orders and states as follows:

**IT IS ORDERED**, that the deadlines set forth in the Medical Settlement Agreement for the processing of Proof of Claim Forms and related correspondence, including Notices of Receipt, Notices of Defect, Notices of Determination, and Notices of Denial, and the deadlines for

processing Requests for Additional Information, as established by agreement of the Parties, are hereby extended as requested in the May 7, 2015 Status Report, as follows:

- For each of the claims submitted on or before December 31, 2014 (the "2014 Claims") and asserting a claim for compensation for a Specified Physical Condition ("SPC"), the Claims Administrator shall issue an SPC Notice of Determination or a Notice of Denial, as applicable, by the end of October 2015;

- For each of the 2014 Claims seeking only participation in the Periodic Medical Consultation Program ("PMCP"), the Claims Administrator shall issue a PMCP Notice of Determination or a Notice of Denial, as applicable, by the end of October 2015;

- The Claims Administrator shall sort, log, scan, index, and complete data entry for all claims received on or after January 1, 2015 (the "2015 Claims") by the end of July 2015;

- The Claims Administrator shall issue a Notice of Receipt for each of the 2015 Claims by the end of August 2015;

- For each of the 2015 Claims seeking compensation for an SPC, the Claims Administrator shall issue the first SPC-related piece of correspondence — i.e., a Request for Additional Information, Notice of Defect, SPC Notice of Determination, or Notice of Denial, as applicable — by the end of October 2015;

- For each of the 2015 Claims seeking only participation in the PMCP, the Claims Administrator shall issue the first piece of PMCP-related correspondence — i.e., a Notice of Defect, PMCP Notice of Determination, or Notice of Denial, as applicable — by the end of October 2015; and

- The Claims Administrator shall keep the Court apprised of its progress in processing the 2015 Claims and, at later date, shall inform the Court whether it believes extensions of time are necessary for the processing of the subsequent pieces of SPC- and PMCP-related correspondence for such claims.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this _____ day of May, 2015.

**CARL J. BARBIER**
**United States District Judge**