Court's Copy

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY 06 2015
ω ρ

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **Derek Knorr** | ) | **Civil Action File** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | NO: _MDL-2179_ J(1) |
| | ) | 10-8888  Doc# 85243 |
| **Deepwater Horizon** | ) | TENDERED FOR FILING |
| **Economic Claim Center** | ) | |
| **Defendant,** | ) | MAY - 6 2015 |
| | ) | |

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

---

## Motion for Emergency Mandate, Pro Se, Ex-parte, For The Radical Immediate Alteration To The Method of Implementation Of The British Petroleum Oil Spill Agreement

Janet F. King, United States Magistrate Judge Northern District of

Georgia Atlanta Division, writing to District Judge Thomas Thrash

Senior Judge of The Northern District of Georgia Atlanta Division

Fee 46.00
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No. ___

(2014), "...seeking the court to order the federal prosecutor

to prosecute allegations of wrongdoing by various federal

agency employees because prosecutors have broad

discretion in determining weather to investigate and

prosecute allegations of wrongdoing which is not subject to

any non-discretionary duty owed to private parties," (citing,

inter alia (cited in many cases) Boyd v. Yates, 2014). British

Petroleum (BP) is a private party, BP is NOT owed any non-

discretionary duty from Eastern District Court Of Louisiana

(You), your court, your employees, your contractors, your

(2)

subcontractors, and definitely NOT the Deepwater Horizon

Economic Claim Center (DHECC), of 42548 Happy Woods Road

Hammond, Louisiana 70403. Any argument that "federal

employees" are not "claimants", or "general public" is mute,

we all live by the same standards of "wrongdoing." In

regards to wrongdoing, your conduct resides between

gross negligence and despicable human behavior.

Hundreds of thousands victims looked to you and solely to

you to protect their rights, specifically those rights granted

to them in the Victims Protection Act (2004). Some of these

(3)

victims cannot read or write, some are mentally or

physically handy capped, most are deeply impoverished.

That you would discriminate in favor of a wealthy powerful

defendant in disregard of the rights of weak harmed

suffering plaintiffs is unconscionable. Shame on you. Sad

enough that your decision to not consider The BP Oil Spill

to have an "area of effect", all be it The BP Oil Spill

Agreement is to be marveled for it's scope, it prohibits

thousands of true BP Oil Spill victims compensation. Now

you are solely responsible for tens of thousands of class

members having their rights violated.

(4)

**"Son, you best get yo mind right."**

As per the requirements to invoke mandamus:  I, pro se,

ex parte, Derek Knorr, of 2610 Fleetwood Drive Cumming,

Georgia 30041, a U.S. Citizen, Class Member, and victim of

The BP Oil Spill, do establish standing to invoke the powers

of the federal court by showing in fact; i)The injury in fact

that DHECC policy 70 v2 (and other DHECC policies) deny

me, a claimant and class member in The BP Oil Spill

Agreement timely due process, specifically access to the

Appeals Process of The BP Oil Spill Agreement, and

(5)

compensation due to me under the BP Oil Spill Agreement

in general. ii) The conduct of DHECC in their disregard of

above mentioned <u>Boyd v. Yates,</u> specifically by DHECC

policy 70 v. 2 (and other Claims Administrator's self

approved policies in general) causes my injury in fact (i).

iii) Granting Emergence Mandamus through execution of

the following criteria listed below will provide reasonable

chance for redress my injury (i).

<u>In the Question of Jurisdiction and Duty:</u> "The district

court shall have original jurisdiction of any action in the

(6)

nature of mandamus to compel an officer or employee of

the United States or any agency thereof to perform a duty

owed to the plaintiff," (28 U.S.C. § 1361). That clearly

establishes your court as having jurisdiction in this matter

and duty to provide protection of my rights as described in

The Victims Rights Act (2004) (specifically 18 U.S.C §1506,

1509, 1512(b,1. c,1,2.)and 1961(b,1512,1513)).

Criteria Mandamus: Simple revoke of DHECC policy 70

v2 would be entirely unacceptable to ensure protection of

victims right or restore trust in the court toward continued,

(7)

continuous, or perpetual protection of victims rights.

Current implementation of The BP Oil Spill Agreement

clearly and undeniably did not prevent illegal activity by

DHECC and it's associated personnel and firms in DHECC's

hire or association. To reasonably restore claimants trust in

the court, exponentially accelerate the rate of claims

processing, and increase the protection of victims rights I

provide a (admittedly semi-comprehensive) list of needs

required to provide the relief I seek.

    1. Immediate removal of the current DHECC claims

administrator, the representative attorney group, the

entire quality assurance department of DHECC, the

current utilized accounting firms, the current utilized

auditing firms. All to be granted their contractual

severance pay, where no severance agreement is in

place each person shall receive compensation not less

than $15,000.00 payable from the fund in not more

than 30 days after their dismissal. All moneys referred

to herein are to be paid from the BP Oil Spill Fund.

2. Deepwater Horizon Economic Claim Center shall

(9)

immediately change it's name to Oil Spill Court.

3. Plaintiff's attorneys shall be notified by you that their

behavior has not been zealous.

4. Defendant's attorneys shall be notified by you that the

actions of DHECC in this matter did monetarily benefit

the defendants.

5. You shall within two (2) weeks find replacement for the

claims administrator who shall receive compensation

not less than their predecessor and who shall have no

previous employment experience as an attorney, a U.S.

(10)

Government employee or contractor, a worker in the

oil industry.

6. New claims administrator shall not re-hire any persons

released by this mandamus.

7. All closed or administratively closed claims will be

immediately declared approved and for an amount

either previously disclosed by DHECC to claimant, or

for amount to be set by claimant, which ever is the

greater amount.

8. All duplicate claims shall be denied and therefore

(11)

eligible for appeal.

9. All policies of the previous claims administrator that

were not approved by both the defense  and plaintiff

attorneys shall be removed from the claims process

with notations of such to be described on the Oil Spill

Court web site. The fees for all appeals shall be set to

zero dollars.

10.    Oil Spill Court shall have 60 days to process all

claims to a state of approved on denied, including any

newly received claims. Incentive to complete this goal

(12)

shall be rewarded with a bonus of $15,000 per

employee and support personnel payable within 30

days. The Oil Spill Court shall likewise endeavor to

send payment to all previously received claims that are

approved but not in the appeals process within 90

days of appointment of the new claims administrator.

With completion of this goal a bonus of $9,000 per Oil

Spill Court employee shall be paid within 30 days.

11.    Your court shall order the hire of additional

appeals personnel such that the future work load is no

(13)

greater than the current work load for the current

appeals personnel. Existing appeals personnel that

chose to remain working shall receive a bonus of

$15,000 after 30 days of continued employment. New

appeals personnel hires shall immediately receive a

sign on bonus of $12,000.

12.    Oil Spill Court shall offer all new hires a sign on

bonus of $8,000 and hire as many personnel they may

require to obtain production incentives and bonuses.

New Claims administrator shall at their discretion pay

(14)

other incentive bonuses as claims administrator sees

fit with total bonuses not to exceed $18M.

13.    Oil Spill Court will remit to me on the 15th of each

month an amount equal to 30 percent of the total

amount of all claims paid during the previous month.

Such an amount being consistent with the rate

whistleblowers receive under the US Security Exchange

Commission whistleblower program.

14.    Your court will attempt to conceal my identity

from the Oil Spill Court and appeals process so as not

(15)

to bias or jeopardize any decisions that involve my

claim.                    Derek Knorr            1 MAY 15

(16)

Derek Knorr
2610 Fleetwood Dr.
Cumming, Ga. 30041

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, La. 70130

CERTIFIED MAIL

7013 1710 0001 0889 6215

$6.17°
US POSTAGE
FIRST-CLASS

0715008371506
30040
00000093164