UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deep water Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179; SECTION J |
| | JUDGE CARL J. BARBIER |
| This document relates to: | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.*; cases within Pleading Bundle B1 | |
| and All Civil Actions, including 33:2701; 13-6009; 13:6010; 13:5367; 14:1106; 14:357; 14:358; 14:359; 14:1321 and 15:6651 | |

## NOTICE OF JOINDER IN MOTION FOR AN AMENDED CLASS ACTION SETTLEMENT NOTICE AND SUPPORTING MEMORANDUM

**COME NOW** the class members represented by the Law Firm of William B. Price, PA, and herby give notice of their joinder in the Motion for An Amended Class Action Settlement Notice (Rec. Doc. 14229) and Memorandum in Support of Motion for An Amended Class Action Settlement Notice (Rec. Doc. 14229-1) filed April 16, 3015, by the Law Firm of Brent Coons & Associates.

**Dated** this 8th day of May, 2015.

/s/ William B. Price
William B. Price
Florida Bar No.: 028277
William B. Price, P.A.
P.O. Box 351
Panama City, Florida  32402
Tel. (850) 215-2195
Fax (850) 763-0647
bill@billpricelaw.com
Attorney for Class Members
Represented by William B. Price, PA

1

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on May 08, 2015, upon:

Attorneys for the Defendants:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 2005

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUS, WRIGHT, ROY & EDWARDS
566 Jefferson Street – Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street-29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. –Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: 409-835-2666
Fax: 409-835-1912
Attorney for BCA Members

/s/ *William B. Price*
William B. Price
Florida Bar No.: 028277
William B. Price, P.A.
P.O. Box 351
Panama City, Florida   32402
Tel. (850) 215-2195
Fax (850) 763-0647
bill@billpricelaw.com
Attorney for Class Members
Represented by William B. Price, PA

3