UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

**O R D E R**

Before the Court is the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to claimant Bobby Lambert, Sr. [Rec. Doc. 13857], and upon being informed that the Special Master has delivered discovery to Bobby Lambert, Sr.'s place of residence, and that the Special Master has delivered a letter to Bobby Lambert, Sr.'s place of residence advising that the Special Master seeks to propose a briefing schedule to the Court,

IT IS HEREBY ORDERED that any response by claimant Bobby Lambert, Sr., to the Special Master's motion shall be filed on or before   June 5, 2015  .  Any reply by the Special Master to the response of claimant shall be filed on or before    June 12, 2015    .  The Court will advise the parties if it requires oral argument.

IT IS FURTHER ORDERED that the Special Master shall have a copy of this Order served upon Bobby Lambert, Sr.

Signed in New Orleans, Louisiana, this 8th day of May, 2015.

_____
United States District Judge