UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

# O R D E R

Before the Court is the Special Master's motion for return of payment made by the

Deepwater Horizon Economic Claims Center to claimant Hai Do [Rec. Doc. 14266], and upon

being informed that the Special Master has provided discovery to claimant and that the parties

agree as to a briefing schedule,

IT IS HEREBY ORDERED that any response by claimant Hai Do or any other interested

entity to the Special Master's motion shall be filed on or before ___June 8, 2015___.  Any reply

by the Special Master to the response of claimant shall be filed on or before ___June 26, 2015___.

The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 8th day of May, 2015.

United States District Judge