1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  OIL SPILL BY THE OIL RIG  *  10-MD-2179
              DEEPWATER HORIZON IN THE  *
6             GULF OF MEXICO ON         *  Section J
              APRIL 20, 2010            *
7                                       *  May 6, 2015
                                        *
8    Applies to:  10-4182, 10-4183,     *  New Orleans, Louisiana
                  13-2645, 13-2646,     *
9                 13-2647, 13-2813      *
                                        *
10   * * * * * * * * * * * * * * * * * *

11

12            TELEPHONE STATUS CONFERENCE BEFORE
13              THE HONORABLE SALLY SHUSHAN
                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20
     Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
21                                 500 Poydras Street, B-275
                                   New Orleans, Louisiana 70130
22                                 (504) 589-7778

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

1

## I N D E X

2                                                               PAGE

3
Dr. Keivan Deravi                                      3

4
Alabama's Third-Party Discovery                        3

5
Alabama's Production                                   4

6
Designation of 30(b)(6) Witnesses                     11

7
Depositions                                           12

8
Next Telephone Conference                             22
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## <u>PROCEEDINGS</u>

### (May 6, 2015)

**THE COURT:**  Okay.  Good afternoon, everybody.  Let's get rolling.  Let's talk about the review and production of Dr. Deravi's custodial file.

**MR. PARKER MILLER:**  Judge, this is Parker Miller for the State of Alabama.  Good afternoon.

We are almost complete in our review of his file.  We have run into a technical issue with his e-mails.  We believe that the fastest way to handle this is going to be to process the standalone files first and produce them.  I believe the e-mails will be coming shortly behind it.  In an effort to get these documents to BP as fast as we can, that would be my proposal there for Dr. Deravi.

**THE COURT:**  Comment by anyone for BP?

**MR. COLLIER:**  Good afternoon.  It's Paul Collier.

**THE COURT:**  Hey, Paul.

**MR. COLLIER:**  Yeah, that's fine.  We have no problem receiving a rolling production, but obviously we would want to have the full production well in advance of any scheduling of Dr. Deravi's deposition.

**THE COURT:**  Okay.  Good.  All right.  Let's get an update on Alabama's third-party discovery.

**MR. PARKER MILLER:**  Judge, this is Parker Miller again for the state.  Currently we have produced a production

1   for CrowderGulf, for Danos, as well as -- I forget.  The other

2   one completely leaves my mind.  Polaris has been resolved

3   through discussions with BP.

4            The three other third parties that the state has

5   subpoenaed, we are currently in discussions with them right

6   now.  I do not sense any issues with those subpoenas based on

7   my discussions.  So I think those issues should be resolved

8   fairly soon, and we should be receiving documents from them

9   after those issues are resolved.

10            THE COURT:  Okay.  All right.  Let's talk about the

11   status of Alabama's production.  Let's start with the

12   explanation for the 100 sample missing documents.

13            MR. MAZE:  Yes, Your Honor.  This is Corey Maze.  We

14   submitted about a two- or three-page report to you on Friday

15   afternoon.

16            THE COURT:  Yep.

17            MR. MAZE:  I don't have any updates beyond what we

18   put in there, but I think we could certainly answer any

19   questions that you have.

20            THE COURT:  Well, let's hear from Paul as to your

21   submission and we will take it from there.

22            MR. COLLIER:  Yes.  Thank you, Your Honor.  Yeah, we

23   did receive the letter, so we did receive some explanation.

24   The 100 sample documents, as Your Honor read, 55 of them could

25   not be located by Alabama.  So obviously that's at least a

concern that's raised for us about the collection and
preservation process.  Of the 45 that Alabama was able to
identify, as I understand it, 9 of them have now been produced
in the Production 12 that we just received on Monday of this
week.  Then 36 of those 45 are documents that were caught up in
some type of processing issue that Alabama identified for us.
It's something relating to the attachments, although it's
unclear to us exactly what the nature of the issue was.  So
these are documents we hadn't received before.  We hadn't heard
about this processing issue previously and so that was somewhat
of a surprise to us to hear about it.

As we understand it, Alabama has put up not only
those 36 documents but then also 2,000 other documents on an
FTP site for us to look at.  As I understand it, I believe
Alabama is intending to process those documents and produce
them, although I'm not sure when exactly that's going to take
place.

So, yeah, that obviously raised a concern for
us.  We have started to look at the materials on the FTP site,
but the problem there is that they are not Bates numbered, they
are not processed, there's no metadata associated with it, and
it's not in a format to allow us to put it into our review
platform.  So obviously before we can do a full review of those
materials, we will need them produced in the ordinary course so
we can do our review.

1    02:07    In addition -- and I think we talked about this

2    02:07    last time, Your Honor -- is that in this Production 12, Alabama

3    02:08    did make available to us an additional 2,300 documents from the

4    02:08    files of Jenkins and Collins, which I guess from our

5    02:08    perspective indicates that we had a legitimate concern with

6    02:08    respect to missing material from their custodial files.

7    02:08    Again, the long and the short of it at the end

8    02:08    of the day, Your Honor, is that we look at the materials.  You

9    02:08    know, we are appreciative of Alabama going through these steps

10   02:08    to produce it and get these materials out to us.  To the extent

11   02:08    that Alabama is looking to schedule Roy Collins and Steve

12   02:08    Jenkins, we just ask that those be pushed towards the end of

13   02:08    the deposition period.

14   02:08    **THE COURT:**  Okay.  Good.  Let's talk about producing

15   02:08    the documents that are on the FTP site in the normal course so

16   02:08    that they will get the metadata and other information.

17   02:08    **MR. PARKER MILLER:**  Judge, this is Parker Miller for

18   02:08    the state.  As Paul indicated, these were documents that were

19   02:09    hung up in a processing issue.  In order to get Production 12

20   02:09    out as soon as we could, we held these documents back, knowing

21   02:09    that a lot of these documents are pretty much -- I would say

22   02:09    99 percent of them are all reports that have been referenced

23   02:09    between the parties.  They are the same type of reports that

24   02:09    you would see in this 100 sample of documents that BP has noted

25   02:09    previously.

1    The idea here was, understanding that BP already
2    had these documents in their possession or that the documents
3    were already available on SharePoint sites, that we would at
4    least show BP the universe of the attachment issues that
5    existed in the hope that instead of having to process these
6    documents that the parties could come to some understanding
7    that they have been produced and that everybody saw that there
8    was a production issue, but that the production issue that did
9    exist wasn't something that was material to the claims at hand
10   that could stall depositions.

11        THE COURT:  Paul, do you want to comment?

12        MR. COLLIER:  Yes, Your Honor.  I'm not quite certain
13   as to why these documents just couldn't be processed and
14   produced to us in the normal course.  If they can be uploaded
15   to an FTP site so we can take a look at them, it seems like it
16   should be available to be able to produce to us in a way that
17   we have been doing all along.

18        You know, what I will say, it was the first time
19   that we heard about this processing issue, and it obviously
20   raises a concern as to whether or not there's any other
21   materials that have been withheld for similar type of
22   processing issues.  In addition to dealing with these 2,000
23   documents, I think we would like some confirmation from Alabama
24   that there's no other kind of processing issues that have in
25   any way impacted their production and caused them to withhold

02:10
02:10
02:10
02:10
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:11
02:12
02:12
02:12
02:12
02:12
02:12
02:12

1   any material.

2          MR. PARKER MILLER:  Yes.  So, Judge, this is Parker

3   Miller again.  I can confirm I'm not aware of any other

4   processing issue that was holding documents up.  I guess, as to

5   these particular documents, they entail the universe of the

6   attachment issues that we are aware of.  So I don't really

7   believe -- I guess I don't see the issue in terms of the fact

8   they are reports that BP already has.  So that's really all I

9   can --

10          THE COURT:  Okay.

11          MR. PARKER MILLER:  Oh, he did bring up something

12  else that I did want to cover.  He wasn't quite sure about what

13  the issue was.  The problem in processing was that the e-mails

14  were not going with the attachments upon production, so as a

15  result we could see that the attachments were not flowing in.

16  So instead of holding the entire production back, we let the

17  rest of the production go and we held these documents back to

18  be reprocessed, if the Court requires it, or to be resolved

19  during an alternative process, which is one we proposed.

20          THE COURT:  We are talking about the documents that

21  are on the FTP site?

22          MR. PARKER MILLER:  That's correct, Your Honor.

23          THE COURT:  They are documents that have otherwise

24  been produced or are publicly available or BP has them?

25          MR. PARKER MILLER:  That's our understanding,

02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:12
02:13
02:13
02:13
02:13
02:13
02:13
02:13
02:13
02:13
02:13
02:13
02:13

1    Your Honor.  These are all documents that would have been

2    exchanged as part of the regular oil spill response.

3           THE COURT:  Paul, have you had a chance to look at

4    the FTP site and assure yourself that that's the case?

5           MR. COLLIER:  We haven't, Your Honor.  Unfortunately

6    we haven't had an opportunity to get on the site yet and start

7    to take a material look at it.

8           THE COURT:  Let's do this.  Why don't you take a look

9    at it.  If you feel that some of the documents on the FTP site

10   are not documents that you already have, have already been

11   produced to you, or are publicly available, would you let

12   Parker and Corey know, with a "cc" to me, and we will work

13   forward from there.

14          MR. COLLIER:  Yes, Your Honor.  That sounds like a

15   good plan.

16          THE WITNESS:  Okay.  Good, good, good.  So we have

17   updated on Production 12.  I think we have gotten a pretty good

18   update on the remaining production for Alabama.

19              I guess, Parker, let's summarize when you think

20   we are going to get the two parts of Deravi's custodial file,

21   and then we will talk about Hayworth and other custodial

22   documents for the fact witnesses.

23          MR. PARKER MILLER:  So, Judge, this is Parker Miller

24   again.  My hope is that within two weeks they will have the

25   standalone documents.  My hope also is that we will get this

02:13  1   e-mail issue resolved as well and we can put that production in

02:14  2   line very shortly behind the first one.  The standalone

02:14  3   documents, my hope is that within two weeks they will have that

02:14  4   production.

02:14  5          THE COURT:  Okay.  So we are talking probably three

02:14  6   weeks for the entire file is your estimate, four weeks?  What

02:14  7   are you thinking?

02:14  8          MR. PARKER MILLER:  I think three to four weeks total

02:14  9   is a good estimate.

02:14  10         THE COURT:  Okay.  What about Dr. Hayworth's

02:14  11  custodial file?

02:14  12         MR. PARKER MILLER:  We are actually still working on

02:14  13  his custodial file.  I reached out him to this morning and

02:14  14  prodded him along again.  So we are pushing --

02:14  15         THE COURT:  How about telling Dr. Hayworth that you

02:14  16  have a hopping mad magistrate judge.

02:14  17         MR. PARKER MILLER:  I made sure to remind him of that

02:14  18  this morning.

02:14  19         THE COURT:  Tell him I don't want to have to ask

02:14  20  again.  How about that?

02:14  21         MR. PARKER MILLER:  That sounds good.

02:14  22         THE COURT:  Okay.  How are you coming on the

02:14  23  custodial file production for the fact witnesses?

02:15  24         MR. PARKER MILLER:  Judge, we pretty much have all of

02:15  25  the custodial files in now.  I think three of them are pretty

02:15   1    far along.  Let me pull my list real quick if you don't mind.

02:15   2         That would be Morris Green, Julie McGee, and

02:15   3    Tom White.  Those custodial files are pretty far along and so

02:15   4    my hope is that within three weeks we should have all of those

02:15   5    out.  We have also just received Phil Woods' custodial file, so

02:15   6    that one is not quite as far along as the other three, but we

02:15   7    are pressing to get that one out as soon as we can as well.

02:15   8       **THE COURT:**  Okay.  Then you have the documents that

02:15   9    you found recently in response to your effort to make sure that

02:15  10    all relevant documents were produced.  Where do you stand on

02:16  11    getting that out?

02:16  12       **MR. PARKER MILLER:**  Judge, I may need to go back and

02:16  13    check.  I will be happy to provide an additional report on

02:16  14    that.  I know we received a few documents.  I don't believe we

02:16  15    have received too many, but I can go back and provide you an

02:16  16    update via e-mail today or tomorrow.

02:16  17       **THE COURT:**  That would be great, whenever you get it,

02:16  18    today or tomorrow, and cc Paul on it so we can keep track on

02:16  19    that.

02:16  20       **MR. PARKER MILLER:**  Sure.

02:16  21       **THE COURT:**  It looks like you all have made progress

02:16  22    on designating the 30(b)(6) witnesses.  You're working on

02:16  23    completing that by May 11?  And that's to both parties.

02:16  24       **MR. MAZE:**  Your Honor, this is Corey.  We can have

02:16  25    all of ours down by then.

02:16  1        **MR. COLLIER:**  Your Honor, this is Paul Collier.

02:16  2    That's our plan as well.

02:17  3        **THE COURT:**  If you can get them out sooner rather

02:17  4    than later, that would be helpful, but whatever.

02:17  5            Let's talk about scheduling depositions.  What

02:17  6    about scheduling -- well, we have scheduled the Gulf Coast

02:17  7    Convention and Visitors Bureau on June 10.  Everybody has that,

02:17  8    huh?

02:17  9        **MR. COLLIER:**  Your Honor, this is Paul Collier for BP

02:17  10   again.  We have that date.  I believe there was some discussion

02:17  11   about trying to work an earlier date.

02:17  12       **THE COURT:**  Right, if possible.

02:17  13       **MR. PARKER MILLER:**  Judge, this is Parker Miller for

02:17  14   the state.  We have actually reached out to them.  They have

02:17  15   informed us that they would be available on May 20 or 21.  I'm

02:17  16   currently trying to just lock that time down, but they told us

02:17  17   that would be two dates that could work.

02:17  18       **THE COURT:**  Okay.  I'm sorry.  Go ahead.

02:17  19       **MR. COLLIER:**  Oh, no.  Sorry.  I didn't mean to

02:17  20   interrupt.  I was going to say that we are doing the same.  I

02:18  21   think those dates would work for us if that's what Alabama can

02:18  22   work out as well.

02:18  23       **THE COURT:**  Good.  Perfect.  Now, have you all

02:18  24   discussed allocation of time?

02:18  25       **MR. MAZE:**  Your Honor, this is Corey for Alabama.  Do

1    you mean actual hours during the depositions?  Because if so, I

2    thought that Judge Barbier's order had it at six and a half

3    hours total.

4         THE COURT:  It does.

5         MR. MAZE:  For an Alabama witness, six hours for BP

6    and half an hour for Alabama.

7         THE COURT:  Okay.  That's going to be the rule in

8    this litigation.  I just want to make sure you all agree.

9         MR. MAZE:  That's Alabama's understanding.

10        THE COURT:  Yes, you are right on 6.5, but I haven't

11   heard anything about any agreement on allocating the 6.5.

12        MR. COLLIER:  Your Honor, this is Paul Collier.

13   That's right.  We have been negotiating with Alabama on

14   deposition logistics.  This particular issue of time allocation

15   is one that we haven't discussed yet.

16        THE COURT:  Okay.

17        MR. COLLIER:  So if it's okay with you, that's one I

18   would like to take back to my team and make sure we are

19   comfortable with it.  We are happy to give you a report on that

20   either via e-mail or the next status conference.

21        THE COURT:  Okay.  That will be fine.

22        MR. MAZE:  That's good with Alabama.  That's fine.

23        THE COURT:  Good.  Thank you, Corey.  Next up, at

24   least on my list, is the University of Alabama.  The production

25   is complete.  Has anybody nailed down the date?

02:19  1          **MR. COLLIER:**  Yeah, Your Honor.  This is Paul Collier

02:19  2   again.  I think the last time we met we had identified specific

02:19  3   dates that Alabama had said that they were available, the

02:19  4   University of Alabama was available.  We proposed those to

02:19  5   Alabama.  I don't think we have heard back yet from Corey and

02:19  6   his team as to which date they would prefer.  As I understand

02:19  7   it, all those dates are still available.

02:20  8          **THE COURT:**  Corey, do you want to pick a date?

02:20  9          **MR. MAZE:**  I don't have those dates in front of me,

02:20  10  if Paul could remind me what they are.

02:20  11         **THE COURT:**  I can remind you.

02:20  12         **MR. MAZE:**  Okay.

02:20  13         **THE COURT:**  June 1 to 3.

02:20  14         **MR. MAZE:**  June 1 to 3.

02:20  15         **THE COURT:**  Uh-huh.

02:20  16         **MR. MAZE:**  Okay.

02:20  17         **THE COURT:**  June 9 to 12.

02:20  18         **MR. MAZE:**  June 9 to 12.  Okay.

02:20  19         **THE COURT:**  Or June 17 or 18.

02:20  20         **MR. MAZE:**  Can you give me 30 seconds?

02:20  21         **THE COURT:**  Yep.

02:20  22         **MR. MAZE:**  We are fine with either June 11 or 12.

02:21  23         **THE COURT:**  All right.  Now I'm going to turn it back

02:21  24  over to Paul.

02:21  25              Paul, you can choose between the 11th and the

1  12th.

2          MR. COLLIER:  June 11 is probably the date that we

3  would prefer, Your Honor.

4          THE COURT:  All right.  June 11.  Who is going to

5  confirm it to the university?

6          MR. COLLIER:  We can do that, Your Honor.  We have

7  been communicating with them frequently on that.

8          THE COURT:  Good.

9          MR. COLLIER:  So that's not a problem for us.

10          THE COURT:  Good, good, good.  What's the status of

11  document production for Baldwin and Mobile County?

12          MR. COLLIER:  Yes, Your Honor.  This is Paul Collier.

13  I can report on those.  I wish I had better news on the

14  progress there, but unfortunately we still have not yet

15  received documents from either of the counties, so we followed

16  up with them again today to hopefully get some status on where

17  they are.  I'm happy to report back to the Court, again either

18  via e-mail or the next status conference, however you prefer,

19  but hopefully we can start to make some progress there quickly.

20          THE COURT:  Okay.  Do they give you any explanation,

21  Paul, or are they just working on it?

22          MR. COLLIER:  They are just working on it.  I know

23  there's been an issue that their attorneys have been out on

24  vacation for an extended period of time and then I think that

25  may have created some level of delay, but they were working on

1  it.  I don't know precisely what the hangup is right now.

2          THE COURT:  I love it.  Both counties' attorneys were

3  both out on extended vacations, huh?

4          MR. COLLIER:  Yeah.  That's what I understand.

5          THE COURT:  Okay.  Good.  All right.  Let's see.  We

6  have Kathleen Baxter who is going to be just a 30(b)(6) witness

7  on Topic 16.  Do we want to talk a date for her?

8          MR. MAZE:  We do, Your Honor.  I don't know if you

9  want to do this now or later, but Alabama had sort of a more

10 global proposal on how we might want to move forward, but we

11 definitely have dates for Kathleen Baxter and Bryan Prescott,

12 who are both just Rule 30(b)(6) topic witnesses on essentially

13 the same topic.  I can go ahead and give you a specific date

14 for those if you would rather do that first.

15         THE COURT:  No, no.  If we have a global proposal, I

16 guess I better wrap my brain around it.

17         MR. MAZE:  Okay.  Alabama's thought is this.  The

18 first week of May 11 we could do both Kathleen Baxter and

19 Bryan Prescott.  They are Alabama's 30(b)(6) witnesses on the

20 topics of disbursing the BP grant money.  We would do those the

21 first week.  The second week we would have another Alabama week

22 where we would put up four of the state witnesses that we

23 identified to the Court on Friday in Montgomery.  The third

24 week, the May 25 week, BP said that they had three witnesses

25 that could go in May.  That would be Jim Poore, Maria Travis,

1   and Mike Robertson.  So we just make that short week, because

2   of Memorial Day, a New Orleans week where we put up those three

3   BP witnesses.  Then the next two weeks in June we continue with

4   Alabama witnesses and the third parties, two of which we have

5   already scheduled in that time period today, which we think

6   could knock out another probably seven to eight witnesses

7   during those two weeks.

8           So in a nutshell, the first two weeks in

9   Montgomery, then a third week in New Orleans, and then another

10  two weeks in Montgomery to knock out a very large percentage of

11  the state witnesses and get the BP May witnesses in all in the

12  same week.

13          THE COURT:  Okay.  And you have that schedule put

14  together?

15          MR. MAZE:  I do.  I can e-mail that out shortly after

16  the conference if you would like.

17          THE COURT:  Yeah, I would like.

18          BP, I presume you want to look at it, huh?

19          MR. COLLIER:  Your Honor, yeah, that would be

20  helpful.  With some of the witnesses we identified for May, I

21  know at least one of those witnesses has a vacation planned

22  that week that Corey just identified, so that may be a

23  challenge for us.  But, yeah, we can take a look at it,

24  Your Honor, and work through it.  That's not a problem.

25          THE COURT:  Good.  Corey how many on each week?

02:24 1          **MR. MAZE:**  The first week would be the two 30(b)(6)

02:25 2    witnesses, Kathleen Baxter and Bryan Prescott.  In fact, I can

02:25 3    go ahead and give you those dates.

02:25 4          **THE COURT:**  Well, no, I want to talk global with you.

02:25 5    You only have two on the first week.  Hold on.  How many have

02:25 6    you got for the second Montgomery week?

02:25 7          **MR. MAZE:**  Assuming that Roy Collins and Steve

02:25 8    Jenkins are off the table, which is what we discussed earlier,

02:25 9    I think we can do four that week.

02:25 10          **THE COURT:**  Okay.  Couldn't we do all six in one

02:25 11    week?

02:25 12          **MR. MAZE:**  It's possible.  I'm just trying to think

02:25 13    of the logistics of where we would put them.

02:25 14          **THE COURT:**  Montgomery is a big town.  I'm just

02:25 15    thinking about all the guys from Chicago flying down for two

02:25 16    witnesses and then flying back down for four.  It just seems

02:25 17    more efficient to go ahead and take all six in the same week.

02:26 18               Paul, am I misspeaking?  Would you rather divide

02:26 19    it up?

02:26 20          **MR. COLLIER:**  Well, yeah.  I think if it were a

02:26 21    situation where Collins and Jenkins were being put forward that

02:26 22    week, I would rather have those pushed back and have just the

02:26 23    four go that week.  Based on the document issues we just talked

02:26 24    about, we would rather have the extra time.  We will deal with

02:26 25    the logistical issues.  That's not an issue.

02:26  1    **THE COURT:**  Collins and Jenkins are not any of the

02:26  2   six witnesses we are talking about.

02:26  3    **MR. COLLIER:**  Okay.  That's fine.  If it's not those

02:26  4   two, yeah, conceptually I think that's fine.  I'm not too

02:26  5   worried, frankly, about our travel back and forth.  We will

02:26  6   have different people deposing the witnesses, so it won't be

02:26  7   the same attorney for all six.

02:26  8    **THE COURT:**  Okay.  Well, then, Corey, go ahead and

02:26  9   circulate your draft proposal.

02:26  10    Paul, if you think it looks okay, we will adopt

02:26  11   it and perhaps add people toward the end of that schedule as

02:27  12   document production comes forward and witnesses become

02:27  13   available.

02:27  14    **MR. COLLIER:**  That would be fair.

02:27  15    **MR. MAZE:**  Yes, Your Honor.  This is Corey.  We will

02:27  16   get that out by close of business today, and we will copy you

02:27  17   if you would just like to see for scheduling purposes.

02:27  18    **THE COURT:**  Yeah, we would.

02:27  19    **MR. COLLIER:**  Your Honor, can I just raise one issue

02:27  20   with Kathleen Baxter and Bryan Prescott on the 30(b)(6) topics

02:27  21   that they are being identified for?

02:27  22    **THE COURT:**  Yes.

02:27  23    **MR. COLLIER:**  There's one issue relating to written

02:27  24   discovery responses.  This relates to Alabama providing a

02:27  25   supplementation of its written discovery responses to identify

the unreimbursed response costs.  This was the subject of a
motion to compel that we had and the Court granted our motion
and ordered Alabama to provide information about the
unreimbursed response recovery costs.  It links to the topics
on which Kathleen Baxter and Bryan Prescott are being presented
because it relates to the -- Ms. Baxter and Mr. Prescott are
being presented on the topic of the distribution of the grant
fund payments.

   **THE COURT:**  Right.

   **MR. COLLIER:**  The grant fund payments, the way they
work is that if the grant fund payments were used for response
costs or response recovery costs, Alabama would not then be
entitled to seek reimbursement of those funds.  So we would
like to be able to know what are the unreimbursed response
costs that Alabama is claiming such that we can then make a
link between the grant fund payments and the costs that they
are attempting to seek reimbursement for.

    So the request that we have with respect to
Kathleen Baxter and Bryan Prescott is that before they are
produced as Alabama 30(b)(6) witnesses on these grant payment
topics that we have Alabama's supplementation of its written
discovery to identify its unreimbursed response costs.

   **THE COURT:**  Okay.  Corey.

   **MR. MAZE:**  Yes.  This is Corey for Alabama.  I
actually have two responses.  The first one is directly to

1  Paul's question.  We intend to have our supplemental written

2  discovery responses with that information to BP by the end of

3  this week, so they will have several days to see what those

4  exact numbers are.

5         The second question comes to, you know, when we

6  produced our documents to BP, it's got Alabama's spreadsheets

7  for where these monies have been disbursed as of the time that

8  that spreadsheet was created when we started producing.  We

9  received the updated version this Monday.  Should the Court

10  and/or BP desire, our witnesses will be prepared to discuss the

11  most current version, which is Monday's version, and we can

12  provide that to BP this week as well.

13         THE COURT:  Yes, I would like that.  Go ahead and get

14  that out to BP this week and then they can question the

15  witnesses through Monday.

16         MR. MAZE:  We will do that.

17         THE COURT:  Good.

18         MR. MAZE:  The two dates for those witnesses, just to

19  put everybody on notice, we are looking at Kathleen Baxter on

20  Tuesday the 12th and Bryan Prescott on Friday the 15th.

21         THE COURT:  Do you want to quickly run through the

22  rest of the schedule so Paul can jot it down.  I know you are

23  going to get it out to us by e-mail, but he might want to think

24  about it in the interim.

25         MR. MAZE:  Your Honor, can we send exact names and

02:30 1  date or at least exact names after the call, just so we can

02:30 2  make one last confirmation on the other ones?

02:30 3          **THE COURT:**  Sure.

02:30 4          **MR. MAZE:**  We are looking for that second week, but

02:30 5  we just want to confirm.

02:30 6          **THE COURT:**  Okay.  All right.  Your proposed schedule

02:31 7  takes you through what week, Corey?

02:31 8          **MR. MAZE:**  What I have said so far would end on

02:31 9  June 11 in Montgomery.  We would propose picking up June 15 in

02:31 10 New Orleans, have the week of June 15 and June 22 be a

02:31 11 New Orleans week to do the BP witnesses and possibly a third

02:31 12 party like Danos.  Then the week of June 29 we would come back

02:31 13 to Alabama to do those four state witnesses that BP asked for

02:31 14 whose custodial files are still outstanding, Morris Green and

02:31 15 Julie McGee.  Then the next two weeks would be essentially

02:31 16 cleanup weeks, whoever is left for the state, persons like

02:31 17 Roy Collins and Steve Jenkins, if that's something that lasts

02:31 18 that long, any rebuttal witnesses, etc., or any third parties.

02:31 19         **THE COURT:**  That's going to be a busy week.

02:31 20         **MR. MAZE:**  Yeah.  That would start July 6 and we

02:31 21 would just go.  Alabama understands that if we need to double

02:32 22 stack, that's what we are just going to have to do.

02:32 23         **THE COURT:**  Okay.  Then the other thing is starting

02:32 24 at about the week of June 1, you should be ready to be sliding

02:32 25 more people into that schedule for that week.

02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:32
02:33
02:33
02:33
02:33
02:33
02:33
02:33
02:33
02:33
02:33
02:34
02:34

1          **MR. MAZE:**  Absolutely.

2          **THE COURT:**  So that you don't back load this thing

3     and take 25 depositions in the last week.

4          **MR. MAZE:**  That's right.  Alabama is going to do

5     everything we can to front load as many of our people as

6     possible.

7          **THE COURT:**  Okay.  Paul, anything you want to say

8     about that?

9          **MR. COLLIER:**  Yeah.  Nothing jumps to mind on that,

10    Your Honor.  Obviously we will look at the schedule that Corey

11    proposes and provide feedback.

12         **THE COURT:**  Good.  Do you all want to have another

13    conference before May 28?

14         **MR. COLLIER:**  Yeah.  This is Paul Collier,

15    Your Honor.  I think that probably would not be a bad idea.

16         **THE COURT:**  Let me go look at the calendar.  Hold on.

17              How do you all look for May 20, which is a

18    Wednesday, at 2:00?

19         **MR. COLLIER:**  This is Paul Collier, Your Honor.  That

20    works for me.

21         **MR. MAZE:**  We will make that work, Your Honor.

22         **THE COURT:**  We will talk.  That gives you a couple of

23    weeks to see if you can push some production out and put some

24    more witnesses on the table.

25         **MR. MAZE:**  We will do so.

02:34    1              **THE COURT:**  Thank you.

02:34    2                  (Proceedings adjourned.)

02:34    3                          * * *

         4                    <u>CERTIFICATE</u>

         5              I, Toni Doyle Tusa, CCR, FCRR, Official Court

         6    Reporter for the United States District Court, Eastern District

         7    of Louisiana, certify that the foregoing is a true and correct

         8    transcript, to the best of my ability and understanding, from

         9    the record of proceedings in the above-entitled matter.

        10

        11

        12                              <u>*s/ Toni Doyle Tusa*</u>
                                        Toni Doyle Tusa, CCR, FCRR
        13                              Official Court Reporter

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

**1**

10 [1] 12/7
10-4182 [1] 1/8
10-4183 [1] 1/8
10-MD-2179 [1] 1/5
100 [3] 4/12 4/24 6/24
11 [6] 11/23 14/22 15/2 15/4 16/18 22/9
11th [1] 14/25
12 [7] 5/4 6/2 6/19 9/17 14/17 14/18 14/22
12th [2] 15/1 21/20
13-2645 [1] 1/8
13-2646 [1] 1/8
13-2647 [1] 1/8
13-2813 [1] 1/9
15 [2] 22/9 22/10
15th [1] 21/20
16 [1] 16/7
17 [1] 14/19
18 [1] 14/19

**2**

2,000 [2] 5/13 7/22
2,300 [1] 6/3
20 [3] 1/6 12/15 23/17
2010 [1] 1/6
2015 [2] 1/7 3/2
21 [1] 12/15
2179 [1] 1/5
22 [1] 22/10
25 [2] 16/24 23/3
2645 [1] 1/8
2646 [1] 1/8
2647 [1] 1/9
275 [1] 1/21
28 [1] 23/13
2813 [1] 1/9
29 [1] 22/12
2:00 [1] 23/18

**3**

30 [7] 11/22 16/6 16/12 16/19 18/1 19/20 20/20
30 seconds [1] 14/20
36 [2] 5/5 5/13

**4**

4182 [1] 1/8
4183 [1] 1/8
45 [2] 5/2 5/5

**5**

500 [1] 1/21
504 [1] 1/22
55 [1] 4/24
589-7778 [1] 1/22

**6**

6.5 [2] 13/10 13/11

**7**

70130 [1] 1/21
7778 [1] 1/22

**9**

99 percent [1] 6/22

**A**

ability [1] 24/8
able [3] 5/2 7/16 20/14
about [27]
above [1] 24/9
above-entitled [1] 24/9

Absolutely [1] 23/1
acual [1] 13/1
actually [3] 10/12 12/14 20/25
add [1] 19/11
addition [2] 6/1 7/22
additional [2] 6/3 11/13
adjourned [1] 24/2
adopt [1] 19/10
advance [1] 3/20
after [3] 4/9 17/15 22/1
afternoon [4] 3/3 3/7 3/16 4/15
again [10] 3/25 6/7 8/3 9/24 10/14 10/20 12/10 14/2 15/16 15/17
agree [1] 13/8
agreement [1] 13/11
ahead [6] 12/18 16/13 18/3 18/17 19/8 21/13
aided [1] 1/25
Alabama [33]
Alabama's [7] 3/23 4/11 13/9 16/17 16/19 20/21 21/6
all [25]
allocating [1] 13/11
allocation [2] 12/24 13/14
allow [1] 5/22
almost [1] 3/8
along [5] 7/17 10/14 11/1 11/3 11/6
already [6] 7/1 7/3 8/8 9/10 9/10 17/5
also [3] 5/13 9/25 11/5
alternative [1] 8/19
although [2] 5/7 5/16
am [1] 18/18
and/or [1] 21/10
another [4] 16/21 17/6 17/9 23/12
answer [1] 4/18
any [13] 3/20 4/6 4/17 4/18 7/20 7/25 8/1 8/3 13/11 15/20 19/1 22/18 22/18
anybody [1] 13/25
anyone [1] 3/15
anything [2] 13/11 23/7
Applies [1] 1/8
appreciative [1] 6/9
APRIL [1] 1/6
are [57]
around [1] 16/16
as [33]
ask [2] 6/12 10/19
asked [1] 22/13
associated [1] 5/21
Assuming [1] 18/7
assure [1] 9/4
at [22] 4/25 5/14 5/19 6/7 6/8 7/3 7/9 7/15 9/3 9/7 9/9 13/2 13/23 17/18 17/21 17/23 21/19 22/1 22/24 23/10 23/16 23/18
attachment [2] 7/4 8/6
attachments [3] 5/7 8/14 8/15
attempting [1] 20/17
attorney [1] 19/7
attorneys [2] 15/23 16/2
available [10] 6/3 7/3 7/16 8/24 9/11 12/15 14/3 14/4 14/7 19/13
aware [2] 8/3 8/6

**B**

B-275 [1] 1/21
back [14] 6/20 8/16 8/17 11/12 11/15 13/18 14/5 14/23 15/17 18/16 18/22 19/5 22/12 23/2
bad [1] 23/15
Baldwin [1] 15/11
Barbier's [1] 13/2
based [2] 4/6 18/23

Bates [1] 5/20
Baton [9] 1/22 16/25 18/2 19/20 20/5 20/6 20/19 21/19
be [37]
because [3] 13/1 17/1 20/6
become [1] 19/12
been [14] 4/2 5/3 6/22 7/7 7/17 7/21 8/24 9/1 9/10 13/13 15/7 15/23 15/23 21/7
before [5] 1/12 5/9 5/23 20/19 23/13
behind [2] 3/12 10/2
being [4] 18/21 19/21 20/5 20/7
believe [6] 3/10 3/11 5/14 8/7 11/14 12/10
best [1] 24/8
better [2] 15/13 16/16
between [3] 6/23 14/25 20/16
beyond [1] 4/17
big [1] 18/14
both [5] 11/23 16/2 16/3 16/12 16/18
BP [22] 3/13 3/15 4/3 6/24 7/1 7/4 8/8 8/24 12/9 13/5 16/20 16/24 17/3 17/11 17/18 21/2 21/6 21/10 21/12 21/14 22/11 22/13
brain [1] 16/16
bring [1] 8/11
Bryan [7] 16/11 16/19 18/2 19/20 20/5 20/19 21/20
Bryan Prescott [1] 16/19
Bureau [1] 12/7
business [1] 19/16
busy [1] 22/19
but [18] 3/19 4/18 5/13 5/20 7/8 11/6 11/15 12/4 12/16 13/10 15/14 15/19 15/25 16/9 16/10 17/23 21/23 22/4

**C**

calendar [1] 23/16
call [1] 22/1
can [34]
case [1] 9/4
caught [1] 5/5
caused [1] 7/25
cc [2] 9/12 11/18
CCR [3] 1/20 24/5 24/12
certain [1] 7/12
certainly [1] 4/18
CERTIFICATE [1] 24/4
certify [1] 24/7
challenge [1] 17/23
chance [1] 9/3
check [1] 11/13
Chicago [1] 18/15
choose [1] 14/25
circulate [1] 19/9
claiming [1] 20/15
claims [1] 7/9
cleanup [1] 22/16
close [1] 19/16
Coast [1] 12/6
collection [1] 5/1
Collier [8] 3/16 12/1 12/9 13/12 14/1 15/12 23/14 23/19
Collins [6] 6/4 6/11 18/7 18/21 19/1 22/17
come [2] 7/6 22/12
comes [2] 19/12 21/5
comfortable [1] 13/19
coming [2] 3/12 10/22
comment [2] 3/15 7/11
communicating [1] 15/7
compel [1] 20/2
complete [2] 3/8 13/25

## C

completely [1]  4/2
completing [1]  11/23
computer [1]  1/25
computer-aided [1]  1/25
conceptually [1]  19/4
concern [1]  4/2
conference [5]  1/12 13/20 15/18 17/16
 23/13
confirm [3]  8/3 15/5 22/5
confirmation [2]  7/23 22/2
continue [1]  17/3
Convention [1]  12/7
copy [1]  19/16
Corey [15]  4/13 9/12 11/24 12/25 13/23
 14/5 14/8 17/22 17/25 19/8 19/15 20/23
 20/24 22/7 23/10
correct [2]  8/22 24/7
costs [7]  20/1 20/4 20/12 20/12 20/15
 20/16 20/22
could [11]  4/18 4/24 6/20 7/6 7/10 8/15
 12/17 14/10 16/18 16/25 17/6
couldn't [2]  7/13 18/10
counties [1]  15/15
counties' [1]  16/2
County [1]  15/11
couple [1]  23/22
course [3]  5/24 6/15 7/14
COURT [10]  1/1 1/20 8/18 15/17 16/23
 20/2 21/9 24/5 24/6 24/13
cover [1]  8/12
created [2]  15/25 21/8
CrowderGulf [1]  4/1
current [1]  21/11
currently [3]  3/25 4/5 12/16
custodial [11]  3/5 6/6 9/20 9/21 10/11
 10/13 10/23 10/25 11/3 11/5 22/14

## D

Danos [2]  4/1 22/12
date [9]  12/10 12/11 13/25 14/6 14/8
 15/2 16/7 16/13 22/1
dates [8]  12/17 12/21 14/3 14/7 14/9
 16/11 18/3 21/18
day [2]  6/8 17/2
days [1]  21/3
deal [1]  18/24
dealing [1]  7/22
DEEPWATER [1]  1/5
definitely [1]  16/11
delay [1]  15/25
deposing [1]  19/6
deposition [3]  3/21 6/13 13/14
depositions [4]  7/10 12/5 13/1 23/3
Deravi [1]  3/14
Deravi's [3]  3/5 3/21 9/20
designating [1]  11/22
desire [1]  21/10
did [6]  4/23 4/23 6/3 7/8 8/11 8/12
didn't [1]  12/19
different [1]  19/6
directly [1]  20/25
disbursed [1]  21/7
disbursing [1]  16/20
discovery [5]  3/23 19/24 19/25 20/22
 21/2
discuss [1]  21/10
discussed [3]  12/24 13/15 18/8
discussion [1]  12/10
discussions [3]  4/3 4/5 4/7
distribution [1]  20/7
DISTRICT [4]  1/1 1/2 24/6 24/6

divide [1]  18/18
DO [28]
document [3]  15/11 18/23 19/12
documents [36]
does [1]  13/4
doing [2]  7/17 12/20
don't [12]  4/17 8/6 8/7 9/8 10/19 11/1
 11/14 14/5 14/9 16/1 16/8 23/2
double [1]  22/21
down [6]  11/25 12/16 13/25 18/15 18/16
 21/22
Doyle [5]  5/14 5/19 6/15 7/15 8/21 9/4 9/9
Dr. [5]  3/5 3/14 3/21 10/10 10/15
Dr. Deravi [1]  3/14
Dr. Deravi's [2]  3/5 3/21
Dr. Hayworth [1]  10/15
Dr. Hayworth's [1]  10/10
draft [1]  19/9
during [3]  8/19 13/1 17/7

## E

e-mail [6]  10/1 11/16 13/20 15/18 17/15
 21/23
e-mails [3]  3/9 3/12 8/13
each [1]  17/25
earlier [2]  12/11 18/8
EASTERN [2]  1/2 24/6
efficient [1]  18/17
effort [2]  3/12 11/9
eight [1]  17/6
either [4]  13/20 14/22 15/15 15/17
else [1]  8/12
end [5]  6/7 6/12 19/11 21/2 22/8
entail [1]  8/5
entire [2]  8/16 10/6
entitled [2]  20/13 24/9
essentially [2]  16/12 22/15
estimate [2]  10/6 10/9
etc [1]  22/18
everybody [4]  3/3 7/7 12/7 21/19
everything [1]  23/5
exact [3]  21/4 21/25 22/1
exactly [2]  5/8 5/16
exchanged [1]  9/2
exist [1]  7/9
existed [1]  7/5
explanation [3]  4/12 4/23 15/20
extended [2]  15/24 16/3
extent [1]  6/10
extra [1]  18/24

## F

fact [4]  8/7 9/22 10/23 18/2
fair [1]  19/14
fairly [1]  4/8
far [4]  11/1 11/3 11/6 22/8
fast [1]  3/13
fastest [1]  3/10
FCRR [3]  1/20 24/5 24/12
feedback [1]  23/11
feel [1]  9/9
few [1]  11/14
file [8]  3/5 3/9 9/20 10/6 10/11 10/13
 10/23 11/5
files [6]  3/11 6/4 6/6 10/25 11/3 22/14
fine [6]  3/18 13/21 13/22 14/22 19/3
 19/4
first [3]  3/11 7/18 10/2 16/14 16/18
 16/21 17/8 18/1 18/5 20/25
flowing [1]  8/15
flying [2]  18/15 18/16
followed [1]  15/15
foregoing [1]  24/7

forget [1]  4/1
forth [1]  19/5
forward [4]  9/13 16/10 18/21 19/12
found [1]  11/9
four [7]  10/6 10/8 16/22 18/9 18/16
 18/23 22/13
frankly [1]  19/5
frequently [1]  15/7
Friday [3]  4/14 16/23 21/20
front [2]  14/9 23/5
FTP [7]  5/14 5/19 6/15 7/15 8/21 9/4 9/9
full [2]  3/20 5/23
fund [4]  20/8 20/10 20/11 20/16
funds [1]  20/13

## G

get [17]  3/4 3/13 3/22 6/10 6/16 6/19 9/6
 9/20 9/25 11/7 11/17 12/3 15/16 17/11
 19/16 21/13 21/23
getting [1]  11/11
give [5]  13/19 14/20 15/20 16/13 18/3
gives [1]  23/22
global [3]  16/10 16/15 18/4
go [13]  8/17 11/12 11/15 12/18 16/13
 16/25 18/3 18/17 18/23 19/8 21/13
 22/21 23/16
going [14]  3/17 5/16 6/9 8/14 9/20 12/20
 13/7 14/23 15/4 16/6 21/23 22/19 22/22
 23/4
good [23]  3/3 3/7 3/16 3/22 6/14 9/15
 9/16 9/16 9/16 9/17 10/9 10/21 12/23
 13/22 13/23 15/8 15/10 15/10 15/10
 16/5 17/25 21/17 23/12
got [2]  18/6 21/6
gotten [1]  9/17
grant [6]  16/20 20/7 20/10 20/11 20/16
 20/20
granted [1]  20/2
great [1]  11/17
Green [2]  11/2 22/14
guess [1]  6/4 8/4 8/7 9/19 16/16
GULF [2]  1/6 12/6
guys [1]  18/15

## H

had [11]  6/5 7/2 9/3 9/6 13/2 14/2 14/3
 15/13 16/9 16/24 20/2
hadn't [2]  5/9 5/9
half [2]  13/2 13/6
hand [1]  7/9
handle [1]  3/10
hangup [1]  16/1
happy [3]  11/13 13/19 15/17
has [7]  4/2 4/4 5/12 6/24 8/8 8/24 12/7
 13/25 17/21
have [65]
haven't [4]  9/5 9/6 13/10 13/15
having [1]  7/5
Hayworth [2]  9/21 10/15
Hayworth's [1]  10/10
he [3]  8/11 8/12 21/23
hear [2]  4/20 5/11
heard [4]  5/9 7/19 13/11 14/5
held [2]  6/20 8/17
helpful [2]  12/4 17/20
her [1]  16/7
here [1]  7/1
Hey [1]  3/17
him [4]  10/13 10/14 10/17 10/19
his [4]  8/3 3/9 10/13 14/6
Hold [2]  18/5 23/16
holding [2]  8/4 8/16

**H**

Honor [29]
HONORABLE [1] 1/13
hope [5] 7/5 9/24 9/25 10/3 11/4
hopefully [2] 15/16 15/19
hopping [1] 10/16
HORIZON [1] 1/5
hour [1] 13/6
hours [3] 13/1 13/3 13/5
how [7] 10/15 10/20 10/22 16/10 17/25 18/5 23/17
however [1] 15/18
huh [4] 12/8 14/15 16/3 17/18
hung [1] 6/19

**I**

I'm [10] 5/16 7/12 8/3 12/15 12/18 14/23 15/17 18/12 18/14 19/4 19/4
idea [2] 7/1 23/15
identified [6] 5/6 14/2 16/23 17/20 17/22 19/21
identify [3] 5/3 19/25 20/22
if [22] 7/14 8/18 9/9 11/1 12/3 12/12 12/21 13/1 13/17 14/10 16/8 16/14 16/15 17/16 18/20 19/3 19/10 19/17 20/11 22/17 22/21 23/23
impacted [1] 7/25
in [49]
indicated [1] 6/18
indicates [1] 6/5
information [3] 6/16 20/3 21/2
informed [1] 12/15
instead [2] 7/5 8/16
intend [1] 21/1
intending [1] 5/15
interim [1] 21/24
interrupt [1] 12/20
into [3] 3/9 5/22 22/25
is [52]
issue [17] 3/9 5/6 5/8 5/10 6/19 7/8 7/8 7/19 8/4 8/7 8/13 10/1 13/14 15/23 18/25 19/19 19/23
issues [9] 4/6 4/7 4/9 7/4 7/22 7/24 8/6 18/23 18/25
it [45]
it's [8] 3/16 5/7 5/7 5/22 13/17 18/12 19/3 21/6
its [3] 19/25 20/21 20/22

**J**

Jenkins [6] 6/4 6/12 18/8 18/21 19/1 22/17
Jim [1] 16/25
jot [1] 21/22
judge [11] 1/13 3/6 3/24 6/17 8/2 9/23 10/16 10/24 11/12 12/13 13/2
Judge Barbier's [1] 13/2
Julie [2] 11/2 12/15
July [1] 22/20
July 6 [1] 22/20
jumps [1] 23/9
June [16] 12/7 14/13 14/14 14/17 14/18 14/19 14/22 15/2 15/4 17/3 22/9 22/9 22/10 22/10 22/12 22/24
June 1 [2] 14/13 22/24
June 10 [1] 12/7
June 11 [4] 14/22 15/2 15/4 22/9
June 15 [2] 22/9 22/10
June 17 [1] 14/19
June 22 [1] 22/10
June 29 [1] 22/12
June 9 [1] 14/17

just [24] 5/4 6/12 7/13 11/5 12/16 13/8 13/24 16/18 17/18 17/25 18/3 18/11 18/12 18/14 18/16 18/22 18/23 19/17 19/19 21/18 22/1 22/5 22/21 22/22

**K**

Kathleen [8] 16/6 16/11 16/18 18/2 19/20 20/5 20/19 21/19
keep [1] 11/18
kind [1] 7/24
knock [2] 17/6 17/10
know [11] 6/9 7/18 9/12 11/14 15/22 16/1 16/8 17/21 20/14 21/5 21/22
knowing [1] 6/20

**L**

large [1] 17/10
last [4] 6/2 14/2 22/2 23/3
lasts [1] 22/17
later [2] 12/4 16/9
least [5] 4/25 7/4 13/24 17/21 22/1
leaves [1] 4/2
left [1] 22/16
legitimate [1] 6/5
let [4] 8/16 9/11 11/1 23/16
let's [11] 3/3 3/4 3/22 4/10 4/11 4/20 6/14 9/8 9/19 12/5 16/5
letter [1] 4/23
level [1] 15/25
like [12] 7/15 7/23 9/14 11/21 13/18 17/16 17/17 19/17 20/14 21/13 22/12 22/16
line [1] 10/2
link [1] 20/16
links [1] 20/4
list [2] 11/1 13/24
litigation [1] 13/8
load [2] 23/2 23/5
located [1] 4/25
lock [1] 12/16
logistical [1] 18/25
logistics [2] 13/14 18/13
long [2] 6/7 22/18
look [12] 5/14 5/19 6/8 7/15 9/3 9/7 9/8 17/18 17/23 23/10 23/16 23/17
looking [3] 6/11 21/19 22/4
looks [1] 11/21 19/10
lot [1] 6/21
LOUISIANA [4] 1/2 1/8 1/21 24/7
love [1] 16/2

**M**

mad [1] 10/16
made [2] 10/17 11/21
magistrate [2] 1/13 10/16
mail [6] 10/1 11/16 13/20 15/18 17/15 21/23
mails [3] 3/9 3/12 8/13
make [9] 6/3 11/9 13/8 13/18 15/19 17/1 20/15 22/2 23/21
many [4] 11/15 17/25 18/5 23/5
Maria [1] 16/25
material [4] 6/6 7/9 8/1 9/7
materials [5] 5/19 5/24 6/8 6/10 7/21
matter [1] 24/9
may [14] 1/7 3/2 11/12 11/23 12/15 15/25 16/18 16/24 16/25 17/11 17/20 17/22 23/13 23/17
May 11 [1] 11/23 16/18
May 20 [2] 12/15 23/17
May 25 [1] 16/24
May 28 [1] 23/13
Maze [1] 4/13

McGee [2] 11/2 22/15
me [7] 9/12 11/1 14/9 14/10 14/20 23/16 23/20
mean [2] 12/19 13/1
mechanical [1] 1/25
Memorial [1] 17/2
met [1] 14/2
metadata [2] 5/21 6/16
MEXICO [1] 1/6
might [2] 16/10 21/23
Mike [1] 17/1
Miller [6] 3/6 3/24 6/17 8/3 9/23 12/13
mind [3] 4/2 11/1 23/9
missing [2] 4/12 6/6
misspeaking [1] 18/18
Mobile [1] 15/11
Monday [3] 5/4 21/9 21/15
Monday's [1] 21/11
money [1] 16/20
monies [1] 21/7
Montgomery [6] 16/23 17/9 17/10 18/6 18/14 22/9
more [4] 16/9 18/17 22/25 23/24
morning [2] 10/13 10/18
Morris [2] 11/2 22/14
most [1] 21/11
motion [2] 20/2 20/2
move [1] 16/10
Mr. [2] 20/6
Mr. Prescott [1] 20/6
Ms. [1] 20/6
Ms. Baxter [1] 20/6
much [2] 6/21 10/24
my [12] 3/13 4/2 4/7 9/24 9/25 10/3 11/1 11/4 13/18 13/24 16/16 24/8

**N**

nailed [1] 13/25
names [2] 21/25 22/1
nature [1] 5/8
need [3] 5/24 11/12 22/21
negotiating [1] 13/13
New [6] 1/8 1/21 17/2 17/9 22/10 22/11
New Orleans [4] 17/2 17/9 22/10 22/11
news [1] 15/13
next [5] 13/20 13/23 15/18 17/3 22/15
no [7] 3/18 5/21 7/24 12/19 16/15 16/15 18/4
normal [2] 6/15 7/14
not [23] 4/6 4/25 5/12 5/16 5/20 5/21 5/22 7/12 7/20 8/3 8/14 8/15 9/10 11/6 15/9 15/14 17/24 18/25 19/1 19/3 19/4 20/12 23/15
noted [1] 6/24
Nothing [1] 23/9
notice [1] 21/19
now [7] 4/6 5/3 10/25 12/23 14/23 16/1 16/9
numbered [1] 5/20
numbers [1] 21/4
nutshell [1] 17/8

**O**

obviously [6] 3/19 4/25 5/18 5/23 7/19 23/10
off [1] 18/8
Official [1] 1/20 24/5 24/13
Oh [2] 8/11 12/19
oil [3] 1/5 1/5 9/2
okay [30]
on [59]
one [13] 4/2 8/19 10/2 11/6 11/7 13/15

## O

one... [7]  13/17 17/21 18/10 19/19 19/23
  20/25 22/2
ones [1]  22/2
only [2]  5/12 18/5
opportunity [1]  9/6
or [21]  4/14 7/2 7/20 8/18 8/24 8/24 9/11
  11/16 11/18 12/15 13/20 14/19 14/19
  14/22 15/18 15/21 16/9 20/12 21/10
  22/1 22/18
order [2]  6/19 13/2
ordered [1]  20/3
ordinary [1]  5/24
Orleans [6]  1/8 1/21 17/2 17/9 22/10
  22/11
other [11]  4/1 4/4 5/13 6/16 7/20 7/24
  8/3 9/21 11/6 22/2 22/23
otherwise [1]  8/23
our [12]  3/8 5/22 5/25 6/4 8/25 12/2 19/5
  20/2 21/1 21/6 21/10 23/5
ours [1]  11/25
out [18]  6/10 6/20 10/13 11/5 11/7 11/11
  12/3 12/14 12/22 15/23 16/3 17/6 17/10
  17/15 19/16 21/14 21/23 23/23
outstanding [1]  22/14
over [1]  14/24

## P

page [2]  2/2 4/14
Parker [8]  3/6 3/24 6/17 8/2 9/12 9/19
  9/23 12/13
part [1]  9/2
particular [2]  8/5 13/14
parties [6]  4/4 6/23 7/6 11/23 17/4 22/18
parts [1]  9/20
party [2]  3/23 22/12
Paul [22]  3/16 3/17 4/20 6/18 7/11 9/3
  11/18 12/1 12/9 13/12 14/1 14/10 14/24
  14/25 15/12 15/21 18/18 19/10 21/22
  23/7 23/14 23/19
Paul's [1]  21/1
payment [1]  20/20
payments [4]  20/8 20/10 20/11 20/16
people [4]  19/6 19/11 22/25 23/5
percent [1]  6/22
percentage [1]  17/10
Perfect [1]  12/2
perhaps [1]  19/11
period [3]  6/13 15/24 17/5
persons [1]  22/16
perspective [1]  6/5
Phil [1]  11/5
pick [1]  14/8
picking [1]  22/9
place [1]  5/17
plan [2]  9/15 12/2
planned [1]  17/21
platform [1]  5/23
Polaris [1]  4/2
Poore [1]  16/25
possession [1]  7/2
possible [3]  12/12 18/12 23/6
possibly [1]  22/11
Poydras [1]  1/21
precisely [1]  16/1
prefer [3]  14/6 15/3 15/18
prepared [1]  21/10
Prescott [8]  16/11 16/19 18/2 19/20 20/5
  20/6 20/19 21/20
presented [2]  20/5 20/7
preservation [1]  5/2
pressing [1]  11/7
presume [1]  17/18
pretty [1]  5/11
previously [2]  5/10 6/25
probably [4]  10/5 15/2 17/6 23/25
problem [5]  3/18 5/20 8/13 15/9 17/24
proceedings [4]  1/25 3/1 24/2 24/9
process [5]  3/11 5/2 5/15 7/5 8/19
processed [2]  5/21 7/13
processing [8]  5/6 5/10 6/19 7/19 7/22
  7/24 8/4 8/13
prodded [1]  10/14
produce [4]  3/11 5/15 6/10 7/16
produced [10]  3/25 5/3 5/24 7/7 7/14
  8/24 9/11 11/10 20/20 21/6
producing [2]  6/14 21/8
production [23]  3/4 3/19 3/20 3/25 4/11
  5/4 6/2 6/19 7/7 7/8 7/25 8/14 8/16 9/17
  9/17 9/18 10/1 10/4 10/23 13/24 15/11
  19/12 23/23
Production 12 [4]  5/4 6/2 6/19 9/17
progress [3]  11/21 15/14 15/19
proposal [3]  3/14 16/10 16/15 19/9
propose [1]  22/9
proposed [3]  8/19 14/4 22/6
proposes [2]  23/11
provide [5]  11/13 11/15 20/3 21/12
  23/11
providing [1]  19/24
publicly [2]  8/24 9/11
pull [1]  11/1
purposes [1]  19/17
push [1]  23/23
pushed [2]  6/12 18/22
pushing [1]  10/14
put [11]  4/18 5/12 5/22 10/1 16/22 17/2
  17/13 18/13 18/21 21/19 23/23

## Q

question [3]  21/1 21/5 21/14
questions [1]  4/19
quick [1]  11/1
quickly [1]  15/19 21/21
quite [1]  7/12 8/12 11/6

## R

raise [1]  19/19
raised [2]  5/1 5/18
raises [1]  7/20
rather [5]  12/3 16/14 18/18 18/22 18/24
RE [1]  1/5
reached [2]  10/13 12/14
read [1]  4/24
ready [2]  22/24
real [1]  11/1
really [2]  8/6 8/8
rebuttal [1]  22/18
receive [2]  4/23 4/23
received [7]  5/4 5/9 11/5 11/14 11/15
  15/15 21/9
receiving [2]  3/19 4/8
recently [1]  11/9
record [1]  24/9
recorded [1]  1/25
recovery [2]  20/4 20/12
referenced [1]  6/22
regular [1]  9/2
reimbursement [2]  20/13 20/17
relates [2]  19/24 20/6
relating [2]  5/7 19/23
relevant [1]  11/10
remaining [1]  9/4
remind [3]  10/17 14/10 14/11
report [5]  4/14 11/13 13/19 15/13 15/17
Reporter [3]  1/20 24/6 24/13
reports [3]  11/15 13/3 15/23
reprocessed [1]  8/18
request [1]  20/18
requires [1]  8/18
resolved [5]  4/2 4/7 4/9 8/18 10/1
respect [2]  6/20 20/18
response [9]  9/2 11/9 20/1 20/4 20/11
  20/12 20/14 20/22
responses [4]  19/24 19/25 20/25 21/2
rest [2]  8/17 21/22
result [1]  8/15
review [5]  3/4 3/8 5/22 5/23 5/25
RIG [1]  1/5
right [13]  3/22 4/5 4/10 12/12 13/10
  13/13 14/23 15/4 16/1 16/5 20/9 22/6
  23/4
Robertson [1]  17/1
rolling [2]  3/4 3/19
Roy [3]  6/11 18/7 22/17
Roy Collins [1]  22/17
rule [2]  13/7 16/12
run [2]  3/9 21/21

## S

said [3]  14/3 16/24 22/8
SALLY [1]  1/13
same [6]  6/23 12/20 16/13 17/12 18/17
  19/7
sample [3]  4/12 4/24 6/24
saw [1]  7/7
say [4]  6/21 7/18 12/20 23/7
schedule [7]  6/11 17/13 19/11 21/22
  22/6 22/25 23/10
scheduled [2]  12/6 17/5
scheduling [4]  3/20 12/5 12/6 19/17
second [4]  16/21 18/6 21/5 22/4
seconds [1]  14/20
Section [1]  1/6
see [7]  6/24 8/7 8/15 16/5 19/17 21/3
  23/23
seek [2]  20/13 20/17
seems [2]  7/15 18/16
send [1]  21/25
sense [1]  4/6
seven [1]  17/6
several [1]  21/3
SharePoint [1]  7/3
short [2]  6/7 17/1
shortly [3]  3/12 10/2 17/15
should [6]  4/7 4/8 7/16 11/4 21/9 22/24
show [1]  7/4
SHUSHAN [1]  1/13
similar [1]  7/21
site [8]  5/14 5/19 6/15 7/15 8/21 9/4 9/6
  9/9
sites [1]  7/3
situation [1]  18/21
six [6]  13/2 13/5 18/10 18/17 19/2 19/7
sliding [1]  22/24
so [38]
software [1]  1/25
some [12]  4/23 5/6 7/6 7/23 9/9 12/10
  15/16 15/19 15/25 17/20 23/23 23/23
something [4]  5/7 7/9 8/11 22/17
somewhat [1]  5/10
soon [3]  4/8 6/20 11/7
sooner [1]  12/3
sorry [2]  12/18 12/19
sort [1]  16/9
sounds [2]  9/14 10/21
specific [3]  14/2 16/13
spill [2]  1/5 9/2

**S**

spreadsheet [1] 21/8
spreadsheets [1] 21/6
stack [1] 22/22
stall [1] 7/10
stand [1] 11/10
standalone [3] 3/11 9/25 10/2
start [4] 4/11 9/6 15/19 22/20
started [2] 5/19 21/8
starting [1] 22/23
state [9] 3/7 3/25 4/4 6/18 12/14 16/22
17/11 22/13 22/16
STATES [3] 1/1 1/13 24/6
status [6] 1/12 4/11 13/20 15/10 15/16
15/18
stenography [1] 1/25
steps [1] 6/9
Steve [3] 6/11 18/7 22/17
still [4] 10/12 14/7 15/14 22/14
Street [1] 1/21
subject [1] 20/1
submission [1] 4/21
submitted [1] 4/14
subpoenaed [1] 4/5
subpoenas [1] 4/6
such [1] 20/15
summarize [1] 9/19
supplemental [1] 21/1
supplementation [2] 19/25 20/21
sure [8] 5/16 8/12 10/17 11/9 11/20 13/8
13/18 22/3
surprise [1] 5/11

**T**

table [2] 18/8 23/24
take [9] 4/21 5/16 7/15 9/7 9/8 13/18
17/23 18/17 23/3
takes [1] 22/7
talk [8] 3/4 4/10 6/14 9/21 12/5 16/7
18/4 23/22
talked [6] 6/1 18/23
talking [3] 8/20 10/5 19/2
team [2] 13/18 14/6
technical [1] 3/9
TELEPHONE [1] 1/12
Tell [1] 10/19
telling [1] 10/15
terms [1] 8/7
than [1] 12/4
Thank [3] 4/22 13/23 24/1
that [146]
that's [27]
their [4] 6/6 7/2 7/25 15/23
them [17] 3/11 4/5 4/8 4/24 5/3 5/16
5/24 6/22 7/15 7/25 8/24 10/25 12/3
12/14 15/7 15/16 18/13
then [17] 5/5 5/13 9/21 11/8 11/25 15/24
17/3 17/9 17/9 18/16 19/8 20/12 20/15
21/14 22/12 22/15 22/23
there [9] 3/14 4/18 4/21 5/20 7/7 9/13
12/10 15/14 15/19
there's [5] 5/21 7/20 7/24 15/23 19/23
these [16] 3/13 5/9 6/9 6/10 6/18 6/20
6/21 7/2 7/5 7/13 7/22 8/5 8/17 9/1
20/20 21/7
they [30]
thing [2] 22/23 23/2
think [20] 4/7 4/18 6/1 7/23 9/17 9/19
10/8 10/25 12/21 14/2 14/5 15/24 17/5
18/9 18/12 18/20 19/4 19/10 21/23
23/15
thinking [2] 10/7 18/15
third [7] 3/23 4/4 16/23 17/4 17/9 22/11
22/18
third-party [1] 3/23
this [40]
those [27]
thought [2] 13/2 16/17
three [9] 4/4 4/14 10/5 10/8 10/25 11/4
11/6 16/24 17/2
three-page [1] 4/14
through [6] 4/3 6/9 17/24 21/15 21/21
22/7
time [10] 6/2 7/18 12/16 12/24 13/14
14/2 15/24 17/5 18/24 21/7
today [5] 11/16 11/18 15/16 17/5 19/16
together [1] 17/14
told [1] 12/16
Tom [1] 11/3
Tom White [1] 11/3
tomorrow [2] 11/16 11/18
Toni [4] 1/20 24/5 24/12 24/12
too [2] 11/15 19/4
topic [4] 16/7 16/12 16/13 20/7
topics [4] 16/20 19/20 20/4 20/21
total [2] 10/8 13/3
toward [1] 19/11
towards [1] 4/12
town [1] 18/14
track [1] 11/18
transcript [1] 24/8
transcription [1] 1/25
travel [1] 19/5
Travis [1] 16/25
true [1] 24/7
trying [3] 12/11 12/16 18/12
Tuesday [1] 21/20
turn [1] 14/23
Tusa [4] 1/20 24/5 24/12 24/12
two [17] 4/14 9/20 9/24 10/3 12/17 17/3
17/4 17/7 17/8 17/10 18/1 18/5 18/15
19/4 20/25 21/18 22/15
type [3] 5/6 6/23 7/21

**U**

Uh [1] 14/15
Uh-huh [1] 14/15
unclear [1] 5/8
understand [5] 5/3 5/12 5/14 14/6 16/4
understanding [5] 7/1 7/6 8/25 13/9 24/8
understands [1] 22/21
unfortunately [2] 9/5 15/14
UNITED [3] 1/1 1/13 24/6
universe [2] 7/4 8/5
university [3] 13/24 14/4 15/5
unreimbursed [4] 20/1 20/4 20/14 20/22
up [11] 5/5 5/12 6/19 8/4 8/11 13/23
15/16 16/22 17/2 18/19 22/9
update [3] 3/23 9/18 11/16
updated [2] 9/17 21/9
updates [1] 4/17
uploaded [1] 7/14
upon [1] 8/14
us [17] 5/1 5/6 5/8 5/11 5/14 5/19 5/22
6/3 6/10 7/14 7/16 12/15 12/16 12/21
15/9 17/23 21/23
used [1] 20/11
using [1] 1/25

**V**

vacation [2] 15/24 17/21
vacations [1] 16/3
version [3] 21/9 21/11 21/11
very [2] 10/2 17/10
via [3] 11/16 13/20 15/18
Visitors [1] 12/7

**W**

want [16] 3/19 7/11 8/12 10/19 13/8
14/8 16/7 16/9 16/10 17/18 18/4 21/21
21/23 22/5 23/7 23/12
was [15] 5/2 5/8 5/10 7/1 7/8 7/9 7/18
8/4 8/13 8/13 12/10 12/20 14/4 20/1
21/8
wasn't [2] 7/9 8/12
way [4] 3/10 7/16 7/25 20/10
we [138]
Wednesday [1] 23/18
week [33]
weeks [13] 9/24 10/3 10/6 10/6 10/8
11/4 17/3 17/7 17/8 17/10 22/15 22/16
23/23
well [12] 3/20 4/1 4/20 10/1 11/7 12/2
12/6 12/22 18/4 18/20 19/8 21/12
were [13] 5/5 6/18 6/18 7/3 8/14 8/15
11/10 14/3 15/25 16/2 18/20 18/21
20/11
what [17] 4/17 5/8 7/18 8/12 10/6 10/10
12/5 12/21 14/10 16/1 16/4 18/8 20/14
21/3 22/7 22/8 22/22
What's [1] 15/10
whatever [1] 12/4
when [4] 5/16 9/19 21/5 21/8
whenever [1] 11/17
where [7] 11/10 15/16 16/22 17/2 18/13
18/21 21/7
whether [1] 7/20
which [9] 6/4 8/19 14/6 17/4 17/5 18/8
20/5 21/11 23/17
White [1] 11/3
who [3] 15/4 16/6 16/12
whoever [1] 22/16
whose [1] 22/14
why [2] 7/13 9/8
will [24] 3/12 4/21 5/24 6/16 7/18 9/12
9/21 9/24 9/25 10/3 11/13 13/21 18/24
19/5 19/10 19/15 19/16 21/3 21/10
21/16 23/10 23/21 23/22 23/25
wish [1] 15/13
withheld [1] 7/21
withhold [1] 7/25
within [3] 9/24 10/3 11/4
witness [2] 13/5 16/6
witnesses [27]
won't [1] 19/6
Woods' [1] 11/5
work [8] 9/12 12/11 12/17 12/21 12/22
17/24 20/11 23/21
working [5] 10/12 11/22 15/21 15/22
15/25
works [1] 23/20
worried [1] 19/5
would [43]
wrap [1] 16/16
written [4] 19/23 19/25 20/21 21/1

**Y**

yeah [14] 3/18 4/22 5/18 14/1 16/4
17/17 17/19 17/23 18/20 19/4 19/18
22/20 23/9 23/14
Yep [2] 4/16 14/21
Yes [11] 4/13 4/22 7/12 8/2 9/14 13/10
15/12 19/15 19/22 20/24 21/13
yet [4] 9/6 13/15 14/5 15/14
you [64]
You're [1] 11/22
your [34]
Your Honor [23] 4/13 4/22 4/24 6/2 7/12

Visitors [1] 12/7

Y

Your Honor... [18]  8/22 9/1 9/5 9/14
11/24 12/9 12/25 13/12 14/1 15/6 16/8
17/19 17/24 19/15 19/19 21/25 23/15
23/21
yourself [1]  9/4