UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 10-8888, Rec. Doc. 85243 | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Before the Court is a motion by Derek Knorr styled "Motion for Emergency Mandate, Pro Se, Ex-Parte, For The Radical Immediate Alteration To The Method of Implementation Of The British Petroleum Oil Spill Agreement." (Rec. Doc. 14547). Putting aside any issues concerning procedural correctness, the Court finds that the motion is devoid of merit. Accordingly,

IT IS ORDERED that the "Motion for Emergency Mandate, Pro Se, Ex-Parte, For The Radical Immediate Alteration To The Method of Implementation Of The British Petroleum Oil Spill Agreement" (Rec. Doc. 14547) is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court shall refund the forty-six dollars ($46.00) that was erroneously submitted with the motion.

New Orleans, Louisiana, this 8th day of May, 2015.

_____
United States District Court

**Note to Clerk: Mail a copy of this Order to Derek Knorr.**