IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30381
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND AND DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION AND PRODUCTION, INCORPORATED; ET AL,

      Defendants

v.

MARY S. WILLKOMM; MARTIN J. SCHOENBERGER; CLIFFORD PHILIP BEIN; KEVIN CONRAD SCHOENBERGER,

      Claimants - Appellants

v.

PATRICK A. JUNEAU, In His Capacity as Claims Administrator and Trustee,

      Movant - Appellee

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

May 04, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-30381   In re: Deepwater Horizon  
                   USDC No. 2:10-MD-2179  
                   USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Connie Brown, Deputy Clerk  
504-310-7671

Mr. William W. Blevins  
Mr. J. David Forsyth  
Mr. Kevin Conrad Schoenberger  
Mr. Richard C. Stanley