UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | Oral Argument Requested |
| ) | |
| and All Civil Actions, including ) | |
| 33:2701; 13-6009; 13:6010; 13:5367; ) | |
| 14:1106; 14:357; 14:358; 14:359; ) | |
| 14:1321 and 15:6651 ) | |

**PLAINTIFFS MOTION TO STAY JUDGMENT OF CIVIL CLEAN WATER ACT PENALTIES, OR, IN THE ALTERNATIVE, PLAINTIFFS MOTION IN SUPPORT OF BP'S POSITION TO CAP CIVIL PENALTY DAMAGES**

COME NOW Plaintiffs represented by the law firm of Brent Coon & Associates ("BCA Plaintiffs") and hereby move the Honorable Judge Carl Barbier to Stay Judgment of Civil Water Act Penalties, or, In the Alternative, Plaintiffs Motion In Support of BP'S Position to Cap Civil Penalty Damages.

In Support of the Motion, BCA clients file the attached Memorandum of Support.

**PRAYER**

BCA Plaintiffs request that this Court defer judgment on the third phase of the trial until after the individual claims reparations process has been completed. This would include resolution of remaining Economic and Property Damage Class Claims, Medical Class claims, BELO medical claims, the economic and medical class opt-out claims, and all the previously class settlement excluded categories of claims.

1

However, alternatively, if this Court deliberatively moves forward and renders judgment against BP for the Department of Justice claims at this time, Plaintiffs reluctantly join BP in their position to set these damages and fines at the minimum amounts available pursuant to the guidelines and schedules as set by the Clean Water Act.

|  |  |
|---|---|
| Dated: May 11, 2015 | Respectfully submitted,<br>/s/ Brent W. Coon<br>Brent W. Coon<br>Federal Bar No. 9308<br>Texas Bar No. 04769750<br>215 Orleans<br>Beaumont, Texas 77701<br>Tel.: (409) 835-2666<br>Fax: (409) 835-1912<br><br>*Attorney for BCA Class Members* |

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on May 11, 2015, upon:

Attorneys for the Defendants:

    Richard C. Godfrey, P.C. J. Andrew
    Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North
    LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655
    Fifteenth Street, N.W. Washington, DC
    20005 Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New
    Orleans, LA 70139
    Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

        Respectfully submitted,

        /s/ Brent W. Coon

        *Attorney for BCA Class Members*