UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| **These Pleadings apply to:** *Claims in "B1" Bundle* | JUDGE BARBIER |
| **These Pleadings apply to:** No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |

CIVIL ACTION 2:13-cv-1439

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL.,**
    Plaintiffs,

v.

**BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC.,**
    Defendants.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE OF WITHDRAWAL

**COME NOW** Howard & Associates, Attorneys at Law, P.A. (H&A), Lyons and Farrar, P.A. (L&F), and Samuel T. Adams (Adams), collectively the "Participating Law Firms", and,

pursuant to Rule 74, Fed. R. Civ. P., and L.R. 83.2.11, give their notice of withdrawal and move the court for an order permitting said attorneys to withdraw as counsel of record for Reid's Court, LLC (Reid's Court), and as grounds therefore state:

1. Reid's Court is a single-member limited liability company organized and existing under the laws of the State of Florida (see attached print out from Florida Secretary of State). The sole member of Reid's Court is Jimmy Williams (Williams). The present address of Reid's Court is 14806 Front Beach Road, Box 139, Panama City Beach, Florida 32413, telephone 850-234-2405 and 850-258-4385.

2. No motion is pending and no hearing or trial has been set in this cause.

3. On August 10, 2010, Williams, in behalf of Reid's Court, entered into an authority to represent/contingent fee agreement with the Participating Law Firms and the Law Offices of James F. Haggerty, Sheller P.C., Whatley Drake & Kallas, Bahe Cook Cantley & Jones, PLC, and the Becnel Law Firm, which firms anticipated a joint venture arrangement to represent various clients in connection with oil spill claims.

4. The Law Offices of James F. Haggerty, Sheller P.C., Whatley Drake & Kallas, Bahe Cook Cantley & Jones, PLC, and the Becnel Law Firm, subsequently determined not to participate in the said joint venture arrangement with the Participating Law Firms.

5. On April 19, 2013, the Participating Law Firms filed a complaint in the referenced case on behalf of Reid's Court.

6. On April 13, 2015, Williams, in behalf of Reid's Court, notified the Participating Law Firms by facsimile transmission they were discharged from the representation of Reid's Court, a copy of which is attached to this motion.

**WHEREFORE**, the Participating Law Firms respectfully move this court for an order

granting them leave to withdraw from the representation of Reid's Court in the referenced case.

**RESPECTFULLY SUBMITTED**,

P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

Douglas S. Lyons
Lyons and Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

Samuel T. Adams
154 Roy Lane
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

**Counsel for Plaintiffs**

By:   /S/Samuel T. Adams
      Samuel T. Adams

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave to Withdraw as Counsel of Record and Notice of Withdrawal has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179; and by certified mail number 70051820000119203696 on Reid's Court, LLC, at 14806 Front Beach Road, Box 139, Panama City Beach, Florida 32413, this 11th day of May, 2015.

                                            /S/Samuel T. Adams
                                              Samuel T. Adams