**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

www.Sunbiz.org

# Detail by Entity Name

**Florida Limited Liability Company**

REID'S COURT, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L00000000110 |
| **FEI/EIN Number** | 593637591 |
| **Date Filed** | 12/29/1999 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

14806 FRONT BEACH ROAD
PANAMA CITY BEACH, FL 32413

Changed: 01/14/2007

**Mailing Address**

14806 FRONT BEACH ROAD
BOX 139
PANAMA CITY BEACH, FL 32413

Changed: 07/19/2004

**Registered Agent Name & Address**

WILLIAMS, JIMMY L
14806 FRONT BEACH ROAD
BOX 139
PANAMA CITY BEACH, FL 32413

Address Changed: 07/19/2004

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

WILLIAMS, JIMMY L

14806 FRONT BEACH RD #139  
PANAMA CITY BEACH, FL 32413

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2013 | 01/27/2013 |
| 2014 | 03/07/2014 |
| 2015 | 03/19/2015 |

## Document Images

| | |
| --- | --- |
| 03/19/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2003 -- LIMITED LIABILITY CORPORATION | View image in PDF format |
| 01/16/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2001 -- ANNUAL REPORT | View image in PDF format |
| 07/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 12/29/1999 -- Florida Limited Liabilites | View image in PDF format |

Copyright © and Privacy Policies  
State of Florida, Department of State

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDeta…searchTerm=reid's%20court&listNameOrder=REIDSCOURT%20L000000001100    Page 2 of 2