# Reid's Court

14806 Front Beach Road Box 139
Panama City Beach, FL 32413
850-234-2405 / 850-258-4385

To:    Samuel T. Adams
P.O. Box 191
Panama City, FL 32402

From: Reid's Court
14806 Front Beach Road
Panama City Beach, FL 32413

Date: March 6, 2015

I am writing to let you know that your services are no longer required. If you have any questions please contact me.

Sincerely,

*Jimmy Williams*

Jimmy Williams
Owner/Manager
Reid's Court, LLC