UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                              MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010
                                                             SECTION: J
These Pleadings apply to:
*Claims in "B1" Bundle*                                      JUDGE BARBIER

These Pleadings apply to:                                    MAGISTRATE SHUSHAN
No. 2:13-cv-1439

_____

                                                    CIVIL ACTION 2:13-cv-1439

                                                    SECTION: J

                                                    JUDGE BARBIER

                                                    MAGISTRATE SHUSHAN

JENSEN BEACH MARKETING, INC.,
A FLORIDA CORPORATION, ET AL.,
        Plaintiffs,
v.

BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,
        Defendants.

_____

## ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND NOTICE OF WITHDRAWAL

THIS CAUSE came before the court on the motion of Howard & Associates, Attorneys

at Law, P.A., Lyons and Farrar, P.A., and Samuel T. Adams for leave to withdraw as counsel of

record and notice of withdrawal as counsel of record for Reid's Court, LLC, and the court

finding that movants have set forth proper and adequate grounds for withdrawal; it is, therefore,

      **ORDERED and ADJUDGED** that the said motion for leave to withdraw as counsel of

record for Reid's Court, LLC, is granted, and such withdrawal shall be effective upon entry of

this order.

      **DONE and ORDERED** this _____ day of _____, 2015.


                                          _____
                                          **SALLY SHUSHAN**
                                          **MAGISTRATE JUDGE**