IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31402
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

  Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

  Defendants - Appellees

v.

KEVIN S. SMITH; SOLOMON J. FLEISCHMAN,

  Claimants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

  IT IS ORDERED that appellants' opposed motion to supplement the record on appeal is GRANTED.

  IT IS FURTHER ORDERED that appellants' opposed motion to place the supplemental record on appeal under seal is GRANTED.

IT IS FURTHER ORDERED that appellants' opposed motion to place record excerpts under seal is GRANTED.

   /s/Edith H. Jones       
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 11, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-31402   In Re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

The court has granted the motion to supplement the record in this case. The district court is requested to add the documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shea E. Pertuit, Deputy Clerk  
504-310-7666

P.S. to Mr. William W. Blevins: Due to the supplemental material being sealed, we will separately email you a copy of the supplemental material to be included in the record.

Mr. Frederick Curtis Baker  
Mr. William W. Blevins  
Mr. George Howard Brown  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Kevin Robert Dean  
Mr. Kevin Michael Downey  
Mr. Miguel Angel Estrada  
Mr. Don Keller Haycraft  
Mr. Thomas George Hungar  
Mr. Scott Payne Martin  
Mr. Theodore B. Olson  
Mr. Joseph F. Rice  
Ms. Lisa Marie Saltzburg