# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 20, 2015

*[Stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 22 2015 WILLIAM W. BLEVINS CLERK]*

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    **No. 13-30315**    **In Re: Deepwater Horizon**  
                                USDC No. 2:10-MD-2179  
                                USDC No. 2:12-CV-970

Dear Mr. Blevins,

The following is(are) returned:

Original Exhibits, (1 Box)

The electronic copy of the record has been recycled.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *Sabrina B. Short*  
                                By: _____  
                                Sabrina B. Short, Deputy Clerk  
                                504-310-7817

                                                                ____ Fee _____  
                                                                 ____ Process _____  
                                                                 _X_ Dktd _____  
                                                                ____ CtRmDep _____  
                                                                ____ Doc. No _____