UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Before the Court is a motion styled "Plaintiffs['] Motion to Stay Judgment of Civil Clean Water Act Penalties, or, in the Alterantive, Plaintiffs['] Motion in Support of BP's Position to Cap Civil Penalty Damages."  (Rec. Doc. 14564)

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 12th day of May, 2015.

_____
United States District Court