UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION: "J"<br><br>MAGISTRATE: 01 |

*This Pleading Applies to Case No. 2:11-cv-01806*

### EX-PARTE MOTION TO WITHDRAW AS ADDITIONAL COUNSEL OF RECORD ON BEHALF OF PLAINTIFF

NOW INTO COURT, comes Craig J. Robichaux, who, pursuant to an Order of this Honorable Court dated May 13, 2014 (Rec. doc. 12856) is currently enrolled as additional counsel for plaintiff Tim Terral, representing the following:

1.

By mutual consent, the mover has now been dismissed from his role as additional counsel on behalf of the plaintiff in this matter and, for that reason, he is desirous of withdrawing as attorney of record herein.

2.

Since plaintiff's original counsel of record remains enrolled in this matter, the requirements of LR 83.2.11 are not triggered by this motion.

- 2 -

Respectfully submitted:

**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**


BY:___/s/ Craig J. Robichaux_____
    CRAIG J. ROBICHAUX (#17119)
2250 7th Street
Mandeville, Louisiana 70471
Telephone: (985) 624-5010
Facsimile: (985) 624-5306
Email: craig.robichaux@tahk.net


## CERTIFICATE OF SERVICE

    I hereby certify that the above pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May, 2015.

                                  /s/ Craig J. Robichaux_____
                                    CRAIG J. ROBICHAUX