UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.:  2179<br><br>SECTION:  "J"<br><br>MAGISTRATE:  01 |

*This Pleading Applies to Case No. 2:11-cv-01806*

### ORDER

Pursuant to the above and foregoing Ex-Parte Motion to Withdraw As Additional Counsel of Record on Behalf of Plaintiff:

IT IS ORDERED that Craig J. Robichaux be and hereby is withdrawn as counsel of record for plaintiff in this matter.

New Orleans, Louisiana, this _____ day of May, 2015.

_____
J U D G E