UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-1439 | * * | MAGISTRATE SHUSHAN |

### ORDER

Having considered the Motion for Leave to Withdraw as Counsel of Record and Notice of Withdrawal (Rec. Doc. 14565);

IT IS ORDERED that the Motion is GRANTED. Howard & Associates, Attorneys at Law, P.A.; Lyons and Farrar, P.A.; and Samuel T. Adams be and hereby are withdrawn as counsel of record for plaintiff Reid's Court, LLC (present contact information: 14806 Front Beach Road, Box 139, Panama City Beach, Florida 32413, telephone 850-234-2405 and 850-258-4385).

Because limited liability companies must be represented by an attorney, new counsel eventually will need to enroll for Reid's Court, LLC, or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 13th day of May, 2015

_____
United States District Judge