# EXHIBIT F

███████████████████████████████████

Deepwater Horizon Court Supervised Settlement Program ("CSSP")
Special Master – Independent External Investigation
Interview Report of Freeh Group

Interviewee:  Joyce Lopez
Date:  11/11/14
Investigator:  Dove Seeger
Location:  Telephonic
Claimant:  Vernon E. Alfonso, Jr.
Claimant ID#:  100000842

Joyce Lopez, Secretary/Treasurer, Frank & Son Boat Rental, Inc. (FSBR), telephone (504) 884-6680, telephonically contacted Investigator Seeger on November 11, 2014 in reference to a subpoena that was served to her on November 04, 2014.

Lopez stated she looked at every company file and invoice for the period of 2007, 2008 and 2009 and did not find any records for the Princess Brandi or Vernon Alfonso, Jr.  Lopez was asked to document this information in the form of a letter addressed to the care of the Special Master at the address listed on the subpoena.

Deepwater Horizon Court Supervised Settlement Program ("CSSP")
Special Master – Independent External Investigation
Interview Report of Freeh Group

Interviewee:  Joyce Lopez
Date:  11/04/14
Investigators:  Dove Seeger, Anibal Gonzalez, Jr.
Location:  2516 South Lake Blvd., Violet, LA 70092
Claimant:  Vernon E. Alfonso, Jr.
Claimant ID#: 100000842

Joyce Lopez, Secretary/Treasurer, Frank & Son Boat Rental, Inc. (FSBR), telephone (504) 884-6680, was contacted at the above location.  She was advised of the official identities of the interviewing investigators, the authority and purpose of the Special Master's investigation for the U. S. District Court, Eastern District of Louisiana and the purpose of the interview.  Lopez furnished the following information.

Lopez acknowledged filing an oil spill claim but no further discussion occurred regarding the claim.

Lopez has served as Secretary and Treasurer for FSBR for over twenty years.  FSBR owns and operates four vessels, the Redfish, the Catfish, the Swordfish and the Sherri Marie that are chartered by other companies for surveys and seismography for oil rig locations.  The company additionally chartered boats for the oil spill cleanup.

Lopez stated Vernon Alfonso, Jr. is her nephew, the son of her twin sister.  Lopez searched her invoice records for 2009 and did not find any invoices for the Princess Brandi, the vessel owned by Alfonso.  She explained invoices are always prepared in the name of the vessel, not the owner or operator.  Lopez advised Alfonso worked as a temporary boat operator for her company in 2006, after Hurricane Katrina, and again in 2010.  Lopez did not recall Alfonso working for the company in 2007, 2008 or 2009 but agreed to conduct a thorough review of her records.  In 2010, Alfonso operated his own vessel and was paid by FSBR to work for DRC, a company involved in the oil spill clean up.  Lopez stated she pays Alfonso by check in his own name, not the name of the vessel.  She does not issue Form 1099s to any boat operators.  Lopez provided a binder of duplicate FSBR checks for 2009 for review.  Investigator Seeger reviewed the 2009 company checks and found no checks issued to Vernon Alfonso, Jr., however, several of the checks were faded and illegible.  Lopez defined Alfonso's work as temporary and very sporadic, noting he has always been a commercial fisherman, catching shrimp and crab.

Lopez advised FSBR is not a seafood company and does not buy seafood.  No payments made by FSBR to Vernon Alfonso were for shrimp purchases.