# EXHIBIT G

**From:** Coleman, Craig S.
**Sent:** Thursday, February 12, 2015 2:19 PM
**To:** 'Salicrup, Alejandro'
**Cc:** Feeley, Maria
**Subject:** RE: Gulf Coast Bank

Signed authorization is attached.

**From:** Salicrup, Alejandro [mailto:salicrua@pepperlaw.com]
**Sent:** Wednesday, February 11, 2015 4:30 PM
**To:** Coleman, Craig S.
**Cc:** Feeley, Maria
**Subject:** RE: Gulf Coast Bank

Craig,

Tomorrow is fine. The Office of the Special Master will provide a copy of the documents produced in response to the subpoena.

Best,

**Alejandro Salicrup**
Associate



3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4418 | f: 800.776.6694
_____

email | map | website   

**From:** Coleman, Craig S. [mailto:Craig.Coleman@FaegreBD.com]
**Sent:** Wednesday, February 11, 2015 5:23 PM
**To:** Salicrup, Alejandro
**Cc:** Feeley, Maria
**Subject:** RE: Gulf Coast Bank

Alejandro –

1

I just spoke with Vernon and explained what the Special Master is requesting.  He asked for a copy of the subpoena.  I've forwarded it to him and asked for him to approve authorization by tomorrow, so, assuming that Vernon has no objection, I will sign and send the authorization by end of the day tomorrow.  Let me know if there is any issue with that timing.

Will the Special Master provide us with a copy of Gulf Coast Bank documents produced in response to the subpoena?

Finally, while this will not impact the authorization, I view the subpoena as having marginal relevance to the central inquiry here.  As I've mentioned before, the question is whether Vernon provided the amended Schedule Cs to GCCF and DHCC knowing that the commercial fishing Schedule C included non-fishing income and intending thereby to benefit his claim.  Even if Vernon had other non-fishing revenue in 2009 that ended up on the fishing Schedule C, it seems clear that he did not have knowledge of it and did not intend to mislead anyone.  Whatever the bank produces, I'm not seeing how it adds up to fraud.  We do acknowledge that there appears to have been a mistake and would agree to recalculation of his claims.

Regards, Craig

---

**From:** Salicrup, Alejandro [mailto:salicrua@pepperlaw.com]
**Sent:** Wednesday, February 11, 2015 3:41 PM
**To:** Coleman, Craig S.
**Cc:** Feeley, Maria
**Subject:** Gulf Coast Bank
**Importance:** High

Craig,

We called you yesterday regarding the attached, but have not heard back. Please let us know if you have any questions.

Best,

**Alejandro Salicrup**
Associate



3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4418 | f: 800.776.6694
_____

email | map | website    

---

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

---

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the

attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Alejandro J. Salicrup<br>
direct dial: 215.981.4418<br>
direct fax: 215.981.4750<br>
salicrua@pepperlaw.com

February 11, 2015

**Via Email:** craig.coleman@FaegreBD.com

Craig Coleman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402

        Re:    Subpoena for Banks Records of Vernon
                  Alfonso, Jr. and Mary Alfonso, husband and wife

Dear Craig:

     As a follow up to our phone call to you yesterday, the Office of the Special Mater would like to obtain bank records of your client Vernon Alfonso from Gulf Coast Bank & Trust Company ("Gulf Coast"). To that end, would you please sign and email back to me the authorization included in this letter for Gulf Coast to provide the Office of the Special Master the following documents, also identified in the attached subpoena, relating to the accounts of your client Vernon Alfonso, Jr. and Mary Alfonso for the period of time from November 1, 2008 to February 28, 2010.

1. Any and all front and back copies of deposit tickets and deposit items for account ▇8057, including but not limited to wire transfers and/or checks;

2. Any and all front and back copies of deposit tickets and deposit items for account ▇7862, including but not limited to wire transfers and/or checks;

3. Any and all front and back copies of deposit tickets and deposit items for account ▇3848, including but not limited to wire transfers and/or checks;

Craig Coleman
Page 2

4. Any and all front and back copies of deposit tickets and deposit items for the account associated with ATM card number ███████ 2363, including but not limited to wire transfers and/or checks.

I thank you for your attention to this matter.

Very truly yours,

Alejandro J. Salicrup

Attachment

cc:  Maria Feeley (via email)(w/ attachment)

    I, Craig Coleman, counsel for Vernon Alfonso, Jr., authorize Gulf Coast Bank & Trust Company to provide the Office of the Special Master the documents identified in this letter and the attached subpoena.

2/12/2015

Craig Coleman
Faegre Baker Daniels LLP
As counsel for Vernon Alfonso, Jr.