**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>      "Deepwater Horizon" in the Gulf<br>      of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| Applies to: *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

<u>**ORDER**</u>

**[Regarding Potential Adjustments to June 8, 2015 Claims Filing Deadline and/or Manner of
Submitting Claims in the Event of Emergencies or System Failures]**

The current deadline for the filing of non-seafood Claims is Monday, June 8, 2015 at midnight prevailing central time (the "<u>Claims Filing Deadline</u>"). The Claims Administrator has requested guidance from the Court as to whether, and if so the extent to which, the Claims Filing Deadline and/or manner of submitting claims may or should be extended or otherwise adjusted in the event of an emergency situation (by way of example only, a hurricane or other natural disaster) or system failure which might materially and adversely affect claimants' ability to submit claims by the Claims Filing Deadline through no fault of their own.  Pursuant to F.R.Civ.P 6(b)(1) and sections 18.1 and 28.1 of the Amended Deepwater Horizon Economic and Property Damages Settlement Agreement [Rec. Doc. 6430-1], the Court issues the following Order:

IT IS ORDERED that:

1.  In the event of an emergency situation or system failure which, in the reasonable judgment of the Claims Administrator in his sole discretion, might materially and adversely affect claimants' ability to submit claims by the Claims Filing Deadline through no fault of their own, the Claims Administrator is authorized to extend or otherwise adjust the Claims Filing Deadline and/or manner of submitting claims to the limited extent determined by the Claims Administrator, in his sole discretion, to be necessary and appropriate to prevent serious prejudice to claimants as a result of the occurrence of such events, without the need to obtain any further Order of this Court of approval or consent by the PSC or BP.

2.  In the event that the Claims Administrator makes such determination and extends or otherwise adjusts the Claims Filing Deadline and/or manner of submitting claims, the Claims Administrator shall take all steps reasonably available under the circumstances to provide notification of such action including by:

    (a)  notifying the Court by telephonic, hand delivery and/or email communication, so that the Court may in due course evidence such action through the entry of a subsequent Order;

    (b)  notifying the PSC and BP by telephonic, hand delivery and/or email communication, through representatives to be designated by them in writing to the Claims Administrator within five (5) days after the entry of this Order;

    (c)  posting on the DHECC website; and

    (d)  posting as an alert on the DHECC portal.

3.  Nothing contained in this Order shall preclude the entry of any further Orders by the Court with respect to the subject of this Order, either *sua sponte* or upon motion by the Claims Administrator, the PSC and/or BP.

New Orleans, Louisiana this 13th day of May, 2015.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**