## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | § | |
| **Gulf of Mexico, on** | § | **SECTION: "J"** |
| **April 20, 2010** | § | |
| | § | **Judge Barbier** |
| **This Document Relates to:** | § | |
| **No. 2:10-cv-08888-CJB-SS** | § | **Mag. Judge Shushan** |

### <u>ORDER</u>

Considering the Motion For Leave To File Short Form Joinders Filed Beyond The September 16, 2011 Deadline and Supporting Amended Memorandum:

It is ORDERED that the late-filed Short Form Joinder filed by Claimant Pellerin's Tubular Service, Inc., in the action 2:10-cv-08888-CJB-SS as Document Number 136990 is hereby considered to be a timely-filed claim in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed on _____, 2015.

_____
Honorable Carl J. Barbier
U.S. District Court Judge