UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

**NOTICE** is hereby given by Andry Lerner LLC, who hereby appeals to the United States Court of Appeals for the Fifth Circuit from the: (i) Order [Concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions] [Dkt. # 14221] entered in this action on February 26, 2015, together with all rulings, findings and determinations embodied in the Order and (ii) the Order [Dkt. # 14458] entered in this action on April 22, 2015, together with all rulings, findings and determinations embodied in the Order. This appeal is properly filed pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A), 4(a)(4)(B)(ii) and 4(a)(1)(A).

Dated: May 13, 2015

Respectfully submitted:

By: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3333
Facsimile: (504)299-3399
ddraper@hellerdraper.com
*Counsel for Andry Lerner LLC*

{00346814-1}

1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th Day of May, 2015.

                                                  */s/ Douglas S. Draper*
                                                  Douglas S. Draper