UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**JOINT DESIGNATIONS FOR RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 15-30265**

| ECF No. | Date | Pleading |
|---|---|---|
| 10564 | 7/2/2013 | ORDER Appointing Louis Freeh and the Freeh Group as Special Master |
| 10761 | 7/16/2013 | MOTION for Emergency Preliminary Injunction *to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report* by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11) |
| 10763 | 7/17/2013 | ORDERED that a hearing on 10761 MOTION for Emergency Preliminary Injunction *to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report* is scheduled for Friday, July 19, 2013 at 8:30 a.m. in Courtroom C268. Any responses to BP's motion shall be filed no later than Thursday, July 18 at noon; response memoranda shall not exceed ten pages; the Court will not permit any replies or any other submissions beyond these responses. |
| 10775 | 07/18/2013 | EXPARTE/CONSENT MOTION to Seal Document Motion to Intervene and Opposition by Plaintiff The Andry Law Firm, L.L.C. (Attachments: # 1 Proposed Order, # 2 Notice of Manual Attachment) |
| 10778 | 7/18/2013 | EXPARTE/CONSENT MOTION to Seal Document *Motion for an Order Lifting Stay of Andry Lerner Clients' Claims Processing* by Andry Lerner, L.L.C. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal) |
| 10784 | 7/18/2013 | EXPARTE/CONSENT MOTION to Expedite Hearing on The Andry Law Firm's Motion to Intervene by Plaintiff The Andry Law Firm, L.L.C. (Attachments: # 1 Proposed Order) |

| ECF No. | Date | Pleading |
|---|---|---|
| 10785 | 7/18/2013 | Manual Attachment Received re 10775 MOTION to Seal Document Motion to Intervene and Opposition filed by The Andry Law Firm, L.L.C. (Additional attachment(s) added on 7/18/2013: # 1 Motion to Intervene and File Opposition, # 2 Memorandum in Support of Motion to Intervene and File Opposition, # 3 Proposed Pleading - Opposition) |
| 10799 | 7/19/2013 | Minute Order. Proceedings held before Judge Carl Barbier: Motion Hearing held on 7/19/2013. ORDERED that 10761 MOTION for Emergency Preliminary Injunction *to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report* filed by Defendants BP Exploration & Production Inc., BP America Production is DENIED. |
| 10801 | 7/19/2013 | ORDERED that the Andry Law Firm, L.L.C.'s Motion to File Under Seal (Rec. Doc. 10775 ) is DENIED. The Clerk of Court shall UNSEAL the Andry Law Firm, L.L.C.'s manual attachment (Rec. Doc. 10785 ). FURTHER ORDERED that the Andry Law Firm, L.L.C.'s Motion to Intervene and File Opposition (Rec. Doc. 10785-1) is DENIED IN PART and GRANTED IN PART as follows: The request for intervention is denied; the request to file an opposition (Rec. Doc. 10785-3) is granted. FURTHER ORDERED that the Andry Law Firm, L.L.C.'s Ex Parte Motion for Expedited Hearing on Motion to Intervene (Rec. Doc. 10784 ) is MOOT. |
| 10803 | 7/19/2013 | OPPOSITION by the Andry Law Firm re 10761 MOTION for Emergency Preliminary Injunction to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report. (Opposition NOT sealed per Order #10801 dated 7/19/13) (Attachments: # 1 Exhibits). |
| 10886 | 7/29/2013 | ORDER re 10778 Motion to Seal Document: ORDERED that Andry Lerner, L.L.C.'s Motion to File Under Seal the Motion for an Order Lifting Stay of Andry Lerner Clients' Claims Processing (Rec. Doc. 10778 ) is DENIED. Counsel for Andry Lerner, L.L.C. alternatively requested to file redacted versions of the documents, which the Court will permit. Accordingly, the Clerk of Court is instructed to file, unsealed, the redacted versions of Andrey Lerner, L.L.C.'s documents attached to this Order. Furthermore, as to the Motion for an Order Lifting Stay of Andry Lerner Clients' Claims Processing, IT IS FURTHER ORDERED that the motion is DENIED for reasons stated during the July 19th hearing. |
| 10887 | 7/29/2013 | REDACTED MOTION for an order lifting stay of Andry Lerner Clients' claims processing by Andry Lerner, L.L.C. - MOTION DENIED per Order #10886. |

| ECF No. | Date | Pleading |
|---|---|---|
| 11022 | 8/15/2013 | EXPARTE/CONSENT Second MOTION for an Order Lifting Stay and for Expedited Hearing by Andry Lerner, L.L.C. (Attachments: # 1 Memorandum in Support, # 2 Request for Oral Argument, # 3 Proposed Order) |
| 11287 | 9/6/2013 | REPORT of Special Master Louis J. Freeh, September 6, 2013. (Attachments: # 1 Exhibit A, # 2 Exhibit B) |
| 11288 | 9/6/2013 | ORDER re 11287 Special Master Louis J. Freeh's Report of September 6, 2013: IT IS HEREBY ORDERED that Special Master Louis J. Freeh shall undertake additional duties to those set forth in the July 2, 2013 Order of Appointment as stated in this order. IT IS FURTHER ORDERED that Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms, show cause why the Court should not adopt the findings and recommendations of the Special Master as set forth in this order. Pursuant to Rule 53 (f), these parties, as well as any other interested party, may file their response, or any objection or motion, with supporting memorandum (not exceeding 25 pages), to the Special Master's Report, no later than 14 days from the date of this Order. The Special Master may file a reply to any response, objections or motions, not later than 21 days from the date of this Order. No further briefing will be allowed without express leave of Court. |
| 11311 | 9/10/2013 | Second MOTION to *Lift Stay of Andry Lerner Clients' Claims Processing and for Expedited Hearing* by Andry Lerner, L.L.C. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) |
| 11345 | 9/11/2013 | ORDER re 11022 August 15, 2013, Second MOTION for an Order Lifting Stay and for Expedited Hearing filed by Andry Lerner, L.L.C., 11311 September 10, 2013 MOTION to *Lift Stay of Andry Lerner Clients' Claims Processing and for Expedited Hearing* filed by Andry Lerner, L.L.C.; ORDERED that the motions for expedited hearing contained in the August 15 Motion and the September 10 Motion are DENIED. The August 15 Motion and the September 10 Motion otherwise remain pending and stayed. |
| 11355 | 9/12/2013 | MOTION for Production of Documents and to Extend Time to Respond to Order to Show Cause by Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support). |
| 11356 | 9/12/2013 | EXPARTE/CONSENT MOTION to Expedite Hearing on Motion for Production of Documents and to Extend Time to Respond to Order to Show Cause by Andry Law Firm, LLC. (Attachments: # 1 Proposed Order) |
| 11388 | 9/16/2013 | EXPARTE/CONSENT MOTION to Expedite *Hearing on Motion for Extension of Time* by Glen Lerner. (Attachments: # 1 Proposed Order) |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 11389 | 9/16/2013 | MOTION for Extension of Time to File Response/Reply as to 11288 Order by Glen Lerner. (Attachments: # 1 Proposed Order) |
| 11407 | 9/17/2015 | MOTION to Enroll as Counsel of Record by Movant Glen J. Lerner. (Attachments: # 1 Proposed Order) |
| 11408 | 9/18/2013 | RESPONSE to Motion filed by Louis J. Freeh re 11355 MOTION for Production of Documents and to Extend Time to Respond to Order to Show Cause. |
| 11412 | 9/18/2013 | ORDERED: The Andry Law Firm's motion 11355 is GRANTED. Its response to the Court's September 6, 2013 order to show cause shall be filed not later than October 18, 2013; The Special Master shall provide The Andry Law Firm access to information relevant to portions of the Special Master's Report concerning The Andry Law Firm not later than Friday, September 20, 2013; The Special Master shall redact portions of pertinent discovery provided to The Andry Law Firm that is not relevant to The Andry Law Firm, and shall maintain original and un-redacted versions of all documents for review and consideration by the Court. Further, Glen Lerner's motion for extension of time (Rec. Doc. 11389 ) is also GRANTED. Any response by Mr. Lerner shall be filed not later than October 18, 2013. |
| 11414 | 9/17/2013 | OBJECTION to 11287 REPORT of Special Master Louis J. Freeh and Request for Production of Documents, Extension of Time to File Final Objections, Evidentiary Hearing on All Issues, and Status Conference by Christine Reitano. (Reference: 12-970)(Pierson, Mary) Modified on 9/19/2013 (gec, ). (Entered: 09/18/2013) |
| 11418 | 9/18/2013 | NOTICE of Appearance by Pauline Hardin on behalf of Glen J. Lerner. |
| 11419 | 9/18/2013 | Supplement to 11389 MOTION for Extension of Time by Glen J. Lerner. (Attachments: # 1 Exhibit "A", # 2 Proposed Order) |
| 11420 | 9/18/2013 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply by Movant John Andry. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support) |
| 11432 | 9/19/2013 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply to Special Master's Report of September 6, 2013 by John Andry . (Attachments: # 1 Proposed Order, # 2 Memorandum in Support) |
| 11434 | 9/19/2013 | EXPARTE/CONSENT Joint MOTION *to Set Status Conference* by Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, Andry Lerner, LLC, and The Andry Law Firm, LLC. (Attachments: # 1 Proposed Order) |
| 11439 | 9/19/2013 | EXPARTE/CONSENT MOTION for Production of Documents and to Extend Time to Respond to Order to Show Cause  by Lionel H. Sutton, III. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support) |

| ECF No. | Date | Pleading |
|---|---|---|
| 11442 | 9/19/2013 | ORDER: The Court's Order issued on September 6, 2013 (Rec. Doc. 11288 ), is amended as follows: Any response or objection to the Special Master's Report or to the Court's September 6, 2013 order to show cause shall be filed not later than October 18, 2013; The Special Master shall provide Lionel Sutton, Christine Reitano, Jon Andry and Glen Lerner access to information relevant to portions of the Special Master's Report concerning each of them, not later than Tuesday, September 24, 2013; The Special Master shall redact portions of pertinent discovery provided that is not relevant to a particular party, and shall maintain original and un-redacted versions of all documents for review and consideration by the Court. The Special Master shall file a reply to any response or objection, not later than November 8, 2013. |
| 11610 | 10/8/2013 | Second MOTION for Production of Documents and to Extend Time to Respond to Order to Show Cause by Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support). |
| 11611 | 10/8/2013 | EXPARTE/CONSENT MOTION to Expedite Second Motion For Production of Documents and Extend Time to Respond by Andry Law Firm, LLC. (Attachments: # 1 Proposed Order) |
| 11612 | 10/8/2013 | EXPARTE/CONSENT MOTION to File Under Seal Exhibit 1 by Andry Law Firm, LLC. (Attachments: # 1 Proposed Order, # 2 Notice of Manual Attachment) |
| 11618 | 10/9/2013 | SEALED Manual Attachment Received re 11612 MOTION to File Under Seal filed by Andry Law Firm LLC. (Reference: 12-970)(gec, ) (Additional attachment(s) added on 10/9/2013: # 1 SM-01-TALF00018, # 2 SM-01-TALF00020 -1, # 3 SM-01-TALF00020 -2, # 4 SM-01-TALF00123 -1, # 5 SM-01-TALF00123 -2, # 6 SM-01-TALF00225, # 7 SM-01-TALF00302, # 8 SM-01-TALF00308, # 9 SM-01-TALF00406 -1, # 10 SM-01-TALF00406 -2, # 11 SM-01-TALF00508) |
| 11619 | 10/9/2013 | MOTION for *Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence* by Glen J. Lerner. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 12-970)(Hardin, Pauline) Modified on 10/10/2013 (gec, ). (Additional attachment(s) added on 10/10/2013: # 3 Notice of Manual Attachment) |
| 11620 | 10/9/2013 | EXPARTE/CONSENT MOTION to Seal Document 11619 MOTION for Discovery *for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence Exhibit A in Support of Glen Lerner's Motion for Complete Discovery* by Glen J. Lerner. (Attachments: # 1 Proposed Order) |

| ECF No. | Date | Pleading |
|---|---|---|
| 11622 | 10/9/2013 | EXPARTE/CONSENT MOTION to Expedite Hearing on Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence by Glen J. Lerner. |
| 11627 | 10/10/2013 | RESPONSE/MEMORANDUM in Opposition filed by Louis J. Freeh re 11610 Second MOTION for Production of Documents and to Extend Time to Respond to Order to Show Cause . |
| 11637 | 10/11/2013 | ORDER granting 11620 Motion to File Under Seal Exhibit A in Support of (R.D. 11619 ) Glen Lerner's Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence. Signed by Judge Carl Barbier. |
| 11638 | 10/11/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum by Andry Law Firm, L.L.C. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970) |
| 11639 | 10/14/2013 | RESPONSE/MEMORANDUM in Opposition filed by Louis J. Freeh re 11619 MOTION for  Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence. |
| 11642 | 10/15/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply to the Special Master's Opposition to Glen Lerner's Motion for Complete Discovery From Special Master and to Continue Response Date Until After Complete Production of Relevant Evidence by Glen Lerner. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading. |
| 11643 | 10/15/2013 | MOTION for Access to Witness  by Jon Andry. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support) |
| 11644 | 10/15/2013 | MOTION for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence  by Lionel Sutton. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)( |
| 11647 | 10/15/2013 | ORDER granting 11638 Motion for Leave to File Reply Memorandum by The Andry Law Firm, L.L.C. |
| 11648 | 10/15/2013 | OBJECTION & REPLY to the Special Master's Opposition to 11610 Second MOTION for Production of Documents and to Extension of Time by The Andry Law Firm. |
| 11662 | 10/16/2013 | ORDER granting 11642 Motion for Leave to File Reply by Glen Lerner. Signed by Judge Carl Barbier on 10/16/13. |
| 11663 | 10/16/2013 | REPLY by Glen Lerner to the Special Master's Opposition to Glen Lerner's 11619 MOTION for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence. |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 11664 | 10/16/2013 | ORDER re motions by the Andry Law Firm (Rec. Doc. 11610 ), Glen Lerner (Rec. Doc. 11619 ), Jon Andry (Rec. Doc. 11643 ), Lionel Sutton (Rec. Doc. 11644 ), that the deadline for responding to the Court's Show Cause Order is extended from October 18, 2013, to not later than Friday, November 15, 2013; FURTHER ORDERED that on or before October 18, 2013, the Special Master shall provide the Andry Law Firm and Glen Lerner access to discovery of the responses of witnesses to questions asked by Mr. James A. Cobb during the course of interviews conducted by the Special Master which Mr. Cobb attended; and FURTHER ORDERED that any remaining discovery issues raised by the Andry Law Firm, Glen Lerner, Jon Andry, and Lionel Sutton are hereby REFERRED to Magistrate Judge Sally Shushan for resolution. |
| 11672 | 10/16/2013 | MOTION for Information to Determine Potential Request for Recusal of Special Master by Jon Andry. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Memorandum in Support, # 4 Exhibit, # 5 Exhibit) |
| 11677 | 10/17/2013 | Correction of Docket Entry by Clerk re 11666 MOTION to Provide Discovery  by Jon Andry. Motion does not comply with LR7.4 - All contested motions must be accompanied by SEPARATE memoranda which must contain a concise statement of reasons supporting the motion and citations of authorities. Memorandum in support must be a separate attachment to the motion. This motion has been accepted for filing but future motions filed in this manner will be marked deficient. |
| 11681 | 10/17/2013 | Supplemental OBJECTION to 11287 REPORT of Special Master Louis J. Freeh and Renewed Request for Production of Documents, Extension of Time to File Final Objections, Evidentiary Hearing on All Issues, and Status Conference by Christine Reitano. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) |
| 11683 | 10/17/2013 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction, Insufficient Service of Process and Failure to State a Claim Upon Which Relief May Be Granted by by Christine Reitano. (Attachments: # 1 Memorandum in Support) |

| ECF No. | Date | Pleading |
|---|---|---|
| 11695 | 10/18/2013 | ORDER: Before the Court is Christine Reitano's Initial Objection to Freeh Report with Incorporated Memorandum & Renewed Request for (1) Production of Documents; (2) Extension of Time to File Final Objections; (3) Evidentiary Hearing on All Issues; & (4) a Status Conference with All "Show Cause" Parties (Rec. Doc. 11414 ) & Supplemental (Second) Response & Objection (Rec. Doc. 11681 ) (collectively, "the Motion"). IT IS ORDERED that the deadline for Christine Reitano to respond to the Court's Show Cause Order is extended from October 18, 2013, to not later than Friday, November 15, 2013; IT IS FURTHER ORDERED that the discovery matters raised in the Motion are REFERRED to Magistrate Judge Sally Shushan for resolution; & IT IS FURTHER ORDERED that the Motion is, in all other respects, DENIED at this time. |
| 11720 | 10/23/2013 | RESPONSE to Jonathan Andry's 11672 MOTION for Information to Determine Potential Request for Recusal of Special Master by Louis J. Freeh. |
| 11721 | 10/23/2013 | ORDERED that the "Show Cause" parties' motion for expedited hearing and oral argument on pending motions for complete discovery from Special Master (Rec. doc. 11694 ) is DENIED. |
| 11729 | 10/24/2013 | ORDERED that the following motions and objections are GRANTED in PART and DENIED in PART: The Andry Firm's second motion for production of documents 11610 ; Glen Lerner's motion for production 11619 ; Jon Andry's motion for access to witnesses 11643 ; Lionel Sutton's motion for complete discovery 11644 ; Jon Andry's motion to obtain discovery 11666 ; Christine Reitano's initial objection 11414 ; Christine Reitano's supplemental objection 11681 . Within seven calendar days, the Special Master shall produce/make available records as stated within document. |
| 11761 | 10/31/2013 | ORDER denying 11672 Jon Andry's Motion for Information to Determine Potential Request for Recusal of Special Master. |
| 11773 | 11/1/2013 | MOTION to Expedite *Consideration of Objections to Magistrate Judge Shushan's Rulings* by Glen Lerner. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Objections to Magistrate Judge Shushan's Rulings on Glen Lerner's Motions to Compel Discovery (Rec. Doc. 11729) and Incorporated Memorandum, # 4 Proposed Order) |
| 11785 | 11/5/2013 | MOTION to Adopt *Co-Claimant's Motion for Expedited Consideration of Objection to Magistrate Judge Shushan's Rulings* by Jon Andry. |

| ECF No. | Date | Pleading |
|---|---|---|
| 11794 | 11/5/2013 | ORDER granting 11785 Jon Andry's Motion to Adopt Co-Claimants, Glen Lerner's Motion for Expedited Consideration of Objections to Magistrate Judge Shushans Rulings (see Rec. Doc. 11773 ); FURTHER ORDERED that Jon Andry's request for oral argument is DENIED. |
| 11803 | 11/6/2013 | EXPARTE/CONSENT MOTION to File Under Seal *Memorandum in Aid of Magistrate Judge's In Camera Review of Discovery from Special Master* by Glen J. Lerner. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Filing Under Seal)(Reference: 12-970)(Hardin, Pauline) |
| 11817 | 11/07/2013 | SEALED Manual Attachment Received re 11803 MOTION to File Under Seal  Memorandum in Aid of Magistrate Judge's In Camera Review of Discovery from Special Master filed by Glen J. Lerner. |
| 11829 | 11/8/2013 | MOTION to Expedite *Consideration of Their Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers* ( 11288 ) by by Jon Andry, Glen J. Lerner, AndryLerner, LLC. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)( |
| 11830 | 11/8/2013 | OBJECTIONS to and MOTION to Amend the Order Granting the Special Master Additional Powers by Jon Andry, Glen J. Lerner, AndryLerner, LLC (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit A - F, # 4 Proposed Order) |
| 11835 | 11/12/2013 | ORDERED that the deadline for filing motions, objections, or otherwise responding to the Special Master's report is extended to Monday, December 16, 2013. |
| 11837 | 11/12/2013 | ORDERED that 11830 the AndryLerner Interests' Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers are OVERRULED and DENIED. |
| 11842 | 11/12/2013 | MOTION for Status Conference to Establish Procedures for Adjudication of Charges by Jon Andry. (Attachments: # 1 Motion for Oral Argument, # 2 Proposed Order) |
| 11847 | 11/13/2013 | ORDERED that Glen Lerner's 11773 Motion for Expedited Consideration of Objections to Magistrate Judge Shushan's Rulings and the attached Objections to Rulings on Glen Lerner's Motions to Compel Discovery are DENIED. |
| 11849 | 11/14/2013 | MOTION to Join Jonathan Andry's Request for Status Conference to Establish Procedures by Glen J. Lerner . (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 12-970) |
| 11850 | 11/14/2013 | OBJECTION TO REPORT AND RECOMMENDATIONS re 11729 Order on Second Motion for Production of Documents by Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support) |

| ECF No. | Date | Pleading |
|---|---|---|
| 11851 | 11/14/2013 | EXPARTE/CONSENT MOTION to File Under Seal Memorandum in Aid of Magistrate Judge's In Camera Review of Discovery from Special Master by Andry Law Firm. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) |
| 11854 | 11/15/2013 | ORDER: Before the Court is The Andry Law Firm, LLC's Motion to Review, and/or Objections to, Magistrate Judge Shushan's Rulings on The Andry Law Firm's Motions for Production. (Rec. 11850 ); IT IS ORDERED that the Motion/Objection is DENIED at this time for the same reasons the Court denied similar objections/motions by Glen Lerner. (See Rec. Doc. 11847 ) Likewise, The Andry Law Firm may refile its objections after the Magistrate Judge has ruled upon all of the referred discovery matters. Signed by Judge Carl Barbier on 11/15/13. |
| 11858 | 11/15/2013 | ORDER: Before the Court are Jon Andry's Request for Status Conference to Establish Procedures for Adjudication of Charges (Rec. Doc. 11842 ), Glen Lerner's Motion to Join in same (Rec. Doc. 11849 ), and a Joint Motion to Set Status Conference (Rec. Doc. 11434 ); IT IS ORDERED that these motions are DENIED at this time. |
| 11865 | 11/18/2013 | NOTICE of Joinder in Jon Andry's Request for Status Conference to Establish Procedures for Adjudication of Charges and Motion for Oral Argument, 11842  by Christine Reitano . |
| 11866 | 11/18/2013 | MOTION to Clarify Court's Denial of Their Motion to Expedite Objections to and Motion to Amend the Order Granting the Special Master Additional Powers *(Rec. Doc. 11837 )* by Jon Andry, Glen J. Lerner, and AndryLerner LLC. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) |
| 11910 | 12/02/2013 | ORDERED that the motions of Glen Lerner and the Andry Law Firm to file under seal (Rec. docs. 11803 and 11851 ) are DENIED in part and GRANTED in part. The memoranda may be filed under seal, but they must be served on the Special Master. Signed by Magistrate Judge Sally Shushan. |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 11927 | 12/5/2013 | ORDER re 11866 Jon Andry, Glen J. Lerner, and Andry Lerner, LLC's Motion to Clarify Court's Denial of their Motion to Expedite Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers; The Court makes clear that it denies all substantive relief requested in the Movers' objection and motion filed on November 8, 2013 (Rec. Doc. 11830 ), including Movers' request to strike the Special Master"s power to file reply briefs and to file "clawback" actions. In all other respects, Movers' Motion to Clarify Court's Denial of their Motion to Expedite Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers (Rec. Doc. 11866 ) is DENIED. |
| 11929 | 12/5/2013 | MOTION to Modify Order of 11/12/13 by Jonathan Andry . (Attachments: # 1 Proposed Order, # 2 Memorandum in Support) |
| 11934 | 12/6/2013 | ORDER denying 11929 Jonathan Andry's Motion to Modify Order of November 12, 2013. |
| 11945 | 12/06/2013 | SEALED Manual Attachment Received re 11851 MOTION to File Under Seal Memorandum in Aid of Magistrate Judge's In Camera Review of Discovery from Special Master filed by Andry Law Firm. |
| 11957 | 12/13/2013 | EXPARTE/CONSENT MOTION for Extension of Time to File Response by claimant The Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order. |
| 11979 | 12/16/2013 | ORDER re 11957 The Andry Law Firm, LLC's Motion for Extension of Time; ORDERED that the deadline for filing motions, objections, or otherwise responding to the the Special Master's report be extended until January 17, 2013. |
| 11988 | 12/16/2013 | RESPONSE TO ORDER TO SHOW CAUSE by Glen Lerner re 11288 Order and Objections to Special Master's Report . (Attachments: # 1 List of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10SEALED Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34)( |
| 11990 | 12/16/2013 | Third Supplemental Memorandum filed by Christine Reitano, in Opposition to 11287 REPORT of Special Master Louis J. Freeh and Reservation of Rights. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) |

11

| ECF No. | Date | Pleading |
|---------|------|----------|
| 11991 | 12/16/2013 | RESPONSE TO ORDER TO SHOW CAUSE by Andry Lerner, L.L.C. re 11287 Status Report, 11288 Order and Objections to Special Master's Report. |
| 12001 | 12/17/2013 | EXPARTE/CONSENT MOTION for Protective Order by Louis J. Freeh, Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, Andry Lerner, LLC, The Andry Law Firm, LLC. (Attachments: # 1 Proposed Order) |
| 12006 | 12/17/2013 | Amendment/Supplement to Document by Andry Lerner, L.L.C. re 11991 Response to Order to Show Cause |
| 12007 | 12/7/2013 | EXPARTE/CONSENT MOTION Supplement Doc. 11990 with Exhibit by Christine Reitano. (Attachments: # 1 Proposed Order) |
| 12018 | 12/18/2013 | ORDER granting 12007 Christine Reitano's Motion to supplement doc #11990. |
| 12020 | 12/18/2013 | STIPULATED PROTECTIVE ORDER re Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, Andry Lerner, LLC, and The Andry Law Firm, LLC as set forth in document. |
| 12022 | 12/18/2013 | Memorandum In Opposition to the Report of Special Master Louis Freeh by Lionel Sutton, III (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) |
| 12026 | 12/19/2013 | ORDER re 11619 Motions to Compel Discovery from Special Master (Rec. docs. 11610 , 11619 , 11643 , 11644 , 11666 , 11414 and 11681 . It is ORDERED that by 12/24/2013, the Special Master shall make the additional production as provided herein and file a certificate stating that he has complied fully with the terms of this order. The deadline for an appeal of this order is 1/3/2014. Signed by Magistrate Judge Sally Shushan. (Attachments: # 1 Declaration of Gregory A. Paw) |
| 12029 | 12/19/2013 | **ORDER (Filed Under Seal)** Granting Motion to Approve Procedure for Payment of Certain Claims of Clients of the AndryLerner law firm.  Claims identified in Attachment A to Order are cleared for payment or other processing by CAO |
| 12052 | 12/23/2013 | Notice of Compliance  by Louis J. Freeh, Special Master re Magistrate Judge Shushan's Order of 12/19/13 re Motions to compel discovery. (Reference: all cases)(Paw, Gregory) |
| 12068 | 12/30/2013 | EXPARTE/CONSENT MOTION to Seal the Joint Motion to Modify Order Dated December 19, 2013 Approving Procedure for Payment of Certain Claims of Clients of Law Firm by Special Master Louis J. Freeh, Andry Lerner, L.L.C. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Documents Under Seal)(Reference: 12-970)(Draper, Douglas) Modified docket text on 12/31/2013 (jtd). (Additional attachment(s) added on 12/31/2013: # 3 Joint Motion to Modify 12/19/13 Order, # 4 Proposed Order for Joint Motion to Modify 12/19/13 Order) |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 12077 | 1/2/2014 | **ORDER (Filed Under Seal)** Granting Joint Motion to Modify Order Dated December 19, 2013 Approving Procedures for Payment of Certain Claims of Clients of the AndryLerner Law Firm |
| 12082 | 1/03/2014 | OBJECTIONS/MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court re 12026 Order by Glen J. Lerner . (Attachments: # 1 Notice of Submission)(Reference: 12-970)(Hardin, Pauline) Modified on 1/6/2014 (gec, ). (Additional attachment(s) added on 1/6/2014: # 2 SEALED Exhibits, # 3 SEALED Exhibits, # 4 SEALED Exhibits) |
| 12083 | 1/03/2014 | EXPARTE/CONSENT MOTION to Expedite Hearing on Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel by Glen J. Lerner. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order. |
| 12084 | 1/03/2014 | EXPARTE/CONSENT MOTION to File Under Seal Exhibit A in Support of Lerner's Objections to Magistate Judge Shushan's Rulings on Lerner's Motions to Compel Disclosures and Incorporated Memorandum by Glen J. Lerner. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal) |
| 12085 | 1/03/2014 | MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court re 12026 Order by the Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support, # 2 Request for Oral Argument) |
| 12091 | 1/03/2014 | Request/Statement of Oral Argument by the Andry Law Firm, LLC regarding 12085 MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court. |
| 12097 | 1/06/2014 | ORDER granting 12084 Glen J. Lerner's MOTION to File Under Seal Exhibit A in Support of Lerner's Objections to Magistate Judge Shushan's Rulings on Lerner's Motions to Compel Disclosures. |
| 12118 | 1/10/2014 | MOTION to Join Glen Lerner's Objections to Mag Shushan's Rulings by Jon Andry. (Attachments: # 1 Proposed Order) |
| 12140 | 1/15/2014 | ORDER granting 12118 Motion to Join Glen Lerner's Objections to Magistrate Shushan's rulings. Signed by Judge Carl Barbier on 1/14/2014. |
| 12165 | 1/17/2014 | Response/Reply by Defendant Jon Andry to the Special Master's Report 11287 . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)( |
| 12169 | 1/17/2014 | Supplemental RESPONSE TO ORDER TO SHOW CAUSE and Objections to Special Master's Report 11287 by Defendant Glen J. Lerner. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G) |

| ECF No. | Date | Pleading |
|---|---|---|
| 12172 | 1/17/2014 | OBJECTIONS and Response by the Andry Law Firm re 11287 Report of Special Master Louis J. Freeh. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) |
| 12174 | 1/17/2014 | REPORT of Special Master Louis J. Freeh, January 17, 2014. |
| 12175 | 1/172014 | **DEFICIENT** MOTION to Strike 11287 Status Report and Submission of Response on Behalf of Gilbert "Gibby" Andry, IV by Movant Gilbert Gibby Andry, IV. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission) |
| 12176 | 1/17/2014 | **DEFICIENT** Request/Statement of Oral Argument by Movant Gilbert Andry, IV regarding 12175 MOTION to Strike 11287 Status Report and Submission of Response on Behalf of Gilbert "Gibby" Andry, IV. |
| 12180 | 1/17/2014 | EXPARTE/CONSENT MOTION for Leave to File to File Response to Class Counsel's Comments on the Special Master's Report by Defendant BP. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading) |
| 12181 | 1/17/2014 | WITHDRAWN per Order #12218. Supplemental OBJECTIONS by Andry Lerner, L.L.C. to the Special Master's Report 11287 . (Attachments: # 1 Shapiro Declaration, # 2 Hazard Declaration) |
| 12182 | 1/17/2014 | WITHDRAWN per Order #12218. EXHIBITS to 12181 Supplemental Ojections by Andry Lerner, L.L.C. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 17A, # 19 Exhibit 18, # 20 Exhibit 18A, # 21 Exhibit 19, # 22 Exhibit 19A, # 23 Exhibit 19B, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26, # 31 Exhibit 27, # 32 Exhibit 28, # 33 Exhibit 29, # 34 Affidavit) |
| 12206 | 1/22/2014 | OBJECTIONS to Continuance of Special Master by Defendant Jon Andry. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Memorandum in Support, # 4 Exhibit)( |
| 12213 | 1/23/2014 | OBJECTIONS to Continued Appointment of Louis J. Freeh as Special Master by Glen J. Lerner. |
| 12218 | 1/24/2014 | ORDER granting 12205 Andry Lerner, LLC's Motion to Withdraw Andry Lerner, LLC's Supplemental Objections to Special Master's Report; ORDERED, that the Supplemental Objections to Special Master's Report and attending exhibits (Rec. Docs. 12181 and 12182 ) are withdrawn from the record of this case. |
| 12219 | 1/24/2014 | OBJECTIONS by Christine Reitano to Continued Appointment of Louis Freeh as Special Master |

| ECF No. | Date | Pleading |
|---|---|---|
| 12222 | 1/24/2014 | ORDER: Before the Court are several objections to the continued appointment of Louis J. Freeh as Special Master. (Rec. Docs. 12206 , 12213 , 12219 ) IT IS ORDERED that these objections are OVERRULED. |
| 12246 | 1/27/2014 | EXPARTE/CONSENT MOTION to Schedule Motion to Strike for Hearing  by Movant Gilbert "Gibby" Andry, IV. (Attachments: # 1 Proposed Order) |
| 12247 | 1/27/2014 | MOTION to Strike 11287 Status Report and Submission of Response by Movant Gilbert "Gibby" Andry, IV. (Attachments: # 1 Memo in Support) |
| 12248 | 1/27/2014 | Request/Statement of Oral Argument by Movant Gilbert "Gibby" Andry, IV regarding 12247 MOTION to Strike 11287 Status Report and Submission of Response. |
| 12254 | 1/29/2014 | MOTION to Order Production of Certain Documents from Special Master Freeh and to Set Schedule by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 (Letter to Special Master Freeh), # 3 Exhibit 2 (Letter from Freeh Group), # 4 Proposed Order) |
| 12271 | 1/31/2014 | MOTION to Vacate 10564 Order Appointing Louis Freeh as Special Master and to Disqualify Special Master Louis Freeh by The Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order. |
| 12277 | 1/31/2014 | MOTION to Release Hold on Payment to The Andry Law Firm by Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support) |
| 12278 | 1/31/2014 | MOTION to Hold BP in Contempt of Court  by the Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support) |
| 12308 | 2/10/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Glen J. Lerner re 12254 MOTION to Order Production of Certain Documents from Special Master Freeh and to Set Schedule. (Attachments: # 1 Exhibit A) |
| 12315 | 2/10/2014 | JOINDER by Andry Lerner, L.L.C. to Glen J. Lerner's 12308 Response/Memorandum in Opposition to 12254 MOTION to Order Production of Certain Documents from Special Master Freeh and to Set Schedule. |
| 12316 | 2/10/2014 | RESPONSE to Motion filed by Defendant Christine Reitano re 12254 MOTION to Order Production of Certain Documents from Special Master Freeh and to Set Schedule. |
| 12318 | 2/10/2014 | RESPONSE to Motion filed by Andry Law Firm, L.L.C. re 12254 MOTION to Order Production of Certain Documents from Special Master Freeh and to Set Schedule. |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 12320 | 2/11/2014 | MOTION to Seal *Joint Motion for Entry of Amended and Superseding Order Amending January 2, 2014 Order [Doc. 12077] Granting Joint Motion to Modify Order Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm* by Louis J. Freeh. (Attachments: # 1 Proposed Order, # 2 Notice Of Filing Under Seal) |
| 12321 | 2/12/2014 | **(Filed Under Seal)** Amended and Superseding Order |
| 12339 | 2/14/2014 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss by Lionel H. Sutton, III. (Attachments: # 1 Memorandum in Support, # 2 Exhibits) |
| 12389 | 2/21/2014 | Response/Reply by Defendant BP to 12172 Objections of the Andry Law Firm to the Freeh Report. |
| 12393 | 2/21/2014 | REPLY to Response to Motion filed by Louis J. Freeh re Responses, Objections and Motions Filed by the Show Cause Parties. (Attachments: # 1 Exhibit A, # 2 Exhibit B) |
| 12412 | 02/24/2014 | REPLY to Response to Motion filed by Louis J. Freeh re 12107 MOTION of the Special Master for Return of Payments Made to Casey C. Thonn and Others (Reply to Response of Lionel Sutton) 12339 MOTION to Dismiss. |
| 12427 | 2/24/2014 | Return of Service of Motion and Order served on Jonathan B. Andry (registered agent for Andry Lerner LLC) on 2/24/2014.( |
| 12434 | 2/27/2014 | MOTION for Leave to File *Response to Special Master's Reply to Responses, Objections, and Motions Filed by the Show Cause Parties* by Glen J. Lerner. |
| 12436 | 2/28/2014 | ORDER denying 12254 Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule. Signed by Judge Carl Barbier on 2/28/14. |
| 12446 | 3/5/2014 | ORDERED that the 12434 Motion for Leave to File Response to Special Master's Reply to Responses, Objections, and Motions Filed by the Show Cause Parties is DENIED. THE COURT WILL ACCEPT NO FURTHER FILINGS RELATING TO THE SEPTEMBER 6, 2013 SHOW CAUSE ORDER AND SPECIAL MASTER'S REPORT. |
| 12467 | 3/07/2014 | EXPARTE MOTION for Entry of Order re (Christine Reitano's Motion to Dismiss - Doc 11683) by Christine Reitano. (Attachments: # 1 Proposed Order) |
| 12614 | 3/31/2014 | MOTION for Leave to File *Motion for Discovery Regarding Expedited Claims* by Glen J. Lerner. Motion(s) referred to Sally Shushan. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Taylor, William) (Additional attachment(s) added on 4/1/2014: # 2 Proposed Pleading - Motion, # 3 Proposed Pleading - Memorandum, # 4 Proposed Pleading - Exhibit, # 5 Proposed Pleading - Proposed Order) |

| ECF No. | Date | Pleading |
|---|---|---|
| 12634 | 4/3/2014 | ORDER denying 12614 Glen J. Lerner's Motions for discovery on expedited claims and leave to file. |
| 12656 | 4/8/2014 | Supplemental Exhibit to 11683 MOTION to Dismiss for Lack of Jurisdiction, Insufficient Service of Process and Failure to State a Claim Upon Which Relief May Be Granted by Christine Reitano. (Attachments: # 1 Supplement) |
| 12663 | 4/11/2014 | MOTION for Discovery Regarding Expedited Claims by Lionel H. Sutton III. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) |
| 12668 | 4/14/2014 | ORDERED that Lionel Sutton's 12663 Motion for Discovery on Expedited Claims is DENIED. |
| 13134 | 7/14/2014 | EXPARTE/CONSENT MOTION to Seal Exhibit 9 *of Lerner's Response to the Court's September 6, 2013 order to Show Cause and Objections to Special Master's Report* by Defendant Glen J. Lerner. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal) |
| 13137 | 7/15/2014 | Response to 12794 Order Special Master's Proposed Form for Entry of Final Judgment Regarding Claims Filed by Casey C. Thonn with the Deepwater Horizon Economic Claims Center by Louis J. Freeh. (Attachments: # 1 Proposed Order - Proposed Form for Entry of Final Judgment) |
| 13146 | 7/16/2014 | ORDER granting 13134 Glen J. Lerner's Motion to Seal Document re Exhibit 9 to document 11988 (Glen J. Lerner's Response to the Court's September 6, 2013 Order to Show Cause and Objections to Special Master's Report) |

| ECF No. | Date | Pleading |
|---|---|---|
| 13150 | 7/16/2014 | JUDGMENT under Rule 54(b): For the reasons stated in the Court's Order and Reasons dated April 29, 2014 (Rec. Doc. 12794), IT IS ORDERED, ADJUDGED AND DECREED THAT: 1. The DHECC claim awards in favor of Casey C. Thonn based upon Claim 19690 and Claim 19691 are hereby RESCINDED and VACATED; 2. Judgment is entered against Casey C. Thonn, requiring Thonn to make restitution to the DHECC in the amount of $357,002.35, plus post-judgment interest; and 3. Judgment is entered against AndryLerner, LLC, Jonathan Andry and Glen Lerner in the amount of $35,700.24, plus post-judgment interest; and 4. Judgment is entered against Lionel Sutton, III, in the amount of $35,700.23, plus post-judgment interest; and 5. Judgment is entered against Coastal Claims Group, LLC, in the amount of $14,280.10, plus post-judgment interest; and 6. AndryLerner, LLC, Jonathan Andry, Glenn Lerner, Lionel Sutton, III, and Coastal Claims Group, LLC are jointly and severally liable with Casey C. Thonn, but only up to the amounts listed above. In no event shall the total restitution payable to the DHECC exceed $357,002.35; and 7. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and 8. IT IS FURTHER ORDERED that in the event that full restitution as provided in Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process except for Andry Lerner, LLC, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and 9. IT IS FURTHER ORDERED that before any payment is made for attorneys' fees to Andry Lerner LLC, from funds held in escrow pursuant to the Court's Order of December 19, 2013, as amended and superseded, any outstanding balance up to the amount of restitution provided in this Order for Andry Lerner LLC shall be deducted from such funds; and 10. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and DHECC in enforcement of this judgment. |

| ECF No. | Date | Pleading |
|---|---|---|
| 13180 | 7/24/2014 | EXPARTE/CONSENT MOTION File Under Seal AndryLerner, LLC, Jon Andry and Glen J. Lerner's Emergency Motion and Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims by Defendants AndryLerner, LLC, Jon Andry, Glen Lerner . (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal)(Reference: 12-970)(Hardin, Pauline) Modified on 7/24/2014 (gec). (Additional attachment(s) added on 7/24/2014: # 3 SEALED Motion, # 4 SEALED Memorandum, # 5 SEALED Exhibits, # 6 SEALED Proposed Order, # 7 SEALED Request for Oral Argument) |
| 13211 | 7/29/2014 | ORDER granting 13180 Motion to File Under Seal Emergency Motion and Memorandum in Support of the Andry Lerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims. |
| 13212 | 7/24/2014 | (Filed Under Seal) Emergency MOTION for Use of Escrowed Attorney's Fees and Payment of Allowed Claims by AndryLerner, LLC, Jon Andry, Glen Lerner. (Attachments: # 1 Memorandum in Support, # 2 Exhibits, # 3 Proposed Order) |
| 13213 | 7/24/2014 | (Filed Under Seal) Request/Statement of Oral Argument by Defendants AndryLerner, LLC, Jon Andry, Glen Lerner. |
| 13223 | 7/30/2014 | ORDER: Before the Court is the Andrylerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims. (Rec. Doc. 13180, filed under seal); IT IS ORDERED that Special Master Freeh shall file a response, under seal, not later than August 5, 2014, with copies to counsel for the AndryLerner Parties. Any reply by the AndryLerner Parties shall be filed within three days of the Special Master's response, excluding any holidays and weekends, and shall not exceed three pages. Thereafter, the Court will take the matter under advisement. The request for oral argument is DENIED. |
| 13232 | 7/31/2014 | (Filed Under Seal) SEALED Response of the Special Master to the Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims (Rec Doc 13212 ). |
| 13233 | 7/31/2014 | MOTION to Alter Judgment re 13150 by Andry Lerner, L.L.C., John Andry, Glen Lerner (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) |

| ECF No. | Date | Pleading |
|---|---|---|
| 13254 | 8/5/2014 | EXPARTE/CONSENT MOTION to File Under Seal The AndryLerner Parties' Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims by Defendants AndryLerner, LLC, Jon Andry, Glen Lerner. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal)(Reference: 12-970)(Hardin, Pauline) (Additional attachment(s) added on 8/5/2014: # 3 SEALED Reply Memorandum, # 4 SEALED Exhibits) (gec). |
| 13256 | 8/5/2014 | ORDER: Before the Court is the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims (Rec. Doc. 13212) and the Special Master's response to same (Rec. Doc. 13232). For essentially the reasons set forth in the Special Master's response, IT IS ORDERED that the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney Fees and Payment of Allowed Claims (Rec. Doc. 13212) is DENIED. |
| 13257 | 8/05/2014 | ORDER: Before the Court is AndryLerner LLC, et al.'s Motion to Alter or Amend Order Dated July 16, 2014 in Connection with the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others. (Rec. Doc. 13233) The Court has considered the motion and supporting papers, but finds that the requested relief should be denied. Accordingly, IT IS ORDERED that the Motion to Alter or Amend Order Dated July 16, 2014 in Connection with the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others (Rec. Doc. 13233) is DENIED. |
| 13259 | 8/06/2014 | MOTION to Remand to State Court 25th JDC and for Attorney Fees and Costs by Plaintiffs Gilbert V. Andry IV, Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support) |
| 13261 | 8/7/2014 | ORDER granting 13254 Motion to Seal. Signed by Judge Carl Barbier on 8/5/2014. |
| 13262 | 8/5/2014 | **(Filed Under Seal)** Reply Memorandum in Support of the AndryLerner Parties' Emergency Motion for Use of Escrowed Attorney's Fees and Payment of Allowed Claims by Defendants AndryLerner, LLC, Jon Andry, Glen Lerner. |
| 13291 | 8/15/2014 | EXPARTE/CONSENT MOTION to File Under Seal Their Ex Parte Motion and Incorporated Memorandum for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment on Thonn Clawback Motion by Defendants AndryLerner LLC, Jonathan Andry & Glen Lerner. (Attachments: # 1 Proposed Order, # 2 Notice of Filing Under Seal) |

| ECF No. | Date | Pleading |
|---|---|---|
| 13317 | 8/22/2014 | **(Filed Under Seal)** EXPARTE MOTION for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment on the Thonn Clawback Motion by Defendants AndryLerner LLC, Jonathan Andry, Glen Lerner. (Attachments: # 1 Exhibit A, # 2 Proposed Order) |
| 13330 | 8/27/2014 | **(Filed Under Seal)** SEALED: OPPOSITION of the Special Master to the Andry Lerner Parties' 13317 MOTION for Use of Escrowed Attorney's Fees to Satisfy Court's July 16, 2014 Final Judgment. |
| 13347 | 9/2/2014 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages *Memorandum in Support of Motion to Remove Claims Administrator* by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Proposed Order - Motion for Leave to File, # 2 Proposed Pleading - Motion to Remove Claims Administrator, # 3 Proposed Order - Motion to Remove Claims Administrator, # 4 Proposed Order - Recusal of Claims Administrator, # 5 Proposed Pleading - Memorandum in Support of Motion to Remove Claims Administrator, # 6 Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32A , # 38 SEALED Exhibit 32B per Order #13432) |
| 13351 | 9/3/2014 | ORDER: Status Conference IN COURT set for 9/24/2014 on 9:30 AM before Judge Carl Barbier. The purpose of the Status Conference is to address procedural issues surrounding the Court's Show Cause Order of September 6, 2013. (Rec. Doc. 11288 ). Counsel for the Show Cause Parties identified on page 3 of Show Cause Order shall attend. |

| ECF No. | Date | Pleading |
|---------|------|----------|
| 13357 | 9/4/2014 | ORDER RESCHEDULING STATUS CONFERENCES: On Tuesday, September 23, 2014, at 2:00 p.m., the Court will hold a Status Conference to address procedural issues surrounding the Court's Show Cause Order of September 6, 2013. Counsel for the Show Cause Parties identified on page 3 of the Show Cause Order shall attend. This Status Conference replaces the one previously scheduled for Wednesday, September 24. On Wednesday, September 24 at 9:00 a.m., the Court will hold a Status Conference during which it will hear oral arguments regarding (1) BP's Motion for Restitution and Injunctive Relief, (2) the OPA Test Case Plaintiffs' Motion to Strike Affirmative Defenses and Motion in Limine Regarding Potential Third-Party Fault, Including Application of Any Alleged "Superseding" Cause Defense Premised on Governmental Action or Inaction Following the Spill, and (3) the Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions. Liaison Counsel may suggest other matters for the Court to consider at this Status Conference. This Status Conference replaces the one previously scheduled for Thursday, September 25. |
| 13407 | 9/18/2014 | EXPARTE/CONSENT MOTION for Leave to File *Memorandum Concerning Procedures for Resolution of Show Cause Order* by Defendant Glen J. Lerner. (Attachments: # STRICKEN per Order #13415 - (1) Exhibit A, # 2 Proposed Order) |
| 13415 | 9/19/2014 | ORDER denying 13407 Glen J. Lerner's Motion for Leave to File Memorandum Concerning Procedures for Resolution of Show Cause Order. FURTHER ORDERED that Glen Lerner's proposed memorandum |
| 13433 | 9/23/2014 | Minute Order. Proceedings held before Judge Carl Barbier: Status Conference (held 9-23-14) re SHOW CAUSE ORDER 11288 As to Show cause parties: Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms. ORDERED that all pending motions and objections pertaining to subject matter jurisdiction, personal jurisdiction, service or sufficiency of process, the Special Master's authority, etc., [E.g., 11683, 11988, 12467, 12646, 12656] are DENIED and OVERRULED for reasons stated. ORDERED that objections to or appeals from Magistrate Shushan's discovery orders regarding this matter are OVERRULED for reasons stated. [12082, 12083, 12085, 12118]; Requests for an evidentiary hearing were argued. The matter was taken under advisement. ORDERED that the attached "Special Master Investigative Files - Phase 1," produced by Greg Paw on behalf of the Special Master, be admitted into the record. |
| 13434 | 9/24/2014 | Exhibit List: Status Conference of September 23, 2014. (Attachments: # 1 Special Master Investigative Files - Phase 1) |

| ECF No. | Date | Pleading |
|---|---|---|
| 13440 | 9/26/2014 | ORDER: Scheduling Hearing Re: Show Cause Order of September 6, 2013; ORDERED that, pursuant to Federal Rule of Civil Procedure 53(f)(1), the Court will hold a hearing on Friday, November 7, 2014, at 8:00 a.m. for the purpose of considering objections to the Special Master's report. The Court anticipates that this hearing will take one day. FURTHER ORDERED that by Friday, October 17, 2014, the parties are to exchange and file with the Court papers identifying: 1. any person a party intends to call as a live witness; 2. any additional documents or exhibits a party will seek to introduce at the hearing; and 3. a list of specific factual issues a party believes are in dispute and must be decided by the Court. The parties may agree to use affidavits or declarations in lieu of live testimony. No further discovery will be allowed. |
| 13504 | 10/17/2014 | Memorandum by Louis J. Freeh re 11287 Status Report, pursuant to 13440 Order *Special Masters Memorandum Concerning Hearing on Objections to Special Masters Report.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) |
| 13505 | 10/17/2014 | Response/Reply by Andry Lerner, L.L.C. to 13440 Order *of September 26, 2014 Regarding Evidentiary Hearing.* |
| 13506 | 10/17/201 | Witness, Exhibit and Issue List by Lionel Howard Sutton. (Attachments: # 1 Exhibit Agreement [Executed], # 2 Exhibit Agreement [Draft], # 3 Exhibit Emails, # 4 Exhibit Letter)( |
| 13507 | 10/17/2014 | Response/Reply by Glen J. Lerner to 13440 Order *of September 26, 2014 Regarding Evidentiary Hearing.* (Attachments: # 1 Exhibit Summary Exhibit |
| 13508 | 10/17/2014 | Response/Reply by Andry Lerner, L.L.C. to 13440 Order *of September 26, 2014 Regarding Evidentiary Hearing.* |
| 13509 | 10/17/2014 | RESPONSE by Christine Reitano *Submission for Hearing on November 7, 2014.* |
| 13517 | 10/17/2014 | Witness, Exhibit & Issue List by The Andry Law Firm, LLC. |
| 13518 | 10/17/2014 | Memorandum/Submission by Gibby Andry re 11287 Status Report, pursuant to 13440 Order. |
| 13535 | 10/21/2014 | EXPARTE/CONSENT MOTION for Leave to File *Supplemental Submission for Hearing on Nov. 7, 2014* by Defendant Christine Reitano. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading) |
| 13614 | 11/04/2014 | ORDER denying as moot 12246 Gilbert (Gibby) V. Andry, IV's Motion to schedule hearing on his motion to strike. Signed by Judge Carl Barbier on 11/4/14. |

| ECF No. | Date | Pleading |
|---|---|---|
| 13626 | 11/6/2014 | AFFIDAVIT of Christine Reitano *for Submission in Evidence at November 7, 2014 Hearing for Show Cause Parties.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9A 9B 9C, # 10 Exhibit 10, # 11 Exhibit 11) |
| 13645 | 11/7/2014 | Minute Entry for proceedings held before Judge Carl Barbier: Evidentiary Hearing re Show Cause Order 11288 held on 11/7/2014. |
| 13675 | 11/20/2014 | TRANSCRIPT of Evidentiary Hearing held on November 7, 2014 before Judge Carl J. Barbier. |
| 13689 | 11/20/2014 | Exhibit List of Evidentiary Hearing held 11-7-14. |
| 13690 | 11/20/2014 | NOTICE for removal of exhibits RE: EVIDENTIARY HEARING held on November 7, 2014 |
| 13691 | 11/20/2014 | ORDERED that within 14 days of the date of this order, counsel must deliver to the Case Manager two (2) sets of compact discs containing ONLY copies of exhibits admitted at the EVIDENTIARY HEARING, RE SHOW CAUSE ORDER 11288, held on November 7, 2014. |
| 14205 | 2/18/2015 | ORDER re 14198 Notice by the Special Master of satisfaction of Judgment: ORDERED that the Clerk of Court shall note upon the docket sheet of the case that: 1. The Final Judgment as to Coastal Claims Group, LLC, has been satisfied; and 2. The Final Judgment as to Lionel Sutton, III, has been satisfied; and 3. The remaining restitution payable under the Final Judgment to the DHECC by Thonn, AndryLerner, LLC, Jonathan Andry and Glen Lerner shall not exceed $307,022.02. |
| 14221 | 2/26/2015 | ORDER Concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions as set forth in document. |
| 14284 | 3/24/2015 | NOTICE OF APPEAL by Defendant Glen J. Lerner as to 14221 Order. |
| 14286 | 3/24/2015 | MOTION to Amend/Correct 14221 Order by Andry Lerner, L.L.C. (Attachments: # 1 Memorandum in Support)( |
| 14334 | 3/27/2015 | NOTICE OF APPEAL by Defendant Jonathan B. Andry |
| 14357 | 3/31/2015 | TRANSCRIPT of Motion Hearing held on July 19, 2013 before Judge Carl J. Barbier. |
| 14358 | 3/31/2015 | TRANSCRIPT of Status Conference held on September 23, 2014 before Judge Carl J. Barbier. |

| ECF No. | Date | Pleading |
|---|---|---|
| 14458 | 04/22/2015 | ORDER: Before the Court is a motion (Rec. Doc. 14286) filed by Andry Lerner LLC, seeking to alter or amend the Court's Orders of February 26, 2015 (Rec. Doc. 14221) and February 12, 2014 (Rec. Doc. 12321). Upon consideration of the motion, IT IS ORDERED that the motion is GRANTED as to the request to make payment from the escrow account established pursuant to the February 12, 2014 Order to the Court-Supervised Settlement Program of the full amount of legal fees deducted by Andry Lerner, without any credit for any referral fees or other payments made by Andry Lerner from such deducted legal fees, from any CSSP claim where restitution to the CSSP is awarded; and FURTHER ORDERED that the escrow account shall immediately pay the CSSP the judgment against Andry Lerner in the Thonn case of $35,702.35, plus post-judgment interest from July 16, 2014; and FURTHER ORDERED that the motion is denied in all other respects. |

May 14, 2015

Respectfully submitted,

/s/ William W. Taylor, III
William W. Taylor, III (D.C. Bar #84194)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, D.C. 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
JONES WALKER LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Facsimile: (504) 589-8110
phardin@joneswalker.com

Attorneys for Glen J. Lerner

_/s/ Jonathan B. Andry_
Jonathan B. Andry (La. Bar #20081)
ANDRY LAW GROUP
610 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-5535
Facsimile: (504) 586-8933
jandry@andrylawgroup.com

_Pro Se_


_/s/ Gregory A. Paw_
Gregory A. Paw
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, N.J. 08543-5276
Telephone: (609) 452-0808
Facsimile: (609) 452-1147
paw@freehgroup.com

_Counsel for Special Master Louis J. Freeh_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Joint Designations for Record on Appeal in Fifth Circuit Case Number 15-30265 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of May, 2015.

*/s/ William W. Taylor, III*
William W. Taylor, III

.