UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates to: 10-3896** | * | **Judge Barbier** |
| | * | |
| * * * * * * * * * * * * * | * | **Magistrate Judge Shushan** |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel comes plaintiff, DuWayne Mason, and upon suggesting to this Honorable Court that he wishes to enroll as additional counsel Nancy J. Marshall, Joseph L. McReynolds and Andrew J. Baer along with the firm of Deutsch, Kerrigan & Stiles, it is respectfully requested that the Court enter the order submitted simultaneously herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 14th day of May, 2015.

/s/Scott E. Silbert

Respectfully submitted,

/s/Scott E. Silbert
Scott E. Silbert, T.A. (12068)
Silbert, Garon, Pitre & Friedman
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270
scott@sgpflaw.com