UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **This Document Relates to: 10-3896** | * | Judge Barbier |
| | * | |
| * * * * * * * * * * * * * | * | Magistrate Judge Shushan |

## ORDER

**WHEREFORE**, it is hereby ordered that Nancy J. Marshall (Bar No. 08955), Joseph L. McReynolds (Bar No. 01947) and Andrew J. Baer (Bar No. 35638) along with the firm of Deutsch, Kerrigan & Stiles be and they hereby are enrolled as additional counsel of record on behalf of plaintiff, DuWayne Mason.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
United States District Judge