UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION J (1) |
| THIS DOCUMENT RELATES: | JUDGE BARBIER |
| Case No. 2:12-CV-970 | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING THE FOREGOING** Motion by St. Vincent VI, Inc., to Withdraw Motion to Enforce Receipt and Release Letter Contract Entered into with British Petroleum, Inc., and Incorporated Memorandum in Support (the "Motion"), **IT IS ORDERED** that the Motion **BE** and **HEREBY IS** granted and that the Motion by St. Vincent VI, Inc., to Enforce Receipt and Release Letter Contract Entered into with British Petroleum, Inc., and Memorandum in Support **BE** and **HEREBY IS WITHDRAWN**.

**SO ORDERED,** this ____ day of May, 2015, at New Orleans, Louisiana.

_____
**JUDGE**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been electronically filed with the Clerk of Court using the File & ServeXpress system which sent notification of the filing to all appropriate parties in MDL 2179 on this 14th day of May, 2015.

_/s Sally Dunlap Fleming_
**SALLY DUNLAP FLEMING**