# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig          MDL 2179
      "Deepwater Horizon" in the
      Gulf of Mexico, on April 20, 2010     SECTION: J (1)

THIS DOCUMENT RELATES:          JUDGE BARBIER

Case No. 2:12-CV-970               MAGISTRATE SHUSHAN

**CONSENT MOTION BY ST. THERESA ANNA, INC.,
TO WITHDRAW
MOTION TO ENFORCE RECEIPT AND RELEASE LETTER AGREEMENT
ENTERED INTO WITH BRITISH PETROLEUM, INC.
AND
INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, comes Claimant, St. Theresa Anna, Inc., (owner of the M/V St. Vincent V) who moves this Honorable Court to withdraw its Motion to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., and Memorandum in Support filed on December 23, 2014, as British Petroleum, Inc. ("BP"), through its representative Scott C. Seiler, has independently reached an agreement with St. Theresa Anna, Inc., to pay the full amount set forth in the Receipt and Release Letter Agreement entered into with BP on December 29, 2011 (hereinafter the "Release").  The parties have agreed that the copy of the Release attached to plaintiffs' motion filed with this Court may be considered a true and correct copy and operate in place of the original Release.  The parties have also agreed that the payment of the amount reflected in the Release shall be paid to plaintiff through the undersigned counsel by June 14, 2015.

**WHEREFORE,** St. Theresa Anna, Inc., moves that an Order be issued withdrawing the Motion by St. Theresa Anna, Inc., to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., and Memorandum in Support filed on December 23, 2014.

**Respectfully submitted this 14th day of May, 2015,**
By:   **The Law Office of Sally Dunlap Fleming, P.L.C.**

*/s Sally Dunlap Fleming*
**SALLY D. FLEMING, Bar Roll No. 20814, T.A.**
**OWEN M. COURRÈGES, Bar Roll No. 31113**
**818 Howard Avenue, Suite 305**
**New Orleans, LA 70113**
**Telephone: (504) 891-3090**
**Telecopier: (504) 895-5190**

**Attorneys for St. Theresa Anna, Inc.**

**Liskow & Lewis**

*/s Don K. Haycraft*
**DON K. HAYCRAFT, Bar Roll No. 14361**
**701 Poydras Street, Suite 5000**
**New Orleans, LA 70139**
**Telephone: (504) 556-4128**
**Telecopier: (504) 556-4108**

**Attorney for British Petroleum, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that the above and foregoing Motion has been electronically filed with the Clerk of Court using the File & ServeXpress system which sent notification of the filing to all appropriate parties in MDL 2179 on this 14th day of May, 2015.

*/s Sally Dunlap Fleming*
**SALLY DUNLAP FLEMING**