IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, comes undersigned counsel, who respectfully moves this Court for an Order withdrawing Terrence J. Lestelle, Andrea S. Lestelle, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, as counsel of record for the following Plaintiffs in this action in accordance with LR 83.2.11:

| Name | Last Known Address | Date Certified Letter Mailed | Document Number | Last Known Telephone Number |
|---|---|---|---|---|
| Carter J. Bias, Jr. | 644 W. Jeansonne St. Apt. 3 Gonzales, LA 70737 | 02/04/15 | 54409 | 225-290-7656 |
| Earl Thomas, Sr. | 1926 Elizaldi Blvd New Orleans, LA 70114 | 02/04/15 | 119962 | 504-503-2364 |

Counsel of record have terminated their relationship with the above-listed Plaintiffs. Each Plaintiff was sent a letter by counsel of record by certified mail notifying him or her of relevant deadlines and pending court appearances as required by LR 83.2.11.

**WHEREFORE,** undersigned counsel, both individually and on behalf of Andrea S.

Lestelle, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, respectfully moves this Court for an Order withdrawing them as counsel of record for Plaintiffs Carter Bias, Jr. (54409) and Earl Thomas, Sr.  (119962).

Dated:  May 15, 2015

Respectfully Submitted,

*/s/Terrence J. Lestelle*
**TERRENCE J. LESTELLE - T.A. – 8540**
**ANDREA S. LESTELLE-8539**
**RICHARD M. MORGAIN-32603**
**LESTELLE & LESTELLE, APLC**
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile:  (504) 828-1229
lestelle@lestellelaw.com

and

**MARTINS I. IMUDIA-24809**
Martins I. Imudia & Associates, APLC 3105
1100 Poydras Street
Suite 2900-162
New Orleans, Louisiana 70163
Telephone: (504) 885-0015

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May, 2015.

Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on all Plaintiffs listed herein on this the 15th day of May, 2015.

                                                                                 */s/Terrence J. Lestelle*_____
                                                                                 Terrence J. Lestelle