**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  CIVIL ACTION <br> *  NO. 2:10-MDL-02179 <br> * <br> *  SECTION "J" |
| This Document Relates to: 10-8888 | *  JUDGE BARBIER <br> * <br> *  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, come counsel of record Terrence J. Lestelle, Andrea S. Lestelle, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, who hereby respectfully request that they be permitted to withdraw as counsel of record for Plaintiffs Carter J. Bias, Jr. (54409) and Earl Thomas, Sr. (119962) in this action for the following reasons:

1. Plaintiffs listed herein retained the law firms of Lestelle & Lestelle, APLC and Martins I Imudia & Associates, APLC to represent them in the Deepwater Horizon Medical Benefits Settlement.

2. Undersigned counsel filed a Direct Filing Short Form for each plaintiff listed herein in the above entitled civil action.

3. Plaintiffs listed herein have been unresponsive to undersigned counsels' attempts to communicate with them by letter and by phone.

4. Plaintiffs listed herein have not contacted undersigned counsel or kept

      counsel informed of their whereabouts.

5.     Plaintiffs listed herein have been uncooperative in undersigned counsels' attempts to prepare and submit the forms and documents required by the Deepwater Horizon Medical Benefits Settlement of each claimant.

6.     Undersigned counsel cannot adequately represent clients who will not cooperate with them.

7.     Letters were sent to all plaintiffs listed herein by certified mail terminating their relationship and notifying each of relevant deadlines and pending court appearances in the above-entitled action as required by LR 83.2.11.

For these reasons, counsel of record respectfully request that the Court accept their request to withdraw as counsel of record for plaintiffs Carter J. Bias, Jr. (54409) and Earl Thomas, Sr. (119962).

Dated:  May 15, 2015

        Respectfully Submitted,

        */s/Terrence J. Lestelle*_____
**TERRENCE J. LESTELLE - T.A. – 8540**
**ANDREA S. LESTELLE-8539**
**RICHARD M. MORGAIN-32603**
**LESTELLE & LESTELLE, APLC**
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile:  (504) 828-1229
lestelle@lestellelaw.com

and
**MARTINS I. IMUDIA-24809**
Martins I. Imudia & Associates, APLC 3105
1100 Poydras Street

2

Suite 2900-162
New Orleans, Louisiana 70163
Telephone: (504) 885-0015

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May, 2015.

  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on all Plaintiffs listed herein on this the 15th day of May, 2015.

                */s/Terrence J. Lestelle*_____
                Terrence J. Lestelle