## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG    *    CIVIL ACTION
"DEEPWATER HORIZON" IN THE    *    NO. 2:10-MDL-02179
GULF OF MEXICO, ON APRIL 20, 2010    *
   *    SECTION "J"
This Document Relates to: 10-8888    *    JUDGE BARBIER
   *
   *    MAGISTRATE SHUSHAN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs Carter J. Bias Jr. (54409) and Earl Thomas, Sr. (119962).

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, are hereby withdrawn as counsel of record for Plaintiffs Carter J. Bias Jr. (54409) and Earl Thomas, Sr. (119962).

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
**U.S. DISTRICT COURT JUDGE**