UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* These Pleadings apply to: No. 2:13-cv-1439 | JUDGE BARBIER MAGISTRATE SHUSHAN |
| | CIVIL ACTION 2:13-cv-1439 SECTION: J JUDGE BARBIER MAGISTRATE SHUSHAN |
| JENSEN BEACH MARKETING, INC., A FLORIDA CORPORATION, ET AL., | |
| Plaintiffs, | |
| v. | |
| BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; BP p.l.c.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; and HALLIBURTON ENERGY SERVICES, INC., | |
| Defendants. | |

## NOTICE OF ATTORNEY CHARGING LIEN

Plaintiffs' counsel, Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates,

and the Law Office of Samuel T. Adams, file this notice of attorney charging lien, and as grounds

therefore state:

1

1.      Plaintiffs' counsel, the law firms of Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams, have all invested great time and expense in providing legal service to the Plaintiffs in the captioned matter until their discharge by the clients.

WHEREFORE, the Counsel for the Plaintiffs, the above law firms, respectfully request the court take note of and protect the charging liens of Douglas S. Lyons, P.A., Lyons & Farrar, P.A., Howard and Associates, and the Law Office of Samuel T. Adams on their files and for their fees and costs.


DOUGLAS S. LYONS
Fla. Bar No.: 128277
Lyons & Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Primary: dougl@lyonsandfarrar.com
Secondary: dawnw@lyonsandfarrar.com

P. Tim Howard
Howard & Associates, Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
tim@howardjustice.com

Samuel T. Adams
154 Roy Lane
Post Office Box 8420
Panama City, Florida 32409
(850) 785-3469 - telephone

(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Attorney Charging Lien has been served

on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance

with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

established in MDL No. 2179; and by mail on Reid's Court, LLC, at 14806 Front Beach

Road, Box 139, Panama City Beach, Florida 32413, this _____ day of May, 2015.


_____
Douglas S. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Williams, Jimmy\N-Charging Lien.wpd