## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION J (1) |
| THIS DOCUMENT RELATES: | JUDGE BARBIER |
| Case No. 2:12-CV-970 | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING THE FOREGOING** Motion by St. Theresa Anna, Inc., to Withdraw Motion to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc., and Incorporated Memorandum in Support (the "Motion"), **IT IS ORDERED** that the Motion **BE** and **HEREBY IS** granted and that the Motion by St. Theresa Anna, Inc., to Enforce Receipt and Release Letter Agreement Entered into with British Petroleum, Inc, and Memorandum in Support (Rec. Doc. 14422) **BE** and **HEREBY IS WITHDRAWN**.

**SO ORDERED,** this 18th day of May, 2015 at New Orleans, Louisiana.

_____
United States District Judge