# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Magistrate Judge SHUSHAN |

## JOINT DESIGNATIONS OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 15-30381

*Counsel Listed on the Final Page*

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 5988 | 03/08/2012 | ORDER granting [5987] Joint Motion, creating transition process, and appointing claims administrator and transition coordinator. Signed by Judge Carl Barbier on 3/8/2012. (Reference: ALL CASES)(blg) (Entered: 03/08/2012) |
| 2:10-md-2179 | 5995 | 03/08/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier.(Reference: ALL CASES)(gec, ) (Entered: 03/08/2012) |
| 2:10-md-2179 | 6269 | 04/18/2012 | MOTION for Conditional and Preliminary Certification of Economic and Property Damage Class for Settlement Purposes, MOTION for Appointment of Class Representative, and MOTION for Appointment of Class Counsel by Interim Class Counsel, and the Plaintiffs' Steering Committee. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A - Class Definition, # (3) Exhibit A-1 (Gulf Coast Area), # (4) Exhibit A-2 (Specified Waters))(Reference: All Cases (including No. 12-970))(Herman, Stephen) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION for Settlement *for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss |

1

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6348 | 04/24/2012 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc., BP American Production Company re [6269] MOTION to Certify Class *for Settlement Purposes*. (Reference: All Cases; 12-970)(Haycraft, Don) Modified on 4/25/2012 (blg) (Entered: 04/24/2012) |
| 2:10-md-2179 | 6412 | 05/02/2012 | AMENDED COMPLAINT *(Economic and Property Damage Class Complaint)* against Defendants filed by Plaintiffs Bon Secour Fisheries, Inc., et al. (Reference: No. 12-970 (and "B1" Bundle Cases))(Herman, Stephen) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |

3

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6414 | 05/02/2012 | Joint Supplemental MOTION for Settlement *Preliminary Approval/Economic and Property Damages* by Interim Class Counsel and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Proposed Order, # (2) Memorandum in Support, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E)(Reference: ALL CASES, and 12-970)(Haycraft, Don) Modified on 5/3/2012 (blg) (Entered: 05/02/2012) |
| 2:10-md-2179 | 6418 | 05/02/2012 | ORDER re Rec. Doc. [6266], [6269], [6276] and [6414], preliminarily and conditionally certifying the Economic and Property Damages Settlement Class and preliminarily approving the proposed Economic and Property Damages Class Settlement. Signed by Judge Carl Barbier on 5/2/2012.(Reference: Actions in B1 Pleading Bundle, VoO Contract Claims, and 12-970)(blg) (Entered: 05/02/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 6453 | 05/07/2012 | ANSWER to [6412] Amended Complaint *for Private Economic Losses and Property Damages* by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/8/2012 (blg) (Entered: 05/07/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6796 | 06/26/2012 | ORDER: [Appointment of Appeal Panelist Pool], Pursuant to Section 6.1.2.2 et seq. of the Economic and Property Damages Settlement Agreement (Rec. doc. 6430-1) the Court appoints the following twenty (20) people as the Appeal Panelist Pool to serve on any appeals, regardless of the amount of the claim: Texas: Robert A. Black, Louisiana: Vincent Fornias, Thomas Foutz, Donald C. Massey, James R. Nieset, Emile Rolfs, Thomas M. Usdin, E. Gregory Voorhies, Mississippi: Alex A. Alston, Donald C. Dornan, Jr., Britt Singletary, Alabama: Reggie Copeland, Jr., Charles J. Fleming, R. Bernard Harwood, Jr., Rodney A. Max, Benjamin T. Rowe, Florida: Thomas F. Condon, Nicholas P. Geeker, Robert N. Heath, Rodney A. Max, Guy Spicola. This appointment is conditioned on each of the people verifying to Magistrate Judge Shushan that he or she is available and able to serve in accordance with the Court's appointment. The appointment to and service on the Appeal Panel is subject to oversight by the Court, which shall retain jurisdiction over the Appeal Panel. Signed by Judge Carl Barbier on 6/26/12.(Reference: all cases)(sek, ) (Entered: 06/26/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7101 | 08/03/2012 | EXPARTE/CONSENT MOTION for Leave to File Memorandum (in Support of Economic Class Settlement) in Excess of Ordinary Page Limitations by Plaintiffs Economic and Property Damage Class Representatives. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Memorandum in Support of Final Approval of Economic and Property Damages Class Settlement, # 3 Exhibit A (in globo) - Seafood Compensation Fund, # 4 Exhibit B (in globo) - GCCF Stated Methodologies, # 5 Affidavit Klonoff, # 6 Affidavit Issacharoff, # 7 Affidavit Herman, # 8 Affidavit Rice - Negotiations, # 9 Affidavit Rice - Seafood Program, # 10 Affidavit Rice - Fees, # 11 Affidavit Bon Secour, # 12 Affidavit Friloux, # 13 Affidavit Gallo, # 14 Affidavit Ft Morgan Realty, # 15 Affidavit GW Fins, # 16 Affidavit Hutto, # 17 Affidavit Irwin, # 18 Affidavit Kee, # 19 Affidavit Tesvich, # 20 Affidavit LKEU, # 21 Affidavit Lundy, # 22 Affidavit Guidry, # 23 Affidavit PCB Dolphin Tours, # 24 Affidavit Sellers, # 25 Affidavit Zeke's)(Reference: B1 Cases; VoO Charter Cases; Bon Secour No.12-970)(Herman, Stephen) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7104 | 08/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Expert Report - Klonoff, # (4) Affidavit Issacharoff, # (5) Affidavit Herman, # (6) Affidavits: Rice - Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7114 | 08/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19 (Part 1), # (21) Exhibit 19 (Part 2), # (22) Exhibit 20, # (23) Exhibit 21, # (24) Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ) (Entered: 08/14/2012) |
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re [7114] MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 . (Attachments: # (1) Exhibit A revision (re Seafood Program), # (2) Exhibit C (Summary of Objections), # (3) Exhibit D (in globo) (GCCF Winding Down), # (4) Affidavit Klonoff - Supplemental Report, # (5) Affidavit Greenwald, # (6) Exhibit Haycraft Ltr (VoO Offset), # (7) Exhibit BP Submission (VoO Offset), # (8) Exhibit Cantor Ltr (VoO Offset), # (9) Exhibit Ltr to Wilson (Customer Mix), # (10) Exhibit Citizen Article, # (11) Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7731 | 10/22/2012 | *Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012* by BP Defendants. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7900 | 11/08/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. [7114], see also Rec. Docs. [7104], [7110]); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. [7112], see also Rec. Docs. [7116], [7113]). The Court took both Motions for Final Approval (Rec. Docs. [7114], [7112]) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek, ) (Entered: 11/15/2012) |
| 2:10-md-2179 | 8138 | 12/21/2012 | ORDER & REASONS Granting Final Approval of the Economic and Property Damages Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 12/21/12. (Reference: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. and All Actions)(sek, ) (Entered: 12/21/2012) |
| 2:10-md-2179 | 8139 | 12/21/2012 | ORDER AND JUDGMENT Granting Final Approval of Economic and Property Damages Settlement and Confirming Certification of the Economic and Property Damages Settlement Class as set forth in document. Signed by Judge Carl Barbier on 12/21/12.(Reference: 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. and All Actions)(sek, ) (Entered: 12/21/2012) |

9

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # (1) Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| 2:10-md-2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re [10185] by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ) (Entered: 06/17/2013) |
| 2:10-md-2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. [10415]) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970)(sek, ) (Entered: 07/16/2013) |
| 2:10-md-2179 | 14416 | 04/14/2014 | ORDER denying 14285 Motion for Leave to File for Authority to File Wetlands Claims in the Deepwater Horizon Economic and Property Damages Settlement by Claimants, Nos. 100063663, 100063641, 100064975 and 100066161. Signed by Judge Carl Barbier on 4/14/15. (Reference: 12-970)(sek) (Entered: 04/14/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14285 | 03/24/2015 | MOTION for Leave to File Wetlands Claims by Claimants, Nos. 100063663, 100063641, 100064975 and 100066161. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 18.2 Certificate, # 8 Request for Oral Argument, # 9 Proposed Order)(Reference: 12-970)(Schoenberger, Kevin) Modified on 3/25/2015 (gec). (Entered: 03/24/2015) |
| 2:10-md-2179 | 14470 | 04/24/2015 | NOTICE OF APPEAL as to 14416 Order, by Claimants No. 100064975 (Mary S. Willkomm); No. 100063663 (Martin J. Schoenberger); No. 100066161 (Clifford Philip Bein); and No. 100063641 (Kevin C. Schoenberger). (Filing fee $ 505, receipt number 053L-4832411.) (Reference: 12-970)(Schoenberger, Kevin) Modified on 4/27/2015 (gec). (Entered: 04/24/2015) |
| 2:10-md-2179 | 14560 | 05/08/2015 | ORDER of USCA as to 14470 Notice of Appeal (USCA No. 15-30381). The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. Signed by Clerk; entered at the direction of the Court. (Reference: 12-970) (gec) (Entered: 05/11/2015) |

May 18, 2015                                          Respectfully submitted,

                                                              */s/ Don K. Haycraft*

Richard C. Godfrey, P.C.                              Don K. Haycraft
J. Andrew Langan, P.C.                                Devin C. Reid
KIRKLAND & ELLIS LLP                                  LISKOW & LEWIS LLP
300 North LaSalle                                     701 Poydras Street, Suite 5000
Chicago, IL 60654                                     New Orleans, LA 70139
Telephone: (312) 862-2000                             Telephone: (504) 556-4128
Facsimile: (312) 862-2200                             Facsimile: (504) 556-4108
richard.godfrey@kirkland.com                          dkhaycraft@liskow.com
andrew.langan@kirkland.com                            dcreid@liskow.com

Jeffrey Bossert Clark
Jane Stack
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
jane.stack@kirkland.com

***Attorneys-in-Charge for Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc.***

   */s/ Kevin C. Shoenberger*

Kevin C. Shoenberger
LAW OFFICE OF KEVIN C. SCHOENBERGER
201 St. Charles Avenue
Suite 2422 - Place St. Charles
New Orleans, Louisiana  70170
Telephone: (504) 525-1143
Facsimile: (504) 587-0901
kcschoenberger@gmail.com

***Attorney for Appellants.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of May, 2015.

                                                   _/s/ Don K. Haycraft_

                                                 Don K. Haycraft