UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG  　　　MDL Docket No. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010  　　SECTION J

THIS DOCUMENT RELATES TO:  　　　　　JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS  　　　　MAG. JUDGE SHUSHAN

ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Martin D. Crump and the law firm of Davis & Crump, P. C. be permitted to withdraw as counsel of record for the following Plaintiffs:

| Plaintiff/Claimant | Address | Short Form Joinder Doc. No. (10-8888) |
|---|---|---|
| Allison Butler | 6490 Hwy. 49 N, Apt. 227<br>Hattiesburg, MS 39401 | 4729 |
| Holly Chauvin | 15213 Sunset Drive<br>Gulfport, MS 39503 | 53936 |
| Joseph Craig | 9112 Broadus Road<br>Moss Point, MS 39562 | 49309 |
| Lisa Coulter | 19808 Baria Road<br>Moss Point, MS 39562 | |
| Wayne Eckert | P. O. Box 8535<br>Biloxi, MS 39530 | 48858 |
| Jeffrey Edge | 518 Bellingrath Lane<br>Slidell, LA 70458 | 47643 |

| Name | Address | Number |
|---|---|---|
| Margaret Fertitta | 6121 Fern Ave., #1<br>Shreveport, LA 71105 | 43187 |
| Matthew Forrest | 3219-A Cardinal Drive<br>Gulfport, MS 39501 | 56872 |
| Clabert Guillory | 17020 Orange Grove Road<br>Gulfport, MS 39503 | 44842 |
| Richard Harder | 11230 Dewey Lawrence Circle<br>D'Iberville, MS 39540 | 54693 |
| Raymond Hartmann | 101 Connie Drive<br>Gulfport, MS 39503 | 55884 |
| Patricia Hodges | 3317 Pine Circle<br>Ocean Springs, MS 39564 | 48442 |
| Linda Honeycutt | P. O. Box 879<br>Escatawpa, MS 39552 | 47610 |
| Michael Jeffries | 101 Oaks Blvd.<br>Bay St. Louis, MS 49520 | 45026 |
| Norma Jeffries | 101 Oaks Blvd.<br>Bay St. Louis, MS 49520 | 64201 |
| Ricky Kelly | 10420 Tucker Road<br>Ocean Springs, MS 39565 | 43197 |
| Mike Kennington | 11110 Independence Road<br>Moss Point, MS 39562 | 48554 |
| James Knight, III | 1244 Isadora Court<br>Brick, NJ 08724 | 62758 |
| Melissa Metzler | 5047½ Colorado St.<br>Bay St. Louis, MS 39520 | 53982 |
| James Noyes | 8277 Vidalia Road<br>Pass Christian, MS 39571 | 56875 |
| Ryan Olsen | 1708 Buena Vista St.<br>Pascagoula, MS 39567 | 43194 |

| Name | Address | |
|---|---|---|
| Marty Orgeron | 9808 Briarcliff Drive<br>Moss Point, MS 39562 | 43422 |
| Lucille Palmer<br>Lucille's Home Cooking | 3407 Dubose Avenue<br>Moss Point, MS 39563 | 49470 |
| Danny Partin | 715 Fournier Avenue<br>Gulfport, MS 39501 | |
| Playton Petratos | 10398 Hwy. 603<br>Bay St. Louis, MS 39520 | 47175 |
| Leonard Porter | 374 Woodman Ave.<br>Pass Christian, MS 39571 | 49451 |
| Jason Privett | 235 Seal Ave.<br>Biloxi, MS 39530 | 47198 |
| Joseph Rawls | 4319 Donovan Street<br>Moss Point, MS 39563 | 63419 |
| Glen Richards | P. O. Box 608<br>Gautier, MS 39553 | 56803 |
| Charles Richey | 15605 Cook Road<br>Biloxi, MS 39532 | 47606 |
| George Schmidt | 123 Ballentine St.<br>Bay St. Louis, MS 39520 | 54406 |
| Annie Smith | 1904 45th Ave., Apt. D<br>Gulfport, MS 39501 | 47612 |
| Gregory Stoeger | 4797 Dadson Court<br>Virginia Beach, VA 23455 | 47192 |
| Daniel Sullivan | 4800 Long Ave., #P-122<br>Pascagoula, MS 39581 | 51638 |
| Steve Tate | 13620 Hwy. 57<br>Vancleave, MS 39565 | 38729 |
| Kenneth Walker, Jr. | 137 Keesler Circle<br>Biloxi, MS 39530 | 33923 |

| | | |
|---|---|---|
| Randy Wheaton | 15308 Anderson Drive<br>Biloxi, MS 39532 | 52248 |
| Michael Williams | 4601 General McArthur St.<br>Moss Point, MS 39563 | 49129 |
| James Wilson | 16300 Old River Road<br>Vancleave, MS 39565 | 56903 |

This the \_\_\_ day of _____, 2015.


_____
UNITED STATES DISTRICT JUDGE