# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## DECLARATION OF JONATHAN TAYLOR

1. I have personal knowledge regarding the facts surrounding the claims that I submitted to the Deepwater Horizon Economic Claims Center (the "DHECC") in my efforts to obtain compensation for the losses that I suffered in the aftermath of the *Deepwater Horizon* oil spill that devastated the Gulf of Mexico in April 2010.

### I. The Taylor Family's Shrimping Business

2. I am a commercial fisherman, and I began fishing for shrimp with my dad, Doyle Taylor, when I was 15 years old. My dad owns a commercial fishing vessel called *God's Grace*, which we use in our family's shrimping business. *God's Grace*, which my dad captained for many years, is a 44-foot ice boat.

3. During high school, I assisted with the family business by working as a deckhand on my dad's boat. I worked part-time during the school year and full-time during the summer. I continued working as a deckhand after I graduated from high school in 2000.

4. Over the years, my dad and I have shrimped in the waters both east and west of Cameron, Louisiana, including Vermillion Bay and Atchafalaya Bay. Each year, shrimping season typically runs from May through December, but the last several months of each season are often slow, and in those months, we only shrimp if the weather is favorable. In addition, we occasionally shrimp in January, February, and March.

5. My dad and I typically submitted all landings in my dad's name, regardless of whether my dad or I was captain of *God's Grace* for a given trip. Occasionally, I submitted landings in my own name when my dad was not present and the buyers did not have my dad's information. It made sense to submit landings in my dad's name, even when I was captaining the boat, because my dad owned the boat, handled paperwork, and generally ran the family business. Submitting landings in one person's name (instead of in two people's names) also simplified our taxes.

6. I am currently the full-time captain of *God's Grace*, meaning that I run all operations related to the boat and captain all or nearly all trips each season. My dad provides some maintenance for *God's Grace* and assists with shrimp sales, but he rarely goes fishing. At some point in the future, I will take over the family shrimping business in full.

II.  **Jonathan's Captainship of *God's Grace***

7. In May 2004, I became the captain of *God's Grace*. That season, I took over the boat because low shrimp prices forced my dad and me to sell our catch directly to the public, rather than to a wholesaler. My dad had been selling shrimp for a few years, but the work was draining, because selling directly to the public requires more time and energy than selling to the dock or a retailer. To relieve my dad's workload, I took over shrimping, while my dad focused on sales. I was in college at that time, but I was able to balance classes with shrimping. Most of

the shrimping season takes place during the summer months, when I did not have class. In the months when the shrimping season overlapped with the school year, I scheduled classes to allow for shrimping.

8. In May 2005, my dad got a job at SEACOR Marine, so I continued to captain *God's Grace* for that season. In September 2005, Hurricane Rita struck the Gulf Coast, wiping out our community in Cameron Parish, Louisiana. The damage caused by Rita eventually resulted in layoffs at SEACOR, so my dad returned to shrimping.

9. In May 2006, my dad took over captainship duties on *God's Grace*. For a couple of weeks in May, I was a deckhand on my dad's boat. By the end of May 2006, I had resumed my captainship duties, and I continued as captain for the remainder of the 2006 season. I was also the captain of *God's Grace* for the 2007 shrimping season. From June 2006 through the end of 2007, I was the captain on all but a handful of trips taken by *God's Grace*.

10. I also graduated from college in 2007, earning a B.S. in Engineering Technology from McNeese State in Lake Charles, Louisiana. From January through April 2008, I worked as an electrician for a construction company. However, I quit that job to continue shrimping when the 2008 shrimping season opened in May that year. I was the captain of *God's Grace* for the full 2008 shrimping season. My recollection is that I was the captain on every trip taken by *God's Grace* in 2008.

11. From 2004 through the end of 2008, I was the primary captain of *God's Grace*. During that period, there were only short stints when my dad operated the vessel as captain, specifically a couple of weeks in May 2006 and an occasional day when I was unavailable.

12. In 2009, I took a job as a technical writer for ABS Group. My wife's aunt, Estella Mudd, was a team lead for ABS Group at that time, and she offered me the job. I also worked

3

briefly for Ms. Mudd's company, RCTS LLC. I accepted this work because I could earn more money as a technical writer than I could earn as a shrimp fisherman.

13. My work for ABS Group and RCTS LLC involved writing operating procedures for safety manuals. It was not a typical "nine to five" job. I often worked from home and logged irregular hours. I occasionally went shrimping and took my technical writing work with me on the boat. I worked with Ms. Mudd from approximately February 2009 through July 2009. I stopped working for Ms. Mudd because I realized that I wanted to return to shrimping as my full-time profession.

14. From approximately May 2009 through October 2009, my dad captained *God's Grace*. Once my work with Ms. Mudd ended, I began shrimping again, but I did not resume full-time captaining duties on *God's Grace* at that time. In the late summer and fall of 2009, I worked as a deckhand or captain on *God's Grace*, and I worked on another boat as well.

15. In November and December 2009, I resumed full-time captaining duties on *God's Grace*. I have been the primary captain of *God's Grace* ever since I returned to captain duties in November 2009. Although I worked in a temporary position for Ms. Mudd again during the off-season in 2010, shrimping has been my full-time profession since November 2009.

16. Many different individuals have worked on *God's Grace* over the years. In 2009, we had two primary deckhands, Mike Skipper, Jr. and David Dewitt, who assisted both me and my dad. Neither Mr. Skipper nor Mr. Dewitt was a captain on *God's Grace* at any point.

17. I also prepared my own taxes for the year 2009. For previous years, a professional tax preparer assisted me, so my 2009 taxes were the first that I prepared on my own. I included all of my income—from both technical writing and commercial fishing—in a single Schedule C under a single descriptor, "consulting." I did so because my primary source of income in 2009

was technical writing. Now that I have more experience filing my taxes, I know that I should have also included "commercial fishing" in the description of my income sources.

### III. The *Deepwater Horizon* Oil Spill

18. The *Deepwater Horizon* oil spill directly impacted me and threatened the future of my family's business. As noted above, I fish in the waters near Cameron, Louisiana, as far east as Vermillion Bay and Atchafalaya Bay. Much of my shrimping grounds were closed in 2010 as a result of the oil spill. Also, we experienced ongoing effects of the spill. For example, 2011 and 2012 were our worst shrimping years on record, largely due to the environmental disruption caused by oil and dispersants in the water. In addition, people have been afraid to eat seafood from the Gulf of Mexico for years after the spill. I have suffered significant losses as a result of the spill, and I am deeply concerned about the future of my family's fishing business.

19. On July 25, 2011, I submitted a claim to the GCCF. In connection with that claim, I stated that 2011 was my second year captaining *God's Grace*. In making that statement, I intended to represent that 2011 was my second full year at the helm of *God's Grace* since my return to shrimping in July 2009, the point at which I began to view shrimping as my full-time career. As explained above, I first began captaining *God's Grace* in 2004.

20. On July 31, 2012, I submitted a Shrimp Boat Captain claim to the DHECC for my captainship of *God's Grace*. In connection with that claim, I submitted a Sworn Written Statement claiming $84,423 in shrimping revenue for *God's Grace* in 2009. This amount reflects shrimping revenue from *all* of 2009, the period when my dad captained *God's Grace* and the period when I captained *God's Grace*.

21. My dad, Doyle Taylor, the owner of *God's Grace*, submitted a Shrimp Vessel Owner claim to the DHECC. He did not submit a Shrimp Boat Captain claim.

22. My dad and I did not know how to structure our claims to the DHECC to reflect the fact that my dad captained *God's Grace* for several months in 2009. We did not realize that both my dad and I could submit separate Shrimp Boat Captain claims to the DHECC, so we decided that we would submit one Shrimp Boat Captain claim and one Shrimp Vessel Owner claim in connection with *God's Grace*. I filed the Shrimp Boat Captain claim because I was the primary captain of *God's Grace* from May 2004 through July 2012. In addition, although I was not captain for much of the 2009 season, I was still the primary captain from 2007 through 2009, the years immediately preceding the spill. My dad and I also discussed that as the current and future captain, I faced the threat of ongoing damages from the oil spill. Finally, we thought that filing a single Shrimp Boat Captain claim in my name would simplify the claims process, including taxes that we would pay out of any future distributions.

23. At the time that I submitted my claim, it did not occur to me that inclusion, on my Shrimp Boat Captain claim, of shrimping revenue from the time when my dad was captaining *God's Grace*, was in any way improper. My dad and I understood that the DHECC would only pay one Shrimp Boat Captain claim, and my dad thought I was entitled to it as the primary captain of the vessel for many years. I thought that as long as my dad and I did not *both* submit Shrimp Boat Captain claims based on revenue for the same time period, there would be no problems. I did not intend to misrepresent important facts to the DHECC, and all revenue for the claim was shrimp landings for *God's Grace*. In my view, I was filing a Shrimp Boat Captain claim on behalf of the family business.

24. I never intended to defraud the DHECC. At the time that I submitted my Shrimp Boat Captain claim to the DHECC, I did not believe that I would gain an advantage by including

revenue from the time period when my dad captained *God's Grace* or that the DHECC would pay an improper or unjustified amount to our family business.

25. My dad and I pride ourselves on running an honest fishing operation, and we would never attempt to make a dishonest claim or receive money to which we are not entitled. In fact, we did not attempt to file multiple captain claims to maximize our total compensation, even though we could have done so.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Jonathan Taylor

5-15-15
Date