# EXHIBIT 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:11-CV-03180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## DECLARATION OF CURTIS TREGLE

1. I am a retired commercial fisherman and bait-shop owner, and I am making this declaration in connection with the Special Master's Motion filed against Jonathan Taylor, claiming that he submitted an invalid Shrimp Boat Captain claim to the Deepwater Horizon Economic Claims Center (the "DHECC"). I have personal knowledge of the facts stated in this declaration.

2. I have known Jonathan Taylor and his father Doyle Taylor for many years. I lived next door to Doyle Taylor's family, including Jonathan, prior to Hurricane Rita, which wiped out Cameron Parish, Louisiana, in late September 2005. After the storm, Doyle and Jonathan moved away to Lake Charles, but I still saw them frequently.

3. In addition, many years ago, Doyle ran my shrimp boat for about 6 years while I worked as a ferry captain. Doyle quit working for me when he bought his own shrimp boat, which is now called *God's Grace*.

4. For many years, including 2004 through 2014, Doyle moored *God's Grace* next to my bait-shop, Crab Man Bait Shop. Because *God's Grace* was moored next to my shop, I saw Jonathan and Doyle on a regular basis and often spoke with them. From 2004 through 2014, Jonathan was the primary captain of *God's Grace*. I know this because I usually saw Jonathan—rather than Doyle—taking the boat out fishing in those years.

5. In 2009, I saw Doyle come and go from *God's Grace* more than I saw Jonathan. I believe Doyle was captaining *God's Grace* for much of that year because Jonathan was working another job.

6. I sold Crab Man Bait Shop in January 2015, but I still keep in touch with Jonathan and Doyle, and I understand that Jonathan is still captaining *God's Grace*. I have always known Jonathan and Doyle to be honest and hardworking individuals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Curtis Tregle

_5-19-15_____
Date

2