UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

**JOINDER AND SUPPLEMENT TO JOINT DESIGNATION**
**OF THE RECORD ON APPEAL**
**IN FIFTH CIRCUIT CASE NO. 15-30265**

**NOTICE** is hereby given that Andry Lerner LLC joins the *Joint Designation of the Record on Appeal in the Fifth Circuit Case No. 15-3026* [ECF Dkt. # 14578] and adopts the designation as if restated herein and presented by Andry Lerner LLC and supplements said designation as follows:

| ECF No. | Date | Description |
|---|---|---|
| 11/05/2013 | 11795 | EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC to be substituted in place of James A. Cobb by AndryLerner, LLC. (Attachments: # 1 Proposed Order)(Reference: 10md2179 and 12-970)(Draper, Douglas) Modified on 11/6/2013 (gec, ). (Entered: 11/05/2013) |
| 11/06/2013 | 11800 | ORDER granting 11795 Motion to Substitute Attorney. ORDERED, that James A. Cobb Attorney & Counselor at Law is granted permission to withdraw as counsel of record for AndryLerner, LLC; and it is further ORDERED, that Mr. Douglas S. Draper and the law |

2

|  |  | firm of Heller, Draper, Patrick & Horn, LLC is substituted in the place and stead of Mr. Cobb as attorneys of record for, AndryLerner, LLC. Signed by Judge Carl Barbier on 11/6/13. (Reference: 12-970)(sek, ) (Entered: 11/06/2013) |
|---|---|---|

Dated: May 20, 2015                          Respectfully submitted:

By: <u>*/s/Douglas S. Draper*</u>
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3333
Facsimile: (504)299-3399
ddraper@hellerdraper.com
*Counsel for Andry Lerner LLC*

{00346970-1}

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2015.

*/s/ Douglas S. Draper*
Douglas S. Draper
