IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179<br><br>JUDGE: BARBIER<br><br>MAG. JUDGE: SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:13-cv-02510-CJB-SS | § § | |

## ORDER

Considering the foregoing Motion to Enroll,

**IT IS ORDERED** that Philip F. Cossich, Jr., Darren D. Sumich, David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, LLC and Scott Summy and Mitchell McCrea of the law firm of Baron & Budd, P.C., be and hereby are enrolled as counsel of record for Reserves Management, L.C.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Judge Carl J. Barbier
United States District Court Judge