IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179<br><br>JUDGE: BARBIER<br><br>MAG. JUDGE: SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:13-cv-02506-CJB-SS | § § | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes M & S Consultants, Inc., which respectfully requests that this Honorable Court permit Philip F. Cossich, Jr., Darren D. Sumich, David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, LLC and Scott Summy and Mitchell McCrea of the law firm of Baron & Budd, P.C. to enroll as counsel of record to represent them herein.

**WHEREFORE**, it is prayed that this Motion and Order to enroll Philip F. Cossich, Jr., Darren D. Sumich, David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, LLC and Scott Summy and Mitchell McCrea of the law firm of Baron & Budd, P.C. as counsel of record for M & S Consultants, Inc. be granted.

Respectfully Submitted,

By: /s/ Brian E. Adorno
Brian E. Adorno (No. 8351)
Brian E. Adorno, Attorney, LLC
1421 N Causeway Blvd. Suite 201
Metairie, LA 70001
Tel:   (504) 227-2280
Fax:   (504) 227-2290
Brain.adorno@adornolaw.com

-and-

         COSSICH, SUMICH, PARSIOLA
         & TAYLOR, LLC

         PHILIP F. COSSICH, JR., #1788 (T.A.)
         pcossich@cossichlaw.com
         DARREN D. SUMICH, #23321
         dsumich@cossichlaw.com
         DAVID A. PARSIOLA, #21005
         dparsiola@cossichlaw.com
         BRANDON J. TAYLOR, #27662
         btaylor@cossichlaw.com
         8397 Highway 23, Suite 100
         Belle Chasse, Louisiana  70037
         Tel: (504) 394-9000
         Fax: (504) 394-9110

         -and-

         SCOTT SUMMY, (TX Bar 19507500)
         MITCHELL MCCREA. (TX Bar 24041435)
         BARON & BUDD, P.C.
         3102 Oak Lawn Avenue, Suite 1100
         Dallas, Texas 75219
         Tel: (214)521-3605
         Fax: (214)599-1172

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing motion will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of May, 2015.

        By:/s/ Brian E. Adorno_____

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179  JUDGE: BARBIER  MAG. JUDGE: SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:13-cv-02506-CJB-SS | § § | |

**ORDER**

Considering the foregoing Motion to Enroll,

**IT IS ORDERED** that Philip F. Cossich, Jr., Darren D. Sumich, David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, LLC and Scott Summy and Mitchell McCrea of the law firm of Baron & Budd, P.C., be and hereby are enrolled as counsel of record for M&S Consultants, Inc.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Judge Carl J. Barbier
United States District Court Judge

1