UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-3273   (Grady Thigpen, et al.) | MDL NO.: 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## WITHOUT SUBSTITUTION

Pursuant to Local Civil Rule 83.2.11, all undersigned counsel of record hereby move this Court for an order allowing said counsel to withdraw as counsel of record for Plaintiff, John Doukas, in the above captioned matter.

That Plaintiff and counsel have irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation.

Counsel suggests that under these circumstances, they are unable to represent Plaintiff, and therefore they move the court to withdraw as counsel of record in the above-captioned and numbered action and no longer be sent further notices of the court.

Undersigned counsel have notified the above referenced Plaintiff in two separate, certified letters of their intention to withdraw and have informed Plaintiff there are no upcoming

deadlines or pending court appearances. (Exhibits "A"). Plaintiff has failed to respond to the certified letters.

    Undersigned counsel hereby provides this Honorable Court and all opposing parties with the following contact information for the above referenced Plaintiff.

John Doukas  
1102 Leigh Street  
Long Beach, MS 39560  
228-223-7132

                                                Respectfully submitted,

By:   /s/Daniel E. Becnel, Jr  
        Daniel E. Becnel, Jr. (La. Bar No. 2926)  
        Matthew B. Moreland (La. Bar No. 24567)  
        Sal Christina (La. Bar No. 27198)  
        Robert Becnel (La. Bar No. 14072)  
        **BECNEL LAW FIRM, LLC**  
        106 W. Seventh Street  
        P.O. Drawer H  
        Reserve, Louisiana 70084  
        Telephone:   985-536-1186  
        Facsimile:   985-536-6445  
        Email: mmoreland@becnellaw.com  
        Email: schristina@becnellaw.com  
        Email: bbecnel@becnellaw.com

        Morris Bart (La.Bar. No. 2788)  
        Ken Altman (Ms. Bar. No. 9936)  
        **MORRIS BART, L.L.C.**  
        909 Poydras St., 20th Floor  
        New Orleans, LA 70112  
        Telephone:   504-525-8000  
        Facsimile:   504-599-3382  
        Email: mbart@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, 21, day of May, 2015, a copy of the above and foregoing Motion to Withdraw has been electronically filed with the Clerk of Court using the CM/ECF system, which system then sent notification of such filing to all counsel of record.

Plaintiff was sent a copy of this Motion to Withdraw by certified mail, return receipt requested, to the following address:

>John Doukas
>1102 Leigh Street
>Long Beach, MS 39560

>/s/ Daniel E. Becnel, Jr.
>Daniel E. Becnel, Jr.