# MORRIS BART, LLC.
## ATTORNEYS AT LAW

First Bank and Trust Tower, 909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112-4030
Telephone 504.525.8000
Fax 504.599.3380

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA, MD, D.C.
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
David M. (Matt) Kittrell, MS, AL
Dennis N. Thomson, LA, AL, AR
Andrea Ribando, LA
Jason Ruiz, MS
Scott Bishop, MS
Katherine A. Gurley, LA
Abby L. Roberts, LA, AR
Mekel Smith Alvarez, LA
Paige Patriarca, LA
Patrick H. Gibbons, LA
Leslie Dalton, LA
David Lawson, LA
Raynique Keelen-Williams, LA
Katherine Pizzini, LA
Esmeralda Graham, LA, NM
Susan Sanich, AL, MS
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Ryan Canon, MS
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL
Jeffrey Lust, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalane Loehn, LA
Erin Delatte Lindgren, LA
Reshonda Thompson, LA
Melinda Parks, AL
Kim Paul, LA
Linda Gonzales, LA
Samuel Fuller, LA
David Smith, LA
J.D. Parker, LA
Lorena Lisi, LA
Lindsey Bolton, LA
Kelly Johnson, LA
Victor Dantin, LA
Travis Williams, LA
Desmonde Bennett, LA
Alaina Brandhurst, LA
Dustin Chimento, LA
Lindsey Topp, MS, LA, CA

ADMINISTRATOR
Mark Duhon

Writer's Direct Dial: (504) 599-3385
Writer's Direct Facsimile: (504) 599-3392
E-mail: malvarez@morrisbart.com

September 25, 2014

Mr. John Doukas
1102 Leigh Street
Long Beach, MS 39560

RE: Environmental oil lawsuit – Action needed

Dear Mr. Doukas:

This letter is to confirm our conversation on September 11, 2014, wherein Sal Christina and I spoke with you about the fact that we have no evidence that oil was on your property located at Lot 35, Block 12, Discovery Bay, Unit 1-A. Moreover, you performed no oil spill clean-up on this property.

Since we have no evidence that oil was on your property, we do not believe that any compensation will be due you. Therefore, neither the Becnel Law Firm, LLC nor Morris Bart, LLC believe we have any reason to continue with your environmental oil lawsuit. As we stated during our conversation on September 11, 2014, both firms will be filing a Motion to Dismiss your claim from the lawsuit, captioned, *Grady Thigpen, Chris M. McCraney and John Michael Doukas v. BP, et al.* with the court within the next 2 weeks (See copy attached).

Please sign the attached letter stating that you authorize both law firms, Morris Bart, LLC and the Becnel Law Firm, LLC to Dismiss and withdraw from your environmental oil lawsuit.

Sincerely,

*Mekel Alvarez*
Mekel Alvarez

MSA/jrr

Baton Rouge 225.925.8000    Lake Charles 337.477.4600    Shreveport 318.222.9000    Hattiesburg 601.583.8000    Mobile 251.433.2210
Alexandria 318.561.7700    Lafayette 337.233.4200    Monroe 318.398.1999    Gulfport 228.432.9000    Pascagoula 228.762.4700    Texarkana 870.330.4155

www.morrisbart.com

I, John Doukas, no longer wish to pursue a claim for environmental damages caused by the BP Oil Spill, and hereby consent to the dismissal of any claim filed on my behalf by Morris Bart, LLC, and the Becnel Law Firm, LLC. I also understand that both Morris Bart, LLC and the Becnel Law Firm, LLC will be filing a Motion to Withdraw from my environmental lawsuit. I understand that this terminates the contract I entered into with Morris Bart, LLC and the Becnel Law Firm, LLC and will result in the voluntary dismissal of my environmental claim.

I am giving my authorization to dismiss my environmental lawsuit and giving Morris Bart, LLC and the Becnel Law Firm, LLC the right to withdraw from my environmental lawsuit on this _____ day of _____, 2014

_____
Signature

John Doukas

# MORRIS BART, L.L.C.
ATTORNEYS AT LAW

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA, MD, D.C.
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
David M. (Matt) Kittrell, MS, AL
Dennis N. Thomson, LA, AL, AR
Andrea Ribando, LA
Jason Ruiz, MS
Scott Bishop, MS
Katherine A. Gurley, LA
Abby L. Roberts, LA, AR
Mekel Smith Alvarez, LA
Paige Patriarca, LA
Patrick H. Gibbons, LA
Leslie Dalton, LA
David Lawson, LA
Raynique Keelen-Williams, LA
Esmeralda Graham, LA, NM
Susan Sanich, AL, MS
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Ryan Canon, MS, AL
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL
Jeffrey Lust, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalane Loehn, LA
Erin Delatte Lindgren, LA
Reshonda Thompson, LA
Melinda Parks, AL
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Lindsey Bolton, LA
Kelly Johnson, LA
Victor Dantin, LA
Travis Williams, LA
Desmonde Bennett, LA
Alaina Brandhurst, LA
Lindsey Topp, MS, LA, CA
Celina McGehee, LA
Ian Gunn, LA
Phoebe Hathorn, LA

ADMINISTRATOR
Mark Duhon

First Bank and Trust Tower, 909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112-4030
Telephone 504.525.8000
Fax 504.599.3380

January 28, 2015

*Via Certified Mail Return Receipt Requested*

Mr. John Doukas
1102 Leigh Street
Long Beach, MS 39560

RE:   Environmental oil spill lawsuit — Attorney Withdrawal

Dear Mr. Doukas:

This letter is to confirm that we have no evidence that oil was on your property located at Lot 35, Block 12, Discovery Bay, Unit 1-A. Moreover, you did not perform any oil spill clean-up on your property.

We have previously sent you a letter asking for your authorization allowing both the Becnel Firm and our firm to dismiss your case. You have failed to send us your signed authorization allowing us to do so. (See authorization attached)

Therefore, we are giving you 30 days to find other counsel to represent you in this matter. If you have not found counsel within the next 30 days or by February 27, 2015, then we will be filing the attached Motion to Withdraw as your counsel for your environmental oil case. We are basing our withdrawal on irreconcilable differences over issues arising out of this litigation as well as over the management and direction of this litigation.

There are no pending court dates or any upcoming deadlines in your oil case.

Sincerely,

Mekel Alvarez

MSA/jrr

cc: Sal Christina

Baton Rouge 225.925.8000   Lake Charles 337.477.4600   Shreveport 318.222.9000   Hattiesburg 601.583.8000   Mobile 251.433.2210
Alexandria 318.561.7700   Lafayette 337.233.4200   Monroe 318.807.1000   Gulfport 228.432.9000   Pascagoula 228.762.4700   Texarkana 870.330.4155

www.morrisbart.com

# John Doukas
# 10-0064OS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _John M Loell_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>J. Doukas  3-2-5 |
| 1. Article Addressed to:<br>John Doukas<br>1102 Leigh St.<br>Long Beach, MS 39560 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery |
| 2. Article Number<br>(Transfer from service label)   7006 2150 0005 6290 3215 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, July 2013   Domestic Return Receipt

# MORRIS BART, LLC.
ATTORNEYS AT LAW

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA, MD, D.C.
Kenneth M. Altman, LA, MS, FL
Craig A. Gentry, LA, MS
Janet Buggee Avery, LA
James L. Leathem, LA
Roderick A. James, LA
Daniel Snellings, LA, MS, FL
David M. (Matt) Kittrell, MS, AL
Dennis N. Thomson, LA, AL, AR
Andrea Ribando, LA
Jason Ruiz, MS
Scott Bishop, MS
Katherine A. Gurley, LA
Abby L. Roberts, LA, AR
Mekel Smith Alvarez, LA
Paige Patriarca, LA
Patrick H. Gibbons, LA
Leslie Dalton, LA
David Lawson, LA
Raynique Keelen-Williams, LA
Esmeralda Graham, LA, NM
Susan Sanich, AL, MS
Lauren Pilie, LA, GA
Przemek Lubecki, LA, IL
Danielle Smith, LA, TX
Ryan Canon, MS, AL
Matthew Hemmer, LA, OH, KY
Sophia Johnson, LA, IL
Jeffrey Lust, LA, TX
Kathryn Landry, LA
Austin Marks, LA
Erin E. Cloyd, LA
Sharika L. King, LA
Shalane Loehn, LA
Erin Delatte Lindgren, LA
Reshonda Thompson, LA
Melinda Parks, AL
Kim Paul, LA
Linda Gonzales, LA
J.D. Parker, LA
Lindsey Bolton, LA
Kelly Johnson, LA
Victor Dantin, LA
Travis Williams, LA
Desmonde Bennett, LA
Alaina Brandhurst, LA
Lindsey Topp, MS, LA, CA
Celina McGehee, LA
Ian Gunn, LA
Phoebe Hathorn, LA

ADMINISTRATOR
Mark Duhon

First Bank and Trust Tower, 909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112-4030
Telephone 504.525.8000
Fax 504.599.3380

March 18, 2015

*Via Certified Mail Return Receipt Requested*

Mr. John Doukas
1102 Leigh Street
Long Beach, MS 39560

RE:   Environmental oil spill lawsuit — Attorney Withdrawal

Dear Mr. Doukas:

This letter is to confirm that we have no evidence that oil was on your property located at Lot 35, Block 12, Discovery Bay, Unit 1-A. Moreover, you did not perform any oil spill clean-up on your property.

We have previously sent you a letter asking for your authorization allowing both the Becnel Firm and our firm to dismiss your case. You have failed to send us your signed authorization allowing us to do so. (See letter and authorization attached)

Therefore, we are giving you 30 days to find other counsel to represent you in this matter. If you have not found counsel within the next 30 days or by April 13, 2015, then we will be filing the attached Motion to Withdraw as your counsel for your environmental oil case. We are basing our withdrawal on irreconcilable differences over issues arising out of this litigation as well as over the management and direction of this litigation.

There are no pending court dates or any upcoming deadlines in your oil case.

Sincerely,

Mekel Alvarez

MSA/jrr

cc: Sal Christina

Baton Rouge 225.925.8000    Lake Charles 337.477.4600    Shreveport 318.222.9000    Hattiesburg 601.583.8000    Mobile 251.433.2210
Alexandria 318.561.7700    Lafayette 337.233.4200    Monroe 318.807.1000    Gulfport 228.432.9000    Pascagoula 228.762.4700    Texarkana 870.330.4155

www.morrisbart.com

# John Doukas
# 10-0064OS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Janice J.P._ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JANICE DOUKAS  3-21-15 |
| 1. Article Addressed to:<br><br>JOHN DOUKAS<br>1102 LEIGH ST.<br>LONG BEACH, MS 39560 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 2630 0001 3391 6157 |

PS Form 3811, July 2013  Domestic Return Receipt

L

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-3273 (Grady Thigpen, et al.) | MDL NO.: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

Pursuant to Local Civil Rule 83.2.11, all undersigned counsel of record hereby move this Court for an order allowing said counsel to withdraw as counsel of record for Plaintiff, John Doukas, in the above captioned matter.

That Plaintiff and counsel have irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation.

Counsel suggests that under these circumstances, they are unable to represent Plaintiff, and therefore they move the court to withdraw as counsel of record in the above-captioned and numbered action and no longer be sent further notices of the court.

Undersigned counsel have notified the above referenced Plaintiff in two separate, certified letters of their intention to withdraw and have informed Plaintiff there are no upcoming deadlines or pending court appearances. (Exhibits "A" and "B"). Plaintiff has failed to respond to the certified letters.

Undersigned counsel hereby provides this Honorable Court and all opposing parties with the following contact information for the above referenced Plaintiff.

John Doukas
1102 Leigh Street
Long Beach, MS 39560
228-223-7132

                Respectfully submitted,

By: _____

Daniel E. Becnel, Jr. (La. Bar No. 2926)
Matthew B. Moreland (La. Bar No. 24567)
Sal Christina (La. Bar No. 27198)
Robert Becnel (La. Bar No. 14072)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P.O. Drawer H
Reserve, Louisiana 70084
Telephone:   985-536-1186
Facsimile:    985-536-6445
Email: mmoreland@becnellaw.com
Email: schristina@becnellaw.com
Email: bbecnel@becnellaw.com

Morris Bart (La.Bar. No. 2788)
Ken Altman (Ms. Bar. No. 9936)
**MORRIS BART, L.L.C.**
909 Poydras St., 20th Floor
New Orleans, LA 70112
Telephone:   504-525-8000
Facsimile:    504-599-3382
Email:  mbart@morrisbart.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG     MDL NO.: 2179
"DEEPWATER HORIZON"

    SECTION: J

THIS DOCUMENT RELATES TO:

    JUDGE BARBIER

CASE NO.:2:10-cv-3273   (Grady Thigpen, et al.)

    MAG. JUDGE SHUSHAN

## ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED:

That all named counsel of record for Plaintiff, John Doukas, are hereby withdrawn as counsel in the above-captioned matter.

Signed at New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this, ____, day of _____, 2015, a copy of the above and foregoing Motion to Withdraw has been electronically filed with the Clerk of Court using the CM/ECF system, which system then sent notification of such filing to all counsel of record.

Plaintiff was sent a copy of this Motion to Withdraw by certified mail, return receipt requested, to the following address:

> John Doukas
> 1102 Leigh Street
> Long Beach, MS 39560