# EXHIBIT C

**PO Box Addresses in Cities More than 60 Miles Away—Treated as Within 60 Miles in 2009 Under Version 3**