UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

**O R D E R**

Before the Court is the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to claimant Wardell Parker [Rec. Doc. 13848], and upon being informed that Mr. Parker is seeking additional time to obtain the assistance of counsel, and that the Special Master has no objection to an extension of time for Mr. Parker to obtain counsel,

IT IS HEREBY ORDERED that any response by claimant Wardell Parker to the Special Master's motion shall be filed on or before   June 3, 2015   . Any reply by the Special Master to the response of claimant shall be filed on or before   June 26, 2015   . The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 21st day of May, 2015.

_____
United States District Judge