IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiffs Carter J. Bias Jr. (54409) and Earl Thomas, Sr. (119962).

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, and Martins I. Imudia, Martins I Imudia & Associates, A Professional Law Corporation, are hereby withdrawn as counsel of record for Plaintiffs Carter J. Bias Jr. (54409) and Earl Thomas, Sr. (119962).

New Orleans, Louisiana this 19th day of May, 2015.

_____
United States District Judge