UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| 13-2510 | * | MAGISTRATE SHUSHAN |
| 13-2511 | * | |
| 13-2513 | | |
| 13-2506 | | |

## ORDER

Considering the Motions to Enroll as Counsel of Record (Rec. Docs. 14593-14596),

IT IS ORDERED that Philip F. Cossich, Jr., Darren D. Sumich, David A. Parsiola, and Brandon J. Taylor of the law firm of Cossich, Sumich, Parsiola & Taylor, LLC and Scott Summy and Mitchell McCrea of the law firm of Baron & Budd, P.C., be and hereby are enrolled as counsel of record for Roger D. Linder (C.A. No. 13-2513), Destin Resources, LLC (C.A. No. 13-2511), Reserves Management, L.C. (C.A. No. 13-2510), and M&S Consultants, Inc. (C.A. No. 13-2506).

Counsel are advised to file a single, omnibus motion whenever it is practical to do so. Counsel shall avoid filing multiple motions that seek identical or nearly identical relief, as was done here.

New Orleans, Louisiana this 22nd day of May, 2015.

_____
United States District Judge