UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | MDL NO.: 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE BARBIER |
| CASE NO.:2:10-cv-3273   (Grady Thigpen, et al.) | |
| | MAG. JUDGE SHUSHAN |

**ORDER**

CONSIDERING THE FOREGOING, IT IS ORDERED:

That all named counsel of record for Plaintiff, John Doukas, are hereby withdrawn as counsel in the above-captioned matter.

New Orleans, Louisiana this 22nd day of May, 2015.

_____
United States District Judge