UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases, including 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Oceaneering's Motion to be relieved from Preservation Obligations (Rec. doc. 14511)]

On April 30, 2015, Oceaneering International, Inc. ("Oceaneering) filed a motion to be relieved from preservation obligations. It was set for submission on May 20, 2015. The deadline for any opposition was May 12, 2015. Rec. doc. 14519. No opposition was filed to Oceaneering's motion. It is deemed unopposed, and it has merit. Accordingly,

IT IS ORDERED that: (1) Oceaneering's motion to be relieved from any obligations to further accumulate and/or to preserve and store documents, electronic files, evidence and/or other data as respects the captioned Civil Action, all related cases, tagalong actions and related Civil Actions (Rec. doc. 14511) is GRANTED; and (2) Oceaneering for itself and its subsidiaries is permitted to initiate and complete disposal and/or destruction of the preserved data in a format or means as may be determined by Oceaneering, solely.

New Orleans, Louisiana, this 22nd day of May, 2015.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**