## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *All Cases* | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER
### [Additional Agenda Items for 6/18/15 Status Conference]

The Court previously scheduled a status conference for Thursday, June 18, 2015 at 9:30 a.m. CDT. (Rec. Doc. 14520). Two items have been added to the conference agenda: "Recent Settlements Involving Transocean, Halliburton, BP, and/or the PSC" and "Future Case Management of MDL 2179." With respect to the first item, in addition to describing the settlements, the parties shall report on whether the settlements resolve, moot, or otherwise affect any motions, claims, or issues pending before this Court or on appeal, including but not limited to any issues concerning indemnity or contribution (contractual or equitable). Regarding the second item, the Court will discuss generally how the MDL might proceed with respect to unresolved cases or claims that are not already included in an existing case management or similar order. The Court will hear comments from liaison counsel during this time; non-liaison counsel and unrepresented parties should direct any comments or suggestions to the appropriate liaison counsel or steering committee (see contacts list on the Court's MDL 2179 website: http://www.laed.uscourts.gov/OilSpill/Contacts/Contacts.htm).

The parties may suggest additional topics for the status conference. Suggestions must be received by Thursday, June 11. An updated agenda is provided on the next page.

**Tentative Agenda for 6/18/15 Status Conference (Updated on 5/22/15).**

    a.      Alabama Compensatory Trial

    b.      OPA Test Cases

    c.      Any Remaining Bundle A Claims

    d.      Pretrial Order No. 57 [Establishing a Protocol for Disclosures Clarifying the Basis for the B3 Claims Against the Clean-Up Responder Defendants]

    e.      Economic and Property Damages Settlement[*]

    f.      Medical Benefits Settlement[*]

    g.      *New:* Recent Settlements Involving Transocean, Halliburton, BP, and/or the PSC

    h.      MDL 2185

    i.      State Cases

    j.      *New:* Future Case Management of MDL 2179

Signed in New Orleans, Louisiana, this 22nd day of May, 2015

_____

United States District Judge

---

[*] Report to be provided by the Claims Administrator for the respective settlement.