## DuWayne Mason

9405 Marino Circle, Apt 107
Naples, FL 34114
239-280-0060 (Home)
850-443-5082 (Cell)

March 26, 2013

Deepwater Horizon Medical
 Benefits Settlement Opt Outs
935 Gravier Street, Suite 1400
New Orleans, LA 70112

Dear Sirs:

I, DuWayne Mason, maintain that I have never been a member of the Medical Benefits Settlement "Class." I initiated suit in the U.S. District Court for the Eastern District of Louisiana, the filing of which demonstrated to the Court and to the settling parties in the Medical Benefits Class action that I refused to participate. On March 5, 2013, Judge Carl Barbier issued a ruling in which he observed that I might be a member of the Medical Benefits Class. Should such be the case, which I adamantly refute, I maintain that my time to exercise my opt out rights commenced on March 5, 2013. In any and all events, out of an abundance of caution and without conceding I was ever a member of the Medical Benefits Class:

I wish to exclude myself from the Medical Class.

Very truly yours,

DuWayne Mason
Date of Birth: February 14, 1960

EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Heidi L Walk_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): _Nika Walker_   C. Date of Delivery: 4/1/13 |
| 1. Article Addressed to:<br>DEEPWATER HORIZON MEDICAL<br>BENEFITS SETTLEMENT OPT OUTS<br>935 GRAVIER ST.<br>SUITE 1400<br>NEW ORLEANS, LA 70112 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 3050 0000 1250 4312 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540