# AFFIDAVIT

STATE OF FLORIDA

COUNTY OF _LEON_

    **BEFORE ME**, a Notary Public, duly commissioned and qualified in and for the above county and state, personally appeared:

## DuWayne Mason

a person of the full age of majority, who, after first being duly sworn did depose that:

1. At all times while serving aboard the M/V SEACOR VANGUARD, my job was to serve as engineer;

2. I was never engaged in nor did I ever assist in performing oil clean-up operations or in the handling or recovery of dispersants;

3. The M/V SEACOR VANGUARD acted as a first responder vessel from the time of the rig fire until the Deepwater Horizon Rig collapsed and sank;

4. Subsequent to the sinking of the Deepwater Horizon Rig, the M/V SEACOR VANGUARD was chartered to assist in cleaning spilled oil and dispersant; however, the clean-up work was handled by contract personnel or persons assigned by the U.S. Coast Guard and not the navigation crew of the M/V SEACOR VANGUARD;

5. The allegations in my Complaint and in the M/V SEACOR VANGUARD Limitation Claim filed in the U.S. District Court for the Eastern District of Louisiana to the effect that "plaintiff and his



EXHIBIT 2

vessel were sent to assist in cleaning-up oil and dispersant," was meant only as a reference to the locale where the vessel was positioned when the noxious exposure occurred;

6. At no time did I engage in clean-up operations or remediation efforts nor did I handle any dispersants or decontaminates; rather, my work was limited to running the engines, pumps, electrical and mechanical components of the M/V SEACOR VANGUARD;

7. I have suffered a permanently paralyzed left hemidiaphragm which is not an upper respiratory condition;

8. At no time did I receive written notice of the medical benefits class action settlement; and,

9. That the above and foregoing eight statements are true and made of affiant's personal knowledge.

_____
DUWAYNE MASON

Sworn to and Subscribed Before Me, this 26th Day of March, 2013

_____
Notary Public

Printed Name: CLAIRE C. DAVIS

[Bar/Notary No.: _____

My Commission Expires: _____

CLAIRE C. DAVIS
Commission # DD 913166
Expires November 27, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

Παγε 2 οφ 2