UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | SECTION "J" |
| 10-3896, 11-826, AND 12-968 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

_____

**OBJECTION OF DuWAYNE MASON TO STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF SEACOR'S MOTION FOR SUMMARY JUDGMENT**
_____

DuWayne Mason ("Mason"), Plaintiff in Action No. 11:826 and Claimant in Limitation Action No. 10-3896, objects to the following statements in the Statement of Uncontested Facts in Support of Seacor's Motion for Summary Judgment as follows:

16. Objection. Mason contends that he did effectively opt-out of the Medical Benefits Class Settlement, under the unique facts of this case and in accordance with Due Process, Rule 23(c) of the Federal Rules of Civil Procedure and the case law, as discussed in Mason's accompanying Memorandum in Opposition to Seacor's Motion for Summary Judgment, through his Motion to Sever and Supporting Memorandum (Doc. 6909 and 6909-1, and Doc. 7354-2, Reply Memorandum), his Motion for Reconsideration and Supporting Memorandum (Doc. 9091 and 9091-1), and his certified letter to the Claims Administrator of the MB Settlement class, attached as Mason Ex. 1 to these objections.

Further, whether Mason validly opted-out of the class is a mixed question of law and fact.

22. Objection. Seacor mischaracterizes the reason for the Fifth Circuit Court of Appeals' dismissal of Mason's appeal. The reason for the dismissal was that the denial of Mason's Motion to Sever was not a final judgment that was appealable. As Seacor argued in the opposition of the appeal, the Motion to Sever was not determinative of Mason's rights, as it merely subjected him to the scheduling order of MDL 2179.

Further, Mason lists the following additional Statement of Uncontested Fact in support of his Opposition for the Motion for Summary Judgment:

1. Neither Mason, nor his counsel, received notice of the Medical Benefits Class Settlement by direct mail, as required under Rule 23(c)(B)(2) and in the approved Notice Plan in the MB Class Action Settlement Agreement.

Respectfully submitted,

*/s/ Nancy J. Marshall*

NANCY J. MARSHALL  (#8955)
nmarshall@dkslaw.com
JOSEPH L. MCREYNOLDS (#01947)
jmcreynolds@dkslaw.com
ANDREW J. BAER (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201

SCOTT E. SILBERT (#12068)
**SILBERT, GARON, PITRE & FRIEDMAN**
909 Poydras Street
Suite 2130
New Orleans, LA  70112
Telephone:  (504) 581-6200
Facsimile:  (504) 584-5270
scott@sgpflaw.com

**Counsel for plaintiff, DuWayne Mason**

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Nancy J. Marshall*

**NANCY J. MARSHALL**