UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | SECTION "J" |
| 10-3896, 11-826, AND 12-968 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

_____

## REQUEST FOR ORAL ARGUMENT
_____

PURSUANT TO LOCAL RULE 78.1, Duwayne Mason ("Mason") respectfully requests oral argument before this Honorable Court on the Motion to be Recognized as an Opt Out Plaintiff at a date and time to be set by the Court.  Mason understands the Court is considering whether it requires oral argument with respect to Seacor's Motion for Summary Judgment (Rec. Doc. 13520).  If oral argument is granted with respect to Seacor's Motion and Mason's Motion to be Recognized as an Opt Out Plaintiff, Mason requests, if the Court's schedule permits, that oral argument for this Motion be scheduled to coincide with the Motion for Summary Judgment.

Respectfully submitted,

*/s/ Nancy J. Marshall*

_____

NANCY J. MARSHALL  (#8955)
nmarshall@dkslaw.com
JOSEPH L. MCREYNOLDS (#01947)
jmcreynolds@dkslaw.com
ANDREW J. BAER (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-4002

SCOTT E. SILBERT (#12068)
**SILBERT, GARON, PITRE & FRIEDMAN**
909 Poydras Street
Suite 2130
New Orleans, LA  70112
Telephone:  (504) 581-6200
Facsimile:  (504) 584-5270
scott@sgpflaw.com

Counsel for plaintiff, DuWayne Mason

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Nancy J. Marshall*

_____

**NANCY J. MARSHALL**