UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Alabama Damages Cases - Polaris' Motion to Quash (Rec. doc. 14336)]**

On January 23, 2015, Polaris Applied Sciences, Inc. ("Polaris"), moved to quash the subpoenas for document production and for deposition issued by the State of Alabama on December 23, 2014. Polaris' motion to quash was transferred to MDL 2179 from the Western District of Washington at Seattle. Rec. doc. 14336.

BPXP and Alabama agreed that the Polaris production will be satisfied with the GIS files, reports found on the Sharepoint site, and the custodial file for Elliot Taylor. Rec. doc. 14518. They report that the Polaris motion to quash is therefore moot.

IT IS ORDERED that Polaris' motion to quash (Rec. doc. 14336) is DISMISSED as MOOT.

New Orleans, Louisiana, this 26th day of May, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge