UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| | : | |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE TO
ALLIANCE & ASSOCIATES, LLC, CRYSTAL SEAFOOD COMPANY, INC., AND OTHERS

On behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), Claims Administrator Patrick Juneau and Special Master Louis J. Freeh seek return of payments made to claimants Alliance & Associates, LLC ("Alliance"), and Crystal Seafood Company, Inc. ("Crystal"). Alliance and Crystal misrepresented to the DHECC that at the time of the oil spill they were seafood processors at the same facility in Port Arthur, Texas, when in fact neither company had operated at the facility for several months before the spill and neither resumed operation at the facility after the spill. Relying on these false statements, the DHECC paid Alliance $2,134,395.45 and Crystal $1,034,228.42.

On May 22, 2015, counsel for Alliance withdrew from representing the entity and repaid to the DHECC legal fees of $533,475.11 paid on the Alliance claim.

The DHECC seeks a judgment requiring Alliance and Crystal to make restitution to the DHECC for payments received on these claims so as to make the DHECC whole, deprive these companies of an unjust enrichment and deter others from engaging in similar

misconduct.  All professionals who benefitted from the unjustified payments similarly should be required to make restitution.

                                                  Respectfully submitted,

                                                  Patrick Juneau
                                                  Claims Administrator

                                                  By:  __/s/ Kevin Colomb_____
                                                  Kevin Colomb
                                                  Manager of Compliance and Internal Integrity

                                                  Louis J. Freeh
                                                  Special Master

                                                  By:  __/s/ Gregory A. Paw_____
                                                  Gregory A. Paw
                                                  Counsel to the Special Master

Dated:  May 26, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   26th   day of May, 2015, by electronic mail, on the following:

>Craig Coleman
>Faegre, Baker, Daniels LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402
>*Attorneys for Crystal Seafood Company, Inc.*

>  /s/  Gregory A. Paw
> Counsel