UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator and the Special Master to have claimants Alliance & Associates, LLC ("Alliance"), and Crystal Seafood Company, Inc. ("Crystal"), return the payments made by the Deepwater Horizon Economic Claims Center ("DHECC"), and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Return of Payments Made to Alliance, Crystal, and Others is GRANTED; and

2. The DHECC claim award in favor of Alliance based upon Claim 31479 is hereby RESCINDED and VACATED; and

3. Judgment is entered against Alliance and Vinh Tran, requiring Alliance and Vinh Tran to make restitution to the DHECC. Recognizing that Alliance's legal counsel has made restitution to the DHECC of $533,475.11, judgment is entered against Alliance and Vinh Tran in the amount of $1,600,920.34, plus post-judgment interest; and

4. The DHECC claim award in favor of Crystal based upon Claim 51160 is hereby RESCINDED and VACATED; and

- 2 -

5.  Judgment is entered against Crystal, Christopher Tran, and Loc Chanh Tran, requiring Crystal, Christopher Tran, and Loc Chanh Tran to make restitution to the DHECC in the amount of $1,034,228.42, plus post-judgment interest; and

6.  Judgment is entered against Faegre, Baker, Daniels LLP, to make restitution for the Crystal claim to the DHECC in the amount of $258,527,21, plus post-judgment interest; and

7.  Faegre, Baker, Daniels LLP is jointly and severally liable with Alliance, Crystal, Vinh Tran, Christopher Tran, and Loc Chanh Tran, but only up to the amounts listed above. In no event shall the total restitution payable to the DHECC exceed $2,634,653.76; and

8.  IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

9.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

10.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE