# FINAL CLAIM FORM
# FAEGRE & BENSON CLAIM #2177

I.     CLAIMANT IDENTIFYING/CONTACT INFORMATION

A. Business Information

1. Name: Alliance & Associates, LLC

2. GCCF Claim No.: _____

3. Type of Business: Shrimp Broker

4. Business Address: 3933 Martin Luther King Jr. Dr.

      Port Arthur, TX 77643

5. Phone Number: (409) 356-6162

6. Website Address: _____

7. Other Business Name: _____

8. Name of Business on Federal Income Tax Return: Alliance & Associates, LLC

9. Employer Identification Number or Social Security Number: 20-0221208

10. Date and Place Founded/Incorporated: August 26, 2003; State of Nevada

B. Authorized Business Representative Information

1. Name: Vinh Q. Tran

2. Address: 2910 Prairie Hill Ct.

      Houston, TX 77059

3. Phone Number: (409) 356-6162

4. E-Mail Address: vvincent008@gmail.com

5. Individual Taxpayer Identification Number or Social Security Number: [REDACTED]

6. Attorney: Gerard M. Nolting



GERARD M NOLTING
GNolting@faegre com
612 766 8328

November 23, 2011

Kenneth R Feinberg              **VIA UPS OVERNIGHT**
Feinberg Rozen, LLP
1455 Pennsylvania Avenue, NW
Suite 390
Washington, DC 20004-1008

Dear Ken

    I have enclosed a CD that includes our Round 6 claims. This group of claims includes additional shrimp boats, including five federal permit holders  As we have discussed, we are prepared to meet with you as quickly as possible to ensure efficient and accurate offers for all of our shrimp boat clients.

Very truly yours,

Gerard M Nolting

NOLGM
fb us 7670052 01
Enclosure
cc     Camille Biros (w/encl, via UPS Overnight)
        Krista Friedrich (w/encl, via UPS Overnight)
        Shandarese Garr (w/encl, via UPS Overnight)
        Bill Roberts (w/o encl)
        Craig Coleman (w/o encl)

## GCCF – Media Included with Claim

The contents of the ___PDF___ is located on N:ICF/Media

Folder # Vol 166/MiscData        Date Received: 11-23-2011

GCCF Claim #: ( Y / N ) __Multiple Claim #'s__

Type of files (pdf, excel, DVD, ect . . . .) _____
located @ N:\Document\ICF-Representation\Ch'0\
Fagre & Benson Claim Form 11-23-11

Alliance & Associates LLC                                                                                          2177

## II.   EXECUTIVE SUMMARY

### A.   The Oil Spill's Devastating Impact on the Gulf Coast Seafood Industry

The Gulf of Mexico's fisheries are the heart of the Gulf Coast   The Gulf fisheries, including shrimp, oyster, crab, and finfish, are vital to the economic and cultural well-being of the entire region   Indeed, commercial shrimping alone accounts for over half the region's economy [1]   In 2008, even with many communities still recovering from Hurricane Katrina, the commercial fishing harvest from the five U S Gulf States was roughly 1 3 billion pounds of landings worth $661 million [2]   The industry has provided economic opportunity and a way of life for generations of fishermen and their families

In 2010, the Gulf of Mexico experienced a catastrophic blow   On April 20, 2010, the Deepwater Horizon exploded just 42 miles southeast of Venice, Louisiana   For 87 days, oil from the well gushed into the Gulf at estimated rates of between 5,000 and 40,000 barrels a day   Just ten days after the explosion, oil began washing ashore in Louisiana, and oil has continued to wash ashore in all five Gulf states ever since   At the same time, nearly two million gallons of chemical dispersants were sprayed in some of the area's most ecologically sensitive regions   The oil spill has infested the Gulf's marshes, estuaries, coastlines, and aquatic habitats   Oil has polluted shrimp breeding grounds, destroyed oyster reefs, and killed, weakened or diseased unknown numbers of finfish and marine life

Perhaps no industry has suffered the effects of the BP oil spill more than the Gulf's fishing industry   Shrimpers, oyster fishers, crabbers, and other fisherman were unable to fish for most or all of 2010   Even today, many still wait as their boats sit idle at dock, and those able to fish are suffering from low catches, diseased seafood, catches contaminated by oil, and low demand with rock-bottom prices   Processors have closed   And the Gulf's once firmly-held market share in the seafood industry is being eroded by Asian imports and aquaculture products   The Gulf seafood's once storied brand has been decimated, which is driving down price and destroying market share for Gulf seafood [3]

Uncertainty lingers about the precise amount and mechanism of long-term damage caused by this oil spill   There is no doubt, however, that existing damages and future biological and economic risks are severe   Damage from lack of harvest, loss of jobs, reduction of market share, and tarnished brand have put the Gulf seafood industry at such serious risk that the industry may *never* recover from the BP oil spill   The industry and an entire way of life are on the brink

---

[1] http //www mscenterforjustice org/glomer/upload_repo/docs/MS%20Coalition%20PrelimReport_FINAL_06%2004%2010 pdf
[2] http //gulfofmexicoalliance org/pdfs/gulf_glance_1008 pdf
[3] http //yourlife usatoday com/fitness-food/safety/story/2011/05/Gulf-seafood-safety-concerns-consumers/47507778/1

2

B. <u>Summary of My Damage Claim</u>

1. SHRIMP DEALER LOST FUTURE PROFITS

|   | Business Name | Business Type | Species | Annual Earning Capacity |
|---|---|---|---|---|
| 1 | *Alliance & Associates* | Shrimp Broker | Shrimp | $662,661.00 |

SHRIMP DEALER DAMAGES = Annual Earning Capacity X 8.70 = <u>$5,765,151.00</u>

2. OFFSETS

| OFFSET CATEGORY | OFFSET AMOUNT |
|---|---|
| 2010 Dealer Income | $65,292.00 |
| BP Payments | $0.00 |
| GCCF Payments | $0.00 |

TOTAL OFFSETS = <u>$65,292.00</u>

3. TOTAL CLAIM AMOUNT = <u>$5,699,859.00</u>

Alliance & Associates, LLC                                                                                               2177

## III. GULF COAST SEAFOOD TRADITION

### A. The Seafood Capital of the World

The Gulf of Mexico's marine life has been the backbone of the region for generations. Starting in the early 19th Century, the industry supplied food to residents of the region. By the end of the century, expansion of the railroad, invention of artificial ice for refrigeration, and improved canning technology allowed the Gulf to supply seafood to the nation and the world. By the beginning of the 20th Century, the Gulf Coast became "The Seafood Capital of the World."

The 21 major estuaries along the Gulf Coast serve as nurseries and spawning grounds for 98% of the commercially significant Gulf fisheries. Oysters and crabs live in coastal areas, while estuaries and marshes are critical to the development of shrimp. These species are an economic engine for Louisiana, Mississippi, and Alabama, with shrimp, crab, and oysters contributing billions of dollars annually to the economies of these states. Eighty percent of the shrimp, 20 of the 22 million pounds of eastern oysters, and 40% of blue crab landed in the United States are caught along the Gulf Coast.

The Deepwater Horizon's oil coated miles of the estuarine and coastal habitats that are essential to supporting shrimp, crab, oysters, reef fish populations. The massive influx of oil and chemical dispersants from the spill had a multitude of devastating impacts, the full reach of which will not be known for decades. As a result, these fisheries are at severe risk for the foreseeable future.

### B. The Gulf Coast Seafood Heritage

The roots of many Gulf fishermen can be traced through many generations, and many operations are family businesses that employ multiple family members who fish and work together. Fishing is a culture and a lifestyle inherited and received from previous generations. Fishermen learn the trade from their parents, who in turn fished with their parents. Boats are often passed from generation to generation, with each one improving the efficiency and techniques. Small wooden row boats with one net progressed into boats that included engines and ice, which evolved into today's 90-foot vessels with multiple engines, nets, and freezers. Becoming a boat captain and ultimately owning a boat is a rite of passage. This family orientation and fishing culture has allowed the industry to withstand world wars, depressions, and hurricanes to become world renowned.[4]

Fishing is all many families know. Fishermen may have little formal education, many having left school to work on a father's boat or even begin their own fishing business. Yet fishermen have mastered Gulf weather patterns, shrimp behavioral and development tendencies, price trends, boat-building, and the Gulf's waters and floor bottom. This knowledge is used to weigh the risks of fishing against the rewards from catches. Two hundred million gallons of oil and two million gallons of dispersants in the Gulf disrupts this calculation. Fishers cannot know the impact that the oil spill and its aftermath will have on seafood health and marketplace impacts. The oil spill has placed fishers in a no-win position and with nowhere else to turn for their livelihoods.

### C. Vietnamese-American Influence on the Gulf Coast's Seafood Industry

While immigrants have long had a significant influence on the Gulf Coast's seafood industry, no ethnic group has had as much impact on the region as the Vietnamese.[5] Vietnamese immigrants now play a critical role in Gulf seafood industries.

---

[4] http //mshistory k12 ms us/articles/209/the-seafood-industry-in-biloxi-its-early-history-1848-1930
[5] http //mshistory k12 ms us/articles/209/the-seafood-industry-in-biloxi-its-early-history-1848-1930

4

Alliance & Associates, LLC                                                                                              2177

Vietnamese families began migrating to the Gulf Coast to escape their war torn country in the mid-1970s [6] Many Boat People fished in Vietnam and escaped with family and friends on their fishing boats  Extended families lived and worked together while pooling resources to invest in fishing boats  Fishing quickly became their primary source of employment [7]  Many family members started to work in Biloxi, Mississippi's seafood factories as oyster shuckers and shrimp packers [8]  These jobs required little English proficiency for newly arriving immigrants and provided cheap labor for its owners

Vietnamese Americans have now become the highliners of the shrimp industry through extraordinary hard work, continued investment, and knowledge of shrimp fishing brought from Vietnam  Vietnamese Americans now own and operate a significant percentage of the overall shrimp fleet and the largest vessels in the fleet  Today, upwards of 50 percent of all commercial fishers living in the Gulf of Mexico region are Vietnamese Americans, while 80 percent of all Vietnamese Americans in the region are connected to the seafood industry [9]  Approximately thirty percent of federal shrimp permits are now held by Vietnamese Americans  While half of Gulf fishers are Vietnamese Americans, they likely catch significantly more than half of the shrimp in the Gulf by operating large vessels

## IV. INDIVIDUAL CIRCUMSTANCES

Vinh Tran was born in Vietnam into a family of commercial fishermen. His father was a commercial fisherman in Vietnam, and the commercial fishing business is all that his family knows  Vinh immigrated to the United States in 1978, when he was just eleven years old  While waiting for the rest of his family to join him from Vietnam, Vinh went to school, eventually graduating with a B S  degree from California Polytechnic State University

In 1995, the rest of Vinh's family moved to the United States from Vietnam  He and his family then moved to Texas so that his family could start anew in the commercial fishing industry on the Gulf Coast  His three brothers bought commercial fishing vessels and operate them to catch shrimp in the Gulf of Mexico  Today, Vinh's brothers own a total of eight freezer boats to catch shrimp

Vinh is the sole owner of Alliance & Associates, a successful shrimp wholesale business in Port Arthur, Texas  In 1995, Vinh started his first shrimp wholesale business to sell the catch from his family's boats  This business quickly expanded, and soon Vinh was selling shrimp from other commercial shrimping vessels in the Port Arthur area  One hundred percent of his revenue is from sales of fresh Gulf shrimp  Vinh purchases shrimp from commercial fishermen and sells it to other shrimp dealers and the general public  In 2009, the business generated more than $8 9 million in revenue

Vinh's shrimp wholesale business has been decimated as a result of the oil spill. Many of the commercial fishermen that supply him with shrimp operate their boats in Louisiana and Mississippi waters  After the Coast Guard shut down the shrimping waters in May 2010, these fishermen were unable to operate their boats to catch shrimp  As a result, Vinh's source of fresh Gulf shrimp all but disappeared  The lack of supply of fresh shrimp, combined with the fact that his customers had no interest in buying Gulf shrimp and turned to farm-raised or imported shrimp as a replacement, destroyed his revenue in 2010  *As a result of the oil spill  Vinh's revenues plummeted from $8,962,930 in 2009 to a mere $455,004 in 2010*

In 2011, Vinh's business continues to struggle  The commercial shrimpers that sell shrimp to Vinh are experiencing firsthand the decimation of the shrimp populations in the Gulf's once plentiful waters  The lower shrimp yields mean lower profits for Vinh, since there is less shrimp for him to sell  Moreover, the dramatic decline in consumer demand for Gulf Coast seafood has resulted in rock-bottom prices for shrimp, which cuts into his profits as well  As a result, Vinh faces the unenviable choice of investing significant time and money in continuing to operate a business that might not be

---

[6] *See* MQVN Community Development Corp. *Loss of Subsistence Use Claim Framework & Template*, Dec 16, 2010
[7] *Id* at 5
[8] http //www mscenterforjustice org/glomer/upload_repo/docs/MS%20Coalition%20PrelimReport_FINAL_06%2004%2010 pdf
[9] MQVN *Loss of Subsistence Use Claim Framework & Template*, at 5

Alliance & Associates, LLC                                                                                          2177

viable if the current conditions persist Vinh needs immediate financial assistance from the GCCF to compensate him for his current and future losses

## V.   BP'S LIABILITY

BP admits liability under the Oil Pollution Act of 1990 ("OPA 90") for damages caused by the oil spill [10] OPA 90 establishes strict liability for all damages caused by oil discharged into waters and shorelines [11] BP has agreed to pay damages in excess of OPA caps [12] All damages claimed herein fall squarely within the scope of OPA 90 BP's liability to pay 100% of compensatory damages to Gulf fishers and seafood-related businesses is unquestionable

Oil spill victims that can show gross negligence are entitled to punitive damages [13] BP was notified of serious problems with the well casing and blowout preventer of the Deepwater Horizon nearly a year before the oil spill Yet, it chose to cut corners, bypass federal safety regulations and tests, and save money rather than protect the resources of the Gulf [14] This conduct will support a punitive damage claim in the Deepwater Horizon litigation [15]

## VI.   FINAL CLAIM METHODOLOGY

Claimants are entitled to recovery of past damages and compensation for future risks We have retained a team of world-renowned experts to calculate past and future damages

### A. Experts

#### Jeff June

Jeff June is a fisheries expert and one of the world's foremost experts in analyzing oil spill damages Mr June leads a team of scientists and economist at Natural Resources Consultants, Inc Over the past 30 years, Mr June and his team have analyzed the biological risks and economic damages associated with five oil spills, including the effects of the 1987 BP Glacier Bay oil spill and 1989 Exxon Valdez oil spill Mr June's report provides a risk multiplier that compensates fishermen for the full range of future risks and damages they face

#### Heather Reed

Heather Reed is a marine biologist with over 10 years of experience, the majority of which has been spent working in the waters of the Gulf of Mexico where she grew up Ms Reed has worked as a biologist for the Environmental Protection Agency and the Florida Department of Environmental Protection and she specializes in environmental assessments, natural resource habitat restoration, and finfish and oyster toxicity as a result of oil spills Currently, Ms Reed runs Ecological Consulting Services, Inc , a private consulting company The Finfish Supplement to NRC's Damage Assessment and Risk Analysis Report, to which Ms Reed contributed, sets forth the impacts of the BP oil spill on finfish and their habitat

#### Robert Mosher

Robert Mosher is a Certified Public Accountant and the world's foremost expert in Vietnamese-American commercial fishing accounting For nearly thirty years, Mr Mosher provided accounting services to hundreds of

---

[10] Def's Answer, 2 10-md-02179, at pgs 27-28, ¶ 90
[11] 33 U S C § 2702 (2010)
[12] Ct Order, 2 10-md-02179, Dec 23, 2010, at 2
[13] See Exxon Shipping Co v Baker, 554 U S 471 (2008)
[14] http //www nytimes com/2010/05/30/us/30rig html?pagewanted=1
[15] See Exxon Shipping Co 554 U S at 471

Alliance & Associates, LLC                                                                                                           2177

Vietnamese-American commercial shrimpers located throughout the Gulf Coast  Mr Mosher has successfully built vessel-performance accounting models to help facilitate litigation settlements  Mr Mosher's report demonstrates the annual earning capacity of shrimp and crab boats

### William Corky Perret

Corky Perret served the Louisiana Department of Wildlife and Fisheries and the Mississippi Department of Marine Resources during a forty-five year career in fisheries management  This career include thirty years in a variety of leadership and management positions, including two terms of service to the State of Louisiana as Assistant Secretary for the Department of Wildlife and Fisheries and approximately two years of service to the State of Mississippi as Deputy Director  A wide variety of appointed leadership positions on various fisheries-related commissions and councils  Mr Perret will analyze the impacts of the BP oil spill on shrimp, crab, and finfish

### Dr Edward Cake

Dr Edward Cake is an oyster biologist  Dr Cake is the Chief Executive Officer of Gulf Environmental Associates, a private environmental consulting firm located in Ocean Springs, Mississippi  Dr Cake is a leading oyster biologist who consults with state and federal agencies, as well as corporate clients, regarding environmental assessments, permitting, and mitigation measures for oysters  For the past 30 years Dr Cake has assisted the Gulf Coast oyster industry assess and settle claims involving damage to oyster beds caused by the oil, gas, and sulfur industries  Dr Cake will focus on past and future damages to the oyster fishery caused by the BP oil spill

### Scott Porter

Scott Porter is also an oyster biologist  Mr Porter is an independent environmental consultant and marine ecologist who represents both oyster fishers and oil companies  He specializes in shellfish and reef surveys on oyster grounds to determine oyster population dynamics. His work includes assessments of water bottom productivity and analysis of reef communities  Mr Porter is certified as an oyster biologist by the Louisiana State Oyster Lease Damage Review Board  Mr Porter will assess damages to oyster beds caused by the BP oil spill

### Bob Nickinovich

Bob Nickinovich has over 30 years of experience in the seafood processing industry  He has managed sales of domestic branded canned seafood, developed annual sales and marketing plans, and handled all financial aspects of major American seafood processing businesses, including Bumble Bee Seafoods and North Pacific Seafoods  Mr Nickinovich was the lead negotiator for the "Seattle Seven" group of seafood processors who settled with Exxon for damages related to the Valdez spill  Mr Nickinovich will address damages to seafood processors caused by the BP oil spill

### Raymond Flores

Ray Flores is a Certified Public Accountant located in Pensacola, Florida  Mr Flores provides business consulting and accounting services to a wide range of businesses located in the Gulf  He represents numerous hotels, restaurants, and other hospitality businesses and has developed expertise in calculating damages caused to these businesses  Mr Flores will address past and future damages suffered by hotels and restaurants caused by the BP oil spill

### B. **Final Claim Damages Formula**

The formula used for calculating final claims has four parts  1) lost annual earning capacity, 2) multiplied by a risk multiplier, 3) plus property damages, 4) less offsets

Alliance & Associates, LLC                                                                 2177

1. **Lost Annual Earning Capacity**

   **Seafood Dealers**

   Annual earning capacity for dealers is a calculation of a dealer's annual profits from each species that it sells. In order to determine annual earning capacity, the dealer's revenues are compared to its variable expenses to identify the dealer's gross margin. Tax deductions like depreciation, interest expense, and other artificial distortions are factored out to determine a dealer's annual earning capacity.

2. **Risk Multiplier**

   The risk multiplier incorporates all future risks faced by fishers and dealers and ensures that fishers and dealers are compensated for those risks. The risk multiplier is the standard damages model for oil spills, and it is used by both courts and settlement funds. GCCF, the scientific community, and federal and state governments all acknowledge that damages will take years, if not decades, to measure with certainty. Fishers and dealers must be compensated for this uncertainty and the full range of future risks in order to sign a final release of legal claims.

   The BP oil spill has caused two categories of damages and future risks for Gulf seafood: biological and marketplace. Biological risks include reduced fertility, higher occurrences of disease or disfigurement, damage to marshes and breeding grounds, and increased death rates of juveniles. Ongoing reports from fishermen indicate these risks are the reality: low juvenile counts, high mortality, and diseased shrimp are being reported throughout the fisheries.

   Marketplace risks include decimation of the once storied Gulf seafood brand. American restaurants and seafood markets, once proud purveyors of Gulf seafood, now openly advertise that they *do not* serve Gulf seafood. Asian imports and aquaculture products replaced virtually all Gulf seafood in 2010, leaving Gulf seafood with zero market share. Shrimp prices in 2011 remain rock bottom, making it impossible for shrimpers to fish profitably. The oyster industry remains essentially shut down. It will be years before the business environment for Gulf fishers returns to pre-spill conditions, if it ever does.

   Mr. June and his team of experts have determined the risk multipliers applicable to each fishery. Their extensive analysis and the risk assessment conclusions of this team of experts are described in detail in the NRC report submitted herewith, and Mr. Nickinovich determined the risk multipliers applicable to dealers.

3. **Property Losses**

   Fishers are entitled to compensation for devaluation and loss of use of their vessels. Commercial fishing requires large upfront investments. Fishers invest hundreds of thousands of dollars in their vessels and equipment. This investment decreases in value every year, whether being used or sitting at dock. 2010 was no different. Though many vessels sat idle during the 2010 season, their value depreciated at a steady rate, and claimants were deprived of this value. Fishers face ongoing risks of not being able to fish. Additionally, the market for fishing vessels has deteriorated, reducing the value of fishers' boats. This asset loss reduces a fisher's ability to pledge their boats as collateral, to borrow, and to fund their business. As a conservative measure of this loss, claimants are entitled to a value equal to one year's depreciation of their vessel and equipment.

   The BP oil spill directly damaged the property of many fishers. Some boats were damaged by corrosion caused by oil. Crab traps were lost when crabbers could not retrieve traps from oiled and closed areas. Fishers are entitled to compensation for these losses.

   Seafood dealers and brokers have minimal overhead expenses and business property, so property losses are rarely applicable to them.

### 4. Offsets

    After summing all damage categories, the final claim calculation deducts payments already received from BP or GCCF It also deducts net fishing and dealer profits made in 2010 Consistent with the methodology for determining annual earning capacity. 2010 dealer profits are not reduced by fixed expenses

Alliance & Associates LLC 2177

## VII. DAMAGE CALCULATIONS

### 1. Dealer Damages

Business Name Alliance & Associates
Location Port Arthur, TX

#### A. Shrimp Dealer Lost Future Profits

| Annual Earning Capacity (Shrimp) | $662,661 00 |

The annual earning capacity of Alliance & Associates is $662.661 00, and was determined based on 2009 profits

| 2009 | |
|---|---|
| Gross Sales | $8.962.930 00 |
| | - |
| Cost of Goods Sold (Shrimp Purchases and Labor Costs) | $8,300.269 00 |
| | = |
| **Profits** | **$662,661.00** |

To calculate a shrimp dealer's lost future profits, the annual earning capacity is multiplied by the risk factor for dealers of shrimp, 8 70

SHRIMP DEALER DAMAGES = Annual Earning Capacity X 8.70 = $5,765,151 00

| Shrimp Dealer Damages | $5,765,151.00 |
| **Total Lost Dealer Income** | **$5,765,151.00** |

### 2. Offsets

| 2010 Dealer Income | $65,292 00 |
| BP Payments | $0 00 |
| GCCF Payments | $0 00 |
| **Total Offsets** | **$65,292.00** |

### 3. Final Claim

| Total Lost Dealer Income | $5,765.151.00 |
| | - |
| Total Offsets | $65,292 00 |
| **Final Claim** | **$5,699,859.00** |

## VIII. CONCLUSION

My final claim is $5,699,859 00

10

Alliance & Associates, LLC                                                                                2177

## VIII.  FINAL CLAIM AUTHORIZATION

I certify that the information provided in this Full Review Final Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Full Review Final Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Full Review Final Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process. My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

ALLIANCE & ASSOCIATES, LLC
Claimant Name

Vinh Q. Tran
Authorized Representative (Print)

Dated: November 8, 2011

Authorized Representative (Signature)