

FaegreBD.com

USA ▾ UK ▾ CHINA

**Peter R. (P.R.) Goldstone**
*Associate*
p.r.goldstone@FaegreBD.com
Direct **+1 612 766 7341**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone +1 612 766 7000
Fax +1 612 766 1600

March 15, 2013

<u>VIA E-MAIL</u>

Appeals Coordinator
Deepwater Horizon Economic Claims Center
42548 Happy Woods Road
Hammond, LA  70403
AppealsCoordinator@dhecc.com

    Re:    <u>Alliance and Associates LLC / Claimant ID: 100001370 / Claim: 31479</u>

Dear Appeals Coordinator:

Please accept this letter as the Initial Proposal for the above-mentioned claimant.  We have reviewed BP's Notice of Appeal, specifically their claims that Alliance and Associates LLC should have received an RTP of 2.25, rather than 3.0.  In addition, their notice alludes to "inconsistencies" and asserts they have "questions and issues" about "trends" and "data."

Confronted by such gnomic utterances, we repeatedly requested clarification from BP's counsel.  No clarification was forthcoming.

Turning to the single instance in which BP's complaint was stated with particularity, we find that BP is incorrect.  Under the Settlement Agreement, Exhibit 15, the "RTP Chart" provides that for Business Economic Loss Claims, for "businesses satisfying the Primary Seafood Processor Definition in the Seafood Distribution Chain Definitions who process Shrimp/Crab/Oyster… RTP is 3.00."  By the sworn statement of Vinh Q. Tran, President and CFO of Alliance and Associates, his company purchases Gulf-caught shrimp directly from shrimp fishermen, shrimp wholesalers, and landing sites in the Port Arthur, Texas, area.  The company then processes the shrimp, sorts them, grades them size, cleans them, deheads them, ices them, freezes them, packages them in 40-50 pound boxes, and stores the shrimp for shipment to its customers.  <u>See</u> Exhibit 1, attached.  By the established and agreed-upon Seafood Distribution Chain Definitions, such activities meet the required criteria to qualify Alliance and Associates LLC as a Primary Seafood Processor of Shrimp.  <u>See</u> Settlement Agreement, Exhibit 3, Attachment A, Section 2(c), "Primary Seafood Processor."  As such, its claim would properly receive an RTP of 3.00, just as the DHECC applied.

Page 2                                                                                                  March 15, 2013

On the other elements of BP's Notice of Appeal, we are unable to reconcile "inconsistencies" that are never named, answer "questions" that are never asked, resolve "issues" that are never stated, explain "trends" that are never described, or bolster "data" that are never identified. We must content ourselves with reiterating that a certified public accountant submitted a sworn statement accompanying the financial and accounting documents submitted in support of the claim, and those documents met the specified support document criteria for business economic loss established by the Settlement Agreement, Exhibit 4A, sections 3 and 4. See Exhibit 2, attached.

Where BP's complaints have any specificity, they lack merit; everywhere else, their complaints are so nebulous and cryptic as to preclude any substantive ability to discern what, if any, merit they might possibly possess because it is simply unclear what BP objects to in the first place.

The decision was consistent with the record evidence, in accord with the specified methods and procedures of the Settlement Agreement, and appropriately rendered.

For the above reasons, the claimant submits that the DHECC's calculations were correct, and concurs with their decision that the award amount for Claim 31479 is $2,108,051.

                                                        Very truly yours,


                                                        P. R. Goldstone


Attachment

cc:     Daniel A. Cantor / Sarah E. Warlick, Arnold & Porter LLP
        ClaimForms@deepwaterhorizoneconomicsettlement.com

dms.us.51031309.01



# INITIAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: March 1, 2013
### DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: March 16, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>ALLIANCE & ASSOCIATE, LLC | First | Middle |
| **Claimant ID** | 100001370 | **Claim ID** | 31479 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Faegre, Baker, Daniels, LLP | | |

## II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| | |
|---|---|
| **Initial Proposal Compensation Amount** | |
| **Initial Proposal RTP Multiplier** | 3    (We concur with DHECC's decision to use an RTP of 3) |
| **Initial Proposal Prior Payment Offset** | WE ACCEPT TOTAL OFFER AMOUNT FROM DHECC: $2,108,051.= |

## III. CLAIMANT HOME STATE SELECTION

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

☐ Alabama     ☐ Florida     ☐ Louisiana     ☐ Mississippi     ☒ Texas

## IV. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | /s/ Vinh Q. Tran | **Date** | 3 / 15 / 2013<br>(Month/Day/Year) |
| **Printed Name** | Last Name<br>Tran | First Name<br>Vinh | Middle Initial<br>Q |



| Title (if a business) | President & CFO |
|---|---|

# EXHIBIT 1

## STATEMENT OF ALLIANCE & ASSOCIATES, LLC

1. Vinh Q. Tran ("Vinh") is the President, Chief Financial Officer, sole owner, and authorized representative of Alliance & Associates, LLC (the "Company"). Vinh has personal knowledge of the information and facts asserted herein.

2. Vinh was born in Vietnam in 1966 and his father was a commercial fisherman. Vinh immigrated to the United States when he was 11 years old, and when the rest of his family joined him in 1995, they moved to Texas so that his family could start anew in the commercial fishing industry on the Gulf Coast. After moving to Texas, Vinh's brothers bought commercial fishing vessels to harvest shrimp from the Gulf of Mexico, and Vinh started a business to process and sell the catch from his brothers' boats. The business grew, and soon Vinh was processing and selling shrimp from other commercial shrimping vessels in the Port Arthur area.

3. In 2003, Vinh started a new business, Alliance & Associates, LLC, a Primary Seafood Processor. Before the explosion of the *Deepwater Horizon* and the ensuing oil spill, its primary business was the purchase, processing, and sale of Gulf shrimp. The Company would purchase shrimp caught in Texas, Louisiana, Mississippi, and federal waters of the Gulf of Mexico directly from Shrimp Fishermen, shrimp wholesalers, and landing sites in the Port Arthur area. The Company would then process the shrimp, and sort, grade by size, clean, de-head, ice, freeze, package in 40-50 pound boxes, and store shrimp for shipment to customers.

4. The Company operated its business at 3933 Martin Luther King Jr. Dr., Port Arthur, Texas 77643. This location is on a ship channel that leads to the Gulf of Mexico.

5. The Company was hit hard in the aftermath of the *Deepwater Horizon* incident. Most Shrimp Fishermen that supplied the business with shrimp operated their vessels in waters that were closed to commercial fishing activites for much of 2010. As a result, the Company's source of fresh Gulf shrimp all but disappeared. The lack of supply, combined with the fact that customers had little interest in buying Gulf shrimp and turned to farm-raised or imported shrimp as a replacement, destroyed the Company's revenue in 2010. As a result of the oil spill, the Company's revenues plummeted from $8,962,930.00 in 2009 to a mere $455,004.00 in 2010.

6. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

fb.us.8893918.01

ALLIANCE & ASSOCIATES, LLC

_____

Name: Vinh Q. Tran
Title: Authorized Representative

Date: 7/15/2012

# EXHIBIT 2

# Sworn Written Statement for Claimant Accounting Support

By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

## A. CLAIMANT INFORMATION

**Name:**
- Last Name or Full Name of Business: **Alliance & Associates, LLC**
- First:
- Middle Initial:

**Deepwater Horizon Settlement Program Claimant Number:** 1 0 0 0 0 1 3 7 0

**Social Security Number:** or
**Individual Taxpayer Identification Number:** or
**Employer Identification Number:**

SSN or ITIN: __ __ __ - __ __ - __ __ __ __
EIN: 2 0 - 0 2 2 1 2 0 8

**Current Address:**
- Street: 3933 Martin Luther King Jr. Dr.
- City: Port Arthur
- State: TX
- Zip Code: 77643

## B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

- [✓] I am a Certified Public Accountant.
- [ ] I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).
- [ ] I am an individual with an IRS Preparer Tax Identification Number (PTIN).
- [ ] I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

**Name:**
- Last: Mosher
- First: Robert
- Middle Initial: F

**Address:**
- Street: PO Box 6247
- City: D'Iberbville
- State: MS
- Zip Code: 39540

**Telephone Number:** ( 2 2 8 ) 4 2 4 - 6 8 8 2

**Email Address:** mosherr@cableone.net

**Accountant Website (if available):** none

## C. SUPERVISOR INFORMATION

If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☐ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last | First | Middle Initial |
|---|---|---|---|
| | | | |

| Address: | Street | | |
|---|---|---|---|
| | City | State | Zip Code |

**Telephone Number:** ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

**Email Address:**

**Accountant Website (if available):**

**Professional License Number:**

**IRS Preparer Tax Identification Number:**

## D. CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state. I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

## E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

**Date Signed:** 7 / 25 / 12 (Month/Day/Year)

*Robert F. Mosher, CPA* (signature)
Accountant or Preparer Signature
Robert F. Mosher
Name (Printed or Typed)

## STATEMENT OF ALLIANCE & ASSOCIATES, LLC

1. Vinh Q. Tran ("Vinh") is the President, Chief Financial Officer, sole owner, and authorized representative of Alliance & Associates, LLC (the "Company"). Vinh has personal knowledge of the information and facts asserted herein.

2. In 2003, Vinh started Alliance & Associates, LLC, a Primary Seafood Processor. Before the explosion of the *Deepwater Horizon* and the ensuing oil spill, its primary business was the purchase, processing, and sale of Gulf shrimp. The Company would purchase shrimp caught in Texas, Louisiana, Mississippi, and federal waters of the Gulf of Mexico directly from Shrimp Fishermen, shrimp wholesalers, and landing sites in the Port Arthur area. The Company would then process the shrimp, and sort, grade by size, clean, de-head, ice, freeze, package in 40-50 pound boxes, and store shrimp for shipment to customers.

3. Attached as Exhibit A are pictures of the processing equipment that the Company would use in the operation of its processing business. The equipment includes a shrimp deheading line, IQF shrimp frozen machine, shrimp packing line with automatic scale, shrimp graders, cold storage freezer compressor units, 80 ton ice maker machine, and insulated vats to hold iced down shrimp.

4. The Company has not entered bankruptcy, has not liquidated its business capital assets or equipment, and has not "ceased operations and wound down." The Company continues to maintain its place of business, pay overhead and standing fixed costs, and keep fixtures and equipment ready for a Gulf seafood market recovery sufficient to return the business to profitability.

5. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

ALLIANCE & ASSOCIATES, LLC

Name: Vinh Q. Tran
Title: Authorized Representative
Date: 4/5/2013

dms us 51877343 01

## **EXHIBIT A**

## **PICTURES OF PROCESSING EQUIPMENT**

[See attached]





SHRIMP PACKING LINE WITH AUTOMATIC SCALE





COLD STORAGE FREEZER COMPRESSOR UNITS



80-TON ICE MAKER MACHINE



INSULATED VATS TO HOLD ICED DOWN SHRIMP