CLOSED

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Beaumont)
# CRIMINAL DOCKET FOR CASE #: 1:08-cr-00140-RC-KFG All Defendants

Case title: USA v. Tran

Date Filed: 10/08/2008
Date Terminated: 05/11/2012

Assigned to: Judge Ron Clark
Referred to: Magistrate Judge Keith F. Giblin

### Defendant (1)

**Vihn Quang Tran**
*TERMINATED: 05/11/2012*
*also known as*
Sealed1
*TERMINATED: 05/11/2012*
*also known as*
Vihn Tran
*TERMINATED: 05/11/2012*
*also known as*
Vincent Tran
*TERMINATED: 05/11/2012*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| FALSE STATEMENTS OR ENTRIES GENERALLY (1) | Dismissed on govt motion |
| FALSE OR FRAUDULENT CLAIMS (2) | Dismissed on govt motion |
| WIRE FRAUD (3) | Dismissed on govt motion |
| | Dismissed on govt motion |

FALSE STATEMENTS OR ENTRIES GENERALLY (4)

FALSE OR FRAUDULENT CLAIMS (5)     Dismissed on govt motion

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA     represented by **John Bulkley Ross**
U S Attorney's Office - Beaumont
350 Magnolia
Suite 150
Beaumont, TX 77701-2237
Jefferson
409/839-2538
Fax: 409/839-2550
Email: john.ross5@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2008 | 1 | SEALED INDICTMENT as to Sealed1 (1) counts 1, 2, 3, 4, 5. (tkd, ) (Entered: 10/09/2008) |
| 10/08/2008 | 2 | E-GOV SEALED Form AO 257 filed as to Sealed1 (tkd, ) (Entered: 10/09/2008) |
| 10/08/2008 | 4 | NOTICE of Case Association by USA as to Sealed1. It is requested that this case be assigned to Judge Ron Clark, to whom related case 1:08cr90 was assigned. (tkd, ) (Entered: 10/09/2008) |
| 03/05/2012 | | INDICTMENT UNSEALED as to Vihn Quang Tran (tkd, ) (Entered: 03/07/2012) |
| 03/05/2012 | 5 | MOTION to Dismiss Indictment without prejudice by USA as to Vihn Quang Tran. (Attachments: # 1 Proposed Order)(tkd, ) (Entered: 03/07/2012) |
| 05/11/2012 | 6 | ORDER granting 5 Motion to Dismiss Indictment without prejudice as to Vihn Quang Tran (1). Signed by Judge Ron Clark on 5/11/12. (tkd, ) (Entered: 05/11/2012) |

**PACER Service Center**

| Transaction Receipt | | | | |
|---|---|---|---|---|
| 03/05/2015 14:56:20 | | | | |
| **PACER Login:** | ph0879:2808621:4042754 | **Client Code:** | 000001.00005.64213 | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cr-00140-RC-KFG | |
| **Billable Pages:** | 2 | **Cost:** | 0.20 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED
P.M. October 8 2008
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By td
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:08-CR-140 |
| | * | |
| VINH QUANG TRAN, a/k/a | * | Clark-Giblin |
| VINH TRAN, a/k/a VINCENT TRAN | * | |

# INDICTMENT

## INTRODUCTION

At all times relevant to this indictment:

The United States Congress has established programs to assist victims of hurricanes and other presidentially declared disasters.

1. <u>FEMA Assistance for Individuals Affected by Hurricanes</u>

The Federal Emergency Management Agency (FEMA), an agency of the United States Department of Homeland Security, is established by Congress to administer disaster assistance to disaster victims. After the President of the United States declares a disaster in a particular area, FEMA is authorized to provide financial assistance to victims. In order to receive FEMA assistance, an individual must register with FEMA and provide FEMA representatives with basic applicant information such as identifying personal data and damaged-dwelling information.

Pursuant to the FEMA Individual Assistance Program, FEMA makes $2,000 in

expedited disaster assistance available to one applicant per eligible household. The expedited disaster assistance is intended to help individuals and families that have evacuated a disaster area with immediate food, shelter, and clothing needs. Hurricane victims can apply for the expedited assistance by telephone. Eligibility requires that the disaster assistance applicant be unable to live in their primary residence due to disaster related conditions. Accordingly, FEMA requires applicants to verify that the "damaged dwelling" was, in fact, the applicant's primary residence at the time of the disaster.

Based on the information provided by applicants to FEMA representatives, FEMA pays applicants $2,000 in expedited disaster assistance either by check mailed to an address specified by the applicant, or by electronic fund transfer (EFT) to a bank account specified by the applicant. As part of the registration process, FEMA representatives provide applicants with FEMA registration numbers which applicants can then use to apply for additional disaster assistance, such as business disaster assistance.

2. SBA Assistance for Businesses Affected by Hurricanes

The Small Business Administration (SBA), an agency of the United States of America established by Congress, provides financial assistance to qualified small businesses to begin operations or expand their businesses. In the event of a presidentially declared disaster, the SBA Disaster Assistance Program authorizes eligible businesses located in a declared disaster area to apply for low-interest loans to help repair or replace disaster-damaged property to its pre-disaster condition. Eligibility under the Disaster Assistance Program is determined in part by satisfactory credit and repayment ability. In

order to apply for an SBA Disaster Business Loan, an individual must first register with FEMA and receive a FEMA registration number.

3. Hurricane Rita

On September 24, 2005, Hurricane Rita (RITA) made landfall between Sabine Pass, Texas, and Johnson's Bayou, Louisiana, and continued through parts of southeast Texas. A category three storm at landfall, RITA caused extensive damage along the Louisiana and southeast Texas coast. In response to RITA, when the President declared a major disaster for certain areas of southeast Texas and Louisiana, FEMA and the SBA began to assist the affected population.

COUNT I

The grand jury realleges the introduction described in the indictment and incorporates here the same by reference.

On or about September 29, 2005, in the Eastern District of Texas, **VINH QUANG TRAN, a/k/a VINH TRAN, a/k/a VINCENT TRAN**, defendant herein, did knowingly and willfully make a materially false, ficticious, and fraudulent statement and representation in a matter within the jurisdiction of FEMA, an agency of the United States Government, for the purpose of obtaining monetary disaster assistance offered to victims of RITA, in that he knowingly submitted to FEMA an application for monetary disaster assistance that falsely states that his primary residence, 3824 Proctor Street, Port Arthur, Texas, sustained damage as the result of RITA, rendering it unliveable, when in truth and in fact, as defendant well knew, 3824 Proctor Street, Port Arthur, Texas, was not the

defendant's primary residence before and during RITA, in violation of Title 18, United States Code, Section 1001.

## COUNT II

The grand jury realleges the introduction described in the indictment and incorporates here the same by reference.

On or about September 29, 2005, in the Eastern District of Texas and elsewhere, **VINH QUANG TRAN, a/k/a VINH TRAN, a/k/a VINCENT TRAN**, defendant herein, knowingly made a material claim against and upon the FEMA, an agency of the United States, for RITA disaster assistance, knowing that the claim was false, fictitious, and fraudulent in that it falsely stated that his primary residence, 3824 Proctor Street, Port Arthur, Texas, sustained damage as the result of RITA, rendering it unliveable, when in truth and in fact, as defendant well knew, 3824 Proctor Street, Port Arthur, Texas, was not the defendant's primary residence before and during RITA, in violation of Title 18, United States Code, Section 287.

## COUNT III

The grand jury realleges the introduction described in the indictment and incorporates here the same by reference.

From on or about September 29, 2005, until on or about October 3, 2005, in the Eastern District of Texas and elsewhere, **VINH QUANG TRAN, a/k/a VINH TRAN, a/k/a VINCENT TRAN**, Defendant herein, knowingly devised and intended to devise a scheme and artifice to defraud FEMA, and to obtain money from FEMA by means of

materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice to defraud, and attempting to do so, knowingly caused FEMA to transmit via interstate wire the following EFT disaster assistance payment to Defendant at the account specified in his application for disaster assistance.

It was part of the scheme and artifice to defraud that Defendant would and did submit and cause to be submitted via telephone an application with FEMA for RITA disaster assistance, falsely providing 3824 Proctor Street, Port Arthur, Texas, as his primary residence during RITA. It was further part of the scheme and artifice to defraud that Defendant would and did falsely claim that RITA caused damage to his primary residence located at 3824 Proctor Street, Port Arthur, Texas, when in truth and in fact, as defendant well knew, 3824 Proctor Street, Port Arthur, Texas, was not his primary residence before and during RITA.

It was further part of the scheme and artifice to defraud that Defendant would and did state in his application that he desired to receive RITA disaster assistance proceeds, via EFT to a bank account in the name of VINH TRAN and AMANDA LE, located at Central Bank in Houston, Texas.

On or about October 3, 2005, in the Eastern District of Texas and elsewhere, **VINH QUANG TRAN, a/k/a VINH TRAN, a/k/a VINCENT TRAN**, Defendant herein, executed the aforesaid scheme and artifice to defraud by causing FEMA to wire funds in interstate commerce to Defendant, via EFT, from the United States Department

of the Treasury in Philadelphia, Pennsylvania, to a bank account in the name of VINH TRAN and AMANDA LE, at Central Bank, in violation of Title 18, United States Code, Section 1343.

## COUNT IV

The grand jury realleges the introduction described in the indictment and incorporates here the same by reference.

From or about October 15, 2005, and continuing until on or about January 9, 2007, in the Eastern District of Texas, **VINH QUANG TRAN, a/k/a VINH TRAN, a/k/a VINCENT TRAN**, defendant herein, did knowingly and willfully falsify, conceal, and cover-up a material fact, in a matter within the jurisdiction of the SBA, an agency of the United States Government, for the purpose of obtaining monetary disaster assistance offered to victims of RITA, in that he knowingly submitted to the SBA a Disaster Loan Application for hurricane damage to a business, Alliance & Associates, LLC, Port Arthur, Texas, when in truth and in fact, as defendant well knew, Alliance & Associates, LLC, Port Arthur, Texas, had been previously partially destroyed in a structure fire, in violation of Title 18, United States Code, Section 1001.

## COUNT V

The grand jury realleges the introduction described in the indictment and incorporates here the same by reference.

On or about October 15, 2005, and continuing until on or about January 9, 2007, in the Eastern District of Texas and elsewhere, **VINH QUANG TRAN, a/k/a VINH**

TRAN, a/k/a VINCENT TRAN, defendant herein, knowingly made a material claim against and upon the SBA, an agency of the United States, for RITA disaster assistance to a business, Alliance & Associates, LLC, Port Arthur, Texas, knowing that the claim was false, fictitious, and fraudulent in that it falsely stated that Alliance & Associates, LLC, Port Arthur, Texas, sustained damage as the result of RITA, when in truth and in fact, as defendant well knew, Alliance & Associates, LLC, Port Arthur, Texas, had been previously partially destroyed in a structure fire, in violation of Title 18, United States Code, Section 287.

TRUE BILL

_____
GRAND JURY FOREPERSON

REBECCA A. GREGORY
UNITED STATES ATTORNEY

_____
JOHN B. ROSS
ASSISTANT U.S. ATTORNEY

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | * CRIMINAL NO. 1:08-CR-140 |
| | * |
| VINH QUANG TRAN, a/k/a | * |
| VINH TRAN, a/k/a VINCENT TRAN | * |

### COUNTS I and IV

Violation: 18 U.S.C. §1001 (Making a False Statement)

Penalty: Not more than five (5) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### COUNTS II and V

Violation: 18 U.S.C. §287 (Making a False Claim)

Penalty: Not more than five (5) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### COUNT III

Violation: 18 U.S.C. §1343 (Wire Fraud)

Penalty: Not more than twenty (20) years imprisonment; a fine of not more than $250,000, or both. A term of supervised release of not more than five (5) years.

Special Assessment: $100.00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:08CR140 |
| | § | (Judge Ron Clark) |
| VIHN QUANG TRAN, | § | |
| a/k/a VIHN TRAN, | § | |
| a/k/a VINCENT TRAN | § | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States Attorney for the Eastern District of Texas files this motion to dismiss the pending indictment in this matter, and shows the following:

I.

Despite due diligence, the government has been unable to locate the defendant, **Vihn Quang Tran, a/k/a Vihn Tran, a/k/a Vincent Tran**, who has apparently left the United States to avoid prosecution.

II.

The government makes this motion so that the Court may clear this matter from its docket. The government reserves the right to re-indict and prosecute the defendant for all offenses of which it has knowledge, including the charges pending in this matter, if and when the defendant returns to the United States.

III.

The government therefore moves the Court to dismiss, without prejudice, the

indictment filed October 8, 2008 against the defendant, **Vihn Quang Tran, a/k/a Vihn Tran, a/k/a Vincent Tran**.

Accordingly, the government respectfully requests that this Court dismiss without prejudice the indictment against the defendant, **Vihn Quang Tran, a/k/a Vihn Tran, a/k/a Vincent Tran**.

        Respectfully submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY

        s/ John B. Ross
        John B. Ross
        Assistant United States Attorney
        Texas Bar No. 00788325
        350 Magnolia, Suite 150
        Beaumont, Texas  77701-2237
        (409) 839-2538
        (409) 839-2550 (fax)
        john.ross5@usdoj.gov