Invoice 1587
12/26/09

## EastWestBank

Date: 1/15/10
Customer Name: Crystal Seafood Co.
☒ Checking

**WITHDRAWAL/TRANSFER DEBIT**

| | | $ | |
|---|---|---|---|
| Cash | | $ | |
| Check (reverse side for more checks) # | | $ | |
| Travelers Cheques | | $ | |
| Money Order # | | $ | |
| Penalty | | $ | |
| Fee | | $ | |
| Transfer To Account # | | $ | |
| TOTAL WITHDRAWAL | | $ | |

**DEPOSIT** May not be available

| | | | |
|---|---|---|---|
| Currency | | $ | |
| Coin | | $ | |
| Check (reverse for more checks)   ABA # | | $ 57,771 | |
| Total from Reverse Side | | $ | |
| Subtotal | | $ 57,771 | |
| Less Cash | | $ | |
| TOTAL DEPOSIT | | $ 57,771 | |

For Bank Use Only
KBS   SQN
ID #
Other:
Supervisor Approval:
SAV-003 (2/04)

---



**TAMPA BAY FISHERIES, INC.**
3060 NO. GALLAGHER RD.
P.O. BOX 750
DOVER, FLORIDA 33527

UNION BANK N.A.
53-292/113

141042

DATE: January 14, 2010
AMOUNT: $57,771.00

PAY TO THE ORDER OF:
Fifty Seven Thousand Seven Hundred Seventy One Dollars & No Cents

CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B791
ALISO VIEJO, CA 92656-5301

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

Brenda Newman
AUTHORIZED SIGNATURE



Date:01-15-2010 Amount:$57,771.00 Serial:0
DAmount:5777100

Date:01-15-2010 Amount:$57,771.00 Serial:0
DAmount:5777100

Date:01-15-2010 Amount:$57,771.00 Serial:141042
DAmount:5777100

Date:01-15-2010 Amount:$57,771.00 Serial:141042
DAmount:5777100

FOR SECURITY THIS DOCUMENT HAS A COPY PROOF BACKGROUND, FLUORESCENT PAPER FIBERS, A WATERMARKED ENDORSEMENT AREA, AND IS REACTIVE TO CHEMICAL ALTERATION

142672

**TAMPA BAY FISHERIES, INC.**

3060 NO. GALLAGHER RD.
P.O. BOX 750
DOVER, FLORIDA 33527

UNION BANK N.A.
53-292/113

DATE: March 18, 2010 AMOUNT: $16,154.50

PAY Sixteen Thousand One Hundred Fifty Four Dollars & 50 Cents

TO THE ORDER OF
CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

Brenda Aleuman

AUTHORIZED SIGNATURE

[redacted]

EASTWESTBANK

Date 日期: 3/25/10 Customer Name 姓名: Crystal Seafood Co [redacted] Savings / Checking [X]

**WITHDRAWAL/TRANSFER DEBIT** 提款／轉帳

| | | | |
|---|---|---|---|
| Cash 現金 | | $ | . |
| Check (reverse side for more checks) 支票 | # | $ | . |
| Travelers Cheques 旅行支票 | | $ | . |
| Money Order 現金支票 | # | $ | . |
| Penalty 罰款 | | $ | . |
| Fee 手續費 | | $ | . |
| Transfer To Account 轉帳 | # | $ | . |
| **TOTAL WITHDRAWAL 提款總額** | | $ | . |

**DEPOSIT** May not be available for immediate withdrawal. 存款

| | | | |
|---|---|---|---|
| Currency 紙幣 | | $ | . |
| Coin 硬幣 | | $ | . |
| Check (reverse for more checks) 支票 | ABA # | $ 16,154 | 52 |
| Total from Reverse Side 背面所列支票總額 | | $ 35,443 | 52 |
| **Subtotal 小計** | | $ 49,598 | 00 |
| Less Cash 扣除領取之現金 | | $ | . |
| **TOTAL DEPOSIT 存款總額** | | $ 49,598 | 00 |

| For Bank Use Only 銀行專用 | | | |
|---|---|---|---|
| | KBS | | SQN |
| | ID # | | |
| | Other: | | |
| Supervisor Approval: | | | |

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account and I acknowledge receipt of this sum. All of the persons whose name appear on this account are living. All items are subject to the depository bank's regulations relating to deposits and withdrawals.

Signature 簽名 Signature 簽名

SAV-003 (2/04)

invoice 1588

FOR SECURITY THIS DOCUMENT HAS A COPY PROOF BACKGROUND, FLUORESCENT PAPER FIBERS, A WATERMARKED ENDORSEMENT AREA, AND IS REACTIVE TO CHEMICAL ALTERATION

142778



**TAMPA BAY FISHERIES, INC.**

3060 NO. GALLAGHER RD.
P.O. BOX 750
DOVER, FLORIDA 33527

UNION BANK N.A.
53-292/113

DATE: March 22, 2010
AMOUNT: $33,443.50

Thirty Three Thousand Four Hundred Forty Three Dollars & 50 Cents

PAY TO THE ORDER OF:
CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

Robert Peterson
Brenda Newman
AUTHORIZED SIGNATURE

---

**EAST WEST BANK**

Date: 3/25/10
Customer Name: Crystal Seafood Co.

☐ Savings  ☒ Checking

**WITHDRAWAL/TRANSFER DEBIT**

| | | $ | . |
|---|---|---|---|
| Cash | | $ | . |
| Check (reverse side for more checks) # | | $ | . |
| Travelers Cheques | | $ | . |
| Money Order # | | $ | . |
| Penalty | | $ | . |
| Fee | | $ | . |
| Transfer To Account # | | $ | . |
| **TOTAL WITHDRAWAL** | | $ | . |

**DEPOSIT** May not be available for immediate withdrawal.

| | $ | . |
|---|---|---|
| Currency | $ | . |
| Coin | $ | . |
| Check (reverse for more checks) ABA # | $ 16,154 | 50 |
| Total from Reverse Side | $ 33,443 | 50 |
| Subtotal | $ 49,598 | 00 |
| Less Cash | $ | . |
| **TOTAL DEPOSIT** | $ 49,598 | 00 |

For Bank Use Only
KBS    SQN
ID #
Other:
Supervisor Approval:

SAV-003 (2/04)

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account and I acknowledge receipt of this sum. All of the persons whose name appear on this account are living. All items are subject to the depository bank's regulations relating to deposits and withdrawals.

Signature
Signature

*Invoice 1589*

11



Vendor 5478   CRYSTAL SEAFOOD CO. Acct   06/07/2010   144624

| Reference | Date | Description | Gross Amount | Discount | Net |
|---|---|---|---|---|---|
| 84128 | 04/14/2010 | Invoice | 60,677.00 | 0.00 | 60,677.00 |
| SEABOARD | | Credit memo | | | -27,734.27 |
| 84616 | 05/03/2010 | Invoice | 4,120.00 | 0.00 | 4,120.00 |
| 85224 | 05/28/2010 | Invoice | 3,480.00 | 0.00 | 3,480.00 |
| | | Net check | | | 40,542.73 |

FOR SECURITY THIS DOCUMENT HAS A COPY PROOF BACKGROUND, FLUORESCENT PAPER FIBERS, A WATERMARKED ENDORSEMENT AREA, AND IS REACTIVE TO CHEMICAL ALTERATION

144624



**TAMPA BAY FISHERIES, INC.**
3060 NO. GALLAGHER RD.
P.O. BOX 750
DOVER, FLORIDA 33527

Union Bank N.A.
53-292/113

DATE: June 7, 2010          AMOUNT: $40,542.73

PAY TO THE ORDER OF

Forty Thousand Five Hundred Forty Two Dollars & 73 Cents

CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

*Brenda Newman*
AUTHORIZED SIGNATURE

---

**EAST WEST BANK**

Date: 6/11/10   Customer Name: Crystal Seafood Co.   ☐ Savings ☒ Checking

WITHDRAWAL/TRANSFER DEBIT

| | | $ | |
|---|---|---|---|
| Cash | | | |
| Check (reverse side for more checks) # | | | |
| Travelers Cheques | | | |
| Money Order # | | | |
| Penalty | | | |
| Fee | | | |
| Transfer To Account # | | | |
| **TOTAL WITHDRAWAL** | | | |

DEPOSIT May not be available for immediate withdrawal.

| | | $ | |
|---|---|---|---|
| Currency | | | |
| Coin | | | |
| Check (reverse for more checks) ABA # | | 40,542 | 73 |
| Total from Reverse Side | | | |
| Subtotal | | 40,542 | 73 |
| Less Cash | | | |
| **TOTAL DEPOSIT** | | **40,542** | **73** |

For Bank Use Only: KBS  SQN

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account and I acknowledge receipt of this sum. All of the persons whose name appear on this account are living. All items are subject to the depository bank's regulations relating to deposits and withdrawals.



```
Vendor 5478         CRYSTAL SEAFOOD CO.   Acct           07/07/2010 Ck# 145440

Reference........  ...Date... Description.. .Gross Amount .Discount ..........Net
85407              06/11/2010 Invoice         24,600.00      0.00        24,600.00
SEABOARD-1                    Credit memo                                  -442.49
85495              05/06/2010 Invoice         11,739.00      0.00        11,739.00
                              Net check                                  35,896.51
```

145440

TAMPA BAY FISHERIES, INC.

July 7, 2010          $35,896.51

Thirty Five Thousand Eight Hundred Ninety Six Dollars & 51 Cents

CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

Brenda Newman



Date:07-09-2010    Amount:$35,896.51 Serial:0
DAmount:3589651

Date:07-09-2010    Amount:$35,896.51 Serial:0
DAmount:3589651

Date:07-09-2010    Amount:$35,896.51 Serial:145440
DAmount:3589651

Date:07-09-2010    Amount:$35,896.51 Serial:145440
DAmount:3589651

**TAMPA BAY FISHERIES, INC.**

| Vendor 5478 | | CRYSTAL SEAFOOD CO. | Acct | | 08/04/2010 | CK# 146081 |
|---|---|---|---|---|---|---|
| Reference | ...Date... | Description.. | .Gross Amount | .Discount | | ..........Net |
| 5214 | 06/03/2010 | Invoice | 75,655.50 | 0.00 | | 75,655.50 |
| 4562 | | Credit memo | | | | -1,560.00 |
| 309038 | | Credit memo | | | | -2,760.00 |
| 85428 | 06/09/2010 | Invoice | 28,584.00 | 0.00 | | 28,584.00 |
| 306983 | | Credit memo | | | | -1,580.00 |
| 86247 | 07/21/2010 | Invoice | 29,971.50 | 0.00 | | 29,971.50 |
| SEABOARD-2 | | Credit memo | | | | -118.95 |
| | | Net check | | | | 128,192.05 |

---

FOR SECURITY THIS DOCUMENT HAS A COPY PROOF BACKGROUND, FLUORESCENT PAPER FIBERS, A WATERMARKED ENDORSEMENT AREA, AND IS REACTIVE TO CHEMICAL ALTERATION



**TAMPA BAY FISHERIES, INC.**

3060 NO. GALLAGHER RD.
P.O. BOX 750
DOVER, FLORIDA 33527

UNION BANK N.A.
53-292/113

146081

August 4, 2010    $128,192.05
DATE    AMOUNT

PAY TO THE ORDER OF

One Hundred Twenty Eight Thousand
One Hundred Ninety Two Dollars & 05 Cents
CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

Brenda Newman
AUTHORIZED SIGNATURE

---

**EAST WEST BANK**

Date: 8/6/10    Customer Name: Crystal Seafood Co.    ☒ Checking

**WITHDRAWAL/TRANSFER DEBIT 提款／轉帳**

| Cash 現金 | $ | . |
|---|---|---|
| Check (reverse side for more checks) # | $ | . |
| Travelers Cheques 旅行支票 | $ | . |
| Money Order 現金支票 # | $ | . |
| Penalty 罰款 | $ | . |
| Fee 手續費 | $ | . |
| Transfer To Account 轉帳 # | $ | . |
| TOTAL WITHDRAWAL 提款總額 | $ | . |

**DEPOSIT** May not be available for immediate withdrawal.

| Currency 紙幣 | $ | . |
|---|---|---|
| Coin 硬幣 | $ | . |
| Check (reverse for more checks) 支票  ABA # | $ 128,192 | 05 |
| Total from Reverse Side 背面所列支票總額 | $ | |
| Subtotal 小計 | $ 128,192 | 05 |
| Less Cash 扣除領取之現金 | $ | |
| TOTAL DEPOSIT 存款總額 | $ 128,192 | 05 |

Bank Use Only   KBS   SQN   ID #   Other:   Supervisor Approval:

SAV-003 (2/04)

Signature 簽名    Signature 簽名

11