89801-803

# Crystal Seafood Co.
## WHOLESALE
## FRESH & FROZEN
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334  FAX. # 409-982-3001

Contact person: Oanh Tran (949-235-0199)

seal #: 02163466

**B/L # 1571**

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/16/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER | 1571 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERTURE: | -10 |
| 409-983-4334 | 813-887-5984 | VEHICLE: Kraze Trucking/Benco Trucking | |

*****PRODUCT OF USA*****

| ITEMS | Description | FROM sizes | CASE 4X5 | LOT # | W OR B | TOTAL LBS. | | BLOCK IQF |
|---|---|---|---|---|---|---|---|---|
| 1 | HLSO | 16/20 | 81 | | W | 1620 | | IQF |
| 2 | HLSO | 16/20 | 81 | | W | 1620 | | IQF |
| 3 | HLSO | 16/20 | 81 | | W | 1620 | | IQF |
| 4 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 5 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 6 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 7 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 8 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 9 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 10 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 11 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 12 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 13 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 14 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 15 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 16 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 17 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 18 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 19 | HLSO | 16/20 | 81 | | B | 1620 | | IQF |
| 20 | HLSO | 21/25 | 81 | | B | 1620 | | IQF |
| 21 | HLSO | 21/25 | 81 | | B | 1620 | | IQF |
| 22 | HLSO | 21/25 | 81 | | B | 1620 | | IQF |
| 23 | HLSO | 21/25 | 81 | | B | 1620 | | IQF |

TOTAL CASES: 1863          Total Wt: 37260

DRIVER: D McConnell          RECEIVED BY: Seaboard Brian M.

CONTACT #: 386 405 5620      CONTACT #: 813-752-4114

DATE: 6/16/09                DATE: 6-18-09

16/20 B - 2cs torn

89808-837

# Crystal Seafood Co.
**WHOLESALE**
**FRESH & FROZEN**
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

Contact person: Oanh Tran (949-235-0199)    seal # 02163459

## B/L # 1572 (1/3)

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/17/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER | 1572 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERTURE: | -10 |
| 409-983-4334 | 813-887-5984 | SHIPPER: Cool Springs / Benco Trans. | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 4X5 | LOT # | W OR B | TOTAL LBS. | | BLOCK IQF |
|---|---|---|---|---|---|---|---|---|
| 1 | HLSO | 21/25 | 81 | | B | 1620 | | IQF |
| 2 | HLSO | 40/50 w | 81 | | W | 1620 | | IQF |
| 3 | HLSO | 40/50 w | 81 | | W | 1620 | | IQF |
| 4 | HLSO | 40/50 w | 81 | | W | 1620 | | IQF |
| 5 | HLSO | 40/50 w | 81 | | W | 1620 | | IQF |
| 6 | HLSO | 40/50 | 81 | | B | 1620 | | IQF |
| 7 | HLSO | 40/50 | 81 | | B | 1620 | | IQF |
| 8 | HLSO | 40/50 | 81 | | B | 1620 | | IQF |
| 9 | HLSO | 40/50 w | 48 | | W | 960 | | IQF |
| 10 | HLSO | 16/20 w | 11 | | W | 220 | | IQF |
| 11 | HLSO | 16/20 | 63 | | B | 1260 | | IQF |
| 12 | HLSO | 60/70 w | 27 | | W | 540 | | IQF |
| 13 | HLSO | SPCS w | 71 | | W | 1420 | | IQF |
| 14 | HLSO | 50/60 | 7 | | B | 140 | | IQF |
| 15 | HLSO | 26/30 w | 33 | | W | 660 | | IQF |
| 16 | HLSO | 10/15 #2 w | 15 | | W | 300 | | IQF |
| 17 | HLSO | 10/15 #2 | 1 | | B | 20 | | IQF |
| 18 | HLSO | 10*15 w | 6 | | W | 120 | | IQF |
| 19 | HLSO | 21/25 | 14 | | B | 280 | | IQF |
| 20 | HLSO | 40/50 | 17 | | B | 340 | | IQF |
| 21 | HLSO | 31/35 | 18 | | B | 360 | | IQF |
| 22 | HLSO | 70/80 | 18 | | B | 360 | | IQF |
| 23 | HLSO | 70/90 w | 19 | | W | 380 | | IQF |
| 24 | HLSO | MPCS w | 31 | | W | 620 | | IQF |
| 25 | HLSO | MPCS #2 | 6 | | B | 120 | | IQF |
| 26 | HLSO | SPCS | 45 | | B | 900 | | IQF |
| 27 | HLSO | LPCS #2 w | 1 | | W | 20 | | IQF |
| 28 | HLSO | LPCS #2 | 1 | | B | 20 | | IQF |
| 28 | HLSO | SPCS #2 w | 7 | | W | 140 | | IQF |
| 30 | HLSO | SPCS #2 | 1 | | B | 20 | | IQF |
| | TOTAL CASES: | | 1108 | | Total Wt: | 22160 | | |

363

DRIVER: Dewayne Lane    items not counted    RECEIVED BY: Brian M__

CONTACT #: 229-873-1238    CONTACT #: _____

DATE: 6-17-09    DATE: 6-19-09

## Crystal Seafood Co.
**WHOLESALE**
**FRESH & FROZEN**
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

Contact person: Oanh Tran (949-235-0199)    seal # 02163459

### B/L #1572 (2/3)

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/17/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER | 1572 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERTURE: | -10 |
| 409-983-4334 | 813-887-5984 | SHIPPER: Cool Springs / Benco Trans. | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 4X5 | LOT # | W OR B | TOTAL LBS. | BLOCK IQF |
|---|---|---|---|---|---|---|---|
| 31 | HLSO | 21/25 #2 ✓ | 2 ✓ | | W | 40 | IQF |
| 32 | HLSO | 36/40 #2 ✓ | 2 ✓ | | W | 40 | IQF |
| 33 | HLSO | 36/40 #2 | 1 ✓ | | B | 20 | IQF |
| 34 | HLSO | 40/50 #2 ✓ | 3 ✓ | | W | 60 | IQF |
| 35 | HLSO | 50/60 #2 ✓ | 3 ✓ | | W | 60 | IQF |
| 36 | HLSO | 31/35 #2 ✓ | 3 ✓ | | W | 60 | IQF |
| 37 | HLSO | 16/20 #2 ✓ | 34 ✓ | | W | 680 | IQF |
| 38 | HLSO | 60/70 | 57 ✓ | | B | 1140 | IQF |

TOTAL CASES: 105          Total Wt: 2100

DRIVER: Dewayne Lane          items not counted          RECEIVED BY: Brian yn          SCS

CONTACT #: 229-873-1238          CONTACT #:

DATE: 6-17-09          DATE: 6-19-09

89841-848

# Crystal Seafood Co.
WHOLESALE
FRESH & FROZEN
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

Contact person: Oanh Tran (949-235-0199)       seal # 02163467

## B/L #1573

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/18/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER #: | 1572 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERATURE: | -10 |
| 409-983-4334 | 813-887-5984 | VEHICLE: Benco Transportation | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 10 X 5 | LOT # | W OR B | TOTAL LBS. | | BLOCK IQF |
|---|---|---|---|---|---|---|---|---|
| 1 | HLSO | 16/20 | 40 | | B | 2000 | | BLOCK |
| 2 | HLSO | 16/20 | 38 | | B | 1900 | | BLOCK |
| 3 | HLSO | 16/20 | 40 | | W | 2000 | | BLOCK |
| 4 | HLSO | 16/20 | 13 | | W | 650 | | BLOCK |
| 5 | P-D | 91/110 | 25 | | W | 1250 | | BLOCK |
| 6 | PUD | 60/70 | 40 | | W | 2000 | | BLOCK |
| 7 | P-D | 70/90 | 40 | | W | 2000 | | BLOCK |
| 8 | PUD | 60/70 | P 40 | | W | 2000 | | BLOCK |
| 9 | PUD | 91/110 | 40 | | W | 2000 | | BLOCK |
| 10 | PUD | 91/110 | 40 | | B | 2000 | | BLOCK |
| 11 | PUD | 91/110 | P+D 20 | | W | 1000 | | BLOCK |

TOTAL CASES: 376         Total Wt: 18800

DRIVER: [signature]                RECEIVED BY: Seaboard [signature]

CONTACT #: 813-481-5464            CONTACT #: 813-752-4114

DATE: 6-18-09                      DATE: 6-22-09

# Crystal Seafood Co.
**WHOLESALE**
**FRESH & FROZEN**
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

89854-857

Contact person: Oanh Tran (949-235-0199)            seal # 02163423

## B/L #1575

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/22/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER #: | 1575 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERATURE: | -10 |
| 409-983-4334 | 813-887-5984 | vehicle: Burress Trucking/Benco Trans. | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 10 X5 | LOT # | W OR B | TOTAL LBS. | BLOCK IQF |
|---|---|---|---|---|---|---|---|
| 1 | PUD | 150- UP | 40 | | W | 2000 | BLOCK |
| 2 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 3 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 4 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 5 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 6 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 7 | PUD | 200/300 | 40 | | W | 2000 | BLOCK |
| 8 | PUD | 200/300 | 40 | | W | 2000 | BLOCK |
| 9 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 10 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 11 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 12 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 13 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 14 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |
| 15 | PUD | 130/150 | 40 | | W | 2000 | BLOCK |

TOTAL CASES:    600            Total Wt:   30000

DRIVER: Bob Roberson        130/150        RECEIVED BY: Seaboard CS  Brian m
                            short 80cs
CONTACT #: 812.3299315     rel. 80cs    CONTACT #: _____
                            150/200
DATE: 6-22-09                           DATE: 6-24-09

# Crystal Seafood Co.
**WHOLESALE FRESH & FROZEN**
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334  FAX. # 409-982-3001

89862

| Contact person: Oanh Tran (949-235-0199) | | | | | | seal # 02163457 | | |
|---|---|---|---|---|---|---|---|---|
| B/L # 1574 | | | | | | | | |
| **BILL TO:** Crystal Seafood Co. 3931 South MLK Drive Port Arthur, TX 77642 409-983-4334 | | | **DELIVER TO:** Seaboard Cold Storage, Inc. 402 East Ohio Street Plant City, FL 33566 813-887-5984 | | | **PO #:** DATE OF SHIPPING: SHIPPING ORDER #: TEMPERATURE: vehicle: B.E. Cline Trucking/Benco Trans. | | 6/22/2009 1574 -10 |
| ****PRODUCT OF USA**** | | | | | | | | |
| ITEMS | Description | FROM sizes | CASE 10 X5 | LOT # | W OR B | TOTAL LBS. | | BLOCK IQF |
| 1 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 2 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 3 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 4 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 5 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 6 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 7 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 8 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 9 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 10 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 11 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 12 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 13 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 14 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |
| 15 | PUD | 200/300 | 40 | | W | 2000 | | BLOCK |

TOTAL CASES: 600   Total Wt: 30000

Seaboard CS

DRIVER: _[signature]_   RECEIVED BY: Brian M~

CONTACT #: 608-475-0354   CONTACT #: _____

DATE: 6-22-09   DATE: 6-24-09

# Crystal Seafood Co.
**WHOLESALE**
**FRESH & FROZEN**
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

*89868-873*

Contact person: Oanh Tran (949-235-0199)            seal # 02163416

## B/L # 1576

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/23/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER #: | 1576 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERATURE: | -10 |
| 409-983-4334 | 813-887-5984 | vehicle: Rush Trucking/Benco Trans. | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 10 X5 | LOT # | W OR B | TOTAL LBS. | | BLOCK IQF |
|---|---|---|---|---|---|---|---|---|
| 1 | PUD | 130/150 | 40 | | B | 2000 | | BLOCK |
| 2 | PUD | SPCS | 40 | | B | 2000 | | BLOCK |
| 3 | PUD | SPCS | 40 | | B | 2000 | | BLOCK |
| 4 | PUD | SPCS #2 | 40 | | B | 2000 | | BLOCK |
| 5 | PUD | SPCS | 40 | | B | 2000 | | BLOCK |
| 6 | PUD | SPCS | 40 | | B | 2000 | | BLOCK |
| 7 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |
| 8 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |
| 9 | PUD | 90/110 | 40 | | W | 2000 | | BLOCK |
| 10 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |
| 11 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |
| 12 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |
| 13 | PUD | 70/90 | 40 | | W | 2000 | | BLOCK |
| 14 | PUD | SPCS | 40 | | B | 2000 | | BLOCK |
| 15 | PUD | MPCS | 40 | | B | 2000 | | BLOCK |

TOTAL CASES: 600            Total Wt: 30000

*Seaboar CS*

DRIVER: [signature]            RECEIVED BY: Brian M

CONTACT #: 812 599 6692            CONTACT #: ___

DATE: 23 JUNE 09            DATE: 62509

# Crystal Seafood Co.
WHOLESALE
FRESH & FROZEN
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334  FAX. # 409-982-3001

89879-89904

| Contact person: Oanh Tran (949-235-0199) | | | | | seal # 02163415 | | |
|---|---|---|---|---|---|---|---|
| B/L/ #1577 (PAGE 1 OF 2) ||||||||
| BILL TO: | | DELIVER TO: | | | PO #: | | |
| Crystal Seafood Co. | | Seaboard Cold Storage, Inc. | | | DATE OF SHIPPING: | | 6/22/2009 |
| 3931 South MLK Drive | | 402 East Ohio Street | | | SHIPPING ORDER #: | | 1577 |
| Port Arthur, TX 77642 | | Plant City, FL 33566 | | | TEMPERATURE: | | -10 |
| 409-983-4334 | | 813-887-5984 | | | VEHICLE: GRB Trucking/ Benco Trans. | | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 10 X 5 | LOT # | W OR B | TOTAL LBS. | BLOCK IQF |
|---|---|---|---|---|---|---|---|
| 1 | PUD | 90/110 | 40 | | W | 2000 | BLOCK |
| 2 | PUD | 150-UP | 40 | | W | 2000 | BLOCK |
| 3 | PUD | 130/150 | 11 | | B | 550 | BLOCK |
| 4 | HLSO | 40/50 | 8 | | W | 400 | BLOCK |
| 5 | HLSO | 50/60 | 2 | | W | 100 | BLOCK |
| 6 | HLSO | 26/30 | 6 | | W | 300 | BLOCK |
| 7 | HLSO | 21/25 | 8 | | B | 400 | BLOCK |
| 8 | HLSO | 31/35 | 4 | | B | 200 | BLOCK |
| 9 | HLSO | 31/35 | 1 | | W | 50 | BLOCK |
| 10 | PUD | 150-UP | 13 | | W | 650 | BLOCK |
| 11 | PUD | 50/60 | 10 | | B | 500 | BLOCK |
| 12 | PUD | 50/60 | 7 | | W | 350 | BLOCK |
| 13 | PUD | 36/40 | 10 | | B | 500 | BLOCK |
| 14 | P-D | LPCS | 10 | | W | 500 | BLOCK |
| 15 | PUD | MPCS | 10 | | W | 500 | BLOCK |
| 16 | HLSO | 10*15 | 12 | | W | 600 | BLOCK |
| 17 | HLSO | U-12 | 3 | | W | 100 | BLOCK |
| 18 | HLSO | 16/20 | 3 | | W | 150 | BLOCK |
| 19 | HLSO | 16/20 | 1 | | B | 50 | BLOCK |
| 20 | PUD | 90/110 | 16 | | B | 800 | BLOCK |
| 21 | PUD | 70/90 | 15 | | W | 750 | BLOCK |
| 22 | PUD | 90/110 | 40 | | W | 2000 | BLOCK |
| 23 | PUD | 90/110 | 40 | | B | 2000 | BLOCK |
| 24 | PUD | SPCS | 40 | | B | 2000 | BLOCK |
| 25 | PUD | SPCS | 40 | | W | 2000 | BLOCK |

TOTAL CASES: 390        Total Wt: 19450

Seaboard CS

DRIVER: _____    items not counted    RECEIVED BY: _____

CONTACT #: 813-477-2001        CONTACT #: _____

DATE: 06/23/09        DATE: 6-25-09

# Crystal Seafood Co.

WHOLESALE
FRESH & FROZEN
3931 South M.L.K. Drive
Port Arthur, TX 77642
TEL.# 409-983-4334   FAX. # 409-982-3001

Contact person: Oanh Tran (949-235-0199)   seal # 02163415

B/L/ #1577 (PAGE 2 OF 2)

| BILL TO: | DELIVER TO: | PO #: | |
|---|---|---|---|
| Crystal Seafood Co. | Seaboard Cold Storage, Inc. | DATE OF SHIPPING: | 6/22/2009 |
| 3931 South MLK Drive | 402 East Ohio Street | SHIPPING ORDER #: | 1577 |
| Port Arthur, TX 77642 | Plant City, FL 33566 | TEMPERATURE: | -10 |
| 409-983-4334 | 813-887-5984 | VEHICLE: GRB Trucking/ Benco Trans. | |

****PRODUCT OF USA****

| ITEMS | Description | FROM sizes | CASE 10 X5 | LOT # | W OR B | TOTAL LBS. | BLOCK IQF |
|---|---|---|---|---|---|---|---|
| 26 | PUD | 70/90 | 40 | | W | 2000 | BLOCK |
| 27 | P-D | 40/50 | 18 | | B | 900 | BLOCK |
| 28 | PUD | 150/200 | 15 | | W | 750 | BLOCK |
| 29 | PUD | 60/70 | 32 | | B | 1600 | BLOCK |
| 30 | PUD | 60/70 | 38 | | W | 1900 | BLOCK |
| 31 | PUD | SPCS | 21 | | B | 1050 | BLOCK |
| 32 | PUD | MPCS | 1 | | W | 50 | BLOCK |

TOTAL CASES: 165          Total Wt: 8250

DRIVER: _[signature]_

CONTACT #: 813-477-2004

DATE: 06/23/09

RECEIVED BY: _[signature]_

CONTACT #: _____

DATE: 6-25-09