## CRYSTAL SEAFOOD CO.
### 2009

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 216,000.00 | 298,500.00 | 222,013.50 | 40,409.50 | 232,000.00 | 233,191.50 | 147,600.00 | 0.00 | 0.00 | 0.00 | 19,000.00 | 0.00 | 1,408,714.50 |
| EXPENSES | | | | | | | | | | | | | |
| DEPRECIATION EXPENSE | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 250,113.00 |
| EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,744.79 | 0.00 | 0.00 | 3,311.67 | 0.00 | 5,948.05 | 5,819.00 | 17,823.51 |
| PURCHASE | 377,363.08 | 117,000.00 | 101,254.00 | 75,100.00 | 100,000.00 | 31,200.00 | 76,111.37 | 37,200.00 | 25,250.00 | 16,980.78 | 24,057.20 | 486,851.57 | 1,468,368.00 |
| BANK CHARGE | 520.10 | 5,494.97 | 325.00 | 3,646.46 | 30.00 | 5,040.00 | 2,255.50 | 30.00 | 1,511.09 | 4,545.05 | 0.00 | 502.83 | 23,901.00 |
| ACCOUNTING AND LEGAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | 398,725.93 | 143,337.72 | 122,421.75 | 99,589.21 | 120,872.75 | 59,827.54 | 99,209.62 | 58,072.75 | 50,915.51 | 42,368.58 | 50,848.00 | 514,016.15 | 1,760,205.51 |
| PROFIT / LOSS | 182,725.93 | 155,162.28 | 99,591.75 | -59,179.71 | 111,127.25 | 173,363.96 | 48,390.38 | -58,072.75 | -50,915.51 | -42,368.58 | -31,848.00 | -514,016.15 | **351,491.01** |

EBITDA = Revenue - Total Expenses + Depreciation Expense + Bank Charge

## CRYSTAL SEAFOOD CO. 2010

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 3,000.00 | 9,000.00 | 6,000.00 | 0.00 | 0.00 | 33,256.00 | 66,000.00 | 140,192.00 | 16.00 | 0.00 | 0.00 | 0.00 | 257,464.00 |
| EXPENSES | | | | | | | | | | | | | |
| DEPRECIATION EXPENSE | 27,164.00 | 27,164.00 | 27,164.00 | 27,164.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108,656.00 |
| EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,685.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,685.69 |
| PURCHASE | 5,000.00 | 3,000.00 | 3,000.00 | 4,166.36 | 3,000.00 | 3,000.00 | 6,000.00 | 3,000.00 | 8,000.00 | 3,000.00 | 3,000.00 | 218,506.64 | 262,673.00 |
| BANK CHARGE | 30.00 | 430.00 | 1,349.00 | 251.40 | 30.00 | 37.00 | 1,708.74 | 20,226.27 | 53.00 | 163.95 | 228.94 | 61.95 | 24,570.25 |
| ACCOUNTING AND LEGAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | 32,164.00 | 30,594.00 | 31,513.00 | 31,581.76 | 3,030.00 | 7,722.69 | 7,708.74 | 23,226.27 | 8,053.00 | 3,163.95 | 3,228.94 | 218,568.59 | 400,584.94 |
| PROFIT / LOSS | -29,164.00 | -21,594.00 | -25,513.00 | -31,581.76 | -3,030.00 | 25,533.31 | 58,291.26 | 116,965.73 | -8,037.00 | -3,163.95 | -3,228.94 | -218,568.59 | -143,120.94 |