UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig     MDL No. 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010     SECTION: J

This Document Relates to:
Salvesen v. Feinberg, et al.,     JUDGE BARBIER
2:11-cv-02533     MAG. JUDGE SHUSHAN
Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,
2:11-cv-1987
Ditch v. Feinberg et al., 
2:13-cv-06014
_____/

## PLAINTIFFS' MOTION TO REMAND OR, IN THE ALTERNATIVE, MOTION TO COMMENCE FORMAL DISCOVERY

Plaintiffs, Pinellas Marine Salvage, Inc., John Mavrogiannis, Selmer M. Salvesen, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery filed concurrently herewith.

DATED: May 26, 2015     Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

### CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery. Plaintiffs' Liaison Counsel stated, "The Court has already said it will address the plan going forward for unsettled cases at the June 18 Status Conference."

DATED:  May 26, 2015                                         Respectfully submitted,

/s/ Brian J. Donovan
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of May, 2015.

/s/ Brian J. Donovan
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net