UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig**<br>     **"Deepwater Horizon"**<br>     **in the Gulf of Mexico,**<br>     **on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>**Salvesen v. Feinberg, et al.,**<br>**2:11-cv-02533**<br>**Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,**<br>**2:11-cv-1987**<br>**Ditch v. Feinberg et al.**,<br>**2:13-cv-06014**<br>_____/ | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

## ORDER

Considering Plaintiffs' Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Plaintiffs' Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE