UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig            MDL No. 2179
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010            SECTION: J

**This Document Relates to:**
Salvesen v. Feinberg, et al.,
2:11-cv-02533            JUDGE BARBIER
           MAG. JUDGE SHUSHAN
**Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,**
2:11-cv-1987
**Ditch v. Feinberg et al.**,
2:13-cv-06014
_____/

## PLAINTIFFS' MOTION TO NULLIFY EVERY GULF COAST CLAIM FACILITY RELEASE AND COVENANT NOT TO SUE

Plaintiffs, Selmer M. Salvesen, Pinellas Marine Salvage, Inc., John Mavrogiannis, and Andrew J. Ditch, by and through their undersigned counsel, and Plaintiffs' Counsel on behalf of those claimants who were ultimately forced to sign Defendant Feinberg's "Release and Covenant Not to Sue" hereby file their Motion to Nullify Every Gulf Coast Claims Facility Release and Covenant Not to Sue for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion to Nullify Every Gulf Coast Claims Facility Release and Covenant Not to Sue filed concurrently herewith.

DATED: May 26, 2015            Respectfully submitted,

           **/s/ Brian J. Donovan**
           Brian J. Donovan
           Attorney for Plaintiffs
           Florida Bar No. 143900
           3102 Seaway Court, Suite 304
           Tampa, FL 33629
           Tel: (352)328-7469
           BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion to Nullify Every Gulf Coast Claims Facility Release and Covenant Not to Sue. Plaintiffs' Liaison Counsel stated, "The Court has already said it will address the plan going forward for unsettled cases at the June 18 Status Conference."

DATED:  May 26, 2015                                    Respectfully submitted,

                                                                             /s/ Brian J. Donovan
                                                                             Brian J. Donovan
                                                                             Attorney for Plaintiffs
                                                                             Florida Bar No. 143900
                                                                             3102 Seaway Court, Suite 304
                                                                             Tampa, FL 33629
                                                                             Tel: (352)328-7469
                                                                             BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of May, 2015.

                                                                             /s/ Brian J. Donovan
                                                                             Brian J. Donovan
                                                                             Attorney for Plaintiffs
                                                                             Florida Bar No. 143900
                                                                             3102 Seaway Court, Suite 304
                                                                             Tampa, FL 33629
                                                                             Tel: (352)328-7469
                                                                             BrianJDonovan@verizon.net