UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *Nos. 10-3896, 11-826* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

The Court previously issued a scheduling order requiring DuWayne Mason to file his response to Seacor's Motion for Summary Judgment (Rec. Doc. 13520) by Friday, May 22, and Seacor to reply by Friday, May 29. (Rec. Doc. 14512). On May 22, Mason filed a response (Rec. Doc. 14608) *and* a separate Motion (Rec. Doc. 14609). Mason's motion, however, is nearly identical to his opposition. Therefore,

IT IS ORDERED that Seacor's reply brief due on May 29, 2015 shall address both Mason's opposition (Rec. Doc. 14608) and Mason's Motion to be Recognized as An Opt Out Plaintiff and Alternative Motion to Extend Opt-Out Deadline (Rec. Doc. 14609). Seacor shall limit its filing to 10 pages, double spaced.

Signed in New Orleans, Louisiana, this 26th day of May, 2015.

United States District Judge