1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE: OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
5     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
7                                   NEW ORLEANS, LOUISIANA
                                    FRIDAY, MAY 22, 2015, 11:00 A.M.
8

9     THIS DOCUMENT RELATES TO:

10    10-4182, 10-4183,
      13-2645, 13-2646,
11    13-2647, 13-2813

12    ****************************************************************

13
                    TELEPHONE STATUS CONFERENCE PROCEEDINGS
14                    REGARDING ALABAMA DAMAGE CASES
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
15                  UNITED STATES MAGISTRATE JUDGE

16

17    APPEARANCES:

18

19    FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
                             BY:  COREY L. MAZE, ESQUIRE
20                           500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
21

22                           BEASLEY ALLEN CROW METHVIN
                             PORTIS & MILES
23                           BY:  J. PARKER MILLER, ESQUIRE
                                  JENNIFER E. DAY, ESQUIRE
24                                RICHARD D. STRATTON, ESQUIRE
                             POST OFFICE BOX 4160
25                           MONTGOMERY, AL  36013

                           **OFFICIAL TRANSCRIPT**

09:23:34

```
 1   APPEARANCES CONTINUED:

 2

 3                             BREIT DRESCHER IMPREVENTO & WALKER
                              BY:  JEFFREY A. BREIT, ESQUIRE
 4                            600 22ND STREET, SUITE 402
                              VIRGINIA BEACH VA  23451
 5

 6
     FOR BP AMERICA INC.,
 7   BP AMERICA PRODUCTION
     COMPANY, BP COMPANY
 8   NORTH AMERICA INC.,
     BP CORPORATION NORTH
 9   AMERICA INC.,
     BP EXPLORATION &
10   PRODUCTION INC.,
     BP HOLDINGS NORTH
11   AMERICA LIMITED,
     BP PRODUCTS NORTH
12   AMERICA INC.:         KIRKLAND & ELLIS
                           BY:  J. ANDREW LANGAN, ESQUIRE
13                              PAUL D. COLLIER, ESQUIRE
                                ANGELA D. MARSTON, ESQUIRE
14                         300 N. LASALLE
                           CHICAGO, IL 60654
15

16
                           KIRKLAND & ELLIS
17                         BY:  F. CHADWICK MORRISS, ESQUIRE
                           655 FIFTEENTH STREET, N.W.
18                         WASHINGTON, DC  20005

19
                           COVINGTON & BURLING
20                         BY:  MAUREEN F. BROWNE, ESQUIRE
                           1201 PENNSYLVANIA AVENUE, NW
21                         WASHINGTON, DC  20004

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR HALLIBURTON
     ENERGY SERVICES,
4    INC.:                    GODWIN LEWIS
                              BY:  JENNY L. MARTINEZ, ESQUIRE
5                             RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
6                             DALLAS, TX  75270

7

8    FOR ANADARKO
     PETROLEUM CORPORATION,
9    ANADARKO E&P
     COMPANY LP:               MORGAN, LEWIS & BOCKIUS
10                            BY:  DOUGLAS A. HASTINGS, ESQUIRE
                              2020 K STREET, NW
11                            WASHINGTON, DC  20006

12

13   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
14   OFFSHORE DEEPWATER
     DRILLING INC., AND
15   TRANSOCEAN DEEPWATER
     INC.:                     SUTHERLAND ASBILL & BRENNAN
16                            BY:  CARTER L. WILLIAMS, ESQUIRE
                              1001 FANNIN STREET, SUITE 3700
17                            HOUSTON, TX  77002

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
21                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
22                               Cathy_Pepper@laed.uscourts.gov

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

24

25

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2       ITEMS                                              PAGE

3       SAMPLE SET OF 100 E-MAIL DOCUMENTS...................  5
        ROY COLLINS.........................................  5
4       STEVE JENKINS.......................................  5
        PRODUCTION NUMBER 12................................ 11
5       DERAVI PRODUCTION................................... 11
        DR. HAYWORTH....................................... 11
6       CUSTODIAL FILES THAT BP WAS REQUESTING IN TERMS OF
        THE WITNESSES...................................... 11
7       PHILLIP WOODS...................................... 11
        MAGEE.............................................. 12
8       GREEN.............................................. 12
        WHITE.............................................. 12
9       MR. NEWTON......................................... 13
        MR. BUTLER......................................... 13
10      ADECA.............................................. 14
        BILL HORNSBY....................................... 14
11      TAMMY ROLLING...................................... 14
        ADEM SUPPLEMENTAL PRODUCTION REGARDING ONGOING
12      ACTIVITY........................................... 15
        LFO................................................ 15
13      THIRD-PARTY SUBPOENAS AS FAR AS WASTE MANAGEMENT,
        SWIFT, AND THE RESPONSE GROUP...................... 15
14      POLARIS MOTION TO QUASH............................ 16
        JOINT 30(B)(6) TOPICS.............................. 16
15      DEPOSITIONS........................................ 16
        KELLY BUTLER....................................... 17
16      DR. DERAVI......................................... 17
        MIKE ROBERTS....................................... 19
17      ELLIOTT TAYLOR..................................... 22
        NOT SLOTTED IN OTHER WITNESSES..................... 23
18      GARY HAYWARD....................................... 23
        JULIA HEIN......................................... 23
19      MIKE TUCKER........................................ 26
        TAMMY DAVENPORT.................................... 26
20      MIKE HARRISON...................................... 26
        CARLA FONTENOT..................................... 26
21      KRIS SLIGER........................................ 27
        AYANA MCINTOSH-LEE................................. 29
22      HYBRID WITNESSES................................... 31
        PRESERVATION REQUIREMENTS.......................... 35
23      THE NEXT CONFERENCE WILL BE JUNE 5TH, 2015.......... 37

24

25

                          **OFFICIAL TRANSCRIPT**

1       **P-R-O-C-E-E-D-I-N-G-S**

2                 FRIDAY, MAY 22, 2015

3              M O R N I N G   S E S S I O N

4              (IN CHAMBERS VIA TELEPHONE)

5

6

7          THE COURT:  Okay.  Good morning, everybody.

8          VOICES:  Good morning, Your Honor.

9          THE COURT:  All right.  Let's roll.  What do you say?

10         MR. MAZE:  Let's do it.

11         THE COURT:  Let's do it.  Okay.  Let's get an update.

12    We got from Angie yesterday a report on the sample set of 100

13    e-mail documents.  Corey, have you or Parker had a chance to

14    look at that?

15         MR. MAZE:  Are you talking about the e-mail that was

16    sent yesterday about Roy Collins, the e-mail that we put on the

17    FTP site?

18         THE COURT:  Yes, Roy Collins and Steve Jenkins.

19         MR. MAZE:  Yeah, actually we have looked at that, and I

20    have a response to that, if you don't mind.

21         THE COURT:  I don't mind.

22         MR. MAZE:  Okay.  So we went back and looked at it, and

23    there were 2,101 total e-mails.  Twelve of them are e-mails

24    that were not to, from, or a recipient of BP, BP contractor, or

25    United States in the string; in other words, 12 are truly

**OFFICIAL TRANSCRIPT**

11:06:56  1    e-mails Roy Collins to somebody that's not related to BP.

11:07:00  2            The other 2,089 are situation reports in which

11:07:06  3    BP, a BP contractor, and/or the United States was in the

11:07:10  4    string.  Of those 2,089, only 216 were forwarded by

11:07:19  5    Roy Collins.

11:07:19  6            That means the other 1873 were simply e-mails

11:07:23  7    that came in to him and included BP, a BP contractor, and/or

11:07:27  8    the United States.  So of the 216 that he actually forwarded,

11:07:33  9    only 17 had comments where he was actually making a comment on

11:07:39 10    the report.

11:07:40 11            The others, 91 was just a forward that had no

11:07:43 12    comments, and 108 was he had forwarded it to himself and then

11:07:49 13    to somebody else.

11:07:49 14            So, if you add all those numbers together, the

11:07:52 15    way we look at it is, there are 12 e-mails that BP would not

11:07:57 16    have had access to because they weren't in the string at any

11:08:00 17    point, and then there are 17 where BP was in the string but he

11:08:04 18    added comments; so, of the 2101 e-mails, there are 29 that have

11:08:11 19    some actual new information that BP wouldn't have.

11:08:14 20            Now, that said, point number 1 for us would be

11:08:18 21    they now have those 29.  There is really no reason to do

11:08:21 22    anything additional because if they want to use those during

11:08:25 23    Roy Collins' deposition, they can simply slap a sticker on it

11:08:30 24    like it was something that we found on-line or somewhere else.

11:08:33 25            So there is no reason to reproduce it since they

**OFFICIAL TRANSCRIPT**

11:08:36  1   already have it and can use it in the deposition, but number 2,

11:08:38  2   if the Court believes that we need to produce the e-mails and

11:08:43  3   with the Bates stamp on it, there is really no reason to

11:08:45  4   produce any more than those particular 29 e-mails.

11:08:49  5           There is no reason to do all 2100 to fix

11:08:54  6   attachment issues, when BP already has everything even before

11:08:57  7   Roy Collins.  These are things that they would have been

11:09:00  8   involved with already.

11:09:02  9           THE COURT:  Angie or Paul, do you want to comment?

11:09:06 10           MR. COLLIER:  Good morning, Your Honor.  It's

11:09:08 11   Paul Collier.  Yeah, I could just respond briefly on this

11:09:10 12   issue.

11:09:11 13           Yeah, from our standpoint, we are still not

11:09:12 14   really certain as to why there is an attachment issue or really

11:09:16 15   have any details as far as what the processing issue is.  So we

11:09:20 16   don't really know or understand what burden it really places on

11:09:24 17   Alabama to just make thess materials available to us just

11:09:27 18   through the normal production process, which I think we can all

11:09:29 19   agree is probably the best way of making sure that materials

11:09:33 20   get provided to us as opposed this new way of putting stuff on

11:09:38 21   an FTP site, then having us pull it down.  It's just a much

11:09:42 22   more laborious process.

11:09:43 23           When we sent the e-mail to Alabama last night,

11:09:46 24   Your Honor, we did enough of the review of the materials on the

11:09:48 25   FTP site to identify that there were materials in that that we

11:09:54  1  would not have had access to, so that was kind of what we

11:09:56  2  responded to.

11:09:57  3          I understand now that Corey is representing that

11:09:59  4  there is only, you know, a limited number of documents of that

11:10:02  5  type, but from our perspective the best way of assuring that

11:10:06  6  there is no prejudice to us and that everything is conducted in

11:10:09  7  an orderly way as far as document production is concerned is

11:10:13  8  just to reproduce these 2100 documents just through the normal

11:10:17  9  course that we have been using through the duration of the

11:10:19 10  *Deepwater Horizon* matter.  It just seems to be the best way of

11:10:23 11  proceeding and avoiding any issues down the road.

11:10:25 12          The one additional point I'll just make on that,

11:10:27 13  Your Honor, is that it is a much more laborious process for us

11:10:30 14  to have to pull down documents from an FTP site, and it just

11:10:35 15  slows down our review.  It would make things so much easier for

11:10:39 16  us if there is just a reproduction of these documents and just

11:10:41 17  to go down that path.

11:10:43 18          THE COURT:  Okay.  Parker, what's the glitch that you

11:10:47 19  encountered in production of these documents and can we

11:10:49 20  overcome it?

11:10:51 21          MR. MILLER:  Judge, this is Parker Miller for the

11:10:54 22  State.  The issue that we were running into is that for

11:10:57 23  whatever reason, the parent e-mail -- the chain between the

11:11:03 24  parent e-mail and the attachment were broken.  Now, technically

11:11:06 25  speaking, there is a way to match the two back up, and this was

**OFFICIAL TRANSCRIPT**

11:11:09 1    an issue that occurred upon production, and then you'll get a

11:11:14 2    report that will identify the parent/child issues upon

11:11:17 3    production.  So that's how we were able to identify these

11:11:20 4    documents.

11:11:21 5          I believe the issue can be corrected, but it

11:11:23 6    requires a manual review of all of those documents to find the

11:11:32 7    corresponding family relationship document to match the two up.

11:11:35 8    So that's -- that's the issue.  That's what takes a very long

11:11:38 9    time to do.  However, if the Court is asking me whether it can

11:11:42 10   be done, it can be done, yes, Your Honor.

11:11:45 11         THE COURT:  Okay.

11:11:46 12         MR. MAZE:  This is Corey.  I think that if the Court is

11:11:48 13   leaning towards having us do it and, again, I think it's

11:11:51 14   actually easier for the documents just to be pulled down from

11:11:54 15   an FTP site, but regardless, if the Court is asking us to do

11:11:59 16   it, I would say that we at least limit it to the 12 e-mails in

11:12:03 17   which BP was never in the string and at most the 216 which

11:12:08 18   Roy Collins forwarded, just so BP can have the ones where he

11:12:11 19   added comments and didn't.

11:12:13 20         There is no reason to reproduce the 1873 that

11:12:18 21   were simply his receipt of a situation report that BP already

11:12:22 22   has from numerous other means because, again, we have to

11:12:26 23   manually correct the issues for all of them.

11:12:29 24         THE COURT:  Paul, would that do it for you, or are

11:12:31 25   there broader issues with the attachment?

**OFFICIAL TRANSCRIPT**

11:12:35  1        MR. COLLIER:  Your Honor, I think based on what Corey

11:12:38  2   represented with respect to the 873 documents which are just a

11:12:42  3   situational report, I don't think we would push Alabama to

11:12:45  4   produce those.  I think we can segregate out that.  That is

11:12:48  5   something we would be willing to do.

11:12:49  6            Obviously we would want to reproduce the

11:12:54  7   documents that we haven't -- we wouldn't have had access to the

11:12:59  8   internal Alabama communications.  I think that would be

11:13:01  9   appropriate.

11:13:02 10            Then I guess I'm still a little bit unclear as to

11:13:05 11   what then falls between those.  I think we can maybe talk with

11:13:09 12   Alabama about that and see if we can reach some agreement to

11:13:12 13   make that a reasonable situation for us all.

11:13:15 14        THE COURT:  Yeah, I would like to work it out.  If the

11:13:18 15   situational reports are things that you all already have, I

11:13:21 16   think we can eliminate that.

11:13:24 17        MR. COLLIER:  Yes.

11:13:24 18        THE COURT:  Parker, did you understand Paul's comment

11:13:26 19   about the things in the middle?  Between the --

11:13:32 20        MR. MILLER:  Judge, I think I do but I agree with Paul.

11:13:35 21   Perhaps a follow-up call can sort all of this out, and that way

11:13:39 22   the parties can just resolve their issues.

11:13:41 23        THE COURT:  That would be good.

11:13:43 24            If not, if you all talk it through, why don't you

11:13:48 25   all let us know that you've not been able to resolve it, and

**OFFICIAL TRANSCRIPT**

11:13:51  1    we'll try to resolve it before the next conference.

11:13:56  2         MR. MILLER:  That sounds good, Your Honor.

11:13:57  3         THE COURT:  Okay.  Good, good, good.

11:13:59  4              Let's see, Parker, do you want to give me an

11:14:02  5    update, well, you and Paul give me an update on Production

11:14:05  6    Number 12, which I assume has been taken care of.

11:14:12  7         MR. MILLER:  That's correct, Your Honor.  Production 12

11:14:14  8    did go out.  In terms of just other document-related issues, I

11:14:21  9    sent a summary e-mail, I believe it was last week, outlining

11:14:25 10    some of the other outstanding documents, and I can provide some

11:14:29 11    additional update there.

11:14:32 12              The Deravi production was received by the State

11:14:36 13    and produced to BP.  We have received Dr. Hayworth's custodial

11:14:43 14    file as well.  We have completed our review of most of the

11:14:49 15    custodial files that BP was requesting in terms of the

11:14:55 16    witnesses they also wanted to depose beyond the Rule 26 and

11:15:00 17    Rule 30(b)(6) witnesses that the State identified.

11:15:04 18              So my anticipation is that hopefully those files

11:15:07 19    will go next week.  I do believe the Phillip Woods file is a

11:15:13 20    little bit further behind, but that's mostly because we

11:15:16 21    received that file later in the process.

11:15:19 22         THE COURT:  Okay.  Let's back up.  Deravi, have you

11:15:25 23    produced his standalone file?

11:15:30 24         MR. MILLER:  That's a good question, Your Honor.  We

11:15:31 25    have produced his standalone file.  We are currently working

11:15:36 1   through his e-mails now.

11:15:38 2           THE COURT:  Good.

11:15:38 3           MR. MILLER:  I hope that we can produce those e-mails

11:15:40 4   within the next week or two.  I think in two weeks they should

11:15:45 5   be gone.

11:15:53 6           THE COURT:  Okay.  Then relative to Dr. Hayworth, you

11:15:56 7   did receive it.  In other words, he got the message, right?

11:15:58 8           MR. MILLER:  He did get the message, Your Honor.

11:15:59 9           THE COURT:  Where are you on reviewing that?  Are you

11:16:02 10  well along?  What's your prediction there?

11:16:04 11          MR. MILLER:  Your Honor, I believe those documents are

11:16:06 12  currently processing into our system, but I don't believe it's

11:16:12 13  going to take that long to review his documents.  So I don't

11:16:15 14  have a prediction right now on when those documents will go

11:16:19 15  out, but my anticipation is that in the next two to

11:16:23 16  three weeks, we can hopefully get his custodial file to BP.

11:16:26 17          THE COURT:  Okay.  Good.  Then as I understood what you

11:16:30 18  said, Magee, Green, and White are on target to be produced

11:16:37 19  pretty soon with Woods trailing behind, right?

11:16:42 20          MR. MILLER:  That's correct, Your Honor.  And, in fact,

11:16:44 21  a lot of Magee's file has been produced.  So I think we still

11:16:50 22  have some -- I think we still have some more documents to

11:16:53 23  produce from her file, but White and Norris have some

11:16:57 24  additional documents.

11:16:59 25          THE COURT:  Okay.  Then let's see.  We also had the

**OFFICIAL TRANSCRIPT**

11:17:06 1    re-review of Mr. Newton's file.

11:17:09 2          MR. MILLER:  Yes, Your Honor.  That re-review is

11:17:13 3    proceeding.  I really don't have any further status update on

11:17:18 4    that particular file.  But when we get to a point, I'll be

11:17:22 5    happy to provide a little bit more information on that next

11:17:26 6    week, if that's acceptable to the Court.

11:17:28 7          THE COURT:  That's fine.

11:17:29 8              Paul, any comments on those updates?

11:17:32 9          MR. COLLIER:  No, Your Honor.  I think that's all fine.

11:17:34 10   I guess the only comment I will make, and I guess we may want

11:17:39 11   to talk about this further down the road here on the call, is

11:17:43 12   how this may impact the deposition scheduling.

11:17:48 13             So we do have dates scheduled for Magee, Green,

11:17:51 14   Woods and White.  I guess the only concern we have -- we're

11:17:55 15   fine with the dates.  I think they have been proposed right now

11:17:58 16   just pending the custodial files being produced within the

11:18:02 17   21-day window that Corey did agree to.

11:18:05 18         THE COURT:  Right.

11:18:05 19         MR. COLLIER:  That's the one comment on that.

11:18:07 20             Then I think the one issue we will want to talk

11:18:09 21   about, Your Honor, when it comes to deposition scheduling as it

11:18:12 22   relates to Dr. Deravi's custodial file is the impact that will

11:18:16 23   have with respect to Mr. Butler's deposition, but we can defer

11:18:20 24   that for right now.

11:18:22 25         THE COURT:  Okay.  Good.  Then, Parker, beyond

**OFFICIAL TRANSCRIPT**

11:18:25 1    Production Number 12, what you see is just small, clean-up
11:18:33 2    productions or is there going to be a 13?
11:18:35 3          MR. MILLER:  I think just small, clean-up productions,
11:18:40 4    Your Honor.  Certainly if that changes, I'll be happy to let
11:18:45 5    you know.
11:18:45 6          THE COURT:  Good.  Okay.  Thank you.  Let's see.  Let's
11:18:51 7    talk about ADECA.  ADECA no longer is making a claim, as I
11:18:56 8    understand it.  How does that affect production of documents
11:19:06 9    and witnesses?
11:19:13 10         MR. MAZE:  This is Corey for the State of Alabama.  It
11:19:16 11   affects witnesses in that we had two ADECA witnesses solely for
11:19:19 12   that departmental claim, Bill Hornsby and Tammy Rolling.  As
11:19:24 13   you'll see on the calendar that I sent this morning, we have
11:19:28 14   marked through them because they are no longer necessary to the
11:19:32 15   State's case.
11:19:32 16              As far as document production, it would just end
11:19:34 17   any future production of documents from ADECA, and BP simply
11:19:39 18   has all of the ADECA documents that we previously sent.
11:19:42 19         THE COURT:  Okay.  Paul, any comment on that?
11:19:44 20         MR. COLLIER:  No, Your Honor.  I think that's right.  I
11:19:46 21   don't think there is any need for, you know, extemporaneous
11:19:50 22   ADECA documents that we are still waiting to be produced.  I
11:19:55 23   don't think there is any need for us to get those now that
11:19:57 24   those claims have been dropped.  I think that's right.
11:19:58 25         THE COURT:  Good.  We're on the same page.

**OFFICIAL TRANSCRIPT**

11:20:01 1          Let's see.  We've got the ADEM production,

11:20:09 2   supplemental production regarding ongoing activity.  How do we

11:20:15 3   stand on that?

11:20:19 4          MR. MAZE:  Those documents were received the week that

11:20:22 5   I sent that update e-mail, Your Honor, and I'm not sure where

11:20:25 6   we are in processing them, but I can provide an e-mail update

11:20:29 7   on that as well.

11:20:30 8          THE COURT:  That's good.  Okay.  Then we have LFO and

11:20:37 9   we had the issue of the misnumbering.  We've circulated 2003,

11:20:49 10  '5 and '8; is that right?

11:20:51 11         MR. MAZE:  That's correct, Your Honor.

11:20:52 12         THE COURT:  Any supplemental production since then?

11:20:59 13         MR. MAZE:  I think a lot of the e-production that will

11:21:03 14  go in terms of LFO will go with Mr. Morris', Mr. Green's

11:21:10 15  custodial file.

11:21:14 16         THE COURT:  Okay.  Good.  Good.  Paul, any comment on

11:21:15 17  that one?

11:21:15 18         MR. COLLIER:  No, Your Honor.  I think we'll wait to

11:21:19 19  see what we get with respect to Mr. Green's file, and as I

11:21:23 20  understand it, that will be produced 21 days before his

11:21:26 21  deposition, so....

11:21:27 22         THE COURT:  Okay.  Do we need an update on third-party

11:21:33 23  subpoenas as far as Waste Management, Swift, and The Response

11:21:37 24  Group?

11:21:41 25         MR. MILLER:  Judge, this is Parker Miller for the State

**OFFICIAL TRANSCRIPT**

11:21:43 1   again.  I have no update at this time.  No indication that

11:21:46 2   there is a dispute over producing documents either.

11:21:50 3          THE COURT:  Good.  What about the Polaris Motion to

11:21:54 4   Quash?  Is that now moot?

11:21:59 5          MR. MILLER:  Yes, Your Honor.

11:22:11 6          THE COURT:  Good.  I like that.

11:22:11 7          THE COURT REPORTER:  Who spoke?  Is that Miller?

11:22:11 8          MR. MILLER:  It's Parker Miller for the State.

11:22:11 9          THE COURT:  Okay.  Now, let's talk about the joint

11:22:16 10  30(b)(6) topics.  How have y'all made out on that?

11:22:24 11         MR. MAZE:  This is Corey for the State of Alabama.  I'm

11:22:27 12  not sure what the question is.

11:22:28 13         THE COURT:  You all were to make your complete

11:22:32 14  designations, and you've got your Rule 30(b)(6) topics worked

11:22:39 15  out, right?

11:22:40 16         MR. MAZE:  To my knowledge, yes.  We have the topics

11:22:43 17  and the designees all worked out.

11:22:45 18         THE COURT:  Perfect.

11:22:45 19         MR. COLLIER:  This is Paul, Your Honor.  I think that's

11:22:48 20  right.  I think we're in agreement on that.

11:22:51 21         THE COURT:  Okay.  Now we're at depositions.  So I've

11:22:53 22  got the schedule in front of me.  And, Paul, do you want to

11:22:56 23  lead us off on that discussion.

11:22:59 24         MR. COLLIER:  I can, Your Honor.  I think there is a

11:23:01 25  couple of issues.  For the most part, though, I think we're in

**OFFICIAL TRANSCRIPT**

11:23:06  1    agreement with the dates that are identified, absent a couple

11:23:09  2    of issues, though, we do have a concern about.

11:23:13  3         The primary one is the Kelly Butler deposition

11:23:17  4    and the scheduling of that.  Alabama informed us this morning

11:23:20  5    that they were putting up Mr. Butler for deposition on

11:23:27  6    June 2nd.  That does raise a concern for us based on the fact

11:23:30  7    that the Deravi custodial file is not yet complete.  We're

11:23:36  8    still waiting on materials on that.

11:23:37  9         As you may recall from prior discussions with

11:23:40 10    respect to Mr. Butler's deposition is we do consider Mr. Butler

11:23:44 11    to be an important deposition for us.  He is the State

11:23:47 12    assistant budget officer and has been identified as providing

11:23:50 13    information as it relates to the budgeting of funds for the

11:23:55 14    State and the allocation of those particular funds.

11:23:58 15         From our perspective he is an important

11:24:02 16    deposition from the -- evaluating the economic loss and the

11:24:07 17    State of Alabama economy and the potential impact of the

11:24:09 18    *Deepwater Horizon* spill.

11:24:13 19         We talked before about the fact that we thought

11:24:15 20    it was important for us to have the full Dr. Deravi custodial

11:24:19 21    file before deposing Mr. Butler because those materials would

11:24:23 22    have some impact as far as the questioning that we would ask

11:24:25 23    him and the information we would want to pursue with him.

11:24:28 24         And, you know, that issue as well is of concern

11:24:33 25    for us with respect to Mr. Butler's deposition because we are

**OFFICIAL TRANSCRIPT**

11:24:36  1    concerned about Alabama resisting our ability to depose

11:24:40  2    Dr. Deravi during the fact discovery period.  So what we would

11:24:45  3    propose is that Mr. Butler's deposition be pushed back until

11:24:48  4    later in the deposition period as opposed to here in the next

11:24:51  5    couple of weeks.

11:24:52  6         THE COURT:  Okay.  Let me ask you guys, Parker, when

11:24:56  7    did you feel comfortable that you'll able to push out the

11:25:01  8    remainder of Deravi's custodial file?

11:25:08  9         MR. MILLER:  Judge, I think within the next two weeks

11:25:10 10    we should be able to push it out.

11:25:11 11         MR. MAZE:  Your Honor, this is Corey.  I just want to

11:25:13 12    make one thing clear about the custodial file.  When we heard

11:25:16 13    this argument from BP earlier, it's if they wanted Dr. Deravi's

11:25:22 14    forecast reports, these standalone documents, all of that has

11:25:26 15    been presented.  BP has all of that.  They have the entirety of

11:25:30 16    Kelly Butler's file.  They still have 11 days to prepare.

11:25:34 17         All that they don't have are e-mails from

11:25:38 18    Dr. Deravi, and if there were Dr. Deravi to Kelly Butler

11:25:44 19    e-mails, they would already have them; so, the only thing they

11:25:46 20    don't have are e-mails from Dr. Deravi that Kelly Butler

11:25:52 21    wouldn't have any factual knowledge about anyway.

11:25:54 22         So we are struggling to understand what it is BP

11:25:58 23    thinks they are going to get from this point forward that they

11:25:59 24    need to prepare for Kelly Butler, but it's a different

11:25:59 25    deposition than Dr. Deravi.

**OFFICIAL TRANSCRIPT**

11:26:02  1          The reason that we suggested him on June 2nd,

11:26:05  2     which we have confirmed he is available that date, is if you

11:26:09  3     look at the calendar, you know, the Alabama days are already

11:26:13  4     pretty full, and if we're going to continue to keep pushing

11:26:16  5     people back it's going to be double, maybe triple booked.  BP

11:26:21  6     had those days and they told us that they are not going to use

11:26:24  7     them.  We thought it was a better use of time to go ahead and

11:26:27  8     have somebody who's ready and put them on that date.

11:26:29  9          THE COURT:  Yeah, I guess the question is this:  Is the

11:26:33 10     week of the 22nd an Alabama week?

11:26:39 11          MR. MAZE:  The week of June 22nd?

11:26:43 12          THE COURT:  Yes.

11:26:44 13          MR. MAZE:  No, Your Honor.  The weeks of June 15 and

11:26:47 14     June 22 are BP New Orleans weeks.

11:26:49 15          THE COURT:  Okay.  Remember, I don't have a color

11:26:51 16     printer.

11:26:54 17          MR. MAZE:  I'm sorry.  The week of June 15 and June 22

11:26:57 18     are both BP weeks, but currently the only scheduled person is

11:27:01 19     Mike Roberts and the other days are open.

11:27:04 20          THE COURT:  Well, that's kind of my question.  Do you

11:27:06 21     think we could get Kelly to come to New Orleans around the

11:27:15 22     25th, and we'll just make an exception and make sure that

11:27:19 23     Deravi's e-mails are produced and go ahead and put him in on a

11:27:24 24     pretty empty week?

11:27:30 25          MR. MAZE:  Your Honor, let us work that out with him

**OFFICIAL TRANSCRIPT**

11:27:34  1    first.  I think the better solution might make him Montgomery

11:27:37  2    on the 26th -- 25th or 26th and just come back to Montgomery.

11:27:41  3            Frankly, it's very hard for us to really say one

11:27:45  4    way or the other until BP starts putting its witnesses on some

11:27:50  5    of these dates.  For all we know, if we say today that

11:27:51  6    Kelly Butler will be the 25th in New Orleans, BP may put two

11:27:56  7    other people that day.  We just don't know.  Until they start

11:27:58  8    putting people in these squares, it's really hard for us to

11:28:02  9    schedule.

11:28:02 10        THE COURT:  Yes, I'm with you.

11:28:04 11        MR. MAZE:  I think the better thing would be to pick

11:28:06 12    either the first date of that period or the last date, if he's

11:28:09 13    available, and make it a Montgomery day.

11:28:14 14        THE COURT:  Well, I just want to make sure that

11:28:17 15    everything is comfortably produced by Alabama so that we don't

11:28:21 16    have any complaints that we got to take Mr. Butler a second

11:28:25 17    time because more information has come in.  I want to do it

11:28:28 18    once and leave Mr. Butler alone, you know.

11:28:34 19            So I'm looking at trying -- let's see.  You've

11:28:48 20    got four witnesses the week of the 29th in Montgomery, right?

11:28:54 21        MR. MAZE:  Yes, Your Honor.  We have the four BP

11:28:57 22    requested additional witnesses, one each day.

11:29:00 23        THE COURT:  Right.  Well, why don't you look at the

11:29:03 24    calendar, guys, and see if you can slot Mr. Butler in, I would

11:29:08 25    say, toward the end of that week so that we know that you can

**OFFICIAL TRANSCRIPT**

11:29:14 1    comfortably get Dr. Deravi's remaining production out.

11:29:19 2         MR. MAZE:  Okay.  Oh, do you mean the week of

11:29:22 3    June 22nd?

11:29:23 4         THE COURT:  Yes.  Does that make sense?  Does that make

11:29:26 5    sense to you, Paul?

11:29:27 6         MR. COLLIER:  Yeah, Your Honor.  If it makes it easier,

11:29:30 7    I think our preference would be to push that deposition as late

11:29:34 8    in that week as possible, and we would be willing to go to

11:29:37 9    Montgomery, if that makes things easier, as opposed to having

11:29:40 10   Mr. Butler come to New Orleans.

11:29:43 11        THE COURT:  I thought we would give him a weekend, but

11:29:45 12   if he doesn't want a weekend, it's up to him.

11:29:46 13        MR. COLLIER:  I understand.  If he's willing to do

11:29:48 14   that, we'll be happy to accommodate as well.

11:29:49 15        THE COURT:  I don't want to presume.  Here is the

11:29:50 16   thing, I don't want to presume, but I do presume that anybody

11:29:53 17   that's in Montgomery would love a trip to New Orleans.

11:29:58 18        MR. MAZE:  I have loved all of my trips to New Orleans.

11:30:01 19        THE COURT:  There you go, Corey.  You're a good example

11:30:03 20   of what my presumption is.

11:30:07 21             Okay.  So, what's next up on the calendar?  Let's

11:30:11 22   agree that Tuesday, the 2nd, is not doable, and we will aim to

11:30:18 23   put Mr. Butler in the week of the 22nd, and that will take care

11:30:23 24   of him.

11:30:23 25             Who is up next?

**OFFICIAL TRANSCRIPT**

11:30:25  1          MR. COLLIER:  Your Honor, the other issue that we

11:30:27  2     wanted to raise with the schedule that Corey sent around was

11:30:31  3     with respect to Elliott Taylor.  As you may recall, we've had a

11:30:35  4     discussion with Your Honor on previous occasions about

11:30:38  5     Dr. Deravi and where he should be deposed based on the fact

11:30:41  6     that he is a hybrid witness.

11:30:43  7          THE COURT:  Right.

11:30:44  8          MR. COLLIER:  Dr. Hayworth would fall under that same

11:30:48  9     category for Alabama, but Dr. Taylor for us would fall under

11:30:51 10     that same category as well.  So I guess -- I know we're still

11:30:54 11     waiting on being able to review Dr. Deravi's custodial file to

11:30:58 12     assess whether or not we have a need to depose him during the

11:31:03 13     fact discovery period.  We think that will be the case, but I

11:31:06 14     think we've discussed before that we would wait to present that

11:31:09 15     to Your Honor until we've had an opportunity to review it.

11:31:12 16          To the extent that hybrid witnesses are -- to the

11:31:14 17     extent that Dr. Deravi is only going to be produced once and

11:31:17 18     it's going to be during the expert discovery period, that same

11:31:22 19     rationale would apply to Dr. Taylor as well.

11:31:26 20          I just want to identify that Dr. Taylor is one of

11:31:28 21     our witnesses that should be in the *Disputed* category that

11:31:31 22     Corey had at the end of his charts, so that was the other issue

11:31:35 23     I wanted to raise as well.

11:31:37 24          THE COURT:  Okay.  Good.

11:31:37 25          MR. MAZE:  Yeah, this is Corey for the State of

**OFFICIAL TRANSCRIPT**

11:31:39 1    Alabama.  If BP is representing that Elliott Taylor is going to

11:31:43 2    present an expert report, then we're okay with what Paul just

11:31:46 3    said.

11:31:47 4            THE COURT:  Okay.

11:31:49 5            MR. COLLIER:  That's our position as it stands right

11:31:51 6    now, Your Honor.  That's correct.

11:31:52 7            THE COURT:  And, Paul, what about Corey's complaint

11:31:56 8    that you all have not slotted in other witnesses?

11:31:58 9            MR. COLLIER:  Yes, so, the witnesses that Corey has

11:32:03 10   identified at the end, so we've talked about Dr. Taylor, that

11:32:06 11   obviously scheduling his deposition is dependent on how the

11:32:10 12   hybrid witness issue turns out.

11:32:12 13           Then just walking through the rest of the

11:32:15 14   witnesses that Corey has identified under BP, so Gary Hayward

11:32:19 15   is one of our witnesses.  We were actually evaluating whether

11:32:24 16   or not we do have a need for Mr. Hayward as a witness, so he

11:32:29 17   may be a witness that we are pulling down, Your Honor.

11:32:31 18           We're still evaluating that and so rather than

11:32:34 19   try and schedule him on a date, we probably thought it might

11:32:39 20   make more sense for us to finish our evaluation as to whether

11:32:42 21   or not he's a witness that we intend to call, and if not, then

11:32:45 22   we would call him down as a witness and then not schedule him

11:32:48 23   for deposition unless Alabama still wants to try and depose

11:32:51 24   him.

11:32:52 25           Julia Hein is someone that we put down as a

**OFFICIAL TRANSCRIPT**

11:32:57 1   Rule 26 witness, although we are not pursuing her deposition;

11:33:00 2   and so, there is not an effort to try and schedule her

11:33:04 3   deposition as it stands right now.

11:33:07 4        THE COURT:  Hold on.  Let's stop there.

11:33:09 5        Corey, are you going to want her for a 30(b)(6)

11:33:12 6   depo?

11:33:12 7        MR. MAZE:  Well, Your Honor, our understanding is not

11:33:16 8   that it's a 30(b)(6) deposition, but she has been identified as

11:33:20 9   a witness that BP intends to call at trial, and our

11:33:23 10  understanding is that anybody who is intended to be called at

11:33:26 11  trial will be presented as a witness so that we can depose them

11:33:30 12  before trial.

11:33:31 13       So if BP intends to have someone from the

11:33:33 14  Coast Guard appear at trial, we think that BP should present

11:33:36 15  them so that we can depose them ahead of time.

11:33:39 16       THE COURT:  Paul.

11:33:40 17       MR. COLLIER:  On that point, Your Honor, I don't think

11:33:42 18  we've identified yet who our trial witness roster is going to

11:33:45 19  be.  What we've identified is that Captain Hein is a witness

11:33:49 20  with relevant knowledge under our Rule 26 disclosure.

11:33:53 21       We obviously don't have control over Ms. Hein as

11:33:57 22  a member of the Coast Guard; so, you know, that -- so we don't

11:34:04 23  have, really, the ability to schedule her deposition.  However,

11:34:07 24  to the extent that we felt that the appropriate time, although

11:34:12 25  when we do put a trial roster together, if she had relevant

**OFFICIAL TRANSCRIPT**

11:34:15  1    knowledge, she should be someone that we would possibly seek to

11:34:18  2    add to that, but we haven't made that decision yet.

11:34:22  3              THE COURT:  Okay.

11:34:22  4              MR. MILLER:  Judge, this is Parker Miller for the

11:34:24  5    State.  I'll add one thing, if that's okay.

11:34:26  6              The issue with Julia Hein is a Coast Guard

11:34:32  7    representative.  The process of getting her under oath in

11:34:35  8    testimony is, as we all know, can be extremely cumbersome.  She

11:34:40  9    may have to go through the *Touhy* regs, the success of which may

11:34:45 10    determine whether or not she can even testify at trial.

11:34:48 11              That presents an issue for scheduling a

11:34:51 12    deposition, and I think that's what Corey is getting to.  If BP

11:34:55 13    anticipates putting her up at trial, they are going to have to

11:34:59 14    walk through the same process, the success of which will

11:35:02 15    determine whether or not she even testifies.

11:35:05 16              I think it would be, if BP is intending on using

11:35:08 17    her, we would suggest they start walking through that process

11:35:12 18    right now so we can determine whether or not she can even be

11:35:15 19    deposed or whether she would even render trial testimony.

11:35:18 20              THE COURT:  Okay.  I tend to agree with that, Paul.  I

11:35:24 21    tend to think that if you intend to call her for trial, you

11:35:28 22    need to schedule her for depo; so, I would appreciate your

11:35:35 23    contacting the Coast Guard and starting the process for

11:35:40 24    deposition.

11:35:43 25              MR. COLLIER:  Yes, Your Honor.  I understand.  I guess

**OFFICIAL TRANSCRIPT**

11:35:45  1   what I would suggest as an initial matter, Your Honor, is let

11:35:48  2   me convene with my team and see if we still perceive a need for

11:35:53  3   her to be, you know, on the list as a relevant witness.

11:35:56  4        So as an initial thing let me convene with my

11:36:01  5   team first, and if we do perceive that need, then we will

11:36:06  6   initiate the proceedings as far as trying to being able to put

11:36:08  7   her up for deposition.

11:36:10  8        THE COURT:  Fair enough.

11:36:11  9        Okay.  How about Mike Tucker?

11:36:12  10       MR. COLLIER:  Mike Tucker, Tammy Davenport and

11:36:17  11  Mike Harrison, these are witnesses that were recently disclosed

11:36:20  12  as Alabama witnesses from the BP side that they would look to

11:36:24  13  depose.  We are working with them.  We have been in contact

11:36:26  14  with those three witnesses.

11:36:28  15       We are working through their custodial file right

11:36:31  16  now and identifying when we can make those produced.  With the

11:36:35  17  21-day window, we want to make sure that we schedule their

11:36:39  18  depositions in a way to ensure that we are able to produce

11:36:42  19  their custodial file before -- in order to be able to meet that

11:36:46  20  21-day obligation, but we are working with them, and hopefully

11:36:49  21  we'll have dates for them soon.

11:36:51  22       THE COURT:  Then we've got availability issues with

11:36:53  23  Fontenot and Sliger?

11:36:55  24       MR. COLLIER:  Correct.  So Carla Fontenot, Your Honor,

11:36:58  25  is a former BP employee, as I understand it.  She's currently

**OFFICIAL TRANSCRIPT**

11:37:02  1    working for another company and stationed in Africa.  So we

11:37:06  2    don't actually have any control over Ms. Fontenot's and don't

11:37:10  3    have any ability to get her to sit for a deposition, as I

11:37:17  4    understand it; so, to the extent that Alabama has a desire to

11:37:24  5    pursue her deposition, it's somewhat out of our control.

11:37:29  6              THE COURT:  Right.  It really depends where in Africa,

11:37:31  7    right?

11:37:33  8              MR. COLLIER:  That might be the case, Your Honor, yeah.

11:37:35  9              THE COURT:  What about Sliger?

11:37:37 10              MR. COLLIER:  Sliger, he is currently employed by BP.

11:37:41 11    We have an issue with respect to Mr. Sliger is that he's

11:37:44 12    actually currently based in the U. K. but with most of his time

11:37:49 13    spent these days in Russia based on the role that he has.

11:37:53 14              So obviously as an initial matter, his deposition

11:37:56 15    does present logistical issues for BP, and we did recently

11:38:03 16    present to Alabama concerns about presenting him for a

11:38:07 17    deposition, not solely because of the logistical issues that it

11:38:10 18    presents but also because Mr. Sliger had a very limited role

11:38:15 19    with respect to the response.  He had a response -- he had a

11:38:18 20    response role for BP that only extended, I believe, from May

11:38:23 21    2010 through October 2010, somewhere through those dates,

11:38:26 22    Your Honor.

11:38:27 23              So from our perspective it didn't seem that the

11:38:31 24    logistical challenges of bringing him in to be deposed would

11:38:36 25    justify -- would be justified by the relevance that he would

11:38:40 1  have to this particular matter in the case where it's focused

11:38:42 2  on economic loss issues.

11:38:44 3        We did just recently present that to Alabama, and

11:38:47 4  I think just recently Alabama responded that they were still

11:38:51 5  interested in trying to depose him, so that's kind of where we

11:38:54 6  are with respect to Mr. Sliger right now.

11:38:57 7        THE COURT:  Let me toss this out, guys.  With regard to

11:38:59 8  these logistical issues, and I think we had another woman who

11:39:05 9  couldn't travel for the time being, have you all discussed the

11:39:09 10 possibility of videoconference depositions where you premark

11:39:15 11 the exhibits and then take the deposition?

11:39:19 12       MR. MILLER:  Judge, this is Parker Miller for the

11:39:22 13 State.  We have not discussed video depositions yet.  If I can

11:39:27 14 respond a little bit to what Paul said.  As to Carla, I don't

11:39:35 15 think the State intends to proceed with the deposition for her;

11:39:38 16 so, she's off the table.

11:39:42 17       THE COURT:  Okay.

11:39:43 18       MR. MILLER:  As long as she's not a designee or coming

11:39:45 19 to trial, which, as I understand, she's not either.

11:39:47 20       As to Sliger, though, having attended the last

11:39:52 21 four depositions, his name is coming up in every single

11:39:57 22 deposition.  In fact, as I understand it, he was communicating

11:40:00 23 directly with Alabama on the block grants.  We believe that his

11:40:04 24 testimony is absolutely relevant to the economic trial.

11:40:10 25       He is currently employed with BP.  We understand

**OFFICIAL TRANSCRIPT**

11:40:13 1  that he's stationed in the U. K. and that he goes to Russia

11:40:16 2  from time to time, but Ayana McIntosh-Lee is currently in

11:40:23 3  Indonesia, and she's coming for her deposition.  I think she's

11:40:27 4  coming to her deposition because BP thinks she supports their

11:40:31 5  claims.  So we believe that we should be entitled to take

11:40:34 6  Mr. Sliger's deposition.

11:40:38 7          THE COURT:  Have you gotten his custodial file?

11:40:40 8          MR. MILLER:  No, Your Honor.  I think he's one of those

11:40:44 9  persons that BP did not designate as a Rule 26 witness or a

11:40:49 10 Rule 30(b)(6) witness, so for that reason we haven't received

11:40:52 11 his file yet.

11:40:53 12         THE COURT:  Well, I tell you what -- go ahead, Paul.

11:40:57 13         MR. MAZE:  No, this is Corey.  I was just going to add

11:41:02 14 specifically, because I was at those depositions, Mr. Sliger

11:41:05 15 was BP's representative in Alabama at the time of the spill and

11:41:08 16 shortly thereafter.

11:41:09 17              He was the actual person who was negotiating the

11:41:12 18 terms of the block grants.  He was the one reaching out to the

11:41:16 19 State officials, offering the money and negotiating with them

11:41:20 20 the block grants, so as long as these block grants are going to

11:41:25 21 be part of an offset or mitigation defense, then he's

11:41:28 22 absolutely a relevant fact witness.

11:41:30 23         THE COURT:  Okay.  So, the let's agree to this, Paul,

11:41:34 24 and see if this works for you:  Let's go ahead and pull his

11:41:38 25 custodial file.

**OFFICIAL TRANSCRIPT**

11:41:41  1        MR. COLLIER:  Yes, Your Honor.

11:41:42  2        THE COURT:  Let's contact him for availability to come

11:41:45  3   to the State.  Corey, would you object if he made it as far as,

11:41:52  4   say, DC and then turned around and went back, or do you need

11:41:58  5   him in New Orleans?

11:42:00  6        MR. MAZE:  We are perfectly willing to go to Washington

11:42:03  7   to take that deposition.  Or New Orleans, either way.

11:42:09  8        THE COURT:  Okay.  So, Paul, would you run that down

11:42:13  9   and see what his availability is to come over, let's just say

11:42:19 10   to DC, for one day and go home?

11:42:22 11        MR. COLLIER:  Yes, Your Honor.  Yeah, we will track

11:42:24 12   that down.

11:42:26 13        THE COURT:  That would be good.  Go ahead and pull his

11:42:30 14   custodial file because I am going to go ahead and allow him to

11:42:33 15   be deposed.

11:42:34 16        MR. COLLIER:  Okay, Your Honor.

11:42:34 17        THE COURT:  Okay.  So, what else do we need to do

11:42:39 18   relative to depositions?  I mean, does that list cover

11:42:44 19   everybody everybody wants to depose for fact witness, period?

11:42:50 20        MR. MAZE:  This is Corey for Alabama.  I think that's

11:42:52 21   right.  I think if you take the *Disputeds* off, the only others

11:43:01 22   add up to 16.  I think BP said they may to drop one or two, so

11:43:06 23   there is about 14 left and I think that's it.  So I think we

11:43:09 24   have the ability to get them all done by July 20th, honestly,

11:43:13 25   without double booking, if we work together on getting the

11:43:16 1    dates right.

11:43:17 2         THE COURT:  Okay.  That's fine by me.  Next question,

11:43:22 3    how do you all propose we resolve the hybrid witnesses?

11:43:28 4         MR. MAZE:  Your Honor, this is Corey.  I did misspeak

11:43:31 5    on one thing.  There is the ability for Alabama to designate

11:43:36 6    two -- up to two rebuttal fact witnesses should we want to, and

11:43:43 7    we've never really talked about the logistics of doing that,

11:43:46 8    but those are the only two other possibilities that weren't on

11:43:49 9    that list.

11:43:50 10        THE COURT:  Okay.  Are you going to -- I'm sorry, go

11:43:55 11   ahead.

11:43:57 12        MR. MAZE:  No, I think Parker was going to go into

11:44:00 13   hybrid, but if you have a question about the rebuttal --

11:44:03 14        THE COURT:  I think you should set a deadline by which

11:44:06 15   you have to designate those.  It looks to me like you're going

11:44:09 16   to have the majority of your witnesses done by the end of, I'm

11:44:18 17   sorry, by the end of June, right?

11:44:22 18        MR. MAZE:  That's right.  The majority of the Alabama

11:44:25 19   witnesses will be done by July 2nd and, really, most of them

11:44:30 20   before then.  I think from a rebuttal fact witness standpoint,

11:44:33 21   the thing is is Your Honor has limited it to somebody that

11:44:37 22   would rebut the offset and mitigation defenses, and

11:44:42 23   Ayana McIntosh-Lee and Kris Sliger seem to be the two of the

11:44:47 24   most important persons on that, and they appear to be at the

11:44:49 25   very end of the schedule.

**OFFICIAL TRANSCRIPT**

11:44:51 1        THE COURT:  That's a problem.

11:44:51 2        MR. MAZE:  We're working on now trying to determine who

11:44:54 3    those persons might be, and we're certainly willing to work

11:44:57 4    with the Court on some sort of rule about when we need to do

11:44:59 5    that and how to produce a file, if necessary.

11:45:02 6        THE COURT:  Good.

11:45:03 7        MR. MILLER:  Your Honor, this is Parker.  I think you

11:45:05 8    just pointed it out.  It is a problem when all the BP

11:45:10 9    witnesses, when the majority of them are going in the last two

11:45:13 10   weeks and we have this many open dates.  And, of course, we're

11:45:17 11   willing to work with BP to, you know, have a mutually agreeable

11:45:22 12   time schedule, but that is a concern of ours going forward.

11:45:26 13        As to your question on hybrid witnesses, I would

11:45:30 14   suggest that the parties identify their hybrid witnesses just

11:45:34 15   to be absolutely sure which ones are hybrid witnesses.  Then I

11:45:38 16   think --

11:45:39 17        THE COURT:  I'm sorry, I think we've got the list of

11:45:42 18   hybrid witnesses, what Corey calls *Disputed*, right?

11:45:48 19        MR. MAZE:  No, I think what we've always determined it

11:45:50 20   to be is somebody who is truly a retained expert or somebody

11:45:53 21   who is going to issue an expert report under the rules but also

11:45:57 22   has some set of factual knowledge that's going to -- that would

11:46:01 23   help support it.

11:46:02 24        THE COURT:  That's right.  My thought is the list is

11:46:05 25   Hayward, Deravi, Hayworth.  Aren't those the witnesses?

**OFFICIAL TRANSCRIPT**

11:46:17 1          MR. MAZE:  Dr. Deravi, Dr. Hayworth and Elliott Taylor
11:46:21 2     or Dr. Taylor.
11:46:22 3          MR. COLLIER:  That's right, Your Honor.
11:46:24 4          THE COURT:  Okay.  So we've got three of them.  What's
11:46:27 5     your proposal on how you're going to bring that to me so I can
11:46:30 6     make a decision on it?
11:46:38 7          MR. COLLIER:  Your Honor, this is Paul.  I guess what I
11:46:40 8     would say is that the last time we talked about this we had
11:46:43 9     hoped to have Dr. Deravi's full custodial file because I think
11:46:48 10    one of the -- one of the premises was the significance of
11:46:53 11    Dr. Deravi's role as far as the budgeting process and being
11:46:57 12    able to assess it and how he kind of fits in with respect to
11:47:00 13    the fact development story and the need to have his deposition
11:47:05 14    then for something for our experts to rely upon.
11:47:08 15         THE COURT:  Correct.
11:47:09 16         MR. COLLIER:  So it sounds as if we're not going to get
11:47:11 17    the full custodial file for another two weeks.  But, you know,
11:47:16 18    I understand also that there is probably a good reason to try
11:47:21 19    and resolve this issue sooner rather than later so we can try
11:47:24 20    and get these dates scheduled within the fact deposition
11:47:26 21    period, if that's the way the Court rules on it.
11:47:30 22         I guess what I would suggest to Your Honor is if
11:47:33 23    we could spend some time with the materials that Alabama has
11:47:36 24    produced to date with respect to Dr. Deravi and being able to
11:47:41 25    assess these standalone documents to be able to see if it

                              **OFFICIAL TRANSCRIPT**

11:47:44 1    provides us enough context to be able to articulate the

11:47:48 2    significance of Dr. Deravi's role with respect to the State for

11:47:51 3    a need to depose him during the fact deposition period.

11:47:54 4    Perhaps we could be in a position to make a short submission to

11:48:00 5    the Court, you know, at the end of next week, perhaps, and

11:48:02 6    before the next conference.

11:48:04 7            THE COURT:  Yeah, I think that will be fine, and, you

11:48:09 8    know, I understand the issue with the e-mail, but why don't you

11:48:15 9    look at what you have and propose when you would like to get it

11:48:19 10   in, and then, of course, we've got to give Alabama time to give

11:48:24 11   us their opposition.

11:48:26 12            Can we agree to keep the submissions to five

11:48:29 13   pages, double spaced?

11:48:32 14            MR. COLLIER:  Your Honor, that's fine with BP.

11:48:36 15            MR. MAZE:  It's okay with Alabama.  I note that it's

11:48:38 16   really hard for us to write a five-page submission like BP's

11:48:42 17   next Friday because they haven't even started to produce -- I

11:48:45 18   mean, do we have everything for Elliott Taylor?

11:48:48 19            MR. COLLIER:  Yes, we produced that back in October.

11:48:50 20            MR. MAZE:  So it's all there.  Yes, we can do five

11:48:52 21   pages.  I think, again, Your Honor knows Alabama's position,

11:48:55 22   which is production of all three of their files as soon as

11:49:00 23   possible, and it sounds like two of the three are almost done,

11:49:03 24   and the third can be -- and that all three of them be deposed

11:49:06 25   in the expert period.  If they are going to file an expert

**OFFICIAL TRANSCRIPT**

11:49:09  1    report, then they be deposed as an expert at the time that we

11:49:13  2    depose experts, but we can put that down again in five pages

11:49:16  3    next Friday.

11:49:17  4            THE COURT:  You can put that down in one paragraph.

11:49:20  5            MR. MAZE:  Yes.  I think our submission will be very,

11:49:23  6    very short.

11:49:24  7            THE COURT:  Okay.  Good.  So now we've come to the

11:49:28  8    issue of preservation requirements.  BPXP asked for an order

11:49:35  9    permitting disposal of samples of oil, and as you all know,

11:49:39 10    Alabama was going to confer and Louisiana has objected.  The

11:49:44 11    United States has submitted a draft PTO updating evidence and

11:49:48 12    preservation.

11:49:49 13            Do you want all of that to be addressed together?

11:49:54 14    How do you all want to proceed through that?

11:50:01 15            MR. MAZE:  Your Honor, this is Corey.  I've got

11:50:04 16    Rick Stratton in here with us, and if I say anything wrong I'll

11:50:07 17    let him correct me.  But Alabama's objection was simply that

11:50:11 18    Alabama is looking for two liters of oil that was taken from

11:50:14 19    the well or two liters of oil from the well, and if we were

11:50:18 20    able to get that, then our objection would go away.

11:50:20 21            I'm just looking around the room to make sure

11:50:23 22    that's correct.  Yes.  That's right.  So that was literally the

11:50:26 23    extent of our objection.  If BP will work with us to get that

11:50:30 24    two-liter sample, I don't think you will have an Alabama

11:50:34 25    problem anymore.

**OFFICIAL TRANSCRIPT**

11:50:34 1          THE COURT:  Okay.  Paul, have you all heard from

11:50:37 2    Louisiana to try to work things through with them?

11:50:40 3          MR. COLLIER:  Your Honor, unfortunately I've been on

11:50:42 4    the periphery of this issue, but I don't remember now the

11:50:45 5    extent of the communications we've with had with Louisiana.  I

11:50:49 6    don't believe so, but --

11:50:51 7          MR. LANGAN:  This is Andy Langan, Your Honor.  Let me

11:50:54 8    just chime in here.  We have sent a note back to counsel for

11:50:58 9    Louisiana along the lines of giving them an update just like we

11:51:03 10   did with Corey.  We have not heard back from them yet.  I think

11:51:07 11   it was Lillie, if I'm not mistaken.

11:51:10 12         THE COURT:  Yeah, it was Lillie Peterson.  I'll just

11:51:14 13   roll this over, Andy.

11:51:16 14         MR. LANGAN:  That would be fine.  Yeah, we communicated

11:51:18 15   with Lillie yesterday and sort of laid out our position on this

11:51:22 16   about the fact, you know, what it involves, and if you want to

11:51:27 17   roll it over, that would be great and we could report further.

11:51:30 18         THE COURT:  That's great.  When do you all propose we

11:51:33 19   next get together?  Do you want to do it two weeks or do you

11:51:36 20   want to do it one week?

11:51:40 21         MR. COLLIER:  Your Honor, this is Paul for BP.  I think

11:51:43 22   two weeks would be fine.

11:51:46 23         THE COURT:  That sounds good.

11:51:47 24         MR. MAZE:  This is Corey.  That works for us.  In fact,

11:51:49 25   there is not presently a deposition set for two weeks from

**OFFICIAL TRANSCRIPT**

11:51:53 1  today, which would be June 5th.  Whichever time works best for

11:51:59 2  Your Honor is okay with us.

11:52:00 3          THE COURT:  All right.  I think that's going to do it

11:52:04 4  for us.  Do you all have anything else you want to cover?

11:52:08 5          MR. MAZE:  Not from Alabama, Your Honor.

11:52:10 6          MR. COLLIER:  Not for us, Your Honor.

11:52:13 7          THE COURT:  Good.  I appreciate it.  Everybody have a

11:52:15 8  good afternoon and a good Memorial Day weekend.

11:52:20 9          VOICES:  Thank you, Your Honor.

10          (WHEREUPON, at 11:52 a.m., the proceedings were

11  concluded.)

12                          *    *    *

13

14

15                    REPORTER'S CERTIFICATE

16

17          I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Certified Court Reporter in and for the State
    of Louisiana, Official Court Reporter for the United States
18  District Court, Eastern District of Louisiana, do hereby
    certify that the foregoing is a true and correct transcript to
19  the best of my ability and understanding from the record of the
    proceedings in the above-entitled and numbered matter.

20

21                          s/Cathy Pepper
                            _____
                            Cathy Pepper, CRR, RMR, CCR
22                          Certified Realtime Reporter
                            Registered Merit Reporter
23                          Official Court Reporter
                            United States District Court
24                          Cathy_Pepper@laed.uscourts.gov

25

                        **OFFICIAL TRANSCRIPT**

## 1

**1** [1] - 6:20
**10-4182** [1] - 1:10
**10-4183** [1] - 1:10
**10-MD-2179** [1] - 1:6
**100** [2] - 4:3, 5:12
**1001** [1] - 3:16
**108** [1] - 6:12
**11** [6] - 4:4, 4:5, 4:5, 4:6, 4:7, 18:16
**11:00** [1] - 1:7
**11:52** [1] - 37:10
**12** [9] - 4:7, 4:8, 4:8, 5:25, 6:15, 9:16, 11:6, 11:7, 14:1
**12**............................. . [1] - 4:4
**1201** [2] - 2:21, 3:5
**13** [3] - 4:9, 4:9, 14:2
**13-2645** [1] - 1:10
**13-2646** [1] - 1:10
**13-2647** [1] - 1:11
**13-2813** [1] - 1:11
**14** [4] - 4:10, 4:10, 4:11, 30:23
**15** [5] - 4:12, 4:12, 4:13, 19:13, 19:17
**16** [4] - 4:14, 4:14, 4:15, 30:22
**17** [4] - 4:15, 4:16, 6:9, 6:17
**1700** [1] - 3:5
**1873** [2] - 6:6, 9:20
**19** [1] - 4:16

## 2

**2** [1] - 7:1
**2,089** [2] - 6:2, 6:4
**2,101** [1] - 5:23
**20** [1] - 1:5
**20004** [1] - 2:21
**20005** [1] - 2:18
**20006** [1] - 3:11
**2003** [1] - 15:9
**2010** [3] - 1:5, 27:21
**2015** [2] - 1:7, 5:2
**2015**.......... [1] - 4:23
**2020** [1] - 3:10
**20th** [1] - 30:24
**21** [1] - 15:20
**21-day** [3] - 13:17, 26:17, 26:20
**2100** [2] - 7:5, 8:8
**2101** [1] - 6:18
**216** [3] - 6:4, 6:8, 9:17
**22** [5] - 1:7, 4:17, 5:2,

---

19:14, 19:17
**22ND** [1] - 2:4
**22nd** [4] - 19:10, 19:11, 21:3, 21:23
**23** [3] - 4:17, 4:18, 4:18
**23451** [1] - 2:4
**25th** [3] - 19:22, 20:2, 20:6
**26** [8] - 4:19, 4:19, 4:20, 4:20, 11:16, 24:1, 24:20, 29:9
**26th** [2] - 20:2
**27** [1] - 4:21
**29** [4] - 4:21, 6:18, 6:21, 7:4
**29th** [1] - 20:20
**2nd** [4] - 17:6, 19:1, 21:22, 31:19

## 3

**30(b)(6** [6] - 11:17, 16:10, 16:14, 24:5, 24:8, 29:10
**30(B)(6** [1] - 4:14
**300** [1] - 2:14
**31** [1] - 4:22
**35** [1] - 4:22
**36013** [1] - 1:25
**36130** [1] - 1:20
**37** [1] - 4:23
**3700** [1] - 3:16

## 4

**402** [1] - 2:4
**4160** [1] - 1:24

## 5

**5** [4] - 4:3, 4:3, 4:4, 15:10
**500** [2] - 1:19, 3:20
**504** [1] - 3:21
**589-7779** [1] - 3:21
**5th** [1] - 37:1
**5TH** [1] - 4:23

## 6

**600** [1] - 2:4
**60654** [1] - 2:14
**655** [1] - 2:17

---

## 7

**70130** [1] - 3:21
**75270** [1] - 3:6
**77002** [1] - 3:17

## 8

**8** [1] - 15:10
**873** [1] - 10:2

## 9

**91** [1] - 6:11

## A

**A.M** [1] - 1:7
**a.m** [1] - 37:10
**ability** [6] - 18:1, 24:23, 27:3, 30:24, 31:5, 37:19
**able** [13] - 9:3, 10:25, 18:7, 18:10, 22:11, 26:6, 26:18, 26:19, 33:12, 33:24, 33:25, 34:1, 35:20
**above-entitled** [1] - 37:19
**absent** [1] - 17:1
**absolutely** [3] - 28:24, 29:22, 32:15
**acceptable** [1] - 13:6
**access** [3] - 6:16, 8:1, 10:7
**accommodate** [1] - 21:14
**ACTION** [1] - 1:6
**activity** [1] - 15:2
**ACTIVITY**...................
...................... [1] -
4:12
**actual** [2] - 6:19, 29:17
**add** [5] - 6:14, 25:2, 25:5, 29:13, 30:22
**added** [2] - 6:18, 9:19
**additional** [5] - 6:22, 8:12, 11:11, 12:24, 20:22
**addressed** [1] - 35:13
**ADECA** [6] - 14:7, 14:11, 14:17, 14:18, 14:22
**ADECA**.....................
...................... [1] -
4:10
**ADEM** [2] - 4:11, 15:1

---

**affect** [1] - 14:8
**affects** [1] - 14:11
**Africa** [2] - 27:1, 27:6
**afternoon** [1] - 37:8
**agree** [7] - 7:19, 10:20, 13:17, 21:22, 25:20, 29:23, 34:12
**agreeable** [1] - 32:11
**agreement** [2] - 10:12, 16:20, 17:1
**ahead** [8] - 19:7, 19:23, 24:15, 29:12, 29:24, 30:13, 30:14, 31:11
**aim** [1] - 21:22
**AL** [2] - 1:20, 1:25
**Alabama** [33] - 7:17, 7:23, 10:3, 10:8, 10:12, 14:10, 16:11, 17:4, 17:17, 18:1, 19:3, 19:10, 20:15, 22:9, 23:1, 23:23, 26:12, 27:4, 27:16, 28:3, 28:4, 28:23, 29:15, 30:20, 31:5, 31:18, 33:23, 34:10, 34:15, 35:10, 35:18, 35:24, 37:5
**ALABAMA** [2] - 1:14, 1:18
**Alabama's** [2] - 34:21, 35:17
**ALLEN** [1] - 1:22
**allocation** [1] - 17:14
**allow** [1] - 30:14
**almost** [1] - 34:23
**alone** [1] - 20:18
**AMERICA** [6] - 2:6, 2:7, 2:8, 2:9, 2:11, 2:12
**ANADARKO** [2] - 3:8, 3:9
**AND** [2] - 3:14, 4:13
**ANDREW** [1] - 2:12
**Andy** [2] - 36:7, 36:13
**ANGELA** [1] - 2:13
**Angie** [2] - 5:12, 7:9
**anticipates** [1] - 25:13
**anticipation** [2] -
11:18, 12:15
**anyway** [1] - 18:21
**appear** [2] - 24:14, 31:24
**APPEARANCES** [3] -
1:17, 2:1, 3:1
**apply** [2] - 19:22
**appreciate** [2] - 25:22, 37:7
**appropriate** [2] - 10:9, 24:24

---

**APRIL** [1] - 1:5
**argument** [1] - 18:13
**articulate** [1] - 34:1
**AS** [1] - 4:13
**ASBILL** [1] - 3:15
**assess** [3] - 22:12, 33:12, 33:25
**assistant** [1] - 17:12
**assume** [1] - 11:6
**assuring** [1] - 8:5
**attachment** [4] - 7:6, 7:14, 8:24, 9:25
**attended** [1] - 28:20
**ATTORNEY** [1] - 1:18
**availability** [3] - 26:22, 30:2, 30:9
**available** [3] - 7:17, 19:2, 20:13
**AVENUE** [2] - 1:19, 2:21
**avoiding** [1] - 8:11
**AYANA** [1] - 4:21
**Ayana** [2] - 29:2, 31:23

## B

**based** [5] - 10:1, 17:6, 22:5, 27:12, 27:13
**Bates** [1] - 7:3
**BE** [1] - 4:23
**BEACH** [1] - 2:4
**BEASLEY** [1] - 1:22
**BEFORE** [1] - 1:14
**behind** [2] - 11:20, 12:19
**believes** [1] - 7:2
**best** [5] - 7:19, 8:5, 8:10, 37:1, 37:19
**better** [3] - 19:7, 20:1, 20:11
**between** [3] - 8:23, 10:11, 10:19
**beyond** [2] - 11:16, 13:25
**BILL** [1] - 4:10
**Bill** [1] - 14:12
**bit** [4] - 10:10, 11:20, 13:5, 28:14
**block** [4] - 28:23, 29:18, 29:20
**BOCKIUS** [1] - 3:9
**booked** [1] - 19:5
**booking** [1] - 30:25
**BOX** [1] - 1:24
**BP** [56] - 2:6, 2:7, 2:7, 2:8, 2:9, 2:10, 2:11, 4:6, 5:24, 6:1, 6:3, 6:7, 6:15, 6:17, 6:19,

7:6, 9:17, 9:18, 9:21,
11:13, 11:15, 12:16,
14:17, 18:13, 18:15,
18:22, 19:5, 19:14,
19:18, 20:4, 20:6,
20:21, 23:1, 23:14,
24:9, 24:13, 24:14,
25:12, 25:16, 26:12,
26:25, 27:10, 27:15,
27:20, 28:25, 29:4,
29:9, 30:22, 32:8,
32:11, 34:14, 35:23,
36:21
**BP's** [2] - 29:15, 34:16
**BPXP** [1] - 35:8
**BREIT** [2] - 2:3, 2:3
**BRENNAN** [1] - 3:15
**briefly** [1] - 7:11
**bring** [1] - 33:5
**bringing** [1] - 27:24
**broader** [1] - 9:25
**broken** [1] - 8:24
**BROWNE** [1] - 2:20
**budget** [1] - 17:12
**budgeting** [2] - 17:13,
33:11
**burden** [1] - 7:16
**BURLING** [1] - 2:20
**Butler** [13] - 17:3,
17:5, 17:10, 17:21,
18:18, 18:20, 18:24,
20:6, 20:16, 20:18,
20:24, 21:10, 21:23
**Butler's** [5] - 13:23,
17:10, 17:25, 18:3,
18:16
**BUTLER**......................
.....................[1] - 4:15
**BUTLER**......................
.....................[1] - 4:9
**BY** [12] - 1:4, 1:19,
1:23, 2:3, 2:12, 2:17,
2:20, 3:4, 3:10, 3:16,
3:23, 3:23

**C**

**calendar** [4] - 14:13,
19:3, 20:24, 21:21
**Captain** [1] - 24:19
**care** [2] - 11:6, 21:23
**Carla** [2] - 26:24,
28:14
**CARLA** [1] - 4:20
**CARTER** [1] - 3:16
**case** [4] - 14:15,
22:13, 27:8, 28:1
**CASES** [1] - 1:14
**category** [3] - 22:9,

22:10, 22:21
**Cathy** [2] - 37:16,
37:21
**CATHY** [1] - 3:19
**Cathy_Pepper@laed**
**.uscourts.gov** [1] -
37:24
**cathy_Pepper@laed.**
**uscourts.gov** [1] -
3:22
**CCR** [2] - 3:19, 37:21
**certain** [1] - 7:14
**certainly** [2] - 14:4,
32:3
**CERTIFICATE** [1] -
37:15
**CERTIFIED** [1] - 3:19
**Certified** [3] - 37:16,
37:17, 37:22
**certify** [1] - 37:18
**CHADWICK** [1] - 2:17
**chain** [1] - 8:23
**challenges** [1] - 27:24
**CHAMBERS** [1] - 5:4
**chance** [1] - 5:13
**changes** [1] - 14:4
**charts** [1] - 22:22
**CHICAGO** [1] - 2:14
**chime** [1] - 36:8
**circulated** [1] - 15:9
**CIVIL** [1] - 1:6
**claim** [2] - 14:7, 14:12
**claims** [2] - 14:24,
29:5
**clean** [2] - 14:1, 14:3
**clean-up** [2] - 14:1,
14:3
**clear** [1] - 18:12
**Coast** [4] - 24:14,
24:22, 25:6, 25:23
**COLLIER** [33] - 2:13,
7:10, 10:1, 10:17,
13:9, 13:19, 14:20,
15:18, 16:19, 16:24,
21:6, 21:13, 22:1,
22:8, 23:5, 23:9,
24:17, 25:25, 26:10,
26:24, 27:8, 27:10,
30:1, 30:11, 30:16,
33:3, 33:7, 33:16,
34:14, 34:19, 36:3,
36:21, 37:6
**Collier** [1] - 7:11
**Collins** [6] - 5:16,
5:18, 6:1, 6:5, 7:7,
9:18
**Collins'** [1] - 6:23
**COLLINS**....................
.....................[1] -
4:3

**color** [1] - 19:15
**comfortable** [1] - 18:7
**comfortably** [2] -
20:15, 21:1
**coming** [4] - 28:18,
28:21, 29:3, 29:4
**comment** [7] - 6:9,
7:9, 10:18, 13:10,
13:19, 14:19, 15:16
**comments** [5] - 6:9,
6:12, 6:18, 9:19,
13:8
**communicated** [1] -
36:14
**communicating** [1] -
28:22
**communications** [2] -
10:8, 36:5
**company** [1] - 27:1
**COMPANY** [3] - 2:7,
3:9
**complaint** [1] - 23:7
**complaints** [1] - 20:16
**complete** [2] - 16:13,
17:7
**completed** [1] - 11:14
**COMPUTER** [1] - 3:23
**concern** [5] - 13:14,
17:2, 17:6, 17:24,
32:12
**concerned** [2] - 8:7,
18:1
**concerns** [1] - 27:16
**concluded** [1] - 37:11
**conducted** [1] - 8:6
**confer** [1] - 35:10
**conference** [2] - 11:1,
34:6
**CONFERENCE** [2] -
1:13, 4:23
**confirmed** [1] - 19:2
**consider** [1] - 17:10
**contact** [2] - 26:13,
30:2
**contacting** [1] - 25:23
**context** [1] - 34:1
**continue** [1] - 19:4
**CONTINUED** [2] - 2:1,
3:1
**contractor** [1] - 5:24,
6:3, 6:7
**control** [3] - 24:21,
27:2, 27:5
**convene** [1] - 26:2,
26:4
**COREY** [1] - 1:19
**Corey** [24] - 5:13, 8:3,
9:12, 10:1, 13:17,
14:10, 16:11, 18:11,
21:19, 22:2, 22:22,

22:25, 23:9, 23:14,
24:5, 25:12, 29:13,
30:3, 30:20, 31:4,
32:18, 35:15, 36:10,
36:24
**Corey's** [1] - 23:7
**CORPORATION** [2] -
2:8, 3:8
**correct** [10] - 9:23,
11:7, 12:20, 15:11,
23:6, 26:24, 33:15,
35:17, 35:22, 37:18
**corrected** [1] - 9:5
**corresponding** [1] -
9:7
**counsel** [1] - 36:8
**couple** [3] - 16:25,
17:1, 18:5
**course** [3] - 8:9,
32:10, 34:10
**COURT** [89] - 1:1,
3:19, 5:7, 5:9, 5:11,
5:18, 5:21, 7:9, 8:18,
9:11, 9:24, 10:14,
10:18, 10:23, 11:3,
11:22, 12:2, 12:6,
12:9, 12:17, 12:25,
13:7, 13:18, 13:25,
14:6, 14:19, 14:25,
15:8, 15:12, 15:16,
15:22, 16:3, 16:6,
16:7, 16:9, 16:13,
16:18, 16:21, 18:6,
19:9, 19:12, 19:15,
19:20, 20:10, 20:14,
20:23, 21:4, 21:11,
21:15, 21:19, 22:7,
22:24, 23:4, 23:7,
24:4, 24:16, 25:3,
25:20, 26:8, 26:22,
27:6, 27:9, 28:7,
28:17, 29:7, 29:12,
29:23, 30:2, 30:8,
30:13, 30:17, 31:2,
31:10, 31:14, 32:1,
32:6, 32:17, 32:24,
33:4, 33:15, 34:7,
35:4, 35:7, 36:1,
36:12, 36:18, 36:23,
37:3, 37:7
**Court** [13] - 7:2, 9:9,
9:12, 9:15, 13:6,
32:4, 33:21, 34:5,
37:17, 37:17, 37:18,
37:23, 37:23
**cover** [2] - 30:18, 37:4
**COVINGTON** [1] -
2:20
**CROW** [1] - 1:22
**CRR** [2] - 3:19, 37:21

22:25, 23:9, 23:14,
**cumbersome** [1] -
25:8
**CUSTODIAL** [1] - 4:6
**custodial** [18] - 11:13,
11:15, 12:16, 13:16,
13:22, 15:15, 17:7,
17:20, 18:8, 18:12,
22:11, 26:15, 26:19,
29:7, 29:25, 30:14,
33:9, 33:17

**D**

**DALLAS** [1] - 3:6
**DAMAGE** [1] - 1:14
**date** [6] - 19:2, 19:8,
20:12, 23:19, 33:24
**dates** [9] - 13:13,
13:15, 17:1, 20:5,
26:21, 27:21, 31:1,
32:10, 33:20
**Davenport** [1] - 26:10
**DAVENPORT**.............
.....................[1] -
4:19
**DAY** [1] - 1:23
**days** [6] - 15:20,
18:16, 19:3, 19:6,
19:19, 27:13
**DC** [5] - 2:18, 2:21,
3:11, 30:4, 30:10
**deadline** [1] - 31:14
**decision** [2] - 25:2,
33:6
**Deepwater** [2] - 8:10,
17:18
**DEEPWATER** [3] -
1:4, 3:14, 3:15
**defense** [1] - 29:21
**defenses** [1] - 31:22
**defer** [1] - 13:23
**departmental** [1] -
14:12
**dependent** [1] - 23:11
**depo** [2] - 24:6, 25:22
**depose** [11] - 11:16,
18:1, 22:12, 23:23,
24:11, 24:15, 26:13,
28:5, 30:19, 34:3,
35:2
**deposed** [6] - 22:5,
25:19, 27:24, 30:15,
34:24, 35:1
**deposing** [1] - 17:21
**deposition** [40] - 6:23,
7:1, 13:12, 13:21,
13:23, 15:21, 17:3,
17:5, 17:10, 17:11,
17:16, 17:25, 18:3,

18:4, 18:25, 21:7, 23:11, 23:23, 24:1, 24:3, 24:8, 24:23, 25:12, 25:24, 26:7, 27:3, 27:5, 27:14, 27:17, 28:11, 28:15, 28:22, 29:3, 29:4, 29:6, 30:7, 33:13, 33:20, 34:3, 36:25
**depositions** [7] - 16:21, 26:18, 28:10, 28:13, 28:21, 29:14, 30:18
**DEPOSITIONS..........**
**.............................**
[1] - 4:15
**Deravi** [14] - 11:12, 11:22, 17:7, 17:20, 18:2, 18:18, 18:20, 18:25, 22:5, 22:17, 32:25, 33:1, 33:24
**DERAVI** [1] - 4:5
**Deravi's** [9] - 13:22, 18:8, 18:13, 19:23, 21:1, 22:11, 33:9, 33:11, 34:2
**DERAVI.....................**
**........................** [1] - 4:16
**designate** [3] - 29:9, 31:5, 31:15
**designations** [1] - 16:14
**designee** [1] - 28:18
**designees** [1] - 16:17
**desire** [1] - 27:4
**details** [1] - 7:15
**determine** [4] - 25:10, 25:15, 25:18, 32:2
**determined** [1] - 32:19
**development** [1] - 33:13
**DEXTER** [1] - 1:19
**different** [1] - 18:24
**directly** [1] - 28:23
**disclosed** [1] - 26:11
**disclosure** [1] - 24:20
**discovery** [3] - 18:2, 22:13, 22:18
**discussed** [3] - 22:14, 28:9, 28:13
**discussion** [2] - 16:23, 22:4
**discussions** [1] - 17:9
**disposal** [1] - 35:9
**dispute** [1] - 16:2
**Disputed** [2] - 22:21, 32:18
**Disputeds** [1] - 30:21
**District** [3] - 37:18,

37:23
**DISTRICT** [2] - 1:1, 1:1
**doable** [1] - 21:22
**document** [4] - 8:7, 9:7, 11:8, 14:16
**DOCUMENT** [1] - 1:9
**document-related** [1] - 11:8
**documents** [25] - 5:13, 8:4, 8:8, 8:14, 8:16, 8:19, 9:4, 9:6, 9:14, 10:2, 10:7, 11:10, 12:11, 12:13, 12:14, 12:22, 12:24, 14:8, 14:17, 14:18, 14:22, 15:4, 16:2, 18:14, 33:25
**DOCUMENTS............**
**......** [1] - 4:3
**done** [6] - 9:10, 30:24, 31:16, 31:19, 34:23
**double** [3] - 19:5, 30:25, 34:13
**DOUGLAS** [1] - 3:10
**down** [14] - 7:21, 8:11, 8:14, 8:15, 8:17, 9:14, 13:11, 23:17, 23:22, 23:25, 30:8, 30:12, 35:2, 35:4
**Dr** [26] - 11:13, 12:6, 13:22, 17:20, 18:2, 18:13, 18:18, 18:20, 18:25, 21:1, 22:5, 22:8, 22:9, 22:11, 22:17, 22:19, 22:20, 23:10, 33:1, 33:2, 33:9, 33:11, 33:24, 34:2
**DR** [2] - 4:5, 4:16
**draft** [1] - 35:11
**DRESCHER** [1] - 2:3
**DRILLING** [1] - 3:14
**drop** [1] - 30:22
**dropped** [1] - 14:24
**duration** [1] - 8:9
**during** [5] - 6:22, 18:2, 22:12, 22:18, 34:3

**E**

**E&P** [1] - 3:9
**e-mail** [10] - 5:13, 5:15, 5:16, 7:23, 8:23, 8:24, 11:9, 15:5, 15:6, 34:8
**E-MAIL** [1] - 4:3
**e-mails** [15] - 5:23, 6:1, 6:6, 6:15, 6:18,

7:2, 7:4, 9:16, 12:1, 12:3, 18:17, 18:19, 18:20, 19:23
**e-production** [1] - 15:13
**easier** [4] - 8:15, 9:14, 21:6, 21:9
**EASTERN** [1] - 1:1
**Eastern** [1] - 37:18
**economic** [3] - 17:16, 28:2, 28:24
**economy** [1] - 17:17
**effort** [1] - 24:2
**either** [4] - 16:2, 20:12, 28:19, 30:7
**eliminate** [1] - 10:16
**Elliott** [4] - 22:3, 23:1, 33:1, 34:18
**ELLIOTT** [1] - 4:17
**ELLIS** [2] - 2:12, 2:16
**ELM** [1] - 3:5
**employed** [2] - 27:10, 28:25
**employee** [1] - 26:25
**empty** [1] - 19:24
**encountered** [1] - 8:19
**end** [8] - 14:16, 20:25, 22:22, 23:10, 31:16, 31:17, 31:25, 34:5
**ENERGY** [1] - 3:3
**ensure** [1] - 26:18
**entirety** [1] - 18:15
**entitled** [2] - 29:5, 37:19
**ESQUIRE** [13] - 1:19, 1:23, 1:23, 1:24, 2:3, 2:12, 2:13, 2:13, 2:17, 2:20, 3:4, 3:10, 3:16
**evaluating** [3] - 17:16, 23:15, 23:18
**evaluation** [1] - 23:20
**evidence** [1] - 35:11
**example** [1] - 21:19
**exception** [1] - 19:22
**exhibits** [1] - 28:11
**expert** [7] - 22:18, 23:2, 32:20, 32:21, 34:25, 35:1
**experts** [2] - 33:14, 35:2
**EXPLORATION** [1] - 2:9
**extemporaneous** [1] - 14:21
**extended** [1] - 27:20
**extent** [6] - 22:16, 22:17, 24:24, 27:4, 35:23, 36:5

**extremely** [1] - 25:8

**F**

**fact** [16] - 12:20, 17:6, 17:19, 18:2, 22:5, 22:13, 28:22, 29:22, 30:19, 31:6, 31:20, 33:13, 33:20, 34:3, 36:16, 36:24
**factual** [2] - 18:21, 32:22
**fair** [1] - 26:8
**fall** [2] - 22:8, 22:9
**falls** [1] - 10:11
**family** [1] - 9:7
**FANNIN** [1] - 3:16
**far** [8] - 7:15, 8:7, 14:16, 15:23, 17:22, 26:6, 30:3, 33:11
**FAR** [1] - 4:13
**felt** [1] - 24:24
**FIFTEENTH** [1] - 2:17
**file** [29] - 11:14, 11:19, 11:21, 11:23, 11:25, 12:16, 12:21, 12:23, 13:1, 13:4, 13:22, 15:15, 15:19, 17:7, 17:21, 18:8, 18:12, 18:16, 22:11, 26:15, 26:19, 29:7, 29:11, 29:25, 30:14, 32:5, 33:9, 33:17, 34:25
**FILES** [1] - 4:6
**files** [4] - 11:15, 11:18, 13:16, 34:22
**fine** [8] - 13:7, 13:9, 13:15, 31:2, 34:7, 34:14, 36:14, 36:22
**finish** [1] - 23:20
**first** [3] - 20:1, 20:12, 26:5
**fits** [1] - 33:12
**five** [4] - 34:12, 34:16, 34:20, 35:2
**five-page** [1] - 34:16
**fix** [1] - 7:5
**focused** [1] - 28:1
**follow** [1] - 10:21
**follow-up** [1] - 10:21
**Fontenot** [2] - 26:23, 26:24
**Fontenot's** [1] - 27:2
**FONTENOT...............**
**.......................** [1] - 4:20
**FOR** [5] - 1:18, 2:6, 3:3, 3:8, 3:13
**forecast** [1] - 18:14

**foregoing** [1] - 37:18
**former** [1] - 26:25
**forward** [3] - 6:11, 18:23, 32:12
**forwarded** [4] - 6:4, 6:8, 6:12, 9:18
**four** [3] - 20:20, 20:21, 28:21
**frankly** [1] - 20:3
**FRIDAY** [2] - 1:7, 5:2
**Friday** [2] - 34:17, 35:3
**front** [1] - 16:22
**FTP** [5] - 5:17, 7:21, 7:25, 8:14, 9:15
**full** [4] - 17:20, 19:4, 33:9, 33:17
**funds** [2] - 17:13, 17:14
**future** [1] - 14:17

**G**

**GARY** [1] - 4:18
**Gary** [1] - 23:14
**GENERAL'S** [1] - 1:18
**glitch** [1] - 8:18
**GODWIN** [1] - 3:4
**grants** [4] - 28:23, 29:18, 29:20
**great** [2] - 36:17, 36:18
**Green** [2] - 12:18, 13:13
**Green's** [2] - 15:14, 15:19
**GREEN.....................**
**.......................** [1] - 4:8
**Group** [1] - 15:24
**GROUP.....................**
**.** [1] - 4:13
**Guard** [4] - 24:14, 24:22, 25:6, 25:23
**guess** [9] - 10:10, 13:10, 13:14, 19:9, 22:10, 25:25, 33:7, 33:22
**GULF** [1] - 1:5
**guys** [3] - 18:6, 20:24, 28:7

**H**

**HALLIBURTON** [1] - 3:3
**happy** [3] - 13:5, 14:4, 21:14

**hard** [3] - 20:3, 20:8, 34:16
**Harrison** [1] - 26:11
**HARRISON**................
...................... [1] -
4:20
**HASTINGS** [1] - 3:10
**Hayward** [3] - 23:14, 23:16, 32:25
**HAYWARD**................
...................... [1] -
4:18
**Hayworth** [4] - 12:6, 22:8, 32:25, 33:1
**Hayworth's** [1] - 11:13
**HAYWORTH**..............
...................... [1] -
4:5
**HB406** [1] - 3:20
**heard** [3] - 18:12, 36:1, 36:10
**HEARD** [1] - 1:14
**Hein** [4] - 23:25, 24:19, 24:21, 25:6
**HEIN**..........................
...................... [1] - 4:18
**help** [1] - 32:23
**hereby** [1] - 37:18
**himself** [1] - 6:12
**hold** [1] - 24:4
**HOLDINGS** [2] - 2:10, 3:13
**home** [1] - 30:10
**honestly** [1] - 30:24
**Honor** [60] - 5:8, 7:10, 7:24, 8:13, 9:10, 10:1, 11:2, 11:7, 11:24, 12:8, 12:11, 12:20, 13:2, 13:9, 13:21, 14:4, 14:20, 15:5, 15:11, 15:18, 16:5, 16:19, 16:24, 18:11, 19:13, 19:25, 20:21, 21:6, 22:1, 22:4, 22:15, 23:6, 23:17, 24:7, 24:17, 25:25, 26:1, 26:24, 27:8, 27:22, 29:8, 30:1, 30:11, 30:16, 31:4, 31:21, 32:7, 33:3, 33:7, 33:22, 34:14, 34:21, 35:15, 36:3, 36:7, 36:21, 37:2, 37:5, 37:6, 37:9
**HONORABLE** [1] - 1:14
**hope** [1] - 12:3
**hoped** [1] - 33:9
**hopefully** [3] - 11:18,

12:16, 26:20
**Horizon** [2] - 8:10, 17:18
**HORIZON** [1] - 1:4
**Hornsby** [1] - 14:12
**HORNSBY**................
...................... [1] -
4:10
**HOUSTON** [1] - 3:17
**HYBRID** [1] - 4:22
**hybrid** [9] - 22:6, 22:16, 23:12, 31:3, 31:13, 32:13, 32:14, 32:15, 32:18

## I

**identified** [8] - 11:17, 17:1, 17:12, 23:10, 23:14, 24:8, 24:18, 24:19
**identify** [5] - 7:25, 9:2, 9:3, 22:20, 32:14
**identifying** [1] - 26:16
**IL** [1] - 2:14
**impact** [4] - 13:12, 13:22, 17:17, 17:22
**important** [4] - 17:11, 17:15, 17:20, 31:24
**IMPREVENTO** [1] - 2:3
**IN** [5] - 1:4, 1:5, 4:6, 4:17, 5:4
**INC** [8] - 2:6, 2:8, 2:9, 2:10, 2:12, 3:4, 3:14, 3:15
**included** [1] - 6:7
**indication** [1] - 16:1
**Indonesia** [1] - 29:3
**information** [5] - 6:19, 13:5, 17:13, 17:23, 20:17
**informed** [1] - 17:4
**initial** [3] - 26:1, 26:4, 27:14
**initiate** [1] - 26:6
**intend** [2] - 23:21, 25:21
**intended** [1] - 24:10
**intending** [1] - 25:16
**intends** [3] - 24:9, 24:13, 28:15
**interested** [1] - 28:5
**INTERESTS** [1] - 1:18
**internal** [1] - 10:8
**involved** [1] - 7:8
**involves** [1] - 36:16
**issue** [21] - 7:12, 7:14, 7:15, 8:22, 9:1, 9:5,

9:8, 13:20, 15:9, 17:24, 22:1, 22:22, 23:12, 25:6, 25:11, 27:11, 32:21, 33:19, 34:8, 35:8, 36:4
**issues** [14] - 7:6, 8:11, 9:2, 9:23, 9:25, 10:22, 11:8, 16:25, 17:2, 26:22, 27:15, 27:17, 28:2, 28:8
**ITEMS** [1] - 4:2

## J

**JEFFREY** [1] - 2:3
**Jenkins** [1] - 5:18
**JENKINS**..................
...................... [1] - 4:4
**JENNIFER** [1] - 1:23
**JENNY** [1] - 3:4
**joint** [1] - 16:9
**JOINT** [1] - 4:14
**JUDGE** [1] - 1:15
**Judge** [2] - 10:20, 25:4
**judge** [4] - 8:21, 15:25, 18:9, 28:12
**JULIA** [1] - 4:18
**Julia** [2] - 23:25, 25:6
**July** [2] - 30:24, 31:19
**June** [10] - 17:6, 19:1, 19:11, 19:13, 19:14, 19:17, 21:3, 31:17, 37:1
**JUNE** [1] - 4:23
**justified** [1] - 27:25
**justify** [1] - 27:25

## K

**keep** [2] - 19:4, 34:12
**KELLY** [1] - 4:15
**Kelly** [7] - 17:3, 18:16, 18:18, 18:20, 18:24, 19:21, 20:6
**kind** [4] - 8:1, 19:20, 28:5, 33:12
**KIRKLAND** [2] - 2:12, 2:16
**knowledge** [4] - 16:16, 18:21, 24:20, 32:22
**knowledge,she** [1] - 25:1
**knows** [1] - 34:21
**KRIS** [1] - 4:21
**Kris** [1] - 31:23

## L

**LA** [1] - 3:21
**laborious** [2] - 7:22, 8:13
**laid** [1] - 36:15
**LANGAN** [3] - 2:12, 36:7, 36:14
**Langan** [1] - 36:7
**LASALLE** [1] - 2:14
**last** [6] - 7:23, 11:9, 20:12, 28:20, 32:9, 33:8
**late** [1] - 21:7
**lead** [1] - 16:23
**leaning** [1] - 9:13
**least** [1] - 9:16
**leave** [1] - 20:18
**Lee** [2] - 29:2, 31:23
**LEE**..............................
...... [1] - 4:21
**left** [1] - 30:23
**LEWIS** [2] - 3:4, 3:9
**LFO** [2] - 15:8, 15:14
**LFO**..............................
...................... [1] -
4:12
**Lillie** [3] - 36:11, 36:12, 36:15
**limit** [1] - 9:16
**LIMITED** [2] - 2:11
**limited** [3] - 8:4, 27:18, 31:21
**line** [1] - 6:24
**lines** [1] - 36:9
**list** [5] - 26:3, 30:18, 31:9, 32:17, 32:24
**liter** [1] - 35:24
**literally** [1] - 35:22
**liters** [2] - 35:18, 35:19
**LLC** [1] - 3:13
**logistical** [4] - 27:15, 27:17, 27:24, 28:8
**logistics** [1] - 31:7
**look** [6] - 5:14, 6:15, 19:3, 20:23, 26:12, 34:9
**looked** [2] - 5:19, 5:22
**looking** [3] - 20:19, 35:18, 35:21
**looks** [1] - 31:15
**loss** [2] - 17:16, 28:2
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [6] - 35:10, 36:2, 36:5, 36:9, 37:17, 37:18
**love** [1] - 21:17

**loved** [1] - 21:18
**LP** [1] - 3:9

## M

**Magee** [2] - 12:18, 13:13
**Magee's** [1] - 12:21
**MAGEE**......................
...................... [1] -
4:7
**MAGISTRATE** [1] -
1:15
**mail** [10] - 5:13, 5:15, 5:16, 7:23, 8:23, 8:24, 11:9, 15:5, 15:6, 34:8
**MAIL** [1] - 4:3
**mails** [15] - 5:23, 6:1, 6:6, 6:15, 6:18, 7:2, 7:4, 9:16, 12:1, 12:3, 18:17, 18:19, 18:20, 19:23
**majority** [3] - 31:16, 31:18, 32:9
**MANAGEMENT** [1] -
4:13
**Management** [1] -
15:23
**manual** [1] - 9:6
**manually** [1] - 9:23
**marked** [1] - 14:14
**MARSTON** [1] - 2:13
**MARTINEZ** [1] - 3:4
**match** [2] - 8:25, 9:7
**materials** [7] - 7:17, 7:19, 7:24, 7:25, 17:8, 17:21, 33:23
**matter** [5] - 8:10, 26:1, 27:14, 28:1, 37:19
**MAUREEN** [1] - 2:20
**MAY** [2] - 1:7, 5:2
**MAZE** [38] - 1:19, 5:10, 5:15, 5:19, 5:22, 9:12, 14:10, 15:4, 15:11, 15:13, 16:11, 16:16, 18:11, 19:11, 19:13, 19:17, 19:25, 20:11, 20:21, 21:2, 21:18, 22:25, 24:7, 29:13, 30:6, 30:20, 31:4, 31:12, 31:18, 32:2, 32:19, 33:1, 34:15, 34:20, 35:5, 35:15, 36:24, 37:5
**McIntosh** [2] - 29:2, 31:23
**MCINTOSH** [1] - 4:21

McIntosh-Lee [2] - 29:2, 31:23
MCINTOSH-LEE........ ......................... [1] - 4:21
mean [3] - 21:2, 30:18, 34:18
means [2] - 6:6, 9:22
MECHANICAL [1] - 3:23
meet [1] - 26:19
member [1] - 24:22
Memorial [1] - 37:8
MERIT [1] - 3:20
Merit [2] - 37:17, 37:22
message [2] - 12:7, 12:8
METHVIN [1] - 1:22
MEXICO [1] - 1:5
middle [1] - 10:19
might [4] - 20:1, 23:19, 27:8, 32:3
MIKE [3] - 4:16, 4:19, 4:20
Mike [4] - 19:19, 26:9, 26:10, 26:11
MILES [1] - 1:22
Miller [6] - 8:21, 15:25, 16:7, 16:8, 25:4, 28:12
MILLER [21] - 1:23, 8:21, 10:20, 11:2, 11:7, 11:24, 12:3, 12:8, 12:11, 12:20, 13:2, 14:3, 15:25, 16:5, 16:8, 18:9, 25:4, 28:12, 28:18, 29:8, 32:7
mind [2] - 5:20, 5:21
misnumbering [1] - 15:9
misspeak [1] - 31:4
mistaken [1] - 36:11
mitigation [2] - 29:21, 31:22
money [1] - 29:19
Montgomery [6] - 20:1, 20:2, 20:13, 20:20, 21:9, 21:17
MONTGOMERY [2] - 1:20, 1:25
moot [1] - 16:4
MORGAN [1] - 3:9
morning [5] - 5:7, 5:8, 7:10, 14:13, 17:4
Morris' [1] - 15:14
MORRISS [3] - 1:7, 3:21
most [6] - 9:17, 11:14, 16:25, 27:12, 31:19,

31:24
mostly [1] - 11:20
Motion [1] - 16:3
MOTION [1] - 4:14
MR [93] - 4:9, 4:9, 5:10, 5:15, 5:19, 5:22, 7:10, 8:21, 9:12, 10:1, 10:17, 10:20, 11:2, 11:7, 11:24, 12:3, 12:8, 12:11, 12:20, 13:2, 13:9, 13:19, 14:3, 14:10, 14:20, 15:4, 15:11, 15:13, 15:18, 15:25, 16:5, 16:8, 16:11, 16:16, 16:19, 16:24, 18:9, 18:11, 19:11, 19:13, 19:17, 19:25, 20:11, 20:21, 21:2, 21:6, 21:13, 21:18, 22:1, 22:8, 22:25, 23:5, 23:9, 24:7, 24:17, 25:4, 25:25, 26:10, 26:24, 27:8, 27:10, 28:12, 28:18, 29:8, 29:13, 30:1, 30:6, 30:11, 30:16, 30:20, 31:4, 31:12, 31:18, 32:2, 32:7, 32:19, 33:1, 33:3, 33:7, 33:16, 34:14, 34:15, 34:19, 34:20, 35:5, 35:15, 36:3, 36:7, 36:14, 36:21, 36:24, 37:5, 37:6
mutually [1] - 32:11

N

N.W [1] - 2:17
name [1] - 28:21
necessary [2] - 14:14, 32:5
need [15] - 7:2, 14:21, 14:23, 15:22, 18:24, 22:12, 23:16, 25:22, 26:2, 26:5, 30:4, 30:17, 32:4, 33:13, 34:3
negotiating [2] - 29:17, 29:19
never [2] - 9:17, 31:7
New [8] - 19:14, 19:21, 20:6, 21:10, 21:17, 21:18, 30:5, 30:7
NEW [2] - 1:7, 3:21
new [2] - 6:19, 7:20
Newton's [1] - 13:1

NEWTON.................. ...................... [1] - 4:9
next [15] - 11:1, 11:19, 12:4, 12:15, 13:5, 18:4, 18:9, 21:21, 21:25, 31:2, 34:5, 34:6, 34:17, 35:3, 36:19
NEXT [1] - 4:23
night [1] - 7:23
NO [1] - 1:6
normal [2] - 7:18, 8:8
Norris [1] - 12:23
NORTH [4] - 2:8, 2:8, 2:10, 2:11
NOT [1] - 4:17
note [2] - 34:15, 36:8
NUMBER [1] - 4:4
Number [2] - 11:6, 14:1
number [3] - 6:20, 7:1, 8:4
numbered [1] - 37:19
numbers [1] - 6:14
numerous [1] - 9:22
NW [2] - 2:21, 3:10

O

oath [1] - 25:7
object [1] - 30:3
objected [1] - 35:10
objection [3] - 35:17, 35:20, 35:23
obligation [1] - 26:20
obviously [4] - 10:6, 23:11, 24:21, 27:14
occasions [1] - 22:4
occurred [1] - 9:1
October [2] - 27:21, 34:19
OF [4] - 1:1, 1:5, 4:3, 4:6
offering [1] - 29:19
OFFICE [2] - 1:18, 1:24
officer [1] - 17:12
Official [2] - 37:17, 37:23
OFFICIAL [1] - 3:19
officials [1] - 29:19
offset [2] - 29:21, 31:22
OFFSHORE [1] - 3:14
OIL [2] - 1:4, 1:4
oil [3] - 35:9, 35:18, 35:19
ON [1] - 1:5

on-line [1] - 6:24
once [2] - 20:18, 22:17
one [20] - 8:12, 13:19, 13:20, 15:17, 17:3, 18:12, 20:3, 20:22, 22:20, 23:15, 25:5, 29:8, 29:18, 30:10, 30:22, 31:5, 33:10, 35:4, 36:20
ones [2] - 9:18, 32:15
ongoing [1] - 15:2
ONGOING [1] - 4:11
open [2] - 19:19, 32:10
opportunity [1] - 22:15
opposed [3] - 7:20, 18:4, 21:9
opposition [3] - 34:11
order [2] - 26:19, 35:8
orderly [1] - 8:7
ORLEANS [2] - 1:7, 3:21
Orleans [8] - 19:14, 19:21, 20:6, 21:10, 21:17, 21:18, 30:5, 30:7
OTHER [1] - 4:17
outlining [1] - 11:9
outstanding [1] - 11:10
overcome [1] - 8:20

P

page [2] - 14:25, 34:16
PAGE [1] - 4:2
pages [3] - 34:13, 34:21, 35:2
paragraph [1] - 35:4
parent [2] - 8:23, 8:24
parent/child [1] - 9:2
PARKER [1] - 1:23
Parker [13] - 5:13, 8:18, 8:21, 10:18, 11:4, 13:25, 15:25, 16:8, 18:6, 25:4, 28:12, 31:12, 32:7
part [2] - 16:25, 29:21
particular [4] - 7:4, 13:4, 17:14, 28:1
parties [2] - 10:22, 32:14
party [1] - 15:22
PARTY [1] - 4:13
path [1] - 8:17
PAUL [1] - 2:13
Paul [22] - 7:9, 7:11, 9:24, 10:20, 11:5,

13:8, 14:19, 15:16, 16:19, 16:22, 21:5, 23:2, 23:7, 24:16, 25:20, 28:14, 29:12, 29:23, 30:8, 33:7, 36:1, 36:21
Paul's [1] - 10:18
pending [1] - 13:16
PENNSYLVANIA [1] - 2:21
people [3] - 19:5, 20:7, 20:8
PEPPER [1] - 3:19
Pepper [3] - 37:16, 37:21, 37:21
perceive [2] - 26:2, 26:5
perfect [1] - 16:18
perfectly [1] - 30:6
perhaps [3] - 10:21, 34:4, 34:5
period [9] - 18:2, 18:4, 20:12, 22:13, 22:18, 30:19, 33:21, 34:3, 34:25
periphery [1] - 36:4
permitting [1] - 35:9
person [2] - 19:18, 29:17
persons [3] - 29:9, 31:24, 32:3
perspective [3] - 8:5, 17:15, 27:23
Peterson [1] - 36:12
PETROLEUM [1] - 3:8
Phillip [1] - 11:19
PHILLIP [1] - 4:7
pick [1] - 20:11
places [1] - 7:16
point [6] - 6:17, 6:20, 8:12, 13:4, 18:23, 24:17
pointed [1] - 32:8
Polaris [1] - 16:3
POLARIS [1] - 4:14
PORTIS [1] - 3:20
position [4] - 23:5, 34:4, 34:21, 36:15
possibilities [1] - 31:8
possibility [1] - 28:10
possible [2] - 21:8, 34:23
possibly [1] - 25:1
POST [1] - 1:24
potential [1] - 17:17
POYDRAS [1] - 3:20
prediction [2] - 12:10, 12:14
preference [1] - 21:7
prejudice [1] - 8:6

premark [1] - 28:10
premises [1] - 33:10
prepare [2] - 18:16, 18:24
present [6] - 22:14, 23:2, 24:14, 27:15, 27:16, 28:3
presented [2] - 18:15, 24:11
presenting [1] - 27:16
presently [1] - 36:25
presents [2] - 25:11, 27:18
PRESERVATION [1] - 4:22
preservation [2] - 35:8, 35:12
presume [3] - 21:15, 21:16
presumption [1] - 21:20
pretty [3] - 12:19, 19:4, 19:24
previous [1] - 22:4
previously [1] - 14:18
primary [1] - 17:3
printer [1] - 19:16
problem [3] - 32:1, 32:8, 35:25
proceed [2] - 28:15, 35:14
proceeding [2] - 8:11, 13:3
proceedings [3] - 26:6, 37:10, 37:19
PROCEEDINGS [2] - 1:13, 3:23, 5:1
process [9] - 7:18, 7:22, 8:13, 11:21, 25:7, 25:14, 25:17, 25:23, 33:11
processing [3] - 7:15, 12:12, 15:6
produce [8] - 7:2, 7:4, 10:4, 12:3, 12:23, 26:18, 32:5, 34:17
produced [14] - 11:13, 11:23, 11:25, 12:18, 12:21, 13:16, 14:22, 15:20, 19:23, 20:15, 22:17, 26:16, 33:24, 34:19
PRODUCED [1] - 3:23
producing [1] - 16:2
PRODUCTION [4] - 2:7, 2:10, 4:4, 4:11
production [16] - 7:18, 8:7, 8:19, 9:1, 9:3, 11:7, 11:12, 14:8, 14:16, 14:17, 15:1,

15:2, 15:12, 15:13, 21:1, 34:22
Production [2] - 11:5, 14:1
PRODUCTION...........
................... [1] - 4:5
productions [2] - 14:2, 14:3
PRODUCTS [1] - 2:11
proposal [1] - 33:5
propose [4] - 18:3, 31:3, 34:9, 36:18
proposed [1] - 13:15
provide [3] - 11:10, 13:5, 15:6
provided [1] - 7:20
provides [1] - 34:1
providing [1] - 17:12
PTO [1] - 35:11
pull [4] - 7:21, 8:14, 29:24, 30:13
pulled [1] - 9:14
pulling [1] - 23:17
pursue [2] - 17:23, 27:5
pursuing [1] - 24:1
push [4] - 10:3, 18:7, 18:10, 21:7
pushed [1] - 18:3
pushing [1] - 19:4
put [10] - 5:16, 19:8, 19:23, 20:6, 21:23, 23:25, 24:25, 26:6, 35:2, 35:4
putting [5] - 7:20, 17:5, 20:4, 20:8, 25:13

Q

Quash [1] - 16:4
QUASH......................
........ [1] - 4:14
questioning [1] - 17:22

R

raise [3] - 17:6, 22:2, 22:23
rather [2] - 23:18, 33:19
rationale [1] - 22:19
RE [1] - 1:4
re [2] - 13:1, 13:2
re-review [2] - 13:1, 13:2

reach [1] - 10:12
reaching [1] - 29:18
ready [1] - 19:8
really [14] - 6:21, 7:3, 7:14, 7:16, 13:3, 20:3, 20:8, 24:23, 27:6, 31:7, 31:19, 34:16
REALTIME [1] - 3:19
Realtime [2] - 37:16, 37:22
reason [9] - 6:21, 6:25, 7:3, 7:5, 8:23, 9:20, 19:1, 29:10, 33:18
reasonable [1] - 10:13
rebut [1] - 31:22
rebuttal [3] - 31:6, 31:13, 31:20
receipt [1] - 9:21
receive [1] - 12:7
received [5] - 11:12, 11:13, 11:21, 15:4, 29:10
recently [4] - 26:11, 27:15, 28:3, 28:4
recipient [1] - 5:24
record [1] - 37:19
RECORDED [1] - 3:23
regard [1] - 28:7
REGARDING [2] - 1:14, 4:11
regarding [1] - 15:2
regardless [1] - 9:15
REGISTERED [1] - 3:20
Registered [1] - 37:16
registered [1] - 37:22
regs [1] - 25:9
related [2] - 6:1, 11:8
relates [2] - 13:22, 17:13
RELATES [1] - 1:9
relationship [1] - 9:7
relative [2] - 12:6, 30:18
relevance [1] - 27:25
relevant [5] - 24:20, 24:25, 26:3, 28:24, 29:22
rely [1] - 33:14
remainder [1] - 18:8
remaining [1] - 21:1
remember [2] - 19:15, 36:4
RENAISSANCE [1] - 3:5
render [1] - 25:19
report [9] - 5:12, 6:10, 9:2, 9:21, 10:3, 23:2,

32:21, 35:1, 36:17
REPORTER [4] - 3:19, 3:19, 3:20, 16:7
Reporter [7] - 37:16, 37:17, 37:17, 37:22, 37:22, 37:23
REPORTER'S [1] - 37:15
reports [3] - 6:2, 10:15, 18:14
representative [2] - 25:7, 29:15
represented [1] - 10:2
representing [2] - 8:3, 23:1
reproduce [4] - 6:25, 8:8, 9:20, 10:6
reproduction [1] - 8:16
requested [1] - 20:22
REQUESTING [1] - 4:6
requesting [1] - 11:15
requirements [1] - 35:8
REQUIREMENTS......
................... [1] - 4:22
requires [1] - 9:6
resisting [1] - 18:1
resolve [5] - 10:22, 10:25, 11:1, 31:3, 33:19
respect [12] - 10:2, 12:23, 15:19, 17:10, 17:25, 22:3, 27:11, 27:19, 28:6, 33:12, 33:24, 34:2
respond [2] - 7:11, 28:14
responded [2] - 8:2, 28:4
response [4] - 5:20, 27:19, 27:20
Response [1] - 15:23
RESPONSE [1] - 4:13
rest [1] - 23:13
retained [1] - 32:20
review [9] - 7:24, 8:15, 9:6, 11:14, 12:13, 13:1, 13:2, 22:11, 22:15
reviewing [1] - 12:9
RICHARD [1] - 1:24
Rick [1] - 35:16
RIG [1] - 1:7
RMR [2] - 3:19, 37:21
road [2] - 8:11, 13:11
Roberts [1] - 19:19
ROBERTS.................

role [5] - 27:13, 27:18, 27:20, 33:11, 34:2
roll [3] - 5:9, 36:13, 36:17
Rolling [1] - 14:12
ROLLING...................
................... [1] - 4:11
room [1] - 35:21
ROOM [1] - 3:20
roster [2] - 24:18, 24:25
Roy [7] - 5:16, 5:18, 6:1, 6:5, 6:23, 7:7, 9:18
ROY [1] - 4:3
rule [1] - 32:4
Rule [7] - 11:16, 11:17, 16:14, 24:1, 24:20, 29:9, 29:10
rules [2] - 32:21, 33:21
run [1] - 30:8
running [1] - 8:22
Russia [2] - 27:13, 29:1

S

s/Cathy [1] - 37:21
SALLY [1] - 1:14
SAMPLE [1] - 4:3
sample [2] - 5:12, 35:24
samples [1] - 35:9
schedule [11] - 16:22, 20:9, 22:2, 23:19, 23:22, 24:2, 24:23, 25:22, 26:17, 31:25, 32:12
scheduled [3] - 13:13, 19:18, 33:20
scheduling [5] - 13:12, 13:21, 17:4, 23:11, 25:11
second [2] - 20:16
see [14] - 10:12, 11:4, 12:25, 14:1, 14:6, 14:13, 15:1, 15:19, 20:19, 20:24, 26:2, 29:24, 30:9, 33:25
seek [1] - 25:1
seem [2] - 27:23, 31:23
segregate [1] - 10:4
sense [3] - 21:4, 21:5, 23:20

**sent** [8] - 5:16, 7:23, 11:9, 14:13, 14:18, 15:5, 22:2, 36:8
**SERVICES** [1] - 3:3
**SET** [1] - 4:3
**set** [4] - 5:12, 31:14, 32:22, 36:25
**short** [2] - 34:4, 35:6
**shortly** [1] - 29:16
**SHUSHAN** [1] - 1:14
**side** [1] - 26:12
**significance** [2] - 33:10, 34:2
**simply** [5] - 6:6, 6:23, 9:21, 14:17, 35:17
**single** [1] - 28:21
**sit** [1] - 27:3
**site** [5] - 5:17, 7:21, 7:25, 8:14, 9:15
**situation** [3] - 6:2, 9:21, 10:13
**situational** [2] - 10:3, 10:15
**slap** [1] - 6:23
**Sliger** [9] - 26:23, 27:9, 27:10, 27:11, 27:18, 28:6, 28:20, 29:14, 31:23
**Sliger's** [1] - 29:6
**SLIGER**......................
....................... [1] - 4:21
**slot** [1] - 20:24
**slotted** [1] - 23:8
**SLOTTED** [1] - 4:17
**slows** [1] - 8:15
**small** [2] - 14:1, 14:3
**so...** [1] - 15:21
**solely** [2] - 14:11, 27:17
**solution** [1] - 20:1
**someone** [3] - 23:25, 24:13, 25:1
**somewhat** [1] - 27:5
**somewhere** [2] - 6:24, 27:21
**soon** [3] - 12:19, 26:21, 34:22
**sooner** [1] - 33:19
**sorry** [4] - 19:17, 31:10, 31:17, 32:17
**sort** [3] - 10:21, 32:4, 36:15
**sounds** [4] - 11:2, 33:16, 34:23, 36:23
**spaced** [1] - 34:13
**speaking** [1] - 8:25
**specifically** [1] - 29:14
**spend** [1] - 33:23
**spent** [1] - 27:13

**spill** [2] - 17:18, 29:15
**SPILL** [1] - 1:4
**squares** [1] - 20:8
**stamp** [1] - 7:3
**stand** [1] - 15:3
**standalone** [4] - 11:23, 11:25, 18:14, 33:25
**standpoint** [2] - 7:13, 31:20
**stands** [2] - 23:5, 24:3
**start** [2] - 20:7, 25:17
**started** [1] - 34:17
**starting** [1] - 25:23
**starts** [1] - 20:4
**STATE** [1] - 1:18
**State** [18] - 8:22, 11:12, 11:17, 14:10, 15:25, 16:8, 16:11, 17:11, 17:14, 17:17, 22:25, 25:5, 28:13, 28:15, 29:19, 30:3, 34:2, 37:17
**State's** [1] - 14:15
**States** [6] - 5:25, 6:3, 6:8, 35:11, 37:17, 37:23
**STATES** [2] - 1:1, 1:15
**stationed** [2] - 27:1, 29:1
**status** [1] - 13:3
**STATUS** [1] - 1:13
**STENOGRAPHY** [1] - 3:23
**Steve** [1] - 5:18
**STEVE** [1] - 4:4
**sticker** [1] - 6:23
**still** [12] - 7:13, 10:10, 12:21, 12:22, 14:22, 17:8, 18:16, 22:10, 23:18, 23:23, 26:2, 28:4
**stop** [1] - 24:4
**story** [1] - 33:13
**STRATTON** [1] - 1:24
**Stratton** [1] - 35:16
**STREET** [6] - 2:4, 2:17, 3:5, 3:10, 3:16, 3:20
**string** [5] - 5:25, 6:4, 6:16, 6:17, 9:17
**struggling** [1] - 18:22
**stuff** [1] - 7:20
**submission** [3] - 34:4, 34:16, 35:5
**submissions** [1] - 34:12
**submitted** [1] - 35:11
**subpoenas** [1] - 15:23
**SUBPOENAS** [1] -

4:13
**success** [2] - 25:9, 25:14
**suggest** [4] - 25:17, 26:1, 32:14, 33:22
**suggested** [1] - 19:1
**SUITE** [3] - 2:4, 3:5, 3:16
**summary** [1] - 11:9
**supplemental** [2] - 15:2, 15:12
**SUPPLEMENTAL** [1] - 4:11
**support** [1] - 32:23
**supports** [1] - 29:4
**SUTHERLAND** [1] - 3:15
**SWIFT** [1] - 4:13
**Swift** [1] - 15:23
**system** [1] - 12:12

## T

**table** [1] - 28:16
**TAMMY** [2] - 4:11, 4:19
**Tammy** [2] - 14:12, 26:10
**target** [1] - 12:18
**Taylor** [9] - 22:3, 22:9, 22:19, 22:20, 23:1, 23:10, 33:1, 33:2, 34:18
**TAYLOR**......................
....................... [1] - 4:17
**team** [2] - 26:2, 26:5
**technically** [1] - 8:24
**TELEPHONE** [2] - 1:13, 5:4
**tend** [2] - 25:20, 25:21
**terms** [4] - 11:8, 11:15, 15:14, 29:18
**TERMS** [1] - 4:6
**testifies** [1] - 25:15
**testify** [1] - 25:10
**testimony** [3] - 25:8, 25:19, 28:24
**THAT** [1] - 4:6
**THE** [93] - 1:4, 1:9, 1:14, 4:6, 4:13, 4:23, 5:7, 5:9, 5:11, 5:18, 5:21, 7:9, 8:18, 9:11, 9:24, 10:14, 10:18, 10:23, 11:3, 11:22, 12:2, 12:6, 12:9, 12:17, 12:25, 13:7, 13:18, 13:25, 14:6, 14:19, 14:25, 15:8, 15:12, 15:16, 15:22,

16:3, 16:6, 16:7, 16:9, 16:13, 16:18, 16:21, 18:6, 19:9, 19:12, 19:15, 19:20, 20:10, 20:14, 20:23, 21:4, 21:11, 21:15, 21:19, 22:7, 22:24, 23:4, 23:7, 24:4, 24:16, 25:3, 25:20, 26:8, 26:22, 27:6, 27:9, 28:7, 28:17, 29:7, 29:12, 29:23, 30:2, 30:8, 30:13, 30:17, 31:2, 31:10, 31:14, 32:1, 32:6, 32:17, 32:24, 33:4, 33:15, 34:7, 35:4, 35:7, 36:1, 36:12, 36:18, 36:23, 37:3, 37:7
**thereafter** [1] - 29:16
**thess** [1] - 7:17
**thinks** [2] - 18:23, 29:4
**THIRD** [1] - 4:13
**third** [2] - 15:22, 34:24
**THIRD-PARTY** [1] - 4:13
**third-party** [1] - 15:22
**THIS** [1] - 1:9
**three** [6] - 12:16, 26:14, 33:4, 34:22, 34:23, 34:24
**TO** [2] - 1:9, 4:14
**today** [2] - 20:5, 37:1
**together** [5] - 6:14, 24:25, 30:25, 35:13, 36:19
**topics** [3] - 16:10, 16:14, 16:16
**TOPICS**......................
......... [1] - 4:14
**toss** [1] - 28:7
**total** [1] - 5:23
**Touhy** [1] - 25:9
**toward** [1] - 20:25
**towards** [1] - 9:13
**TOWER** [1] - 3:4
**track** [1] - 30:11
**trailing** [1] - 12:19
**transcript** [1] - 37:18
**TRANSCRIPT** [1] - 3:23
**TRANSOCEAN** [3] - 3:13, 3:13, 3:15
**travel** [1] - 28:9
**trial** [12] - 24:9, 24:11, 24:12, 24:14, 24:18, 24:25, 25:10, 25:13, 25:19, 25:21, 28:19,

28:24
**trip** [1] - 21:17
**triple** [1] - 19:5
**trips** [1] - 21:18
**true** [1] - 37:18
**truly** [2] - 5:25, 32:20
**try** [7] - 11:1, 23:19, 23:23, 24:2, 33:18, 33:19, 36:2
**trying** [4] - 20:19, 26:6, 28:5, 32:2
**Tucker** [2] - 26:9, 26:10
**TUCKER**......................
....................... [1] - 4:19
**Tuesday** [1] - 21:22
**turned** [1] - 30:4
**turns** [1] - 23:12
**twelve** [1] - 5:23
**two** [22] - 8:25, 9:7, 12:4, 12:15, 14:11, 18:9, 20:6, 30:22, 31:6, 31:8, 31:23, 32:9, 33:17, 34:23, 35:18, 35:19, 35:24, 36:19, 36:22, 36:25
**two-liter** [1] - 35:24
**TX** [2] - 3:6, 3:17
**type** [1] - 8:5

## U

**unclear** [1] - 10:10
**under** [6] - 22:8, 22:9, 23:14, 24:20, 25:7, 32:21
**understood** [1] - 12:17
**unfortunately** [1] - 36:3
**United** [6] - 5:25, 6:3, 6:8, 35:11, 37:17, 37:23
**UNITED** [2] - 1:1, 1:15
**unless** [1] - 23:23
**up** [15] - 8:25, 9:7, 10:21, 11:22, 14:1, 14:3, 17:5, 21:12, 21:21, 21:25, 25:13, 26:7, 28:21, 30:22, 31:6
**update** [10] - 5:11, 11:5, 11:11, 13:3, 15:5, 15:6, 15:22, 16:1, 36:9
**updates** [1] - 13:8
**updating** [1] - 35:11

## V

**VA** [1] - 2:4
**VIA** [1] - 5:4
**video** [1] - 28:13
**videoconference** [1] - 28:10
**VIRGINIA** [1] - 2:4
**VOICES** [2] - 5:8, 37:9

## W

**wait** [2] - 15:18, 22:14
**waiting** [3] - 14:22, 17:8, 22:11
**walk** [1] - 25:14
**WALKER** [1] - 2:3
**walking** [2] - 23:13, 25:17
**wants** [2] - 23:23, 30:19
**WAS** [1] - 4:6
**Washington** [1] - 30:6
**WASHINGTON** [3] - 2:18, 2:21, 3:11
**Waste** [1] - 15:23
**WASTE** [1] - 4:13
**week** [17] - 11:9, 11:19, 12:4, 13:6, 15:4, 19:10, 19:11, 19:17, 19:24, 20:20, 20:25, 21:2, 21:8, 21:23, 34:5, 36:20
**weekend** [3] - 21:11, 21:12, 37:8
**weeks** [12] - 12:4, 12:16, 18:5, 18:9, 19:13, 19:14, 19:18, 32:10, 33:17, 36:19, 36:22, 36:25
**WHEREUPON** [1] - 37:10
**whichever** [1] - 37:1
**White** [3] - 12:18, 12:23, 13:14
**WHITE**.......................
.......................[1] - 4:8
**WILL** [1] - 4:23
**WILLIAMS** [1] - 3:16
**willing** [6] - 10:5, 21:8, 21:13, 30:6, 32:3, 32:11
**window** [2] - 13:17, 26:17
**witness** [17] - 22:6, 23:12, 23:16, 23:17, 23:21, 23:22, 24:1, 24:9, 24:11, 24:18, 24:19, 26:3, 29:9, 29:10, 29:22, 30:19, 31:20
**witnesses** [27] - 11:16, 11:17, 14:9, 14:11, 20:4, 20:20, 20:22, 22:16, 22:21, 23:8, 23:9, 23:14, 23:15, 26:11, 26:12, 26:14, 31:3, 31:6, 31:16, 31:19, 32:9, 32:13, 32:14, 32:15, 32:18, 32:25
**WITNESSES**..............
........[1] - 4:17
**WITNESSES**..............
.....................[1] - 4:22
**WITNESSES**..............
.....................[1] - 4:6
**woman** [1] - 28:8
**Woods** [3] - 11:19, 12:19, 13:14
**WOODS**....................
..................[1] - 4:7
**words** [2] - 5:25, 12:7
**works** [3] - 29:24, 36:24, 37:1
**write** [1] - 34:16

## Y

**y'all** [1] - 16:10
**yesterday** [3] - 5:12, 5:16, 36:15