UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig**<br>**"Deepwater Horizon"**<br>**in the Gulf of Mexico,**<br>**on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>Salvesen v. Feinberg, et al.,<br>2:11-cv-02533<br>**Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,**<br>2:11-cv-1987<br>**Ditch v. Feinberg et al.**,<br>2:13-cv-06014<br>_____/ | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Plaintiffs hereby respectfully request oral argument on Plaintiffs' Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery. Plaintiffs believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

DATED: May 26, 2015                             Respectfully submitted,

**/s/ Brian J. Donovan_____**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of the foregoing Request for Oral Argument. Plaintiffs' Liaison Counsel stated, "The Court has already said it will address the plan going forward for unsettled cases at the June 18 Status Conference."

DATED:  May 26, 2015                                               Respectfully submitted,

                                                                   **/s/ Brian J. Donovan**
                                                                    Brian J. Donovan
                                                                    Attorney for Plaintiffs
                                                                    Florida Bar No. 143900
                                                                    3102 Seaway Court, Suite 304
                                                                    Tampa, FL 33629
                                                                    Tel: (352)328-7469
                                                                    BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>26th</u> day of May, 2015.

                                                                    **/s/ Brian J. Donovan**
                                                                    Brian J. Donovan
                                                                    Attorney for Plaintiffs
                                                                    Florida Bar No. 143900
                                                                    3102 Seaway Court, Suite 304
                                                                    Tampa, FL 33629
                                                                    Tel: (352)328-7469
                                                                    BrianJDonovan@verizon.net