UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – Tel. Conference, Friday, May 22, 2015]

**1. Alabama's Production**.

    A. Sample Set of 100 Email Documents.

There is an attachment issue with some of Alabama's production. In some instances, an email becomes separated from its attachment. A manual review is required to correct the problem. On May 4, 2015, Alabama made available 2,100 ADEM emails for Roy Collins and Steve Jenkins on an FTP site. It contends that only a limited number of these documents require production. Because of the need for manual review to resolve the attachment issues, it objects to producing all 2,100 of the emails in the normal way. BPXP wants the documents produced in the normal way rather than through an FTP site. The parties will meet-and-confer to limit the number of documents that Alabama will be required to produce after manual review. If they are unable to agree, the parties will notify the Court. A follow-up call will be scheduled.

    B. Production Twelve.

Production Twelve went to BPXP on May 1. Alabama reported that only "clean-up" production remains.

C. <u>Dr. Deravi</u>.

Dr. Deravi's stand-alone file was produced. Within two weeks, his email will be produced.

D. <u>Dr. Hayworth</u>.

Alabama received Dr. Hayworth's custodial file and is processing it. It will be produced to BPXP within two to three weeks.

E. <u>Custodial Files for Fact Witnesses</u>.

Alabama reported that the custodial files of Julie Magee, Norris Green, and Tom White will be produced during the week of May 26. Production of the Phillip Woods custodial file will follow. This schedule is acceptable to BPXP so long as the custodial file of a fact witness is produced within 21 days of the deposition.

Alabama received a file from Bill Newton. It is searching the file again for any responsive, non-privileged information that was not produced previously. It will report during the week of May 26 on the status of the production of the Newton files.

F. <u>Final Effort on Production of Remaining Relevant Documents</u>.

Because ADECA is no longer asserting a claim, its document production issues are resolved and it will not be necessary to depose Bill Hornsby and Tommy Rolling.

Alabama received a supplemental production of documents from ADEM. It will provide an email update on the status of the ADEM supplemental production.

Alabama noticed that some of the files containing the LFO budget fact books had mislabeled dates, which led it to believe that the full range of fact books were collected and produced. Upon learning that the dates were mislabeled, it gathered the three outstanding fact books (2003, 2005 and 2008) and circulated them to BP on an FTP site. It will include these

documents in a supplemental production to BP.  The custodial file for Norris Green will contain LFO email.

2. **Alabama's Third Party Discovery**.

The Polaris motion to quash is moot.  There was no update on Alabama's contact with Waste Management Group, Swift and The Response Group.

3. **Depositions**.

Kelly Butler's deposition will be delayed to the week of June 22, preferably the end of that week, to make sure that Dr. Deravi's custodial file is produced prior to Butler's deposition.  Alabama will determine whether the deposition is in New Orleans or Montgomery.

Captain Julia Hines is a U.S. Coast Guard employee.  BPXP will determine whether it requires her testimony at trial.  If BPXP wants to call her at the trial, it shall schedule her deposition.

Mike Tucker, Tammy Davenport and Mike Harrison are BPXP representatives that Alabama wants to depose.  BPXP is working to complete custodial file production at least 21 days before they are deposed.

Carla Fontenot is a former BP employee.  She is stationed in Africa.  BPXP has no control over her.

Kris Sliger is employed by BP in the U.K.  He spends most of his time in Russia.  BPXP will produce his custodial file and produce him for a deposition in Washington, D.C.

4. **Rebuttal Witnesses**.

Alabama can designate up to two rebuttal witnesses.  The parties will attempt to agree on a deadline for Alabama to designate its rebuttal witnesses.

5. **<u>Hybrid Witnesses</u>**.

Drs. Deravi, Hayworth and Taylor are hybrid or disputed witnesses. For example, BPXP seeks Dr. Deravi's testimony on facts. Alabama will present him as an expert with a report. BPXP wants to depose Dr. Deravi twice: once as a fact witness; and a second time as an expert. Alabama contends that he should be deposed only as an expert.

BPXP will review Dr. Deravi's stand-alone documents as promptly as possible. By Friday, May 29, 2015, the parties will submit their arguments on whether the hybrid witnesses are deposed only one time or twice as sought by BPXP. The submissions will be no more than five pages doubled spaced.

**6. <u>Preservation Requirements</u>**.

BPXP sought authorization for an order permitting disposal of samples of oil. Alabama seeks only two liters of oil. Louisiana objected to the proposed order. This topic will be deferred.

**7. <u>Next Telephone Conference</u>**.

The next telephone conference is scheduled on **Friday, June 5, 2015, at 11:00 a.m.**

New Orleans, Louisiana, this 27th day of May, 2015.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**