UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Friday, May 22, 2015]

1. **Bisso Discovery**.

   The PSC reported that Volume 508 of the Bisso production is coming out.  It has completed about 78% of the production.  It expects to be finished within three or four weeks.

2. **BPXP Document Production**.

   The PSC made some progress on reviewing BPXP's production, including production by the U.S.  It has some issues with the production provided by BPXP from third parties other than the U.S.

3. **Common Rule 30(b)(6) Notice**.

   The parties continue to work on the common Rule 30(b)(6) notice.  There will be a meeting in Houston on Thursday, May 28, 2015, to work on notice.

4. **Third Party Subpoenas**.

   BPXP reported that subpoenas were served on 19 third parties.  Ten have responded.  Once

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

a week BPXP forwards production from the third parties to the PSC after the production is bates stamped. While the quality of the third party production may not be up to what the parties are used to, BPXP believes the problems will be cured. The meet-and-confer process is ongoing. There is no need for court involvement at this time.

5. **Other Plaintiffs' Production**.

BPXP is working on the identification of a priority plaintiff for the PSC to concentrate on after the Bisso production is complete.

6. **Next Conference**.

The next conference will be **Thursday, June 4, 2015, at 3:00 p.m**.

New Orleans, Louisiana, this 27th day of May, 2015.

								_____
								**SALLY SHUSHAN**
								**United States Magistrate Judge**