UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 )  )  ) | MDL No. 2179  SECTION: J |
| ) ) | JUDGE BARBIER |
| ) | |
| (REF: C.A. 13-2702, *First National Bank of Crestview v. BP Exploration & Prod. Inc., et al.*) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, First National Bank of Crestview, moves to substitute Leopold Z. Sher, James M. Garner, and Martha Y. Curtis of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112-1033 as its counsel of record in place of Curt D. Marshall, Weitz & Luxenberg P.C., 700 Broadway, 5th Floor, New York, New York, 10003 and Wesley Bowden and Brian H. Barr of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL   32502   (collectively "Former Counsel").   Former Counsel consent to this substitution.

Respectfully submitted,

/s/ Wesley Bowden
Brian H. Barr
Levin, Papantonio, Thomas, Mitchell, Rafferty &
 Proctor, P.A.,
316 S. Baylen Street,
Suite 600, Pensacola, FL  32502
Tel.: 850.435.7000
Fax: 850.436.6074

Curt D. Marshall
Weitz & Luxenberg P.C.,
700 Broadway, 5th Floor,
New York, New York, 10003
Tel: 212.558.5677
Fax: 212.344.6561

/s/James M. Garner
LEOPOLD Z. SHER (#12014)
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
SHER  GARNER CAHILL  RICHTER  KLEIN  &
HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Wesley Bowden
WESLEY BOWDEN