```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                                     CIVIL ACTION NO. 10-MD-2179 "J"
                                     NEW ORLEANS, LOUISIANA
                                     FRIDAY, MAY 22, 2015, 1:00 P.M.

THIS DOCUMENT RELATES TO:

13-706, 13-810, 13-1143,
13-1185, 13-1222, 13-1386
AND 13-2006

****************************************************************



       TRANSCRIPT OF OPA TEST CASES STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                      UNITED STATES MAGISTRATE JUDGE



APPEARANCES:


FOR THE PLAINTIFFS:     WILLIAMS LAW GROUP
                        BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                        435 CORPORATE DRIVE, SUITE 101
                        HOUMA, LA   70360



                        LEWIS, KULLMAN, STERBCOW & ABRAMSON
                        BY:  PAUL M. STERBCOW, ESQUIRE
                        PAN AMERICAN LIFE BUILDING
                        601 POYDRAS STREET, SUITE 2615
                        NEW ORLEANS, LA   70130
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:           KIRKLAND & ELLIS
 9                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   MATTHEW T. REGAN, ESQUIRE
10                            300 N. LASALLE
                              CHICAGO, IL 60654
11

12
                              KIRKLAND & ELLIS
13                            BY:  CHRISTOPHER W. KEEGAN, ESQUIRE
                              555 CALIFORNIA STREET
14                            SAN FRANCISCO, CA 94104

15

16    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
17                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB406
18                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
19                                Cathy_Pepper@laed.uscourts.gov

20
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
21    PRODUCED BY COMPUTER.

22

23

24

25

                          **OFFICIAL TRANSCRIPT**
```

# I N D E X

| ITEMS | PAGE |
|---|---|
| VOLUME 507 SHOULD HAVE BEEN PRODUCED BY APRIL 30TH... | 4 |
| UPDATE ON REVIEW OF BPXP'S DOCUMENT PRODUCTION....... | 5 |
| 30(B)(6) COMMON NOTICE.............................. | 6 |
| THIRD-PARTY SUBPOENAS................................ | 7 |
| IDENTIFIED ANOTHER PRIORITY PLAINTIFF FOR THE PSC TO THROW ITS RESOURCES AT AFTER WE FINISH THE BISSO PRODUCTION.......................................... | 9 |
| SUPPLEMENTING THE INTERROGATORY ANSWERS.............. | 10 |
| INTERROGATORY ANSWERS, THE 30(B)(6) ISSUES, THE DOCUMENT PRODUCTION ISSUES.......................... | 10 |
| THE NEXT CONFERENCE WILL BE JUNE 4TH, 2015, AT 3 O'CLOCK........................................... | 10 |

|  |  |
|---|---|
|  | 1 **P-R-O-C-E-E-D-I-N-G-S** |
| 12:46:01 | 2                FRIDAY, MAY 22, 2015 |
| 12:46:01 | 3            (IN CHAMBERS VIA TELEPHONE) |
| 12:46:01 | 4 |
| 13:03:32 | 5 |
| 13:03:33 | 6        THE COURT:  Good afternoon, everybody.  How are you |
| 13:03:34 | 7   doing? |
| 13:03:35 | 8        VOICES:  Good afternoon, Judge. |
| 13:03:36 | 9        THE COURT:  Good afternoon.  Well, let's get rolling. |
| 13:03:40 | 10  Let's see.  Last we had heard from the PSC, we had reported |
| 13:03:47 | 11  that Volume 507 should have been produced by April 30th.  Did |
| 13:03:51 | 12  we do that? |
| 13:03:56 | 13       MR. STERBCOW:  Your Honor, it's Paul.  We've produced |
| 13:03:58 | 14  506 and 507, and I have now reviewed and approved for |
| 13:04:02 | 15  production 508. |
| 13:04:07 | 16       THE COURT:  Perfect.  That's good news.  You're |
| 13:04:15 | 17  rolling, right? |
| 13:04:15 | 18       MR. WILLIAMS:  Another piece of good news, Judge, we'll |
| 13:04:16 | 19  be doing about 78 percent of the total production. |
| 13:04:20 | 20       THE COURT REPORTER:  Who is speaking? |
| 13:04:20 | 21       MR. WILLIAMS:  We're getting there.  We're close. |
| 13:04:24 | 22       THE COURT:  Okay.  Good.  What do you "guesstimate," |
| 13:04:29 | 23  guys, for completion? |
| 13:04:35 | 24       MR. STERBCOW:  We're hoping three more weeks, maybe a |
| 13:04:38 | 25  month. |

**OFFICIAL TRANSCRIPT**

```
13:04:41   1            THE COURT REPORTER:  Excuse me, could --
13:04:41   2            THE COURT:  Okay.  Good.  Guys, I'm sorry,
13:04:42   3   Cathy Pepper, who is a meticulous court reporter, would like
13:04:46   4   you to say who is speaking before you make your comment.  I'm
13:04:50   5   not so meticulous.
13:04:53   6            MR. STERBCOW:  All right.  That was Sterbcow said that.
13:05:00   7            THE COURT:  Yeah.  That was Paul.  I know who it is.
13:05:01   8            Okay.  Now, PSC, would you give me your update on
13:05:06   9   review of BPXP's document production.
13:05:14  10            MR. WILLIAMS:  Well, we're reviewing it.  We've made
13:05:21  11   some progress.  I mean, we've devoted most of our assets to the
13:05:26  12   Bisso production and we continue to do that.
13:05:30  13            I don't anticipate that if you're just talking
13:05:32  14   about BP's production, not the third-party, if BP's production
13:05:39  15   includes what they got from the U.S. we're slugging through it
13:05:46  16   but we're not, you know, we're not making the kind of progress
13:05:50  17   we are with Bisso; however, as soon as we finish with Bisso,
13:05:54  18   we're going to put some of our review team -- more members of
13:05:57  19   our review team on that production.
13:06:00  20            THE COURT:  Okay.  And, Duke, may I assume you're not
13:06:04  21   seeing any big, systemic kind of issues?
13:06:10  22            MR. WILLIAMS:  No, I mean, there are some issues with
13:06:12  23   the production of the -- BP has finally produced -- they have
13:06:17  24   been producing on a regular basis what they've obtained through
13:06:20  25   the third-party subpoenas.  I think -- and, Matthew, correct
```

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 13:06:25 | 1 | me -- they are producing it, other than Bates stamping it, |
| 13:06:30 | 2 | which obviously is fine, they are producing it as they get it |
| 13:06:33 | 3 | in the same way that they receive it, and, you know, there are |
| 13:06:41 | 4 | some issues, the typical issues, metadata, some TIFF file |
| 13:06:46 | 5 | problems, nothing significant, but there are some issues.  I |
| 13:06:50 | 6 | don't think it's going to slow us down. |
| 13:06:58 | 7 | THE COURT:  Okay.  Good.  Let's talk about 30(b)(6) |
| 13:07:02 | 8 | common notice.  How are you all coming on working that out? |
| 13:07:05 | 9 | MR. WILLIAMS:  Well, I haven't really had a chance to |
| 13:07:07 | 10 | talk to Matt or Chris.  We have had a couple conversations, |
| 13:07:13 | 11 | Paul and I, with them, and we've had a couple good ones |
| 13:07:16 | 12 | recently. |
| 13:07:16 | 13 | We have agreed to meet in Houston, which is where |
| 13:07:20 | 14 | Paul and I are now, next Thursday.  There were two or three |
| 13:07:32 | 15 | major issues that BP has with our proposed 30(b)(6) notice. |
| 13:07:38 | 16 | There are more issues than that, but I think we finally -- it's |
| 13:07:46 | 17 | been a struggle for us, but I think we've finally come up with, |
| 13:07:49 | 18 | perhaps, an alternate way to get to where we need to go that |
| 13:07:55 | 19 | should make Matt, Chris, and Andy a little more comfortable |
| 13:07:58 | 20 | about it. |
| 13:08:00 | 21 | We had agreed that we would spend a fair amount |
| 13:08:05 | 22 | of time when we meet in person Thursday, which is really the |
| 13:08:08 | 23 | best way to work through these problems, but I think after |
| 13:08:15 | 24 | Thursday, we'll able to report to you that we've made a lot of |
| 13:08:20 | 25 | progress in that regard. |

**OFFICIAL TRANSCRIPT**

13:08:21   1          THE COURT:  Good.  Okay.  Anything to report relative
13:08:24   2   to third-party subpoenas?
13:08:29   3          MR. REGAN:  Your Honor, this is Matt Regan.  I'm happy
13:08:31   4   to take that one.  I can tell you a variety of things.  First
13:08:35   5   of all, there was a total of 19 that we sent out, and we
13:08:38   6   have -- I've set up a protocol, as Duke mentioned briefly,
13:08:45   7   about once a week, whatever we've gotten in that week we are
13:08:48   8   sending to the PSC.  We're not doing it every day, once a week,
13:08:52   9   so they get that tranche as it comes out.
13:08:55  10          What we've been doing, and 10 of the 19 have
13:08:58  11   provided some documents so far, what we have been doing is
13:09:03  12   Bates stamping them where they aren't Bates stamped.  We're
13:09:08  13   producing both native and TIFF with the concordance load file
13:09:12  14   per some of the standing orders of the court.  Then if it's
13:09:14  15   obvious to us that something is, like, personal information in
13:09:17  16   there, we have been stamping it *confidential,* but for the most
13:09:20  17   part, we're just sending what we're getting.
13:09:22  18          So what Duke was identifying, to be clear, is the
13:09:27  19   quality of what we may receive from some of the third parties
13:09:31  20   may not be up to the standards that we're used to, but I think
13:09:34  21   collectively as those issues are identified, we can work
13:09:38  22   through curing those and working with the third parties to get
13:09:44  23   them.
13:09:44  24          I would say where we stand is given that we've
13:09:46  25   gotten productions from just over 50 percent, let's talk a

**OFFICIAL TRANSCRIPT**

little bit about the other ones.  Several of them are also ones where we've been able to work with Paul and Duke directly, because they are representing the party that's gotten the subpoena, and part of our discussions earlier this week were on the status of those subpoenas.

I think the safest thing to say right now is that we've got a couple plans as to what can happen.  If we get to a roadblock, though, I think as we discussed last time, we're trying to do this in a more informal fashion right now with the idea that if we need formality because the bridges aren't getting traction, then the formality can come, but we're trying to just work through those.

We are pretty close, I think, to being able to identify if there are people that are just not going to get anything and for which there is a pursuit.  I think the process, once we get there, is once we perfect the meet and confer process, at that point we can bring it to your attention.  I don't think we need to bring that to you now because it's been working out pretty well so far.

The bottom line is that it has been working in a good parallel path to the other things that we have going on. We are at a point, pretty close, I think, to the extent that there are any issues that we think we could use some court attention to, we'll be able to identify those for you as they come and go.

**OFFICIAL TRANSCRIPT**

```
13:11:14   1                       That's what I would add.  I don't know if Duke or
13:11:17   2    Paul would add anything further to that.
13:11:19   3              THE COURT:  No, I got nothing.  I got nothing, I tell
13:11:20   4    you.  Okay.  So --
13:11:25   5              MR. WILLIAMS:  No words better spoken.
13:11:27   6              THE COURT:  Thank you.  Then, Matt, let's talk about
13:11:30   7    what we talked about last time, which is whether or not you all
13:11:34   8    have identified another priority plaintiff for the PSC to throw
13:11:44   9    its resources at after we finish the Bisso production.
13:11:47  10              MR. REGAN:  Yeah, we do have a candidate in mind,
13:11:50  11    Your Honor.  Beyond that we also, in looking at the scale of
13:11:53  12    the other plaintiffs, we think that -- and some of the issues
13:12:01  13    that were raised in the fall and winter with respect to those
13:12:03  14    productions, we think that some of the cures for the other
13:12:05  15    plaintiffs may also be able to be done pretty expeditiously,
13:12:12  16    but when they are ready, I think we have our current view on
13:12:15  17    who we would put next.
13:12:17  18              THE COURT:  Good, good.
13:12:18  19              MR. REGAN:  Some of that is also being informed
13:12:21  20    candidly, Your Honor, by what we're getting in the third-party
13:12:24  21    productions.  I'm just clarifying it.
13:12:26  22                       The one thing, and perhaps this is the next thing
13:12:28  23    on your agenda, but the one other thing -- well, there has been
13:12:31  24    a variety of things we have been focusing on, but with respect
13:12:34  25    to the OPA test cases, we've had -- our other focus is on the
```

```
13:12:39  1   interrogatories, supplementing the interrogatory answers
13:12:42  2   because that, as you might imagine, will clarify where we need
13:12:46  3   to go in further depositions as well.
13:12:49  4              Duke, Paul, and I spoke about setting a deadline
13:12:55  5   amongst us for that supplementation because as I project
13:12:59  6   forward the things that may need to come to you -- again, we
13:13:02  7   all hope to work it all out -- but that's the other one that's
13:13:06  8   out there, in addition to the 30(b)(6)'s and the document
13:13:08  9   production issues it's -- and I'll talk slower because I know
13:13:14 10   Cathy is going to kill me.
13:13:15 11              THE COURT:  No, she's very good at keeping up with you,
13:13:17 12   as long as she knows who you are.
13:13:20 13              MR. REGAN:  She's talked to me before.
13:13:21 14              On the interrogatory answers, the 30(b)(6)
13:13:25 15   issues, the document production issues, I think that we are,
13:13:27 16   you know, once we're going to get the bulk of that there, we'll
13:13:32 17   be at a natural place to say, okay, where are we in terms of
13:13:35 18   the quality of the written discovery, and then we can move
13:13:38 19   forward from there to the extent that we need to brief issues.
13:13:43 20   As Duke, Paul and I have discussed, I think we'll be able to do
13:13:46 21   it collectively which will be also more efficient in terms of
13:13:50 22   the way those issues are heard.
13:13:51 23              THE COURT:  You bet.  Okay.  That's a good report.
13:13:55 24              I don't have anything else on my agenda besides,
13:13:58 25   of course, the next date, which would be June 4th.  I've got it
```

**OFFICIAL TRANSCRIPT**

```
13:14:04   1  down for 3 o'clock; is that right?
13:14:08   2           THE CLERK:  That's when it is on my calendar, but we
13:14:10   3  can change that.
13:14:11   4           THE COURT:  I don't know why I have it down for 3:00.
13:14:14   5  Would you all hold on while go look at my calendar.
13:14:14   6           MR. REGAN:  Certainly.
13:14:14   7           THE COURT:  Thank you.
13:14:44   8             If that is okay with you all, the reason it's at
13:14:47   9  3 o'clock is I have a naturalization ceremony before that in
13:14:51  10  the afternoon.  So if that works for you, that works for me.
13:14:57  11  If it doesn't work for you, we can put it on another day that
13:15:00  12  does work.
13:15:02  13           MR. REGAN:  So just to be clear, Your Honor, you're
13:15:03  14  saying to move -- to start it at 3:00 p.m.; is that right?
13:15:07  15           THE COURT:  Yes.  But we don't have to.
13:15:09  16           MR. REGAN:  No, no, that works for me.  This is Matt
13:15:12  17  speaking.
13:15:13  18           MR. WILLIAMS:  Judge, that's fine with us.  This is
13:15:15  19  Duke.
13:15:16  20           THE COURT:  All right.  Fine.  We're going to do that.
13:15:18  21  Now, is there anything else we haven't covered that you guys
13:15:20  22  want to cover?
13:15:24  23           MR. REGAN:  I don't think so.  I think we've just got
13:15:26  24  to keep making some progress, and hopefully we can report some
13:15:31  25  more to you when we talk to you in a couple weeks.
```

**OFFICIAL TRANSCRIPT**

13:15:34  1        THE COURT:  Perfect.  Perfect, guys.  Anyway, have a
13:15:37  2   good, long, hopefully long weekend.  I know that's probably a
13:15:40  3   vain hope for you, but anyway, try to get some fun in.  We'll
13:15:42  4   talk to you in a couple of weeks.
13:15:45  5        MR. REGAN:  Very good.  Thank you, Your Honor.
13:15:47  6        MR. WILLIAMS:  Bye.
         7        THE COURT:  Thanks, guys.  Bye-bye.
         8        (WHEREUPON, at 1:15 p.m., the proceedings were
         9   concluded.)
        10                          *   *   *
        11
        12                    REPORTER'S CERTIFICATE
        13
        14        I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter in and for the State
             of Louisiana, Official Court Reporter for the United States
        15   District Court, Eastern District of Louisiana, do hereby
             certify that the foregoing is a true and correct transcript to
        16   the best of my ability and understanding from the record of the
             proceedings in the above-entitled and numbered matter.
        17
        18                              *s/Cathy Pepper*
                                        Cathy Pepper, CRR, RMR, CCR
        19                              Certified Realtime Reporter
                                        Registered Merit Reporter
        20                              Official Court Reporter
                                        United States District Court
        21                              Cathy_Pepper@laed.uscourts.gov
        22
        23
        24
        25

**OFFICIAL TRANSCRIPT**

## 1

**10** [4] - 3:12, 3:14, 3:16, 7:10
**10-MD-2179** [1] - 1:6
**101** [1] - 1:20
**13-1143** [1] - 1:10
**13-1185** [1] - 1:10
**13-1222** [1] - 1:10
**13-1386** [1] - 1:10
**13-2006** [1] - 1:11
**13-706** [1] - 1:10
**13-810** [1] - 1:10
**19** [2] - 7:5, 7:10
**1:00** [1] - 1:7
**1:15** [1] - 12:8

## 2

**20** [1] - 1:5
**2010** [1] - 1:5
**2015** [3] - 1:7, 3:15, 4:2
**22** [2] - 1:7, 4:2
**2615** [1] - 1:24

## 3

**3** [3] - 3:16, 11:1, 11:9
**30(b)(6** [3] - 6:7, 6:15, 10:14
**30(B)(6** [2] - 3:7, 3:13
**30(b)(6)'s** [1] - 10:8
**300** [1] - 2:10
**30th** [1] - 4:11
**30TH..** [1] - 3:5
**3:00** [2] - 11:4, 11:14

## 4

**4** [1] - 3:5
**435** [1] - 1:20
**4TH** [1] - 3:15
**4th** [1] - 10:25

## 5

**5** [1] - 3:6
**50** [1] - 7:25
**500** [1] - 2:17
**504** [1] - 2:18
**506** [1] - 4:14
**507** [3] - 3:5, 4:11, 4:14
**508** [1] - 4:15
**555** [1] - 2:13

**589-7779** [1] - 2:18

## 6

**6** [1] - 3:7
**601** [1] - 1:24
**60654** [1] - 2:10

## 7

**7** [1] - 3:8
**70130** [2] - 1:24, 2:18
**70360** [1] - 1:20
**78** [1] - 4:19

## 9

**9** [1] - 3:11
**94104** [1] - 2:14

## A

**ability** [1] - 12:16
**able** [6] - 6:24, 8:2, 8:13, 8:24, 9:15, 10:20
**above-entitled** [1] - 12:16
**ABRAMSON** [1] - 1:22
**ACTION** [1] - 1:6
**add** [2] - 9:1, 9:2
**addition** [1] - 10:8
**AFTER** [1] - 3:10
**afternoon** [4] - 4:6, 4:8, 4:9, 11:10
**agenda** [2] - 9:23, 10:24
**agreed** [2] - 6:13, 6:21
**alternate** [1] - 6:18
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**AMERICAN** [1] - 1:23
**amount** [1] - 6:21
**AND** [1] - 1:11
**ANDREW** [1] - 2:9
**Andy** [1] - 6:19
**ANOTHER** [1] - 3:9
**answers** [2] - 10:1, 10:14
**ANSWERS** [1] - 3:13
**ANSWERS............** [1] - 3:12
**anticipate** [1] - 5:13
**anyway** [2] - 12:1, 12:3
**APPEARANCES** [2] - 1:17, 2:1

**approved** [1] - 4:14
**APRIL** [2] - 1:5, 3:5
**April** [1] - 4:11
**assets** [1] - 5:11
**assume** [1] - 5:20
**AT** [2] - 3:10, 3:15
**attention** [2] - 8:18, 8:24

## B

**basis** [1] - 5:24
**Bates** [3] - 6:1, 7:12
**BE** [1] - 3:15
**BEEN** [1] - 3:5
**BEFORE** [1] - 1:14
**best** [2] - 6:23, 12:16
**bet** [1] - 10:23
**better** [1] - 9:5
**beyond** [1] - 9:11
**big** [1] - 5:21
**BISSO** [1] - 3:10
**Bisso** [4] - 5:12, 5:17, 9:9
**bit** [1] - 8:1
**bottom** [1] - 8:20
**BP** [9] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 5:23, 6:15
**BP's** [2] - 5:14
**BPXP'S** [1] - 3:6
**BPXP's** [1] - 5:9
**bridges** [1] - 8:10
**brief** [1] - 10:19
**briefly** [1] - 7:6
**bring** [2] - 8:17, 8:18
**BUILDING** [1] - 1:23
**bulk** [1] - 10:16
**BY** [8] - 1:4, 1:19, 1:23, 2:9, 2:13, 2:20, 2:21, 3:5
**bye** [3] - 12:6, 12:7
**bye-bye** [1] - 12:7

## C

**CA** [1] - 2:14
**calendar** [2] - 11:2, 11:5
**CALIFORNIA** [1] - 2:13
**candidate** [1] - 9:10
**candidly** [1] - 9:20
**CASES** [1] - 1:14
**cases** [1] - 9:25
**CATHY** [1] - 2:16
**Cathy** [4] - 5:3, 10:10, 12:13, 12:18

**Cathy_Pepper@laed.uscourts.gov** [1] - 12:21
**cathy_Pepper@laed.uscourts.gov** [1] - 2:19
**CCR** [2] - 2:16, 12:18
**ceremony** [1] - 11:9
**certainly** [1] - 11:6
**CERTIFICATE** [1] - 12:12
**CERTIFIED** [1] - 2:16
**Certified** [3] - 12:13, 12:14, 12:19
**certify** [1] - 12:15
**CHAMBERS** [1] - 4:3
**chance** [1] - 6:9
**change** [1] - 11:3
**CHICAGO** [1] - 2:10
**Chris** [2] - 6:10, 6:19
**CHRISTOPHER** [1] - 2:13
**CIVIL** [1] - 1:6
**clarify** [1] - 10:2
**clarifying** [1] - 9:21
**clear** [2] - 7:18, 11:13
**CLERK** [1] - 11:2
**close** [3] - 4:21, 8:13, 8:22
**collectively** [2] - 7:21, 10:21
**comfortable** [1] - 6:19
**coming** [1] - 6:8
**comment** [1] - 5:4
**COMMON** [1] - 3:7
**common** [1] - 6:8
**COMPANY** [2] - 2:4
**completion** [1] - 4:23
**COMPUTER** [1] - 2:21
**concluded** [1] - 12:9
**concordance** [1] - 7:13
**confer** [1] - 8:17
**CONFERENCE** [2] - 1:14, 3:15
**confidential** [1] - 7:16
**CONRAD** [1] - 1:19
**continue** [1] - 5:12
**CONTINUED** [1] - 2:1
**conversations** [1] - 6:10
**CORPORATE** [1] - 1:20
**CORPORATION** [1] - 2:5
**correct** [2] - 5:25, 12:15
**couple** [5] - 6:10, 6:11, 8:7, 11:25, 12:4

**course** [1] - 10:25
**COURT** [24] - 1:1, 2:16, 4:6, 4:9, 4:16, 4:20, 4:22, 5:1, 5:2, 5:7, 5:20, 6:7, 7:1, 9:3, 9:6, 9:18, 10:11, 10:23, 11:4, 11:7, 11:15, 11:20, 12:1, 12:7
**Court** [5] - 12:14, 12:14, 12:15, 12:20, 12:20
**court** [3] - 5:3, 7:14, 8:23
**cover** [1] - 11:22
**covered** [1] - 11:21
**CRR** [2] - 2:16, 12:18
**cures** [1] - 9:14
**curing** [1] - 7:22
**current** [1] - 9:16

## D

**date** [1] - 10:25
**deadline** [1] - 10:4
**DEEPWATER** [1] - 1:4
**depositions** [1] - 10:3
**devoted** [1] - 5:11
**directly** [1] - 8:2
**discovery** [1] - 10:18
**discussed** [2] - 8:8, 10:20
**discussions** [1] - 8:4
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 12:15, 12:20
**DOCUMENT** [3] - 1:9, 3:6, 3:14
**document** [3] - 5:9, 10:8, 10:15
**documents** [1] - 7:11
**done** [1] - 9:15
**down** [3] - 6:6, 11:1, 11:4
**DRIVE** [1] - 1:20
**Duke** [8] - 5:20, 7:6, 7:18, 8:2, 9:1, 10:4, 10:20, 11:19

## E

**Eastern** [1] - 12:15
**EASTERN** [1] - 1:1
**efficient** [1] - 10:21
**ELLIS** [2] - 2:8, 2:12
**entitled** [1] - 12:16

**OFFICIAL TRANSCRIPT**

| | | | | |
|---|---|---|---|---|
| **ESQUIRE** [5] - 1:19, 1:23, 2:9, 2:9, 2:13<br>**excuse** [1] - 5:1<br>**expeditiously** [1] - 9:15<br>**EXPLORATION** [1] - 2:6<br>**extent** [2] - 8:22, 10:19<br><br>**F**<br><br>**fair** [1] - 6:21<br>**fall** [1] - 9:13<br>**far** [2] - 7:11, 8:19<br>**fashion** [1] - 8:9<br>**file** [2] - 6:4, 7:13<br>**finally** [3] - 5:23, 6:16, 6:17<br>**fine** [3] - 6:2, 11:18, 11:20<br>**FINISH** [1] - 3:10<br>**finish** [2] - 5:17, 9:9<br>**first** [1] - 7:4<br>**focus** [1] - 9:25<br>**focusing** [1] - 9:24<br>**FOR** [3] - 1:19, 2:3, 3:9<br>**foregoing** [1] - 12:15<br>**formality** [2] - 8:10, 8:11<br>**forward** [2] - 10:6, 10:19<br>**FRANCISCO** [1] - 2:14<br>**FRIDAY** [2] - 1:7, 4:2<br>**fun** [1] - 12:3<br><br>**G**<br><br>**given** [1] - 7:24<br>**GROUP** [1] - 1:19<br>**guesstimate** [1] - 4:22<br>**GULF** [1] - 1:5<br>**guys** [5] - 4:23, 5:2, 11:21, 12:1, 12:7<br><br>**H**<br><br>**happy** [1] - 7:3<br>**HAVE** [1] - 3:5<br>**HB406** [1] - 2:17<br>**HEARD** [1] - 1:14<br>**heard** [2] - 4:10, 10:22<br>**hereby** [1] - 12:15<br>**hold** [1] - 11:5<br>**HOLDINGS** [1] - 2:7<br>**Honor** [6] - 4:13, 7:3, 9:11, 9:20, 11:13, | 12:5<br>**HONORABLE** [1] - 1:14<br>**hope** [2] - 10:7, 12:3<br>**hopefully** [2] - 11:24, 12:2<br>**hoping** [1] - 4:24<br>**HORIZON** [1] - 1:4<br>**HOUMA** [1] - 1:20<br>**Houston** [1] - 6:13<br><br>**I**<br><br>**idea** [1] - 8:10<br>**IDENTIFIED** [1] - 3:9<br>**identified** [2] - 7:21, 9:8<br>**identify** [2] - 8:14, 8:24<br>**identifying** [1] - 7:18<br>**IL** [1] - 2:10<br>**imagine** [1] - 10:2<br>**IN** [3] - 1:4, 1:5, 4:3<br>**INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8<br>**includes** [1] - 5:15<br>**informal** [1] - 8:9<br>**information** [1] - 7:15<br>**informed** [1] - 9:19<br>**interrogatories** [1] - 10:1<br>**INTERROGATORY** [2] - 3:12, 3:13<br>**interrogatory** [2] - 10:1, 10:14<br>**ISSUES** [1] - 3:13<br>**issues** [15] - 5:21, 5:22, 6:4, 6:5, 6:15, 6:16, 7:21, 8:23, 9:12, 10:9, 10:15, 10:19, 10:22<br>**ISSUES**................. .... [1] - 3:14<br>**ITEMS** [1] - 3:3<br>**ITS** [1] - 3:10<br><br>**J**<br><br>**JUDGE** [1] - 1:15<br>**Judge** [2] - 4:8, 4:18<br>**judge** [1] - 11:18<br>**JUNE** [1] - 3:15<br>**June** [1] - 10:25<br><br>**K**<br><br>**KEEGAN** [1] - 2:13<br>**keep** [1] - 11:24 | **keeping** [1] - 10:11<br>**kill** [1] - 10:10<br>**kind** [2] - 5:16, 5:21<br>**KIRKLAND** [2] - 2:8, 2:12<br>**knows** [1] - 10:12<br>**KULLMAN** [1] - 1:22<br><br>**L**<br><br>**LA** [3] - 1:20, 1:24, 2:18<br>**LANGAN** [1] - 2:9<br>**LASALLE** [1] - 2:10<br>**last** [3] - 4:10, 8:8, 9:7<br>**LAW** [1] - 1:19<br>**LEWIS** [1] - 1:22<br>**LIFE** [1] - 1:23<br>**LIMITED** [1] - 2:7<br>**line** [1] - 8:20<br>**load** [1] - 7:13<br>**look** [1] - 11:5<br>**looking** [1] - 9:11<br>**Louisiana** [2] - 12:14, 12:15<br>**LOUISIANA** [2] - 1:1, 1:7<br><br>**M**<br><br>**MAGISTRATE** [1] - 1:15<br>**major** [1] - 6:15<br>**Matt** [5] - 6:10, 6:19, 7:3, 9:6, 11:16<br>**matter** [1] - 12:16<br>**MATTHEW** [1] - 2:9<br>**Matthew** [1] - 5:25<br>**MAY** [2] - 1:7, 4:2<br>**mean** [2] - 5:11, 5:22<br>**MECHANICAL** [1] - 2:20<br>**meet** [3] - 6:13, 6:22, 8:16<br>**members** [1] - 5:18<br>**mentioned** [1] - 7:6<br>**Merit** [2] - 12:14, 12:19<br>**MERIT** [1] - 2:17<br>**metadata** [1] - 6:4<br>**meticulous** [2] - 5:3, 5:5<br>**MEXICO** [1] - 1:5<br>**might** [1] - 10:2<br>**mind** [1] - 9:10<br>**month** [1] - 4:25<br>**most** [2] - 5:11, 7:16<br>**move** [2] - 10:18, | 11:14<br>**MR** [20] - 4:13, 4:18, 4:21, 4:24, 5:6, 5:10, 5:22, 6:9, 7:3, 9:5, 9:10, 9:19, 10:13, 11:6, 11:13, 11:16, 11:18, 11:23, 12:5, 12:6<br><br>**N**<br><br>**native** [1] - 7:13<br>**natural** [1] - 10:17<br>**naturalization** [1] - 11:9<br>**need** [6] - 6:18, 8:10, 8:18, 10:2, 10:6, 10:19<br>**NEW** [3] - 1:7, 1:24, 2:18<br>**news** [2] - 4:16, 4:18<br>**next** [4] - 6:14, 9:17, 9:22, 10:25<br>**NEXT** [1] - 3:15<br>**NO** [1] - 1:6<br>**NORTH** [4] - 2:4, 2:5, 2:7, 2:8<br>**nothing** [3] - 6:5, 9:3<br>**notice** [2] - 6:8, 6:15<br>**NOTICE**................. ........ [1] - 3:7<br>**numbered** [1] - 12:16<br><br>**O**<br><br>**o'clock** [2] - 11:1, 11:9<br>**O'CLOCK**.................. ....................... [1] - 3:16<br>**obtained** [1] - 5:24<br>**obvious** [1] - 7:15<br>**obviously** [1] - 6:2<br>**OF** [4] - 1:1, 1:5, 1:14, 3:6<br>**Official** [2] - 12:14, 12:20<br>**OFFICIAL** [1] - 2:16<br>**OIL** [2] - 1:4, 1:4<br>**ON** [2] - 1:5, 3:6<br>**once** [5] - 7:7, 7:8, 8:16, 10:16<br>**one** [4] - 7:4, 9:22, 9:23, 10:7<br>**ones** [3] - 6:11, 8:1<br>**OPA** [2] - 1:14, 9:25<br>**orders** [1] - 7:14<br>**ORLEANS** [3] - 1:7, 1:24, 2:18 | **P**<br><br>**p.m** [2] - 11:14, 12:8<br>**P.M** [1] - 1:7<br>**PAGE** [1] - 3:3<br>**PAN** [1] - 1:23<br>**parallel** [1] - 8:21<br>**part** [2] - 7:17, 8:4<br>**parties** [2] - 7:19, 7:22<br>**party** [5] - 5:14, 5:25, 7:2, 8:3, 9:20<br>**PARTY** [1] - 3:8<br>**path** [1] - 8:21<br>**Paul** [8] - 4:13, 5:7, 6:11, 6:14, 8:2, 9:2, 10:4, 10:20<br>**PAUL** [1] - 1:23<br>**people** [1] - 8:14<br>**PEPPER** [1] - 2:16<br>**Pepper** [4] - 5:3, 12:13, 12:18, 12:18<br>**per** [1] - 7:14<br>**percent** [2] - 4:19, 7:25<br>**perfect** [4] - 4:16, 8:16, 12:1<br>**perhaps** [2] - 6:18, 9:22<br>**person** [1] - 6:22<br>**personal** [1] - 7:15<br>**piece** [1] - 4:18<br>**place** [1] - 10:17<br>**plaintiff** [1] - 9:8<br>**PLAINTIFF** [1] - 3:9<br>**PLAINTIFFS** [1] - 1:19<br>**plaintiffs** [2] - 9:12, 9:15<br>**plans** [1] - 8:7<br>**point** [2] - 8:17, 8:22<br>**POYDRAS** [2] - 1:24, 2:17<br>**pretty** [4] - 8:13, 8:19, 8:22, 9:15<br>**PRIORITY** [1] - 3:9<br>**priority** [1] - 9:8<br>**problems** [2] - 6:5, 6:23<br>**proceedings** [2] - 12:8, 12:16<br>**PROCEEDINGS** [3] - 1:14, 2:20, 4:1<br>**process** [2] - 8:16, 8:17<br>**PRODUCED** [2] - 2:21, 3:5<br>**produced** [3] - 4:11, 4:13, 5:23<br>**producing** [4] - 5:24, 6:1, 6:2, 7:13 |

| | | | | |
|---|---|---|---|---|
| **production** [11] - 4:15, 4:19, 5:9, 5:12, 5:14, 5:19, 5:23, 9:9, 10:9, 10:15<br>**PRODUCTION** [3] - 2:3, 2:6, 3:14<br>**PRODUCTION......** [1] - 3:6<br>**PRODUCTION...........** .............................. [1] - 3:11<br>**productions** [3] - 7:25, 9:14, 9:21<br>**PRODUCTS** [1] - 2:8<br>**progress** [4] - 5:11, 5:16, 6:25, 11:24<br>**project** [1] - 10:5<br>**proposed** [1] - 6:15<br>**protocol** [1] - 7:6<br>**provided** [1] - 7:11<br>**PSC** [5] - 3:9, 4:10, 5:8, 7:8, 9:8<br>**pursuit** [1] - 8:15<br>**put** [3] - 5:18, 9:17, 11:11<br><br>**Q**<br><br>**quality** [2] - 7:19, 10:18<br><br>**R**<br><br>**raised** [1] - 9:13<br>**RE** [1] - 1:4<br>**ready** [1] - 9:16<br>**really** [2] - 6:9, 6:22<br>**REALTIME** [1] - 2:16<br>**Realtime** [2] - 12:13, 12:19<br>**reason** [1] - 11:8<br>**receive** [2] - 6:3, 7:19<br>**recently** [1] - 6:12<br>**record** [1] - 12:16<br>**RECORDED** [1] - 2:20<br>**Regan** [1] - 7:3<br>**REGAN** [10] - 2:9, 7:3, 9:10, 9:19, 10:13, 11:6, 11:13, 11:16, 11:23, 12:5<br>**regard** [1] - 6:25<br>**Registered** [1] - 12:13<br>**registered** [1] - 12:19<br>**REGISTERED** [1] - 2:17<br>**regular** [1] - 5:24<br>**RELATES** [1] - 1:9<br>**relative** [1] - 7:1 | **report** [4] - 6:24, 7:1, 10:23, 11:24<br>**reported** [1] - 4:10<br>**Reporter** [7] - 12:13, 12:14, 12:14, 12:19, 12:19, 12:20<br>**reporter** [1] - 5:3<br>**REPORTER** [5] - 2:16, 2:16, 2:17, 4:20, 5:1<br>**REPORTER'S** [1] - 12:12<br>**representing** [1] - 8:3<br>**resources** [1] - 9:9<br>**RESOURCES** [1] - 3:10<br>**respect** [2] - 9:13, 9:24<br>**review** [3] - 5:9, 5:18, 5:19<br>**REVIEW** [1] - 3:6<br>**reviewed** [1] - 4:14<br>**reviewing** [1] - 5:10<br>**RIG** [1] - 1:4<br>**RMR** [2] - 2:16, 12:18<br>**roadblock** [1] - 8:8<br>**rolling** [2] - 4:9, 4:17<br>**ROOM** [1] - 2:17<br><br>**S**<br><br>**s/Cathy** [1] - 12:18<br>**safest** [1] - 8:6<br>**SALLY** [1] - 1:14<br>**SAN** [1] - 2:14<br>**scale** [1] - 9:11<br>**see** [1] - 4:10<br>**seeing** [1] - 5:21<br>**sending** [2] - 7:8, 7:17<br>**sent** [1] - 7:5<br>**set** [1] - 7:6<br>**setting** [1] - 10:4<br>**several** [1] - 8:1<br>**SHOULD** [1] - 3:5<br>**SHUSHAN** [1] - 1:14<br>**significant** [1] - 6:5<br>**slow** [1] - 6:6<br>**slower** [1] - 10:9<br>**slugging** [1] - 5:15<br>**soon** [1] - 5:17<br>**sorry** [1] - 5:2<br>**speaking** [3] - 4:20, 5:4, 11:17<br>**spend** [1] - 6:21<br>**SPILL** [1] - 1:4<br>**spoken** [1] - 9:5<br>**stamped** [1] - 7:12<br>**stamping** [3] - 6:1, 7:12, 7:16<br>**stand** [1] - 7:24 | **standards** [1] - 7:20<br>**standing** [1] - 7:14<br>**start** [1] - 11:14<br>**State** [1] - 12:14<br>**States** [2] - 12:14, 12:20<br>**STATES** [2] - 1:1, 1:15<br>**status** [1] - 8:5<br>**STATUS** [1] - 1:14<br>**STENOGRAPHY** [1] - 2:20<br>**STERBCOW** [5] - 1:22, 1:23, 4:13, 4:24, 5:6<br>**Sterbcow** [1] - 5:6<br>**STREET** [3] - 1:24, 2:13, 2:17<br>**struggle** [1] - 6:17<br>**subpoena** [1] - 8:4<br>**subpoenas** [3] - 5:25, 7:2, 8:5<br>**SUBPOENAS............** .................... [1] - 3:8<br>**SUITE** [2] - 1:20, 1:24<br>**supplementation** [1] - 10:5<br>**supplementing** [1] - 10:1<br>**SUPPLEMENTING** [1] - 3:12<br>**systemic** [1] - 5:21<br><br>**T**<br><br>**team** [2] - 5:18, 5:19<br>**TELEPHONE** [1] - 4:3<br>**terms** [2] - 10:17, 10:21<br>**test** [1] - 9:25<br>**TEST** [1] - 1:14<br>**THE** [33] - 1:4, 1:5, 1:14, 1:19, 3:9, 3:10, 3:12, 3:13, 3:15, 4:6, 4:9, 4:16, 4:20, 4:22, 5:1, 5:2, 5:7, 5:20, 6:7, 7:1, 9:3, 9:6, 9:18, 10:11, 10:23, 11:2, 11:4, 11:7, 11:15, 11:20, 12:1, 12:7<br>**they've** [1] - 5:24<br>**THIRD** [1] - 3:8<br>**third** [6] - 5:14, 5:25, 7:2, 7:19, 7:22, 9:20<br>**THIRD-PARTY** [1] - 3:8<br>**third-party** [4] - 5:14, 5:25, 7:2, 9:20<br>**THIS** [1] - 1:9 | **three** [2] - 4:24, 6:14<br>**THROW** [1] - 3:10<br>**throw** [1] - 9:8<br>**Thursday** [3] - 6:14, 6:22, 6:24<br>**TIFF** [2] - 6:4, 7:13<br>**TO** [2] - 1:9, 3:9<br>**total** [2] - 4:19, 7:5<br>**traction** [1] - 8:11<br>**tranche** [1] - 7:9<br>**TRANSCRIPT** [2] - 1:14, 2:20<br>**transcript** [1] - 12:15<br>**true** [1] - 12:15<br>**try** [1] - 12:3<br>**trying** [2] - 8:9, 8:11<br>**two** [1] - 6:14<br>**typical** [1] - 6:4<br><br>**U**<br><br>**U.S** [1] - 5:15<br>**United** [2] - 12:14, 12:20<br>**UNITED** [2] - 1:1, 1:15<br>**up** [4] - 6:17, 7:6, 7:20, 10:11<br>**update** [1] - 5:8<br>**UPDATE** [1] - 3:6<br><br>**V**<br><br>**vain** [1] - 12:3<br>**variety** [2] - 7:4, 9:24<br>**VIA** [1] - 4:3<br>**view** [1] - 9:16<br>**VOICES** [1] - 4:8<br>**VOLUME** [1] - 3:5<br>**Volume** [1] - 4:11<br><br>**W**<br><br>**WE** [1] - 3:10<br>**week** [4] - 7:7, 7:8, 8:4<br>**weekend** [1] - 12:2<br>**weeks** [3] - 4:24, 11:25, 12:4<br>**WHEREUPON** [1] - 12:8<br>**WILL** [1] - 3:15<br>**WILLIAMS** [10] - 1:19, 1:19, 4:18, 4:21, 5:10, 5:22, 6:9, 9:5, 11:18, 12:6<br>**winter** [1] - 9:13<br>**words** [1] - 9:5<br>**works** [3] - 11:10, 11:16 | **written** [1] - 10:18 |

**OFFICIAL TRANSCRIPT**