# Exhibit 2



STATE OF LOUISIANA

PARISH OF ORLEANS

DOCKET: 2014-2810

DIV. "I-14"

DuWAYNE MASON

v.

SCOTT E. SILBERT; SILBERT & GARON, L.L.P., GILSBAR SPECIALTY INSURANCE SERVICES, L.L.C.; GILSBAR, L.L.C. AND CNA CONTINENTAL CASUALTY COMPANY

---

## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes the plaintiff DuWayne Mason, who hereby represents to the Court that none of the defendants named in this proceeding have filed an answer to his original *Petition for Damages* and, therefore, pursuant to LA. C.C.P. Art. 1151, he hereby timely supplements and amends his original *Petition for Damages* in the following particulars:

I.

Plaintiff supplements and amends Paragraph 1 of the *Petition for Damages* by adding the following subparagraph naming National Union Fire Insurance Company of Pittsburgh, PA as an additional named defendant:

"D. **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**, alleged on information and belief to be a foreign insurer authorized to do and/or doing substantial business in Louisiana, and within this parish."

II.

Plaintiff amends his original petition by adding **National Union Fire Insurance Company of Pittsburgh, PA** every place that the current defendants are listed in the caption, body and prayer of the petition.

III.

By adding Paragraph 39 to the original *Petition for Damages* as follows:

"39.

National Union Fire Insurance Company of Pittsburgh, PA insures the Defendants for any liability which they have for the acts and omissions complained of herein, and is made party to this suit based upon Louisiana's Direct Action Statute (La. R.S. 22:1269), as the policy or contract



of liability insurance issued by National Union Fire Insurance Company of Pittsburgh, PA to Defendants SCOTT SILBERT and SILBERT & GARON, L.L.P. was issued or delivered in Louisiana, and the accident or injury subject of this suit occurred in Louisiana."

IV.

Plaintiff amends his original Petition for Damages by removing **Gilsbar Specialty Insurance Services, L.L.C.** and **CNA Continental Casualty Company** from every place that either is listed in the caption, body and prayer of the petition and strikes all allegations against them.

V.

With the above stated amendments and additions contained in this *First Amending Complaint*, Petitioner hereby restates and re-alleges all of the allegations contained in his original *Petition* as if reproduced herein again in their entirety.

WHEREFORE, plaintiff DuWayne Mason prays that after due proceedings are had that there be judgment rendered in his favor and against defendants, SCOTT E. SILBERT; SILBERT & GARON, L.L.P., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *in solido*, in an amount which is just and reasonable with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings. Plaintiff also prays for all other relief as may be just and equitable in the premises.

DODSON, HOOKS & FREDRICK, APLC

*[signature]*

Kenneth H. Hooks, III, Bar Roll No.: 25097
H. Price Mounger, III, Bar Roll No.: 19077
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Kenny@dodsonhooks.com
Price@dodsonhooks.com

-and-

Joseph W. Burke, Bar Roll No.: 34471
BURKE & CESTIA
223 East Main Street
New Iberia, LA 70560
Telephone: (337) 365-6628
Joe@joeburkelaw.com

*Service information on following page*

**PLEASE SERVE THE FOLLOWING THIS AMENDING PETITION:**

Scott E. Silbert
Silbert & Garon, LLP
909 Poydras Street, Suite 2130
New Orleans, LA 70112

Silbert & Garon, LLP
909 Poydras Street, Suite 2130
New Orleans, LA 70112

Gilsbar Specialty Insurance Services, LLC
Through its registered agent for service
Henry J. Miltenberger, Jr.
2100 Covington Center
Covington, LA 70433

CNA Continental Casualty Company
Through its duly appointed agent for service of process:
Louisiana Secretary of State
J. Thomas "Tom" Schedler
8585 Archives Ave.
Baton Rouge, LA 70809

**PLEASE SERVE THE FOLLOWING WITH THE ORIGINAL PETITION AND THIS AMENDING PETITION:**

National Union Fire Insurance Company of Pittsburgh, PA
Through its duly appointed agent for service of process:
Louisiana Secretary of State
J. Thomas "Tom" Schedler
8585 Archives Ave.
Baton Rouge, LA 70809