**ASSIGNED CLAIMS RELEASE OF TRANSOCEAN**

1. Upon the Effective Date of the Transocean Settlement Agreement ("SA"),[2] and based on the consideration provided therein, the DHEPDS Class, as a juridical entity, on behalf of itself, and by and through DHEPDS Class Counsel, hereby releases and forever discharges with prejudice, and covenants not to sue, the Transocean Released Parties for any and all "Assigned Claims" against the Transocean Released Parties.

2. The Assigned Claims means the claims defined in Section 1.1.3 of Exhibit 21 to the DHEPDS, but does not include the "Retained Claims" defined in Section 1.1.4 of Exhibit 21 to the DHEPDS.

3. The DHEPDS Class, upon the Effective Date of this SA, hereby releases and forever discharges with prejudice, and covenants not to sue, the Transocean Released Parties for any acts or omissions of the escrow agent of any Settlement Fund, the Allocation Neutral, the Claims Administrator, and any Court appointed neutral party in connection with administration of the SA or disbursement of the Aggregate Payment, including without limitation any and all such actions, claims, costs, expenses, taxes, rents, fees, profit shares, liens, remedies, debts, demands, liabilities, obligations, or promises of any kind or nature whatsoever, in both law or in equity, past or present, whether known or unknown, or whether or not contingent.

4. Upon the Effective Date of this SA, the DHEPDS Class, and all other persons and Entities claiming by, through, or on behalf of it, covenants not to sue and will be forever barred and enjoined from commencing, filing, initiating, instituting, prosecuting, maintaining or consenting to any judicial, arbitral, or regulatory action against the Transocean Released Parties with respect to the Assigned Claims. If the DHEPDS Class commences, files, initiates, or institutes any new action or other proceeding for any Assigned Claims against the Transocean

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the SA.

Released Parties in any federal or state court, arbitration tribunal, or administrative or other forum, such action or other proceeding shall be dismissed with prejudice and at the cost of the party that brings such action; provided, however, before any costs may be assessed, counsel for such party shall be given reasonable notice and an opportunity voluntarily to dismiss such action or proceeding with prejudice. Furthermore, if any Transocean Released Party brings any legal action before any Court or arbitration, regulatory agency, or other tribunal to enforce its rights under this Assigned Claims Release of Transocean, such Transocean Released Party shall be entitled to recover any and all related costs and expenses (including attorneys' fees) from such party bringing the action.

5. This Assigned Claims Release of Transocean is not intended to and does not operate as a release of any of the following claims, which are excluded from the operation of this Assigned Claims Release of Transocean and expressly reserved:

   a. Assigned Claims, Punitive Damages Claims, or any other claims of any kind or nature against any other Defendant in MDL 2179 other than the Transocean Released Parties.

   b. Any claims other than the claims described in Paragraphs 1-4 above against any Transocean Released Party, specifically including the "Retained Claims" defined in Section 1.1.4 of Exhibit 21 to the DHEPDS.

6. This Assigned Claims Release of Transocean releases only the claims of the DHEPDS Class, as a juridical entity, described in Paragraphs 1-4 above, and does not release any claims of any kind or nature by or on behalf of any DHEPDS Class Member, specifically including, but not limited to, the "Expressly Reserved" claims defined in Sections 3 and 38.67 of the DHEPDS and any claims or rights to pursue compensation under the DHEPDS or the Medical Benefits Class Action Settlement as Amended May 1, 2012. Notwithstanding the foregoing, to the extent that any DHEPDS Class Member asserts any right to the Assigned

Claims in the member's capacity as a DHEPDS Class Member, that claim is included in this Assigned Claims Release.

7. Nothing in this Assigned Claims Release limits or expands the scope or effect of the New Class Release.