**TRANSOCEAN RELEASE OF BP**

As provided in the Confidential Settlement Agreement, Mutual Releases, and Agreement to Indemnify entered into by Transocean, BP Exploration & Production Inc. and BP America Production Co. on May 20, 2015, upon the Effective Date of the Transocean Punitive Damages and Assigned Claims Settlement Agreement ("SA"), Transocean and its Affiliates fully and finally release, dismiss, and covenant not to sue for any and all claims and rights to recover, directly or indirectly, from the BP Released Parties (whether through indemnity, contribution, subrogation, assignment or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise) for any damages or other relief or consideration provided under or relating to this SA.   Transocean represents and warrants that it has not assigned and will not assign any rights to recover any payments made pursuant this SA.   The Confidential Settlement Agreement, Mutual Releases, and Agreement to Indemnify entered into by Transocean, BP Exploration & Production Inc. and BP America Production Co. on May 20, 2015, addresses the rights of any insurer, reinsurer, or indemnitor of Transocean or its Affiliates to make any claim against the BP Released Parties.