UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | ) | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | Section J |
| | ) | |
| | ) | Judge Barbier |
| This Document Applies to: | ) | |
| | ) | Mag. Judge Shushan |
| No. 12-970, Bon Secour Fisheries, Inc., et al. | ) | |
| v. BP Exploration & Production Inc., et al. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SPECIAL MASTER'S MOTION FOR RETURN OF PAYMENT MADE TO HAI DO**

    **NOW COMES** claimant Hai Do, through undersigned counsel, who respectfully requests an extension of 14 days in which to file claimant Hai Do's response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center [Rec. Doc. 14266].  Considering the agreement of the parties, the Court previously ordered claimant Hai Do to file any response to the Special Master's motion on or before June 8, 2015 [Rec. Doc. 14554].  However, counsel for claimant Hai Do had been recently retained and now requires additional time to gather the facts and evidence necessary to respond to the Special Master's motion.  Opposing counsel has advised counsel for mover that they have no objection to the requested 14 day extension.

    **WHEREFORE**, claimant Hai Do prays for an extension of 14 days, or until June 22, 2015, in which to file his response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

1

DATED: June 2, 2015            Respectfully submitted,
                               LEMMON LAW FIRM, L.L.C.


                                /s/ Andrew A. Lemmon
                               **ANDREW A. LEMMON (#18302)**
                               15058 River Road
                               P.O. Box 904
                               Hahnville, Louisiana 70057
                               (985) 783-6789

                               **ATTORNEY FOR PLAINTIFF HAI DO**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment Made to Hai Do has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that a foregoing was electronically filed with the Clerk of Court of the United States District Court of the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of June, 2015.


                               /s/ Andrew A. Lemmon
                               ANDREW A. LEMMON