UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | ) | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | Section J |
| | ) | |
| | ) | Judge Barbier |
| This Document Applies to: | ) | |
| | ) | Mag. Judge Shushan |
| *No. 12-970, Bon Secour Fisheries, Inc., et al.* | ) | |
| *v. BP Exploration & Production Inc., et al.* | ) | |
| | ) | |

## ORDER

Considering the foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment Made to Hai Do,

IT IS HEREBY ORDERED that claimant Hai Do is granted a 14 day extension, until June 22, 2015, to file any response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

Signed in New Orleans, Louisiana, this _____ day of June, 2015

_____
United States District Judge