UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **This Document Relates To:**<br>*Case No.: 2:10-CV-08888*<br>*(Rec. Doc. 72848)* | JDUGE BARBIER<br>MAGISTRATE SHUSHAN |

ATTACHMENT "A"

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. Robert Artigue, Jr.  dba<br>    Pro Stucco | P.O. Box 340<br>Port Barre, LA 70577<br>"Doc. No. 72848" | (337) 585-4776 |