United States District Court
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 03 2015
WILLIAM W. BLEVINS
CLERK

John U. Hanks Jr.
Lucky Lady Fishing Enterprise inc
4211 GroveWood Lane
Titusville FL 32780
954-594-4932

Civil action
Oil Spill by Deepwater Horizon
10-MD-2179 JCD
12-970

Permission to OPT In
Court Supervised Settlement Program

G.C.C.F.
Claiment #
1144774


RECEIVED JUN 03 2015
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

Deep water Horizen
Settlement Claiment #
100005943

6/1/15

[signature]

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

John Hanks
Lucky Lady Ent inc

10-MD-2179

To The Honorable Carl J. Barbier

Sir: In July of 2013 I and my Corperation Filed Notice With The Court Suppervised Program of our Desire To OPT Back into The Court Supervised Program. We Have yeT To Recieve YA or Nay to our Request.
It is our understanding That only B.P. and His Honor Have The Power To grant our OPT in. B.P. Has Had almost Two year's to address the issue and Has Chosen to ignore our request, We now Come to you. To allow us our only oppertunity to rejoin, and ask that You grant Permission

your's Sincerly

John J Hanks Jr.
6-1-15

**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## OPT-OUT REVOCATION REQUEST

**NAME OF POTENTIAL CLASS MEMBER:** LuckyLady Fishing Ent, inc,

**ADDRESS:** 4211 Grove Wood Lane

**CITY:** Titusville   **STATE:** FL   **ZIP CODE:** 32780

**PHONE:** 954-594-4932

**SOCIAL SECURITY NUMBER/EIN:** [REDACTED] 9358

**GCCF ID (Optional):** 1144774

**DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional):** 100005943

**ATTORNEY (Optional):** _____

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

John U Hanks Jr
Printed Name

Signature: [signed] John U Hanks — President

Date: 6/1/15

**DEEPWATER HORIZON**
**CLAIMS CENTER**
·ECONOMIC & PROPERTY DAMAGE CLAIMS

## OPT-OUT REVOCATION REQUEST

**NAME OF POTENTIAL CLASS MEMBER:** John U HAnks Jr

**ADDRESS:** 4211 GroveWood Lane

**CITY:** Titusville   **STATE:** FL   **ZIP CODE:** 32780

**PHONE:** 954-594-4932

**SOCIAL SECURITY NUMBER/EIN:** [redacted] 0089

**GCCF ID (Optional):** 1144774

**DWH SETTLEMENT PROGRAM CLAIM NUMBER (Optional):**

**ATTORNEY (Optional):**

I wish to revoke my request to opt out of the Economic & Property Damages Settlement Class. By revoking my opt out request, I hereby withdraw and waive any and all current and future objections that I may have to the Economic & Property Damages Settlement.

John U HAnks Jr
Printed Name

_[signature]_
Signature

6/1/15
Date

# OPT-OUT

Lucky Lady Fishing Inc
4211 Grovewood Lane
Titusville FL
32780
Tel. 954-594-4932

TO: Claims Administrator
Mr. Patrick Jeneau

After reviewing the compensation offered to Lucky Lady fishing by the Court Supervised Settlement Program, I find the offer to be Quite Unacceptable and we are left with no choice but to OPT OUT of the settlement and seek a different Remedy. Our Claims are for

① Seafood - Finfish Vessal & Captain
② Vessal Damage
③ V/O Program
④ Crew x 3
⑤ Failed Start up Buisnes
⑥ Failed Buisness
⑦ Medical

Signed
John U Hanks Jr - President L.L.F

*John U Hanks*    10-8-12

## IX. HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to your DWH Portal in any of the following ways. If you are unable to access the DWH Portal, you may submit your request in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## X. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in this Notice to find out the current status of your other claims.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Seafood Compensation Program | 16167 | Payable |

documentation by uploading them to your DWH Portal. If you are unable to access the DWH Portal, you may submit your request in any of the following ways:

| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## X. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in this Notice to find out the current status of your other claims.

|   | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| 1. | Seafood Compensation Program | 16168 | Payable |

**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

URGENT

U.S. MARSHALS

FROM:
JOHN V HANKS JR
PRIORITY 1 SHIPPING
379 Cheney Hwy
Titusville FL 32780-7272

US POSTAGE PAID
Pitney Bowes
ComBasPrice
Flat Rate Envelope
001643771.0
024P0007876435

PRIORITY MAIL 2-DAY™
06/01/2015
From 32780
Delivery Date: 06/02/2015

US DIST. COURT-EASTERN DIST. OF LA
HONORABLE CARL J BARBIER
500 Poydras St
Sect J- Room C 256
New Orleans LA 70130-3319

C026
0006

USPS SIGNATURE TRACKING #
9410 8096 9993 7836 4344 00

VISIT US
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL
PRIORITY MAIL POSTAGE REQUIRED

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.