UNITED STATES
DISTRICT COURT'S
NOTICE OF ADMINISTRATOR
POST OFFICE BOX 1439
HAMMOND, LA 70404-14



**DWHO435695774**
BOOER ( BOOKER T.) WOODARD/WOODWARD

**DWHO310598754**
BOOKER ( BOOKER T.) WOODARD BOOKER T.WOODARD/WOODWARD

| | |
|---|---|
| **DEEPWATER HORIZON ECONOMIC** | * **NOTICE ADMINISTRATOR** |
| **PROPERTY SETTLEMENTS INDIVIDUAL** | * FOR U.S. DISTRICT COURT |
| **ECONOMIC LOSS LAIM FORM ( BLUE FORM )** | * POST OFFICE BOX 1439 |
| | • HAMMOND, LA 70404-1439 |

<u>BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY</u>
<u>MOTION FOR CLAIM OR CLAIMS FOR TIME COST AND SERVICE RENDER</u>

COME NOW, **BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY** RESPECTFULLY SUBMIT SOME DATA AND INFORMATION SEEKING THE COURT'S FOR CLAIM OR CLAIMS FOR THE USE OF DESIGN, EXPERT DATA AND ABILITY TO HELP STOP THE OIL RIG FROM LEAKING OIL IN THE GULF OF MEXICO FROM MAY 2010 TO JULY 2010 AND NOT **OCTOBER AND NOVEMBER 2010.** I BELIEVE , I RECEIVED : LOSS, ECONOMIC DAMAGE AND COST BECAUSE THE DEEPWATER HORIZON CALL CENTER DID NOT HIRE MY SERVICE RENDER **FROM MAY 2010 TO JULY 2010.**

BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY REQUEST THAT THE COURT'S GRANT IT MOTION: EXHEBITS: 1, 2, 3, AND 4

DATE: APRIL 22, 2015

RESPECTFULLY SUBMITTED,

*[signature]*
BOOKER T.WOODARD/WOODWARD, PRESIDENT
WOODARD/WOODWARD ENTERPRISE INC., COMPANY
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

EMAIL INFO@BOOKERTWOODARD.COM
779-348-6748 AND 601-259-0512

**TENDERED FOR FILING**

JUN - 1 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

STATE OF MISSISSIPPI
COUNTY OF LAWRENCE
SWORN TO AND SUBSCRIBED before me, this the 29 day of April A.D. 2015
*[signature]* KEVIN RAYBORN, CHANCERY CLERK
By Donna Sandifer DC
SEAL
MY COMMISSION EXPIRES
JANUARY 1, 2016

UNITED STATES
DISTRICT COURT'S
NOTICE OF ADMINISTRATOR
POST OFFICE BOX 1439
HAMMOND, LA 70404-14

**DWHO435695774**
BOOER ( BOOKER T.) WOODARD/WOODWARD

**DWHO310598754**
BOOKER ( BOOKER T.) WOODARD BOOKER T.WOODARD/WOODWARD

| | |
|---|---|
| **DEEPWATER HORIZON ECONOMIC PROPERTY SETTLEMENTS INDIVIDUAL ECONOMIC LOSS LAIM FORM ( BLUE FORM )** | * **NOTICE ADMINISTRATOR** <br> * FOR U.S. DISTRICT COURT <br> * POST OFFICE BOX 1439 <br> • HAMMOND, LA 70404-1439 |

ORDER

BOOKER T.WOODARD/WOODWARD/WOODARD/WOODWARD ENTERPRISE INC., COMPANY REQUEST THE COURT ENTER AN ORDER FOR CLAIM OR CLAIMS FOR LOSS AND ECONOMIC DAMAGE BECAUSE I BELIEVE **BP CALL CENTER USED MY : SESIGN, EXPERT DATA AND ABILITY; AND BECAUSE THE CALL CENTER DID NOT HIRE MY SERVICE TO HELP STOP THE RIG FROM LEAKING OIL IN THE GULF OF MEXICO THAT SUBJECT ME TO PREJUDICE TOWARD MY RIGHTS, TIME COST AND SERVICE RENDER FROM MAY 2010 TO JULY 2010.** IT IS ORDER FOR RIGHTS FOR CLAIM OR CLAIMS REGARDING THE DEEPWATER HORIZION ECONOMIC AND PROPERTY SETTLEMENTS INDIVIDUAL ECONOMIC LOSS CLAIM OR CLAIMS FORM ( BLUE FORM ).

_____
JUDGE

**Notice Administrator for U.S. District Court**
**Post Office Box 1439**
**Hammond, LA 70404-1439**

*Exhibit (1)*

DWH0435695774

BOOER WOODARD
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149-3921

**June 8, 2015** has been established as the deadline to submit a claim in the Economic and Property Damages ("E&PD") Settlement with BP Exploration & Production Inc. and BP America Production Company ("BP") related to the Deepwater Horizon oil spill.

**Why did I receive this notice?** You are receiving this notice because you have been identified as a possible member of the E&PD Settlement Class, or you have previously inquired about the Settlement. The E&PD Settlement Class includes people, businesses, other entities, and properties in the states of Louisiana, Alabama and Mississippi, and certain counties in Texas and Florida, that were harmed by the Deepwater Horizon oil spill that occurred on April 20, 2010.

**What are the payment categories?** The settlement provides payments if you had economic loss or property damage because of the Deepwater Horizon oil spill. By submitting a claim, you can request a payment in one or more of the following seven categories:

- Economic Damage ■ Loss of Subsistence ■ Vessel Physical Damage
- Real Property Sales Damage ■ Vessels of Opportunity Charter Payment
- Coastal Real Property Damage ■ Wetlands Real Property Damage

**Economic Damage** payments are available for Individuals and Entities that lost profits or earnings as a result of the Deepwater Horizon Incident. **Coastal Real Property** payments are available for property that was physically damaged in connection with the Deepwater Horizon Incident. Detailed descriptions of all seven categories are available at the website.

Valid claims are paid once they are approved. There is no limit on the total dollar amount of the E&PD Settlement. All qualified and timely claims will be paid in full. The Settlement also allowed for Seafood Compensation claims, but the deadline for those claims has passed.

**How do I request a payment?** You must submit a Claim Form to request a payment. You can get a copy of the various Claim Forms by visiting the website or by calling 1-866-992-6174. Claims can be submitted online or by mail. If you have questions about how to file a claim, you should call the toll-free number for assistance. The claims process can be complex, so if you are eligible to file a claim, you should act now so you may complete your claim before the **June 8, 2015** deadline.

Para obtener una notificación en español, póngase en contacto con
nosotros o visite nuestro sitio web DeepwaterHorizonSettlements.com.
Ñeå ñöôïc thoâng baùo baèng tieáng Vieät, xin goïi ñieän thoaïi hoaëc
vaøo trang maïng DeepwaterHorizonSettlements.com.

**Questions? Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174.**

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
## INDIVIDUAL ECONOMIC LOSS CLAIM FORM
## (BLUE FORM)

Form ID: BLUE

1 of 2

Exhibit (2)



DWH0310598754

BOOER WOODARD
157 ISAAC NEWSOME ROAD
PINOLA MS 39149

After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-2
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# REGISTRATION FORM

Exhibit (3)



Form ID : REGISTRATION                 2 of 2

DWH0310598754

BOOER WOODARD
157 ISAAC NEWSOME ROAD
PINOLA, MS 39149

After you complete and sign your Registration Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Registration Form. If you submit your Registration Form by mail or delivery, do not separate this cover page from the Registration Form. If you have to take this Registration Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

**Registration Form**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

REG-FORM
v 1

Mr. Booker T. Woodard
Woodard/WoodwardEnterprise Inc

Thank you for writing to the U.S. Department of Justice advising that you submitted your ideas and suggestions regarding the Deepwater Horizon spill and our apologies for the delayed response. The federal government's interagency group, called the Interagency Alternative Technology Assessment Program (IATAP) workgroup, was established by the National Incident Commander to provide a well-defined, documented, systematic, and fair government-managed process to solicit, screen, and evaluate all suggested technologies in support of response activities related to the Deepwater Horizon spill.

On September 19, 2010, the National Incident Commander declared that the Deepwater Horizon well-site no longer poses a substantial threat of a discharge or a substantial threat to the public health or welfare of the United States. Therefore, the IATAP stopped accepting new white papers in support of the Deepwater Horizon Response by closing Broad Agency Announcement (BAA) on September 30, 2010. After the BAA closure date of September 30, 2010, response ideas can continue to be submitted to BP. See the following link for further information on submitting your idea to BP.

http://www.restorethegulf.gov/release/2010/09/27/submit-suggestion

Also, to the extent you wish to share your ideas that could be useful in the future, you may wish to share your information with the Coast Guard, EPA and NOAA.

Carolyn Woody
Program Specialist