UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **This Document Relates To:**<br>*Case No.: 2:10-CV-08888*<br>*(Rec. Doc. 72848*) | **JDUGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB, LLC's Motion to Withdraw as Counsel.

ORDERED AND ADJUDGED as follows:

1. That BRIAN C. COLOMB and the law firm of DOMENGEAUX WRIGHT ROY EDWARDS & COLOMB, LLC's **Motion to Withdraw as Counsel** as to Robert Artigue, Jr. d/b/a Pro Stucco be and the same is hereby **granted.**

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this 4th day of June, 2015.

_____
United States District Judge