UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 <br><br> This document relates to: <br> Case No. 2:11-CV-03180 | MDL NO. 2179 <br><br> SECTION: J <br><br> Honorable Carl J. Barbier <br><br> Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel filed by Stephen S. Kreller of The Kreller Law Firm, William L. Roberts and Craig S. Coleman of Faegre Baker Daniels LLP (formerly Faegre & Benson LLP), and Duncan Lott and Casey L. Lott and Langston & Lott, PA,

IT IS HEREBY ORDERED that Stephen S. Kreller and The Kreller Law Firm; William L. Roberts, Craig S. Coleman, and Faegre Baker Daniels, LLP (formerly Faegre & Benson LLP); and Duncan Lott, Casey L. Lott, and Langston & Lott, PA are withdrawn as Counsel for Vinh Q. Tran and Alliance & Associates, LLC (DWH Claimant IDs: 100001367 and 100001370).

New Orleans, Louisiana, this __th day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE