IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1)<br>Judge: Barbier<br>Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 109232) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. is **GRANTED**. All correspondence, notice, and service to the Plaintiff shall be mailed to:

> William Hankins
> 885 N. Mulberry Rd.
> Shallotte, NC 28470
> (910) 393-8414

New Orleans, Louisiana, this the _____ day of _____, 2015.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE