IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) <br><br> Judge: Barbier <br><br> Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 135175) | |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. is **GRANTED**. All correspondence, notice, and service to the Plaintiff shall be mailed to :

        Julie Dinh OBO Dinh's Car Audio Sounds, Inc.
        3316 Village Green St.
        Harvey, La 70058
        (504) 452-0757

New Orleans, Louisiana, this the _____ day of _____, 2015.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE