IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) Judge: Barbier Magistrate: Shushan |
| This Document Relates To: Case No.: 2:10-CV-08888 (Rec. Doc. 54394) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SPECIAL MASTER'S MOTION FOR RETURN OF PAYMENT MADE TO HAI DO

NOW COMES Waltzer Wiygul & Garside, LLC, through undersigned counsel, who respectfully requests an extension of 14 days in which to file its own response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center to Claimant Hai Do. [Rec. Doc. 14266]. As Hai Do's former counsel, Waltzer Wiygul & Garside, LLC has been named as a respondent to the Special Master's motion. The Court granted Hai Do an extension of time until June 22, 2015 to file any response to the Special Master's motion. [Rec.Doc. 14655]. Waltzer Wiygul & Garside LLC also requires additional time to prepare its brief, particularly in light of the June 8, 2015 BP claims filing deadline.

Opposing counsel has advised counsel for mover that they have no objection to the requested 14 day extension.

WHEREFORE, respondent Waltzer Wiygul & Garside LLC prays for an extension of 14 days, or until June 22, 2015, in which to file its response to the Special Master's Motion for Return of Payment Made by the Deepwater Horizon Economic Claims Center.

Respectfully submitted, this 4'th day of June, 2015.

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel Waltzer*
Joel R. Waltzer (LSBA#: 19268)
1000 Behrman Highway
Gretna, LA 70056
joel@waltzerlaw.com
504-340-6300 – Telephone
504-340-6330 – Facsimile
  *Individually and for WWG, LLC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for an Extension of Time to File Response to Special Master's Motion for Return of Payment Made to Hai Do will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Joel Waltzer*