# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1)  Judge: Barbier  Magistrate: Shushan |
| **This Document Relates To:** | |
| **Case No.: 2:10-CV-08888 (Rec. Doc. 54394)** | |

# O R D E R

Considering the foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment Made to Hai Do,

IT IS HEREBY ORDERED that respondent Waltzer Wiygul & Garside is granted a 14 day extension, until June 22, 2015, to file any response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

This _____ day of _____, 2015.

_____
**Judge C. Barbier, Eastern District of Louisiana**