UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL. NO. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE JUDGE SHUSHAN |
| 12-970 | | |

**EX PARTE MOTION TO DOCKET DENIALS OF REQUESTS FOR DISCRETIONARY COURT REVIEW**

Now into court, through undersigned counsel, comes Apache Louisiana Minerals LLC ("ALM"), which respectfully represents as follows:

1.

ALM filed various claims pursuant to the Settlement Agreement approved in the above referenced matter.

2.

The Claims Administrator issued to ALM a series of Eligibility Notices in its favor regarding many of ALM's claims.

1

3.

BP subsequently appealed some of the Eligibility Notices issued in favor of ALM by the Claims Administrator.

4.

On June 5, 2014 an Appeal Panel Decision was issued wherein the Appeal Panel, en banc, decided that ALM was excluded from the Settlement Class.

5.

On July 18, 2014, ALM requested Discretionary Court Review in Claim ID Nos: 174112, 174256, 174405, 174480, 174489, 174503, 174506, 174510, 174512, 174516, 174520, 174524, 174526, 174528, 174534, 174537, 174550, 174559, 174561, 174565, 174568, 174578, 194965 and 283742.

6.

On September 6, 2014 a Notice of Denial of Request for Discretionary Review by the Court was uploaded to the portal regarding Claim ID No. 174112.

7.

On September 17, 2014 Notices of Denial of Request for Discretionary Review by the Court was uploaded to the portal regarding Claim ID Nos. 174405, 174520, 174528, 174559, 174561, 174565, 174568, and174578.

8.

On May 8, 2015, the United States Court of Appeals for the Fifth Circuit issued an opinion numbered 13-30843 in the matter entitled "*In Re: Deepwater Horizon – Lake Eugenie Land Development, Incorporated, Bon Secour Fisheries, Incorporated, Fort Morgan Realty,*

*Incorporated, LFBP 1, L.L.C., doing business as GW Fins; Panama City Beach Dolphin Tours & More, L.L.C.; Zekes Charter Fleet, L.L.C.; William Sellers, Kathleen Irwin; Ronald Lundy; Corliss Gallo; John Tesvich; Michael Guidry, on behalf of themselves and all others similarly situated; Henry Hutto; Brad Friloux; Jerry J. Kee, Plaintiffs – Appellees versus BP Exploration & Production Incorporated; BP America Production Company; BP, L.L.C., Defendants-Appellants".*

9.

In the above decision, it was held that claimants (such as ALM) have the right to appeal claim determinations from this Court to the United States Court of Appeals for the Fifth Circuit. Furthermore, it was held that the Final Rules of the settlement program violate this right due to the lack of a procedure for the docketing of decisions of the district court regarding requests for discretionary review, such as those filed by ALM.

10.

ALM respectfully requests that the above referenced denials of requests for discretionary court review issued by this Court be docketed in this matter so that ALM may exercise its right of appeal to the Fifth Circuit.

WHEREFORE, Apache Louisiana Minerals LLC prays that the denials of its requests for discretionary court review uploaded to the portal regarding Claim ID Nos. 174112, 174405, 174520, 174528, 174559, 174561, 174565, 174568, and 174578 be docketed in the above referenced case by the clerk for reasons set forth above, so that Apache Louisiana Minerals LLC may exercise its right to appeal such decisions to the Fifth Circuit as recognized by the Fifth

Circuit in its recent decision referenced herein, and for all other legal and equitable relief to which it is justly entitled.

         Respectfully submitted,

         **DUVAL, FUNDERBURK, SUNDBERY,**
          **LOVELL & WATKINS**

         BY:  /s/ Stanwood R. Duval_____
          **C. BERWICK DUVAL, II (5109)**
          **STANWOOD R. DUVAL (27732)**
          101 Wilson Avenue
          Post Office Box 3017
          Houma, Louisiana 70361
          Phone:  (985) 876-6410
          Email:  berwick@duvallawfirm.com
             stan@duvallawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of June, 2015.

           _____/s/ Stanwood R. Duval_____
           Stanwood R. Duval