UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL. NO. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | MAGISTRATE JUDGE SHUSHAN |
| 12-970 | | |

## ORDER

Considering the Ex Parte Motion to Docket Denials of Requests for Discretionary Court Review filed in this action by Apache Louisiana Minerals LLC, it is hereby ordered that the clerk docket the denials of request for discretionary court review requested by Apache Louisiana Minerals LLC in the above referenced matter referencing Claim ID Nos:  174112, 174405, 74520, 174528, 174559, 174561, 174565, 174568, and 174578.

      THUS DONE AND SIGNED in Chambers in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
U.S. MAGISTRATE JUDGE
HON. SALLY SHUSHAN