UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL. NO. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., | * | |
| et al., v. BP Exploration & | | |
| Production, Inc., et al | * | MAGISTRATE JUDGE SHUSHAN |

_____

NOTICE OF APPEAL
_____

Notice is hereby given that Apache Louisiana Minerals LLC, claimant in the Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 reached in Bon Secour Fisheries Inc., et al v. BP Exploration &  Production, Inc., et al., No. 12-970 (E.D. La.), appeals to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of Claim ID 174112 and others, as reflected in the Denial of Request for Discretionary Court Review Notice dated September 5, 2014 and attached to this Notice of Appeal.[1]

---

[1] Apache Louisiana Minerals LLC's claim contained several Claim IDs, all of which represented various Wetlands Real Property Claims, except for Claim ID 283742, which was a seafood (oyster) claim.  All claims were decided by

The Final Rules governing Discretionary Court Review of Appeal Determinations under which the parties have been operating have not permitted the Denials of Discretionary Review to be docketed in the United States District Court for the Eastern District of Louisiana. In light of the decision by the United States Court of Appeal for the Fifth Circuit in "Lake Eugenie Land Development v. BP Exploration & Production, Incorporated (In re: Deepwater Horizon)," Civil Action No. 13-30843 (mandate issued June 1, 2015), Apache Louisiana Minerals LLC has moved this Court for an order permitting the docketing of Claim IDs 174112, etc. as described above. While no ruling on the pending motion has been issued by the District Court, the instant Notice of Appeal is filed in an abundance of caution in order to preserve Apache Louisiana Minerals, LLC's appeal rights in associated with the referenced claims.

---

an en banc appeal panel and several claims were included in the discretionary review. The only issue that the en banc panel decided (and the only issue raised by BP) was that Apache Louisiana Minerals LLC should be excluded from the settlement because it was an oil and gas company. The following Claim IDs are being appealed, 174112, 174256, 174405, 174480 174489, 174503, 174506, 174510, 174512, 174516, 174520, 174524, 174526, 174528, 174534, 174537, 174550, 174559, 174561, 174565, 174568, 174578, 194965 and 283742. All denials of discretionary review received by Apache Louisiana Minerals, LLC are attached, and Apache Louisiana Minerals LLC prays that these appeals be consolidated as the facts and issues are the same for each.

June 5, 2015                           Respectfully submitted,

                                                 **DUVAL, FUNDERBURK, SUNDBERY,**
                                                      **LOVELL & WATKINS, APLC**

                                                **BY:/s/ Stanwood R. Duval**
                                                      **C. BERWICK DUVAL, II (5109)**
                                                      **STANWOOD R. DUVAL (27732)**
                                                      101 Wilson Avenue
                                                      Post Office Box 3017
                                                      Houma, Louisiana 70361
                                                      Phone: (985) 876-6410
                                                      Email:  berwick@duvallawfirm.com
                                                      Email:  stan@duvallawfirmm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of June, 2015.

          _____/s/ Stanwood R. Duval_____
          Stanwood R. Duval