UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on | § | SECTION: "J" |
| April 20, 2010 | § | |
| | § | Judge Barbier |
| This Document Relates to: | § | |
| No. 2:10-cv-08888-CJB-SS | § | Mag. Judge Shushan |

CLAIMANT CARR & ASSOCIATES ENGINEERING, INC.'S
MOTION FOR LEAVE TO FILE SHORT FORM JOINDER
FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes Claimant Carr & Associates Engineering, Inc., who moves this Court for acceptance of their late-filed Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. By order of the Court, this deadline was subsequently extended to September 16, 2011.

3. Claimant attempted to contact counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because claimant was unaware of the Court-established deadline, or had not yet fully realized its damages, it did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinder filed for Carr & Associates Engineering, Inc., as document number 137179 on June 6, 2015. No action has yet been taken in the limitation proceeding that would cause prejudice to any other party involved in the proceeding, should the court grant this Motion.

For these reasons, Claimant respectfully requests that the Court grant Claimants' Motion for Acceptance of Short Form Joinder Filed Beyond the September 16, 2011 Deadline, and that the Court deem said Short Form Joinder to be timely filed.

Respectfully submitted,

**S**ears Crawford, L.L.P.

*/s/ Ross A. Sears, II*
Ross A. Sears, II
Federal ID No. 51896
Texas State Bar No. 17960011
Email:  ross@searscrawford.com
4310 Yoakum Blvd.
Houston, TX  77006
713-223-3333 Telephone
713-223-3331 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, a copy of the foregoing Complaint for Damages was sent via the Court's CM/ECF system to all counsel of record.

  /s/ *Ross A. Sears, II*
ROSS A. SEARS, II

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig § | | MDL No. 2179 |
| "Deepwater Horizon" in the § | | |
| Gulf of Mexico, on § | | SECTION: "J" |
| April 20, 2010 § | | |
| § | | Judge Barbier |
| This Document Relates to: § | | |
| No. 2:10-cv-08888-CJB-SS § | | Mag. Judge Shushan |

### MEMORANDUM IN SUPPORT OF CARR & ASSOCIATES ENGINEERING, INC., MOTION FOR LEAVE TO FILE SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes Claimant Carr & Associates Engineering, Inc., , who files this Memorandum in Support of its Motion For Leave To File Short Form Joinder, filed in the action 2:10-cv-08888-CJB-SS as Document Number 137178, Beyond The September 16, 2011 Deadline.  This claimant seeks this Honorable Court's permission to accept claimant's late-filed claim in the limitation proceeding for the following reasons:

1. Claimant attempted to contact counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because claimant was unaware of the Court-established deadline, or had not yet fully realized its damages, it did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS.  No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late-filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Slack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL378121 (E.D. La. June 7, 1999) (citing *Golnoy Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir. 1993)).  Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimant respectfully requests that the Court accept its late-filed short form and grant the accompanying Motion for Acceptance of Limitation Short Form Joinder Filed Beyond the September 16, 2011 Deadline.

        Respectfully submitted,

        Sears Crawford, L.L.P.

        */s/ Ross A. Sears, II*
        Ross A. Sears, II
        Federal ID No. 51896
        Texas State Bar No. 17960011
        Email: ross@searscrawford.com
        4310 Yoakum Blvd.
        Houston, TX  77006
        713-223-3333 Telephone
        713-223-3331 Facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2015, a copy of the foregoing Complaint for Damages was sent via the Court's CM/ECF system to all counsel of record.

        /s/ *Ross A. Sears, II*
        ROSS A. SEARS, II

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on | § | SECTION: "J" |
| April 20, 2010 | § | |
| | § | Judge Barbier |
| **This Document Relates to:** | § | |
| No. 2:10-cv-08888-CJB-SS | § | Mag. Judge Shushan |

## ORDER

Considering the Motion For Leave To File Short Form Joinders Filed Beyond The September 16, 2011 Deadline and Supporting Amended Memorandum:

It is ORDERED that the late-filed Short Form Joinder filed by Claimant Carr & Associates Engineering, Inc., , in the action 2:10-cv-08888-CJB-SS as Document Number 137179 is hereby considered to be a timely-filed claim in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed on _____, 2015.

_____
Honorable Carl J. Barbier
U.S. District Court Judge