UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, June 4, 2015 at 3:00 p.m.]

1. **Bisso Discovery**.

The PSC anticipates that Bisso document production will be completed by June 19, 2015. Currently it is about eighty percent complete.

2. **BPXP Document Production**.

While the PSC has made some progress in reviewing BPXP's production, its priority is to complete the Bisso production.

3. **Common Rule 30(b)(6) Notice**.

Because of weather, the parties were unable to meet in Houston on May 22 to work on the common Rule 30(b)(6) notice. The meeting was rescheduled for Wednesday, June 10, in New Orleans.

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Third Party Subpoenas**.

BPXP reported that subpoenas were served on 19 third parties. As the documents are produced to BPXP, they are bates stamped and passed to the PSC once a week. At this time no issue requires Court involvement. The parties reached a stipulation with NGP Energy Capital Management to maintain the confidentiality of its documents. The stipulation will be put in the form of a motion and order and submitted to the Court.

5. **Other Plaintiffs' Production**.

When the PSC reports that the Bisso production is complete and it is ready to start on the next OPA plaintiff, BPXP will identify the next priority plaintiff.

6. **Next Conference**.

The next conference will be on **Thursday, June 25, 2015, at 1:00 p.m.**

New Orleans, Louisiana, this 8th day of June, 2015.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**