UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### CLASS COUNSEL'S SUBMISSION REGARDING "CLAWBACK" MOTIONS

Appointed Class Counsel, on behalf of Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, respectfully submit the following comments regarding the "Clawback" Motions which have been initiated by the Special Master:

MAY IT PLEASE THE COURT:

As always, Class Counsel continue to support reasonable efforts on the part of the Claims Administrator and the Court to prevent the payment of fraudulent claims.

At the same time, however, the Special Master has filed a recent pleading in which he appears to suggest that, where the Claimant may have made an error or mistake in his or her submission, which leads to an over-payment, such Claimant should be liable to make restitution for *all* Settlement Payments, and forfeit any and all additional compensation which may be owed under the terms of the Settlement Agreement, *even in the absence of actual fraud.*[1]

---

[1] *See* REPLY BRIEF IN THE MATTER OF VERNON ALFONSO AND OTHERS (June 5, 2015) [Rec. Doc. 14677] at pp.2-7.

1

Class Counsel are not familiar with and take no position regarding the details or the merits of Mr. Alfonso's claim or claims.

However, and most respectfully, the position which appears to be taken in the Reply Brief seems to exceed the authority of the Special Master, who was appointed to "initiate legal action to 'clawback' the payment of any *fraudulent* claims."[2]

Secondly, such a position is inconsistent with this Court's denial of BP's Motion for Restitution.[3]  In addition to the reasons provided by Class Counsel in opposition to BP's Motion,[4] there is no suggestion (as is central to BP's argument for restitution in the matching context) that the Claim Determination and Individual Release in Mr. Alfonso's case were somehow prevented from achieving finality.[5]

Finally, and most importantly, such a position is contrary to the express terms of the Settlement Agreement and formal Claims Administrator Policy.  In particular, Section 4.3.7 of the Settlement Agreement requires the Settlement Program to "use its best efforts to provide Economic Class Members with assistance, information, opportunities and notice so that the Economic Class Member has the best opportunity to be determined eligible for and receive the Settlement Payment(s) to which the Economic Class Member is entitled."[6]  Section 4.3.8 of the

---

[2] ORDER (Sept. 6, 2013) [Rec. Doc. 11288], p.3 (emphasis supplied).

[3] *See* TRANSCRIPT (Sept. 24, 2014) [Rec. Doc. 13450] at pp.93-94.  The Special Master cites to Pages 20-21 and Footnote 15 within this Court's Order of April 29, 2014 [Rec. Doc. 12794] for the proposition that "Alfonso's intent and the elements of common law fraud, however, need not be proven in an equitable claim for restitution" (REPLY BRIEF, at p.2);  but the Court, in that Order, was addressing whether all of the formal elements of a separate cause of action for "unjust enrichment" needed to be established *within the context of* the Court's "exercise its well-recognized equitable power to devitalize a *fraudulently* obtained result." ORDER, p.20, (emphasis supplied).

[4] *See generally* OPPOSITION TO BP'S MOTION FOR RESTITUTION (Aug. 15, 2014) [Rec. Doc. 12387].

[5] Moreover, and as a practical matter, there is likely no need for a formal "clawback" or "restitution" of a mere error in the calculation of a First-Round Seafood Payment, as any established "over-payment" can simply be deducted from the Second-Round and/or further distributions.

[6] *See also* SETTLEMENT AGREEMENT, Section 6.1 ("Subject to and in accordance with Sections 4.3.7 and 4.3.8, Economic Class Members will have up to three opportunities, depending on their circumstances, to have their Claims reconsidered and reviewed to assure accuracy, transparency, independence, and adherence by the Settlement Program to the terms of this Agreement").

Settlement Agreement requires the Settlement Program to "evaluate and process the information in the Claim Form and all supporting documentation to produce the greatest Compensation Amount that such information and supporting documentation allows."[7]  And the Claims Administrator's Policy No. 262 provides that where a conflict between the available trip ticket data and a sworn written statement is found, "the Claims Administrator will notify the claimant to resolve the issue or take such other steps as are necessary to determine the correct allocation."[8] To deny the class member all compensation to which he or she is entitled under the Settlement Agreement, rather than providing him with notice and a reasonable opportunity to correct, amend, supplement or otherwise explain a discrepancy in the documentation, is contrary to the nature, spirit, intent, and actual terms of the Settlement Agreement, the Seafood Compensation Program, and the Claims Administrator's stated Policies.

As a practical matter, moreover, it is difficult to see how "allowing Alfonso to present a new set of accounting data now" would "encourage claimants to take a chance at submitting overstated information,"[9] as the Seafood Claims Filing Deadline occurred in January of 2013, with almost all Seafood Claims already processed and at least first-round determinations paid.

Additionally, and along the same lines, it is unclear to Class Counsel why the Special Master's Clawback Motions have been exempted from the Court's Orders of May 22, 2012[10] and

---

[7] *See also* SETTLEMENT AGREEMENT, Section 4.4.9 ("there shall be no negative inference or presumption of any kind as to the eligibility or right of any Economic Class Member to receive a Settlement Payment under the terms of the Settlement Agreement").

[8] *See also, e.g.,* SETTLEMENT AGREEMENT, Section 4.4.7 ("The Claims Administrator shall explore and consider the utilization of streamlined procedures to improve the efficiency of the Claims process, without changing Claims criteria"); SECTION 4.3.1 (the Claims Administrator shall implement and administer the Settlement "for the benefit of the Economic Class").

[9] REPLY BRIEF, p.6.

[10] REC. DOC. 6573.

June 29, 2012[11] protecting Claim- and Claimant-specific information as "confidential".  Following a formal judicial determination that a "fraud" has, in fact, been committed, we could understand the Court potentially identifying the Claimant in its findings or other subsequent pleadings.  But it is not clear why the accused should be subject to a potential BP full-page advertisement or U.S. Chamber piece as a "fraudster" whether the Court ultimately agrees with the Special Master or not.

This 8th day of June, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**CLASS COUNSEL
FOR THE ECONOMIC & PROPERTY DAMAGES CLASS**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.

---

[11] REC. DOC. 6822.

Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193

218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360

Telefax: (225) 664-6925  
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez  
COLSON HICKS EIDSON  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 33134  
Office: (305) 476-7400  
Telefax: (305) 476-7444  
E-Mail:  ervin@colson.com

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Office: (843) 216-9159  
Fax No. (843) 216-9290  
E-Mail: jrice@motleyrice.com

Office: (985) 876-7595  
Fax No. (985) 876-7594  
E-Mail: duke@williamslawgroup.org

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Submission been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of June, 2015.

/s/  James Parkerson Roy and Stephen J. Herman