UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| **This Document Relates To:** | * | **SECTION: J** |
| *All Cases* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are multiple motions to withdraw the law firm of Waltzer Wiygul & Garside, L.L.C. and its individual attorneys as counsel of record for various clients.  (Rec. Docs. 14663-14670, 14672-14675).

Also before the Court are multiple motions for leave to file short form joinders beyond the September 16, 2011 monition date.  (Rec. Doc. 14683-14688).

Filing multiple motions that seek identical relief creates needless clutter in the Court's MDL docket.  Counsel shall file a single, omnibus motions whenever practical.  Accordingly,

IT IS ORDERED that the above motions are DENIED without prejudice.  Counsel may refile these motions in accordance with this Order.

Signed in New Orleans, Louisiana, this 8th day of June, 2015.

_____
United States District Judge