**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | ) | **CIVIL ACTION NO. 2:10-MDL-02179** |
| | ) | **SECTION "J"** |
| **THIS DOCUMENT RELATES TO CASE NOS: 2:13-cv-01070; 2:13-cv-01072; 2:13-cv-01073; 2:13-cv-01074; 2:13-cv-01075; 2:13-cv-01076; 2:13-cv-01077; 2:13-cv-01078; 2:13-cv-01775; 2:13-cv-04698** | ) | **JUDGE BARBIER** |
| | ) | **MAGISTRATE SHUSHAN** |

**EX PARTE MOTION FOR LEAVE TO AMEND COMPLAINT & JOIN DEFENDANTS TRANSOCEAN HOLDINGS, LLC & HALLIBURTON ENERGY SERVICES, INC.**

Comes now the following plaintiffs, through their undersigned counsel, and move this Court to grant them leave to amend their complaints and join Transocean Holdings, LLC & Halliburton Energy Services, Inc. as defendants in the following causes of action:

1. LT Seafood, LP v. BP Exploration & Production, Inc., et. al. (2:13-cv-01070)
2. Vermillion Point, LLC v. BP Exploration & Production, Inc., et. al. (2:13-cv-01072)
3. Naquin, et. al. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01073)
4. Bedrock Seafood, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01074)
5. United Financial Merchant Services v. BP Exploration & Production, Inc., et. al. (2:13-cv-01075)
6. Crabco, et. al. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01076)
7. Waverly Crabs v. BP Exploration & Production, Inc., et. al. (2:13-cv-01077)
8. Global Sales Agency, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01078)
9. Hook-N-Line Map Company, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01775)
10. Louisiana Blue Crab, LLC v. BP Exploration & Production, Inc., et. al. (2:13-cv-04698)

As grounds thereof, Plaintiffs assert the following:

1. No prejudice will result from the acceptance of Plaintiffs' Amended Complaints and Joinders of Transocean and Halliburton. The Court has previously allowed

such filings, including new claims which were not previously filed. No action has been taken which could cause prejudice to any other party precluding this Motion.

2. In their original filed complaints, Plaintiffs adopted the B1 Master Complaint (Document 1128, filed 2-9-11), which includes claims against Transcocean and Halliburton.
3. All individual litigation has been stayed.
4. All eligible claims have been timely filed with the DHECC.
5. All Plaintiff Profile Forms were timely filed and served on all parties, including Transocean and Halliburton in accordance with Pretrial Order No. 12.
6. The applicable limitations period set by this Court and the terms and conditions for the Economic Loss Settlement for these claimants' claims has not yet run, if applicable. The Court has discretion to permit the amendment of pleadings and joinder of additional defendants so long as the rights of the parties are not adversely affected.
7. The test cases are pending and have not been tried and thus no prejudice exists for allowing the amendment and joinder of these defendants in these actions.
8. The Court has allocated fault against BP, Transocean and Halliburton and thus there can be no prejudice or surprise in joining them to the individual cases; and
9. There is no final judgment assigning fault, as the appeal is still pending.
10. Counsel is unaware of any deadlines preventing the joinder of Transocean and Halliburton.

Therefore, Plaintiff hereby respectfully request the Court grant their Motion for Leave to Amend Complaints & Join Defendants Transocean Holdings, LLC & Halliburton Energy Services, Inc. (attached herein) and deem such as timely filed in this action.

Respectfully Submitted,

**DEAN LAW FIRM**

*/s/ J. Christopher Dean*
J. Christopher Dean
Texas Bar No. 00793596
Federal Bar No. 266069
Email: dean@jamesdeanlaw.com
T. Danielle Ross
Texas Bar No. 24070530
Federal Bar No. 1102102
Email: ross@jamesdeanlaw.com
17225 El Camino Real, Suite 190
Houston, Texas 77058
T: 281-280-8900
F: 281-280-8901

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of June, 2015.

*/s/ J. Christopher Dean*
J. Christopher Dean