UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | | CIVIL ACTION NO. |
| "DEEPWATER HORIZON" IN THE ) | | 2:10-MDL-02179 |
| GULF OF MEXICO, ON APRIL 20, 2010 ) | | |
| ) | | SECTION "J" |
| THIS DOCUMENT RELATES TO CASE NOS: ) | | |
| 2:13-cv-01070; 2:13-cv-01072; 2:13-cv-01073; ) | | JUDGE BARBIER |
| 2:13-cv-01074; 2:13-cv-01075; 2:13-cv-01076; ) | | |
| 2:13-cv-01077; 2:13-cv-01078; 2:13-cv-01775; ) | | |
| 2:13-cv-04698 ) | | MAGISTRATE SHUSHAN |

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to Amend Complaint and Join Defendants Transocean Holdings, LLC and Halliburton Energy Services, Inc., the Court is of the opinion that such Motion should be granted as follows:

It is therefore ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs' Amended Complaints filed in conjunction with the Motion for the following cases are deemed to be timely filed and accepted by the Court:

1. LT Seafood, LP v. BP Exploration & Production, Inc., et. al. (2:13-cv-01070)
2. Vermillion Point, LLC v. BP Exploration & Production, Inc., et. al. (2:13-cv-01072)
3. Naquin, et. al. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01073)
4. Bedrock Seafood, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01074)
5. United Financial Merchant Services v. BP Exploration & Production, Inc., et. al. (2:13-cv-01075)
6. Crabco, et. al. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01076)
7. Waverly Crabs v. BP Exploration & Production, Inc., et. al. (2:13-cv-01077)
8. Global Sales Agency, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01078)
9. Hook-N-Line Map Company, Inc. v. BP Exploration & Production, Inc., et. al. (2:13-cv-01775)
10. Louisiana Blue Crab, LLC v. BP Exploration & Production, Inc., et. al. (2:13-cv-04698).

Signed in New Orleans, Louisiana, this ____ day of _____ 2015.

_____
HON. CARL J. BARBIER
U.S. DISTRICT JUDGE