UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS and 10-9999 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEARANCE OF COUNSEL FOR THE CITY OF MOBILE, ALABAMA

The undersigned appear as counsel of record for THE CITY OF MOBILE, ALABAMA ("Movant") in the above styled case. A short form joinder was filed as document number 158 for the City of Mobile. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

> Mary Beth Mantiply
> Fed. Bar No. MANTM7470
> P.O. Box 862
> Montrose, AL 36559
> 251.625.4040
> Adele123m@aol.com
> Plaintiff's Counsel

AND

> GREGORY M. FRIEDLANDER
> 01886 Bar Number
> Attorney for Plaintiff
> Gregory M. Friedlander & Associates, P.C.
> 11 S. Florida St.
> Mobile, AL 36606-1934
> (251)470-0303
> Fax: (888)441-2123
> E-Mail Address: Isee3@aol.com

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER
    01886 Bar Number
    Attorney for Plaintiff
    Gregory M. Friedlander &
    Associates, P.C.
    11 S. Florida St.
    Mobile, AL 36606-1934
    (251)470-0303
    Fax: (888)441-2123
E-Mail Address: lsee3@aol.com

/s/Mary Beth Mantiply_____
Mary Beth Mantiply
Fed. Bar No. MANTM7470
P.O. Box 862
Montrose, AL 36559
251.625.4040
Adele123m@aol.com
Plaintiff's Counsel

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th Day of June, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    (None).

        s/ Gregory Friedlander
        Gregory Friedlander
            GREGORY M. FRIEDLANDER
            01886 Bar Number
            Attorney for Plaintiff
            Gregory M. Friedlander &

Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
Fax: (888)441-2123
E-Mail Address: Isee3@aol.com