UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. SHUSHAN |

**Applies to:**

**2:11**-cv-00916 (Plaquemines Parish);
**2:13**-cv-01403 (St. Bernard Parish);
**2:13**-cv-01489 (Lafourche Parish);
**2:13**-cv-01500 (Cameron Parish);
**2:13**-cv-01556 (Grand Isle);
**2:13**-cv-01622 (Jefferson Parish);
**2:13**-cv-01678 (Terrebonne Parish);
**2:13**-cv-01789 (St. Tammany Parish);
**2:13**-cv-01977 (New Orleans)
**************************************************************************

### THE LOUISIANA COASTAL PARISH GOVERNMENTS' REQUEST FOR INCLUSION IN THE JUNE 18, 2015 STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

The Local Governments of Jefferson, Lafourche, Orleans, Plaquemines, St. Bernard, St. Tammany, Terrebonne, and Cameron (jointly referred to herein as the "Louisiana Coastal Parish Governments")[1] respectfully request their cases collectively be added as a topic for the Status Conference set on June 18, 2015 in accordance with the Court's May 4, 2015 order (Rec. Doc. 14520) and the Court's May 22, 2015 order ( Rec. Doc.14607).

The Louisiana Coastal Parish Governments have claimed damages to wetlands, cost of

---

[1] Included in this request are government entities including parish governments, local school boards, municipalities, local political subdivisions of the state within those parishes, special service districts, sheriffs, assessors, levee districts, and other local and/or state entities, which are either individually or jointly represented by undersigned counsel. For ease of addressing the issues considered in the status conference the civil action numbers are not listed. That information can be supplied at the request of the court.

coastal monitoring and restoration, accelerated land loss, cost of emergency relief efforts, loss of ad valorem property taxes, retail sales taxes, automobile sales taxes, and hotel and tourism-related sales taxes, among other things.

After the State of Louisiana, the Louisiana Coastal Parish Governments are the single largest landowners of wetlands whose property was directly impacted by the effluents from the Deepwater Horizon disaster.  Under the compensation framework for "Wetlands Real Property" of the Master Settlement Agreement for their tens of thousands of acres of oiled wetlands, their property damages at issue reach into the billions of dollars.   Their claimed loss of tax revenues (which form much of the State of Louisiana's economic damages) also amount to billions of dollars.

The Louisiana Coastal Parish Governments submit that their cases are ripe for inclusion in the June 18th Status Conference because of their size and scope, their need for discovery, and their relationship to the State of Louisiana's case which is included on the agenda. Because of the nature of sales tax collection and computation in Louisiana, the calculation of loss by local governments is directly related to that of the State.

Wherefore, the Louisiana Coastal Parish Governments respectfully request that this Court include them on its June 18, 2015 Status Conference agenda.

> Respectfully Submitted,
> **MARTZELL & BICKFORD**
>
> */s/Scott R. Bickford*
> **SCOTT R. BICKFORD, T. A. (#1165)**
> **LAWRENCE J. CENTOLA, III (#27402)**
> **SPENCER R. DOODY (#27795)**
> usdcedla@mbfirm.com
> 338 Lafayette Street
> New Orleans, LA 70130
> (504) 581-9065 Telephone
> (504) 581-7635 Fax
> **Special Counsel for the Parishes of Plaquemines and Cameron, the Town of Grand Isle and their Subdivisions and Districts**
>
> AND
>
> */s/David Landry*
> **DAVID L. LANDRY (#7978)**
> **The Law Office of David L. Landry**
> 2landry@cox.net
> 1214 Parasol Place
> Pensacola, Florida 3250
> (850) 492-7240
>
> AND
>
> */s/Henry King*
> **HENRY A. KING (#7393)**
> **MICHAEL L. VINCENZO (#23965)**
> **King, Krebs & Jurgens, PLLC**
> hking@kingkrebs.com
> mvincenzo@kingkrebs.com
> 201 St. Charles Avenue, 45th Floor
> New Orleans, LA 70170
> 504-582-3800 Telephone
> 504-582-1233 Fax
> **Special Counsel for the Parish of Plaquemines of the State of Louisiana and its Subdivisions and Districts**

3

/s/Walter J. Leger, Jr.
**WALTER J. LEGER, JR. (#02878) T.A.**
**FRANKLIN G. SHAW (#01594)**
**CHRISTINE SEVIN FAYARD (#32683)**
**LEGER & SHAW**
wleger@legershaw.com
csevin@legershaw.com
935 Gravier Street, Suite 2150
New Orleans, LA 70112
504-588-9043 Telephone
504-588-9980 Fax
**Attorneys for St. Bernard Parish Government, Lafourche Parish Government, Terrebonne Consolidated Parish Government, and St. Tammany Parish Government, the City of New Orleans, and other Political and Government entities and Districts located in those Parishes and the City**

/s/Stanwood Duval
**C. BERWICK DUVAL, II (#5109)**
**STANWOOD R. DUVAL (#27732)**
**Duval, Funderbunk, Sundbery, Lovell & Watkins**
stan@duvallawfirm.com
101 Wilson Avenue
P.O. Box 3017
Houma, LA 70361-3017
985-876-6410 Telephone
985-851-1490 Fax
**Attorneys for the Terrebonne Parish Consolidated Government, Terrebonne Parish School Board, Terrebonne Parish Sheriff, Terrebonne Parish Levee District and other Terrebonne Parish political and governmental entities**

/s/ Charles C. Bourque, Jr.
**CHARLES C. BOURQUE, JR. (#20118)**
**ST. MARTIN & BOURQUE**
cbourque@crescent-farm.com
4084 Highway 311
Houma, LA 70360
985-876-3891 Telephone
985-851-2219 Fax
**Counsel for Terrebonne Parish Consolidated Government, Terrebonne Levee and Conservation District, Terrebonne Parish Tax Assessor's Office and other Terrebonne Parish political and governmental entities**


/s/Tom Thornhill
**TOM W. THORNHILL(12776)**
**THORNHILL LAW FIRM, APLC**
tom@thornhilllawfirm.com
1308 9th St.
Slidell, LA 70458
(985) 641-5010 Telephone
**Attorneys for St. Tammany Parish Government, and other Political and Government entities and Districts located in the Parish**


/s/ Daryl A. Higgins
**DARYL A. HIGGINS (#6868)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
dhiggins@grhg.net
401 Whitney Avenue, Suite 500
Gretna, LA 70056
504-362-2466 Telephone
504-362-5938 Fax
**Attorneys for The Parish of Jefferson**

*/s/Kriste Utleyy*
**KRISTE TALTON UTLEY (#25268)**
**Boykin & Utley, APLC**
**ktu@beulaw.com**
400 Poydras Street, Suite 1540
New Orleans, LA 70130
504-527-5450 Telephone
504-527-5436 Fax
**Attorneys for the Parish of Jefferson, Orleans Parish School Board, and Sewerage and Water Board of New Orleans and other Political and Government Entities and Districts**


*/s/ Stephen Herman*
**Stephen J. Herman (La. Bar #23129)**
**Soren E. Gisleson (La. Bar #26302)**
**HERMAN HERMAN & KATZ LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
E Mail: sherman@hhkc.com
E-Mail: sgisleson@hhkc.com

AND

*/s/James Roy*
**James Parkerson Roy (La. Bar #11511)**
**Bob Wright (La. Bar #13691)**
**DOMENGEAUX WRIGHT ROY**
**& EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
E Mail: jimr@wrightroy.com

6

AND

*/s/ Calvin Fayard*
**Calvin C. Fayard, Jr. (La. Bar #5486)**
**C. Caroline Fayard (La. Bar #30888)**
**FAYARD & HONEYCUTT**
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
E Mail: calvinfayard@fayardlaw.com

AND

*/s/ Fred Herman*
**Fred Herman (La Bar #6811)**
**LAW OFFICES OF FRED HERMAN**
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7070
Fax: 504 581 7083
fherman@fredhermanlaw.com
**Attorneys for the City of New Orleans and other Political and Government Entities and Districts**


*s/David L. Colvin*
**DAVID L. COLVIN (#4353)**
**JEFFERY P. BROTHERS (#22279)**
**TRAVIS J. CAUSEY (#16853)**
**SHELLY R. HALE (#34578)**
**COLVIN LAW FIRM**
davec@dcolvinlaw.com
230 Huey P. Long Avenue
Gretna, LA 70053
504-367-9001 Telephone
504-367-0650 Fax
**Counsel for The Town of Grand Isle and Grand Isle Independent Levee District**