```
02:49:58   1                    UNITED STATES DISTRICT COURT

           2                    EASTERN DISTRICT OF LOUISIANA

           3

           4    ****************************************************************

           5    IN RE: OIL SPILL BY THE
                OIL RIG DEEPWATER HORIZON
           6    IN THE GULF OF MEXICO ON
                APRIL 20, 2010
           7
                                            CIVIL ACTION NO. 10-MD-2179 "J"
           8                                NEW ORLEANS, LOUISIANA
09:23:34                                    THURSDAY, JUNE 4, 2015, 3:00 P.M.
           9

          10    THIS DOCUMENT RELATES TO:

          11    13-706, 13-810, 13-1143,
                13-1185, 13-1222, 13-1386
          12    AND 13-2006

          13    ****************************************************************

          14

          15         TRANSCRIPT OF OPA TEST CASES STATUS CONFERENCE PROCEEDINGS
                      HEARD BEFORE THE MICHAEL O'KEEFE, LAW CLERK TO THE
          16                         HONORABLE SALLY SHUSHAN
                                UNITED STATES MAGISTRATE JUDGE
          17

          18

          19    APPEARANCES:

          20

          21    FOR THE PLAINTIFFS:      LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                         BY:  PAUL M. STERBCOW, ESQUIRE
          22                             PAN AMERICAN LIFE BUILDING
                                         601 POYDRAS STREET, SUITE 2615
          23                             NEW ORLEANS, LA   70130

          24

          25
```

**OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:           KIRKLAND & ELLIS
 9                           BY:  MATTHEW T. REGAN, ESQUIRE
                             300 N. LASALLE
10                           CHICAGO, IL 60654

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
17   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

                          OFFICIAL TRANSCRIPT
```

1 **I N D E X**

3   AGENDA ITEMS                                              PAGE

5   BISSO DISCOVERY........................................    4
6   JUDGE BARBIER'S STATUS CONFERENCE IS JUNE 18, 2015...     5
7   BP DOCUMENT PRODUCTION................................    6
8   DOCUMENTS FROM THIRD PARTIES..........................    7
9   SUBPOENAS SERVED ON 19 THIRD PARTIES..................    8
10  COMMON RULE 30(B)(6) NOTICE...........................    9
11  IDENTIFICATION OF A PRIORITY PLAINTIFF................   10
12  NGP ENERGY CAPITAL....................................   10

|  |  |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 09:23:34  2 | THURSDAY, JUNE 4, 2015 |
| 09:23:34  3 | IN CHAMBERS |
| 09:23:34  4 | (VIA TELEPHONE) |
| 09:23:34  5 |  |
| 03:00:58  6 |  |
| 03:00:58  7 | MR. O'KEEFE:  Paul and Matt? |
| 03:00:59  8 | MR. REGAN:  Yes. |
| 03:00:59  9 | MR. STERBCOW:  Yes. |
| 03:00:59 10 | MR. O'KEEFE:  This is O'Keefe and I'm substituting for |
| 03:01:02 11 | Sally, so we won't be on this thing long.  Thank you all for |
| 03:01:10 12 | participating. |
| 03:01:12 13 | MR. STERBCOW:  Sure. |
| 03:01:13 14 | THE COURT:  Let's start with the Bisso discovery.  At |
| 03:01:18 15 | the last conference the PSC anticipated completion by |
| 03:01:23 16 | June 19th.  How do we stand? |
| 03:01:26 17 | MR. STERBCOW:  We still think that's going to happen, |
| 03:01:28 18 | Mike.  We're about 80 percent there.  We would be further along |
| 03:01:34 19 | with that.  What happened was is going through everything again |
| 03:01:36 20 | to make sure we're doing this right, we found Bisso documents |
| 03:01:42 21 | that had been erroneously stored in another folder in our |
| 03:01:46 22 | system.  We already have them. |
| 03:01:47 23 | We had gotten them from Bisso months ago, but our |
| 03:01:52 24 | former IT guy put them in a place they weren't supposed to be. |
| 03:01:56 25 | Long story short, we found them, and it delayed us to the |

**OFFICIAL TRANSCRIPT**

```
03:02:00   1   extent that we just had a larger population of documents we
03:02:03   2   have to go through.  It's not that much but it delayed us a
03:02:06   3   little bit, but we're still on track to have this done actually
03:02:09   4   by the time we go see Judge Barbier.  I think that's the 18th.
03:02:13   5             MR. O'KEEFE:  Yeah.
03:02:15   6             MR. STERBCOW:  We should be done.
03:02:18   7             MR. O'KEEFE:  Supposedly our next conference is on
03:02:23   8   Thursday.  The telephone conference is on Thursday, the 18th,
03:02:26   9   but that is the day of Judge Barbier's status conference as
03:02:31  10   well, so we may not have the phone conference.  Let me talk to
03:02:36  11   Sally about that.
03:02:39  12             On that 18th, he's going to expect you to give
03:02:50  13   sort of a general overview of where the OPA moratoria cases
03:03:00  14   stand.  That's what he's looking for.
03:03:03  15             MR. STERBCOW:  Actually, I'm glad you said that because
03:03:05  16   Matt and I were wondering about that very thing.
03:03:09  17             MR. REGAN:  Yeah, we were going to talk to
03:03:12  18   Judge Shushan about it in terms of her expectation as to what
03:03:16  19   he wanted to hear from us about OPA, so that's helpful.
03:03:19  20             MR. O'KEEFE:  This wasn't on the agenda, but we had a
03:03:24  21   matter that came up earlier a few days ago, and Sally and
03:03:31  22   Judge Barbier and I talked about that matter.  I won't go into
03:03:36  23   the detail on that, but in response to that question, he just
03:03:40  24   said, you know, I want to hear a general overview of each of
03:03:46  25   these things that are on my agenda.
```

**OFFICIAL TRANSCRIPT**

|  |  |
|---|---|
| 03:03:51 1 | So I'm not trying to tell you how to do it, but |
| 03:04:01 2 | one of you could take the lead and the other could kind of just |
| 03:04:05 3 | fill in and say, yeah, you know, I agree and that sort of thing |
| 03:04:08 4 | and then just be prepared to answer his questions.  He knows |
| 03:04:12 5 | we're having the biweekly conferences and that sort of thing in |
| 03:04:17 6 | it, so he's up to speed on that part. |
| 03:04:19 7 | MR. STERBCOW:  Okay. |
| 03:04:21 8 | MR. REGAN:  Yeah, that's helpful.  Paul and I also |
| 03:04:23 9 | talked about maybe putting something, a brief paragraph |
| 03:04:26 10 | together or something -- |
| 03:04:26 11 | MR. O'KEEFE:  Okay. |
| 03:04:28 12 | MR. REGAN:  -- status.  He and I can go through that |
| 03:04:30 13 | and get that in before the 11th to the extent that would be |
| 03:04:34 14 | helpful. |
| 03:04:34 15 | MR. O'KEEFE:  Yeah, I think to the extent you could be |
| 03:04:37 16 | on the same page, that would be useful.  There probably will be |
| 03:04:40 17 | some matters that will be a little more difficult for him to |
| 03:04:43 18 | work his way through on that day, but that's what he said in |
| 03:04:46 19 | regard to this other matter:  I'm just looking for sort of a |
| 03:04:49 20 | general overview of the status of what's going on in that thing |
| 03:04:53 21 | as well as other things. |
| 03:04:54 22 | All right.  The BP document production.  Last |
| 03:04:58 23 | time, Paul, you guys reported some progress on review in the |
| 03:05:03 24 | production, including what had come in by the U.S., but you had |
| 03:05:07 25 | some issues with what BP was providing from third parties. |

**OFFICIAL TRANSCRIPT**

03:05:11  1  Anything new on that regard?
03:05:13  2          MR. STERBCOW:  No.  Matt, you do have to help me on
03:05:17  3  this.  I'm not aware of anything new on that.  Are you?
03:05:20  4          MR. REGAN:  I'm not, Mike.  I think on the BP
03:05:24  5  production, I think the posture is that Duke was looking into
03:05:29  6  those documents; although, I think, as he reported to
03:05:32  7  Judge Shushan last time, from a resource perspective most of
03:05:36  8  the resources were still being --
03:05:38  9          MR. O'KEEFE:  That's right.  That's right.
03:05:40 10          MR. REGAN:  -- Bisso direction.  So I think the posture
03:05:42 11  that we're in is we're ready and willing and able to have that
03:05:45 12  discussion.  It's just the practical reality of just making
03:05:49 13  sure that Duke and his team have a chance to go through them.
03:05:53 14  Then once we do that, we'll then work through what issues
03:05:56 15  arise, but it's a bit stacked up, I guess, is probably the best
03:06:00 16  way to put it.
03:06:02 17          MR. STERBCOW:  That it is.
03:06:03 18          MR. O'KEEFE:  Yeah.  All right.
03:06:05 19          MR. REGAN:  On the third-party, do you want me to go
03:06:07 20  there next --
03:06:08 21          MR. O'KEEFE:  You're still getting documents from third
03:06:11 22  parties and Bates stamping them and then turning them over to
03:06:14 23  the BSE team, right?
03:06:18 24          MR. REGAN:  Yeah, we are.  We do that about once a
03:06:21 25  week.

**OFFICIAL TRANSCRIPT**

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
| 03:06:21 | 1  | Paul and I had some discussions about a couple                        |
| 03:06:23 | 2  | that he's been leading up and where there has been extensions         |
| 03:06:27 | 3  | of time that have been offered and all been agreed by.  So I         |
| 03:06:31 | 4  | think, to cut to the quick on it, Mike, there may be a couple         |
| 03:06:35 | 5  | parties where we'll need to bring them to the attention of the        |
| 03:06:39 | 6  | Court out of the full universe that we've got the subpoenas out       |
| 03:06:43 | 7  | to, but I think it will be a very small number, if any.               |
| 03:06:46 | 8  | It's too early to tell but for the most part, I                       |
| 03:06:49 | 9  | think it's been a pretty smoothly run operation.  It certainly        |
| 03:06:53 | 10 | has between us and the PSC on it, and there are a couple that         |
| 03:06:58 | 11 | are still outstanding that once we get those documents, we're         |
| 03:07:01 | 12 | reviewing them, and obviously our first instinct is to see if         |
| 03:07:06 | 13 | we can settle any issues by agreement.                                |
| 03:07:08 | 14 | I suspect if we -- I suspect we will know whether                     |
| 03:07:11 | 15 | there is any significant issues to raise to the Court at some         |
| 03:07:16 | 16 | point this month in the next couple weeks.                            |
| 03:07:18 | 17 | MR. O'KEEFE:  Okay.  Last time you indicated that there               |
| 03:07:22 | 18 | were subpoenas served on 19 third parties.  Is that still the         |
| 03:07:26 | 19 | number?                                                               |
| 03:07:26 | 20 | MR. REGAN:  Yes, sir.  There are no new subpoenas.  The               |
| 03:07:29 | 21 | 19 plus, then the one to the government, and so nothing beyond        |
| 03:07:35 | 22 | that.                                                                 |
| 03:07:36 | 23 | MR. O'KEEFE:  Last time you reported that you had                     |
| 03:07:38 | 24 | gotten responses from 10.  Has that increased?                        |
| 03:07:42 | 25 | MR. REGAN:  I think it has, Mike.                                     |

| | | |
|---|---|---|
| 03:07:44 | 1 | MR. O'KEEFE:  Don't worry about the number. |
| 03:07:46 | 2 | MR. REGAN:  Yeah.  As we get stuff in, we have been |
| 03:07:50 | 3 | sending it along.  I think we've had a few more that have come |
| 03:07:53 | 4 | in. |
| 03:07:53 | 5 | MR. STERBCOW:  I mean, I can confirm that because I |
| 03:07:55 | 6 | recall -- because I get copied on those e-mails, Mike, and |
| 03:07:58 | 7 | since we talked last, we've definitely gotten more in from BP |
| 03:08:03 | 8 | that they've gotten in from the third parties. |
| 03:08:05 | 9 | MR. O'KEEFE:  That's okay.  As long as there is nothing |
| 03:08:07 | 10 | that we have to do yet, we don't need that level of detail. |
| 03:08:07 | 11 | MR. STERBCOW:  Okay. |
| 03:08:11 | 12 | MR. O'KEEFE:  On the common Rule 30(b)(6) notice, you |
| 03:08:17 | 13 | all reported that there was a meeting set for May 28th in |
| 03:08:22 | 14 | Houston to work on the notice.  Is there anything coming out of |
| 03:08:25 | 15 | that? |
| 03:08:28 | 16 | MR. REGAN:  Well, that meeting got rescheduled, |
| 03:08:30 | 17 | unfortunately, because of Houston and some -- |
| 03:08:34 | 18 | MR. O'KEEFE:  That's perfectly understandable. |
| 03:08:37 | 19 | MR. REGAN:  We did it.  Actually we borrowed some scuba |
| 03:08:42 | 20 | gear. |
| 03:08:43 | 21 | MR. STERBCOW:  I shouldn't be laughing about that, |
| 03:08:45 | 22 | frankly, but go ahead. |
| 03:08:47 | 23 | MR. O'KEEFE:  Do you have a date for when it's |
| 03:08:48 | 24 | rescheduled, Paul? |
| 03:08:50 | 25 | MR. STERBCOW:  Yes, next Wednesday.  Matt is coming to |

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 03:08:54 | 1 | New Orleans.  I think.  Did that work out, Matt? |
| 03:08:58 | 2 | MR. REGAN:  Yes, sir.  Wednesday, June 10th. |
| 03:09:01 | 3 | MR. O'KEEFE:  Well, having been through Katrina, I have |
| 03:09:05 | 4 | deep sympathy for anybody that has flooding problems.  I don't |
| 03:09:13 | 5 | like watching the water rise around you. |
| 03:09:16 | 6 | Okay.  Sally had asked BP about identification of |
| 03:09:22 | 7 | a priority plaintiff, and you all were working on that.  If |
| 03:09:25 | 8 | you're still working on it, that's fine.  I just wanted to |
| 03:09:28 | 9 | mention it because it was on the list. |
| 03:09:30 | 10 | MR. REGAN:  Yeah.  We are and I think once we hear from |
| 03:09:34 | 11 | the PSC that they are ready, we will give them that name. |
| 03:09:39 | 12 | We're kind of evaluating a little bit based on what we get from |
| 03:09:44 | 13 | third parties.  As soon as they are ready, we'll be ready. |
| 03:09:48 | 14 | MR. O'KEEFE:  Is there anything that you fellows want |
| 03:09:49 | 15 | to bring up, because that's all that's on the agenda that I |
| 03:09:53 | 16 | prepared for Sally. |
| 03:09:54 | 17 | MR. REGAN:  There were two things, Mike, that Paul and |
| 03:09:58 | 18 | I had a discussion about beforehand just to try to streamline |
| 03:10:01 | 19 | this ourselves.  One you've covered, which was just to try and |
| 03:10:05 | 20 | make sure that we were going to be responsive to Judge Barbier |
| 03:10:07 | 21 | on the 18th, so that's very helpful, what we heard. |
| 03:10:10 | 22 | Then secondly, for one of the third parties, I |
| 03:10:17 | 23 | believe it's NGP Energy Capital, the parties had reached a |
| 03:10:22 | 24 | stipulation with respect to some confidentiality provisions on |
| 03:10:26 | 25 | those documents.  All the lawyers are signed off on it. |

**OFFICIAL TRANSCRIPT**

```
03:10:29   1              We just had a question as to whether the judge
03:10:32   2   would want both to sign and enter or whether we should just
03:10:37   3   file it, File & Serve it?
03:10:39   4              I don't know if Judge Shushan would have a
03:10:42   5   preference.  We scratched our head a little bit about which way
03:10:46   6   we should go, and I just told out team, "Well, I'll just ask
03:10:51   7   the Court on Thursday."
03:10:52   8              So it's a stipulation for the third-party signed
03:10:54   9   by everybody, and we, frankly, just need to know whether we
03:10:58  10   should put it up for the Court's signature or just file it
03:11:03  11   or --
03:11:04  12        MR. O'KEEFE:  Why don't you do it for court signature.
03:11:08  13   I think everything that we've -- I'm not a hundred percent
03:11:12  14   sure, but I think almost everything that has come through like
03:11:15  15   that we've put it in the form of court signature.
03:11:19  16        MR. REGAN:  Okay.  So we'll send it on.  Of course, you
03:11:23  17   guys can look at it.  If there is anything you need to tweak or
03:11:27  18   otherwise --
03:11:28  19        MR. O'KEEFE:  You can send it to me and I'll make sure
03:11:31  20   it gets in front of Sally.  You see my e-mail address on all of
03:11:35  21   those chains that come out, don't you?
03:11:38  22        MR. STERBCOW:  I have it, yes, sir.
03:11:39  23        MR. O'KEEFE:  Yes.  So just send it to me and I'll make
03:11:41  24   sure that it gets in front of her and she takes a look at it,
03:11:46  25   and then she'll just probably have Marie go ahead and put it in
```

**OFFICIAL TRANSCRIPT**

```
03:11:51  1   the record and sign it.
03:11:53  2          MR. REGAN:  Okay.  Yeah, I think that would be great.
03:11:54  3   I will do that.
03:11:56  4          MR. O'KEEFE:  Anything else, fellows?
03:11:58  5          MR. REGAN:  I think that was it.  No, I think that was
03:11:59  6   it.  Paul, did I miss anything?
03:12:02  7          MR. STERBCOW:  No, I think you got it.  That was it for
03:12:04  8   today.
03:12:05  9          MR. O'KEEFE:  All right.  Thank you all for your
03:12:07 10   patience in putting up with us.
03:12:10 11          MR. STERBCOW:  Thank you.
03:12:10 12          MR. REGAN:  We appreciate it.  Very good.
03:12:14 13          MR. STERBCOW:  All right.  Take care, Mike.
03:12:17 14          MR. O'KEEFE:  Bye.
         15          (WHEREUPON, at 3:12 p.m., the proceedings were
         16   concluded.)
         17                          *   *   *
         18
         19
         20
         21
         22
         23
         24
         25
```

**OFFICIAL TRANSCRIPT**

1          REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Certified Court Reporter in and for the State

5  of Louisiana, Official Court Reporter for the United States

6  District Court, Eastern District of Louisiana, do hereby

7  certify that the foregoing is a true and correct transcript to

8  the best of my ability and understanding from the record of the

9  proceedings in the above-entitled and numbered matter.

12                          *s/Cathy Pepper*

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Registered Merit Reporter
                            Official Court Reporter
15                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov

**OFFICIAL TRANSCRIPT**

**1**

**10** [3] - 3:11, 3:12, 8:24
**10-MD-2179** [1] - 1:7
**10th** [1] - 10:2
**11th** [1] - 6:13
**13-1143** [1] - 1:11
**13-1185** [1] - 1:11
**13-1222** [1] - 1:11
**13-1386** [1] - 1:11
**13-2006** [1] - 1:12
**13-706** [1] - 1:11
**13-810** [1] - 1:11
**18** [1] - 3:6
**18th** [4] - 5:4, 5:8, 5:12, 10:21
**19** [3] - 3:9, 8:18, 8:21
**19th** [1] - 4:16

**2**

**20** [1] - 1:6
**2010** [1] - 1:6
**2015** [2] - 1:8, 4:2
**2015..** [1] - 3:6
**2615** [1] - 1:22
**28th** [1] - 9:13

**3**

**30(B)(6** [1] - 3:10
**30(b)(6** [1] - 9:12
**300** [1] - 2:9
**3:00** [1] - 1:8
**3:12** [1] - 12:15

**4**

**4** [3] - 1:8, 3:5, 4:2

**5**

**5** [1] - 3:6
**500** [1] - 2:13
**504** [1] - 2:14
**589-7779** [1] - 2:14

**6**

**6** [1] - 3:7
**601** [1] - 1:22
**60654** [1] - 2:10

**7**

**7** [1] - 3:8
**70130** [2] - 1:23, 2:14

**8**

**8** [1] - 3:9
**80** [1] - 4:18

**9**

**9** [1] - 3:10

**A**

**ability** [1] - 13:8
**able** [1] - 7:11
**above-entitled** [1] - 13:9
**ABRAMSON** [1] - 1:21
**ACTION** [1] - 1:7
**address** [1] - 11:20
**AGENDA** [1] - 3:3
**agenda** [3] - 5:20, 5:25, 10:15
**ago** [2] - 4:23, 5:21
**agree** [1] - 6:3
**agreed** [1] - 8:3
**agreement** [1] - 8:13
**ahead** [2] - 9:22, 11:25
**almost** [1] - 11:14
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**AMERICAN** [1] - 1:22
**AND** [1] - 1:12
**answer** [1] - 6:4
**anticipated** [1] - 4:15
**APPEARANCES** [2] - 1:19, 2:1
**appreciate** [1] - 12:12
**APRIL** [1] - 1:6
**arise** [1] - 7:15
**attention** [1] - 8:5
**aware** [1] - 7:3

**B**

**Barbier** [3] - 5:4, 5:22, 10:20
**BARBIER'S** [1] - 3:6
**Barbier's** [1] - 5:9
**based** [1] - 10:12
**Bates** [1] - 7:22
**BEFORE** [1] - 1:15
**beforehand** [1] - 10:18
**best** [2] - 7:15, 13:8
**between** [1] - 8:10
**beyond** [1] - 8:21
**BISSO** [1] - 3:5
**Bisso** [4] - 4:14, 4:20, 4:23, 7:10
**bit** [4] - 5:3, 7:15, 10:12, 11:5
**biweekly** [1] - 6:5
**borrowed** [1] - 9:19
**BP** [13] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 3:7, 6:22, 6:25, 7:4, 9:7, 10:6
**brief** [1] - 6:9
**bring** [2] - 8:5, 10:15
**BSE** [1] - 7:23
**BUILDING** [1] - 1:22
**BY** [5] - 1:5, 1:21, 2:9, 2:16, 2:17
**bye** [1] - 12:14

**C**

**Capital** [1] - 10:23
**CAPITAL....................** [1] - 3:12
**care** [1] - 12:13
**cases** [1] - 5:13
**CASES** [1] - 1:15
**CATHY** [1] - 2:12
**Cathy** [2] - 13:3, 13:13
**cathy_Pepper@laed. uscourts.gov** [1] - 2:15
**Cathy_Pepper@laed .uscourts.gov** [1] - 13:15
**CCR** [2] - 2:12, 13:13
**certainly** [1] - 8:9
**CERTIFICATE** [1] - 13:1
**CERTIFIED** [1] - 2:12
**Certified** [3] - 13:3, 13:4, 13:13
**certify** [1] - 13:7
**chains** [1] - 11:21
**CHAMBERS** [1] - 4:3
**chance** [1] - 7:13
**CHICAGO** [1] - 2:10
**CIVIL** [1] - 1:7
**CLERK** [1] - 1:15
**coming** [2] - 9:14, 9:25
**COMMON** [1] - 3:10
**common** [1] - 9:12
**COMPANY** [2] - 2:4
**completion** [1] - 4:15
**COMPUTER** [1] - 2:17
**concluded** [1] - 12:16
**CONFERENCE** [2] - 1:15, 3:6
**conference** [5] - 4:15, 5:7, 5:8, 5:9, 5:10
**conferences** [1] - 6:5
**confidentiality** [1] - 10:24
**confirm** [1] - 9:5
**CONTINUED** [1] - 2:1
**copied** [1] - 9:6
**CORPORATION** [1] - 2:5
**correct** [1] - 13:7
**couple** [4] - 8:1, 8:4, 8:10, 8:16
**course** [1] - 11:16
**COURT** [3] - 1:1, 2:12, 4:14
**Court** [8] - 8:6, 8:15, 11:7, 13:4, 13:5, 13:6, 13:14, 13:15
**court** [2] - 11:12, 11:15
**Court's** [1] - 11:10
**covered** [1] - 10:19
**CRR** [2] - 2:12, 13:13
**cut** [1] - 8:4

**D**

**date** [1] - 9:23
**days** [1] - 5:21
**deep** [1] - 10:4
**DEEPWATER** [1] - 1:5
**definitely** [1] - 9:7
**delayed** [2] - 4:25, 5:2
**detail** [2] - 5:23, 9:10
**difficult** [1] - 6:17
**direction** [1] - 7:10
**discovery** [1] - 4:14
**DISCOVERY..............** [1] - 3:5
**discussion** [2] - 7:12, 10:18
**discussions** [1] - 8:1
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 13:6, 13:15
**document** [1] - 6:22
**DOCUMENT** [2] - 1:10, 3:7
**DOCUMENTS** [1] - 3:8
**documents** [6] - 4:20, 5:1, 7:6, 7:21, 8:11, 10:25
**done** [2] - 5:3, 5:6
**Duke** [2] - 7:5, 7:13

**E**

**e-mail** [1] - 11:20
**e-mails** [1] - 9:6
**early** [1] - 8:8
**Eastern** [1] - 13:6
**EASTERN** [1] - 1:2
**ELLIS** [1] - 2:8
**Energy** [1] - 10:23
**ENERGY** [1] - 3:12
**enter** [1] - 11:2
**entitled** [1] - 13:9
**erroneously** [1] - 4:21
**ESQUIRE** [2] - 1:21, 2:9
**evaluating** [1] - 10:12
**expect** [1] - 5:12
**expectation** [1] - 5:18
**EXPLORATION** [1] - 2:6
**extensions** [1] - 8:2
**extent** [3] - 5:1, 6:13, 6:15

**F**

**fellows** [2] - 10:14, 12:4
**few** [2] - 5:21, 9:3
**file** [2] - 11:3, 11:10
**File** [1] - 11:3
**fill** [1] - 6:3
**fine** [1] - 10:8
**first** [1] - 8:12
**flooding** [1] - 10:4
**folder** [1] - 4:21
**FOR** [2] - 1:21, 2:3
**foregoing** [1] - 13:7
**form** [1] - 11:15
**former** [1] - 4:24
**frankly** [2] - 9:22, 11:9
**FROM** [1] - 3:8
**front** [2] - 11:20, 11:24
**full** [1] - 8:6

**G**

**gear** [1] - 9:20
**general** [3] - 5:13, 5:24, 6:20
**glad** [1] - 5:15
**government** [1] - 8:21
**great** [1] - 12:2
**guess** [1] - 7:15

**GULF** [1] - 1:6
**guy** [1] - 4:24
**guys** [2] - 6:23, 11:17

### H

**HB406** [1] - 2:13
**head** [1] - 11:5
**hear** [3] - 5:19, 5:24, 10:10
**HEARD** [1] - 1:15
**heard** [1] - 10:21
**help** [1] - 7:2
**helpful** [4] - 5:19, 6:8, 6:14, 10:21
**hereby** [1] - 13:6
**HOLDINGS** [1] - 2:7
**HONORABLE** [1] - 1:16
**HORIZON** [1] - 1:5
**Houston** [2] - 9:14, 9:17
**hundred** [1] - 11:13

### I

**IDENTIFICATION** [1] - 3:11
**identification** [1] - 10:6
**IL** [1] - 2:10
**IN** [3] - 1:5, 1:6, 4:3
**INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8
**including** [1] - 6:24
**increased** [1] - 8:24
**indicated** [1] - 8:17
**instinct** [1] - 8:12
**IS** [1] - 3:6
**issues** [4] - 6:25, 7:14, 8:13, 8:15
**IT** [1] - 4:24
**ITEMS** [1] - 3:3

### J

**JUDGE** [2] - 1:16, 3:6
**judge** [1] - 11:1
**Judge** [7] - 5:4, 5:9, 5:18, 5:22, 7:7, 10:20, 11:4
**June** [2] - 4:16, 10:2
**JUNE** [3] - 1:8, 3:6, 4:2

### K

**Katrina** [1] - 10:3
**kind** [2] - 6:2, 10:12
**KIRKLAND** [1] - 2:8
**knows** [1] - 6:4
**KULLMAN** [1] - 1:21

### L

**LA** [2] - 1:23, 2:14
**larger** [1] - 5:1
**LASALLE** [1] - 2:9
**last** [6] - 4:15, 6:22, 7:7, 8:17, 8:23, 9:7
**laughing** [1] - 9:21
**LAW** [1] - 1:15
**lawyers** [1] - 10:25
**lead** [1] - 6:2
**leading** [1] - 8:2
**level** [1] - 9:10
**LEWIS** [1] - 1:21
**LIFE** [1] - 1:22
**LIMITED** [1] - 2:7
**list** [1] - 10:9
**look** [2] - 11:17, 11:24
**looking** [3] - 5:14, 6:19, 7:5
**LOUISIANA** [2] - 1:2, 1:8
**Louisiana** [2] - 13:5, 13:6

### M

**MAGISTRATE** [1] - 1:16
**mail** [1] - 11:20
**mails** [1] - 9:6
**Marie** [1] - 11:25
**Matt** [4] - 4:7, 5:16, 9:25, 10:1
**matt** [1] - 7:2
**matter** [4] - 5:21, 5:22, 6:19, 13:9
**matters** [1] - 6:17
**MATTHEW** [1] - 2:9
**mean** [1] - 9:5
**MECHANICAL** [1] - 2:16
**meeting** [2] - 9:13, 9:16
**mention** [1] - 10:9
**Merit** [2] - 13:4, 13:14
**MERIT** [1] - 2:13
**MEXICO** [1] - 1:6
**MICHAEL** [1] - 1:15

**Mike** [7] - 4:18, 7:4, 8:4, 8:25, 9:6, 10:17, 12:13
**miss** [1] - 12:6
**month** [1] - 8:16
**months** [1] - 4:23
**moratoria** [1] - 5:13
**most** [2] - 7:7, 8:8
**MR** [61] - 4:7, 4:8, 4:9, 4:10, 4:13, 4:17, 5:5, 5:6, 5:7, 5:15, 5:17, 5:20, 6:7, 6:8, 6:11, 6:12, 6:15, 7:2, 7:4, 7:9, 7:10, 7:17, 7:18, 7:19, 7:21, 7:24, 8:17, 8:20, 8:23, 8:25, 9:1, 9:2, 9:5, 9:9, 9:11, 9:12, 9:16, 9:18, 9:19, 9:21, 9:23, 9:25, 10:2, 10:3, 10:10, 10:14, 10:17, 11:12, 11:16, 11:19, 11:22, 11:23, 12:2, 12:4, 12:5, 12:7, 12:9, 12:11, 12:12, 12:13, 12:14

### N

**name** [1] - 10:11
**need** [4] - 8:5, 9:10, 11:9, 11:17
**New** [1] - 10:1
**new** [3] - 7:1, 7:3, 8:20
**NEW** [3] - 1:8, 1:23, 2:14
**next** [4] - 5:7, 7:20, 8:16, 9:25
**NGP** [2] - 3:12, 10:23
**NO** [1] - 1:7
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**nothing** [2] - 8:21, 9:9
**notice** [2] - 9:12, 9:14
**NOTICE** [1] - 3:10
**number** [3] - 8:7, 8:19, 9:1
**numbered** [1] - 13:9

### O

**O'KEEFE** [26] - 1:15, 4:7, 4:10, 5:5, 5:7, 5:20, 6:11, 6:15, 7:9, 7:18, 7:21, 8:17, 8:23, 9:1, 9:9, 9:12, 9:18, 9:23, 10:3, 10:14, 11:12, 11:19, 11:23, 12:4, 12:9, 12:14
**O'Keefe** [1] - 4:10
**obviously** [1] - 8:12
**OF** [4] - 1:2, 1:6, 1:15, 3:11
**offered** [1] - 8:3
**Official** [2] - 13:5, 13:14
**OFFICIAL** [1] - 2:12
**OIL** [2] - 1:5, 1:5
**ON** [2] - 1:6, 3:9
**once** [4] - 7:14, 7:24, 8:11, 10:10
**one** [4] - 6:2, 8:21, 10:19, 10:22
**OPA** [3] - 1:15, 5:13, 5:19
**operation** [1] - 8:9
**Orleans** [1] - 10:1
**ORLEANS** [3] - 1:8, 1:23, 2:14
**otherwise** [1] - 11:18
**ourselves** [1] - 10:19
**outstanding** [1] - 8:11
**overview** [3] - 5:13, 5:24, 6:20

### P

**P.M** [1] - 1:8
**p.m** [1] - 12:15
**PAGE** [1] - 3:3
**page** [1] - 6:16
**PAN** [1] - 1:22
**paragraph** [1] - 6:9
**part** [2] - 6:6, 8:8
**participating** [1] - 4:12
**parties** [8] - 6:25, 7:22, 8:5, 8:18, 9:8, 10:13, 10:22, 10:23
**PARTIES** [1] - 3:9
**PARTIES** [1] - 3:8
**party** [2] - 7:19, 11:8
**patience** [1] - 12:10
**Paul** [7] - 4:7, 6:8, 6:23, 8:1, 9:24, 10:17, 12:6
**PAUL** [1] - 1:21
**Pepper** [3] - 13:3, 13:12, 13:13
**PEPPER** [1] - 2:12
**percent** [2] - 4:18, 11:13
**perfectly** [1] - 9:18
**perspective** [1] - 7:7

**phone** [1] - 5:10
**place** [1] - 4:24
**plaintiff** [1] - 10:7
**PLAINTIFF** [1] - 3:11
**PLAINTIFFS** [1] - 1:21
**plus** [1] - 8:21
**point** [1] - 8:16
**population** [1] - 5:1
**posture** [2] - 7:5, 7:10
**POYDRAS** [2] - 1:22, 2:13
**practical** [1] - 7:12
**preference** [1] - 11:5
**prepared** [2] - 6:4, 10:16
**pretty** [1] - 8:9
**PRIORITY** [1] - 3:11
**priority** [1] - 10:7
**problems** [1] - 10:4
**proceedings** [2] - 12:15, 13:9
**PROCEEDINGS** [3] - 1:15, 2:16, 4:1
**PRODUCED** [1] - 2:17
**production** [3] - 6:22, 6:24, 7:5
**PRODUCTION** [2] - 2:3, 2:6
**PRODUCTION** [1] - 3:7
**PRODUCTS** [1] - 2:8
**progress** [1] - 6:23
**providing** [1] - 6:25
**provisions** [1] - 10:24
**PSC** [3] - 4:15, 8:10, 10:11
**put** [5] - 4:24, 7:16, 11:10, 11:15, 11:25
**putting** [2] - 6:9, 12:10

### Q

**questions** [1] - 6:4
**quick** [1] - 8:4

### R

**raise** [1] - 8:15
**RE** [1] - 1:5
**reached** [1] - 10:23
**ready** [4] - 7:11, 10:11, 10:13
**reality** [1] - 7:12
**REALTIME** [1] - 2:12
**Realtime** [2] - 13:3, 13:13
**record** [2] - 12:1, 13:8

| | | T | W |
|---|---|---|---|
| **RECORDED** [1] - 2:16<br>**REGAN** [21] - 2:9, 4:8, 5:17, 6:8, 6:12, 7:4, 7:10, 7:19, 7:24, 8:20, 8:25, 9:2, 9:16, 9:19, 10:2, 10:10, 10:17, 11:16, 12:2, 12:5, 12:12<br>**regard** [2] - 6:19, 7:1<br>**REGISTERED** [1] - 2:13<br>**Registered** [1] - 13:3<br>**registered** [1] - 13:14<br>**RELATES** [1] - 1:10<br>**reported** [4] - 6:23, 7:6, 8:23, 9:13<br>**REPORTER** [3] - 2:12, 2:12, 2:13<br>**Reporter** [7] - 13:3, 13:4, 13:5, 13:13, 13:14, 13:14<br>**REPORTER'S** [1] - 13:1<br>**rescheduled** [2] - 9:16, 9:24<br>**resource** [1] - 7:7<br>**resources** [1] - 7:8<br>**respect** [1] - 10:24<br>**response** [1] - 5:23<br>**responses** [1] - 8:24<br>**responsive** [1] - 10:20<br>**review** [1] - 6:23<br>**reviewing** [1] - 8:12<br>**RIG** [1] - 1:5<br>**rise** [1] - 10:5<br>**RMR** [2] - 2:12, 13:13<br>**ROOM** [1] - 2:13<br>**RULE** [1] - 3:10<br>**Rule** [1] - 9:12<br>**run** [1] - 8:9<br><br>**S**<br><br>**s/Cathy** [1] - 13:12<br>**Sally** [6] - 4:11, 5:11, 5:21, 10:6, 10:16, 11:20<br>**SALLY** [1] - 1:16<br>**scratched** [1] - 11:5<br>**scuba** [1] - 9:19<br>**secondly** [1] - 10:22<br>**see** [3] - 5:4, 8:12, 11:20<br>**send** [3] - 11:16, 11:19, 11:23<br>**sending** [1] - 9:3<br>**Serve** [1] - 11:3<br>**served** [1] - 8:18<br>**SERVED** [1] - 3:9 | **set** [1] - 9:13<br>**settle** [1] - 8:13<br>**short** [1] - 4:25<br>**SHUSHAN** [1] - 1:16<br>**Shushan** [3] - 5:18, 7:7, 11:4<br>**sign** [2] - 11:2, 12:1<br>**signature** [3] - 11:10, 11:12, 11:15<br>**signed** [2] - 10:25, 11:8<br>**significant** [1] - 8:15<br>**small** [1] - 8:7<br>**smoothly** [1] - 8:9<br>**soon** [1] - 10:13<br>**sort** [4] - 5:13, 6:3, 6:5, 6:19<br>**speed** [1] - 6:6<br>**SPILL** [1] - 1:5<br>**stacked** [1] - 7:15<br>**stamping** [1] - 7:22<br>**stand** [2] - 4:16, 5:14<br>**start** [1] - 4:14<br>**State** [1] - 13:4<br>**STATES** [2] - 1:1, 1:16<br>**States** [2] - 13:5, 13:15<br>**STATUS** [2] - 1:15, 3:6<br>**status** [3] - 5:9, 6:12, 6:20<br>**STENOGRAPHY** [1] - 2:16<br>**STERBCOW** [18] - 1:21, 1:21, 4:9, 4:13, 4:17, 5:6, 5:15, 6:7, 7:2, 7:17, 9:5, 9:11, 9:21, 9:25, 11:22, 12:7, 12:11, 12:13<br>**still** [7] - 4:17, 5:3, 7:8, 7:21, 8:11, 8:18, 10:8<br>**stipulation** [2] - 10:24, 11:8<br>**stored** [1] - 4:21<br>**story** [1] - 4:25<br>**streamline** [1] - 10:18<br>**STREET** [2] - 1:22, 2:13<br>**stuff** [1] - 9:2<br>**SUBPOENAS** [1] - 3:9<br>**subpoenas** [3] - 8:6, 8:18, 8:20<br>**substituting** [1] - 4:10<br>**SUITE** [1] - 1:22<br>**supposed** [1] - 4:24<br>**supposedly** [1] - 5:7<br>**suspect** [2] - 8:14<br>**sympathy** [1] - 10:4<br>**system** [1] - 4:22 | **team** [3] - 7:13, 7:23, 11:6<br>**telephone** [1] - 5:8<br>**TELEPHONE** [1] - 4:4<br>**terms** [1] - 5:18<br>**TEST** [1] - 1:15<br>**THE** [6] - 1:5, 1:6, 1:15, 1:21, 4:14<br>**they've** [1] - 9:8<br>**third** [8] - 6:25, 7:19, 7:21, 8:18, 9:8, 10:13, 10:22, 11:8<br>**THIRD** [2] - 3:8, 3:9<br>**third-party** [2] - 7:19, 11:8<br>**THIS** [1] - 1:10<br>**Thursday** [3] - 5:8, 11:7<br>**THURSDAY** [2] - 1:8, 4:2<br>**TO** [2] - 1:10, 1:15<br>**today** [1] - 12:8<br>**together** [1] - 6:10<br>**track** [1] - 5:3<br>**TRANSCRIPT** [2] - 1:15, 2:16<br>**transcript** [1] - 13:7<br>**true** [1] - 13:7<br>**try** [2] - 10:18, 10:19<br>**trying** [1] - 6:1<br>**turning** [1] - 7:22<br>**tweak** [1] - 11:17<br>**two** [1] - 10:17<br><br>**U**<br><br>**U.S** [1] - 6:24<br>**understandable** [1] - 9:18<br>**unfortunately** [1] - 9:17<br>**UNITED** [2] - 1:1, 1:16<br>**United** [2] - 13:5, 13:15<br>**universe** [1] - 8:6<br>**up** [7] - 5:21, 6:6, 7:15, 8:2, 10:15, 11:10, 12:10<br>**useful** [1] - 6:16<br><br>**V**<br><br>**VIA** [1] - 4:4 | **watching** [1] - 10:5<br>**water** [1] - 10:5<br>**Wednesday** [2] - 9:25, 10:2<br>**week** [1] - 7:25<br>**weeks** [1] - 8:16<br>**WHEREUPON** [1] - 12:15<br>**willing** [1] - 7:11<br>**wondering** [1] - 5:16<br>**worry** [1] - 9:1 |

**OFFICIAL TRANSCRIPT**