UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        SECTION J

Applies to: 10-4182, 10-4183, 13-2645,     JUDGE BARBIER
           13-2646, 13-2647, 13-2813          MAGISTRATE JUDGE SHUSHAN

**ORDER**

[Regarding Alabama Damage Cases – Tel. Conference, Friday, June 5, 2015]

**1. Preservation and Disposal Issues.**

On May 8, 2015, BPXP requested authorization to dispose of specified amounts of material. Alabama objected. BPXP made a proposal to Alabama to resolve its objection. Alabama will respond.

Louisiana also made an objection. BPXP sought to communicate with Louisiana, but it has not responded. BPXP will follow-up with Louisiana.

BPXP will contact the U.S. and schedule a meet-and-confer about its proposed PTO to update evidence preservation requirements.

**2. Alabama's Production.**

     A. Sample Set of 100 Email Documents.

The parties agreed on the particular documents that Alabama will be required to produce after manual review. They will be produced as part of the "Next Alabama Production."

     B. Dr. Deravi.

Dr. Deravi's stand-alone file was produced. His email will be produced as part of the Next Alabama Production. BPXP reported that the model used by Dr. Deravi to generate the revenue forecasts was not produced. BPXP and Alabama are working on this issue.

C. Custodial File Production.

Alabama reported that custodial files for Dr. Hayworth, Julie Magee, Norris Green and Tom White will be produced as part of the Next Alabama Production.

The custodial file for Phillip Woods is in review. It will not be produced as part of the Next Alabama Production.

Alabama received a file from Bill Newton. It searched the file for any responsive, non-privileged information that was not produced previously. The documents from this search will be produced as part of the Next Alabama Production.

D. ADEM Production.

Alabama is reviewing a supplemental production of documents from ADEM. It anticipates they will be produced to BPXP with the Newton file.

E. LFO Production.

Alabama gathered three outstanding LFO budget fact books (2003, 2005 and 2008). They will be produced to BPXP in the Next Alabama Production.

**2. Alabama's Third Party Discovery**.

Alabama is in discussion with Waste Management Group. Because of the deposition of Jim Poore, a former Swift employee, Alabama is reconsidering whether it needs the Swift deposition.

**3. Depositions**.

Kelly Butler's deposition has not been scheduled. BPXP wants to review Dr. Deravi's custodial file before scheduling Butler's deposition.

BPXP reported that it will withdraw Captain Julia Hein from its witness disclosure list.

BPXP has encountered difficulties in scheduling the deposition of Kris Sliger. Alabama requested his custodial file. BPXP anticipates production of the custodial file within the next couple of weeks.

As to the third party witnesses, Alabama scheduled the deposition of Crowder. BPXP scheduled the deposition of Baldwin County for July 10.

Alabama is working on the GIS data issue and whether a deposition is required.

Alabama identified a BP corporate structure deposition as a place holder. There was no need to address it at the June 5 conference.

**4.      Rebuttal Witnesses**.

Alabama can designate up to two rebuttal witnesses. Until it can depose Kris Sliger and other BPXP representatives, it is unable to identify the rebuttal witnesses. BPXP will consider Alabama's issue and confer with Alabama before the next conference.

**5.      Hybrid Witnesses**.

The issue of the hybrid witnesses, Drs. Deravi, Hayworth and Taylor, is before the Court.

**6.      BPXP's Interrogatory No. 7**.

BPXP reported an impasse over whether Alabama's supplemental response to Interrogatory no. 7 complies with the Court's order regarding Defendants' motion to compel. On **Monday, June 8**, BPXP will submit a two page memo on the issue. Alabama will reply on **Thursday, June 11**, with a two page memo.

7. **<u>Next Telephone Conference</u>**.

    The next telephone conference is scheduled for **Friday, June 26, at 11:00 a.m**.

    New Orleans, Louisiana, this 9th day of June, 2015.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**