**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010               SECTION J

Applies to: 10-4182, 10-4183, 13-2645,      JUDGE BARBIER
        13-2646, 13-2647, 13-2813      MAGISTRATE JUDGE SHUSHAN

<u>**ORDER**</u>

**[Regarding Alabama Damage Cases – Depositions of Retained Experts**
**with Factual Knowledge (Rec. docs. 14690 and 14691)]**

Dr. Keivan Deravi and Dr. Joel Hayworth are retained experts for Alabama who possess factual knowledge. Dr. Elliot Taylor is a retained expert for BPXP who possesses factual knowledge. BPXP contends that each of these experts should be deposed twice: 1) The first depositions would be during the schedule of fact and Rule 30(b)(6) witnesses, where they would be questioned on their knowledge of the facts relevant to the claims and defenses of Alabama and BPXP; 2) The second depositions would occur after submission of their expert reports and during the schedule for expert witnesses. At that time they would be questioned on the opinions contained in their expert reports. Rec. doc. 14690.

Alabama contends that each of these three retained experts with factual knowledge should be deposed only one time. This would occur during the schedule for expert witnesses after they have issued their expert reports. Rec. doc. 14691. Alabama's submission is treated as a motion to limit Drs. Deravi, Hayworth and Taylor to one deposition each.

For the reasons presented by BPXP, Alabama's motion as to Dr. Deravi is denied and is granted as to Drs. Hayworth and Taylor. Dr. Deravi shall submit to two depositions: once as a fact witness; and a second time as an expert witness. Drs. Hayworth and Taylor shall be deposed one time as expert witnesses.

IT IS ORDERED that:  (1) Alabama's motion (submission regarding the depositions of retained experts with factual knowledge) (Rec. doc. 14691) is GRANTED in PART and DENIED in PART; (2) Dr. Keivan Deravi shall be deposed as a fact witness in the current round of fact and Rule 30(b)(6) witness depositions, and after the issuance of his expert report, he shall be deposed on his opinions as contained in his report during the expert witness schedule; and (3) Dr. Joel Hayworth and Dr. Elliot Taylor shall be deposed only after the issuance of their expert reports.

IT IS FURTHER ORDERED that the deadline for an appeal of this order is **Friday, June 19, 2015**.

New Orleans, Louisiana, this 9th day of June, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**