UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

**ORDER**
[Cancelling 6/18/15 Status Conference]

The status conference scheduled for Thursday, June 18, 2015, is CANCELLED. The Court will reschedule the status conference following issuance of the Findings of Fact and Conclusions of Law for the Penalty Phase Trial.

Signed in New Orleans, Louisiana, this 10th day of June, 2015

_____
United States District Judge