UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| Clay Taber v. BP Exploration and Production, Inc., et al. | * * * | MAGISTRATE: SHUSHAN |
| Civil Action No.: 14-cv-1838 and 10-md-2179 | * | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF CLAY TABER'S CLAIMS AGAINST WEATHERFORD U.S., L.P.

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Clay Taber, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal without Prejudice of his claims against Weatherford U.S., L.P. asserted in the matter of *Clay Taber v. BP Exploration and Production, Inc., et al.*, Civil Action No. 14-cv-1838 . As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 14-cv-1838.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653 in Civil Action No. 2:10-md-2179). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against

{N3041582.1}

Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Civil Action No. 2:10-md-2179), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Civil Action No. 2:10-md-2179).  There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiff, Clay Taber, voluntarily dismisses without prejudice his claims, and withdraws all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Clay Taber v. BP Exploration and Production, Inc., et al.,* Civil Action No. 14-cv-1838 .

This 9th day of June, 2015.

Respectfully submitted,

**ALSOBROOK & McCORMICK, LLC**

*/s/ Zachary D. Alsobrook*
Zachary D. Alsobrook
Alabama Court ID:  ALS006
126 South 8th Street
Opelika, LA  36801
Phone:  334-737-3718
Fax:  334-737-3716
***Counsel for Plaintiff, Clay Taber***

{N3041582.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2015 the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Zachary D. Alsobrook*