UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL 2179 |
| APPLIES TO: | ) ) ) | SECTION J JUDGE BARBIER |
| Case 2:13-cv-01562 | ) ) ) ) | MAG. SHUSHAN |

**THE REQUEST OF THE ORLEANS LEVEE DISTRICT, BY AND THROUGH THE NON-FLOOD PROTECTION ASSET MANAGEMENT AUTHORITY, FOR INCLUSION IN THE JUNE 18, 2015 STATUS CONFERENCE**

The Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority, the governing authority of the non-flood protection assets of the Orleans Levee District **("plaintiff" or the "District")**, respectively request that its case be added as a topic for the Status Conference set on June 18, 2015 in accordance with the Court's May 4, 2015 order (Rec. Doc. 14520) and the Court's May 22, 2015 order (Rec. Doc. 14607). The District has claimed damages for economic losses caused by a decrease and reduction of revenue produced by the District's revenue producing property as a result of the DEEPWATER HORIZON oil spill. **Case 2:13-cv-01562**.

The Louisiana Coastal Parish Governments, which includes political subdivisions and levee districts in Orleans Parish, have filed a request for inclusion in the June 18, 2015 Status Conference. However, the cases filed by the Louisiana Coastal Parish Governments do not include the case filed on behalf of the Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority ("Management Authority"). Although the damages claimed by the Management Authority do not include claims for loss of property and other tax revenues made by the Louisiana Coastal

Parish Governments and State of Louisiana, the damages claimed are by a public entity and by a political subdivision for loss revenues from the Orleans Levee District's revenue producing properties, including the Orleans Marina, South Shore Harbor Marina and the New Orleans Lakefront Airport. Accordingly, it is respectfully submitted that the case filed by the Management Authority on behalf of the Orleans Levee District is ripe for inclusion in the June 18th Status Conference.

**WHEREFORE**, The Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority, respectfully requests that this Court include its case on the June 18, 2015 Status Conference Agenda.

        **RESPECTFULLY SUBMITTED**,

        **GERARD G. METZGER, APLC**

        **BY:**    s/Gerard G. Metzger
              **GERARD G. METZGER (#9468)**
              **CHARLES T. CURTIS, JR. (#4677)**
              **829 BARONNE ST.**
              **NEW ORLEANS, LA 70113**
              **TELEPHONE: (504) 581-9322**
              **FACSIMILE: (504) 581-2773**
              **ATTORNEYS FOR PLAINTIFF,**
              **ORLEANS LEVEE DISTRICT,**
              **BY AND THROUGH THE**
              **NON-FLOOD PROTECTION ASSET**
              **MANAGEMENT AUTHORITY**

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of June, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

        s/Gerard G. Metzger
        **GERARD G. METZGER**