UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the Gulf** | ) | **MDL 2179** |
| **of Mexico, on April 20, 2010** | ) | |
| | ) | |
| **APPLIES TO:** | ) | **SECTION J** |
| | ) | **JUDGE BARBIER** |
| **Case 2:13-cv-01562** | ) | |
| | ) | **MAG. SHUSHAN** |
| | ) | |

**ORDER**

Considering the Request for Inclusion in the June 18, 2015 Status Conference filed by the Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority,

**IT IS ORDERED** that the case filed by the Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority, be added as a topic for the Status Conference set on June 18, 2015, commencing at 9:30 a.m. CDT.

New Orleans, Louisiana, this _____ day of June, 2015.

_____
**Hon. Carl J. Barbier**
**United States District Judge**