UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 13-0282 | MAGISTRATE JUDGE SHUSHAN |

### PLAINTIFFS' RULE 41(a)(2) VOLUNTARY MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, the Plaintiffs file this their Motion for Voluntary Dismissal of this action. In support of their Motion, the Plaintiffs would show as follows:

I.

The Plaintiffs no longer wish to pursue this Interpleader Action. The BP Parties and the Transocean Parties join with the Plaintiffs in requesting dismissal without prejudice of this Interpleader Action. A proposed Rule 41(a)(2) Order of Dismissal is submitted for the Court's review.

PD.17334510.1

Respectfully submitted, this the 10th day of June, 2015.

                              Respectfully submitted,

                              **PHELPS DUNBAR LLP**

                              BY: /s/ *Kyle S. Moran*
                                    Richard N. Dicharry (Bar #4929)
                                    Evans Martin McLeod (Bar #24846
                                    Kyle S. Moran (Bar #33611)
                                    365 Canal Street | Suite 2000
                                    New Orleans, LA 70130
                                    Telephone: 504-566-1311
                                    Facsimile: 504-568-9130
                                    Email: Richard.Dicharry@phelps.com
                                    Email: Marty.McLeod@phelps.com
                                    Email: Kyle.Moran@phelps.com

                              Attorneys for Plaintiffs

                              **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES SUBSCRIBING TO EXCESS POLICIES ARS4928 AND PE0902635**

|  |  |
|---|---|
|  | /s/ David B. Goodwin |
| Allan B. Moore | David B. Goodwin |
| Mark D. Herman | Covington & Burling, LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| One CityCenter, 850 Tenth Street NW | San Francisco, California 94111 |
| Washington, DC 20001 | Telephone: (415) 591-6000 |
| Telephone: (202) 662-6000 | Facsimile: (415) 591-6091 |
| Facsimile: (202) 778-5575 | Email: dgoodwin@cov.com |
| Email: abmoore@cov.com |  |
| Email: mherman@cov.com |  |

**COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH AMERICA, INC., AND BP AMERICA INC.**

| | |
|---|---|
| Steven L. Roberts (TX No. 17019300)<br>Sean D. Jordan<br>Sutherland, Asbill & Brennan, LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile:  (713) 654-1301<br>Email: steven.roberts@sutherland.com | /s/ Kerry J. Miller<br>Kerry J. Miller (LA No. 24562)<br>Baker, Donelson, Bearman,<br>   Caldwell & Berkowitz, PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Telephone: (504) 566-5646<br>Facsimile:  (504) 585-6946<br>Email: kjmiller@bakerdonelson.com |

John M. Elsley (TX No. 0591950)
Royston, Rayzor, Vickery & Williams, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile:  (713) 225-9945
Email: john.elsley@roystonlaw.com

**COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  *Kyle S. Moran*
Kyle S. Moran