**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179** |
| | **SECTION "J" (1)** |
| | **JUDGE BARBIER** |
| **APPLIES TO: 13-0283** | **MAGISTRATE JUDGE SHUSHAN** |

### PLAINTIFFS' RULE 41(a)(2) VOLUNTARY MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE,  the Plaintiffs file this their Motion for Voluntary Dismissal of this action.  In support of their Motion, the Plaintiffs would show as follows:

I.

The Plaintiffs no longer wish to pursue this Interpleader Action.  The BP Parties and the Transocean Parties join with the Plaintiffs in requesting dismissal without prejudice of this Interpleader Action.  A proposed Rule 41(a)(2) Order of Dismissal is submitted for the Court's review.

Respectfully submitted, this the 10th day of June, 2015.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ *Kyle S. Moran*
    Richard N. Dicharry (Bar #4929)
    Evans Martin McLeod (Bar #24846
    Kyle S. Moran (Bar #33611)
    365 Canal Street | Suite 2000
    New Orleans, LA 70130
    Telephone: 504-566-1311
    Facsimile:  504-568-9130
    Email:  Richard.Dicharry@phelps.com
    Email:  Marty.McLeod@phelps.com
    Email:  Kyle.Moran@phelps.com

Attorneys for Plaintiffs

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON & ARCH INSURANCE COMPANY (EUROPE) LTD. SUBSCRIBING TO EXCESS POLICIES PE0902652 AND PE0902744**

/s/ David B. Goodwin
David B. Goodwin
Covington & Burling, LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091
Email:  dgoodwin@cov.com

Allan B. Moore
Mark D. Herman
Covington & Burling LLP
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile:  (202) 778-5575
Email: abmoore@cov.com
Email: mherman@cov.com

**COUNSEL FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA INC., BP PRODUCTS NORTH AMERICA, INC., AND BP AMERICA INC.**

2

Steven L. Roberts (TX No. 17019300)
Sean D. Jordan
Sutherland, Asbill & Brennan, LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile:  (713) 654-1301
Email: steven.roberts@sutherland.com

/s/ Kerry J. Miller
Kerry J. Miller (LA No. 24562)
Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5646
Facsimile:  (504) 585-6946
Email: kjmiller@bakerdonelson.com

John M. Elsley (TX No. 0591950)
Royston, Rayzor, Vickery & Williams, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile:  (713) 225-9945
Email: john.elsley@roystonlaw.com

**COUNSEL FOR TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  *Kyle S. Moran*
Kyle S. Moran

3