UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *11-916, 13-1403, 13-1489, 13-1500, 13-1556, 13-1622, 13-1678, 13-1789, 13-1977, 13-1562* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are motions by the Louisiana Parish Governments and the Orleans Levee District to be included in the June 18, 2015 status conference. (Rec. Doc. 14698, 14708)

Because the Court has cancelled the status conference (Rec. Doc. 14705), these motions are DENIED AS MOOT.

Signed in New Orleans, Louisiana, this 10th day of June, 2015

_____
United States District Judge