IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br>Section: J |
| This filing relates to: *All Cases* | * * | District Judge Carl J. Barbier |
| (Including Civil Action No. 12-970) | * | Magistrate Judge Shushan |

## ORDER

[Appointing Associate Documentation Reviewer Under the Economic and Property Damages Settlement Agreement]

**THE COURT HAVING BEEN ADVISED** of an increase in requests for review and the resultant accumulation of claims under review by the current Documentation Reviewer appointed by this Court and the desirability of obtaining assistance to the Documentation Reviewer to facilitate and effect the prompt completion of the review of such claims, and considering the recommendation by Patrick A. Juneau, Claims Administrator of the Economic and Property Damages Settlement (the "Claims Administrator") that the Court approve as Associate Documentation Reviewer to assist and work under the supervision and direction of the Documentation Reviewer, Katherine M. Loos, a member in good standing of the Louisiana Bar, in accordance with the Court's August 22, 2013 Order, [Doc. 11088] and this Court's June 19, 2014 Order [Doc. 13046], and the Court finding good cause therefor, and being fully apprised,

**IT IS HEREBY ORDERED** as follows:

1. *Appointment of Associate Documentation Reviewer:* The Court appoints Katherine M. Loos to serve as Associate Documentation Reviewer to assist and work under the

direction and supervision of the Documentation Reviewer appointed under Section 6.1.1.1 of the Settlement Agreement from and after June 1, 2015.  This Appointment is made pursuant to the terms of the Settlement Agreement, this Court's August 22, 2013 Order, this Court's June 19, 2014 Order and the inherent authority of the Court.  If the appointed Associate Documentation Reviewer should need to be replaced due to resignation, incapacitation by death or illness (including mental health illness) or dereliction of responsibility, or she is unable to perform the role of Associate Documentation Reviewer in accordance with the terms of this Order, or if the Claims Administrator determines the need for one or more additional Associate Documentation Reviewers, and upon a showing of cause to the Court, the Claims Administrator shall recommend a candidate or candidates to the Court.

2. *Duties of the Associate Documentation Reviewer*.  The Associate Documentation Reviewer shall assist and work under the direction and supervision of the Documentation Reviewer in the performance of the duties required under Section 6.1.1.1 of the Settlement Agreement where the claimant timely seeks review by the Documentation Reviewer of a claim denied by the Claims Administrator for insufficient documentation.  The Associate Documentation Reviewer shall have the authority to take all appropriate measures to perform the assigned duties as directed and supervised by the Documentation Reviewer.

3. *Compensation of the Associate Documentation Reviewer*.  The Associate Documentation Reviewer shall be compensated by the Settlement Trust for her services as the Claims Administrator reasonably determines.

4.  ***Immunity and Indemnification***.  The Associate Documentation Reviewer shall have the same immunity as judges for her actions as the Associate Documentation Reviewer and shall be indemnified by the Settlement Trust from and against all claims or demands against her arising out of services as the Associate Documentation Reviewer, except for action or inactions finally adjudicated to constitute intentional wrongdoing or gross negligence. The immunity and indemnification granted to the Documentation Reviewer under paragraph 4 of the June 19, 2014 Order shall likewise extend and apply with respect to her supervision and direction of the Associate Documentation Reviewer.

New Orleans, Louisiana this 11th day of June, 2015.

_____
**CARL J. BARBIER**
**United States District Judge**