UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BYTHE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

| | |
|---|---|
| No. 12-970, Bon Secour Fisherier, Inc. et, Al. v. BP Exploration & Production Inc., et al, **Plaintiff (s)** | CIVIL ACTION |
| -vs- | No. 2:10-MD-02179-CJB-SS |
| Vision Design Management, LLC **Defendants (s)** | Section J Judge Barbier Mag. Judge Shushan |

## LETTER TO JUDGE BARBIER

June 8th 2015

Judge Barbier,
500 Poydras Street
Room C151
New Orleans, LA 70130

*RE: Spill by Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 (MDL 2179)*

1

*Docket 14262*

Hope this finds you well! I hope you have the opportunity to read this letter in its entirety. Scott and I decided we needed to write you this personal letter in efforts to bring notice to this crazy claim from BP. We cannot afford to defend this out-landish claim from BP, therefore we wrote this letter to you.

**Filing the claim:**

Vision Design Management hired Dennis Reich to file a claim against BP in 2012. Vision Design Management supplied Dennis Reich office all Vision Design Management bank statements, tax returns and Profit and Loss statements. Dennis Reich hired an accounting firm to analyze Vision Design Management and determine the loss. With the information from the accounting firm, Dennis Reich filed a claim on behalf of Vision Design Management. The claim was initially denied by BP. Dennis Reich filed a response to the denial and it was determined by BP the claim was valid and BP paid Vision Design Management the loss revenue over 2 million dollars   Vision Design Management hired Dennis Reich, Vision Design did not know anything nor did Vision Design know Dennis should not have filed the claim (per BP 2015). In June 2013, BP paid Dennis Reich's firm over 2 million dollars for the business loss occurring in 2009 due to the oil spill. In July 2013, Dennis Reich firm wired over 1.6 million (75% of the BP settlement) to Vision Design Management bank account in Florida. At the time the money was wired, a judgment had been entered against Barbara and Scott Stokes (us) in favor of Southeast Property Holdings (SEPH); and SEPH had been granted a charging order against VDM, so that all the money paid to VDM went to the judgement creditor of Barbara and Scott Stokes (us). Barbara and Scott Stokes (we) never received a dime of the BP claim money.

**BP wants their money back 2015:**

In February of 2015, Dennis Reich called and said BP wanted the award money back. BP said they made an error and the appeal was over turned in error. So now they made 2 more mistakes.

Mr. Nichilo firm emailed several documents, of which did not make sense, they twisted the facts to suit their claim. The people they interviewed did not work at the architectural firm or the bank during 2009-2010. Vision Design Management was formed in 2007 and was profitable and worked very hard to make a good business. The oil spill stopped it! Now Mr. Nichilo's firm thinks it is okay to twist the truth because they can afford to do so, BP is paying them do lie and twist the facts. BP paid VDM the claim after an appeal was filed. BP had 2 opportunities to review the claim prior to paying, why did they wait almost 2 years to do their job?

**Award money returned:**

Dennis Reich returned his 25% back to BP, two days before he dropped Vision Design as a client. I was notified by Mr. Nichilo of the Freel Group, Dennis Reich returned his legal fees before Mr. Reich notified Vision Design. Dennis Reich hired the account firm, I turned over all documents to Mr. Reich, BP paid the claim- Why can they ask for the money back? Why is Vision Design Management attorney Dennis Reich not wholly responsible for paying the entire claim back to BP? Dennis Reich filed the claim, he is an attorney and should have known better. Dennis Reich hired the accounting firm that determined the loss revenue.

**Questions that should be asked:**

We do not have the money to repay BP over 22 months later. Why did BP deny the claim, Dennis Reich firm appeal the claim and NOW BP wants their money back? Where is the common sense? Why can BP 22 months after the claim was paid request their money back

because they made a mistake?  The oil spill was BP's mistake, the loss of my business was BP's mistake the payment of the settlement was BP correcting many wrongs that occurred.

We do not have money to defend ourselves, especially from a big oil company with an endless legal pocket.

Sincerely,

*Barbara*

Barbara Stokes

June 8, 2015

*Barbara Stokes*
Barbara Stokes
4800 Whitesburg Drive
Suite 30-351
Huntsville, AL.  35802
256-348-4322

Certificate of Service

I hereby certify that I have served a copy of this

Document on all counsel of record either in person

Or by mailing it postage prepaid on this

_____8th_____ day of ____June____, 2015

*Barbara Stokes*
Barbara Stokes

**Barbara Stokes**

| | |
|---|---|
| **From:** | Brian Nichilo <nichilo@freehgroup.com> |
| **Sent:** | Monday, June 8, 2015 6:42 PM |
| **To:** | Barbara Stokes |
| **Subject:** | Re: Stokes letter to Judge Barbier |

Mrs. Stokes,

Unfortunately, I cannot file this letter on your behalf. I can, however, provide information regarding the case that may be helpful when attempting to file your letter with the court.

First, the official case caption and number are:

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (MDL 2179).

Second, the address and phone number for the Clerk's Office (U.S. District Court, Eastern District of Louisiana), which can be contacted for questions regarding filing, are:

500 Poydras Street
Room C151
New Orleans, LA 70130
(504) 589-7600

Finally, as you know, the docket number of the motion for return of payment made to Vision Design is 14262.

Hopefully the above information is helpful.

Regards,
Brian Nichilo


On Mon, Jun 8, 2015 at 2:52 PM, Barbara Stokes <Barbara@stokesdevelopment.net> wrote:

> Mr. Nichilo,
>
> Hope this email finds you well!
>
> Thank you so much for offering to file documents for Scott and myself. Attached is a letter I would like you to file today. Please send confirmation of it being filed. Thank you very much!
>
>
> Take Care,
>
>
> Barbara Stokes

1

256.348.4322 phone

Corporate Mailing:

4800 Whitesburg Drive

Suite 30-351

Huntsville, Al.  35802

# Barbara Stokes

| | |
|---|---|
| **From:** | Brian Nichilo <nichilo@freehgroup.com> |
| **Sent:** | Tuesday, April 28, 2015 5:21 PM |
| **To:** | Barbara Stokes |
| **Subject:** | Re: Response to Motion for Return of DHECC Payment to Vision Design Mgmt |
| **Attachments:** | 42815 Vision Design Management Order.pdf |

Ms. Stokes,

Attached is an Order that was issued by the court today, which provides a deadline for any responses to the motion for return of payments made to Vision Design Management.

If I can provide anything else, certainly let me know.

Thanks,
Brian Nichilo

On Tue, Apr 7, 2015 at 9:23 AM, Barbara Stokes <Barbara@stokesdevelopment.net> wrote:
> Thanks. You are very nice. Sorry we had to introduced under these circumstances.
>
> Take Care,
> Barbara Stokes
> 256.348.4322
>
> On Apr 7, 2015, at 9:07 AM, Brian Nichilo <nichilo@freehgroup.com> wrote:
>
>> Mrs. Stokes,
>>
>> At this point there is no need to personally appear in the Eastern District of Louisiana courthouse in New Orleans. Any responses to the motion, etc. can be filed on the docket without physically visiting the courthouse. If you decide to present a defense, or would like to file anything with the court, certainly let me know and we would be glad to assist in any way we can to ensure your responses are properly filed on the docket.
>>
>> Thanks,
>> Brian Nichilo
>>
>> On Tue, Apr 7, 2015 at 8:54 AM, Barbara Stokes <Barbara@stokesdevelopment.net> wrote:
>>> Also, we do not intend to go to LA for any court stuff. Can you let whomever know this. We three boys, work, cost of travel we can not make it.
>>>
>>>
>>>
>>> Take Care,
>>>
>>>
>>> Barbara Stokes

1

256.348.4322 phone

Corporate Mailing:

4800 Whitesburg Drive

Suite 30-351

Huntsville, Al.  35802

**From:** Brian Nichilo [mailto:nichilo@freehgroup.com]
**Sent:** Tuesday, April 7, 2015 8:49 AM
**To:** Barbara Stokes
**Subject:** Re: Response to Motion for Return of DHECC Payment to Vision Design Mgmt

Mrs. Stokes,

The U.S. Marshals will not serve you or your husband any papers.  The motion itself, which I trust you have received along with the discovery, was served on Mr. Benton and Mr. Heard, who at that time accepted it on your behalf.

Going forward, if it is acceptable to you and your husband, I will email a PDF (or mail a copy if you'd prefer) of any papers filed on the docket.

Thanks,

Brian Nichilo

On Tue, Apr 7, 2015 at 8:37 AM, Barbara Stokes <Barbara@stokesdevelopment.net> wrote:

> Do you know if we will get served by the US Marshalls for these court papers?
>
> Take Care,

2

Barbara Stokes

256.348.4322 phone

Corporate Mailing:

4800 Whitesburg Drive

Suite 30-351

Huntsville, Al. 35802

**From:** Brian Nichilo [mailto:nichilo@freehgroup.com]
**Sent:** Tuesday, April 7, 2015 8:34 AM
**To:** Barbara Stokes
**Subject:** Re: Response to Motion for Return of DHECC Payment to Vision Design Mgmt

Mrs. Stokes,

I appreciate the quick and helpful response. I will send you a copy of any documents we file with the court regarding the motion for return of payment made to Vision Design Management.

If you have any questions, certainly let me know.

Thanks,

Brian Nichilo

On Tue, Apr 7, 2015 at 8:25 AM, Barbara Stokes <Barbara@stokesdevelopment.net> wrote:

> Mr. Nichilo,
>
> Hope this finds you well.

3

I guess the date is fine. My husband and I do not have the finances to defend this complaint so whatever you do you do. You are welcome to email me at anytime, we are NOT represented by an attorney for this complaint.

Thanks for your email and let me know if you need anything else.

Take Care,

Barbara Stokes

256.348.4322 phone

Corporate Mailing:

4800 Whitesburg Drive

Suite 30-351

Huntsville, Al. 35802

**From:** Brian Nichilo [mailto:nichilo@freehgroup.com]
**Sent:** Monday, April 6, 2015 7:15 PM
**To:** barbara@stokesdevelopment.net
**Cc:** Lee Benton
**Subject:** Response to Motion for Return of DHECC Payment to Vision Design Mgmt

Good evening Mrs. Stokes,

My name is Brian Nichilo and I am an attorney with the Office of the Special Master in the *Deepwater Horizon* matter in the Eastern District of Louisiana. This afternoon I spoke with your attorney Lee Benton regarding the motion for return of payment made to Vision Design Management that was filed on March 18, 2015. Mr. Benton, who explained that he and Kevin Heard no longer represent you and your husband concerning the motion we have filed for repayment of your Deepwater Horizon claim, suggested that I contact you directly about responding to the motion. We provided Mr. Heard with the documents that support our

4

motion and that we gathered during our investigation. I trust he has passed these along to you.

In the next day or so, we plan to file a proposed scheduling order with the court, which will set forth a deadline for any response that you and your husband may file with the court in response to our motion. Our suggested deadline is April 30, 2015. If no response is filed on or before that date, we intend to seek a default judgment from the court on the motion for return of payment made to Vision Design Management. Please let me know promptly if you have any objections to an April 30th deadline.

Sincerely,

Brian Nichilo

100% Recycled fiber
80% Post-Consumer

This envelope is for use with the following services: **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

...ify for the Letter rate, UPS Express Envelopes may only contain ...nt documents, and/or electronic media, and must ... Envelopes containing items other than ... be billed by weight.

...cial ...ent. ...or less. ...t. ...nic media ...nd cash ... or cash ...

JUDGE I ARBIER
500 PI YDRAS ST
STE C1E I
NEW OF .EANS LA 70130

P:1 BOX S:1 TYELO L:204
AR 3 — 1300
1221 16 11016663 8240 1030
JUN 11 07:46:11 2015

**Insert shipping documents under window from the top.**

...not use this envelope for:

- **...Ground**
- **...Standard**
- **...3 Day Select®**
- **...Worldwide Expedited®**

GSH OF ALABAMA, LLC
(256) 348-4322
THE UPS STORE #2433
STE 30
4800 WHITESBURG DR SW
HUNTSVILLE AL 35802-1675

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 10 JUN 2015

SHIP TO: JUDGE BARBIER
STE C151
500 POYDRAS ST

NEW ORLEANS LA 70130-3367

LA 701 9-22

UPS NEXT DAY AIR 1

TRACKING #: 1Z 201 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 6246

BILLING: P/P

ISH 13.00N ZZP 450 63.5U 04/2015

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

## Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

...han 100 years ...Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.