# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
*ATTORNEYS AT LAW*

650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LOUISIANA 70130-6103
TELEPHONE: (504) 299-3300   FAX: (504) 299-3399

Douglas S. Draper
Direct Dial: (504) 299-3333
E-mail: ddraper@hellerdraper.com

9311 BLUEBONNET BLVD.
BATON ROUGE, LA 70810
TELEPHONE: (225) 767-1499   FAX: (225) 761-0760

Edward M. Heller
(1926-2013)

*REPLY TO THE NEW ORLEANS OFFICE*

June 11, 2015

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

      Re:    Oil Spill by the Oil Rig "Deepwater Horizon" in the
              Gulf of Mexico, on April 20, 2010
              MDL 2179

              Applies to:  No. 12-970, Bon Secour Fisheries, Inc., et al
              v. BP Exploration & Production Inc., et al

To Whom it May Concern:

      Please be advised that there was a duplicate payment made on May 14, 2015 for a Notice of Appeal [Dkt. #14577] in the amount of $505.00.  Kindly refund said duplicate payment as per the Court's Standing Order.

                                                               Very truly yours,

                                                               Douglas S. Draper

DSD/kvf

{00347266-1}