UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 and 11-275 | MAGISTRATE JUDGE SHUSHAN |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively "the Underwriters"), Plaintiff Ranger Insurance Limited ("Ranger"), Intervenors Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively "Transocean"), and Counter-Claimants/Defendants BP plc, BP Exploration & Production Inc., BP America Production Company, BP Corporation North America, Inc., and BP Holdings North America Limited (collectively "BP"), file this their Joint Motion for Entry of Final Judgment dismissing all remaining claims set forth by BP's Counter-Claim and the Complaints in Intervention originally filed on behalf of MOEX Offshore 2007 LLC ("MOEX"), Anadarko E&P Company LP and Anadarko Petroleum Corporation (collectively "Anadarko") for which BP Exploration & Production Inc. has been substituted for MOEX and Anadarko for all purposes.  In support of their Joint Motion, the Underwriters, Ranger, Transocean and BP would show as follows:

I.

On March 1, 2012, this Court entered its Partial Final Judgment under Fed. R. Civ. P. 54(b), in favor of the Underwriters, Ranger and Transocean and against BP, Anadarko, and MOEX on the Underwriters' and Ranger's Complaints, declaring that all claims by BP,

PD.17340684.1

Anadarko, and MOEX for additional insured coverage under the Policies for the sub-surface pollution liabilities BP, Anadarko, and MOEX have incurred and will incur with respect to the Macondo well oil release were dismissed with prejudice. All appeals to the United States Court of Appeals for the Fifth Circuit as to this Court's March 1, 2012 Partial Final Judgment have now been dismissed with prejudice. In addition, any claims formerly in dispute and not previously dismissed by this Court's March 1, 2012 Partial Final Judgment have now been resolved by confidential settlement. Accordingly, the Underwriters, Ranger, Transocean and BP seek entry of a Final Judgment dismissing with prejudice all remaining claims set forth by BP's Counter-Claim, Anadarko's Complaint and MOEX's Complaint.[1] A proposed form of Final Judgment is presented to the Court with this Motion.

Respectfully submitted, this the 12th day of June, 2015.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

        BY: /s/ *Kyle S. Moran*
            Richard N. Dicharry (Bar #4929)
            Evans Martin McLeod (Bar #24846
            Kyle S. Moran (Bar #33611)
            365 Canal Street | Suite 2000
            New Orleans, LA 70130
            Telephone: 504-566-1311
            Facsimile: 504-568-9130
            Email: Richard.Dicharry@phelps.com
            Email: Marty.McLeod@phelps.com
            Email: Kyle.Moran@phelps.com

        **ATTORNEYS FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES**

---

[1] By Order dated December 16, 2011, BPXP was substituted for all purposes in place of MOEX and Anadarko in the Insurance Actions (11-274 and 11-275). (Rec. Doc. 4945).

**MALONEY MARTIN, L.L.P.**

BY: /s/ Michael J. Maloney
    Michael J. Maloney
    SBOT: 12883550
    The Clocktower Building
    3401 Allen Parkway, Suite 100
    Houston, Texas 77019
    Telephone:  (713) 759-1600
    Facsimile: (713) 759-5930

    **ATTORNEY FOR   RANGER INSURANCE LIMITED**

**BAKER DONELSON**

BY: /s/ Kerry J. Miller
    Kerry J. Miller (LA No. 24562)
    Baker Donelson
    201 St. Charles Avenue
    New Orleans, LA 70170
    Telephone: (504) 566-5646
    Facsimile:  (504) 585-6946
    Email: kjmiller@bakerdonelson.com

**SUTHERLAND ASBILL & BRENNAN LLP**

    Steven L. Roberts (TX No. 17019300)
    Kent C. Sullivan (TX No. 19487300)
    Sutherland, Asbill & Brennan, LLP
    1001 Fannin Street, Suite 3700
    Houston, Texas 77002
    Telephone: (713) 470-6100
    Facsimile:  (713) 654-1301
    Email: steven.roberts@sutherland.com
    Email: kent.sullivan@sutherland.com

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

John M. Elsley (TX No. 0591950)
Royston, Rayzor, Vickery & Williams, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile:  (713) 225-9945
Email: john.elsley@roystonlaw.com

**ATTORNEYS FOR TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.**

**COVINGTON & BURLING, LLP**

BY: /s/  David B. Goodwin
David B. Goodwin
M. Alexia dePottere-Smith
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091
Email:  dgoodwin@cov.com
Email: adepottere@cov.com

4

Allan B. Moore
Seth A. Tucker
Mark D. Herman
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202 662-6000
Facsimile:  (202) 778-5575
Email: abmoore@cov.com
Email: stucker@cov.com
Email: mherman@cov.com

**ATTORNEYS FOR BP plc,
BP EXPLORATION &
PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY,
BP CORPORATION NORTH
AMERICA, INC. AND BP HOLDINGS
NORTH AMERICA LIMITED**

5

6

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically filed a PDF version of this document with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                      /s/  *Kyle S. Moran*
                                      Kyle S. Moran

PD.17340684.1