UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 13-0283 | MAGISTRATE JUDGE SHUSHAN |

## RULE 41(a)(2) ORDER OF DISMISSAL

Considering the Plaintiffs' Motion to Dismiss, and noting that the Motion is joined in by BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Products North America Inc., BP America Inc., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., this Interpleader Action, Case No. 13-0283, is dismissed without prejudice pursuant to Rule 41(a)(2), with the Parties to bear their own costs and expenses.

New Orleans, Louisiana this 12th day of June, 2015.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 13-0283.**