UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Vision Design Management, Inc.'s response to the Motion of the DHECC for Return of Payment (Rec. Doc. 14262) was due on May 13, 2015. (Rec. Doc. 14491). On June 11, the Court received the letter docketed at Rec. Doc. 14715.

IT IS ORDERED that the Special Master's reply, if any, to the letter at Rec. Doc. 14715 shall be filed by July 2, 2015.

Signed in New Orleans, Louisiana, this 11th day of June, 2015

United States District Judge

**Note to Clerk:**

**Mail a copy of this Order to Barbara Stokes, 4800 Whitesburg Dr., Suite 30-351, Huntsville, AL 35802.**