UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 AND 11-275 | MAGISTRATE JUDGE SHUSHAN |

## FINAL JUDGMENT

Considering the Joint Motion for Entry of Final Judgment filed by Plaintiffs Certain Underwriters at Lloyd's, London and Various Insurance Companies ("the Underwriters"), Plaintiff Ranger Insurance Limited ("Ranger"), Intervenors Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc. ("Transocean") and Counter-Claimants/Defendants BP plc, BP Exploration & Production Inc., BP America Production Company, BP Corporation North America, Inc., and BP Holdings North America Limited (collectively "BP");

IT IS ORDERED, ADJUDGED AND DECREED that any remaining claims not previously dismissed by this Court's March 1, 2012 Partial Final Judgment under Rule 54(b) which are set forth in the Complaints in Intervention of MOEX Offshore 2007 LLC, Anadarko E&P Company LP and Anadarko Petroleum Corporation and in the Counter-Claim of BP are hereby dismissed with prejudice, with the Parties to bear their own costs and expenses.

New Orleans, Louisiana this 12th day of June, 2015.

United States District Judge

**Note to Clerk: File in 10-md-2179, 11-274 and 11-275.**