# Exhibit A

| | **Short Form Joinder** | **Document #** |
|---|---|---|
| 1 | Ashley, Tara dba 3 Brothers From Italy Pizza | 136646 |
| 2 | Castro, Dionisio | 136785 |
| 3 | 4th Street Shrimp, LLC | 136903 |
| 4 | Flowchem, LTD | 137148 |
| 5 | Gulf Coast Charity Celebration | 136783 |
| 6 | Freeman, Bryan | 136749 |
| 7 | Hall, Tony | 136549 |
| 8 | Harrison, Sylvia dba island Management Systems | 136479 |
| 9 | Hood, Daniel | 136480 |
| 10 | Howard, Danny | 136748 |
| 11 | Ouaknine, Daniel dba Luv The Beach | 136904 |
| 12 | Transaction One, LLC | 136974 |
| 13 | Tucci, John | 136950 |
| 14 | Walder, James | 136707 |
| 15 | Whitney, Vickie dba Vickie Whitney Home Health Care | 136276 |
| 16 | Cardon, LLC | 136533 |
| 17 | Sienna Shipyards, LLC | 137180 |
| 18 | KCB Acquisitions Company, LLC | 137181 |