**ALABAMA'S SUBMISSION REGARDING**
**ITS SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY #7**

---

Alabama's second supplemental response to Interrogatory #7, as written, is fully compliant with the Court's December 31st order. That said, Alabama attaches a chart and map that identifies, as simply and as clearly as we know how, (a) the 31 State-owned properties for which we bring a property damage claim and (b) the categories of damages that we intend to pursue for each property. If this chart and map doesn't satisfy BP's concern, then nothing Alabama can do will—short of spelling out our experts' methodologies. Alabama will not go that far, and the Court has ruled that we don't have to. *See* 12-31-14 Order at 14-15.

1. The chart alleviates both of BP's arguments to compel a more detailed response—*i.e.* that "(1) Alabama does not provide a list of damages categories **for each** of the individual properties; and (2) Alabama does not identify **all** of the categories of damages for each parcel." BP's Br 2.

2. Alabama used the phrase "(non-exclusive) ways in which it [incurred] damages" in its second supplement response because Alabama properties continue to be oiled, and thus it is possible that some category(s) of damages could arise after we filed the second supplemental response. That said, while Alabama reserves the right to amend its property damage claim(s) should circumstances warrant, Alabama avers that the attached chart lists all of the categories of physical property damages that we intend to pursue based on MC252 oiling to date.

3. BP's recounting of Judge Barbier's ruling on Stigma Claims/unsold properties is misplaced. Alabama has made it clear that it has not sold any of the 31 properties at issue. If BP believes that fact forms a legal defense under OPA, then BP can raise that defense in its motion for summary judgment in December 2015. By then, BP will have Alabama's ROG responses

*and* our expert reports/methodologies—thereby eliminating BP's alleged inability "to evaluate the legitimacy of [Alabama's] damages claim for each property." BP Br 3. But all the Court has ordered Alabama to do *now* is "identify the category or categories of damages for each of the properties listed on AL-ED-000001-9." 12-31-14 Order at 14. That we have done; both in our second supplemental response and the attached chart and map. Thus, BP is not entitled to further relief.

\* \* \*

For these reasons, BP has failed to establish cause to order Alabama to serve a third supplemental response to Interrogatory #7.

Respectfully submitted,

LUTHER J. STRANGE
*Attorney General*

/s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email: cmaze@ago.state.al.us

Attorneys for the State of Alabama