| Property | Citation | Categories of Property Damage[1] |
|---|---|---|
| 1 | Department of Conservation & Natural Resources 05-65-05-03-0-000-004.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>• past MC252 oiling events<br>• present MC252 oiling events<br>• future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>• the presence of and/or permanent fixture of MC252 oil<br>• future MC252 oiling events or the fear of future MC252 oiling events<br>• the presence of response activities<br>• health and safety concerns<br>• the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 2 | Department of Conservation & Natural Resources 05-65-05-03-0-000-004.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>• past MC252 oiling events<br>• present MC252 oiling events<br>• future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>• the presence of and/or permanent fixture of MC252 oil<br>• future MC252 oiling events or the fear of future MC252 oiling events<br>• the presence of response activities<br>• health and safety concerns<br>• the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

---

[1] This list includes the 31 State-owned properties for which the State brings a claim for property damage in the Alabama compensatory trial. This list does not include (a) all State-owned properties that the State contends were oiled or (b) the categories of economic damages sought by the State as a result of oiling or the threat of oiling (*e.g.* lost tax revenue). This list of claims is based on information available to the State on this date (06-11-15), and Alabama reserves the right to amend its claim(s) should circumstances warrant.

| | | |
|---|---|---|
| 3 | Department of Conservation & Natural Resources 05-65-05-02-0-000-008.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 4 | Department of Conservation & Natural Resources 05-65-05-02-0-000-008.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 5 | Department of Conservation & Natural Resources 05-65-05-03-0-000-001.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 6 | Department of Conservation & Natural Resources  05-65-02-10-0-000-001.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 7 | State Park  05-65-02-03-4-001-007.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 8 | State Park  05-65-02-03-4-001-002.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 9 | State of Alabama<br>05-65-02-10-0-000-001.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 10 | Gulf State Park<br>05-65-02-10-0-000-091.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 11 | Gulf State Park<br>05-65-02-10-0-000-091.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 12 | Gulf State Park<br>05-65-02-10-0-000-118.002 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 13 | Alabama Highway Dept.<br>05-65-02-10-0-000-118.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 14 | Gulf State Park<br>05-65-02-10-0-000-118.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 15 | Gulf State Park<br>05-65-03-08-0-000-001.003 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 16 | Gulf State Park<br>05-65-04-18-0-000-019.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 17 | Gulf State Park<br>05-66-06-14-4-001-035.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 18 | Gulf State Park<br>05-66-06-14-3-001-003.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 19 | Gulf State Park<br>05-66-06-23-2-001-001.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 20 | Gulf State Park<br>05-66-05-15-4-001-003.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 21 | Gulf State Park<br>05-66-05-22-2-001-003.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 22 | Gulf State Park<br>05-66-05-21-1-000-001.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 23 | State of Alabama<br>05-67-06-23-4-001-090.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>    • past MC252 oiling events<br>    • present MC252 oiling events<br>    • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>    • the presence of and/or permanent fixture of MC252 oil<br>    • future MC252 oiling events or the fear of future MC252 oiling events<br>    • the presence of response activities<br>    • health and safety concerns<br>    • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 24 | State of Alabama<br>05-68-09-29-0-000-048.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 25 | State of Alabama<br>05-68-09-29-0-000-046.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 26 | Department of Conservation & Natural Resources<br>05-68-09-30-0-002-057.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 27 | Alabama Historical Commission 05-69-08-02-0-006-019.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 28 | Alabama Historical Commission 05-69-08-02-0-006-019.001 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 29 | Fort Morgan State Park 05-69-08-01-0-005-026.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   • past MC252 oiling events<br>   • present MC252 oiling events<br>   • future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   • the presence of and/or permanent fixture of MC252 oil<br>   • future MC252 oiling events or the fear of future MC252 oiling events<br>   • the presence of response activities<br>   • health and safety concerns<br>   • the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |

| | | |
|---|---|---|
| 30 | Alabama Historical Commission 05-69-09-99-0-000-001.000 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   - past MC252 oiling events<br>   - present MC252 oiling events<br>   - future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   - the presence of and/or permanent fixture of MC252 oil<br>   - future MC252 oiling events or the fear of future MC252 oiling events<br>   - the presence of response activities<br>   - health and safety concerns<br>   - the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |
| 31 | Alabama Historical Commission 05-69-09-99-0-000-001.002 | 1. Physical touching by MC252 oil<br>2. Response costs for<br>   - past MC252 oiling events<br>   - present MC252 oiling events<br>   - future MC252 oiling events<br>3. Disruption of State and/or individual use due to<br>   - the presence of and/or permanent fixture of MC252 oil<br>   - future MC252 oiling events or the fear of future MC252 oiling events<br>   - the presence of response activities<br>   - health and safety concerns<br>   - the inconvenient physical characteristics of oil, including the smell, consistency, persistence and mobile nature |





State-owned Tracts affected by the Deepwater Horizon Oil Spill: Baldwin County, Area 8

GULF STATE PARK - STATE OF ALABAMA
05-65-03-08-0-000-001.003

GULF STATE PARK - STATE OF ALABAMA
05-65-04-18-0-000-019.000

Amount of Oiling
- Light - 0.13 miles
- Heavy - 0.04 miles
- Portion of SCAT Segment outside of State-owned Tract

Exhibit No. AL 265
Worldwide Court Reporters, Inc.







## State-owned Tracts affected by the Deepwater Horizon Oil Spill: Baldwin County, Area 4

Exhibit No. AL 267
Worldwide Court Reporters, Inc.

**Labels (tracts and features):**
- ALBA1-130
- [27] ALABAMA HISTORICAL COMMISSION 05-69-08-02-0-006-019.000
- [28] ALABAMA HISTORICAL COMMISSION 05-69-08-02-0-006-019.001
- ALBA1-131
- ALBA1-132
- ALBA1-004
- [29] FORT MORGAN STATE PARK 05-69-08-01-0-005-026.000
- ALBA1-003
- ALBA1-002
- ALBA1-133
- [30] ALABAMA HISTORICAL COMMISSION 05-69-09-99-0-000-001.000
- ALBA1-134
- ALBA1-001
- ALBA1-135
- [31] ALABAMA HISTORICAL COMMISSION 05-69-09-99-0-000-001.002
- ALBA1-136

**Amount of Oiling**
- Trace < 1% - 1.62 miles
- Very Light - 0.54 miles
- Light - 7.01 miles
- Moderate - 0.008 miles
- Heavy - 3.86 miles
- Portion of SCAT Segment outside of State-owned Tract

Source: Esri, DigitalGlobe, GeoEye, I-cubed, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community