UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Alabama Damage Cases – BPXP's Submission Regarding
Alabama's Second Supplemental Response to Interrogatory No. 7]

On December 31, 2014, there was a ruling on the motion of the defendants to compel Alabama to provide further discovery responses. Rec. doc. 13962. One issue concerned Alabama's response to interrogatory no. 7. The order provides:

> Alabama will be required to identify the category or categories of damages for each of the properties listed on AL-ED-000001-9. For example, one category may be the cost of responding to future oiling events. See Rec. doc. 13707 (Exhibit B at 4). This is not premature expert discovery.

Rec. doc. 13962 at 14.

Alabama provided a second supplemental response to defendants' first set of discovery requests, including interrogatory no. 7. Attachment to BPXP Submission. On pages 23 and 24 of the supplemental response Alabama identifies the categories of damages for the properties describing them as the "[non-exclusive] ways in which it incurred damages. . . ." Id. at 23. Among the categories are "future response costs associated with the spill. . . ." Id. at 23. This is the same category that the Court used to illustrate what Alabama was required to do when it made its supplemental responses. Rec. doc. 13962 at 14.

BPXP objects that Alabama does not provide a list of damages categories for each property and it does not identify all of the categories of damages for each parcel. BPXP

Submission rec. doc. 14734.  Alabama responded with further identification of damages.  It submitted a chart listing the 31 properties and identifying the categories of property damages for each property.  AL Submission (Attachment) rec. doc. 14733.  Alabama identifies the same categories of damages for each of the properties.  For example, disruption of State and/or individual use due to the presence of response activities is a category of damages for each of the 31 properties.  Alabama contends, that as of the date of the response, the identified categories are the only ones it intends to pursue.  "[S]hould circumstances warrant," it reserves the right to amend.  AL Submission at 1.

Alabama's response regarding the identification of categories of damages for each property is satisfactory.  Because of the nature of Alabama's damages, further detail will have to await expert discovery.  Because of the passage of time since the spill and the scheduling order for the preparation of this matter for trial, Alabama faces a significant bar to amend to add a further category of damages.

IT IS ORDERED that:  (1) BPXP's request for an order requiring a further response to interrogatory no. 7 is DENIED; and (2) the deadline for an appeal of this order is **Friday, June 19, 2015**.

New Orleans, Louisiana, this 16th day of June, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**