# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL NUMBER:  2179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE BARBIER |
| 10-3896 AND 11-826 | MAGISTRATE SHUSHAN |

## SEACOR'S NOTICE OF SUBMISSION IN RESPONSE TO COURT'S REQUEST FOR PROPOSED JUDGMENTS

Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC (collectively, "Seacor") respectfully submit this notice of submission in response to the Court's request for proposed judgments following the issuance of the Court's Order & Reasons of June 10, 2015 (Rec. Doc. 14709), which dismissed with prejudice all claims asserted by DuWayne Mason in Civil Action Nos. 10-3896 and 11-826.  Seacor encloses with this notice proposed final judgments in Civil Action Nos. 10-3896 and 11-826, and respectfully requests that the Court enter the enclosed proposed judgments.

Respectfully submitted,


/s/ *Gary A. Hemphill*
Gary A. Hemphill, T.A. (LA Bar #6768)
Jeremy T. Grabill (LA Bar #34924)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile:  (504) 568-9130


Patrick E. O'Keefe (LA Bar #10186)
Joseph P. Tynan (LA Bar #12973)
**MONTGOMERY BARNETT, L.L.P.**
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone:  (504) 585-3200
Facsimile:  (504) 585-7688


Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
**QUINN EMANUEL URQUHART
    & SULLIVAN, LLP**
777 6th Street NW, 11th Floor
Washington, D.C. 20001
Telephone:  (202) 538-8000
Facsimile:   (202) 538-8100


Sylvia E. Simson (NY Bar #4803342)
**QUINN EMANUEL URQUHART
    & SULLIVAN, LLP**
51 Madison Avenue
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100


ATTORNEYS FOR SEACOR HOLDINGS, INC., SEACOR
OFFSHORE LLC, AND SEACOR MARINE LLC

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Seacor's Notice of Submission in Response to Court's Request for Proposed Judgments has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2015.


*/s/ Gary A. Hemphill*
GARY A. HEMPHILL

PD.17349703.1