UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>C.A. No. 10-3896<br>IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC and SEACOR MARINE LLC, AS BENEFICIAL OWNER REGISTERED OWNER AND MANAGING OWNER OF THE M/V SEACOR VANGUARD, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | MDL 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT

Considering the Court's Order & Reasons of June 10, 2015, entered in MDL 2179 – *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec. Doc. 14709, C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) That the claim of DuWayne Mason (Rec. Doc. 1941, C.A. 10-md-2179) filed in Civil Action No. 10-3896 with respect to Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability,[1] which is the sole remaining claim in this limitation action,[2] is hereby dismissed, with prejudice; and

---

[1] "Limitation Petitioners" are Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC.

[2] On November 22, 2011, the Court entered a Rule 54(b) Final Judgment and Decree of Exoneration in this action (Rec. Doc. 61, C.A. 10-cv-3896) that provided that "Limitation Petitioners be and hereby are

    (2)    That costs are assigned to and shall be borne by DuWayne Mason.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2015.

                                                     _____
                                                   UNITED STATES DISTRICT JUDGE

---

forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the incident referenced in Limitation Petitioners' Complaint, except as to the claim of DuWayne Mason."