UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>C.A. No. 11-826<br>DUWAYNE MASON<br>VERSUS<br>SEACOR MARINE, LLC | MDL 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT

Considering the Court's Order & Reasons of June 10, 2015, entered in MDL 2179 – *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec. Doc. 14709, C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Seacor Marine, LLC and against plaintiff DuWayne Mason, dismissing plaintiff's claims with prejudice and at plaintiff's cost.

New Orleans, Louisiana, this 17th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE