UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

William W. Blevins
　　Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

June 4, 2015

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2015 JUN -4  AM 9: 11
WILLIAM W. BLEVINS
CLERK

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA  70130

APPEAL NO <u>14-31374</u>

IN RE:   <u>IN RE OIL SPILL BY OIL RIG DEEPWATER HORIZON    CA 10-2179-J c/w 10-2771 & 10-4536</u>

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

  ___ 1) Electronic Record on appeal

    ___ Volume(s) of record      ___ Volume(s) of transcripts

    ___ Volume(s) of depositions

    _x_ Container(s) of exhibits <u>1 hard drive of Phase Two Trial Evidence</u>

  ___ 2) Supplemental record_____

  ___ 3) SEALED DOCUMENT _____

  ___ 4) Other_____

           Very truly yours,

           By___<u>Alicia Phelps</u>___
             Deputy Clerk

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc No. _____