**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG           "DEEPWATER HORIZON" IN THE           GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL No. 2179   SECTION: J   JUDGE BARBIER   MAGISTRATE JUDGE SHUSHAN |
| (REF: C.A. 13-2702, *First National Bank of Crestview v. BP Exploration & Prod. Inc., et al.*) | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, First National Bank of Crestview, moves to substitute Leopold Z. Sher, James M. Garner, and Martha Y. Curtis of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA  70112-1033 as its counsel of record in place of Curt D. Marshall, Weitz & Luxenberg P.C., 700 Broadway, 5th Floor, New York, New York, 10003 and Wesley Bowden and Brian H. Barr of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL  32502  (collectively "Former Counsel").  Former Counsel consent to this substitution.

Respectfully submitted,

/s/ Brian H. Barr
Brian H. Barr
Levin, Papantonio, Thomas, Mitchell, Rafferty &
 Proctor, P.A.,
316 S. Baylen Street,
Suite 600, Pensacola, FL  32502
Tel.: 850.435.7000
Fax: 850.436.6074

/s/ Curt D. Marshall
Curt D. Marshall
Weitz & Luxenberg P.C.,
700 Broadway, 5th Floor,
New York, New York, 10003
Tel: 212.558.5677
Fax: 212.344.6561

/s/James M. Garner
LEOPOLD Z. SHER (#12014)
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
SHER  GARNER  CAHILL  RICHTER  KLEIN  &
HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 3rd day of June, 2013, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

  /s/ Brian H. Barr
BRIAN H. BARR