# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

This document relates to:

Honorable Carl J. Barbier

No. 12-970 and
No. 11- 3180

Magistrate Judge Shushan

---

## MOTION FOR LEAVE TO FILE SUR-REPLY

---

Claimant Vernon Alfonso, Jr. respectfully moves this Court for leave to file a sur-reply in response to the Special Master's reply brief in support of his motion to clawback funds from Mr. Alfonso [Doc. 14677].   Mr. Alfonso seeks to file a sur-reply for the limited purpose of addressing new legal theories raised in the Special Master's reply brief.  In particular, the Special Master's opening brief accuses Mr. Alfonso of fraud and relies on the Court's authority to remedy fraudulent conduct.  (Alfonso Mem. [Doc. 14259-1] at 2-6.)  The reply brief, however, suggests that the Court may order Mr. Alfonso to repay settlement funds based on non-fraudulent conduct including innocent misrepresentations, mistakes, and unintentional misstatements. (Alfonso Reply [Doc. 14677] at 2, 3, 5.)

Mr. Alfonso therefore requests an Order granting him leave to file the attached Sur-Reply of Vernon Alfonso, Jr.

Date: June 19, 2015

**THE KRELLER LAW FIRM**

/s/ *Stephen Skelly Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

**FAEGRE BAKER DANIELS LLP**
William L. Roberts
Craig S. Coleman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

***Attorneys for Claimant Vernon Alfonso, Jr.***

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed on the Court's CM/ECF system, and thereby served on all counsel of record who have entered an appearance in this case, on June 19, 2015.

*/s/ Stephen Skelly Kreller*

US.57822953.01