**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: | Honorable Carl J. Barbier |
| No. 12-970 and No. 11- 3180 | Magistrate Judge Shushan |

_____

**MOTION FOR LEAVE TO FILE SUR-REPLY**
_____

  Claimant Jonathan Taylor respectfully moves this Court for leave to file a sur-reply in response to the Special Master's reply brief in support of his motion to clawback funds from Mr. Taylor [Doc. 14722]. Mr. Taylor seeks to file a sur-reply for the limited purpose of addressing new legal theories raised in the Special Master's reply brief. In particular, the Special Master's opening brief accuses Mr. Taylor of making a false statement and relies on the Court's authority to remedy fraudulent conduct. (Taylor Mem. [Doc. 14350-2] at 2-6.) The reply brief, however, suggests that the Court may order Mr. Taylor to repay settlement funds even if Mr. Taylor did not make a false statement and instead merely applied his good faith interpretation of the Amended Settlement Agreement. (Taylor Reply [Doc. 14722] at 1, 3-4.)

  Mr. Taylor therefore requests an Order granting him leave to file the attached Sur-Reply of Jonathan Taylor.

2

Date: June 19, 2015            **THE KRELLER LAW FIRM**

/s/ *Stephen Skelly Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

**FAEGRE BAKER DANIELS LLP**
William L. Roberts
Craig S. Coleman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

*Attorneys for Claimant Jonathan Taylor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed on the Court's CM/ECF system, and thereby served on all counsel of record who have entered an appearance in this case, on June 19, 2015.

*/s/ Stephen Skelly Kreller*