UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010<br><br>This Pleading Relates To<br>• **10-4182** (*Alabama v. BP*)<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**STATE OF ALABAMA'S MOTION TO CLARIFY AND/OR
MOTION FOR PROTECTIVE ORDER**

On June 9, 2015, the Court ordered that the State's retained expert Dr. Keivan Deravi "shall submit to two depositions: once as a fact witness; and a second time as an expert witness." Rec. Doc. 14704 at 1. The State requests that the Court enter an additional order that precludes BP from inquiring into the following areas during Dr. Deravi's deposition as a "fact witness:"

1) Any testimony (including opinion, work product, and analysis) regarding work that Dr. Deravi has done in preparation for litigation and/or his expert report;

2) Any testimony (including opinion, work product, and analysis) regarding the oil spill's impact on the State, the State's tourism industry, the State's economy, the State's budget, and/or the State's General and Education Trust Funds;

3) Any testimony (including opinion, work product, and analysis) regarding the State's economy and the forces that contribute to the State's economy beyond those reflected in Dr. Deravi's communications and participation in the State's budgeting process or Dr. Deravi's preparation of the State's tourism report; and,

4) An opinion regarding, or analysis of, the State's 2010 oil spill loss claim.[1]

---

[1] In filing this motion, the State does not waive its objection to the Court's original ruling that Dr. Deravi be deposed twice, *see* FRCP 26(b)(4)(A), and Alabama reserves its right to appeal that ruling pending the resolution of the present motion.

Respectfully submitted, this 22nd day of June 2015.

LUTHER J. STRANGE
*Attorney General*

 /s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney
General 501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email: cmaze@ago.state.al.us

Attorneys for the State of Alabama

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel in the Alabama Compensatory Litigation by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of June, 2015.

 /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*