UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON

### AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

### CHAU TRAN

who after being sworn did depose and say, that:

I reside at 2741 Fairfield Drive, Gretna, LA. I am a jewelry designer for Mignon Faget. My husband used to be a commercial fisherman until his boat sank in Katrina. I know Hai Do through my husband Dung. When my husband stopped shrimping in 2005, I would buy shrimp from Hai, or other people if Hai did not have shrimp to sell. I don't remember how much I bought from Hai exactly, but I typically bring shrimp to my out-of-town relatives in California, Chicago, and Georgia. Each time I go on these trips, I bring several ice boxes. I think I would buy fifty or 100 pounds at a time. I prefer buying fresh shrimp from captains of small skiffs, rather than shrimp from large boats, because the shrimp are not frozen. I buy shrimp de-headed, at times, about twice a year. I remember that when other people at work asked me where they could get fresh shrimp, I would say: "I will call Hai and see what he has. I took the shrimp to them or them to Hai." I am sure I bought shrimp from Hai Do in 2008.

_____
Chau Tran

Sworn to and Subscribed before me on

this __22nd__ day of __June__, 2015.

_____
NOTARY PUBLIC