UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

# A F F I D A V I T

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

## MUI DANG

who after being sworn did depose and say, that:

I have known Hai Do 2008, through his wife, Tuyet Huynh. I met Tuyet in the Buddhist temple. I am sure I bought shrimp from Hai Do in 2008. Tuyet told me to call whenever I needed shrimp. I remember: "I asked her, tell your husband I need about sixty pounds of shrimp." Hai Do brought the shrimp to my house because I did not have a car. I paid him. Usually, I bought 100 pounds or so at a time. For my nephew, I would bring gifts of about 20 pounds. I store shrimp in my freezer. Hai Do would bring the shrimp in an ice chest. I do not remember the price I generally paid for the shrimp, as it has been a long time. I don't see Hai a lot because he is often out fishing.

_____
Mui Dang

Sworn to and Subscribed before me on

this __22nd__ day of __June__, 2015.

_____
NOTARY PUBLIC