UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

## A F F I D A V I T

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

**NANG LUONG**

who after being sworn did depose and say, that:

I am Nang Luong, resides at 517 Brookemeade Drive, Gretna, LA. I known Hai Do and his wife Tuyet, also known as Mai, since before Katrina. I initially met Hai Do through a mutual friend. I go fishing from time to time with Hai. My wife is a friend of Hai's wife.

Sometimes I would call Hai directly and ask for 30 or 50 pounds of shrimp at a time. In 2008, I remember asked my wife to contact Hai to purchase about 150 pounds (a large ice chest) worth of shrimp to send to my son who lives in Nebraska. If I am driving, I carry it in the car. If I fly, I pack a box. Hai will give me five pounds of shrimp for free every once in awhile, but I pay Hai for larger amounts. I also know that Chau Tran asks Hai for shrimp.

_____
Nang Luong

Sworn to and Subscribed before me on

this  22nd  day of  June , 2015.

_____
NOTARY PUBLIC