**665268**

| CUSTOMER'S ORDER NO. | | | DATE 5/15/08 | | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | DESCRIPTION | | | | PRICE | AMOUNT |
| 1 | 95 pound 21-25 | | | | 4 50 | 425 50 |
| 2 | 51 pond 31-35 | | | | 2 80 | 142 80 |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | 569.10 |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| RECEIVED BY cash | | | | | | |

A-4705
T-46527/46528

KEEP THIS SLIP FOR REFERENCE

Hai Van Do
Trip Tickets and Cash Receipts
Page 1 of 19

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**FISHERMAN COPY**

TICKET NO. 7943 5553797

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME: HAI DO

Commercial Fisherman's License Number: C 372516

TRIP TIME: 30

## VESSEL

VESSEL NAME: 

State Vessel Registration Number: LA-7049-BR

Area Fished: 211

Gear Used: 192

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME: CHRIS HANSEN

Seafood Dealer's License Number: C 9546

Transaction Date: 05/15/08

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| | 12 | 2962 | 1 | 1 | 80 - 100 | 55 | $1629 | |
| | 12 | 186 | 1 | 3 | 21 - 25 | 430 | $799.80 | |
| | 12 | 44 | 1 | 3 | 31 - 35 | 240 | $105.60 | |

TOTAL PURCHASES: 2534.50
TOTAL DEDUCTIONS: 
TOTAL PAID: 2534.50

Pd

FISHERMAN'S SIGNATURE: Hai Do
DEALER'S SIGNATURE:

Hai Van Do
Trip Tickets and Cash Receipts
Page 2 of 19

564-2888
564-2887 Fax                                         EXXON
**CHRIS' EXXON MARINE SERVICE**
134 Chris Lane
Port Sulphur, Louisiana 70083

DATE_____ 20____

M _____

|  |  | 80/100 |
|---|---|---|
| 800 | 800 |  |
| 800 | 281 |  |
|  |  |  |
| 186 | Tails | 21/25 |
|  |  |  |
| 44 |  | 31/35 |
|  | Tails 150 |  |

GILLPRINT, INC. - TERRYTOWN, LA 70056   31239547   PC-3

665269

| CUSTOMER'S ORDER NO. | | | | DATE 6/5/08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | DESCRIPTION | | | | PRICE | AMOUNT |
| 1  75 | pnd 80/102 | | | | 85 | 63,— |
| 2  50 | 6/20 | | | | 3,50 | 175,— |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | 238 |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| RECEIVED BY | | | | | | |

A-4705
T-46527/46528

KEEP THIS SLIP FOR REFERENCE

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES SEAFOOD RECEIPT/TRIP (GENERIC TICKET)

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

**992**    FISHERMAN COPY

TICKET NO.: 7397268

CONTINUATION TICKET NO.: 

VOID TICKET: ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME: HAI V. DO

Commercial Fisherman's License Number: C 372516

## VESSEL

VESSEL NAME: 

Coast Guard Documented Vessel Number: 

State Vessel Registration Number: LA-7049-BR

TRIP TIME: 96

Area Fished: 0211

Gear Used: 192

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME: LAFITTE ROCK LLC

Seafood Dealer's License Number: C 302065

Transaction Date: 06 04 08

| SPECIES | SPECIES CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| WS | 12 | 367 | 1 | 1 | 16 – 20 | 255 | $935.85 | ☐ |
| BS | 10 | 2521 | 1 | 1 | 70 – 80 | 80 | $2016.80 | ☐ |
| BS | 10 | 626 | 1 | 1 | 80 – 100 | 70 | $438.20 | ☐ |

TOTAL PURCHASES: 3390.85
TOTAL DEDUCTIONS: 
TOTAL PAID: 3390.85

PERMITTED SPECIES / TYPE / PERMIT NUMBER

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE / DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. NOTE: I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

**LAFITTE DOCK, LLC**
5165 Caroline Street
LAFITTE, LA 70067
(504) 689-3662   Fax (504) 689-3669

2008-0091

Date: 6-7-08                     № 11949

Name: LA 7049 BR

DYED DIESEL FUEL
NON TAXABLE USE ONLY - PENALTY FOR TAXABLE USE - PENALTY FOR SPILLING OIL

| QTY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 9 | BLK | ICE | 10 | 90 |
| 302.50 | GAL | DIESEL | 4.15 | 1255.37 |
| 4 | BAGS | SALT | 6 | 12 |
|  | GAL/PAIL | OIL |  |  |
|  | BAGS/PAIL | SODIUM BISULFITE |  |  |
|  | GAL/PAIL | HYDRAULIC OIL |  |  |

☐ CASH    ☐ CHECK #____    ☐ ON ACCT

TAX

Received By    TOTAL  1357.37

665270

| CUSTOMER'S ORDER NO. | | | | DATE 6-10-08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | 169 pound 16/20 | 3.50 | 381 | 50 |
| 2 | 35 pnd 10/15 | 4.00 | 140 | n |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | 00 | |
| 9 | | | | |
| 10 | | 521.— | | |
| 11 | | | | |
| 12 | | | | |

RECEIVED BY

A-4705
T 46527/46528        KEEP THIS SLIP FOR REFERENCE

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT (SHELLFISH ONLY)

**794** FISHERMAN COPY

TICKET NO.: 5551171

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME: HAI DO

Commercial Fisherman's License Number: C 372516

TRIP TIME: 24

## VESSEL

State Vessel Registration Number: LA-7049-BR

Area Fished: 2/1

Gear Used: 19?

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME: CHRIS HANSEN

Seafood Dealer's License Number: C 9546

Transaction Date: 06/10/08

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| | 10 | 1,440 | 1 | 1 | 80-100 | 70 | $1008.00 | |
| | 12 | 14 | 1 | 1 | 14-30 | 360 | $192.40 | |

TOTAL PURCHASES: 1300.40
TOTAL DEDUCTIONS:
TOTAL PAID: 1300.40

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE: Hai Do
DEALER'S SIGNATURE:

Hai Van Do
Trip Tickets and Cash Receipts
Page 8 of 19

665271

| CUSTOMER'S ORDER NO. | | | | DATE 8-15-08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | DESCRIPTION | | | | PRICE | AMOUNT |
| 1 | 105 | pnd 26-30 | | | 2.50 | 262.50 |
| 2 | | | | | | |
| 3 | 90 | pnd 21-25 | | | 5.15 | 463.50 |
| 4 | | | | | | |
| 5 | 50 | pnd 80-100 | | | 90 | 45 |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | 770.05 |
| 11 | | | | | | |
| 12 | | | | | | |
| RECEIVED BY | | | | | | |

A-4705
T-46527/46528      KEEP THIS SLIP FOR REFERENCE

**LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES RECEIPT FORM (SHELLFISH TRIPS ONLY)**

FISHERMAN COPY

TICKET NO. 794 5631080

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME: DO HAI

Commercial Fisherman's License Number: C 372516

TRIP TIME: 36

## VESSEL

VESSEL NAME: 

State Vessel Registration Number: LA-7047-BR

Area Fished: A11  Gear Used: 192

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME: CHRIS HANSEN

Seafood Dealer's License Number: C 19546

Transaction Date: 08/15/08

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| I | 12 | 153 | 1 | 1 | 26-30 | 1.80 | $275.40 | |
| I | 12 | 763 | 1 | 1 | 16-20 | 2.30 | $1754.99 | |
| I | 12 | 144 | 1 | 3 | 21-25 | 4.75 | $684.00 | |

TOTAL PURCHASES: 2714.31
TOTAL DEDUCTIONS: 
TOTAL PAID: 2714.31

FISHERMAN'S SIGNATURE
DEALER'S SIGNATURE

Hai Van Do
Trip Tickets and Cash Receipts
Page 10 of 19



**665272**

| CUSTOMER'S ORDER NO. | | | | DATE 9/30 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | | DESCRIPTION | | | PRICE | AMOUNT |
| 1  65 | pound  36-45 | | | | 1.50 | 97.N |
| 2 | | | | | | |
| 3  50 | pound  16-20 | | | | 1.50 | 275 |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | 327 |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| RECEIVED BY | | | | | | |

A-4705
T 46527/46528    KEEP THIS SLIP FOR REFERENCE

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (GENERIC TICKET)

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ

**992**

**FISHERMAN COPY**

TICKET NO. 7692189

CONTINUATION TICKET NO.

VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print): Hai V Do

Commercial Fisherman's License Number: C 372516

TRIP TIME: 120

## VESSEL

NAME:

Coast Guard Documented Vessel Number OR State Vessel Registration Number: LA-7049-QR

Area Fished: 13      Gear Used: 193

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print): Ocean Shrimp

Seafood Dealer's License Number: C 380761

Transaction Date: 092998

| SPECIES | SPECIES CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| WS | 12 | 1,450 | 1 | 1 | 16-20 | 2.05 | $2972.50 | ☐ |
| WS | 12 | 560 | 1 | 1 | 26-30 | 1.55 | $868.00 | ☐ |
| WS | 12 | 126 | 1 | 1 | 36-40 | 1.25 | $157.50 | ☐ |
| WT | 12 | 222 | 1 | 3 | 16-20 | 4.95 | $1098.90 | ☐ |

TOTAL PURCHASES: 5016.90
TOTAL DEDUCTIONS: 1275.00
TOTAL PAID: 3821.90

PERMITTED SPECIES | TYPE | PERMIT NUMBER

ITEM | DEALER DEDUCTIONS | COST

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE      DEALER'S SIGNATURE: OS

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP.   NOTE: I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.



665273

| CUSTOMER'S ORDER NO. | | | | DATE 10-8-08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 175 | md 16-20 | 2.50 | 437 | 50 |
| 2 | 80 | " 21-25 (101 ct) | 4.50 | 360 | — |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | 00 | | | |
| 9 | | | | | |
| 10 | | 797 | | | |
| 11 | | | | | |
| 12 | | | | | |

RECEIVED BY

A-4705
T-46527/46528      KEEP THIS SLIP FOR REFERENCE

# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

**794** — FISHERMAN COPY

TICKET NO.: 5628771

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME: HAI DO

Commercial Fisherman's License Number: C 372510

## VESSEL

State Vessel Registration Number: LA-7049-BK

TRIP TIME: 4L

Area Fished: 3L1

Gear Used: 192

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME: CHRIS HANSEN

Seafood Dealer's License Number: C 9586

Transaction Date: 10 00 08

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE |
|---|---|---|---|---|---|---|---|
| | 12 | 285 | 1 | 1 | 16 - 20 | 2.05 | $584.25 |
| | 12 | 285 | 1 | 1 | 21 - 25 | 1.75 | $498.75 |
| | 12 | 1011 | 1 | 1 | 50 - 60 | .95 | $960.45 |
| | 12 | 516 | 1 | 3 | 21 - 25 | 3.95 | $2038.20 |

TOTAL PURCHASES: 4081.65

Hai Van Do
Trip Tickets and Cash Receipts
Page 16 of 19

| | | 0300529 |
|---|---|---|

Date _____ 20___

M _____

No. _____

| Reg. No. | Clerk | ACCOUNT FORWARD | |
|---|---|---|---|
| 1 | 5 70 | 16 | 20 |
| 2 | | 21 | 25 |
| 3 | | | |
| 4 | 800 | 50 | 60 |
| 5 | 2 11 | | |
| 6 | | | |
| 7 | 5 16 | 21 | 25 |
| 8 | | | |
| 9 | Tails | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

Your Account Stated to Date-If Error Is Found Return at Once.



**D & L SEAFOOD, INC.**   5843
P. O. Box 352
Belle Chasse, LA 70037
**(504) 451-3050**

Date: 10/01/08

Name: LA7049BR

DYED DIESEL FUEL
NON TAXABLE USE ONLY - PENALTY FOR TAXABLE USE - PENALTY FOR SPILLING OIL

| GALLON | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | ICE | 9.00 | 90.00 |
| 4 | Salt | 5.95 | 23.80 |
| 1 | Salt | 5.95 | 5.95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Tax 0091 | | | |
| | | | |

Customer agrees that accounts not paid within 30 days will be subject to a finance charge of 1.5% per month and in the event the account is turned over for collection, customer agrees to be responsible for all costs of collection, including a reasonable attorney's fee.

SOC. SECURITY NO.

| 3% Tax | |
| 4% Tax | |
| TOTAL | 119.75 |