UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

**CHAU TRAN**

who after being sworn did depose and say, that:

I reside at 2741 Fairfield Drive, Gretna, LA. I am a jewelry designer for Mignon Faget. My husband used to be a commercial fisherman until his boat sank in Katrina. I know Hai Do through my husband Dung. When my husband stopped shrimping in 2005, I would buy shrimp from Hai, or other people if Hai did not have shrimp to sell. I don't remember how much I bought from Hai exactly, but I typically bring shrimp to my out-of-town relatives in California, Chicago, and Georgia. Each time I go on these trips, I bring several ice boxes. I think I would buy fifty or 100 pounds at a time. I prefer buying fresh shrimp from captains of small skiffs, rather than shrimp from large boats, because the shrimp are not frozen. I buy shrimp de-headed, at times, about twice a year. I remember that when other people at work asked me where they could get fresh shrimp, I would say: "I will call Hai and see what he has. I took the shrimp to them or them to Hai." I am sure I bought shrimp from Hai Do in 2008.

_____
Chau Tran

Sworn to and Subscribed before me on this 22nd day of June, 2015.

_____
NOTARY PUBLIC

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

# AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

## MUI DANG

who after being sworn did depose and say, that:

I have known Hai Do 2008, through his wife, Tuyet Huynh. I met Tuyet in the Buddhist temple. I am sure I bought shrimp from Hai Do in 2008. Tuyet told me to call whenever I needed shrimp. I remember: "I asked her, tell your husband I need about sixty pounds of shrimp." Hai Do brought the shrimp to my house because I did not have a car. I paid him. Usually, I bought 100 pounds or so at a time. For my nephew, I would bring gifts of about 20 pounds. I store shrimp in my freezer. Hai Do would bring the shrimp in an ice chest. I do not remember the price I generally paid for the shrimp, as it has been a long time. I don't see Hai a lot because he is often out fishing.

_____
Mui Dang

Sworn to and Subscribed before me on

this __22nd__ day of __June__, 2015.

_____
NOTARY PUBLIC

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON

# AFFIDAVIT

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the county and state aforesaid, personally came and appeared:

**NANG LUONG**

who after being sworn did depose and say, that:

I am Nang Luong, resides at 517 Brookemeade Drive, Gretna, LA. I known Hai Do and his wife Tuyet, also known as Mai, since before Katrina. I initially met Hai Do through a mutual friend. I go fishing from time to time with Hai. My wife is a friend of Hai's wife.

Sometimes I would call Hai directly and ask for 30 or 50 pounds of shrimp at a time. In 2008, I remember asked my wife to contact Hai to purchase about 150 pounds (a large ice chest) worth of shrimp to send to my son who lives in Nebraska. If I am driving, I carry it in the car. If I fly, I pack a box. Hai will give me five pounds of shrimp for free every once in awhile, but I pay Hai for larger amounts. I also know that Chau Tran asks Hai for shrimp.

_____
Nang Luong

Sworn to and Subscribed before me on
this  22nd  day of  June , 2015.

_____
NOTARY PUBLIC