665268

| CUSTOMER'S ORDER NO. | | | | | DATE 5/15/08 | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| QUAN. | DESCRIPTION | | | | PRICE | AMOUNT |
| 1 | 15 pound 21-25 | | | | 1 50 | 42 05 |
| 2 | 51 pound 21-35 | | | | 2 80 | 142 18 |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | 569.10 |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | cash | | | | | |
| RECEIVED BY | | | | | | |

A 4705
T 46527/4652B

KEEP THIS SLIP FOR REFERENCE

Hai Van Do
Cash Receipts
Page 1 of 6

665269

| CUSTOMER'S ORDER NO. | | | | | DATE 6/5/08 | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 75 pond | 80/100 | 85 | 63 Dn |
| 2 | 50 | 16/20 | 3.50 | 175, |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | 238 75 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

RECEIVED BY

A-4705
T 46527/46528        KEEP THIS SLIP FOR REFERENCE

665270

| CUSTOMER'S ORDER NO. | | | | | DATE 6-10-08 | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 109 pound 16/20 | 3.50 | 381 50 |
| 2 | 35 pound 10-15 | 4.00 | 140 00 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | 00 |
| 9 | | | 521. |
| 10 | | | |
| 11 | | | |
| 12 | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

665271

| CUSTOMER'S ORDER NO. | | | | DATE 8-15-08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 105 pnd 26-30 | 2.50 | 262.50 |
| 2 | | | |
| 3 | 90 pnd 21-25 | 5.15 | 463.50 |
| 4 | | | |
| 5 | 50 pnd 80-100 | 90. | 45 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | 770.05 |
| 11 | | | |
| 12 | | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

665272

| CUSTOMER'S ORDER NO. | | | | DATE 9/30 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 65 | peind 36-40 | 1,50 | 97,10 | |
| 2 | | | | | |
| 3 | 50 | pond 16-20 | 1,50 | 275 | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | 327, | e/x |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |

RECEIVED BY

A-4705
T-46527/46528          KEEP THIS SLIP FOR REFERENCE

Hai Van Do
Cash Receipts
Page 5 of 6

665273

| CUSTOMER'S ORDER NO. | | | | DATE 10-8-08 | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY | CASH ✓ | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 175 | pd 16-20 | 2.50 | 437.50 |
| 2 | 80 | " 21-25 (101 vo) | 4.50 | 360. |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | 00 | | |
| 9 | | | | |
| 10 | 797 | | | |
| 11 | | | | |
| 12 | | | | |
| RECEIVED BY | | | | |

A-4705
T 46527/46528                KEEP THIS SLIP FOR REFERENCE

Hai Van Do
Cash Receipts
Page 6 of 6