UNITED STATED OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

## SWORN STATEMENT UNDER PENALTY OF PERJURY

Before me, the undersigned Notary Public, duly qualified in and for the parish and state aforesaid, personally came and appeared:

### JOEL R. WALTZER

who after being duly sworn did depose and say, that:

1. I am a partner in the law firm of Waltzer Wiygul & Garside, LLC. I represented Claimant Hai Do from April 2011 to early 2015.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. My law firm submitted a shrimp vessel claim form and a shrimp boat captain claim form for Hai Do in the Deepwater Horizon Economic and Property Damages Settlement.

4. The claim forms requested that tax records or other financial statements that contain proof of shrimp landings be used as the types of revenue for the claims' benchmark periods.

5. On January 28, 2013, Waltzer Wiygul & Garside LLC mistakenly completed a Sworn Written Statement-1 (SWS-1) form to include fishing revenue found on a second Schedule C that was attached to Hai Do's 2008 federal tax return. In April, 2013, I learned the revenue was earned on a different vessel. Waltzer Wiygul & Garside LLC corrected the mistake and did not include the revenue in the SWS-1 form that ultimately formed the basis of Hai Do's fishing vessel owner compensation.

6. In reviewing Hai Do's claim in April of 2013, I became aware that the revenues on Mr. Do's original 2008 tax return was misstated as they were less than his trip tickets totals. I also became aware that Hai Do retained a small amount of cash sales tickets from 2008.

7. I recommended that Mr. Hai Do amend his 2008 tax returns to reflect the additional cash sales after being informed by a representative of the DHECC that such amended returns were acceptable and after being informed by Mr. Do that additional cash sale revenues were missing from the revenue stated on his original 2008 return;

8. In April of 2013, Hai Do delivered an amended tax return (Form 1040X) to my office. We subsequently submitted the document to the DHECC on Mr. Do's behalf. I created an SWS-1 supporting this revenue and requested reconsideration of Mr. Do's vessel owner claim on April 22, 2013.

9. To the best of my knowledge, information, and belief, Hai Do's shrimping revenues in 2008 exceeded $40,000.

10. Upon being notified that Hai Do's April 2013 amended tax return had not been filed with the IRS by the Special Master's office in December of 2014, I was advised by Mr. Do that he had mailed the return and that he understood it had been filed.

11. In December of 2014, Mr. Do confirmed to me that the IRS had not received his Form 1040X in April of 2013. I advised him to prepare and file a new Form 1040X for 2008 to correct the revenue stated on the original 2008 return, and to pay any additional taxes he owed.

12. On December 23, 2014, my office submitted a new Form 1040X for the 2008 tax year to the DHECC on behalf of Mr. Do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of June, 2015, in _____Gretna_____, Louisiana.

_____
JOEL R. WALTZER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 22nd DAY OF
JUNE, 2015.

_____
NOTARY PUBLIC