UNITED STATE OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON

### SWORN STATEMENT UNDER PENALTY OF PERJURY

BEFORE ME, the undersigned Notary Public, duly qualified in and for the parish and state aforesaid, personally came and appeared:

**HAI VAN DO**

who after being duly sworn did depose and say, that:

He executed an amendment to his 2008 federal income tax return on April 24, 2013.

He did so based on additional cash sales of seafood that were not included on the original 2008 tax return that he had filed in 2009.

He provided a copy of the April 24, 2013, amended 2008 tax return to his attorney.

He placed the signed original April 24, 2013, amended 2008 tax return in an envelope, along with a check for $1,980.00 written from his Chase bank account, addressed the envelope to the Internal Revenue Service, and placed the envelope in his mailbox in April of 2013.

He has not seen the original executed April 24, 2013, amendment to his 2008 tax return or the check since he placed them in his mailbox.

He was unaware and had no knowledge that the Internal Revenue Service had not received the April 24, 2013, amendment to his 2008 tax return or the check until he was contacted by his attorney in December of 2014.

He declares under penalty of perjury that the foregoing is true and correct.

_____
HAI VAN DO

Sworn to and Subscribed before me on
this __3rd__ day of __June__, 2015.

_____
NOTARY PUBLIC
Scott J. Falgoust
Bar No. 33545 / Notary I.D. 132764