# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 13, 2013 through April 10, 2013

Account Number: ████████████████

00000671 1 AV 0.36

00000671 DRE 552 142 10113 NNNNNNYNYNN T 1 000000000 28 0000 T1182103 P28004

HAI V DO
OR TUYET N HUYNH
217 EVANGELINE CT
GRETNA LA 70056-7320

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



We have reduced our Legal Processing Fee.

On March 24, 2013, we reduced the Legal Processing Fee to a maximum of $75 per order. This fee is assessed for the processing of any garnishment, tax levy, or other court or administrative order against an account. This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $27,789.76 |
| Deposits and Additions | 16,013.13 |
| Checks Paid | - 6,469.77 |
| ATM & Debit Card Withdrawals | - 2,081.77 |
| Fees and Other Withdrawals | - 2,800.00 |
| Ending Balance | $32,451.35 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/14 | Deposit | | $6,408.00 |
| 03/27 | Deposit 480811718 | | 2,258.73 |
| 04/01 | Deposit 433674699 | | 1,237.65 |
| 04/03 | Purchase Return | 04/03 Dillards - 0762 Gretna LA Card 5673 | 108.75 |
| 04/10 | Deposit | | 6,000.00 |
| **Total Deposits and Additions** | | | **$16,013.13** |



March 13, 2013 through April 10, 2013

Account Number:

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 1079 ^ | | | | | 04/02 | $310.00 |
| 1080 ^ | | | | | 03/20 | 135.00 |
| 1081 | Check # 1081 | Capital One Arc Check Pymt | | Arc ID: 95417190CA | 03/22 | 199.99 |
| 1082 ^ | | | | | 03/26 | 56.78 |
| 1083 ^ | | | | | 03/29 | 200.00 |
| 1084 | Check # 1084 | Chase | Check Pymt | Arc ID: 9200602075 | 03/29 | 200.00 |
| 1085 ^ | | | | | 04/02 | 168.00 |
| 1086 | Check # 1086 | Chase | Check Pymt | Arc ID: 9200602075 | 04/08 | 200.00 |
| 1087 ^ | | | | | 04/08 | 5,000.00 |
| **Total Checks Paid** | | | | | | **$6,469.77** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/13 | Card Purchase         03/12 Locus Telecommunicatio 210-5853600 NJ Card 5673 | $40.00 |
| 03/13 | Card Purchase         03/12 Locus Telecommunicatio 210-5853600 NJ Card 5673 | 40.00 |
| 03/18 | Card Purchase With Pin 03/17 Dillards - 0762 Gretna LA Card 5673 | 54.38 |
| 03/18 | Card Purchase With Pin 03/17 Dillards - 0762 Gretna LA Card 5673 | 54.38 |
| 03/20 | Card Purchase         03/19 Exxonmobil    47854815 Gretna LA Card 5673 | 55.00 |
| 03/20 | Card Purchase With Pin 03/19 Bellmeade Chevr Gretna LA Card 6168 | 39.35 |
| 03/22 | Card Purchase With Pin 03/22 Wal Sam's Club    912 Harvey LA Card 5673 | 126.19 |
| 04/01 | ATM Withdrawal        04/01 2320 Belle Chasse Hwy Gretna LA Card 6168 | 500.00 |
| 04/02 | Card Purchase With Pin 04/02 Nnt Le Nguyen Marke830 Buras LA Card 6168 | 89.47 |
| 04/04 | Card Purchase With Pin 04/04 Shell Service Station Gretna LA Card 5673 | 55.00 |
| 04/05 | Card Purchase         04/04 Pacific Gulf Wire Rop Belle Chasse LA Card 6168 | 1,028.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,081.77** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | 04/01 Withdrawal | $1,300.00 |
| 04/04 | 04/04 Withdrawal | 1,500.00 |
| **Total Fees & Other Withdrawals** | | **$2,800.00** |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 11, 2013 through May 10, 2013

Account Number: ████████████

00000543 1 AV 0.36

00000543 DRE 552 142 13113 NNYNNNNNNNN T 1 000000000 28 0000 T1255138 P29764
HAI V DO
OR TUYET N HUYNH
217 EVANGELINE CT
GRETNA LA 70056-7320

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $32,451.35 |
| Deposits and Additions | 35,000.12 |
| Checks Paid | - 1,200.00 |
| ATM & Debit Card Withdrawals | - 568.94 |
| Fees and Other Withdrawals | - 1,000.00 |
| Ending Balance | $64,682.53 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.12 |
| Interest Paid Year-to-Date | $0.12 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19 | Deposit   433674697 | $35,000.00 |
| 05/10 | Interest Payment | 0.12 |
| | Total Deposits and Additions | $35,000.12 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1088 | Check # 1088 | Chase | Check Pymt | Arc ID 9200602075 | | 04/23 | $200.00 |
| 1090 * ^ | | | | | | 05/01 | 1,000.00 |
| | Total Checks Paid | | | | | | $1,200.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com

Page 1 of 4



April 11, 2013 through May 10, 2013
Account Number:

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/12 | Card Purchase | 04/11 Locus Telecommunicatio 210-5853600 NJ Card 5673 | $40.00 |
| 04/12 | Card Purchase | 04/11 Locus Telecommunicatio 210-5853600 NJ Card 5673 | 40.00 |
| 04/12 | Card Purchase | 04/11 Paypal *Ubestshoppi 402-935-7733 CA Card 5673 | 15.70 |
| 04/12 | Card Purchase | 04/11 Paypal *Ubestshoppi 402-935-7733 CA Card 5673 | 15.70 |
| 04/16 | Card Purchase With Pin | 04/16 Usps 2138610155 Gretna LA Card 5673 | 37.65 |
| 04/29 | Card Purchase With Pin | 04/27 Exxonmobil Gretna LA Card 5673 | 55.00 |
| 05/02 | Card Purchase | 05/01 Enterprise Rent-A-Car Gretna LA Card 5673 | 25.00 |
| 05/03 | Card Purchase | 05/01 August Moon On Manhatt Harvey LA Card 5673 | 256.54 |
| 05/08 | Card Purchase With Pin | 05/08 Wal Sam's Club   911 Harvey LA Card 5673 | 83.35 |

**Total ATM & Debit Card Withdrawals**            $568.94

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | 04/18 Withdrawal | $1,000.00 |

**Total Fees & Other Withdrawals**            $1,000.00

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account. Here are the two ways you can continue to avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $55,577.00)

- **OR**, authorize us to make automatic payments to your qualifying Chase mortgage from **your** Chase account.
  (You do not have a qualifying Chase mortgage)



JPMorgan Chase Bank, N.A
P O Box 659754
San Antonio, TX 78265 - 9754

May 11, 2013 through June 12, 2013

Account Number:

00000549 1 AV 0.36

00000549 DRE 552 142 16413 NNNNNYYNYNN T 1 000000000 28 0000 11321198 P31966

HAI V DO
OR TUYET N HUYNH
217 EVANGELINE CT
GRETNA LA 70056-7320

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center | 1-800-935-9935 |
| Deaf and Hard of Hearing | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |



## CHECKING SUMMARY  Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $64,682.53 |
| Deposits and Additions | 4,360.98 |
| Checks Paid | - 3,960.16 |
| ATM & Debit Card Withdrawals | - 763.22 |
| **Ending Balance** | **$64,320.13** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.58 |
| Interest Paid Year-to-Date | $0.70 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | Deposit | $2,054.00 |
| 05/20 | Card Purchase Return   05/17 Enterprise Rent-A-Car Gretna LA Card 5673 | 25.00 |
| 05/22 | Credit Due To Debit Card Dispute | 15.70 |
| 05/22 | Credit Due To Debit Card Dispute | 15.70 |
| 06/05 | Deposit    433674693 | 2,250.00 |
| 06/12 | Interest Payment | 0.58 |
| **Total Deposits and Additions** | | **$4,360.98** |

Page 1 of 4



May 11, 2013 through June 12, 2013
Account Number:

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 1091 ^ | | | | | 05/20 | $300.00 |
| 1092 ^ | | | | | 05/14 | 158.00 |
| 1094 * ^ | | | | | 05/13 | 300.00 |
| 1095 | Check # 1095 | Tj Maxx Mc | Check Pymt | Arc ID: 0818400442 | 05/20 | 2.16 |
| 1096 ^ | | | | | 05/31 | 1,000.00 |
| 1097 ^ | | | | | 05/28 | 200.00 |
| 1098 | Check # 1098 | Chase | Check Pymt | Arc ID: 9200602075 | 05/28 | 200.00 |
| 1099 ^ | | | | | 06/06 | 315.00 |
| 1100 ^ | | | | | 06/04 | 220.00 |
| 1101 ^ | | | | | 06/03 | 1,000.00 |
| 1102 | Check # 1102 | Chase | Check Pymt | Arc ID: 9200602075 | 06/06 | 200.00 |
| 1104 * ^ | | | | | 06/12 | 65.00 |

**Total Checks Paid** $3,960.16

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | Card Purchase With Pin  05/14 Racetrac139 Gretna LA Card 6168 | $38.01 |
| 05/21 | Card Purchase With Pin  05/21 Autozone 3014 160 Lapa Gretna LA Card 6168 | 111.98 |
| 05/21 | Card Purchase With Pin  05/21 Wal-Mart #2706 Harvey LA Card 5673 | 120.91 |
| 05/23 | Card Purchase With Pin  05/23 Star Convenience Gretna LA Card 6168 | 93.76 |
| 05/28 | Card Purchase            05/25 Lucky Garden Belle Chasse LA Card 2718 | 252.20 |
| 05/28 | Card Purchase With Pin  05/26 Wal Wal-Mart Super 720 Harvey LA Card 2718 | 96.36 |
| 06/10 | Card Purchase With Pin  06/10 Shell Service Station Gretna LA Card 2718 | 50.00 |

**Total ATM & Debit Card Withdrawals** $763.22

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account. Here are the two ways you can continue to avoid this fee during any statement period.

- **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $65,007.00)

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage.)