UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| (REF: C.A. 13-2702, *First National Bank of Crestview v. BP Exploration & Prod. Inc., et al.*) | | |

**O R D E R**

Considering the foregoing motion of plaintiff, First National Bank of Crestview, for substitution of counsel,

IT IS HEREBY ORDERED that Leopold Z. Sher, James M. Garner, and Martha Y. Curtis of the Law Offices of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112-1033 be substituted as plaintiff's counsel of record in place of Curt D. Marshall, Weitz & Luxenberg P.C., 700 Broadway, 5th Floor, New York, New York, 10003 and Wesley Bowden and Brian H. Barr of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502.

New Orleans, Louisiana this 24th day of June, 2015.

_____
United States District Judge