UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc.,* | * | |
| *et al v. BP Exploration & Production* | * | **MAGISTRATE SHUSHAN** |
| *Inc., et al.* | | |

## FINAL JUDGMENT

In accordance with the Court's Order & Reasons of June 24, 2015 (Rec. Doc. 14752), it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The *Deepwater Horizon* Court Supervised Settlement Program ("Settlement Program") claim awards in favor of Jason Zirlott based upon Claim 113685, and in favor of Capt Jay, LLC, based upon Claim 108398 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Jason Zirlott and Capt Jay, LLC, jointly and severally, requiring Jason Zirlott and Capt Jay, LLC, to make restitution to the DHECC in the amount of $239,519.32, plus post-judgment interest; and

3. IT IS FURTHER ORDERED that Jason Zirlott and Capt Jay, LLC, shall participate in no further distributions under the Settlement Program's Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and Settlement Program in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 24th day of June, 2015.

_____
United States District Judge