UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |

**ORDER**

Considering the above and foregoing Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Cristen Freeman be and the same is hereby substituted as counsel of record for the movants referenced in said Motion to Substitute.

New Orleans, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE