UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

NOTICE BY THE SPECIAL MASTER OF
SATISFACTION OF JUDGMENT BY CERTAIN CLAIM PARTICIPANTS

COMES NOW Special Master Louis J. Freeh, providing notice that the Final Judgment entered by the Court on July 16, 2014 [Rec. Doc. 13150], has been satisfied as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner.  In support of this notice, the Special Master states as follows:

1. On April 29, 2014, the Court entered an Order & Reasons [Rec. Doc. 12794], finding that Andry Lerner, LLC, Jonathan Andry and Glen Lerner were jointly and severally liable to make full restitution for $357,002.35 in payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Casey Thonn, with claim participants such as Sutton and CCG "being liable to make restitution only in an amount equal to the fees paid to them." *Id*. at 26.

2. On July 16, 2014, the Court entered Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry and Glen Lerner in the amount of $35,700.23, plus post-judgment interest.  The Final Judgment provided that the total restitution payable to the DHECC should not exceed $357,002.35.

3. On or about May 22, 2015, Andry Lerner, LLC repaid $36,594.91, inclusive of post-judgment interest, to the DHECC.  *See* Ex. A at ¶ 3 (declaration in proof of satisfaction).

- 2 -

Pursuant to Local Rule 54.5, the Final Judgment as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner has been satisfied.

  4. Pursuant to Fed. R. Civ. P. 60(b)(5), and based upon the restitution in principal of $85,680.56 made by Andry Lerner, LLC, Jonathan Andry and Glen Lerner and others, the remaining restitution payable to the DHECC by Thonn should not exceed $271,321.79, plus post-judgment interest.

        Respectfully submitted,

        ____/s/ Louis J. Freeh_____
        Louis J. Freeh
        Special Master

Dated: June 26, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   26th   day of    June    , 2015.


                                       /s/Louis J. Freeh
                                       Louis J. Freeh