UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC
FOR RETURN OF PAYMENTS MADE TO CLAIMANTS FROM
VESSELS THE *SIR LAWRENCE*, THE *CAPT T*, THE *LADY KATHLEEN* AND OTHERS

The Deepwater Horizon Economic Claims Center ("DHECC") moves to have claimants Gulf Finest Investment Co. ("Gulf Finest"), LVS Investment Group Inc. ("LVS"), Sinh Tran, Christine Ho and Ngoc Lam return payments made by the DHECC. The claimants filed seafood compensation claims from three vessels, the *Sir Lawrence*, the *Capt T* and the *Lady Kathleen*. Each claim was supported by hard copies of trip tickets allegedly recording shrimp purchases by Titan Seafood Company in Texas. The alleged trip tickets supporting these claims, however, were fictitious.

Relying on the claimants' misrepresentations, the DHECC paid the claimants a total of $2,365,396.72, as follows: (a) $703,575.35 to Gulf Finest; (b) $405,848.15 to Christine Ho; (c) $660,601.30 to LVS; (d) $228,444.00 to Sinh Tran; and (e) $366,927.92 to Ngoc Lam.

On June 12, 2015, counsel for the claimants withdrew from representation of the claimants and agreed to repay $591,349.19 in legal fees collected on these claims.

The DHECC seeks a judgment requiring the claimants to make restitution to the DHECC for payments received on their claims so as to make the DHECC whole, deprive

them of an unjust enrichment and deter others from engaging in similar misconduct.  Any other professionals who benefitted from the unjustified payments similarly should be required to make restitution.

>Respectfully submitted,
>
>Patrick Juneau
>Claims Administrator
>
>By:   /s/ Kevin Colomb
>Kevin Colomb
>Manager of Compliance and Internal Integrity
>
>Louis J. Freeh
>Special Master
>
>By:   /s/ Gregory A. Paw
>Gregory A. Paw
>Counsel to the Special Master

Dated:  June 26, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served this ___26th___ day of June, 2015, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                _/s/ Gregory A. Paw_
                                                Counsel