UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Deepwater Horizon Economic Claims Center ("DHECC") to have claimants Gulf Finest Investment Co. ("Gulf Finest"), LVS Investment Group Inc. ("LVS"), Sinh Tran, Christine Ho and Ngoc Lam return the payments made by the DHECC and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Return of Payments Made to Gulf Finest, LVS, Sinh Tran, Christine Ho and Ngoc Lam is GRANTED; and

2. The DHECC claim award in favor of Gulf Finest based upon Claim 4015 is hereby RESCINDED and VACATED; and

3. Judgment is entered against Gulf Finest and Sinh Tran, requiring Gulf Finest and Sinh Tran to make restitution to the DHECC in the amount of $703,575.35, plus post-judgment interest, less $175,893.84 repaid to the DHECC as restitution by former counsel for Gulf Finest and Sinh Tran; and

4. Gulf Finest shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

5. The DHECC claim award in favor of LVS based upon Claim 2822 is hereby RESCINDED and VACATED; and

6. Judgment is entered against LVS and Sinh Tran, requiring LVS and Sinh Tran to make restitution to the DHECC in the amount of $660,601.30, plus post-judgment interest, less $165,150.33 repaid to the DHECC as restitution by former counsel for LVS and Sinh Tran; and

7. LVS shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

8. The DHECC claim award in favor of Sinh Tran based upon Claim 3268 is hereby RESCINDED and VACATED; and

9. Judgment is entered against Sinh Tran, requiring Sinh Tran to make restitution to the DHECC in the amount of $228,444.00, plus post-judgment interest, less $57,111.00 repaid to the DHECC as restitution by former counsel for Sinh Tran; and

10. Sinh Tran shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

11. The DHECC claim award in favor of Christine Ho based upon Claim 17948 is hereby RESCINDED and VACATED; and

12. Judgment is entered against Christine Ho, requiring Christine Ho to make restitution to the DHECC in the amount of $405,848.15, plus post-judgment interest, less $101,462.04 repaid to the DHECC as restitution by former counsel for Christine Ho; and

13. Christine Ho shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

- 3 -

14. The DHECC claim award in favor of Ngoc Lam based upon Claim 10119 is hereby RESCINDED and VACATED; and

15. Judgment is entered against Ngoc Lam, requiring Ngoc Lam to make restitution to the DHECC in the amount of $366,927.92, plus post-judgment interest, less $91,731.98 repaid to the DHECC as restitution by former counsel for Ngoc Lam; and

16. Ngoc Lam shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

17. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

18. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

19. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE