Case 2:10-md-02179-CJB-DPC   Document 14761-3   Filed 06/26/15   Page 1 of 9

Claim # 1098582

## TITAN SEAFOOD CO
WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-5900

**INVOICE #8605T**

| Invoice Number: | 8605T |
|---|---|
| Date Buy: | 12/19/2009 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2183 | 56 | 42.74 | 2094.26 | 3.25 | 6806.35 |
| 2 | | HOW | 9*12 | 2045 | 48 | 39.94 | 1957.06 | 3.25 | 6360.45 |
| 3 | | HOW | 8*12 | 2173 | 52 | 42.42 | 2078.58 | 3.25 | 6755.39 |
| 4 | | HOW | 9*12 | 2067 | 56 | 40.22 | 1970.78 | 3.25 | 6405.04 |
| 5 | | HOW | 9*12 | 2145 | 48 | 41.84 | 2055.08 | 3.25 | 6678.95 |
| 6 | | HOW | 8*12 | 2087 | 52 | 40.7 | 1994.3 | 3.25 | 6481.48 |
| 7 | | HOW | 9*12 | 2149 | 48 | 42.02 | 2058.98 | 3.25 | 6691.69 |
| 8 | | HOW | 9*12 | 2142 | 52 | 41.8 | 2048.2 | 3.25 | 6656.65 |
| 9 | | HOW | 13/15 | 1783 | 54 | 34.58 | 1694.42 | 3.25 | 5506.87 |
| 10 | | HOW | 13/15 | 2046 | 44 | 40.04 | 1961.96 | 2.65 | 5199.19 |
| 11 | | HOW | 13/15 | 2016 | 45 | 39.42 | 1931.58 | 2.65 | 5118.69 |
| 12 | | HOW | 21/25 | 1895 | 45 | 37 | 1813 | 2.65 | 4804.45 |
| 13 | | HOW | 21/25 | 2037 | 46 | 39.86 | 1953.14 | 1.80 | 3515.65 |
| 14 | | HOW | 26/30 | 2016 | 44 | 39.42 | 1931.58 | 1.80 | 3476.84 |
| 15 | | HOW | | 2199 | 45 | 43.12 | 2112.88 | 1.70 | 3591.90 |
| | | GROSS WEIGHT | | 30983 | 43 | NET WEIGHT | 28855.78 | | 84049.55 |

H.O.W.: HEAD ON WHITE
H.O.B.: HEAD ON BROWN
T./W.: TAIL WHITE
B./T.: TAIL BROWN

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $84,049.55 |
|---|---|

claim # 1C9 8582

**TITAN SEAFOOD CO**
WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-883-4334 FAX#409-982-2166

VICTOR TRAN, C.E.O.
DIRECT # 714-873-8900

## INVOICE #8594T

| Invoice Number: | 8594T |
|---|---|
| Date Buy: | 10/23/2009 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2131 | 51 | 41.6 | 2038.4 | 2.35 | 4790.24 |
| 2 | | HOW | 9*12 | 2017 | 44 | 39.46 | 1933.54 | 2.35 | 4543.82 |
| 3 | | HOW | 9*12 | 2143 | 53 | 41.8 | 2048.2 | 2.35 | 4813.27 |
| 4 | | HOW | 9*12 | 2214 | 52 | 43.24 | 2118.76 | 2.35 | 4979.09 |
| 5 | | HOW | 9*12 | 2184 | 54 | 42.6 | 2087.4 | 2.35 | 4905.39 |
| 6 | | HOW | 9*12 | 2016 | 55 | 39.22 | 1921.78 | 2.35 | 4516.18 |
| 7 | | HOW | 9*12 | 2013 | 55 | 39.16 | 1918.84 | 2.35 | 4509.27 |
| 8 | | HOW | 9*12 | 2124 | 52 | 41.44 | 2030.56 | 2.35 | 4771.82 |
| 9 | | HOW | 9*12 | 2278 | 55 | 44.46 | 2178.54 | 2.35 | 5119.57 |
| 10 | | HOW | 9*12 | 2214 | 57 | 43.14 | 2113.86 | 2.35 | 4967.57 |
| 11 | | HOW | 9*12 | 1765 | 54 | 34.22 | 1676.78 | 2.35 | 3940.43 |
| 12 | | HOW | 13/15 | 2089 | 44 | 40.9 | 2004.1 | 2.00 | 4008.20 |
| 13 | | HOW | 13/15 | 2047 | 45 | 40.04 | 1961.96 | 2.00 | 3923.92 |
| 14 | | HOW | 13/15 | 1874 | 45 | 36.58 | 1792.42 | 2.00 | 3584.84 |
| 15 | | HOW | 19/21 | 2276 | 44 | 44.64 | 2187.36 | 1.70 | 3718.51 |
| 16 | | HOW | 19/21 | 2173 | 48 | 42.5 | 2082.5 | 1.70 | 3540.25 |
| 17 | | HOW | 19/21 | 2137 | 55 | 41.64 | 2040.36 | 1.70 | 3468.61 |
| 18 | | HOW | 19/21 | 865 | 63 | 16.04 | 785.96 | 1.70 | 1336.13 |
| 19 | | HOW | 21/25 | 2197 | 44 | 43.06 | 2109.94 | 1.60 | 3375.90 |
| 20 | | HOW | 21/25 | 1543 | 45 | 29.96 | 1468.04 | 1.60 | 2348.86 |
| 21 | | HOW | 26/30 | 2138 | 43 | 41.9 | 2053.1 | 1.55 | 3182.31 |
| 22 | | HOW | 26/30 | 2126 | 45 | 41.62 | 2039.38 | 1.55 | 3161.04 |
| 23 | | HOW | 26/30 | 2139 | 46 | 41.86 | 2051.14 | 1.55 | 3179.27 |
| 24 | | HOW | 26/30 | 2093 | 50 | 40.86 | 2002.14 | 1.55 | 3103.32 |
| 25 | | HOW | 26/30 | 865 | 41 | 16.48 | 807.52 | 1.55 | 1251.66 |
| | | | GROSS WEIGHT | 49661 | | NET WEIGHT | 47452.58 | | 95039.47 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $95,039.47 |
|---|---|

claim # 1098582

## TITAN SEAFOOD CO
WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8587T

| Invoice Number: | 8587T |
|---|---|
| Date Buy: | 9/5/2009 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2078 | 53 | 40.5 | 1984.5 | 2.35 | 4663.58 |
| 2 | | HOW | 9*12 | 2098 | 46 | 41.04 | 2010.96 | 2.35 | 4725.76 |
| 3 | | HOW | 9*12 | 2145 | 55 | 41.8 | 2048.2 | 2.35 | 4813.27 |
| 4 | | HOW | 9*12 | 2316 | 55 | 45.22 | 2215.78 | 2.35 | 5207.08 |
| 5 | | HOW | 9*12 | 2083 | 57 | 40.52 | 1985.48 | 2.35 | 4665.88 |
| 6 | | HOW | 9*12 | 2156 | 55 | 42.02 | 2058.98 | 2.35 | 4838.60 |
| 7 | | HOW | 9*12 | 2043 | 55 | 39.76 | 1948.24 | 2.35 | 4578.36 |
| 8 | | HOW | 9*12 | 2207 | 52 | 43.1 | 2111.9 | 2.35 | 4962.97 |
| 9 | | HOW | 9*12 | 2123 | 55 | 41.36 | 2026.64 | 2.35 | 4762.60 |
| 10 | | HOW | 8*12 | 2215 | 57 | 43.16 | 2114.84 | 2.35 | 4969.87 |
| 11 | | HOW | 9*12 | 1642 | 54 | 31.76 | 1556.24 | 2.35 | 3657.18 |
| 12 | | HOW | 13/15 | 2176 | 44 | 42.64 | 2089.36 | 2.00 | 4178.72 |
| 13 | | HOW | 13/15 | 2185 | 45 | 42.8 | 2097.2 | 2.00 | 4194.40 |
| 14 | | HOW | 13/15 | 1324 | 45 | 25.58 | 1253.42 | 2.00 | 2506.84 |
| 15 | | HOW | 19/21 | 2215 | 44 | 43.42 | 2127.58 | 1.70 | 3616.89 |
| 16 | | HOW | 19/21 | 2176 | 48 | 42.56 | 2085.44 | 1.70 | 3545.25 |
| 17 | | HOW | 19/21 | 2056 | 55 | 40.02 | 1960.98 | 1.70 | 3333.67 |
| 18 | | HOW | 19/21 | 1724 | 63 | 33.22 | 1627.78 | 1.70 | 2767.23 |
| 19 | | HOW | 21/25 | 2056 | 44 | 40.24 | 1971.76 | 1.60 | 3154.82 |
| 20 | | HOW | 21/25 | 1425 | 45 | 27.6 | 1352.4 | 1.60 | 2163.84 |
| 21 | | HOW | 26/30 | 2156 | 43 | 42.26 | 2070.74 | 1.55 | 3209.65 |
| 22 | | HOW | 26/30 | 2076 | 45 | 40.62 | 1990.38 | 1.55 | 3085.09 |
| 23 | | HOW | 26/30 | 1467 | 41 | 28.52 | 1397.48 | 1.55 | 2166.09 |
| | | | GROSS WEIGHT | 46142 | | NET WEIGHT | 44086.28 | | 89767.61 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B.T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $89,767.61 |
|---|---|

claim #1098582

## TITAN SEAFOOD CO
### WHOLESALE
### FRESH FROZEN
3831 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-883-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9800

**INVOICE #8583T**

| Invoice Number: | 8583T |
|---|---|
| Date Buy: | 7/13/2009 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2065 | 55 | 40.2 | 1969.8 | 2.40 | 4727.52 |
| 2 | | HOW | 9*12 | 2134 | 55 | 41.58 | 2037.42 | 2.40 | 4889.81 |
| 3 | | HOW | 9*12 | 2156 | 45 | 42.22 | 2068.78 | 2.40 | 4965.07 |
| 4 | | HOW | 9*12 | 2068 | 43 | 40.5 | 1984.5 | 2.40 | 4762.80 |
| 5 | | HOW | 9*12 | 2135 | 52 | 41.66 | 2041.34 | 2.40 | 4899.22 |
| 6 | | HOW | 9*12 | 2118 | 47 | 41.42 | 2029.58 | 2.40 | 4870.99 |
| 7 | | HOW | 9*12 | 2146 | 50 | 41.92 | 2054.08 | 2.40 | 4929.79 |
| 8 | | HOW | 9*12 | 2243 | 55 | 43.76 | 2144.24 | 2.40 | 5146.18 |
| 9 | | HOW | 9*12 | 2078 | 57 | 40.42 | 1980.58 | 2.40 | 4753.39 |
| 10 | | HOW | 9*12 | 2198 | 55 | 42.86 | 2100.14 | 2.40 | 5040.34 |
| 11 | | HOW | 9*12 | 2056 | 55 | 40.02 | 1960.98 | 2.40 | 4706.35 |
| 12 | | HOW | 9*12 | 2189 | 52 | 42.74 | 2094.26 | 2.40 | 5026.22 |
| 13 | | HOW | 9*12 | 2284 | 51 | 44.66 | 2188.34 | 2.40 | 5252.02 |
| 14 | | HOW | 9*12 | 2078 | 52 | 40.52 | 1985.48 | 2.40 | 4765.15 |
| 15 | | HOW | 9*12 | 1756 | 51 | 34.1 | 1670.9 | 2.40 | 4010.16 |
| 16 | | HOW | 13/15 | 2097 | 44 | 41.06 | 2011.94 | 2.00 | 4023.88 |
| 17 | | HOW | 13/15 | 2137 | 45 | 41.84 | 2050.16 | 2.00 | 4100.32 |
| 18 | | HOW | 13/15 | 1645 | 45 | 32 | 1568 | 2.00 | 3136.00 |
| 19 | | HOW | 19/21 | 2153 | 44 | 42.18 | 2066.82 | 1.70 | 3513.59 |
| 20 | | HOW | 19/21 | 2047 | 48 | 39.98 | 1959.02 | 1.70 | 3330.33 |
| 21 | | HOW | 19/21 | 2175 | 55 | 42.4 | 2077.6 | 1.70 | 3531.92 |
| 22 | | HOW | 19/21 | 1567 | 63 | 30.08 | 1473.92 | 1.70 | 2505.66 |
| 23 | | HOW | 21/25 | 2152 | 44 | 42.16 | 2065.84 | 1.60 | 3305.34 |
| 24 | | HOW | 21/25 | 1435 | 45 | 27.8 | 1362.2 | 1.60 | 2179.52 |
| 25 | | HOW | 26/30 | 2146 | 43 | 42.06 | 2060.94 | 1.55 | 3194.46 |
| 26 | | HOW | 26/30 | 2135 | 45 | 41.6 | 2048.2 | 1.55 | 3174.71 |
| 27 | | HOW | 26/30 | 1875 | 41 | 36.68 | 1797.32 | 1.55 | 2785.85 |
| | | | GROSS WEIGHT | 55268 | | NET WEIGHT | 52852.38 | | 111626.60 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $111,526.60 |
|---|---|

claim # 109 8582

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-6900

### INVOICE # 8577T

| Invoice Number: | 8577T |
|---|---|
| Date Buy: | 5/13/2009 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2156 | 55 | 42.02 | 2058.98 | 2.35 | 4838.60 |
| 2 | | HOW | 9*12 | 1987 | 45 | 38.84 | 1903.16 | 2.35 | 4472.43 |
| 3 | | HOW | 9*12 | 2215 | 52 | 43.26 | 2119.74 | 2.35 | 4981.39 |
| 4 | | HOW | 9*12 | 2095 | 53 | 40.84 | 2001.16 | 2.35 | 4702.73 |
| 5 | | HOW | 9*12 | 2056 | 42 | 40.28 | 1973.72 | 2.35 | 4638.24 |
| 6 | | HOW | 9*12 | 2156 | 55 | 42.02 | 2058.98 | 2.35 | 4838.60 |
| 7 | | HOW | 9*12 | 1987 | 45 | 38.84 | 1903.16 | 2.35 | 4472.43 |
| 8 | | HOW | 9*12 | 2156 | 52 | 42.08 | 2061.92 | 2.35 | 4845.51 |
| 9 | | HOW | 9*12 | 2089 | 53 | 40.72 | 1995.28 | 2.35 | 4688.91 |
| 10 | | HOW | 9*12 | 2135 | 45 | 41.8 | 2048.2 | 2.35 | 4813.27 |
| 11 | | HOW | 9*12 | 1564 | 54 | 30.2 | 1479.8 | 2.35 | 3477.53 |
| 12 | | HOW | 13/15 | 2312 | 44 | 45.36 | 2222.64 | 2.00 | 4445.28 |
| 13 | | HOW | 13/15 | 1358 | 45 | 26.22 | 1284.78 | 2.00 | 2569.56 |
| 14 | | HOW | 19/21 | 1944 | 45 | 37.98 | 1861.02 | 1.70 | 3163.73 |
| 15 | | HOW | 19/21 | 2431 | 44 | 47.74 | 2339.26 | 1.70 | 3976.74 |
| 16 | | HOW | 19/21 | 2156 | 48 | 42.16 | 2065.84 | 1.70 | 3511.93 |
| 17 | | HOW | 19/21 | 1968 | 55 | 38.26 | 1874.74 | 1.70 | 3187.06 |
| 18 | | HOW | 19/21 | 1895 | 63 | 36.64 | 1795.36 | 1.70 | 3052.11 |
| 19 | | HOW | 21/25 | 1976 | 38 | 38.76 | 1899.24 | 1.60 | 3038.78 |
| 20 | | HOW | 21/25 | 1785 | 45 | 34.8 | 1705.2 | 1.60 | 2728.32 |
| 21 | | HOW | 26/30 | 2165 | 43 | 42.44 | 2079.56 | 1.55 | 3223.32 |
| 22 | | HOW | 26/30 | 2121 | 45 | 41.52 | 2034.48 | 1.55 | 3153.44 |
| 23 | | HOW | 26/30 | 2115 | 41 | 41.46 | 2032.52 | 1.55 | 3150.41 |
| 24 | | HOW | 26/30 | 1654 | 57 | 31.94 | 1565.06 | 1.55 | 2425.84 |
| | | | GROSS WEIGHT | 48474 | | NET WEIGHT | 46383.8 | | 92396.16 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B.T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $92,396.16 |
|---|---|

claim #1C9 8582

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8540T

| Invoice Number: | 8540T |
|---|---|
| Date Buy: | 10/27/2008 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2067 | 52 | 40.3 | 1974.7 | 3.45 | 6812.72 |
| 2 | | HOW | 9*12 | 2097 | 50 | 40.94 | 2006.06 | 3.45 | 6920.91 |
| 3 | | HOW | 9*12 | 2134 | 46 | 41.76 | 2046.24 | 3.45 | 7059.53 |
| 4 | | HOW | 9*12 | 2098 | 54 | 40.88 | 2003.12 | 3.45 | 6910.76 |
| 5 | | HOW | 9*12 | 1887 | 48 | 38.78 | 1900.22 | 3.45 | 6555.76 |
| 7 | | HOW | 9*12 | 2231 | 49 | 43.64 | 2138.36 | 3.45 | 7377.34 |
| 8 | | HOW | 9*12 | 1986 | 50 | 38.72 | 1897.28 | 3.45 | 6545.62 |
| 9 | | HOW | 9*12 | 1756 | 43 | 34.26 | 1678.74 | 3.45 | 5791.65 |
| 10 | | HOW | 9*12 | 2098 | 46 | 41.04 | 2010.96 | 3.45 | 6937.81 |
| 11 | | HOW | 16/18 | 1987 | 45 | 38.84 | 1903.16 | 2.70 | 5138.53 |
| 12 | | HOW | 16/18 | 2078 | 56 | 40.44 | 1981.56 | 2.70 | 5350.21 |
| 13 | | HOW | 16/18 | 2097 | 52 | 40.9 | 2004.1 | 2.70 | 5411.07 |
| 16 | | HOW | 16/18 | 2045 | 63 | 39.64 | 1942.36 | 2.7 | 5244.37 |
| 17 | | HOW | 31/35 | 2156 | 45 | 42.22 | 2068.78 | 1.55 | 3206.61 |
| 18 | | HOW | 36/40 | 2198 | 55 | 42.86 | 2100.14 | 1.45 | 3045.20 |
| | | | GROSS WEIGHT | 31015 | | NET WEIGHT | 29855.78 | | 88308.09 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $88,308.09 |
|---|---|

claim # 1098582

## TITAN SEAFOOD CO
### WHOLESALE
### FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-683-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8525T

| Invoice Number: | 8525T |
|---|---|
| Date Buy: | 8/11/2008 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2113 | 53 | 41.2 | 2018.8 | 3.80 | 7671.44 |
| 2 | | HOW | 9*12 | 2123 | 45 | 41.56 | 2036.44 | 3.80 | 7738.47 |
| 3 | | HOW | 9*12 | 2158 | 36 | 42.44 | 2079.56 | 3.80 | 7902.33 |
| 4 | | HOW | 9*12 | 2128 | 49 | 41.58 | 2037.42 | 3.80 | 7742.20 |
| 5 | | HOW | 9*12 | 2101 | 42 | 41.18 | 2017.82 | 3.80 | 7667.72 |
| 6 | | HOW | 9*12 | 1719 | 35 | 33.68 | 1650.32 | 3.80 | 6271.22 |
| 7 | | HOW | 9*12 | 698 | 38 | 13.2 | 646.8 | 3.80 | 2457.84 |
| 8 | | HOB | 13/15 | 2129 | 44 | 41.7 | 2043.3 | 3.35 | 6845.06 |
| 9 | | HOB | 13/15 | 1791 | 45 | 34.92 | 1711.08 | 3.35 | 5732.12 |
| 10 | | HOB | 16/18 | 1944 | 39 | 38.1 | 1866.9 | 2.85 | 5320.67 |
| 11 | | HOB | 16/18 | 1570 | 44 | 30.52 | 1495.48 | 2.85 | 4262.12 |
| 12 | | HOB | 26/30 | 2038 | 48 | 39.8 | 1950.2 | 1.90 | 3705.38 |
| 13 | | HOB | 26/30 | 1986 | 55 | 38.62 | 1892.38 | 1.90 | 3595.52 |
| 14 | | HOB | 36/40 | 2150 | 63 | 41.74 | 2045.26 | 1.45 | 2965.63 |
| 15 | | HOB | 36/40 | 2103 | 38 | 41.3 | 2023.7 | 1.45 | 2934.37 |
| 16 | | HOB | 36/40 | 2095 | 45 | 41 | 2009 | 1.45 | 2913.05 |
| 17 | | HOB | 36/40 | 2072 | 43 | 40.58 | 1988.42 | 1.45 | 2883.21 |
| 18 | | HOB | 36/40 | 878 | 37 | 16.82 | 824.18 | 1.45 | 1195.06 |
| 19 | | HOB | 36/40 | 2115 | 41 | 41.48 | 2032.52 | 1.45 | 2947.15 |
| 20 | | HOB | 16/18 | 58 | 0 | 1.16 | 56.84 | 2.85 | 161.99 |
| | | GROSS WEIGHT | | 35968 | | NET WEIGHT | 34426.42 | | 92912.53 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B.T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $92,912.53 |
|---|---|

claim #109582

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8513

| Invoice Number: | 8513 |
|---|---|
| Date Buy: | 7/9/2008 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 1811 | 37 | 35.48 | 1738.52 | 3.85 | 6693.30 |
| 2 | | HOW | 9*12 | 2019 | 44 | 39.5 | 1935.6 | 3.85 | 7451.68 |
| 3 | | HOW | 9*12 | 2047 | 50 | 39.94 | 1957.06 | 3.85 | 7534.68 |
| 4 | | HOW | 9*12 | 1987 | 43 | 38.88 | 1905.12 | 3.85 | 7334.71 |
| 5 | | HOW | 9*12 | 2014 | 46 | 39.36 | 1928.64 | 3.85 | 7425.26 |
| 6 | | HOW | 9*12 | 2148 | 52 | 41.92 | 2054.08 | 3.85 | 7908.21 |
| 7 | | HOW | 9*12 | 1984 | 49 | 38.7 | 1896.3 | 3.85 | 7300.76 |
| 8 | | HOW | 9*12 | 2104 | 42 | 41.24 | 2020.76 | 3.85 | 7779.93 |
| 9 | | HOW | 9*12 | 2074 | 45 | 40.58 | 1988.42 | 3.85 | 7655.42 |
| 10 | | HOW | 9*12 | 2018 | 48 | 39.4 | 1930.6 | 3.85 | 7432.81 |
| 11 | | HOW | 9*12 | 534 | 52 | 9.64 | 472.36 | 3.85 | 1818.59 |
| 12 | | HOW | 13/15 | 2015 | 54 | 39.22 | 1921.78 | 3.55 | 6822.32 |
| 13 | | HOW | 13/15 | 1987 | 46 | 38.82 | 1902.18 | 3.55 | 6752.74 |
| 14 | | HOW | 13/15 | 1975 | 49 | 38.54 | 1888.46 | 3.55 | 6704.03 |
| 15 | | HOW | 13/15 | 2017 | 54 | 39.26 | 1923.74 | 3.55 | 6829.28 |
| 16 | | HOW | 13/15 | 2067 | 44 | 40.46 | 1982.54 | 3.55 | 7038.02 |
| 17 | | HOW | 13/15 | 2103 | 52 | 41.02 | 2009.98 | 3.55 | 7135.43 |
| 18 | | HOW | 13/15 | 2021 | 46 | 39.5 | 1935.5 | 3.55 | 6871.03 |
| 19 | | HOW | 13/15 | 987 | 47 | 18.8 | 921.2 | 3.55 | 3270.26 |
| 20 | | HOW | 19/21 | 1383 | 43 | 26.8 | 1313.2 | 2.50 | 3283.00 |
| 21 | | HOW | 19/21 | 1984 | 56 | 38.56 | 1889.44 | 2.50 | 4723.60 |
| 22 | | HOW | 19/21 | 918 | 39 | 17.58 | 861.42 | 2.50 | 2153.55 |
| | | | GROSS WEIGHT | 40198 | | NET WEIGHT | 38376.8 | | 137918.59 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B.T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $137,918.59 |
|---|---|

Claim # 1093582

## TITAN SEAFOOD CO
WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9800

### INVOICE #8500T

| Invoice Number: | 8500T |
|---|---|
| Date Buy: | 5/15/2008 |
| Boat Name: | SIR LAWRENCE |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 8*12 | 2187 | 39 | 42.96 | 2105.04 | 4.00 | 8420.16 |
| 2 | | HOW | 9*12 | 2200 | 37 | 43.26 | 2119.74 | 4.00 | 8478.96 |
| 3 | | HOW | 9*12 | 2175 | 37 | 42.76 | 2095.24 | 4.00 | 8380.96 |
| 4 | | HOW | 8*12 | 2184 | 39 | 42.9 | 2102.1 | 4.00 | 8408.40 |
| 5 | | HOW | 9*12 | 2072 | 43 | 40.58 | 1988.42 | 4.00 | 7953.68 |
| 6 | | HOW | 9*12 | 2077 | 56 | 40.42 | 1980.58 | 4.00 | 7922.32 |
| 7 | | HOW | 13/15 | 2177 | 33 | 42.88 | 2101.12 | 3.55 | 7458.98 |
| 8 | | HOW | 13/15 | 2194 | 54 | 42.8 | 2097.2 | 3.55 | 7445.06 |
| 9 | | HOW | 13/15 | 2143 | 34 | 42.18 | 2066.82 | 3.55 | 7337.21 |
| 10 | | HOW | 13/15 | 2164 | 56 | 42.16 | 2065.84 | 3.55 | 7333.73 |
| 11 | | HOW | 13/15 | 2107 | 34 | 41.46 | 2031.54 | 3.55 | 7211.97 |
| 12 | | HOW | 13/15 | 2084 | 31 | 41.06 | 2011.94 | 3.55 | 7142.39 |
| 13 | | HOW | 16/18 | 1848 | 43 | 36.1 | 1768.9 | 3.00 | 5306.70 |
| 14 | | HOW | 16/18 | 740 | 80 | 13.2 | 646.8 | 3.00 | 1940.40 |
| 15 | | HOW | 19/21 | 2144 | 37 | 42.14 | 2064.86 | 2.50 | 5162.15 |
| 16 | | HOW | 19/21 | 2267 | 31 | 44.72 | 2191.28 | 2.50 | 5478.20 |
| | | | GROSS WEIGHT | 32763 | | NET WEIGHT | 31437.42 | | 111381.26 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T.W.: | TAIL WHITE |
| B.T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $111,381.26 |