# TITAN SEAFOOD CO

WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE #8572T

| Invoice Number: | 8572T |
|---|---|
| Date Buy: | 4/4/2009 |
| Boat Name: | CAPT. T |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2139 | 55 | 41.68 | 2042.32 | 2.35 | 4799.45 |
| 2 | | HOW | 9*12 | 2143 | 52 | 41.82 | 2049.18 | 2.35 | 4815.57 |
| 3 | | HOW | 9*12 | 2073 | 52 | 40.42 | 1980.58 | 2.35 | 4654.36 |
| 4 | | HOW | 9*12 | 2165 | 51 | 42.28 | 2071.72 | 2.35 | 4868.54 |
| 5 | | HOW | 9*12 | 2211 | 57 | 43.08 | 2110.92 | 2.35 | 4960.66 |
| 6 | | HOW | 9*12 | 2099 | 55 | 40.88 | 2003.12 | 2.35 | 4707.33 |
| 7 | | HOW | 9*12 | 2034 | 51 | 39.66 | 1943.34 | 2.35 | 4566.85 |
| 8 | | HOW | 9*12 | 2156 | 57 | 41.98 | 2057.02 | 2.35 | 4834.00 |
| 9 | | HOW | 9*12 | 2021 | 55 | 39.32 | 1926.68 | 2.35 | 4527.70 |
| 10 | | HOW | 9*12 | 2201 | 55 | 42.92 | 2103.08 | 2.35 | 4942.24 |
| 11 | | HOW | 9*12 | 2142 | 52 | 41.8 | 2048.2 | 2.35 | 4813.27 |
| 12 | | HOW | 9*12 | 2201 | 55 | 42.92 | 2103.08 | 2.35 | 4942.24 |
| 13 | | HOW | 9*12 | 2193 | 57 | 42.72 | 2093.28 | 2.35 | 4919.21 |
| 14 | | HOW | 9*12 | 1852 | 54 | 35.96 | 1762.04 | 2.35 | 4140.79 |
| 15 | | HOW | 13/15 | 2092 | 44 | 40.96 | 2007.04 | 2.00 | 4014.08 |
| 16 | | HOW | 13/15 | 2014 | 45 | 39.38 | 1929.62 | 2.00 | 3859.24 |
| 17 | | HOW | 13/15 | 1987 | 45 | 38.84 | 1903.16 | 2.00 | 3806.32 |
| 18 | | HOW | 19/21 | 2048 | 44 | 40.08 | 1963.92 | 1.70 | 3338.66 |
| 19 | | HOW | 19/21 | 2215 | 48 | 43.34 | 2123.66 | 1.70 | 3610.22 |
| 20 | | HOW | 19/21 | 2214 | 55 | 43.18 | 2115.82 | 1.70 | 3596.89 |
| 21 | | HOW | 19/21 | 2159 | 63 | 41.92 | 2054.08 | 1.70 | 3491.94 |
| 22 | | HOW | 21/25 | 2047 | 44 | 40.06 | 1962.94 | 1.60 | 3140.70 |
| 23 | | HOW | 21/25 | 2035 | 45 | 39.8 | 1950.2 | 1.60 | 3120.32 |
| 24 | | HOW | 26/30 | 2013 | 43 | 39.4 | 1930.6 | 1.55 | 2992.43 |
| 25 | | HOW | 26/30 | 2014 | 45 | 39.38 | 1929.62 | 1.55 | 2990.91 |
| 26 | | HOW | 26/30 | 1653 | 41 | 32.24 | 1579.76 | 1.55 | 2448.63 |
| | | | GROSS WEIGHT | 54121 | | NET WEIGHT | 51744.98 | | 106902.57 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $106,902.57 |
|---|---|

Chain # 116858T

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8579T

| Invoice Number: | 8579T |
|---|---|
| Date Buy: | 7/1/2009 |
| Boat Name: | CAPT. T |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | HOW | 9*12 | 2238 | 52 | 43.72 | 2142.28 | 2.35 | 5034.36 |
| | 2 | HOW | 9*12 | 2015 | 55 | 39.2 | 1920.8 | 2.35 | 4513.88 |
| | 3 | HOW | 9*12 | 2184 | 55 | 42.58 | 2086.42 | 2.35 | 4903.09 |
| | 4 | HOW | 9*12 | 2162 | 54 | 42.16 | 2065.84 | 2.35 | 4854.72 |
| | 5 | HOW | 9*12 | 2017 | 51 | 39.32 | 1926.68 | 2.35 | 4527.70 |
| | 6 | HOW | 9*12 | 2192 | 45 | 42.94 | 2104.06 | 2.35 | 4944.54 |
| | 7 | HOW | 9*12 | 2137 | 53 | 41.68 | 2042.32 | 2.35 | 4799.45 |
| | 8 | HOW | 9*12 | 2216 | 55 | 43.22 | 2117.78 | 2.35 | 4976.78 |
| | 9 | HOW | 9*12 | 2137 | 52 | 41.7 | 2043.3 | 2.35 | 4801.76 |
| | 10 | HOW | 9*12 | 2016 | 52 | 39.28 | 1924.72 | 2.35 | 4523.09 |
| | 11 | HOW | 9*12 | 2214 | 50 | 43.28 | 2120.72 | 2.35 | 4983.69 |
| | 12 | HOW | 9*12 | 2019 | 51 | 39.36 | 1928.64 | 2.35 | 4532.30 |
| | 13 | HOW | 9*12 | 2092 | 54 | 40.76 | 1997.24 | 2.35 | 4693.51 |
| | 14 | HOW | 9*12 | 1524 | 52 | 29.44 | 1442.56 | 2.35 | 3390.02 |
| | 15 | HOW | 13/15 | 2193 | 43 | 43 | 2107 | 2.00 | 4214.00 |
| | 16 | HOW | 13/15 | 2176 | 56 | 42.4 | 2077.6 | 2.00 | 4155.20 |
| | 17 | HOW | 13/15 | 897 | 47 | 17 | 833 | 2.00 | 1666.00 |
| | 18 | HOW | 19/21 | 2197 | 46 | 43.02 | 2107.98 | 1.70 | 3583.57 |
| | 19 | HOW | 19/21 | 2135 | 49 | 41.72 | 2044.28 | 1.70 | 3475.28 |
| | 20 | HOW | 19/21 | 2128 | 50 | 41.56 | 2036.44 | 1.70 | 3461.95 |
| | 21 | HOW | 19/21 | 876 | 52 | 16.48 | 807.52 | 1.70 | 1372.78 |
| | 22 | HOW | 21/25 | 2134 | 42 | 41.84 | 2050.16 | 1.60 | 3280.26 |
| | 23 | HOW | 21/25 | 1876 | 55 | 36.42 | 1784.58 | 1.60 | 2855.33 |
| | 24 | HOW | 26/30 | 2017 | 46 | 39.42 | 1931.58 | 1.55 | 2993.95 |
| | 25 | HOW | 26/30 | 2124 | 50 | 41.48 | 2032.52 | 1.55 | 3150.41 |
| | 26 | HOW | 26/30 | 2213 | 46 | 43.34 | 2123.66 | 1.55 | 3291.67 |
| | 24 | HOW | 26/30 | 2019 | 49 | 39.4 | 1930.6 | 1.55 | 2992.43 |
| | 25 | HOW | 26/30 | 2214 | 55 | 43.18 | 2115.82 | 1.55 | 3279.52 |
| | 26 | HOW | 26/30 | 845 | 52 | 15.86 | 777.14 | 1.55 | 1204.57 |
| | | | GROSS WEIGHT | 57207 | | NET WEIGHT | 54623.24 | | 110455.80 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

**TOTAL** $110,455.80

Cherill #MC33381

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8590T

| Invoice Number: | 8590T |
|---|---|
| Date Buy: | 9/12/2009 |
| Boat Name: | CAPT. T |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2013 | 57 | 39.12 | 1916.88 | 2.35 | 4504.67 |
| 2 | | HOW | 9*12 | 2126 | 52 | 41.48 | 2032.52 | 2.35 | 4776.42 |
| 3 | | HOW | 9*12 | 2036 | 52 | 39.68 | 1944.32 | 2.35 | 4569.15 |
| 4 | | HOW | 9*12 | 2019 | 52 | 39.34 | 1927.66 | 2.35 | 4530.00 |
| 5 | | HOW | 9*12 | 2135 | 53 | 41.64 | 2040.36 | 2.35 | 4794.85 |
| 6 | | HOW | 9*12 | 2017 | 55 | 39.24 | 1922.76 | 2.35 | 4518.49 |
| 7 | | HOW | 9*12 | 2341 | 56 | 45.7 | 2239.3 | 2.35 | 5262.36 |
| 8 | | HOW | 9*12 | 2018 | 52 | 39.32 | 1926.68 | 2.35 | 4527.70 |
| 9 | | HOW | 9*12 | 2134 | 50 | 41.68 | 2042.32 | 2.35 | 4799.45 |
| 10 | | HOW | 9*12 | 2103 | 55 | 40.96 | 2007.04 | 2.35 | 4716.54 |
| 11 | | HOW | 9*12 | 2214 | 52 | 43.24 | 2118.76 | 2.35 | 4979.09 |
| 12 | | HOW | 9*12 | 2103 | 55 | 40.96 | 2007.04 | 2.35 | 4716.54 |
| 13 | | HOW | 9*12 | 2193 | 46 | 42.94 | 2104.06 | 2.35 | 4944.54 |
| 14 | | HOW | 9*12 | 756 | 47 | 14.18 | 694.82 | 2.35 | 1632.83 |
| 15 | | HOW | 13/15 | 2132 | 45 | 41.74 | 2045.26 | 2.00 | 4090.52 |
| 16 | | HOW | 13/15 | 2263 | 46 | 44.34 | 2172.66 | 2.00 | 4345.32 |
| 17 | | HOW | 13/15 | 963 | 45 | 18.36 | 899.64 | 2.00 | 1799.28 |
| 18 | | HOW | 19/21 | 2145 | 48 | 41.94 | 2055.06 | 1.70 | 3493.60 |
| 19 | | HOW | 19/21 | 2213 | 53 | 43.2 | 2116.8 | 1.70 | 3598.56 |
| 20 | | HOW | 19/21 | 972 | 57 | 18.3 | 896.7 | 1.70 | 1524.39 |
| 21 | | HOW | 21/25 | 2231 | 47 | 43.68 | 2140.32 | 1.60 | 3424.51 |
| 22 | | HOW | 21/25 | 574 | 52 | 10.44 | 511.56 | 1.60 | 818.50 |
| 23 | | HOW | 26/30 | 2134 | 49 | 41.7 | 2043.3 | 1.55 | 3167.12 |
| 24 | | HOW | 26/30 | 2213 | 55 | 43.16 | 2114.84 | 1.55 | 3278.00 |
| 25 | | HOW | 26/30 | 2134 | 49 | 41.7 | 2043.3 | 1.55 | 3167.12 |
| 26 | | HOW | 26/30 | 1876 | 55 | 36.42 | 1784.58 | 1.55 | 2766.10 |
| 27 | | HOW | 26/30 | 1246 | 58 | 23.76 | 1164.24 | 1.55 | 1804.57 |
| | | | GROSS WEIGHT | 51304 | | NET WEIGHT | 48912.78 | | 100550.21 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $100,550.21 |
|---|---|

CLAIM #116858\*

## TITAN SEAFOOD CO
WHOLESALE
FRESH FROZEN
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8598T

| Invoice Number: | 8598T |
|---|---|
| Date Buy: | 10/28/2009 |
| Boat Name: | CAPT. T |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight, LB. | Net Weight, LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2201 | 54 | 42.94 | 2104.06 | 2.35 | 4944.54 |
| 2 | | HOW | 9*12 | 2014 | 55 | 39.18 | 1919.82 | 2.35 | 4511.58 |
| 3 | | HOW | 9*12 | 2214 | 56 | 43.16 | 2114.84 | 2.35 | 4969.87 |
| 4 | | HOW | 9*12 | 2215 | 58 | 43.14 | 2113.86 | 2.35 | 4967.57 |
| 5 | | HOW | 9*12 | 2149 | 59 | 41.8 | 2048.2 | 2.35 | 4813.27 |
| 6 | | HOW | 9*12 | 2131 | 45 | 41.72 | 2044.28 | 2.35 | 4804.06 |
| 7 | | HOW | 9*12 | 2135 | 50 | 41.7 | 2043.3 | 2.35 | 4801.76 |
| 8 | | HOW | 9*12 | 2014 | 47 | 39.34 | 1927.66 | 2.35 | 4530.00 |
| 9 | | HOW | 9*12 | 2018 | 46 | 39.44 | 1932.56 | 2.35 | 4541.52 |
| 10 | | HOW | 9*12 | 2184 | 58 | 42.52 | 2083.48 | 2.35 | 4896.18 |
| 11 | | HOW | 9*12 | 2135 | 52 | 41.66 | 2041.34 | 2.35 | 4797.15 |
| 12 | | HOW | 9*12 | 2214 | 54 | 43.2 | 2116.8 | 2.35 | 4974.48 |
| 13 | | HOW | 9*12 | 2146 | 48 | 41.96 | 2056.04 | 2.35 | 4831.69 |
| 14 | | HOW | 9*12 | 456 | 52 | 8.08 | 395.92 | 2.35 | 930.41 |
| 15 | | HOW | 13/15 | 2145 | 50 | 41.9 | 2053.1 | 2.00 | 4106.20 |
| 16 | | HOW | 13/15 | 2014 | 48 | 39.32 | 1926.68 | 2.00 | 3853.36 |
| 17 | | HOW | 13/15 | 2132 | 43 | 41.78 | 2047.22 | 2.00 | 4094.44 |
| 18 | | HOW | 13/15 | 874 | 45 | 16.58 | 812.42 | 2.00 | 1624.84 |
| 19 | | HOW | 19/21 | 2013 | 56 | 39.14 | 1917.86 | 1.70 | 3260.36 |
| 20 | | HOW | 19/21 | 874 | 55 | 16.38 | 802.62 | 1.70 | 1364.45 |
| 21 | | HOW | 21/25 | 2017 | 55 | 39.24 | 1922.76 | 1.60 | 3076.42 |
| 22 | | HOW | 21/25 | 1745 | 52 | 33.86 | 1659.14 | 1.60 | 2654.62 |
| 23 | | HOW | 26/30 | 2214 | 55 | 43.18 | 2115.82 | 1.55 | 3279.52 |
| 24 | | HOW | 26/30 | 2132 | 58 | 41.48 | 2032.52 | 1.55 | 3150.41 |
| 25 | | HOW | 26/30 | 2121 | 50 | 41.42 | 2029.58 | 1.55 | 3145.85 |
| 26 | | HOW | 26/30 | 753 | 58 | 13.9 | 681.1 | 1.55 | 1055.71 |
| | | | GROSS WEIGHT | 49260 | | NET WEIGHT | 46942.98 | | 97980.25 |

| H.O.W.: | HEAD ON WHITE |
|---|---|
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $97,980.25 |
|---|---|

chin 11L8581

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL#409-983-4334 FAX#409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE #8612T

| Invoice Number: | 8612T |
|---|---|
| Date Buy: | 12/26/2009 |
| Boat Name: | CAPT. T |
| Fresh OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | Pallet Weight | Water Weight,LB. | Net Weight,LB. | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 9*12 | 2013 | 55 | 39.16 | 1918.84 | 3.25 | 6236.23 |
| 2 | | HOW | 9*12 | 2135 | 58 | 41.54 | 2035.46 | 3.25 | 6615.25 |
| 3 | | HOW | 9*12 | 2143 | 53 | 41.8 | 2048.2 | 3.25 | 6656.65 |
| 4 | | HOW | 9*12 | 2124 | 58 | 41.32 | 2024.68 | 3.25 | 6580.21 |
| 5 | | HOW | 9*12 | 2017 | 53 | 39.28 | 1924.72 | 3.25 | 6255.34 |
| 6 | | HOW | 9*12 | 2164 | 58 | 42.12 | 2063.88 | 3.25 | 6707.61 |
| 7 | | HOW | 9*12 | 2183 | 58 | 42.5 | 2082.5 | 3.25 | 6768.13 |
| 8 | | HOW | 9*12 | 1735 | 59 | 33.52 | 1642.48 | 3.25 | 5338.06 |
| 9 | | HOW | 13/15 | 2098 | 50 | 40.96 | 2007.04 | 2.65 | 5318.66 |
| 10 | | HOW | 13/15 | 2014 | 48 | 39.32 | 1926.68 | 2.65 | 5105.70 |
| 11 | | HOW | 13/15 | 1845 | 45 | 36 | 1764 | 2.65 | 4674.60 |
| 12 | | HOW | 21/25 | 2017 | 55 | 39.24 | 1922.76 | 1.80 | 3460.97 |
| 13 | | HOW | 21/25 | 2104 | 52 | 41.04 | 2010.96 | 1.80 | 3619.73 |
| 14 | | HOW | 26/30 | 1810 | 55 | 35.1 | 1719.9 | 1.70 | 2923.83 |
| | | | GROSS WEIGHT | 28402 | | NET WEIGHT | 27092.1 | | 76260.95 |

| H.O.W.: | HEAD ON WHITE |
| H.O.B.: | HEAD ON BROWN |
| T./W.: | TAIL WHITE |
| B./T.: | TAIL BROWN |

Water weight deduction is equal to 2%

ADVANCE

| TOTAL | $76,260.95 |