**RECORDED STATEMENT SUMMARY**

|                        |                |
|------------------------|----------------|
| Statement of:          | Victor Tran    |
| Cellular Telephone No.:|                |
| Work Telephone No.:    |                |
| Marital Status:        | Single         |
| Social Security No:    |                |

- Victor Tran stated he does not have nor has he ever had a claim with the DHECC program.
- Victor Tran stated he is represented by an attorney for his DHECC claim.
- Victor Tran understood that the interview was being recorded and acknowledged his permission was granted to do so.
- Victor Tran can read and write the English language.
- He was not under the influence of any drug or medication which would alter his mental ability to understand the questions being asked.
- Victor Tran stated his attorney assisted him in filing his claim.
- Victor Tran advised he brought the documents requested in the letter that was sent to his attorney from HUB Enterprises, Inc. with him.
- He confirmed the information on his driver's license was correct and accurate. Loc Chanh Tran also went by the name Victor Tran and had lived at the address on his driver's license for the past 2 ½ years.
- He had never used nor submitted an alternate date of birth for any reason. His Social Security Number is            and he had never used an alternate number for any reason.
- Victor Tran stated he was single.
- Victor Tran was self-employed with Titan Seafood Company since the day the company was created in October of 2011.
- Victor Tran stated his business and cell telephone number is            .
- Christopher Tran was his older brother who filed the Business Economic Loss claim on behalf of Titan Seafood Company
- He reported Titan Seafood Company is a seafood processing company.
- Victor Tran stated Titan Seafood Company had never done business using any other name.
- Victor Tran stated that Titan Seafood Company had never done business as Pleasure Island Shrimp House, Inc. or Pleasure Island Seafood, Inc.

- Victor Tran stated they bought Pleasure Island Shrimp House, Inc. and Pleasure Island Seafood, Inc. when the businesses were shut down, and then started Titan Seafood Company
- Victor Tran stated Titan Seafood Company had never done business as Platinum Seafood Services, Inc., nor does the business have any ownership interest in Platinum Seafood Services, Inc.
- Victor Tran advised he owned the majority of Titan Seafood Company and his older brother, Christopher Tran, whose address is in Houston, Texas and phone number is ▬▬▬, also owned stock or legal interest in the company, Titan Seafood Company
- Victor Tran reported he was the President of the company.
- Victor Tran stated he was not involved in and did not oversee the day-to-day operations of Titan Seafood Company
- Victor Tran stated currently his brother, Christopher, had the most knowledge of Titan Seafood Company's day-to-day operations of Titan Seafood Company; however, before the Deepwater Horizon incident in 2005-2009, he had the most knowledge of the day-to-day operations.
- He stated he had the most knowledge of Titan Seafood Company's financial information.
- Victor Tran stated he had been affiliated with Titan Seafood Company for 10 years, since the start of the company in early 2005.
- Victor Tran stated Titan Seafood Company was still an operating business today.
- Victor Tran stated he has never filed bankruptcy on behalf of Titan Seafood Company, nor has any business he owned filed for bankruptcy.
- Victor Tran stated there was a lawsuit 10 years ago in Galveston, Texas State Court wherein he was sued and he won.
- Victor Tran stated he had ownership and/or stock and/or legal interests in Titan Seafood Company and Lot, Inc., wherein he was the owner.
- Victor Tran stated he owned some of Crystal Seafood and Chris owned some.
- Victor Tran stated he opened, operated, and ran Crystal Seafood.
- Victor Tran stated he was the President of Titan Seafood Company, Lot and Crystal.
- Victor Tran stated Christopher was an Officer and his brother, Sinh Tran, was a Board Member.
- Victor Tran stated the companies, Lot, Titan Seafood Company, and Crystal Seafood are located in Port Arthur, Texas.

- Victor Tran stated Crystal Seafood had been in operation since 2003-2004 and Lot, Inc. was in operation since 2005. Victor Tran stated both companies are still in operation today.
- Victor Tran stated Crystal Seafood and Titan Seafood Company are seafood processing businesses and Lot is a property owner business.
- Victor Tran stated Titan Seafood Company did its banking at Capital One and Texas State Bank, both in Port Arthur, Texas. He stated Titan Seafood Company also did its banking at East/West Bank in Houston, TX and Los Angeles, CA and also at the Bank of Commerce in West Miner, CA.
- Victor Tran stated Titan Seafood Company did not maintain insurance on the business.
- Titan Seafood Company employed 75-125 employees in 2005-2009.
- Victor Tran stated he did not have the names and contact information for all individuals employed by Titan Seafood Company  The business now had 100-200 employees. His brother had the employees' information.
- Victor Tran stated the only companies he owned, Titan Seafood Company, Crystal Seafood, and Lot, had never filed a claim of any kind, except the claim filed with BP.
- Victor Tran stated he did not recall the type of claim that was filed, but knows it was not a disaster relief claim.
- Victor Tran stated the type of loss filed was an economic loss claim.
- Victor Tran stated he filed the claim in Houston, TX or New Orleans, Louisiana. Victor Tran stated no other parties were impacted by or involved in the claim process.
- Victor Tran stated he was represented in this claim by an attorney, Craig Coleman.
- Victor Tran stated the basis of the claim was due to an economic loss, wherein this matter is still ongoing.
- Victor Tran stated only he, and no one else affiliated with the ownership of Titan Seafood Company, had been convicted of a felony and was subjected to a criminal investigation in March, April, and May, 2007 in Port Arthur, Texas for issuing a false statement.
- Victor Tran stated he plead guilty to the charges and spent 3 years in incarceration in California.
- Victor Tran stated that neither he, nor anyone else affiliated with the ownership of Titan Seafood Company, had ever been suspected of fraud.
- Victor Tran stated that he was charged with providing a false statement on his FEMA application in Port Arthur, Texas, wherein he served 3 years in Taft, California.

- Victor Tran stated that Titan Seafood Company has never been sued by anyone for any reason.
- Victor Tran stated Kathy Nguyen prepared the income tax forms and bookkeeping or accounting for Titan Seafood Company for the years 2008, 2009, and 2010.  Victor Tran stated his brother, Christopher, hired them to prepare the company's documentation in 2012.  Victor Tran stated his brother knows her because she does income taxes in Houston, Texas.  Victor Tran stated he does not know the contact information for Kathy Nguyen.
- Victor Tran stated his brother, Christopher, saves a summary of the year-end numbers, which is provided in order to complete the tax documents.
- Victor Tran stated he gave HUB Enterprises, Inc. permission to speak with and obtain a recorded statement of the individual or company responsible for preparing any submitted tax, financial documents, including source documentation, which was submitted as part of his DHECC claim.
- Victor Tran stated the health department inspects the premises in Port Arthur, Texas; however, no permits, licenses, or certifications were required to run his business.
- Victor Tran stated his brother was responsible for obtaining any permits, if any were required, from the city of Port Arthur, Texas, or otherwise; therefore, since they were not required, no money was spent.
- Victor Tran stated that Titan Seafood Company had always maintained current permits, licenses, certifications, etc. since it began business.
- Victor Tran stated that Titan Seafood Company had one business facility, located at 3931 S. Martin Luther King Street in Port Arthur, Texas 77642, and no other headquarters.
- The location of the business was leased from Lot, and Victor Tran stated he would find the lease contract, which is for $5,000.00 or $7,000.00 per month.
- Victor Tran stated the physical location of the business address had a boat dock that was 5,000 square feet, a freezer that was 5,100 square feet, one mobile trailer, and living quarters with an office.  Victor Tran added there are ice makers and scales.
- Victor Tran stated that Crystal Seafood and Tommy Seafood are located next to the business.
- Victor Tran stated that Titan Seafood Company did not need any business zoning permits to operate a seafood processing business.
- Victor Tran stated no other business shared the facilities at Titan Seafood Company's location.
- Victor Tran stated shrimp were unloaded at the dock's at Titan Seafood Company's dock location.

- Victor Tran further stated he used to own Captain Dalvik; however, it has since been sold.
- He stated that Titan Seafood Company owned a shrimp grader, freezer, scales, an 18-wheeler, VALT to hold shrimp of net weight 1,000 pounds, revolving de-heading system, which was designed by him, and a leased peel machine from Laidtram Machinist in Louisiana. He has the exclusive right to use the peel machine.
- Victor Tran stated from 2007 to 2010, the master vessel, Captain Delvik, was operated by Sinh Tran and Christiopher Tran, and they received the income from the vessel's catch. Christopher owned a different vessel. Victor Tran paid for the boat and put the title in the name of Titan Seafood Company, but did not obtain any income from the vessel.
- Victor Tran stated Titan Seafood Company continued operations after April 20, 2010.
- Victor Tran stated his attorney can provide Titan Seafood Company's gross income and gross profit for the years 2008, 2009, and 2010.
- Victor Tran stated Titan Seafood Company does not hold any exemptions for reporting gross revenues in any and all states in which the company operated its business.
- Victor Tran was presented *Exhibit 1A* (17911363), Business Economic Loss Claim Form (*Attachment 8*). He stated Faegre, Baker, Daniels prepared this document and Christopher Tran aided in the completion of the form. Victor Tran did not complete this form. His attorney submitted this form in support of his claim and with his approval. Christopher Tran assisted in preparing or gathering documents used to prepare Titan Seafood Company's Business Economic Loss Claim. Victor Tran did not review this document prior to it being submitted. He reported his attorney submitted this document in February of 2013 to the DHECC. He confirmed all information on the document is true and correct.
- Victor Tran stated Titan Seafood Company sells to customers in multiple economic zones. He listed Titan Seafood Company's customers in 2008, 2009, and 2010 as Fisherman's Reef, Rose Seafood, Barry & Son, Lafitte Frozen Food, Louisiana Warehouse Seafood, Bay Fresh Seafood, Great Wall Seafood, Bana Seafood, Galveston Seafood, Bescy Pack, and Marine Product. He reported these businesses are located all over the country and Titan Seafood Company sold the customers shrimp. Victor Tran stated his attorney can provide a list of current Titan Seafood Company customers and then added he will put together a list.
- He explained Titan Seafood Company is a commercial, wholesale, retail processing and landing site. Landing sites are provided to Bradon, Lucky, Captain David, Lady Kaplan, Captain Tommy, Captain Johnathan, Captain Anne, and Sea Dragon.
- Trip tickets are provided from Titan Seafood Company to every vessel. Titan Seafood Company maintains all trip tickets created for all vessels that made landings. This started

- before the hurricane in 2008. He stated Cindy maintained these tickets; however, she does not have them anymore at the Port Arthur Titan Seafood Company location, as the hurricane destroyed them.
- Mr. Tran did not know the name of each captain for each vessel that make landings
- Victor Tran stated yes that the income/revenue generated from this impacted by any particular seafood harvesting season.
- Titan Seafood Company sells frozen and fresh shrimp to Fisherman's Reef, Rose Seafood, Barry & Son, Lafitte Frozen Food, Louisiana Warehouse Seafood, Bay Fresh Seafood, Great Wall Seafood, Bana Seafood, Galveston Seafood, Bescy Pack, Marine Product.
- Victor Tran stated there is no contract sales agreements to document sales agreements during 2008-2010. The hurricane destroyed all this information
- Victor Tran purchases product from Bradon, Lucky, Captain David, Lady Kaplan, Captain Tommy, Captain Johnathan, Captain Anne, and Sea Dragon. All seafood is imported from the Gulf of MexiCompany
- Victor Tran has complied with the local health department for food/health safety of seafood processing but cannot produce any documentation.
- Titan Seafood Company receives seafood by truck and vessels.
- Texas Parks and Wildlife Department comes out once a month to inspect Titan Seafood Company landing invoices. He advised he has a health department certificate.
- He reported that Titan Seafood Company lost a lot of business in 2010.
- Victor Tran was presented *Exhibit 2A* (17897704), 2008 Federal Corporate Income Return Form 1120 (*Attachment 10*). Victor Tran reviewed and recognized *Exhibit 2A* (17897704). He reported Kathy with Tax Accounting Services completed this document. Victor Tran did not aid in completing this document; his brother, Christopher Tran, did. Christopher Tran submitted this document to their attorney and their attorney submitted it for the claim. Victor Tran did not review this exhibit before it was submitted. The document was submitted to the IRS at the IRS office last year. Victor Tran stated Christopher Tran would sign the return as an officer of Titan Seafood Company
- Victor Tran also stated all the information on *Exhibit 2A* (17897704)was true and correct. The source documents used to prepare the tax return were bank statements, and the attorney has these documents. Victor Tran signed and dated the bottom of each page.
- No IRS tax filing extension was filed in 2008. The figures in this exhibit were calculated from the totaled bank statements. The amount of gross receipts sales for this year is $6,634,830, and Victor Tran stated he has bank statements to support this amount.

- Titan Seafood Company had two or three officers in 2008: Victor Tran, Christopher Tran, and Sinh Tran. Victor Tran was paid as an officer in 2008, and his pay was for rent, food, and transportation. Victor Tran received a 1099 documenting his salary and wages. Victor Tran stated his job duties as an officer in 2008 were daily operation, sales, and buying.
- Titan Seafood Company reported $5,582,145 in purchases, which were all for shrimp, in 2008. Titan Seafood Company also reported $248,315.00 in labor costs for 2008, which consisted of workers to unload trucks, office staff, and packing people.
- Victor Tran was presented *Exhibit 3A* (17897703), 2009 Federal Corporate Income Return Form 1120 (*Attachment 12*). Victor Tran reviewed and recognized *Exhibit 3A* and stated that Kathy completed this document. He reported his attorney's office submitted this document in support of the claim and he did not review this document before it was submitted. The document was submitted to the IRS and Kathy was listed as the tax preparer. Victor Tran stated all the information was true and correct on this exhibit, and then he signed and dated each page.
- Titan Seafood Company did not have to file any IRS tax extensions in 2009. All the figures in the exhibit were obtained from bank statements. The amount of gross receipts sales for the year and purchases were obtained from bank statements.
- Titan Seafood Company had three officers in 2009: Victor Tran, Christopher Tran, and Sinh Tran. Victor Tran was paid as an officer in in 2009 and received a 1099 and W-2 document. His job duties included daily operations, buying, and selling.
- Victor Tran was presented *Exhibit 4A* (17897530), 2010 Federal Corporate Income Return Form 1120 (*Attachment 14*). Victor Tran reviewed and recognized the exhibit. He reported Kathy with Tax Accounting Services completed this document. Victor Tran did not aid in completing this document; his brother, Christopher Tran, did. Christopher Tran submitted this document to the attorney and the attorney submitted it for the claim. Victor Tran did not review this exhibit before it was submitted. The document was submitted to the IRS at the IRS office last year.
- Victor Tran stated Christopher Tran would sign the return as an officer of Titan Seafood Company  Victor Tran also stated all the information on *Exhibit 2A* (17897704) was true and correct. He advised the source documents used to prepare the tax return were bank statements, which the attorney has. Victor Tran signed and dated the bottom of each page.
- No IRS tax filing extension was filed in 2010. The figures in this exhibit were calculated from the totaled bank statements. The documentation to support the amount of gross receipts sales and purchases in 2010 are bank statements.

- Titan Seafood Company had three officers in 2010: Victor Tran, Christopher Tran, and Sinh Tran. Victor Tran was not paid as an officer in 2010 and did not receive a 1099 or W-2 document.
- All 2008, 2009, and 2010 IRS tax returns were filed in 2014, due to the hurricane.
- Christopher Tran signed the tax documents and Victor Tran brought the documents to the IRS. Victor Tran also stated he gave signed copies to his attorney.
- Victor Tran was presented *Exhibit 5A* (17897730), 2008 Profit and Loss Statement (*Attachment 16*). He stated Kathy with Tax Accounting Services completed this document in 2012 or 2013.
- Victor Tran stated this profit and loss statement was prepared from his bank statements, banking information, year-end information and tax info in support of his claim and submitted. Victor Tran also stated he did not review the documents before they was submitted.
- Victor Tran also stated not all the information on this document is correct, the year-end amount is correct but monthly is not. When Victor Tran brother, Christopher Tran re did his income tax he asked for seasonal instead of monthly. Christopher Tran agreed to break the figures into seasonal figures instead of monthly.
- Victor Tran stated that bank statements were used to calculate the revenue for the year 2008.
- Victor Tran also stated he did not know why the word variable was written on this exhibit. The document states that Titan Seafood Company incurred propane expenses only during the months of August through December 2010 but Victor Tran states propane was only used for the forklifts.
- He also stated that the fuel expenses were used for the generator to run the freezers.
- The total supply expenses were to stock up on supplies in the beginning of the season and parts for equipment.
- Victor Tran was presented *Exhibit 6A* (17897728), 2009 Profit and Loss Statement (*Attachment 18*). He stated Kathy completed the document. He did not aid in the completion of the form. He has no affiliation with Kathy and did not help with the form. He stated Kathy prepared the document after or before she prepared the income tax return. His attorney stated after or before was infinity basically. He then clarified Kathy prepared the document around the same time as the tax return in 2012. He stated she utilized bank statements to prepare the form. They submitted the form in support of the claim to their attorney. Christopher reviewed the form prior to submission. He did not know how the form was submitted. He stated the total number on the form was correct; however, she mixed up

some of the months due to the calculations being seasonal, rather than monthly. Some months were correct and some were not; however, the year-end total was correct. The form was completed sometime in 2012. He believed it was completed after the income tax return.

- The form stated Titan Seafood Company made $2,289,429.00 in revenue for 2009. He stated the bank statements back up the revenue listed on the form. He reported the expenses of $2,725,458.00 listed were correct and the bank statements back up expenses. He was not sure if the fuel expenses of $10, 250.00 listed were correct. The propane expenses of $1,750.00 were correct on the form.

- Victor Tran was presented *Exhibit 7A* (17894426), 2010 Profit and Loss Statement (*Attachment 20*). He reported Kathy completed the document. He did not aid in the completion of the form. He has no affiliation with Kathy and did not help with the form. He stated Kathy prepared the document after or before she prepared the income tax return. Kathy prepared the document after the tax return in 2012. Kathy utilized the bank statement to prepare the form. They submitted the form to their attorney in support of the claim. His brother, Christopher, reviewed the form prior to submission. He believed it was submitted by mail or delivery; however, he was unsure. He stated the total number on the form was correct; however, she mixed up some of the months due to the calculations being seasonal, rather than monthly. He stated some months were correct; however, some were not. The form was completed after the 2012 income tax returns were completed. He confirmed the figures on the form were correct.

- The 2010 profit and loss did not show the itemized list as the 2009 profit and loss, as business was slow. He added he was not there in 2010; however, business was very slow.

- Victor Tran was presented *Exhibit 8A* (19722778), 2008 Business Loss Statement (*Attachment 22*). He stated he completed the document with Kathy's assistance. He utilized his bank statements to complete the form. The document was completed sometime in 2014. He submitted the form to his attorney in support of his claim. His attorney submitted it to the DHECC. He reviewed the document prior to its submission. He did not know how the form was submitted. He stated all information was correct.

- The four items listed with bank account numbers were the total revenue for each account.

- The monthly revenue listed did not match the monthly revenue on the 2008 profit and loss due to Kathy breaking down the number by season, rather than monthly. He stated the total revenue on each form matches. He stated he utilized the monthly bank statements of debit and credits to prepare the form.

- He stated the winter months were slow (January through April), then the season starts; therefore, business picked up. He stated the correct form was *Exhibit 8A* (19722778), 2008 Business Loss Statement (*Attachment 22*). Kathy's numbers were based on seasons, not monthly.

- He stated expenses differ from the profit and loss form due to the same reason as the revenue. Seasonal numbers versus monthly number. He stated the profit and loss was off by $564.28, and was most likely due to a clerical error. He stated the figures from *Exhibit 8A* (19722778) were the correct figures.

- Victor Tran was presented *Exhibit 9A* (19722778), 2009 Business Loss Statement (*Attachment 24*). He stated he completed the document with Kathy's assistance. He utilized his bank statements to complete the form. The document was completed sometime in 2014. He submitted the form to his attorney in support of his claim. His attorney submitted it to the DHECC. He reviewed the document prior to its submission. He did not know how the form was submitted. He stated all information was correct.

- He stated the figures were different for the same reason the figures were different for the previous year.

- Victor Tran was presented *Exhibit 10A* (19722778), 2010 Business Loss Statement (*Attachment 26*). He explained the figures differ for the same reason as the previous years. He stated Titan Seafood Company never ceased operations, as it was still currently active. He stated they operated after 2010.

- Victor Tran was presented *Exhibit 11.3A*, Articles of Incorporation, State of Louisiana (*Attachment 31*). He stated he incorporated the business in Nevada due to convenience. He stated the paperwork was easier, cost less, and he was able to pay with credit card. He stated the duration was less than 48 hours to incorporate a business in Nevada.

- Victor Tran was presented *Exhibit 11A* (17897717), Articles of Incorporation, State of Nevada (*Attachment 28*). He stated he did not know Brent Buscay, and Mr. Buscay was not associated with Titan Seafood Company  He then advised Mr. Buscay must have been an employee for Laughlin Associates, Inc. He again stated Mr. Buscay was not associated with Titan Seafood Company  He advised Titan Seafood Company is only incorporated in the state of Nevada. Titan Seafood Company has principle businesses in Texas and Louisiana.

- Victor Tran reviewed *Exhibit 12A* (17897367), Registration Form (*Attachment 33*), and stated he recognized the document, which was completed by his attorney utilizing information provided by Christopher Tran. He advised the document was completed on

February 14, 2013. He advised he did not know if the information on the document was correct; however, he assumed it was.

- He advised the address listed on the document was correct. He stated the address listed is also Christopher Tran's residence, and they resided there six days per week in the trailer.

- Victor Tran reviewed *Exhibit 13A* (17910830), Letter From CPA (*Attachment 35*), and stated he has known Robert Mosher since 2012 or 2013; however, he has never met him in person. He advised he spoke with Mr. Mosher regarding financial paperwork for the claim, noting that Mr. Mosher was hired by his attorney. Attorney Coleman injected, adding that Mr. Mosher was hired by the law firm to assist with claims paperwork, as needed.

- Victor Tran reviewed *Exhibit 14A* (19722911), Bank Statements (*Attachment 37*), and stated he recognized the documents and confirmed they were submitted in support of Titan Seafood Company's claim. He advised the previous profit and loss statements should not be evaluated with the claim, as the monthly profit and loss amounts were incorrect, and should have been completed by seasonal revenue amounts. He advised the bank statements reflect all transactions for the year 2008 through 2010, and were utilized to prepare income tax documents. He advised his secretary, Cindy, was responsible for the paperwork; however, he was unable to recall her last name. He advised she moved; therefore, he was uncertain if he could obtain contact information for her.

- Victor Tran advised his brother, Christopher Tran, sent him the bank statements and paperwork for him to review prior to filing the claim.

- Victor Tran advised he wrote 90 percent of the checks on behalf of the company, while Sinh Tran wrote the remaining 10 percent. He advised Christopher Tran also had access to write checks. Additionally, he stated Hoan Tran, his ex-girlfriend, occasionally wrote checks on behalf of the company.

- Prior to the conclusion of the interview, Attorney Coleman wished to clarify an earlier answer. He stated Titan Seafood Company was involved in a lawsuit with the Texas Attorney General. He advised both Titan Seafood Company and he, personally, were involved in the civil lawsuit. Mr. Tran clarified the lawsuit pertained to food safety regulations. Attorney Coleman clarified the result of the lawsuit settlement allowed Titan Seafood Company to continue operations.

- Victor Tran advised he was incarnated for an unrelated reason.

- He advised he understood all questions asked and provided answers truthfully, according to his recollection. He advised he had nothing further to add. Victor Tran and Attorney Coleman acknowledged the statement was recorded with their permission.