July 15, 2009

From: Hoang-Oanh Tran

Dear Your Honor:

My name is Hoang-Oanh Tran and I am the wife of Loc Tran. In all honesty, this is the most difficult and most important letter that I have had to compose in my life because my husband's future as well as the future of my family is at stake. I apologize for the length of this letter but it is crucial that I help you understand Loc Tran, the person that I have built my life with for the last twenty years.







██████████████████████████████████████

██████████████████████████████████████ Essentially all business operations have ceased. The boats are gone. I have had to let go of most employees with the promise that I will call them back as soon as I can. ██████████████████████████████████████

██████████████████████████████████████

Respectfully yours,

*[signature: Hoang-Oanh Lu]*