## DECLARATION OF CHRISTOPHER TRAN
### D/B/A Lot, Inc.; Crystal Seafood, Inc; Titan Seafood, Inc.

Under penalty of perjury, I, Christopher Tran, swear and state as follows:

1. I was born in 1956 in Vietnam and immigrated to the United States in 1977. I am a resident of the State of Texas. I am the Treasurer and President of Lot, Inc., and I am duly authorized to execute this affidavit on behalf of Lot, Inc. I have personal knowledge of the information and facts asserted herein.

2. I have spent my entire adult life in the commercial fishing industry. I am a multi-generational commercial shrimper and have lived and worked in the Gulf of Mexico with my family since the early 1980s. My four brothers and I own one of the largest fleets of freezer boats in the Gulf and have worked those boats together for decades.

3. In addition to our vessels, for over ten years we have owned a seafood processing plant and distributor in Port Arthur, Texas. Its primary business is the purchase, processing, and sale of shrimp. Before collapse of the business caused by the *Deepwater Horizon* disaster, our business bought raw shrimp caught in Louisiana and eastern Texas, processed shrimp on site, and sold that shrimp to buyers across the United States and to China, Germany, France and Mexico. We sort, grade, de-vein, de-head, peel, freeze, de-head, package, and ship shrimp. We also sold ice and supplies to boats.

4. In February 2006, we incorporated Lot, Inc. I served as Treasurer and President. Lot, Inc. owns approximately a 50,000 square foot tract of land and a sea food processing plant on the water in Port Arthur, Texas. The facilities are located on a canal that leads directly to the Gulf of Mexico. Shrimp boats from the Gulf docked and off-loaded shrimp at our facilities.

5. In August 2009, Lot, Inc. entered a leasing agreement with Flor-Tex Co., a seafood processor headquartered in Tampa, Florida, and looking to expand into Texas. Under

the agreement, Flor-Tex leased the land and the processing plant for $36,728.77 per month for a year. The contract was to be renewed annually until an outright purchase could be finalized.

6.      After the spill, Flor-Tex experienced significant operating losses and was forced to close its operations in 2010. In May 2010, Flor-Tex notified Lot, Inc. that it was suffering dramatic losses in revenue as a result of the spill. In July 2010, Lot, Inc. agreed to a significant reduction of rent to allow Flor-Tex to stay in operation. In November 2010, the plant ceased all operations due to lost profits, and Lot, Inc. received notice that Flor-Tex was abandoning the facility. Flor-Tex did not renew the lease and permanently vacated the premises on or about November 30, 2010. Lot, Inc. has been left vacant since Flor-Tex left and has lost all of its revenue.

7.      Despite significant efforts, I have been unable to resume processing operations or find other tenants for the facilities. The processing plant has remained idle since Flor-Tex vacated the premises. Lot, Inc. placed the land and facilities on the market but has been unable to sell it.

8.      On and prior to May 10, 2010, Lot, Inc., was current on all of its financial obligations, including its mortgage, nor had Lot, Inc., filed for bankruptcy protection on or before May 10, 2010. As a result of the oil spill and the substantive destruction of the seafood industry in the Gulf, Lot, Inc. is now deficient on its mortgage, and our lender has issued a notice of foreclosure. Lot, Inc. has been driven out of business as a result of the Deepwater Horizon disaster.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Christopher Tran*
Christopher Tran

July 11, 2012

fb.us.8882036.01