Case 2:10-md-02179-CJB-DPC   Document 14761-11   Filed 06/26/15   Page 1 of 5



**EAST WEST BANK** *Your Financial Bridge*

2090 Huntington Dr 2ND Floor
San Marino CA 91108

TITAN SEAFOOD CO

ACCOUNT STATEMENT
Page 2 of 5
STARTING DATE: May 01, 2009
ENDING DATE: May 31, 2009

| Number | Date  | Amount   | Number | Date  | Amount |
|--------|-------|----------|--------|-------|--------|
| 1285   | 05-28 | 400.75   | 1290   | 05-27 | 400.00 |
| 1286   | 05-22 | 821.87   | 1292 * | 05-29 | 595.38 |
| 1287   | 05-19 | 2,000.00 | * Skip in check sequence | | |
| 1289 * | 05-27 | 159.25   |        |       |        |

### DEBITS

| Date  | Transaction Description | Subtractions |
|-------|-------------------------|--------------|
| 05-04 | Preauth Debit           | 84.88        |
| 05-06 | Dep Rtn Stopped         | 1,604.30     |
| 05-06 | Service Charge          | 5.00         |
| 05-08 | Preauth Debit           | 40.03        |
| 05-18 | Service Charge          | 20.00        |
| 05-26 | Preauth Debit           | 3,909.88     |
| 05-26 | Preauth Debit           | 1,186.45     |

### DAILY BALANCES

| Date  | Amount    | Date  | Amount     | Date  | Amount     |
|-------|-----------|-------|------------|-------|------------|
| 04-30 | 68,466.62 | 05-13 | 89,729.82  | 05-22 | 128,337.66 |
| 05-01 | 74,652.12 | 05-14 | 70,640.87  | 05-26 | 126,076.55 |
| 05-04 | 74,030.59 | 05-15 | 168,181.76 | 05-27 | 111,800.15 |
| 05-06 | 71,264.56 | 05-18 | 167,529.65 | 05-28 | 111,399.40 |
| 05-07 | 70,070.60 | 05-19 | 153,104.37 | 05-29 | 110,760.27 |
| 05-08 | 70,030.57 | 05-20 | 145,140.31 |       |            |
| 05-12 | 90,129.82 | 05-21 | 139,159.53 |       |            |



**EASTWEST BANK** *Your Financial Bridge*

2090 Huntington Dr 2ND Floor
San Marino CA 91108

TITAN SEAFOOD CO

ACCOUNT STATEMENT
Page 2 of 7
STARTING DATE: July 01, 2009
ENDING DATE: July 31, 2009

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1378 * | 07-22 | 467.25 | 1399 | 07-28 | 435.75 |
| 1380 * | 07-28 | 5,000.00 | 1400 | 07-28 | 70.00 |
| 1381 | 07-27 | 12,000.00 | 1401 | 07-28 | 500.00 |
| 1382 | 07-29 | 1,886.46 | 1402 | 07-29 | 400.75 |
| 1385 * | 07-30 | 115.68 | 1403 | 07-29 | 1,396.50 |
| 1386 | 07-31 | 67.95 | 1404 | 07-28 | 1,000.00 |
| 1397 * | 07-28 | 1,000.00 | 1405 | 07-31 | 821.87 |
| 1398 | 07-28 | 372.75 | * Skip in check sequence | | |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 07-15 | Preauth Debit | 486.60 |
| 07-15 | Preauth Debit | 327.96 |
| 07-21 | Preauth Debit | 135.47 |
| 07-23 | Preauth Debit | 12,185.63 |
| 07-28 | Preauth Debit | 1,193.84 |
| 07-28 | Preauth Debit | 227.57 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 49,197.54 | 07-13 | 45,762.10 | 07-23 | 51,681.94 |
| 07-01 | 34,002.22 | 07-14 | 43,362.10 | 07-24 | 51,251.47 |
| 07-02 | 33,576.47 | 07-15 | 42,122.29 | 07-27 | 59,251.47 |
| 07-07 | 32,926.47 | 07-16 | 41,356.54 | 07-28 | 49,451.56 |
| 07-08 | 30,401.47 | 07-17 | 31,356.54 | 07-29 | 45,767.85 |
| 07-09 | 29,838.78 | 07-21 | 28,971.07 | 07-30 | 45,652.17 |
| 07-10 | 27,375.25 | 07-22 | 63,867.57 | 07-31 | 44,762.35 |



**EAST WEST BANK** *Your Financial Bridge*
2090 Huntington Dr 2ND Floor
San Marino CA 91108

TITAN SEAFOOD CO

ACCOUNT STATEMENT
Page 2 of 5
STARTING DATE: September 01, 2009
ENDING DATE: September 30, 2009

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 09-01 | Preauth Debit | 683.11 |
| 09-01 | Preauth Debit | 195.29 |
| 09-03 | Preauth Debit | 821.87 |
| 09-03 | Preauth Debit | 13.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 18,579.94 | 09-10 | 18,637.09 | 09-22 | 41,108.72 |
| 09-01 | 13,596.54 | 09-11 | 30,479.24 | 09-23 | 28,978.66 |
| 09-02 | 13,195.79 | 09-15 | 26,856.24 | 09-30 | 28,828.66 |
| 09-03 | 10,360.92 | 09-16 | 38,427.90 | | |
| 09-04 | 22,319.59 | 09-18 | 43,427.90 | | |

3410 rev. 12-07


**EAST WEST BANK** *Your Financial Bridge*

2090 Huntington Dr 2ND Floor
San Marino CA 91108

TITAN SEAFOOD CO

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: October 01, 2009
ENDING DATE: October 31, 2009

| Date | Transaction Description | Subtractions |
|---|---|---|
| 10-26 | Withdrawal | 5,756.00 |
| 10-27 | Preauth Debit | 1,158.67 |
| 10-27 | Preauth Debit | 213.10 |
| 10-28 | Preauth Debit | 4,024.24 |
| 10-30 | Preauth Debit | 1,100.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 28,828.66 | 10-13 | 18,745.76 | 10-26 | 4,472.83 |
| 10-02 | 17,174.42 | 10-14 | 18,195.76 | 10-27 | 5,601.06 |
| 10-05 | 63,474.42 | 10-15 | 17,920.76 | 10-28 | 1,576.82 |
| 10-06 | 58,061.96 | 10-19 | 11,620.76 | 10-30 | 476.82 |
| 10-07 | 32,059.82 | 10-22 | 10,798.89 | | |
| 10-09 | 26,309.82 | 10-23 | 17,798.89 | | |

**EASTWESTBANK** *Your Financial Bridge*
2090 Huntington Dr 2ND Floor
San Marino CA 91108

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: December 01, 2009
ENDING DATE: December 31, 2009
Total days in statement period: 31

( 4 )



OZ 01
TITAN SEAFOOD CO
PO BOX 2625
PORT ARTHUR TX 77642

td95a
04214

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $1,086.95 |
| Enclosures | 4 | Total additions  ( 3 ) | 11,564.06 |
| Low balance | $445.23 | Total subtractions  ( 5 ) | 4,741.72 |
| Average balance | $3,455.07 | Ending balance | $7,909.29 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-09 | Onln Bkg Trft C | 1,000.00 |
| | 12-17 | Onln Bkg Trft C | 7,564.06 |
| | 12-28 | Onln Bkg Trft C | 3,000.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1489 | 12-10 | 338.41 | 1491 | 12-24 | 100.00 |
| 1490 | 12-14 | 967.20 | 1492 | 12-18 | 3,000.00 |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 12-10 | Preauth Debit | 336.11 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 1,086.95 | 12-14 | 445.23 | 12-24 | 4,909.29 |
| 12-09 | 2,086.95 | 12-17 | 8,009.29 | 12-28 | 7,909.29 |
| 12-10 | 1,412.43 | 12-18 | 5,009.29 | | |

3409    rev 10-09