| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2009** | | (99) | IRS Use Only — Do not write or staple in this space |
|---|---|---|---|---|
| | For the year Jan 1 – Dec 31, 2009, or other tax year beginning , 2009, ending , 20 | | | OMB No 1545-0074 |

| Label<br>(See instructions) | Your first name MI Last name<br>CHRISTINE H HO | Your social security number |
|---|---|---|
| Use the<br>IRS label.<br>Otherwise,<br>please print<br>or type | If a joint return spouse's first name MI Last name | Spouse's social security number |
| | Home address (number and street) If you have a P O box see instructions    Apartment no<br>2420 ROBLEY DR | You **must** enter your<br>social security<br>number(s) above ▲ |
| | City, town or post office If you have a foreign address see instructions    State  ZIP code<br>LAFAYETTE, LA 70503 | Checking a box below will not<br>change your tax or refund |
| Presidential<br>Election<br>Campaign | ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ► | ☐ You ☐ Spouse |

| Filing Status<br>Check only<br>one box | 1 ☐ Single<br>2 ☐ Married filing jointly (even if only one had income)<br>3 ☐ Married filing separately Enter spouse's SSN above & full<br>     name here ► | 4 [X] Head of household (with qualifying person) (See<br>     instructions) If the qualifying person is a child<br>     but not your dependent, enter this child's<br>     name here ►<br>5 ☐ Qualifying widow(er) with dependent child (see instructions) |
|---|---|---|

| Exemptions | 6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a<br>   b ☐ **Spouse** | | | | Boxes checked<br>on 6a and 6b | 1 |
|---|---|---|---|---|---|---|
| | c **Dependents:**<br>(1) First name   Last name | **(2) Dependent's<br>social security<br>number** | **(3) Dependent's<br>relationship<br>to you** | **(4)** ✓ if<br>qualifying<br>child for child<br>tax credit<br>(see instrs) | No of children<br>on 6c who<br>• lived<br>  with you<br>• did not<br>  live with you | 3 |
| If more<br>than four<br>dependents,<br>see instructions<br>and check here ► ☐ | | | Child<br>Child<br>Son | ☐<br>[X]<br>☐ | due to divorce<br>or separation<br>(see instrs)<br>Dependents<br>on 6c not<br>entered above | |
| | **d** Total number of exemptions claimed | | | | Add numbers<br>on lines<br>above ► | 4 |

| Income<br><br>Attach Form(s)<br>W-2 here Also<br>attach Forms<br>W-2G and 1099-R<br>if tax was withheld<br><br>If you did not<br>get a W 2,<br>see instructions<br><br>Enclose, but do<br>not attach, any<br>payment Also,<br>please use<br>Form 1040-V | 7 Wages, salaries, tips, etc Attach Form(s) W-2 | | | 7 | |
|---|---|---|---|---|---|
| | 8a **Taxable** interest Attach Schedule B if required | | | 8a | |
| | b **Tax-exempt** interest **Do not** include on line 8a | 8b | | | |
| | 9a Ordinary dividends Attach Schedule B if required | | | 9a | |
| | b Qualified dividends (see instrs) | 9b | | | |
| | 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | | 10 | |
| | 11 Alimony received | | | 11 | |
| | 12 Business income or (loss) Attach Schedule C or C-EZ | | | 12 | 48,182 |
| | 13 Capital gain or (loss) Att Sch D if reqd If not reqd, ck here ► ☐ | | | 13 | |
| | 14 Other gains or (losses) Attach Form 4797 | | | 14 | |
| | 15a IRA distributions | 15a | b Taxable amount (see instrs) | 15b | |
| | 16a Pensions and annuities | 16a | b Taxable amount (see instrs) | 16b | |
| | 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc Attach Schedule E | | | 17 | |
| | 18 Farm income or (loss) Attach Schedule F | | | 18 | |
| | 19 Unemployment compensation in excess of $2,400 per recipient (see instructions) | | | 19 | |
| | 20a Social security benefits | 20a | b Taxable amount (see instrs) | 20b | |
| | 21 Other income | | | 21 | |
| | 22 Add the amounts in the far right column for lines 7 through 21 This is your **total income** ► | | | 22 | 48,182 |

| Adjusted<br>Gross<br>Income | 23 Educator expenses (see instructions) | 23 | | |
|---|---|---|---|---|
| | 24 Certain business expenses of reservists, performing artists, and fee-basis<br>   government officials Attach Form 2106 or 2106-EZ | 24 | | |
| | 25 Health savings account deduction Attach Form 8889 | 25 | | |
| | 26 Moving expenses Attach Form 3903 | 26 | | |
| | 27 One-half of self-employment tax Attach Schedule SE | 27 | 3,404 | |
| | 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| | 29 Self-employed health insurance deduction (see instructions) | 29 | | |
| | 30 Penalty on early withdrawal of savings | 30 | | |
| | 31a Alimony paid b Recipient's SSN ► | 31a | | |
| | 32 IRA deduction (see instructions) | 32 | | |
| | 33 Student loan interest deduction (see instructions) | 33 | | |
| | 34 Tuition and fees deduction Attach Form 8917 | 34 | | |
| | 35 Domestic production activities deduction Attach Form 8903 | 35 | | |
| | 36 Add lines 23 – 31a and 32 – 35 | | | 36 | 3,404 |
| | 37 Subtract line 36 from line 22 This is your **adjusted gross income** ► | | | 37 | 44,778 |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions    FDIA0112L 09/17/09    Form **1040** (2009)

Form 1040 (2009)   CHRISTINE H HO                                                                                             Page 2

| | | | Amount |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 44,778 |
| | 39a | Check if: You were born before January 2, 1945, ☐ Blind; Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a ☐ | | |
| Standard Deduction for — | b | If your spouse itemizes on a separate return, or you were a dual status alien, see instrs and ck here ▶ 39b ☐ | | |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 12,967 |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ▶ 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 | 41 | 31,811 |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 42 | 14,600 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter 0 | 43 | 17,211 |
| • All others | 44 | Tax (see instrs). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 1,986 |
| Single or Married filing separately, $5,700 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 | Add lines 44 and 45 ▶ | 46 | 1,986 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 29 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | 1,000. |
| Head of household, $8,350 | 52 | Credits from Form  a ☐ 8396  b ☐ 8839  c ☐ 5695 | 52 | |
| | 53 | Other crs from Form  a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 1,000 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter 0 ▶ | 55 | 986 |
| | 56 | Self employment tax. Attach Schedule SE | 56 | 6,808 |
| **Other Taxes** | 57 | Unreported social security and Medicare tax from Form  a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes  a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55-59. This is your total tax ▶ | 60 | 7,794 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| If you have a qualifying child attach Schedule EIC | 63 | Making work pay and government retiree credit. Attach Schedule M | 63 | 400 |
| | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election ▶ 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 | First time homebuyer credit. Attach Form 5405 | 67 | |
| | 68 | Amount paid with request for extension to file (see instructions) | 68 | 1,441. |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | |
| | 70 | Credits from Form  a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | 70 | |
| | 71 | Add lns 61, 63, 64a, & 65-70. These are your total pmts ▶ | 71 | 1,841 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888 | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 73a | |
| | ▶ b | Routing number _____  ▶ c Type ☐ Checking ☐ Savings | | |
| | ▶ d | Account number _____ | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ▶ | 75 | 6,000 |
| | 76 | Estimated tax penalty (see instructions) | 76 | 47 |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ **Yes** Complete the following  ☐ No
Designee's name ▶ John E Broussard   Phone no. ▶ (337) 365-9539   Personal identification number (PIN) ▶ 12345

**Sign Here**
Joint return? See instructions
Keep a copy for your records
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements and to the best of my knowledge and belief they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signature]   Date   Your occupation: BEAUTICIAN   Daytime phone number
Spouse's signature. If a joint return, both must sign ▶   Date   Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶   Date 4/13/10   Check if self employed ☐   Preparer's SSN or PTIN: P00295657
Firm's name (or yours if self employed) ▶ Broussard & Broussard, APAC
address and ZIP code   P.O. Box 9518
New Iberia, LA 70562   EIN: 72-1179459   Phone no. (337) 365-9539

Form **1040** (2009)

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** | OMB No 1545-0140 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► See separate instructions<br>► Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | **2009**<br>Attachment<br>Sequence No. **06** |

Name(s) shown on tax return: **CHRISTINE H HO**

Identifying number: [redacted]

## Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? — **Yes** → Do not file Form 2210. You do not owe a penalty

**No** ↓

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You do not owe a penalty. Do not file Form 2210 (but if box E in Part II applies, you must file page 1 of Form 2210)

**No** ↓

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You must file Form 2210. Does box **B, C,** or **D** apply?

**No** ↓      **No** ← → **Yes** → You must figure your penalty

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210**

### Part I Required Annual Payment (see instructions)

| | | | |
|---|---|---|---|
| 1 | Enter your 2009 tax after credits from Form 1040, line 55 (see instructions if not filing Form 1040) | 1 | 986 |
| 2 | Other taxes, including self employment tax (see instructions) | 2 | 6,808 |
| 3 | Refundable credits. Enter the total of your making work pay and government retiree credits, earned income credit, additional child tax credit, refundable education credit, first-time homebuyer credit, credit for federal tax paid on fuels, refundable credit for prior year minimum tax, and health coverage tax credit | 3 | -400 |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop;** you do not owe a penalty. Do not file Form 2210 | 4 | 7,394 |
| 5 | Multiply line 4 by 90% (.90) | 5 | 6,655. |
| 6 | Withholding taxes. **Do not** include estimated tax payments. (see instructions) | 6 | |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop;** you do not owe a penalty. **Do not** file Form 2210 | 7 | 7,394 |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | 8 | 1,769 |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | 9 | 1,769. |

Next. Is line 9 more than line 6?

☐ **No.** You do not owe a penalty. Do not file Form 2210 unless box **E** below applies

☒ **Yes.** You may owe a penalty, but **do not file Form 2210** unless one or more boxes in Part II below applies
 • If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210
 • If box **A, E,** or **F** applies (but not **B, C,** or **D**) file only page 1 of Form 2210. You are **not** required to figure your penalty, the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210**

### Part II Reasons for Filing. Check applicable boxes. If none apply, **do not file Form 2210.**

A ☐ You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty

B ☐ You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210

C ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210

D ☐ Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210

E ☐ You filed or are filing a joint return for either 2008 or 2009, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B, C,** or **D** applies)

F ☐ You are certifying that more than 50% of the gross income shown on your 2008 tax return is income from a small business (as defined in the instructions) and your adjusted gross income for 2008 is less than $500,000 (less than $250,000 if your 2009 filing status is married filing separately)

**BAA** For Paperwork Reduction Act Notice, see separate instructions.      Form **2210** (2009)

FDIZ0313L 01/04/10

| Form **2210** (2009) | CHRISTINE H HO | | Page 2 |
|---|---|---|---|

### Part III   Short Method

| **Can you Use the Short Method?** | You may use the short method if<br>• You made no estimated tax payments (or your only payments were withheld federal income tax), **or**<br>• You paid the same amount of estimated tax on each of the four payment due dates |
|---|---|
| **Must You Use the Regular Method?** | You must use the regular method (Part IV) instead of the short method if<br>• You made any estimated tax payments late,<br>• You checked box **C** or **D** in Part II, **or**<br>• You are filing Form 1040NR or 1040NR-EZ and you did not receive wages as an employee subject to U S income tax withholding |

**Note:** *If any payment was made earlier than the due date, you may use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small*

| | | | |
|---|---|---:|---:|
| 10 | Enter the amount from Form 2210, line 9 | 10 | 1,769 |
| 11 | Enter the amount, if any, from Form 2210, line 6     `11` | | |
| 12 | Enter the total amount, if any, of estimated tax payments you made (see instructions)     `12` | | |
| 13 | Add lines 11 and 12. | 13 | |
| 14 | **Total underpayment for year.** Subtract line 13 from line 10 If zero or less, **stop;** you do not owe a penalty  **Do not file Form 2210 unless you checked box E or F in Part II** | 14 | 1,769. |
| 15 | Multiply line 14 by  02660 | 15 | 47 |
| 16 | • If the amount on line 14 was paid **on or after** 4/15/10, enter  0<br>• If the amount on line 14 was paid **before** 4/15/10, make the following computation to find the amount to enter on line 16<br>  Amount on line 14  x  Number of days paid before 4/15/10  x  00011 | 16 | 0 |
| 17 | **Penalty.** Subtract line 16 from line 15  Enter the result here and on Form 1040, line 76, Form 1040A, line 49, Form 1040NR, line 71, Form 1040NR EZ, line 26, or Form 1041, line 26  **Do not file Form 2210 unless you checked a box in Part II** ► | 17 | 47 |

Form **2210** (2009)



**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

► Attach to Form 1040    ► See Instructions for Schedule A (Form 1040)

OMB No 1545-0074

**2009**

Attachment Sequence No. 07

Name(s) shown on Form 1040: CHRISTINE H HO

Your social security number: [redacted]

| | | | Amount | Total |
|---|---|---|---:|---:|
| **Medical and Dental Expenses** | | Caution Do not include expenses reimbursed or paid by others | | |
| | 1 | Medical and dental expenses (see instructions) | | |
| | 2 | Enter amount from Form 1040, line 38 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 0 |
| **Taxes You Paid** (See instructions) | 5 | State and local (check only one box). <br> a ☐ Income taxes, or <br> b ☒ General sales taxes | 1,146 | |
| | 6 | Real estate taxes (see instructions) | 1,123 | |
| | 7 | New motor vehicle taxes from line 11 of the worksheet on page 2. Skip this line if you checked box 5b | | |
| | 8 | Other taxes. List type and amount ► | | |
| | 9 | Add lines 5 through 8 | | 2,269 |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10,698 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | |
| **Note.** Personal interest is not deductible | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | | |
| | 14 | Investment interest. Attach Form 4952 if required (See instrs) | | |
| | 15 | Add lines 10 through 14 | | 10,698. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs. | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | | |
| | 18 | Carryover from prior year | | |
| | 19 | Add lines 16 through 18 | | 0 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684 (See instructions) | | 0. |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions) | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required (See instructions) ► | | |
| | 22 | Tax preparation fees | | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► | | |
| | 24 | Add lines 21 through 23 | | |
| | 25 | Enter amount from Form 1040, line 38 | | |
| | 26 | Multiply line 25 by 2% (.02) | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter 0 | | 0 |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► | | 0. |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $166,800 (over $83,400 if married filing separately)? <br> ☒ No  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40a <br> ☐ Yes. Your deduction may be limited. See instructions for the amount to enter | ► | 12,967 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions    FDIA0301L 11/20/09    Schedule A (Form 1040) 2009

# SCHEDULE C (Form 1040)
## Profit or Loss From Business
(Sole Proprietorship)

Department of the Treasury
Internal Revenue Service (99)

▶ Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040)

OMB No 1545-0074
**2009**
Attachment Sequence No. 09

Name of proprietor: **CHRISTINE H HO**
Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): **NAIL BEAUTICIAN**
B Enter code from instructions: ▶ **812113**

C Business name. If no separate business name, leave blank: **WORLD NAILS II**
D Employer ID number (EIN), if any: **20-4545886**

E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses   [X] Yes  [ ] No
H If you started or acquired this business during 2009, check here ▶

## Part I  Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution. See the instructions and check the box if • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self employment tax. Also see instructions for limit on losses ▶ [ ] | 1 | 158,500 |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | 158,500 |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 Gross profit. Subtract line 4 from line 3 | 5 | 158,500 |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 Gross income. Add lines 5 and 6 ▶ | 7 | 158,500 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | | 18 Office expense | 18 | |
| 9 Car and truck expenses (see instructions) | 9 | | 19 Pension and profit sharing plans | 19 | |
| | | | 20 Rent or lease (see instructions) | | |
| 10 Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 Contract labor (see instructions) | 11 | 61,131 | b Other business property | 20b | 22,708 |
| | | | 21 Repairs and maintenance | 21 | 623. |
| 12 Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 13,084 |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 Taxes and licenses | 23 | 180 |
| | | | 24 Travel, meals, and entertainment | | |
| | | | a Travel | 24a | |
| 14 Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 Insurance (other than health) | 15 | 790. | 25 Utilities | 25 | 4,949 |
| 16 Interest | | | 26 Wages (less employment credits) | 26 | |
| a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 6,853 |
| b Other | 16b | | | | |
| 17 Legal & professional services | 17 | | | | |
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | 28 | 110,318 |
| 29 Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 48,182 |
| 30 Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29 • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions) Estates and trusts, enter on Form 1041, line 3 • If a loss, you must go to line 32 | | | | 31 | 48,182 |

32 If you have a loss, check the box that describes your investment in this activity (see instructions)

• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions) Estates and trusts, enter on Form 1041, line 3.

32a [ ] All investment is at risk
32b [ ] Some investment is not at risk

• If you checked 32b, you must attach Form 6198. Your loss may be limited

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions
FDIZ0112L  06/18/09
Schedule C (Form 1040) 2009

Schedule C (Form 1040) 2009 CHRISTINE H HO　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

### Part III  Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory  a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation　　　☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562

43 When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _

44 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for
   a Business _ _ _ _ _ _ _ _ _ _ _ _   b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _

45 Was your vehicle available for personal use during off duty hours?　　　☐ Yes  ☐ No

46 Do you (or your spouse) have another vehicle available for personal use?　　　☐ Yes  ☐ No

47a Do you have evidence to support your deduction?　　　☐ Yes  ☐ No

   b If 'Yes,' is the evidence written?　　　☐ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30

| | |
|---|---:|
| Accounting | 375 |
| Bank Charges | 5,110 |
| Miscellaneous | 235 |
| Telephone | 1,133 |
| | |
| | |
| | |
| | |
| | |
| **48 Total other expenses** Enter here and on page 1, line 27 | **6,853.** |

Schedule C (Form 1040) 2009

FDIZ0112L  06/18/09

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No 1545-0074 **2009** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | Attachment Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040) CHRISTINE H HO | Social security number of person with self-employment income ► |
|---|---|

## Who Must File Schedule SE

You must file Schedule SE if

- You had net earnings from self employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108 28 or more Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions)

**Note** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions)

**Exception.** If your only self employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE Instead, write 'Exempt — Form 4361' on Form 1040, line 56

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note** Use this flowchart **only** if you must file Schedule SE If unsure, see *Who Must File Schedule SE*, above



**Section A — Short Schedule SE.** Caution Read above to see if you can use Short Schedule SE

| | | |
|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K 1 (Form 1065), box 14, code A | 1a | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K 1 (Form 1065), box 20, code Y | 1b | |
| **2** Net profit or (loss) from Schedule C, line 31, Schedule C EZ, line 3, Schedule K 1 (Form 1065), box 14, code A (other than farming), and Schedule K 1 (Form 1065 B), box 9, code J1 Ministers and members of religious orders, see instrs for types of income to report on this line See instrs for other income to report | 2 | 48,182 |
| **3** Combine lns 1a, 1b & 2 | 3 | 48,182 |
| **4** **Net earnings from self-employment** Multiply line 3 by 92 35% (.9235) If less than $400, **do not** file this schedule, you do not owe self-employment tax ► | 4 | 44,496 |
| **5** **Self-employment tax** If the amount on line 4 is • $106,800 or less, multiply line 4 by 15 3% (.153) Enter the result here and on **Form 1040, line 56** • More than $106,800, multiply line 4 by 2 9% (.029) Then, add $13,243 20 to the result Enter the total here and on **Form 1040, line 56.** | 5 | 6,808 |
| **6** **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5) Enter the result here and on **Form 1040, line 27** | 6 | 3,404 |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.  FDIA1101L 10/21/09  Schedule SE (Form 1040) 2009

| SCHEDULE M | Making Work Pay and Government Retiree Credits | OMB No 1545 0074 |
|---|---|---|
| (Form 1040A or 1040) | | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A, 1040, or 1040NR.   ► See separate instructions | Attachment Sequence No **166** |

Name(s) shown on return: CHRISTINE H HO

Your social security number: [redacted]

**1a Important** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR Check the 'No' box below and see the instructions if (a) you have a net loss from a business, (b) you received a taxable scholarship or fellowship grant not reported on a Form W 2, (c) your wages include pay for work performed while an inmate in a penal institution, (d) you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or (e) you are filing Form 2555 or 2555 EZ

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

☐ **Yes.** Skip lines 1a through 3 Enter $400 ($800 if married filing jointly) on line 4 and go to line 5
☒ **No.** Enter your earned income (see instructions) | 1a | 44,778

b Nontaxable combat pay included on line 1a (see instructions) | 1b |

2  Multiply line 1a by 6 2% (062) | 2 | 2,776

3  Enter $400 ($800 if married filing jointly) | 3 | 400.

4  Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a) | 4 | 400

5  Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 | 5 | 44,778

6  Enter $75,000 ($150,000 if married filing jointly) | 6 | 75,000

7  Is the amount on line 5 more than the amount on line 6?
☒ **No.** Skip line 8 Enter the amount from line 4 on line 9 below
☐ **Yes.** Subtract line 6 from line 5 | 7 |

8  Multiply line 7 by 2% (02) | 8 |

9  Subtract line 8 from line 4 If zero or less, enter -0 | 9 | 400

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions)
☒ **No.** Enter 0- on line 10 and go to line 11
☐ **Yes.** Enter the total of the payments received by you (and your spouse, if filing jointly) Do not enter more than $250 ($500 if married filing jointly) | 10 | 0

11 Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U S Government or any U S state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W 2
☒ **No** Enter 0 on line 11 and go to line 12
☐ **Yes.** • If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)
• If you checked 'Yes' on line 10, enter -0 (exception enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) | 11 | 0

12 Add lines 10 and 11 | 12 |
13 Subtract line 12 from line 9 If zero or less, enter 0 | 13 | 400
14 **Making work pay and government retiree credits.** Add lines 11 and 13 Enter the result here and on Form 1040, line 63, Form 1040A, line 40, or Form 1040NR line 60 | 14 | 400

*If you are filing Form 2555, 2555 EZ, or 4563 or you are excluding income from Puerto Rico, see instructions
BAA For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions       Schedule M (Form 1040A or 1040) 2009

FDIA8501L 10/27/09