

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 03-18-2015
Response Date: 03-19-2015
Tracking Number: 100239576061

FORM NUMBER:   1040
TAX PERIOD:    Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:

Requested Data Not Found.

This Product Contains Sensitive Taxpayer Data