# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

**VICTOR TRAN, C.E.O.**
**DIRECT # 714-873-9900**

## INVOICE # 8614

| Invoice Number : | 8614 |
|---|---|
| Date Buy: | 4/30/2008 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 43001 | HOW | 9*12 | 2214 | 51 | 43.26 | 2119.74 | 3.6 | 7631.064 |
| 2 | 43002 | HOW | 9*12 | 1952 | 55 | 37.94 | 1859.06 | 3.6 | 6692.616 |
| 3 | 43003 | HOW | 9*12 | 2141 | 55 | 41.72 | 2044.28 | 3.6 | 7359.408 |
| 4 | 43004 | HOW | 13/15 | 2141 | 50 | 41.82 | 2049.18 | 3.3 | 6762.294 |
| 5 | 43005 | HOW | 13/15 | 1100 | 51 | 20.98 | 1028.02 | 3.3 | 3392.466 |
| 6 | 43006 | HOW | 16/18 | 2310 | 62 | 44.96 | 2203.04 | 3 | 6609.12 |
| 7 | 43007 | HOW | 31/35 | 2210 | 52 | 43.16 | 2114.84 | 2.2 | 4652.648 |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| | | | | 14068 | 376 | 273.84 | 13418.16 | | 43099.616 |

Water weight deduction is equal to 2%

| H.O.W | HEAD ON WHITE |
|---|---|
| H.O.B. | HEAD ON BROWN |
| T/W. | TAIL WHITE |
| T/B. | TAIL BROWN |

**GRAND TOTAL $   43099.616**

## TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE # 8667

| Invoice Number: | 8667 |
|---|---|
| Date Buy: | 5/29/2008 |
| Boat Name: | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 52901 | HOW | 9*12 | 1985 | 56 | 38.58 | 1890.42 | 3.55 | 6710.991 |
| 2 | 52902 | HOW | 9*12 | 2178 | 62 | 42.32 | 2073.68 | 3.55 | 7361.564 |
| 3 | 52903 | HOW | 13/15 | 2141 | 55 | 41.72 | 2044.28 | 3.3 | 6746.124 |
| 4 | 52904 | HOW | 13/15 | 1952 | 50 | 38.04 | 1863.96 | 3.3 | 6151.068 |
| 5 | 52905 | HOW | 13/15 | 1845 | 50 | 35.9 | 1759.1 | 3.3 | 5805.03 |
| 6 | 52906 | HOW | 16/18 | 2210 | 62 | 42.96 | 2105.04 | 3 | 6315.12 |
| 7 | 52907 | HOW | 31/35 | 2210 | 52 | 43.16 | 2114.84 | 2.2 | 4652.648 |
| 8 | 52908 | HOW | 31/35 | 1952 | 45 | 38.14 | 1868.86 | 2.2 | 4111.492 |
| 9 | 52909 | HOW | 31/35 | 1878 | 41 | 36.74 | 1800.26 | 2.2 | 3960.572 |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| | | | | 18351 | 473 | 357.56 | 17520.44 | | 51814.609 |

| | | |
|---|---|---|
| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

| GRAND TOTAL $ | 51814.609 |
|---|---|

# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

**VICTOR TRAN, C.E.O.**
**DIRECT # 714-873-9900**

## INVOICE # 8710

| Invoice Number: | 8710 |
|---|---|
| Date Buy: | 6/25/2008 |
| Boat Name: | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 62501 | HOW | 9*12 | 2215 | 56 | 43.18 | 2115.82 | 3.5 | 7405.37 |
| 2 | 62502 | HOW | 9*12 | 2315 | 52 | 45.26 | 2217.74 | 3.5 | 7762.09 |
| 3 | 62503 | HOW | 13/15 | 2254 | 50 | 44.08 | 2159.92 | 3.2 | 6911.744 |
| 4 | 62504 | HOW | 13/15 | 2145 | 51 | 41.88 | 2052.12 | 3.2 | 6566.784 |
| 5 | 62505 | HOW | 16/18 | 1745 | 49 | 33.92 | 1662.08 | 2.9 | 4820.032 |
| 6 | 62506 | HOW | 16/18 | 2314 | 52 | 45.24 | 2216.76 | 2.9 | 6428.604 |
| 7 | 62507 | HOW | 31/42 | 2140 | 52 | 41.76 | 2046.24 | 2 | 4092.48 |
| 8 | 62508 | HOW | 31/42 | 2100 | 55 | 40.9 | 2004.1 | 2 | 4008.2 |
| 9 | 62509 | HOW | 31/42 | 1988 | 61 | 38.54 | 1888.46 | 2 | 3776.92 |
| 10 | 62510 | HOW | 31/42 | 2210 | 41 | 43.38 | 2125.62 | 2 | 4251.24 |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| | | | | 21426 | 519 | 418.14 | 20488.86 | | 56023.464 |

| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
|---|---|---|
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

| GRAND TOTAL $ | 56023.464 |
|---|---|

# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8801

| Invoice Number : | 8801 |
|---|---|
| Date Buy: | 8/8/2008 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 80801 | HOW | 9*12 | 2341 | 54 | 45.74 | 2241.26 | 3.2 | 7172.032 |
| 2 | 80802 | HOW | 9*12 | 2214 | 50 | 43.28 | 2120.72 | 3.2 | 6786.304 |
| 3 | 80803 | HOB | 9*12 | 2541 | 55 | 49.72 | 2436.28 | 3.15 | 7674.282 |
| 4 | 80804 | HOW | 13/15 | 2250 | 41 | 44.18 | 2164.82 | 2.75 | 5953.255 |
| 5 | 80805 | HOW | 13/15 | 2410 | 54 | 47.12 | 2308.88 | 2.75 | 6349.42 |
| 6 | 80806 | HOW | 16/18 | 2314 | 52 | 45.24 | 2216.76 | 2.35 | 5209.386 |
| 7 | 80807 | HOW | 16/18 | 2210 | 55 | 43.1 | 2111.9 | 2.35 | 4962.965 |
| 8 | 80808 | HOW | 16/18 | 1989 | 51 | 38.76 | 1899.24 | 2.35 | 4463.214 |
| 9 | 80809 | HOW | 16/18 | 2140 | 41 | 41.98 | 2057.02 | 2.35 | 4833.997 |
| 10 | 80810 | HOB | 16/18 | 2510 | 50 | 49.2 | 2410.8 | 2.35 | 5665.38 |
| 11 | 80811 | HOB | 22/25 | 2140 | 41 | 41.98 | 2057.02 | 1.95 | 4011.189 |
| 12 | 80812 | HOB | 22/25 | 2310 | 40 | 45.4 | 2224.6 | 1.95 | 4337.97 |
| 13 | 80813 | HOB | 22/25 | 2012 | 55 | 39.14 | 1917.86 | 1.95 | 3739.827 |
| 14 | 80814 | HOB | 22/25 | 1952 | 56 | 37.92 | 1858.08 | 1.95 | 3623.256 |
| 15 | 80815 | HOB | 22/25 | 1875 | 54 | 36.42 | 1784.58 | 1.95 | 3479.931 |
| 16 | | | | | | | | | |
| | | | | 33208 | 749 | 649.18 | 31809.82 | | 78262.408 |

| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
|---|---|---|
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

| GRAND TOTAL $ | 78262.408 |
|---|---|

# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

**VICTOR TRAN, C.E.O.**
**DIRECT # 714-873-9900**

## INVOICE # 8845

| Invoice Number : | 8845 |
|---|---|
| Date Buy: | 9/5/2008 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 90501 | HOW | 9*12 | 1955 | 51 | 38.08 | 1865.92 | 3 | 5597.76 |
| 2 | 90502 | HOW | 9*12 | 2214 | 50 | 43.28 | 2120.72 | 3 | 6362.16 |
| 3 | 90503 | HOW | 9*12 | 2541 | 55 | 49.72 | 2436.28 | 3 | 7308.84 |
| 4 | 90504 | HOW | 13/15 | 2520 | 56 | 49.28 | 2414.72 | 2.65 | 6399.008 |
| 5 | 90505 | HOW | 13/15 | 2410 | 45 | 47.3 | 2317.7 | 2.65 | 6141.905 |
| 6 | 90506 | HOW | 16/18 | 2540 | 50 | 49.8 | 2440.2 | 2.2 | 5368.44 |
| 7 | 90507 | HOW | 16/18 | 2410 | 56 | 47.08 | 2306.92 | 2.2 | 5075.224 |
| 8 | 90508 | HOW | 16/18 | 2546 | 58 | 49.76 | 2438.24 | 2.2 | 5364.128 |
| 9 | 90509 | HOW | 16/18 | 2274 | 58 | 44.32 | 2171.68 | 2.2 | 4777.696 |
| 10 | 90510 | HOB | 16/18 | 2100 | 59 | 40.82 | 2000.18 | 2.2 | 4400.396 |
| 11 | 90511 | HOB | 22/25 | 2500 | 58 | 48.84 | 2393.16 | 1.95 | 4666.662 |
| 12 | 90512 | HOB | 22/25 | 2150 | 57 | 41.86 | 2051.14 | 1.95 | 3999.723 |
| 13 | 90513 | HOB | 22/25 | 2017 | 54 | 39.26 | 1923.74 | 1.95 | 3751.293 |
| 14 | 90514 | HOB | 22/25 | 2256 | 54 | 44.04 | 2157.96 | 1.95 | 4208.022 |
| 15 | 90515 | HOB | 22/25 | 2147 | 55 | 41.84 | 2050.16 | 1.95 | 3997.812 |
| 16 | | | | | | | | | |
| | | | | 34580 | 816 | 675.28 | 33088.72 | | 77419.069 |

| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
|---|---|---|
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

| **GRAND TOTAL $** | **77419.069** |
|---|---|

# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

**VICTOR TRAN, C.E.O.**
**DIRECT # 714-873-9900**

## INVOICE # 8889

| Invoice Number : | 8889 |
|---|---|
| Date Buy: | 10/14/2008 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 101401 | HOW | 9*12 | 2584 | 65 | 50.38 | 2468.62 | 3 | 7405.86 |
| 2 | 101402 | HOW | 13/15 | 2351 | 49 | 46.04 | 2255.96 | 2.6 | 5865.496 |
| 3 | 101403 | HOW | 13/15 | 2354 | 55 | 45.98 | 2253.02 | 2.6 | 5857.852 |
| 4 | 101404 | HOW | 13/15 | 2410 | 54 | 47.12 | 2308.88 | 2.6 | 6003.088 |
| 5 | 101405 | HOW | 13/15 | 2245 | 58 | 43.74 | 2143.26 | 2.6 | 5572.476 |
| 6 | 101406 | HOW | 16/18 | 2451 | 54 | 47.94 | 2349.06 | 2.2 | 5167.932 |
| 7 | 101407 | HOW | 16/18 | 2354 | 59 | 45.9 | 2249.1 | 2.2 | 4948.02 |
| 8 | 101408 | HOW | 16/18 | 2214 | 40 | 43.48 | 2130.52 | 2.2 | 4687.144 |
| 9 | 101409 | HOW | 16/18 | 2354 | 46 | 46.16 | 2261.84 | 2.2 | 4976.048 |
| 10 | 101410 | HOW | 16/18 | 2254 | 45 | 44.18 | 2164.82 | 2.2 | 4762.604 |
| 11 | 101411 | HOW | 19/25 | 2451 | 57 | 47.88 | 2346.12 | 1.95 | 4574.934 |
| 12 | 101412 | HOW | 19/25 | 2250 | 56 | 43.88 | 2150.12 | 1.95 | 4192.734 |
| 13 | 101413 | HOW | 19/25 | 2354 | 46 | 46.16 | 2261.84 | 1.95 | 4410.588 |
| 14 | 101414 | HOW | 19/25 | 2547 | 49 | 49.96 | 2448.04 | 1.95 | 4773.678 |
| 15 | 101415 | HOW | 19/25 | 2245 | 48 | 43.94 | 2153.06 | 1.95 | 4198.467 |
| 16 | | | | | | | | | |
| | | | | 35418 | 781 | 692.74 | 33944.26 | | 77396.921 |

| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
|---|---|---|
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

| **GRAND TOTAL $** | **77396.921** |
|---|---|

## TITAN SEAFOOD CO
**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K. Dr.
PORT ARTHUR, TX 77642
TEL.# 409-983-4334 & FAX.# 409-982-3001

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

### INVOICE # 8562

| Invoice Number: | 8562 |
|---|---|
| Date Buy: | 11/8/2008 |
| Boat Name: | lady kathleen |
| FRESH OR IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quantity | PALLET Weight | Water Weight, LB. | Net Weight, LB | Unit Price $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | HOW | 13/15 | 2316 | 50 | 45.32 | 2,220.68 | 2.40 | 5,329.63 |
| 2 | | HOW | 13/15 | 2334 | 47 | 45.74 | 2,241.26 | 2.40 | 5,379.02 |
| 3 | | HOW | 13/15 | 2440 | 41 | 47.98 | 2,351.02 | 2.40 | 5,642.45 |
| 4 | | HOW | 13/15 | 2346 | 45 | 46.02 | 2,254.98 | 2.40 | 5,411.95 |
| 5 | | HOW | 13/15 | 1465 | 44 | 28.42 | 1,392.58 | 2.40 | 3,342.19 |
| 7 | | HOW | 21/25 | 2369 | 72 | 45.94 | 2,251.06 | 1.70 | 3,826.80 |
| 8 | | HOW | 21/25 | 2395 | 44 | 47.02 | 2,303.98 | 1.70 | 3,916.77 |
| 9 | | HOW | 22/25 | 2267 | 37 | 44.60 | 2,185.40 | 1.70 | 3,715.18 |
| 10 | | HOW | 22/25 | 2405 | 55 | 47.00 | 2,303.00 | 1.70 | 3,915.10 |
| 11 | | HOW | 26/30 | 2616 | 40 | 51.52 | 2,524.48 | 1.55 | 3,912.94 |
| | | | GROSS WEIGHT | 22,953 | | NET WEIGHT | 22,028.44 | | 44,392.04 |

water weight deduction is equal to 2%

| H.O.W. : | HEAD ON WHITE |
|---|---|
| H.O.B. : | HEAD ON BROWN |
| T.W. : | TAIL WHITE |

ADVANCE

**TOTAL** $ 44,392.04

# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 8936

| Invoice Number : | 8936 |
|---|---|
| Date Buy: | 11/21/2008 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 112101 | HOW | 9*12 | 1521 | 65 | 29.12 | 1426.88 | 3 | 4280.64 |
| 2 | 112102 | HOW | 16/18 | 1985 | 54 | 38.62 | 1892.38 | 2.2 | 4163.236 |
| 3 | 112103 | HOW | 16/18 | 2451 | 55 | 47.92 | 2348.08 | 2.2 | 5165.776 |
| 4 | 112104 | HOW | 16/18 | 2350 | 78 | 45.44 | 2226.56 | 2.2 | 4898.432 |
| 5 | 112105 | HOW | 16/18 | 2145 | 46 | 41.98 | 2057.02 | 2.2 | 4525.444 |
| 6 | 112106 | HOW | 16/18 | 2350 | 49 | 46.02 | 2254.98 | 2.2 | 4960.956 |
| 7 | 112107 | HOW | 19/21 | 1985 | 45 | 38.8 | 1901.2 | 1.95 | 3707.34 |
| 8 | 112108 | HOW | 19/21 | 1985 | 47 | 38.76 | 1899.24 | 1.95 | 3703.518 |
| 9 | 112109 | HOW | 19/21 | 1743 | 40 | 34.06 | 1668.94 | 1.95 | 3254.433 |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| | | | | 18515 | 479 | 360.72 | 17675.28 | | 38659.775 |

| H.O.W | HEAD ON WHITE |
|---|---|
| H.O.B. | HEAD ON BROWN |
| T/W. | TAIL WHITE |
| T/B. | TAIL BROWN |

Water weight deduction is equal to 2%

| GRAND TOTAL $ | 38659.775 |
|---|---|