# TITAN SEAFOOD CO.

**WHOLESALE**
**FRESH & FROZEN**
3931 SOUTH M.L.K.Dr.
PORT ARTHER, TX 77642
TEL. # 409-983-4334 & FAX.# 409-982-2156

VICTOR TRAN, C.E.O.
DIRECT # 714-873-9900

## INVOICE # 9215

| Invoice Number : | 9215 |
|---|---|
| Date Buy: | 4/10/2009 |
| Boat Name : | LADY KATHLEEN |
| Fresh or IQF: | IQF |

| Pallet No. | Pallet ID | Description | Counting sizes | Gross Quality | Pallet Weight | Water weight lb. | Net Weight lb. | Unit Prices $ | Total Amount $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 41001 | HOW | 9*12 | 1421 | 55 | 27.32 | 1338.68 | 3.5 | 4685.38 |
| 2 | 41002 | HOW | 9*12 | 2140 | 53 | 41.74 | 2045.26 | 3.5 | 7158.41 |
| 3 | 41003 | HOW | 9*12 | 2210 | 45 | 43.3 | 2121.7 | 3.5 | 7425.95 |
| 4 | 41004 | HOW | 9*12 | 1120 | 48 | 21.44 | 1050.56 | 3.5 | 3676.96 |
| 5 | 41005 | HOW | 16/18 | 1978 | 52 | 38.52 | 1887.48 | 2.9 | 5473.692 |
| 6 | 41006 | HOW | 16/18 | 1955 | 55 | 38 | 1862 | 2.9 | 5399.8 |
| 7 | 41007 | HOW | 21/25 | 1500 | 52 | 28.96 | 1419.04 | 2.5 | 3547.6 |
| 8 | 41008 | HOW | 21/25 | 1954 | 46 | 38.16 | 1869.84 | 2.5 | 4674.6 |
| 9 | 41009 | HOW | 21/25 | 1878 | 45 | 36.66 | 1796.34 | 2.5 | 4490.85 |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| | | | | 16156 | 451 | 314.1 | 15390.9 | | 46533.242 |

| | | |
|---|---|---|
| H.O.W | HEAD ON WHITE | Water weight deduction is equal to 2% |
| H.O.B. | HEAD ON BROWN | |
| T/W. | TAIL WHITE | |
| T/B. | TAIL BROWN | |

**GRAND TOTAL $**     46533.242