## TITAN sfd. Co. monthly B/L. For 2009

| | | Jan | Feb | Mar. | April | May | June | July | Aug. | Sept. | Oct. | Nov | Dec | Year to Date $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | EWB.Acc.# | 589535.37 | 313040.4 | 707105.7 | 149032.5 | 136953.7 | 116722.8 | 80000 | 30813.5 | 42775.32 | 76597.8 | 35318.75 | 11564.06 | |
| | Total Rev. | 589535.37 | 313040.4 | 707105.7 | 149032.5 | 136953.7 | 116722.8 | 80000 | 30813.5 | 42775.32 | 76597.8 | 35318.75 | 11564.06 | **2289459.9** |
| **Expenses** | | | | | | | | | | | | | | |
| | Depreciation Expense | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 33707 | 404484 |
| | Equipment payments | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 19261.82 | 9708.8 | 967.2 | 203294.2 |
| | Purchase | 402950 | 292410 | 584364.1 | 99071.08 | 57917.15 | 129000 | 28308.86 | 5000 | | 58356 | 21000 | 3336.11 | 1681713.3 |
| | Bank charge | 21.75 | 344 | 285 | 80 | 25 | | | | | | | 100 | 855.75 |
| | Accounting & legal fee | 500 | 850 | 500 | 500 | 500 | 500 | 1000 | 2847.68 | | 1000 | | | 8197.68 |
| | Supply | 19843.61 | 22183.2 | 19198.54 | 776.31 | 5514.18 | 4553.54 | 13135.66 | 16162.03 | 600.2 | 9536.7 | | | 111503.97 |
| | Labor | 40972.24 | 32531.09 | 38313 | 38081.56 | 8835.39 | 12566.96 | 18163.73 | 9500.42 | 4226.87 | 11526 | 3999.82 | | 218717.08 |
| | Delivery | | | | | | | | | | | | 338.41 | 338.41 |
| | Insurance | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | 2606.46 | | | 26064.6 |
| | Office Expense/ Rent | | | | | | | | | | | | | 0 |
| | Telephone | 520.25 | 565.24 | 514.25 | 505.5 | | 345.38 | 537.25 | 367.5 | 386.75 | 345.38 | | | 4087.5 |
| | Utility | 7121.45 | 7356.48 | 7532.51 | 3474.53 | | 9451.34 | 1421.41 | 1250 | 5444.5 | 2317.34 | | | 45369.56 |
| | Fuel | | | | | | | | | | | | | 0 |
| | Profane | | 412.49 | | | | | | | | | | | 412.49 |
| | Property Tax | | 20420.43 | | | | | | | | | | | 20420.43 |
| | **Total Expense** | 527504.58 | 432648.21 | 706282.68 | 198064.26 | 128367 | 211992.5 | 118142.19 | 90702.91 | 66233.6 | 138656.7 | 68415.62 | 38448.72 | **2725458.97** |
| **PROFIT / LOSS** | | **62030.79** | **-119607.8** | **823.02** | **-49031.76** | **8586.7** | **-95269.7** | **-38142.19** | **-59889.41** | **-23458.28** | **-62058.9** | **-33096.87** | **-26884.66** | **-435999.07** |