UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 14-0859 |
| C/W | |
| IN RE: OIL SPILL | CIVIL ACTION  10-2179 |
| | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Evanston Insurance Company ("Evanston" or "Plaintiff"), who requests the Court to allow substitution of counsel as follows:

Plaintiff, Evanston, wishes to substitute BENJAMIN R. GRAU (#26307) and BLAKE W. BOURGEOIS (#35054) of the law firm GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH located at 701 Poydras Street, Suite 4040, New Orleans, Louisiana 70139, in place of its current attorneys of record, GERALD A. MELCHIODE (#22525)  and JAMES J. REEVES, II (#32643) formerly of GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH located at 701 Poydras Street, Suite 4040, New Orleans, Louisiana 70139.  Further, this substitution is not sought for delay only and will not cause a delay in these proceedings.  Substitution is sought due to the resignation of GERALD A. MELCHIODE and JAMES J. REEVES, II, who are no longer associated with GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH.

WHEREFORE, plaintiff, Evanston Insurance Company, respectfully requests that the Court grant its Motion to Substitute Counsel and for such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/Benjamin R. Grau*

BENJAMIN R. GRAU (#26307)
BLAKE W. BOURGEOIS (#35054)
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
Email: bgrau@gallowayjohnson.com
          bbourgeois@gallowayjohnson.com
*Counsel for: EVANSTON INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this  26th day of June, 2015.

*/s/ Benjamin R. Grau*
Benjamin R. Grau