UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 14-0859 |
| C/W | |
| IN RE: OIL SPILL | CIVIL ACTION 10-2179 |
| | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

# **O R D E R**

Considering the foregoing Motion to Substitute Counsel of Record:

IT IS ORDERED that GERALD A. MELCHIODE (#22525) and JAMES J. REEVES, II (#32643), of GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH be removed as counsel of record for plaintiff, Evanston Insurance Company in the above-entitled matter and that BENJAMIN R. GRAU (#26307) and BLAKE W. BOURGEOIS (#35054) of the law firm GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH be substituted and enrolled as counsel of record for plaintiff, Evanston Insurance Company.

_____
U. S. DISTRICT JUDGE