IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30023
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; et al,

    Plaintiffs

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

JOHN C. KELLY,

    Claimant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

    IT IS ORDERED that appellees' opposed motion to supplement the record on appeal with a four-page 2014 e-mail chain between representatives of BP, the Plaintiffs' Steering Committee, and the Deepwater Horizon Court Supervised Settlement Program, acting in the person of its Claims Administrator, is DENIED.

                                                        _____/s/ Edith Brown Clement_____
                                                           EDITH BROWN CLEMENT
                                            UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 24, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30023    In re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

Mr. Frederick Curtis Baker
Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Kevin Robert Dean
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Ms. Elizabeth A. Larsen
Mr. Joseph F. Rice
Ms. Lisa Marie Saltzburg