UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 13cv 01780 | Judge Barbier<br>Mag. Judge Shushan |

## NOTICE OF ATTORNEY'S LIEN

BE ADVISED that DENHAM LAW FIRM, PLLC was employed by TOWN OF STATE LINE, MISSISSIPPI, on April 19, 2013 to represent them in this matter.

Kristopher W. Carter was an attorney employed by the Denham Law Firm, PLLC at that time who managed the case on behalf of the firm. The said attorney has now left the firm and has taken the file with him. Denham Law Firm, PLLC claims an attorney's lien on any fee which will be derived upon settlement or trial of this matter as its due for costs advanced and work performed by the said Denham Law Firm, PLLC prior to the removal of this file from its offices.

ON THIS the 26th day of June, 2015.

DENHAM LAW FIRM, PLLC

BY: /s/ Matthew P. Pavlov
MATTHEW P. PAVLOV
Mississippi Bar No. 104540
DENHAM LAW FIRM, PLLC
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS 39564
228.875.1234 Telephone
228.875.4553 Facsimile
matthew@denhamlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Notice of Attorney's Lien has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of June, 2015.

                                          /s/ Matthew P. Pavlov
                                          MATTHEW P. PAVLOV

MATTHEW P. PAVLOV
Mississippi Bar No. 104540
DENHAM LAW FIRM, PLLC
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS 39564
228.875.1234 Telephone
228.875.4553 Facsimile
matthew@denhamlaw.com