# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig *Deepwater Horizon*
in the Gulf of Mexico, on April 20, 2010

This document relates to:

No. 12-970 and
No. 11- 3180

MDL NO. 2179

SECTION: J

Honorable Carl J. Barbier

Magistrate Judge Shushan

---

## ORDER

---

     Considering the foregoing Motion for Leave to File Sur-Reply;

     IT IS HEREBY ORDERED that Claimant Vernon Alfonso, Jr. is granted leave to file the

Sur-Reply of Vernon Alfonso, Jr.

     New Orleans, Louisiana this 26th day of June, 2015.

_____
United States District Judge