UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : | The Hon. Sally Shushan |
| | : | |

O R D E R

AND NOW, upon consideration of the notice by the Special Master of satisfaction of the Final Judgment entered on July 16, 2014 [Rec. Doc. 13150] as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner, the Court finds:

1. On April 29, 2014, the Court entered an Order & Reasons [Rec. Doc. 12794], finding that Andry Lerner, LLC, Jonathan Andry and Glen Lerner were jointly and severally liable to make full restitution for $357,002.35 in payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Casey Thonn ("Thonn"), with claim participants such as Andry Lerner, LLC, Jonathan Andry and Glen Lerner being liable to make restitution only in an amount equal to the fees paid to them.

2. On July 16, 2014, the Court entered Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry and Glen Lerner in the amount of $35,700.23, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $357,002.35.

3. On or about May 22, 2015, Andry Lerner, LLC repaid $36,594.91, inclusive of post-judgment interest, to the DHECC.

- 2 -

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall note upon the docket sheet of the case that:

1. The Final Judgment as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner, has been satisfied; and

2. The remaining restitution payable under the Final Judgment to the DHECC by Thonn shall not exceed $271,321.79, plus post-judgment interest.

New Orleans, Louisiana this 26th day of June, 2015.

_____
United States District Judge