UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| **12-970** | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Four motions by the Special Master seeking return of payments on settlement claims are presently before the Court:

(1) Motion for Return of Payments Made to Gill Johnson, Sr., and Others (Rec. Doc. 13543);[1]

(2) Motion for Return of Payments Made to Tony Riley and Others (Rec. Doc. 14070);

(3) Motion for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others (Rec. Doc. 14613); and

(4) Motion for Return of Payments Made to Claimants from Vessels the *Sir Lawrence*, the *Capt T*, the *Lady Kathleen*, and Others (Rec. Doc. 14761).

IT IS ORDERED that any responses or oppositions to these motions shall be filed by Monday, July 27, 2015, and shall not exceed 25 pages, double spaced.

IT IS FURTHER ORDERED that any reply by the Special Master shall be filed by Monday, August 10, 2015.

The Special Master is instructed to serve a copy of this order (and the motion for return of payments, if not already done so) on the parties (or their counsel, if represented) targeted by

---

[1] This motion has been dismissed insofar as it relates to Ungar & Byrne, APLC. (Rec. Doc. 13556)

the above motions for return of payments.  By Monday, July 6, the Special Master shall certify to the Court whether service occurred.

    New Orleans, Louisiana, this 26th day of June, 2015.

                                                                        _____
                                                                         United States District Judge