UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW upon consideration of the request made by Special Master Louis J. Freeh in his reply to the response filed by Andry Lerner LLC [Doc. Rec. 14024] to the motion for return of payments made to Tony Riley and others by the Deepwater Horizon Economic Claims Center ("DHECC") [Doc. Rec. 14070], and for the reasons stated in the Court's April 29, 2014 Order & Reasons [Doc. Rec. 12794], it is hereby

ORDERED that by 5 p.m. on July 10, 2015, Andry Lerner LLC shall produce to the Special Master copies of the following documents:

(a)  any referral agreement with David D. Bravo APLC, concerning DHECC claims for Tony Riley; and

(b)  any referral agreement with the Palazzo Law Firm concerning DHECC claims for Tony Riley; and

(c)  any retainer agreement with Bert F. Verdigets, CPA, L.L.C., concerning DHECC claims for Tony Riley.

New Orleans, Louisiana this 26th day of June, 2015.

_____
United States District Judge