1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  OIL SPILL BY THE OIL RIG   *   10-MD-2179
            *DEEPWATER HORIZON* IN THE   *
6           GULF OF MEXICO ON            *   Section J
            APRIL 20, 2010               *
7                                        *   June 25, 2015
                                         *
8   Applies to:   13-0706, 13-0810       *   New Orleans, Louisiana
                  13-1143, 13-1185       *
9                 13-1222, 13-1386       *
                  13-2006                *
10  * * * * * * * * * * * * * * * * * *  *

11

12

13                 STATUS CONFERENCE BEFORE
                    MICHAEL O'KEEFE, ESQ.
14                    LAW CLERK TO THE
                  HONORABLE SALLY SHUSHAN
15            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21  Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, B-275
22                                New Orleans, Louisiana 70130
                                  (504) 589-7778
23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

### PROCEEDINGS

### (June 25, 2015)

**MR. O'KEEFE:**  All right.  Good afternoon.  Once again, you have the second string, so you will have to put up with O'Keefe one more time.

We have Duke, Matt, Andy, and Chris.  Let's start with Duke.

Where are we on the Bisso production?  Last report, it was going to be completed June 19.

**MR. WILLIAMS:**  Well, I just got an e-mail, Mike, yesterday saying that the Bisso production was 99 point something complete.  There is one more module or group of documents -- a little over, I think, 1,200 or 1,300 documents -- that is being finished up today, and that will be shipped out as well.  So, for all intents and purposes, Bisso's production is substantially complete.  I don't know whether it's going to be one more production or two, but that's all in the works.  The review is essentially done.

**MR. O'KEEFE:**  Matt or Chris, do you have any response?

**MR. KEEGAN:**  Mike, this is Chris.  I know we got a couple of productions last week.  They were pretty sizeable, in the tens of thousands or twelve one and thirteen in another.

I think there is also just one sort of outstanding technical issue that's still being worked together

as far as some of the earlier productions with Bisso, but I
know that the technical people are continuing to work through
that.  We are glad to hear that it's in the 99 point whatever
percent done.  Obviously, once we get these additional
productions and review the stuff that's been newly produced in
the last week or two, we will see what's there.

MR. O'KEEFE:  As far as the BP document production,
Duke, have y'all made any progress in reviewing that
production?  I know it was kind of a lower priority than
getting the Bisso production out.

MR. WILLIAMS:  Yes, it was and it's remained so.
Depending on where we go from here, where the Court wants to go
from here, though, you know, we are going to turn to that and
pay a lot more attention to it.  I can pull personnel off Bisso
and get them working again on the review of the BP production.
I don't foresee any significant problem, though, Mike.

MR. O'KEEFE:  Well, let's finish the Bisso production
before you pull anybody off of it.

MR. WILLIAMS:  Yeah.  Oh, I'm definitely doing that.

MR. O'KEEFE:  Let's get that one in the can so that
BP can sign off and say, yeah, they have looked at it and they
believe that it is complete, because they are going to be
looking at it from the other side as well.  Let's get your
people to continue on the last 1/10 of 1 percent or whatever it
is until we get it finished and you say it's done.

01:03    1          MR. WILLIAMS:  Yes, sir.  We will.

01:03    2          MR. O'KEEFE:  About the Common Rule 30(b)(6) notice,

01:03    3  last report, there was going to be a meeting in New Orleans on

01:03    4  June 10.  Did that come off?

01:03    5          MR. WILLIAMS:  Yes, it did.

01:03    6               Matt, was it June 10?

01:03    7          MR. REGAN:  Yes.  I know that date because that was

01:03    8  also my anniversary, Mike.

01:03    9          MR. WILLIAMS:  That's right.  That was a trick

01:03   10  question.

01:03   11          MR. REGAN:  I did get home in time because it was a

01:03   12  big one.

01:03   13               We had our meeting and we walked through some

01:03   14  issues.  Duke was able to present some options for us to look

01:03   15  at from earlier phases and also from some federal government

01:03   16  websites.  We are circling back through our teams.

01:03   17               Just a little background, Mike, not too much

01:04   18  background, but it's really the question of whether there is

01:04   19  material that's either already in the record or publicly

01:04   20  available that we could reach common ground on and then

01:04   21  eliminate the need to have further testimony or testimony on

01:04   22  those points.

01:04   23               We walked through those issues on June 10, along

01:04   24  with some other issues as well.  That's still in progress, with

01:04   25  the hope of both clarifying the issues and narrowing the

1    notice.

2         MR. O'KEEFE:  All right.  We will carry that over to

3    the next meeting.

4              Now, on the subpoenas, other than the subpoena

5    involving NGP Energy Capital, we understood that that didn't

6    require any involvement of the Court at this point.  Those were

7    the other third-party subpoenas.  Is that still the case?

8         MR. REGAN:  Chris, do you want to handle this one?  I

9    can also chime in.

10        MR. KEEGAN:  Sure, Mike and Matt.  This is Chris.

11   That's the case.  We are down to just the last handful of

12   parties that we have subpoenaed.

13             Harvey Gulf just produced some materials.  I

14   think we are going to get those today or maybe got them

15   yesterday.  We will want to take a look at what's there.  We

16   are still working with Hercules, who hasn't produced a lot of

17   materials yet, but we are not at a point where Court

18   intervention is necessary.  The same for Pride.  We are working

19   with Pride to get a subset of the materials that both sides can

20   agree on.  The other one out there is Eastern.

21             Matt, if you want to talk about Eastern.

22        MR. REGAN:  Sure.  We have a subpoena, Mike, out to

23   Eastern.  The latest lay of the land on that is that Eastern's

24   counsel, they had taken a position -- I want to say this softly

25   because I don't know if it's been formally crystallized yet,

01:05  1  but the latest we have heard is that their position was that

01:05  2  they would not need to produce documents in response to the

01:06  3  subpoena because they have a claim against BP.

01:06  4          We disagree with that position.  I think it

01:06  5  needs to be crystallized in correspondence between the parties.

01:06  6  If it is the case that Eastern maintains that position with

01:06  7  respect to our subpoena, then our next step will be to bring it

01:06  8  to the Court's attention for the Court to resolve.

01:06  9          There are some other developments.  It sounds to

01:06  10  me like Paul Sterbcow might be on the line now.

01:06  11          **MR. STERBCOW:**  I am.

01:06  12          **MR. REGAN:**  Paul, this might be a transition point.

01:06  13  Do you think?

01:06  14          **MR. STERBCOW:**  Right.  Yeah, I do.

01:06  15          Hey, Mike.  How are you doing?

01:06  16          **MR. O'KEEFE:**  I'm fine, Paul.

01:06  17          **MR. STERBCOW:**  Something has come up.  We need to let

01:06  18  the judge know as quickly as we can.

01:06  19          I received notice from general counsel for

01:06  20  Harvey Gulf that Harvey Gulf has purchased Trinity.  Trinity is

01:06  21  a test claimant.  They bought the company, bought everything;

01:06  22  liabilities, assets, you name it.  They intend, once the dust

01:07  23  settles, I guess through me, since I'm their -- I am

01:07  24  Harvey Gulf's lawyer on their complaint for OPA damages.

01:07  25  Obviously, it's not a test case, but I was instructed today

1   that I am going to be told to file a motion to dismiss

2   Trinity's OPA claim with prejudice.  Therefore, we are going to

3   lose Trinity as a test case.  Harvey Gulf is not going to

4   pursue that claim.  This clearly throws a wrench into what we

5   are doing.

6            In terms of Harvey Gulf's subpoena production,

7   it did go yesterday to whoever was appointed to receive it -- I

8   think Affiliated Reporters in New Orleans -- and it consists of

9   the subpoena return as it pertains to Bisso Marine's claim.

10   Harvey Gulf did not produce any documents pertaining to

11   Trinity's claim, and that was also part of the subpoena.  I was

12   told they didn't do that because they bought Trinity and

13   Trinity is no longer going to be a test claimant.  They are not

14   going to have a lawsuit against BP sometime in the next week.

15            I'm out of town.  When I get back, I'm going to

16   meet with them.  Clearly, Harvey Gulf is going to instruct me,

17   and already has, to dismiss Trinity's claim with prejudice.

18        **MR. O'KEEFE:**  With prejudice?  Am I correct that you

19   said with prejudice?  Right?

20        **MR. STERBCOW:**  That's correct.

21        **MR. O'KEEFE:**  Chris or Matt.

22        **MR. WILLIAMS:**  This is Duke.

23        **MR. O'KEEFE:**  Yep.

24        **MR. WILLIAMS:**  Does Matt Lundy know anything about

25   this?

01:08    1          MR. STERBCOW:  I have no idea.  You know what,
01:08    2  though?  My speculation is that he does not.  Look, I hear you.
01:08    3          MR. WILLIAMS:  Can I call Matt as a courtesy?
01:08    4          MR. STERBCOW:  Somebody needs to call Matt.  I'll
01:08    5  call him.  I'll call him this afternoon and let him know.  I
01:08    6  just got authority a few minutes ago from general counsel for
01:09    7  Harvey Gulf to make this public because I wanted to get that
01:09    8  authority before we even talked about it with the Court today.
01:09    9  Now I've been told they are good to go, it's going to hit the
01:09   10  streets, it's a done deal.  I will call Matt and let him know.
01:09   11          MR. WILLIAMS:  Okay.
01:09   12          MR. O'KEEFE:  Just so I'm on the same page, who is
01:09   13  Matt Lundy?
01:09   14          MR. WILLIAMS:  I'm sorry, Mike.  Matt is a PSC member
01:09   15  who also is counsel of record for Trinity.
01:09   16          MR. O'KEEFE:  I assumed who it was from your comment,
01:09   17  but I wasn't quite sure.
01:09   18          Matt or Chris, have you all had any advance
01:09   19  notice of this?  Are you in a position to comment or do you
01:09   20  want to wait?  What do you want to do?
01:09   21          MR. STERBCOW:  Mike, there's been no advance notice.
01:09   22  I will say that.
01:09   23          MR. O'KEEFE:  I'm sorry.  That was Paul Sterbcow.
01:10   24  The court reporter was asking me.  That was Paul who said there
01:10   25  was no advance notice.

1        **MR. STERBCOW:**  Right.  This all went down this

2  morning.

3        **MR. O'KEEFE:**  So, Matt and Chris, as I understand it,

4  you have not had a chance to digest this information since it

5  just came to you, so why don't we give you time rather than ask

6  you to comment without having such time.  We will note it for

7  the record.

8        Let me suggest this, and then you all tell me

9  whether I'm off base or not.  Is it out of order to suggest

10  that the PSC and BP meet and confer on what the effect is of

11  the dismissal with prejudice as it relates to the OPA test

12  cases and their going forward, the effect of that on their

13  going forward, and then let the Court know?

14        **MR. WILLIAMS:**  Sure, Mike.  This is Duke.  That would

15  be entirely in order, I would assume.

16        **MR. REGAN:**  Right.  Mike, this is Matt Regan.  I

17  think that's our expectation.  I agree with your comment

18  earlier that we do need to digest this information.  Obviously,

19  as we have done so far in these cases, whatever our kind of

20  response with respect to it is, we will start with the PSC

21  first.

22        I suspect by the time we roll around to the next

23  status conference, both Paul will have more information for us

24  in terms of once the dust has settled and we will also have

25  more information about our reaction to it.

1    I don't think there will be a need for something

2 to happen quickly on this.  It doesn't sound to me like it,

3 Paul.  So I think that's -- at least where I sit right here, we

4 will digest it, we'll receive whatever further information we

5 get from Paul, and we will try to be in a position to discuss

6 it further with the Court in our next status conference, having

7 already discussed some of the issues with the PSC beforehand.

8 I think that's the way forward.

9        MR. O'KEEFE:  Okay.  On my list, that brings us to

10 NGP Energy Capital Management.  My understanding is we are

11 waiting on you all to decide how this stipulation fits in with

12 the other OPA causation cases.  Is that correct?

13        MR. KEEGAN:  I think that's fair.  I know that we

14 have --

15        MR. O'KEEFE:  Who is speaking?  I'm sorry.  Who is

16 speaking, please?  Who was that speaking?  I beg your pardon.

17        MR. KEEGAN:  This is Chris Keegan.

18        MR. O'KEEFE:  Okay, Chris.

19        MR. KEEGAN:  The parties, the PSC and BP, have

20 reached a stipulation that they are satisfied with.  I think

21 the only open question is whether we would just submit that to

22 the Court or whether the Court wanted it with a motion or not.

23 Once we get some clarity on that, we can get that on the record

24 and move forward.  I think it's pretty much wrapped up other

25 than that issue.

01:13  1      **MR. O'KEEFE:**  Well, we did want to put it in the form

01:13  2  of an order.  You sent it in, but then there was that question

01:13  3  about whether it was going to apply only to one case or whether

01:13  4  it was going to apply to all of the OPA test cases, Chris.

01:13  5      **MR. REGAN:**  Yes, Mike.  This is Matt Regan.  One of

01:14  6  the things we did productively on June 10 is that we resolved

01:14  7  that issue.  Duke and Paul were able to look at the subpoena

01:14  8  and express that they had no further objection -- not subpoena.

01:14  9  Stipulation.  We were able to agree that the stipulation that

01:14  10  you received everyone is comfortable with.

01:14  11      **MR. O'KEEFE:**  All right.  Let me just ask one

01:14  12  question again.  The way it's drafted is it applies to case

01:14  13  No. 13-706 up in the caption and that's the Bisso case.  Should

01:14  14  it also refer in the caption to the other OPA cases or should

01:14  15  it just remain as referencing the Bisso case?

01:14  16      **MR. REGAN:**  Matt Regan again, Mike.  It should refer

01:14  17  to all seven cases.  That was the issue that we had to resolve.

01:14  18  I apologize.  It does sound like we need to send you one that

01:15  19  has the seven captions on it.

01:15  20           Duke and Paul, I'm reasonably confident that

01:15  21  everybody got square there.  I just want to make sure for the

01:15  22  two of you guys.

01:15  23      **MR. STERBCOW:**  I agree.  This is Sterbcow.  I agree.

01:15  24      **MR. WILLIAMS:**  That's right.  This is Duke.  I agree.

01:15  25      **MR. O'KEEFE:**  Well, Matt and Chris, if you can resend

01:15  1   it with the other cases in the caption, then we will get it in

01:15  2   the record.

01:15  3          MR. KEEGAN:  Absolutely.  This is Chris.  Absolutely.

01:15  4          MR. O'KEEFE:  If you forgive me, let me go back to

01:15  5   the Eastern subpoena and the question of it would not produce

01:15  6   because it's got a claim against BP.  I know that issue isn't

01:15  7   necessarily ripe, but when it does reach a point, if it's not

01:15  8   resolved, then you all will have to bring it on on some form of

01:15  9   motion.  If you want to do it by letter briefs and we file them

01:16  10  in the record and assign record document numbers, do it, or if

01:16  11  you would rather set it up as a regular motion and notice it or

01:16  12  leave it for us to schedule, whatever your pleasure is, and we

01:16  13  will go ahead when and if that issue becomes ripe for

01:16  14  resolution.

01:16  15         MR. REGAN:  Understood, Mike.  There may be some

01:16  16  things we have to address vis-à-vis the Trinity news.

01:16  17         MR. O'KEEFE:  Who was that?  Was that Matt or Chris?

01:16  18         MR. REGAN:  Matt Regan, Mike.  There may be some

01:16  19  issues that we have to address vis-à-vis the Trinity news we

01:16  20  have received as relates to Eastern.

01:16  21         MR. O'KEEFE:  Okay.

01:16  22         MR. REGAN:  We understand you in terms of the format

01:16  23  to bring that to the Court's attention if necessary and will

01:16  24  proceed accordingly.

01:16  25         MR. O'KEEFE:  Now we get to the other plaintiffs'

1   production.  Is BP still in a position where it wants to hold

2   off disclosing who the next plaintiff is?

3         MR. REGAN:  Mike, it's Matt Regan again.  Our thought

4   was it might have been Trinity, so --

5         MR. O'KEEFE:  Yeah, I kind of suspected that might be

6   an issue.

7         MR. REGAN:  So if you will forgive us or at least

8   give us a chance, we would like to just absorb today's news

9   with that question in mind and bring that back to you, because

10  that may be part and parcel of some of the broader thoughts we

11  have on where we go from here in the OPA cases.

12        MR. O'KEEFE:  Fair enough.

13        Now, is there anything else on anybody's agenda

14  that they want to bring up?

15        MR. WILLIAMS:  Mike, this is Duke.  I would just like

16  to mention one thing while we are all on the phone.

17        Matt and Chris, I just got an e-mail saying that

18  10 minutes ago -- 10, 15 minutes ago -- the Nassau production

19  is now on an SFPP for BP and an e-mail notice was just sent to

20  Tony Soto.  I'm not sure what "SFPP" is.

21        MR. KEEGAN:  I think 90 minutes ago I got an email

22  confirming that myself.

23        MR. WILLIAMS:  Okay.  Great.  Great.

24        MR. KEEGAN:  Is Nassau going to buy anybody?  Maybe

25  Bisso?

01:18   1          **MR. WILLIAMS:**  I doubt it.

01:18   2          **MR. STERBCOW:**  Don't say never about anything.

01:18   3          **MR. O'KEEFE:**  Well, I can assure you O'Keefe is not

01:18   4   going to buy it, so don't worry about that one.

01:18   5          **MR. REGAN:**  This is Matt Regan again.  I think

01:19   6   O'Keefe would like to do some due diligence of the Nassau

01:19   7   production in Nassau.

01:19   8          **MR. O'KEEFE:**  We'll all go for that.

01:19   9          **MR. REGAN:**  From our side, Mike, I think we are

01:19   10  square.  I'm a little uncertain as to what our schedule on

01:19   11  these conferences is going to be going forward.  Maybe it's

01:19   12  just because I'm not looking at the right thing.  Are we

01:19   13  scheduled for two weeks from now or is that still to be

01:19   14  determined?

01:19   15         **MR. O'KEEFE:**  Well, that was my last item after you

01:19   16  all closed off.  You might have to put up with the second

01:19   17  string one more time, so that gives you a fair amount of

01:19   18  flexibility as to when the next conference is.  How soon do you

01:19   19  all want to have another conference?

01:19   20         **MR. WILLIAMS:**  I'll give you my two cents.  This is

01:19   21  Duke.  Whatever Matt and Chris want to do we will do, but I

01:19   22  really -- we are not going to agree on everything, but we are

01:20   23  working pretty well together, Mike.  We have had these issues.

01:20   24  I think we have been able to navigate most of this stuff pretty

01:20   25  well.

01:20  1           I don't know that we need to schedule another

01:20  2   phone conference, for sure, in another two weeks.  We can

01:20  3   continue to talk and let you know when we think we are ready or

01:20  4   maybe do one in 30 days or three weeks.  I just don't see the

01:20  5   necessity of scheduling these every two weeks for the next

01:20  6   couple months, but it doesn't matter.  We will do whatever

01:20  7   everybody else wants.

01:20  8           MR. O'KEEFE:  Matt, what do you think?

01:20  9           MR. REGAN:  I think actually a pause makes sense for

01:20  10  those, but also a slightly different reason is I think we need

01:21  11  to figure out what to do vis-à-vis Trinity and then float some

01:21  12  proposals between ourselves.  That may require, then, us to

01:21  13  come to Judge Shushan for some guidance or input.

01:21  14          The discovery issues kind of are what they are.

01:21  15  I think we know what we need to do there.  I'm with Duke from

01:21  16  the standpoint that it may make sense for us to try to work

01:21  17  through some issues and then alert the Court as to when we are

01:21  18  ready to come in.  I'm not talking about six months from now.

01:21  19  As I look over the next two weeks, it also includes July 4 and

01:21  20  other things.  So there's going to be some pausing there, in

01:21  21  any event.

01:21  22          So I would suggest that, step one, let's get

01:21  23  whatever we get from Paul once the dust settles because it

01:21  24  sounds like that is still a pretty fast-moving train right now.

01:22  25  Then we can communicate with each other about next steps and

1   then jointly propose to the Court a time to come back in to

2   alert the Court as to where we both stand.  Then obviously we

3   can pick up discovery issues at that conference as well.

4           MR. O'KEEFE:  So as I hear what you are saying, Matt,

5   you and the PSC would like to be the ones to tell us when you

6   want another conference rather than us setting one, say, four

7   or five weeks down the road.

8           MR. REGAN:  To me that makes the most sense.

9   Obviously, I don't object to either one, but to me that makes a

10  little more sense.

11          MR. O'KEEFE:  Duke, is that okay with you guys?

12          MR. WILLIAMS:  Absolutely.

13          MR. O'KEEFE:  Then we will put it in the order that

14  the next conference will be scheduled when the parties advise

15  the Court that one is needed.

16          MR. WILLIAMS:  That's great.

17          MR. O'KEEFE:  Anything else?

18          Okay.  Thank y'all for putting up with me.  I

19  appreciate it.  Have a good rest of the day.

20          (Proceedings adjourned.)

21                          * * *

22

23

24

25

1

## CERTIFICATE

2          I, Toni Doyle Tusa, CCR, FCRR, Official Court

3 Reporter for the United States District Court, Eastern District

4 of Louisiana, certify that the foregoing is a true and correct

5 transcript, to the best of my ability and understanding, from

6 the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*

10                              Toni Doyle Tusa, CCR, FCRR
                               Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

0706 [1]  1/8
0810 [1]  1/8

**1**

1 percent [1]  3/24
1,200 [1]  2/13
1,300 [1]  2/13
1/10 [1]  3/24
10 [6]  3/24 4/4 4/6 4/23 11/6 13/18
10 minutes [1]  13/18
10-MD-2179 [1]  1/5
1143 [1]  1/8
1185 [1]  1/8
1222 [1]  1/9
13-0706 [1]  1/8
13-0810 [1]  1/8
13-1143 [1]  1/8
13-1185 [1]  1/8
13-1222 [1]  1/9
13-1386 [1]  1/9
13-2006 [1]  1/9
1386 [1]  1/9
15 minutes [1]  13/18
19 [1]  2/9

**2**

20 [1]  1/6
2006 [1]  1/9
2010 [1]  1/6
2015 [2]  1/7 2/2
2179 [1]  1/5
25 [2]  1/7 2/2
275 [1]  1/21

**3**

30 [2]  4/2 15/4

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**7**

70130 [1]  1/22
706 [1]  11/13
7778 [1]  1/22

**9**

90 [1]  13/21
99 [2]  2/11 3/3

**A**

ability [1]  17/5
able [4]  4/14 11/7 11/9 14/24
about [10]  4/2 5/21 7/24 8/8 9/25 11/3
14/2 14/4 15/18 15/25
above [1]  17/6
above-entitled [1]  17/6
Absolutely [3]  12/3 12/3 16/12
absorb [1]  13/8
accordingly [1]  12/24
actually [1]  15/9
additional [1]  3/4
address [2]  12/16 12/19
adjourned [1]  16/20
advance [3]  8/18 8/21 8/25
advise [1]  16/14
Affiliated [1]  7/8
after [1]  14/15
afternoon [2]  2/3 8/5
again [6]  2/4 3/15 11/12 11/16 13/3 14/5
against [1]  6/3 7/14 12/6

**B**

agenda [1]  13/13
ago [1]  13/18
agree [7]  5/20 9/17 11/9 11/23 11/23
11/24 14/22
ahead [1]  12/13
aided [1]  1/25
alert [2]  15/17 16/2
all [16]  2/3 2/15 2/17 5/2 8/18 9/1 9/8
10/11 11/4 11/11 11/17 12/8 13/16 14/8
14/16 14/19
along [1]  4/23
already [3]  4/19 7/17 10/7
also [10]  2/24 4/8 4/15 5/9 7/11 8/15
9/24 11/14 15/10 15/19
am [4]  6/11 6/23 7/1 7/18
amount [1]  14/17
Andy [1]  2/6
anniversary [1]  4/8
another [5]  2/23 14/19 15/1 15/2 16/6
any [7]  2/19 3/8 3/16 5/6 7/10 8/18
15/21
anybody [2]  3/18 13/24
anybody's [1]  13/13
anything [4]  7/24 13/13 14/2 16/17
apologize [1]  11/18
applies [2]  1/8 11/12
apply [2]  11/3 11/4
appointed [1]  7/7
appreciate [1]  16/19
APRIL [1]  1/6
are [30]
around [1]  9/22
as [25]
ask [2]  9/5 11/11
asking [1]  8/24
assets [1]  6/22
assign [1]  12/10
assume [1]  9/15
assumed [1]  8/16
assure [1]  14/3
at [11]  3/21 3/23 4/15 5/6 5/15 5/17 10/3
11/7 13/7 14/12 16/13
attention [3]  3/14 6/8 12/23
authority [2]  8/6 8/8
available [1]  4/20

**B**

B-275 [1]  1/21
back [5]  4/16 7/15 12/4 13/9 16/1
background [2]  4/17 4/18
base [1]  9/9
be [23]
because [11]  3/22 4/7 4/11 5/25 6/3
7/12 8/7 12/6 13/9 14/12 15/23
becomes [1]  12/13
been [6]  3/5 5/25 8/9 8/21 13/4 14/24
before [3]  1/13 3/18 8/8
beforehand [1]  10/7
beg [1]  10/16
being [2]  2/14 2/25
believe [1]  3/22
best [1]  17/5
between [2]  6/5 15/12
big [1]  4/12
Bisso [10]  2/8 2/11 3/1 3/10 3/14 3/17
7/9 11/13 11/15 13/25
Bisso's [1]  2/15
both [4]  4/25 5/19 9/23 16/2
bought [3]  6/21 6/21 7/12
BP [10]  3/7 3/15 3/21 6/3 7/14 9/10
10/19 12/6 13/1 13/19
briefs [1]  12/9
bring [5]  6/7 12/8 12/23 13/9 13/14

**C**

brings [1]  10/9
but [14]  2/17 3/1 4/18 5/17 6/1 6/25 8/17
11/2 12/7 14/21 14/22 15/6 15/10 16/9
buy [2]  13/24 14/4

**C**

call [5]  8/3 8/4 8/5 8/5 8/10
came [1]  9/5
can [13]  3/14 3/20 3/21 5/9 5/19 6/18
8/3 10/23 11/25 14/3 15/2 15/25 16/3
Capital [2]  5/5 10/10
caption [3]  11/13 11/14 12/1
captions [1]  11/19
carry [1]  5/2
case [9]  5/7 5/11 6/6 6/25 7/3 11/3
11/12 11/13 11/15
cases [8]  9/12 9/19 10/12 11/4 11/14
11/17 12/1 13/11
causation [1]  10/12
CCR [3]  1/21 17/2 17/9
cents [1]  14/20
CERTIFICATE [1]  17/1
certify [1]  17/4
chance [2]  9/4 13/8
chime [1]  5/9
Chris [16]  2/6 2/19 2/21 5/8 5/10 7/21
8/18 9/3 10/17 10/18 11/4 11/25 12/3
12/17 13/17 14/21
circling [1]  4/16
claim [7]  6/3 7/2 7/4 7/9 7/11 7/17 12/6
claimant [2]  6/21 7/13
clarifying [1]  4/25
clarity [1]  10/23
clearly [2]  7/4 7/16
CLERK [1]  1/14
closed [1]  14/16
come [5]  4/4 6/17 15/13 15/18 16/1
comfortable [1]  11/10
comment [4]  8/16 8/19 9/6 9/17
common [2]  4/2 4/20
communicate [1]  15/25
company [1]  6/21
complaint [1]  6/24
complete [3]  2/12 2/16 3/22
completed [1]  2/9
computer [1]  1/25
computer-aided [1]  1/25
confer [1]  9/10
conference [9]  1/13 9/23 10/6 14/18
14/19 15/2 16/3 16/6 16/14
conferences [1]  14/11
confident [1]  11/20
confirming [1]  13/22
consists [1]  7/8
continue [1]  3/24 15/3
continuing [1]  3/2
correct [4]  7/18 7/20 10/12 17/4
correspondence [1]  6/5
could [1]  4/20
counsel [4]  5/24 6/19 8/6 8/15
couple [2]  2/22 15/6
court [19]
Court's [2]  6/8 12/23
courtesy [1]  8/3
crystallized [2]  5/25 6/5

**D**

damages [1]  6/24
date [1]  4/7
day [1]  16/19
days [1]  15/4
deal [1]  8/10

**D**

decide [1]  10/11
DEEPWATER [1]  1/5
definitely [1]  3/19
Depending [1]  3/12
determined [1]  14/14
developments [1]  6/9
did [7]  4/4 4/5 4/11 7/7 7/10 11/1 11/6
didn't [2]  5/5 7/12
different [1]  15/10
digest [3]  9/4 9/10 10/4
diligence [1]  14/6
disagree [1]  6/4
disclosing [1]  13/2
discovery [2]  15/14 16/3
discuss [1]  10/5
discussed [1]  10/7
dismiss [2]  7/1 7/17
dismissal [1]  9/11
DISTRICT [4]  1/1 1/2 17/3 17/3
do [20]
document [2]  3/7 12/10
documents [4]  2/13 2/14 6/2 7/10
does [4]  7/24 8/2 11/18 12/7
doesn't [2]  10/2 15/6
doing [3]  3/19 6/15 7/5
don't [10]  2/16 3/16 5/25 9/5 10/1 14/2
14/4 15/1 15/4 16/9
done [5]  2/18 3/4 3/25 8/10 9/19
doubt [1]  14/1
down [3]  5/11 9/1 16/7
Doyle [4]  1/21 17/2 17/9 17/9
drafted [1]  11/12
due [1]  14/6
Duke [13]  2/6 2/7 3/8 4/14 7/22 9/14
11/7 11/20 11/24 13/15 14/21 15/15
16/11
dust [3]  6/22 9/24 15/23

**E**

e-mail [3]  2/10 13/17 13/19
each [1]  15/25
earlier [3]  3/1 4/15 9/18
EASTERN [8]  1/2 5/20 5/21 5/23 6/6
12/5 12/20 17/3
Eastern's [1]  5/23
effect [2]  9/10 9/12
either [2]  4/19 16/9
eliminate [1]  4/21
else [3]  13/13 15/7 16/17
email [1]  13/21
Energy [2]  5/5 10/10
enough [1]  13/12
entirely [1]  9/15
entitled [1]  17/6
ESQ [1]  1/13
essentially [1]  2/18
even [1]  8/8
event [1]  15/21
every [1]  15/5
everybody [2]  11/21 15/7
everyone [1]  11/10
everything [2]  6/21 14/22
expectation [1]  9/17
express [1]  11/8

**F**

fair [3]  10/13 13/12 14/17
far [3]  3/1 3/7 9/19
fast [1]  15/24
fast-moving [1]  15/24
FCRR [3]  1/21 17/2 17/9

federal [1]  4/15
few [1]  13/6
figure [1]  15/11
file [2]  7/1 12/9
fine [1]  6/16
finish [1]  3/17
finished [2]  2/14 3/25
first [1]  9/21
fits [1]  10/11
five [1]  16/7
flexibility [1]  14/18
float [1]  15/11
foregoing [1]  17/4
foresee [1]  3/16
forgive [2]  1/17 4/7
form [2]  11/1 12/8
formally [1]  11/8
format [1]  12/22
forward [5]  9/12 9/13 10/8 10/24 14/11
four [1]  16/6
further [4]  4/21 10/4 10/6 11/8

**G**

general [2]  6/19 8/6
get [17]  3/4 3/15 3/20 3/23 3/25 4/11
5/14 5/19 7/15 8/7 10/5 10/23 10/23
12/1 12/25 15/22 15/23
getting [1]  3/10
give [3]  9/5 13/8 14/20
gives [1]  14/17
glad [1]  3/3
go [8]  3/12 3/12 7/7 8/9 12/4 12/13
13/11 14/8
going [24]
good [3]  2/3 8/9 16/19
got [8]  2/10 2/21 5/14 8/6 11/21 12/6
13/17 13/21
government [1]  4/15
great [3]  13/23 13/23 16/16
ground [1]  4/20
group [1]  2/12
guess [1]  6/23
guidance [1]  15/13
GULF [8]  1/6 5/13 6/20 6/20 7/3 7/10
7/16 8/7
Gulf's [2]  6/24 7/6
guys [2]  11/22 16/11

**H**

had [7]  4/13 5/24 8/18 9/4 11/8 11/17
14/23
handful [1]  5/11
handle [1]  5/8
happen [1]  10/2
Harvey [9]  5/13 6/20 6/20 6/24 7/3 7/6
7/10 7/16 8/7
Harvey Gulf [4]  7/3 7/10 7/16 8/7
Harvey Gulf's [2]  6/24 7/6
has [5]  6/17 6/20 7/17 9/24 11/19
hasn't [1]  5/16
have [31]
having [2]  9/6 10/6
he [1]  8/2
hear [3]  3/3 8/2 16/4
heard [1]  6/1
Hercules [1]  5/16
here [3]  3/12 3/13 10/3 13/11
Hey [1]  6/15
him [4]  8/5 8/5 8/5 8/10
hit [1]  8/9
hold [1]  13/1
home [1]  4/11
HONORABLE [1]  1/14

hope [1]  4/25
HORIZON [1]  1/5
how [3]  6/15 10/11 14/18

**I**

I'll [3]  8/4 8/5 14/20
I'm [16]  3/19 6/16 6/23 7/15 7/15 8/12
8/14 8/23 9/10 10/15 11/20 13/20 14/10
14/12 15/15 15/18
I've [1]  8/9
idea [1]  8/1
if [11]  5/21 5/25 6/6 11/25 12/4 12/7
12/9 12/10 12/13 12/23 13/7
in [45]
includes [1]  15/19
information [5]  9/4 9/18 9/23 9/25 10/4
input [1]  15/13
instruct [1]  7/16
instructed [1]  6/25
intend [1]  6/22
intents [1]  2/15
intervention [1]  5/18
into [7]  7/4
involvement [1]  5/6
involving [1]  5/5
is [62]
isn't [1]  12/6
issue [7]  2/25 10/25 11/7 11/17 12/6
12/13 13/6
issues [10]  4/14 4/23 4/24 4/25 10/7
12/19 14/23 15/14 15/17 16/3
it [66]
it's [15]  2/17 3/3 3/11 3/25 4/18 5/25
6/25 8/9 8/10 10/24 11/12 12/6 12/7
13/3 14/11
item [1]  14/15

**J**

jointly [1]  16/1
judge [3]  1/15 6/18 15/13
Judge Shushan [1]  15/13
July [1]  15/19
July 4 [1]  15/19
June [7]  1/7 2/2 2/9 4/4 4/6 4/23 11/6
June 10 [4]  4/4 4/6 4/23 11/6
June 19 [1]  2/9
just [18]

**K**

Keegan [1]  10/17
kind [4]  3/9 9/19 13/5 15/14
know [18]

**L**

land [1]  5/23
last [7]  2/8 2/22 3/6 3/24 4/3 5/11 14/15
latest [2]  5/23 6/1
LAW [1]  1/14
lawsuit [1]  7/14
lawyer [1]  6/24
lay [1]  5/23
least [2]  10/3 13/7
leave [1]  12/12
let [8]  6/17 8/5 8/10 9/8 9/13 11/11 12/4
15/3
let's [5]  2/6 3/17 3/20 3/23 15/22
letter [1]  12/9
liabilities [1]  6/22
like [8]  6/10 10/2 11/18 13/8 13/15 14/6
15/24 16/5
line [1]  6/10
list [1]  10/9
little [4]  2/13 4/17 14/10 16/10

**L**

longer [1] 7/13
look [5] 4/14 5/15 8/2 11/7 15/19
looked [1] 3/21
looking [2] 3/23 14/12
lose [1] 7/3
lot [2] 3/14 5/16
LOUISIANA [4] 1/2 1/8 1/22 17/4
lower [1] 3/9
Lundy [2] 7/24 8/13

**M**

made [1] 3/8
MAGISTRATE [1] 1/15
mail [3] 2/10 13/17 13/19
maintains [1] 6/6
make [3] 8/7 11/21 15/16
makes [3] 15/9 16/8 16/9
Management [1] 10/10
Marine's [1] 7/9
material [1] 4/19
materials [3] 5/13 5/17 5/19
Matt [26]
matter [2] 15/6 17/6
may [5] 12/15 12/18 13/10 15/12 15/16
maybe [4] 5/14 13/24 14/11 15/4
MD [1] 1/5
me [13] 6/10 6/23 7/16 8/24 9/8 9/8 10/2
11/11 12/4 12/4 16/8 16/9 16/18
mechanical [1] 1/24
meet [2] 7/16 9/10
meeting [3] 4/3 4/13 5/3
member [1] 8/14
mention [1] 13/16
MEXICO [1] 1/6
MICHAEL [1] 1/13
might [5] 6/10 6/12 13/4 13/5 14/16
Mike [20]
mind [1] 13/9
minutes [4] 8/6 13/18 13/18 13/21
module [1] 2/12
months [2] 15/6 15/18
more [8] 2/5 2/12 2/17 3/14 9/23 9/25 14/17 16/10
morning [1] 9/2
most [2] 14/24 16/8
motion [4] 7/10 10/22 12/9 12/11
move [1] 10/24
moving [1] 10/24
much [2] 4/17 10/24
my [7] 4/8 8/2 10/9 10/10 14/15 14/20 17/5
myself [1] 13/22

**N**

name [1] 6/22
narrowing [1] 4/25
Nassau [4] 13/18 13/24 14/6 14/7
navigate [1] 14/24
necessarily [1] 12/7
necessary [2] 5/18 12/23
necessity [1] 15/5
need [9] 4/21 6/2 6/17 9/18 10/1 11/18 15/1 15/10 15/15
needed [1] 16/15
needs [2] 6/5 8/4
never [1] 14/2
New [4] 1/8 1/22 4/3 7/8
New Orleans [2] 4/3 7/8
newly [1] 3/5
news [3] 12/16 12/19 13/8
next [11] 5/3 6/7 7/14 9/22 10/6 13/2

14/18 15/5 15/19 15/25 16/14
NGP [2] 6/1 6/11
no [5] 7/13 8/1 8/21 8/25 11/8
No. [1] 11/13
No. 13-706 [1] 11/13
not [19]
note [1] 9/6
notice [8] 4/2 5/1 6/19 8/19 8/21 8/25 12/11 13/19
now [9] 5/4 6/10 8/9 12/25 13/13 13/19 14/13 15/18 15/24
numbers [1] 12/10

**O**

O'KEEFE [4] 1/13 2/5 14/3 14/6
object [1] 16/9
objection [1] 16/9
obviously [5] 3/4 6/25 9/18 16/2 16/9
off [7] 3/14 3/18 3/21 4/4 9/9 13/2 14/16
Official [3] 1/21 17/2 17/10
Oh [1] 3/19
OIL [2] 1/5 1/5
okay [7] 8/11 10/9 10/18 12/21 13/23 16/11 16/18
on [32]
once [6] 2/3 3/4 6/22 9/24 10/23 15/23
one [21]
ones [1] 12/9
only [2] 10/21 11/3
OPA [7] 6/24 7/2 9/11 10/12 11/4 11/14 13/11
open [1] 10/21
options [1] 4/14
or [27]
order [4] 9/9 9/15 11/2 16/13
Orleans [4] 1/8 1/22 4/3 7/8
other [13] 3/23 4/24 5/4 5/7 5/20 6/9 10/12 10/24 11/14 12/1 12/25 15/20 15/25
our [11] 4/13 4/16 6/7 6/7 9/17 9/19 9/25 10/6 13/3 14/9 14/10
ourselves [1] 15/12
out [7] 2/15 3/10 5/20 5/22 7/15 9/9 15/11
outstanding [1] 2/25
over [3] 2/13 5/2 15/19

**P**

page [1] 8/12
parcel [1] 13/10
pardon [1] 10/16
part [2] 7/11 13/10
parties [4] 5/12 6/5 10/19 16/14
party [1] 5/7
Paul [11] 6/10 6/12 6/16 8/23 8/24 9/23 10/3 10/5 11/7 11/20 15/23
pause [1] 15/9
pausing [1] 15/20
pay [1] 3/14
people [2] 3/2 3/24
percent [2] 3/4 3/24
personnel [1] 3/14
pertaining [1] 7/10
pertains [1] 7/9
phases [1] 4/15
phone [2] 13/16 15/2
pick [1] 16/3
plaintiff [1] 7/9
plaintiffs' [1] 12/25
please [1] 10/16
pleasure [1] 12/12
point [6] 2/11 3/3 5/6 5/17 6/12 12/7
points [1] 4/22

position [7] 5/24 6/1 6/4 6/6 8/19 10/5 15/4
Poydras [1] 1/21
prejudice [5] 7/2 7/17 7/18 7/19 9/11
present [1] 4/14
pretty [5] 2/22 10/24 14/23 14/24 15/24
Pride [2] 5/18 5/19
priority [1] 3/9
problem [1] 3/16
proceed [1] 12/24
proceedings [4] 1/24 2/1 16/20 17/6
produce [3] 6/2 7/10 12/5
produced [1] 5/16
production [13] 2/8 2/11 2/16 2/17 3/7 3/9 3/10 3/15 3/17 7/6 13/1 13/18 14/7
productions [3] 2/22 3/1 3/5
productively [1] 11/6
progress [2] 3/8 4/24
proposals [1] 15/12
propose [1] 16/1
PSC [6] 5/24 9/10 9/20 10/7 10/19 16/5
public [1] 8/7
publicly [1] 4/19
pull [2] 3/14 3/18
purchased [1] 6/20
purposes [1] 2/15
pursue [1] 7/4
put [4] 2/4 11/1 14/16 16/13
putting [1] 16/18

**Q**

question [7] 4/10 4/18 10/21 11/2 11/12 12/5 13/9
quickly [2] 6/18 10/2
quite [1] 8/17

**R**

rather [3] 9/5 12/11 16/6
RE [1] 1/5
reach [2] 4/20 12/7
reached [1] 10/20
reaction [1] 9/25
ready [2] 15/3 15/18
really [2] 4/18 14/22
reason [1] 15/10
reasonably [1] 11/20
receive [2] 7/7 10/4
received [3] 6/19 11/10 12/20
record [8] 4/19 8/15 9/7 10/23 12/2 12/10 12/10 17/6
recorded [1] 1/24
refer [2] 11/14 11/16
referencing [1] 11/15
Regan [6] 9/16 11/5 11/16 12/18 13/3 14/5
regular [1] 12/11
relates [2] 9/11 12/20
remain [1] 11/15
remained [1] 3/11
report [2] 2/9 4/3
reporter [4] 1/21 8/24 17/3 17/10
Reporters [1] 7/8
require [2] 5/6 15/12
resend [1] 11/25
resolution [1] 12/14
resolve [2] 6/8 11/17
resolved [2] 11/6 12/8
respect [2] 6/7 9/20
response [3] 2/20 6/2 9/20
rest [1] 16/19
return [1] 7/9
review [3] 2/18 3/5 3/15
reviewing [1] 3/8

**R**

RIG [1]  1/5
right [12]  2/3 4/9 5/2 6/14 7/19 9/1 9/16
  10/3 11/11 11/24 14/12 15/24
ripe [2]  12/7 12/13
road [1]  16/7
roll [1]  9/22
Rule [1]  4/2
Rule 30 [1]  4/2

**S**

said [2]  7/19 8/24
SALLY [1]  1/14
same [2]  5/18 8/12
satisfied [1]  10/20
say [6]  3/21 3/25 5/24 8/22 14/2 16/6
saying [3]  2/11 13/17 16/4
schedule [3]  12/12 14/10 15/1
scheduled [2]  14/13 16/14
scheduling [1]  15/5
second [2]  2/4 14/16
Section [1]  1/6
see [2]  3/6 15/4
send [1]  11/18
sense [4]  15/9 15/16 16/8 16/10
sent [2]  11/2 13/19
set [1]  12/11
setting [1]  16/6
settled [1]  9/24
settles [2]  6/23 15/23
seven [2]  11/17 11/19
SFPP [2]  13/19 13/20
shipped [1]  2/15
should [3]  11/13 11/14 11/16
SHUSHAN [2]  1/14 15/13
side [2]  3/23 14/9
sides [1]  5/19
sign [1]  3/21
significant [1]  3/16
since [2]  6/23 9/4
sir [1]  4/1
sit [1]  10/3
six [1]  15/18
sizeable [1]  2/22
slightly [1]  15/10
so [16]  2/4 2/15 3/11 3/20 8/12 9/3 9/5
  9/19 10/3 13/4 13/7 14/4 14/17 15/20
  15/22 16/4
softly [1]  5/24
software [1]  1/25
some [18]
Somebody [1]  8/4
something [3]  2/12 6/17 10/1
sometime [1]  7/14
soon [1]  14/18
sorry [3]  8/14 8/23 10/15
sort [1]  2/24
Soto [1]  13/20
sound [1]  10/2 11/18
sounds [2]  6/9 15/24
speaking [3]  10/15 10/16 10/16
speculation [1]  8/2
SPILL [1]  1/5
square [1]  11/21 14/10
stand [1]  16/2
standpoint [1]  15/16
start [2]  2/7 9/20
STATES [3]  1/1 1/15 17/3
status [3]  1/13 9/23 10/6
stenography [1]  1/24
step [2]  6/7 15/22
steps [1]  15/25

Sterbcow [3]  6/10 8/23 11/23
still [7]  2/21 4/4 7/15 7/25 11/18
  15/24
stipulation [4]  10/11 10/20 11/9 11/9
Street [1]  1/21
streets [1]  8/10
string [2]  2/4 14/17
stuff [2]  3/5 14/24
submit [1]  10/21
subpoena [10]  5/4 5/22 6/3 6/7 7/6 7/9
  7/11 11/7 11/8 12/5
subpoenaed [1]  5/12
subpoenas [2]  5/4 5/7
subset [1]  5/19
substantially [1]  2/16
such [1]  9/6
suggest [3]  9/8 9/9 15/22
sure [5]  5/10 5/22 8/17 9/14 11/21 13/20
  15/2
suspect [1]  9/22
suspected [1]  13/5

**T**

take [1]  5/15
taken [1]  5/24
talk [2]  5/21 15/3
talked [1]  8/8
talking [1]  15/18
teams [1]  4/16
technical [2]  2/25 3/2
tell [2]  9/8 16/5
tens [1]  2/23
terms [3]  7/6 9/24 12/22
test [6]  6/21 6/25 7/3 7/13 9/11 11/4
testimony [2]  4/21 4/21
than [5]  3/9 5/4 9/5 10/25 16/6
Thank [1]  16/18
that [94]
that's [15]  2/17 2/25 3/5 4/9 4/19 4/24
  5/11 7/20 9/17 10/3 10/8 10/13 11/13
  11/24 16/16
their [5]  6/1 6/23 6/24 9/12 9/12
them [4]  3/15 5/14 7/16 12/9
then [14]  4/20 6/7 9/8 9/13 11/2 12/1
  12/8 15/11 15/12 15/17 15/25 16/1 16/2
  16/13
there [17]  2/12 2/24 3/6 4/3 4/18 5/15
  5/20 6/9 9/18 10/1 11/2 11/21 12/15
  12/18 13/13 15/15 15/20
there's [2]  8/21 15/20
Therefore [1]  7/2
these [5]  3/4 9/19 14/11 14/23 15/5
they [17]  2/22 3/21 3/21 3/22 5/24 6/2
  6/3 6/21 6/22 7/12 7/12 7/13 8/9 10/20
  11/8 13/14 15/14
thing [2]  13/16 14/12
things [3]  11/6 12/16 15/20
think [22]
third [1]  9/7
third-party [1]  5/7
thirteen [1]  2/23
this [30]
those [5]  4/22 4/23 5/6 5/14 15/10
though [3]  3/13 3/16 8/2
thought [1]  13/3
thoughts [1]  13/10
thousands [1]  2/23
three [1]  15/4
through [6]  3/2 4/13 4/16 4/23 6/23
  15/17
throws [1]  7/4
time [7]  2/5 4/11 9/5 9/6 9/22 14/17 16/1
today [4]  2/14 5/14 6/25 8/8

today's [1]  13/8
together [2]  3/25 7/12
told [3]  7/1 7/12 8/9
Toni [4]  1/21 17/2 17/9 17/9
Tony [1]  13/20
too [1]  4/17
town [1]  7/15
train [1]  15/24
transcript [1]  17/5
transcription [1]  1/25
transition [1]  6/12
trick [1]  4/9
Trinity [10]  6/20 6/20 7/3 7/12 7/13 8/15
  12/16 12/19 13/4 15/11
Trinity's [3]  7/2 7/11 7/17
true [1]  17/4
try [2]  10/5 15/16
turn [1]  3/13
Tusa [4]  1/21 17/2 17/9 17/9
twelve [1]  2/23
two [8]  2/17 3/6 11/22 14/13 14/20 15/2
  15/5 15/19

**U**

uncertain [1]  14/10
understand [2]  9/3 12/22
understanding [2]  10/10 17/5
understood [2]  5/5 12/15
UNITED [3]  1/1 1/15 17/3
until [1]  3/25
up [10]  2/4 2/14 6/17 10/24 11/13 12/11
  13/14 14/16 16/3 16/18
us [10]  4/14 9/23 10/9 12/12 13/7 13/8
  15/12 15/16 16/5 16/6
using [1]  1/24

**V**

vis [6]  12/16 12/16 12/19 12/19 15/11
  15/11
vis-à-vis [3]  12/16 12/19 15/11

**W**

wait [1]  8/20
waiting [1]  10/11
walked [2]  4/13 4/23
want [13]  5/8 5/15 5/21 5/24 8/20 8/20
  11/1 11/21 12/9 13/14 14/19 14/21 16/6
wanted [2]  8/7 10/22
wants [3]  3/12 13/1 15/7
was [30]
wasn't [1]  8/17
way [2]  10/8 11/12
we [86]
we'll [2]  10/4 14/8
websites [1]  4/16
week [3]  2/22 3/6 7/14
weeks [6]  14/13 15/2 15/4 15/5 15/19
  16/7
well [12]  2/10 2/15 3/17 3/23 4/24 11/1
  11/25 14/3 14/15 14/23 14/25 16/3
went [1]  9/1
were [4]  2/22 5/6 11/7 11/9
what [11]  7/4 8/1 8/20 9/10 13/20 14/10
  15/8 15/11 15/14 15/15 16/4
what's [2]  3/6 5/15
whatever [8]  3/3 3/24 9/19 10/4 12/12
  14/21 15/6 15/23
when [8]  7/15 12/7 12/13 14/18 15/3
  15/17 16/5 16/14
where [8]  2/8 3/12 3/12 5/17 10/3 13/1
  13/11 16/2
whether [7]  2/16 4/18 9/9 10/21 10/22
  11/3 11/3

## W

while [1]  13/16
who [10]  5/16 8/12 8/15 8/16 8/24 10/15
 10/15 10/16 12/17 13/2
whoever [1]  7/7
why [1]  9/5
will [25]
without [1]  9/6
work [2]  3/2 15/16
worked [1]  2/25
working [4]  3/15 5/16 5/18 14/23
works [1]  2/18
worry [1]  14/4
would [11]  6/2 9/14 9/15 10/21 12/5
 12/11 13/8 13/15 14/6 15/22 16/5
wrapped [1]  10/24
wrench [1]  7/4

## Y

y'all [2]  3/8 16/18
yeah [4]  3/19 3/21 6/14 13/5
Yep [1]  7/23
Yes [5]  3/11 4/1 4/5 4/7 11/5
yesterday [3]  2/11 5/15 7/7
yet [2]  5/17 5/25
you [48]
your [5]  3/23 8/16 9/17 10/16 12/12