**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *12-970* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order & Reasons of June 29, 2015, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The *Deepwater Horizon* Economic Claims Center ("DHECC") claim awards in favor

of Wardell Parker ("Parker") based upon Claim 49623 and Claim 50267 are hereby

RESCINDED and VACATED; and

2.  Judgment is entered against Parker, requiring Parker to make restitution to the

DHECC in the amount of $178,584.00, plus post judgment interest; and

3.  Parker shall not participate in any further distribution under the DHECC Seafood

Compensation Program; and

4.  Pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more

than one claim for relief and involves multiple parties, the Court expressly determines that there

is no just reason for delay of the entry of this judgment; and

5.  The United States marshal shall provide services as may be needed by the Special

master and the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 29th day of June, 2015.

United States District Judge