UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *12-970* | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

**ORDER & REASONS**

Before the Court is the Motion of the Special Master for Return of Payments Made to Wardell Parker ("Parker") and Others (Rec. Doc. 13848), which seeks to require Parker to make restitution to the *Deepwater Horizon* Economic Claims Center ("DHECC") in the amount of $238,684.32, plus post-judgment interest. The motion also sought restitution from Parker's attorney, Danziger & De Llano LLP, for legal fees it received for work related to Parker's claims to the DHECC. Danziger & De Llano LLP subsequently repaid $60,100.32 to the DHECC. Consequently, the Court dismissed without prejudice the Special Master's motion as it related to Danziger & De Llano LLP and further ordered that, should it be determined that Parker owes restitution, that amount would be reduced by Danziger & De Llano LLP's payment. (Rec. Doc. 13984).

Parker's response to the Special Master's motion was initially due on May 20, 2015. (Rec. Doc. 14490). At Parker's request, the Court extended this deadline to June 3, 2015. (Rec. Doc. 14600). To date, Parker has filed no response with the Court; consequently, the Court treats the Special Master's motion as unopposed by Parker. Furthermore, after reviewing the Special Master's motion, memorandum, and documents attached thereto, the Court finds for

reasons stated in the Special Master's memorandum that the motion has merit and should be granted. Accordingly,

IT IS ORDERED that the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others (Rec. Doc. 13848) is GRANTED.

IT IS FURTHER ORDERED that:

The DHECC claim awards in favor of Parker based upon Claim 49623 and Claim 50267 are hereby RESCINDED and VACATED;

Parker shall make restitution to the DHECC in the amount of $178,584.00 (the amount of the DHECC payments to Parker net the amount repaid by Danziger & De Llano LLP), plus post judgment interest; and

Parker shall not participate in any further distribution under the DHECC Seafood Compensation Program.

The Court will enter a separate judgment consistent with this Order.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
United States District Judge