UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**ORDER & REASONS**

Before the Court is the Motion of the Special Master for Return of Payments Made to Bobby Lambert, Sr. ("Lambert"), which seeks to require Lambert to make restitution to the *Deepwater Horizon* Economic Claims Center ("DHECC") in the amount of $129,447.64, plus post-judgment interest. (Rec. Doc. 13857).

In November 2012, the DHECC paid Lambert $172,596.85 on two claims he had filed under the *Deepwater Horizon* Economic and Property Damages Settlement Agreement. The Special Master filed this motion on December 15, 2014. Shortly before the motion was filed, Lambert's then counsel repaid $43,149.21 to the DHECDC Trust Fund, representing the contingency fee received in connection with Lambert's claims, and later withdrew as counsel of record for Lambert. Hence, the Special Master's motion seeks $129,447.64, not $172,596.85.

Lambert's response to the Special Master's motion was due on June 5, 2015. (Rec. Doc. 14553). To date, Lambert has filed no response with the Court; consequently, the Court treats the motion as unopposed. Furthermore, after reviewing the motion, memorandum, and documents attached thereto, the Court finds for reasons stated in the Special Master's memorandum that the motion has merit and should be granted. Accordingly,

IT IS ORDERED that the Motion of the Special Master for Return of Payments Made to Bobby Lambert, Sr. (Rec. Doc. 13857) is GRANTED.

IT IS FURTHER ORDERED that:

The DHECC claim awards in favor of Lambert based upon Claim 12463 and Claim 12464 are hereby RESCINDED and VACATED;

Lambert shall make restitution to the DHECC in the amount of $129,447.64, plus post judgment interest; and

Lambert shall not participate in any further distribution under the DHECC Seafood Compensation Program.

The Court will enter a separate judgment consistent with this Order.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
United States District Judge