UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *12-970* | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order & Reasons of June 29, 2015, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The *Deepwater Horizon* Economic Claims Center ("DHECC") claim awards in favor of Bobby Lambert, Sr. ("Lambert") based upon Claim 12463 and Claim 12464 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Lambert, requiring Lambert to make restitution to the DHECC in the amount of $129,447.64, plus post judgment interest. This restitution represents the claim awards paid to Lambert of $172,596.85, less the $43,149.21 his former counsel already has repaid to the DHECC Trust fund (representing the contingency fee that counsel received); and

3. Lambert shall participate in no further distribution under the DHECC Seafood Compensation Program; and

4. Pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5.  The United States marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
United States District Judge