UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Thursday, June 25, 2015]

1. **Bisso Discovery**.

The PSC reported that the Bisso document production was 99% complete. There will be one more or perhaps two more productions. BPXP reported that there was a technical issue, but they were working through it.

2. **BPXP Document Production**.

After the Bisso production is complete, the PSC will turn its attention to reviewing BPXP's production. The PSC does not foresee a significant problem with the BPXP production.

3. **Common Rule 30(b)(6) Notice**.

The parties met on June 10 and worked on the 30(b)(6) notice. They are working to determine how much can be resolved with material that is either publicly available or already in the record.

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Third Party Subpoenas (other than NGP)**.

BPXP is working with Hercules and Pride on their productions. Eastern's counsel indicates that it may contend that it does not have to produce documents in response to the subpoena because it has a claim against BPXP. If the parties are unable to resolve the issue with Eastern, BPXP will bring it to the Court's attention for resolution.

5. **Trinity Offshore, LLC**.

The PSC reported that Harvey Gulf purchased Trinity Offshore, LLC. Harvey Gulf instructed the PSC to dismiss Trinity's OPA claim against BPXP with prejudice. Harvey Gulf produced documents relating to Bisso Marine's claim against BPXP in response to its subpoena. Harvey Gulf did not produce any materials pertaining to Trinity's claim.

Until the conference, BPXP was not aware of Harvey Gulf's intention to dismiss the Trinity claim with prejudice. Before the next conference, BPXP will confer with the PSC on how the dismissal of the Trinity claim affects the OPA test cases.

5. **NGP Energy Capital Management**.

The parties reported agreement on the stipulation with NGP Energy Capital Management to maintain the confidentiality of its documents. BPXP will re-submit the stipulation so the caption refers to the OPA test cases.

6. **Other Plaintiffs' Production**.

BPXP's identification of the next priority plaintiff is deferred.

7. **Next Conference**.

The parties agreed that they will jointly propose a time for a conference after they have made further progress on the discovery issues and considered the effect of the dismissal of the Trinity claim.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
**SALLY SHUSHAN**
United States Magistrate Judge