UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | |

**OPPOSITION TO PROPOSED JUDGMENT**

Now into Court, comes the undersigned counsel, AndryLerner LLC ("Andry Lerner"), who files this Opposition to Proposed Judgment by the Special Master in connection with the Court's Order and Reasons. In support of the Opposition, Andry Lerner asserts:

1. On the 10th day of June, 2014, the Special Master filed a clawback motion ("Motion") for payments to Jarrod A. Burrle ("Burrle") under the BP Settlement Program.

2. Andry Lerner filed objections to the Motion and set forth amounts that it received and paid to referral counsel.

3. The Court, on June 23, 2015 (Rec. Doc. 14747), rendered its reasons in a 7 page opinion. Page 7 of the opinion sets forth the amount of restitution by various parties who received payment out of the payment to Burrle. The Order states:

> Restitution is ordered in the following amounts:
>
> | | |
> |---|---|
> | Jarrod A. Burrle | $50,015.87 |
> | Andry Lerner | $ 7,502.38 |
> | Palazzo Law Firm | $ 2,500.80 |
> | David D. Bravo, APLC | $ 2,500.79 |
> | Woodbridge Baric Pre-Settlement Investments LLC | $20,000.00 |

{00347539-1}

1

4.  The Palazzo Law Firm and David D. Bravo, APLC are attorneys who received payments from Andry Lerner as a referral fee.

5.  The Trustee has submitted an order that: (i) makes Andry Lerner liable for $12,500 (which includes the amount received by referral counsel plus the Andry Lerner amount and requires immediate payment of $12,503.98 rather than $7,502.38.

6.  The impact of the Order proposed by the Special Master would require Andry Lerner to pay to the Special Master the amounts that Andry Lerner did not retain but were instead paid to referral counsel.  The Order proposed by the Special Master by requiring immediate payment by Andry Lerner for the entire amount would have the effect of absolving Palazzo Law Firm and David D. Bravo, APLC from repaying amounts they received.

7.  This Judgment submitted by the Special Master is inconsistent with the Judgment previously rendered by this Court previously rendered in the Casey C. Thonn ("Thonn") matter. In Thonn, payments were made to Andry Lerner who then remitted a payment to Sutton as a referral fee and for work previously performed by Sutton.  The Court's judgment in Thonn only held Andry Lerner liable for the amount it actually retained (payment received less payment to Sutton), as opposed to the amount it received without deducting the amount it paid to Sutton. See Thonn Order, Exhibit 1.

8.  Andry Lerner submits that the Court enter an order in the form attached hereto as Exhibit 2, which is consistent with the Court's Order and Reasons and the Thonn judgment entered by the Court involving the exact same fact patterns and not enter the order submitted by the Trustee.

{00347539-1}

Dated: June 29, 2015						Respectfully submitted:

By: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick, Horn & Dabney, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: 504.299-3333/Facsimile: 504.299-3399
ddraper@hellerdraper.com

*Counsel for Andry Lerner LLC*

{00347539-1}