

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | * * | MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Reasons dated April 29, 2014 (Rec. Doc. 12794),

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim awards in favor of Casey C. Thonn based upon Claim 19690 and Claim 19691 are hereby RESCINDED and VACATED;

2. Judgment is entered against Casey C. Thonn, requiring Thonn to make restitution to the DHECC in the amount of $357,002.35, plus post-judgment interest; and

3. Judgment is entered against AndryLerner, LLC, Jonathan Andry and Glen Lerner in the amount of $35,700.24, plus post-judgment interest; and

4. Judgment is entered against Lionel Sutton, III, in the amount of $35,700.23, plus post-judgment interest; and

5. Judgment is entered against Coastal Claims Group, LLC, in the amount of $14,280.10, plus post-judgment interest; and

6. AndryLerner, LLC, Jonathan Andry, Glenn Lerner, Lionel Sutton, III, and Coastal Claims Group, LLC are jointly and severally liable with Casey C. Thonn, but only up to the amounts listed



EXHIBIT

above. In no event shall the total restitution payable to the DHECC exceed $357,002.35; and

7. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

8. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process except for Andry Lerner, LLC, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

9. IT IS FURTHER ORDERED that before any payment is made for attorneys' fees to Andry Lerner LLC, from funds held in escrow pursuant to the Court's Order of December 19, 2013, as amended and superseded, any outstanding balance up to the amount of restitution provided in this Order for Andry Lerner LLC shall be deducted from such funds; and

10. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 16 day of July, 2014.

_____
United States District Judge