UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

**ORDER**

For the reasons stated in the Court's Order and Reasons dated June 23, 2015 (Rec. Doc. 14747), **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The DHECC claim award in favor of Jarrod A. Burrle ("Burrle"), based upon Claim 42138, is hereby RESCINDED and VACATED;

2. Burrle shall participate in no further distributions under the Seafood Compensation Program;

3. Judgment is entered against Burrle requiring Burrle to make restitution to the DHECC in the amount of $50,015.87 plus post-judgment interest;

4. Judgment is entered against Andry Lerner LLC, Jonathan Andry and Glen Lerner in the amount of $7,502.38 plus post-judgment interest;

5. Judgment is entered against the Palazzo Law Firm in the amount of $2,500.80 plus post-judgment interest;

6. Judgment is entered against David D. Bravo, APLC in the amount of $2,500.80 plus post-judgment interest;

{00347565-1}

EXHIBIT 2

7. Judgment is entered against Woodbridge Baric Pre-Settlement Investments LLC in the amount of $20,000.00 plus post-judgment interest;

8. Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm, David D. Bravo, APLC and Woodbridge Baric Pre-Settlement Investments LLC are jointly and severally liable with Burrle, but only up to the amounts listed above. In no event shall the total restitution payable to the DHECC exceed $50,015.87;

9. The trustee of the escrow account established pursuant to the Court's February 12, 2014 Order (Rec. Doc. 12321) shall immediately pay on behalf of Andry Lerner LLC the sum of $7,502.38 to the Court-Supervised Settlement Program;

10. Pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

11. The United States Marshal shall provide services as may be needed by the Special Master and DHECC in enforcement of this judgment.

New Orleans, Louisiana, this _____ day of _____, 2015.

                                             **HONORABLE CARL J. BARBIER**
                                             **UNITED STATES DISTRICT JUDGE**

{00347565-1}