UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION:  J |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs.* | * | MAG. JUDGE SHUSHAN |
| *BP Exploration & Production Inc., et al.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes claimant, Wardell Parker, and upon suggesting to this Honorable Court that he wishes to enroll Hope L. Harper, Esq., along with the firm H.L. Harper & Associates, LLC, as counsel of record in this matter.  It is respectfully requested that the Court enter the order submitted simultaneously herewith.

Respectfully Submitted:

*/s/ Hope L. Harper*
Hope L. Harper, T.A. (LSBA No. 33173)
H.L. Harper & Associates, L.L.C.
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email: hharper@hlharperandassociates.com
*Counsel for Claimant, Wardell Parker*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana

by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing has been served this 29th day of June, 2015, by electronic mail, on the following:

Christen Tuttle
Office of Special Master, Louis J. Freeh
935 Gravier Street, Suite 1160
New Orleans, Louisiana 70112
Email: tuttle@freehgroup.com and tuttlec@pepperlaw.com


                                        */s/ Hope L. Harper*
                                        Hope L. Harper