UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION J |
| This Document Applies to: | * * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. vs. BP Exploration & Production Inc., et al. | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

WHEREFORE, considering the Motion to Enroll as Counsel of Record filed by claimant, Wardell Parker, it is hereby ordered that Hope L. Harper (LSBA No. 33173) along with the firm of H.L. Harper & Associates, L.L.C. be and the same are hereby enrolled as counsel of record on behalf of claimant, Wardell Parker.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE