UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs.* | * | MAG. JUDGE SHUSHAN |
| *BP Exploration & Production Inc., et al.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO RECONSIDER JUDGMENT RESCINDING AND VACATING THE CLAIM
AWARDS IN FAVOR OF WARDELL PARKER

NOW INTO COURT, through undersigned counsel, comes claimant, Wardell Parker, who respectfully requests that this Honorable Court reinstate the proceedings involving Wardell Parker stemming from the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others for the reasons more fully explained in the attached memorandum.

Respectfully Submitted:

*/s/ Hope L. Harper*
Hope L. Harper, T.A. (LSBA No. 33173)
H.L. Harper & Associates, L.L.C.
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email: hharper@hlharperandassociates.com
*Counsel for Claimant, Wardell Parker*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed

with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing has been served this 29th day of June, 2015, by electronic mail, on the following:

Christen Tuttle
Office of Special Master, Louis J. Freeh
935 Gravier Street, Suite 1160
New Orleans, Louisiana 70112
Email: tuttle@freehgroup.com and tuttlec@pepperlaw.com

*/s/ Hope L. Harper*
Hope L. Harper

2