UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION:  J |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs.* | * | MAG. JUDGE SHUSHAN |
| *BP Exploration & Production Inc., et al.* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER JUDGMENT
RESCINDING AND VACATING THE CLAIM AWARDS IN FAVOR OF
WARDELL PARKER

NOW INTO COURT, through undersigned counsel, comes claimant, Wardell Parker,

who respectfully requests that this Honorable Court reconsider the Final Judgment entered on

June 29, 2015.

The Motion of the Special Master for Return of Payments Made to Wardell Parker and

Others was filed on December 15, 2014, seeking a judgment requiring Mr. Parker and the

professionals who assisted Mr. Parker make restitution to the DHECC in the amount of

$28,684.32 and prohibiting Mr. Parker from participating in further seafood distributions.[1]  Mr.

Parker's former attorney, Danziger & De Llano, LLP, returned $60,100.32 to the DHECC, which

represented the monies withheld for attorney's fees and costs.  An order was subsequently signed

on January 7, 2015, dismissing Danziger & De Llano, LLP, without prejudice[2].  The amount

sought by the Special Master was reduced to $178,584.00.

On or about May 27, 2015, Mr. Parker retained undersigned counsel to represent his

interests relative to the Special Master's motion.  Undersigned counsel contacted Christen Tuttle,

---

[1] Rec. Doc. 13848
[2] Rec. Doc. 13984

an attorney who is working with the Special Master, on May 29, 2015, and requested additional time to file responsive pleadings. The parties initially agreed to a new deadline of June 19, 2015.[3] Ms. Tuttle subsequently notified undersigned counsel via phone that the Special Master did not object to extending the deadline to file responsive pleadings on behalf of Mr. Parker to June 29, 2015. No formal motions memorializing this agreement were filed with the tribunal.

This Honorable Court entered a Final Judgment on June 29, 2015, ordering that the *Deepwater Horizon* Economic Claims Center ("DHECC") claim awards in favor of Mr. Parker based upon Claim 49623 and Claim 50267 be rescinded and vacated and further ordering Mr. Parker to make restitution to the DHECC in the amount of $178,584.00 *plus* post judgment interest and that Mr. Parker not participate in any further distribution under DHECC Seafood Compensation Program.[4] Undersigned counsel contacted Ms. Tuttle the same day the judgment was rendered via telephone and notified her of the entry of the final judgment. Ms. Tuttle stated that the Special Master did not object to the reinstatement of the proceedings. The instant motion follows.

Although a formal motion was not filed in the proceeding, the parties were in communication with each other and agreed to extend the deadline for responsive pleadings to be filed on behalf of Mr. Parker. As of the entry of the Final Judgment, the deadline agreed upon between the parties had not lapsed. Therefore, mover respectfully requests that the court reinstate the proceedings involving Wardell Parker and consider the memorandum in opposition to the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others prior to making a final ruling. Christen Tuttle, in her capacity as a representative of the Special Master, does not oppose this request.

---

[3] See Exhibit A.
[4] Rec. Doc. 14778

Respectfully Submitted:

*/s/ Hope L. Harper*
Hope L. Harper, T.A. (LSBA No. 33173)
H.L. Harper & Associates, L.L.C.
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:     (504) 322-3807
Email:  hharper@hlharperandassociates.com
*Counsel for Claimant, Wardell Parker*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll as Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing has been served this 29th day of June, 2015, by electronic mail, on the following:

Christen Tuttle
Office of Special Master, Louis J. Freeh
935 Gravier Street, Suite 1160
New Orleans, Louisiana 70112
Email: tuttle@freehgroup.com and tuttlec@pepperlaw.com

*/s/ Hope L. Harper*
Hope L. Harper