# Hope Harper

| | |
|---|---|
| **From:** | Tuttle, Christen <tuttlec@pepperlaw.com> |
| **Sent:** | Friday, May 29, 2015 8:45 AM |
| **To:** | Hope Harper |
| **Subject:** | RE: Request for Extension of Time to File Response o/b/o Wardell Parker |
| **Attachments:** | Wardell Parker - Bates, Redacted.zip; PARKER WARDELL - 2009 BANK STATEMENTS.pdf |

Hope,

Thanks for speaking with me today. As we discussed I'm attaching a zip file of the discovery previously provided to Mr. Parker, bates stamped SM-WP-000001 - SM-WP-000072. I'm also sending a copy of bank records provided by Mr. Parker's former counsel to the Special Master's Office.

For now, we've agreed to an extension of time until June 19. You've requested 30 days, which would be a new deadline of June 29. I'll get back to you on whether that's feasible.

Thanks and I'll speak soon,
Christy

Christen Tuttle
Associate
Pepper Hamilton LLP
3000 Two Logan Square | Eighteenth and Arch Streets Philadelphia, Pennsylvania 19103-2799
p: 215.981.4285 | f: 866.312.5156


-----Original Message-----
From: Hope Harper [mailto:hharper@hlharperandassociates.com]
Sent: Friday, May 29, 2015 7:58 AM
To: Tuttle, Christen
Subject: Re: Request for Extension of Time to File Response o/b/o Wardell Parker

Good Morning Ms. Tuttle:

I was recently retained by Mr. Wardell Parker to represent his interests in the Deepwater Horizon matter. Do you have an objection to extending the deadline to file Mr. Parker's response to the special master's Motion for Return of Payments?

Additionally, I would like to discuss the case and possibility of resolution when you have a moment. I am scheduled to be out of the office until next Thursday; however, I can be reached on my cell phone at (972) 978-9652. Please give me a call at your earliest convenience.

Hope

Hope L. Harper, J.D., M.B.A.
H.L. Harper & Associates, L.L.C.
Attorneys & Counselors at Law
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117

1

(855) 880-4673 Toll Free
(972) 978-9652 Cellular
(504) 322-3807 Facsimile
hharper@hlharperandassociates.com

---

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.