UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION: J |
| This Document Applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs. BP Exploration & Production Inc., et al.* | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

WHEREFORE, considering the Motion to Reconsider Judgment Rescinding and Vacating the Claim Awards in favor of Wardell Parker filed by claimant, Wardell Parker, it is hereby ordered that the motion is GRANTED and the proceedings involving Wardell Parker stemming from the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others be and the same are hereby REINSTATED.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE