UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION: J |
| This Document Applies to: | * * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. vs. BP Exploration & Production Inc., et al.* | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXHIBIT A - AFFIDAVIT OF WARDELL PARKER

STATE OF LOUISIANA
PARISH OF ORLEANS

    BEFORE ME, the undersigned authority, duly qualified in the aforesaid state and parish, personally came and appeared Wardell Parker, who, after first being duly sworn by me, deposed and stated that:

1. His legal name is Wardell Parker, a divorced male;

2. His date of birth is ███████ [Redacted for filing];

3. His social security number is ███████ [Redacted for filing];

4. He is a resident of the State of Louisiana;

5. His current mailing and residential address is ███████████████ ███████████ [Redacted for filing];

6. His residential and mailing address on or about April 20, 2010, was ███ ███████████████████████ [Redacted for filing];

7. He is currently employed by Entergy Louisiana, LLC as a Senior Substation Mechanic;

8. He has been employed by Entergy Louisiana, LLC since April 22, 2007;

9. He received a W-2 from Entergy Louisiana, LLC each year since April 22, 2007;

10. He filed a federal and Louisiana state income tax return each year since April 22, 2007;

11. He disclosed any and all income earned from Entergy Louisiana, LLC on all federal and Louisiana state income tax returns filed since 2005;

12. In or about 2005, affiant acquired a shrimping boat named *Brooklyn*, more particularly described as a 22 feet 1982 Lafitte, bearing Hull identification number JFG622567482;

13. On or about April 20, 2010, the 1982 Lafitte was properly registered by affiant with the Louisiana Department of Wildlife & Fisheries for commercial use under registration number LA-1004-AW. Said registration expired on April 28, 2011;

14. In or about 2005, affiant started taking his vessel out into the Freeport Canal, Grand Bayou, Breton Sound, and Buras, Louisiana to catch shrimp and other seafood Friday thru Sunday of each week;

15. Affiant mainly caught shrimp and crabs;

16. Affiant maintained a handwritten log of his daily catches;

17. Affiant used a portion of his weekly catches to feed his immediate and extended family;

18. Affiant sold a portion of his weekly catches to supplement his income;

19. The *Deepwater Horizon* drilling rig exploded in the Gulf of Mexico on April 20, 2010;

20. As a result of said explosion, affiant was unable to shrimp and other seafood for a period of time causing loss of seafood for his immediate and extended family as well as loss of revenue;

21. He filed a claim with Gulf Coast Claims Facility ("GCCF") in January 2011;

22. His claim was assigned GCCF Claimant Identification Number 3336787;

23. He submitted a Full Review Final Payment Claim Form, with supporting documentation, via facsimile on or about January 18, 2011;

24. Per the instructions on page 1 of the Full Review Final Payment Claim Form, affiant entered his personal security number and existing GCCF Claimant Identification Number at the top of each page of the form;

25. On page 2 of the Full Review Final Payment Claim Form, affiant disclosed that he was currently employed by Entergy and had been employed by said company since 2005;

26. Affiant initially estimated his claim for lost earnings and profit at $25,000.00 and his claim for loss of subsistence use of natural resources at $15,000.00;

27. In support of his claim, affiant submitted a copy of the following documents: (a) Official Boat Registration Certificate; (b) 2010 Catch Record; and (c) Official Commercial License for vessel, shrimp gear, shrimp trawl, and commercial fisherman;

28. Affiant did not received any payments as a result of filing the claim with GCCF;

29. In or about March 2012, affiant retained Danziger & De Llano, LLP, to recover any damages and compensation to which he may be entitled in connection with or arising out of the events surrounding the April 20, 2010 explosion of the *Deepwater Horizon* offshore drilling rig;

30. Kyle Frazee of Danzier & De Llano, LLP, was the BP Commercial Fishing & Individual Loss Accounting Expert was assigned to prepare affiant's claim file;

31. On or about June 7, 2012, Paul Danziger of Danziger & De Llano, LLP, electronically filed a *Deepwater Horizon* Economic and Property Settlement Registration Claim Form on behalf of affiant;

32. As a result of said registration, affiant was assigned Deepwater Horizon Settlement Program Claimant Number 100026054;

33. Affiant produced the following documents for review by Danziger & De Llano, LLP: (a) 2009 U.S. Individual Income Tax Return, with schedules; (b) signed statements from 28 individuals who purchased fresh shrimp from him during the Spring 2009 and Fall 2009 shrimp seasons; (c) signed statement by Wardell Parker outlining the price per pound paid by individuals who signed statements regarding shrimp purchases; (d) licenses associated with shrimping; (d) bank statements evidencing deposits into Chase Workplace Checking Account Number 000000792872756 [Redacted for filing]; and (e) copy of Full Review Final Payment Claim Form, with supporting documents, filed with GCCF prior to retaining Danziger & De Llano, LLP;

34. Affiant's 2009 U.S. Individual Income Tax Return was filed prior to filing any claims for economic losses arising from the *Deepwater Horizon* oil rig explosion;

35. Affiant's 2009 U.S. Individual Income Tax Return did not reflect any business income or (loss);

36. Affiant's 2009 U.S. Individual Income Tax Return only reflected income earned in the form of wages, salaries, tips, etc., as evidenced by Form(s) W-2;

37. Affiant's 2009 U.S. Individual Income Tax Return reflected that he was a mechanic;

38. On or about August 7, 2012, Kyle Frazee of Danziger & De Llano, LLP, authored and mailed correspondence to the Claims Administration Department of the *Deepwater Horizon* Court Supervised Settlement Program, wherein he stated, in part, "…the 2009 tax return was used, however, because of the amount of shrimp sold stated in the sworn written statements submitted with this claim, we believe it can be determined that all income claimed on the tax return came from shrimping revenue."

39. Affiant did not discuss the contents of or review the letter authored by Kyle Frazee of Danziger & De Llano, LLP, prior to its' submission to the Claims Administration Department of the Deepwater Horizon Court Supervised Settlement Program;

40. In November 2012, affiant was awarded a total of $238,684.32 for claims submitted on his behalf as a vessel owner and a boat captain;

41. Danziger & De Llano, LLP, withheld $60,100.32 as payment of attorney's fees and costs advanced;

42. Affiant has no personal knowledge of the supporting documentation that was, in fact, submitted to the Claims Administration Department of the *Deepwater Horizon* Court Supervised Settlement Program;

43. Affiant does not have any education, training, or work experience in accounting;

44. Affiant has no knowledge, education, training, or work experience relative to calculating and valuing claims arising from the *Deepwater Horizon* oil rig explosion;

45. On or about December 9, 2014, affiant was notified by Danziger & De Llano, LLP, of the Special Master's inquiry into his settlement award;

46. On or about January 8, 2015, affiant was notified by Danziger & De Llano, LLP, of their withdrawal from his case and that the firm had already returned its' entire share of the proceeds from his claim to the Claims Center;

47. Affiant has been actively seeking counsel to represent him in this matter since the withdrawal of Danziger & De Llano, LLP;

48. Affiant retained H.L. Harper & Associates, LLC, on May 27, 2015; and

49. The information contained herein is true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed before me, the undersigned notary public and competent witnesses, this 29th day of June, 2015, in New Orleans, Louisiana.

_____
Wardell Parker, Affiant

_____
Osmery Batrez, Witness

_____
Rebecca Hutchinson, Witness

_____
Hope L. Harper, LSBA No. 33173
Notary Public
My Commission is for Life