# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 26, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30507   In re: Deepwater Horizon
                       USDC No. 2:10-MD-2179
                       USDC No. 2:12-CV-970

The court has granted an extension of time to and including July 15, 2015 for filing a joint designation of the record on appeal in this case.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Cindy M. Broadhead, Deputy Clerk
                                        504-310-7707

Mr. William W. Blevins
Mr. C. Berwick Duval II
Mr. Stanwood Robert Duval
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Mr. Douglas C. Longman Jr.
Ms. Carmen Marie Rodriguez