UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON

IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 14-0859

**O R D E R**

Considering the foregoing Motion to Substitute Counsel of Record:

IT IS ORDERED that GERALD A. MELCHIODE (#22525) and JAMES J. REEVES, II (#32643), of GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH be removed as counsel of record for plaintiff, Evanston Insurance Company in the above-entitled matter and that BENJAMIN R. GRAU (#26307) and BLAKE W. BOURGEOIS (#35054) of the law firm GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH be substituted and enrolled as counsel of record for plaintiff, Evanston Insurance Company.

U. S. DISTRICT JUDGE