UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010          2:10 MDL 2179

         SECTION J

JOHNNY SEXTON          JUDGE BARBIER
    Claimant,

         MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

## UNILATERAL DESIGNATION OF RECORD ON APPEAL

    JOHNNY SEXTON (claim number 100167032), Claimant in the above named case, hereby designates the record on appeal which shall include the following:

1. Johnny Sexton registration form; Docket Number 14241, Exhibit 1.

2. Johnny Sexton's claim form, Docket Number 14241, Exhibit 2.

3. Johnny Sexton's First Request for Extension filed March 13, 2013, Docket Number 14241, Exhibit 3.

4. Notice denying extension dated January 13, 2014; Docket Number 14241, Exhibit 5

5. Second Request for Extension filed on February 12, 2014; Docket Number 14241, Exhibit 6.

6. Third Request for Extension filed on June 3, 2014; Docket Number 14241, Exhibit 7.

7. Claimant Johnny Sexton's Motion for Extension of Time to File Seafood Claim and Incorporated Memorandum of Law filed March 4, 2015; Docket Number 14234.

1

8. Claimant Johnny Sexton's Motion for Extension of Time to File Seafood Claim or Alternatively to Treat Claim as Timely Filed but Incomplete filed March 11, 2015; Docket Number 14241.

9. The Notice of Submission dating March 24, 2015 setting the March 11 Request for hearing; Docket Number 14279 and 14280.

10. Order dated March 26, 2015 striking Notice of Submission per Pre-Trial Order No. 15; Docket Number 14281.

11. The Order dated April 14, 2015 denying March 11 Request; Docket Number 14415.

12. Notice of Appeal filed April 30, 2015; Docket Number 14504.

Dated June 29, 2015.

ATTORNEYS FOR CLAIMANT

/s/Marsha L. Lyons
MARSHA L. LYONS
Florida Bar No. 128281
Lyons & Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Primary:  marsha.lyons@lyonsandfarrar.com
Secondary:  seang@lyonsandfarrar.com

**CERTIFICATE OF CONFERENCE**

On June 29, 2015 the undersigned emailed opposing counsel Thomas George Hungar at thungar@gibsondunn.com, Don Keller Haycraft at dkhaycraft@liskow.com, James Andrew Langan, Esq. at andrew.langan@kirkland.com, and Scott Payne Martin at smartin@gibsondunn.com concerning a Joint Designation of the Record on Appeal but as of this time has not receive a response from opposing counsel and the Fifth Circuit Court of Appeal

ordered a Designation of the Record to be filed by June 30, 2015.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2015 a true and correct copy of the foregoing Claimant Johnny Sexton's Notice of Appeal was filed with the Clerk of the Panel via the JPML CM/ECF system, which will send notice of the same to all counsel of record.

/s/ Marsha L. Lyons
Marsha L. Lyons

\\SERVER\Common\DSL\1 - BP Oil Spill Litigation\! 1 - Clients\Sexton, Johnny\Appeal\Pleading\Record\Unilateral Designation of Record on Appeal.rtf