UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *12-970* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

### ORDER

Considering the Motion to Reconsider Judgment Rescinding and Vacating the Claim Awards in favor of Wardell Parker (Rec. Doc. 14786),

IT IS ORDERED that the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Order & Reasons (Rec. Doc. 14779) and Final Judgment (Rec. Doc. 14778) entered on June 29, 2015 are hereby VACATED and that the proceedings involving Wardell Parker stemming from the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others (Rec. Doc. 13848) are hereby REINSTATED.

IT IS FURTHER ORDERED that any reply by the Special Master to Wardell Parker's recently-filed opposition brief (Rec. Doc. 14787) shall be filed on or before Wednesday, July 15, 2015, and shall not exceed 10 pages, double spaced.

New Orleans, Louisiana, this 30th day of June, 2015.

_____
United States District Judge