# EXHIBIT A



SWEET HOME
ALABAMA

# TRAVEL
## Economic Impact 2010

BAR

***Annual Travel Spending in 2010***
$9 billion in expenditures

***Annual Travel Payroll in Alabama***
$3.5 billion in salary and wages

***Employment***
156,899 jobs in Alabama–8.4% of all non-agricultural employment

***State and Local Tax Collections***
$552 million generated by travel

***State Lodging Tax***
$44.4 million

***Lodging Tax to the State General Fund***
$33.2 million

***For every $1 in travel-related spending:***
- Workers in Alabama earn 39 cents
- State government collects 5 cents
- Local governments collect 2 cents

Tourism Jobs Trends
170,000
160,000
150,000
140,000
130,000
* Ivan
* Katrina
* Recession
* Oil Spill
01
02
03
04
05
06
07
08
09
10
* Hurricanes and other factors that negatively impacted tourism traffic.

Cotton Row





# ECONOMIC IMPACT
## ALABAMA TRAVEL INDUSTRY 2010



EVERY $85,901 OF EXPENDITURES IN THE TRAVEL INDUSTRY CREATES ONE DIRECT JOB IN ALABAMA. FOR EVERY TWO DIRECT JOBS CREATED, THE ALABAMA ECONOMY INDIRECTLY CREATES ONE ADDITIONAL JOB.

**4% STATE LODGING TAX**



## EXECUTIVE SUMMARY

- Analysis of state lodging tax revenues, Smith Travel Research data on hotel occupancy rates, and field intercept surveys conducted in previous years were used to estimate the economic impact of tourism on Alabama for calendar year 2010.

- Based on the primary and secondary data, it is estimated that 23 million people visited the State of Alabama during 2010.

- Travelers are estimated to have spent over $9 billion in Alabama. This represents a decrease of 2 percent as compared to 2009 spending.

- In 2010, over $662 million of state and local tax revenues were generated by travel and tourism activities. Without those taxes, each household in Alabama would have had to pay $381 in additional taxes to maintain current service levels.

- Travel industry expenditures represent 5.3 percent of Alabamaôs Gross Domestic Product ï overall production ï in 2010.

- An estimated 156,899 jobs ï 8.4 percent of non-agricultural employment in Alabama ï were directly or indirectly attributable to the travel and tourism industry.

- The total impact of the travel and tourism industry on Alabamaôs earnings in 2010 is estimated at over $3.5 billion.

- Every $85,901 of travel-related expenditures creates one direct job in Alabama.

- For every $1 in Alabamaôs travel-related expenditures, the state retains a total of $0.39.

- The most visited counties in the state were Baldwin, Jefferson, Madison, Mobile, and Montgomery, accounting for 62 percent of the total number of visitors to the state.

## TABLE OF CONTENTS

EXECUTIVE SUMMARY ........................................ ii

LIST OF TABLES AND FIGURES ........................................ iii

INTRODUCTION ........................................ 2

ESTIMATES OF THE NUMBERS OF VISITORS, HOTEL AND MOTEL OCCUPANCY RATES AND AVERAGE ROOM RATES FOR THE STATE OF ALABAMA ........................................ 4

TRAVEL INDUSTRY EXPENDITURES IN ALABAMA ........................................ 5

TRAVEL-GENERATED EMPLOYMENT ........................................ 6

TRAVEL-GENERATED EARNINGS ........................................ 7

TRAVEL-GENERATED TAX REVENUE ........................................ 9

ALABAMA TRAVEL DATA BY REGION ........................................ 10

TRAVEL-GENERATED EMPLOYMENT: COUNTY-BY-COUNTY BASIS ........................................ 12

LODGING TAX SEASONAL AND DESIGNATED DEMOGRAPHIC AREA ANALYSES ........................................ 21

- SEASONAL ANALYSIS ........................................ 21
- DESIGNATED DEMOGRAPHIC AREA ANALYSIS ........................................ 22

## LIST OF TABLES AND FIGURES

FIGURE 1 ........................................ 1
ALABAMA TOURISM EXPENDITURES 2001-2010

TABLE 1 ........................................ 4
ESTIMATED TOTAL NUMBER OF VISITORS FOR THE STATE OF ALABAMA AND SELECTED COUNTIES

TABLE 2 ........................................ 4
AVERAGE HOTEL OCCUPANCY RATES AND ROOM RATES FOR THE STATE OF ALABAMA AND SELECTED COUNTIES

TABLE 3
TRAVEL EXPENDITURES IN ALABAMA ........................................ 5

TABLE 4 .......... 5
REAL RATES OF GROWTH IN 2008-2010

TABLE 5 .......... 6
TRAVEL EXPENDITURES BY CATEGORY - 2010

TABLE 6 .......... 6
TRAVEL-RELATED DIRECT EMPLOYMENT - 2010

TABLE 7 .......... 7
TRAVEL INDUSTRY TOTAL (IMPACT) EMPLOYMENT - 2010

TABLE 8 .......... 7
TRAVEL-RELATED DIRECT EARNINGS - 2010

TABLE 9 .......... 8
TRAVEL INDUSTRY TOTAL (IMPACT) EARNINGS - 2010

TABLE 10 .......... 9
GOVERNMENT REVENUE ASSOCIATED WITH TRAVEL INDUSTRY 2008-2010

TABLE 11 .......... 10
ALABAMA REGIONAL TOURISM DATA

FIGURE 2 .......... 11
2010 TRAVEL-RELATED TOTAL EXPENDITURES BY ALABAMA TRAVEL REGION

TABLE 12 .......... 14
DIRECT TRAVEL-RELATED EMPLOYMENT BY COUNTY

TABLE 13 .......... 16
TOTAL (DIRECT AND INDIRECT) TRAVEL-RELATED EMPLOYMENT BY COUNTY

TABLE 14 .......... 18
TOTAL TRAVEL-RELATED EMPLOYMENT BY COUNTY: ORDERED BY SIZE

TABLE 15 .......... 20
COUNTIES WITH LARGEST TOTAL EMPLOYMENT GROWTH IN 2010

FIGURE 3.......... 21
LODGING TAXES BY QUARTER - STATE: 2010

TABLE 16 .......... 22
RATIO OF COUNTIES' QUARTERLY TO ANNUAL LODGING TAX

TABLE 17 .......................................................................................................... 24
STATE LODGING TAX: MSA AS A PERCENT OF TOTAL STATE

TABLE 18 .......................................................................................................... 24
MSA STATE LODGING TAX BY DESIGNATED DEMOGRAPHIC AREAS

TABLE 19 .......................................................................................................... 25
TRAVEL-RELATED EARNINGS BY COUNTY - TOTAL (DIRECT AND INDIRECT)

TABLE 20 .......................................................................................................... 27
TRAVEL-RELATED EXPENDITURES BY COUNTY

TABLE 21 .......................................................................................................... 29
ANNUAL STATE LODGING TAX

| Year | Expenditure Amount ($) |
|---|---|
| 2001 | 6,120,850,644 |
| 2002 | 6,598,172,037 |
| 2003 | 6,827,262,068 |
| 2004 | 7,351,692,906 |
| 2005 | 7,508,600,725 |
| 2006 | 8,464,797,584 |
| 2007 | 9,333,356,043 |
| 2008 | 9,599,370,556 |
| 2009 | 9,303,501,738 |
| 2010 | 9,074,704,379 |

Figure 1
Alabama Tourism Expenditures 2001-2010
$9.07 billion in 2009
Over the ten-year period 2001 to 2010, tourism expenditures in Alabama have increased 48%.
Dollars ($) in Billions
10.0
8.0
6.0
4.0
2.0
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010

1

# INTRODUCTION

The purpose of this study is to estimate the economic impact of the travel and tourism industry in Alabama for 2010. Information sources used to prepare this report included primary data, detailed monthly lodging tax data, copies of previously commissioned economic impact studies, and other relevant information and publications. State lodging tax data analyzed for this report was on a ñby month of expenditureò basis. This data was provided by the Alabama Department of Revenue. This study also used information obtained from selected issues of Impact of Travel on State Economies (The Research Department of the U.S. Travel Association [USTA]). Any, and all, revisions in travel industry multipliers or adjustments in primary data by USTA have been incorporated into the Alabama 2010 report.

Additional sources of information were used in preparing the 2010 economic impact study. Information on hotel occupancy rates and lodging revenue generation was obtained from Smith Travel Research. The results of field-intercept surveys that were conducted in previous years at locations and events throughout the state were also utilized.

Economic impact analysis was performed using a model developed by Dr. Keivan Deravi, an economist in the School of Business, Auburn University Montgomery. This model, designed for the Alabama Tourism Department and the State of Alabama, uses Alabama industry multipliers developed by the Regional Input-Output Modeling System, United States Department of Commerce, Economic and Statistical Division, Bureau of Economic Analysis, Regional Economic Analysis Division.

Data collection and report compilation was done by Alabama Tourism Department staff member Pam Smith.

We wish to express our appreciation and thanks to Dr. Deravi for his assistance in the preparation of this report.

April 22, 2011

## NOTE

The Deepwater Horizon oil spill in the Gulf of Mexico in April 2010 had a profound effect on the Alabama Gulf Coast area's tourism industry, on the people who live there and service its economy, and on the businesses that realize earnings and generate payroll throughout the area. The area's tourism industry was particularly affected. The adverse impact was inflicted at the worst possible time, namely, at the peak of the earning and employment season. Large numbers of out of state visitors who would normally have come to the Gulf Shores and Orange Beach areas stayed away, causing large decreases in the occupancy rates of these cities' hotels and condominiums.

While oil spill recovery workers and others involved with the clean-up process were housed in hotels and motels in Mobile and Baldwin Counties, they were not tourists, did not spend like them and most likely did not use the facilities and amenities that draw their earning from tourism-related spending. The weight and the share of the Gulf Coast area economy on Alabama tourism are substantial and undeniable. And, the lion share's of Gulf Coast accommodations are condos and not hotel rooms.

Some areas in the State experienced double-digit increases in their hotel and motel occupancy rates during this period. The Alabama state lodging tax collections increased by 2 percent in 2010. One source of this increase was from taxes paid for housing the oil spill workers. Another source has to do with the fact that more people stayed in those counties' hotels and motels. Yet, another source can be special audits and one time only payments.

Despite the overall total increase in state lodging tax collections, tourism-related expenditures, jobs and earnings decreased in many counties. Regardless of the tourism spending patterns, the economies of most counties did not experience job or payroll (earnings) growth. The growth in tourism spending in many areas was not large enough to provide a sustainable employment and earnings increase. Productivity growth and increased efficiency was used in lieu of more hiring and more payrolls.

All in all, 2010 was a year of economic hardship for many. The tourism season, which was on a recovery trajectory, was derailed and pushed off track for the biggest tourism area of the State's economy. There were more people visiting the State but fewer tourists spending their tourism dollars in Alabama.

## ESTIMATES OF THE NUMBER OF VISITORS, HOTEL AND MOTEL OCCUPANCY RATES, AND AVERAGE ROOM RATES FOR THE STATE OF ALABAMA

The detailed information pertaining to hotel and motel occupancy rates, average room rates, room demand, and room revenue was obtained from Smith Travel Research (STR). STR data and venue survey results obtained from site-intercept studies conducted from 2000 to 2005 were used to estimate the number of visitors for the State and for the top five counties in terms of travel expenditures. More specifically, the room demand for calendar year 2010, the average number of nights staying in the area, and the average number of people in a party were used to estimate the total number of visitors who used the lodging establishments. The data was then adjusted to include the number of people who chose not to stay overnight. This information was obtained from the previous years' venue survey research. The results are shown in *Table 1* and *Table 2,* below.

**TABLE 1**
**ESTIMATED TOTAL NUMBER OF VISITORS FOR THE STATE OF ALABAMA AND SELECTED COUNTIES**

| COUNTY | TOTAL NUMBER OF VISITORS | | NUMBER OF TRAVELERS STAYING IN HOTEL AND MOTEL ACCOMMODATIONS | |
|---|---|---|---|---|
| | 2009 | 2010 | 2009 | 2010 |
| BALDWIN | 4,628,856 | 4,026,487 | 1,118,289 | 1,353,179 |
| JEFFERSON | 2,583,174 | 2,813,538 | 1,645,482 | 1,792,224 |
| MOBILE | 2,536,391 | 3,300,015 | 1,476,180 | 1,920,608 |
| MADISON | 2,537,716 | 2,756,787 | 1,763,713 | 1,915,967 |
| MONTGOMERY | 1,273,590 | 1,371,356 | 771,796 | 831,042 |
| OTHER COUNTIES | 7,338,889 | 8,920,809 | 7,595,964 | 8,133,434 |
| **STATE OF ALABAMA** | **20,898,616** | **23,188,992** | **14,371,424** | **15,946,454** |

Source: Smith Travel Research

**TABLE 2**
**AVERAGE HOTEL OCCUPANCY RATES AND ROOM RATES FOR THE STATE OF ALABAMA AND SELECTED COUNTIES**

| COUNTY | AVERAGE OCCUPANCY RATE (%) | | AVERAGE ROOM RATE ($) | | ROOM SUPPLY (HOTELS AND MOTELS) ANNUAL MONTHLY AVERAGE* | |
|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2009 | 2010 | 2009 | 2010 |
| BALDWIN (HOTELS ONLY) | 48 | 57 | 102 | 95 | 143,043 | 147,265 |
| JEFFERSON | 51 | 54 | 77 | 75 | 408,539 | 426,166 |
| MADISON | 54 | 59 | 77 | 76 | 191,678 | 194,954 |
| MOBILE | 53 | 67 | 72 | 73 | 209,767 | 214,541 |
| MONTGOMERY | 50 | 52 | 63 | 61 | 208,203 | 213,559 |
| **STATE OF ALABAMA** | 50 | 54 | 72 | 71 | 2,118,471 | 2,191,259 |

*Room Supply is the number of rooms available multiplied by the number of days in a month.

Source: Smith Travel Research

It is estimated that 23 million visitors made Alabama their travel destination in 2010. It is also estimated that Baldwin, Jefferson, Madison, Mobile, and Montgomery counties attracted the largest numbers of travelers. More specifically, 62 percent of the travelers chose these counties as their destination.

## TRAVEL INDUSTRY EXPENDITURES IN ALABAMA

In 2010, it is estimated that travelers spent over $9 billion in Alabama. This represents a decrease of 2 percent as compared to 2009 spending, as shown in *Table 3*, below.

**TABLE 3**
**TRAVEL EXPENDITURES IN ALABAMA**

| YEAR | EXPENDITURES | CHANGE |
|---|---|---|
| 2010 | $ 9,074,704,379 | -2% |
| 2009 | $ 9,303,501,738 | -3% |
| 2008 | $ 9,599,370,556 | ---- |

In order to compare the growth of travel industry expenditures to Alabama's overall economy, travel expenditures for 2008 through 2010 were adjusted for inflation and then compared to the growth rates in the state's Gross Domestic Product and the service sector.

**TABLE 4**
**REAL RATES OF GROWTH IN 2008-2010**[*]

| YEAR | ALABAMA GROSS DOMESTIC PRODUCT | SERVICES | TRAVEL INDUSTRY |
|---|---|---|---|
| 2010 | 1.1% | 1.0% | -4.2% |
| 2009 | -2.6% | 2.0% | -4.9% |
| 2008 | 0.6% | 2.0% | 0.8% |

As shown in *Table 4,* above, growth in the travel industry for 2010 is less than growth in either the Alabama Gross Domestic Product or the service sector.

Documenting the travel industry's importance and its contribution to the state economy, this report notes that travel-related expenditures represent 5.3 percent of all statewide economic activities in Alabama.

In *Table 5*, direct travel expenditures in Alabama are listed by category. This serves to identify the industries most impacted by travel and tourism spending.

[*] Source: Bureau of Economic Analysis (BEA), U.S. Department of Commerce. For the Alabama Gross Domestic Product and Service percentage changes, the 2008 and 2009 numbers are actual numbers and the 2010 figures are our estimates.

**TABLE 5**
**TRAVEL EXPENDITURES BY CATEGORY - 2010**

| | EXPENDITURES | SHARE OF TOTAL |
|---|---|---|
| LODGING FACILITIES | $ 1,210,377,237 | 13% |
| EATING AND DRINKING ESTABLISHMENTS | $ 2,428,107,176 | 27% |
| GENERAL RETAIL | $ 888,451,450 | 10% |
| ENTERTAINMENT | $ 869,334,425 | 10% |
| PUBLIC TRANSPORTATION | $ 1,331,696,814 | 15% |
| AUTO TRANSPORTATION | $ 2,346,737,277 | 26% |
| **TOTAL** | $ 9,074,704,379 | 100% |

The largest single travel expenditure was made on eating and drinking. This category (food services in general) accounted for 27 percent of all the travel and tourism spending in the state. Transportation and lodging were the next largest travel expenditure categories.

## TRAVEL - GENERATED EMPLOYMENT

In 2010, an estimated 105,642 Alabama jobs were directly attributable to the travel industry. These jobs were created in direct response to services demanded by travelers in the state. The employment industry breakdown is presented in *Table 6*, below.

*Table 6* indicates that the biggest beneficiaries of travel-related activities were eating and drinking establishments. This sector accounted for 53 percent of all the travel-related jobs created in the state in 2010. Other industries that benefited strongly were lodging facilities and entertainment.

**TABLE 6**
**TRAVEL-RELATED DIRECT EMPLOYMENT - 2010**

| | PERSONS EMPLOYED | SHARE OF TOTAL |
|---|---|---|
| LODGING FACILITIES | 21,918 | 21% |
| EATING AND DRINKING ESTABLISHMENTS | 55,731 | 53% |
| GENERAL RETAIL | 6,730 | 6% |
| ENTERTAINMENT | 13,674 | 13% |
| PUBLIC TRANSPORTATION | 2,809 | 3% |
| AUTO TRANSPORTATION | 4,780 | 5% |
| **TOTAL** | 105,642 | 100% |

The job creation process, however, does not end with direct employment. Each job created by travel provided income for those employed in the above sub-sectors of the economy. This income generated expenditures, which in turn, created additional demand for goods and services and thus, more jobs in the state. This indirect job creation is known as the multiplier effect or economic impact. *Table 7* shows the direct, indirect, and overall job impact of the travel industry on Alabama employment.

According to *Table 7*, the 105,642 direct jobs led to the creation of 51,257 additional, or indirect, jobs in the state in 2010.

**TABLE 7**
**TRAVEL INDUSTRY TOTAL (IMPACT) EMPLOYMENT - 2010**

| | DIRECT | INDIRECT (OTHER INDUSTRIES) | TOTAL |
|---|---|---|---|
| LODGING FACILITIES | 21,918 | 13,841 | 35,759 |
| EATING AND DRINKING ESTABLISHMENTS | 55,731 | 21,005 | 76,736 |
| GENERAL RETAIL | 6,730 | 2,991 | 9,721 |
| ENTERTAINMENT | 13,674 | 5,277 | 18,951 |
| PUBLIC TRANSPORTATION | 2,809 | 3,015 | 5,824 |
| AUTO TRANSPORTATION | 4,780 | 5,128 | 9,908 |
| **TOTAL** | 105,642 | 51,257 | 156,899 |

This overall job creation impact of 156,899 jobs is impressive. According to this analysis, 8.4 percent of all the non-agricultural employment in the State of Alabama in 2010 was directly and indirectly associated with the stateô s travel industry.*

Furthermore, the analysis shows that every $85,901 in travel industry spending creates one direct job in Alabama. Finally, for every two direct jobs created, the Alabama economy indirectly creates one additional job.

## TRAVEL-GENERATED EARNINGS

Travel expenditures in Alabama lead to employment, which in turn leads to additional earnings. Travel industry direct earnings for Alabama in 2010 are presented in *Table 8,* below.

**TABLE 8**
**TRAVEL-RELATED DIRECT EARNINGS - 2010**

| | EARNINGS | SHARE OF TOTAL |
|---|---|---|
| LODGING FACILITIES | $ 405,213,249 | 20% |
| EATING AND DRINKING ESTABLISHMENTS | $ 812,888,054 | 41% |
| GENERAL RETAIL | $ 128,761,080 | 6% |
| ENTERTAINMENT | $ 292,450,853 | 15% |
| PUBLIC TRANSPORTATION | $ 221,236,296 | 11% |
| AUTO TRANSPORTATION | $ 130,045,188 | 7% |
| **TOTAL** | $ 1,990,594,720 | 100% |

* The 2010 Alabama state non-agricultural employment was 1,869,000. This information was provided by the Alabama Department of Industrial Relations ï Labor Market Division.

It is estimated that, in 2010, the travel industry was responsible for generating approximately $2 billion in direct earnings in Alabama. The growth rate in direct travel-related earnings shows a decrease of 2.5 percent as compared to 2009.

Again, the largest beneficiaries appear to be eating and drinking establishments and lodging facilities. The overall impact of travel expenditures on earnings is presented in *Table 9,* below.

**TABLE 9**
**TRAVEL INDUSTRY TOTAL (IMPACT) EARNINGS - 2010**

| | DIRECT | INDIRECT (OTHER INDUSTRIES) | TOTAL |
|---|---|---|---|
| LODGING FACILITIES | $ 405,213,249 | $ 355,939,318 | $ 761,152,567 |
| EATING AND DRINKING ESTABLISHMENTS | $ 812,888,054 | $ 634,784,282 | $ 1,447,672,336 |
| GENERAL RETAIL | $ 128,761,080 | $ 80,900,586 | $ 209,661,666 |
| ENTERTAINMENT | $ 292,450,853 | $ 208,458,968 | $ 500,909,821 |
| PUBLIC TRANSPORTATION | $ 221,236,296 | $ 190,019,855 | $ 411,256,151 |
| AUTO TRANSPORTATION | $ 130,045,188 | $ 111,695,813 | $ 241,741,001 |
| **TOTAL** | $ 1,990,594,720 | $ 1,581,798,822 | $ 3,572,393,542 |

The total impact of the travel industry on Alabamaꞌs earning power is estimated at over $3.5 billion for 2010. This includes direct earnings of over $2 billion and an indirect impact of over $1.5 billion. This suggests that the industry was responsible for 3.3 percent of total earnings in the state in 2010.

Additionally, every $1 in travel-related spending translates to $0.22 in direct earnings. The indirect impact is estimated to amount to an additional $0.17 in earnings, bringing the total to $0.39.

This suggests that for every $1 in travel-related expenditures, the state directly and indirectly retains $0.39 in earnings for its citizens.

## TRAVEL-GENERATED TAX REVENUE

*Table 10,* below, highlights the impact of travel-related industries on state and local government revenues.

**TABLE 10**
**GOVERNMENT REVENUE ASSOCIATED WITH TRAVEL INDUSTRY 2008-2010**

| YEAR | STATE REVENUE | LOCAL REVENUE | TOTAL | % CHANGE |
|---|---|---|---|---|
| 2010 | $ 472,888,433 | $ 189,598,015 | $ 662,486,448 | -2% |
| 2009 | $ 484,811,205 | $ 194,378,283 | $ 679,189,488 | -3% |
| 2008 | $ 501,368,889 | $ 201,016,856 | $ 702,385,745 | ---- |

We estimate that in 2010, over $662 million in tax revenues were realized, primarily due to travel-related activities. These revenues were in the form of income, sales, excise, property, and corporate income taxes. Without those taxes, each household in Alabama would have had to pay $381 in additional taxes to maintain current service levels.[*]

As a result, we estimate that every $1 in travel-related spending resulted in $0.05 and $0.02 in tax revenue for state and local governments, respectively.

[*]The U.S. Census 2000 number of Alabama households was 1,737,080. This information was provided by the U.S. Census Bureau.

## ALABAMA TRAVEL DATA BY REGION

The following is a comparison of Alabama travel data tabulated according to the four Alabama regional tourism divisions:

**TABLE 11**
**ALABAMA REGIONAL TOURISM DATA**

| TOTAL EXPENDITURES ($) | 2009 | 2010 | GROWTH | PERCENTAGE OF STATE TOTAL |
|---|---|---|---|---|
| NORTH REGION | 1,922,172,191 | 2,013,248,074 | 5% | 22% |
| CENTRAL REGION | 2,580,454,018 | 2,451,735,251 | -5% | 27% |
| SOUTH REGION | 1,572,112,095 | 1,650,876,026 | 5% | 18% |
| GULF COAST REGION | 3,222,382,869 | 2,938,000,249 | -9% | 33% |
| STATE OF ALABAMA | 9,303,501,738 | 9,074,704,379 | -2% | 100% |

| TRAVEL-RELATED EARNINGS ($) | 2009 | 2010 | GROWTH | PERCENTAGE OF STATE TOTAL |
|---|---|---|---|---|
| NORTH REGION | 664,393,437 | 662,032,097 | -0.4% | 18% |
| CENTRAL REGION | 1,023,786,737 | 994,247,208 | -3% | 28% |
| SOUTH REGION | 663,296,065 | 662,825,087 | -0.1% | 19% |
| GULF COAST REGION | 1,310,696,652 | 1,249,011,009 | -5% | 35% |
| STATE OF ALABAMA | 3,662,463,054 | 3,572,393,542 | -2% | 100% |

| TRAVEL-RELATED EMPLOYMENT | 2009 | 2010 | GROWTH | PERCENTAGE OF STATE TOTAL |
|---|---|---|---|---|
| TOTAL ï DIRECT AND INDIRECT | | | | |
| NORTH REGION | 29,472 | 29,075 | -1% | 18% |
| CENTRAL REGION | 45,414 | 43,668 | -4% | 28% |
| SOUTH REGION | 29,424 | 29,111 | -1% | 19% |
| GULF COAST REGION | 58,142 | 54,857 | -6% | 35% |
| STATE OF ALABAMA | 162,464 | 156,899 | -3% | 100% |
| DIRECT | | | | |
| NORTH REGION | 19,842 | 19,578 | -1% | 18% |
| CENTRAL REGION | 30,579 | 29,402 | -4% | 28% |
| SOUTH REGION | 19,809 | 19,602 | -1% | 19% |
| GULF COAST REGION | 39,147 | 36,936 | -6% | 35% |
| STATE OF ALABAMA | 109,388 | 105,642 | -3% | 100% |

FIGURE 2
2010 TRAVEL-RELATED TOTAL
EXPENDITURES BY ALABAMA TRAVEL
REGION

North
$2,013,248,074
Central
$2,451,735,251
South
$1,650,876,026
Gulf Coast
$2,938,000,249
State of Alabama
$9,074,704,379

## TRAVEL-GENERATED EMPLOYMENT: COUNTY-BY-COUNTY BASIS

Total travel-generated employment in 2010 was distributed on a county-by-county level on the basis of each county's share of total lodging expenditures. The results are reported in tables on the following pages, as explained below:

*Table 12*, on page 14, represents direct travel-generated employment for each county and the rate of annual change.

*Table 13*, on page 16, represents travel-generated total employment (both direct and indirect) in each county and the rate of annual change.

*Table 14*, on page 18, ranks the counties in Alabama, from greatest to least, based on the benefit received from travel-generated total employment in the state.

*Table 15*, on page 20, shows the 15 counties with the highest growth rate in travel-generated total employment.

Several conclusions can be drawn from the information presented in *Tables 12 through 15*, which are as follows:

- Baldwin and Jefferson counties are, by far, the largest travel-concentrated counties in the state, accounting for 40 percent of all travel-related employment.
- Seven counties - Baldwin, Jefferson, Madison, Mobile, Montgomery, Shelby, and Tuscaloosa - account for 115,057 travel-related workers, which is 73 percent of all travel-generated employment.

### OTHER TABLE LISTINGS:

*Table 16*, on page 22 provides the ratio of county quarterly-to-annual state lodging tax in 2010.

*Table 17*, on page 24, shows the metropolitan statistical area (MSA) share of state lodging tax per MSA.

*Table 18*, on page 24, shows the distribution of state lodging tax among designated demographic areas.

Additional information on *Tables 16* through *18* will be provided in the following section, starting on page 21.

*Table 19*, on page 25, shows travel-related earnings by county, including the annual growth rate.

*Table 20*, on page 27, shows travel-related expenditures by county.

*Table 21*, on page 29, contains annual state lodging tax data and provides the amount and percentage of annual change.

**TABLE 12**
**DIRECT TRAVEL-RELATED EMPLOYMENT**
**BY COUNTY**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| AUTAUGA | 474 | 373 | 327 | -12% |
| BALDWIN | 28,018 | 27,322 | 24,790 | -9% |
| BARBOUR | 437 | 431 | 453 | 5% |
| BIBB | 55 | 27 | 24 | -11% |
| BLOUNT | 95 | 80 | 75 | -6% |
| BULLOCK | 15 | 12 | 12 | 0% |
| BUTLER | 499 | 456 | 446 | -2% |
| CALHOUN | 898 | 813 | 792 | -3% |
| CHAMBERS | 202 | 220 | 213 | -3% |
| CHEROKEE | 158 | 157 | 163 | 4% |
| CHILTON | 388 | 336 | 303 | -10% |
| CHOCTAW | 49 | 50 | 54 | 8% |
| CLARKE | 419 | 374 | 354 | -5% |
| CLAY | 8 | 12 | 12 | 0% |
| CLEBURNE | 108 | 113 | 108 | -4% |
| COFFEE | 565 | 585 | 624 | 7% |
| COLBERT | 658 | 600 | 531 | -12% |
| CONECUH | 206 | 180 | 172 | -4% |
| COOSA | 29 | 29 | 28 | -3% |
| COVINGTON | 339 | 332 | 339 | 2% |
| CRENSHAW | 19 | 17 | 15 | -12% |
| CULLMAN | 1,034 | 932 | 889 | -5% |
| DALE | 366 | 340 | 310 | -9% |
| DALLAS | 1,115 | 997 | 963 | -3% |
| DEKALB | 700 | 657 | 637 | -3% |
| ELMORE | 1,293 | 1,301 | 1,229 | -6% |
| ESCAMBIA | 405 | 408 | 424 | 4% |
| ETOWAH | 1,363 | 1,274 | 1,184 | -7% |
| FAYETTE | 31 | 29 | 26 | -10% |
| FRANKLIN | 135 | 131 | 134 | 2% |
| GENEVA | 40 | 34 | 31 | -9% |
| GREENE | 24 | 35 | 45 | 29% |
| HALE | 13 | 11 | 11 | 0% |
| HENRY | 45 | 40 | 43 | 8% |
| HOUSTON | 2,708 | 2,556 | 2,589 | 1% |
| JACKSON | 368 | 331 | 319 | -4% |

**TABLE 12 (CONTINUED)**
**DIRECT TRAVEL-RELATED EMPLOYMENT**
**BY COUNTY**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| JEFFERSON | 19,398 | 18,498 | 17,788 | -4% |
| LAMAR | 10 | 9 | 8 | -11% |
| LAUDERDALE | 1,426 | 1,372 | 1,404 | 2% |
| LAWRENCE | 166 | 148 | 129 | -13% |
| LEE | 3,331 | 3,130 | 3,047 | -3% |
| LIMESTONE | 819 | 785 | 793 | 1% |
| LOWNDES | 0 | 0 | 0 | ---- |
| MACON | 186 | 196 | 225 | 15% |
| MADISON | 9,647 | 9,518 | 9,558 | 0.4% |
| MARENGO | 408 | 414 | 390 | -6% |
| MARION | 171 | 173 | 167 | -3% |
| MARSHALL | 1,726 | 1,808 | 1,817 | 0.5% |
| MOBILE | 11,082 | 10,582 | 10,914 | 3% |
| MONROE | 295 | 271 | 268 | -1% |
| MONTGOMERY | 7,725 | 7,236 | 7,106 | -2% |
| MORGAN | 1,929 | 1,782 | 1,681 | -6% |
| PERRY | 28 | 24 | 20 | -17% |
| PICKENS | 30 | 27 | 25 | -7% |
| PIKE | 662 | 604 | 582 | -4% |
| RANDOLPH | 83 | 70 | 63 | -10% |
| RUSSELL | 571 | 621 | 737 | 19% |
| SHELBY | 4,091 | 3,561 | 3,298 | -7% |
| ST. CLAIR | 836 | 731 | 670 | -8% |
| SUMTER | 176 | 149 | 144 | -3% |
| TALLADEGA | 855 | 799 | 764 | -4% |
| TALLAPOOSA | 471 | 492 | 475 | -3% |
| TUSCALOOSA | 4,166 | 4,002 | 4,016 | 0.3% |
| WALKER | 596 | 592 | 569 | -4% |
| WASHINGTON | 10 | 10 | 14 | 40% |
| WILCOX | 92 | 84 | 80 | -5% |
| WINSTON | 96 | 94 | 97 | 3% |
| OUT OF STATE* | -8 | 11 | 124 | ---- |
| **STATE TOTAL** | **114,353** | **109,388** | **105,642** | **-3%** |

*Number is negative for 2008 because state lodging tax payments originally credited to his category were removed and applied to county categories for which the tax amounts were intended.

**TABLE 13**
**TOTAL (DIRECT AND INDIRECT)**
**TRAVEL-RELATED EMPLOYMENT BY COUNTY**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| AUTAUGA | 703 | 554 | 485 | -12% |
| BALDWIN | 41,567 | 40,578 | 36,818 | -9% |
| BARBOUR | 649 | 640 | 673 | 5% |
| BIBB | 82 | 40 | 36 | -10% |
| BLOUNT | 142 | 120 | 111 | -8% |
| BULLOCK | 23 | 18 | 17 | -6% |
| BUTLER | 740 | 678 | 663 | -2% |
| CALHOUN | 1,333 | 1,207 | 1,177 | -2% |
| CHAMBERS | 300 | 327 | 316 | -3% |
| CHEROKEE | 235 | 232 | 242 | 4% |
| CHILTON | 575 | 499 | 450 | -10% |
| CHOCTAW | 72 | 74 | 81 | 9% |
| CLARKE | 621 | 555 | 526 | -5% |
| CLAY | 12 | 18 | 18 | 0% |
| CLEBURNE | 161 | 168 | 161 | -4% |
| COFFEE | 838 | 869 | 927 | 7% |
| COLBERT | 976 | 891 | 789 | -11% |
| CONECUH | 305 | 268 | 255 | -5% |
| COOSA | 44 | 43 | 41 | -5% |
| COVINGTON | 503 | 494 | 503 | 2% |
| CRENSHAW | 29 | 26 | 22 | -15% |
| CULLMAN | 1,534 | 1,384 | 1,321 | -5% |
| DALE | 543 | 505 | 460 | -9% |
| DALLAS | 1,654 | 1,481 | 1,430 | -3% |
| DEKALB | 1,038 | 976 | 946 | -3% |
| ELMORE | 1,918 | 1,932 | 1,826 | -5% |
| ESCAMBIA | 601 | 607 | 630 | 4% |
| ETOWAH | 2,023 | 1,893 | 1,758 | -7% |
| FAYETTE | 45 | 42 | 38 | -10% |
| FRANKLIN | 200 | 195 | 199 | 2% |
| GENEVA | 60 | 51 | 46 | -10% |
| GREENE | 36 | 51 | 67 | 31% |
| HALE | 19 | 16 | 16 | 0% |
| HENRY | 66 | 60 | 64 | 7% |
| HOUSTON | 4,018 | 3,795 | 3,845 | 1% |
| JACKSON | 547 | 491 | 474 | -3% |

## TABLE 13 (CONTINUED)
## TOTAL (DIRECT AND INDIRECT)
## TRAVEL-RELATED EMPLOYMENT BY COUNTY

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| JEFFERSON | 28,779 | 27,474 | 26,418 | -4% |
| LAMAR | 15 | 14 | 12 | -14% |
| LAUDERDALE | 2,116 | 2,038 | 2,085 | 2% |
| LAWRENCE | 246 | 220 | 192 | -13% |
| LEE | 4,942 | 4,649 | 4,525 | -3% |
| LIMESTONE | 1,215 | 1,166 | 1,178 | 1% |
| LOWNDES | 0 | 0 | 0 | ---- |
| MACON | 276 | 291 | 334 | 15% |
| MADISON | 14,312 | 14,137 | 14,195 | 0.4% |
| MARENGO | 605 | 614 | 579 | -6% |
| MARION | 254 | 256 | 247 | -4% |
| MARSHALL | 2,561 | 2,686 | 2,698 | 0.4% |
| MOBILE | 16,442 | 15,716 | 16,209 | 3% |
| MONROE | 437 | 403 | 398 | -1% |
| MONTGOMERY | 11,460 | 10,747 | 10,553 | -2% |
| MORGAN | 2,861 | 2,647 | 2,496 | -6% |
| PERRY | 41 | 35 | 30 | -14% |
| PICKENS | 45 | 40 | 37 | -8% |
| PIKE | 983 | 898 | 865 | -4% |
| RANDOLPH | 123 | 104 | 94 | -10% |
| RUSSELL | 847 | 923 | 1,095 | 19% |
| SHELBY | 6,069 | 5,289 | 4,898 | -7% |
| ST. CLAIR | 1,240 | 1,085 | 995 | -8% |
| SUMTER | 261 | 222 | 214 | -4% |
| TALLADEGA | 1,268 | 1,186 | 1,134 | -4% |
| TALLAPOOSA | 699 | 731 | 706 | -3% |
| TUSCALOOSA | 6,180 | 5,943 | 5,965 | 0.4% |
| WALKER | 885 | 880 | 845 | -4% |
| WASHINGTON | 14 | 15 | 21 | 40% |
| WILCOX | 137 | 125 | 118 | -6% |
| WINSTON | 143 | 140 | 144 | 3% |
| OUT OF STATE * | -17 | 12 | 188 | ---- |
| **STATE TOTAL** | **169,651** | **162,464** | **156,899** | **-3%** |

*Number is negative for 2008 because state lodging tax payments originally credited to this category were removed and applied to county categories for which the tax amounts were intended.

**TABLE 14**
**TOTAL TRAVEL-RELATED EMPLOYMENT BY COUNTY**
**ORDERED BY SIZE**

| COUNTY | 2010 | SHARE OF TOTAL |
|---|---|---|
| BALDWIN | 36,818 | 23.5% |
| JEFFERSON | 26,418 | 16.8% |
| MOBILE | 16,209 | 10.3% |
| MADISON | 14,195 | 9.0% |
| MONTGOMERY | 10,553 | 6.7% |
| TUSCALOOSA | 5,965 | 3.8% |
| SHELBY | 4,898 | 3.1% |
| LEE | 4,525 | 2.9% |
| HOUSTON | 3,845 | 2.5% |
| MARSHALL | 2,698 | 1.7% |
| MORGAN | 2,496 | 1.6% |
| LAUDERDALE | 2,085 | 1.3% |
| ELMORE | 1,826 | 1.2% |
| ETOWAH | 1,758 | 1.1% |
| DALLAS | 1,430 | 0.9% |
| CULLMAN | 1,321 | 0.8% |
| LIMESTONE | 1,178 | 0.8% |
| CALHOUN | 1,177 | 0.8% |
| TALLADEGA | 1,134 | 0.7% |
| RUSSELL | 1,095 | 0.7% |
| ST. CLAIR | 995 | 0.6% |
| DEKALB | 946 | 0.6% |
| COFFEE | 927 | 0.6% |
| PIKE | 865 | 0.6% |
| WALKER | 845 | 0.5% |
| COLBERT | 789 | 0.5% |
| TALLAPOOSA | 706 | 0.4% |
| BARBOUR | 673 | 0.4% |
| BUTLER | 663 | 0.4% |
| ESCAMBIA | 630 | 0.4% |
| MARENGO | 579 | 0.4% |
| CLARKE | 526 | 0.3% |
| COVINGTON | 503 | 0.3% |
| AUTAUGA | 485 | 0.3% |
| JACKSON | 474 | 0.3% |
| DALE | 460 | 0.3% |
| CHILTON | 450 | 0.3% |
| MONROE | 398 | 0.3% |
| MACON | 334 | 0.2% |
| CHAMBERS | 316 | 0.2% |

**TABLE 14 (CONTINUED)**
**TOTAL TRAVEL-RELATED EMPLOYMENT BY COUNTY**
**ORDERED BY SIZE**

| COUNTY | 2010 | SHARE OF TOTAL |
|---|---|---|
| CONECUH | 255 | 0.2% |
| MARION | 247 | 0.2% |
| CHEROKEE | 242 | 0.2% |
| SUMTER | 214 | 0.1% |
| FRANKLIN | 199 | 0.1% |
| LAWRENCE | 192 | 0.1% |
| OUT OF STATE | 188 | 0.1% |
| CLEBURNE | 161 | 0.1% |
| WINSTON | 144 | 0.1% |
| WILCOX | 118 | 0.1% |
| BLOUNT | 111 | 0.1% |
| RANDOLPH | 94 | 0.1% |
| CHOCTAW | 81 | 0.1% |
| GREENE | 67 | 0.04% |
| HENRY | 64 | 0.04% |
| GENEVA | 46 | 0.03% |
| COOSA | 41 | 0.03% |
| FAYETTE | 38 | 0.02% |
| PICKENS | 37 | 0.02% |
| BIBB | 36 | 0.02% |
| PERRY | 30 | 0.02% |
| CRENSHAW | 22 | 0.01% |
| WASHINGTON | 21 | 0.01% |
| CLAY | 18 | 0.01% |
| BULLOCK | 17 | 0.01% |
| HALE | 16 | 0.01% |
| LAMAR | 12 | 0.01% |
| LOWNDES | 0 | 0.00% |
| **STATE TOTAL** | **156,899** | **100%** |

**TABLE 15**
**COUNTIES WITH LARGEST**
**TOTAL EMPLOYMENT GROWTH IN 2010**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| WASHINGTON | 14 | 15 | 21 | 40% |
| GREENE | 36 | 51 | 67 | 31% |
| RUSSELL | 847 | 923 | 1,095 | 19% |
| MACON | 276 | 291 | 334 | 15% |
| CHOCTAW | 72 | 74 | 81 | 9% |
| COFFEE | 838 | 869 | 927 | 7% |
| HENRY | 66 | 60 | 64 | 7% |
| BARBOUR | 649 | 640 | 673 | 5% |
| CHEROKEE | 235 | 232 | 242 | 4% |
| ESCAMBIA | 601 | 607 | 630 | 4% |
| MOBILE | 16,442 | 15,716 | 16,209 | 3% |
| WINSTON | 143 | 140 | 144 | 3% |
| LAUDERDALE | 2,116 | 2,038 | 2,085 | 2% |
| FRANKLIN | 200 | 195 | 199 | 2% |
| COVINGTON | 503 | 494 | 503 | 2% |

## LODGING TAX-SEASONAL AND DESIGNATED DEMOGRAPHIC AREA ANALYSES

**SEASONAL ANALYSIS** ï Quarterly lodging tax collections were used to gain insight into the seasonal travel-related activities in each county and at the state level. The results are reported in the graph shown below and in *Table 16,* on page 22.

The graph below, titled *Lodging Tax by Quarter-State*, illustrates the ratio of the stateôs quarterly lodging tax collection to its annual lodging tax.

- According to the graph, the combined second and third quarter period (April through September) appears to be the strongest travel-related season, with 57.3 percent of all state lodging taxes collected during this period.
- This graph also indicates that the first quarter (January through March) and the fourth quarter (October through December) were the least active travel and tourism periods, with 21.4 percent of state lodging taxes being collected for each of these periods.

**FIGURE 3**

*Table 16* represents the quarterly fluctuations for the seven counties in the state that have the highest levels of travel and tourism.

- Baldwin County shows the most seasonality in travel and tourism activities. Over two-thirds (68 percent) of all 2010 lodging taxes in this county were

collected in the second and third quarters. In the second quarter 37 percent was collected, while the third quarter accounted for 31 percent.

- Of the seven major travel destinations in the state, all showed variations due to seasonality. Baldwin, Jefferson, Madison, Mobile and Montgomery counties showed increased activity in the second and third quarters. Shelby showed its highest activity in the second quarter, while Tuscaloosa had its highest activity during the third quarter.

**TABLE 16**
**RATIO OF COUNTIES' QUARTERLY TO ANNUAL LODGING TAX**

| | 1ST QUARTER | 2ND QUARTER | 3RD QUARTER | 4TH QUARTER |
|---|---|---|---|---|
| BALDWIN | 18% | 37% | 31% | 14% |
| JEFFERSON | 24% | 27% | 26% | 24% |
| MADISON | 22% | 28% | 27% | 23% |
| MOBILE | 23% | 29% | 30% | 19% |
| MONTGOMERY | 24% | 26% | 26% | 23% |
| SHELBY | 22% | 28% | 25% | 24% |
| TUSCALOOSA | 20% | 25% | 29% | 26% |

**DESIGNATED DEMOGRAPHIC AREA ANALYSIS** ï In order to analyze area differences that may exist in terms of travel and tourism activities in Alabama, state lodging tax collections were grouped by Metropolitan Statistical Areas (MSAs).

At present, there are eleven MSAs located entirely in Alabama. These MSAs, and their counties, are as follows:

| | |
|---|---|
| **ANNISTON-OXFORD** | CALHOUN |
| **AUBURN-OPELIKA** | LEE |
| **BIRMINGHAM-HOOVER** | BIBB, BLOUNT, CHILTON, JEFFERSON, ST. CLAIR, SHELBY AND WALKER |
| **DECATUR** | LAWRENCE AND MORGAN |
| **DOTHAN** | GENEVA, HENRY AND HOUSTON |
| **FLORENCE-MUSCLE SHOALS** | COLBERT AND LAUDERDALE |
| **GADSDEN** | ETOWAH |
| **HUNTSVILLE** | LIMESTONE AND MADISON |
| **MOBILE** | MOBILE |
| **MONTGOMERY** | AUTAUGA, ELMORE, LOWNDES AND MONTGOMERY |
| **TUSCALOOSA** | GREENE, HALE AND TUSCALOOSA |

The state lodging tax share, presented by MSA and designated demographic areas, is found in *Tables 17* and *18* on page 24.

*Table 17* shows the state lodging tax share of each MSA relative to the total lodging tax for the state. This information can be summarized as follows:

- 67 percent of all the lodging tax in the state is collected in these 11 MSAs.
- The Birmingham-Hoover MSA is largest in terms of travel-related spending.
- Huntsville MSA is second, Mobile MSA is third and Montgomery MSA is fourth in terms of travel-related spending.

In *Table 18,* MSAs are combined to form Designated Demographic Areas. These are as follows:

| | |
|---|---|
| **NORTHERN AREA** | DECATUR, FLORENCE-MUSCLE SHOALS, HUNTSVILLE AND GADSDEN |
| **CENTRAL AREA** | ANNISTON-OXFORD, AUBURN-OPELIKA, BIRMINGHAM-HOOVER, MONTGOMERY AND TUSCALOOSA |
| **SOUTHERN AREA** | DOTHAN AND MOBILE |

*Table 18* shows the lodging tax share of each area relative to the state. These results can be summarized as follows:

- The Central Area has the largest lodging tax share, with 36.1 percent of the stateҀs total.
- The Northern Area is second, in terms of travel and tourism activities, with 17.2 percent of the stateҀs total.
- The Southern Area is ranked third in comparison to the Central and Northern areas, with a 13.7 percent share of the stateҀs travel and tourism activities.

**TABLE 17**
**STATE LODGING TAX:**
**MSA AS A PERCENT OF TOTAL STATE**

| MSAs | 2008 | 2009 | 2010 |
|---|---|---|---|
| ANNISTON-OXFORD | 1.8% | 1.8% | 1.8% |
| AUBURN-OPELIKA | 2.9% | 2.6% | 2.8% |
| BIRMINGHAM-HOOVER | 21.7% | 19.8% | 20.3% |
| DECATUR | 2.2% | 2.0% | 2.0% |
| DOTHAN | 2.3% | 2.4% | 2.6% |
| FLORENCE-MUSCLE SHOALS | 2.2% | 2.2% | 2.1% |
| GADSDEN | 1.4% | 1.4% | 1.3% |
| HUNTSVILLE | 11.0% | 11.3% | 11.8% |
| MOBILE | 9.3% | 8.6% | 11.1% |
| MONTGOMERY | 7.2% | 7.2% | 7.4% |
| TUSCALOOSA | 3.5% | 3.5% | 3.9% |

**TABLE 18**
**MSA STATE LODGING TAX BY DESIGNATED DEMOGRAPHIC AREAS**

| AREAS | 2008 | 2009 | 2010 |
|---|---|---|---|
| **NORTHERN** | 16.7% | 16.8% | 17.2% |
| **CENTRAL – TOTAL** | 37.1% | 34.7% | 36.1% |
| CENTRAL ï ANNISTON-OXFORD, BIRMINGHAM-HOOVER AND TUSCALOOSA | 27.0% | 25.0% | 25.9% |
| CENTRAL ï AUBURN-OPELIKA AND MONTGOMERY | 10.1% | 9.7% | 10.2% |
| **SOUTHERN** | 11.6% | 11.0% | 13.7% |

**TABLE 19**
**TRAVEL-RELATED EARNINGS BY COUNTY**
**TOTAL (DIRECT AND INDIRECT)**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| AUTAUGA | 15,698,608 | 12,488,909 | 11,042,998 | -12% |
| BALDWIN | 927,726,351 | 914,759,441 | 838,302,740 | -8% |
| BARBOUR | 14,474,192 | 14,437,799 | 15,327,038 | 6% |
| BIBB | 1,834,931 | 902,634 | 822,372 | -9% |
| BLOUNT | 3,162,147 | 2,694,030 | 2,529,009 | -6% |
| BULLOCK | 504,456 | 411,791 | 389,293 | -5% |
| BUTLER | 16,509,831 | 15,273,228 | 15,092,545 | -1% |
| CALHOUN | 29,749,658 | 27,214,104 | 26,792,811 | -2% |
| CHAMBERS | 6,686,581 | 7,369,019 | 7,187,796 | -2% |
| CHEROKEE | 5,238,338 | 5,239,947 | 5,502,858 | 5% |
| CHILTON | 12,841,397 | 11,239,999 | 10,235,717 | -9% |
| CHOCTAW | 1,615,072 | 1,673,269 | 1,840,914 | 10% |
| CLARKE | 13,871,155 | 12,515,953 | 11,969,044 | -4% |
| CLAY | 257,777 | 416,499 | 406,972 | -2% |
| CLEBURNE | 3,584,934 | 3,777,629 | 3,659,482 | -3% |
| COFFEE | 18,702,198 | 19,579,149 | 21,110,981 | 8% |
| COLBERT | 21,777,753 | 20,081,289 | 17,969,575 | -11% |
| CONECUH | 6,818,084 | 6,037,191 | 5,802,773 | -4% |
| COOSA | 972,386 | 961,281 | 937,622 | -2% |
| COVINGTON | 11,222,517 | 11,129,235 | 11,452,862 | 3% |
| CRENSHAW | 637,939 | 578,179 | 508,287 | -12% |
| CULLMAN | 34,247,219 | 31,208,044 | 30,077,227 | -4% |
| DALE | 12,129,471 | 11,379,401 | 10,481,748 | -8% |
| DALLAS | 36,917,644 | 33,386,894 | 32,568,461 | -2% |
| DEKALB | 23,163,319 | 22,003,885 | 21,533,274 | -2% |
| ELMORE | 42,800,965 | 43,557,523 | 41,564,521 | -5% |
| ESCAMBIA | 13,406,717 | 13,673,398 | 14,339,423 | 5% |
| ETOWAH | 45,142,177 | 42,666,873 | 40,038,538 | -6% |
| FAYETTE | 1,012,293 | 956,348 | 868,461 | -9% |
| FRANKLIN | 4,467,587 | 4,400,651 | 4,528,927 | 3% |
| GENEVA | 1,334,375 | 1,143,529 | 1,038,638 | -9% |
| GREENE | 805,053 | 1,158,477 | 1,526,230 | 32% |
| HALE | 417,199 | 357,659 | 361,872 | 1% |
| HENRY | 1,474,102 | 1,342,154 | 1,449,175 | 8% |
| HOUSTON | 89,676,267 | 85,562,812 | 87,551,727 | 2% |
| JACKSON | 12,201,604 | 11,075,278 | 10,802,908 | -2% |

# Table 19 (continued)
# Travel-Related Earnings by County
# Total (Direct and Indirect)

| County | 2008 | 2009 | 2010 | 2009-2010 Rate of Growth |
|---|---|---|---|---|
| Jefferson | 642,308,904 | 619,343,791 | 601,512,396 | -3% |
| Lamar | 342,383 | 312,948 | 277,831 | -11% |
| Lauderdale | 47,222,225 | 45,941,102 | 47,483,459 | 3% |
| Lawrence | 5,483,158 | 4,957,589 | 4,375,506 | -12% |
| Lee | 110,294,930 | 104,812,660 | 103,024,041 | -2% |
| Limestone | 27,126,146 | 26,285,199 | 26,819,994 | 2% |
| Lowndes | 0 | 0 | 0 | ---- |
| Macon | 6,170,203 | 6,562,570 | 7,596,880 | 16% |
| Madison | 319,423,575 | 318,691,205 | 323,199,881 | 1% |
| Marengo | 13,497,319 | 13,852,569 | 13,178,916 | -5% |
| Marion | 5,665,381 | 5,776,366 | 5,634,310 | -2% |
| Marshall | 57,152,791 | 60,542,359 | 61,433,624 | 1% |
| Mobile | 366,960,353 | 354,290,870 | 369,060,066 | 4% |
| Monroe | 9,757,243 | 9,083,081 | 9,063,606 | -0.2% |
| Montgomery | 255,775,187 | 242,273,639 | 240,286,435 | -1% |
| Morgan | 63,859,485 | 59,668,745 | 56,833,116 | -5% |
| Perry | 913,761 | 788,041 | 682,105 | -13% |
| Pickens | 1,004,134 | 906,632 | 831,267 | -8% |
| Pike | 21,930,575 | 20,237,503 | 19,697,204 | -3% |
| Randolph | 2,755,586 | 2,349,782 | 2,141,852 | -9% |
| Russell | 18,913,820 | 20,805,220 | 24,933,657 | 20% |
| Shelby | 135,461,530 | 119,229,975 | 111,530,833 | -6% |
| St. Clair | 27,684,423 | 24,464,673 | 22,651,714 | -7% |
| Sumter | 5,824,265 | 5,003,815 | 4,870,594 | -3% |
| Talladega | 28,302,949 | 26,745,123 | 25,829,946 | -3% |
| Tallapoosa | 15,601,034 | 16,469,386 | 16,064,361 | -2% |
| Tuscaloosa | 137,934,565 | 133,985,667 | 135,815,208 | 1% |
| Walker | 19,744,506 | 19,833,255 | 19,239,766 | -3% |
| Washington | 317,210 | 336,718 | 473,357 | 41% |
| Wilcox | 3,052,270 | 2,808,032 | 2,688,766 | -4% |
| Winston | 3,191,435 | 3,160,875 | 3,269,891 | 3% |
| Out of State * | -319,708 | 290,163 | 4,278,141 | ---- |
| **State Total** | **$ 3,786,433,935** | **$ 3,662,463,054** | **$3,572,393,542** | **-2%** |

*Number is negative for 2008 because state lodging tax payments originally credited to this category were removed and applied to county categories for which the tax amounts were intended.

**TABLE 20**
**TRAVEL-RELATED EXPENDITURES BY COUNTY**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| AUTAUGA | 30,238,144 | 26,639,558 | 26,916,109 | 1% |
| BALDWIN | 2,266,360,221 | 2,309,645,446 | 1,795,498,423 | -22% |
| BARBOUR | 35,353,470 | 37,516,987 | 43,283,812 | 15% |
| BIBB | 2,070,353 | 2,155,916 | 2,015,978 | -6% |
| BLOUNT | 9,009,810 | 6,533,626 | 6,636,623 | 2% |
| BULLOCK | 959,444 | 928,180 | 1,063,186 | 15% |
| BUTLER | 38,383,639 | 37,523,166 | 38,583,697 | 3% |
| CALHOUN | 63,261,180 | 58,083,697 | 59,932,098 | 3% |
| CHAMBERS | 16,516,612 | 22,942,615 | 21,363,877 | -7% |
| CHEROKEE | 15,569,661 | 17,975,461 | 18,274,074 | 2% |
| CHILTON | 28,230,105 | 25,257,176 | 24,208,149 | -4% |
| CHOCTAW | 4,876,440 | 4,469,485 | 4,619,796 | 3% |
| CLARKE | 34,431,681 | 24,432,800 | 31,824,566 | 30% |
| CLAY | 806,588 | 1,738,435 | 564,842 | -68% |
| CLEBURNE | 9,318,862 | 9,527,631 | 8,931,058 | -6% |
| COFFEE | 49,647,530 | 55,377,150 | 55,131,509 | -0.4% |
| COLBERT | 63,679,539 | 55,958,155 | 44,242,785 | -21% |
| CONECUH | 16,597,904 | 13,403,283 | 14,024,730 | 5% |
| COOSA | 2,294,126 | 2,447,789 | 2,373,053 | -3% |
| COVINGTON | 29,535,288 | 32,712,489 | 33,687,416 | 3% |
| CRENSHAW | 1,494,418 | 1,348,090 | 1,021,727 | -24% |
| CULLMAN | 94,442,286 | 83,796,547 | 87,595,689 | 5% |
| DALE | 27,902,316 | 27,000,139 | 24,679,376 | -9% |
| DALLAS | 91,577,557 | 73,588,014 | 81,828,755 | 11% |
| DEKALB | 65,818,531 | 61,978,760 | 66,917,779 | 8% |
| ELMORE | 114,922,020 | 102,600,426 | 97,986,755 | -4% |
| ESCAMBIA | 35,945,326 | 33,447,155 | 39,285,479 | 17% |
| ETOWAH | 127,076,177 | 121,037,293 | 114,637,586 | -5% |
| FAYETTE | 2,632,353 | 2,179,955 | 1,799,076 | -17% |
| FRANKLIN | 11,008,389 | 11,286,064 | 12,049,612 | 7% |
| GENEVA | 2,658,562 | 2,646,272 | 2,577,104 | -3% |
| GREENE | 1,811,279 | 2,628,242 | 2,897,226 | 10% |
| HALE | 1,033,073 | 793,102 | 917,640 | 16% |
| HENRY | 3,659,110 | 3,255,537 | 4,064,388 | 25% |
| HOUSTON | 218,092,639 | 215,070,514 | 230,777,588 | 7% |
| JACKSON | 32,571,796 | 29,662,088 | 36,040,068 | 22% |

**TABLE 20 (CONTINUED)**
**TRAVEL-RELATED EXPENDITURES BY COUNTY**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|
| JEFFERSON | 1,542,774,936 | 1,622,066,587 | 1,485,247,602 | -8% |
| LAMAR | 914,313 | 666,647 | 530,965 | -20% |
| LAUDERDALE | 146,699,130 | 140,798,649 | 152,029,570 | 8% |
| LAWRENCE | 14,055,837 | 12,088,459 | 11,608,587 | -4% |
| LEE | 285,660,290 | 239,824,648 | 256,007,119 | 7% |
| LIMESTONE | 78,501,331 | 72,560,278 | 86,412,528 | 19% |
| LOWNDES | 0 | 0 | 0 | ---- |
| MACON | 11,891,686 | 22,092,303 | 23,581,949 | 7% |
| MADISON | 991,111,856 | 939,807,492 | 996,398,480 | 6% |
| MARENGO | 35,336,597 | 33,474,273 | 31,236,931 | -7% |
| MARION | 16,128,006 | 19,735,249 | 17,655,471 | -11% |
| MARSHALL | 195,102,467 | 184,975,116 | 192,805,428 | 4% |
| MOBILE | 944,031,090 | 819,855,668 | 1,032,082,694 | 26% |
| MONROE | 24,376,546 | 20,607,520 | 23,729,841 | 15% |
| MONTGOMERY | 558,425,462 | 533,371,674 | 561,679,267 | 5% |
| MORGAN | 185,825,575 | 156,640,263 | 161,688,595 | 3% |
| PERRY | 1,819,223 | 1,915,751 | 1,450,144 | -24% |
| PICKENS | 3,386,157 | 2,922,888 | 3,358,985 | 15% |
| PIKE | 52,214,104 | 46,826,229 | 50,350,565 | 8% |
| RANDOLPH | 5,655,360 | 4,943,858 | 5,639,032 | 14% |
| RUSSELL | 44,239,091 | 69,844,994 | 74,880,649 | 7% |
| SHELBY | 320,014,718 | 270,140,394 | 256,549,796 | -5% |
| ST. CLAIR | 65,678,590 | 54,245,470 | 52,033,343 | -4% |
| SUMTER | 12,617,849 | 11,426,140 | 12,882,987 | 13% |
| TALLADEGA | 67,674,089 | 62,401,338 | 65,847,167 | 6% |
| TALLAPOOSA | 38,877,325 | 48,409,099 | 39,094,954 | -19% |
| TUSCALOOSA | 346,863,177 | 325,807,238 | 357,183,154 | 10% |
| WALKER | 51,340,745 | 47,754,050 | 46,914,125 | -2% |
| WASHINGTON | 1,033,737 | 990,997 | 1,554,516 | 57% |
| WILCOX | 7,465,636 | 6,001,967 | 6,918,328 | 15% |
| WINSTON | 9,202,746 | 7,338,691 | 8,255,199 | 12% |
| OUT OF STATE* | -9,333,542 | 6,380,565 | 20,844,779 | ---- |
| **STATE TOTAL** | **$ 9,599,370,556** | **$ 9,303,501,738** | **$ 9,074,704,379** | **-2%** |

*Number is negative for 2008 because state lodging tax payments originally credited to this category were removed and applied to county categories for which the tax amounts were intended.

**TABLE 21**
**ANNUAL STATE LODGING TAX**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 DOLLAR INCREASE/DECREASE | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|---|
| AUTAUGA | 142,673 | 123,924 | 130,306 | 6,382 | 5% |
| BALDWIN | 11,175,422 | 11,228,510 | 9,084,139 | -2,144,371 | -19% |
| BARBOUR | 166,809 | 174,525 | 209,544 | 35,019 | 20% |
| BIBB | 10,144 | 10,415 | 10,135 | -280 | -3% |
| BLOUNT* | 47,473 | 34,426 | 34,968 | 542 | 2% |
| BULLOCK | 4,701 | 4,484 | 5,345 | 861 | 19% |
| BUTLER | 177,813 | 171,380 | 183,394 | 12,014 | 7% |
| CALHOUN ± | 833,315 | 765,114 | 789,463 | 24,349 | 3% |
| CHAMBERS | 78,659 | 107,724 | 104,393 | -3,331 | -3% |
| CHEROKEE* | 75,684 | 87,378 | 88,830 | 1,452 | 2% |
| CHILTON | 133,198 | 117,493 | 117,196 | -297 | -0.3% |
| CHOCTAW | 23,894 | 21,591 | 23,225 | 1,634 | 8% |
| CLARKE | 162,459 | 113,658 | 154,068 | 40,410 | 36% |
| CLAY | 3,952 | 8,398 | 2,840 | -5,558 | -66% |
| CLEBURNE | 45,660 | 46,026 | 44,900 | -1,126 | -2% |
| COFFEE | 240,946 | 264,968 | 274,527 | 9,559 | 4% |
| COLBERT* | 313,702 | 275,665 | 217,952 | -57,713 | -21% |
| CONECUH | 81,326 | 64,749 | 70,508 | 5,759 | 9% |
| COOSA | 11,241 | 11,825 | 11,930 | 105 | 1% |
| COVINGTON | 127,913 | 141,673 | 145,895 | 4,222 | 3% |
| CRENSHAW | 21,726 | 19,323 | 15,241 | -4,082 | -21% |
| CULLMAN* | 471,336 | 418,206 | 437,167 | 18,961 | 5% |
| DALE | 131,652 | 125,601 | 119,477 | -6,124 | -5% |
| DALLAS | 271,908 | 215,418 | 249,289 | 33,871 | 16% |
| DEKALB* | 336,357 | 316,734 | 341,974 | 25,240 | 8% |
| ELMORE | 563,093 | 495,642 | 492,616 | -3,026 | -1% |
| ESCAMBIA | 176,124 | 161,577 | 197,503 | 35,926 | 22% |
| ETOWAH* | 636,034 | 605,809 | 573,778 | -32,031 | -5% |
| FAYETTE | 12,906 | 10,688 | 8,821 | -1,867 | -17% |
| FRANKLIN* | 66,781 | 67,502 | 75,001 | 7,499 | 11% |
| GENEVA | 13,026 | 12,784 | 12,956 | 172 | 1% |
| GREENE | 13,929 | 20,212 | 22,281 | 2,069 | 10% |
| HALE | 5,014 | 3,795 | 4,569 | 774 | 20% |
| HENRY | 17,929 | 15,727 | 20,433 | 4,706 | 30% |
| HOUSTON | 1,029,029 | 1,000,483 | 1,117,234 | 116,751 | 12% |

* Denotes the Alabama Mountain Lakes Tourist Association area counties with a 5 percent rate. The state lodging tax rate is 4 percent, except for counties in the AMLTA area.

± Denotes areas where local lodging tax data were used for the economic model due to inconsistent trends in state lodging tax data.

**TABLE 21 (CONTINUED)**
**ANNUAL STATE LODGING TAX**

| COUNTY | 2008 | 2009 | 2010 | 2009-2010 DOLLAR INCREASE/DECREASE | 2009-2010 RATE OF GROWTH |
|---|---|---|---|---|---|
| JACKSON* ± | 169,093 | 186,375 | 231,306 | 44,931 | 24% |
| JEFFERSON ± | 7,928,286 | 6,671,855 | 7,082,224 | 410,369 | 6% |
| LAMAR | 4,480 | 3,220 | 2,669 | -551 | -17% |
| LAUDERDALE* | 705,486 | 677,110 | 731,120 | 54,010 | 8% |
| LAWRENCE* | 75,279 | 64,743 | 62,173 | -2,570 | -4% |
| LEE | 1,347,835 | 1,115,636 | 1,239,375 | 123,739 | 11% |
| LIMESTONE* | 391,073 | 361,476 | 430,484 | 69,008 | 19% |
| LOWNDES | 0 | 0 | 280 | 280 | ---- |
| MACON | 58,267 | 106,724 | 118,555 | 11,831 | 11% |
| MADISON* | 4,783,346 | 4,535,738 | 4,808,860 | 273,122 | 6% |
| MARENGO | 214,142 | 161,708 | 157,040 | -4,668 | -3% |
| MARION* | 81,775 | 100,065 | 89,520 | -10,545 | -11% |
| MARSHALL* ± | 559,827 | 527,181 | 590,759 | 63,578 | 12% |
| MOBILE | 4,373,249 | 3,744,528 | 4,905,645 | 1,161,117 | 31% |
| MONROE | 119,440 | 99,551 | 119,299 | 19,748 | 20% |
| MONTGOMERY ± | 2,670,969 | 2,493,382 | 2,653,335 | 159,953 | 6% |
| MORGAN* | 932,497 | 786,042 | 811,375 | 25,333 | 3% |
| PERRY | 8,829 | 9,166 | 7,221 | -1,945 | -21% |
| PICKENS | 10,867 | 9,380 | 10,779 | 1,399 | 15% |
| PIKE | 255,838 | 226,208 | 253,131 | 26,923 | 12% |
| RANDOLPH | 27,710 | 23,883 | 28,350 | 4,467 | 19% |
| RUSSELL | 208,734 | 324,911 | 362,510 | 37,599 | 12% |
| SHELBY | 1,496,077 | 1,245,132 | 1,230,607 | -14,525 | -1% |
| ST. CLAIR | 321,811 | 262,049 | 261,591 | -458 | -0.2% |
| SUMTER | 61,236 | 54,672 | 64,151 | 9,479 | 17% |
| TALLADEGA | 316,378 | 287,620 | 315,853 | 28,233 | 10% |
| TALLAPOOSA | 190,491 | 233,855 | 196,545 | -37,310 | -16% |
| TUSCALOOSA | 1,606,853 | 1,488,060 | 1,697,746 | 209,686 | 14% |
| WALKER | 251,559 | 230,690 | 235,855 | 5,165 | 2% |
| WASHINGTON | 5,065 | 4,787 | 7,815 | 3,028 | 63% |
| WILCOX | 35,890 | 28,447 | 34,125 | 5,678 | 20% |
| WINSTON* | 55,828 | 43,893 | 51,383 | 7,490 | 17% |
| OUT OF STATE** | -45,732 | 30,823 | 104,794 | 73,971 | ---- |
| **STATE TOTAL** | **$ 46,846,306** | **$ 43,402,337** | **$ 44,288,373** | **$ 886,036** | **2%** |

* Denotes the Alabama Mountain Lakes Tourist Association area counties with a 5 percent rate. The state lodging tax rate is 4 percent, except for counties in the AMLTA area.

± Denotes areas where local lodging tax data were used for the economic model due to inconsistent trends in state lodging tax data.

**Number is negative for 2008 because state lodging tax payments originally credited to this category were removed and applied to county categories for which he tax amounts were intended.

Alabama Tourism Department
P.O. Box 4927
Montgomery, AL 36103-4927
800-ALABAMA • www.Alabama.travel