# EXHIBIT B

## Page 1

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

  IN RE:  OIL SPILL      ) MDL NO. 2179
  BY THE OIL RIG         )
  "DEEPWATER HORIZON" IN ) SECTION "J"
  THE GULF OF MEXICO, ON )
  APRIL 20, 2010         ) JUDGE BARBIER
                         )
  THIS DOCUMENT RELATES  )
  TO:                    ) MAG. JUDGE SHUSHAN
                         )
  NOS. 10-4182, 10-4183, )
  13-2645, 13-2646,      )
  13-2647, 13-2813       )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of LEE SENTELL, taken at the Office of the Attorney General, State of Alabama, 501 Washington Avenue, Montgomery, Alabama, 36130-0152, on the 4th day of June, 2015.

## Page 2

APPEARANCES

APPEARING FOR BP, INC :
  Ms  Megan L  Rodgers
  Ms  Maureen F  Browne
  COVINGTON & BURLING LLP
  One City Center
  850 Tenth Street, NW
  Washington, DC 20001-4956

  Mr  Frank A  Monago
  BP America Inc
  501 Westlake Park Boulevard
  Houston, Texas 77079

APPEARING FOR THE STATE OF ALABAMA:
  Mr  Corey L  Maze
  OFFICE OF THE ATTORNEY GENERAL
  STATE OF ALABAMA
  501 Washington Avenue
  Montgomery, Alabama 36130-0152
  Mr  Richard D  Stratton
  Mr  J  Parker Miller
  Ms  Jennifer E  Day
  BEASLEY ALLEN, P C
  250 Commerce Street
  Montgomery, Alabama 36103-41601

ALSO PRESENT:
  Mr  Peter Jennings, videographer
  Mr  Jeff Johnston, Alabama Law Clerk

## Page 3

```
                    INDEX
         VIDEOTAPED ORAL DEPOSITION OF
                 LEE SENTELL
                 JUNE 4, 2015
                  VOLUME 1

Appearances                             2
Examination-Ms  Browne                  7
Examination-Mr  Miller                250
Further Examination-By Ms  Browne     252
Changes and Signature                 263
Reporter's Certificate                264

              EXHIBIT INDEX

NO     DESCRIPTION                     PAGE

AL 282  2012-2013 Visitor Profile
        Alabama Gulf Coast Convention &
        Visitors Bureau, January 2014
        GCCVB00019642 - GCCVB00019651   76
AL 283  The Alabama Gulf Coast:  A Total
        Population Assessment, August
        2002
        GCCVB00039387 - GCCVB00039426   79

AL 284  Sweet Home Alabama, TRAVEL
        Economic Impact 2011           106
AL 285  Draft, Economic Impact, Alabama
        Travel Industry 2000, April 15,
        2001
        AL_EPD_001500499 -
        AL_EPD_001500614               119
AL 286  Economic Impact, Alabama Travel
        Industry 2001, April 15, 2002
        AL_EPD_001497978 -
        AL_EPD_001498063               119

AL 287  Economic Impact, Alabama Travel
        Industry 2002, April 15, 2003
```

## Page 4

```
        AL_EPD_001498468 -
        AL_EPD_001498548               119

AL 288  Economic Impact, Alabama Travel
        Industry 2003, April 15, 2004
        AL_EPD_001498094 -
        AL_EPD_001498182               119
AL 289  Economic Impact, Alabama Travel
        Industry 2004, April 15, 2005
        AL_EPD_001498385 -
        AL_EPD_001498467               120

AL 290  Economic Impact, Alabama Travel
        Industry 2005, April 15, 2006
        AL_EPD_001498549 -
        AL_EPD_001498624               120
AL 291  Economic Impact, Alabama Travel
        Industry 2006
        AL_EPD_001500669 -
        AL_EPD_001500713               120

AL 292  Economic Impact, Alabama Travel
        Industry 2007
        AL_EPD_001500936 -
        AL_EPD_001500974               120
AL 293  Economic Impact, Alabama Travel
        Industry 2008
        AL_EPD_001500977 -
        AL_EPD_001501009               120

AL 294  TRAVEL, Economic Impact Report
        2009
        AL_EPD_001501012 -
        AL_EPD_001501047               120
AL 295  Sweet Home Alabama, TRAVEL,
        Economic Impact 2010
        AL_EPD_001501048 -
        AL_EPD_001501084               120

AL 296  Sweet Home Alabama, TRAVEL,
        Economic Impact 2012           121
AL 297  Sweet Home Alabama, TRAVEL,
        Economic Impact 2013           121
```

```
                                              101                                                  102
 1   Tourism Department publish an annual report?      1      Q. Is he an economist?
 2       A. To gauge how each community or -- or each  2      A. Yes.
 3   area is doing in economic activity.               3      Q. Is he the contractor you referenced
 4       Q. And the reports are called Economic Impact 4   earlier who does the analyses of -- of data?
 5   Reports, right?                                   5      A. Excuse me.
 6       A. Yes.                                       6          MR. MILLER: Objection; form.
 7       Q. Is the Tourism Department required to      7      A. He is the -- he's the author of the
 8   publish an annual report?                         8   report.
 9       A. No.                                        9      Q. (BY MS. BROWNE) He's the author of the --
10       Q. So that's not -- that's not a requirement 10   of the Tourism Department's Economic Impact
11   from the State or the Governor?                  11   Report?
12       A. I don't think so.                         12      A. Yes. Yes.
13       Q. And when does the annual report issue?    13      Q. Is he a contractor to the Tourism
14       A. Usually the first two weeks in April.     14   Department?
15       Q. How does the Tourism Department obtain the 15     A. Yes.
16   data that is reflected in those reports?         16      Q. So you pay his contract? By "you," I mean
17       A. The data comes from the Alabama Department 17   the department -- the Tourism Department?
18   of Revenue.                                      18      A. Yes.
19       Q. Who drafts the reports?                   19      Q. Do you review the annual report before
20       A. Dr. Deravi is the contractor.             20   it's finalized?
21       Q. Is that Keivan Deravi?                    21      A. No.
22       A. Yes.                                      22      Q. When do you first see the annual report?
23       Q. Who is he?                                23      A. When -- when our office prints it or a --
24       A. He is on the staff of Auburn University   24   when the -- when the State Printing Office prints
25   Montgomery.                                      25   it.

                                              103                                                  104
 1       Q. Dr. Deravi is contracted or under contract  1     A. I do.
 2   to the Tourism Department to do the annual report, 2     Q. As the Director of the Tourism Department,
 3   correct?                                          3   are you responsible for the accuracy of that
 4       A. Yes.                                       4   report?
 5       Q. But you do not review it before it goes to 5      A. Ultimately, yes.
 6   print?                                            6      Q. And the annual reports are -- are an
 7       A. No.                                        7   accurate statement of Alabama's tourism data,
 8       Q. Does the Governor's Office sign off on the 8   correct?
 9   report before it's published?                     9          MR. MILLER: Objection to form.
10       A. No.                                       10      A. The Alabama Tourism Department collects
11       Q. Does anyone other than Dr. Deravi review  11   material from the Revenue Department and then
12   the report before it's published?                12   presents the material to Dr. Deravi.
13       A. A statistician in our office does.        13      Q. (BY MS. BROWNE) And those reports that
14       Q. When you say "a statistician in our       14   Dr. Deravi puts together, for which you are
15   office," do you mean a statistician who is an    15   accountable, are accurate statements, correct?
16   employee of the Tourism Department?              16          MR. MILLER: Objection to form.
17       A. Yes.                                      17      A. I'm sorry. Would you repeat that?
18       Q. Is that statistician who reviews the      18      Q. (BY MS. BROWNE) Sure.
19   annual report deputized by you to do that?       19          The -- the reports are -- the ones
20          MR. MILLER: Objection to form.            20   that we just talked about, the -- the Tourism
21       A. Yes.                                      21   Department Economic Impact Reports, for which you
22       Q. (BY MS. BROWNE) You mentioned that the    22   are accountable, are accurate, correct?
23   State Printing Office prints the annual report.  23          MR. MILLER: Objection to form.
24   Who -- who's the official -- who releases the    24      A. Yes, to the best of my knowledge.
25   report?                                          25      Q. (BY MS. BROWNE) You've never retracted an
```

PURSUANT TO CONFIDENTIALITY ORDER
Worldwide Court Reporters, Inc.