# EXHIBIT D

**<u>Filed Under Seal</u>**