# EXHIBIT E

## Available at:

http://media.al.com/live/other/oilclaim.pdf

**From:** Newton, Bill
**Sent:** Thursday, August 12, 2010 5:46 PM
**To:** 'governmentclaims@worleyco.com'
**Cc:** Samuel, Jeff
**Subject:** Claim for reimbursement of tax loss due to BP oil spill

This claim is submitted for the period of May through September, 2010. Immediately following the explosion of the Deep Water Horizon rig and subsequent oil spill in the Gulf Mexico, the State of Alabama was adversely affected by the loss of tax revenue normally expected during the peak tourist season in Baldwin and Mobile counties. The attached memo is submitted to verify our estimate of the decrease in revenue collected.

Our analysis, using an input-output economic model developed for the State of Alabama, estimates a direct negative economic impact of $ 824 million of lost earnings for Alabama's labor force, the negatvie impact on real estate and the contraction of tourism. After determining the economic impact of the loss of income on the State, the model determined the resulting loss of tax revenue.

To compute the loss to the State of Alabama general tax collections, we used information from key private industry stakeholders in Baldwin County, the Baldwin County Commission, the Alabama Department of Revenue, Multiple Listing Service, the National Oceanic and Atmospheric Administration and BP. The State of Alabama will lose a total of $ 148 million during this period, as a result of the oil spill. Therefore, this is the amount of the State's claim for this five month period.

Please contact me for any additional information regarding this claim. Also, Dr. Keivan Deravi, the economist retained by the State to estimate this tax loss, is available to you to discuss this claim.

Sincerely,

Bill Newton
Acting Director of Finance
334-242-7160

To:     Bill Newton, Acting Director of Finance

From:   Keivan Deravi

Date:   August 12, 2010

Subject: Preliminary first estimate of potential Deepwater Horizon oil spill damage on State revenues

On July 1st 2010, I was tasked with estimating the potential adverse impact of the Deepwater Horizon oil spill (BP) on the State tax collections. This memorandum summarizes our preliminary and first estimate for loss of tax revenues for the state of Alabama for the period of May to September, 2010. My team and I primarily concentrated on Baldwin and Mobile Counties to quantify the direct economic impact of the oil spill.

We are in the process of finalizing our database which is being compiled from economic activities on the basis of postal zip codes in the above two counties. Our intent is to isolate and quantify the adverse economic impact of the BP oil spill on; tourism, real estate, retail, commercial and recreational fishing, seafood processing, oil and gas extraction, and general economic activities. We placed a heavy emphasis on the most recent economic trends in Grand Bay, Bayou la Batre, Dauphin Island, and Coden in Mobile County. In Baldwin County, we looked at the impact on Orange Beach, Gulf Shores, Foley, Bon Secour, Magnolia Springs, Elberta, and Lillian.

Our preliminary estimate is a direct negative economic impact of $824 million of loss earnings for Alabama's labor force in the above two counties. This estimate includes the negative direct impact due to the loss of income in Baldwin and Mobile County, the negative impact on real estate in Baldwin County, and the contraction in tourism in Baldwin County. In order to test the robustness of our results, we used two different methodologies toward calculating our projections for the loss of tax revenue for the State. The two methodologies converged within a close range.

After estimating the direct loss of income for the aforementioned counties, we subjected our estimate to our input-output model developed for Alabama. The model computed the economic impact of the loss of income on the State's aggregate level and the resulting loss of tax revenues. The input-output model used for this phase of the calculation has been in place and tested since 1999. It has also been utilized in producing the estimates of the economic impact of several major industrial development projects; such as ThyssenKrupp, Hyundai, Honda, Mercedes, and Northrop Grumman investments in the State.

It is our projection that the State general tax collection stands to lose a total of $148 million due to the BP oil spill for the period of May to September, 2010. From this total we estimate that $116.4 million is lost from the Education Trust Fund and $31.5 million is the lost from the General Fund.

In our process of computing the loss to the State tax coffers we utilized information from key private industry stakeholders in Baldwin County, information from Baldwin County Commission,

Alabama Department of Revenue, Multiple Listing Service, National Oceanic and Atmospheric Administration, and BP in regards to the claims processed in the state of Alabama and in the Gulf of Mexico region.

We will continue to further refine our database, build on the data already collected, and continue to test our methodology as more timely information becomes available.  We will provide you with our revisions to these estimates on a monthly basis and will report to you our projections of next fiscal year's loss as we progress in our research. We will also be assisting local governments and local taxing authorities in the two counties that are impacted by the BP oil spill.

Thank you for your time and consideration.

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

August 13, 2010

Mr. Robert Dudley
Chief Executive Officer
British Petroleum
501 Westlake Park Boulevard
Houston, TX 77079-2604

Dear Mr. Dudley:

Thank you for meeting with me yesterday to discuss the State of Alabama's claim for lost tax revenue as it relates to the Deepwater Horizon incident. As we discussed, the State of Alabama has undertaken extensive analysis to determine certain lost state tax revenues for the months of May through September. The analysis was coordinated by the State's economist and used proven methodologies and tools to determine lost economic activity directly related to the Deepwater Horizon incident. Specifically, the analysis attempted to isolate and quantify the adverse economic impact of the incident on tourism, real estate, retail, commercial and recreational fishing, seafood processing, and other limited economic activities. The analysis did not include all segments of the economy, such as lost property values, and was conducted for a limited set of coastal zip codes. Accordingly, as the State expands the analysis to include additional segments of the economy and geographic areas, the State's claim for lost tax revenue for these months may increase.

Pursuant to our conversation, on August 12, 2010, the State of Alabama submitted a one hundred and forty eight million dollar ($148,000,000) claim for certain limited lost state tax revenues. As you know, the submission of this claim in no way waives our right to submit additional claims in the future as additional losses are identified.

I appreciate your continued cooperation in this matter, and I look forward to discussing this matter with you further in very near future.

Sincerely,

Bob Riley
Governor