# EXHIBIT H

---

Page 1:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        ) MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  ) SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          ) JUDGE BARBIER
                        )
THIS DOCUMENT RELATES   )
TO:                     ) MAG. JUDGE SHUSHAN
                        )
NOS. 10-4182, 10-4183,  )
13-2645, 13-2646,       )
13-2647, 13-2813        )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of MARIA TRAVIS, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 27th day of May, 2015.

---

Page 2:

APPEARANCES

APPEARING FOR BP, INC:
  Mr Paul D  Collier
  Mr Jeremy Roux
  Kirkland & Ellis, LLP
  300 North LaSalle Street
  Chicago, Illinois 60654
  Mr Paul M  Sterbcow
  LEWIS, KULLMAN, STERBCOW & ABRAMSON
  601 Poydras Street, Suite 2615
  New Orleans, Louisiana 70130

  Mr Frank A  Monago
  BP America Inc
  501 Westlake Park Boulevard
  Houston, Texas 77079

APPEARING FOR THE STATE OF ALABAMA:
  Mr Corey L  Maze
  OFFICE OF THE ATTORNEY GENERAL
  STATE OF ALABAMA
  501 Washington Avenue
  Montgomery, Alabama 36130-0152
  Mr Richard D  Stratton
  Mr J  Parker Miller
  Ms Jennifer E  Day
  BEASLEY ALLEN, P C
  250 Commerce Street
  Montgomery, Alabama 36103-41601

ALSO PRESENT:
  Mr Ray Aguirre, Case Manager
  Mr Peter Jennings, videographer

---

Page 3:

INDEX
VIDEOTAPED ORAL DEPOSITION OF
MARIA TRAVIS
MAY 27, 2015
VOLUME 1

Appearances                              2
Examination-Mr Miller                    8
Examination-Mr Collier                 203
Further Examination-Mr Miller          212
Changes and Signature                  218
Reporter's Certificate                 219

EXHIBIT INDEX

NO    DESCRIPTION                                    PAGE

AL 199  The State of Alabama's First
        Rule 30(b)(6) Notice to the
        Defendants                                      8

AL 200  E-mail dated May 1, 2015
        Stahl to Maze and others
        Subject: AL Damages Case:
        BPXP 30(b)(6) Designees                         8

AL 201  E-mail dated May 11, 2015
        Collier to Matthew and others
        Subject: RE: State of Alabama
        vs BP - Designation of Witnesses
        letter                                          8

AL 202  Organizational Chart
        BP-HZN-ALO01282979                             53

AL 203  BP Exploration & Production,
        Inc 's Third Supplemental
        Responses and Objections to the
        State of Alabama's First Set of
        Discovery Requests to the
        Defendants Relating to the State's
        Compensatory Damages Phase                     68

---

Page 4:

AL 204  Payment Schedule
        BP-HZN-ALO00089616                             71

AL 205  Alabama Executive Summary
        BP-HZN-ALO00328774 -
        BP-HZN-ALO00328777                             74

AL 206  Alabama Executive Summary
        July 2011
        BP-HZN-ALO00315218 -
        BP-HZN-ALO00315224                             75

AL 207  Alabama Executive Summary-
        September 2011
        BP-HZN-ALO01575320 -
        BP-HZN-ALO01575324                             77

AL 208  Alabama Executive Summary-
        October 2011
        BP-HZN-ALO00301017 -
        BP-HZN-ALO00301022                             78

AL 209  Alabama Executive Summary-
        February 2012
        BP-HZN-ALO00305109 -
        BP-HZN-ALO00305114                             79

AL 210  Alabama Executive Summary-
        March 2012
        BP-HZN-ALO01679204 -
        BP-HZN-ALO01679205                             79

AL 211  Alabama Executive Summary-
        March 2012
        BP-HZN-ALO01307181 -
        BP-HZN-ALO01307189                             80

AL 212  Alabama Executive Summary-
        February 2013
        BP-HZN-ALO00346659 -
        BP-HZN-ALO00346664                             81

AL 213  Alabama Executive Summary-
        February 12, 2013
        BP-HZN-ALO01025699 -
        BP-HZN-ALO01025700                             81

AL 214  Alabama Executive Summary-
        May 2013

---

PURSUANT TO CONFIDENTIALITY  ORDER
Worldwide Court Reporters, Inc.

161

1  A. Yes.
2  Q. I'm going to hand you what I've marked
3  Exhibit AL 229, BP-HZN-ALO01030809.
4     (Marked Exhibit No. AL 229.)
5  Q. (BY MR. MILLER) Ms. Travis, do you
6  recognize this document?
7  A. Yes.
8  Q. You are cc'd to this E-mail, correct?
9  A. Yes.
10 Q. And in the E-mail, it -- it references
11 attachments concerning Alabama discussions,
12 correct?
13 A. Yes.
14 Q. And those attachments are the August 13th
15 letter, which would be the August 13th letter we
16 were just discussing, correct?
17 A. Yes.
18 Q. And there's also a Deravi letter to BP
19 dated August 13th, 2010; is that correct?
20 A. Yes, that's what it says.
21 Q. And there's an August 12th letter from
22 Dr. Deravi, as well; is that correct?
23 A. Yes.
24 Q. And this E-mail was forwarded from Shirley
25 Hudler to Geir Robinson, correct?

162

1  A. Yes.
2  Q. And Geir Robinson, as we discussed
3  earlier, was in charge of the oversight of claims
4  processing, right?
5     MR. COLLIER: Objection; form.
6  Q. (BY MR. MILLER) And if you would describe
7  his role differently --
8  A. So Geir was -- I forget his particular
9  title, but oversaw the -- the claims activity.
10 Q. So if someone were to submit a claim to BP
11 like this, you would expect that claim to go to
12 Geir Robinson?
13    MR. COLLIER: Objection; form.
14 A. It wouldn't -- I mean, I wouldn't
15 necessarily anticipate it to go specifically to
16 him.
17 Q. (BY MR. MILLER) He would definitely be
18 somebody that would likely review it though,
19 correct?
20 A. Yeah, possibly -- I mean, depending upon
21 the specifics of the claim, yes.
22 Q. You can put it away.
23    (Marked Exhibit No. AL 230.)
24 Q. (BY MR. MILLER) I'm going to hand you
25 what I've marked as AL 230, Bates range

163

1  BP-HZN-ALO01030816.
2     MR. MILLER: I think you have my
3  copy. Let me see yours.
4     MR. COLLIER: You want to take mine?
5     MR. MILLER: No. Never mind.
6  Q. (BY MR. MILLER) Do you recognize
7  Exhibit AL 230, Ms. Travis?
8  A. Yes.
9  Q. How do you recognize it?
10 A. It was one of the attachments in the
11 previous document we just spoke about.
12 Q. So this went with the State's claim, as
13 well, correct?
14 A. I'm -- I don't know, actually.
15 Q. It was attached to that E-mail with the
16 rest of the State's claim information, correct?
17 A. Yeah. No, I understand that. I -- I
18 don't recall what was actually submitted with the
19 State's claim, is what I'm referencing.
20 Q. It's your understanding that Dr. Deravi
21 also made available data and information to BP in
22 discussions concerning the State's claim, correct?
23 A. That's my understanding.
24 Q. Did you ever speak to Dr. Deravi about the
25 State's claim?

164

1  A. No.
2  Q. Do you recall having discussions with
3  anybody internal to BP about the State's claim at
4  that time?
5     MR. COLLIER: And let me just caution
6  the witness, to the extent that would include
7  conversations with counsel about the State's
8  claim, to not divulge those communications, but
9  you can disclose and talk about communications
10 that were not legally privileged.
11 A. I recall some conversations regarding
12 the -- the State's 148-million-dollar claim, yes.
13 Q. (BY MR. MILLER) What do you recall from
14 those discussions?
15 A. Just the initial discussion of the claim
16 that was submitted and that Dr. Deravi had done
17 some work.
18 Q. No discussion as to the viability of the
19 claim?
20 A. No, I don't recall that.
21 Q. Did BP ever pay, either in whole or
22 partially, compensation in response to this claim?
23 A. There was no payment made.
24 Q. You can put it away.
25    (Marked Exhibit No. AL 231.)