IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | * * * | Magistrate Judge Shushan |

___

**BPXP'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO ITS OPPOSITION TO THE STATE OF ALABAMA'S MOTION TO CLARIFY AND/OR MOTION FOR PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that the undersigned respectfully requests leave to file under seal Exhibits D, G, and I to BPXP's Opposition to the State of Alabama's Motion to Clarify and/or Motion for Protective Order. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain material has been designated as confidential and filing Exhibits D, G, and I under seal will allow the Court's consideration. Pending the Court's consideration of this motion, BPXP will provide the Court and parties' counsel with an <u>unredacted</u> versions of Exhibits D, G, and I. Subsequently, BPXP will file in the record a redacted version of the exhibits that do not contain material designated as confidential by the parties in this case.

1

Dated:  June 30, 2015                                          Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Paul D. Collier
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
F. Chad Morriss
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone: (202) 879-5000
Facsimile: (312) 862-2200

Maureen F. Browne
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Joel M. Gross
Lawrence A. Schneider
Arnold & Porter, LLP
555 12th Street N.W.
Washington, DC 20004
Telephone: (202) 942-5705
Facsimile: (202) 942-5999

*Attorneys for BP Exploration & Production Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Defendants Motion to Compel Discovery of Written Responses from the State of Alabama has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of June, 2015.

      */s/ Don K. Haycraft* _____
      Don K. Haycraft