UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates To: | DISTRICT JUDGE BARBIER |
| Case Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering Defendant BP Exploration & Production Inc.'s ("BPXP") Ex Parte Motion for Leave to File Under Seal Exhibits To Its Opposition to the State of Alabama's Motion to Clarify and/or Motion for Protective Order;

IT IS ORDERED that the Motion is GRANTED. BPXP is ordered to provide the Court and parties' counsel with unredacted versions of Exhibits D, G, and I and thereafter file in the record redacted versions of Exhibits D, G, and I. The unredacted Exhibits D, G, and I received by the Court will be filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE