IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: 12-970. | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**BP'S NOTICE OF DOCKETING CSSP RECORDS
CONCERNING RESOLUTION OF JOHNNY SEXTON CLAIM**

Parties to appeals involving individual claims determinations are entitled to add to the MDL 2179 docket the underlying record from the CSSP.  *See In re Deepwater Horizon*, 785 F.3d 986, 1003 (5th Cir. 2015).  Accordingly, BP Exploration & Production, Incorporated; BP America Production Company; and BP, P.L.C. (collectively, "BP") add to the MDL 2179 docket the following documents relating to the resolution of Claimant Johnny Sexton's (claim number 100167032) appeal:

- Exhibit A — CSSP Procedure 379, Policy Profile and Final Procedure Announcement; and
- Exhibit B — CSSP Alerts, as of June 30, 2015.

BP also attaches as Exhibit C a Declaration from Zachary W. Byer, affirming that the CSSP documents attached as Exhibit A and Exhibit B are true and correct copies of publicly available documents.

June 30, 2015

Richard C. Godfrey, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
richard.godfrey@kirkland.com
wendy.bloom@kirkland.com

Jeffrey Bossert Clark
Zachary W. Byer
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
jeffrey.clark@kirkland.com
zachary.byer@kirkland.com

Respectfully submitted,

 /s/ Don K. Haycraft
Don K. Haycraft (Bar # 14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
dkhaycraft@liskow.com

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION, INCORPORATED;*
*BP AMERICA PRODUCTION COMPANY; AND BP, P.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of June, 2015.

/s/ Don K. Haycraft
Don K. Haycraft