# EXHIBIT C

**DECLARATION OF ZACHARY W. BYER**

I, Zachary W. Byer, do hereby declare as follows:

1.  I am authorized and competent to make this Declaration, and I am over the age of 21 years. I swear and affirm that the statements contained in this Declaration are true and correct and the matters attested herein are within my personal knowledge.

2.  I am an attorney with the law firm of Kirkland & Ellis LLP. I serve as one of the attorneys representing BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP").

3.  In connection with my representation of BP, I am familiar with the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, as amended. I have reviewed policies adopted by the Claims Administrator of the Court-Supervised Settlement Program ("CSSP").

4.  The first attached document relates to CSSP Procedure 379. The first page is the Policy Profile, and the following five pages constitute the Final Procedure Announcement of May 22, 2013. The document is a true and correct copy of Procedure 279's Policy Profile and Final Procedure Announcement, both publicly available at https://www2.deepwaterhorizoneconomicsettlement.com/un-secure/pkpolicysearch.aspx.

5.  The second attached document is a true and correct copy of the "Alerts" tab on the CSSP's website, publicly available at http://www.deepwaterhorizoneconomicsettlement.com/important.php.

2

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

_____
Zachary W. Byer

Dated: June 30, 2015

2