URGENT

EMPEROR, MARCUS O. TATE-EL-BEY-TEY-WASHITAW
UNITED WASHITAW EMPIRE SOVEREIGNTY NATIONAL
NATION STATE GOVERNMENT DIPLOMATIC TRIBUNAL
Postal zone VIA Mail Exempted U.S. ZIP CODES [36503]
C/o P.O. Box 3800, C.F #180664
Atmore, ALIBAMU NORTH AMEXEM REPUBLIC



B.P. OIL SPILL CLAIM NO. 100339816

U.S. CIVIL ACTION NO. (S).
M.D.L. # 2179
CV-10-02771
CV-10-08888

TO: MY HONOR, U.S. CLERK
U.S. DISTRICT COURT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

TENDERED FOR FILING

JUN 29 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

TO: MY HONOR, U.S. CLERK
U.S. DISTRICT COURT OF LOUISIANA
777 FLORIDA STREET
SUITE 139.
BATON ROUGE, LA 70801

SPECIAL APPEARANCE NOTICE OF "U.C.C." UNIFORM COMMERCIAL AFFIDAVIT TRUTH 28 USC §1746, TO MOTION LEAVE OF THIS COURT AMEND THE PLAINTIFF SECURED RESPONSIBLE PARTY TRADEMARK BUSINESS PURSUANT FEDERAL RULES OF CIVIL PROCEDUE §15 Subsection? TO THIS CLAIM PAY OFF CLAIM NO. 100339816 ?

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

I

CV-10-02771
CV-10-08888

GOOD CAUSE SHOWN:

1. The Plaintiffs Invokes Federal civil Rules of civil Procedure 28 USC §§ 1331, etseq., 1332 etseq., 1333 Admiralty Martime Jurisdictions contract the Amounts Exceeds over $50,000⁰⁰ Dollars.

2. The Plaintiffs is a ANCIENT ASIATIC Cannaanites Moabites Hebrew Isra-Elites Moorish America Washitaw True Aboriginalnies Indigenousnies Tribal Citizens of this land Pursuant U.S. Eleventh circuit Court of Appeals at U.S. Dist Lexis 12129:: [1992] Jones-El VS. J.O. Davis ALDOC Prison etseq., HOLY BIBLE KINGS JAMES VERSION @ II KINGS 3: 4-27 VERSES ANCIENT MOABITES AND etseq., THE HOLY KORAN OF THE MOORISH SCIENCE TEMPLE OF AMERICA CIRCLE SEVEN PAGES 57-58

3. The Plaintiffs seeks $ 4, Billion Dollars in Damages From B.P. OIL SPILL CLAIM NO. 100339816

4. The Plaintiffs Invokes this Court Form I.R.S Form 1099-MISC, OMB NO. 01545-0115 2015 YEAR DAMAGES $ 4, Billion Dollars B.P. OIL SPILL CLAIM NO. 100339816

II

5. The Plaintiffs Seeks Commercial Liens in the Amount of GOLD and Silver, Land of B.P. Inc., under the de Jure National republic Federal constitution and Treaty Laws of AL-MOROCCAN EMPIRE NATION 1787 @ Art. I § 10 All debts Shall be Paid with GOLD and Silver and Not Credit. Pursuant B.P. Claim No. 1 00339816, <u>CV-10-02771</u>, <u>CV-10-08888</u> In Amount of $ 4, Billion Dollars.

6. The Plaintiffs is a Citizens of The UNITED WASHITAW EMPIRE NATIONAL NATION STATE SOVEREIGNTY DIPLOMATIC TRIBUNAL Ex rel. UNITED NATIONS PROJECT No. 215/93 LAND GRANT Charter NO. 923 Recognized by Alabama Court. Gov No. 1140462 Alabama Supreme court etseq., U.S. Dept of Justice Clock of Destiny No. AA222141 Zodiac Constitution and by IRS GOV EIN.

7. The Plaintiffs Invokes Pursuant <u>Bid Bonds</u>, <u>Payment Bonds</u> and <u>Performance Miller Act Bonds</u> of this Federal court" Forms <u>273, 274, 275</u>, Bills of Exchange Warrant Issued by this Court $ 4, Billion Dollars in GOLD, LAND, etc.

III

This Commercial Affidavit is made under the highest Principles of Moral Laws and Natural Laws, Allaws LOVE, TRUTH, PEACE, FREEDOM, AND JUSTICE.....
The Most Favored Son of the Heavens...
Wisdom, Will, Love... The Triune Allah PURSUANT 28 USC § 1746 Affirm Standing Uprights upon 45 degree's a 3rd of 33rd, of 360° degree's Full Circle SEVEN Islamism The Widow Son... Boaz, Jachin, "JOPPA" "Rose Croix"

SEAL OF LOVE

Executed _____
Emperor Marcus O. Tate-El-Bey-Tey-Washitaw

## CERTIFICATE OF SERVICE

Affirm hereby Served upon Deepwater Horizon Economic Claim Center 42548 Happy Woods Roads Hammond, LA 70403 DAY 29th month June 2015

Executed _____
Emperor Marcus O. Tate-El-Bey-Tey-Washitaw

Marcus O. Tate – El – Bey – Tey – Washitaw
c/o ALDOC AIS# 180664
P.O. Box 3800, G.F.
Atmore, AL 36503

7013 0830 19

U.S. STATES DISTRICT OF LOUISIANA
U.S. DISTRICT COURT
500 Poydras Street
New ORLEANS, LA 70130

LEGAL

$00.48
JUN 15 2015
MAILED FROM ZIP CODE 36502
0002008994