**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

U.S. COURTS OF LOUISIANA
M.D.L. # 2179
CV-10-02771
CV-10-08888

DWH0454036049

UNITED WASHITAW EMPIRE SOVEREIGHTY NATIO
PO BOX 3800 C.F. #180664
ATMORE, AL 36503

June 16, 2015
Claimant No.: 100339816

Re:     Confirmation Notice of Receipt of Claim

Dear Claimant:

The Claims Administrator has received the claim form you submitted to the Deepwater Horizon Claims Center (Economic & Property Damages). You will be contacted if additional information or documentation is required to process your claim.

If you have any questions regarding your Deepwater Horizon claim, you may contact the Claims Center toll-free at (866) 992-6174. You may also contact the Claims Center electronically by emailing us at Questions@DeepwaterHorizonEconomicSettlement.com.

Please retain this letter and make note of your Claimant Number printed above for future reference and include it on any correspondence with the Claims Center.

Sincerely,

Claims Administrator
Deepwater Horizon Claims Center
Economic and Property Damages