UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | Section J |
| | * | |
| This document applies to:  C.A. 12-970 | * | Honorable CARL J. BARBIER |
| *Bon Secour Fisheries, Inc., et al.* | * | |
| *v. BP Exploration &* | * | |
| *Production Inc., et al.* | * | Mag. Judge SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**NOTICE** is hereby given by Jason Zirlott and Capt. Jay, LLC, who hereby appeal to the United States Court of Appeals for the Fifth Circuit from the: i) Final Judgment [Doc. 14758] entered June 24, 2015, together with all rulings, findings and determinations embodied in the Final Judgment; and ii) Order and Reasons [Doc. 14752] entered June 24, 2015, together with all rulings, filings and determinations embodied in the Order.  This appeal is properly filed pursuant to Federal Rule of Appellate Procedure Rule 4.

Dated: July 1, 2015                             Respectfully submitted:

By: */s/  Martin E. Regan, Jr.*
Martin E. Regan, Jr. (LSB 11153)
Regan Law Firm, PLC
2125 St. Charles Avenue
New Orleans, LA 70130
Tel.: (504) 522-7260
Fax: (504) 522-7507

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of JULY 2015.

/s/ Martin E. Regan, Jr.
Martin E. Regan, Jr.