UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE DHECC FOR RETURN OF PAYMENTS MADE IN RELIANCE ON
FINANCIAL DATA PROVIDED BY CLAIM PREPARER JOSEPH K. BASSLER

The Deepwater Horizon Economic Claims Center ("DHECC") moves to have claims

preparer Joseph K. Bassler ("Bassler") and claimants TNN Enterprise, Inc. ("TNN"), Htun

Nyunt, Inc. ("Htun"), and Beach & Luxury Realty, Inc. ("BLR") return payments made by the

DHECC in reliance on the financial data Bassler provided to the DHECC.  Bassler

manipulated the claimants' monthly profit and loss statements to significantly increase

each claimant's purported economic loss suffered after the oil spill.

Relying on Bassler's representations, the DHECC paid TNN $132,579.40, Htun

$148,091.98, and BLR $397,884.93.  Bassler took a percentage of each of these awards.

The DHECC seeks a judgment requiring Bassler to return $678,556.31 paid on these

claims.  The DHECC further seeks to have TNN, Htun, and BLR each make restitution to the

DHECC of the amount of paid based on Bassler's misrepresentations of the accounting data

so as to avoid an unjust enrichment.  The DHECC seeks such further relief as may be

warranted and equitable.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:   /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Louis J. Freeh
Special Master

By:   /s/ Gregory A. Paw
Gregory A. Paw
Counsel to the Special Master

Dated:  July 2, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served this 2nd day of July 2015, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

_/s/ Gregory A. Paw_____ _____
Counsel