UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER AND FINAL JUDGMENT

Upon consideration of the motion by the Claims Administrator and the Special Master to have claims preparer Joseph K. Bassler ("Bassler") and claimants TNN Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc. return payments made by the Deepwater Horizon Economic Claims Center ("DHECC") in reliance on the financial data and sworn written statements provided by Bassler, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1.  The Motion of the DHECC for Return of Payments Made in Reliance on the Financial Data Provided by Claim Preparer Joseph K. Bassler is GRANTED; and

2.  The DHECC claim award in favor of TNN Enterprise, Inc., based upon Claim 103045 is hereby RESCINDED and VACATED; and

3.  The DHECC claim award in favor of Htun Nyunt, Inc., based upon Claim 105198 is hereby RESCINDED and VACATED; and

4.  The DHECC claim award in favor of Beach & Luxury Realty, Inc., based upon Claim 78339 is hereby RESCINDED and VACATED; and

5.  Judgment is entered against Bassler for the preparation and submission of Claims 103045, 105198, and 78339, requiring Bassler to make restitution to the DHECC in the amount of $678,556.31, plus post-judgment interest; and

6.  Judgment is entered against TNN Enterprise, Inc., requiring TNN Enterprise, Inc. to make restitution to the DHECC in the amount of $118,421.46, plus post-judgment interest; and

7.  Judgment is entered against Htun Nyunt, Inc., requiring Htun Nyunt, Inc. to make restitution to the DHECC in the amount of $132,382.79, plus post-judgment interest; and

8.  Judgment is entered against Beach & Luxury Realty, Inc., requiring Beach & Luxury Realty, Inc. to make restitution to the DHECC in the amount of $356,116.44, plus post-judgment interest; and

9.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

10.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE