APR 2 3 2012

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period January 1, 2007 To January 31, 2007

**Income**

| | | |
|---|---|---|
| Sales  Income Commissions | 88,121.00 | |
| Rental Income Commissions | 44,562.00 | |
| | | |
| Total Income | $     132,683.00 | $     132,683.00 |

**Expenses**

| | |
|---|---|
| Advertising and Promotion | 1,027.18 |
| Automobile Expense | 319.54 |
| Bank Charges | 18.00 |
| Commissions | 115,143.00 |
| Computer and Internet Expenses | 147.00 |
| Depreciation | 67.17 |
| Dues & Subscription | 837.19 |
| Insurance Expense | 395.00 |
| Interest | 159.00 |
| Laundry & cleaning | 12.00 |
| Legal & Professional | 115.00 |
| Meals and Entertainment | 94.06 |
| Miscellaneous | 104.66 |
| Office Supplies | 317.32 |
| Postage & Delivery | 492.82 |
| Printing | 212.94 |
| Rent | 4,350.00 |
| Repairs & Maintenance | 37.83 |
| Sign expense | 148.38 |
| Taxes & Licenses | 269.00 |
| Tenant Applications | 100.00 |
| Telephone | 673.42 |
| Travel | 188.55 |
| Utilities | 393.23 |

| | | |
|---|---|---|
| Total Expenses | $     125,622.29 | $     125,622.29 |
| | | |
| Net Income | | $     7,060.71 |

RECEIVED
APR 2 3 2012

# BEACH & LUXURY REALTY INC.

## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period February 1, 2007 To February 28, 2007

**Income**

| | | | |
|---|---:|---|---:|
| Sales  Income Commissions | 92,934.00 | | |
| Rental Income Commissions | 39,612.00 | | |
| **Total Income** | $ 132,546.00 | $ | 132,546.00 |

**Expenses**

| | |
|---|---:|
| Advertising and Promotion | 1,364.96 |
| Automobile Expense | 374.93 |
| Bank Charges | 18.00 |
| Commissions | 117,338.00 |
| Computer and Internet Expenses | 147.00 |
| Depreciation | 67.17 |
| Dues & Subscription | 684.64 |
| Insurance Expense | 395.00 |
| Interest | 159.00 |
| Laundry & cleaning | 12.00 |
| Legal & Professional | 115.00 |
| Meals and Entertainment | 94.06 |
| Miscellaneous | 104.66 |
| Office Supplies | 317.32 |
| Postage & Delivery | 492.82 |
| Printing | 212.94 |
| Rent | 4,350.00 |
| Repairs & Maintenance | 37.83 |
| Sign expense | 148.38 |
| Taxes & Licenses | 269.00 |
| Tenant Applications | 100.00 |
| Telephone | 673.42 |
| Travel | 188.55 |
| Utilities | 393.23 |

| | | | |
|---|---:|---|---:|
| **Total Expenses** | $ 128,057.91 | $ | 128,057.91 |
| **Net Income** | | $ | 4,488.09 |

APR 2 3 2012

BY:

# 3 5 8 5 2 4 1

## BEACH & LUXURY REALTY INC.
### 290 75th AVENUE
### SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period March 1, 2007 To March 31, 2007

| Income | | |
|---|---|---|
| Sales  Income Commissions | 93,655.00 | |
| Rental Income Commissions | 31,773.00 | |
| | | |
| Total Income | $  125,428.00 | $      125,428.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 1,177.48 | |
| Automobile Expense | 402.52 | |
| Bank Charges | 18.00 | |
| Commissions | 118,432.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $  129,114.57 | $      129,114.57 |
| | | |
| Net Income | | $       (3,686.57) |

RECEIVED
APR 2 3 2012
3 5 8 5 2 4 1

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period April 1, 2007 To April 30, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 94,063.00 | |
| Rental Income Commissions | 38,634.00 | |
| | | |
| Total Income | $ 132,697.00 | $ 132,697.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 1,062.88 | |
| Automobile Expense | 337.84 | |
| Bank Charges | 18.00 | |
| Commissions | 121,755.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $ 132,258.29 | $ 132,258.29 |
| | | |
| Net Income | | $ 438.71 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period May 1, 2007 To May 31, 2007

**Income**

| | | |
|---|---:|---:|
| Sales  Income Commissions | 133,512.00 | |
| Rental Income Commissions | 48,576.00 | |
| | | |
| Total Income | $   182,088.00 | $    182,088.00 |

**Expenses**

| | |
|---|---:|
| Advertising and Promotion | 1,245.38 |
| Automobile Expense | 321.73 |
| Bank Charges | 18.00 |
| Commissions | 163,887.00 |
| Computer and Internet Expenses | 117.00 |
| Depreciation | 67.17 |
| Dues & Subscription | 837.19 |
| Insurance Expense | 395.00 |
| Interest | 159.00 |
| Laundry & cleaning | 12.00 |
| Legal & Professional | 115.00 |
| Meals and Entertainment | 94.06 |
| Miscellaneous | 104.66 |
| Office Supplies | 317.32 |
| Postage & Delivery | 492.82 |
| Printing | 212.94 |
| Rent | 4,350.00 |
| Repairs & Maintenance | 37.83 |
| Sign expense | 148.38 |
| Taxes & Licenses | 269.00 |
| Tenant Applications | 100.00 |
| Telephone | 673.42 |
| Travel | 188.55 |
| Utilities | 393.23 |

| | | |
|---|---:|---:|
| Total Expenses | $   174,556.68 | $    174,556.68 |
| | | |
| Net Income | | $        7,531.32 |

35 85 2 4 1

APR 2 3 2012

# BEACH & LUXURY REALTY INC

## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period June 1, 2007 To June 30, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 268,975.00 | |
| Rental Income Commissions | 48,112.00 | |
| | | |
| Total Income | $  317,087.00 | $   317,087.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 1,366.09 | |
| Automobile Expense | 299.71 | |
| Bank Charges | 18.00 | |
| Commissions | 297,432.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $   308,200.37 | $   308,200.37 |
| | | |
| Net Income | | $      8,886.63 |

RECEIVED
APR 2 3 2012 #

3 5 8 5 2 4 1

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period July 1, 2007 To July 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 174,668.00 | |
| Rental Income Commissions | 61,492.00 | |
| | | |
| Total Income | $ 236,160.00 | $     236,160.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 1,147.87 | |
| Automobile Expense | 357.87 | |
| Bank Charges | 24.00 | |
| Commissions | 217,458.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $ 228,072.31 | $     228,072.31 |
| | | |
| Net Income | | $         8,087.69 |

BY:_____

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period August 1, 2007 To August 31, 2007

| Income | | |
|---|---:|---:|
| Sales Income Commissions | 174,472.00 | |
| Rental Income Commissions | 57,663.00 | |
| | | |
| Total Income | $ 232,135.00 | $ 232,135.00 |

| Expenses | | |
|---|---:|---:|
| Advertising and Promotion | 1,452.84 | |
| Automobile Expense | 422.93 | |
| Bank Charges | 18.00 | |
| Commissions | 199,793.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $ 210,771.34 | $ 210,771.34 |
| | | |
| Net Income | | $ 21,363.66 |

RECEIVED
APR 23 2012
BY:
# 3585241

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period September 1, 2007 To September 30, 2007

| Income | | |
|---|---|---|
| Sales  Income Commissions | 142,337.00 | |
| Rental Income Commissions | 41,853.00 | |
| | | |
| Total Income | $   184,190.00 | $      184,190.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 1,116.36 | |
| Automobile Expense | 321.44 | |
| Bank Charges | 18.00 | |
| Commissions | 173,976.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,363.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $   184,529.37 | $      184,529.37 |
| | | |
| Net Income | | $        (339.37) |

APR 2 3 2012

# BEACH & LUXURY REALTY INC.

## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period October 1, 2007 To October 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 225,886.00 | |
| Rental Income Commissions | 25,744.00 | |
| | | |
| Total Income | $ 251,630.00 | $       251,630.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 962.61 | |
| Automobile Expense | 373.53 | |
| Bank Charges | 18.00 | |
| Commissions | 235,777.00 | |
| Computer and Internet Expenses | 117.00 | |
| Depreciation | 67.17 | |
| Dues & Subscription | 837.19 | |
| Insurance Expense | 395.00 | |
| Interest | 159.00 | |
| Laundry & cleaning | 12.00 | |
| Legal & Professional | 115.00 | |
| Meals and Entertainment | 94.06 | |
| Miscellaneous | 104.66 | |
| Office Supplies | 317.32 | |
| Postage & Delivery | 492.82 | |
| Printing | 212.94 | |
| Rent | 4,350.00 | |
| Repairs & Maintenance | 37.83 | |
| Sign expense | 148.38 | |
| Taxes & Licenses | 269.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 673.42 | |
| Travel | 188.55 | |
| Utilities | 393.23 | |
| | | |
| Total Expenses | $ 246,215.71 | $       246,215.71 |
| | | |
| Net Income | | $         5,414.29 |

RECEIVED
APR 2 3 2012

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period November 1, 2007 To November 30, 2007

**Income**

| | | | |
|---|---|---|---|
| Sales Income Commissions | 163,994.00 | | |
| Rental Income Commissions | 52,888.00 | | |
| **Total Income** | $ 216,882.00 | $ | 216,882.00 |

**Expenses**

| | | | |
|---|---|---|---|
| Advertising and Promotion | 1,282.44 | | |
| Automobile Expense | 285.63 | | |
| Bank Charges | 18.00 | | |
| Commissions | 197,367.00 | | |
| Computer and Internet Expenses | 41.00 | | |
| Depreciation | 67.17 | | |
| Dues & Subscription | 837.19 | | |
| Insurance Expense | 395.00 | | |
| Interest | 159.00 | | |
| Laundry & cleaning | 12.00 | | |
| Legal & Professional | 115.00 | | |
| Meals and Entertainment | 94.06 | | |
| Miscellaneous | 104.66 | | |
| Office Supplies | 317.32 | | |
| Postage & Delivery | 492.82 | | |
| Printing | 212.94 | | |
| Rent | 4,350.00 | | |
| Repairs & Maintenance | 37.83 | | |
| Sign expense | 148.38 | | |
| Taxes & Licenses | 269.00 | | |
| Tenant Applications | 100.00 | | |
| Telephone | 673.42 | | |
| Travel | 188.55 | | |
| Utilities | 393.23 | | |
| **Total Expenses** | $ 207,961.64 | $ | 207,961.64 |
| **Net Income** | | $ | 8,920.36 |

RECEIVED
APR 2 3 2012
5 5 8 5 2 4 1

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period December 1, 2007 To December 31, 2007

| Income | | | |
|---|---:|---|---:|
| Sales Income Commissions | 100,484.00 | | |
| Rental Income Commissions | 43,639.00 | | |
| | | | |
| Total Income | $    144,123.00 | $  144,123.00 | |
| | | | |
| Expenses | | | |
| Advertising and Promotion | 821.31 | | |
| Automobile Expense | 236.63 | | |
| Bank Charges | 18.00 | | |
| Commissions | 167,500.00 | | |
| Computer and Internet Expenses | 41.63 | | |
| Depreciation | 67.17 | | |
| Dues & Subscription | 993.19 | | |
| Insurance Expense | 395.00 | | |
| Interest | 159.00 | | |
| Laundry & cleaning | 23.96 | | |
| Legal & Professional | 115.00 | | |
| Meals and Entertainment | 594.06 | | |
| Miscellaneous | 162.66 | | |
| Office Supplies | 543.32 | | |
| Postage & Delivery | 492.82 | | |
| Printing | 212.94 | | |
| Rent | 4,350.00 | | |
| Repairs & Maintenance | 166.83 | | |
| Sign expense | 185.38 | | |
| Taxes & Licenses | 269.00 | | |
| Tenant Applications | 100.00 | | |
| Telephone | 643.42 | | |
| Travel | 268.55 | | |
| Utilities | 423.23 | | |
| | | | |
| Total Expenses | $    178,783.10 | $  178,783.10 | |
| | | | |
| Net Income | | $   (34,660.10) | |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period January 1, 2008 To January 31, 2008

**Income**

| | | | |
|---|---|---|---|
| Sales  Income Commissions | 51,036.00 | | |
| Rental Income Commissions | 34,813.00 | | |
| **Total Income** | $   85,849.00 | $ | 85,849.00 |

**Expenses**

| | | | |
|---|---|---|---|
| Advertising and Promotion | 869.92 | | |
| Automobile Expense | 700.67 | | |
| Bank Charges | 78.59 | | |
| Commissions | 181,909.34 | | |
| Depreciation | 925.67 | | |
| Dues & Subscription | 936.92 | | |
| Insurance Expense | 397.17 | | |
| Interest | 76.42 | | |
| Legal & Professional | 315.84 | | |
| Meals and Entertainment | 572.50 | | |
| Office Supplies | 1,060.67 | | |
| Outside Services | 225.00 | | |
| Postage & Delivery | 1,015.34 | | |
| Printing | 180.34 | | |
| Rental Unit Repairs | 4,473.92 | | |
| Rent | 3,765.00 | | |
| Repairs & Maintenance | 155.59 | | |
| Sign expense | 134.25 | | |
| Taxes & Licenses | 55.00 | | |
| Tenant Applications | 100.00 | | |
| Telephone | 610.34 | | |
| Travel | 146.25 | | |
| Utilities | 260.09 | | |
| **Total Expenses** | $   198,964.83 | $ | 198,964.83 |
| **Net Income** | | $ | (113,115.83) |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period February 1, 2008 To February 29, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 104,988.12 | |
| Rental Income Commissions | 41,300.00 | |
| | | |
| Total Income | $    146,288.12 | $    146,288.12 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 781.93 | |
| Automobile Expense | 609.67 | |
| Bank Charges | 75.00 | |
| Commissions | 112,784.86 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 795.04 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 445.11 | |
| Meals and Entertainment | 619.50 | |
| Office Supplies | 1,147.55 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 944.93 | |
| Printing | 134.54 | |
| Rental Unit Repairs | 2,814.66 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 131.37 | |
| Sign expense | 135.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 191.25 | |
| Utilities | 237.03 | |
| | | |
| Total Expenses | $    128,002.29 | $    128,002.29 |
| | | |
| Net Income | | $     18,285.83 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period March 1, 2008 To March 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 205,205.00 | |
| Rental Income Commissions | 35,375.00 | |
| | | |
| Total Income | $   240,580.00 | $   240,580.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 995.73 | |
| Automobile Expense | 743.84 | |
| Bank Charges | 90.75 | |
| Commissions | 141,977.17 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 848.10 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 482.93 | |
| Meals and Entertainment | 516.50 | |
| Office Supplies | 960.49 | |
| Outside Services | | |
| Postage & Delivery | 1,105.66 | |
| Printing | 167.33 | |
| Rental Unit Repairs | 383.27 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 162.56 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | | |
| Telephone | 663.02 | |
| Travel | | |
| Utilities | 311.47 | |
| | | |
| Total Expenses | $   154,762.33 | $   154,762.33 |
| | | |
| Net Income | | $     85,817.67 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period April 1, 2008 To April 30, 2008

| Income | | |
|---|---|---|
| Sales  Income Commissions | 102,958.00 | |
| Rental Income Commissions | 59,960.00 | |
| | | |
| Total Income | $    162,918.00 | $   162,918.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 179,663.83 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $    196,719.32 | $   196,719.32 |
| | | |
| Net Income | | $    (33,801.32) |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period May 1, 2008 To May 31, 2008

| Income | | |
|---|---:|---:|
| Sales  Income Commissions | 200,244.00 | |
| Rental Income Commissions | 51,250.00 | |
| | | |
| Total Income | $  251,494.00 | $      251,494.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 181,467.90 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $  198,523.39 | $      198,523.39 |
| | | |
| Net Income | | $       52,970.61 |

RECEIVED
APR 2 3 2012
3585241

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period June 1, 2008 To June 30, 2008

| Income | | |
|---|---:|---:|
| Sales  Income Commissions | 144,293.00 | |
| Rental Income Commissions | 44,516.00 | |
| | | |
| Total Income | 188,809.00 | $    188,809.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 173,781.34 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $   190,836.83 | $    190,836.83 |
| | | |
| Net Income | | $      (2,027.83) |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period July 1, 2008 To July 31, 2008

| Income | | |
|---|---|---|
| Sales Income Commissions | 145,946.00 | |
| Rental Income Commissions | 79,855.00 | |
| | | |
| Total Income | $ 225,801.00 | $ 225,801.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 165,865.37 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $ 182,920.86 | $ 182,920.86 |
| | | |
| Net Income | | $ 42,880.14 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period August 1, 2008 To August 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 176,586.00 | |
| Rental Income Commissions | 77,124.00 | |
| | | |
| Total Income | $ 253,710.00 | $ 253,710.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 185,111.43 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $ 202,166.92 | $ 202,166.92 |
| | | |
| Net Income | | $ 51,543.08 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period September 1, 2008 To September 30, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 129,750.00 | |
| Rental Income Commissions | 84,153.00 | |
| | | |
| Total Income | $   213,903.00 | $   213,903.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 186,443.86 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $   203,499.35 | $   203,499.35 |
| | | |
| Net Income | | $   10,403.65 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period October 1, 2008 To October 31, 2008

| | | |
|---|---|---|
| Income | | |
|   Sales  Income Commissions | 91,666.00 | |
|   Rental Income Commissions | 97,875.00 | |
| | | |
| Total Income | $    189,541.00 | $    189,541.00 |
| | | |
| Expenses | | |
|   Advertising and Promotion | 869.92 | |
|   Automobile Expense | 700.67 | |
|   Bank Charges | 78.59 | |
|   Commissions | 119,753.17 | |
|   Depreciation | 925.67 | |
|   Dues & Subscription | 936.92 | |
|   Insurance Expense | 397.17 | |
|   Interest | 76.42 | |
|   Legal & Professional | 315.84 | |
|   Meals and Entertainment | 572.50 | |
|   Office Supplies | 1,060.67 | |
|   Outside Services | 225.00 | |
|   Postage & Delivery | 1,015.34 | |
|   Printing | 180.34 | |
|   Rental Unit Repairs | 4,473.92 | |
|   Rent | 3,765.00 | |
|   Repairs & Maintenance | 155.59 | |
|   Sign expense | 134.25 | |
|   Taxes & Licenses | 55.00 | |
|   Tenant Applications | 100.00 | |
|   Telephone | 610.34 | |
|   Travel | 146.25 | |
|   Utilities | 260.09 | |
| | | |
| Total Expenses | $    136,808.66 | $    136,808.66 |
| | | |
| Net Income | | $      52,732.34 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period November 1, 2008 To November 30, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales Income Commissions | 113,214.00 | |
| Rental Income Commissions | 91,491.00 | |
| | | |
| Total Income | $  204,705.00 | $  204,705.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 869.92 | |
| Automobile Expense | 700.67 | |
| Bank Charges | 78.59 | |
| Commissions | 186,777.52 | |
| Depreciation | 925.67 | |
| Dues & Subscription | 936.92 | |
| Insurance Expense | 397.17 | |
| Interest | 76.42 | |
| Legal & Professional | 315.84 | |
| Meals and Entertainment | 572.50 | |
| Office Supplies | 1,060.67 | |
| Outside Services | 225.00 | |
| Postage & Delivery | 1,015.34 | |
| Printing | 180.34 | |
| Rental Unit Repairs | 4,473.92 | |
| Rent | 3,765.00 | |
| Repairs & Maintenance | 155.59 | |
| Sign expense | 134.25 | |
| Taxes & Licenses | 55.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 610.34 | |
| Travel | 146.25 | |
| Utilities | 260.09 | |
| | | |
| Total Expenses | $  203,833.01 | $  203,833.01 |
| | | |
| Net Income | | $  871.99 |

# BEACH & LUXURY REALTY INC.
## 290 75th AVENUE
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period December 1, 2008 To December 31, 2008

Income
| | | |
|---|---|---|
| Sales Income Commissions | 171,598.00 | |
| Rental Income Commissions | 73,301.00 | |
| | | |
| Total Income | $ 244,899.00 | $        244,899.00 |

Expenses
| | |
|---|---|
| Advertising and Promotion | 869.92 |
| Automobile Expense | 700.67 |
| Bank Charges | 78.59 |
| Commissions | 367,375.83 |
| Depreciation | 925.67 |
| Dues & Subscription | 936.92 |
| Insurance Expense | 397.17 |
| Interest | 76.42 |
| Legal & Professional | 315.84 |
| Meals and Entertainment | 572.50 |
| Office Supplies | 1,060.67 |
| Outside Services | 225.00 |
| Postage & Delivery | 1,015.34 |
| Printing | 180.34 |
| Rental Unit Repairs | 3,994.73 |
| Rent | 3,765.00 |
| Repairs & Maintenance | 155.59 |
| Sign expense | 134.25 |
| Taxes & Licenses | 55.00 |
| Tenant Applications | 100.00 |
| Telephone | 610.34 |
| Travel | 146.25 |
| Utilities | 260.09 |

| | | |
|---|---|---|
| Total Expenses | $ 383,952.13 | $        383,952.13 |
| | | |
| Net Income | | $       (139,053.13) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period January 1, 2009 To January 31, 2009

| Income | | |
|---|---:|---:|
| Sales  Income Commissions | 48,036.00 | |
| Rental Income Commissions | 36,614.00 | |
| | | |
| Total Income | $ 84,650.00 | $ 84,650.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 43.30 | |
| Automobile Expense | 273.70 | |
| Bank Charges | 27.00 | |
| Commissions | 183,051.00 | |
| Depreciation | 619.70 | |
| Dues & Subscription | 1,615.10 | |
| Insurance | 526.20 | |
| Laundry & cleaning | 17.50 | |
| Legal & Professional | 354.00 | |
| Meals and Entertainment | 300.80 | |
| Miscellaneous | 365.20 | |
| Office Supplies | 1,708.90 | |
| Postage & Delivery | 339.00 | |
| Rent | 3,923.16 | |
| Rental Units Repair | 3,255.60 | |
| Repairs & Maintenance | 121.00 | |
| Sign expense | 86.50 | |
| Taxes & Licenses | 144.50 | |
| Telephone | 648.90 | |
| Travel | 46.30 | |
| Utilities | 222.00 | |
| | | |
| Total Expenses | $ 197,689.36 | $ 197,689.36 |
| | | |
| Net Income | | $ (113,039.36) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period February 1, 2009 To February 28, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 100,734.00 | |
| Rental Income Commissions | 41,300.00 | |
| | | |
| Total Income | $    142,034.00 | $   142,034.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 34.64 | |
| Automobile Expense | 218.96 | |
| Bank Charges | 21.60 | |
| Commissions | 146,440.80 | |
| Depreciation | 495.76 | |
| Dues & Subscription | 1,292.08 | |
| Interest | 420.96 | |
| Laundry & cleaning | 14.00 | |
| Legal & Professional | 283.20 | |
| Meals and Entertainment | 240.64 | |
| Miscellaneous | 292.16 | |
| Office Supplies | 1,367.12 | |
| Postage & Delivery | 271.20 | |
| Rent | 2,615.44 | |
| Rental Units Repair | 2,604.48 | |
| Repairs & Maintenance | 96.80 | |
| Sign expense | 69.20 | |
| Taxes & Licenses | 115.60 | |
| Telephone | 519.12 | |
| Travel | 37.04 | |
| Utilities | 177.60 | |
| | | |
| Total Expenses | $    157,628.40 | $   157,628.40 |
| | | |
| Net Income | | $    (15,594.40) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
### For The Period March 1, 2009 To March 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales Income Commissions | 103,786.00 | |
| Rental Income Commissions | 37,644.00 | |
| | | |
| Total Income | $ 141,430.00 | $ 141,430.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 30.31 | |
| Automobile Expense | 191.59 | |
| Bank Charges | 18.90 | |
| Commissions | 128,135.70 | |
| Depreciation | 433.79 | |
| Dues & Subscription | 1,130.57 | |
| Interest | 368.34 | |
| Laundry & cleaning | 12.25 | |
| Legal & Professional | 247.80 | |
| Meals and Entertainment | 210.56 | |
| Miscellaneous | 255.64 | |
| Office Supplies | 1,196.23 | |
| Postage & Delivery | 237.30 | |
| Rent | 2,288.51 | |
| Rental Units Repair | 2,278.92 | |
| Repairs & Maintenance | 84.70 | |
| Sign expense | 60.55 | |
| Taxes & Licenses | 101.15 | |
| Telephone | 454.23 | |
| Travel | 32.41 | |
| Utilities | 155.40 | |
| | | |
| Total Expenses | $ 137,924.85 | $ 137,924.85 |
| | | |
| Net Income | | $ 3,505.15 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period April 1, 2009 To April 30, 2009

| Income | | |
|---|---|---|
| Sales  Income Commissions | 80,533.00 | |
| Rental Income Commissions | 73,753.00 | |
| | | |
| Total Income | $   154,286.00 | $     154,286.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 25.98 | |
| Automobile Expense | 164.22 | |
| Bank Charges | 16.20 | |
| Commissions | 109,830.60 | |
| Depreciation | 371.82 | |
| Dues & Subscription | 969.06 | |
| Interest | 315.72 | |
| Laundry & cleaning | 10.50 | |
| Legal & Professional | 212.40 | |
| Meals and Entertainment | 180.48 | |
| Miscellaneous | 219.12 | |
| Office Supplies | 1,025.34 | |
| Postage & Delivery | 203.40 | |
| Rent | 1,961.58 | |
| Rental Units Repair | 1,953.36 | |
| Repairs & Maintenance | 72.60 | |
| Sign expense | 51.90 | |
| Taxes & Licenses | 86.70 | |
| Telephone | 389.34 | |
| Travel | 27.78 | |
| Utilities | 133.20 | |
| | | |
| Total Expenses | $   118,221.30 | $     118,221.30 |
| | | |
| Net Income | | $       36,064.70 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period May 1, 2009 To May 31, 2009

**Income**

| | | |
|---|---:|---:|
| Sales  Income Commissions | 93,677.00 | |
| Rental Income Commissions | 77,889.00 | |
| | | |
| Total Income | $    171,566.00 | $    171,566.00 |

**Expenses**

| | | |
|---|---:|---:|
| Advertising and Promotion | 21.65 | |
| Automobile Expense | 136.85 | |
| Bank Charges | 13.50 | |
| Commissions | 91,525.50 | |
| Depreciation | 309.85 | |
| Dues & Subscription | 807.55 | |
| Interest | 263.10 | |
| Laundry & cleaning | 8.75 | |
| Legal & Professional | 177.00 | |
| Meals and Entertainment | 150.40 | |
| Miscellaneous | 182.60 | |
| Office Supplies | 854.45 | |
| Postage & Delivery | 169.50 | |
| Rent | 1,634.65 | |
| Rental Units Repair | 1,627.80 | |
| Repairs & Maintenance | 60.50 | |
| Sign expense | 43.25 | |
| Taxes & Licenses | 72.25 | |
| Telephone | 324.45 | |
| Travel | 23.15 | |
| Utilities | 111.00 | |
| | | |
| Total Expenses | $     98,517.75 | $     98,517.75 |
| | | |
| Net Income | | $     73,048.25 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period June 1, 2009 To June 30, 2009

| Income | | |
|---|---:|---:|
| Sales  Income Commissions | 84,293.00 | |
| Rental Income Commissions | 98,899.00 | |
| | | |
| Total Income | $   183,192.00 | $   183,192.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 47.63 | |
| Automobile Expense | 301.07 | |
| Bank Charges | 29.70 | |
| Commissions | 201,356.10 | |
| Depreciation | 681.67 | |
| Dues & Subscription | 1,776.61 | |
| Interest | 578.82 | |
| Laundry & cleaning | 19.25 | |
| Legal & Professional | 389.40 | |
| Meals and Entertainment | 330.88 | |
| Miscellaneous | 401.72 | |
| Office Supplies | 1,879.79 | |
| Postage & Delivery | 372.90 | |
| Rent | 3,596.23 | |
| Rental Units Repair | 3,581.16 | |
| Repairs & Maintenance | 133.10 | |
| Sign expense | 95.15 | |
| Taxes & Licenses | 158.95 | |
| Telephone | 713.79 | |
| Travel | 50.93 | |
| Utilities | 244.20 | |
| | | |
| Total Expenses | $   216,739.05 | $   216,739.05 |
| | | |
| Net Income | | $   (33,547.05) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period July 1, 2009 To July 31, 2009

Income
| | | |
|---|---|---|
| Sales  Income Commissions | 92,116.00 | |
| Rental Income Commissions | 93,477.00 | |
| Total Income | $    185,593.00 | $    185,593.00 |

Expenses
| | | |
|---|---|---|
| Advertising and Promotion | 51.96 | |
| Automobile Expense | 328.44 | |
| Bank Charges | 32.40 | |
| Commissions | 219,661.20 | |
| Depreciation | 743.64 | |
| Dues & Subscription | 1,938.12 | |
| Interest | 631.44 | |
| Laundry & cleaning | 21.00 | |
| Legal & Professional | 424.80 | |
| Meals and Entertainment | 360.96 | |
| Miscellaneous | 438.24 | |
| Office Supplies | 2,050.68 | |
| Postage & Delivery | 406.80 | |
| Rent | 3,923.16 | |
| Rental Units Repair | 3,906.72 | |
| Repairs & Maintenance | 145.20 | |
| Sign expense | 103.80 | |
| Taxes & Licenses | 173.40 | |
| Telephone | 778.68 | |
| Travel | 55.56 | |
| Utilities | 266.40 | |
| Total Expenses | $    236,442.60 | $    236,442.60 |
| Net Income | | $    (50,849.60) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period August 1, 2009 To August 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 114,774.00 | |
| Rental Income Commissions | 99,144.00 | |
| | | |
| Total Income | $    213,918.00 | $    213,918.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 56.29 | |
| Automobile Expense | 355.81 | |
| Bank Charges | 35.10 | |
| Commissions | 237,966.30 | |
| Depreciation | 805.61 | |
| Dues & Subscription | 2,099.63 | |
| Interest | 684.06 | |
| Laundry & cleaning | 22.75 | |
| Legal & Professional | 460.20 | |
| Meals and Entertainment | 391.04 | |
| Miscellaneous | 474.76 | |
| Office Supplies | 2,221.57 | |
| Postage & Delivery | 440.70 | |
| Rent | 4,250.09 | |
| Rental Units Repair | 4,232.28 | |
| Repairs & Maintenance | 157.30 | |
| Sign expense | 112.45 | |
| Taxes & Licenses | 187.85 | |
| Telephone | 843.57 | |
| Travel | 60.19 | |
| Utilities | 288.60 | |
| | | |
| Total Expenses | $    256,146.15 | $    256,146.15 |
| | | |
| Net Income | | $    (42,228.15) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period September 1, 2009 To September 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 90,388.00 | |
| Rental Income Commissions | 87,158.00 | |
| | | |
| Total Income | $ 177,546.00 | $ 177,546.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 36.81 | |
| Automobile Expense | 232.65 | |
| Bank Charges | 22.95 | |
| Commissions | 155,593.35 | |
| Depreciation | 526.75 | |
| Dues & Subscription | 1,372.84 | |
| Interest | 447.27 | |
| Laundry & cleaning | 14.88 | |
| Legal & Professional | 300.90 | |
| Meals and Entertainment | 255.68 | |
| Miscellaneous | 310.42 | |
| Office Supplies | 1,452.57 | |
| Postage & Delivery | 288.15 | |
| Rent | 2,778.91 | |
| Rental Units Repair | 2,767.26 | |
| Repairs & Maintenance | 102.85 | |
| Sign expense | 73.53 | |
| Taxes & Licenses | 122.83 | |
| Telephone | 551.57 | |
| Travel | 39.36 | |
| Utilities | 188.70 | |
| | | |
| Total Expenses | $ 167,480.18 | $ 167,480.18 |
| | | |
| Net Income | | $ 10,065.83 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period October 1, 2009 To October 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 86,936.00 | |
| Rental Income Commissions | 87,580.00 | |
| | | |
| Total Income | $   174,516.00 | $   174,516.00 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | 32.48 | |
| Automobile Expense | 205.28 | |
| Bank Charges | 20.25 | |
| Commissions | 137,288.25 | |
| Depreciation | 464.78 | |
| Dues & Subscription | 1,211.33 | |
| Interest | 394.65 | |
| Laundry & cleaning | 13.13 | |
| Legal & Professional | 265.50 | |
| Meals and Entertainment | 225.60 | |
| Miscellaneous | 273.90 | |
| Office Supplies | 1,281.68 | |
| Postage & Delivery | 254.25 | |
| Rent | 2,451.98 | |
| Rental Units Repair | 2,441.70 | |
| Repairs & Maintenance | 90.75 | |
| Sign expense | 64.88 | |
| Taxes & Licenses | 108.38 | |
| Telephone | 486.68 | |
| Travel | 34.73 | |
| Utilities | 166.50 | |
| | | |
| Total Expenses | $   147,776.63 | $   147,776.63 |
| | | |
| Net Income | | $     26,739.38 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period November 1, 2009 To November 30, 2009

Income

| | | |
|---|---:|---:|
| Sales  Income Commissions | 93,214.00 | |
| Rental Income Commissions | 96,722.00 | |
| | | |
| Total Income | $    189,936.00 | $  189,936.00 |

Expenses

| | |
|---|---:|
| Advertising and Promotion | 28.15 |
| Automobile Expense | 177.91 |
| Bank Charges | 17.55 |
| Commissions | 118,983.15 |
| Depreciation | 402.81 |
| Dues & Subscription | 1,049.82 |
| Interest | 342.03 |
| Laundry & cleaning | 11.38 |
| Legal & Professional | 230.10 |
| Meals and Entertainment | 195.52 |
| Miscellaneous | 237.38 |
| Office Supplies | 1,110.79 |
| Postage & Delivery | 220.35 |
| Rent | 2,125.05 |
| Rental Units Repair | 2,116.14 |
| Repairs & Maintenance | 78.65 |
| Sign expense | 56.23 |
| Taxes & Licenses | 93.93 |
| Telephone | 421.79 |
| Travel | 30.10 |
| Utilities | 144.30 |

| | | |
|---|---:|---:|
| Total Expenses | $    128,073.08 | $  128,073.08 |
| | | |
| Net Income | | $    61,862.93 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period December 1, 2009 To December 31, 2009

| Income | | |
|---|---|---|
| Sales  Income Commissions | 78,763.00 | |
| Rental Income Commissions | 76,990.00 | |
| | | |
| Total Income | $   155,753.00 | $   155,753.00 |
| | | |
| Expenses | | |
| Advertising and Promotion | 23.82 | |
| Automobile Expense | 150.54 | |
| Bank Charges | 14.85 | |
| Commissions | 100,678.05 | |
| Depreciation | 340.84 | |
| Dues & Subscription | 888.31 | |
| Interest | 289.41 | |
| Laundry & cleaning | 9.63 | |
| Legal & Professional | 194.70 | |
| Meals and Entertainment | 165.44 | |
| Miscellaneous | 200.86 | |
| Office Supplies | 939.90 | |
| Postage & Delivery | 186.45 | |
| Rent | 1,798.12 | |
| Rental Units Repair | 1,790.58 | |
| Repairs & Maintenance | 66.55 | |
| Sign expense | 47.58 | |
| Taxes & Licenses | 79.48 | |
| Telephone | 356.90 | |
| Travel | 25.47 | |
| Utilities | 122.10 | |
| | | |
| Total Expenses | $   108,369.53 | $   108,369.53 |
| | | |
| Net Income | | $     47,383.48 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period January 1, 2010 To December 31, 2010

Income
| | | |
|---|---|---|
| Sales  Income Commissions | 1,307,406.00 | |
| Rental Income Commissions | 711,108.00 | |
| | | |
| Total Income | $ 2,018,514.00 | $ 2,018,514.00 |

Expenses
| | | |
|---|---|---|
| Automobile Expense | 1,685.00 | |
| Bank Charges | 388.00 | |
| Commissions | 1,833,382.00 | |
| Computer and Internet Expenses | 772.00 | |
| Depreciation | 7,906.00 | |
| Dues & Subscription | 13,810.00 | |
| Insurance Expense | 6,647.00 | |
| Laundry & cleaning | 178.00 | |
| Legal & Professional | 2,750.00 | |
| Meals and Entertainment | 4,480.00 | |
| Miscellaneous | 852.00 | |
| Office Supplies | 14,149.00 | |
| Postage & Delivery | 3,327.00 | |
| Rent | 45,320.00 | |
| Rental Units Repairs | 18,388.00 | |
| Repairs & Maintenance | 1,741.00 | |
| Sign expense | 144.00 | |
| Taxes & Licenses | 1,981.00 | |
| Tenant Applications | 100.00 | |
| Telephone | 6,605.00 | |
| Utilities | 1,435.00 | |
| | | |
| Total Expenses | $ 1,966,040.00 | $ 1,966,040.00 |
| | | |
| Net Income | | $ 52,474.00 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period January 1, 2010 To January 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 69,442.00 | |
| Rental Income Commissions | 39,462.00 | |
| | | |
| Total Income | $   108,904.00 | $   108,904.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 168.50 | |
| Bank Charges | 38.80 | |
| Commissions | 183,338.20 | |
| Computer and Internet Expenses | 77.20 | |
| Depreciation | 790.60 | |
| Dues & Subscription | 1,381.00 | |
| Insurance Expense | 664.70 | |
| Laundry & cleaning | 17.80 | |
| Legal & Professional | 275.00 | |
| Meals and Entertainment | 448.00 | |
| Miscellaneous | 85.20 | |
| Office Supplies | 1,414.90 | |
| Postage & Delivery | 332.70 | |
| Rent | 4,532.00 | |
| Rental Units Repairs | 1,838.80 | |
| Repairs & Maintenance | 174.10 | |
| Sign expense | 14.40 | |
| Taxes & Licenses | 198.10 | |
| Tenant Applications | 10.00 | |
| Telephone | 660.50 | |
| Utilities | 143.50 | |
| | | |
| Total Expenses | $   196,604.00 | $   196,604.00 |
| | | |
| Net Income | | $   (87,700.00) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period February 1, 2010 To February 28, 2010

**Income**

| | | |
|---|---:|---:|
| Sales  Income Commissions | 112,965.00 | |
| Rental Income Commissions | 47,846.00 | |
| | | |
| Total Income | $  160,811.00 | $      160,811.00 |

**Expenses**

| | |
|---|---:|
| Automobile Expense | 134.80 |
| Bank Charges | 31.04 |
| Commissions | 146,670.56 |
| Computer and Internet Expenses | 61.76 |
| Depreciation | 632.48 |
| Dues & Subscription | 1,104.80 |
| Insurance Expense | 531.76 |
| Laundry & cleaning | 14.24 |
| Legal & Professional | 220.00 |
| Meals and Entertainment | 358.40 |
| Miscellaneous | 68.16 |
| Office Supplies | 1,131.92 |
| Postage & Delivery | 266.16 |
| Rent | 3,625.60 |
| Rental Units Repairs | 1,471.04 |
| Repairs & Maintenance | 139.28 |
| Sign expense | 11.52 |
| Taxes & Licenses | 158.48 |
| Tenant Applications | 8.00 |
| Telephone | 528.40 |
| Utilities | 114.80 |

| | | |
|---|---:|---:|
| Total Expenses | $   157,283.20 | $      157,283.20 |
| | | |
| Net Income | | $        3,527.80 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period March 1, 2010 To March 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 108,448.00 | |
| Rental Income Commissions | 42,895.00 | |
| | | |
| Total Income | $    151,343.00 | $   151,343.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 117.95 | |
| Bank Charges | 27.16 | |
| Commissions | 128,336.74 | |
| Computer and Internet Expenses | 54.04 | |
| Depreciation | 553.42 | |
| Dues & Subscription | 966.70 | |
| Insurance Expense | 465.29 | |
| Laundry & cleaning | 12.46 | |
| Legal & Professional | 192.50 | |
| Meals and Entertainment | 313.60 | |
| Miscellaneous | 59.64 | |
| Office Supplies | 990.43 | |
| Postage & Delivery | 232.89 | |
| Rent | 3,172.40 | |
| Rental Units Repairs | 1,287.16 | |
| Repairs & Maintenance | 121.87 | |
| Sign expense | 10.08 | |
| Taxes & Licenses | 138.67 | |
| Tenant Applications | 7.00 | |
| Telephone | 462.35 | |
| Utilities | 100.45 | |
| | | |
| Total Expenses | $    137,622.80 | $   137,622.80 |
| | | |
| Net Income | | $    13,720.20 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period April 1, 2010 To April 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 93,533.00 | |
| Rental Income Commissions | 58,116.00 | |
| | | |
| Total Income | $  151,649.00 | $  151,649.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 101.10 | |
| Bank Charges | 23.28 | |
| Commissions | 110,002.92 | |
| Computer and Internet Expenses | 46.32 | |
| Depreciation | 474.36 | |
| Dues & Subscription | 828.60 | |
| Insurance Expense | 398.82 | |
| Laundry & cleaning | 10.68 | |
| Legal & Professional | 165.00 | |
| Meals and Entertainment | 268.80 | |
| Miscellaneous | 51.12 | |
| Office Supplies | 848.94 | |
| Postage & Delivery | 199.62 | |
| Rent | 2,719.20 | |
| Rental Units Repairs | 1,103.28 | |
| Repairs & Maintenance | 104.46 | |
| Sign expense | 8.64 | |
| Taxes & Licenses | 118.86 | |
| Tenant Applications | 6.00 | |
| Telephone | 396.30 | |
| Utilities | 86.10 | |
| | | |
| Total Expenses | $  117,962.40 | $  117,962.40 |
| | | |
| Net Income | | $    33,686.60 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period May 1, 2010 To May 31, 2010

| Income | | |
|---|---|---|
| Sales Income Commissions | 99,338.00 | |
| Rental Income Commissions | 41,044.00 | |
| | | |
| Total Income | $ 140,382.00 | $ 140,382.00 |
| | | |
| Expenses | | |
| Automobile Expense | 84.25 | |
| Bank Charges | 19.40 | |
| Commissions | 91,669.10 | |
| Computer and Internet Expenses | 38.60 | |
| Depreciation | 395.30 | |
| Dues & Subscription | 690.50 | |
| Insurance Expense | 332.35 | |
| Laundry & cleaning | 8.90 | |
| Legal & Professional | 137.50 | |
| Meals and Entertainment | 224.00 | |
| Miscellaneous | 42.60 | |
| Office Supplies | 707.45 | |
| Postage & Delivery | 166.35 | |
| Rent | 2,266.00 | |
| Rental Units Repairs | 919.40 | |
| Repairs & Maintenance | 87.05 | |
| Sign expense | 7.20 | |
| Taxes & Licenses | 99.05 | |
| Tenant Applications | 5.00 | |
| Telephone | 330.25 | |
| Utilities | 71.75 | |
| | | |
| Total Expenses | $ 98,302.00 | $ 98,302.00 |
| | | |
| Net Income | | $ 42,080.00 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period June 1, 2010 To June 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 125,263.00 | |
| Rental Income Commissions | 69,722.00 | |
| | | |
| Total Income | $    194,985.00 | $  194,985.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 185.35 | |
| Bank Charges | 42.68 | |
| Commissions | 201,672.02 | |
| Computer and Internet Expenses | 84.92 | |
| Depreciation | 869.66 | |
| Dues & Subscription | 1,519.10 | |
| Insurance Expense | 731.17 | |
| Laundry & cleaning | 19.58 | |
| Legal & Professional | 302.50 | |
| Meals and Entertainment | 492.80 | |
| Miscellaneous | 93.72 | |
| Office Supplies | 1,556.39 | |
| Postage & Delivery | 365.97 | |
| Rent | 4,985.20 | |
| Rental Units Repairs | 2,022.68 | |
| Repairs & Maintenance | 191.51 | |
| Sign expense | 15.84 | |
| Taxes & Licenses | 217.91 | |
| Tenant Applications | 11.00 | |
| Telephone | 726.55 | |
| Utilities | 157.85 | |
| | | |
| Total Expenses | $    216,264.40 | $  216,264.40 |
| | | |
| Net Income | | $   (21,279.40) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period July 1, 2010 To July 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales Income Commissions | 117,438.00 | |
| Rental Income Commissions | 64,621.00 | |
| | | |
| Total Income | $ 182,059.00 | $ 182,059.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 202.20 | |
| Bank Charges | 46.56 | |
| Commissions | 220,005.84 | |
| Computer and Internet Expenses | 92.64 | |
| Depreciation | 948.72 | |
| Dues & Subscription | 1,657.20 | |
| Insurance Expense | 797.64 | |
| Laundry & cleaning | 21.36 | |
| Legal & Professional | 330.00 | |
| Meals and Entertainment | 537.60 | |
| Miscellaneous | 102.24 | |
| Office Supplies | 1,697.88 | |
| Postage & Delivery | 399.24 | |
| Rent | 5,438.40 | |
| Rental Units Repairs | 2,206.56 | |
| Repairs & Maintenance | 208.92 | |
| Sign expense | 17.28 | |
| Taxes & Licenses | 237.72 | |
| Tenant Applications | 12.00 | |
| Telephone | 792.60 | |
| Utilities | 172.20 | |
| | | |
| Total Expenses | $ 235,924.80 | $ 235,924.80 |
| | | |
| Net Income | | $ (53,865.80) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period August 1, 2010 To August 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 111,325.00 | |
| Rental Income Commissions | 68,475.00 | |
| | | |
| Total Income | $ 179,800.00 | $ 179,800.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 219.05 | |
| Bank Charges | 50.44 | |
| Commissions | 238,339.66 | |
| Computer and Internet Expenses | 100.36 | |
| Depreciation | 1,027.78 | |
| Dues & Subscription | 1,795.30 | |
| Insurance Expense | 864.11 | |
| Laundry & cleaning | 23.14 | |
| Legal & Professional | 357.50 | |
| Meals and Entertainment | 582.40 | |
| Miscellaneous | 110.76 | |
| Office Supplies | 1,839.37 | |
| Postage & Delivery | 432.51 | |
| Rent | 5,891.60 | |
| Rental Units Repairs | 2,390.44 | |
| Repairs & Maintenance | 226.33 | |
| Sign expense | 18.72 | |
| Taxes & Licenses | 257.53 | |
| Tenant Applications | 13.00 | |
| Telephone | 858.65 | |
| Utilities | 186.55 | |
| | | |
| Total Expenses | $ 255,585.20 | $ 255,585.20 |
| | | |
| Net Income | | $ (75,785.20) |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period September 1, 2010 To September 30, 2010

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales Income Commissions | 120,177.00 | | |
| Rental Income Commissions | 71,973.00 | | |
| | | | |
| Total Income | $ 192,150.00 | $ | 192,150.00 |
| | | | |
| **Expenses** | | | |
| Automobile Expense | 143.23 | | |
| Bank Charges | 32.98 | | |
| Commissions | 155,837.47 | | |
| Computer and Internet Expenses | 65.62 | | |
| Depreciation | 672.01 | | |
| Dues & Subscription | 1,173.85 | | |
| Insurance Expense | 565.00 | | |
| Laundry & cleaning | 15.13 | | |
| Legal & Professional | 233.75 | | |
| Meals and Entertainment | 380.80 | | |
| Miscellaneous | 72.42 | | |
| Office Supplies | 1,202.67 | | |
| Postage & Delivery | 282.80 | | |
| Rent | 3,852.20 | | |
| Rental Units Repairs | 1,562.98 | | |
| Repairs & Maintenance | 147.99 | | |
| Sign expense | 12.24 | | |
| Taxes & Licenses | 168.39 | | |
| Tenant Applications | 8.50 | | |
| Telephone | 561.43 | | |
| Utilities | 121.98 | | |
| | | | |
| Total Expenses | $ 167,113.40 | $ | 167,113.40 |
| | | | |
| Net Income | | $ | 25,036.60 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

INCOME STATEMENT
For The Period October 1, 2010 To October 31, 2010

| Income | | |
|---|---|---|
| Sales  Income Commissions | 105,448.00 | |
| Rental Income Commissions | 72,148.00 | |
| | | |
| Total Income | $ 177,596.00 | $   177,596.00 |
| | | |
| Expenses | | |
| Automobile Expense | 126.38 | |
| Bank Charges | 29.10 | |
| Commissions | 137,503.65 | |
| Computer and Internet Expenses | 57.90 | |
| Depreciation | 592.95 | |
| Dues & Subscription | 1,035.75 | |
| Insurance Expense | 498.53 | |
| Laundry & cleaning | 13.35 | |
| Legal & Professional | 206.25 | |
| Meals and Entertainment | 336.00 | |
| Miscellaneous | 63.90 | |
| Office Supplies | 1,061.18 | |
| Postage & Delivery | 249.53 | |
| Rent | 3,399.00 | |
| Rental Units Repairs | 1,379.10 | |
| Repairs & Maintenance | 130.58 | |
| Sign expense | 10.80 | |
| Taxes & Licenses | 148.58 | |
| Tenant Applications | 7.50 | |
| Telephone | 495.38 | |
| Utilities | 107.63 | |
| | | |
| Total Expenses | $ 147,453.00 | $   147,453.00 |
| | | |
| Net Income | | $     30,143.00 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period November 1, 2010 To November 30, 2010

| | | |
|---|---|---|
| Income | | |
| Sales Income Commissions | 103,773.00 | |
| Rental Income Commissions | 76,468.00 | |
| | | |
| Total Income | $ 180,241.00 | $ 180,241.00 |
| | | |
| Expenses | | |
| Automobile Expense | 109.53 | |
| Bank Charges | 25.22 | |
| Commissions | 119,169.83 | |
| Computer and Internet Expenses | 50.18 | |
| Depreciation | 513.89 | |
| Dues & Subscription | 897.65 | |
| Insurance Expense | 432.06 | |
| Laundry & cleaning | 11.57 | |
| Legal & Professional | 178.75 | |
| Meals and Entertainment | 291.20 | |
| Miscellaneous | 55.38 | |
| Office Supplies | 919.69 | |
| Postage & Delivery | 216.26 | |
| Rent | 2,945.80 | |
| Rental Units Repairs | 1,195.22 | |
| Repairs & Maintenance | 113.17 | |
| Sign expense | 9.36 | |
| Taxes & Licenses | 128.77 | |
| Tenant Applications | 6.50 | |
| Telephone | 429.33 | |
| Utilities | 93.28 | |
| | | |
| Total Expenses | $ 127,792.60 | $ 127,792.60 |
| | | |
| Net Income | | $ 52,448.40 |

# BEACH & LUXURY REALTY INC.
## 7340 GULF BLVD.
## SAINT PETERSBURG, FLORIDA 33706

### INCOME STATEMENT
For The Period December 1, 2010 To December 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales  Income Commissions | 140,256.00 | |
| Rental Income Commissions | 58,338.00 | |
| | | |
| Total Income | $ 198,594.00 | $    198,594.00 |
| | | |
| **Expenses** | | |
| Automobile Expense | 92.68 | |
| Bank Charges | 21.34 | |
| Commissions | 100,836.01 | |
| Computer and Internet Expenses | 42.46 | |
| Depreciation | 434.83 | |
| Dues & Subscription | 759.55 | |
| Insurance Expense | 365.59 | |
| Laundry & cleaning | 9.79 | |
| Legal & Professional | 151.25 | |
| Meals and Entertainment | 246.40 | |
| Miscellaneous | 46.86 | |
| Office Supplies | 778.20 | |
| Postage & Delivery | 182.99 | |
| Rent | 2,492.60 | |
| Rental Units Repairs | 1,011.34 | |
| Repairs & Maintenance | 95.76 | |
| Sign expense | 7.92 | |
| Taxes & Licenses | 108.96 | |
| Tenant Applications | 5.50 | |
| Telephone | 363.28 | |
| Utilities | 78.93 | |
| | | |
| Total Expenses | $ 108,132.20 | $    108,132.20 |
| | | |
| Net Income | | $      90,461.80 |