# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period January 1, 2007 To December 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 232,299.32 | |
| | | |
| **Total Sales** | 232,299.32 | |
| | | |
| Cost of Goods | 259,251.00 | |
| | | |
| **Total Cost of Goods** | 122,086.00 | |
| | | |
| **Total Income** | $  110,213.32 | $  110,213.32 |
| | | |
| **Expenses** | | |
| Accounting | 700.00 | |
| Automobile Expense | 5,558.00 | |
| Computer Expense | 429.00 | |
| Depreciation | 2,805.00 | |
| Insurance Expense | 1,954.00 | |
| Officer Salary | 14,400.00 | |
| Salaries & Wages | 12,000.00 | |
| Safety Classes | 182.00 | |
| Taxes & Permits | 3,402.00 | |
| | | |
| **Total Expenses** | $  41,430.00 | $  41,430.00 |
| | | |
| **Net Income** | | $  68,783.32 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period January 1, 2007 To January 31, 2007

| Income | | | |
|---|---|---|---|
| Sales | | 15,680.20 | |
| | | | |
| Total Sales | | 15,680.20 | |
| | | | |
| Cost of Goods | | 7,899.37 | |
| | | | |
| Total Cost of Goods | | 7,899.37 | |
| | | | |
| Total Income | $ | 7,780.83 | $ 7,780.83 |
| | | | |
| Expenses | | | |
| Accounting | | 57.79 | |
| Automobile Expense | | 458.92 | |
| Computer Expense | | 35.42 | |
| Depreciation | | 233.75 | |
| Insurance Expense | | 168.83 | |
| Officer Salary | | 1,200.00 | |
| Salaries & Wages | | 1,000.00 | |
| Safety Classes | | 15.02 | |
| Taxes & Permits | | 280.90 | |
| | | | |
| Total Expenses | $ | 3,450.63 | $ 3,450.63 |
| | | | |
| Net Income | | | $ 4,330.20 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period February 1, 2007 To February 28, 2007

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 16,144.80 | | |
| Total Sales | 16,144.80 | | |
| Cost of Goods | 8,020.90 | | |
| Total Cost of Goods | 8,020.90 | | |
| Total Income | $    8,123.90 | $    8,123.90 | |
| **Expenses** | | | |
| Accounting | 53.57 | | |
| Automobile Expense | 425.35 | | |
| Computer Expense | 32.83 | | |
| Depreciation | 233.75 | | |
| Insurance Expense | 162.83 | | |
| Officer Salary | 1,200.00 | | |
| Salaries & Wages | 1,000.00 | | |
| Safety Classes | 13.92 | | |
| Taxes & Permits | 260.35 | | |
| Total Expenses | $    3,382.60 | $    3,382.60 | |
| Net Income | | $    4,741.30 | |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period March 1, 2007 To March 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 16,423.56 | |
| | | |
| Total Sales | 16,423.56 | |
| | | |
| Cost of Goods | 8,497.88 | |
| | | |
| Total Cost of Goods | 8,497.88 | |
| | | |
| Total Income | $    7,925.68 | $    7,925.68 |
| | | |
| **Expenses** | | |
| Accounting | 48.93 | |
| Automobile Expense | 388.55 | |
| Computer Expense | 29.99 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 13.92 | |
| Taxes & Permits | 237.83 | |
| | | |
| Total Expenses | $    3,315.80 | $    3,315.80 |
| | | |
| Net Income | | $    4,609.88 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period April 1, 2007 To April 30, 2007

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 18,421.34 | | |
| Total Sales | 18,421.34 | | |
| Cost of Goods | 9,379.59 | | |
| Total Cost of Goods | 9,379.59 | | |
| Total Income | $ 9,041.75 | $ | 9,041.75 |
| **Expenses** | | | |
| Accounting | 52.40 | | |
| Automobile Expense | 416.07 | | |
| Computer Expense | 32.11 | | |
| Depreciation | 233.75 | | |
| Insurance Expense | 162.43 | | |
| Officer Salary | 1,200.00 | | |
| Salaries & Wages | 1,000.00 | | |
| Safety Classes | 12.72 | | |
| Taxes & Permits | 254.67 | | |
| Total Expenses | $ 3,364.15 | $ | 3,364.15 |
| Net Income | | $ | 5,677.60 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period May 1, 2007 To May 31, 2007

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 21,627.07 | | |
| | | | |
| Total Sales | 21,627.07 | | |
| | | | |
| Cost of Goods | 10,525.03 | | |
| | | | |
| Total Cost of Goods | 10,525.03 | | |
| | | | |
| Total Income | $ 11,102.04 | $ | 11,102.04 |
| | | | |
| **Expenses** | | | |
| Accounting | 54.54 | | |
| Automobile Expense | 433.07 | | |
| Computer Expense | 33.42 | | |
| Depreciation | 233.75 | | |
| Insurance Expense | 162.83 | | |
| Officer Salary | 1,200.00 | | |
| Salaries & Wages | 1,000.00 | | |
| Safety Classes | 14.18 | | |
| Taxes & Permits | 265.08 | | |
| | | | |
| Total Expenses | $ 3,396.87 | $ | 3,396.87 |
| | | | |
| Net Income | | $ | 7,705.17 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period June 1, 2007 To June 30, 2007

| | | | | |
|---|---|---|---|---|
| **Income** | | | | |
| Sales | | 22,579.49 | | |
| Total Sales | | 22,579.49 | | |
| Cost of Goods | | 11,240.30 | | |
| Total Cost of Goods | | 11,240.30 | | |
| Total Income | $ | 11,339.19 | $ | 11,339.19 |
| **Expenses** | | | | |
| Accounting | | 53.10 | | |
| Automobile Expense | | 421.68 | | |
| Computer Expense | | 32.54 | | |
| Depreciation | | 233.75 | | |
| Insurance Expense | | 162.83 | | |
| Officer Salary | | 1,200.00 | | |
| Salaries & Wages | | 1,000.00 | | |
| Safety Classes | | 13.80 | | |
| Taxes & Permits | | 258.10 | | |
| Total Expenses | $ | 3,375.80 | $ | 3,375.80 |
| Net Income | | | $ | 7,963.39 |

**TNN ENTERPRISES, INC.**
**5917 111TH PLACE**
**PINELLAS PARK, FLORIDA 33782**

INCOME STATEMENT
For The Period July 1, 2007 To July 31, 2007

| | | |
|---|---|---|
| **Income** | | |
| Sales | 19,815.13 | |
| Total Sales | 19,815.13 | |
| Cost of Goods | 9,929.56 | |
| Total Cost of Goods | 9,929.56 | |
| Total Income | $ 9,885.57 | $ 9,885.57 |
| **Expenses** | | |
| Accounting | 50.21 | |
| Automobile Expense | 398.67 | |
| Computer Expense | 30.77 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 13.05 | |
| Taxes & Permits | 244.02 | |
| Total Expenses | $ 3,333.30 | $ 3,333.30 |
| Net Income | | $ 6,552.27 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period August 1, 2007 To August 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 19,559.60 | |
| | | |
| Total Sales | 19,559.60 | |
| | | |
| Cost of Goods | 9,948.60 | |
| | | |
| Total Cost of Goods | 9,948.60 | |
| | | |
| Total Income | $ 9,611.00 | $ 9,611.00 |
| | | |
| **Expenses** | | |
| Accounting | 68.81 | |
| Automobile Expense | 443.69 | |
| Computer Expense | 32.24 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 14.52 | |
| Taxes & Permits | 271.58 | |
| | | |
| Total Expenses | $ 3,427.42 | $ 3,427.42 |
| | | |
| Net Income | | $ 6,183.58 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period September 1, 2007 To September 30, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 19,025.31 | |
| | | |
| Total Sales | 19,025.31 | |
| | | |
| Cost of Goods | 9,470.23 | |
| | | |
| Total Cost of Goods | 9,470.23 | |
| | | |
| Total Income | $      9,555.08 | $      9,555.08 |
| | | |
| **Expenses** | | |
| Accounting | 59.30 | |
| Automobile Expense | 470.87 | |
| Computer Expense | 36.34 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 15.41 | |
| Taxes & Permits | 288.21 | |
| | | |
| Total Expenses | $      3,466.71 | $      3,466.71 |
| | | |
| Net Income | | $      6,088.37 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period October 1, 2007 To October 31, 2007

| | | |
|---|---|---|
| **Income** | | |
| Sales | 19,211.15 | |
| | | |
| Total Sales | 19,211.15 | |
| | | |
| Cost of Goods | 9,788.27 | |
| | | |
| Total Cost of Goods | 9,788.27 | |
| | | |
| Total Income | $ 9,422.88 | $ 9,422.88 |
| | | |
| **Expenses** | | |
| Accounting | 48.88 | |
| Automobile Expense | 388.11 | |
| Computer Expense | 29.95 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 12.70 | |
| Taxes & Permits | 237.56 | |
| | | |
| Total Expenses | $ 3,313.78 | $ 3,313.78 |
| | | |
| Net Income | | $ 6,109.10 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period November 1, 2007 To November 30, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 20,465.57 | |
| | | |
| Total Sales | 20,465.57 | |
| | | |
| Cost of Goods | 10,502.73 | |
| | | |
| Total Cost of Goods | 10,502.73 | |
| | | |
| Total Income | $ 9,962.84 | $ 9,962.84 |
| | | |
| **Expenses** | | |
| Accounting | 54.95 | |
| Automobile Expense | 436.35 | |
| Computer Expense | 33.68 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 14.28 | |
| Taxes & Permits | 267.09 | |
| | | |
| Total Expenses | $ 3,402.93 | $ 3,402.93 |
| | | |
| Net Income | | $ 6,559.91 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period December 1, 2007 To December 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 23,346.08 | |
| Total Sales | 23,346.08 | |
| Cost of Goods | 16,883.34 | |
| Total Cost of Goods | 16,883.34 | |
| Total Income | $  6,462.74 | $  6,462.74 |
| **Expenses** | | |
| Accounting | 110.40 | |
| Automobile Expense | 876.60 | |
| Computer Expense | 67.66 | |
| Depreciation | 233.75 | |
| Insurance Expense | 162.83 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Safety Classes | 28.70 | |
| Taxes & Permits | 536.56 | |
| Total Expenses | $  4,216.50 | $  4,216.50 |
| Net Income | | $  2,246.24 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period January 1, 2008 To December 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 201,725.41 | |
| | | |
| Total Sales | 201,725.41 | |
| | | |
| Cost of Goods | 83,601.00 | |
| | | |
| Total Cost of Goods | 83,601.00 | |
| | | |
| Total Income | $ 118,124.41 | $ 118,124.41 |
| | | |
| **Expenses** | | |
| Accounting | 650.00 | |
| Automobile Expense | 92.00 | |
| Bank Charges | 125.00 | |
| Depreciation | 1,474.00 | |
| Insurance Expense | 3,466.00 | |
| Meals & Entertainment | 38.00 | |
| Office Expense | 237.00 | |
| Officer Salary | 14,400.00 | |
| Salaries & Wages | 12,000.00 | |
| Taxes & Licenses | 4,181.00 | |
| Telephone | 988.00 | |
| | | |
| Total Expenses | $ 37,651.00 | $ 37,651.00 |
| | | |
| Net Income | | $ 80,473.41 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period January 1, 2008 To January 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 13,616.47 | |
| | | |
| Total Sales | 13,616.47 | |
| | | |
| Cost of Goods | 5,498.06 | |
| | | |
| Total Cost of Goods | 5,498.06 | |
| | | |
| Total Income | $   8,118.41 | $   8,118.41 |
| | | |
| **Expenses** | | |
| Accounting | 53.67 | |
| Automobile Expense | 7.59 | |
| Bank Charges | 10.32 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 3.13 | |
| Office Expense | 19.56 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 345.22 | |
| Telephone | 81.57 | |
| | | |
| Total Expenses | $   3,132.72 | $   3,132.72 |
| | | |
| Net Income | | $   4,985.69 |

### TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

#### INCOME STATEMENT
For The Period February 1, 2008 To February 28, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 14,019.92 | |
| | | |
| Total Sales | 14,019.92 | |
| | | |
| Cost of Goods | 5,563.24 | |
| | | |
| Total Cost of Goods | 5,563.24 | |
| | | |
| Total Income | $ 8,456.68 | $ 8,456.68 |
| | | |
| **Expenses** | | |
| Accounting | 49.74 | |
| Automobile Expense | 7.04 | |
| Bank Charges | 9.56 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.90 | |
| Office Expense | 18.31 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 319.97 | |
| Telephone | 75.61 | |
| | | |
| Total Expenses | $ 3,094.79 | $ 3,094.79 |
| | | |
| Net Income | | $ 5,361.89 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period March 1, 2008 To March 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 14,261.99 | |
| | | |
| Total Sales | 14,261.99 | |
| | | |
| Cost of Goods | 5,953.24 | |
| | | |
| Total Cost of Goods | 5,953.24 | |
| | | |
| Total Income | $ 8,308.75 | $ 8,308.75 |
| | | |
| **Expenses** | | |
| Accounting | 45.44 | |
| Automobile Expense | 6.43 | |
| Bank Charges | 8.73 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.65 | |
| Office Expense | 16.56 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 292.29 | |
| Telephone | 69.07 | |
| | | |
| Total Expenses | $ 3,052.83 | $ 3,052.83 |
| | | |
| Net Income | | $ 5,255.92 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period April 1, 2008 To April 30, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 15,996.83 | |
| | | |
| Total Sales | 15,996.83 | |
| | | |
| Cost of Goods | 6,545.42 | |
| | | |
| Total Cost of Goods | 6,545.42 | |
| | | |
| Total Income | $ 9,451.41 | $ 9,451.41 |
| | | |
| **Expenses** | | |
| Accounting | 48.65 | |
| Automobile Expense | 6.88 | |
| Bank Charges | 9.35 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.96 | |
| Office Expense | 17.74 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 312.98 | |
| Telephone | 73.96 | |
| | | |
| Total Expenses | $ 3,084.18 | $ 3,084.18 |
| | | |
| Net Income | | $ 6,367.23 |

### TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

#### INCOME STATEMENT
For The Period may 1, 2008 To May 31, 2008

| | | |
|---|---|---|
| Income | | |
| Sales | 18,780.64 | |
| | | |
| Total Sales | 18,780.64 | |
| | | |
| Cost of Goods | 7,261.72 | |
| | | |
| Total Cost of Goods | 7,261.72 | |
| | | |
| Total Income | $ 11,518.92 | $ 11,518.92 |
| | | |
| Expenses | | |
| Accounting | 50.64 | |
| Automobile Expense | 7.16 | |
| Bank Charges | 9.74 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.96 | |
| Office Expense | 18.29 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 325.78 | |
| Telephone | 76.98 | |
| | | |
| Total Expenses | $ 3,103.21 | $ 3,103.21 |
| | | |
| Net Income | | $ 8,415.71 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period June 1, 2008 To June 30, 2008

| Income | | |
|---|---|---|
| Sales | 19,607.71 | |
| | | |
| Total Sales | 19,607.71 | |
| | | |
| Cost of Goods | 7,800.14 | |
| | | |
| Total Cost of Goods | 7,800.14 | |
| | | |
| Total Income | $ 11,807.57 | $ 11,807.57 |
| | | |
| Expenses | | |
| Accounting | 49.31 | |
| Automobile Expense | 6.98 | |
| Bank Charges | 9.48 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.88 | |
| Office Expense | 17.98 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 317.21 | |
| Telephone | 74.95 | |
| | | |
| Total Expenses | $ 3,090.45 | $ 3,090.45 |
| | | |
| Net Income | | $ 8,717.12 |

## TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period July 1, 2008 To July 31, 2008

| | | |
|---|---|---|
| **Income** | | |
| Sales | 17,207.18 | |
| | | |
| Total Sales | 17,207.18 | |
| | | |
| Cost of Goods | 6,901.97 | |
| | | |
| Total Cost of Goods | 6,901.97 | |
| | | |
| Total Income | $      10,305.21 | $      10,305.21 |
| | | |
| **Expenses** | | |
| Accounting | 46.62 | |
| Automobile Expense | 6.59 | |
| Bank Charges | 8.96 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.72 | |
| Office Expense | 17.00 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 299.90 | |
| Telephone | 70.86 | |
| | | |
| Total Expenses | $      3,064.31 | $      3,064.31 |
| | | |
| Net Income | | $      7,240.90 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period August 1, 2008 To August 31, 2008

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 16,985.28 | | |
| | | | |
| Total Sales | 16,985.28 | | |
| | | | |
| Cost of Goods | 6,940.69 | | |
| | | | |
| Total Cost of Goods | 6,940.69 | | |
| | | | |
| Total Income | $ 10,044.59 | $ | 10,044.59 |
| | | | |
| **Expenses** | | | |
| Accounting | 51.88 | | |
| Automobile Expense | 7.34 | | |
| Bank Charges | 9.97 | | |
| Depreciation | 122.83 | | |
| Insurance Expense | 288.83 | | |
| Meals & Entertainment | 3.03 | | |
| Office Expense | 18.91 | | |
| Officer Salary | 1,200.00 | | |
| Salaries & Wages | 1,000.00 | | |
| Taxes & Licenses | 333.76 | | |
| Telephone | 78.87 | | |
| | | | |
| Total Expenses | $ 3,115.42 | $ | 3,115.42 |
| | | | |
| Net Income | | $ | 6,929.17 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period September 1, 2008 To September 30, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 16,521.31 | |
| | | |
| Total Sales | 16,521.31 | |
| | | |
| Cost of Goods | 6,571.68 | |
| | | |
| Total Cost of Goods | 6,571.68 | |
| | | |
| Total Income | $      9,949.63 | $      9,949.63 |
| | | |
| **Expenses** | | |
| Accounting | 55.06 | |
| Automobile Expense | 7.79 | |
| Bank Charges | 10.59 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 3.21 | |
| Office Expense | 20.07 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 354.21 | |
| Telephone | 83.70 | |
| | | |
| Total Expenses | $      3,146.29 | $      3,146.29 |
| | | |
| Net Income | | $      6,803.34 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period October 1, 2008 To October 31, 2008

| Income | | |
|--------|--------|--------|
| Sales | 16,682.69 | |
| Total Sales | 16,682.69 | |
| Cost of Goods | 6,798.36 | |
| Total Cost of Goods | 6,798.36 | |
| Total Income | $ 9,884.33 | $ 9,884.33 |
| | | |
| Expenses | | |
| Accounting | 51.03 | |
| Automobile Expense | 7.22 | |
| Bank Charges | 9.81 | |
| Depreciation | 122.83 | |
| Insurance Expense | 288.83 | |
| Meals & Entertainment | 2.98 | |
| Office Expense | 18.60 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 328.25 | |
| Telephone | 77.56 | |
| Total Expenses | $ 3,107.11 | $ 3,107.11 |
| | | |
| Net Income | | $ 6,777.22 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period November 1, 2008 To November 30, 2008

| | | |
|---|---|---|
| **Income** | | |
| Sales | 17,772.01 | |
| | | |
| Total Sales | 17,772.01 | |
| | | |
| Cost of Goods | 7,343.22 | |
| | | |
| Total Cost of Goods | 7,343.22 | |
| | | |
| Total Income | $ 10,428.79 | $ 10,428.79 |
| | | |
| **Expenses** | | |
| Accounting | 51:03 | |
| Automobile Expense | 7.22 | |
| Bank Charges | 9.81 | |
| Depreciation | 122.83 | |
| Insurance Expense | 122.83 | |
| Meals & Entertainment | 2.65 | |
| Office Expense | 18.60 | |
| Officer Salary | 1,200.00 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 328.25 | |
| Telephone | 77.56 | |
| | | |
| Total Expenses | $ 2,940.78 | $ 2,940.78 |
| | | |
| Net Income | | $ 7,488.01 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period December 1, 2008 To December 31, 2008

| | | | |
|---|--:|---|--:|
| **Income** | | | |
| Sales | 20,273.40 | | |
| | | | |
| Total Sales | 20,273.40 | | |
| | | | |
| Cost of Goods | 10,423.19 | | |
| | | | |
| Total Cost of Goods | 10,423.19 | | |
| | | | |
| Total Income | $ 9,850.21 | $ | 9,850.21 |
| | | | |
| **Expenses** | | | |
| Accounting | 102.51 | | |
| Automobile Expense | 14.51 | | |
| Bank Charges | 19.71 | | |
| Depreciation | 122.83 | | |
| Insurance Expense | 288.83 | | |
| Meals & Entertainment | 5.99 | | |
| Office Expense | 37.37 | | |
| Officer Salary | 1,200.00 | | |
| Salaries & Wages | 1,000.00 | | |
| Taxes & Licenses | 659.42 | | |
| Telephone | 155.82 | | |
| | | | |
| Total Expenses | $ 3,606.99 | $ | 3,606.99 |
| | | | |
| Net Income | | $ | 6,243.22 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782
### INCOME STATEMENT
For The Period January 1, 2009 To December 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 169,479.38 | |
| Total Sales | 169,479.38 | |
| Cost of Goods | 82,346.00 | |
| Total Cost of Goods | 82,346.00 | |
| Total Income | $ 87,133.38 | $ 87,133.38 |
| **Expenses** | | |
| Accounting | 1,200.00 | |
| Automobile Expense | 1,104.00 | |
| Bank Charges | 60.00 | |
| Depreciation | 1,780.00 | |
| Insurance Expense | 4,262.00 | |
| Meals & Entertainment | 66.00 | |
| Office Expense | 67.00 | |
| Officer Salary | 34,000.00 | |
| Salaries & Wages | 12,000.00 | |
| Taxes & Licenses | 3,794.00 | |
| Telephone | 1,095.00 | |
| Total Expenses | $ 59,428.00 | $ 59,428.00 |
| Net Income | | $ 27,705.38 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period January 1, 2009 To January 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 11,439.86 | |
| | | |
| Total Sales | 11,439.86 | |
| | | |
| Cost of Goods | 5,877.57 | |
| | | |
| Total Cost of Goods | 5,877.57 | |
| | | |
| Total Income | $    5,562.29 | $    5,562.29 |
| | | |
| **Expenses** | | |
| Accounting | 99.08 | |
| Automobile Expense | 91.15 | |
| Bank Charges | 4.95 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.44 | |
| Office Expense | 5.53 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 313.27 | |
| Telephone | 90.41 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    4,946.65 | $    4,946.65 |
| | | |
| | | $    615.64 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

For The Period February 1, 2009 To February 28, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 11,778.82 | |
| | | |
| Total Sales | 11,778.82 | |
| | | |
| Cost of Goods | 5,758.43 | |
| | | |
| Total Cost of Goods | 5,758.43 | |
| | | |
| Total Income | $    6,020.39 | $    6,020.39 |
| | | |
| **Expenses** | | |
| Accounting | 91.83 | |
| Automobile Expense | 84.48 | |
| Bank Charges | 4.59 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.05 | |
| Office Expense | 5.12 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 290.35 | |
| Telephone | 83.80 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    4,902.04 | $    4,902.04 |
| | | |
| | | $    1,118.35 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period March 1, 2009 To March 31, 2009

| | | |
|---|---|---|
| Income | | |
| Sales | 11,982.19 | |
| Total Sales | 11,982.19 | |
| Cost of Goods | 6,108.52 | |
| Total Cost of Goods | 6,108.52 | |
| Total Income | $ 5,873.67 | $ 5,873.67 |
| Expenses | | |
| Accounting | 83.89 | |
| Automobile Expense | 77.18 | |
| Bank Charges | 4.19 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 4.61 | |
| Office Expense | 4.68 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 265.23 | |
| Telephone | 76.55 | |
| Total Expenses | | |
| Net Income | $ 4,853.15 | $ 4,853.15 |
| | | $ 1,020.52 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period April 1, 2009 To April 30, 2009

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 13,439.71 | | |
| | | | |
| Total Sales | 13,439.71 | | |
| | | | |
| Cost of Goods | 6,846.73 | | |
| | | | |
| Total Cost of Goods | 6,846.73 | | |
| | | | |
| Total Income | $    6,592.98 | $    6,592.98 | |
| | | | |
| **Expenses** | | | |
| Accounting | 89.83 | | |
| Automobile Expense | 82.64 | | |
| Bank Charges | 4.49 | | |
| Depreciation | 148.33 | | |
| Insurance Expense | 355.16 | | |
| Meals & Entertainment | 4.94 | | |
| Office Expense | 5.01 | | |
| Officer Salary | 2,833.33 | | |
| Salaries & Wages | 1,000.00 | | |
| Taxes & Licenses | 284.01 | | |
| Telephone | 81.97 | | |
| | | | |
| Total Expenses | | | |
| | | | |
| Net Income | $    4,889.71 | $    4,889.71 | |
| | | $    1,703.27 | |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period May 1, 2009 To May 31, 2009

| Income | | |
|---|---|---|
| Sales | 15,778.53 | |
| | | |
| Total Sales | 15,778.53 | |
| | | |
| Cost of Goods | 7,838.46 | |
| | | |
| Total Cost of Goods | 7,838.46 | |
| | | |
| Total Income | $ 7,940.07 | $ 7,940.07 |
| | | |
| Expenses | | |
| Accounting | 93.50 | |
| Automobile Expense | 86.02 | |
| Bank Charges | 4.67 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.14 | |
| Office Expense | 5.22 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 295.62 | |
| Telephone | 85.32 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $   4,912.31 | $ 4,912.31 |
| | | $ 3,027.76 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period June 1, 2009 To June 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 16,473.40 | |
| Total Sales | 16,473.40 | |
| Cost of Goods | 7,904.10 | |
| Total Cost of Goods | 7,904.10 | |
| Total Income | $ 8,569.30 | $ 8,569.30 |
| **Expenses** | | |
| Accounting | 91.04 | |
| Automobile Expense | 83.76 | |
| Bank Charges | 4.55 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.00 | |
| Office Expense | 5.08 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 287.85 | |
| Telephone | 83.07 | |
| Total Expenses | | |
| Net Income | $ 4,897.17 | $ 4,897.17 |
| | | $ 3,672.13 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period July 1, 2009 To July 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 14,456.59 | |
| | | |
| Total Sales | 14,456.59 | |
| | | |
| Cost of Goods | 7,276.44 | |
| | | |
| Total Cost of Goods | 7,276.44 | |
| | | |
| Total Income | $ 7,180.15 | $ 7,180.15 |
| | | |
| **Expenses** | | |
| Accounting | 86.07 | |
| Automobile Expense | 79.18 | |
| Bank Charges | 4.30 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.26 | |
| Office Expense | 5.34 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 272.14 | |
| Telephone | 78.54 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,867.65 | $ 4,867.65 |
| | | |
| | | $ 2,312.50 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period August 1, 2009 To August 31, 2009

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 14,270.16 | | |
| | | | |
| Total Sales | 14,270.16 | | |
| | | | |
| Cost of Goods | 7,115.53 | | |
| | | | |
| Total Cost of Goods | 7,115.53 | | |
| | | | |
| Total Income | $ 7,154.63 | $ | 7,154.63 |
| | | | |
| **Expenses** | | | |
| Accounting | 95.79 | | |
| Automobile Expense | 88.13 | | |
| Bank Charges | 4.78 | | |
| Depreciation | 148.33 | | |
| Insurance Expense | 355.16 | | |
| Meals & Entertainment | 5.26 | | |
| Office Expense | 5.34 | | |
| Officer Salary | 2,833.33 | | |
| Salaries & Wages | 1,000.00 | | |
| Taxes & Licenses | 302.87 | | |
| Telephone | 87.41 | | |
| | | | |
| Total Expenses | | | |
| | | | |
| Net Income | $ 4,926.40 | $ | 4,926.40 |
| | | | |
| | | $ | 2,228.23 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period September 1, 2009 To September 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 13,880.36 | |
| Total Sales | 13,880.36 | |
| Cost of Goods | 6,725.87 | |
| Total Cost of Goods | 6,725.87 | |
| Total Income | $ 7,154.49 | $ 7,154.49 |
| **Expenses** | | |
| Accounting | 101.66 | |
| Automobile Expense | 93.53 | |
| Bank Charges | 5.08 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.59 | |
| Office Expense | 5.67 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 321.42 | |
| Telephone | 92.76 | |
| Total Expenses | | |
| Net Income | $ 4,962.53 | $ 4,962.53 |
| | | $ 2,191.96 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period October 1, 2009 To October 31, 2009

| | | | | |
|---|---|---|---|---|
| **Income** | | | | |
| Sales | 14,015.94 | | | |
| | | | | |
| **Total Sales** | 14,015.94 | | | |
| | | | | |
| Cost of Goods | 6,890.10 | | | |
| | | | | |
| **Total Cost of Goods** | 6,890.10 | | | |
| | | | | |
| Total Income | $ | 7,125.84 | $ | 7,125.84 |
| | | | | |
| **Expenses** | | | | |
| Accounting | 83.79 | | | |
| Automobile Expense | 77.09 | | | |
| Bank Charges | 4.18 | | | |
| Depreciation | 148.33 | | | |
| Insurance Expense | 355.16 | | | |
| Meals & Entertainment | 4.60 | | | |
| Office Expense | 4.67 | | | |
| Officer Salary | 2,833.33 | | | |
| Salaries & Wages | 1,000.00 | | | |
| Taxes & Licenses | 264.93 | | | |
| Telephone | 76.46 | | | |
| | | | | |
| **Total Expenses** | | | | |
| | | | | |
| Net Income | $ | 4,852.54 | $ | 4,852.54 |
| | | | | |
| | | | $ | 2,273.30 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period November 1, 2009 To November 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 14,931.13 | |
| | | |
| Total Sales | 14,931.13 | |
| | | |
| Cost of Goods | 7,616.82 | |
| | | |
| Total Cost of Goods | 7,616.82 | |
| | | |
| Total Income | $    7,314.31 | $    7,314.31 |
| | | |
| **Expenses** | | |
| Accounting | 94.21 | |
| Automobile Expense | 86.67 | |
| Bank Charges | 4.71 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 5.18 | |
| Office Expense | 5.26 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 297.86 | |
| Telephone | 85.96 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    4,916.67 | $    4,916.67 |
| | | |
| | | $    2,397.64 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period December 1, 2009 To December 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 17,032.68 | |
| | | |
| Total Sales | 17,032.68 | |
| | | |
| Cost of Goods | 6,387.23 | |
| | | |
| Total Cost of Goods | 6,387.23 | |
| | | |
| Total Income | $    10,645.45 | $    10,645.45 |
| | | |
| **Expenses** | | |
| Accounting | 189.26 | |
| Automobile Expense | 174.12 | |
| Bank Charges | 9.46 | |
| Depreciation | 148.33 | |
| Insurance Expense | 355.16 | |
| Meals & Entertainment | 10.40 | |
| Office Expense | 10.56 | |
| Officer Salary | 2,833.33 | |
| Salaries & Wages | 1,000.00 | |
| Taxes & Licenses | 598.38 | |
| Telephone | 172.70 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    5,501.70 | $    5,501.70 |
| | | |
| | | $    5,143.75 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782
INCOME STATEMENT
For The Period January 1, 2010 To December 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 198,572.95 | |
| | | |
| Total Sales | 198,572.95 | |
| | | |
| Cost of Goods | 116,970.00 | |
| | | |
| Total Cost of Goods | 116,970.00 | |
| | | |
| Total Income | $   81,602.95 | $   81,602.95 |
| | | |
| **Expenses** | | |
| Accounting | 1,600.00 | |
| Automobile Expense | 267.00 | |
| Bank Charges | 35.00 | |
| Depreciation | 1,578.00 | |
| Insurance Expense | 1,892.00 | |
| Office Expense | 198.00 | |
| Outside Services | 13,700.00 | |
| Salaries & Wages | 29,000.00 | |
| Taxes & Licenses | 5,387.00 | |
| Telephone | 1,756.00 | |
| | | |
| Total Expenses | $   55,413.00 | $   55,413.00 |
| | | |
| Net Income | | $   26,189.95 |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period January 1, 2010 To January 31, 2010

| | | |
|---|---:|---:|
| Sales | 21,942.31 | |
| Total Sales | 21,942.31 | |
| Cost of Goods | 12,921.83 | |
| Total Cost of Goods | 12,921.83 | |
| Total Income | $ 9,020.48 | $ 9,020.48 |
| | | |
| Expenses | | |
| Accounting | 132.11 | |
| Automobile Expense | 22.04 | |
| Bank Charges | 2.88 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 16.34 | |
| Outside Services | 1,131.20 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 444.80 | |
| Telephone | 144.99 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,600.18 | $ 4,600.18 |
| | | $ 4,420.30 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period Febuary 1, 2010 To Febuary 28, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 23,332.32 | |
| | | |
| Total Sales | 23,332.32 | |
| | | |
| Cost of Goods | 14,261.41 | |
| | | |
| Total Cost of Goods | 14,261.41 | |
| | | |
| Total Income | $ 9,070.91 | $ 9,070.91 |
| | | |
| **Expenses** | | |
| Accounting | 122.44 | |
| Automobile Expense | 20.43 | |
| Bank Charges | 2.67 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 15.15 | |
| Outside Services | 1,048.46 | |
| Salaries & Wages | 2,416.44 | |
| Taxes & Licenses | 412.26 | |
| Telephone | 134.38 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,461.39 | $ 4,461.39 |
| | | |
| | | $ 4,609.52 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period March 1, 2010 To March 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 22,895.46 | |
| | | |
| Total Sales | 22,895.46 | |
| | | |
| Cost of Goods | 13,734.44 | |
| | | |
| Total Cost of Goods | 13,734.44 | |
| | | |
| Total Income | $ 9,161.02 | $ 9,161.02 |
| | | |
| **Expenses** | | |
| Accounting | 111.85 | |
| Automobile Expense | 18.66 | |
| Bank Charges | 2.44 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 13.84 | |
| Outside Services | 957.76 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 360.44 | |
| Telephone | 122.76 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,293.57 | $ 4,293.57 |
| | | $ 4,867.45 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period April 1, 2010 To April 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 22,577.74 | |
| | | |
| Total Sales | 22,577.74 | |
| | | |
| Cost of Goods | 11,373.54 | |
| | | |
| Total Cost of Goods | 11,373.54 | |
| | | |
| Total Income | $    11,204.20 | $    11,204.20 |
| | | |
| **Expenses** | | |
| Accounting | 119.77 | |
| Automobile Expense | 19.98 | |
| Bank Charges | 2.62 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 14.82 | |
| Outside Services | 1,025.50 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 419.75 | |
| Telephone | 131.45 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    4,439.71 | $    4,439.71 |
| | | |
| | | $    6,764.49 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period May 1, 2010 To May 31, 2010

| | | |
|---|---|---|
| Income | | |
| Sales | 8,340.06 | |
| | | |
| Total Sales | 8,340.06 | |
| | | |
| Cost of Goods | 4,457.76 | |
| | | |
| Total Cost of Goods | 4,457.76 | |
| | | |
| Total Income | $      3,882.30 | $      3,882.30 |
| | | |
| Expenses | | |
| Accounting | 124.67 | |
| Automobile Expense | 20.80 | |
| Bank Charges | 2.72 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 15.42 | |
| Outside Services | 1,067.50 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 419.75 | |
| Telephone | 136.82 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $      4,493.50 | $      4,493.50 |
| | | |
| | | $      (611.20) |

**TNN ENTERPRISES, INC.**
5917 111TH PLACE
PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period June 1, 2010 To June 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 8,856.35 | |
| | | |
| Total Sales | 8,856.35 | |
| | | |
| Cost of Goods | 4,691.21 | |
| | | |
| Total Cost of Goods | 4,691.21 | |
| | | |
| Total Income | $    4,165.14 | $    4,165.14 |
| | | |
| **Expenses** | | |
| Accounting | 121.39 | |
| Automobile Expense | 20.25 | |
| Bank Charges | 2.65 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 15.02 | |
| Outside Services | 1,039.41 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 408.71 | |
| Telephone | 133.22 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $    4,446.47 | $    4,446.47 |
| | | |
| | | $    (281.33) |

## TNN ENTERPRISES, INC.
### 5917 111TH PLACE
### PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period July 1, 2010 To July 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 9,193.93 | |
| | | |
| Total Sales | 9,193.93 | |
| | | |
| Cost of Goods | 4,832.33 | |
| | | |
| Total Cost of Goods | 4,832.33 | |
| | | |
| Total Income | $ 4,361.60 | $ 4,361.60 |
| | | |
| **Expenses** | | |
| Accounting | 114.76 | |
| Automobile Expense | 19.15 | |
| Bank Charges | 2.51 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 14.20 | |
| Outside Services | 982.70 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 386.40 | |
| Telephone | 125.95 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,351.49 | $ 4,351.49 |
| | | |
| | | $ 10.11 |

TNN ENTERPRISES, INC.
5917 111TH PLACE
PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period August 1, 2010 To August 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 9,551.36 | |
| | | |
| Total Sales | 9,551.36 | |
| | | |
| Cost of Goods | 5,105.78 | |
| | | |
| Total Cost of Goods | 5,105.78 | |
| | | |
| Total Income | $  4,445.58 | $  4,445.58 |
| | | |
| **Expenses** | | |
| Accounting | 127.72 | |
| Automobile Expense | 21.31 | |
| Bank Charges | 2.79 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 15.80 | |
| Outside Services | 1,093.67 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 430.04 | |
| Telephone | 140.18 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $  4,537.33 | $  4,537.33 |
| | | |
| | | $  (91.75) |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period September 1, 2010 To September 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 12,192.38 | |
| | | |
| Total Sales | 12,192.38 | |
| | | |
| Cost of Goods | 6,822.12 | |
| | | |
| Total Cost of Goods | 6,822.12 | |
| | | |
| Total Income | $ 5,370.26 | $ 5,370.26 |
| | | |
| **Expenses** | | |
| Accounting | 135.55 | |
| Automobile Expense | 22.62 | |
| Bank Charges | 2.96 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 16.77 | |
| Outside Services | 1,160.66 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 456.38 | |
| Telephone | 148.76 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,649.52 | $ 4,649.52 |
| | | $ 720.74 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period October 1, 2010 To October 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 12,351.24 | |
| | | |
| Total Sales | 12,351.24 | |
| | | |
| Cost of Goods | 6,821.59 | |
| | | |
| Total Cost of Goods | 6,821.59 | |
| | | |
| Total Income | $ 5,529.65 | $ 5,529.65 |
| | | |
| **Expenses** | | |
| Accounting | 111.72 | |
| Automobile Expense | 18.64 | |
| Bank Charges | 2.44 | |
| Depreciation | 131.50 | |
| Insurance Expense | 157.66 | |
| Office Expense | 13.82 | |
| Outside Services | 956.67 | |
| Salaries & Wages | 2,416.66 | |
| Taxes & Licenses | 376.17 | |
| Telephone | 122.62 | |
| | | |
| Total Expenses | | |
| | | |
| Net Income | $ 4,307.90 | $ 4,307.90 |
| | | |
| | | $ 1,221.75 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

### INCOME STATEMENT
For The Period November 1, 2010 To November 30, 2010

| | | | |
|---|---|---|---|
| Income | | | |
|   Sales | 19,003.43 | | |
| Total Sales | 19,003.43 | | |
|   Cost of Goods | 11,237.79 | | |
| Total Cost of Goods | 11,237.79 | | |
| Total Income | $ 7,765.64 | $ | 7,765.64 |
| Expenses | | | |
|   Accounting | 125.61 | | |
|   Automobile Expense | 20.96 | | |
|   Bank Charges | 2.74 | | |
|   Depreciation | 131.50 | | |
|   Insurance Expense | 157.66 | | |
|   Office Expense | 15.54 | | |
|   Outside Services | 1,075.58 | | |
|   Salaries & Wages | 2,416.66 | | |
|   Taxes & Licenses | 422.93 | | |
|   Telephone | 137.86 | | |
| Total Expenses | | | |
| Net Income | $ 4,507.04 | $ | 4,507.04 |
| | | $ | 3,258.60 |

# TNN ENTERPRISES, INC.
## 5917 111TH PLACE
## PINELLAS PARK, FLORIDA 33782

INCOME STATEMENT
For The Period December 1, 2010 To December 31, 2010

| | | | | |
|---|---|---|---|---|
| Income | | | | |
| Sales | | 28,336.36 | | |
| | | | | |
| Total Sales | | 28,336.36 | | |
| | | | | |
| Cost of Goods | | 20,710.18 | | |
| | | | | |
| Total Cost of Goods | | 20,710.18 | | |
| | | | | |
| Total Income | $ | 7,626.18 | $ | 7,626.18 |
| | | | | |
| Expenses | | | | |
| Accounting | | 252.35 | | |
| Automobile Expense | | 42.11 | | |
| Bank Charges | | 5.52 | | |
| Depreciation | | 131.50 | | |
| Insurance Expense | | 157.66 | | |
| Office Expense | | 31.22 | | |
| Outside Services | | 2,160.76 | | |
| Salaries & Wages | | 2,416.66 | | |
| Taxes & Licenses | | 849.63 | | |
| Telephone | | 276.95 | | |
| | | | | |
| Total Expenses | | | | |
| | | | | |
| Net Income | $ | 6,324.36 | $ | 6,324.36 |
| | | | $ | 1,301.82 |