# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period January 1, 2007 To December 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 218,239.00 | |
| | | |
| Total Sales | 218,239.00 | |
| | | |
| Cost of Goods | 101,674.00 | |
| | | |
| Total Cost of Goods | 101,674.00 | |
| | | |
| Total Income | $ 116,565.00 | $ 116,565.00 |
| | | |
| **Expenses** | | |
| Accounting | 357.00 | |
| Automobile Expense | 5,035.00 | |
| Auto Lease | 8,256.00 | |
| Bank Fees | 288.00 | |
| Contract labor | 24,000.00 | |
| Delivery & Freight | 9,033.00 | |
| Insurance | 960.00 | |
| Laundry & Cleaning | 939.00 | |
| Licenses & Permits | 880.00 | |
| Office Expense | 136.00 | |
| Officer Salary | 4,800.00 | |
| Rent | 9,300.00 | |
| Supplies | 3,619.00 | |
| Telephone | 1,332.00 | |
| Training | 1,150.00 | |
| Travel | 720.00 | |
| Utilities | 4,927.00 | |
| | | |
| Total Expenses | $ 75,732.00 | $ 75,732.00 |
| | | |
| Net Income | | $ 40,833.00 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period January 1, 2007 To January 31, 2007

| Income | | |
|---|---|---|
| Sales | 18,711.05 | |
| | | |
| Total Sales | 18,711.05 | |
| | | |
| Cost of Goods | 7,708.95 | |
| | | |
| Total Cost of Goods | 7,708.95 | |
| | | |
| Total Income | $ 11,002.10 | $ 11,002.10 |
| | | |
| Expenses | | |
| Accounting | 29.75 | |
| Automobile Expense | 415.74 | |
| Auto Lease | 688.00 | |
| Bank Fees | 23.78 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 745.86 | |
| Insurance | 79.27 | |
| Laundry & Cleaning | 77.54 | |
| Licenses & Permits | 72.67 | |
| Office Expense | 11.23 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 298.82 | |
| Telephone | 109.99 | |
| Training | 94.96 | |
| Travel | 59.45 | |
| Utilities | 406.83 | |
| | | |
| Total Expenses | $ 6,288.89 | $ 6,288.89 |
| | | |
| Net Income | | $ 4,713.21 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period February 1, 2007 To February 28, 2007

| | | | |
|---|---:|---|---:|
| **Income** | | | |
| Sales | 16,244.66 | | |
| | | | |
| Total Sales | 16,244.66 | | |
| | | | |
| Cost of Goods | 8,682.77 | | |
| | | | |
| Total Cost of Goods | 8,682.77 | | |
| | | | |
| Total Income | $ 7,561.89 | $ | 7,561.89 |
| | | | |
| **Expenses** | | | |
| Accounting | 29.75 | | |
| Automobile Expense | 385.33 | | |
| Auto Lease | 688.00 | | |
| Bank Fees | 22.04 | | |
| Contract labor | 2,000.00 | | |
| Delivery & Freight | 691.30 | | |
| Insurance | 73.47 | | |
| Laundry & Cleaning | 71.87 | | |
| Licenses & Permits | 67.35 | | |
| Office Expense | 10.41 | | |
| Officer Salary | 400.00 | | |
| Rent | 775.00 | | |
| Supplies | 276.97 | | |
| Telephone | 101.94 | | |
| Training | 88.01 | | |
| Travel | 55.11 | | |
| Utilities | 377.07 | | |
| | | | |
| Total Expenses | $ 6,113.62 | $ | 6,113.62 |
| | | | |
| Net Income | | $ | 1,448.27 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period March 1, 2007 To March 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 16,252.96 | |
| Total Sales | 16,252.96 | |
| Cost of Goods | 7,590.13 | |
| Total Cost of Goods | 7,590.13 | |
| Total Income | $    8,662.83 | $    8,662.83 |
| | | |
| **Expenses** | | |
| Accounting | 29.75 | |
| Automobile Expense | 352.00 | |
| Auto Lease | 688.00 | |
| Bank Fees | 20.14 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 631.50 | |
| Insurance | 67.12 | |
| Laundry & Cleaning | 65.65 | |
| Licenses & Permits | 61.52 | |
| Office Expense | 9.51 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 253.01 | |
| Telephone | 93.12 | |
| Training | 80.40 | |
| Travel | 49.76 | |
| Utilities | 344.45 | |
| Total Expenses | $    5,920.93 | $    5,920.93 |
| | | |
| Net Income | | $    2,741.90 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period April 1, 2007 To April 30, 2007

| | | |
|---|---|---|
| Income | | |
| Sales | 17,692.16 | |
| | | |
| Total Sales | 17,692.16 | |
| | | |
| Cost of Goods | 8,828.39 | |
| | | |
| Total Cost of Goods | 8,828.39 | |
| | | |
| Total Income | $   8,863.77 | $   8,863.77 |
| | | |
| Expenses | | |
| Accounting | 29.75 | |
| Automobile Expense | 376.92 | |
| Auto Lease | 688.00 | |
| Bank Fees | 21.56 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 676.21 | |
| Insurance | 71.87 | |
| Laundry & Cleaning | 70.30 | |
| Licenses & Permits | 65.88 | |
| Office Expense | 10.18 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 270.92 | |
| Telephone | 99.72 | |
| Training | 86.09 | |
| Travel | 53.90 | |
| Utilities | 388.84 | |
| | | |
| Total Expenses | $   6,085.14 | $   6,085.14 |
| | | |
| Net Income | | $   2,778.63 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period May 1, 2007 To May 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,432.84 | |
| | | |
| Total Sales | 18,432.84 | |
| | | |
| Cost of Goods | 7,804.46 | |
| | | |
| Total Cost of Goods | 7,804.46 | |
| | | |
| Total Income | $   10,628.38 | $   10,628.38 |
| | | |
| **Expenses** | | |
| Accounting | 29.75 | |
| Automobile Expense | 392.33 | |
| Auto Lease | 688.00 | |
| Bank Fees | 22.44 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 703.86 | |
| Insurance | 76.04 | |
| Laundry & Cleaning | 73.17 | |
| Licenses & Permits | 68.57 | |
| Office Expense | 10.60 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 282.00 | |
| Telephone | 103.79 | |
| Training | 89.61 | |
| Travel | 56.11 | |
| Utilities | 383.92 | |
| | | |
| Total Expenses | $   6,155.19 | $   6,155.19 |
| | | |
| Net Income | | $   4,473.19 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period June 1, 2007 To June 30, 2007

Income
| | | |
|---|---:|---:|
| Sales | 19,754.48 | |
| | | |
| Total Sales | 19,754.48 | |
| | | |
| Cost of Goods | 7,986.74 | |
| | | |
| Total Cost of Goods | 7,986.74 | |
| | | |
| Total Income | $   11,767.74 | $   11,767.74 |

Expenses
| | |
|---|---:|
| Accounting | 29.75 |
| Automobile Expense | 382.01 |
| Auto Lease | 688.00 |
| Bank Fees | 21.85 |
| Contract labor | 2,000.00 |
| Delivery & Freight | 685.34 |
| Insurance | 72.84 |
| Laundry & Cleaning | 71.25 |
| Licenses & Permits | 66.77 |
| Office Expense | 10.32 |
| Officer Salary | 400.00 |
| Rent | 775.00 |
| Supplies | 274.58 |
| Telephone | 101.06 |
| Training | 87.25 |
| Travel | 54.63 |
| Utilities | 373.82 |

| | | |
|---|---:|---:|
| Total Expenses | $   6,094.47 | $   6,094.47 |
| | | |
| Net Income | | $   5,673.27 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period July 1, 2007 To July 31, 2007

| Income | | |
|---|---|---|
| Sales | 18,388.62 | |
| | | |
| Total Sales | 18,388.62 | |
| | | |
| Cost of Goods | 8,800.79 | |
| | | |
| Total Cost of Goods | 8,800.79 | |
| | | |
| Total Income | $    9,587.83 | $    9,587.83 |
| | | |
| Expenses | | |
| Accounting | 29.75 | |
| Automobile Expense | 361.16 | |
| Auto Lease | 688.00 | |
| Bank Fees | 20.54 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 647.94 | |
| Insurance | 68.86 | |
| Laundry & Cleaning | 67.36 | |
| Licenses & Permits | 63.13 | |
| Office Expense | 9.76 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 259.59 | |
| Telephone | 95.55 | |
| Training | 82.49 | |
| Travel | 51.65 | |
| Utilities | 353.42 | |
| | | |
| Total Expenses | $    5,974.20 | $    5,974.20 |
| | | |
| Net Income | | $    3,613.63 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period August 1, 2007 To August 31, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 17,587.33 | |
| Total Sales | 17,587.33 | |
| Cost of Goods | 7,599.49 | |
| Total Cost of Goods | 7,599.49 | |
| Total Income | $ 9,987.84 | $ 9,987.84 |
| | | |
| **Expenses** | | |
| Accounting | 29.75 | |
| Automobile Expense | 401.95 | |
| Auto Lease | 688.00 | |
| Bank Fees | 23.00 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 721.11 | |
| Insurance | 76.64 | |
| Laundry & Cleaning | 74.96 | |
| Licenses & Permits | 70.25 | |
| Office Expense | 10.86 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 288.91 | |
| Telephone | 106.34 | |
| Training | 91.81 | |
| Travel | 57.48 | |
| Utilities | 393.33 | |
| Total Expenses | $ 6,209.39 | $ 6,209.39 |
| | | |
| Net Income | | $ 3,778.45 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period September 1, 2007 To September 30, 2007

| | | |
|---|---|---|
| **Income** | | |
| Sales | 17,946.34 | |
| Total Sales | 17,946.34 | |
| Cost of Goods | 8,757.81 | |
| Total Cost of Goods | 8,757.81 | |
| **Total Income** | $ 9,188.53 | $ 9,188.53 |
| | | |
| **Expenses** | | |
| Accounting | 29.75 | |
| Automobile Expense | 426.57 | |
| Auto Lease | 688.00 | |
| Bank Fees | 24.40 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 765.28 | |
| Insurance | 81.34 | |
| Laundry & Cleaning | 79.56 | |
| Licenses & Permits | 74.56 | |
| Office Expense | 11.53 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 306.61 | |
| Telephone | 112.85 | |
| Training | 97.43 | |
| Travel | 61.00 | |
| Utilities | 417.42 | |
| **Total Expenses** | $ 6,351.30 | $ 6,351.30 |
| | | |
| **Net Income** | | $ 2,837.23 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period October 1, 2007 To October 31, 2007

| Income | | |
|---|---|---|
| Sales | 17,732.48 | |
| | | |
| Total Sales | 17,732.48 | |
| | | |
| Cost of Goods | 8,263.34 | |
| | | |
| Total Cost of Goods | 8,263.34 | |
| | | |
| Total Income | $ 9,469.14 | $ 9,469.14 |
| | | |
| Expenses | | |
| Accounting | 29.75 | |
| Automobile Expense | 351.60 | |
| Auto Lease | 688.00 | |
| Bank Fees | 20.12 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 630.78 | |
| Insurance | 67.04 | |
| Laundry & Cleaning | 65.57 | |
| Licenses & Permits | 61.45 | |
| Office Expense | 9.50 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 252.72 | |
| Telephone | 93.02 | |
| Training | 80.31 | |
| Travel | 50.28 | |
| Utilities | 344.06 | |
| | | |
| Total Expenses | $ 5,919.20 | $ 5,919.20 |
| | | |
| Net Income | | $ 3,549.94 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period November 1, 2007 To November 30, 2007

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,554.38 | |
| | | |
| Total Sales | 18,554.38 | |
| | | |
| Cost of Goods | 7,769.83 | |
| | | |
| Total Cost of Goods | 7,769.83 | |
| | | |
| Total Income | $    10,784.55 | $    10,784.55 |
| | | |
| **Expenses** | | |
| Accounting | 29.75 | |
| Automobile Expense | 395.30 | |
| Auto Lease | 688.00 | |
| Bank Fees | 22.61 | |
| Contract labor | 2,000.00 | |
| Delivery & Freight | 709.18 | |
| Insurance | 75.37 | |
| Laundry & Cleaning | 73.72 | |
| Licenses & Permits | 69.09 | |
| Office Expense | 10.68 | |
| Officer Salary | 400.00 | |
| Rent | 775.00 | |
| Supplies | 284.13 | |
| Telephone | 104.58 | |
| Training | 90.29 | |
| Travel | 56.53 | |
| Utilities | 386.82 | |
| | | |
| Total Expenses | $     6,171.05 | $     6,171.05 |
| | | |
| Net Income | | $     4,613.50 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period December 1, 2007 To December 31, 2007

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 20,941.86 | | |
| | | | |
| Total Sales | 20,941.86 | | |
| | | | |
| Cost of Goods | 11,881.00 | | |
| | | | |
| Total Cost of Goods | 11,881.00 | | |
| | | | |
| Total Income | $      9,060.86 | $      9,060.86 | |
| | | | |
| **Expenses** | | | |
| Accounting | 29.75 | | |
| Automobile Expense | 794.12 | | |
| Auto Lease | 688.00 | | |
| Bank Fees | 45.43 | | |
| Contract labor | 2,000.00 | | |
| Delivery & Freight | 1,424.69 | | |
| Insurance | 151.42 | | |
| Laundry & Cleaning | 148.10 | | |
| Licenses & Permits | 138.80 | | |
| Office Expense | 21.45 | | |
| Officer Salary | 400.00 | | |
| Rent | 775.00 | | |
| Supplies | 570.79 | | |
| Telephone | 230.09 | | |
| Training | 181.38 | | |
| Travel | 113.56 | | |
| Utilities | 777.09 | | |
| | | | |
| Total Expenses | $      8,489.67 | $      8,489.67 | |
| | | | |
| Net Income | | $      571.19 | |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period January 1, 2008 To December 31, 2008

| Income | | |
|---|---:|---:|
| Sales | 221,360.00 | |
| | | |
| Total Sales | 221,360.00 | |
| | | |
| Cost of Goods | 113,705.00 | |
| | | |
| Total Cost of Goods | 113,705.00 | |
| | | |
| Total Income | $    107,655.00 | $    107,655.00 |
| | | |
| Expenses | | |
| Accounting | 515.00 | |
| Automobile Expense | 6,305.00 | |
| Auto Lease | 2,064.00 | |
| Bank Fees | 288.00 | |
| Contract labor | 21,000.00 | |
| Delivery & Freight | 11,695.00 | |
| Insurance | 4,907.00 | |
| Laundry & Cleaning | 1,684.00 | |
| Licenses & Permits | 2,251.00 | |
| Office Expense | 256.00 | |
| Officer Salary | 10,000.00 | |
| Supplies | 5,919.00 | |
| Telephone | 1,835.00 | |
| Training | 1,250.00 | |
| Travel | 1,026.00 | |
| Utilities | 5,949.00 | |
| | | |
| Total Expenses | $    76,944.00 | $    76,944.00 |
| | | |
| Net Income | | $    30,711.00 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period January 1, 2008 To January 31, 2008

| Income | | |
|---|---|---|
| Sales | 17,341.21 | |
| Total Sales | 17,341.21 | |
| Cost of Goods | 8,844.02 | |
| Total Cost of Goods | 8,844.02 | |
| Total Income | $ 8,497.19 | $ 8,497.19 |
| | | |
| Expenses | | |
| Accounting | 55.12 | |
| Automobile Expense | 415.74 | |
| Auto Lease | 172.00 | |
| Bank Fees | 23.78 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 745.86 | |
| Insurance | 79.27 | |
| Laundry & Cleaning | 77.54 | |
| Licenses & Permits | 72.67 | |
| Office Expense | 11.23 | |
| Officer Salary | 833.34 | |
| Supplies | 298.82 | |
| Telephone | 109.99 | |
| Training | 94.96 | |
| Travel | 59.45 | |
| Utilities | 406.83 | |
| Total Expenses | $ 5,206.60 | $ 5,206.60 |
| | | |
| Net Income | | $ 3,290.59 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period February 1, 2008 To February 28, 2008

| | | |
|---|---:|---:|
| Income | | |
|   Sales | 18,478.77 | |
| | | |
| Total Sales | 18,478.77 | |
| | | |
|   Cost of Goods | 9,345.87 | |
| | | |
| Total Cost of Goods | 9,345.87 | |
| | | |
| Total Income | $ 9,132.90 | $ 9,132.90 |
| | | |
| Expenses | | |
|   Accounting | 55.12 | |
|   Automobile Expense | 385.33 | |
|   Auto Lease | 172.00 | |
|   Bank Fees | 22.04 | |
|   Contract labor | 1,750.00 | |
|   Delivery & Freight | 691.30 | |
|   Insurance | 73.47 | |
|   Laundry & Cleaning | 71.87 | |
|   Licenses & Permits | 67.35 | |
|   Office Expense | 10.41 | |
|   Officer Salary | 833.34 | |
|   Supplies | 276.97 | |
|   Telephone | 101.94 | |
|   Training | 88.01 | |
|   Travel | 55.11 | |
|   Utilities | 377.07 | |
| | | |
| Total Expenses | $ 5,031.33 | $ 5,031.33 |
| | | |
| Net Income | | $ 4,101.57 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
#### For The Period March 1, 2008 To March 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,437.86 | |
| | | |
| Total Sales | 18,437.86 | |
| | | |
| Cost of Goods | 9,772.07 | |
| | | |
| Total Cost of Goods | 9,772.07 | |
| | | |
| Total Income | $ 8,665.79 | $ 8,665.79 |
| | | |
| **Expenses** | | |
| Accounting | 55.12 | |
| Automobile Expense | 352.00 | |
| Auto Lease | 172.00 | |
| Bank Fees | 20.14 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 631.50 | |
| Insurance | 67.12 | |
| Laundry & Cleaning | 65.65 | |
| Licenses & Permits | 61.52 | |
| Office Expense | 9.51 | |
| Officer Salary | 833.34 | |
| Supplies | 253.01 | |
| Telephone | 93.12 | |
| Training | 80.40 | |
| Travel | 49.76 | |
| Utilities | 344.45 | |
| | | |
| Total Expenses | $ 4,838.64 | $ 4,838.64 |
| | | |
| Net Income | | $ 3,827.15 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period April 1, 2008 To April 30, 2008

Income
Sales                                18,946.12

Total Sales                          18,946.12

Cost of Goods                         7,616.34

Total Cost of Goods                   7,616.34

| | | | |
|---|---|---|---|
| Total Income | $   11,329.78 | $ | 11,329.78 |

Expenses
| | |
|---|---|
| Accounting | 55.12 |
| Automobile Expense | 376.92 |
| Auto Lease | 172.00 |
| Bank Fees | 21.56 |
| Contract labor | 1,750.00 |
| Delivery & Freight | 676.21 |
| Insurance | 71.87 |
| Laundry & Cleaning | 70.30 |
| Licenses & Permits | 65.88 |
| Office Expense | 10.18 |
| Officer Salary | 833.34 |
| Supplies | 270.92 |
| Telephone | 99.72 |
| Training | 86.09 |
| Travel | 53.90 |
| Utilities | 368.84 |

| | | | |
|---|---|---|---|
| Total Expenses | $     4,982.85 | $ | 4,982.85 |

| | | | |
|---|---|---|---|
| Net Income | | $ | 6,346.93 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period may 1, 2008 To May 31, 2008

| | | | |
|---|---|---|---|
| Income | | | |
| Sales | 18,287.33 | | |
| | | | |
| Total Sales | 18,287.33 | | |
| | | | |
| Cost of Goods | 7,497.81 | | |
| | | | |
| Total Cost of Goods | 7,497.81 | | |
| | | | |
| Total Income | $ 10,789.52 | $ | 10,789.52 |
| | | | |
| Expenses | | | |
| Accounting | 55.12 | | |
| Automobile Expense | 392.33 | | |
| Auto Lease | 172.00 | | |
| Bank Fees | 22.44 | | |
| Contract labor | 1,750.00 | | |
| Delivery & Freight | 703.86 | | |
| Insurance | 76.04 | | |
| Laundry & Cleaning | 73.17 | | |
| Licenses & Permits | 68.57 | | |
| Office Expense | 10.60 | | |
| Officer Salary | 833.34 | | |
| Supplies | 282.00 | | |
| Telephone | 103.79 | | |
| Training | 89.61 | | |
| Travel | 56.11 | | |
| Utilities | 383.92 | | |
| | | | |
| Total Expenses | $ 5,072.90 | $ | 5,072.90 |
| | | | |
| Net Income | | $ | 5,716.62 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period June 1, 2008 To June 30, 2008

| | | |
|---|---|---|
| **Income** | | |
| Sales | 18,885.93 | |
| | | |
| Total Sales | 18,885.93 | |
| | | |
| Cost of Goods | 8,215.38 | |
| | | |
| Total Cost of Goods | 8,215.38 | |
| | | |
| Total Income | $    10,670.55 | $    10,670.55 |
| | | |
| **Expenses** | | |
| Accounting | 55.12 | |
| Automobile Expense | 382.01 | |
| Auto Lease | 172.00 | |
| Bank Fees | 21.85 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 685.34 | |
| Insurance | 72.84 | |
| Laundry & Cleaning | 71.25 | |
| Licenses & Permits | 66.77 | |
| Office Expense | 10.32 | |
| Officer Salary | 833.34 | |
| Supplies | 274.58 | |
| Telephone | 101.06 | |
| Training | 87.25 | |
| Travel | 54.63 | |
| Utilities | 373.82 | |
| | | |
| Total Expenses | $     5,012.18 | $     5,012.18 |
| | | |
| Net Income | | $     5,658.37 |

## HTUN NYUNT, INC.
### 8164 PAGODA DR
### SPRING HILL, FLORIDA 34606

INCOME STATEMENT
For The Period July 1, 2008 To July 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,648.46 | |
| | | |
| Total Sales | 18,648.46 | |
| | | |
| Cost of Goods | 8,105.93 | |
| | | |
| Total Cost of Goods | 8,105.93 | |
| | | |
| Total Income | $ 10,542.53 | $ 10,542.53 |
| | | |
| **Expenses** | | |
| Accounting | 55.12 | |
| Automobile Expense | 361.16 | |
| Auto Lease | 172.00 | |
| Bank Fees | 20.54 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 647.94 | |
| Insurance | 68.86 | |
| Laundry & Cleaning | 67.36 | |
| Licenses & Permits | 63.13 | |
| Office Expense | 9.76 | |
| Officer Salary | 833.34 | |
| Supplies | 259.59 | |
| Telephone | 95.55 | |
| Training | 82.49 | |
| Travel | 51.65 | |
| Utilities | 353.42 | |
| | | |
| Total Expenses | $ 4,891.91 | $ 4,891.91 |
| | | |
| Net Income | | $ 5,650.62 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period August 1, 2008 To August 31, 2008

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 18,917.75 | | |
| | | | |
| Total Sales | 18,917.75 | | |
| | | | |
| Cost of Goods | 8,935.61 | | |
| | | | |
| Total Cost of Goods | 8,935.61 | | |
| | | | |
| Total Income | $ 9,982.14 | $ | 9,982.14 |
| | | | |
| **Expenses** | | | |
| Accounting | 55.12 | | |
| Automobile Expense | 401.95 | | |
| Auto Lease | 172.00 | | |
| Bank Fees | 23.00 | | |
| Contract labor | 1,750.00 | | |
| Delivery & Freight | 721.11 | | |
| Insurance | 76.64 | | |
| Laundry & Cleaning | 74.96 | | |
| Licenses & Permits | 70.25 | | |
| Office Expense | 10.86 | | |
| Officer Salary | 833.34 | | |
| Supplies | 288.91 | | |
| Telephone | 106.34 | | |
| Training | 91.81 | | |
| Travel | 57.48 | | |
| Utilities | 393.33 | | |
| | | | |
| Total Expenses | $ 5,127.10 | $ | 5,127.10 |
| | | | |
| Net Income | | $ | 4,855.04 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period September 1, 2008 To September 30, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,266.41 | |
| | | |
| Total Sales | 18,266.41 | |
| | | |
| Cost of Goods | 8,199.79 | |
| | | |
| Total Cost of Goods | 8,199.79 | |
| | | |
| Total Income | $    10,066.62 | $    10,066.62 |
| | | |
| **Expenses** | | |
| Accounting | 55.12 | |
| Automobile Expense | 426.57 | |
| Auto Lease | 172.00 | |
| Bank Fees | 24.40 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 765.28 | |
| Insurance | 81.34 | |
| Laundry & Cleaning | 79.56 | |
| Licenses & Permits | 74.56 | |
| Office Expense | 11.53 | |
| Officer Salary | 833.34 | |
| Supplies | 306.61 | |
| Telephone | 112.85 | |
| Training | 97.43 | |
| Travel | 61.00 | |
| Utilities | 417.42 | |
| | | |
| Total Expenses | $    5,269.01 | $    5,269.01 |
| | | |
| Net Income | | $    4,797.61 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period October 1, 2008 To October 31, 2008

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,443.78 | |
| | | |
| Total Sales | 18,443.78 | |
| | | |
| Cost of Goods | 7,705.81 | |
| | | |
| Total Cost of Goods | 7,705.81 | |
| | | |
| Total Income | $ 10,737.97 | $ 10,737.97 |
| | | |
| **Expenses** | | |
| Accounting | 55.12 | |
| Automobile Expense | 351.60 | |
| Auto Lease | 172.00 | |
| Bank Fees | 20.12 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 630.78 | |
| Insurance | 67.04 | |
| Laundry & Cleaning | 65.57 | |
| Licenses & Permits | 61.45 | |
| Office Expense | 9.50 | |
| Officer Salary | 833.34 | |
| Supplies | 252.13 | |
| Telephone | 93.02 | |
| Training | 80.31 | |
| Travel | 50.28 | |
| Utilities | 344.06 | |
| | | |
| Total Expenses | $ 4,836.32 | $ 4,836.32 |
| | | |
| Net Income | | $ 5,901.65 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period November 1, 2008 To November 30, 2008

| Income | | |
|---|---|---|
| Sales | 18,254.11 | |
| | | |
| Total Sales | 18,254.11 | |
| | | |
| Cost of Goods | 9,692.57 | |
| | | |
| Total Cost of Goods | 9,692.57 | |
| | | |
| Total Income | $      8,561.54 | $      8,561.54 |
| | | |
| Expenses | | |
| Accounting | 55.12 | |
| Automobile Expense | 395.30 | |
| Auto Lease | 172.00 | |
| Bank Fees | 22.61 | |
| Contract labor | 1,750.00 | |
| Delivery & Freight | 709.18 | |
| Insurance | 75.37 | |
| Laundry & Cleaning | 73.72 | |
| Licenses & Permits | 69.09 | |
| Office Expense | 10.68 | |
| Officer Salary | 833.34 | |
| Supplies | 284.13 | |
| Telephone | 104.58 | |
| Training | 90.29 | |
| Travel | 56.53 | |
| Utilities | 386.82 | |
| | | |
| Total Expenses | $      5,088.76 | $      5,088.76 |
| | | |
| Net Income | | $      3,472.78 |

# HTUN NYUNT, INC.
## 8164 PAGODA DR
## SPRING HILL, FLORIDA 34606

### INCOME STATEMENT
For The Period December 1, 2008 To December 31, 2008

| | | | |
|---|---|---|---|
| Income | | | |
| Sales | 18,453.00 | | |
| | | | |
| Total Sales | 18,453.00 | | |
| | | | |
| Cost of Goods | 8,765.90 | | |
| | | | |
| Total Cost of Goods | 8,765.90 | | |
| | | | |
| Total Income | $ 9,687.10 | | $ 9,687.10 |
| | | | |
| Expenses | | | |
| Accounting | 55.12 | | |
| Automobile Expense | 794.12 | | |
| Auto Lease | 172.00 | | |
| Bank Fees | 45.43 | | |
| Contract labor | 1,750.00 | | |
| Delivery & Freight | 1,424.69 | | |
| Insurance | 151.42 | | |
| Laundry & Cleaning | 148.10 | | |
| Licenses & Permits | 138.80 | | |
| Office Expense | 21.45 | | |
| Officer Salary | 833.34 | | |
| Supplies | 570.79 | | |
| Telephone | 210.09 | | |
| Training | 181.38 | | |
| Travel | 113.56 | | |
| Utilities | 777.09 | | |
| | | | |
| Total Expenses | $ 7,387.38 | | $ 7,387.38 |
| | | | |
| Net Income | | | $ 2,299.72 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period January 1, 2009 To December 31, 2009

| Income | | |
|---|---:|---:|
| Sales | 247,625.00 | |
| | | |
| Total Sales | 247,625.00 | |
| | | |
| Cost of Goods | 124,838.00 | |
| | | |
| Total Cost of Goods | 124,838.00 | |
| | | |
| Total Income | $ 122,787.00 | $ 122,787.00 |
| | | |
| Expenses | | |
| Accounting | 450.00 | |
| Automobile Expense | 10,755.00 | |
| Bank Fees | 504.00 | |
| Contract labor | 26,250.00 | |
| Delivery & Freight | 8,489.00 | |
| Insurance | 2,696.00 | |
| Laundry & Cleaning | 1,754.00 | |
| Licenses & Permits | 2,349.00 | |
| Miscellaneous | 25.00 | |
| Office Expense | 623.00 | |
| Officer Salary | 12,000.00 | |
| Supplies | 6,787.00 | |
| Telephone | 2,671.00 | |
| Training | 1,673.00 | |
| Travel | 1,621.00 | |
| Utilities | 5,070.00 | |
| | | |
| Total Expenses | $ 83,717.00 | $ 83,717.00 |
| | | |
| Net Income | | $ 39,070.00 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period January 1, 2009 To January 31, 2009

| Income | | |
|---|---|---|
| Sales | 20,523.17 | |
| | | |
| Total Sales | 20,523.17 | |
| | | |
| Cost of Goods | 10,877.28 | |
| | | |
| Total Cost of Goods | 10,877.28 | |
| | | |
| Total Income | $    9,645.89 | $    9,645.89 |
| | | |
| Expenses | | |
| Accounting | 37.50 | |
| Automobile Expense | 888.04 | |
| Bank Fees | 41.62 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 700.94 | |
| Insurance | 221.61 | |
| Laundry & Cleaning | 144.83 | |
| Licenses & Permits | 193.96 | |
| Miscellaneous | 2.07 | |
| Office Expense | 51.45 | |
| Officer Salary | 1,000.00 | |
| Supplies | 560.41 | |
| Telephone | 220.55 | |
| Training | 138.15 | |
| Travel | 133.85 | |
| Utilities | 418.63 | |
| | | |
| Total Expenses | $    6,941.11 | $    6,941.11 |
| | | |
| Net Income | | $    2,704.78 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

For The Period February 1, 2009 To February 28, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 20,771.23 | |
| | | |
| **Total Sales** | 20,771.23 | |
| | | |
| Cost of Goods | 10,177.90 | |
| | | |
| **Total Cost of Goods** | 10,177.90 | |
| | | |
| **Total Income** | $ 10,593.33 | $ 10,593.33 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| **Total Expenses** | $ 6,652.01 | $ 6,652.01 |
| | | |
| **Net Income** | | $ 3,941.32 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period March 1, 2009 To March 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 20,167.45 | |
| | | |
| Total Sales | 20,167.45 | |
| | | |
| Cost of Goods | 9,882.05 | |
| | | |
| Total Cost of Goods | 9,882.05 | |
| | | |
| Total Income | $ 10,285.40 | $ 10,285.40 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $ 6,652.01 | $ 6,652.01 |
| | | |
| Net Income | | $ 3,633.39 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period April 1, 2009 To April 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 20,448.87 | |
| | | |
| Total Sales | 20,448.87 | |
| | | |
| Cost of Goods | 10,633.41 | |
| | | |
| Total Cost of Goods | 10,633.41 | |
| | | |
| Total Income | $ 9,815.46 | $ 9,815.46 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $ 6,652.01 | $ 6,652.01 |
| | | |
| Net Income | | $ 3,163.45 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period May 1, 2009 To May 31, 2009

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 20,367.45 | | |
| | | | |
| Total Sales | 20,367.45 | | |
| | | | |
| Cost of Goods | 10,998.42 | | |
| | | | |
| Total Cost of Goods | 10,998.42 | | |
| | | | |
| Total Income | $ 9,369.03 | $ | 9,369.03 |
| | | | |
| **Expenses** | | | |
| Accounting | 37.50 | | |
| Automobile Expense | 823.08 | | |
| Bank Fees | 38.58 | | |
| Contract labor | 2,187.50 | | |
| Delivery & Freight | 649.67 | | |
| Insurance | 206.33 | | |
| Laundry & Cleaning | 134.24 | | |
| Licenses & Permits | 179.77 | | |
| Miscellaneous | 1.92 | | |
| Office Expense | 47.68 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 519.41 | | |
| Telephone | 204.42 | | |
| Training | 128.04 | | |
| Travel | 105.86 | | |
| Utilities | 388.01 | | |
| | | | |
| Total Expenses | $ 6,652.01 | $ | 6,652.01 |
| | | | |
| Net Income | | $ | 2,717.02 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period June 1, 2009 To June 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,444.48 | |
| | | |
| Total Sales | 18,444.48 | |
| | | |
| Cost of Goods | 9,867.80 | |
| | | |
| Total Cost of Goods | 9,867.80 | |
| | | |
| Total Income | $     8,576.68 | $     8,576.68 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $     6,652.01 | $     6,652.01 |
| | | |
| Net Income | | $     1,924.67 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period July 1, 2009 To July 31, 2009

| | | | |
|---|---:|---|---:|
| **Income** | | | |
| Sales | 18,954.45 | | |
| | | | |
| Total Sales | 18,954.45 | | |
| | | | |
| Cost of Goods | 9,376.20 | | |
| | | | |
| Total Cost of Goods | 9,376.20 | | |
| | | | |
| Total Income | $ 9,578.25 | $ | 9,578.25 |
| | | | |
| **Expenses** | | | |
| Accounting | 37.50 | | |
| Automobile Expense | 823.08 | | |
| Bank Fees | 38.58 | | |
| Contract labor | 2,187.50 | | |
| Delivery & Freight | 649.67 | | |
| Insurance | 206.33 | | |
| Laundry & Cleaning | 134.24 | | |
| Licenses & Permits | 179.77 | | |
| Miscellaneous | 1.92 | | |
| Office Expense | 47.68 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 519.41 | | |
| Telephone | 204.42 | | |
| Training | 128.04 | | |
| Travel | 105.86 | | |
| Utilities | 388.01 | | |
| | | | |
| Total Expenses | $ 6,652.01 | $ | 6,652.01 |
| | | | |
| Net Income | | $ | 2,926.24 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period August 1, 2009 To August 31, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,127.77 | |
| | | |
| Total Sales | 18,127.77 | |
| | | |
| Cost of Goods | 10,012.69 | |
| | | |
| Total Cost of Goods | 10,012.69 | |
| | | |
| Total Income | $ 8,115.08 | $ 8,115.08 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $ 6,652.01 | $ 6,652.01 |
| | | |
| Net Income | | $ 1,463.07 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period September 1, 2009 To September 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 18,621.08 | |
| | | |
| Total Sales | 18,621.08 | |
| | | |
| Cost of Goods | 10,221.11 | |
| | | |
| Total Cost of Goods | 10,221.11 | |
| | | |
| Total Income | $    8,399.97 | $    8,399.97 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $    6,652.01 | $    6,652.01 |
| | | |
| Net Income | | $    1,747.96 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period October 1, 2009 To October 31, 2009

| | | | |
|---|---:|---|---:|
| **Income** | | | |
| Sales | 19,873.60 | | |
| | | | |
| Total Sales | 19,873.60 | | |
| | | | |
| Cost of Goods | 10,290.55 | | |
| | | | |
| Total Cost of Goods | 10,290.55 | | |
| | | | |
| Total Income | $ 9,583.05 | $ | 9,583.05 |
| | | | |
| **Expenses** | | | |
| Accounting | 37.50 | | |
| Automobile Expense | 823.08 | | |
| Bank Fees | 38.58 | | |
| Contract labor | 2,187.50 | | |
| Delivery & Freight | 649.67 | | |
| Insurance | 206.33 | | |
| Laundry & Cleaning | 134.24 | | |
| Licenses & Permits | 179.77 | | |
| Miscellaneous | 1.92 | | |
| Office Expense | 47.68 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 519.41 | | |
| Telephone | 204.42 | | |
| Training | 128.04 | | |
| Travel | 105.86 | | |
| Utilities | 388.01 | | |
| | | | |
| Total Expenses | $ 6,652.01 | $ | 6,652.01 |
| | | | |
| Net Income | | $ | 2,931.04 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period November 1, 2009 To November 30, 2009

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 22,528.45 | |
| | | |
| Total Sales | 22,528.45 | |
| | | |
| Cost of Goods | 11,286.30 | |
| | | |
| Total Cost of Goods | 11,286.30 | |
| | | |
| Total Income | $   11,242.15 | $   11,242.15 |
| | | |
| **Expenses** | | |
| Accounting | 37.50 | |
| Automobile Expense | 823.08 | |
| Bank Fees | 38.58 | |
| Contract labor | 2,187.50 | |
| Delivery & Freight | 649.67 | |
| Insurance | 206.33 | |
| Laundry & Cleaning | 134.24 | |
| Licenses & Permits | 179.77 | |
| Miscellaneous | 1.92 | |
| Office Expense | 47.68 | |
| Officer Salary | 1,000.00 | |
| Supplies | 519.41 | |
| Telephone | 204.42 | |
| Training | 128.04 | |
| Travel | 105.86 | |
| Utilities | 388.01 | |
| | | |
| Total Expenses | $   6,652.01 | $   6,652.01 |
| | | |
| Net Income | | $   4,590.14 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period December 1, 2009 To December 31, 2009

| | | | |
|---|---|---|---|
| Income | | | |
| Sales | 28,797.55 | | |
| | | | |
| Total Sales | 28,797.55 | | |
| | | | |
| Cost of Goods | 11,214.19 | | |
| | | | |
| Total Cost of Goods | 11,214.19 | | |
| | | | |
| Total Income | $ 17,583.36 | $ | 17,583.36 |
| | | | |
| Expenses | | | |
| Accounting | 37.50 | | |
| Automobile Expense | 2,323.08 | | |
| Bank Fees | 38.58 | | |
| Contract labor | 2,187.50 | | |
| Delivery & Freight | 2,609.67 | | |
| Insurance | 206.33 | | |
| Laundry & Cleaning | 134.24 | | |
| Licenses & Permits | 179.77 | | |
| Miscellaneous | 1.92 | | |
| Office Expense | 47.68 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 519.41 | | |
| Telephone | 204.42 | | |
| Training | 128.04 | | |
| Travel | 105.86 | | |
| Utilities | 388.01 | | |
| | | | |
| Total Expenses | $ 10,112.01 | $ | 10,112.01 |
| | | | |
| Net Income | | $ | 7,471.35 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period January 1, 2010 To December 31, 2010

| | | |
|---|---|---|
| Income | | |
| Sales | 236,390.00 | |
| | | |
| Total Sales | 236,390.00 | |
| | | |
| Cost of Goods | 124,184.00 | |
| | | |
| Total Cost of Goods | 124,184.00 | |
| | | |
| Total Income | $ 112,206.00 | $ 112,206.00 |
| | | |
| Expenses | | |
| Accounting | 605.00 | |
| Automobile Expense | 11,269.00 | |
| Bank Fees | 480.00 | |
| Contract labor | 24,900.00 | |
| Delivery & Freight | 9,173.00 | |
| Insurance | 1,443.00 | |
| Laundry & Cleaning | 1,532.00 | |
| Licenses & Permits | 1,608.00 | |
| Office Expense | 443.00 | |
| Officer Salary | 12,000.00 | |
| Supplies | 6,125.00 | |
| Telephone | 1,272.00 | |
| Training | 1,684.00 | |
| Travel | 1,598.00 | |
| Utilities | 4,230.00 | |
| | | |
| Total Expenses | $ 78,362.00 | $ 78,362.00 |
| | | |
| Net Income | | $ 33,844.00 |

## HTUN NYUNT, INC.
### 7415 FLYWAY DR
### SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period January 1, 2010 To January 31, 2010

| | | | |
|---|---|---|---|
| Income | | | |
| Sales | 25,814.22 | | |
| | | | |
| Total Sales | 25,814.22 | | |
| | | | |
| Cost of Goods | 10,123.45 | | |
| | | | |
| Total Cost of Goods | 10,123.45 | | |
| | | | |
| Total Income | $ 15,690.77 | $ | 15,690.77 |
| | | | |
| Expenses | | | |
| Accounting | 50.42 | | |
| Automobile Expense | 930.49 | | |
| Bank Fees | 39.64 | | |
| Contract labor | 2,075.00 | | |
| Delivery & Freight | 757.42 | | |
| Insurance | 119.15 | | |
| Laundry & Cleaning | 126.50 | | |
| Licenses & Permits | 132.78 | | |
| Office Expense | 36.58 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 505.75 | | |
| Telephone | 105.03 | | |
| Training | 139.05 | | |
| Travel | 131.95 | | |
| Utilities | 349.28 | | |
| | | | |
| Total Expenses | $ 6,499.04 | $ | 6,499.04 |
| | | | |
| Net Income | | $ | 9,191.73 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period Febuary 1, 2010 To Febuary 28, 2010

| | | |
|---|---:|---:|
| Income | | |
| Sales | 25,358.55 | |
| | | |
| Total Sales | 25,358.55 | |
| | | |
| Cost of Goods | 9,876.09 | |
| | | |
| Total Cost of Goods | 9,876.09 | |
| | | |
| Total Income | $    15,482.46 | $    15,482.46 |
| | | |
| Expenses | | |
| Accounting | 50.42 | |
| Automobile Expense | 862.42 | |
| Bank Fees | 36.74 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 702.01 | |
| Insurance | 110.44 | |
| Laundry & Cleaning | 117.25 | |
| Licenses & Permits | 123.06 | |
| Office Expense | 33.91 | |
| Officer Salary | 1,000.00 | |
| Supplies | 468.75 | |
| Telephone | 97.35 | |
| Training | 128.88 | |
| Travel | 122.30 | |
| Utilities | 323.73 | |
| | | |
| Total Expenses | $    6,252.26 | $    6,252.26 |
| | | |
| Net Income | | $    9,230.20 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period March 1, 2010 To March 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 25,278.17 | |
| | | |
| Total Sales | 25,278.17 | |
| | | |
| Cost of Goods | 10,954.94 | |
| | | |
| Total Cost of Goods | 10,954.94 | |
| | | |
| Total Income | $  14,323.23 | $  14,323.23 |
| | | |
| **Expenses** | | |
| Accounting | 50.42 | |
| Automobile Expense | 787.82 | |
| Bank Fees | 33.56 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 641.29 | |
| Insurance | 100.88 | |
| Laundry & Cleaning | 107.11 | |
| Licenses & Permits | 112.42 | |
| Office Expense | 30.97 | |
| Officer Salary | 1,000.00 | |
| Supplies | 428.20 | |
| Telephone | 88.93 | |
| Training | 117.73 | |
| Travel | 111.72 | |
| Utilities | 295.72 | |
| | | |
| Total Expenses | $  5,981.77 | $  5,981.77 |
| | | |
| Net Income | | $  8,341.46 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period April 1, 2010 To April 30, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 26,156.99 | |
| Total Sales | 26,156.99 | |
| Cost of Goods | 10,416.84 | |
| Total Cost of Goods | 10,416.84 | |
| Total Income | $ 15,740.15 | $ 15,740.15 |
| | | |
| **Expenses** | | |
| Accounting | 50.42 | |
| Automobile Expense | 843.60 | |
| Bank Fees | 35.94 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 686.99 | |
| Insurance | 108.03 | |
| Laundry & Cleaning | 114.69 | |
| Licenses & Permits | 120.38 | |
| Office Expense | 33.17 | |
| Officer Salary | 1,000.00 | |
| Supplies | 458.52 | |
| Telephone | 95.23 | |
| Training | 126.07 | |
| Travel | 119.63 | |
| Utilities | 316.66 | |
| Total Expenses | $ 6,184.33 | $ 6,184.33 |
| | | |
| Net Income | | $ 9,555.82 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period May 1, 2010 To May 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 12,195.76 | |
| | | |
| Total Sales | 12,195.76 | |
| | | |
| Cost of Goods | 9,878.57 | |
| | | |
| Total Cost of Goods | 9,878.57 | |
| | | |
| Total Income | $ 2,317.19 | $ 2,317.19 |
| | | |
| **Expenses** | | |
| Accounting | 50.42 | |
| Automobile Expense | 878.08 | |
| Bank Fees | 37.41 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 714.76 | |
| Insurance | 112.44 | |
| Laundry & Cleaning | 119.38 | |
| Licenses & Permits | 125.30 | |
| Office Expense | 34.52 | |
| Officer Salary | 1,000.00 | |
| Supplies | 477.26 | |
| Telephone | 99.12 | |
| Training | 131.22 | |
| Travel | 124.52 | |
| Utilities | 329.61 | |
| | | |
| Total Expenses | $ 6,309.04 | $ 6,309.04 |
| | | |
| Net Income | | $ (3,991.85) |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period June 1, 2010 To June 30, 2010

| | | | |
|---|---|---|---|
| Income | | | |
| Sales | 12,874.16 | | |
| | | | |
| Total Sales | 12,874.16 | | |
| | | | |
| Cost of Goods | 9,462.51 | | |
| | | | |
| Total Cost of Goods | 9,462.51 | | |
| | | | |
| Total Income | $    3,411.65 | $    3,411.65 | |
| | | | |
| Expenses | | | |
| Accounting | 50.42 | | |
| Automobile Expense | 854.98 | | |
| Bank Fees | 36.42 | | |
| Contract labor | 2,075.00 | | |
| Delivery & Freight | 695.96 | | |
| Insurance | 109.48 | | |
| Laundry & Cleaning | 116.24 | | |
| Licenses & Permits | 122.00 | | |
| Office Expense | 33.61 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 464.71 | | |
| Telephone | 96.51 | | |
| Training | 127.77 | | |
| Travel | 121.24 | | |
| Utilities | 320.93 | | |
| | | | |
| Total Expenses | $    6,225.27 | $    6,225.27 | |
| | | | |
| Net Income | | $   (2,813.62) | |

HTUN NYUNT, INC.
7415 FLYWAY DR
SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period July 1, 2010 To July 31, 2010

| | | |
|---|---|---|
| Income | | |
| Sales | 12,781.91 | |
| | | |
| Total Sales | 12,781.91 | |
| | | |
| Cost of Goods | 9,390.49 | |
| | | |
| Total Cost of Goods | 9,390.49 | |
| | | |
| Total Income | $    3,391.42 | $    3,391.42 |
| | | |
| Expenses | | |
| Accounting | 50.42 | |
| Automobile Expense | 808.33 | |
| Bank Fees | 34.43 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 657.98 | |
| Insurance | 103.51 | |
| Laundry & Cleaning | 109.89 | |
| Licenses & Permits | 115.35 | |
| Office Expense | 31.78 | |
| Officer Salary | 1,000.00 | |
| Supplies | 439.35 | |
| Telephone | 91.24 | |
| Training | 120.80 | |
| Travel | 114.63 | |
| Utilities | 303.42 | |
| | | |
| Total Expenses | $    6,056.13 | $    6,056.13 |
| | | |
| Net Income | | $    (2,664.71) |

## HTUN NYUNT, INC.
### 7415 FLYWAY DR
### SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period August 1, 2010 To August 31, 2010

| | | | |
|---|---:|---|---:|
| **Income** | | | |
| Sales | 12,562.66 | | |
| | | | |
| Total Sales | 12,562.66 | | |
| | | | |
| Cost of Goods | 6,310.73 | | |
| | | | |
| Total Cost of Goods | 6,310.73 | | |
| | | | |
| Total Income | $ 6,251.93 | | $ 6,251.93 |
| | | | |
| **Expenses** | | | |
| Accounting | 50.42 | | |
| Automobile Expense | 899.61 | | |
| Bank Fees | 38.32 | | |
| Contract labor | 2,075.00 | | |
| Delivery & Freight | 732.28 | | |
| Insurance | 115.20 | | |
| Laundry & Cleaning | 122.30 | | |
| Licenses & Permits | 128.37 | | |
| Office Expense | 35.37 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 488.96 | | |
| Telephone | 101.55 | | |
| Training | 134.44 | | |
| Travel | 127.57 | | |
| Utilities | 337.68 | | |
| | | | |
| Total Expenses | $ 6,387.07 | | $ 6,387.07 |
| | | | |
| Net Income | | | $ (135.14) |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period September 1, 2010 To September 30, 2010

| | | | |
|---|---:|---|---:|
| **Income** | | | |
| Sales | 12,647.65 | | |
| Total Sales | 12,647.65 | | |
| Cost of Goods | 10,736.59 | | |
| Total Cost of Goods | 10,736.59 | | |
| Total Income | $ 1,911.06 | $ | 1,911.06 |
| | | | |
| **Expenses** | | | |
| Accounting | 50.42 | | |
| Automobile Expense | 954.71 | | |
| Bank Fees | 40.67 | | |
| Contract labor | 2,075.00 | | |
| Delivery & Freight | 777.14 | | |
| Insurance | 122.25 | | |
| Laundry & Cleaning | 129.80 | | |
| Licenses & Permits | 136.23 | | |
| Office Expense | 37.53 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 518.91 | | |
| Telephone | 107.77 | | |
| Training | 142.67 | | |
| Travel | 135.39 | | |
| Utilities | 358.37 | | |
| Total Expenses | $ 6,586.86 | $ | 6,586.86 |
| | | | |
| Net Income | | $ | (4,675.80) |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period October 1, 2010 To October 31, 2010

| | | |
|---|---:|---:|
| **Income** | | |
| Sales | 15,078.04 | |
| | | |
| Total Sales | 15,078.04 | |
| | | |
| Cost of Goods | 12,221.38 | |
| | | |
| Total Cost of Goods | 12,221.38 | |
| | | |
| Total Income | $    2,856.66 | $    2,856.66 |
| | | |
| **Expenses** | | |
| Accounting | 50.42 | |
| Automobile Expense | 786.92 | |
| Bank Fees | 33.52 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 640.55 | |
| Insurance | 100.77 | |
| Laundry & Cleaning | 106.98 | |
| Licenses & Permits | 112.29 | |
| Office Expense | 30.94 | |
| Officer Salary | 1,000.00 | |
| Supplies | 427.71 | |
| Telephone | 88.83 | |
| Training | 117.60 | |
| Travel | 111.59 | |
| Utilities | 295.38 | |
| | | |
| Total Expenses | $    5,978.50 | $    5,978.50 |
| | | |
| Net Income | | $    (3,121.84) |

## HTUN NYUNT, INC.
### 7415 FLYWAY DR
### SPRING HILL, FLORIDA 34607

INCOME STATEMENT
For The Period November 1, 2010 To November 30, 2010

| | | | |
|---|---|---|---|
| **Income** | | | |
| Sales | 22,844.45 | | |
| | | | |
| Total Sales | 22,844.45 | | |
| | | | |
| Cost of Goods | 9,845.50 | | |
| | | | |
| Total Cost of Goods | 9,845.50 | | |
| | | | |
| Total Income | $ 12,998.95 | $ | 12,998.95 |
| | | | |
| **Expenses** | | | |
| Accounting | 50.42 | | |
| Automobile Expense | 884.73 | | |
| Bank Fees | 37.69 | | |
| Contract labor | 2,075.00 | | |
| Delivery & Freight | 720.18 | | |
| Insurance | 113.29 | | |
| Laundry & Cleaning | 120.28 | | |
| Licenses & Permits | 126.25 | | |
| Office Expense | 34.78 | | |
| Officer Salary | 1,000.00 | | |
| Supplies | 480.88 | | |
| Telephone | 97.87 | | |
| Training | 132.21 | | |
| Travel | 125.46 | | |
| Utilities | 332.10 | | |
| | | | |
| Total Expenses | $ 6,331.14 | $ | 6,331.14 |
| | | | |
| Net Income | | $ | 6,667.81 |

# HTUN NYUNT, INC.
## 7415 FLYWAY DR
## SPRING HILL, FLORIDA 34607

### INCOME STATEMENT
For The Period December 1, 2010 To December 31, 2010

| | | |
|---|---|---|
| **Income** | | |
| Sales | 32,797.55 | |
| | | |
| Total Sales | 32,797.55 | |
| | | |
| Cost of Goods | 14,967.42 | |
| | | |
| Total Cost of Goods | 14,967.42 | |
| | | |
| Total Income | $ 17,830.13 | $ 17,830.13 |
| | | |
| **Expenses** | | |
| Accounting | 50.42 | |
| Automobile Expense | 1,777.35 | |
| Bank Fees | 75.71 | |
| Contract labor | 2,075.00 | |
| Delivery & Freight | 1,446.77 | |
| Insurance | 227.59 | |
| Laundry & Cleaning | 241.63 | |
| Licenses & Permits | 253.62 | |
| Office Expense | 69.87 | |
| Officer Salary | 1,000.00 | |
| Supplies | 966.04 | |
| Telephone | 200.62 | |
| Training | 265.60 | |
| Travel | 252.04 | |
| Utilities | 667.16 | |
| | | |
| Total Expenses | $ 9,569.42 | $ 9,569.42 |
| | | |
| Net Income | | $ 8,260.71 |