# Sworn Written Statement for Claimant Accounting Support

By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

## A. CLAIMANT INFORMATION

**Name:**
- Last Name or Full Name of Business: TNN ENTERPRISES, INC.
- First:
- Middle Initial:

**Deepwater Horizon Settlement Program Claimant Number:** _____

**Social Security Number:** 
or
**Individual Taxpayer Identification Number:**
or
**Employer Identification Number:**

SSN or ITIN: ___-__-____

EIN: 14-8883293... (1 4 - 8 8 3 2 9 3)

**Current Address:**
- Street: 5917 111th place North
- City: Pinellas Park
- State: Florida
- Zip Code: 33782

## B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☑ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☑ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

**Name:**
- Last: Bassler
- First: Joseph
- Middle Initial: K

**Address:**
- Street: 6211 Sun Blvd #109
- City: Saint Petersburg
- State: Florida
- Zip Code: 33715

**Telephone Number:** (813) 369-0554

**Email Address:** Jojo490053@yahoo.com

**Accountant Website (if available):**

## C. SUPERVISOR INFORMATION

If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☒ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last: Bassler | First: Joseph | Middle Initial: K. |
|---|---|---|---|

| Address: | Street: 6211 Sun Blvd # 109 | | |
|---|---|---|---|
| | City: Saint Petersburg | State: Florida | Zip Code: 33715 |

| Telephone Number: | (813) 361-0555 [or (811) 316-9-101515141] |
|---|---|
| Email Address: | jojo49005@yahoo.com |
| Accountant Website (if available): | |
| Professional License Number: | |
| IRS Preparer Tax Identification Number: | P00145450 |

## D. CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state. I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

## E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 10/28/2012 (Month/Day/Year) | _[signature]_ Accountant or Preparer Signature |
|---|---|---|
| | | Joseph K. Bassler Name (Printed or Typed) |

# INVOICE

**From**

Joseph K. Bassler

6211 Sun Blvd # 109.

St. Petersburg, Florida 33715

**To**

TNN Enterprises, Inc.
5917 111th Place
Pinellas Park, Florida

**Invoice #** 710

**Invoice Date** 10/28/2012

**Due Date** 10/28/2012

**Invoice Notes**
For Services Rendered For the
Assessment of Loss Earnings and Profits
and preparation Of the Gulf Coast Oil Spill final Claim
18 Hours @ $ 125.00 Per hour

**Total Due**
$2,250

This card is the property of the Internal Revenue Service (IRS). Use of this card signifies agreement to the current conditions set forth by the IRS.

This card is not valid unless signed by the person identified on the front.

If found mail to:  IRS, PTIN Unit
P. O. Box 447
Bensalem, PA 19020

Contact the Philadelphia Service Center on (215) 516-4846 regarding this card.

Department of the Treasury
Internal Revenue Service

Form 12445 (9-1999)
Catalog Number 28553M
www.irs.gov

Preparer's Tax Identification Number

P00145450

This number has been established for

JOSEPH BASSLER

To be used on tax returns prepared for compensation.

Joseph K. Bassler
Signature

# Sworn Written Statement for Claimant Accounting Support

By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

## A. CLAIMANT INFORMATION

**Name:** Last Name or Full Name of Business: HTUN NYUNT INC.  First:  Middle Initial:

**Deepwater Horizon Settlement Program Claimant Number:**

**Social Security Number:** or **Individual Taxpayer Identification Number:** or **Employer Identification Number:**
SSN or ITIN:
EIN: 20-1261081139

**Current Address:**
Street: 7415 Flyway Dr.
City: Spring Hill  State: Fl  Zip Code: 34607

## B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☑ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☐ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

**Name:** Last: BOSSIER  First: Joseph  Middle Initial: K.

**Address:**
Street: 624 Sun Blvd #109
City: Saint Petersburg  State: Florida  Zip Code: 33715

**Telephone Number:** (811 3) 13 16 19 - 10 15 15 14 1

**Email Address:** Jojo490053@yahoo.com

**Accountant Website (if available):**

### C. SUPERVISOR INFORMATION

If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you. You must only select one:

[ ] I am a Certified Public Accountant.

[ ] I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

[✓] I am an individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last: Bassler | First: Joseph | Middle Initial: K. |
|---|---|---|---|
| Address: | Street: 6211 Sun Blvd #109 | | |
| | City: Saint Petersburg | State: Florida | Zip Code: |
| Telephone Number: | (813) 369-1055 | | |
| Email Address: | JoJo49005-3@yahoo.com | | |
| Accountant Website (if available): | N/A | | |
| Professional License Number: | | | |
| IRS Preparer Tax Identification Number: | P00145450 | | |

### D. CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state. I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

### E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 11/06/2012 (Month/Day/Year) | *Joseph Bassler* — Accountant or Preparer Signature<br>Joseph Bassler — Name (Printed or Typed) |
|---|---|---|

**From**

Joseph K. Bassler

6211 Sun Blvd # 109.
St. Petersburg,
Florida 33715

**To**   ;o

Htun Nyunt, Inc.
7415 Flyway Dr.
Spring Hill,
Florida 34607

**Invoice #** 785

**Invoice Date** 11/06/2012

**Due Date** 11/06/2012

**Invoice Notes**
For Services Rendered For the
Assessment of Loss Earnings and Profits
and preparation Of the Gulf Coast Oil Spill final Claim
16 Hours @ $ 125.00 Per hour

**Total Due**
$2,000

## Sworn Written Statement for Claimant Accounting Support

By completing and signing this Sworn Written Statement for Claimant Accounting Support ("Statement"), I certify pursuant to the Deepwater Horizon Economic and Property Loss Settlement to all the information contained in this Statement.

Complete the following sections based on the information you were requested to prepare and submit on behalf of the claimant. If you need more space to complete this Sworn Written Statement, attach additional pages and they will be incorporated into this document.

### A. CLAIMANT INFORMATION

| Name: | Last Name or Full Name of Business: Beach & Luxury Realty, Inc. | First: | Middle Initial: |
|---|---|---|---|

Deepwater Horizon Settlement Program Claimant Number: _____

Social Security Number: 
or
Individual Taxpayer Identification Number:
or
Employer Identification Number: 

SSN or ITIN: ___-__-____

EIN: 01-0719066[4]

Current Address:
Street: 7340 Gulf Blvd.
City: Saint Petersburg, FL
State: Florida
Zip Code: 33706

### B. PREPARER INFORMATION

Check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☐ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

☒ I am under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN).

*[Stamp: RECEIVED SEP 17 2012 HAMMOND GARDEN CITY GROUP]*

If you indicate that you work under the direct supervision of a Certified Public Accountant, an Enrolled Agent, or an individual with an IRS Preparer Tax Identification Number (PTIN), your supervisor must also complete Section C.

| Name: | Last: Bassler | First: Joseph | Middle Initial: K. |
|---|---|---|---|
| Address: | Street: 6211 Sun Blvd #109 | | |
| | City: Saint Petersburg | State: Florida | Zip Code: 33706 |
| Telephone Number: | (813) 816-0554 | | |
| Email Address: | | | |
| Accountant Website (if available): | | | |

SWS-38
v.1

1

## C. SUPERVISOR INFORMATION

If you supervised the preparer identified in Section B that performed accounting services to complete a Claim Form or prepare documentation on behalf of a Claimant, you must complete Section C and check the box that applies to you. You must only select one:

☐ I am a Certified Public Accountant.

☐ I am an Enrolled Agent (31 U.S.C. §§ 330, 10.3(c)).

☑ I am an individual with an IRS Preparer Tax Identification Number (PTIN).

| Name: | Last: Bassler | First: Joseph | Middle Initial: K. |
|---|---|---|---|
| Address: | Street: 6211 Sun Blvd. #109 | | |
| | City: Saint Petersburg | State: Florida | Zip Code: 33715 |
| Telephone Number: | (813) 369-1015514 | | |
| Email Address: | JoJo490053@yahoo.com | | |
| Accountant Website (if available): | | | |
| Professional License Number: | | | |
| IRS Preparer Tax Identification Number: | P00145450 | | |

## D. CERTIFICATION BY PREPARER

I have the required licenses in my state, my license is active, and it is in good standing by the regulatory bodies in that state. I verify to the best of my knowledge that I have submitted information provided to me by the claimant and prepared documentation on a consistent basis and I have not ignored the implications of information known or reasonably suspected to be untrue, incomplete, inconsistent, or inaccurate.

## E. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Date Signed: | 09/11/2012 (Month/Day/Year) | *Joseph Bassler* Accountant or Preparer Signature |
|---|---|---|
| | | Joseph Bassler Name (Printed or Typed) |

# INVOICE

**From**

Joseph K. Bassler

6211 Sun Blvd # 109.

St. Petersburg,
Florida 33715

**To**

Beach & Luxury
Realty Inc.

7340 Gulf Blvd.

Saint Petersburg

FL. 33706

**Invoice #** 547

**Invoice Date** 09/11/2012

**Due Date** 09/11/2012

**Invoice Notes**
For Services Rendered For the
Assessment of Loss Earnings and Profits
and preparation Of the Gulf Coast Oil Spill final Claim
20 Hours @ $ 200.00 Per hour

**Total Due**
**$4,000**