| | | | |
|---|---|---|---|
| ☐ VOID ☐ CORRECTED | | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2007<br><br>Form 1099-MISC | **Miscellaneous Income** |
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>14-1883293 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>TNN ENTERPRISES Inc.<br><br><br>5917 111th. Place North<br>Pinellas Park, FL 33782 | 7 Nonemployee compensation<br>$ 232298.69 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions)<br>F-702 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**                                            38-2099803
Department of the Treasury - Internal Revenue Service

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2008** Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C For Payer** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 45-0476056 | 14-1883293 | | | |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation $ 201724.64 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|---|
| TNN ENTERPRISES Inc.<br><br><br>5917 111th. Place North<br>Pinellas Park, FL  33782 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |

| Account number (see instructions)<br>F-702 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|---|---|
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**   Department of the Treasury - Internal Revenue Service   38-2099803

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2009** Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C For Payer** |
| PAYER'S federal identification number  45-0476056 | RECIPIENT'S identification number  14-1883293 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code<br>TNN ENTERPRISES Inc.<br><br>5917 111th. Place North<br>Pinellas Park, FL  33782 | | 7 Nonemployee compensation $ 169479.38 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G.** |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions)  F-702 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**    Department of the Treasury - Internal Revenue Service

38-2099803

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2010<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>14-1883293 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>TNN ENTERPRISES Inc.<br><br><br>5917 111th. Place North<br>Pinellas Park, FL  33782 | | 7 Nonemployee compensation<br><br>$ 198572.95 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2010 General Instructions for Certain Information Returns.** |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>F-702 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**   Department of the Treasury - Internal Revenue Service   38-2099803