| | | |
|---|---|---|
| ☐ VOID  ☐ CORRECTED | | |

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 2 Royalties $ | 2007<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy C<br>For Payer |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>20-2608139 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code<br>HTUN NYUNT, INC.<br><br>8164 Pagoda Drive<br>Spring Hill, FL 34606 | 7 Nonemployee compensation $ 218239.31 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 10 Crop insurance proceeds $<br>12 | |
| Account number (see instructions)<br>F-729 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $<br>$ | 17 State/Payer's state no. | 18 State income $<br>$ |

Form **1099-MISC**                                                                                                                        38-2099803
Department of the Treasury - Internal Revenue Service

| ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2008<br>Form 1099-MISC | **Miscellaneous Income** |
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy C<br>**For Payer** |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>20-2608139 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>HTUN NYUNT, INC.<br><br><br>8164 Pagoda Drive<br>Spring Hill, FL 34606 | | 7 Nonemployee compensation<br><br>$ 195319.14 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2008 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>F-729 | | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**　　　　　　　　　　　　　　　　　　　　　　　　　38-2099803
　　　　　　　　　　　　　　　　　　Department of the Treasury - Internal Revenue Service

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 **2008** Form **1099-MISC** | Miscellaneous Income |
|---|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp. 19205 South Laurel Park Road Rancho Dominguez, CA 90220 | | 2 Royalties $ | | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C For Payer** |
| PAYER'S federal identification number 45-0476056 | RECIPIENT'S identification number [REDACTED] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code Nyunt TIN 8164 Pagoda Drive Spring Hill, FL  34606 | | 7 Nonemployee compensation $ 26041.46 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2008 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) P-047 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**

38-2099803
Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 ||| 1 Rents<br>$ | OMB No. 1545-0115<br><br>**2009**<br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|---|---|
| ||| 2 Royalties<br>$ | | Copy C<br>For Payer |
| ||| 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| PAYER'S federal identification number<br>45-0476056 || RECIPIENT'S identification number<br>20-2608139 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br>HTUN NYUNT, INC.<br><br><br>8164 Pagoda Drive<br>Spring Hill, FL 34606 |||| 7 Nonemployee compensation<br><br>$ 192111.22 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G.** |
| |||| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| |||| 11 | 12 | |
| Account number (see instructions)<br>F-729 ||| 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ || 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**   Department of the Treasury - Internal Revenue Service

38-2099803

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2009<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>██████████ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>Nyunt TIN<br><br><br><br>8164 Pagoda Drive<br>Spring Hill, FL  34606 | | 7 Nonemployee compensation<br><br>$   55513.59 | 8 Substitute payments in lieu of dividends or interest<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions)<br>P-047 | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**

Department of the Treasury - Internal Revenue Service

38-2099803

NTF 2573316*  BMISPAY

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 2 Royalties $ | 2010<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C For Payer** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 45-0476056 | 20-2608139 | | | |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation $ 201860.71 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2010 General Instructions for Certain Information Returns.** |
|---|---|---|---|
| HTUN NYUNT, INC.<br><br>7415 Flyway Drive<br>Spring Hill, FL  34607 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |

| Account number (see instructions) | | 2nd TIN not. | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|---|---|---|
| F-729 | | ☐ | | | |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form **1099-MISC**

38-2099803
Department of the Treasury - Internal Revenue Service

| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| Advanced Fresh Concepts Franchise Corp.<br>19205 South Laurel Park Road<br>Rancho Dominguez, CA 90220 | 2 Royalties $ | 2010<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number<br>45-0476056 | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name, address, and ZIP code<br>Nyunt TIN<br><br>7415 Flyway Drive<br>Spring Hill, FL  34607 | 7 Nonemployee compensation<br>$ 34529.14 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2010 General Instructions for Certain Information Returns.** |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions)<br>P-047 | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**

38-2099803
Department of the Treasury - Internal Revenue Service

NTF 2574498
BMISPAY