10:11 AM
09/08/08
Accrual Basis

# Beach & Luxury Realty Inc
## Profit & Loss
### January through December 2007

|  | Jan - Dec 07 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 2,287,649.74 |
| **Total Income** | 2,287,649.74 |
| **Cost of Goods Sold** | |
| Commissions Paid | 2,125,858.21 |
| Sign Expense | 2,134.18 |
| Tenant Applications | 100.00 |
| **Total COGS** | 2,128,092.39 |
| **Gross Profit** | 159,557.35 |
| **Expense** | |
| Advertising and Promotion | 14,026.82 |
| Automobile Expense | 4,053.06 |
| Bank Service Charges | 222.00 |
| Cleaning | 75.00 |
| Computer and Internet Expenses | 1,211.02 |
| Depreciation Expense | 806.00 |
| Dues and Subscriptions | 9,420.94 |
| Insurance Expense | 4,018.91 |
| Interest Expense | 2,381.42 |
| Meals and Entertainment | 2,652.72 |
| Miscellaneous | 2,629.43 |
| Office Supplies | 3,766.81 |
| Postage and Delivery | 3,919.39 |
| Printing and Reproduction | 2,188.48 |
| Professional Fees | 3,235.00 |
| Referral Fees | 0.00 |
| Rent Expense | 52,212.78 |
| Repairs and Maintenance | 1,355.72 |
| Taxes & licenses | 1,909.38 |
| Telephone Expense | 9,315.30 |
| Travel | 2,339.37 |
| Utilities | 5,638.64 |
| **Total Expense** | 127,378.19 |
| **Net Ordinary Income** | 32,179.16 |
| **Net Income** | 32,179.16 |

8:49 AM
08/05/09
Accrual Basis

# Beach & Luxury Realty Inc
## Profit & Loss
### January through December 2008

|  | Jan - Dec 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 1,670,684.64 |
| Rental Income Received | 737,311.93 |
| **Total Income** | 2,407,996.57 |
| **Cost of Goods Sold** | |
| Commissions Paid | 1,482,603.59 |
| Rental Income Repayments | 605,459.20 |
| Rental unit repairs | 53,687.21 |
| Sign Expense | 1,610.58 |
| Tenant Applications | 100.00 |
| **Total COGS** | 2,143,460.58 |
| **Gross Profit** | 264,535.99 |
| **Expense** | |
| Advertising and Promotion | 10,439.15 |
| Automobile Expense | 8,407.70 |
| Bank Service Charges | 943.12 |
| Cleaning | 75.00 |
| Contributions | 2,000.00 |
| Depreciation Expense | 11,108.00 |
| Dues and Subscriptions | 11,245.82 |
| Gifts | 348.11 |
| Insurance Expense | 4,765.63 |
| Interest Expense | 916.72 |
| Meals and Entertainment | 6,870.02 |
| Miscellaneous | 9,806.09 |
| Office Supplies | 2,921.42 |
| Outside services | 225.00 |
| Postage and Delivery | 12,184.47 |
| Printing and Reproduction | 2,164.20 |
| Professional Fees | 3,790.00 |
| Referral Fees | 94,849.13 |
| Rent Expense | 45,180.51 |
| Repairs and Maintenance | 1,867.22 |
| Taxes & licenses | 656.12 |
| Telephone Expense | 7,323.81 |
| Travel | 1,755.23 |
| Utilities | 3,121.94 |
| **Total Expense** | 242,964.41 |
| **Net Ordinary Income** | 21,571.58 |
| **Net Income** | **21,571.58** |

2:32 PM
08/11/10
Accrual Basis

# Beach & Luxury Realty Inc
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 1,412,240.44 |
| Rental Income Received | 562,179.50 |
| **Total Income** | 1,974,419.94 |
| **Cost of Goods Sold** | |
| Commissions Paid | 1,309,244.54 |
| Rental Income Repayments | 481,075.22 |
| Rental unit repairs | 32,555.94 |
| Sign Expense | 865.28 |
| **Total COGS** | 1,823,740.98 |
| **Gross Profit** | 150,678.96 |
| **Expense** | |
| Advertising and Promotion | 433.31 |
| Automobile Expense | 2,737.33 |
| Bank Service Charges | 269.50 |
| Cleaning | 175.00 |
| Depreciation Expense | 6,197.00 |
| Dues and Subscriptions | 16,121.16 |
| Gifts | 577.34 |
| Insurance Expense | 5,262.02 |
| Interest Expense | 29.95 |
| Meals and Entertainment | 3,007.97 |
| Miscellaneous | 414.75 |
| Office Supplies | 17,089.29 |
| Postage and Delivery | 3,390.44 |
| Professional Fees | 3,539.95 |
| Reconciliation Discrepancies | 3,237.70 |
| Referral Fees | 40,190.25 |
| Rent Expense | 32,692.68 |
| Repairs and Maintenance | 1,209.52 |
| Taxes & licenses | 1,444.66 |
| Telephone Expense | 6,489.40 |
| Travel | 462.99 |
| Utilities | 2,219.68 |
| **Total Expense** | 147,191.89 |
| **Net Ordinary Income** | 3,487.07 |
| **Net Income** | 3,487.07 |

9:18 AM
08/02/11
Accrual Basis

# Beach & Luxury Realty Inc
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Commission Income | 1,892,069.07 |
| Rental Income Received | 126,445.24 |
| **Total Income** | 2,018,514.31 |
| **Cost of Goods Sold** | |
| Commissions Paid | 1,680,650.51 |
| Rental Income Repayments | 132,202.31 |
| Rental unit repairs | 18,388.21 |
| Sign Expense | 144.00 |
| Tenant Applications | 100.00 |
| **Total COGS** | 1,831,485.03 |
| **Gross Profit** | 187,029.28 |
| **Expense** | |
| Automobile Expense | 1,685.26 |
| Bank Service Charges | 388.00 |
| Cleaning | 178.03 |
| Computer and Internet Expenses | 263.00 |
| Depreciation Expense | 7,906.00 |
| Dues and Subscriptions | 13,809.92 |
| Gifts | 25.00 |
| Health Insurance | 1,641.66 |
| Insurance Expense | 5,005.04 |
| Internet | 459.34 |
| Meals and Entertainment | 4,480.39 |
| Miscellaneous | 851.58 |
| Office Supplies | 14,149.40 |
| Postage and Delivery | 3,326.51 |
| Professional Fees | 2,750.00 |
| Referral Fees | 20,529.75 |
| Rent Expense | 45,319.74 |
| Repairs and Maintenance | 1,741.22 |
| Taxes & licenses | 1,980.62 |
| Telephone Expense | 6,604.76 |
| Utilities | 1,435.45 |
| **Total Expense** | 134,530.67 |
| **Net Ordinary Income** | 52,498.61 |
| **Net Income** | 52,498.61 |

*½ MEAL    2240*
*54739*