UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

DHECC'S UNOPPOSED
MOTION TO DISMISS WITHOUT PREJUDICE
MOTION FOR RETURN OF PAYMENTS MADE AS TO JUNO CLAIMS

COME NOW the Deepwater Horizon Economic Claims Center ("DHECC"), and moves to dismiss without prejudice its motion as to Juno Claims for return of payments made by the DHECC to claimant Hai Do ("Hai Do"). Juno Claims does not oppose this motion.

Because Juno Claims has agreed to return to the DHECC all payments made to the company for work on Hai Do's claims, and for the reasons stated in the accompanying memorandum, the DHECC respectfully asks the Court to grant the motion and dismiss without prejudice the motion for return of these payments as it relates to Juno Claims.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By: __/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Louis J. Freeh
Special Master

By: __/s/ Gregory A. Paw_____
Gregory A. Paw
Counsel to the Special Master

Dated: July 2, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served this 2nd day of July, 2015, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 2nd day of July, 2015, by electronic mail, on the following:

>Joshua Barbee
>Juno Claims
>2803 Saint Philip Street
>New Orleans, LA 70119
>
>Andrew Lemmon
>Lemmon Law Firm, LLC
>PO Box 904
>Hahnville, LA  70057
>*Attorney for Hai Do*
>
>Joel Waltzer
>Waltzer Wiygul & Garside
>100 Behrman Highway
>Gretna, LA 70056

>/s/Louis I. Freeh
>Louis J. Freeh