UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM IN SUPPORT
OF THE DHECC'S UNOPPOSED
MOTION TO DISMISS WITHOUT PREJUDICE
MOTION FOR RETURN OF PAYMENTS MADE AS TO JUNO CLAIMS

The Deepwater Horizon Economic Claims Center ("DHECC") has moved to dismiss without prejudice its motion for return of property as to claims preparer Juno Claims, made by the DHECC as to claimant Hai Do.  In support of this motion, the DHECC states as follows:

1. On March 20, 2015, the DHECC filed a motion to have claimant Hai Do and others return payments made by the DHECC on seafood compensation claims filed by Hai Do.

2. In the motion for return of payments, the DHECC sought, among other relief, the repayment to the DHECC of fees received by Juno Claims for its work on Hai Do's claims.

3. After the motion was filed, Juno Claims agreed to repay $4,850.62 to the DHECC, which is the entirety of the fees that Juno Claims received for Hai Do's claims.

4. On March 25, 2015, Juno Claims paid $4,850.62 to the DHECC.

5. The DHECC respectfully move to dismiss its motion for return of property as against Juno Claims, without prejudice.

6. Juno Claims consents to this motion and the relief sought by the DHECC.

        Respectfully submitted,

        Patrick Juneau
        Claims Administrator

        By: ___/s/ Kevin Colomb_____
        Kevin Colomb
        Manager of Compliance and Internal Integrity

        Louis J. Freeh
        Special Master

        By: ___/s/ Gregory A. Paw_____
        Gregory A. Paw
        Counsel to the Special Master

Dated: July 2, 2015