**Jenny Kervin**

| | |
|---|---|
| From: | Jenny Kervin |
| Sent: | Wednesday, November 10, 2010 4:10 PM |
| To: | 'Barbara Stokes' |
| Subject: | RE: 2009 info |

I coded the Summer Place construction draws that were deposited to VDM as "due to Summer Place" and coded the construction costs and furnishings that VDM paid for to "due from Summer Place". We just need to make adjustments to that so that the construction and furnishing costs are offset by the construction draws and the amount remaining from the draws is your fee income. Does this sound right - the totals are $1,235,958.96 draws less $599,806.89 costs equals $646,152.07 project fee income. Correct?

-----Original Message-----
From: Barbara Stokes [mailto:barbara@stokesdevelopment.net]
Sent: Wednesday, November 10, 2010 3:54 PM
To: Jenny Kervin
Subject: RE: 2009 info

Summer place paid VDM to consult to finish Summer Place town homes. There is NO money due to Summer Place it was my fee.

Take Care,

Barbara Stokes
Managing Member

4800 Whitesburg Drive
Suite 30-351
Huntsville, Al.  35802
Phone  (256)  348-4322
eFax       (251) 217-2060
Barbara@stokesdevelopment.net

℞Think before you print

CONFIDENTIAL: The contents of this message, together with any attachments and related documents, are intended only for the use of the individual(s) or entity to which they are addressed.  They may contain information that is legally privileged and therefore exempt from disclosure and are to be treated as confidential in nature. If you are not the intended recipient and have received this transmission in error, you are hereby notified that any dissemination, distribution, and/or copying of any aspect of this message is strictly prohibited.  This confidential communication is protected under the Gramm-Leach-Bailey Act 15 USC, Subchapter 1, sections 6801-6809 and any other laws addressing the disclosure of non-public personal information.  It is requested that you please notify the original sender by return E-mail of any transmission error and to then delete the entire message, attachments, and related documents entirely from your computer.

GUARANTEE:  The sender, its affiliates, and/or assigns do not represent nor do they guarantee that this email transmission is secure, error-free, complete, or accurate.  It should not be relied upon as such. All information is subject to change without notice.

Upon receipt of this document(s) you, as the recipient(s), hereby acknowledge this warning and disclaimer.

Thank you.

-----Original Message-----
From: Jenny Kervin [mailto:gkervin@cricpa.com]
Sent: Wednesday, November 10, 2010 3:42 PM
To: Barbara Stokes
Subject: 2009 info

1

CRI - 000170

I am missing page 1 of the October 2009 bank statement, and page 2 of the December 2009
bank statement. If you have them and they just got skipped in the scanning, please resend
just those 2 pages — otherwise don't worry about them.

FYI — Since Regions didn't furnish check copies I don't have the payee's name so I've
entered all the checks as "unknown payee" and have coded them according to your schedule.
Just wanted you to know in case you are audited and you need to furnish proof of who the
payments were to.

FYI — Nearly all the 2009 activity is for Summer Place and will be shown as "Due to/from
Summerplace" on VDM's books and return, then will get entered over on Summerplace's books
and return. There is no income for 2009 — the only income I have for VDM is the project
fees paid in 2008. This is not going to look good for the oil spill claim — since there
was no income in 2009.

Thanks,

Jenny

Jenny Kervin, CPA

Manager

Carr, Riggs & Ingram, LLC

1117 Boll Weevil Circle

Enterprise, AL 36330

Voice: 334-347-0088

Fax: 334-348-1463

http://www.cricpa.com <http://www.cricpa.com>  <http://www.cricpa.com>

*************************************************************************************************
********

In compliance with IRS Circular 230:

Any statements or tax advice that are contained in this email are not intended or written
to be used, and

cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed
on the taxpayer.

The information contained in this message may be privileged and confidential and protected
from disclosure. It is intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that is proprietary, privileged or
confidential or otherwise legally exempt from disclosure. If the reader of this message is
not the intended recipient, or an employee or agent responsible for delivering this

2