UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Pleading Relates To<br>• **10-4182** (*Alabama v. BP*)<br>• **10-4183** (*Alabama v. Transocean, et. al*)<br>• **13-2645** (*Alabama v. Anadarko & MOEX*)<br>• **13-2646** (*Alabama v. Transocean*)<br>• **13-2647** (*Alabama v. Halliburton*)<br>• **13-2813** (*Alabama v. BP*) | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER
### [Alabama Compensatory Trial]

On July 2, 2015, the BP entities reached an agreement in principle with the United States and the Gulf States to resolve claims arising out of the *Deepwater Horizon* incident. The agreement in principle calls for the parties to embody its terms, and other material terms, into a Settlement Agreement over which this Court shall retain jurisdiction.

Included among the claims within the agreement in principle are the claims raised by the State of Alabama against the BP entities for economic damages, which are presently subject to discovery under the guidance of this Court. In light of the agreement in principle and subsequent Settlement Agreement between BP and Alabama:

IT IS HEREBY ORDERED that all discovery obligations, including deadlines, conferences, depositions, and other events presently scheduled by this Court in the Alabama compensatory trial, *see* Rec. Doc. 14258, are hereby SUSPENDED pending future order or direction of this Court.

This 2nd day of July, 2015.

_____
**UNITED STATES DISTRICT JUDGE**