**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
         **"Deepwater Horizon"** in the Gulf
of Mexico, on April 20, 2010                    SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                               MAGISTRATE JUDGE SHUSHAN

## AMENDED CONFIDENTIALITY ORDER

**[Concerning Settlement Documents and Discussions]**

After receiving input from Counsel on the vagaries of the public meeting laws of the five states, it has become clear that there is a need for a path forward for public approval of the recommended settlement amount and release and passage of the resolution authorizing the settlement.

Counsel are hereby authorized to hold public meetings, after the closed or executive sessions under their State's public meeting laws, and approve the recommended amount, release and a resolution no later than close of business July 15, 2015.  The sooner the releases, resolutions and authority letters are returned to the Court the more likely that the global local government settlement will be approved and accepted by BP.   The confidentiality required by the Court will remain in place until the commencement of the public meeting to consider the matters discussed in the closed session, subject to each State's public meetings law.   The Court's Confidentiality Order (Rec. doc. 14801) is hereby amended to reflect this path forward.

The settlement amount provided by the Neutrals to the local government entities are final and no amendments will be considered.

BP will make its decision to accept or reject the global settlement with the local government entities based upon the receipt and acceptance of releases from substantially all of the the Local Government Entities. The Court will hold the releases and other settlement documents in trust pending acceptance and execution by BP.

New Orleans, Louisiana, this 2nd day of July, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**