1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE: OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
5     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MD-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              FRIDAY, JUNE 26, 2015, 11:00 A.M.
8
      THIS DOCUMENT RELATES TO:
9
      10-4182, 10-4183,
10    13-2645, 13-2646,
      13-2647, 13-2813
11
      ****************************************************************
12

13              TELEPHONE STATUS CONFERENCE PROCEEDINGS
                   REGARDING ALABAMA DAMAGE CASES
14        HEARD BEFORE MICHAEL O'KEEFE, LAW CLERK TO
                THE HONORABLE SALLY SHUSHAN
15              UNITED STATES MAGISTRATE JUDGE

16

17    APPEARANCES:

18

      FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
19                           BY:  COREY L. MAZE, ESQUIRE
                                  WINFIELD J. SINCLAIR, ESQUIRE
20                           500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
21

22
                             BEASLEY ALLEN CROW METHVIN
23                           PORTIS & MILES
                             BY:  RHON E. JONES, ESQUIRE
24                                J. PARKER MILLER, ESQUIRE
                             POST OFFICE BOX 4160
25                           MONTGOMERY, AL  36013

                           **OFFICIAL TRANSCRIPT**

09:23:34

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:          KIRKLAND & ELLIS
 9                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  PAUL D. COLLIER, ESQUIRE
10                                ANGELA D. MARSTON, ESQUIRE
                             300 N. LASALLE
11                           CHICAGO, IL 60654

12

13                           COVINGTON & BURLING
                             BY:  MAUREEN F. BROWNE, ESQUIRE
14                           1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004
15

16
      FOR ANADARKO
17    PETROLEUM CORPORATION,
      ANADARKO E&P
18    COMPANY LP:            MORGAN, LEWIS & BOCKIUS
                             BY:  DOUGLAS A. HASTINGS, ESQUIRE
19                           2020 K STREET, NW
                             WASHINGTON, DC  20006
20

21
      OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
22                               CERTIFIED REALTIME REPORTER
                                 REGISTERED MERIT REPORTER
23                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
24                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
```

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2      ITEMS                                                    PAGE

3

4      BP'S REQUESTED AUTHORIZATION TO DISPOSE OF MATERIAL..     5

5      UNITED STATES' ONGOING PRESERVATION ISSUES...........     6

6      NEXT ALABAMA PRODUCTION..............................     7

7      DR. DERAVI...........................................     7

8      BILL NEWTON..........................................     7

9      JULIE MAGEE..........................................     8

10     TOM WHITE............................................     8

11     NORRIS GREEN.........................................     8

12     PHIL WOODS...........................................     8

13     ADEM.................................................     8

14     DEPOSITION DISCOVERY.................................     8

15     MODEL USED BY DR. DERAVI.............................     9

16     DR. HAYWORTH.........................................     9

17     DR. DERAVI...........................................     9

18     TOM SURTEES..........................................    12

19     NORRIS GREEN.........................................    12

20     ADDITIONAL DOCUMENTS THAT WE THINK SHOULD HAVE BEEN

21     PRODUCED.............................................    13

22     SUPPLEMENTAL INTERROGATORY RESPONSE THAT IS

23     OUTSTANDING..........................................    13

24     DR. DERAVI...........................................    14

25     TOM SURTEES..........................................    14

                         **OFFICIAL TRANSCRIPT**

1    ADDITIONAL DOCUMENTS................................   14

2    E-MAILS............................................   15

3    DEADLINE YOU WOULD BE LOOKING FOR FOR A RULING FROM

4    THE COURT..........................................   17

5    LFO PRODUCTION.....................................   18

6    ALABAMA'S THIRD-PARTY DISCOVERY....................   19

7    WASTE MANAGEMENT GROUP.............................   19

8    SWIFT..............................................   19

9    KELLY BUTLER.......................................   19

10   CAPTAIN JULIA HEIN.................................   20

11   KRIS SLIGER........................................   20

12   THIRD-PARTY WITNESSES..............................   21

13   CROWDER............................................   21

14   BALDWIN COUNTY.....................................   21

15   UNIVERSITY OF ALABAMA..............................   22

16   WASTE MANAGEMENT...................................   22

17   GIS DATA...........................................   22

18   BP CORPORATE STRUCTURE DEPOSITION..................   22

19   REBUTTAL WITNESSES.................................   23

20   DEPOSITION SCHEDULE................................   24

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

5

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JUNE 26, 2015

M O R N I N G   S E S S I O N

(IN CHAMBERS VIA TELEPHONE)

MR. O'KEEFE:  Good morning.  Are you all there?

MR. MAZE:  Good morning, Mike.  It's Corey.

THE COURT:  Okay.  Good, once again, you've got the second string, so with apologies, we'll begin.

Andy and Corey, the last time we were together, we were talking about the issue of BP's requested authorization to dispose of material, and there was a proposal out to Alabama.  Can you tell us where that stands.

MR. LANGAN:  Here is my understanding.  Corey can comment, too.  So we sent Alabama a note on May 21st about this, and we also sent him a follow-up, information about the details we were providing a couple liters of oil, I think it was, on June 9th.

I don't know that we've heard anything from Corey and his team since our June 9th note.  I'm assuming we're kind of there in terms of Alabama's request for a liter or whatever it is of Macondo oil.

MR. MAZE:  This is Corey.  I agree with everything Andy said.  I'll make sure we get in whatever request we need to

**OFFICIAL TRANSCRIPT**

11:00:44  1    Andy, but his recollection of what they told us and offered is

11:00:47  2    correct, and we agreed with what they've offered.

11:00:49  3            MR. LANGAN:  Thank you, Corey.  And, Mike, I'm sorry,

11:00:49  4    more broadly, can I just complete the picture?

11:00:49  5            MR. O'KEEFE:  SURE.

11:01:00  6            MR. LANGAN:  In addition to the issue we just talked

11:01:02  7    about, which is Alabama's request for Macondo oil, which I

11:01:06  8    think we've dealt with, you recall we had some back and forth

11:01:07  9    with the United States about the United States' sort of ongoing

11:01:07 10    preservation issues.

11:01:15 11            MR. O'KEEFE:  Yes, sir.

11:01:16 12            MR. LANGAN:  Right.  Documents as well physical

11:01:17 13    evidence.

11:01:17 14            MR. O'KEEFE:  Right.

11:01:17 15            MR. LANGAN:  We do have a meet and confer scheduled

11:01:19 16    with the United States for the 30th of June -- I'm sorry, for

11:01:23 17    the 1st of July on that.  So we are -- we're going to meet and

11:01:27 18    confer, I think other parties are invited to that conversation

11:01:30 19    as well, on July 1st and hope to report to the Court after

11:01:33 20    that.

11:01:34 21            MR. O'KEEFE:  All right.  Andy, will that pick up also

11:01:36 22    Louisiana's objection that it made after Alabama objected?

11:01:42 23            MR. LANGAN:  We have contacted Louisiana both before

11:01:46 24    and after this issue was risen.  We have not heard anything

11:01:50 25    further from Lillie.  We tried.  We tried.

**OFFICIAL TRANSCRIPT**

11:01:53 1          MR. O'KEEFE:  Okay.  All right.  That's all you can do.

11:01:55 2              Let's get back to the case at hand.  The next

11:02:02 3    thing was to the production of what we in the Order term *the*

11:02:08 4    *next Alabama production*.  I see Parker is not on the call, so

11:02:13 5    maybe he wanted to --

11:02:15 6          MR. MILLER:  Mike, I have joined.

11:02:18 7          MR. MAZE:  He jumped on.

11:02:19 8          MR. O'KEEFE:  He's on.  All right.  What's the status

11:02:22 9    of the next Alabama production?

11:02:30 10          MR. MILLER:  Sure.  Mike, I'll just run down my list

11:02:30 11    really quick.

11:02:30 12          THE COURT REPORTER:  I'm sorry, please state your name

11:02:30 13    before you speak so I will know who is speaking.

11:02:30 14          MR. O'KEEFE:  That's Parker Miller.

11:02:32 15          MR. MILLER:  Parker Miller for the State.

11:02:35 16          MR. O'KEEFE:  Thank you, Parker.

11:02:36 17          MR. MILLER:  No problem.

11:02:38 18              A few things to update here, Mike, concerning the

11:02:41 19    Deravi files for the remaining e-mails.  The State has produced

11:02:46 20    those e-mails.  There have been some discussions with BP about

11:02:49 21    those e-mails, and I don't -- I don't know if it's necessary to

11:02:53 22    discuss today on the call that there is any need for court

11:02:57 23    intervention.  I think the parties will move for that at that

11:03:00 24    time.

11:03:00 25              In terms of the remaining Bill Newton file, that

**OFFICIAL TRANSCRIPT**

11:03:05 1   has also been produced in a previous production.

11:03:09 2            In terms of the custodial files that were

11:03:11 3   outstanding, we believe that the Julie Magee, Tom White files

11:03:17 4   are complete.

11:03:18 5            There was some additional files already

11:03:21 6   classified from the Norris Green production, and the State

11:03:25 7   should -- I think they have already gone out, actually in the

11:03:28 8   past few days to BP.

11:03:32 9            In terms of the Phil Woods custodial file, my

11:03:36 10  understanding is that production should be going at any time.

11:03:40 11  So that's, really, the only one that's outstanding in terms of

11:03:44 12  custodial files, and we have been working with BP in terms of

11:03:48 13  the scheduling of the deposition to the extent that would

11:03:51 14  affect scheduling.

11:03:53 15           I believe there was an ADEM production that was

11:03:57 16  outstanding as well, and it's my understanding that production

11:04:01 17  also has gone.

11:04:02 18           In terms of deposition discovery, as I understand

11:04:05 19  it, there have been 14 depositions that have been taken so far.

11:04:11 20  There is still some remaining depositions, obviously, to take

11:04:14 21  place in July.  But I think, and obviously Paul or BP can speak

11:04:20 22  to this, I think we've made pretty good progress there.

11:04:24 23           That's my report for the State.

11:04:28 24       MR. O'KEEFE:  Okay.  Parker, one question.  Going back

11:04:31 25  to Dr. Deravi, there was an issue at the last time about the

**OFFICIAL TRANSCRIPT**

11:04:37  1    model used by Dr. Deravi to generate the revenue forecasts, and

11:04:44  2    Alabama and BP were going to work on that.  Can you --

11:04:49  3         MR. MILLER:  Sure, Mike.  We did have a phone call with

11:04:52  4    BP and followed up with him concerning precisely what they

11:04:55  5    wanted, and we have been working with Dr. Deravi.  He's been

11:05:00  6    out of pocket a pretty good bit.  I think he's had a close

11:05:04  7    family member with a pretty bad illness, so -- but we are

11:05:07  8    working with him to resolve that issue.

11:05:11  9         MR. O'KEEFE:  All right.  What about the -- I know you

11:05:14 10    were going through the names of the custodial file of

11:05:19 11    Dr. Hayworth.

11:05:21 12         MR. MILLER:  That has been produced.  That has been

11:05:23 13    produced.

11:05:24 14         THE COURT:  All right.  Paul, do you wish to comment?

11:05:26 15         MR. COLLIER:  Yes, if I could Mike.  This is

11:05:30 16    Paul Collier on behalf of BP.  Yeah, just a few issues to go

11:05:33 17    over because I think there is some potential disagreement here

11:05:38 18    with the status of the custodial files.

11:05:42 19              Starting with Dr. Deravi, I think there we are

11:05:46 20    seeing some potential issues that may need court intervention.

11:05:50 21    As you mentioned, Mike, one of the outstanding issues we raised

11:05:53 22    on the last conference was this issue about the revenue

11:05:57 23    forecasting model and having access to all of the files

11:06:00 24    associated with that.

11:06:01 25              That's not been resolved yet, and we do consider

**OFFICIAL TRANSCRIPT**

11:06:04  1    that to be an important issue that we would like to ensure got

11:06:08  2    resolved before deposing Dr. Deravi.  We're obviously willing

11:06:13  3    to continue to work with Alabama, but, you know, obviously the

11:06:17  4    progress in that regard has been slow.

11:06:19  5         In addition, there are other elements of

11:06:21  6    Dr. Deravi's custodial file that have raised concerns for us.

11:06:26  7    One of them is the model that Dr. Deravi used for his Alabama

11:06:32  8    tourism department annual tourism economic impact reports.

11:06:37  9         That model has not been produced, and we've also

11:06:40 10    not seen much, if any, underlying documentation or

11:06:45 11    communications associated with that particular model or the

11:06:49 12    reports themselves.  So that's, you know, another area that's

11:06:53 13    of concern with respect to Dr. Deravi's custodial file.

11:06:56 14         In addition, with respect to Dr. Deravi's e-mail

11:07:02 15    production, it only covers 183 e-mails, and those e-mails look

11:07:08 16    to be scans of hard copies that are sent to him, and in most

11:07:14 17    instances, the attachments to those e-mails are missing, and so

11:07:17 18    we have a couple of concerns.

11:07:20 19         One is the lack of attachments, second is the

11:07:22 20    actual volume itself, and I believe that there are no e-mails

11:07:28 21    produced from Dr. Deravi from before June of 2010.  So those

11:07:32 22    are specific issues that we have with respect to Dr. Deravi's

11:07:37 23    e-mail production.

11:07:38 24         In addition, there are a number of Excel files

11:07:41 25    that were produced in Dr. Deravi's production; however, the way

**OFFICIAL TRANSCRIPT**

1  they have been produced, those Excel files, they have lost the

2  formulas and the interrelationships with other cells and

3  worksheets from other spreadsheets, so the ability to actually

4  utilize those spreadsheets and understand how they are being

5  used by Dr. Deravi with respect to his various models has been

6  lost, so that's obviously another issue that we've faced as

7  well.

8       In addition, one other point is that many of

9  Dr. Deravi's modeling files are what is called a *TSP software*

10 *code*, and we would like to have produced to us the native

11 formats of those particular files so that we can copy them into

12 the TSP software code.  We do need a little bit more background

13 and context as far as how those files are run so that we can

14 actually be able to utilize that.

15      We see this as being somewhat analogous to the

16 GIS image issue that Alabama had raised a few weeks ago as far

17 as their ability to be able to make use of those GIS files.

18 Obviously at the Court's direction we provided to them access

19 to some of our technical personnel to be able to utilize that

20 GIS software.  So we think this is a similar situation, and the

21 courtesy should be extended to us with respect to being able to

22 use these modeling files.

23      Lastly, on Dr. Deravi's files we also noticed

24 that there are several e-mails, in the limited number of

25 e-mails that we've gotten from Dr. Deravi, where he has been

11:09:39  1    copying State of Alabama employees.  What we noticed, though,

11:09:41  2    is that those same e-mails have not been produced to us in

11:09:46  3    the -- from previous productions, and we would have expected

11:09:52  4    those to be produced.  That has raised an issue for us, again,

11:09:56  5    as sort of the adequacy of Alabama's production from before.

11:09:58  6                 Just a couple of additional points, then, beyond

11:10:02  7    Dr. Deravi's custodial file.  So we have raised a couple of

11:10:10  8    concerns with Tom Surtees' custodial file.  We noticed that

11:10:14  9    between the dates of 2010 through 2012 there are only 33 files

11:10:18 10    produced from his custodial file.

11:10:21 11         MR. O'KEEFE:  I beg your pardon, Paul, what was the

11:10:23 12    name of that person?

11:10:27 13         MR. COLLIER:  Yeah, no problem, Mike.  It's Surtees.

11:10:28 14    It's spelled S-U-R-T-E-E-S.

11:10:33 15         MR. O'KEEFE:  Okay.

11:10:33 16         MR. COLLIER:  Then -- so that's one additional issue.

11:10:36 17    Then with respect to Norris Green, Alabama has just made

11:10:40 18    available to us an additional 1,068 custodial files from his

11:10:45 19    production.  They have provided that to us on an FTP site so we

11:10:50 20    can get a preliminary look at them, and they will be producing

11:10:54 21    those to us shortly.

11:10:56 22                 We are looking at those files.  Depending on how

11:10:57 23    that review turns out, we may actually pull down Norris Green

11:11:01 24    as being one of our -- as being a witness that we request to

11:11:05 25    depose, so hopefully we can get that resolved.

**OFFICIAL TRANSCRIPT**

11:11:08  1           Then just a couple of additional points, Mike, is
11:11:10  2  that we have identified in depositions additional documents
11:11:14  3  that we think should have been produced to us in the normal
11:11:17  4  course, and we have made requests for Alabama to produce those
11:11:21  5  documents.  Alabama has indicated that it would produce those
11:11:25  6  materials, but as of yet we have yet to receive them, so we are
11:11:30  7  still waiting on production of those.
11:11:32  8           Then one last issue with respect to written
11:11:35  9  discovery is there is still a supplemental interrogatory
11:11:39 10  response that is outstanding to be produced to us relating to
11:11:44 11  unreimbursed costs for ADEM and the Departments of Labor.  We
11:11:49 12  don't think this is a controversial issue.  We think this is
11:11:53 13  something that Alabama has already agreed to provide to us, but
11:11:56 14  we still don't have that interrogatory response as of yet.
11:11:59 15           So sorry for the long soliloquy there, Mike, but
11:12:05 16  that's kind where we are with respect to document production
11:12:08 17  issues and written discovery issues with respect to Alabama.
11:12:11 18           MR. O'KEEFE:  Okay.
11:12:13 19           MR. MILLER:  Mike, I have a few comments.
11:12:18 20           MR. O'KEEFE:  Sure, Parker.  Go ahead.
11:12:20 21           MR. MILLER:  Again, I think that, you know, to the
11:12:21 22  extent the revenue forecasting model and the model for
11:12:25 23  Alabama's tourism report, that was what I was referring to,
11:12:28 24  it's something that the State has been working on.
11:12:32 25           One of the challenges, though, is that those two

**OFFICIAL TRANSCRIPT**

11:12:34 1   models are proprietary models that Dr. Deravi has, so we have

11:12:40 2   been trying to -- obviously he's been out of pocket, too, so

11:12:44 3   that's creating an additional challenge but we have been

11:12:47 4   working on those.

11:12:47 5            As to the e-mails, and I think BP is confusing

11:12:52 6   Dr. Deravi as a State witness.  It's important to note that

11:12:57 7   Dr. Deravi is actually an employee of Auburn University at

11:13:01 8   Montgomery.  He's not a State employee.

11:13:04 9            He was subpoenaed as a third-party witness, and I

11:13:09 10  think, while I understand -- I think I understand what Paul is

11:13:13 11  saying, I think he needs to also be treated as a third-party

11:13:17 12  witness.  Although we have been attempting to assist him with

11:13:22 13  his production, some of the things that Paul brought up, this

11:13:28 14  is the first time I've heard them, so obviously we'll need to

11:13:32 15  digest those.

11:13:32 16           The Tom Surtees custodial file, the Court

11:13:38 17  provided a deadline for all parties to submit complaints on

11:13:42 18  custodial files, and I think now that they are bringing those

11:13:44 19  up at this time, I think that time has passed.

11:13:49 20           As to the additional documents that BP is

11:13:54 21  requesting in depositions, that is something we are working on.

11:14:01 22           Those are just my comments, and I think to the

11:14:04 23  extent there are issues between the parties that, you know, we

11:14:08 24  would be happy to engage BP and work those out without court

11:14:12 25  intervention.

**OFFICIAL TRANSCRIPT**

11:14:13  1     MR. O'KEEFE:  Well, that's always a welcome development

11:14:16  2  from this end.  You can be assured of that.

11:14:21  3     MR. MILLER:  Mike, if I can say one more thing, one

11:14:24  4  thing I forgot to cover too, Paul made reference to some

11:14:28  5  e-mails that were exchanged between Dr. Deravi and State

11:14:33  6  employees, but I think it's important to put that in context.

11:14:35  7     We did receive a letter from BP that put us on

11:14:39  8  notice of this, but interestingly, they only identified seven

11:14:42  9  documents total between five custodians, and I think when you

11:14:47 10  consider how much the State has produced, be it a memo, an

11:14:52 11  e-mail, a report, so on and so forth, I understand what they

11:14:58 12  are trying to say.  They are trying to say the State's

11:15:00 13  production wasn't sufficient, but I think if that's all they

11:15:03 14  can show, then it demonstrates that it, in fact, was.

11:15:08 15     Anyway, that's all I have, Mike.

11:15:11 16     MR. O'KEEFE:  All right.  We can be guided by your

11:15:19 17  reaction -- and when I say *your*, I'm using that in the

11:15:23 18  plural -- is it feasible to break the issues down so that you

11:15:35 19  all work to either resolve or bring on those matters that

11:15:42 20  pertain to Dr. Deravi, and we consider that in one matter, and

11:15:50 21  then if there is any others that you have to bring on, we

11:15:58 22  consider those separately?

11:16:01 23     In the sense that what I'm thinking is that you

11:16:05 24  would meet and confer, and to the extent you can't resolve it,

11:16:11 25  you can't resolve it, but then there would be a common set of

**OFFICIAL TRANSCRIPT**

11:16:14  1    issues that have to be resolved as to Dr. Deravi, and we would

11:16:19  2    bring that on on some sort of briefing schedule that you all

11:16:24  3    agree on.

11:16:26  4            I'm not trying to put you unreasonably under the

11:16:31  5    gun, and then the others, you would bring that on, if you're

11:16:35  6    not able resolve them, on, say, a separate briefing schedule.

11:16:40  7            We certainly wouldn't want you to bring on, like,

11:16:43  8    one thing with Dr. Deravi, say, the revenue modeling and then,

11:16:48  9    you know, go through a constant process of supplementing and

11:16:52 10    saying, "Well, we've got another issue with Dr. Deravi, and we

11:16:55 11    want to do that too."  We ought to bundle them up at one time,

11:16:59 12    assuming that there is going to be a need for court resolution.

11:17:06 13        MR. COLLIER:  Mike, this is Paul Collier.  I think that

11:17:09 14    makes sense.  I think that is a plan that we can work behind.

11:17:12 15    Obviously we're still willing to try to work with Alabama to

11:17:15 16    try to prevent any court intervention.

11:17:18 17            Given that we do have the deposition deadline

11:17:20 18    coming up on July 20th, obviously only a few weeks ago, that

11:17:24 19    time is getting short on getting some of these resolved, but I

11:17:27 20    think your proposal seems to make sense to me as far as

11:17:29 21    dividing up between Dr. Deravi issues and nonDr. Deravi issues.

11:17:36 22    Let's point it that way.  That would make sense.

11:17:38 23            The one thing to keep in mind, Mike, as well as

11:17:41 24    is we do have the Motion for Protective Order that Alabama

11:17:44 25    filed with respect to Dr. Deravi, which presumably will need to

                          **OFFICIAL TRANSCRIPT**

11:17:48 1    be resolved before anyone would move forward with Dr. Deravi's

11:17:52 2    deposition.  So, you know, I think that's one thing to keep in

11:17:56 3    mind as well is that that issue exists with Dr. Deravi's status

11:18:02 4    also.

11:18:03 5            MR. O'KEEFE:  Well, yeah, and, Paul, thank you for

11:18:05 6    raising that.  That was on the agenda.  Alabama filed that

11:18:10 7    motion, and we need an opposition from BP.

11:18:17 8            MR. MAZE:  Right.

11:18:19 9            MR. O'KEEFE:  Then we need a reply and then I was going

11:18:21 10   to ask you all for what sort of deadline you would be looking

11:18:25 11   for for a ruling from the Court?  So, Parker, Corey and Paul,

11:18:34 12   can you all address that as to, in other words, when BP is

11:18:37 13   going to get an opposition and when Alabama would reply and how

11:18:42 14   soon you would need a ruling from the Court?

11:18:45 15           MR. MAZE:  This is Corey for Alabama.  I think if Paul

11:18:48 16   will go first and just say when BP would be available.  Just

11:18:52 17   let Paul go first.

11:18:54 18           MR. COLLIER:  Sure enough.  Thanks, Corey.  Mike, I

11:18:56 19   think what our proposal would be for an opposition would be end

11:18:58 20   of day this coming Tuesday.

11:19:00 21           MR. O'KEEFE:  Tuesday.  Okay.  That would be the 30th.

11:19:04 22           MR. COLLIER:  That's right.  Yes, that's correct.

11:19:06 23           MR. O'KEEFE:  Okay.  Then, Corey, when do you-all want

11:19:08 24   to get your reply in?

11:19:10 25           MR. MAZE:  End of day Thursday, July 2nd.

**OFFICIAL TRANSCRIPT**

11:19:14  1          MR. O'KEEFE:  All right.  So that's Thursday, July 2nd.
11:19:18  2     Now --
11:19:20  3          MR. MAZE:  You won't be working the 3rd and the 4th,
11:19:23  4     Mike?
11:19:25  5          MR. O'KEEFE:  I don't know, I've been doing that for
11:19:27  6     about the last four or five years, so it won't be anything new
11:19:30  7     to me.  So we'll get an answer out on that Dr. Deravi issue as
11:19:35  8     soon as possible after July 2nd, so I would hope for Monday of
11:19:43  9     that following you'll get an answer on that.
11:19:46 10          Then the other Dr. Deravi issues, you all will be
11:19:51 11     working to see what you can resolve, and then hopefully you can
11:19:59 12     agree on some sort of schedule for bringing them on.
11:20:04 13          MR. COLLIER:  Yes.  This is Paul Collier.  I guess what
11:20:06 14     I would propose is that we meet and confer one more time with
11:20:11 15     Alabama either Monday or Tuesday, and then we let the Court
11:20:14 16     know by the end of the day Tuesday as to whether or not we need
11:20:18 17     a briefing schedule set.  We'll make a proposal to the Court as
11:20:23 18     far as what the briefing schedule should be on the Dr. Deravi
11:20:27 19     custodial file issues.  Would that seem reasonable, Mike?
11:20:30 20          MR. O'KEEFE:  That's fine.  That's fine.  Is that
11:20:32 21     alright with you, Corey?
11:20:34 22          MR. MAZE:  Yes.  That's fine, Mike.
11:20:35 23          MR. O'KEEFE:  All right.  Now, let's see.  I don't
11:20:47 24     think you mentioned, Parker, about the LFO production.  Has
11:20:54 25     that been resolved?

**OFFICIAL TRANSCRIPT**

11:20:55  1      MR. MILLER:  Mike, I think -- I think it has, and I
11:21:02  2  think to the extent there was an issue with the LFO production,
11:21:06  3  it probably would have tracked Norris Green's custodial file,
11:21:10  4  which I think will be resolved by this production that has
11:21:15  5  already occurred.
11:21:16  6      MR. O'KEEFE:  Okay.  Paul, do you have any comment on
11:21:20  7  the LFO production?
11:21:22  8      MR. COLLIER:  No.  This is Paul Collier.  I think
11:21:25  9  that's right, Mike.  Our understanding is that it is resolved.
11:21:28 10  It's in the process of being resolved.  Yeah, I don't think we
11:21:31 11  have anything to comment on that.
11:21:32 12      MR. O'KEEFE:  All right.  Going through the agenda from
11:21:36 13  last time, Alabama's third-party discovery, there was
11:21:42 14  discussion about the Waste Management Group and whether Alabama
11:21:45 15  would continue to need a Swift deposition?
11:21:50 16      MR. MAZE:  This is Corey.  We have been in discussions
11:21:53 17  with Waste Management.  They are currently in the process of
11:21:56 18  collecting their documents for production, and we have a date
11:22:00 19  of July 14th in Mobile for Waste Management's deposition.
11:22:06 20      MR. O'KEEFE:  Okay.  Swift, is that still under
11:22:12 21  consideration?
11:22:17 22      MR. MILLER:  Mike, this is Parker for the State of
11:22:19 23  Alabama.  We don't intend to take a Swift deposition.
11:22:22 24      MR. O'KEEFE:  All right.  Now, last time Kelly Butler's
11:22:28 25  deposition had not been scheduled, and BP wanted to review

**OFFICIAL TRANSCRIPT**

11:22:32 1  Dr. Deravi's custodial file before scheduling Butler's

11:22:37 2  deposition, and I'm assuming that's still the case now?

11:22:41 3         MR. COLLIER:  This is Paul Collier, Mike.  Yeah, that's

11:22:44 4  our position.

11:22:45 5         MR. O'KEEFE:  Okay.  All right.  Just to confirm,

11:22:48 6  Captain Julia Hein, she was withdrawn as a witness, BP?

11:22:53 7         MR. COLLIER:  Correct.  That's right.  We haven't

11:22:54 8  amended our Rule 26 disclosure yet to memorialize that, but

11:23:01 9  that is the case.  We are not seeking Captain Hynes'

11:23:04 10 deposition.

11:23:05 11        MR. O'KEEFE:  Okay.  Kris Sliger, Ziegler, there were

11:23:12 12 difficulties scheduling the deposition, and Alabama was asking

11:23:15 13 for the custodial file.  What's the status on that person's

11:23:20 14 custodial file?

11:23:22 15        MR. COLLIER:  Yeah, Mike, this is Paul Collier.  We

11:23:25 16 have produced the custodial file.  That went out last Friday,

11:23:29 17 June 19th, so Alabama should have that.

11:23:32 18        As far as scheduling the deposition, I think we

11:23:34 19 mentioned before to the Court that we were having challenges

11:23:36 20 with Mr. Ziegler's schedule based on the fact that he was

11:23:42 21 transitioning his employment from the UK to Russia.  So we've

11:23:46 22 had some challenges in that regard.  We're looking at a week in

11:23:52 23 mid August, but we're still in the process of confirming that,

11:23:54 24 and we'll let Alabama know as soon as possible.

11:23:58 25        We did, just as an aside, Mike, just to give the

**OFFICIAL TRANSCRIPT**

11:24:02  1    Court a heads-up, we did offer to stipulate pulling down -- if
11:24:09  2    Alabama would be agreeable to pulling down Kris Sliger's
11:24:15  3    deposition, that we would not pursue a claim of a setoff or a
11:24:19  4    counterclaim based on the $225 million response grants.
11:24:23  5           I know Corey and his team were considering that,
11:24:25  6    and we're going to get back to it, but we haven't heard back
11:24:28  7    yet on that.
11:24:29  8           MR. MAZE:  Mike, this is Corey.  We are considering it
11:24:33  9    but as of today we do want to depose Kris Sliger and would like
11:24:39 10    to get a date set for that deposition.
11:24:40 11           MR. O'KEEFE:  All right.  If it goes, it looks like mid
11:24:42 12    August.
11:24:43 13           As to the third-party witnesses, Alabama had
11:24:45 14    scheduled Crowder and BP had scheduled Baldwin County.  Is
11:24:52 15    there anything more to report on the third-party witnesses?
11:24:59 16           MR. COLLIER:  Yeah, Mike, this is Paul Collier.  I
11:25:02 17    think Baldwin County is July 10th.
11:25:02 18           MR. O'KEEFE:  Right.
11:25:06 19           MR. COLLIER:  We just found out that Baldwin County is
11:25:10 20    actually going to be producing two witnesses, so we're working
11:25:13 21    with them and seeing whether or not those need to be spread
11:25:16 22    over two days or whether it can be done in one day.  That's
11:25:21 23    something I just want to make sure everyone was aware of.  We
11:25:23 24    just found that out but obviously we'll report back.
11:25:26 25           The other issue, Mike, for us as far as

**OFFICIAL TRANSCRIPT**

11:25:28 1    third-party witnesses that we noticed, University of Alabama

11:25:32 2    had been deposed a couple of weeks ago.  There was an issue

11:25:35 3    that came up in the deposition as far as the adequacy of

11:25:38 4    preparedness with respect to the witness that Alabama produced

11:25:41 5    on a couple of topics.

11:25:43 6              After the deposition, the University of Alabama

11:25:46 7    agreed to produce another witness on a couple of these topics,

11:25:50 8    and they've identified or proposed July 13th as the date for

11:25:57 9    this second deposition with respect to the University of

11:25:59 10   Alabama.

11:26:02 11        MR. MAZE:  Mike, this is Corey.  One of the things

11:26:03 12   along the lines of what Paul just said, Waste Management

11:26:07 13   informed us that they were going to necessitate spreading that

11:26:14 14   deposition across two witnesses, which is fine with us.

11:26:17 15   Alabama believes that will only take one day, just the normal

11:26:20 16   six and a half hours one day.  It's just going to be two

11:26:23 17   different witnesses.

11:26:24 18        MR. O'KEEFE:  Okay.  Now, last time, Alabama was

11:26:30 19   working on the GIS data issue and whether a deposition was

11:26:35 20   required.  Is there anything on that?

11:26:44 21        MR. MILLER:  This is Parker Miller for the State.

11:26:46 22   There has been no additional development there, Mike.

11:26:48 23        MR. O'KEEFE:  Okay.  Then there was an -- Alabama had

11:26:53 24   identified a BP corporate structure deposition as a

11:26:57 25   placeholder.  Do we just need to defer that or keep it on or is

11:27:02  1    there any action required by us?

11:27:05  2         MR. MAZE:  I'm sorry, Mike.  This is Corey for the

11:27:08  3    State.  In light of recent depositions we do want to keep that

11:27:11  4    placeholder where it is and are conferring as to whether or not

11:27:13  5    we're going to request that.

11:27:15  6         MR. O'KEEFE:  All right.  Now, the last time we talked

11:27:22  7    about rebuttal witnesses, and what was left is BP was going to

11:27:35  8    consider Alabama's issue.  Again, this goes back to -- and,

11:27:41  9    Paul, I'm sorry about mispronouncing Sliger's deposition -- and

11:27:47 10    you were going to confer with Alabama before this conference?

11:27:51 11         MR. COLLIER:  Yeah, that's right, Mike.  Unfortunately

11:27:53 12    that's still an issue that's in development.  We owe -- Alabama

11:27:57 13    made a proposal to us as far as identifying their rebuttal

11:28:01 14    witnesses 21 days after deposing Mr. Sliger.  Obviously we're

11:28:07 15    still trying to pin down when we can produce or present

11:28:11 16    Mr. Sliger for a deposition and then trying to figure out how

11:28:13 17    the 21 days would fall once we had that scheduled.

11:28:18 18         So we still owe Alabama a response on that

11:28:23 19    because it was only recently that we were going to be able to

11:28:27 20    pin even in general terms when Mr. Sliger could make himself

11:28:29 21    available going, so we still owe Alabama a response on that;

11:28:34 22    although, I think it's something we can respond to them very

11:28:36 23    shortly.

11:28:36 24         I will say I think the initial reaction on our

11:28:38 25    team is that 21 days for identifying the rebuttal witnesses

**OFFICIAL TRANSCRIPT**

11:28:41  1  after Mr. Sliger is deposed seems excessive to us.  I think our

11:28:46  2  proposal will be something shorter than that.

11:28:48  3          I need to go back now and look at the schedule

11:28:50  4  again and figure out what would be a, at least from our

11:28:55  5  perspective, a more reasonable amount of time to identify

11:28:57  6  rebuttal witnesses after Mr. Sliger has been deposed.

11:29:00  7          MR. O'KEEFE:  All right.  Is there anything else on

11:29:12  8  Alabama's list that it needs to discuss with us?

11:29:16  9          MR. MAZE:  Mike, this is Corey.  I don't think there is

11:29:18 10  anything we need today.

11:29:22 11          MR. O'KEEFE:  All right.  Paul, is there anything on

11:29:24 12  BP's list?

11:29:26 13          MR. COLLIER:  Just a couple of things, Mike.  One of

11:29:29 14  them is we were just taking a look at the deposition schedule

11:29:33 15  here, and I agree with Corey that we've made some good progress

11:29:38 16  here as far as the number of witnesses that have been deposed

11:29:41 17  here in the first few weeks of the deposition schedule, but

11:29:43 18  what we've just come to realize is there is actually up to 23

11:29:47 19  witnesses that may still need to be deposed between now and the

11:29:50 20  end of the schedule on July 20th, which seems excessive given

11:29:56 21  the limited amount of time we have left.

11:29:58 22          I don't really have a proposal yet for the Court

11:30:01 23  as far as how that can work, but a number of these witnesses

11:30:04 24  are not even scheduled yet, so one of the issues we're

11:30:09 25  concerned about is, obviously, fitting in all these witnesses

11:30:12  1    with the time frame left.

11:30:13  2             We're willing to talk with Alabama about that,

11:30:15  3    but we potentially see a need for perhaps having to extend the

11:30:19  4    deposition schedule by a couple of weeks to ensure that we get

11:30:22  5    all of this fit in.  I did want to lay that down as a marker

11:30:29  6    right now, Mike, just to make sure the Court was aware of it.

11:30:31  7         MR. MAZE:  Mike, this is Corey for the State.  We'll

11:30:33  8    talk to Paul and BP this week about it.  My initial response

11:30:36  9    would be the State objects to extending the calendar by several

11:30:41 10    weeks, but we'll talk about scheduling the names that still

11:30:44 11    need to be done and see where it goes.

11:30:47 12         MR. O'KEEFE:  You've got your Jim Roy hat on?

11:30:50 13         MR. MAZE:  I do.  We're going to get it done.

11:30:53 14         MR. COLLIER:  Mike, where we're coming from -- this is

11:30:55 15    Paul Collier -- possibly, if the Court were amenable to it,

11:30:59 16    perhaps a conference next week, towards the end of the week

11:31:02 17    just to kind of see where we are on this particular issue, just

11:31:05 18    based on the fact that after that, there is only two weeks left

11:31:09 19    in the deposition period, so --

11:31:09 20         MR. O'KEEFE:  All right.  When do you --

11:31:12 21         MR. COLLIER:  If the Court were amenable to that, I

11:31:15 22    don't want to impose on the Court unnecessarily, but I think I

11:31:17 23    can see a need for that here in the near term to be able to

11:31:22 24    make sure that we have an orderly way of getting this

11:31:25 25    completed.

                          **OFFICIAL TRANSCRIPT**

11:31:25  1          MR. MAZE:  Mike, this is Corey.  How about we report to

11:31:29  2     the Court by close of business this Thursday on an updated

11:31:34  3     calendar and what the parties expect to need beyond that?

11:31:39  4          MR. O'KEEFE:  All right.  So that would be close of

11:31:41  5     business Thursday, July 2nd, right?

11:31:45  6          MR. MAZE:  Right.  It would be the same day that my

11:31:46  7     reply on Dr. Deravi is due.

11:31:48  8          MR. O'KEEFE:  Okay.  Paul, is that acceptable to you?

11:31:52  9          MR. COLLIER:  Yeah, I guess that's fine.  I would

11:31:56 10     actually push it up a day, do it on the Wednesday, if Corey is

11:31:59 11     amenable to it.

11:32:01 12          MR. O'KEEFE:  Let's do it on the close of business of

11:32:03 13     July 2nd, and how about we -- I'm not so sure about

11:32:15 14     Judge Shushan's availability.  Why don't we agree that we'll

11:32:20 15     have a conference subject to what comes out of that close of

11:32:25 16     business communication, and we'll have a conference on Friday

11:32:29 17     morning at 11 o'clock, is that okay?  The 3rd?

11:32:34 18          MR. COLLIER:  Yeah, this is Paul.  Mike, that's fine by

11:32:37 19     me.

11:32:38 20          MR. MAZE:  That's fine by us, Mike.  I don't know if

11:32:40 21     that's a holiday and that the Court will be closed.

11:32:43 22          MR. O'KEEFE:  I'll be here.  Don't worry.

11:32:45 23          MR. MAZE:  We will be.

11:32:46 24          MR. O'KEEFE:  I'll be here so we can have it and

11:32:49 25     probably Shushan will be here as well.

**OFFICIAL TRANSCRIPT**

11:32:51  1          If we don't have the court reporter because it's

11:32:54  2     a federal holiday -- I lose track of them -- we just won't have

11:33:01  3     it recorded, but we'll just focus on the scheduling issue and

11:33:07  4     whether there should be additional time added to the deposition

11:33:13  5     schedule, and that will be the limit of the call.

11:33:15  6          MR. MAZE:  Okay.  Mike, we'll be ready.

11:33:18  7          MR. O'KEEFE:  All right.  Thank you, Paul.  Thank you,

11:33:20  8     Corey, and everyone else.

11:33:24  9          MR. MILLER:  Thanks, Mike.

11:33:25 10          MR. MAZE:  Thanks, Mike.

11:33:27 11          MR. COLLIER:  Thanks, everyone.

12          (WHEREUPON, at 11:33 a.m., the proceedings were

13     concluded.)

14                         *   *   *

15

16                    REPORTER'S CERTIFICATE

17          I, Cathy Pepper, Certified Realtime Reporter, Registered
        Merit Reporter, Certified Court Reporter in and for the State
18      of Louisiana, Official Court Reporter for the United States
        District Court, Eastern District of Louisiana, do hereby
19      certify that the foregoing is a true and correct transcript to
        the best of my ability and understanding from the record of the
20      proceedings in the above-entitled and numbered matter.

21

22                         s/Cathy Pepper
                           _____
                           Cathy Pepper, CRR, RMR, CCR
23                         Certified Realtime Reporter
                           Registered Merit Reporter
24                         Official Court Reporter
                           United States District Court
25                         Cathy_Pepper@laed.uscourts.gov


                         OFFICIAL TRANSCRIPT

## $

**$225** [1] - 21:4

## 1

**1,068** [1] - 12:18
**10-4182** [1] - 1:9
**10-4183** [1] - 1:9
**10-MD-2179** [1] - 1:6
**10th** [1] - 21:17
**11** [1] - 26:17
**11:00** [1] - 1:7
**11:33** [1] - 27:12
**12** [2] - 3:18, 3:19
**1201** [1] - 2:14
**13** [2] - 3:21, 3:23
**13-2645** [1] - 1:10
**13-2646** [1] - 1:10
**13-2647** [1] - 1:10
**13-2813** [1] - 1:10
**13th** [1] - 22:8
**14** [4] - 3:24, 3:25, 4:1, 8:19
**14th** [1] - 19:19
**15** [1] - 4:2
**17** [1] - 4:4
**18** [1] - 4:5
**183** [1] - 10:15
**19** [4] - 4:6, 4:7, 4:8, 4:9
**19th** [1] - 20:17
**1st** [2] - 6:17, 6:19

## 2

**20** [3] - 1:5, 4:10, 4:11
**20004** [1] - 2:14
**20006** [1] - 2:19
**2010** [3] - 1:5, 10:21, 12:9
**2012** [1] - 12:9
**2015** [2] - 1:7, 5:2
**2020** [1] - 2:19
**20th** [2] - 16:18, 24:20
**21** [6] - 4:12, 4:13, 4:14, 23:14, 23:17, 23:25
**21st** [1] - 5:16
**22** [4] - 4:15, 4:16, 4:17, 4:18
**23** [2] - 4:19, 24:18
**24** [1] - 4:20
**26** [3] - 1:7, 5:2, 20:8
**2nd** [5] - 17:25, 18:1, 18:8, 26:5, 26:13

## 3

**300** [1] - 2:10
**30th** [2] - 6:16, 17:21
**33** [1] - 12:9
**36013** [1] - 1:25
**36130** [1] - 1:20
**3rd** [2] - 18:3, 26:17

## 4

**4160** [1] - 1:24
**4th** [1] - 18:3

## 5

**5** [1] - 3:4
**500** [2] - 1:20, 2:23
**504** [1] - 2:24
**589-7779** [1] - 2:24

## 6

**6** [1] - 3:5
**60654** [1] - 2:11

## 7

**7** [3] - 3:6, 3:7, 3:8
**70130** [1] - 2:23

## 8

**8** [6] - 3:9, 3:10, 3:11, 3:12, 3:13, 3:14

## 9

**9** [3] - 3:15, 3:16, 3:17
**9th** [2] - 5:19, 5:21

## A

**a.m** [1] - 27:12
**A.M** [1] - 1:7
**ability** [3] - 11:3, 11:17, 27:19
**able** [7] - 11:14, 11:17, 11:19, 11:21, 16:6, 23:19, 25:23
**above-entitled** [1] - 27:20
**acceptable** [1] - 26:8
**access** [2] - 9:23,

11:18
**ACTION** - 1:6
**action** [1] - 23:1
**actual** [1] - 10:20
**added** [1] - 27:4
**addition** [5] - 6:6, 10:5, 10:14, 10:24, 11:8
**ADDITIONAL** [2] - 3:20, 4:1
**additional** [10] - 8:5, 12:6, 12:16, 12:18, 13:1, 13:2, 14:3, 14:20, 22:22, 27:4
**address** [1] - 17:12
**ADEM** [2] - 8:15, 13:11
**ADEM........................
........................** [1] -
3:13
**adequacy** [1] - 12:5, 22:3
**affect** [1] - 8:14
**agenda** [2] - 17:6, 19:12
**ago** [3] - 11:16, 16:18, 22:2
**agree** [5] - 5:24, 16:3, 18:12, 24:15, 26:14
**agreeable** [1] - 21:2
**agreed** [3] - 6:2, 13:13, 22:7
**ahead** [1] - 13:20
**AL** [2] - 1:20, 1:25
**Alabama** [40] - 5:14, 5:16, 6:22, 7:4, 7:9, 9:2, 10:3, 10:7, 11:16, 12:1, 12:17, 13:4, 13:5, 13:13, 13:17, 16:15, 16:24, 17:6, 17:13, 17:15, 18:15, 19:14, 19:23, 20:12, 20:17, 20:24, 21:2, 21:13, 22:1, 22:4, 22:6, 22:10, 22:15, 22:18, 22:23, 23:10, 23:12, 23:18, 23:21, 25:2
**ALABAMA** [3] - 1:13, 1:18, 3:6
**ALABAMA'S** [1] - 4:6
**Alabama's** [7] - 5:22, 6:7, 12:5, 13:23, 19:13, 23:8, 24:8
**ALABAMA................
.............** [1] - 4:15
**ALLEN** [1] - 1:22
**alright** [1] - 18:21
**amenable** [3] - 25:15, 25:21, 26:11
**amended** [1] - 20:8

**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**amount** [2] - 24:5, 24:21
**ANADARKO** [2] - 2:16, 2:17
**analogous** [1] - 11:15
**ANDREW** [1] - 2:9
**Andy** [4] - 5:11, 5:24, 6:1, 6:21
**ANGELA** [1] - 2:10
**annual** [1] - 10:8
**answer** [2] - 18:7, 18:9
**anyway** [1] - 15:15
**apologies** [1] - 5:10
**APPEARANCES** [2] - 1:17, 2:1
**APRIL** [1] - 1:5
**area** [1] - 10:12
**aside** [1] - 20:25
**assist** [1] - 14:12
**associated** [2] - 9:24, 10:11
**assuming** [3] - 5:21, 16:12, 20:2
**assured** [1] - 15:2
**attachments** [2] - 10:17, 10:19
**attempting** [1] - 14:12
**ATTORNEY** [1] - 1:18
**Auburn** [1] - 14:7
**August** [2] - 20:23, 21:12
**authorization** [1] - 5:12
**AUTHORIZATION** [1] - 3:4
**availability** [1] - 26:14
**available** [3] - 12:18, 17:16, 23:21
**AVENUE** [2] - 1:20, 2:14
**aware** [2] - 21:23, 25:6

## B

**background** [1] - 11:12
**bad** [1] - 9:7
**Baldwin** [3] - 21:14, 21:17, 21:19
**BALDWIN** [1] - 4:14
**based** [2] - 20:20, 21:4, 25:18
**BE** [1] - 4:3
**BEASLEY** [1] - 1:22
**BEEN** [1] - 3:20
**BEFORE** [1] - 1:14
**beg** [1] - 12:11

**begin** [1] - 5:10
**behalf** [1] - 9:16
**behind** [1] - 16:14
**believes** [1] - 22:15
**best** [1] - 27:19
**between** [6] - 12:9, 14:23, 15:5, 15:9, 16:21, 24:19
**beyond** [2] - 12:6, 26:3
**Bill** [1] - 7:25
**BILL** [1] - 3:8
**bit** [2] - 9:6, 11:12
**BOCKIUS** [1] - 2:18
**BOX** [1] - 1:24
**BP** [28] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 4:18, 7:20, 8:8, 8:12, 8:21, 9:2, 9:4, 9:16, 14:5, 14:20, 14:24, 15:7, 17:7, 17:12, 17:16, 19:25, 20:6, 21:14, 22:24, 23:7, 25:8
**BP's** [2] - 5:12, 24:12
**BP'S** [1] - 3:4
**break** [1] - 15:18
**briefing** [5] - 16:2, 16:6, 18:17, 18:18
**bring** [5] - 15:19, 15:21, 16:2, 16:5, 16:7
**bringing** [2] - 14:18, 18:12
**broadly** [1] - 6:4
**brought** [1] - 14:13
**BROWNE** [1] - 2:13
**bundle** [1] - 16:11
**BURLING** [1] - 2:13
**business** [4] - 26:2, 26:5, 26:12, 26:16
**Butler's** [2] - 19:24, 20:1
**BUTLER...................
...................** [1] - 4:9
**BY** [9] - 1:4, 1:19, 1:23, 2:9, 2:13, 2:18, 2:25, 2:25, 3:15

## C

**calendar** [2] - 25:9, 26:3
**Captain** [2] - 20:6, 20:9
**CAPTAIN** [1] - 4:10
**case** [3] - 7:2, 20:2, 20:9
**CASES** [1] - 1:13

**Cathy** [2] - 27:17, 27:22
**CATHY** [1] - 2:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 27:24
**cathy_Pepper@laed. uscourts.gov** [1] - 2:24
**CCR** [2] - 2:21, 27:22
**cells** [1] - 11:2
**certainly** [1] - 16:7
**CERTIFICATE** [1] - 27:16
**CERTIFIED** [1] - 2:22
**Certified** [3] - 27:17, 27:17, 27:22
**certify** [1] - 27:19
**challenge** [1] - 14:3
**challenges** [3] - 13:25, 20:19, 20:22
**CHAMBERS** [1] - 5:4
**CHICAGO** [1] - 2:11
**CIVIL** [1] - 1:6
**claim** [1] - 21:3
**classified** [1] - 8:6
**CLERK** [1] - 1:14
**close** [5] - 9:6, 26:2, 26:4, 26:12, 26:15
**closed** [1] - 26:21
**code** [2] - 11:10, 11:12
**collecting** [1] - 19:18
**COLLIER** [21] - 2:9, 9:15, 12:13, 12:16, 16:13, 17:18, 17:22, 18:13, 19:8, 20:3, 20:7, 20:15, 21:16, 21:19, 23:11, 24:13, 25:14, 25:21, 26:9, 26:18, 27:11
**Collier** [8] - 9:16, 16:13, 18:13, 19:8, 20:3, 20:15, 21:16, 25:15
**coming** [3] - 16:18, 17:20, 25:14
**comment** [4] - 5:16, 9:14, 19:6, 19:11
**comments** [2] - 13:19, 14:22
**common** [1] - 15:25
**communication** [1] - 26:16
**communications** [1] - 10:11
**COMPANY** [3] - 2:4, 2:18
**complaints** [1] - 14:17
**complete** [2] - 6:4, 8:4
**completed** [1] - 25:25

**COMPUTER** [1] - 2:25
**concern** [1] - 10:13
**concerned** [1] - 24:25
**concerning** [2] - 7:18, 9:4
**concerns** [3] - 10:6, 10:18, 12:8
**concluded** [1] - 27:13
**confer** [5] - 6:15, 6:18, 15:24, 18:14, 23:10
**conference** [5] - 9:22, 23:10, 25:16, 26:15, 26:16
**CONFERENCE** [1] - 1:13
**conferring** [1] - 23:4
**confirm** [1] - 20:5
**confirming** [1] - 20:23
**confusing** [1] - 14:5
**consider** [5] - 9:25, 15:10, 15:20, 15:22, 23:8
**consideration** [1] - 19:21
**considering** [2] - 21:5, 21:8
**constant** [1] - 16:9
**contacted** [1] - 6:23
**context** [2] - 11:13, 15:6
**continue** [2] - 10:3, 19:15
**CONTINUED** [1] - 2:1
**controversial** [1] - 13:12
**conversation** [1] - 6:18
**copies** [1] - 10:16
**copy** [1] - 11:11
**copying** [1] - 12:1
**Corey** [22] - 5:8, 5:11, 5:15, 5:20, 5:24, 6:3, 17:11, 17:15, 17:18, 17:23, 18:21, 19:16, 21:5, 21:8, 22:11, 23:2, 24:9, 24:15, 25:7, 26:1, 26:10, 27:8
**COREY** [1] - 1:19
**corporate** [1] - 22:24
**CORPORATE** [1] - 4:18
**CORPORATION** [2] - 2:5, 2:17
**correct** [4] - 6:2, 17:22, 20:7, 27:19
**costs** [1] - 13:11
**counterclaim** [1] - 21:4
**County** [3] - 21:14,

21:17, 21:19
**COUNTY** ................. ................... [1] - 4:14
**couple** [10] - 5:18, 10:18, 12:6, 12:7, 13:1, 22:2, 22:5, 22:7, 24:13, 25:4
**course** [1] - 13:4
**court** [6] - 7:22, 9:20, 14:24, 16:12, 16:16, 27:1
**COURT** [5] - 1:1, 2:21, 5:9, 7:12, 9:14
**Court** [20] - 6:19, 14:16, 17:11, 17:14, 18:15, 18:17, 20:19, 21:1, 24:22, 25:6, 25:15, 25:21, 25:22, 26:2, 26:21, 27:17, 27:18, 27:18, 27:23, 27:24
**Court's** [1] - 11:18
**COURT** ................. ................... [1] - 4:4
**courtesy** [1] - 11:21
**cover** [1] - 15:4
**covers** [1] - 10:15
**COVINGTON** [1] - 2:13
**creating** [1] - 14:3
**CROW** [1] - 1:22
**Crowder** [1] - 21:14
**CROWDER** .............. ...................[1] - 4:13
**CRR** [2] - 2:21, 27:22
**custodial** [19] - 8:2, 8:9, 8:12, 9:10, 9:18, 10:6, 10:13, 12:7, 12:8, 12:10, 12:18, 14:16, 14:18, 18:19, 19:3, 20:1, 20:13, 20:14, 20:16
**custodians** [1] - 15:9

## D

**DAMAGE** [1] - 1:13
**data** [1] - 22:19
**DATA** ....................... ................... [1] - 4:17
**date** [3] - 19:18, 21:10, 22:8
**dates** [1] - 12:9
**days** [5] - 8:8, 21:22, 23:14, 23:17, 23:25
**DC** [2] - 2:14, 2:19
**deadline** [3] - 14:17, 16:17, 17:10

**DEADLINE** [1] - 4:3
**dealt** [1] - 6:8
**DEEPWATER** [1] - 1:4
**defer** [1] - 22:25
**demonstrates** [1] - 15:14
**department** [1] - 10:8
**Departments** [1] - 13:11
**depose** [2] - 12:25, 21:9
**deposed** [5] - 22:2, 24:1, 24:6, 24:16, 24:19
**deposing** [2] - 10:2, 23:14
**DEPOSITION** [2] - 3:14, 4:20
**deposition** [27] - 8:13, 8:18, 16:17, 17:2, 19:15, 19:19, 19:23, 19:25, 20:2, 20:10, 20:12, 20:18, 21:3, 21:10, 22:3, 22:6, 22:9, 22:14, 22:19, 22:24, 23:9, 23:16, 24:14, 24:17, 25:4, 25:19, 27:4
**DEPOSITION** ............. ...................... [1] - 4:18
**depositions** [5] - 8:19, 8:20, 13:2, 14:21, 23:3
**Deravi** [25] - 7:19, 8:25, 9:1, 9:5, 9:19, 10:2, 10:7, 10:21, 11:5, 11:25, 14:1, 14:6, 14:7, 15:5, 15:20, 16:1, 16:8, 16:10, 16:21, 16:25, 18:7, 18:10, 18:18, 26:7
**Deravi's** [11] - 10:6, 10:13, 10:14, 10:22, 10:25, 11:9, 11:23, 12:7, 17:1, 17:3, 20:1
**DERAVI** ............ ...................... [1] - 3:15
**DERAVI** ................. ................... [1] - 3:7, 3:17, 3:24
**details** [1] - 5:18
**development** [3] - 15:1, 22:22, 23:12
**DEXTER** [1] - 1:20
**different** [1] - 22:17
**difficulties** [1] - 20:12
**digest** [1] - 14:15
**direction** [1] - 11:18

**disagreement** [1] - 9:17
**disclosure** [1] - 20:8
**discovery** [4] - 8:18, 13:9, 13:17, 19:13
**DISCOVERY** ............. ....... [1] - 4:6
**DISCOVERY** ............. ...................... [1] - 3:14
**discuss** [2] - 7:22, 24:8
**discussion** [1] - 19:14
**discussions** [2] - 7:20, 19:16
**dispose** [1] - 5:13
**DISPOSE** [1] - 3:4
**District** [2] - 27:18, 27:24
**DISTRICT** [2] - 1:1, 1:1
**dividing** [1] - 16:21
**DOCUMENT** [1] - 1:8
**document** [1] - 13:16
**documentation** [1] - 10:10
**DOCUMENTS** [1] - 3:20
**documents** [6] - 6:12, 13:2, 13:5, 14:20, 15:9, 19:18
**DOCUMENTS** ............ ................... [1] - 4:1
**done** [3] - 21:22, 25:11, 25:13
**DOUGLAS** [1] - 2:18
**down** [7] - 7:10, 12:23, 15:18, 21:1, 21:2, 23:15, 25:5
**Dr** [35] - 8:25, 9:1, 9:5, 9:11, 9:19, 10:2, 10:6, 10:7, 10:13, 10:14, 10:21, 10:22, 10:25, 11:5, 11:9, 11:23, 11:25, 12:7, 14:1, 14:6, 14:7, 15:5, 15:20, 16:1, 16:8, 16:10, 16:21, 16:25, 17:1, 17:3, 18:7, 18:10, 18:18, 20:1, 26:7
**DR** [5] - 3:7, 3:15, 3:16, 3:17, 3:24
**due** [1] - 26:7

## E

**E&P** [1] - 2:17
**e-mail** [3] - 10:14, 10:23, 15:11

**e-mails** [12] - 7:19, 7:20, 7:21, 10:15, 10:17, 10:20, 11:24, 11:25, 12:2, 14:5, 15:5
**E-MAILS.....................** ........................ [1] - 4:2
**EASTERN** [1] - 1:1
**Eastern** [1] - 27:18
**economic** [1] - 10:8
**either** [2] - 15:19, 18:15
**elements** [1] - 10:5
**ELLIS** [1] - 2:8
**employee** [2] - 14:7, 14:8
**employees** [2] - 12:1, 15:6
**employment** [1] - 20:21
**end** [6] - 15:2, 17:19, 17:25, 18:16, 24:20, 25:16
**engage** [1] - 14:24
**ensure** [2] - 10:1, 25:4
**entitled** [1] - 27:20
**ESQUIRE** [9] - 1:19, 1:19, 1:23, 1:24, 2:9, 2:9, 2:10, 2:13, 2:18
**evidence** [1] - 6:13
**Excel** [2] - 10:24, 11:1
**excessive** [2] - 24:1, 24:20
**exchanged** [1] - 15:5
**exists** [1] - 17:3
**expect** [1] - 26:3
**expected** [1] - 12:3
**EXPLORATION** [1] - 2:6
**extend** [1] - 25:3
**extended** [1] - 11:21
**extending** [1] - 25:9
**extent** [5] - 8:13, 13:22, 14:23, 15:24, 19:2

## F

**faced** [1] - 11:6
**fact** [3] - 15:14, 20:20, 25:18
**fall** [1] - 23:17
**family** [1] - 9:7
**far** [11] - 8:19, 11:13, 11:16, 16:20, 18:18, 20:18, 21:25, 22:3, 23:13, 24:16, 24:23
**feasible** [1] - 15:18

**federal** [1] - 27:2
**few** [7] - 7:18, 8:8, 9:16, 11:16, 13:19, 16:18, 24:17
**figure** [2] - 23:16, 24:4
**file** [15] - 7:25, 8:9, 9:10, 10:6, 10:13, 12:7, 12:8, 12:10, 14:16, 18:19, 19:3, 20:1, 20:13, 20:14, 20:16
**filed** [2] - 16:25, 17:6
**files** [19] - 7:19, 8:2, 8:3, 8:5, 8:12, 9:18, 9:23, 10:24, 11:1, 11:9, 11:11, 11:13, 11:17, 11:22, 11:23, 12:9, 12:18, 12:22, 14:18
**fine** [7] - 18:20, 18:22, 22:14, 26:9, 26:18, 26:20
**first** [4] - 14:14, 17:16, 17:17, 24:17
**fit** [1] - 25:5
**fitting** [1] - 24:25
**five** [2] - 15:9, 18:6
**focus** [1] - 27:3
**follow** [1] - 5:17
**follow-up** [1] - 5:17
**followed** [1] - 9:4
**following** [1] - 18:9
**FOR** [5] - 1:18, 2:3, 2:16, 4:3
**forecasting** [2] - 9:23, 13:22
**forecasts** [1] - 9:1
**foregoing** [1] - 27:19
**forgot** [1] - 15:4
**formats** [1] - 11:11
**formulas** [1] - 11:2
**forth** [2] - 6:8, 15:11
**forward** [1] - 17:1
**four** [1] - 18:6
**frame** [1] - 25:1
**Friday** [2] - 1:6, 7:5, 7:2
**FRIDAY** [2] - 1:7, 5:2
**FROM** [1] - 4:3
**FTP** [1] - 12:19

## G

**general** [1] - 23:20
**GENERAL'S** [1] - 1:18
**generate** [1] - 9:1
**GIS** [5] - 4:17, 11:16, 11:17, 11:20, 22:19
**given** [2] - 16:17,

24:20
**grants** [1] - 21:4
**Green** [3] - 8:6, 12:17, 12:23
**Green's** [1] - 19:3
**GREEN...................** ................... [2] - 3:11, 3:19
**Group** [1] - 19:14
**GROUP....................** ........ [2] - 4:7
**guess** [2] - 18:13, 26:9
**guided** [1] - 15:16
**GULF** [1] - 1:5
**gun** [1] - 16:5

## H

**half** [1] - 22:16
**hand** [1] - 7:2
**happy** [1] - 14:24
**hard** [1] - 10:16
**HASTINGS** [1] - 2:18
**hat** [1] - 25:12
**HAVE** [1] - 3:20
**Hayworth** [1] - 9:11
**HAYWORTH...............** .......................... [1] - 3:16
**HB406** [1] - 2:23
**heads** [1] - 21:1
**heads-up** [1] - 21:1
**heard** [4] - 5:20, 6:24, 14:14, 21:6
**HEARD** [1] - 1:14
**Hein** [1] - 20:6
**HEIN............................** ........ [1] - 4:10
**hereby** [1] - 27:18
**himself** [1] - 23:20
**HOLDINGS** [1] - 2:7
**holiday** [2] - 26:21, 27:2
**HONORABLE** [1] - 1:14
**hope** [2] - 6:19, 18:8
**hopefully** [2] - 12:25, 18:11
**HORIZON** [1] - 1:4
**hours** [1] - 22:16
**Hynes'** [1] - 20:9

## I

**identified** [4] - 13:2, 15:8, 22:8, 22:24
**identify** [1] - 24:5
**identifying** [2] - 23:13,

23:25
**IL** [1] - 2:11
**illness** [1] - 9:7
**image** [1] - 11:16
**impact** [1] - 10:8
**important** [3] - 10:1, 14:6, 15:6
**impose** [1] - 25:22
**IN** [3] - 1:4, 1:5, 5:4
**INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8
**indicated** [1] - 13:5
**information** [1] - 5:17
**informed** [1] - 22:13
**initial** [2] - 23:24, 25:8
**instances** [1] - 10:17
**intend** [1] - 19:23
**interestingly** [1] - 15:8
**INTERESTS** [1] - 1:18
**interrelationships** [1] - 11:2
**interrogatory** [2] - 13:9, 13:14
**INTERROGATORY** [1] - 3:22
**intervention** [4] - 7:23, 9:20, 14:25, 16:16
**invited** [1] - 6:18
**IS** [1] - 3:22
**issue** [24] - 5:12, 6:6, 6:24, 8:25, 9:8, 9:22, 10:1, 11:6, 11:16, 12:4, 12:16, 13:8, 13:12, 16:10, 17:3, 18:7, 19:2, 21:25, 22:2, 22:19, 23:8, 23:12, 25:17, 27:3
**issues** [15] - 6:10, 9:16, 9:20, 9:21, 10:22, 13:17, 14:23, 15:18, 16:1, 16:21, 18:10, 18:19, 24:24
**ISSUES..........** [1] - 3:5
**ITEMS** [1] - 3:2
**itself** [1] - 10:20

## J

**Jim** [1] - 25:12
**joined** [1] - 7:6
**JONES** [1] - 1:23
**JUDGE** [1] - 1:15
**Judge** [1] - 26:14
**JULIA** [1] - 4:10
**Julia** [1] - 20:6
**JULIE** [1] - 3:9
**Julie** [1] - 8:3
**July** [13] - 6:17, 6:19, 8:21, 16:18, 17:25,

18:1, 18:8, 19:19, 21:17, 22:8, 24:20, 26:5, 26:13
**jumped** [1] - 7:7
**June** [5] - 5:19, 5:21, 6:16, 10:21, 20:17
**JUNE** [1] - 1:7, 5:2

## K

**keep** [4] - 16:23, 17:2, 22:25, 23:3
**KELLY** [1] - 4:9
**Kelly** [1] - 19:24
**kind** [3] - 5:21, 13:16, 25:17
**KIRKLAND** [1] - 2:8
**KRIS** [1] - 4:11
**Kris** [3] - 20:11, 21:2, 21:9

## L

**LA** [1] - 2:23
**Labor** [1] - 13:11
**lack** [1] - 10:19
**LANGAN** [7] - 2:9, 5:15, 6:3, 6:6, 6:12, 6:15, 6:23
**LASALLE** [1] - 2:10
**last** [10] - 5:11, 8:25, 9:22, 13:8, 18:6, 19:13, 19:24, 20:16, 22:18, 23:6
**lastly** [1] - 11:23
**LAW** [1] - 1:14
**lay** [1] - 25:5
**least** [1] - 24:4
**left** [4] - 23:7, 24:21, 25:1, 25:18
**letter** [1] - 15:7
**LEWIS** [1] - 2:18
**LFO** [4] - 4:5, 18:24, 19:2, 19:7
**light** [2] - 23:3
**Lillie** [1] - 6:25
**limit** [1] - 27:5
**LIMITED** [1] - 2:7
**limited** [2] - 11:24, 24:21
**lines** [1] - 22:12
**list** [3] - 7:10, 24:8, 24:12
**liter** [1] - 5:22
**liters** [1] - 5:18
**look** [4] - 10:15, 12:20, 24:3, 24:14
**LOOKING** [1] - 4:3

**looking** [3] - 12:22, 17:10, 20:22
**looks** [1] - 21:11
**lose** [1] - 27:2
**lost** [2] - 11:1, 11:6
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [3] - 6:23, 27:18, 27:18
**Louisiana's** [1] - 6:22
**LP** [1] - 2:18

## M

**Macondo** [2] - 5:23, 6:7
**Magee** [1] - 8:3
**MAGEE.....................
....................** [1] - 3:9
**MAGISTRATE** [1] - 1:15
**mail** [3] - 10:14, 10:23, 15:11
**mails** [12] - 7:19, 7:20, 7:21, 10:15, 10:17, 10:20, 11:24, 11:25, 12:2, 14:5, 15:5
**MAILS.....................
....................** [1] - 4:2
**Management** [3] - 19:14, 19:17, 22:12
**MANAGEMENT** [1] - 4:7
**Management's** [1] - 19:19
**MANAGEMENT.........
....................** [1] - 4:16
**marker** [1] - 25:5
**MARSTON** [1] - 2:10
**material** [1] - 5:13
**MATERIAL.** [1] - 3:4
**materials** [1] - 13:6
**matter** [2] - 15:20, 27:20
**matters** [1] - 15:19
**MAUREEN** [1] - 2:13
**MAZE** [22] - 1:19, 5:8, 5:24, 7:7, 17:8, 17:15, 17:25, 18:3, 18:22, 19:16, 21:8, 22:11, 23:2, 24:9, 25:7, 25:13, 26:1, 26:6, 26:20, 26:23, 27:6, 27:10
**MECHANICAL** [1] - 2:25
**meet** [4] - 6:15, 6:17, 15:24, 18:14

**member** [1] - 9:7
**memo** [1] - 15:10
**memorialize** [1] - 20:8
**mentioned** [3] - 9:21, 18:24, 20:19
**Merit** [2] - 27:17, 27:23
**MERIT** [1] - 2:22
**METHVIN** [1] - 1:22
**MEXICO** [1] - 1:5
**MICHAEL** [1] - 1:14
**mid** [2] - 20:23, 21:11
**Mike** [44] - 5:8, 6:3, 7:6, 7:10, 7:18, 9:3, 9:15, 9:21, 12:13, 13:1, 13:15, 13:19, 15:3, 15:15, 16:13, 16:23, 17:18, 18:4, 18:19, 18:22, 19:1, 19:9, 19:22, 20:3, 20:15, 20:25, 21:8, 21:16, 21:25, 22:11, 22:22, 23:2, 23:11, 24:9, 24:13, 25:6, 25:7, 25:14, 26:1, 26:18, 26:20, 27:6, 27:9, 27:10
**MILES** [1] - 1:23
**Miller** [3] - 7:14, 7:15, 22:21
**MILLER** [14] - 1:24, 7:6, 7:10, 7:15, 7:17, 9:3, 9:12, 13:19, 13:21, 15:3, 19:1, 19:22, 22:21, 27:9
**million** [1] - 21:4
**mind** [2] - 16:23, 17:3
**mispronouncing** [1] - 23:9
**missing** [1] - 10:17
**Mobile** [1] - 19:19
**model** [7] - 9:1, 9:23, 10:7, 10:9, 10:11, 13:22
**MODEL** [1] - 3:15
**modeling** [3] - 11:9, 11:22, 16:8
**models** [3] - 11:5, 14:1
**Monday** [2] - 18:8, 18:15
**Montgomery** [1] - 14:8
**MONTGOMERY** [2] - 1:20, 1:25
**MORGAN** [1] - 2:18
**morning** [3] - 5:7, 5:8, 26:17
**most** [1] - 10:16
**Motion** [1] - 16:24
**motion** [1] - 17:7

**move** [2] - 7:23, 17:1
**MR** [106] - 5:7, 5:8, 5:15, 5:24, 6:3, 6:5, 6:6, 6:11, 6:12, 6:14, 6:15, 6:21, 6:23, 7:1, 7:6, 7:7, 7:8, 7:10, 7:14, 7:15, 7:16, 7:17, 8:24, 9:3, 9:9, 9:12, 9:15, 12:11, 12:13, 12:15, 12:16, 13:18, 13:19, 13:20, 13:21, 15:1, 15:3, 15:16, 16:13, 17:5, 17:8, 17:9, 17:15, 17:18, 17:21, 17:22, 17:23, 17:25, 18:1, 18:3, 18:5, 18:13, 18:20, 18:22, 18:23, 19:1, 19:6, 19:8, 19:12, 19:16, 19:20, 19:22, 20:3, 20:5, 20:7, 20:11, 20:15, 21:8, 21:11, 21:16, 21:18, 21:19, 22:11, 22:18, 22:21, 22:23, 23:2, 23:6, 23:11, 24:7, 24:9, 24:11, 24:13, 25:7, 25:12, 25:13, 25:14, 25:20, 25:21, 26:1, 26:4, 26:6, 26:8, 26:9, 26:12, 26:18, 26:20, 26:22, 26:23, 26:24, 27:6, 27:7, 27:9, 27:10, 27:11

## N

**name** [2] - 7:12, 12:12
**names** [2] - 9:10, 25:10
**native** [1] - 11:10
**near** [1] - 25:23
**necessary** [1] - 7:21
**necessitate** [1] - 22:13
**need** [21] - 5:25, 7:22, 9:20, 11:12, 14:14, 16:12, 16:25, 17:7, 17:9, 17:14, 18:16, 19:15, 21:21, 22:25, 24:3, 24:10, 24:19, 25:3, 25:11, 25:23, 26:3
**needs** [2] - 14:11, 24:8
**NEW** [2] - 1:7, 2:23
**new** [1] - 18:6
**Newton** [1] - 7:25
**NEWTON...................
....................** [1] -

3:8
**next** [4] - 7:2, 7:4, 7:9, 25:16
**NEXT** [1] - 3:6
**NO** [1] - 1:6
**nonDr** [1] - 16:21
**normal** [2] - 13:3, 22:15
**NORRIS** [2] - 3:11, 3:19
**Norris** [4] - 8:6, 12:17, 12:23, 19:3
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**note** [3] - 5:16, 5:21, 14:6
**notice** [1] - 15:8
**noticed** [4] - 11:23, 12:1, 12:8, 22:1
**number** [4] - 10:24, 11:24, 24:16, 24:23
**numbered** [1] - 27:20
**NW** [2] - 2:14, 2:19

## O

**o'clock** [1] - 26:17
**O'KEEFE** [47] - 1:14, 5:7, 6:5, 6:11, 6:14, 6:21, 7:1, 7:8, 7:14, 7:16, 8:24, 9:9, 12:11, 12:15, 13:18, 13:20, 15:1, 15:16, 17:5, 17:9, 17:21, 17:23, 18:1, 18:5, 18:20, 18:23, 19:6, 19:12, 19:20, 19:24, 20:5, 20:11, 21:11, 21:18, 22:18, 22:23, 23:6, 24:7, 24:11, 25:12, 25:20, 26:4, 26:8, 26:12, 26:22, 26:24, 27:7
**objected** [1] - 6:22
**objection** [1] - 6:22
**objects** [1] - 25:9
**obviously** [13] - 8:20, 8:21, 10:2, 10:3, 11:6, 11:18, 14:2, 14:14, 16:15, 16:18, 21:24, 23:14, 24:25
**occurred** [1] - 19:5
**OF** [4] - 1:1, 1:5, 3:4, 4:15
**offer** [1] - 21:1
**offered** [2] - 6:1, 6:2
**OFFICE** [2] - 1:18, 1:24
**Official** [2] - 27:18,

27:23
**OFFICIAL** [1] - 2:21
**oil** [3] - 5:18, 5:23, 6:7
**OIL** [2] - 1:4, 1:4
**ON** [1] - 1:5
**once** [2] - 5:9, 23:17
**one** [24] - 8:11, 8:24, 9:21, 10:7, 10:19, 11:8, 12:16, 12:24, 13:8, 13:25, 15:3, 15:20, 16:8, 16:11, 16:23, 17:2, 18:14, 21:22, 22:11, 22:15, 22:16, 24:13, 24:24
**ONGOING** [1] - 3:5
**ongoing** [1] - 6:9
**opposition** [3] - 17:7, 17:13, 17:19
**Order** [2] - 7:3, 16:24
**orderly** [1] - 25:24
**ORLEANS** [2] - 1:7, 2:23
**ought** [1] - 16:11
**outstanding** [5] - 8:3, 8:11, 8:16, 9:21, 13:10
**OUTSTANDING.........
....................
** [1] - 3:23
**owe** [3] - 23:12, 23:18, 23:21

## P

**PAGE** [1] - 3:2
**pardon** [1] - 12:11
**PARKER** [1] - 1:24
**Parker** [10] - 7:4, 7:14, 7:15, 7:16, 8:24, 13:20, 17:11, 18:24, 19:22, 22:21
**particular** [3] - 10:11, 11:11, 25:17
**parties** [5] - 6:18, 7:23, 14:17, 14:23, 26:3
**party** [6] - 14:9, 14:11, 19:13, 21:13, 21:15, 22:1
**PARTY** [2] - 4:6, 4:12
**passed** [1] - 14:19
**past** [1] - 8:8
**PAUL** [1] - 2:9
**Paul** [26] - 8:21, 9:14, 9:16, 12:11, 14:10, 14:13, 15:4, 16:13, 17:5, 17:11, 17:15, 17:17, 18:13, 19:6, 19:8, 20:3, 20:15,

21:16, 22:12, 23:9,
24:11, 25:8, 25:15,
26:8, 26:18, 27:7
**PENNSYLVANIA** [1] -
2:14
**PEPPER** [1] - 2:21
**Pepper** [3] - 27:17,
27:21, 27:22
**perhaps** [2] - 25:3,
25:16
**period** [1] - 25:19
**person** [1] - 12:12
**person's** [1] - 20:13
**personnel** [1] - 11:19
**perspective** [1] - 24:5
**pertain** [1] - 15:20
**PETROLEUM** [1] -
2:17
**Phil** [1] - 8:9
**PHIL** [1] - 3:12
**phone** [1] - 9:3
**physical** [1] - 6:12
**pick** [1] - 6:21
**picture** [1] - 6:4
**pin** [2] - 23:15, 23:20
**place** [1] - 8:21
**placeholder** [2] -
22:25, 23:4
**plan** [1] - 16:14
**plural** [1] - 15:18
**pocket** [2] - 9:6, 14:2
**point** [2] - 11:8, 16:22
**points** [2] - 12:6, 13:1
**PORTIS** [1] - 1:23
**position** [1] - 20:4
**possible** [2] - 18:8,
20:24
**possibly** [2] - 25:15
**POST** [1] - 1:24
**potential** [2] - 9:17,
9:20
**potentially** [1] - 25:3
**POYDRAS** [1] - 2:23
**precisely** [1] - 9:4
**preliminary** [1] - 12:20
**preparedness** [1] -
22:4
**present** [1] - 23:15
**PRESERVATION** [1] -
3:5
**preservation** [1] - 6:10
**presumably** [1] -
16:25
**pretty** [3] - 8:22, 9:6,
9:7
**prevent** [1] - 16:16
**previous** [2] - 8:1,
12:3
**problem** [1] - 7:17,

12:13
**PROCEEDINGS** [3] -
1:13, 2:25, 5:1
**proceedings** [2] -
27:12, 27:20
**process** [4] - 16:9,
19:10, 19:17, 20:23
**produce** [4] - 13:4,
13:5, 22:7, 23:15
**PRODUCED** [1] - 2:25
**produced** [7] - 7:19,
8:1, 9:12, 9:13, 10:9,
10:21, 10:25, 11:1,
11:10, 12:2, 12:4,
12:10, 13:3, 13:10,
15:10, 20:16, 22:4
**PRODUCED..............
.................** [1] - 3:21
**producing** [2] - 12:20,
21:20
**PRODUCTION** [2] -
2:3, 2:6
**production** [22] - 7:3,
7:4, 7:9, 8:1, 8:6,
8:10, 8:15, 8:16,
10:15, 10:23, 10:25,
12:5, 12:19, 13:7,
13:16, 14:13, 15:13,
18:24, 19:2, 19:4,
19:7, 19:18
**PRODUCTION............
.................** [1] - 3:6
**PRODUCTION............
...........................** [1] -
4:5
**productions** [1] - 12:3
**PRODUCTS** [1] - 2:8
**progress** [3] - 8:22,
10:4, 24:15
**proposal** [7] - 5:13,
16:20, 17:19, 18:17,
23:13, 24:2, 24:22
**propose** [1] - 18:14
**proposed** [1] - 22:8
**proprietary** [1] - 14:1
**Protective** [1] - 16:24
**provide** [4] - 17:9, 13:13,
17:24, 26:7
**provided** [3] - 11:18,
12:19, 14:17
**providing** [1] - 5:18
**pull** [1] - 12:23
**pulling** [2] - 21:1, 21:2
**pursue** [1] - 21:3
**push** [1] - 26:10
**put** [3] - 15:6, 15:7,
16:4

## Q

**quick** [1] - 7:11

## R

**raised** [5] - 9:21, 10:6,
11:16, 12:4, 12:7
**raising** [1] - 17:6
**RE** [1] - 1:4
**reaction** [2] - 15:17,
23:24
**ready** [1] - 27:6
**realize** [1] - 24:18
**really** [3] - 7:11, 8:11,
24:22
**REALTIME** [1] - 2:22
**Realtime** [2] - 27:17,
27:22
**reasonable** [2] -
18:19, 24:5
**REBUTTAL** [1] - 4:19
**rebuttal** [4] - 23:7,
23:13, 23:25, 24:6
**receive** [2] - 13:6, 15:7
**recent** [1] - 23:3
**recently** [1] - 23:19
**recollection** [1] - 6:1
**record** [1] - 27:19
**RECORDED** [1] - 2:25
**recorded** [1] - 27:3
**reference** [1] - 15:4
**referring** [1] - 13:23
**regard** [2] - 10:4,
20:22
**REGARDING** [1] -
1:13
**REGISTERED** [1] -
2:22
**Registered** [1] - 27:17
**registered** [1] - 27:23
**RELATES** [1] - 1:8
**relating** [1] - 13:10
**remaining** [3] - 7:19,
7:25, 8:20
**reply** [4] - 17:9, 17:13,
17:24, 26:7
**report** [7] - 6:19, 8:23,
13:23, 15:11, 21:15,
21:24, 26:1
**REPORTER** [4] - 2:21,
2:22, 2:22, 7:12
**reporter** [1] - 27:1
**Reporter** [7] - 27:17,
27:17, 27:18, 27:22,
27:23, 27:23
**REPORTER'S** [1] -
27:16

**reports** [2] - 10:8,
10:12
**request** [5] - 5:22,
5:25, 6:7, 12:24,
23:5
**REQUESTED** [1] - 3:4
**requested** [1] - 5:12
**requesting** [1] - 14:21
**requests** [1] - 13:4
**required** [2] - 22:20,
23:1
**resolution** [1] - 16:12
**resolve** [6] - 9:8,
15:19, 15:24, 15:25,
16:6, 18:11
**resolved** [10] - 9:25,
10:2, 12:25, 16:1,
16:19, 17:1, 18:25,
19:4, 19:9, 19:10
**respect** [12] - 10:13,
10:14, 10:22, 11:5,
11:21, 12:17, 13:8,
13:16, 13:17, 16:25,
22:4, 22:9
**respond** [1] - 23:22
**RESPONSE** [1] - 3:22
**response** [6] - 13:10,
13:14, 21:4, 23:18,
23:21, 25:8
**revenue** [4] - 9:1,
9:22, 13:22, 16:8
**review** [2] - 12:23,
19:25
**RHON** [1] - 1:23
**RIG** [1] - 1:4
**risen** [1] - 6:24
**RMR** [2] - 2:21, 27:22
**ROOM** [1] - 2:23
**Roy** [1] - 25:12
**Rule** [1] - 20:8
**RULING** [1] - 4:3
**ruling** [2] - 17:11,
17:14
**run** [2] - 7:10, 11:13
**Russia** [1] - 20:21

## S

**S-U-R-T-E-E-S** [1] -
12:14
**s/Cathy** [1] - 27:21
**SALLY** [1] - 1:14
**scans** [1] - 10:16
**schedule** [12] - 16:2,
16:6, 18:12, 18:17,
18:18, 20:20, 24:3,
24:14, 24:17, 24:20,
25:4, 27:5
**SCHEDULE..............

.................** [1] - 4:20
**scheduled** [6] - 6:15,
19:25, 21:14, 23:17,
24:24
**scheduling** [7] - 8:13,
8:14, 20:1, 20:12,
20:18, 25:10, 27:3
**second** [3] - 5:10,
10:19, 22:9
**see** [8] - 7:4, 11:15,
18:11, 18:23, 25:3,
25:11, 25:17, 25:23
**seeing** [2] - 9:20,
21:21
**seeking** [1] - 20:9
**seem** [1] - 18:19
**sense** [4] - 15:23,
16:14, 16:20, 16:22
**sent** [3] - 5:16, 5:17,
10:16
**separate** [1] - 16:6
**separately** [1] - 15:22
**set** [3] - 15:25, 18:17,
21:10
**setoff** [1] - 21:3
**seven** [1] - 15:8
**several** [2] - 11:24,
25:9
**short** [1] - 16:19
**shorter** [1] - 24:2
**shortly** [2] - 12:21,
23:23
**SHOULD** [1] - 3:20
**show** [1] - 15:14
**SHUSHAN** [1] - 1:14
**Shushan** [1] - 26:25
**Shushan's** [1] - 26:14
**similar** [1] - 11:20
**SINCLAIR** [1] - 1:19
**site** [1] - 12:19
**situation** [1] - 11:20
**six** [1] - 22:16
**Sliger** [7] - 20:11,
21:9, 23:14, 23:16,
23:20, 24:1, 24:6
**Sliger's** [2] - 21:2,
23:9
**SLIGER..................
...................** [1] - 4:11
**slow** [1] - 10:4
**software** [3] - 11:9,
11:12, 11:20
**soliloquy** [1] - 13:15
**somewhat** [1] - 11:15
**soon** [3] - 17:14, 18:8,
20:24
**sorry** [6] - 6:3, 6:16,
7:12, 13:15, 23:2,
23:9
**sort** [5] - 6:9, 12:5,

6

16:2, 17:10, 18:12
**speaking** [1] - 7:13
**specific** [1] - 10:22
**spelled** [1] - 12:14
**SPILL** [1] - 1:4
**spread** [1] - 21:21
**spreading** [1] - 22:13
**spreadsheets** [2] -
11:3, 11:4
**stands** [1] - 5:14
**starting** [1] - 9:19
**state** [1] - 7:12
**State** [16] - 7:15, 7:19,
8:6, 8:23, 12:1,
13:24, 14:6, 14:8,
15:5, 15:10, 19:22,
22:21, 23:3, 25:7,
25:9, 27:17
**STATE** [1] - 1:18
**State's** [1] - 15:12
**States** [4] - 6:9, 6:16,
27:18, 27:24
**STATES** [2] - 1:1, 1:15
**STATES'** [1] - 3:5
**States'** [1] - 6:9
**STATUS** [1] - 1:13
**status** [4] - 7:8, 9:18,
17:3, 20:13
**STENOGRAPHY** [1] -
2:25
**still** [14] - 8:20, 13:7,
13:9, 13:14, 16:15,
19:20, 20:2, 20:23,
23:12, 23:15, 23:18,
23:21, 24:19, 25:10
**stipulate** [1] - 21:1
**STREET** [2] - 2:19,
2:23
**string** [1] - 5:10
**structure** [1] - 22:24
**STRUCTURE** [1] -
4:18
**subject** [1] - 26:15
**submit** [1] - 14:17
**subpoenaed** [1] - 14:9
**sufficient** [1] - 15:13
**supplemental** [1] -
13:9
**SUPPLEMENTAL** [1] -
3:22
**supplementing** [1] -
16:9
**SURE** [1] - 6:5
**Surtees** [2] - 12:13,
14:16
**Surtees'** [1] - 12:8
**SURTEES**..................
.......................... [2] -
3:18, 3:25
**Swift** [3] - 19:15,

19:20, 19:23
**SWIFT**.........................
.......................... [1] -
4:8

# T

**team** [3] - 5:21, 21:5,
23:25
**technical** [1] - 11:19
**TELEPHONE** [2] -
1:13, 5:4
**term** [2] - 7:3, 25:23
**terms** [8] - 5:22, 7:25,
8:2, 8:9, 8:11, 8:12,
8:18, 23:20
**THAT** [2] - 3:20, 3:22
**THE** [7] - 1:4, 1:5,
1:14, 4:4, 5:9, 7:12,
9:14
**themselves** [1] -
10:12
**they've** [2] - 6:2, 22:8
**THINK** [1] - 3:20
**thinking** [1] - 15:23
**third** [6] - 14:9, 14:11,
19:13, 21:13, 21:15,
22:1
**THIRD** [2] - 4:6, 4:12
**third-party** [6] - 14:9,
14:11, 19:13, 21:13,
21:15, 22:1
**THIRD-PARTY** [2] -
4:6, 4:12
**THIS** [1] - 1:8
**Thursday** [4] - 17:25,
18:1, 26:2, 26:5
**TO** [3] - 1:8, 1:14, 3:4
**today** [3] - 7:22, 21:9,
24:10
**together** [1] - 5:11
**Tom** [3] - 8:3, 12:8,
14:16
**TOM** [3] - 3:10, 3:18,
3:25
**topics** [2] - 22:5, 22:7
**total** [1] - 15:9
**tourism** [3] - 10:8,
13:23
**towards** [1] - 25:16
**track** [1] - 27:2
**tracked** [1] - 19:3
**TRANSCRIPT** [1] -
2:25
**transcript** [1] - 27:19
**transitioning** [1] -
20:21
**treated** [1] - 14:11
**tried** [2] - 6:25

**true** [1] - 27:19
**try** [2] - 16:15, 16:16
**trying** [6] - 14:2,
15:12, 16:4, 23:15,
23:16
**TSP** [2] - 11:9, 11:12
**Tuesday** [4] - 17:20,
17:21, 18:15, 18:16
**turns** [1] - 12:23
**two** [6] - 13:25, 21:20,
21:22, 22:14, 22:16,
25:18

# U

**UK** [1] - 20:21
**under** [2] - 16:4, 19:20
**underlying** [1] - 10:10
**unfortunately** [1] -
23:11
**United** [5] - 6:9, 6:16,
27:18, 27:24
**UNITED** [3] - 1:1, 1:15,
3:5
**UNIVERSITY** [1] -
4:15
**University** [4] - 14:7,
22:1, 22:6, 22:9
**unnecessarily** [1] -
25:22
**unreasonably** [1] -
16:4
**unreimbursed** [1] -
13:11
**up** [12] - 5:17, 6:21,
9:4, 14:13, 14:19,
16:11, 16:18, 16:21,
21:1, 22:3, 24:18,
26:10
**update** [1] - 7:18
**updated** [1] - 26:2
**USED** [1] - 3:15
**utilize** [3] - 11:4,
11:14, 11:19

# V

**various** [1] - 11:5
**VIA** [1] - 5:4
**volume** [1] - 10:20

# W

**waiting** [1] - 13:7
**WASHINGTON** [2] -
2:14, 2:19
**Waste** [4] - 19:14,
19:17, 19:19, 22:12

**WASTE** [2] - 4:7, 4:16
**WE** [1] - 3:20
**Wednesday** [1] -
26:10
**week** [4] - 20:22, 25:8,
25:16
**weeks** [7] - 11:16,
16:18, 22:2, 24:17,
25:4, 25:10, 25:18
**welcome** [1] - 15:1
**WHEREUPON** [1] -
27:12
**White** [1] - 8:3
**WHITE**......................
.......................... [1] - 3:10
**willing** [3] - 10:2,
16:15, 25:2
**WINFIELD** [1] - 1:19
**wish** [1] - 9:14
**withdrawn** [1] - 20:6
**witness** [7] - 12:24,
14:6, 14:9, 14:12,
20:6, 22:4, 22:7
**witnesses** [14] -
21:13, 21:15, 21:20,
22:1, 22:14, 22:17,
23:7, 23:14, 23:25,
24:6, 24:16, 24:19,
24:23, 24:25
**WITNESSES**.............
.................. [1] - 4:12
**WITNESSES**.............
.......................... [1] -
4:19
**Woods** [1] - 8:9
**WOODS**......................
.......................... [1] -
3:12
**words** [1] - 17:12
**worksheets** [1] - 11:3
**worry** [1] - 26:22
**WOULD** [1] - 4:3
**written** [2] - 13:8,
13:17

# Y

**years** [1] - 18:6
**YOU** [1] - 4:3
**you-all** [1] - 17:23

# Z

**Ziegler** [1] - 20:11
**Ziegler's** [1] - 20:20

**OFFICIAL TRANSCRIPT**