UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CERTIFICATION OF THE SPECIAL MASTER
TO THE COURT'S ORDER OF JUNE 26, 2015

By Order of June 26, 2015, the Court instructed the Special Master to serve a copy of

the Court's Order (and the motion for return of payments, if not already done so) on the

parties (or their counsel, if represented) in the motions for return of payments from:

(a) Gill Johnson, Sr., and Others [Rec. Doc. 13543]; (b) Tony Riley and Others [Rec. Doc.

14070]; (c) Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others [Rec.

Doc. 14613]; and (d) Claimants from Vessels the *Sir Lawrence*, the *Capt T*, the *Lady

Kathleen*, and Others [Rec. Doc. 14761].  The Court further instructed the Special Master to

certify to the Court by July 6, 2015 whether service occurred.

As directed, the Special Master hereby certifies as follows:

1.  <u>Gill Johnson, Sr., and Others</u>.  Gill Johnson, Sr. has been served by hand delivery

with a copy of the motion for return of payments and the Court's Order.

2.  <u>Tony Riley and Others</u>.  Tony Riley's counsel has been served through Lexis

Nexis File & Serve with a copy of the motion for return of payments and the Court's order.

Riley's counsel previously filed an opposition brief to the motion for return of payments

[Rec. Doc. 14204].

3. <u>Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others</u>.

a. *Alliance & Associates, LLC*.  A copy of the motion for return of payments and the Court's Order have been served by overnight courier upon the registered agent for Alliance & Associates, LLC, which is Laughlin Associates, Inc., 9120 Double Diamond Parkway, Reno, Nevada 89521.

b. *Crystal Seafood Company, Inc*.  Crystal Seafood's counsel has been served through Lexis Nexis File & Serve with a copy of the motion for return of payments and the Court's order.

4. <u>Vessels the *Sir Lawrence*, the *Capt T*, the *Lady Kathleen*, and Others</u>.

a. *Sinh Tran*.  Prior counsel provided a contact telephone number for Sinh Tran.  When Sinh Tran returned a telephone message left for him, he refused to provide an address where court papers could be mailed.   A copy of the motion for return of payments and the Court's Order were sent by U.S. Mail to the contact address listed by Sinh Tran on the DHECC's portal.

b. *Gulf Finest Investment Co. ("Gulf Finest")*.  Sinh Tran, the authorized business representative and sole owner of Gulf Finest, refused to provide an address where court papers could be mailed.  A copy of the motion for return of payments and the Court's Order were sent by U.S. Mail to the contact address listed by Gulf Finest on the DHECC's portal (which was the same as Sinh Tran's contact address on the DHECC's portal).

c. *LVS Investment Group Inc. ("LVS")*.  Sinh Tran, the authorized business representative and sole owner of LVS, refused to provide an address where court papers could be mailed.  A copy of the motion for return of payments and the Court's Order were

sent by U.S. Mail to the contact address listed by LVS on the DHECC's portal (which was the same as Sinh Tran's contact address on the DHECC's portal).

    d.  *Christine Ho*.  Prior counsel provided no telephone number for Christine Ho, and DHECC investigators were unable to locate her at a prior home address in Lafayette, Louisiana, or a prior work address in Abbeville, Louisiana.  A copy of the motion for return of payments and the Court's Order were sent by overnight courier to the contact address in Houston listed by Christine Ho on the DHECC's portal, as well as to a business address for Christine Ho's interior decorating firm in Houston.

    e.  *Christiopher Tran*.  Prior counsel provided a telephone number for Christopher Tran.  When Christopher Tran returned a telephone message left for him, he provided an address where court papers could be mailed.   A copy of the motion for return of payments and the Court's Order were sent by U.S. Mail to the address provided by Christopher Tran, which corresponded to Christopher Tran's contact address on the DHECC's portal.

    f.  *Ngoc Lam*.  Prior counsel provided a telephone number for Ngoc Lam. When Ngoc Lam returned a telephone message left for her, she provided an address where court papers could be mailed.   A copy of the motion for return of payments and the Court's Order were sent by U.S. Mail to the address provided by Ngoc Lam, which corresponded to Ngoc Lam's contact address on the DHECC's portal.

    Respectfully submitted,

    Louis J. Freeh, Special Master

    By:   /s/ Gregory A. Paw
    Gregory A. Paw
    Counsel to the Special Master

Dated:  July 6, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this __6th__ day of ___July___, 2015, by electronic mail, on the following:

Alliance & Associates, LLC
c/o Laughlin Associates, Inc.
9120 Double Diamond Parkway
Reno, Nevada 89521

Sinh Thien Tran
P.O. Box 33
Port Arthur, TX 77641-0033

Gulf Finest Investment Co.
P.O. Box 33
Port Arthur, TX 77641-0033

LVS Investment Group Inc.
P.O. Box 33
Port Arthur, TX 77641-0033

Christopher Tran
9686 Blackhawk Boulevard
Houston, TX 77075

Ngoc Lam
2910 Prairie Hill Court
Houston TX 77059

Christine Ho
12527 Katrina Court
Houston TX 77089

Christine Ho
c/o Cho Interiors
309 Glenwood Drive
Houston, TX 77007

/s/Gregory A. Paw
Counsel