UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig                         MDL No.  2179
        "Deepwater Horizon" in the
        Gulf of Mexico, on
        April 20, 2010                                   SECTION: J

This Document Relates to:  13cv 01743                    Judge Barbier
                                                         Mag. Judge Shushan

## Motion For Leave To Intervene

COMES NOW the proposed Intervening Complainant, Denham Law Firm, PLLC, filing this their *Motion for Leave to Intervene* in this cause as an interested party pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show as follows:

1. Plaintiff, Town of Leakesville, Mississippi, Government, is an independent political subdivision of the State of Mississippi, which suffered economic damages as a result of the Oil Spill and due to the Spill's environmental devastation.

2. Denham Law Firm, PLLC, is now and during all times set forth in this action has been a duly licensed and organized law firm under the laws of the State of Mississippi.

3. On or about January 16th, 2013, the Plaintiff herein, namely the Town of Leakesville, Mississippi, employed Denham Law Firm, PLLC, for the performance of legal services, including but not limited to the research, investigation and filing of necessary legal documents on behalf of the Plaintiff, Town of Leakesville, in its claim for damages as a result of the Deepwater Horizon Oil Spill.

4. During the course and scope of its representation of the Plaintiff, Denham Law Firm, PLLC, incurred substantial hard and soft costs as well as accumulated $957.50 in attorney fees for which it seeks leave to intervene and make claim.

1

5.	Denham Law Firm, PLLC, seeks leave to intervene in this cause pursuant to U.S.C.S. Fed. Rules Civ. Proc. R. 24, and is entitled to an attorney's lien on any and all funds recovered by the Plaintiff, Town of Leakesville, by Carter & Jordan, PLLC, in the amount of one half (½) of any contingent fee collected by Carter & Jordan, PLLC, after each firm has been reimbursed for its actual out-of-pocket expenses.

WHEREFORE, PREMISES CONSIDERED, Denham Law Firm, PLLC, requests this Court enter an Order granting leave to intervene for purpose of filing an Intervening Complaint, attached hereto as exhibit "A" and other such actions as may be required to protect an attorney lien in the amount of one half (½) of any contingent fee collected by Carter & Jordan, PLLC, on behalf of Plaintiff, Town of Leakesville, along with any costs incurred, and for such other and further relief which the Court may deem appropriate.

RESPECTFULLY SUBMITTED on this the 6th day of July, 2015.

        BY: DENHAM LAW FIRM, PLLC

        BY:   /s/ Matthew P. Pavlov
                MATTHEW P. PAVLOV
                Mississippi Bar No. 104540
                DENHAM LAW FIRM, PLLC
                424 Washington Avenue
                Post Office Drawer 580
                Ocean Springs, MS 39564
                228.875.1234 Telephone
                228.875.4553 Facsimile
                matthew@denhamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2015.

/s/ Matthew P. Pavlov
MATTHEW P. PAVLOV

MATTHEW P. PAVLOV
Mississippi Bar No. 104540
DENHAM LAW FIRM, PLLC
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS 39564
228.875.1234 Telephone
228.875.4553 Facsimile
matthew@denhamlaw.com