# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 29, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


Re:   Anadarko Petroleum Corporation
        v. United States
        No. 14-1167
        (Your No. 12-30883)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 30, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

        No. 12-30883    In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:10-CV-4536

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Charlene A. Vogelaar*

                    By: _____
                    Charlene A. Vogelaar, Deputy Clerk
                    504-310-7648