## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

### [Establishing Rules Governing Discretionary Court Review of Appeal Determinations]

**PURSUANT** to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on July 7, 2015 and approved on December 21, 2012) (the "Settlement Agreement"); and pursuant to the ruling of the Fifth Circuit Court of Appeals, 785 F.3d 986 (5th Cir. 2015), **IT IS HEREBY ORDERED** as follows:

1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations and thereafter appeal to the Fifth Circuit Court of Appeals.

2. Because of the sensitive nature of the information contained in claims files and appeals involving them, the district court record in these cases will be restricted to the Court, the claimant, BP, and all counsel of record regarding each claim.

3. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order.

New Orleans, Louisiana, this 7th day of July, 2015.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE