UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

O R D E R

Upon consideration of the motion of the Deepwater Horizon Economic Claims Center ("DHECC") to dismiss without prejudice the motion for return of payments as to claims preparer Juno Claims, from payments made by the DHECC to claimant Hai Do, and the repayment made by Juno Claims of $4,850.62 to the DHECC, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The DHECC's motion to have claimant Hai Do and others return payments made by the DHECC is hereby DISMISSED WITHOUT PREJUDICE as to Juno Claims; and

2. The relief sought by the DHECC directing the DHECC to withhold funds to satisfy the restitution on Hai Do's claims from pending DHECC claim payments is hereby DENIED WITHOUT PREJUDICE as to Juno Claims; and

3. The relief sought by the DHECC against Hai Do and others shall be offset by the amount of all payments made by Juno Claims to the DHECC concerning claims of Hai Do; and

4. The remainder of the DHECC's motion for return of payments from Hai Do and others shall remain for adjudication before the Court, as per the Court's prior Orders.

Signed in New Orleans, Louisiana, this 7th day of July, 2015.

THE HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE