UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>C.A. No. 10-3896<br><br>IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC and SEACOR MARINE LLC, AS BENEFICIAL OWNER REGISTERED OWNER AND MANAGING OWNER OF THE M/V SEACOR VANGUARD , PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

_____

## NOTICE OF APPEAL
_____

NOTICE IS HEREBY GIVEN that DuWayne Mason, as Claimant in Limitation Action No. 10-3896 filed by Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC (collectively Seacor), hereby appeals, through undersigned counsel, to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Rec. Doc. 14737), granting Seacor's Motion for Summary Judgment and dismissing DuWayne Mason's claim (Rec. Doc. 1941, C.A. 10-md-2179) with prejudice, as ordered on June 17, 2015, which Final Judgment also implicitly denied Mason's Motion to be Recognized as an Opt Out Plaintiff of the Medical Benefits Class Settlement and Alternative Motion to Extend Opt-Out Deadline (R. Doc. 14609), per the District Court's Order and Reasons (R.Doc. 14709), entered on June 10, 2015.

Respectfully submitted,

*/s/ Nancy J. Marshall*

NANCY J. MARSHALL  (#8955)
nmarshall@dkslaw.com
JOSEPH L. MCREYNOLDS (#01947)
jmcreynolds@dkslaw.com
ANDREW J. BAER (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201

SCOTT E. SILBERT (#12068)
**SILBERT, GARON, PITRE & FRIEDMAN**
909 Poydras Street
Suite 2130
New Orleans, LA  70112
Telephone:  (504) 581-6200
Facsimile:  (504) 584-5270
scott@sgpflaw.com

**Counsel for plaintiff, DuWayne Mason**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 7*th* day of July, 2015.

*/s/ Nancy J. Marshall*

**NANCY J. MARSHALL**

2