UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | SECTION "J" |
| C.A. No. 11-826 | JUDGE BARBIER |
| DUWAYNE MASON VERSUS SEACOR MARINE, LLC | MAGISTRATE SHUSHAN |

_____

## NOTICE OF APPEAL
_____

NOTICE IS HEREBY GIVEN that Plaintiff in the above captioned Jones Act claim, DuWayne Mason, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Rec. Doc. 14738), granting the Motion for Summary Judgment (Rec. Doc. 14709, C.A. 10-md-2179), filed by Defendant, Seacor Marine, LLC and dismissing with prejudice Mason's Jones Act Claim filed against Seacor Marine, LLC, as ordered on June 17, 2015, which Final Judgment also implicitly denied Mason's Motion to be Recognized as an Opt Out Plaintiff of the Medical Benefits Class Settlement and Alternative Motion to Extend Opt-Out Deadline (R. Doc. 14609), per the District Court's Order and Reasons (R.Doc. 14709), entered on June 10, 2015.

Respectfully submitted,

*/s/ Nancy J. Marshall*

NANCY J. MARSHALL  (#8955)
nmarshall@dkslaw.com
JOSEPH L. MCREYNOLDS (#01947)
jmcreynolds@dkslaw.com
ANDREW J. BAER (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201

SCOTT E. SILBERT (#12068)
**SILBERT, GARON, PITRE & FRIEDMAN**
909 Poydras Street
Suite 2130
New Orleans, LA  70112
Telephone:  (504) 581-6200
Facsimile:  (504) 584-5270
scott@sgpflaw.com

**Counsel for plaintiff, DuWayne Mason**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 7*th* day of July, 2015.

*/s/ Nancy J. Marshall*

**NANCY J. MARSHALL**

2