UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SUSHAN |
| | * | |

**NOTICE OF APPEAL OF
WOODBRIDGE BARIC PRE-SETTLEMENT FUNDING, LLC**

Notice is hereby given that Woodbridge Baric Pre-Settlement Funding, LLC ("Woodbridge"), through its undersigned counsel, appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment entered July 1, 2015 [Doc. 14798], adopting the Court's June 23, 2015 Order and Reasons [Doc. 14747], and appeals any other rulings or orders entered by the District Court in the proceedings below.

WHEREFORE, Woodbridge requests that this Notice of Appeal be deemed good and sufficient and that this matter be appealed to the United States Court of Appeals for the Fifth Circuit.

            Respectfully submitted,

            /s/ *George D. Fagan*
            **GEORGE D. FAGAN, T.A. - #14260**
            **MARGARET F. SWETMAN - # 29195**
            **LEAKE & ANDERSSON, L.L.P.**
            1100 Poydras Street, Suite 1700
            New Orleans, Louisiana  70163
            Phone: (504) 585-7500 /  Fax: (504) 585-7775
            Email: gfagan@leakeandersson.com
            Email: mswetman@leakeandersson.com

*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery this **July 7, 2015**.

/s/ *George D. Fagan*
**GEORGE D. FAGAN**

41747 / 106

2