## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 01, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-31402    In Re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

The court has granted an extension of time to and including July 23, 2015, for filing the reply briefs in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

Mr. Frederick Curtis Baker
Mr. William W. Blevins
Mr. George Howard Brown
Mr. Jeffrey Bossert Clark Sr.
Mr. Kevin Robert Dean
Mr. Miguel Angel Estrada
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Thomas George Hungar
Mr. James Andrew Langan
Ms. Elizabeth A. Larsen
Mr. Scott Payne Martin
Mr. Theodore B. Olson
Mr. Joseph F. Rice
Ms. Lisa Marie Saltzburg