UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 13-5804, Robert Young v. BP* | * | |
| *Exploration & Production Inc., et al.* | | **MAG. JUDGE SHUSHAN** |
| **(Elton Johnson)** | * | |

## ORDER

On June 4, 2015, the United States Court of Appeals, Fifth Circuit, issued the mandate in Case No. 14-30269 (E.D. Dkt. no. 13-5804 c/w 10-md-2179), remanding the referenced member case to this Court for further proceedings.

IT IS ORDERED that a telephone status conference with counsel for Elton Johnson and BP Exploration & Production, Inc. is scheduled for Tuesday, July 28, 2015, at 2:00 p.m. C.S.T. The purpose of the status conference is to discuss proceedings going forward. Counsel for Elton Johnson shall initiate the call, and once all necessary parties are on the line, counsel shall contact the Court at (504) 589-7525.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
United States District Judge