**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |

**ORDER**

Considering the above and foregoing Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Cristen Freeman be and the same is hereby substituted as counsel of record in place of John T. Culotta for the movants Tuan Robinson (Doc. 132883), Jack Sachse (Doc. 133100), and Entertainment Group Inc. (Doc. 132843).

New Orleans, Louisiana this 8th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE