**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                     MDL NO. 2179
       "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                     JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

<u>**ORDER**</u>

**[Regarding Appointment of Neutrals and Liaison to Neutrals]**

In connection with the agreement in principle to settle the claims of the United States for Clean Water Act penalties and natural resource damages, the economic claims of the five Gulf States, and a large number of economic claims asserted by local government entities against BP, the Court appointed Magistrate Judge Sally Shushan, Special Master Louis Freeh, and Claims Administrator Patrick Juneau as Neutrals to assist in the settlement process. In addition, the Court appointed Mike Moore and S. Drake Martin to assist the Neutrals in the course of settlement negotiations. This order memorializes, *nunc pro tunc*, these appointments. The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau and Mr. Moore and Mr. Martin will continue until further orders of the Court and at least until a consent decree is confected and submitted to the Court.

New Orleans, Louisiana, this 9th day of July, 2015.

_____
**United States District Judge**