UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases*<br>*and 10-9999 and 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Local Government Entity Short Form Joinders]**

Considering the agreement in principle to settle all claims asserted by local government entities against BP, the Clerk is directed to docket no further short form joinders by local governmental entities.

New Orleans, Louisiana, this 9th day of July, 2015.

_____
**United States District Judge**