URGENT

B.P. OIL SPILL CLAIM NO.

NOTICE OF SPECIAL APPEARANCE TO THE RECORD

Emperor: Marcus O. Tate-El-Bey-Tey-Washitaw
UNITED WASHITAW EMPIRE SOVEREIGNTY NATIONAL
NATION STATE GOVERNMENT DIPLOMATIC TRIBUNAL,
EX RELATIONE UNITED NATIONS PROJECT NO. 215/93
LAND GRANTS CHARTER NO. 923
POSTAL ZONE VIA MAIL EXEMPTED U.S. ZIP CODES [36503]
c/o P.O. Box 3800, C.F. # 180664
Atmore, ALIBAMU NORTH AMEXEM REPUBLIC

CIVIL ACTION NO. CV-10-08888   10 MD 2179
CIVIL ACTION NO. CV-10-02771
CLAIM NO. 100339816

U.S. CLERK OF COURT
UNITED STATES DISTRICT COURT OF EASTERN DIVISION
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130-3408

FRCP 56(C) etseq., 56(C)5

Writ of Commercial affidavit under Federal Rules of Civil Procedure § 15, Motion to Leave of the Court and Amend this Secured Responsible Party Trademark FEIN #: "Applied For", FEB/2015 etseq., SSN# ___-___-3939 to this PENDING ACTION AGAINST DEEPWATER HORIZON BENEFITS CLAIM ADMINISTRATOR XYZ, ETAL., FEIN# INSURANCE CORP PROCEEDS AMOUNT DEMANDED $ Four-BILLION-DOLLARS $4, BILLION PURSUANT DE JURE NATIONAL REPUBLIC

I

Federal republic Constitution, Art. I Cl. VIII et seq., Art I. Cl. § X All debt Paid with GOLD AND SILVER et seq., Art. VI. Cl § II et seq., AL-MOROCCAN EMPIRE NATIONAL NATION STATE JURISDICTIONS TREATY LAW OF 1787 Re-ratified 1986 Expires 2036 PURSUANT TO 28 USC §§ 1331 et seq., 1332. et seq., 1333 Admiralty Martime Jurisdictions Contracts Law.

1. Thee Invokes 28 USC §§ 1331 et seq., 1332, et seq., 1333 (1) (2)

2. Thee Invokes 28 USC § 1332 (a) (1) (2) (3) (4) (b) (c) (2) (d) The district court shall have original Jurisdiction of all civil actions where the matter in Controversy exceeds the sum or value of $75,000 · exclusive of Interest and cost and is between:

3. Thee Invokes 28 USC § 1331 The district courts shall have original Jurisdictions of all civil actions arising under the constitution, laws or treaties of the United States.

CIVIL ACTION NO. CV-10-08888
CIVIL ACTION NO. CV-10-02771
CLAIM NO. 100339816

## CERTIFICATE OF SERVICE

We hereby affirm we have served DEEPWATER HORIZON ECONOMIC CLAIM CENTER P.O. BOX 1439, HAMMOND, LA 70404-1439 And Attorney For Incorporation Deepwater Horizon Medical Benefits Claim Administrator, 935 GRAVIER STREET, SUITE 400, NEW ORLEANS, LA 70112 TEL# 1-877-545-5111, 1-866-992-6174 DAY 22 month June A.D. 2015 LOVE, TRUTH, PEACE, FREEDOM, AND JUSTICE....

SEAL OF LOVE...

F&N #: "APPLIED FOR" FEB/2015

All Rights reserved without Prejudice

Emperor, Morris O. Tate-El-Bay-Tey-Washita

SECURED RESPONSIBLE PARTY TRADEMARK EMPEROR

IV

Marcus O. Tate-El-Bey-Tey-Washitaw
c/o ALDOC #180664
P.O. Box 3800 C.F
Atmore, AL 36503

UNITED STATES CLERK OFFICE
UNITED STATES DISTRICT COURT HOUSE
EASTERN DIVISION OF COURT
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED JUN 2 6 2015 U.S. COURT OF APPEALS FIFTH CIRCUIT

LEGAL