UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Holdback for State and Local Governments Settling Claims]**

The Court previously entered orders requiring that a percentage of certain settlement amounts paid by BP be held back and paid into a Court-supervised escrow account in order to establish a fund from which common benefit litigation fees and expenses later may be paid. (Rec. Docs. 5022, 5064, 5274). Those orders made clear, however, that the Court retained authority to reduce or eliminate the holdback requirements in light of further circumstances. (Rec. Doc. 5022 at 1, 3, 4 n.2, 10; Rec. Doc. 5274 at 2). In light of the proposed global resolution of governmental economic claims,

IT IS ORDERED that governmental entities, state and local, which accept the proposed settlement with BP announced on July 2, 2015 (Rec. Doc. 14801) shall not be subject to the holdback orders (Rec. Docs. 5022, 5064, 5274).

New Orleans, Louisiana, this 10th day of July, 2015.

_____
United States District Judge