UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SUSHAN |
| | * | |

### SUPERSEDEAS BOND

WHEREAS, on July 1, 2015, a Judgment was rendered in the above-captioned matter by this Honorable Court [Doc. 14798] against, *inter alia*, Woodbridge Baric Pre-Settlement Funding, LLC ("Woodbridge") in favor of the Deepwater Horizon Economic Claims Center in the amount of $20,000;

WHEREAS, on July 7, 2015, Woodbridge appealed [Doc. 14817] to the United States Court of Appeals for the Fifth Circuit from said Judgment;

WHEREAS, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, Woodbridge seeks to obtain a stay of the execution of the Judgment pending final adjudication of Woodbridge's appeal of the Judgment by giving a supersedeas bond in accordance with Local Civil Rule 62.2;

NOW, THEREORE, WOODBRIDGE does by these presents deposit into the registry of the Court the sum of $24,000 (see attached cashier's check), representing

1

120% of the principal amount of the Judgment, as security for the satisfaction of said Judgment only in the event judgment is rendered against Woodbridge and in favor of the Deepwater Horizon Economic Claims Center on appeal.

7-13-2015
Date:

Woodbridge Baric Pre-Settlement Funding, LLC

BY: *(signature)*
Name: Richard Salvato
Title: VP

