UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * | MAG. JUDGE SUSHAN |

## [PROPOSED] ORDER

Having considered the foregoing Consent Motion for: (1) Leave to Deposit Funds into Registry; (2) Approval of Supersedeas Bond, and; (3) Stay Pending Appeal, and the representation of counsel that the Special Master does not oppose the requested relief;

**IT IS HEREBY ORDERED** that:

(1) Woodbridge Baric Pre-Settlement Funding, LLC is granted leave to deposit the sum of $24,000 into the registry of the Court as security the attached Supersedeas Bond;

(2) The Supersedeas Bond in the amount of $24,000 attached hereto and security in the form of a cashier's check in the sum of $24,000 is approved and filed; and

(3) The Judgment [Doc. 14798] entered herein on July 1, 2015 in favor of Special Master, Louis J. Freeh and the Deepwater Horizon Economic Claims Center and against, *inter alia*, Woodbridge Baric Pre-Settlement Funding, LLC is stayed pending appeal to

1

the United States Court of Appeal for the Fifth Circuit pursuant to Federal Rule of Civil Procedure 62(d) as against Woodbridge. Said stay shall be conditioned upon Woodbridge's deposit of a cashier's check in the sum of $24,000 in the registry of the Court.

New Orleans, Louisiana, this ____ day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE