UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of Douglas C. Longman and Carmen M. Rodriguez, of Jones Walker LLP, as counsel of record for Apache Louisiana Minerals, L.L.C. in the above-referenced case listed above.

Pursuant to Fed. R. Civ P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned counsel.

July 14, 2015

    Respectfully submitted,

    DUVAL, FUNDERBURK, SUNDBERY,
       LOVELL & WATKINS, APLC

    C. BERWICK DUVAL, II (#5109)
    STANWOOD R. DUVAL (#27732)
    101 Wilson Avenue
    Post Office Box 3017
    Houma, Louisiana 70361
    Telephone: (985) 876-6410
    Facsimile:  (985) 851-1490
    Email: berwick@duvallawfirm.com
    Email: stan@duvallawfirm.com

    and

JONES WALKER LLP

/s/ Carmen M. Rodriguez
DOUGLAS C. LONGMAN, JR. (#8719)
CARMEN M. RODRIGUEZ (#22573)
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, Louisiana 70502-3408
Telephone:  (337) 593-7600
Facsimile:    (337) 593-7601
Email: dlongman@joneswalker.com
Email: carmenrodriguez@joneswalker.com

*Attorneys for Apache Louisiana Minerals, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 14th day of July, 2015.

/s/ Carmen M. Rodriguez