EXHIBIT "A"

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 3 | TERREBONNE | 104 | 17S-17E | That portion of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, prescriptions, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, being a portion of Lots 55, 56, 57 and 58, Crescent Plantation Subdivision as surveyed by J. C. Waites, C.E., July 1923, the plan of which is filed in Conveyance Records of Terrebonne Parish, LA in Map Volume 13, Page 10 and described as follows: Commencing at an old 3/4" iron pipe marking the original southwest corner of the aforesaid Lot 58 and designated on the plat of survey by John W. Woodard, C.E., dated June 12, 1969, (hereinafter called "said plat') by the letter "X"; thence N 72d 20' 16" E 702.09 feet along the south line of said Lot 58, to a point which bears S 24d 22' 09" E a distance of 12,275.75 feet from USC&GS Triangulation Station "Houma 1934", and said point being the point of beginning proper designated by the letter "A" on said plat; thence N 27d 55' 00" W along the centerline of the servitude for the Houma Navigation Canal granted by Mrs. Junietta Theriot Porche, et al to the Terrebonne Parish Police Jury dated December 8, 1958, and recorded in the Conveyance Records of Terrebonne Parish, LA in COB 271, Page 319, Entry 185366, a distance of 685.96 feet to a point designated by the letter "B" on said plat; thence N 62d 03' 28" E along the centerline of the right-of-way granted by Mrs. Agnes B. Boudreaux, et al to the Louisiana Department of Highways dated November 9, 1960 and recorded in the Conveyance Records of Terrebonne Parish in COB 310, Page 455, Entry 211559 a distance of 219.09 feet to the point of curvature designated by the letter "C" on said plat; thence along a curve to the left following the centerlline of the aforesaid right-of-way a distance of 534.52 feet to a point designated by the letter "D" on said plat, said curve having a radius of 636.62 feet and a Delta Angle of 63d 47' 00"; thence N 80d 02' 01" E along the centerline of a ditch marking the line between Lots 54 and 55 of the aforesaid Crescent Plantation Subdivision, a distance of 472.47 feet to a point designated by the letter "E" on said plat; thence S 11d 47' 39" E along the boundary between the public road dedication and the east end of Lots 55, 56, 57 and 58 of the aforesaid Crescent Plantation Subdivision and the property of LaTerre Co., Inc., a distance of 948.84 feet to a point designated by the letter "F" on said plat; thence S 72d 20' 16" W along the line between lot 58 of the aforesaid Crescent Plantation Subdivision and the property of LaTerre Co., Inc., a distance of 892.96 feet to the point of beginning proper designated by the letter "A" on said plat;  ALL AS MORE FULLY SHOWN on the map entitled "Map Showing Survey of a Certain Tract of Land in Section 104, Township 17 South, Range 17 East, Terrebonne Parish, Louisiana, being a portion of Lots 55, 56, 57 and 58 Crescent Plantation Subdivision" by John W. Woodard, C.E., dated June 12, 1969; less and except that portion of Lot 55 comprising of 2.322 acres conveyed to Keith Alexander and Edna Louise Bell Alexander by deed dated December 28, 1978 and recorded in COB 751, Page 36, Entry 593163, Terrebonne Parish, LA. | 17.620 | 13882 | 17.62 | 18.00 |
| | | | | Total Acreage | 17.620 | | 17.62 | 18.00 |
| 4 | TERREBONNE | 14 | 19S-17E | All | 108.920 | 27244 | 108.92 | 2,644.00 |
| 4 | TERREBONNE | 15 | 19S-17E | All | 86.760 | 27244 | 86.76 | |
| 4 | TERREBONNE | 82 | 19S-17E | All fractional, as per Official Township Plat dated November 4, 1856 | 121.240 | 27244 | 121.24 | |
| 4 | TERREBONNE | 82 | 19S-17E | An undivided 50% interest in all that portion of Section 82, as shown upon the Official Township Plat approved on June 4, 1832, based upon the survey by John Maxwell, Deputy United States Surveyor, during the years 1830 and 1831, which was not included within the area designated as Section 82 of said township as shown upon the Official Township Plat of said township approved November 4, 1856, based upon the resurvey of said township by Joseph Gorlinski, Deputy United States Surveyor, during the year 1856; said portion of said Section 82 estimated to contain 494.71 acres. | 247.355 | 27244 | 247.35 | |
| 4 | TERREBONNE | 1 | 20S-17E | All | 640.000 | 27244 | 640.00 | |
| 4 | TERREBONNE | 2 | 20S-17E | E/2 of SE/4 | 80.000 | 27244 | 80.00 | |
| 4 | TERREBONNE | 12 | 20S-17E | All | 640.000 | 27244 | 640.00 | |
| 4 | TERREBONNE | 13 | 20S-17E | All, except W/2 of SW/4 | 560.000 | 27244 | 560.00 | |
| 4 | TERREBONNE | 24 | 20S-17E | NE/4 | 159.900 | 27244 | 159.90 | |
| | | | | Total Acreage | 2,644.175 | - | 2,644.17 | 2,644.00 |
| 6 | TERREBONNE | 28 | 19S-19E | All | 640.000 | 31436 | 640.00 | 51,705.00 |
| 6 | TERREBONNE | 29 | 19S-19E | All, except Lot 1 | 570.410 | 31436 | 570.41 | |
| 6 | TERREBONNE | 30 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 31 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 32 | 19S-19E | NE/4; W/2 of SW/4; E/2 of SE/4 | 320.000 | 31436 | 320.00 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS

TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 6 | TERREBONNE | 33 | 19S-19E | Lots 15 and 16 | 18.680 | 31436 | 18.68 | |
| 6 | TERREBONNE | 15 | 19S-19E | All, lying east of Bayou Terrebonne, except Lot 1 | 282.440 | 31436 | 282.44 | |
| 6 | TERREBONNE | 53 | 19S-19E | E/2 of E/2; SW/4 of NE/4; SW/4 of SE/4; W/2 of W/2 | 400.000 | 31436 | 400.00 | |
| 6 | TERREBONNE | 34 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 35 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 36 | 19S-19E | All, except SE/4 of SE/4 | 600.000 | 31436 | 600.00 | |
| 6 | TERREBONNE | 37 | 19S-19E | All, except W/2 of SW/4 | 560.000 | 31436 | 560.00 | |
| 6 | TERREBONNE | 38 | 19S-19E | E/2; E/2 of NW/4; SW/4 of SW/4; except portion quitclaimed by LaTerre Co., Inc. to Pierre Chaisson, Joseph Naquin and Henry Dardar by three instruments dated October 24, 1951, and recorded in COB 183, Page 430, 428 and 427 respectively, Terrebonne Parish, LA | 433.600 | 31436 | 433.60 | |
| 6 | TERREBONNE | 39 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 40 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 41 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 42 | 19S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 43 | 19S-19E | All | 603.160 | 31436 | 603.16 | |
| 6 | TERREBONNE | 44 | 19S-19E | All, except Lot 8 | 485.640 | 31436 | 485.64 | |
| 6 | TERREBONNE | 45 | 19S-19E | All | 508.480 | 31436 | 508.48 | |
| 6 | TERREBONNE | 46 | 19S-19E | All | 508.480 | 31436 | 508.48 | |
| 6 | TERREBONNE | 47 | 19S-19E | All | 508.480 | 31436 | 508.48 | |
| 6 | TERREBONNE | 48 | 19S-19E | All | 508.480 | 31436 | 508.48 | |
| 6 | TERREBONNE | 49 | 19S-19E | All, except NE/4 of NW/4, and except portions quitclaimed by LaTerre co., Inc., to Hellen (or Helien) Verdin Dardar, et al, by instrument dated June 28, 1949, and recorded in COB 169, Page 234, Terrebonne Parish, LA, and also except portions quitclaimed by LaTerre Co., Inc., to Pierre Chaisson by instrument dated October 24, 1951, and recorded in COB 183, Page 430, Terrebonne Parish, LA | 453.300 | 31436 | 453.30 | |
| 6 | TERREBONNE | 11 | 19S-19E | Lot 2 | 71.840 | 31436 | 71.84 | |
| 6 | TERREBONNE | 12 | 19S-19E | Lot 2 | 99.760 | 31436 | 99.76 | |
| 6 | TERREBONNE | 13 | 19S-19E | Lot 2 | 39.920 | 31436 | 39.92 | |
| 6 | TERREBONNE | 1 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 2 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 3 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 4 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 5 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 6 | 20S-19E | All | 1,125.760 | 31436 | 1,125.76 | |
| 6 | TERREBONNE | 7 | 20S-19E | All | 1,125.760 | 31436 | 1,125.76 | |
| 6 | TERREBONNE | 8 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 9 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 10 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 11 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 12 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 13 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 14 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 15 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 17 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 18 | 20S-19E | All | 1,125.760 | 31436 | 1,125.76 | |
| 6 | TERREBONNE | 19 | 20S-19E | All | 1,125.760 | 31436 | 1,125.76 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 6 | TERREBONNE | 20 | 20S-19E | All | 345.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 21 | 20S-19E | All | 216.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 22 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 23 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 24 | 20S-19E | All | 640.000 | 31436 | 345.00 | |
| 6 | TERREBONNE | 25 | 20S-19E | All | 640.000 | 31436 | 216.00 | |
| 6 | TERREBONNE | 26 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 27 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 28 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 29 | 20S-19E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 30 | 20S-19E | All | 1,125.760 | 31436 | 1,125.76 | |
| 6 | TERREBONNE | 31 | 20S-19E | All | 2,054.510 | 31436 | 2,054.51 | |
| 6 | TERREBONNE | 32 | 20S-19E | All | 1,168.000 | 31436 | 1,168.00 | |
| 6 | TERREBONNE | 33 | 20S-19E | All | 1,168.000 | 31436 | 1,168.00 | |
| 6 | TERREBONNE | 34 | 20S-19E | All | 1,168.000 | 31436 | 1,168.00 | |
| 6 | TERREBONNE | 35 | 20S-19E | All | 1,168.000 | 31436 | 1,168.00 | |
| 6 | TERREBONNE | 36 | 20S-19E | All | 803.000 | 31436 | 803.00 | |
| 6 | TERREBONNE | 1 | 20S-20E | W/2 of SW/4; SE/4 of SW/4 | 124.800 | 31436 | 124.80 | |
| 6 | TERREBONNE | 2 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 3 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 4 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 5 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 6 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 7 | 20S-20E | All fractional | 382.840 | 31436 | 382.84 | |
| 6 | TERREBONNE | 8 | 20S-20E | All fractional | 102.400 | 31436 | 102.40 | |
| 6 | TERREBONNE | 9 | 20S-20E | All fractional | 444.920 | 31436 | 444.92 | |
| 6 | TERREBONNE | 10 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 11 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 12 | 20S-20E | W/2 | 332.800 | 31436 | 332.80 | |
| 6 | TERREBONNE | 13 | 20S-20E | NW/4 of SE/4, lying west of Bayou Pointe Au Chien; E/2 of SW/4; SW/4 of SW/4; NW/4 | 312.800 | 31436 | 312.80 | |
| 6 | TERREBONNE | 14 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 15 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 17 | 20S-20E | All fractional | 6.480 | 31436 | 6.48 | |
| 6 | TERREBONNE | 18 | 20S-20E | All fractional | 353.760 | 31436 | 353.76 | |
| 6 | TERREBONNE | 19 | 20S-20E | All fractional | 199.080 | 31436 | 199.08 | |
| 6 | TERREBONNE | 20 | 20S-20E | All fractional | 70.880 | 31436 | 70.88 | |
| 6 | TERREBONNE | 21 | 20S-20E | All fractional | 363.640 | 31436 | 363.64 | |
| 6 | TERREBONNE | 22 | 20S-20E | All | 589.080 | 31436 | 589.08 | |
| 6 | TERREBONNE | 23 | 20S-20E | All | 640.000 | 31436 | 640.00 | |
| 6 | TERREBONNE | 24 | 20S-20E | W/2 of NW/4; S/2 west of Bayou Pointe Au Chien | 269.600 | 31436 | 269.60 | |
| 6 | TERREBONNE | 25 | 20S-20E | All lying west of Bayou Pointe Au Chien | 565.600 | 31436 | 565.60 | |
| 6 | TERREBONNE | 26 | 20S-20E | All fractional | 396.280 | 31436 | 396.28 | |
| 6 | TERREBONNE | 27 | 20S-20E | All fractional | 26.080 | 31436 | 26.08 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 6 | TERREBONNE | 35 | 20S-20E | All, except E/2 of NE/4, and except SE/4 | 107.280 | 31436 | 107.28 | |
| 6 | TERREBONNE | 36 | 20S-20E | NW/4 of NW/4; W/2 of SW/4 | 124.800 | 31436 | 124.80 | |
| | | | | Total Acreage | 51,705.100 | | 51,705.10 | 51,705.00 |
| | | | | | | | | |
| 7 | TERREBONNE | 62 | 18S-18E | All fractional | 9.800 | 34073 | 9.80 | 14,776.00 |
| 7 | TERREBONNE | 63 | 18S-18E | N/2 of NW/4; SE/4 of NW/4; NE/4 of SW/4; E/2 | 297.320 | 34073 | 297.32 | |
| 7 | TERREBONNE | 64 | 18S-18E | All | 232.760 | 34073 | 232.76 | |
| 7 | TERREBONNE | 66 | 18S-18E | All | 639.360 | 34073 | 639.36 | |
| 7 | TERREBONNE | 67 | 18S-18E | All, except NE/4 of NE/4 | 584.040 | 34073 | 584.04 | |
| 7 | TERREBONNE | 68 | 18S-18E | NE/4; SW/4 of SW/4; NW/4 of SE/4 | 239.840 | 34073 | 239.84 | |
| 7 | TERREBONNE | 69 | 18S-18E | NE/4 of NE/4 | 40.000 | 34073 | 40.00 | |
| 7 | TERREBONNE | 70 | 18S-18E | NE/4 of SE/4; S/2 of SW/4; S/2 of SE/4 | 200.000 | 34073 | 200.00 | |
| 7 | TERREBONNE | 71 | 18S-18E | All | 640.000 | 34073 | 640.00 | |
| 7 | TERREBONNE | 72 | 18S-18E | All | 754.080 | 34073 | 754.08 | |
| 7 | TERREBONNE | 73 | 18S-18E | E/2; SE/4 of NW/4; E/2 of SW/4; SW/4 of SW/4 | 566.610 | 34073 | 566.61 | |
| 7 | TERREBONNE | 74 | 18S-18E | SE/4 of NE/4; NW/4; W/2 of SW/4; E/2 of SE/4; SW/4 of SE/4 | 400.000 | 34073 | 400.00 | |
| 7 | TERREBONNE | 75 | 18S-18E | S/2 of NW/4; SW/4; W/2 of SE/4 | 320.000 | 34073 | 320.00 | |
| 7 | TERREBONNE | 78 | 18S-18E | SE/4 of NE/4; SW/4 of SE/4; E/2 of SE/4, except those portions awarded to Jean Baptiste LeBlanc by Compromise Agreement dated March 22, 1943, and recorded in COB 145, Page 5, Terrebonne Parish, LA | 83.000 | 34073 | 83.00 | |
| 7 | TERREBONNE | 80 | 18S-18E | All, except NE/4 of SE/4; and except those portions awarded to Jean Baptiste LeBlanc by Compromise Agreement dated March 22, 1943, and recorded in COB 145, Page 5, Terrebonne Parish, LA | 530.000 | 34073 | 530.00 | |
| 7 | TERREBONNE | 81 | 18S-18E | All, except NE/4 of SE/4 | 632.640 | 34073 | 632.64 | |
| 7 | TERREBONNE | 65 | 19S-18E | All fractional | 385.880 | 34073 | 385.88 | |
| 7 | TERREBONNE | 66 | 19S-18E | All | 640.120 | 34073 | 640.12 | |
| 7 | TERREBONNE | 67 | 19S-18E | All | 641.240 | 34073 | 641.24 | |
| 7 | TERREBONNE | 68 | 19S-18E | All | 656.880 | 34073 | 656.88 | |
| 7 | TERREBONNE | 69 | 19S-18E | All fractional | 312.080 | 34073 | 312.08 | |
| 7 | TERREBONNE | 70 | 19S-18E | All | 636.120 | 34073 | 636.12 | |
| 7 | TERREBONNE | 71 | 19S-18E | All | 639.440 | 34073 | 639.44 | |
| 7 | TERREBONNE | 72 | 19S-18E | All fractional | 157.720 | 34073 | 157.72 | |
| 7 | TERREBONNE | 73 | 19S-18E | All fractional | 1.760 | 34073 | 1.76 | |
| 7 | TERREBONNE | 74 | 19S-18E | All fractional | 532.400 | 34073 | 532.40 | |
| 7 | TERREBONNE | 75 | 19S-18E | All fractional | 117.760 | 34073 | 117.76 | |
| 7 | TERREBONNE | 81 | 19S-18E | Lots 4 and 5, as per Official Township Plat dated November 4, 1856 | 69.120 | 34073 | 69.12 | |
| 7 | TERREBONNE | 81 | 19S-18E | An undivided 50% interest in Lot 6 containing 36.43 acres, as per Official Township Plat dated October 23, 1951 | 18.220 | 34073 | 18.22 | |
| 7 | TERREBONNE | 83 | 19S-18E | All, as per Official Township Plat dated November 4, 1856 | 404.800 | 34073 | 404.80 | |
| 7 | TERREBONNE | 83 | 19S-18E | An undivided 50% interest in Lot 10 containing 65.17 acres, as per Official Township Plat dated October 23, 1951 | 32.585 | 34073 | 32.58 | |
| 7 | TERREBONNE | 84 | 19S-18E | All, as per Official Township Plat dated November 4, 1856 | 451.920 | 34073 | 451.92 | |
| 7 | TERREBONNE | 84 | 19S-18E | An undivided 50% interest in Lots 10 and 11 containing 153.02 acres, as per Official Township Plat dated October 23, 1951 | 76.510 | 34073 | 76.51 | |
| 7 | TERREBONNE | 98 | 19S-18E | An undivided 50% interest in all of Section 98 containing 267.98 acres, as per Official Township Plat dated October 23, 1951 | 133.990 | 34073 | 133.99 | |
| 7 | TERREBONNE | 99 | 19S-18E | An undivided 50% interest in all of Section 99 containing 254.05 acres, as per Official Township Plat dated October 23, 1951 | 127.025 | 34073 | 127.02 | |
| 7 | TERREBONNE | 15 | 19S-19E | All lying west of Bayou Terrebonne | 149.000 | 34073 | 149.00 | |
| 7 | TERREBONNE | 33 | 19S-19E | Lots 5, 6, 10, 11, 12 and 13 | 177.940 | 34073 | 177.94 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 7 | TERREBONNE | 108 | 20S-18E | All | 517.360 | 34073 | 517.36 | |
| 7 | TERREBONNE | 109 | 20S-18E | All | 640.000 | 34073 | 640.00 | |
| 7 | TERREBONNE | 110 | 20S-18E | All | 612.840 | 34073 | 612.84 | |
| 7 | TERREBONNE | 111 | 20S-18E | All | 96.720 | 34073 | 96.72 | |
| 7 | TERREBONNE | 112 | 20S-18E | Lots 3 and 4; E/2 of SW/4; NW/4 of SW/4; NW/4 | 336.590 | 34073 | 336.59 | |
| 7 | TERREBONNE | 113 | 20S-18E | NE/4 of NW/4 | 40.100 | 34073 | 40.10 | |
| | | | | Total Acreage | 14,775.570 | | 14,775.56 | 14,776.00 |
| 9 | TERREBONNE | 23 | 18S-16E | All | 640.000 | 38189 | 640.00 | 1,280.00 |
| 9 | TERREBONNE | 24 | 18S-16E | All | 640.000 | 38189 | 640.00 | |
| | | | | Total Acreage | 1,280.000 | | 1,280.00 | 1,280.00 |
| 10 | TERREBONNE | 25 | 18S-16E | All | 640.000 | 52232 | 640.00 | 70,585.00 |
| 10 | TERREBONNE | 26 | 18S-16E | N/2; N/2 of S/2; SW/4 of SW/4; E/2 of SE/4 of SE/4; NW/4 of SE/4 of SE/4 | 550.000 | 52232 | 550.00 | |
| 10 | TERREBONNE | 35 | 18S-16E | W/2 of E/2; E/2 of SE/4; SE/4 of NE/4; SE/4 of SW/4; E/2 of NE/4 of SW/4; E/2 of SE/4 of NW/4 | 360.000 | 52232 | 360.00 | |
| 10 | TERREBONNE | 36 | 18S-16E | SE/4 of NE/4; SE/4; S/2 of SW/4; W/2 of NW/4 of SW/4; SE/4 of NW/4 of SW/4 | 310.000 | 52232 | 310.00 | |
| 10 | TERREBONNE | 1 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 2 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 3 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 4 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 5 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 6 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 7 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 8 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 9 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 10 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 11 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 12 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 13 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 14 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 15 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 17 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 18 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 19 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 20 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 21 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 22 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 23 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 24 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 25 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 26 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 27 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 28 | 19S-13E | All | 640.000 | 52232 | 640.00 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 10 | TERREBONNE | 29 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 30 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 31 | 19S-13E | All | 586.570 | 52232 | 586.57 | |
| 10 | TERREBONNE | 32 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 33 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 34 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 35 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 36 | 19S-13E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 6 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 7 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 18 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 19 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 30 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 31 | 19S-14E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 1 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 2 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 3 | 19S-15E | All, except a 40 acre tract surrounding Billiot's Shell Island, subject to Boundary Agreement with Billiot's Shell Island, Inc., dated November 16, 1963, recorded in COB 364, Entry 254172, Terrebonne Parish, LA | 600.000 | 52232 | 600.00 | |
| 10 | TERREBONNE | 4 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 5 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 6 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 7 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 8 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 9 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 10 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 11 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 12 | 19S-15E | All | 23.000 | 52232 | 23.00 | |
| 10 | TERREBONNE | 13 | 19S-15E | All, except NW/4 of NW/4, subject to Boundary Agreement with Arthur Liner, et al, dated July 18, 1956, recorded in COB 231, Entry 155936, Terrebonne Parish, LA | 353.480 | 52232 | 353.48 | |
| 10 | TERREBONNE | 14 | 19S-15E | NW/4 of NE/4; N/2 of NW/4; S/2 of SW/4; NE/4 of SW/4; SE/4; subject to Boundary Agreement with Arthur Liner, et al, dated July 18, 1956 recorded in COB 231, Entry 155936, Terrebonne Parish, LA | 400.000 | 52232 | 400.00 | |
| 10 | TERREBONNE | 15 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 17 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 18 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 19 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 20 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 21 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 22 | 19S-15E | All | 630.410 | 52232 | 630.41 | |
| 10 | TERREBONNE | 23 | 19S-15E | All | 411.340 | 52232 | 411.34 | |
| 10 | TERREBONNE | 24 | 19S-15E | All | 630.100 | 52232 | 630.10 | |
| 10 | TERREBONNE | 25 | 19S-15E | All | 640.040 | 52232 | 640.04 | |
| 10 | TERREBONNE | 26 | 19S-15E | All | 564.620 | 52232 | 564.62 | |
| 10 | TERREBONNE | 27 | 19S-15E | All | 617.470 | 52232 | 617.47 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 10 | TERREBONNE | 28 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 29 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 30 | 19S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 31 | 19S-15E | All | 573.370 | 52232 | 573.37 | |
| 10 | TERREBONNE | 32 | 19S-15E | All | 563.770 | 52232 | 563.77 | |
| 10 | TERREBONNE | 33 | 19S-15E | All lying north of Bayou DeCade | 489.440 | 52232 | 489.44 | |
| 10 | TERREBONNE | 34 | 19S-15E | All lying north of Bayou DeCade | 249.750 | 52232 | 249.75 | |
| 10 | TERREBONNE | 35 | 19S-15E | All, except SW/4 of SW/4 | 590.500 | 52232 | 590.50 | |
| 10 | TERREBONNE | 36 | 19S-15E | All | 640.240 | 52232 | 640.24 | |
| 10 | TERREBONNE | 1 | 19S-16E | All | 640.600 | 52232 | 640.60 | |
| 10 | TERREBONNE | 2 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 3 | 19S-16E | SE/4 of NE/4; SW/4 of NW/4; S/2 of SW/4; S/2 of NE/4 of SW/4; SE/4 | 340.000 | 52232 | 340.00 | |
| 10 | TERREBONNE | 4 | 19S-16E | N/2; N/2 of SW/4; SW/4 of SW/4; N/2 of SE/4 of SW/4; W/2 of NW/4 of SE/4; S/2 of SE/4 of SE/4 | 500.000 | 52232 | 500.00 | |
| 10 | TERREBONNE | 5 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 6 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 7 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 8 | 19S-16E | W/2; N/2 of NE/4; S/2 of SE/4 | 480.000 | 52232 | 480.00 | |
| 10 | TERREBONNE | 9 | 19S-16E | S/2; NE/4; SE/4 of NW/4; SE/4 of SW/4 of NW/4; E/2 of NE/4 of NW/4; NW/4 of NW/4 of NW/4 | 580.000 | 52232 | 580.00 | |
| 10 | TERREBONNE | 10 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 11 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 12 | 19S-16E | All | 641.000 | 52232 | 641.00 | |
| 10 | TERREBONNE | 13 | 19S-16E | N/2 | 320.400 | 52232 | 320.40 | |
| 10 | TERREBONNE | 14 | 19S-16E | All | 639.600 | 52232 | 639.60 | |
| 10 | TERREBONNE | 15 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 17 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 18 | 19S-16E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 19 | 19S-16E | All | 639.600 | 52232 | 639.60 | |
| 10 | TERREBONNE | 20 | 19S-16E | All | 640.960 | 52232 | 640.96 | |
| 10 | TERREBONNE | 21 | 19S-16E | All | 639.200 | 52232 | 639.20 | |
| 10 | TERREBONNE | 22 | 19S-16E | All, except SE/4 of SE/4 | 600.160 | 52232 | 600.16 | |
| 10 | TERREBONNE | 23 | 19S-16E | N/2 of NE/4; NW/4 | 239.700 | 52232 | 239.70 | |
| 10 | TERREBONNE | 26 | 19S-16E | NE/4 of NW/4; SW/4 of NW/4; a certain tract of land fronting six hundred seventy two (672') feet, more or less, on the right descending bank of Bayou Dularge, by full depth thereunto belonging; bounded above or north by property of Walton Champagne, now or formerly, and by property of LaTerre Co., Inc., below or south by property of the heirs of Claude Joseph Chauvin, now or formerly, bounded on the east by Bayou Dularge, and on the west by property of LaTerre Co., Inc. | 108.000 | 52232 | 108.00 | |
| 10 | TERREBONNE | 27 | 19S-16E | NW/4 of NE/4; NW/4; SE/4 of SW/4; SW/4 of SE/4; E/2 of SE/4 | 360.150 | 52232 | 360.15 | |
| 10 | TERREBONNE | 28 | 19S-16E | N/2; N/2 of S/2; SW/4 of SW/4 | 519.350 | 52232 | 519.35 | |
| 10 | TERREBONNE | 29 | 19S-16E | All | 641.480 | 52232 | 641.48 | |
| 10 | TERREBONNE | 30 | 19S-16E | All | 639.600 | 52232 | 639.60 | |
| 10 | TERREBONNE | 31 | 19S-16E | All | 638.400 | 52232 | 638.40 | |
| 10 | TERREBONNE | 32 | 19S-16E | All | 636.920 | 52232 | 636.92 | |
| 10 | TERREBONNE | 33 | 19S-16E | All, except N/2 of NW/4 | 556.500 | 52232 | 556.50 | |
| 10 | TERREBONNE | 34 | 19S-16E | N/2; SW/4; NW/4 of SE/4 | 517.210 | 52232 | 517.21 | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
TERREBONNE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 10 | TERREBONNE | 5 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 6 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 7 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 8 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 17 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 18 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 19 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| 10 | TERREBONNE | 20 | 20S-15E | All | 640.000 | 52232 | 640.00 | |
| | | | | Total Acreage | 70,582.930 | | 70,582.93 | 70,585.00 |
| 10 | TERREBONNE | 47 | 17S-17E | A certain tract of land described as follows: Beginning at an old iron vise shaft marking the southeast corner of the property herein described, which corner is North 6,613.49 feet and West 3,185.93 feet from the first mile post west on the south line of T17S-R17E; thence S 73d 30' 11" W a distance of 1,963.86 feet to a 1 1/2" iron pipe marking the southwest corner of the property herein described; thence N 18d 25' 50" W a distance of 1,977.95 feet to a 4 inch concrete post marking the northwest corner of the property herein described; thence N 73d 26' 58" E a distance of 2,015.40 feet to a point on the east bank of Bayou LaCarpe and the northeast corner of the property herein described; thence along the east bank of said Bayou LaCarpe, S 9d 33'59" E 216.23 feet; S 6d 11' 03" E 200.35 feet; S 12d 00' 12" E 202.60 feet; S 27d 12' 37" E 151.34 feet; S 21d 00' 03" E 205.81 feet; S 26d 53' 04" E 200.72 feet; S 29d 17' 22" E 210.19 feet; S 30d 05' 04" E 199.64 feet; thence across Bayou LaCarpe, S 5d 27' 24" E 422.46 feet to the old iron vise shaft marking the point of beginning herein; said tract containing 89.896 acres according to the plat of survey by T. Baker Smith, C.E., dated April 17, 1954, and attached to a deed recorded in COB 208, Entry 131350, Terrebonne Parish, LA. LESS AND EXCEPT: That portion containing 6.667 acres conveyed to The South Coast Corporation by agreement dated July 22, 1967 and recorded July 27, 1967 in COB 442, Entry 325370, Terrebonne Parish, LA, and set forth on the plat prepared by John W. Woodard, C.E. recorded with said agreement; and LESS AND EXCEPT: That portion containing 3.449 acres conveyed to Cenac Towing Co., Inc. by Act of Sale dated July 18, 2007 and recorded July 20, 2007 in COB 2044, Page 319, Entry 1272118 in Terrebonne Parish, LA. | 79.780 | 40384 | 83.23 | 172.00 |
| 10 | TERREBONNE | 11, 12, 47 | 17S-17E | A certain tract of land described as follows: Beginning at an old iron vise shaft set forth on the plat of survey by T. Baker Smith, C.E. dated April 17, 1954, and attached to a deed recorded in COB 208, Entry 131350, Terrebonne Parish, LA; thence S 72d 24' 10" W (S 73d 30' 11" W **) a distance of 1,594.58 feet to a point; thence S 27d 54' 12" E 1,761.98 feet to a point; thence along a curve to the right 1,287.17 feet to a point, said curve having a radius of 11,376.66 feet and a Delta Angle of 27d 01' 09"; thence N 22d 14' 53" E 2,569.51 feet to a point; thence N 13d 38' 19" E 115.99 feet to a point; thence North 100.00 feet to a point; thence N 16d 51' 30" W 103.45 feet to a point; thence N 30d 10' 25" W 99.48 feet to a point; thence N 44d 11' 35" W 100.42 feet to a point; thence N 53d 40' 23" W 42.20 feet to a point; thence N 36d 20' 57" E 163.69 feet to a point; thence N 88d 50' 00" W 208.56 feet to a point; thence N 60d 27' 58" W 34.11 feet to a point; thence N 59d 14' 42" W 50.81 feet to a point; thence N 53d 38' 06" W 50.16 feet to a point; thence N 55d 53' 59" W 50.37 feet to a point; thence N 47d 54' 04" W 50.01 feet to a point; thence N 35d 33' 58" W 51.42 feet to a point; thence N 54d 45' 24" W 50.24 feet to a point; thence N 49d 03' 20" W 100.00 feet to a point; thence N 36d 00' 41" W 54.99 feet to a point; thence N 16d 02' 22" W 15.06 feet to a point; thence N 44d 30' 43" W 50.64 feet to a point; thence N 35d 25' 33" W 50.00 feet to a point; thence N 33d 08' 03" W 50.04 feet to a point; thence N 42d 16' 17" W 50.53 feet to a point; thence N 29d 42' 29" W 50.24 feet to a point; thence N 26d 20' 14" W 50.62 feet to a point; thence N 35d 25' 40" W 50.00 feet to a point; thence N 31d 59' 44" W 37.86 feet to a point; thence S 6d 33' 24" E (S 5d 27' 24" E**) 451.11 feet to the point of beginning; said tract containing 91.453 acres according to the plat of survey by John W. Woodard, C.E. dated July 7, 1967, and attached to an agreement recorded in COB 442 Entry 325370, Terrebonne Parish, LA. (** Bearing on the aforesaid plat of survey by T. Baker Smith, C.E.) | 91.453 | 40384 | 91.45 | |
| | | | | Total Acreage | 171.233 | | 174.68 | 172.00 |
| | | | | TERREBONNE PARISH TOTAL ACREAGE | 141,176.628 | | 141,180.06 | 141,180.00 |
| | | **** | | NOTE: The acreages described above showin in blue italics should be reduced to reflect the acreage of that certain "Land Swap" agreement between Apache Louisiana Minerals and the Louisiana State Land Office dated xxx regarding Lake DeCade acreage and erroneous township plat survey | | | | |