# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

llılılıılıllıllıllılllıllıllıllılıllılı   48527
APACHE LOUISIANA MINERALS, INC.
& STANCIL & CO.                          12B
P.O. BOX 149                              1
RICHMOND, TX  77406

---

WARD: R-03
ACCOUNT NBR: 13882-0100
NAME: APACHE LOUISIANA MINERALS, INC.

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

llıllıllıllıllılıllıllılılıllılıllıllıllı

RETURN THIS PORTION WITH PAYMENT

---

MISC. LAND   54000
18 ACRES

TAXABLE ASSESSED VALUE:                54,000

CONSOLIDATED MILLAGE      67.49M      3,644.46
SPECIAL DIST. MILLAGE     17.86M        964.44

TOTAL TAXES DUE FOR 2010.            4,608.90

PHYSICAL LOCATION:
NOT ON FILE

----------- PROPERTY DESCRIPTION -----------
IN T17S R17E:
THAT PORTION OF GROUND TOGETHER WITH ALL
THE BUILDINGS AND IMPROVEMENTS THEREON
AND ALL OF THE RIGHTS, WAYS, PRIVILEGES,
PRESCRIPTIONS, SERVITUDES, APPURTENANCES
AND ADVANTAGES THEREUNTO BELONGING OR
IN ANYWISE APPERTAINING, SITUATED IN
SECTION 104, T17S R17E TERREBONNE PARISH,
LA, BEING A PORTION OF LOTS 55, 56, 57
& 58 CRESCENT PLANTATION SUBD. AS
SURVEYED BY J.C. WAITTES, C.E., JULY OF
1923, THE PLAN OF WHICH IS FILED IN THE
--SEE TAX OFFICE FOR MORE DESCRIPTIONS--

---

WARD: R-03          ACCOUNT NBR: 13882-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010                4,608.90
PAY THIS AMOUNT BY DECEMBER 31, 2010             PAY ONLINE AT : www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Page 1 of 2

Terrebonne Parish Consolidated Government

Monday, February 4, 2013 | 65.2°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap



| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

8026 Main Street, Suite 501
Houma, LA 70360

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**

Account #: 13882
Year: 2010

APACHE LOUISIANA MINERALS, INC.

Select a year

Property Type   REAL PROPERTY
Ward/City  03
Owner/Address   APACHE LOUISIANA MINERALS, INC.
% STANCIL & CO.
P.O. BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value  54,000
Homestead Assessed Value  0
Parish Tax  $4,608.90
City Tax  $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $4,608.90
Sheriff Tax Payment Paid

| Additional Owners | Abstract | Millages | Property Description |

IN T17S R17E:
THAT PORTION OF GROUND TOGETHER WITH ALL
THE BUILDINGS AND IMPROVEMENTS THEREON
AND ALL OF THE RIGHTS, WAYS, PRIVILEGES,
PRESCRIPTIONS, SERVITUDES, APPURTENANCES
AND ADVANTAGES THEREUNTO BELONGING OR
IN ANYWISE APPERTAINING, SITUATED IN
SECTION 104 T17S R17E TERREBONNE PARISH,
LA, BEING A PORTION OF LOTS 55, 56, 57
& 58 CRESCENT PLANTATION SUBD. AS
SURVEYED BY J.C. WAITES, C.E., JULY OF
1923, THE PLAN OF WHICH IS FILED IN THE
CONVEYANCE RECORDS OF TERREBONNE PARISH
LA. IN MAP VOLUME 13 PAGE 10 AND
DESCRIBED AS FOLLOWS, COMMENCING AT AN
OLD 3/4 INCH IRON PIPE MARKING THE
ORIGINAL SOUTHWEST CORNER OF THE
AFORESAID LOT 58 & DESIGNATED ON THE
PLAT OF SURVEY BY JOHN W. WOODARD, C.E.
DATED 6-12-69) HEREINAFTER CALLED "SAID
PLAT) BY THE LETTER "X" THENCE NORTH
72 DEGREES 20 MINUTES 16 SECONDS EAST
(GRID) 702.09 ALONG THE SOUTH LINE OF
SAID LOT 58 TO A POINT WHICH BEARS
SOUTH 24 DEGREES 22 MINUTES 09 SECONDS
EAST (GRID) 12.75.75' FROM U.S.C. &
G.S. TRIANGULATION STATION "HOUMA 1934"
AND, SAID POINT BEING THE POINT OF
BEGINNING PROPER DESIGNATED BY THE
LETTER "A" ON SAID PLAT, THENCE NORTH 27
DEGREES 55 MINUTES 03 SECONDS WEST
(GRID) ALONG THE CENTERLINE OF THE
SERVITUDE FOR THE HOUMA NAVIGATION CANAL
GRANTED BY JUNIETTA THERIOT PORCHE, ETAL
TO THE TERREBONNE PARISH POLICE JURY
DATED 1/28/55 AND RECORDED IN THE

Terrebonne Parish Consolidated Government

CONVEYANCE RECORDS OF TERREBONNE PARISH
IN CB 277/319/#135338 A DISTANCE OF
685.96' TO A POINT DESIGNATED BY THE
LETTER "B" ON SAID PLAT, THENCE NORTH
62 DEGREES 03 MINUTES 28 SECONDS EAST
(GRID) ALONG THE CENTERLINE OF THE RIGHT
OF WAY GRANTED BY AGNES B. BOUNDREAUX,
ET AL TO THE LA. DEPT. OF HWYS, DATED
11/9/60 AND RECORDED IN THE CONVEYANCE
RECORDS OF TERREBONNE PARISH IN
CONVEYANCE BOOK 310/455 ENTRY #211559,
A DISTANCE OF 219.09' TO A POINT OF
CURVATURE DESIGNATED BY THE LETTER "C"
ON SAID PLAT, THENCE ALONG A CURVE TO
THE LEFT FOLLOWING THE CENTERLINE OF THE
AFORESAID RIGHT OF WAY, A DISTANCE OF
334.52' TO A POINT DESIGNATED BY THE
LETTER "D" ON THE ATTACHED PLAT. SAID
CURVE HAVING A RADIUS OF 636.62' AND A
DELTA ANGLE OF 63 DEGREES 47 MINUTES
00 SECONDS THENCE NORTH 80 DEGREES 02
MINUTES 01 SECONDS EAST (GRID) ALONG THE
CENTERLINE OF A DITCH MARKING THE LINE
BETWEEN LOTS 54 & 55 OF THE AFORESAID
CRESCENT PLANTATION SUBD., A DISTANCE OF
472.47' TO A POINT DESIGNATED BY THE
LETTER "E" ON THE SAID PLAT, THENCE
SOUTH 11 DEGREES 47 MINUTES 39 SECONDS
EAST (GRID) ALONG THE BOUNDARY BETWEEN
THE PUBLIC ROAD DEDICATION AND THE EAST
END OF LOTS 55, 56, 57 & 58 OF THE
AFORESAID CRESCENT PLANTATION SUBD., A
DISTANCE OF 948.84' TO A POINT
DESIGNATED BY THE LETTER "F" ON SAID
PLAT, THENCE SOUTH 72 DEGREES 20 MINUTES
16 SECONDS WEST (GRID) ALONG THE LINE
BETWEEN LOT 58 OF THE AFORESAID CRESCENT
PLANTATION SUBD. AND THE PROPERTY OF
LA-TERRE CO., INC., A DISTANCE OF
892.96' TO THE POINT OF BEGINNING PROPER
DESIGNATED BY THE LETTER "A" ON SAID
PLAT, ALL AS MORE FULLY SHOWN ON THE MAP
ENTITLED "MAP SHOWING SURVEY OF A
CERTAIN TRACT OF LAND IN SECTION 104
T17S R17E TERREBONNE PARISH, LA.
BEING A PORTION OF LOTS 55, 56, 57 & 58
CRESCENT PLANTATION SUBD. BY JOHN W.
WOODARD, C.E. DATED 6/12/68.
ALL COORDINATES AND ALL BEARINGS SET
FORTH HEREIN BEING IN ACCORDANCE WITH
LOUISIANA PLANE COORDINATE SYSTEM
(SOUTH ZONE) CONTAINING 19.84 ACRES
LESS 2.322 ACRES SOLD TO KEITH ALEXANDER
ETALS CB 751/36. CS 2061/674.

Français   Deutsch   中文   Italiano   日本語   Português   Español   Tiếng Việt

Privacy Statement   P.O. Box 2768   Houma, Louisiana 70360   (985) 868-5050   26097

© 2013 Terrebonne Parish Consolidated Government

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpsst.net

# PROPERTY TAX NOTICE

WARD: R-04
ACCOUNT NBR: 27244-0100
NAME: APACHE LOUISIANA MINERALS, INC.

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC. 48552
C/O STANCIL & CO.                128
PO BOX 149                         1
RICHMOND, TX  77406

---------- PROPERTY DESCRIPTION ----------

IN T19S R17E;
ALL SECTION 14 CONTAINING 108.92 ACRES
ALL SECTION 15 CONTAINING 86.76 ACRES
SECTION 82, ALL FRACTIONAL AS PER
OFFICIAL TOWNSHIP PLAT DATED NOV. 4,
1865 CONTAINING 121.24 ACRES
SECTION 82, AN UNDIVIDED 1/2 INTEREST IN
ALL THAT PORTION OF SECTION 82, AS SHOWN
UPON THE OFFICIAL TOWNSHIP PLAT OF SAID
TOWNSHIP APPROVED ON JUNE 4, 1832 BASED
FROM THE SURVEY BY JOHN MAXWELL, DEPUTY
U.S. SURVEYOR, DURING THE YEARS 1830 AND
---SEE TAX OFFICE FOR MORE DESCRIPTIONS---

| | |
|---|---|
| MARSHLAND    13220 | |
| 2544 ACRES | |
| TAXABLE ASSESSED VALUE: | 13,220 |
| CONSOLIDATED MILLAGE | 67.49M    892.22 |
| SPECIAL DIST. MILLAGE | 26.72M    353.33 |
| TOTAL TAXES DUE FOR 2010 | 1,245.45 |

PHYSICAL LOCATION:
NOT ON FILE

WARD: R-04      ACCOUNT NBR: 27244-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:          1,245.45
PAY THIS AMOUNT BY DECEMBER 31, 2010     PAY ONLINE AT: www.tpsst.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government



Monday, February 4, 2013 | 6:00 PM | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday.

Departments & Agencies
Select a Department

8026 Main Street, Suite 601
Houma, LA 70360

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

---

**Tax Roll**

APACHE LOUISIANA MINERALS, INC.

Select a year

Account # 27244
Year: 2010

Property Type REAL PROPERTY
Ward/City 04
Owner/Address APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value 13,220
Homestead Assessed Value 0
Parish Tax $1,245.45
City Tax $0.00

Taxes Covered By Homestead ($0.00)
Taxpayer Amount Due $1,245.45
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

APACHE LOUISIANA MINERALS, INC.

IN T19S R17E;
ALL SECTION 14 CONTAINING 108.92 ACRES
ALL SECTION 15 CONTAINING 86.76 ACRES
SECTION 32, ALL FRACTIONAL AS PER
OFFICIAL TOWNSHIP PLAT DATED NOV. 4,
1856 CONTAINING 121.24 ACRES
SECTION 32, AN UNDIVIDED 1/2 INTEREST IN
ALL THAT PORTION OF SECTION 32, AS SHOWN
UPON THE OFFICIAL TOWNSHIP PLAT OF SAID
TOWNSHIP APPROVED ON JUNE 4, 1832 BASED
UPON THE SURVEY BY JOHN MAXWELL, DEPUTY
U.S. SURVEYOR, DURING THE YEARS 1830 AND
1831, WHICH WAS NOT INCLUDED WITHIN THE
AREA DESIGNATED AS SECTION 82 OF SAID
TOWNSHIP AS SHOWN UPON THE OFFICIAL
TOWNSHIP PLAT OF SAID TOWNSHIP APPROVED
NOV. 4, 1856 BASED UPON THE RESURVEY OF
SAID TOWNSHIP BY JOSEPH GORLINSKI,
DEPUTY U.S. SURVEYOR, DURING THE YEAR
1856; SAID PORTION OF SAID SECTION 82
ESTIMATED TO CONTAIN 484.71 ACRES,
CONTAINING 247.35 ACRES
IN T20S R17E;
ALL SECTION 1 CONTAINING 640 ACRES
SECTION 2, E2 OF SE/4 CONTAINING 80
ACRES
ALL SECTION 12 CONTAINING 640 ACRES
SECTION 13, ALL EXCEPT W2 OF SW/4
CONTAINING 560 ACRES
SECTION 24, NE/4 CONTAINING 159.90 ACRES
TOTAL ACREAGE (WARD 4) 2,644.17 ACRES
CB 1806/755

Terrebonne Parish Consolidated Government

















Français   Deutsch   Italiano   ꙮꙮꙮ   ꙮꙮꙮ   ꙮꙮꙮ   Português   Español   Tiếng Việt

Privacy Statement   P.O. Box 2768   Houma, Louisiana 70360   (985) 868-5050   25099

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-06
ACCOUNT NBR: 31436-0100
NAME: APACHE LOUISIANA MINERALS, INC.

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC.          48653
C/O STANCIL & CO.                          128
PO BOX 149                                   1
RICHMOND, TX  77406

------- PROPERTY DESCRIPTION -------
TERREBONNE PARISH LA. WARD 6
T19S -R19E:
ALL SECTION 28 CONTAINING 640 ACRES.
ALL SECTION 29 EXCEPT LOT 1 CONTAINING
570.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 31 CONTAINING 640 ACRES.
SECTION 32 - NE/4, N/2 OF SW/4; E/2 OF
SE/4 CONTAINING 320 ACRES.
SECTION 33 - LOTS 15 & 16 CONTAINING
16.68 ACRES.
SECTION 15: ALL EAST OF BAYOU
--SEE TAX OFFICE FOR MORE DESCRIPTIONS--

| | |
|---|---|
| MARSHLAND          160515 | |
| 51705 ACRES | |
| TAXABLE ASSESSED VALUE: | 160,515 |
| CONSOLIDATED MILLAGE     67.49M | 10,833.16 |
| SPECIAL DIST. MILLAGE    32.16M | 5,162.16 |
| TOTAL TAXES DUE FOR 2010 | 15,996.32 |
| PHYSICAL LOCATION: | |
| 136 POINT BARRE RD | |

WARD: R-06      ACCOUNT NBR: 31436-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:  15,996.32      PAY ONLINE AT: www.tpso.net
PAY THIS AMOUNT BY: DECEMBER 31 2010
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
  GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
  PROPERTY TAX DEPARTMENT
  HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government



Monday, February 4, 2013 | 65.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

8026 Main Street, Suite 501
Houma, LA 70360

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**

APACHE LOUISIANA MINERALS, INC.
Select a year :

Account # 31436
Year: 2010

Property Type   REAL PROPERTY
Ward/City  08
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   160,515
Homestead Assessed Value   0
Parish Tax   $15,995.32
City Tax   $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $15,995.32
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

TERREBONNE PARISH LA - WARD 6
T19S -R19E:
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 EXCEPT LOT 1 CONTAINING
570.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 31 CONTAINING 640 ACRES.
SECTION 32 - NE4/ W/2 OF SW/4; E/2 OF
SE/4 CONTAINING 320 ACRES.
SECTION 33 - LOTS 15 & 16 CONTAINING
18.66 ACRES.
SECTION 15 - ALL EAST OF BAYOU
TERREBONNE, EXCEPT LOT 1, CONTAINING
282.44 ACRES
SECTION 53 - E/2 OF E/2; SW/4 OF NE/4;
SW/4 OF SE/4; W/2 OF W/2 CONTAINING
400 ACRES.
ALL SECTION 34 CONTAINING 640 ACRES
ALL SECTION 35 CONTAINING 640 ACRES
SECTION 36 - ALL, EXCEPT SE/4 OF SE/4
CONTAINING 600 ACRES.
SECTION 37- ALL, EXCEPT W/2 OF SW/4
CONTAINING 560 ACRES
SECTION 38 - E/2; E/2 OF NW/4; SW/4 OF
SW/4; EXCEPT PORTION QUITCLAIMED BY
LA-TERRE CO., INC., TO PIERRE CHAISSON,
JOSEPH NAQUIN AND HENRY DARDAR BY THREE
INSTRUMENTS DATED OCT. 24, 1951, AND
RECORDED IN CB 183/490, 428, 427
RESPECTIVELY, TERREBONNE PARISH, LA
CONTAINING 433.60 ACRES.
ALL SECTION 39 CONTAINING 640 ACRES
ALL SECTION 40 CONTAINING 640 ACRES
ALL SECTION 41 CONTAINING 640 ACRES
ALL SECTION 42 CONTAINING 640 ACRES
ALL SECTION 43 CONTAINING 603.16 ACRES

Terrebonne Parish Consolidated Government

SECTION 44 - ALL EXCEPT LOT 8 CONTAINING 485.64 ACRES
ALL SECTION 45 CONTAINING 508.48 ACRES
ALL SECTION 46 CONTAINING 508.48 ACRES
ALL SECTION 47 CONTAINING 508.48 ACRES
ALL SECTION 48 CONTAINING 508.48 ACRES
SECTION 49 - ALL, EXCEPT NE/4 OF NW/4, AND EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC., TO HELLEN (OR HELIEN) VERDIN DARDAR, ET AL BY INSTRUMENT DATED JUNE 28, 1949 AND RECORDED IN CB 169/234 TERREBONNE PARISH LA., AND ALSO EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC. TO PIERRE CHAISSON BY INSTRUMENT DATED OCT. 24, 1951 AND RECORDED IN CB 183/430, TERREBONNE PARISH, LA. CONTAINING 453.30 ACRES.
SECTION 11-LOT 2 CONTAINING 71.84 ACRES
SECTION 12-LOT 2 CONTAINING 99.76 ACRES
SECTION 13-LOT 2 CONTAINING 39.92 ACRES
T20S - R19E:
ALL SECTION 1 CONTAINING 640 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 1125.76 ACRES
ALL SECTION 7 CONTAINING 1125.76 ACRES
ALL SECTION 8 CONTAINING 640 ACRES
ALL SECTION 9 CONTAINING 640 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
ALL SECTION 12 CONTAINING 640 ACRES
ALL SECTION 13 CONTAINING 640 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
ALL SECTION 17 CONTAINING 640 ACRES
ALL SECTION 18 CONTAINING 1125.76 ACRES
ALL SECTION 19 CONTAINING 1125.76 ACRES
ALL SECTION 20 CONTAINING 640 ACRES
ALL SECTION 21 CONTAINING 640 ACRES
ALL SECTION 22 CONTAINING 640 ACRES
ALL SECTION 23 CONTAINING 640 ACRES
ALL SECTION 24 CONTAINING 345 ACRES
ALL SECTION 25 CONTAINING 216 ACRES
ALL SECTION 26 CONTAINING 640 ACRES
ALL SECTION 27 CONTAINING 640 ACRES
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 CONTAINING 640 ACRES
ALL SECTION 30 CONTAINING 1125.76 ACRES
ALL SECTION 31 CONTAINING 2054.51 ACRES
ALL SECTION 32 CONTAINING 1,168 ACRES
ALL SECTION 33 CONTAINING 1,168 ACRES
ALL SECTION 34 CONTAINING 1,168 ACRES
ALL SECTION 35 CONTAINING 1,168 ACRES
ALL SECTION 36 CONTAINING 803 ACRES
T20S R20E:
SECTION 1, W/2 OF SW/4; SE/4 OF SW/4 CONTAINING 124.80 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 640 ACRES
SECTION 7, ALL FRACTIONAL, CONTAINING 382.84 ACRES
SECTION 8, ALL FRACTIONAL, CONTAINING 102.40 ACRES
SECTION 9, ALL FRACTIONAL CONTAINING 444.92 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
SECTION 12, W/2, CONTAINING 332.80 ACRES
SECTION 13 - NW/4 OF SE/4 WEST OF BAYOU CHIEN; E/2 OF SW/4; SW/4 OF SW/4; NW/4 CONTAINING 312.80 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
SECTION 17, ALL FRACTIONAL CONTAINING 6.48 ACRES
SECTION 18, ALL FRACTIONAL CONTAINING 353.76 ACRES
SECTION 19, ALL FRACTIONAL CONTAINING 199.08 ACRES

Terrebonne Parish Consolidated Government

SECTION 20, ALL FRACTIONAL CONTAINING
70.88 ACRES
SECTION 21, ALL FRACTIONAL CONTAINING
363.84 ACRES
ALL SECTION 22, CONTAINING 589.08 ACRES
ALL SECTION 23 CONTAINING 640 ACRES
SECTION 24 - W/2 OF NW/4, S/2 WEST OF
BAYOU CHIEN CONTAINING 289.60 ACRES
SECTION 25 - ALL WEST OF BAYOU CHIEN
CONTAINING 565.60 ACRES
SECTION 26, ALL FRACTIONAL CONTAINING
396.28 ACRES
SECTION 27, ALL FRACTIONAL -
CONTAINING 26.08 ACRES
SECTION 35, ALL EXCEPT E/2 OF NE/4 AND
SE/4 CONTAINING 107.28 ACRES
SECTION 36, NW/4 OF NW/4, W/2 OF SW/4
CONTAINING 124.80 ACRES
TOTAL ACREAGE (WARD 6) - 51,705.10 ACRES
CB 1808/755

Français    Deutsch    Italiano    ΠΠΠΠ    Português    Español    Tiếng Việt

Privacy Statement    P.O. Box 2768    Houma, Louisiana 70360    (985) 868-5050    25100

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

APACHE LOUISIANA MINERALS, INC. 48554
C/O STANCIL & CO. 128
PO BOX 149 1
RICHMOND, TX 77406

WARD: R-07
ACCOUNT NBR: 34073-0100
NAME: APACHE LOUISIANA MINERALS, INC.

TOTAL TAX DUE FOR 2010:
PAY THIS AMOUNT BY DECEMBER 31, 2010

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT



------- PROPERTY DESCRIPTION -------
TOWNSHIP 18 SOUTH, RANGE 18 EAST:
SECTION 62--ALL FRACTIONAL--9.80 ACRES
SECTION 63--N/2 OF NW/4; SE/4 OF NW/4;
NE/4 OF SW/4; E/2--297.32 ACRES
SECTION 64--ALL--232.76 ACRES
SECTION 65--ALL--639.36 ACRES
SECTION 67--ALL EXCEPT NE/4 OF NE/4---
SECTION 68--NE/4; SW/4 OF SW/4; NW/4 OF
SE/4--299.60 ACRES
SECTION 69--NE/4 OF NE/4--40.00 ACRES
SECTION 70--N/4 OF SE/4; S/2 OF SW/4;
---SEE TAX OFFICE FOR MORE DESCRIPTIONS---

NAME: APACHE LOUISIANA MINERALS, INC.

PAY ONLINE AT: www.tpso.net

If applicable, consult mortgage company before paying.

MARSHLAND      5625D
14776 ACRES

TAXABLE ASSESSED VALUE:        56,250

CONSOLIDATED MILLAGE    67.49M    3,796.31
SPECIAL DIST. MILLAGE   30.35M    1,707.25

TOTAL TAXES DUE FOR 2010--->      5,503.51

PHYSICAL LOCATION:
NOT ON FILE

WARD: R-07      ACCOUNT NBR: 34073-0100    NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:        5,503.51
PAY THIS AMOUNT BY DECEMBER 31, 2010

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230   THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Monday, February 4, 2013 | 66.0ºF | Partly Cloudy

Home | Contact Us | Directory | Links | Log In | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday.

Phone: (985) 876-6620

8026 Main Street, Suite 501
Houma, LA 70360

Assessor Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.
Select a year

Account #: 34073
Year: 2010

Property Type   REAL PROPERTY
Ward/City   07
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   56,250
Homestead Assessed Value   0
Parish Tax   $5,503.51
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due   $5,503.51
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

TOWNSHIP 18 SOUTH, RANGE 18 EAST:
SECTION 62-ALL FRACTIONAL--9.80 ACRES
SECTION 63-N/2 OF NW/4; SE/4 OF NW/4;
NE/4 OF SW/4; E/2--297.32 ACRES
SECTION 64-ALL--232.76 ACRES
SECTION 65-ALL--639.36 ACRES
SECTION 67-ALL, EXCEPT NE/4 OF NE/4--
584.04 ACRES
SECTION 68-NE/4; SW/4 OF SW/4; NW/4 OF
SE/4--239.84 ACRES
SECTION 69-NE/4 OF NE/4--40.00 ACRES
SECTION 70-NE/4 OF SE/4; S/2 OF SW/4;
S/2 OF SE/4--200.00 ACRES
SECTION 71-ALL--640.00 ACRES
SECTION 72-ALL--754.08 ACRES
SECTION 73-S/2; SE/4 OF NW/4; E/2 OF
SW/4; SW/4 OF SW/4--586.61 ACRES
SECTION 74-SE/4 OF NE/4; NW/4- W/2 OF
SW/4; E/2 OF SE/4; SW/4 OF SE/4--400.00
SECTION 75-S/2 OF NW/4; SW/4; W/2 OF
SE/4--320.00 ACRES
SECTION 78-SE/4 OF NE/4; SW/4 OF SE/4;
E/2 OF SE/4; EXCEPT THOSE PORTIONS
AWARDED JEAN BAPTISTE LEBLANC BY
COMPROMISE AGREEMENT DATED MARCH 22,
1943, AND RECORDED IN CONVEYANCE BOOK
145, FOLIO 5, TERREBONNE PARISH, LA--
83.00 ACRES
SECTION 80-ALL, EXCEPT NE/4 OF SE/4, AND
EXCEPT THOSE PORTIONS AWARDED JEAN
BAPTISTE LEBLANC BY COMPROMISE AGREEMENT
DATED MARCH 22, 1943, AND RECORDED IN
CONVEYANCE BOOK 145, FOLIO 5, TERREBONNE
PARISH, LA--530.00 ACRES
SECTION 81-ALL, EXCEPT NE/4 OF SE/4--
632.64 ACRES

Terrebonne Parish Consolidated Government

TOTAL ACRES----6,169.45
TOWNSHIP 19 SOUTH, RANGE 18 EAST°
SECTION 65-ALL FRACTIONAL-385.88 ACRES
SECTION 66-ALL-640.12 ACRES
SECTION 67-ALL-641.24 ACRES
SECTION 68-ALL-556.88 ACRES
SECTION 69-ALL FRACTIONAL-312.08 ACRES
SECTION 70-ALL-636.12 ACRES
SECTION 71-ALL-639.44 ACRES
SECTION 72-ALL FRACTIONAL-57.72 ACRES
SECTION 73-ALL FRACTIONAL-.76 ACRES
SECTION 74-ALL FRACTIONAL-532.40 ACRES
SECTION 75-ALL FRACTIONAL-117.76 ACRES
TOTAL ACRES----4,721.40
TOWNSHIP 19 SOUTH, RANGE 18 EAST°
SECTION 81-LOTS 4 AND 5, AS PER OFFICIAL TOWNSHIP PLAT DATED NOVEMBER 4, 1856--89.12 ACRES
SECTION 81-AN UNDIVIDED 1/2 INTEREST IN LOT 6, CONTAINING 36.43 ACRES, AS PER OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23, 1951--18.22 ACRES
SECTION 83-ALL, AS PER OFFICIAL TOWNSHIP PLAT DATED NOVEMBER 4, 1856.--404.80 ACRES
SECTION 83-AN UNDIVIDED 1/2 INTEREST IN LOT 10, CONTAINING 65.17 ACRES, AS PER OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23, 1951--32.58 ACRES
SECTION 84-ALL, AS PER OFFICIAL TOWNSHIP PLAT DATED NOVEMBER 4, 1856--451.92 ACRE
SECTION 84-AN UNDIVIDED 1/2 INTEREST IN LOTS 10 AND 11, CONTAINING 153.02 ACRES, AS PER OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23, 1951--76.51 ACRES
SECTION 88-AN UNDIVIDED 1/2 INTEREST IN ALL OF SECTION 98, CONTAINING 257.98 ACRES, AS PER OFFICIAL TOWNSHIP PLAT OCTOBER 23, 1951--133.99 ACRES
SECTION 99-AN UNDIVIDED 1/2 INTEREST IN ALL OF SECTION 99, CONTAINING 254.05 ACRES, AS PER OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23, 1951--127.02 ACRES
TOTAL ACRES----1,314.16
TOWNSHIP 19 SOUTH, RANGE 19 EAST°
SECTION 15-ALL WEST OF BAYOU TERREBONNE 149.00 ACRES
SECTION 33-LOTS 5, 6, 10, 11, 12 & 13 --177.94 ACRES
TOTAL ACRES----326.94 ACRES
TOWNSHIP 20 SOUTH, RANGE 18 EAST°
SECTION 108-ALL-517.36 ACRES
SECTION 109-ALL-640.00 ACRES
SECTION 110-ALL-640.00 ACRES
SECTION 111-ALL-612.84 ACRES
SECTION 111-ALL-96.72 ACRES
SECTION 112-LOTS 3 AND 4; E/2 OF SW/4; NW/4 OF SW/4; NW/4--336.59 ACRES
SECTION 113-E/4 OF NW/4--40.10 ACRES
TOTAL ACRES--2,243.61 ACRES
TOTAL ACRES (WARD 7)--14,775.56 ACRES
CB 18/09755.

Privacy Statement   P.O. Box 2768   Houma, Louisiana 70360   (985) 868-5050   26102

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-09
ACCOUNT NBR: 38189-0100
NAME: APACHE LOUISIANA MINERALS, INC.

TOTAL TAX DUE FOR 2010
PAY THIS AMOUNT BY: DECEMBER 31, 2010

APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT



------ PROPERTY DESCRIPTION ------
TERREBONNE PARISH LA. - WARD 9
IN T18S - R16E.
ALL OF SECTION 23 CONTAINING 640.00 AC
ALL OF SECTION 24 CONTAINING 640.00 AC
TOTAL ACREAGE: 1,280.00

MARSHLAND          6400
   1280 ACRES

TAXABLE ASSESSED VALUE:        6,400

CONSOLIDATED MILLAGE    67.49M      431.94
SPECIAL DIST. MILLAGE   32.00M      204.80

TOTAL TAXES DUE FOR 2010:           636.74

PHYSICAL LOCATION:
NOT ON FILE

WARD: R-09     ACCOUNT NBR: 38189-0100     NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:          636.74
PAY THIS AMOUNT BY: DECEMBER 31, 2010     PAY ONLINE AT: www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6520
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230   THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

8026 Main Street, Suite 501
Houma, LA 70360

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

Tax Roll
APACHE LOUISIANA MINERALS, INC.

Account #: 38189
Year: 2010

Select a year

Property Type  REAL PROPERTY.
Ward/City  09
Owner/Address  APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value  6,400
Homestead Assessed Value  0
Parish Tax  $636.74
City Tax  $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $636.74
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

TERREBONNE PARISH LA. - WARD 9
IN T18S - R16E.
ALL OF SECTION 23 CONTAINING 640.00 AC
ALL OF SECTION 24 CONTAINING 640.00 AC
TOTAL ACREAGE: 1,280.00
C3 16087755.

Français          Detach          Italiano          GGG          Português          Español          Tiếng Việt
GGG

Privacy Statement     P.O. Box 2768     Houma, Louisiana 70360     (985) 868-5050     26103

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-10
ACCOUNT NBR: 52232-0100
NAME: APACHE LOUISIANA MINERALS, INC.

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

---

MARSHLAND        320210
70585 ACRES

TAXABLE ASSESSED VALUE:                320,210

CONSOLIDATED MILLAGE         67.49M      21,610.97
SPECIAL DIST. MILLAGE        41.75M      13,368.76

TOTAL TAXES DUE FOR 2010.              34,979.73

PHYSICAL LOCATION:
NOT ON FILE

------ PROPERTY DESCRIPTION ------
T18S R16E-TERREBONNE PARISH
ALL SECTION 25 CONTAINING 640.00 ACRES
SECTION 26 - N/2; N/2 OF S/2; SW/4 OF
SW/4; E/2 OF SE/4 OF SE/4; NW/4 OF
SE/4 OF SE/4 CONTAINING 550.00 ACRES
SECTION 35- W/2 OF E/2; E/2 OF SE/4;
SE/4 OF NE/4; SE/4 OF SW/4; E/2 OF NE/4
OF SW/4; E/2 OF SE/4 OF NW/4
CONTAINING 500.00 ACRES
SECTION 36- SE/4 OF NE/4; SE/4; S/2 OF
SW/4; W/2 OF NW/4 OF SW/4; SE/4 OF NW/4
OF SW/4 CONTAINING 310.00 ACRES
-SEE TAX OFFICE FOR MORE DESCRIPTIONS-

WARD: R-10       ACCOUNT NBR: 52232-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:     34,979.73
PAY THIS AMOUNT BY DECEMBER 31, 2010.
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230 ' THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Page 1 of 3

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

8026 Main Street, Suite 501
Houma, LA 70360

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.

Select a year -

Account #: 52232
Year: 2010

Property Type   REAL PROPERTY
Ward/City   10
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   320,210
Homestead Assessed Value   0
Parish Tax   $34,979.73
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due   $34,979.73
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

T18S R16E-TERREBONNE PARISH
ALL SECTION 26 CONTAINING 640.00 ACRES
SECTION 26 - N/2; N/2 OF S/2; SW/4 OF
SW/4; E/2 OF SE/4 OF SE/4; NW/4 OF
SE/4 OF SE/4 CONTAINING 550.00 ACRES
SECTION 35- W/2 OF E/2, E/2 OF SE/4,
OF OF NE/4, SE/4 OF SW/4, E/2 OF NE/4
OF SW/4; E/2 OF SE/4 OF NW/4
CONTAINING 360.00 ACRES
SECTION 36 - SE/4 OF NE/4; SE/4; S/2 OF
SW/4; W/2 OF NW/4 OF SW/4; SE/4 OF NW/4,
OF SW/4 CONTAINING 310.00 ACRES
T19S R13E;
ALL SECTION 1 CONTAINING 640.00 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
ALL SECTION 3 CONTAINING 640.00 ACRES
ALL SECTION 4 CONTAINING 640.00 ACRES
ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 9 CONTAINING 640.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 640.00 ACRES
ALL SECTION 13 CONTAINING 640.00 ACRES
ALL SECTION 14 CONTAINING 640.00 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
ALL SECTION 21 CONTAINING 640.00 ACRES
ALL SECTION 22 CONTAINING 640.00 ACRES
ALL SECTION 23 CONTAINING 640.00 ACRES
ALL SECTION 24 CONTAINING 640.00 ACRES

Terrebonne Parish Consolidated Government

ALL SECTION 25 CONTAINING 640.00 ACRES
ALL SECTION 26 CONTAINING 640.00 ACRES
ALL SECTION 27 CONTAINING 640.00 ACRES
ALL SECTION 28 CONTAINING 640.00 ACRES
ALL SECTION 29 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 586.57 ACRES
ALL SECTION 32 CONTAINING 640.00 ACRES
ALL SECTION 33 CONTAINING 640.00 ACRES
ALL SECTION 34 CONTAINING 640.00 ACRES
ALL SECTION 35 CONTAINING 640.00 ACRES
ALL SECTION 36 CONTAINING 640.00 ACRES
T19S R14E:
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 640.00 ACRES
T19S R15E:
ALL SECTION 1 CONTAINING 640.00 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
ALL SECTION 3 EXCEPT 40 ACRE TRACT
SURROUNDING BILLIOT'S SHELL ISLAND
SUBJECT TO BOUNDARY AGREEMENT WITH
BILLIOT'S SHELL ISLAND, INC., DATED
NOVEMBER 16, 1983 RECORDED IN CB 364
ENTRY 254172, TERREBONNE PARISH, LA.
CONTAINING 600.00 ACRES
ALL SECTION 4 CONTAINING 640.00 ACRES
ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 9 CONTAINING 640.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 23.00 ACRES
ALL SECTION 13 EXCEPT NW1/4 OF NW4
SUBJECT TO BOUNDARY AGREEMENT WITH
ARTHUR LINER, ETAL, DATED JULY 18, 1956
AND RECORDED IN CB 231 ENTRY 155936
TERREBONNE PARISH, LA.
CONTAINING 353.48 ACRES
SECTION 14 - NW/4 OF NE/4, N/2 OF NW/4;
S/2 OF SW/4, NE/4 OF SW/4, SE/4;
SUBJECT TO BOUNDARY AGREEMENT WITH
ARTHUR LINER, ETAL, DATED JULY 18, 1956
AND RECORDED IN CB 231 ENTRY 155936
TERREBONNE PARISH, LOUISIANA
CONTAINING 400.00 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
ALL SECTION 21 CONTAINING 640.00 ACRES
ALL SECTION 22 CONTAINING 630.41 ACRES
ALL SECTION 23 CONTAINING 411.34 ACRES
ALL SECTION 24 CONTAINING 633.10 ACRES
ALL SECTION 25 CONTAINING 640.04 ACRES
ALL SECTION 26 CONTAINING 564.62 ACRES
ALL SECTION 27 CONTAINING 617.47 ACRES
ALL SECTION 28 CONTAINING 640.00 ACRES
ALL SECTION 29 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 573.37 ACRES
ALL SECTION 32 CONTAINING 563.77 ACRES
SECTION 33 - ALL NORTH OF BAYOU DECADE
CONTAINING 489.44 ACRES
SECTION 34 - ALL NORTH OF BAYOU DECADE
CONTAINING 249.75 ACRES
ALL SECTION 35 - EXCEPT SW/4 OF SW/4
CONTAINING 590.50 ACRES
ALL SECTION 36 CONTAINING 640.24 ACRES
T19S R16E:
ALL SECTION 1 CONTAINING 640.80 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
SECTION 3 - SE/4 OF NW/4, SW/4 OF NW/4;
S/2 OF SW/4, S/2 OF NE/4 OF SW/4, SE/4;
CONTAINING 340.00 ACRES
SECTION 4 - N/2, N/2 OF SW/4, SW/4 OF
SW/4, N/2 OF SE/4 OF SW/4, W/2 OF
NW/4 OF SE/4, S/2 OF SE/4 OF SE/4
CONTAINING 500.00 ACRES

Terrebonne Parish Consolidated Government

Page 3 of 3

ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
SECTION 8 - W/2; N/2 OF NE/4; S/2 OF
SE/4 CONTAINING 480.00 ACRES
SECTION 9 - S/2; NE/4; SE/4 OF NW/4;
SE/2 OF SW/4 OF NW/4; E/2 OF NE/4 OF
NW/4; NW/2 OF NW/4 OF NW/4
CONTAINING 580.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 641.00 ACRES
SECTION 13 (N/2) CONTAINING 320.40 ACRES
ALL SECTION 14 CONTAINING 639.80 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 639.50 ACRES
ALL SECTION 20 CONTAINING 640.56 ACRES
ALL SECTION 21 CONTAINING 639.20 ACRES
SECTION 22 - ALL EXCEPT SE/4 OF SE/4
CONTAINING 600.16 ACRES
SECTION 23 - N/2 OF NE/4; NW/4
CONTAINING 239.70 ACRES
SECTION 26 - NE/4 OF NW/4; SW/4 OF NW/4
AND A CERTAIN TRACT OF LAND FRONTING
672' MORE OR LESS ON THE RIGHT
DESCENDING BANK OF BAYOU DULARGE
BY FULL DEPTH THEREUNTO BELONGING,
BOUNDED ABOVE OR NORTH BY PROPERTY OF
WALTON CHAMPAGNE NOW OR FORMERLY AND
PROPERTY OF LATERRE CO., INC. BOUNDED
BELOW OR SOUTH BY PROPERTY OF THE
HEIRS OF CLAUDE JOSEPH CHAUVIN NOW OR
FORMERLY, BOUNDED EAST BY BAYOU DULARGE
AND BOUNDED WEST BY PROPERTY OF LATERRE
CO., INC. CONTAINING 108.00 ACRES
SECTION 27 - NW/4 OF NW/4; NW/4; SE/4 OF
SW/4; SW/4 OF SE/4; E/2 OF SE/4
CONTAINING 360.15 ACRES
SECTION 28 - N/2; N/2 OF S/2; SW/4 OF
SW/4 CONTAINING 519.35 ACRES
ALL SECTION 29 CONTAINING 641.48 ACRES
ALL SECTION 30 CONTAINING 639.60 ACRES
ALL SECTION 31 CONTAINING 638.40 ACRES
ALL SECTION 32 CONTAINING 636.92 ACRES
SECTION 33 - ALL EXCEPT N/2 OF NW/4
CONTAINING 558.50 ACRES
SECTION 34 - N/2; SW/4; NW/4 OF SE/4
CONTAINING 517.21 ACRES
T20SR16E
ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
ALL SECTION 29 CONTAINING 640.00 ACRES
CB 1808/755.

# PROPERTY TAX NOTICE

**WARD:** R-10
**ACCOUNT NBR:** 40384-0100
**NAME:** APACHE LOUISIANA MINERALS, INC.

TOTAL TAX DUE FOR 2010
PAY THIS AMOUNT BY: DECEMBER 31, 2010

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

APACHE LOUISIANA MINERALS, INC.   48528
% STANCIL & CO.                      128
P.O. BOX 149                           1
RICHMOND, TX  77406

---------- PROPERTY DESCRIPTION ----------

T17S R17E:

A CERTAIN TRACT OF LAND SITUATED IN
T17S R17E TERREBONNE PARISH, LA.
AND MORE PARTICULARLY DESCRIBED AS
FOLLOWS: BEGINNING AT AN OLD IRON VISE
SHAFT MARKING THE SE CORNER OF THE
PROPERTY HEREIN DESCRIBED, WHICH CORNER
IS NORTH 6,613.49 FEET AND WEST
3,485.93' FROM THE FIRST MILE POST
WEST ON THE SOUTH LINE OF T17S R17E;
THENCE SOUTH 79 DEG 30 MIN 11 SEC WEST,
1,963.86; TO A 1/2 INCH IRON PIPE
--SEE TAX OFFICE FOR MORE DESCRIPTIONS--

| | | | |
|---|---|---|---|
| MISC. LAND  75000  WOODLAND    142 ACRES | 1420 | | |
| MISC.       30 ACRES          159950 | | | |
| MISC.                          235,970 | | | |
| TAXABLE ASSESSED VALUE: | | | |
| CONSOLIDATED MILLAGE    67.49M  15,925.09 | | | |
| SPECIAL DIST. MILLAGE   41.75M   9,851.75 | | | |
| TOTAL TAXES DUE FOR 2010        25,771.39 | | | |

PHYSICAL LOCATION:
1913 LA TERRE CT

**WARD:** R-10    **ACCOUNT NBR:** 40384-0100    **NAME:** APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010: 25,771.37
PAY THIS AMOUNT BY: DECEMBER 31, 2010    PAY ONLINE AT www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government



Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm – Monday thru Friday

8026 Main Street, Suite 591
Houma, LA 70360

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Departments & Agencies
Select a Department

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Account #: 40384**
**Year: 2010**

### Tax Roll
APACHE LOUISIANA MINERALS, INC.

Select a year

Property Type  REAL PROPERTY
Ward/City  10
Owner/Address  APACHE LOUISIANA MINERALS, INC.
% STANCIL & CO.
P.O. BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value  235,970
Homestead Assessed Value  0
Parish Tax  $25,777.37
City Tax  $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $25,777.37
Sheriff Tax Payment Paid

| Additional Owners | Abstract | Millages | Property Description |

T17S R17E:
A CERTAIN TRACT OF LAND SITUATED IN
T17S R17E TERREBONNE PARISH, LA.
AND MORE PARTICULARLY DESCRIBED AS
FOLLOWS; BEGINNING AT AN OLD IRON VISE
SHAFT MARKING THE SE CORNER OF THE
PROPERTY HEREIN DESCRIBED, WHICH CORNER
IS NORTH 6,813.49 FEET AND WEST
3,185.33' FROM THE FIRST MILE POST
WEST ON THE SOUTH LINE OF T17S R17E-
THENCE SOUTH 73 DEG 30 MIN 11 SEC WEST,
1,963.86' TO A 1 1/2 INCH IRON PIPE
MARKING THE SW CORNER OF THE PROPERTY
HEREIN DESCRIBED; THENCE NORTH 18 DEG
25 MIN 50 SEC WEST 1,977.95' TO A 4 INCH
CONCRETE POST MARKING THE NW CORNER OF
THE PROPERTY HEREIN DESCRIBED; THENCE
NORTH 73 DEG 28 MIN 58 SEC EAST,
2,015.40' TO A POINT ON THE EAST
BANK OF BAYOU LACARPE AND THE NE CORNER
OF THE PROPERTY HEREIN DESCRIBED;
THENCE ALONG THE EAST BANK OF BAYOU
LACARPE, SOUTH 9 DEG 33 MIN 59 SEC EAST,
216.23'; SOUTH 6 DEG 11 MIN 03 SEC EAST,
200.35' SOUTH 12 DEG 00 MIN 12 SEC EAST,
202.60' SOUTH 27 DEG 12 MIN 37 SEC EAST,
151.34' SOUTH 21 DEG 00 MIN 03 SEC EAST,
236.81 FEET; SOUTH 25 DEG 53 MIN
04 SEC EAST 204.72 FEET; SOUTH 29 DEG
17 MIN 22 SEC EAST, 210.19'; SOUTH
30 DEG 05 MIN 04 SEC EAST, 199.84';
THENCE ACROSS BAYOU LACARPE, SOUTH 5 DEG
27 MIN 24 SEC EAST, 422.46' TO THE OLD
IRON VISE SHAFT MARKING THE SE CORNER OF
THE PROPERTY HEREIN DESCRIBED AND THE
POINT OF BEGINNING;

Terrebonne Parish Consolidated Government

SAID TRACT CONTAINING 89.896 ACRES ACCORDING TO THE PLAT OF SURVEY BY T. BAKER SMITH C.E., DATED APRIL 17, 1954 AND ATTACHED TO A DEED RECORDED IN CB 208 UNDER ENTRY 131350 TERREBONNE PARISH, LOUISIANA.

LESS & EXCEPT THAT PORTION CONTAINING 6.667 ACRES CONVEYED TO THE SOUTHCOAST CORP. BY AGREEMENT DATED JULY 22, 1967 AND RECORDED JULY 27, 1967 IN CB 442 ENTRY #325370 TERREBONNE PARISH, LA. AND SET FORTH ON THE PLAT PREPARED BY JOHN W WOODARD C.E. RECORDED WITH SAID AGREEMENT, CONTAINING 83.23 ACRES T/7S R17E;

A CERTAIN TRACT OF LAND IN SECTIONS 11, 2, & 47 T7S R17E TERREBONNE PARISH AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT AN OLD IRON VISE SHAFT SET FORTH ON THE PLAT OF SURVEY BY T. BAKER SMITH, C.E. DATED APRIL 17, 1954 AND ATTACHED TO A DEED RECORDED IN CB 208 UNDER ENTRY 131350 TERREBONNE PARISH, LA.; THENCE SOUTH 72 DEG 24 MIN 10 SEC WEST (SOUTH 73 DEG 30 MIN 11 SEC WEST) (BEARING ON THE AFORESAID PLAT OF SURVEY BY T. BAKER SMITH, C.E.) 1,594.58 FEET TO A POINT; THENCE SOUTH 27 DEG 54 MIN 12 SEC EAST, 1,761.98' TO A POINT, THENCE ALONG A CURVE TO THE RIGHT 1,287.17' TO A POINT, SAID CURVE HAVING A RADIUS OF 11,376.66' AND A DELTA ANGLE OF 27 DEG 01 MIN 09 SEC; THENCE NORTH 22 DEG 14 MIN 53 SEC EAST, 2,569.51' TO A POINT, THENCE NORTH 13 DEG 38 MIN 19 SEC EAST, 115.59' TO A POINT, THENCE NORTH 100.00' TO A POINT, THENCE NORTH 16 DEG 51 MIN 30 SEC WEST 103.45' TO A POINT; THENCE NORTH 30 DEG 10 MIN 25 SEC WEST 99.48' TO A POINT, THENCE NORTH 44 DEG 11 MIN 35 SEC WEST 100.42' TO A POINT, THENCE NORTH 53 DEG 40 MIN 23 SEC WEST 42.20' TO A POINT, THENCE NORTH 36 DEG 20 MIN 57 SEC EAST 163.99' TO A POINT; THENCE NORTH 88 DEG 50 MIN 00 SEC WEST 208.58' TO A POINT, THENCE NORTH 80 DEG 27 MIN 58 SEC WEST 34.11' TO A POINT; THENCE NORTH 59 DEG 14 MIN 42 SEC WEST, 50.81' TO A POINT, THENCE NORTH 53 DEG 38 MIN 08 SEC WEST 50.16' TO A POINT, THENCE NORTH 55 DEG 53 MIN 59 SEC WEST 50.37' TO A POINT, THENCE NORTH 47 DEG 54 MIN 04 SEC WEST 50.01 FEET TO A POINT, THENCE NORTH 35 DEG 33 MIN 58 SEC WEST 51.42' TO A POINT, THENCE NORTH 54 DEG 45 MIN 24 SEC WEST 50.24' TO A POINT, THENCE NORTH 49 DEG 03 MIN 20 SEC WEST 100.00' TO A POINT, THENCE NORTH 36 DEG 08 MIN 03 SEC WEST 50.04' TO A POINT THENCE NORTH 42 DEG 16 MIN 17 SEC WEST 50.35' TO A POINT, THENCE NORTH 29 DEG 42 MIN 29 SEC WEST 50.24' TO A POINT, THENCE NORTH 26 DEG 20 MIN 14 SEC WEST 50.62' TO A POINT, THENCE NORTH 35 DEG 25 MIN 40 SEC WEST 50.00' TO A POINT, THENCE NORTH 31 DEG 89 MIN 44 SEC WEST 37.86' TO A POINT, THENCE SOUTH 6 DEG 39 MIN 24 SEC EAST (SOUTH 5 DEG 27 MIN 24 SEC EAST) 45.11' TO THE POINT OF BEGINNING. SAID TRACT CONTAINING 91.453 ACRES ACCORDING TO THE PLAT OF SURVEY BY JOHN W. WOODARD C.E. DATED JULY 7, 1967 AND ATTACHED TO AN AGREEMENT RECORDED IN CB 442 UNDER ENTRY 325370 TERREBONNE PARISH, LA. ALL BEARINGS SET FORTH HEREIN ARE BASED ON THE LOUISIANA COORDINATE SYSTEM

Terrebonne Parish Consolidated Government

(SOUTH ZONE), CONTAINING 91.45 ACRES
TOTAL ACREAGE, WARD 10: 70,757.61 LESS
TRACT 1B SOLD TO CENAC TOWING CO., INC.
CB 2044/319. CB 2061/674.

Tiếng Việt   Español   Português   日本語   한국어   Italiano   Deutsch   Français   中文

Privacy Statement

P.O. Box 2768      Houma, Louisiana 70360      (985) 868-5050      26104

© 2013 Terrebonne Parish Consolidated Government

http://www.tpcg.org/view.php?f=assessor&p=taxroll_list_single&acctnumb=40384&taxyea...   2/4/2013