# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-03
ACCOUNT NBR: 13882-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011        4,636.44
PAY THIS AMOUNT BY: DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC. 4807D
% STANCIL & CO.                    133
P.O. BOX 149                         1
RICHMOND, TX  77406

---------- PROPERTY DESCRIPTION ----------
IN T17S R17E:
THAT PORTION OF GROUND TOGETHER WITH ALL
THE BUILDINGS AND IMPROVEMENTS THEREON
AND ALL OF THE RIGHTS, WAYS, PRIVILEGES,
PRESCRIPTIONS, SERVITUDES, APPURTENANCES
AND ADVANTAGES THEREUNTO BELONGING OR
IN ANYWISE APPERTAINING, SITUATED IN
SECTION 104 T17S R17E, TERREBONNE PARISH,
LA., BEING A PORTION OF LOTS 55, 56, 57
& 58 CRESCENT PLANTATION SUBD. AS
SURVEYED BY J.C. WAITTES, C.E., JULY OF
1923, THE PLAN OF WHICH IS FILED IN THE
---SEE TAX OFFICE FOR MORE DESCRIPTIONS---

| | |
|---|---|
| MISC. LAND        54000 | |
| 18 ACRES | |
| TAXABLE ASSESSED VALUE: | 54,000 |
| CONSOLIDATED MILLAGE | 68.35M      3,690.90 |
| SPECIAL DIST. MILLAGE | 17.51M        945.54 |
| TOTAL TAXES DUE FOR 2011 | 4,636.44 |
| PHYSICAL LOCATION: | |
| NOT ON FILE | |

WARD: R-03        ACCOUNT NBR: 13882-0100        NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011        4,636.44
PAY THIS AMOUNT BY: DECEMBER 31, 2011        PAY ONLINE AT: www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Page 1 of 2

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

8026 Main Street, Suite 501
Houma, LA 70360

Phone: (985) 876-6620

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

Departments & Agencies
Select a Department

Assessor
  Tax Roll
  Secure Access Instructions
  Secure Access Online
  Inquiry

---

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.

Select a year

Account #: 13882
Year: 2011

Property Type REAL PROPERTY
Ward/City 03
Owner/Address APACHE LOUISIANA MINERALS, INC.
% STANCIL & CO.
P.O. BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value 54,000
Homestead Assessed Value 0
Parish Tax $4,636.44
City Tax $0.00

Taxes Covered By Homestead ($0.00)
Taxpayer Amount Due $4,636.44
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

IN T17S R17E:
THAT PORTION OF GROUND TOGETHER WITH ALL
THE BUILDINGS AND IMPROVEMENTS THEREON
AND ALL OF THE RIGHTS, WAYS, PRIVILEGES,
PRESCRIPTIONS, SERVITUDES, APPURTENANCES
AND ADVANTAGES THEREUNTO BELONGING OR
IN ANYWISE APPERTAINING, SITUATED IN
SECTION 104 T17S R17E TERREBONNE PARISH,
LA, BEING A PORTION OF LOTS 55, 56, 57
& 58 CRESCENT PLANTATION SUBD, AS
SURVEYED BY J.C. WAITES, C.E., JULY OF
1923, THE PLAN OF WHICH IS FILED IN THE
CONVEYANCE RECORDS OF TERREBONNE PARISH
LA. IN MAP VOLUME 13 PAGE 10 AND
DESCRIBED AS FOLLOWS; COMMENCING AT AN
OLD 3/4 INCH IRON PIPE MARKING THE
ORIGINAL SOUTHWEST CORNER OF THE
AFORESAID LOT 58 & DESIGNATED ON THE
PLAT OF SURVEY BY JOHN VV WOODARD, C.E.
DATED 6-12-69) HEREINAFTER CALLED "SAID
PLAT") BY THE LETTER "X" THENCE NORTH
72 DEGREES 20 MINUTES 16 SECONDS EAST
(GRID) 702.09 ALONG THE SOUTH LINE OF
SAID LOT 58 TO A POINT WHICH BEARS
SOUTH 24 DEGREES 22 MINUTES 09 SECONDS
EAST (GRID) 12,275.75 FROM U.S.C. &
G.S. TRIANGULATION STATION "HOUMA 1934"
AND SAID POINT BEING THE POINT OF
BEGINNING PROPER DESIGNATED BY THE
LETTER "A" ON SAID PLAT, THENCE NORTH 27
DEGREES 55 MINUTES 00 SECONDS WEST
(GRID) ALONG THE CENTERLINE OF THE
SERVITUDE FOR THE HOUMA NAVIGATION CANAL
GRANTED BY JUNIETTA THERIOT PORCHE, ETAL
TO THE TERREBONNE PARISH POLICE JURY
DATED 12/8/58 AND RECORDED IN THE

CONVEYANCE RECORDS OF TERREBONNE PARISH IN CB 27/319/#18533A A DISTANCE OF 685.98' TO A POINT DESIGNATED BY THE LETTER "B" ON SAID PLAT, THENCE NORTH 62 DEGREES 03 MINUTES 28 SECONDS EAST (GRID) ALONG THE CENTERLINE OF THE RIGHT OF WAY GRANTED BY AGNES B. BOUNDREAUX, ET AL TO THE LA. DEPT. OF HWYS. DATED 11/9/60 AND RECORDED IN THE CONVEYANCE RECORDS OF TERREBONNE PARISH IN CONVEYANCE BOOK 310/455 ENTRY #211559, A DISTANCE OF 219.09' TO A POINT OF CURVATURE DESIGNATED BY THE LETTER "C" ON SAID PLAT, THENCE ALONG A CURVE TO THE LEFT FOLLOWING THE CENTERLINE OF THE AFORESAID RIGHT OF WAY, A DISTANCE OF 534.52' TO A POINT DESIGNATED BY THE LETTER "D" ON THE ATTACHED PLAT. SAID CURVE HAVING A RADIUS OF 636.62' AND A DELTA ANGLE OF 63 DEGREES 47 MINUTES 00 SECONDS, THENCE NORTH 80 DEGREES 02 MINUTES 01 SECONDS EAST (GRID) ALONG THE CENTERLINE OF A DITCH MARKING THE LINE BETWEEN LOTS 54 & 55 OF THE AFORESAID CRESCENT PLANTATION SUBD., A DISTANCE OF 472.47' TO A POINT DESIGNATED BY THE LETTER "E" ON THE SAID PLAT, THENCE SOUTH 11 DEGREES 47 MINUTES 39 SECONDS EAST (GRID) ALONG THE BOUNDARY BETWEEN THE PUBLIC ROAD DEDICATION AND THE EAST END OF LOTS 55, 56, 57 & 58 OF THE AFORESAID CRESCENT PLANTATION SUBD., A DISTANCE OF 948.84' TO A POINT DESIGNATED BY THE LETTER "F" ON SAID PLAT, THENCE SOUTH 72 DEGREES 20 MINUTES 16 SECONDS WEST (GRID) ALONG THE LINE BETWEEN LOT 58 OF THE AFORESAID CRESCENT PLANTATION SUBD. AND THE PROPERTY OF LA-TERRE CO., INC., A DISTANCE OF 892.96' TO THE POINT OF BEGINNING PROPER DESIGNATED BY THE LETTER "A" ON SAID PLAT, ALL AS MORE FULLY SHOWN ON THE MAP ENTITLED "MAP SHOWING SURVEY OF A CERTAIN TRACT OF LAND IN SECTION 104 T17S R17E TERREBONNE PARISH, LA. BEING A PORTION OF LOTS 55, 56, 57 & 58 CRESCENT PLANTATION SUBD. BY JOHN W. WOODARD, C.E. DATED 6/12/89. ALL COORDINATES AND ALL BEARINGS SET FORTH HEREIN BEING IN ACCORDANCE WITH LOUISIANA PLANE COORDINATE SYSTEM (SOUTH ZONE) CONTAINING 19.94 ACRES LESS 2.322 ACRES SOLD TO KEITH ALEXANDER ETALS CB 751/36. CB 2061/674.

Privacy Statement      P.O. Box 2768      Houma, Louisiana 70360      (985) 868-5050      265109

© 2013 Terrebonne Parish Consolidated Government

Français   Deutsch   Italiano   Português   Español   Tiếng Việt

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-04
ACCOUNT NBR:  27244-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011              1,259.47
PAY THIS AMOUNT BY: DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC.   49898
C/O STANCIL & CO.                     133
PO BOX 149                              1
RICHMOND, TX  77406

---

MARSHLAND       13220
   2644 ACRES

TAXABLE ASSESSED VALUE:        13,220

CONSOLIDATED MILLAGE       68.35M       903.59
SPECIAL DIST. MILLAGE      26.92M       355.88

TOTAL TAXES DUE FOR 2011            1,259.47

PHYSICAL LOCATION:
NOT ON FILE

If applicable, consult mortgage company before paying.

------- PROPERTY DESCRIPTION -------
IN T19S R17E;
ALL SECTION 14 CONTAINING 108.92 ACRES
ALL SECTION 15 CONTAINING 86.76 ACRES
SECTION 82, ALL FRACTIONAL AS PER
OFFICIAL TOWNSHIP PLAT DATED NOV. 4,
1856 CONTAINING 121.24 ACRES
SECTION 82, AN UNDIVIDED 1/2 INTEREST IN
ALL THAT PORTION OF SECTION 82, AS SHOWN
UPON THE OFFICIAL TOWNSHIP PLAT OF SAID
TOWNSHIP APPROVED ON JUNE 4, 1832 BASED
UPON THE SURVEY BY JOHN MAXWELL, DEPUTY
U.S. SURVEYOR, DURING THE YEARS 1830 AND
-SEE TAX OFFICE FOR MORE DESCRIPTIONS-

WARD: R-04         ACCOUNT NBR: 27244-0100     NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011              1,259.47        PAY ONLINE AT: www.tpso.net
PAY THIS AMOUNT BY: DECEMBER 31, 2011

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Page 1 of 2

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

RESIDENTS    BUSINESSES    VISITORS    GOVERNMENT    ONLINE SERVICES    EMPLOYMENT

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

8026 Main Street, Suite 501
Houma, LA 70360

Departments & Agencies
Select a Department

Assessor:
Assessor Loney J. Grabert
Email: grabert11@bellsouth.net

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Tax Roll
APACHE LOUISIANA MINERALS, INC.
Select a year

Account #: 27244
Year: 2011

Property Type   REAL PROPERTY
Ward/City   04
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   13,220
Homestead Assessed Value   0
Parish Tax   $1,259.47
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due   $1,259.47
Sheriff Tax Payment Paid

Additional Owners | Millages | Abstract | **Property Description**



IN T19S R17E:
ALL SECTION 14 CONTAINING 108.92 ACRES
ALL SECTION 15 CONTAINING 86.76 ACRES
SECTION 82, ALL FRACTIONAL AS PER
OFFICIAL TOWNSHIP PLAT DATED NOV. 4,
1856 CONTAINING 121.24 ACRES
SECTION 82, AN UNDIVIDED 1/2 INTEREST IN
ALL THAT PORTION OF SECTION 82, AS SHOWN
UPON THE OFFICIAL TOWNSHIP PLAT OF SAID
TOWNSHIP APPROVED ON JUNE 4, 1832 BASED
UPON THE SURVEY BY JOHN MAXWELL, DEPUTY
U.S. SURVEYOR, DURING THE YEARS 1830 AND
1831, WHICH WAS NOT INCLUDED WITHIN THE
AREA DESIGNATED AS SECTION 82 OF SAID
TOWNSHIP AS SHOWN UPON THE OFFICIAL
TOWNSHIP PLAT OF SAID TOWNSHIP APPROVED
NOV. 4, 1856 BASED UPON THE RESURVEY OF
SAID TOWNSHIP BY JOSEPH GORLINSKI,
DEPUTY U.S. SURVEYOR, DURING THE YEAR
1856, SAID PORTION OF SAID SECTION 82
ESTIMATED TO CONTAIN 494.71 ACRES,
CONTAINING 247.35 ACRES
IN T20S R17E:
ALL SECTION 1 CONTAINING 640 ACRES
SECTION 2, E/2 OF SE/4 CONTAINING 80
ACRES
ALL SECTION 12 CONTAINING 640 ACRES
SECTION 13, ALL EXCEPT W/2 OF SW/4
CONTAINING 560 ACRES
SECTION 24, NE/4 CONTAINING 159.90 ACRES
TOTAL ACREAGE (WARD 4) 2,844.17 ACRES
CB 1608755

http://www.tpg.org/view.php?f=assessor&p=taxroll_list_single&acctnumb=27244&taxyea...    2/4/2013

Terrebonne Parish Consolidated Government

Français    ᐁᐁᐁᐁ    Privacy Statement    Deutsch    Italiano    ᐁᐁᐁ    ● 000    C00    Português    Español    Tiếng Việt

P.O. Box 2768    Houma, Louisiana 70360    (985) 868-5050    26110

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-06
ACCOUNT NBR: 31436-0100
NAME: APACHE LOUISIANA MINERALS, INC.

TOTAL TAX DUE FOR 2011          16,162.26
PAY THIS AMOUNT BY DECEMBER 31, 2011

APACHE LOUISIANA MINERALS, INC.         49889
C/O STANCIL & CO.                        133
PO BOX 149
RICHMOND, TX 77406                         1

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT



------ PROPERTY DESCRIPTION ------
TERREBONNE PARISH LA. WARD 6
T19S -R19E:
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 EXCEPT LOT 1 CONTAINING
670.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 31 CONTAINING 640 ACRES.
SECTION 32 INE/4 W1/2 OF SW/4; E/2 OF
SE/4 CONTAINING 320 ACRES.
SECTION 33 LOTS 15 & 16 CONTAINING
18.68 ACRES.
SECTION 15 , ALL EAST OF BAYOU
-SEE TAX OFFICE FOR MORE DESCRIPTIONS-

NAME: APACHE LOUISIANA MINERALS, INC.
PAY ONLINE AT: www.tpso.net

MARSHLAND   160515
          51705 ACRES

TAXABLE ASSESSED VALUE:                 160,515

CONSOLIDATED MILLAGE      68.35M        10,971.20
SPECIAL DIST. MILLAGE     32.34M         5,191.06

TOTAL TAXES DUE FOR 2011                16,162.26

PHYSICAL LOCATION:
136 POINT BARRE RD

WARD: R-06        ACCOUNT NBR: 31436-0100
TOTAL TAX DUE FOR 2011          16,162.26
PAY THIS AMOUNT BY DECEMBER 31, 2011
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5861

Terrebonne Parish Consolidated Government

Page 1 of 3

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

8026 Main Street, Suite 501
Houma, LA 70360

Phone: (985) 876-6620

Assessor: Loney J. Grabert
Email: grabert1@bellsouth.net

Departments & Agencies
Select a Department

**Assessor**
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Account # 31436
Year: 2011

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.
Select a year

Property Type  REAL PROPERTY
Ward/City  08
Owner/Address  APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value  160,515
Homestead Assessed Value  0
Parish Tax  $16,162.26
City Tax  $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $16,162.26
Sheriff Tax Payment Paid

| Additional Owners | Abstract | Millages | Abstract | Property Description |

TERREBONNE PARISH LA . WARD 6
T19S -R19E:
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 EXCEPT LOT 1 CONTAINING
570.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 31 CONTAINING 640 ACRES.
SECTION 32 - NE/4; W/2 OF SW/4; E/2 OF
SE/4 CONTAINING 320 ACRES.
SECTION 33 - LOTS 15 & 16 CONTAINING
18.68 ACRES.
SECTION 15 - ALL EAST OF BAYOU
TERREBONNE, EXCEPT LOT 1, CONTAINING
282.44 ACRES
SECTION 53 - E/2 OF E/2; SW/4 OF NE/4;
SW/4 OF SE/4; W/2 OF W/2 CONTAINING
400 ACRES
ALL SECTION 34 CONTAINING 640 ACRES
ALL SECTION 35 CONTAINING 640 ACRES
SECTION 36 - ALL, EXCEPT SE/4 OF SE/4
CONTAINING 600 ACRES.
SECTION 37- ALL, EXCEPT W/2 OF SW/4
CONTAINING 560 ACRES
SECTION 38 - E/2; E/2 OF NW/4, SW/4 OF
SW/4, EXCEPT PORTION QUITCLAIMED BY
LA-TERRE CO., INC., TO PIERRE CHAISSON,
JOSEPH NAQUIN AND HENRY DARDAR BY THREE
INSTRUMENTS DATED OCT. 24, 1951, AND
RECORDED IN CB 183/430, 428, 427
RESPECTIVELY, TERREBONNE PARISH, LA.
CONTAINING 433.60 ACRES.
ALL SECTION 39 CONTAINING 640 ACRES
ALL SECTION 40 CONTAINING 640 ACRES
ALL SECTION 41 CONTAINING 640 ACRES
ALL SECTION 42 CONTAINING 640 ACRES
ALL SECTION 43 CONTAINING 603.16 ACRES

Terrebonne Parish Consolidated Government

SECTION 44 - ALL, EXCEPT LOT 8 CONTAINING 485.64 ACRES
ALL SECTION 45 CONTAINING 508.48 ACRES
ALL SECTION 46 CONTAINING 508.48 ACRES
ALL SECTION 47 CONTAINING 508.48 ACRES
ALL SECTION 48 CONTAINING 508.48 ACRES
SECTION 49 - ALL, EXCEPT NE/4 OF NW/4, AND EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC., TO HELLEN (OR HELLEN) VERDIN DARDAR, ET AL, BY INSTRUMENT DATED JUNE 28, 1949 AND RECORDED IN CB 169/234 TERREBONNE PARISH LA., AND ALSO EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC. TO PIERRE CHAISSON BY INSTRUMENT DATED OCT. 24 1951 AND RECORDED IN CB 183/430, TERREBONNE PARISH, LA. CONTAINING 453.30 ACRES.
SECTION 11-LOT 2 CONTAINING 71.84 ACRES
SECTION 12-LOT 2 CONTAINING 99.76 ACRES
SECTION 13-LOT 2 CONTAINING 39.92 ACRES
T20S - R19E:
ALL SECTION 1 CONTAINING 640 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 1125.76 ACRES
ALL SECTION 7 CONTAINING 1125.76 ACRES
ALL SECTION 8 CONTAINING 640 ACRES
ALL SECTION 9 CONTAINING 640 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
ALL SECTION 12 CONTAINING 640 ACRES
ALL SECTION 13 CONTAINING 640 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
ALL SECTION 17 CONTAINING 640 ACRES
ALL SECTION 18 CONTAINING 1125.76 ACRES
ALL SECTION 19 CONTAINING 1125.76 ACRES
ALL SECTION 20 CONTAINING 640 ACRES
ALL SECTION 21 CONTAINING 640 ACRES
ALL SECTION 22 CONTAINING 640 ACRES
ALL SECTION 23 CONTAINING 640 ACRES
ALL SECTION 24 CONTAINING 345 ACRES.
ALL SECTION 25 CONTAINING 216 ACRES
ALL SECTION 26 CONTAINING 640 ACRES
ALL SECTION 27 CONTAINING 640 ACRES
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 CONTAINING 640 ACRES
ALL SECTION 30 CONTAINING 1125.76 ACRES
ALL SECTION 31 CONTAINING 2054.51 ACRES
ALL SECTION 32 CONTAINING 1,168 ACRES
ALL SECTION 33 CONTAINING 1,168 ACRES
ALL SECTION 34 CONTAINING 1,168 ACRES
ALL SECTION 35 CONTAINING 1,168 ACRES
ALL SECTION 36 CONTAINING 803 ACRES
SECTION 23-R20E
SECTION 24 - W/2 OF SW/4; SE/4 OF SW/4 CONTAINING 124.80 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 640 ACRES
SECTION 7, ALL FRACTIONAL, CONTAINING 382.84 ACRES
SECTION 8, ALL FRACTIONAL, CONTAINING 102.40 ACRES
SECTION 9, ALL FRACTIONAL CONTAINING 444.92 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
SECTION 12, W/2; CONTAINING 332.80 ACRES
SECTION 13 - NW/4 OF SE/4 WEST OF BAYOU CHIEN; E/2 OF SW/4, SW/4 OF SW/4; NW/4 CONTAINING 312.80 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
SECTION 17, ALL FRACTIONAL CONTAINING 5.48 ACRES
SECTION 18, ALL FRACTIONAL CONTAINING 353.76 ACRES
SECTION 19, ALL FRACTIONAL CONTAINING 199.08 ACRES

Terrebonne Parish Consolidated Government



SECTION 20, ALL FRACTIONAL CONTAINING
70.88 ACRES
SECTION 21, ALL FRACTIONAL CONTAINING
383.64 ACRES
ALL SECTION 22 CONTAINING 589.08 ACRES
ALL SECTION 23 CONTAINING 640 ACRES
SECTION 24 - W/2 OF NW/4; S/2 WEST OF
BAYOU CHIEN CONTAINING 269.60 ACRES
SECTION 25 - ALL WEST OF BAYOU CHIEN
CONTAINING 565.60 ACRES
SECTION 26, ALL FRACTIONAL CONTAINING
395.28 ACRES
SECTION 27 ALL FRACTIONAL -
CONTAINING 26.08 ACRES
SECTION 35, ALL EXCEPT E/2 OF NE/4 AND
SE/4 CONTAINING 107.28 ACRES
SECTION 36, NW/4 OF NW/4; W/2 OF SW/4
CONTAINING 124.80 ACRES
TOTAL ACREAGE (WARD 6) - 51,705.10 ACRES
CB 1808/755

Deutsch   Italiano

P.O. Box 2768      Houma, Louisiana 70360      (985) 868-5050      26111

Privacy Statement      © 2013 Terrebonne Parish Consolidated Government

Français      Tiếng Việt      Español      Português      한국어

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

APACHE LOUISIANA MINERALS, INC. 49990
C/O STANCIL & CO.                      133
PO BOX 149                               1
RICHMOND, TX  77406

# PROPERTY TAX NOTICE

WARD: R-07
ACCOUNT NBR:  34073-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011         5,594.08
PAY THIS AMOUNT BY DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

------- PROPERTY DESCRIPTION -------
TOWNSHIP 18 SOUTH, RANGE 18 EAST:
SECTION 62-ALL FRACTIONAL--9.80 ACRES
SECTION 63-N/2 OF NW/4; SE/4 OF NW/4;
NE/4 OF SW/4; E/2--297.32 ACRES
SECTION 64-ALL--232.76 ACRES
SECTION 66-ALL--639.36 ACRES
SECTION 67-ALL, EXCEPT NE/4 OF NE/4--
597.04 ACRES
SECTION 68-NE/4;SW/4 OF SW/4; NW/4 OF
SE/4--239.84 ACRES
SECTION 69-NE/4 OF NE/4--40.00 ACRES
SECTION 70-NE/4;OF SE/4; S/2 OF SW/4;
---SEE TAX OFFICE FOR MORE DESCRIPTIONS---

MARSHLAND      56250
14776 ACRES

TAXABLE ASSESSED VALUE:              56,250

CONSOLIDATED MILLAGE     68.35M    3,844.69
SPECIAL DIST. MILLAGE    31.10M   -1,749.39

TOTAL TAXES DUE FOR 2011           5,594.08

PHYSICAL LOCATION:
AYOU LACACHE WW-MARSH

WARD: R-07        ACCOUNT NBR:  34073-0100     NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011         5,594.08
PAY THIS AMOUNT BY DECEMBER 31, 2011          PAY ONLINE AT: www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
     GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
     PROPERTY TAX DEPARTMENT
     HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Monday, February 4, 2013 | 66.0°F | Partly Cloudy



Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

8026 Main Street, Suite 501
Houma, LA 70360

Terrebonne Parish Assessor's Office
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.
Select a year

Account # 34073
Year: 2011

Property Type  REAL PROPERTY
Ward/City  07
Owner/Address  APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value  56,250
Homestead Assessed Value  0
Parish Tax  $5,594.08
City Tax  $0.00

Taxes Covered By Homestead  ($0.00)
Taxpayer Amount Due  $5,594.08
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |

TOWNSHIP 18 SOUTH, RANGE 18 EAST:
SECTION 62-ALL FRACTIONAL--9.80 ACRES
SECTION 63-N/2 OF NW/4; SE/4 OF NW/4;
NE/4 OF SW/4; E/2--297.32 ACRES
SECTION 64-ALL--232.76 ACRES
SECTION 66-ALL--639.36 ACRES
SECTION 67-ALL, EXCEPT NE/4 OF NE/4--
584.04 ACRES
SECTION 68-NE/4; SW/4 OF SW/4; NW/4 OF
SE/4--239.84 ACRES
SECTION 69-NE/4 OF NE/4--40.00 ACRES
SECTION 70-NE/4 OF SE/4; S/2 OF SW/4;
S/2 OF SE/4--200.00 ACRES
SECTION 71-ALL--640.00 ACRES
SECTION 72-ALL--754.08 ACRES
SECTION 73-E/2; SE/4 OF NW/4; E/2 OF
SW/4; SW/4 OF SW/4--586.81 ACRES
SECTION 74-SE/4 OF NE/4; NW/4; W/2 OF
SW/4; E/2 OF SE/4; SW/4 OF SE/4--460.00
SECTION 75-S/2 OF NW/4; SW/4; W/2 OF
SE/4--320.00 ACRES
SECTION 78-SE/4 OF NE/4; SW/4 OF SE/4;
E/2 OF SE/4; EXCEPT THOSE PORTIONS
AWARDED JEAN BAPTISTE LEBLANC BY
COMPROMISE AGREEMENT DATED MARCH 22,
1943, AND RECORDED IN CONVEYANCE BOOK
145, FOLIO 5, TERREBONNE PARISH, LA--
83.00 ACRES
SECTION 80-ALL, EXCEPT NE/4 OF SE/4, AND
EXCEPT THOSE PORTIONS AWARDED JEAN
BAPTISTE LEBLANC BY COMPROMISE AGREEMENT
DATED MARCH 22, 1943, AND RECORDED IN
CONVEYANCE BOOK 145, FOLIO 5, TERREBONNE
PARISH, LA--500.00 ACRES
SECTION 81-ALL, EXCEPT NE/4 OF SE/4--
632.64 ACRES

Terrebonne Parish Consolidated Government

TOTAL ACRES.----6,169.45
TOWNSHIP 19 SOUTH, RANGE 18 EAST:
SECTION 65-ALL FRACTIONAL--385.88 ACRES
SECTION 66-ALL--640.12 ACRES
SECTION 67-ALL--641.24 ACRES
SECTION 68-ALL--656.88 ACRES
SECTION 69-ALL FRACTIONAL--312.08 ACRES
SECTION 70-ALL--636.12 ACRES
SECTION 71-ALL--639.44 ACRES
SECTION 72-ALL FRACTIONAL--157.72 ACRES
SECTION 73-ALL FRACTIONAL--176 ACRES
SECTION 74-ALL FRACTIONAL--532.40 ACRES
SECTION 75-ALL FRACTIONAL--117.76 ACRES
TOTAL ACRES.----4,721.40
TOWNSHIP 19 SOUTH, RANGE 18 EAST:
SECTION 81-LOTS 4 AND 5, AS PER OFFICIAL
TOWNSHIP PLAT DATED NOVEMBER 4, 1856--
69.12 ACRES
SECTION 81-AN UNDIVIDED 1/2 INTEREST IN
LOT 6, CONTAINING 38.43 ACRES, AS PER
OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23,
1951.--18.22 ACRES
SECTION 83-ALL, AS PER OFFICIAL TOWNSHIP
PLAT DATED NOVEMBER 4, 1856.--
404.80 ACRES
SECTION 83-AN UNDIVIDED 1/2 INTEREST IN
LOT 10, CONTAINING 65.17 ACRES, AS PER
OFFICIAL TOWNSHIP PLAT DATED OCTOBER 23,
1951.--32.58 ACRES
SECTION 84-ALL, AS PER OFFICIAL TOWNSHIP
PLAT DATED NOVEMBER 4, 1856--451.92 ACRE
SECTION 84-AN UNDIVIDED 1/2 INTEREST IN
LOTS 10 AND 11, CONTAINING 153.02 ACRES,
AS PER OFFICIAL TOWNSHIP PLAT DATED
OCTOBER 23, 1951.--76.51 ACRES
SECTION 98-AN UNDIVIDED 1/2 INTEREST IN
ALL OF SECTION 98, CONTAINING 287.96
ACRES, AS PER OFFICIAL TOWNSHIP PLAT
OCTOBER 23, 1951--133.99 ACRES
SECTION 99-AN UNDIVIDED 1/2 INTEREST IN
ALL OF SECTION 99, CONTAINING 254.05
ACRES, AS PER OFFICIAL TOWNSHIP PLAT
DATED OCTOBER 23, 1951--127.02 ACRES
TOTAL ACRES.----1,314.16
TOWNSHIP 19 SOUTH, RANGE 19 EAST:
SECTION 15-ALL WEST OF BAYOU TERREBONNE
--149.00 ACRES
SECTION 33-LOTS 5, 6, 10, 11, 12 & 13
--17.94 ACRES
TOTAL ACRES.----326.94 ACRES
TOWNSHIP 20 SOUTH, RANGE 18 EAST:
SECTION 108-ALL--517.36 ACRES
SECTION 109-ALL--840.00 ACRES
SECTION 110-ALL--612.84 ACRES
SECTION 111-ALL--96.72 ACRES
SECTION 112-LOTS 3 AND 4, E/2 OF SW/4;
NW/4 OF SW/4, NW/4--336.59 ACRES
SECTION 113-NE/4 OF NW/4--40.10 ACRES
TOTAL ACRES.----2,243.61 ACRES
TOTAL ACRES (WARD 7)--14,775.56 ACRES
CB 1805/755.

Privacy Statement      P.O. Box 2768      Houma, Louisiana 70360      (985) 868-5050      26513

© 2013 Terrebonne Parish Consolidated Government

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-09
ACCOUNT NBR:   38189-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011:                  642.24
PAY THIS AMOUNT BY: DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX  77406

45893
133
1



----- PROPERTY DESCRIPTION -----
TERREBONNE PARISH LA. - WARD 9
IN T18S - R16E.
ALL OF SECTION 23 CONTAINING 640.00 AC
ALL OF SECTION 24 CONTAINING 640.00 AC
TOTAL ACREAGE: 1,280.00

WARD: R-09                    ACCOUNT NBR:  38189-0100
TOTAL TAX DUE FOR 2011:                       642.24
PAY THIS AMOUNT BY: DECEMBER 31, 2011
If applicable, consult mortgage company before paying.

NAME: APACHE LOUISIANA MINERALS, INC.

PAY ONLINE AT www.tpso.net

MARSHLAND    6400
             1280 ACRES

TAXABLE ASSESSED VALUE:              6,400

CONSOLIDATED MILLAGE     68.35M       437.44
SPECIAL DIST. MILLAGE    32.00M       204.80

TOTAL TAXES DUE FOR 2011:             642.24

PHYSICAL LOCATION:
INOR CANAL WW-MARSH

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

RESIDENTS    BUSINESSES    VISITORS    GOVERNMENT    ONLINE SERVICES    EMPLOYMENT

Departments & Agencies
Select a Department

8026 Main Street, Suite 501
Houma, LA 70360

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.
Select a year :

Account #: 38189
Year: 2011

Property Type   REAL PROPERTY
Ward/City   09
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   6,400
Homestead Assessed Value   0
Parish Tax   $642.24
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due   $642.24
Sheriff Tax Payment Paid

| Additional Owners | Millages | Abstract | Property Description |
| --- | --- | --- | --- |

TERREBONNE PARISH LA - WARD 9
IN T:18S - R16E,
ALL OF SECTION 23 CONTAINING 640.00 AC
ALL OF SECTION 24 CONTAINING 640.00 AC
TOTAL ACREAGE: 1,280.00
CB 1808/755.

Privacy Statement        P.O. Box 2768        Houma, Louisiana 70360        (985) 868-5050        26114

© 2013 Terrebonne Parish Consolidated Government

Français    Deutsch    Italiano    CCD    CCD    Português    Español    Tiếng Việt

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-10
ACCOUNT NBR:  52232-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011:           35,255.11
PAY THIS AMOUNT BY: DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149                       49893
RICHMOND, TX  77406              133
                                  1

RETURN THIS PORTION WITH PAYMENT



------ PROPERTY DESCRIPTION ------
T18S R16E-TERREBONNE PARISH
ALL SECTION 25 CONTAINING 640.00 ACRES
SECTION 26 - N/2; N/2 OF S/2; SW/4 OF
SW/4; E/2 OF SE/4 OF SE/4; NW/4 OF
SE/4 OF SE/4 CONTAINING 550.00 ACRES
SECTION 35 - W/2 OF E/2; E/2 OF SE/4;
SE/4 OF NE/4; SE/4 OF SW/4; E/2 OF NE/4
OF SW/4; W/2 OF SE/4 OF NW/4
CONTAINING 360.00 ACRES
SECTION 36- SE/4 OF NE/4; SE/4; S/2 OF
SW/4; W/2 OF NW/4 OF SW/4; SE/4 OF NW/4
OF SW/4 CONTAINING 310.00 ACRES
---SEE TAX OFFICE FOR MORE DESCRIPTIONS---

MARSHLAND      320210
70585 ACRES

TAXABLE ASSESSED VALUE:           320,210

CONSOLIDATED MILLAGE    68.35M    21,886.35
SPECIAL DIST. MILLAGE   41.75M    13,368.76

TOTAL TAXES DUE FOR 2011...        35,255.11

PHYSICAL LOCATION:
NOT ON FILE

WARD: R-10        ACCOUNT NBR: 52232-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011:   35,255.11            PAY ONLINE AT: www.tpso.net
PAY THIS AMOUNT BY: DECEMBER 31, 2011
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Monday, February 4, 2013 | 66.0°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

**RESIDENTS   BUSINESSES   VISITORS   GOVERNMENT   ONLINE SERVICES   EMPLOYMENT**

Departments & Agencies
Select a Department

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

Phone: (985) 876-6620

8026 Main Street, Suite 501
Houma, LA 70360

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

**Tax Roll**
APACHE LOUISIANA MINERALS, INC.
Select a year :

Account: # 52232
Year: 2011

Property Type   REAL PROPERTY
Ward/City   10
Owner/Address   APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   320,210
Homestead Assessed Value   0
Parish Tax   $35,255.11
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due   $35,255.11
Sheriff Tax Payment Paid

| Additional Owners | Abstract | Millages | Property Description |
|---|---|---|---|

T18S R16E-TERREBONNE PARISH
ALL SECTION 25 CONTAINING 640.00 ACRES
SECTION 26 - N/2; N/2 OF S/2; SW/4 OF
SW/4; E/2 OF SE/4 OF SE/4; NW/4 OF
SE/4 OF SE/4 CONTAINING 550.00 ACRES
SECTION 35 - W/2 OF E/2; E/2 OF SE/4;
SE/4 OF NE/4; SE/4 OF SW/4; E/2 OF NE/4
OF SW/4; E/2 OF SE/4 OF NW/4
CONTAINING 360.00 ACRES
SECTION 36 - SE/4 OF NE/4; S/2 OF
SW/4; W/2 OF NW/4 OF SW/4; SE/4 OF NW/4
OF SW/4 CONTAINING 310.00 ACRES
T19S R13E-
ALL SECTION 1 CONTAINING 640.00 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
ALL SECTION 3 CONTAINING 640.00 ACRES
ALL SECTION 4 CONTAINING 640.00 ACRES
ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 9 CONTAINING 640.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 640.00 ACRES
ALL SECTION 13 CONTAINING 640.00 ACRES
ALL SECTION 14 CONTAINING 640.00 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
ALL SECTION 21 CONTAINING 640.00 ACRES
ALL SECTION 22 CONTAINING 640.00 ACRES
ALL SECTION 23 CONTAINING 640.00 ACRES
ALL SECTION 24 CONTAINING 640.00 ACRES

Terrebonne Parish Consolidated Government

ALL SECTION 25 CONTAINING 640.00 ACRES
ALL SECTION 26 CONTAINING 640.00 ACRES
ALL SECTION 27 CONTAINING 640.00 ACRES
ALL SECTION 28 CONTAINING 640.00 ACRES
ALL SECTION 29 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 586.57 ACRES
ALL SECTION 32 CONTAINING 640.00 ACRES
ALL SECTION 33 CONTAINING 640.00 ACRES
ALL SECTION 34 CONTAINING 640.00 ACRES
ALL SECTION 35 CONTAINING 640.00 ACRES
ALL SECTION 36 CONTAINING 640.00 ACRES
T19S;R14E;
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 640.00 ACRES
T19S;R15E;
ALL SECTION 1 CONTAINING 640.00 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
ALL SECTION 3 EXCEPT 40 ACRE TRACT
SURROUNDING BILLIOT'S SHELL ISLAND
SUBJECT TO BOUNDARY AGREEMENT WITH
BILLIOT'S SHELL ISLAND, INC., DATED
NOVEMBER 16, 1963 RECORDED IN CB 364
ENTRY 254172, TERREBONNE PARISH, LA.
CONTAINING 600.00 ACRES
ALL SECTION 4 CONTAINING 640.00 ACRES
ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 9 CONTAINING 640.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 23.00 ACRES
ALL SECTION 13 EXCEPT NW/4 OF NW/4
SUBJECT TO BOUNDARY AGREEMENT WITH
ARTHUR LINER, ETAL, DATED JULY 18, 1956
AND RECORDED IN CB 231 ENTRY 155936
TERREBONNE PARISH, LA.
CONTAINING 353.48 ACRES
SECTION 14 - NW/4 OF NE/4; N/2 OF NW/4;
S/2 OF SW/4; NE/4 OF SW/4;
SUBJECT TO BOUNDARY AGREEMENT WITH
ARTHUR LINER, ETAL, DATED JULY 18, 1956
AND RECORDED IN CB 231 ENTRY 155936
TERREBONNE PARISH, LOUISIANA
CONTAINING 400.00 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
ALL SECTION 21 CONTAINING 640.00 ACRES
ALL SECTION 22 CONTAINING 630.41 ACRES
ALL SECTION 23 CONTAINING 611.34 ACRES
ALL SECTION 24 CONTAINING 630.10 ACRES
ALL SECTION 25 CONTAINING 640.04 ACRES
ALL SECTION 26 CONTAINING 554.62 ACRES
ALL SECTION 27 CONTAINING 617.47 ACRES
ALL SECTION 28 CONTAINING 640.00 ACRES
ALL SECTION 29 CONTAINING 640.00 ACRES
ALL SECTION 30 CONTAINING 640.00 ACRES
ALL SECTION 31 CONTAINING 573.37 ACRES
ALL SECTION 32 CONTAINING 563.77 ACRES
SECTION 33 - ALL NORTH OF BAYOU DECADE
CONTAINING 489.44 ACRES
SECTION 34 - ALL NORTH OF BAYOU DECADE
CONTAINING 249.75 ACRES
SECTION 35 - EXCEPT SW/4 OF SW/4
CONTAINING 590.50 ACRES
ALL SECTION 36 CONTAINING 640.24 ACRES
T19S;R16E;
ALL SECTION 1 CONTAINING 640.80 ACRES
ALL SECTION 2 CONTAINING 640.00 ACRES
SECTION 3 - SE/4 OF NE/4; NW/4 OF NW/4;
S/2 OF SW/4; S/2 OF NE/4 OF SW/4; SE/4;
CONTAINING 340.00 ACRES
SECTION 4 - N/2; N/2 OF SW/4; SW/4 OF
SW/4; N/2 OF SE/4 OF SW/4; W/2 OF
NW/4 OF SE/4; S/2 OF SE/4 OF SE/4
CONTAINING 500.00 ACRES

Terrebonne Parish Consolidated Government

ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
SECTION 8 - W/2; N/2 OF NE/4; S/2 OF
SE/4 CONTAINING 480.00 ACRES
SECTION 9 - S/2; NE/4; SE/4 OF NW/4;
SE/2 OF SW/4 OF NW/4; E/2 OF NE/4 OF
NW/4; NW/2 OF NW/4 OF NW/4
CONTAINING 580.00 ACRES
ALL SECTION 10 CONTAINING 640.00 ACRES
ALL SECTION 11 CONTAINING 640.00 ACRES
ALL SECTION 12 CONTAINING 641.00 ACRES
SECTION 13, (N/2) CONTAINING 320.40 ACRES
ALL SECTION 14 CONTAINING 639.60 ACRES
ALL SECTION 15 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 639.60 ACRES
ALL SECTION 20 CONTAINING 640.96 ACRES
ALL SECTION 21 CONTAINING 639.20 ACRES
SECTION 22 - ALL EXCEPT SE/4 OF SE/4
CONTAINING 600.16 ACRES
SECTION 23 - N/2 OF NE/4; NW/4
CONTAINING 239.70 ACRES
SECTION 26 - NE/4 OF NW/4; SW/4 OF NW/4
AND A CERTAIN TRACT OF LAND FRONTING
672' MORE OR LESS ON THE RIGHT
DESCENDING BANK OF BAYOU DULARGE
BY FULL DEPTH THEREUNTO BELONGING,
BOUNDED ABOVE OR NORTH BY PROPERTY OF
WALTON CHAMPAGNE NOW OR FORMERLY AND
PROPERTY OF LATERRE CO., INC. BOUNDED
BELOW OR SOUTH BY PROPERTY OF THE
HEIRS OF CLAUDE JOSEPH CHAUVIN NOW OR
FORMERLY, BOUNDED EAST BY BAYOU DULARGE
AND BOUNDED WEST BY PROPERTY OF LATERRE
CO., INC. CONTAINING 108.00 ACRES
SECTION 27 - NW/4 OF NE/4; NW/4; SE/4 OF
SW/4; SW/4 OF SE/4; E/2 OF SE/4
CONTAINING 360.15 ACRES
SECTION 28 - N/2; N/2 OF S/2; SW/4 OF
SW/4 CONTAINING 519.35 ACRES
ALL SECTION 29 CONTAINING 641.48 ACRES
ALL SECTION 30 CONTAINING 639.60 ACRES
ALL SECTION 31 CONTAINING 638.40 ACRES
ALL SECTION 32 CONTAINING 636.92 ACRES
SECTION 33 - ALL EXCEPT N/2 OF NW/4
CONTAINING 556.50 ACRES
SECTION 34 - N/2; SW/4 NW/4 OF SE/4
CONTAINING 517.21 ACRES
(2ND PARISH)

ALL SECTION 5 CONTAINING 640.00 ACRES
ALL SECTION 6 CONTAINING 640.00 ACRES
ALL SECTION 7 CONTAINING 640.00 ACRES
ALL SECTION 8 CONTAINING 640.00 ACRES
ALL SECTION 17 CONTAINING 640.00 ACRES
ALL SECTION 18 CONTAINING 640.00 ACRES
ALL SECTION 19 CONTAINING 640.00 ACRES
ALL SECTION 20 CONTAINING 640.00 ACRES
CB 1808/755.

# PROPERTY TAX NOTICE

Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

WARD: R-10
ACCOUNT NBR:   40384-0100
NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011:    26,858.90
PAY THIS AMOUNT BY DECEMBER 31, 2011

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT

APACHE LOUISIANA MINERALS, INC.    49871
% STANCIL & CO.                      133
P.O. BOX 149                           1
RICHMOND, TX   77406

| | | | |
|---|---|---|---|
| MISC. LAND | 7500D | WOODLAND | 1420 |
| 30 ACRES | | 142 ACRES | |
| MISC. | 167530 | | |

TAXABLE ASSESSED VALUE:      243,950

CONSOLIDATED MILLAGE     68.35M     16,673.99
SPECIAL DIST. MILLAGE    41.75M     10,184.91
                                    26,858.90

TOTAL TAXES DUE FOR 2011             26,858.90

PHYSICAL LOCATION:
1913 LA TERRE CT

--------- PROPERTY DESCRIPTION ---------

T17S R17E:
A CERTAIN TRACT OF LAND SITUATED IN
T17S R17E TERREBONNE PARISH, LA,
AND MORE PARTICULARLY DESCRIBED AS
FOLLOWS: BEGINNING AT AN OLD IRON VISE
SHAFT MARKING THE SE CORNER OF THE
PROPERTY HEREIN DESCRIBED, WHICH CORNER
BEARS NORTH 65 DEG 48 FEET AND WEST
3,185.59 FROM THE FIRST MILE POST
WEST ON THE SOUTH LINE OF T17S R17E;
THENCE SOUTH 73 DEG 30 MIN 11 SEC WEST,
1,963.86 TO A 1 1/2 INCH IRON PIPE
--SEE TAX OFFICE FOR MORE DESCRIPTIONS--

WARD: R-10       ACCOUNT NBR: 40384-0100      NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2011:      26,858.90
PAY THIS AMOUNT BY DECEMBER 31, 2011
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
    GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
    PROPERTY TAX DEPARTMENT
    HOUMA (985) 857-0230  THIBODAUX (985) 446-5661

Terrebonne Parish Consolidated Government

Page 1 of 3

Monday, February 4, 2013 | 66.9°F | Partly Cloudy



Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

| RESIDENTS | BUSINESSES | VISITORS | GOVERNMENT | ONLINE SERVICES | EMPLOYMENT |

Departments & Agencies
Select a Department

**Terrebonne Parish Assessor's Office**
Office Hours: 8:00 am to 4:00 pm - Monday thru Friday

8026 Main Street, Suite 501
Houma, LA 70360

Phone: (985) 876-6620

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

Tax Roll
APACHE LOUISIANA MINERALS, INC.

Account #: 40384
Year: 2011

Select a year

Property Type   REAL PROPERTY
Ward/City   10
Owner/Address   APACHE LOUISIANA MINERALS, INC.
% STANCIL & CO.
P.O. BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value   243,950
Homestead Assessed Value   0
Parish Tax   $26,858.90
City Tax   $0.00

Taxes Covered By Homestead   ($0.00)
Taxpayer Amount Due $26,858.90
Sheriff Tax Payment Paid

| Additional Owners | Abstract | Millages | Property Description |

T17S R17E:
A CERTAIN TRACT OF LAND SITUATED IN
T17S R17E TERREBONNE PARISH, LA.
AND MORE PARTICULARLY DESCRIBED AS
FOLLOWS: BEGINNING AT AN OLD IRON VISE
SHAFT MARKING THE SE CORNER OF THE
PROPERTY HEREIN DESCRIBED, WHICH CORNER
IS NORTH 6,613.49 FEET AND WEST
3,185.93 FROM THE FIRST MILE POST
WEST ON THE SOUTH LINE OF T17S R17E:
THENCE SOUTH 73 DEG 30 MIN 11 SEC WEST,
1,963.86' TO A 1 1/2 INCH IRON PIPE
MARKING THE SW CORNER OF THE PROPERTY
HEREIN DESCRIBED; THENCE NORTH 18 DEG
25 MIN 50 SEC WEST 1,977.95' TO A 4 INCH
CONCRETE POST MARKING THE NW CORNER OF
THE PROPERTY HEREIN DESCRIBED; THENCE
NORTH 73 DEG 26 MIN 58 SEC EAST,
2,015.40 FEET TO A POINT ON THE EAST
BANK OF BAYOU LACARPE AND THE NE CORNER
OF THE PROPERTY HEREIN DESCRIBED;
THENCE ALONG THE EAST BANK OF BAYOU
LACARPE, SOUTH 9 DEG 33 MIN 59 SEC EAST,
216.23'; SOUTH 6 DEG 11 MIN 03 SEC EAST,
200.35' SOUTH 12 DEG 00 MIN 12 SEC EAST,
202.60' SOUTH 27 DEG 12 MIN 37 SEC EAST,
151.34' SOUTH 21 DEG 00 MIN 03 SEC EAST,
205.61 FEET, SOUTH 26 DEG 53 MIN
04 SEC EAST, 200.72 FEET, SOUTH 29 DEG
17 MIN 22 SEC EAST, 210.19'; SOUTH
30 DEG 05 MIN 04 SEC EAST, 199.64';
THENCE ACROSS BAYOU LACARPE, SOUTH 5 DEG
27 MIN 24 SEC EAST, 422.46' TO THE OLD
IRON VISE SHAFT MARKING THE SE CORNER OF
THE PROPERTY HEREIN DESCRIBED AND THE
POINT OF BEGINNING;

Terrebonne Parish Consolidated Government

SAID TRACT CONTAINING 89.896 ACRES
ACCORDING TO THE PLAT OF SURVEY BY T.
BAKER SMITH C.E. DATED APRIL 17, 1954
AND ATTACHED TO A DEED RECORDED IN
CB 208 UNDER ENTRY 131350 TERREBONNE
PARISH, LOUISIANA.

LESS & EXCEPT THAT PORTION CONTAINING
6.667 ACRES CONVEYED TO THE SOUTHCOAST
CORP. BY AGREEMENT DATED JULY 22, 1967
AND RECORDED JULY 27, 1967 IN CB 442
ENTRY #23570 TERREBONNE PARISH, LA.
AND SET FORTH ON THE PLAT PREPARED
BY JOHN W WOODARD C.E. RECORDED WITH
SAID AGREEMENT, CONTAINING 83.23 ACRES
T17S R17E:

A CERTAIN TRACT OF LAND IN SECTIONS
11, 12 & 47 T17S R17E TERREBONNE
PARISH AND MORE PARTICULARLY DESCRIBED
AS FOLLOWS: BEGINNING AT AN OLD IRON
VISE SHAFT SET FORTH ON THE PLAT OF
SURVEY BY T. BAKER SMITH, C.E. DATED
APRIL 17, 1954 AND ATTACHED TO A DEED
RECORDED IN CB 208 UNDER ENTRY 131350
TERREBONNE PARISH, LA.; THENCE SOUTH
72 DEG 24 MIN 10 SEC WEST (SOUTH 73 DEG
30 MIN 11 SEC WEST) (BEARING ON THE
AFORESAID PLAT OF SURVEY BY T. BAKER
SMITH, C.E.), 1,594.58 FEET TO A POINT;
THENCE SOUTH 27 DEG 54 MIN 12 SEC
EAST, 176.98' TO A POINT; THENCE ALONG
A CURVE TO THE RIGHT 1,287.77' TO A
POINT, SAID CURVE HAVING A RADIUS OF
11,376.66' AND A DELTA ANGLE OF 27 DEG
01 MIN 09 SEC; THENCE NORTH 22 DEG
14 MIN 53 SEC EAST, 2,569.51' TO A
POINT, THENCE NORTH 13 DEG 38 MIN
19 SEC EAST, 115.99' TO A POINT.
THENCE NORTH 100.00' TO A POINT,
THENCE NORTH 16 DEG 51 MIN 30 SEC WEST
103.43' TO A POINT, THENCE NORTH 30 DEG
10 MIN 25 SEC WEST 99.46' TO A POINT.
THENCE NORTH 44 DEG 11 MIN 35 SEC WEST
100.42' TO A POINT, THENCE NORTH
53 DEG 40 MIN 23 SEC WEST 42.20' TO A
POINT, THENCE NORTH 36 DEG 20 MIN
57 SEC EAST 163.69' TO A POINT; THENCE
NORTH 88 DEG 50 MIN 00 SEC WEST, 208.56'
TO A POINT, THENCE NORTH 60 DEG 27 MIN
58 SEC WEST 34.11' TO A POINT, THENCE
NORTH 59 DEG 14 MIN 42 SEC WEST 53.81'
TO A POINT, THENCE NORTH 58 DEG 38 MIN
00 MIN 41 SEC WEST 54.99' TO A POINT
THENCE NORTH 16 DEG 02 MIN 22 SEC WEST
15.06' TO A POINT, THENCE NORTH 44 DEG
30 MIN 43 SEC WEST 50.64' TO A POINT;
THENCE NORTH 55 DEG 53 MIN 59 SEC WEST 50.37'
TO A POINT, THENCE NORTH 47 DEG 54 MIN
04 SEC WEST 50.01 FEET TO A POINT,
THENCE NORTH 35 DEG 33 MIN 58 SEC WEST
51.42' TO A POINT, THENCE NORTH 54 DEG
45 MIN 24 SEC WEST 50.24' TO A POINT,
THENCE NORTH 49 DEG 03 MIN 20 SEC WEST
100.00' TO A POINT, THENCE NORTH 38 DEG
00 MIN 41 SEC WEST 54.99' TO A POINT
THENCE NORTH 28 DEG 20 MIN 14 SEC WEST
50.62' TO A POINT, THENCE NORTH 35 DEG
25 MIN 40 SEC WEST 50.00' TO A POINT,
THENCE NORTH 31 DEG 59 MIN 44 SEC WEST
37.88' TO A POINT, THENCE SOUTH 6 DEG
33 MIN 24 SEC EAST (SOUTH 5 DEG 27 MIN
24 SEC EAST) 451.11' TO THE POINT OF
BEGINNING. SAID TRACT CONTAINING 9/1.463
ACRES ACCORDING TO THE PLAT OF SURVEY
BY JOHN W. WOODARD C.E. DATED JULY 7,
1967 AND ATTACHED TO AN AGREEMENT
RECORDED IN CB 442 UNDER ENTRY 325370
TERREBONNE PARISH, LA.
ALL BEARINGS SET FORTH HEREIN ARE BASED
ON THE LOUISIANA COORDINATE SYSTEM

Terrebonne Parish Consolidated Government

(SOUTH ZONE). CONTAINING 91.45 ACRES
TOTAL ACREAGE, WARD 10: 70,757.61; LESS
TRACT 1B SOLD TO CENAC TOWING CO., INC.
CB 2044/319. CB 2061/674.

| Français | Deutsch | Italiano | CCD | CCD | Português | Español | Tiếng Việt |

Privacy Statement    P.O. Box 2768    Houma, Louisiana 70360    (985) 868-5050    26115

© 2013 Terrebonne Parish Consolidated Government