STATE OF LOUISIANA

PARISH OF TERREBONNE

  THIS AGREEMENT made and entered into as of the 20th day of _____May_____, 1965, by and between LA-TERRE CO., INC., a Delaware corporation duly qualified in Louisiana (hereinafter called "La-Terre"), and WATERFORD OIL COMPANY, a North Dakota corporation duly qualified in Louisiana (hereinafter called "Waterford");

<u>W I T N E S S E T H</u>:

  WHEREAS, La-Terre is the owner of the following described property situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 19 SOUTH, RANGE 19 EAST</u>

Section 11 - Lot 2;
Section 12 - Lot 2;
Section 13 - Lot 2;
Section 15 - All, except Lot 1;
Section 28 - All;
Section 29 - All, except Lot 1;
Section 30 - All;
Section 31 - All;
Section 32 - $NE\frac{1}{4}$; $W\frac{1}{2}$ of $SW\frac{1}{4}$; $E\frac{1}{2}$ of $SE\frac{1}{4}$
Section 33 - Lots 5, 6, 10, 11, 12, 13, 15 and 16;
Section 34 - All;
Section 35 - All;
Section 36 - All, except $SE\frac{1}{4}$ of $SE\frac{1}{4}$;
Section 37 - All, except $W\frac{1}{2}$ of $SW\frac{1}{4}$;
Section 38 - $E\frac{1}{2}$; $E\frac{1}{2}$ of $NW\frac{1}{4}$; $SW\frac{1}{4}$ of $SW\frac{1}{4}$; except portions quitclaimed by La-Terre Co., Inc., to Pierre Chaisson, Joseph Naquin and Henry Dardar by three instruments dated October 24, 1951, and recorded in C.O.B. 183, folio 430, 428 and 427, respectively, Terrebonne Parish, Louisiana;
Section 39 - All;
Section 40 - All;
Section 41 - All;
Section 42 - All;
Section 43 - All;
Section 44 - All, except Lot 8;
Section 45 - All;
Section 46 - All;
Section 47 - All;
Section 48 - All;

284272

    Section 49 - All, except $NE\frac{1}{4}$ of $NW\frac{1}{4}$, and except portions quitclaimed by La-Terre Co., Inc., to Hellen (or Helien) Verdin Dardar, et al, by instrument dated June 28, 1949, and recorded in C.O.B. 169, folio 234, Terrebonne Parish, Louisiana, and also except portions quitclaimed by La-Terre Co., Inc., to Pierre Chaisson by instrument dated October 24, 1951, and recorded in C.O.B. 183, folio 430, Terrebonne Parish, Louisiana;

    Section 53 - $E\frac{1}{2}$ of $E\frac{1}{2}$; $SW\frac{1}{4}$ of $NE\frac{1}{4}$; $SW\frac{1}{4}$ of $SE\frac{1}{4}$; $W\frac{1}{2}$ of $W\frac{1}{2}$;

and

    WHEREAS, Waterford is the owner of the following described property, adjoining that of La-Terre, and situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 19 SOUTH, RANGE 19 EAST

    Section 17 - All, except Lots 1 and 2;
    Section 18 - All, except Lot 1;
    Section 19 - All;
    Section 20 - Lot 2; $SW\frac{1}{4}$ of $NE\frac{1}{4}$; and $E\frac{1}{2}$ of $E\frac{1}{2}$;
    Section 23 - Lots 2 and 3; $E\frac{1}{2}$ of $NW\frac{1}{4}$; $E\frac{1}{2}$ of $E\frac{1}{2}$ and $SW\frac{1}{4}$ of $SE\frac{1}{4}$;
    Section 24 - All;
    Section 25 - All;
    Section 26 - All, except Lots 1 and 2;
    Section 27 - All;

and

    WHEREAS, the parties have caused a survey to be made by the office of T. Baker Smith & Son of the boundaries separating the aforesaid lands of La-Terre from those of Waterford, the results of which survey are shown on a plat thereof dated February 26, 1965, signed by Wm. Clifford Smith, C. E., a copy of which is attached hereto and made a part hereof as Exhibit "A", to which reference will hereinafter be made; and

    WHEREAS, the parties hereto wish to settle any possible controversy as to the location of the boundary lines dividing the aforesaid properties and for that reason have agreed between themselves to accept the results of the aforesaid survey as correct for the purposes of settling such boundaries;

-2-

284272

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained, the parties hereto have agreed and do hereby agree, between themselves, that the boundaries between the lands owned by La-Terre and those owned by Waterford as hereinabove set forth shall be and the same are hereby fixed and agreed upon as follows, to-wit:

   Beginning at a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "M"; said concrete monument having Louisiana Plane Coordinates, south zone, of X=2,248,428.12 feet and Y=278,720.16 feet;

   Thence, N 88° 47' 00" E, 2,670.40 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "D-2";

   Thence, N 88° 47' 00" E, 2,640.00 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "G-2";

   Thence, N 88° 47' 00" E, 2,510.00 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "B-2";

   Thence, N 88° 47' 00" E, 2,770.00 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "J";

   Thence, N 88° 47' 00" E, 2,640.31 feet to a 2" galv. iron pipe designated by the letter "K" on attached map;

   Thence, N 88° 47' 00" E, 1,870.71 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "P-2";

   Thence, beginning again at a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "B-3"; said concrete monument located N 88° 51' 34" E, 781.70 feet from concrete monument "P-2";

   Thence, N 88° 51' 00" E, 2,629.52 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "P-3";

   Thence, N 88° 51' 00" E, 2,640.00 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "Q-3";

   Thence, N 88° 51' 00" E, 2,631.00 feet to a 6" x 6" concrete monument set by T. Baker Smith, C.E. in 1937 inscribed with the designation "R-3";

   Thence, N 88° 51' 00" E, 317.90 feet to a concrete monument designated by the letter "S" on attached map; said concrete monument having Louisiana Plane Coordinates of X=2,272,524.45 feet and Y=279,221.33 feet;



284272

All bearings and all coordinates set forth herein are based on State Plane Lambert Grid, Louisiana South Zone; all as more fully shown on the attached map marked Exhibit "A".

The parties hereto further declare that, in order to avoid any dispute, controversy or uncertainty as to the aforesaid boundary lines, and in order to immediately and forever put such matters at rest, they have agreed and do hereby permanently fix and establish the aforesaid boundary lines in accordance with the survey hereinabove referred to and have adopted the lines hereinabove set out in detail as the boundary lines between the properties above mentioned whether or not the same be the true lines as fixed by the government surveys; and the parties do further make such conveyances and transfers unto each other as may be necessary to effectuate this agreement.

AND NOW INTO THESE PRESENTS came and intervened:

HUMBLE OIL & REFINING COMPANY, a Delaware corporation duly qualified in the State of Louisiana; and

UNION PRODUCING COMPANY, a Delaware corporation duly qualified in the State of Louisiana,

who declared that they are the respective owners of certain oil and gas leases affecting portions of the hereinabove described property belonging to La-Terre and Waterford, and insofar as said leases are concerned, they do hereby ratify, approve and agree to the fixing and establishing of said boundary lines, as hereinabove set forth, and do agree to be bound thereby.

It is expressly understood and agreed that the adjustment of said boundary lines, as herein provided, is limited to the fixing of the rights of the respective parties who have signed this instrument, and their successors and assigns, and that this agreement is not executed for the benefit of any third person or persons, and shall not be binding upon or used against any of the parties signatory hereto, or their respective

-4-

284272

successors or assigns, in any controversy with any other person, firm or corporation for any purposes whatsoever.

IN WITNESS WHEREOF, this instrument has been executed as of the day and date hereinabove first written, in the presence of the undersigned competent witnesses.

WITNESSES:

*[signatures]*

LA-TERRE CO., INC.

By: _____
President

WATERFORD OIL COMPANY

By: _____
PRESIDENT

HUMBLE OIL & REFINING COMPANY

By: _____

UNION PRODUCING COMPANY

By: _____
Manager
Land & Lease Dept.

-5-

204272

STATE OF OHIO
COUNTY OF LUCAS

On this ____ day of __MAY 12 1965__, 1965, before me appeared RICHARD H. PETERS, to me personally known, who, being by me duly sworn, did say that he is the President of LA-TERRE CO., INC., a Delaware corporation, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said appearer acknowledged said instrument to be the free act and deed of said corporation.

_____
NOTARY PUBLIC
JAMES L. KNIGHT, ATTORNEY AT LAW
NOTARY PUBLIC----STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION
DATE, SEC. 147.03 R. C.

STATE OF New York
COUNTY OF New York

On this 20th day of May, 1965, before me appeared _L. B. Hunt_, to me personally known, who, being by me duly sworn, did say that he is the _President_ of WATERFORD OIL COMPANY, a North Dakota corporation, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said appearer acknowledged said instrument to be the free act and deed of said corporation.

_____
NOTARY PUBLIC
GEORGETTE ROSEN
Notary Public, State of New York
No. 31-8644359
Qualified in New York County
Commission Expires March 30, 1968

STATE OF _____
_____ OF _____

On this ____ day of _____, 1965, before me appeared _____, to me personally known, who, being by me duly sworn, did say that he is the _____ of HUMBLE OIL & REFINING COMPANY, a Delaware corporation, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said appearer acknowledged said instrument to be the free act and deed of said corporation.

_____
NOTARY PUBLIC

284272

STATE OF LOUISIANA

PARISH OF ORLEANS

Personally appeared before me, the undersigned authority in and for said Parish and State, the within named _____E. E. Ryan_____ who acknowledged that as Agent and Attorney in Fact of the Southeast Esso Region, Humble Oil & Refining Company, he signed and delivered the foregoing instrument on the day and year therein mentioned as the act and deed of Humble Oil & Refining Company, having been thereunto first duly authorized.

Given under my hand and seal this _17TH_ day of _June_, A. D., 19_65_.

_____
Notary Public in and for
Orleans Parish, Louisiana

MICHAEL C. McKEOGH
Notary Public, Parish of Orleans, State of La.
My Commission is issued for life.

(Louisiana Witness Proof Form)

284272

THE STATE OF LOUISIANA  
PARISH OF CADDO

BEFORE ME, the undersigned authority, this day personally appeared _N. C. M<sup>c</sup>Gowen Jr._, to me personally known to be the identical person whose name is subscribed to the foregoing instrument as an attesting witness, who being first duly sworn, on his oath, says: That he subscribed his name to the foregoing instrument as a witness, and that he knows JOHN F. MCWILLIAMS, _____ Manager of the Land and Lease Department of UNION PRODUCING COMPANY, a corporation, one of the parties named in said instrument, to be the identical person who executed the foregoing instrument in behalf of Union Producing Company, and saw him sign the same as the voluntary act and deed of said corporation, and that appearer subscribed his name to the same at the same time as an attesting witness.

_N C McGowen Jr_

SWORN TO AND SUBSCRIBED before me, this the _30th_ day of _July_, A. D., 196_5_.

_C. D. Blalock_  
Notary Public in and for Caddo  
Parish, Louisiana

FILED FOR RECORD  
1965 AUG 10 AM 8:43  
_Marie M. Clerk_  
CLERK OF COURT  
PARISH OF  
TERREBONNE, LA.

STATE OF LOUISIANA
PARISH OF TERREBONNE

I HEREBY CERTIFY that the within and foregoing is a true copy of the original on file in this office and recorded August 10 1965 at 8:43 o'clock A. M. in Conveyance Book No. 403, folio 415, et seq. Under Entry No. 284272

Office of Clerk of Court and Recorder, Houma, Louisiana

Clerk of Court