STATE OF LOUISIANA



PARISH OF TERREBONNE

### ACT OF CORRECTION

THIS INSTRUMENT executed effective as of May 4,
1966 by and between LOUIS T. PELLERIN, husband of Nellie
Saiglaing (hereinafter called "Vendor") and H. G. SMALL,
husband of Valerie C. Nolan (hereinafter called "Purchaser");

### W I T N E S S E T H:

WHEREAS by instrument acknowledged by Vendor on May
19, 1966 and acknowledged by Purchaser on May 4, 1966, which
said instrument was registered in Conveyance Book 419, folio
402, Entry No. 299909 of the records of Terrebonne Parish,
Louisiana, Vendor conveyed to Purchaser an undivided one-
half (1/2) interest in and to:

> All of the property in the South-west
> quarter and the North-West quarter of
> Section thirty-seven of Township 19
> South, Range 19 East, north of the
> southernmost quarter section line of
> said South-west one fourth (1/4) of the
> South-west one-fourth (1/4) of section
> thirty-seven, except the property
> described in items No. B (1) & (2)
> hereunder.  (The said H. G. Small being
> granted one-half (1/2) of all the
> minerals belonging to the said Louis
> T. Pellerin lying under the said pro-
> perty described in items No. B (1) &
> (2) hereunder).

together with other property therein described, and

WHEREAS, an error was committed in preparing the afore-
said description; and

WHEREAS, the parties have agreed to reform and correct
the aforesaid description;

NOW THEREFORE, for the same consideration originally
recited, the parties hereto do hereby correct and reform
the description recited in Item A (1) of the instrument re-
gistered in Conveyance Book 419, folio 402, Entry No. 299909
of the records of Terrebonne Parish, Louisiana to read as
follows, to-wit:

" 1.  All of the property in the Southwest
quarter of the Southwest quarter and the
Northwest quarter of the Southwest quarter
of Section thirty-seven of Township 19
South, Range 19 East, north of the southern-
most quarter section line of said South-
west one fourth (1/4) of the South-west
one-fourth (1/4) of section thirty-seven,
except the property described in items No.
B (1) & (2) hereunder.  (The said H.G. Small
being granted one-half (1/2) of all the
minerals belonging to the said Louis T.
Pellerin lying under the said property
described in items No. B (1) & (2) here-
under)."

Except as herein specifically modified, all terms,
conditions and provisions of said instrument shall remain
unchanged and in full force and effect.

The parties hereto authorize  and request the Re-
gister of Conveyances for the Parish of Terrebonne to make
the appropriate marginal notation of this correction in
Conveyance Book 419, folio 402, Entry No. 299909 of his
records.

IN WITNESS WHEREOF this instrument executed in mul-
tiple originals in the presence of the undersigned competent
witnesses.

WITNESSES:



_____          _____
                                          Louis T. Pellerin


_____          _____
                                          H.G. Small

State OF Texas

County OF Dallas


On this 30 day of August , 19 68 , before
me personally appeared LOUIS T. PELLERIN, to me known to
be the person described in and who executed the foregoing
instrument and acknowledged that he executed it as his
free act and deed.

                                        Shirley Scott
                                    Notary Public


State OF Louisiana

Parish OF Orleans


On this 12ᵗʰ day of July ,19 68 ,
before me personally appeared H.G. SMALL, to me known to
be the person described in and who executed the foregoing
instrument and acknowledged that he executed it as his
free act and deed.

                                        Billy H. Ames
                                    Notary Public


FILED FOR RECORD

Oct 18   2 54 PM 1968

Marie M. Clerk

CLERK OF COURT
PARISH OF
TERREBONNE, LA.

STATE OF LOUISIANA
PARISH OF TERREBONNE
    I HEREBY CERTIFY that the within and
foregoing is a true copy of the original on file in
this office and recorded October 18 1968
at 2:52 o'clock P. M. in Conveyance
Book No. 465 folio
Entry No. 259750 et seq. Under
Office of Clerk of Court and Recorder
Houma, Louisiana October 18 1968
                Marie M. Clerk
            Clerk of Court

STATE OF LOUISIANA

PARISH OF TERREBONNE

ACT OF CORRECTION


THIS INSTRUMENT executed effective as of July 21, 1966 by and between H. G. SMALL, husband of Valerie C. Nolan (hereinafter called "Vendor"); and WARALL J. N. WHIPPLE, Husband of Margaret Hebert (Hereinafter called "Purchaser");


W I T N E S S E T H:


WHEREAS by instrument dated July 21, 1966, which said instrument was registered in Conveyance Book 452, folio 527, Entry No. 336,371 of the records of Terrebonne Parish, Louisiana, Vendor conveyed to Purchaser an undivided one-sixth (1/6) interest in and to:


All of the property in the South-west quarter and the Northwest quarter of Section 37 of Township 19 South, Range 19 East, north of the southernmost quarter section line of said South-west one fourth (1/4) of the South-west one-fourth (1/4) of Section 37, except the property described in items No. B (1) and (2) hereunder.


together with other property therein described, and


WHEREAS, an error was committed in preparing the afore-said description; and


WHEREAS, the parties have agreed to reform and correct the aforesaid description;


NOW THEREFORE, for the same consideration originally recited, the parties hereto do hereby correct and reform the description recited in Item A (1) of the instrument re-gistered in Conveyance Book 452, folio 527, Entry No. 336,371 of the records of Terrebonne Parish, Louisiana to read as follows, to-wit:

"1.   All of the property in the Southwest
quarter of the Southwest quarter and the
Northwest quarter of the Southwest quarter
of Section thirty-seven of Township 19
South, Range 19 East, north of the southern-
most quarter section line of said South-
west one fourth (1/4) of the South-west
one-fourth (1/4) of section thirty-seven,
except the property described in items No.
B (1) & (2) hereunder."

Except as herein specifically modified, all terms,
conditions and provisions of said instrument shall remain
unchanged and in full force and effect.

The parties hereto authorize and request the Re-
gister of Conveyances for the Parish of Terrebonne to make
the appropriate marginal notation of this correction in
Conveyance Book 452, folio 527, Entry No. 336,371 of his
records.

IN WITNESS WHEREOF this instrument executed in mul-
tiple originals in the presence of the undersigned competent
witnesses.


WITNESSES:


H. G. Small


Warall J. N. Whipple

*State* OF *Louisiana*

*Parish* OF *Orleans*


On this /1ᵗʰ day of *July*, 19 *68*, before me personally appeared H. G. SMALL, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed it as his free act and deed.

_____
Notary Public


*State* OF *Louisiana*

*Parish* OF *Orleans*


On this *9th* day of *August*, 19*68*, before me personally appeared WARALL J. W. WHIPPLE, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed it as his free act and deed.

_____
Notary Public
GEORGE E. MOULEDOUX
Notary Public, Parish of Orleans, State of La.
My Commission is issued for life .


STATE OF LOUISIANA
PARISH OF TERREBONNE
    I HEREBY CERTIFY that the within and
foregoing is a true copy of the original on file in
this office and recorded *October 10, 1968*
at *2:35* o'clock *P.* M., in *Conveyance*
Book No. *465* folio _____, et seq. Under
Entry No. *24975*
    Office of Clerk of Court and Recorder,
Houma, Louisiana *October 10, 1968*
                *Marie M. Clark*
        *9.*    Clerk of Court

STATE OF LOUISIANA

PARISH OF TERREBONNE

## ACT OF CORRECTION

THIS INSTRUMENT executed effective as of July 21, 1966 by and between H. G. SMALL, husband of Valerie C. Nolan (hereinafter called "Vendor"); and S. GORDON REESE, husband of Nan Carter (hereinafter called "Purchaser");

## W I T N E S S E T H:

WHEREAS by instrument which was registered on April 15, 1968 in Conveyance Book 456, folio 58, Entry No. 339659 of the records of Terrebonne Parish, Louisiana, Vendor conveyed to Purchaser an undivided one-sixth (1/6) interest in and to:

> All of the property in the South-west quarter and the Northwest quarter of Section 37 of Township 19 South, Range 19 East, north of the southernmost quarter section line of said South-west one-fourth (1/4) of the South-west one-fourth (1/4) of Section 37, except the property described in items No. B (1) and (2) hereunder.

together with other property therein described, and

WHEREAS, an error was committed in preparing the aforesaid description; and

WHEREAS, the parties have agreed to reform and correct the aforesaid description;

NOW THEREFORE, for the same consideration originally recited, the parties hereto do hereby correct and reform the description recited in ITEM A (1) of the instrument registered in Conveyance Book 456, folio 58, Entry No. 339659 of the records of Terrebonne Parish, Louisiana to read as follows, to-wit:

"1.   All of the property in the Southwest
quarter of the Southwest quarter and the
Northwest quarter of the Southwest quarter
of Section thirty-seven of Township 19
South, Range 19 East, north of the southern-
most quarter section line of said South-
west one fourth (1/4) of the South-west
one-fourth (1/4) of section thirty-seven,
except the property described in items No.
B (1) & (2) hereunder."


    Except as herein specifically modified, all terms,
conditions and provisions of said instrument shall remain
unchanged and in full force and effect.


    The parties hereto authorize and request the Re-
gister of Conveyances for the Parish of Terrebonne to make
the appropriate marginal notation of this correction in
Conveyance Book 456, folio 58, Entry No. 339659 of his
records.


    IN WITNESS WHEREOF this instrument executed in mul-
tiple originals in the presence of the undersigned competent
witnesses.


WITNESSES:


_____           _____
                                          H. G. Small

_____


_____           _____
                                          S. Gordon Reese
_____

_State_ OF _Louisiana_

_Parish_ OF _Orleans_

On this _8th_ day of _July_, 19 _68_, before
me personally appeared H. G. SMALL, to me known to be
the person described in and who executed the foregoing
instrument and acknowledged that he executed it as his
free act and deed.

_____
Notary Public

_State_ OF _Louisiana_

_Parish_ OF _Orleans_

On this _7th_ day of _October_, 19 _68_, before me
personally appeared S. GORDON REESE, to me known to be the
person described in and who executed the foregoing instru-
ment and acknowledged that he executed it as his free act
and deed.

_____
Notary Public

JAMES E. WRIGHT, JR., N.P.

STATE OF LOUISIANA
PARISH OF TERREBONNE
    I HEREBY CERTIFY that the within and
foregoing is a true copy of the original on file in
this office and recorded _October 10, 1968_
at _3:25_ o'clock _P_. M., in _Conveyance_
Book No. _465_ folio _____ seq. Under
Entry No. _349750_
    Office of Clerk of Court and Recorder,
Houma, Louisiana _October 10, 1968_
            _Marie M. Clark_
        _____ Clerk of Court

STATE OF LOUISIANA

PARISH OF TERREBONNE

### ACT OF CORRECTION

THIS INSTRUMENT executed effective as of May 4, 1966 by and between LOUIS T. PELLERIN, husband of Nellie Saiglaing (hereinafter called "Vendor") and H.G. SMALL, husband of Valerie C. Nolan (hereinafter called "Purchaser");

W I T N E S S E T H:

WHEREAS by instrument acknowledged by Vendor on May 19, 1966 and acknowledged by Purchaser on May 4, 1966, which said instrument was registered in Conveyance Book 419, folio 402, Entry No. 299909 of the records of Terrebonne Parish, Louisiana, Vendor conveyed to Purchaser an undivided one-half (1/2) interest in and to:

> All of the property in the South-west quarter and the North-West quarter of Section thirty-seven of Township 19 South, Range 19 East, north of the southernmost quarter section line of said South-west one fourth (1/4) of section thirty-seven, except the property described in items No. B (1) & (2) hereunder. (The said H.G. Small being granted one-half (1/2) of all the minerals belonging to the said Louis T. Pellerin lying under the said property described in items No. B (1) & (2) hereunder).

together with other property therein described, and

WHEREAS, an error was committed in preparing the aforesaid description; and

WHEREAS, the parties have agreed to reform and correct the aforesaid description;

NOW THEREFORE, for the same consideration originally recited, the parties hereto do hereby correct and reform the description recited in Item A (1) of the instrument registered in Conveyance Book 419, folio 402, Entry No. 299909 of the records of Terrebonne Parish, Louisiana to read as follows, to-wit:

" 1.  All of the property in the Southwest
quarter of the Southwest quarter and the
Northwest quarter of the Southwest quarter
of Section thirty-seven of Township 19
South, Range 19 East, north of the southern-
most quarter section line of said South-
west one fourth (1/4) of the South-west
one-fourth (1/4) of section thirty-seven,
except the property described in items No.
B (1) & (2) hereunder.  (The said H.G. Small
being granted one-half (1/2) of all the
minerals belonging to the said Louis T.
Pellerin lying under the said property
described in items No. B (1) & (2) here-
under)."

Except as herein specifically modified, all terms,
conditions and provisions of said instrument shall remain
unchanged and in full force and effect.

The parties hereto authorize  and request the Re-
gister of Conveyances for the Parish of Terrebonne to make
the appropriate marginal notation of this correction in
Conveyance Book 419, folio 402, Entry No. 299909 of his
records:

IN WITNESS WHEREOF this instrument executed in mul-
tiple originals in the presence of the undersigned competent
witnesses.

WITNESSES:


_____

_____                    _____
                                                   Louis T. Pellerin


_____

_____                    _____
                                                   H.G. Small

_____ OF _____

_____ OF _____

       On this ____ day of _____, 19____, before
me personally appeared LOUIS T. PELLERIN, to me known to
be the person described in and who executed the foregoing
instrument and acknowledged that he executed it as his
free act and deed.

                                  _____
                                    Notary Public

_____ OF _____

_____ OF _____

       On this _____ day of _____,19_____,
before me personally appeared H.G. SMALL, to me known to
be the person described in and who executed the foregoing
instrument and acknowledged that he executed it as his
free act and deed.

                                  _____
                                    Notary Public

1010

# STATE OF LOUISIANA
## Parish of Terrebonne
### Office of the Clerk of Court and Ex-Officio Recorder

———

RECEIVED from __Milling, Godchaux, Saal & Milling__

An Act of __Quit Claim__ _____ Dated __December 20, 1947__

From __Louis T. Pellerin__

To __La Terre Co., Inc.__

RECORDED __December 31st. 1947 at 2:03 o'clock P.M.__ , as follows:

| BOOK | NUMBER | PAGE | ENTRY NO. |
|---|---|---|---|
| Conveyance | 159 | | 71591 |
| Mortgage | | | |
| Chattel Mortgage | | | |
| Crop Lien | | | |
| | | | |

WITNESS my hand and official seal at Houma, Parish of Terrebonne, Louisiana, this __31st.__

day of __December__ _____, A. D., 194 __7__ .

D'y. _Louis Belanger_ Clerk of Court, Ex-Officio Recorder.

STATE OF LOUISIANA        )
PARISH OF TERREBONNE      )

     KNOW ALL MEN BY THESE PRESENTS, that Louis T.
Pellerin, of full age, a resident of Dallas, Texas, who
has been married but twice, first to Rosa Palmero, who died
on January 7, 1903, and then to Nellie Sargling, whom he
married on October 10, 1908, and with whom he is now living
and residing, does hereby grant, bargain, sell, assign,
abandon, transfer, quit claim and deliver, without any war-
ranty of title but with full substitution and subrogation
in and to all the rights and actions in warranty which he
has or may have against all preceding owners or vendors,
unto La Terre Co., Inc., a Delaware corporation, the follow-
ing described property situated in the Parish of Terrebonne,
State of Louisiana, together with all buildings and improve-
ments thereon, more particularly described as follows, to
wit:

     All, except the West Half (W$\frac{1}{2}$) of the South-
     west Quarter (SW$\frac{1}{4}$), of Section 37, All of
     Section 36 except the Southeast (SE$\frac{1}{4}$) Quarter
     of Southeast Quarter (SE$\frac{1}{4}$), and all of Section
     39, Township 19 South, Range 19 East, South-
     eastern District West of the Mississippi River.

     TO HAVE AND TO HOLD the said above described proper-
ty unto the said vendee, its successors and assigns forever.

     The consideration for which this conveyance is made
and accepted is the sum of Ten Dollars ($10.00) cash and other
good and valuable considerations, the receipt and sufficiency
of which is hereby acknowledged and for which full acquittance
and discharge is hereby granted.

     Executed this ___ day of _____, 1947.

                            Louis T. Pellerin

Witnesses:

_Z. A. Wrightson_

_J. C. Harrington_

STATE OF TEXAS ⎫
COUNTY OF DALLAS ⎬

On this 70 day of _Dec_____, 1947, before
me personally appeared LOUIS T. PELLERIN, to me known to
be the person described in and who executed the foregoing
instrument, and who acknowledged that he executed the same
as his free act and deed, and for the purposes and con-
siderations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed
this acknowledgment in the presence of the undersigned com-
petent witnesses and me, Notary, after due reading of the
whole.

_Louis T Pellerin_

Witnesses:

_T. A. Houghton_
_I. C. Harrington_

_____
Notary Public

STATE OF OHIO        )
COUNTY OF LUCAS      )

      KNOW ALL MEN BY THESE PRESENTS, that La Terre Co.,
Inc., a Delaware corporation, herein represented by Mr.
Earle L. Peters, its President, duly authorized, does hereby
grant, bargain, sell, assign, abandon, transfer, quit claim
and deliver, without any warranty of title, but with full
substitution and subrogation in and to all the rights and
actions in warranty which it has or may have against all pre-
ceding owners or vendors, unto Louis T. Pellerin, of full
age, a resident of Dallas, Texas, who has been married but
twice, first to Rosa Palmero, who died on January 7, 1903,
and then to Nellie Sargling, whom he married on October 10,
1908, and with whom he is now living and residing, the fol-
lowing described property situated in the Parish of Terre-
bonne, State of Louisiana, together with all buildings and
improvements thereon, more particularly described as fol-
lows, to wit:

    The Northwest Quarter (NW¼) of the Southwest
    Quarter (SW¼) of Section 37, Township 19 South,
    Range 19 East, Southeastern District West of
    the Mississippi River.

      TO HAVE AND TO HOLD the said above described proper-
ty unto the said vendee, his heirs, successors and assigns
forever.

      The consideration for which this conveyance is
made and accepted is the sum of Ten Dollars ($10.00) cash
and other good and valuable considerations, the receipt
and sufficiency of which is hereby acknowledged and for
which full acquittance and discharge is hereby granted.

      Executed this _8th_ day of _December_, 1947.

               LA TERRE CO., INC.

Witnesses:

               By _Earle L. Peters_

_Joan Zink_                        as President

_G. M. Hennesy_

STATE OF OHIO    )

COUNTY OF LUCAS  )

On this _8th_ day of _December_, 1947, before me appeared EARLE L. PETERS, to me personally known, who, being by me duly sworn, did say that he is the President of La Terre Co., Inc., a corporation, and that as such officer and on behalf of such corporation, he signed and executed the foregoing instrument by authority of the Board of Directors of said c orporation and said appearer acknowledged said in-strument to be the free act and deed of said corporation, for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned com-petent witnesses and me, Notary, after due reading of the whole.

_Earle L. Peters_

Witnesses:

_Joan Jenks_

_G. M. Hennessey_

_Richard H. Peters_
Notary Public

RICHARD H. PETERS
Notary Public, State of Ohio
My Commission Expires Apr. 3, 1959

December 8, 1947

Mr. Lawrence K. Benson
Whitney Building
New Orleans 12, La.

Dear Lawrence:

I have your letter of the 5th enclosing corrected Deed from La Terre to Pellerin to take care of Mr. Pellerin's marital status and return two executed copies with certified copy of resolution of La Terre as to my authority to execute deeds.

I trust you will find same in order and will be able to close the matter out in accordance with your letter of December 5th. With kindest regards, I am,

Very truly yours,

ep jz

enc

**MILLING, GODCHAUX, SAAL & MILLING**
ATTORNEYS AT LAW
WHITNEY BUILDING
**NEW ORLEANS 12**
CABLE FOSMIGOS
LEGAL TELEGRAPHIC CODE

ROBERT E. MILLING, 1861-1947
EMILE GODCHAUX
IRVING R. SAAL
ROBERTS C. MILLING
ROBERT E. MILLING, JR.
M. TRUMAN WOODWARD, JR.
LAWRENCE K. BENSON
HAYWOOD H. HILLYER, JR.

G. HENRY PIERSON, JR.
JOSEPH B. MILLER
ELIZABETH RIDNOUR HAAK
C. MANLY HORTON, JR.

December 5, 1947

Mr. Earle L. Peters
1523 Nicholas Bldg.
Toledo, Ohio

Dear Mr. Peters:

I am enclosing copy of letter which I have written to Claude Ellender, from which you will see that he has forwarded to me executed quit claim deeds from L. T. Pellerin and A. M. Dupont Corporation and also that I have returned to him the Pellerin quit claim deed, so as to correctly set forth Mr. Pellerin's marital status.

In line with this same thought, I am returning herewith the quit claim deed which La Terre Co., Inc. executed in favor of Mr. Pellerin and also enclose herewith the ribbon copy and two carbon copies of a revised form of quit claim deed to be executed by La Terre Co., Inc. in favor of Mr. Pellerin, which reflects his marital status as given me by Mr. Claude Ellender.

You will also observe that I have in my possession and will retain the quit claim deed from A. M. Dupont Corporation to La Terre Co., Inc. and the quit claim deed from La Terre to A. M. Dupont Corporation until the new quit claim deeds between La Terre and Pellerin have been executed and forwarded to me along with certified copies of La Terre Co., Inc.'s resolutions authorizing you to execute the quit claim deeds on behalf of La Terre Co., Inc.

As soon as I receive the revised quit claim deeds to and from Pellerin and the certified copies of La Terre Co., Inc.'s resolutions authorizing it to execute its two quit claim deeds, I will than be in a position to conclude this matter with Claude Ellender.

Sincerely,

LKB:lsw
Encl.

MILLING, GODCHAUX, SAAL & MILLING
ATTORNEYS AT LAW
WHITNEY BUILDING
NEW ORLEANS



December 5, 1947

Mr. Claude Ellender
Houma, La.

Dear Claude:

I acknowledge receipt of your letter of December 2nd, enclosing quit claim deeds from A. M. Dupont Corporation and L. T. Pellerin in favor of La Terre Co., Inc.

I note your statement that Mr. Pellerin was married twice, his first wife having died on January 7, 1903, and his second wife, whom he married on October 10, 1908, being his present wife. I think these facts should be incorporated both in the quit claim from Mr. Pellerin to La Terre and the quit claim from La Terre to Mr. Pellerin.

I am accordingly returning herewith the quit claim deed executed in duplicate by Mr. Pellerin under date of November 20, 1947 and also enclose herewith ribbon copy and two carbon copies of a revised form of deed for execution by him, which incorporates a full declaration of Mr. Pellerin's marital status.

I am likewise returning to La Terre Co., Inc. the quit claim deed which it executed in favor of Mr. Pellerin, and am forwarding to La Terre a revised form of quit claim deed which also incorporates Mr. Pellerin's marital status.

In addition to the quit claim deed executed by La Terre Co., Inc. in favor of Mr. Pellerin (which I am returning to La Terre) La Terre Co., Inc. sent me the quit claim in favor of A. M. Dupont Corporation. It, however, did not send me certified copies of the resolution of its board of directors authorizing Mr. Earle L. Peters to execute these quit claims and I am writing Mr. Peters to furnish me with two certified copies of the resolution evidencing his authority.

If it is agreeable with you, I will hold the quit claim from A. M. Dupont Corporation to La Terre in my file until I receive the resolutions and the other quit claims above mentioned, so that the whole matter may be closed out at one time.

Sincerely,

LMB:lsw
cc: Mr. Earle L. Peters

*not delivered but corrected*

STATE OF OHIO )
)
COUNTY OF LUCAS )

      KNOW ALL MEN BY THESE PRESENTS, that La Terre
Co., Inc., a Delaware corporation, herein represented by
Mr. Earle L. Peters, its President, duly authorized, does
hereby grant, bargain, sell, assign, abandon, transfer,
quit-claim and deliver, without any warranty of title,
but with full substitution and subrogation in and to all
the rights and actions in warranty which it has or may
have against all preceding owners or vendors, unto Louis
T. Pellerin of full age, a resident of _____,
_____, married to and living with Mistress
_____, his first and only
wife, the following described property situated in the
Parish of Terrebonne, State of Louisiana, together with
all buildings and improvements thereon, more particularly
described as follows, to-wit:

      The Northwest Quarter (NW¼) of the Southwest
      Quarter (SW¼) of Section 37, Township 19 South,
      Range 19 East, Southeastern District West of
      the Mississippi River.

      TO HAVE AND TO HOLD the said above described
property unto the said vendee, his heirs, successors and
assigns, forever.

      The consideration for which this conveyance is
made and accepted is the sum of Ten ($10.00) Dollars cash
and other good and valuable considerations, the receipt
and sufficiency of which is hereby acknowledged and for
which full acquittance and discharge is hereby granted.

      Executed this 28th day of November, 1947.

Witnesses:

*Joan Jenk*

*Richard L. Peters*

LA TERRE CO., INC.

By: *Earle L Peters*
     PRESIDENT

STATE OF OHIO    )
                 )
COUNTY OF LUCAS  )

On this 28 th day of November, 1947,
before me appeared EARLE L. PETERS, to me personally
known, who, being by me duly sworn, did say that he
is the President of La Terre Co., Inc., a corporation,
and that as such officer and on behalf of such corpora-
tion, he signed and executed the foregoing instrument
by authority of the Board of Directors of said corpora-
tion and said appearer acknowledged said instrument to
be the free act and deed of said corporation, for the
purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has
executed this acknowledgment in the presence of the
undersigned competent witnesses and me, Notary, after
due reading of the whole.

_Earle L. Peters_

Witnesses:

_Joan Jenks_
_Richard H. Peters_

_Richard H. Peters_
Notary Public

**RICHARD H. PETERS**
Notary Public, State of Ohio
My Commission Expires Apr. 3, 1950