

MAP
SHOWING SURVEY OF THE SOUTH BOUNDARY AND THE LAST FOUR MILES OF THE WEST BOUNDARY OF T 19 S. R.20 E, TERREBONNE AND LAFOURCHE PARISHES, LOUISIANA BEING THE PROPERTY LINE BETWEEN THE PROPERTIES OF LA TERRE COMPANY INC. AND THE LOUISIANA LAND AND EXPLORATION COMPANY.

GRAPHIC SCALE

MARCH 4, 1952    HOUMA, LOUISIANA.
OFFICE OF T. BAKER SMITH, CIVIL ENGINEER
APPROVED  T. Baker Smith
T. Baker Smith, C.E.
Registered in accordance with La. Law.