

MAP SHOWING SURVEY OF THE NORTH BOUNDARY OF THE LA-TERRE CO, INC. PROPERTY IN T 19 S., R 19 E EAST OF BAYOU TERREBONNE, TERREBONNE PARISH, LOUISIANA
DECEMBER 1956