

**MAP LEGEND**
- APACHE LOUISIANA MINERALS LLC BOUNDARY
- TAX ASSESSED ACREAGE
- APACHE ACREAGE AS PER TITLE
- APACHE / LL&E BOUNDARY COMPROMISE LINE
- APACHE / LL&E BOUNDARY AGREEMENT LINE
- APACHE / LOUIS PELLERIN BOUNDARY COMPROMISE LINE
- APACHE / BERNARD REMBERT BOUNDARY COMPROMISE LINE
- APACHE / WATERFORD OIL BOUNDARY AGREEMENT LINE

**APACHE LOUISIANA MINERALS LLC PROPERTIES**
**TERREBONNE / LAFOURCHE PARISHES, LOUISIANA**

**APACHE LOUISIANA MINERALS LLC**
POST OFFICE BOX 206
HOUMA, LOUISIANA 70361-0206
TEL (985) 879-3528   FAX (985) 876-5267


