APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS

CAMERON PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 3 | CAMERON | 17 | 14S-10W | All Fractional | 508.137 | 301001050 | 3,655.81 | 2,843.00 |
| 3 | CAMERON | 18 | 14S-10W | SE/4 | 159.843 | 301001050 | | |
| 3 | CAMERON | 19 | 14S-10W | All | 640.679 | 301001050 | | |
| 3 | CAMERON | 20 | 14S-10W | All | 640.120 | 301001050 | | |
| 3 | CAMERON | 29 | 14S-10W | All, except SE/4 of SE/4 | 600.661 | 301001050 | | |
| 3 | CAMERON | 30 | 14S-10W | All | 644.005 | 301001050 | | |
| 3 | CAMERON | 31 | 14S-10W | NE/4, NW/4 of SE/4, E/2 of W/2, NW/4 of NW/4 | 400.137 | 301001050 | | |
| 3 | CAMERON | 32 | 14S-10W | NW/4 of NW/4 | 39.903 | 301001050 | | |
| | | | | Total Acreage | 3,633.485 | | 3,655.81 | * 2,843.00 |
| | | | | | | | *Apache's 7/9 interest in this property | |
| 5 | CAMERON | 19 | 14S-11W | All | 469.621 | 501002450 | 19,982.60 | 19,983.00 |
| 5 | CAMERON | 20 | 14S-11W | All | 469.849 | 501002450 | | |
| 5 | CAMERON | 21 | 14S-11W | All | 470.020 | 501002450 | | |
| 5 | CAMERON | 22 | 14S-11W | All | 470.028 | 501002450 | | |
| 5 | CAMERON | 23 | 14S-11W | All | 470.024 | 501002450 | | |
| 5 | CAMERON | 24 | 14S-11W | All | 470.039 | 501002450 | | |
| 5 | CAMERON | 25 | 14S-11W | All | 474.956 | 501002450 | | |
| 5 | CAMERON | 26 | 14S-11W | E/2; portion of W/2 - As per boundary agreement between Mathilda Geddings Gray and Lutcher Moore Lumber Company dated July 15, 1935 filed of record with Cameron Parish, entry no. 31872, folio 247. | 338.782 | 501002450 | | |
| 5 | CAMERON | 27 | 14S-11W | W/2; portion of E/2 - As per boundary agreement between Mathilda Geddings Gray and Lutcher Moore Lumber Company dated July 15, 1935 filed of record with Cameron Parish, entry no. 31872, folio 247. | 299.922 | 501002450 | | |
| 5 | CAMERON | 28 | 14S-11W | All | 483.661 | 501002450 | | |
| 5 | CAMERON | 29 | 14S-11W | All | 486.563 | 501002450 | | |
| 5 | CAMERON | 30 | 14S-11W | All | 489.464 | 501002450 | | |
| 5 | CAMERON | 31 | 14S-11W | All | 468.217 | 501002450 | | |
| 5 | CAMERON | 32 | 14S-11W | All | 468.423 | 501002450 | | |
| 5 | CAMERON | 33 | 14S-11W | All | 468.629 | 501002450 | | |
| 5 | CAMERON | 34 | 14S-11W | W/2; SE/4; portion of W/2 of W/2 of NE/4 - As per boundary agreement between Mathilda Geddings Gray and Lutcher Moore Lumber Company dated July 15, 1935 filed of record with Cameron Parish, entry no. 31872, folio 247. | 378.176 | 501002450 | | |
| 5 | CAMERON | 35 | 14S-11W | W/2; SE/4; portion of W/2 of W/2 of NE/4 - As per boundary agreement between Mathilda Geddings Gray and Lutcher Moore Lumber Company dated July 15, 1935 filed of record with Cameron Parish, entry no. 31872, folio 247. | 229.396 | 501002450 | | |
| 5 | CAMERON | 36 | 14S-11W | Portion of N/2 of NE/4 | 40.006 | 501002450 | | |
| 5 | CAMERON | 19 | 14S-12W | All | 466.181 | 501002450 | | |
| 5 | CAMERON | 20 | 14S-12W | All | 465.322 | 501002450 | | |
| 5 | CAMERON | 21 | 14S-12W | All | 465.198 | 501002450 | | |
| 5 | CAMERON | 22 | 14S-12W | All | 465.556 | 501002450 | | |
| 5 | CAMERON | 23 | 14S-12W | All | 465.897 | 501002450 | | |
| 5 | CAMERON | 24 | 14S-12W | All | 466.224 | 501002450 | | |
| 5 | CAMERON | 25 | 14S-12W | All | 486.266 | 501002450 | | |
| 5 | CAMERON | 26 | 14S-12W | All | 482.717 | 501002450 | | |
| 5 | CAMERON | 27 | 14S-12W | All | 479.168 | 501002450 | | |
| 5 | CAMERON | 28 | 14S-12W | All | 475.618 | 501002450 | | |

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
CAMERON PARISH, LA

EXHIBIT "A"

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 5 | CAMERON | 29 | 14S-12W | All | 472.069 | 501002450 | | |
| 5 | CAMERON | 30 | 14S-12W | All | 468.655 | 501002450 | | |
| 5 | CAMERON | 31 | 14S-12W | All | 466.926 | 501002450 | | |
| 5 | CAMERON | 32 | 14S-12W | All | 466.788 | 501002450 | | |
| 5 | CAMERON | 33 | 14S-12W | All | 466.561 | 501002450 | | |
| 5 | CAMERON | 34 | 14S-12W | All | 466.334 | 501002450 | | |
| 5 | CAMERON | 35 | 14S-12W | All | 466.107 | 501002450 | | |
| 5 | CAMERON | 36 | 14S-12W | All | 465.880 | 501002450 | | |
| 5 | CAMERON | 2 | 15S-11W | NW¼, portion of W½ of NE¼ | 150.062 | 501002450 | | |
| 5 | CAMERON | 3 | 15S-11W | NE¼, portion of NW¼ | 201.089 | 501002450 | | |
| 5 | CAMERON | 4 | 15S-11W | All, except portion of E½ of E½ of E½ - As per boundary agreement between Constance/Duhon, et al and John W. Mecom Company, Four M Properties, LTD dated May 24, 1978 filed of record with Cameron Parish, entry no. 156940, folio 621. | 446.108 | 501002450 | | |
| 5 | CAMERON | 5 | 15S-11W | All | 469.454 | 501002450 | | |
| 5 | CAMERON | 6 | 15S-11W | All | 469.454 | 501002450 | | |
| 5 | CAMERON | 7 | 15S-11W | All Fractional | 238.616 | 501002450 | | |
| 5 | CAMERON | 8 | 15S-11W | All Fractional | 212.024 | 501002450 | | |
| 5 | CAMERON | 9 | 15S-11W | All, except portion of E½ of E½ of E½ - As per boundary agreement between Constance/Duhon, et al and John W. Mecom Company, Four M Properties, LTD dated May 24, 1978 filed of record with Cameron Parish, entry no. 156940, folio 621. | 179.305 | 501002450 | | |
| 5 | CAMERON | 1 | 15S-12W | All Fractional | 288.239 | 501002450 | | |
| 5 | CAMERON | 2 | 15S-12W | All Fractional | 286.973 | 501002450 | | |
| 5 | CAMERON | 3 | 15S-12W | All Fractional | 318.856 | 501002450 | | |
| 5 | CAMERON | 4 | 15S-12W | All Fractional | 354.262 | 501002450 | | |
| 5 | CAMERON | 5 | 15S-12W | All Fractional | 391.512 | 501002450 | | |
| 5 | CAMERON | 6 | 15S-12W | All Fractional | 445.142 | 501002450 | | |
| 5 | CAMERON | 7 | 15S-12W | All Fractional | 29.787 | 501002450 | | |
| 5 | CAMERON | 10 | 15S-12W | All Irregular | 131.476 | 501002450 | | |
| 5 | CAMERON | 25 | 15S-12W | All Irregular | 57.930 | 501002450 | | |
| 5 | CAMERON | 26 | 15S-12W | All Irregular | 57.745 | 501002450 | | |
| 5 | CAMERON | 27 | 15S-12W | All Irregular | 57.559 | 501002450 | | |
| 5 | CAMERON | 28 | 15S-12W | All Irregular | 57.374 | 501002450 | | |
| 5 | CAMERON | 29 | 15S-12W | All Irregular | 57.294 | 501002450 | | |
| 5 | CAMERON | 30 | 15S-12W | All Irregular | 57.147 | 501002450 | | |
| 5 | CAMERON | 31 | 15S-12W | All Irregular | 57.000 | 501002450 | | |
| 5 | CAMERON | 32 | 15S-12W | All Irregular | 56.361 | 501002450 | | |
| 5 | CAMERON | 33 | 15S-12W | All Irregular | 56.300 | 501002450 | | |
| 5 | CAMERON | 34 | 15S-12W | All Irregular | 56.402 | 501002450 | | |
| 5 | CAMERON | 35 | 15S-12W | All Irregular | 56.423 | 501002450 | | |
| 5 | CAMERON | 36 | 15S-12W | All Irregular | 56.444 | 501002450 | | |
| 5 | CAMERON | 37 | 15S-12W | All Irregular | 47.949 | 501002450 | | |
| 5 | CAMERON | 38 | 15S-12W | All Irregular | 51.279 | 501002450 | | |
| 5 | CAMERON | 39 | 15S-12W | All Irregular | 51.491 | 501002450 | | |
| 5 | CAMERON | 40 | 15S-12W | All Irregular | 48.083 | 501002450 | | |
| 5 | CAMERON | 41 | 15S-12W | All Irregular | 46.517 | 501002450 | | |

# APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
## CAMERON PARISH, LA

EXHIBIT "A"

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESSMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 5 | CAMERON | 42 | 15S-12W | All Irregular | 43.160 | 501002450 | 19,982.60 | 19,983.00 |
| | | | | **Total Acreage** | 21,488.060 | | | |
| | | | | **Cameron Parish Total Acreage** | **25,121.545** | | **23,638.41** | **19,983.00** |

**TRACT OWNERSHIP**

| % | |
|---|---|
| 7/9 | APACHE LOUISIANA MINERALS, LLC |
| 1/9 | LMD INVESTMENTS LIMITED PARTNERSHIP, By: Los Corralitos Inc., General Partner |
| 1/9 | WICHITA PARTNERSHIP, LTD. |

**NOTES:**

(1) Due to discrepancies in the original GLO surveys of several townships along the gulf coast in the vicinity of "Mecom Ranch" (aka: Joyce Tract), the actual sizes of the townships per field survey are significantly less than the "call" width of a regular township.

(2) The acreage figures recited herein are derived from a Base Map of "Mecom Ranch" begun in the early 1990's during the Fina Oil and Chemical Company ownership and continued at present by Apache Louisiana Minerals, Inc. staff. This Base Map was compiled to provide an accurate map to used for Apache's in-house oil & gas exploration activities. This Base Map is the result of extensive on-the-ground surveying and the compilization of numerous boundary survey plats and boundary agreements affecting "Mecom Ranch".