

**MAP LEGEND**

— APACHE LOUISIANA MINERALS LLC BOUNDARY
▨ TAX ASSESSED ACREAGE
▨ APACHE ACREAGE AS PER TITLE
— APACHE / GRAY ESTATE BOUNDARY AGREEMENT
— APACHE / CONSTANCE-DUHON BOUNDARY AGREEMENT

**APACHE LOUISIANA MINERALS LLC PROPERTIES**
**CAMERON PARISH, LOUISIANA**

**APACHE LOUISIANA MINERALS LLC**
POST OFFICE BOX 206
HOUMA, LOUISIANA 70361-0206
TEL (985) 879-3528   FAX (985) 876-5267