**TAX NOTICE**

MAKE CHECKS PAYABLE TO
THEOS DUHON - CAMERON PARISH SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O. BOX 1250
CAMERON, LA 70631

TAX NOTICE# 301001050
WARD 03

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
CAMERON, LA
PERMIT NO. 12

YOUR PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL ASSESSOR'S OFFICE AT 337-775-5416.
ASSESSED VALUE: 19,748   LESS HOMESTEAD: 0   TAXABLE: 19,748

TAX YEAR 2010

TAX NOTICE# 301001050
WARD 03

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT | | TAX DISTRICT | AMOUNT |
|---|---|---|---|---|---|
| PARCEL NUMBER: 0301001050 MRSH WTR. MARSH - Use Value-15,444-2,574 AG. LAND CLASS IV - Use Value-4,304-269 ===PROPERTY DESCRIPTION=== TOTAL ACRES: 2843.4077 ACS.7/8 INTEREST IN A PARCEL THE FOLL:"ALL THE FOLL KNOWN AS THE JOYCE TRACT" T14S R10W: SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4;E/2NW/4;NW/4NW/4;NW/4SE/4;E/2SW/4, SEC 32-NW/4NW/4 AC IN ALL BEING 3655.81 ACS) (#101342) (#167418 40 4-521) (#116958) (#117272) (#180847 621-134) (#192707 (#200254 623-483) (#206692) (#268479 915-249 FROM FINA OIL CO)(#266484 915-512)(#268908 924-865 CAS COMPLETE DESCRIPTION AT COURTHOUSE" | 14.00M AMBULANCE DIST #2 22.04M CAMERON HOSPITAL 07.39M FIRE DIST #10 - JB 04.00M GRAVITY DRAIN #7 - J 52.65M PARISHWIDE 46.69M PARISHWIDE SCHOOL 07.90M REC DIST #5 - CAM 00.00M SCHOOL DIST #10 04.00M WATER DIST #10 - JB 02.00M WEST CAM PORT COM | $ 276.48 $ 435.26 $ 145.94 $ 79.00 $ 1,237.20 $ 925.99 $ 156.01 $ 0.00 $ 79.00 $ 39.50 | | 14.00M AMBULANCE DIST #2 22.04M CAMERON HOSPITAL 07.39M FIRE DIST #10 - JB 04.00M GRAVITY DRAIN #7 - JB 52.65M PARISHWIDE 46.69M PARISHWIDE SCHOOL 07.90M REC DIST #5 - CAM 00.00M SCHOOL DIST #10 04.00M WATER DIST #10 - JB 02.00M WEST CAM PORT COMM | $ 276.48 $ 435.26 $ 145.94 $ 79.00 $ 1,237.20 $ 925.99 $ 156.01 $ 0.00 $ 79.00 $ 39.60 |

THIS IS YOUR TAX RECEIPT WHEN PAID.
SEND TO YOUR MORTGAGE COMPANY

**TOTAL DUE ▶  $ 3,374.37**

**TOTAL DUE ▶  $ 3,374.37**

RETURN THIS STUB WITH YOUR PAYMENT

TAX YEAR 2010

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE CORPORATION
ATTN AMY MCMURRY
STANCIL & CO
P O BOX 149
RICHMOND TX 77406

ADDRESS CHANGE ON BACK     77406$0004 B002

# Cameron Parish - Assessor's Office
## Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

02/11/2013

## 2010 REAL ESTATE ASSESSMENT INFORMATION

### Parcel Information

PIN: **0301001050**  Purchase Price:
Parcel E911 Address  (No Address on File)

Subdivision or Geographic Area
**NO SUBDIVISION OR GEOGRAPHICAL AREA**
Township/Range/Section: **14S-10W-017**    Ward: **03**
Front Footage:    Parcel Area: **2,843 Acres**
Corner Lot: **0**   Entire Block: **0**   Side Footage:
Parcel Size:

Parcel Owner's ID: **4752**    Primary Owner: **Y**
Type of Ownership: **FEE SIMPLE TITLE**   Percent Owned: **100%**
Parcel Owner
**APACHE CORPORATION**
COB Book - Page:  -    Instrument No.:
Transfer Date: **01/01/1990**
Instrument Type: **Undefined**

### Taxpayer Information

Taxpayer's ID: **4752**
Taxpayer's Name
**APACHE CORPORATION**
Contact's Name (C/O)
**ATTN AMY MCMURRY**
Mailing Address
**STANCIL & CO**
**P O BOX 149**
**RICHMOND, TX 77406**

### Assessment Information

Assessment No: **301001050**

| | | |
|---|---|---|
| Folder: | Land Assessment: | 19,748 |
| Changed Last:   / / | Imp. Assessment: | 0 |
| Revalued Last:  / / | Total Assessment: | 19,748 |
| Homestead Filed: | Homestead Exemption: | - 0 |
| Homestead Percent: | Taxable Value: | 19,748 |

Status: **ACTIVE 301001050**

## Assessment Breakdown

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 1300 | AG. LAND CLASS IV - Use Value | AG04 | 269.00 Units | $4,304.00 | 4,304 | NONE |
| 2200 | BRSH WTR. MARSH - Use Value | BM01 | 2574.00 Units | $15,444.00 | 15,444 | NONE |

Legal Description: *(See listing report for full legal description if required.)*
* TOTAL ACRES: 2843.4077 ACS.
7/9 INTEREST IN ALL THE FOLL:
**ALL THE FOLL KNOWN AS THE JOYCE TRACT**
T14S R10W:  SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4;E/2NW/4;NW/4NW/4;NW/4SE/4;
E/2SW/4, SEC 32-NW/4NW/4  (AC IN ALL BEING 3655.81 ACS)
 (#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707) (#200254 623-483) (#206992)  (#266479 915-249 FROM FINA OIL CO)
(#266484 915-512)
 (#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD)
 (#242064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC 75% OF 7/9
& ASS'D TO THEM)
 (#278564 959-166 MIRANT SOUTH LOUISIANA FEE LLC TO LATERRE CO LTD)
 (#278719 959-827 LATERRE CO LTD TO APACHE CORP)