**PLAQUEMINES PARISH** **STATUS: ACTIVE**

| TAX | TAX ACCOUNT | ASSESSMENT | TAX AUTHORITY | WARD |
|---|---|---|---|---|
| 2010 | 0 | 1523300 | PLAQUEMINES PARISH | 1 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | 2000 POST OAK BLVD<br>050160 Amoretti to Port SulphuLOT NO |

**ASSESSED VALUES**

**HOMESTEAD: YES**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| Marsh (Salt) | 971.00.0 | 2915 | 0 | 2915 |
|  | TOTALS | 2915 | 0 | 2915 |

**ESTIMATED TAXES**

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| ASR Assessment District | 1.20M | $3.50 | $0.00 | $3.50 |
| HLT Public Health | 1.00M | $2.92 | $0.00 | $2.92 |
| HOS Hospital | 2.49M | $7.26 | $0.00 | $7.26 |
| HP2 Constr/Maint/Operations | 2.83M | $8.25 | $0.00 | $8.25 |
| INC Incineration | 1.00M | $2.92 | $0.00 | $2.92 |
| LA2 Law Enforce-Additional | 6.57M | $19.15 | $0.00 | $19.15 |
| LA3 Jail Facility | 6.24M | $18.19 | $0.00 | $18.19 |
| LAW Law Enforcement | 3.64M | $10.61 | $0.00 | $10.61 |
| LIB Library | 1.00M | $2.92 | $0.00 | $2.92 |
| PAR Parish | 3.66M | $10.67 | $0.00 | $10.67 |
| POL Pollution Ctrl | 2.00M | $5.83 | $0.00 | $5.83 |
| ROD Road Maintenance | 1.51M | $4.40 | $0.00 | $4.40 |
| SCH Regular School | 6.03M | $17.58 | $0.00 | $17.58 |
| SP1 Emp Health Ins | 1.70M | $4.96 | $0.00 | $4.96 |
| SP2 Salaries #1 | 2.40M | $7.00 | $0.00 | $7.00 |
| SP3 Maintenance/Operation | 4.78M | $13.93 | $0.00 | $13.93 |
| SP4 Salaries #2 | 7.50M | $21.86 | $0.00 | $21.86 |
| SP5 Technology | 1.00M | $2.92 | $0.00 | $2.92 |
| SP6 Capital Imp/Operations | 1.00M | $2.92 | $0.00 | $2.92 |
| WAS Waste Disposal | 2.98M | $8.69 | $0.00 | $8.69 |
| WAT Water | 2.00M | $5.83 | $0.00 | $5.83 |
|  | TOTALS | $182.31 | $0.00 | $182.31 |

**PROPERTY DESCRIPTION**

NE/4. NW/4. SE/4 & SW/4 OF SEC 6 (560 AC).  NE/4. NW/4. SE/4 & SW/4 OF