## ASSESSOR ROBERT R. GRAVOLET, CLA

Parish of Plaquemines
Real Estate Office
Post Office Box 7129
Belle Chasse, LA 70037-7129
Office: (504) 297-5256 / Fax: (504) 297-5262

# FAX

**TO:** Armand Samuels  
**FAX:** (504) 310-9195  
**PHONE:** (504) 523-1165  
**SUBJECT:** Apache assessment request  

**FROM:** Belinda Hazel  
**FAX:** (504) 297-5262  
**PHONE:** (504) 297-5256  
**DATE:** 5/22/2013  
**PAGES:**

**PLAQUEMINES PARISH ASSESSOR'S OFFICE**
P. O. Box 7129
Belle Chasse, LA 70037 - 7129
Telephone: # (504) 297-5256
Fax: # (504) 297-5262

DATE: 5/21/2013

PHONE #: (504) 523-1165

BILL TO: Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St
27th Floor, Pan-American Life Center
New Orleans, LA 70130

| DATE | DESCRIPTION | AMOUNT | SIGNATURE |
|---|---|---|---|
| 5/21/13 | Assessment Sheets Apache (18) properties | $18.00 | emailed 5/21/13 by BRH |
| | | $18.00 | C/o Armand Samuels |

TERMS: Payment due 15 days upon receipt.

THANK YOU

1-524150
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                      8/23/04  BTB
STE 100
HOUSTON        TX 77056


BU 5  4   LATs 02              Map TSR

Land Code  050140


Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (356 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 35 (404 AC) ALL IN T18S R25E.

Assessments
Code Type                Units      A/V
MB  Marsh (Brackish)    760.00     3,040

              Total A/V            3,040

Vendors
APACHE CORP                         1074        455  19 Mult          0    3/01/04
VERMILION BAY LAND CO                857   68   349  19 Mult  1,681,140   12/30/94

User Data
  TSR  Township/Rang     T18S R25E SEC 34 NE/4
  TSR  Township/Rang     T18S R25E SEC 34 NW/4
  TSR  Township/Rang     T18S R25E SEC 34 SE/4
  TSR  Township/Rang     T18S R25E SEC 34 SW/4
  TSR  Township/Rang     T18S R25E SEC 35 NE/4
  TSR  Township/Rang     T18S R25E SEC 35 NW/4
  TSR  Township/Rang     T18S R25E SEC 35 SE/4
  TSR  Township/Rang     T18S R25E SEC 35 SW/4

1-522750
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                          8/23/04   BTB
STE 100
HOUSTON         TX 77056


BU 5  4   LATs  02                 Map TSR

Land Code   050160


### Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC).  NE/4, NW/4, SE/4 & SW/4 OF
SEC 2 (527 AC) ALL IN T19S R26E.

### Assessments

| Code | Type        | Units   | A/V   |
|------|-------------|---------|-------|
| MS   | Marsh (Salt)| 1167.00 | 3,500 |
|      | Total A/V   |         | 3,500 |

### Vendors

| Vendor | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP          | 1074 | 455 | 19 Mult |         0 | 3/01/04 |
| VERMILION BAY LAND CO|  857 |  68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

### User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 01 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 01 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 01 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 01 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 02 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 02 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 02 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 02 SW/4 |

```
1-523400
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                    6/06/12  BTB
STE 100
HOUSTON            TX 77056


BU 5   4   LATs  02                   Map TSR

Land Code  050160
```

### Description
NE/4 & NW/4 OF SEC 4 (120 AC). NE/4, NW/4 & SW/4 OF SEC 5 (360 AC)
FRL SEC 3 (640 AC). ALL IN T19S R26E.

### Assessments

| Code | Type        | Units    | A/V   |
|------|-------------|----------|-------|
| MS   | Marsh (Salt)| 1120.00  | 3,360 |
|      | Total A/V   |          | 3,360 |

### Vendors

| Vendor             |      |    |     |         |           |          |
|--------------------|------|----|-----|---------|-----------|----------|
| APACHE CORP        | 1074 |    | 455 | 19 Mult |         0 | 3/01/04  |
| VERMILION BAY LAND CO | 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

### User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 04 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 04 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 05 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 05 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 05 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 03 FRL |

1-523350                         9/16/13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                       8/23/04   BTB
STE 100
HOUSTON          TX 77056


BU 5   4    LAT: 02                 Map TSR

Land Code  050160


## Description

NE/4, NW/4, SE/4 & SW/4 OF SEC 10 (465.50 AC). NW/4 & SW/4 OF SEC 8
300 AC). NE/4 & SE/4 OF SEC 9 (80 AC) ALL IN T19S R26E.

## Assessments

| Code | Type        | Units  | A/V   |
|------|-------------|--------|-------|
| MS   | Marsh (Salt)| 845.50 | 2,535 |
|      | Total A/V   |        | 2,535 |

## Vendors

| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP            | 1074 | 455 | 19 Mult |         0 | 3/01/04 |
| VERMILION BAY LAND CO  | 857  | 68  | 349 | 19 Mult | 1,681,140 | 12/30/94 |

## User Data

| TSR | Township/Rang | T19S R26E SEC 10 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 10 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 10 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 10 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 08 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 08 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 09 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 09 SE/4 |

1-524550
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100                                                          8/23/04  BTB
HOUSTON         TX 77056

BU 5  4   LATs 02                    Map TSR

Land Code  050160

## Description

NE/4, NW/4, SE/4 & SW/4 OF SEC 11 (600 AC). NE/4, NW/4, SE/4 & SE/4
OF SEC 12 (640 AC) ALL IN T19S R26E.

## Assessments

| Code | Type        | Units   | A/V   |
|------|-------------|---------|-------|
| MS   | Marsh (Salt)| 1240.00 | 3,720 |
|      | Total A/V   |         | 3,720 |

## Vendors

| Vendor              |      |    |     |         |           |          |
|---------------------|------|----|-----|---------|-----------|----------|
| APACHE CORP         | 1074 |    | 455 | 19 Mult |         0 | 3/01/04  |
| VERMILION BAY LAND CO|  857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

## User Data

| TSR | Township/Rang | T19S R26E SEC 11 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 11 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 11 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 11 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 12 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 12 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 12 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 12 SW/4 |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                     8/23/04  BTB
STE 100
HOUSTON          TX 77056


BU 5  4   LATs  02                Map TSR

Land Code  050160


Description
1280 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4,
SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T19S R26E.

Assessments
| Code | Type | Units | A/V |
|---|---|---|---|
| MS | Marsh (Salt) | 1280.00 | 3,840 |
| | Total A/V | | 3,840 |

Vendors
| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP | 1,074 | | 455 | 19 Mult | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

User Data
| | | |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 13 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 13 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 13 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 13 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 14 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 14 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 14 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 14 SW/4 |

1-523650
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                              8/23/04  BTB
STE 100
HOUSTON         TX 77056


BU 5  4   LAT: 02              Map TSR

Land Code  050160


Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC).  NW/4 OF SEC 17 (48 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) ALL IN T19S R26E.

Assessments
| Code | Type | Units | A/V |
|---|---|---|---|
| MB | Marsh (Brackish) | 1010.00 | 4,040 |
| | Total A/V | | 4,040 |

Vendors
| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP | 1074 | 455 | 19 | Mult | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68  349 | 19 | Mult | 1,681,140 | 12/30/94 |

User Data
| TSR | Township/Rang | T19S R26E SEC 15 NE/4 |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 15 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 15 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 15 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 17 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 18 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 18 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 18 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 18 SW/4 |

```
1-523700                                                        8/23/04   BTB
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON            TX 77056


BU 5   4   LATs  02                Map TSR

Land Code  050160
```

## Description

NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (354 AC). SE/4 & SW/4 OF SEC 20 (57 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 21 (555 AC) ALL IN T19S R26E.

## Assessments

| Code | Type        | Units  | A/V   |
|------|-------------|--------|-------|
| MS   | Marsh (Salt)| 966.00 | 2,900 |
|      | Total A/V   |        | 2,900 |

## Vendors

| Vendor              |      |    |     |    |      |           |          |
|---------------------|------|----|-----|----|------|-----------|----------|
| APACHE CORP         | 1074 |    | 455 | 19 | Mult | 0         | 3/01/04  |
| VERMILION BAY LAND CO| 857 | 68 | 349 | 19 | Mult | 1,681,140 | 12/30/94 |

## User Data

```
  TSR  Township/Rang       T19S R26E SEC 19 NE/4
  TSR  Township/Rang       T19S R26E SEC 19 NW/4
  TSR  Township/Rang       T19S R26E SEC 19 SE/4
  TSR  Township/Rang       T19S R26E SEC 19 SW/4
  TSR  Township/Rang       T19S R26E SEC 20 SE/4
  TSR  Township/Rang       T19S R26E SEC 20 SW/4
  TSR  Township/Rang       T19S R26E SEC 21 NE/4
  TSR  Township/Rang       T19S R26E SEC 21 NW/4
  TSR  Township/Rang       T19S R26E SEC 21 SE/4
  TSR  Township/Rang       T19S R26E SEC 21 SW/4
```

1-523000
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON        TX 77056

8/23/04  BTB

BU  5  4   LATs  02                    Map TSR

Land Code   050160

## Description
1190 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 22 (590 AC).  NE/4, NW/4,
SE/4 & SW/4 OF SEC 23 (600 AC) ALL IN T19S R26E.

## Assessments
| Code | Type | Units | A/V |
|------|------|-------|-----|
| MB | Marsh (Brackish) | 1190.00 | 4,760 |
| | Total A/V | | 4,760 |

## Vendors
| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP | 1074 | 455 | 19 Mult | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

## User Data
| TSR | Township/Rang | T19S R26E SEC 22 NE/4 |
|-----|---------------|----------------------|
| TSR | Township/Rang | T19S R26E SEC 22 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 22 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 22 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 23 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 23 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 23 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 23 SW/4 |

1-523750
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                          8/23/04  BTB
STE 100
HOUSTON         TX 77056


BU S  4   LATs  02                Map TSR

Land Code  050160


Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 27 T19S R26E.

Assessments
| Code Type     | Units  | A/V   |
|---------------|--------|-------|
| MS Marsh (Salt) | 499.00 | 1,495 |
|               | Total A/V | 1,495 |

Vendors
| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP         | 1074 |     | 455 | 19 Mult |           | 3/01/04  |
| VERMILION BAY LAND CO | 857  | 68  | 349 | 19 Mult | 1,681,140 | 12/30/94 |

User Data
| TSR | Township/Rang | T19S R26E SEC 27 NE/4 |
|-----|---------------|-----------------------|
| TSR | Township/Rang | T19S R26E SEC 27 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 27 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 27 SW/4 |

1-524000
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD 9/21/04 GAF
STE 100
HOUSTON TX 77056

BU 5 4 LAT: 02 Map TSR

Land Code 050160

### Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (355 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 29 (200 AC) ALL IN T19S R26E.

### Assessments

| Code | Type | Units | A/V |
|---|---|---|---|
| MS | Marsh (Salt) | 555.00 | 1,665 |
| | Total A/V | | 1,665 |

### Vendors

| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP | 1074 | | 455 | 19 Mult | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

### User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 28 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 28 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 28 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 28 SW/4 |
| TSR | Township/Rang | T19S R26E SEC 29 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 29 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 29 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 29 SW/4 |

1-524200
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                              8/23/04  BTB
STE 100
HOUSTON         TX 77056


BU 5  4   LATs  02                  Map TSR

Land Code  050220


Description
NE/4, NW/4, SE/4 & SE/4 OF SEC 18 (72 AC).  NE/4, NW/4, SE/4 & SW/4 OF
SEC 19 (98 AC).  NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (246 AC) ALL IN
T20S R26E.

Assessments

| Code | Type        | Units  | A/V   |
|------|-------------|--------|-------|
| MS   | Marsh (Salt)| 416.00 | 1,250 |
|      | Total A/V   |        | 1,250 |

Vendors

| Vendor               |      |    |     |         |           |          |
|----------------------|------|----|-----|---------|-----------|----------|
| APACHE CORP          | 1074 |    | 455 | 19 Mult | 0         | 3/01/04  |
| VERMILION BAY LAND CO| 857  | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

User Data

| TSR | Township/Rang | T20S R26E SEC 18 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 18 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 18 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 18 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 19 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 19 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 19 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 19 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 20 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 20 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 20 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 20 SW/4 |

1-524300
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                  8/23/04  BTB
STE 100
HOUSTON         TX 77056


BU 5  4   LAT: 02                Map TSR

Land Code  050160


### Description
NE/4 & SW/4 OF SEC 29 (140 AC).  NE/4, NW/4 & SE/4 OF SEC 30 (48 AC)
ALL IN T20S R26E.

### Assessments

| Code | Type        | Units  | A/V |
|------|-------------|--------|-----|
| MS   | Marsh (Salt)| 188.00 | 565 |
|      | Total A/V   |        | 565 |

### Vendors

| Vendor              |     |     |     |        |           |          |
|---------------------|-----|-----|-----|--------|-----------|----------|
| APACHE CORP         | 1074|     | 455 | 19 Mult| 0         | 3/01/04  |
| VERMILION BAY LAND CO| 857 | 68  | 349 | 19 Mult| 1,681,140 | 12/30/94 |

### User Data

| TSR | Township/Rang | T20S R26E SEC 29 NE/4 |
|-----|---------------|------------------------|
| TSR | Township/Rang | T20S R26E SEC 29 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 30 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 30 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 30 SE/4 |

1-524350
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                      8/23/04  BTB
STE 100
HOUSTON          TX 77056

BU 6  4   LATs  02              Map TSR

Land Code  050160

## Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 9 (369 AC) ALL IN T20S R27E.

## Assessments

| Code Type       | Units   | A/V   |
|-----------------|---------|-------|
| MS Marsh (Salt) | 369.00  | 1,105 |
|                 Total A/V | 1,105 |

## Vendors

| Vendor              |      |    |     |         |           |          |
|---------------------|------|----|-----|---------|-----------|----------|
| APACHE CORP         | 1074 |    | 455 | 19 Mult | 0         | 3/01/04  |
| VERMILION BAY LAND CO| 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

## User Data

| TSR | Township/Rang | T20S R27E SEC 09 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 09 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 09 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 09 SW/4 |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                    8/23/04   BTB
STE 100
HOUSTON          TX 77056


BU 6  4   LATs  02                Map TSR

Land Code  050160


Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 ALL IN T20S R27E.

Assessments
Code Type              Units        A/V
MS Marsh (Salt)        260.00       780

             Total A/V             780

Vendors
APACHE CORP                     1074       455  19 Mult        0    3/01/04
VERMILION BAY LAND CO            857   68  349  19 Mult  1,681,140  12/30/94

User Data
  TSR  Township/Rang       T20S R27E SEC 15 NE/4
  TSR  Township/Rang       T20S R27E SEC 15 NW/4
  TSR  Township/Rang       T20S R27E SEC 15 SE/4
  TSR  Township/Rang       T20S R27E SEC 15 SW/4


*COB 65 Folio 614 From Levee Bd*

*Orig Deed says 260 Ac*

*Apache map shows 334.59 Ac*

1-524500
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                          8/23/04  BTB
STE 100
HOUSTON           TX 77056


BU 6  4   LAT: 02                Map TSR

Land Code  050180


### Description
1867.50 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 33 (640 AC).  NE/4, NW/4,
SE/4 & SW/4 OF SEC 34 (640 AC).  NE/4, NW/4, SE/4 & SW/4 OF SEC 35
(587.50 AC) ALL IN T20S R27E.

### Assessments

| Code | Type        | Units    | A/V   |
|------|-------------|----------|-------|
| MS   | Marsh (Salt)| 1867.50  | 5,600 |
|      | Total A/V   |          | 5,600 |

### Vendors

| Vendor              | | | | | | |
|---------------------|------|----|-----|---------|-----------|----------|
| APACHE CORP         | 1074 |    | 455 | 19 Mult | 0         | 3/01/04  |
| VERMILION BAY LAND CO| 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |

### User Data

| TSR | Township/Rang | T20S R27E SEC 33 NE/4 |
|-----|---------------|-----------------------|
| TSR | Township/Rang | T20S R27E SEC 33 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 33 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 33 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 34 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 34 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 34 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 34 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 35 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 35 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 35 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 35 SW/4 |

```
1-524700                 7/16/12
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                            8/23/04   BTB
STE 100
HOUSTON         TX 77056


BU 5  4   LATs  02                  Map TSR

Land Code   050160



Description
NE/4, SE/4 & SW/4 OF SEC 31 (115 AC).  NE/4, NW/4 & SW/4 OF SEC 32 (35
AC) ALL IN T20S R26E.

Assessments
Code Type            Units         A/V
MS Marsh (Salt)      150.00        450


            Total A/V             450

Vendors
APACHE CORP                   1074       455  19 Mult          0    3/01/04
VERMILION BAY LAND CO          857   68  349  19 Mult  1,681,140   12/30/94

User Data
   TSR   Township/Rang      T20S R26E SEC 31 NE/4
   TSR   Township/Rang      T20S R26E SEC 31 SE/4
   TSR   Township/Rang      T20S R26E SEC 31 SW/4
   TSR   Township/Rang      T20S R26E SEC 32 NE/4
   TSR   Township/Rang      T20S R26E SEC 32 NW/4
   TSR   Township/Rang      T20S R26E SEC 32 SW/4
```

1-523100
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                      8/23/04  BTB
STE 100
HOUSTON              TX 77056

BU 6  4   LATs  02                    Map TSR

Land Code  050160

## Description

NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 14 (640 AC) ALL IN T20S R27E.

## Assessments

| Code | Type        | Units    | A/V   |
|------|-------------|----------|-------|
| MS   | Marsh (Salt)| 1280.00  | 3,840 |
|      | Total A/V   |          | 3,840 |

## Vendors

| Vendor              |      |     |         |           |          |
|---------------------|------|-----|---------|-----------|----------|
| APACHE CORP         | 1074 | 455 | 19 Mult | 0         | 3/01/04  |
| VERMILION BAY LAND CO | 857 | 68  | 349 19 Mult | 1,681,140 | 12/30/94 |

## User Data

| TSR | Township/Rang | T20S R27E SEC 13 NE/4 |
|-----|---------------|------------------------|
| TSR | Township/Rang | T20S R27E SEC 13 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 13 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 13 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 14 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 14 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 14 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 14 SW/4 |