# Stan Duval

| | |
|---|---|
| From: | David Smith [dsmith@browngreer.com] |
| Sent: | Thursday, May 23, 2013 1:47 PM |
| To: | Stan Duval; Beth Smyers |
| Cc: | Matthew Howells |
| Subject: | RE: Apache Louisiana Minerals, LLC |

I am working on getting this information for you.  Please bear with me as I cut through some red tape.

David

-----Original Message-----
From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Monday, May 20, 2013 2:08 PM
To: Beth Smyers
Cc: Matthew Howells; David Smith
Subject: Apache Louisiana Minerals, LLC

I also wanted to check on getting the breakdown by Section Township and Range for the Apache - Terrebonne Parish - Eligibility Notice we received.  You may recall that we previously spoke about this.  Thanks for all your help.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA    70361-3017
Telephone:  985.876.6410
Facsimile:   985.851.1490
Email:          stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.


-----Original Message-----
From: Beth Smyers [mailto:bsmyers@browngreer.com]
Sent: Sunday, May 19, 2013 10:07 PM
To: Stan Duval
Cc: Matthew Howells; David Smith
Subject: FW: Message from "RNP0026731D94A0"

Stan,
I will be out of the office this week, but I am coping Matt Howells who can look into this claim for you.

1

Thanks,
Beth

-----Original Message-----
From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Sunday, May 19, 2013 2:28 PM
To: Beth Smyers
Subject: FW: Message from "RNP0026731D94A0"

Beth,

Could you please take a look at the below email from my law partner, Mr. Watkins, along with the attached and update me as to the status of this claim.  Brush Island is owned by approximately 40 different people, and Mr. Watkins represents most of them.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:   985.851.1490
Email:          stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

-----Original Message-----
From: Bill Watkins
Sent: Wednesday, May 15, 2013 1:47 PM
To: Stan Duval
Subject: FW: Message from "RNP0026731D94A0"


Stan, the attached claimant details page is for the first Brush Island claim that I filed in October last year. I would appreciate your inquiring about what is taking so long.



-----Original Message-----
From: scanner@duvallawfirm.com [mailto:scanner@duvallawfirm.com]
Sent: Wednesday, May 15, 2013 12:41 PM
To: Bill Watkins
Subject: Message from "RNP0026731D94A0"

This E-mail was sent from "RNP0026731D94A0" (Aficio MP C5501A).

2

Scan Date: 05.15.2013 13:41:11 (-0400)
Queries to: scanner@duvallawfirm.com