LAW OFFICES

# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

*(A Professional Law Corporation)*

101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

June 4, 2013

In Re:    Deepwater Horizon Claims Center
          Claimant: Apache Louisiana Minerals LLC
          Claimant ID: 100176960
          Claim ID: 174112

## SUPPORTING MEMORANDUM ON BEHALF OF APACHE LOUISIANA MINERALS LLC ("ALM") IN SUPPORT OF ITS REQUEST FOR RECONSIDERATION

This Memorandum is submitted on behalf of Apache Louisiana Minerals LLC ("ALM"). ALM received an Eligibility Notice dated May 7, 2013 in the amount of $14,820,397.83. ALM is a large property owner in Louisiana, and the property related to the above Eligibility Notice is located in Terrebonne Parish, Louisiana.

As a major landowner, ALM has a land management staff and GIS capabilities. ALM's staff has calculated the amount of oiled shoreline as per the Settlement Agreement, and their calculation far exceeds the calculation of the Claims Administrator, as set forth in the Eligibility Notice.

Attached hereto as Exhibit "1" is a map prepared by ALM's staff indicating the amount of oiled shoreline as determined by ALM's staff. Please note that the ERMA maps were used to determine the oiled shoreline, and ALM's calculations are consistent with the Settlement Agreement.

Exhibit 12B to the Deepwater Horizon Economic and Property Damages Settlement Agreement is the Wetlands Real Property Claims Zone Map. This map was used by ALM's staff to determine which of its properties were in the Wetlands Claim Zone. Exhibit 1 indicates ALM's property located within the Wetlands Compensation Zone in the color yellow. As can be seen from Exhibit "1", most of ALM's property is in the Wetlands Compensation Zone. Exhibit 12A to the Deepwater Horizon Economic and Property Damages Settlement is entitled "Compensation Framework for Wetlands Real Property Claims". Exhibit 12A, section 1B provides as follows, "Wetlands Real Property Claim Zone shall be defined as the blue shaded portions of the Wetlands Real Property Compensation Zone Map attached as appendix A." These blue sections correspond to the yellow section outlined in Exhibit "1". Section 1C

1

provides, "eligible parcels shall be defined as parcels located within the Wetlands Real Property Claim Zone." Section 1D provides that an eligible parcel should be placed into one of two compensation categories, either compensation category A or compensation category B.

As the Claims Administrator is aware, the Deepwater Horizon Settlement website has an interactive mapping tool in which a property owner such as ALM can enter the section, township and range of its property to determine whether or not it falls in the wetlands real property claim zone. Furthermore, that website answers the question, "what is the compensation category?" Attached as Exhibit 2 is a printout from that website defining compensation category A and compensation category B. Attached as exhibits 3 through 7 are print outs of various selections of ALM's property which confirmed that ALM's property is in wetlands real property claim zone, compensation category "A". The following is a synopsis of those exhibits:

- Exhibit 3 shows that section 42 in T19S – R19E is within the Wetlands Real Property Claims Zone Compensation Category A.
- Exhibit 4 shows that section 48 in T19S – R19E is within the Wetlands Real Property Claims Zone Compensation Category A.
- Exhibit 5 shows that section 10 in T20S - R19E is within the Wetlands Real Property Claims Zone Compensation Category A.
- Exhibit 6 shows that section 2 in T20S – R20E is within the Wetlands Real Property Claims Zone Compensation Category A.
- Exhibit 7 shows that section 31 in T20S – R19E is within the Wetlands Real Property Claims Zone Compensation Category A.

As can be seen from the above exhibits, all of ALM's property is shown as within the Wetlands Real Property Claims Zone, Compensation Category A: on the Claims Administrator's own website. Therefore, it appears that the eligibility notice issued is woefully short on the calculation of the linear footage of shoreline within the Wetlands Real Property Claims Zone, Compensation Category A.

As can be seen from Exhibit "1", ALM has determined that it owns 4,275,833 linear feet of shoreline within the Wetlands Real Property Claim Zone, Compensation Category A. This greatly exceeds the indication of linear feet of shoreline as per the Eligibility Notice, 337,038 linear feet.

ALM, through undersigned counsel, has repeatedly requested the backup information to determine how the Claims Administrator determined its measurement. To date, we have received nothing from the Claims Administrator that allows ALM to compare its calculations to that of the Claims Administrator. For example, ALM has not been told what parcels of property have been identified as oiled by the Claims Administrator, much less an identification of those parcels by section, township and range. In short, without the requested information (a copy of e-

2

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

mails requesting that information are attached hereto in globo as Exhibit "8"), ALM cannot verify the amount of oiled property reported by the Claims Administrator.

It is important to recognize that the Settlement Agreement constitutes and reflects the compromise of disputed claims. It is the responsibility of the Settlement Program to faithfully apply the terms of the Settlement Agreement, based on the documents that are accepted as sufficient under the terms of that Agreement, and by the Claims Administrator. Central to the interpretation, implementation and application of the Settlement Agreement is the assurance of a "Claimant – friendly" process, under which the Program would afford Claimants with notice, information, assistance and opportunity to achieve the *maximum amount* of compensation to which it is entitled under the Settlement Framework that were negotiated.

It is clear that the intent of the Agreement was to ensure that a Claimant would be provided with the most favorable level of compensation afforded under the terms of the Settlement Framework.

It is submitted that the maps attached hereto accurately reflect the amount of shoreline impacted pursuant to exhibit 12 of the Settlement Agreement; therefore, this reconsideration should be granted and ALM's shoreline property as indicated on Exhibit "1" be included in calculating the compensation amount.

Respectfully submitted:

**DUVAL, FUNDERBURK, SUNDBERY,**
**LOVELL & WATKINS**

BY: _____

**C. BERWICK DUVAL, II (5109)**
**STANWOOD R. DUVAL, (27732)**
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Phone: (985) 876-6410
Fax: (985) 851-1490
Email: berwick@duvallawfirm.com
Attorneys for Apache Louisiana Minerals LLC

3



MAP LEGEND
BP COMPENSATION ZONE "A"
APACHE LOUISIANA MINERALS LLC (ALM) PROPERTY LINE
ALM SHORELINE WITHIN THE COMPENSATION ZONE PER NOAA/ERMA WEBSITE - 4,275,883 LIN FT

SCALE IN FEET
0   3000   6000   12000   18000   24000

**APACHE LOUISIANA MINERALS LLC**
POST OFFICE BOX 206 | HOUMA, LA 70361
TERREBONNE PARISH PROPERTIES  05/29/13

EXHIBIT
1











































**Stan Duval**

**From:** David Smith [dsmith@browngreer.com]
**Sent:** Thursday, May 23, 2013 1:47 PM
**To:** Stan Duval; Beth Smyers
**Cc:** Matthew Howells
**Subject:** RE: Apache Louisiana Minerals, LLC

I am working on getting this information for you. Please bear with me as I cut through some red tape.

David

-----Original Message-----
From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Monday, May 20, 2013 2:08 PM
To: Beth Smyers
Cc: Matthew Howells; David Smith
Subject: Apache Louisiana Minerals, LLC

I also wanted to check on getting the breakdown by Section Township and Range for the Apache - Terrebonne Parish - Eligibility Notice we received. You may recall that we previously spoke about this. Thanks for all your help.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

-----Original Message-----
From: Beth Smyers [mailto:bsmyers@browngreer.com]
Sent: Sunday, May 19, 2013 10:07 PM
To: Stan Duval
Cc: Matthew Howells; David Smith
Subject: FW: Message from "RNP0026731D94A0"

Stan,
I will be out of the office this week, but I am coping Matt Howells who can look into this claim for you.



1

Thanks,
Beth

-----Original Message-----
From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Sunday, May 19, 2013 2:28 PM
To: Beth Smyers
Subject: FW: Message from "RNP0026731D94A0"

Beth,

Could you please take a look at the below email from my law partner, Mr. Watkins, along with the attached and update me as to the status of this claim. Brush Island is owned by approximately 40 different people, and Mr. Watkins represents most of them.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA  70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:    stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

-----Original Message-----
From: Bill Watkins
Sent: Wednesday, May 15, 2013 1:47 PM
To: Stan Duval
Subject: FW: Message from "RNP0026731D94A0"

Stan, the attached claimant details page is for the first Brush Island claim that I filed in October last year. I would appreciate your inquiring about what is taking so long.

-----Original Message-----
From: scanner@duvallawfirm.com [mailto:scanner@duvallawfirm.com]
Sent: Wednesday, May 15, 2013 12:41 PM
To: Bill Watkins
Subject: Message from "RNP0026731D94A0"

This E-mail was sent from "RNP0026731D94A0" (Aficio MP C5501A).

2

Scan Date: 05.15.2013 13:41:11 (-0400)
Queries to: scanner@duvallawfirm.com