LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

June 25, 2013

Deepwater Horizon Claims Administration

      Re: Apache Louisiana Minerals LLC - BP Claim
         Claimant ID No: 10076960

To Whom It May Concern:

  On June 4, 2013, Apache Louisiana Minerals LLC ("ALM") filed its Request for Reconsideration and at the same time uploaded several documents including correspondence from the undersigned. In that correspondence, it was noted that ALM had not received a breakdown of amounts paid per section, township, and range. Shortly after uploading that correspondence to the portal, the undersigned received a spreadsheet showing that breakdown. (A copy of that breakdown is attached as Exhibit A.)

  Please note that on Exhibit A, the following sections were given a compensation value of zero, despite the fact that the NOAA website shows that SCAT teams visited those sections. Per ALM's internal calculations, the "ALM-nonoiled SCAT" column should contain the following figures:

- S17-T20S-R19E – 18,204 linear footage
- S18-T20S-R19E – 3,740 linear footage
- S26-T20S-R19E – 8,010 linear footage

  There is no explanation given as to why the above three sections are not given a compensation value despite the fact that the NOAA website shows these tracts as being visited by SCAT teams.

            Sincerely,

            STANWOOD R. DUVAL

SRD/pc

Enclosure

cc: Ms. Nikeita Ashe, via e-mail: nashe@dhecc.com
   Mr. Andrew S. Friedberg, via e-mail: andrew.friedberg@apachecorp.com
   Mr. Timothy Allen, via email: Timothy.Allen@apachecorp.com
   Ms. Elizabeth M. Smyers, via e-mail: bsmyers@browngreer.com