| Section - Township - Range | Parcel ID | Oiled SCAT (Feet) | Non-Oiled SCAT (Feet) | Oiled NRD Pre-Assessment | Oiled NRD Rapid Assessment | Oiled NRD CWVA | Compensation |
|---|---|---|---|---|---|---|---|
| S10-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S10-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S10-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S117-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S118-T20S-R18E | R06-31436 | 0 | 9.291603 | 0 | 0 | 0 | $ 246.37 |
| S119-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S11-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S11-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S11-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S120-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S122-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S12-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S12-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S12-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S13-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S13-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S13-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S14-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S14-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S15-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S15-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S15-T20S-R20E | R06-31436 | 0 | 11565.30991 | 0 | 0 | 0 | $ 306,655.94 |
| S16-T20S-R19E | R06-31436 | 0 | 7039.630995 | 0 | 0 | 0 | $ 186,656.88 |
| S16-T20S-R20E | R06-31436 | 0 | 4126.716248 | 0 | 0 | 0 | $ 109,420.51 |
| S17-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S18-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S18-T20S-R20E | R06-31436 | 0 | 11026.68492 | 0 | 0 | 0 | $ 292,374.22 |
| S19-T20S-R19E | R06-31436 | 0 | 6568.010788 | 0 | 0 | 0 | $ 174,151.80 |
| S19-T20S-R20E | R06-31436 | 0 | 9016.4303 | 0 | 0 | 0 | $ 239,072.02 |
| S1-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S1-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S20-T20S-R19E | R06-31436 | 0 | 11919.03693 | 0 | 0 | 0 | $ 316,035.07 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---:|
| S21-T20S-R19E | R06-31436 | 902.517886 | 12375.83447 | 0 | 0 | 0 | $ | 440,547.48 |
| S21-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S22-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S22-T20S-R20E | R06-31436 | 0 | 7779.283309 | 0 | 0 | 0 | $ | 206,268.88 |
| S23-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S23-T20S-R20E | R06-31436 | 0 | 12496.27439 | 0 | 0 | 0 | $ | 331,340.61 |
| S24-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S24-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S25-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S25-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S25-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S26-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S26-T20S-R20E | R06-31436 | 0 | 7044.760368 | 0 | 0 | 0 | $ | 186,792.89 |
| S27-T20S-R19E | R06-31436 | 0 | 869.18488 | 0 | 0 | 0 | $ | 23,046.57 |
| S27-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S28-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S28-T20S-R19E | R06-31436 | 5655.946752 | 7692.065137 | 0 | 0 | 0 | $ | 908,352.76 |
| S28-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S29-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S29-T20S-R19E | R06-31436 | 8770.26418 | 6459.450797 | 1 | 0 | 0 | $ | 1,263,529.59 |
| S2-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S2-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S30-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S30-T20S-R19E | R06-31436 | 1779.093267 | 28027.76753 | 1 | 0 | 0 | $ | 964,730.31 |
| S30-T20S-R20E | R06-31436 | 0 | 13012.30597 | 0 | 0 | 0 | $ | 345,023.26 |
| S31-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S31-T19S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S31-T20S-R19E | R06-31436 | 11759.39419 | 4135.366247 | 1 | 0 | 1 | $ | 1,574,174.97 |
| S31-T20S-R20E | R06-31436 | 0 | 4895.943059 | 0 | 0 | 0 | $ | 129,816.67 |
| S32-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S32-T20S-R19E | R06-31436 | 8603.580134 | 13819.67345 | 1 | 0 | 1 | $ | 1,437,928.03 |
| S33-T20S-R19E | R06-31436 | 6890.564467 | 21100.99068 | 1 | 0 | 0 | $ | 1,417,652.81 |
| S34-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ | - |
| S34-T20S-R19E | R06-31436 | 9940.585277 | 9321.060588 | 1 | 0 | 0 | $ | 1,485,158.40 |

| Section | ID | Value1 | Value2 | Col4 | Col5 | Col6 | Amount |
|---|---|---|---|---|---|---|---|
| S35-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S35-T20S-R19E | R06-31436 | 4310.307719 | 22670.66514 | 1 | 0 | 0 | $ 1,137,925.56 |
| S35-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S36-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S36-T20S-R19E | R06-31436 | 1019.089705 | 1859.704696 | 1 | 0 | 0 | $ 176,228.66 |
| S36-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S37-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S39-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S3-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S3-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S40-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S41-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S42-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S43-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S44-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S45-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S46-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S47-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S48-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S4-T20S-R19E | R06-31436 | 0 | 8652.446506 | 0 | 0 | 0 | $ 229,420.93 |
| S4-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S51-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S52-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S53-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S56-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S57-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S58-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S59-T20S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S5-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S5-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S61-T19S-R18E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S6-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S6-T20S-R20E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S7-T19S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S7-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S7-T20S-R20E | R06-31436 | 0 | 11283.48154 | 0 | 0 | 0 | $ 299,183.22 |
| S8-T20S-R19E | R06-31436 | 0 | 0 | 0 | 0 | 0 | $ - |
| S8-T20S-R20E | R06-31436 | 67.043314 | 3488.467161 | 0 | 0 | 0 | $ 100,846.87 |
| S9-T20S-R19E | R06-31436 | 0 | 9104.73129 | 0 | 0 | 0 | $ 241,413.33 |
| S9-T20S-R20E | R06-31436 | 324.463132 | 9655.575134 | 1 | 0 | 0 | $ 296,427.96 |