LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

June 28, 2013

Deepwater Horizon Claims Administration

                       Re:    Apache Louisiana Minerals LLC - BP Claim
                                Claimant ID No: 10076960

To Whom It May Concern:

    This is an amendment to the letter dated June 25, 2013.

    The linear footage for S17-T20S-R19E should be "8204" instead of "18204" as listed in the itemization relative to ALM's internal calculations for the "ALM-nonoiled SCAT" column.

                                          Sincerely,

                                          STANWOOD R. DUVAL

SRD/pc

cc:    Ms. Nikeita Ashe, via e-mail: nashe@dhecc.com
        Mr. Andrew S. Friedberg, via e-mail: andrew.friedberg@apachecorp.com
        Mr. Timothy Allen, via email: Timothy.Allen@apachecorp.com
        Ms. Elizabeth M. Smyers, via e-mail: bsmyers@browngreer.com