**MAKE CHECKS PAYABLE TO**
THEOS DUHON - CAMERON PARISH SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O. BOX 1250
CAMERON, LA 70631

**TAX NOTICE**
TAX NOTICE# 501002450
WARD 05

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
CAMERON, LA
PERMIT NO. 12

YOUR PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL ASSESSOR'S OFFICE AT 337-775-5416.
ASSESSED VALUE: 133,009   LESS HOMESTEAD: 0   TAXABLE: 133,009

TAX YEAR 2010

TAX NOTICE# 501002450
WARD 05

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT | | |
|---|---|---|---|---|
| PARCEL NUMBER: 0501002450<br>AG. LAND CLASS III- Use Value-3,100-155<br>BRSH WTR. MARSH - Use Value-112,416-18,736<br>AG. LAND CLASS IV - Use Value-17,360-1,085<br>AG. LAND CLASS IIIW- Use Val.-133-7<br>===PROPERTY DESCRIPTION===<br>TOTAL ACRES: 19,982.6046 ACS.7/8 INT IN ALL THE FOLLOWING PROPERTY:"ALL THE FOLL KNOWN AS THE JOYCE TRACT" T14S R11W: SECT 19, ENTIRE, SEC 20, ENTIRE, SEC 21 ENTIRE, SEC 22 ENTIRE, S EC 23 ENTIRE, SEC 24 ENTIRE, SEC 25 ENTIRE, SEC 26 ENTIRE, SEC 27 ENTIRE, SEC 28 ENTIRE, SEC 29 ENTIRE, SEC 30 ENTIRE, SEC 31 ENTIRE, SEC 32 EN TIRE, SEC 33 ENTIRE, SEC 34 ENTIRE, SEC 35 W/2, S COMPLETE DESCRIPTION AT COURTHOUSE" | 14.00M AMBULANCE DIST<br>06.00M CAMERON HOSPITAL<br>07.35M FIRE DIST #10 - JB<br>04.00M GRAVITY DRAIN #7 -<br>07.05M J BAYOU RECREATIO<br>62.55M PARISHWIDE<br>46.89M PARISHWIDE SCHO<br>04.54M SCHOOL DIST #5 - JB<br>04.00M WATER DIST #10 - JB<br>02.00M WEST CAM PORT CO | $1,862.12<br>$798.05<br>$982.93<br>$532.03<br>$937.72<br>$8,333.02<br>$6,236.79<br>$603.55<br>$532.03<br>$266.02 | 14.00M AMBULANCE DIST #2<br>06.00M CAMERON HOSPITAL 2<br>07.35M FIRE DIST #10 - JB<br>04.00M GRAVITY DRAIN #7 - JB<br>07.05M J BAYOU RECREATION<br>62.55M PARISHWIDE<br>46.89M PARISHWIDE SCHOOL<br>04.54M SCHOOL DIST #5 - JB<br>04.00M WATER DIST #10 - JB<br>02.00M WEST CAM PORT COMM | $1,862.12<br>$798.05<br>$982.93<br>$532.03<br>$937.72<br>$8,333.02<br>$6,236.79<br>$603.55<br>$532.03<br>$266.02 |

TOTAL DUE ▶ $21,084.57

TOTAL DUE ▶ $21,084.57

TAX YEAR 2010
KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE CORPORATION
ATTN AMY ALLEN
STANCIL & CO
P O BOX 149
RICHMOND TX 77406

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ADDRESS CHANGE ON BACK   7740630004 8002

RETURN THIS STUB WITH YOUR PAYMENT

THIS IS YOUR TAX RECEIPT WHEN PAID. SEND TO YOUR MORTGAGE COMPANY IF THEY PAY

# Cameron Parish - Assessor's Office
### Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

## 2010 REAL ESTATE ASSESSMENT INFORMATION

### Parcel Information

PIN: **0501002450**   Purchase Price:
Parcel E911 Address  (No Address on File)

Subdivision or Geographic Area
**NO SUBDIVISION OR GEOGRAPHICAL AREA**
Township/Range/Section: **14S-11W-019**   Ward: **05**
Front Footage:    Parcel Area: **19,983 Acres**
Corner Lot: **0**   Entire Block: **0**   Side Footage:
Parcel Size:

Parcel Owner's ID: **8340**   Primary Owner: **Y**
Type of Ownership: **FEE SIMPLE TITLE**   Percent Owned: **100%**
Parcel Owner
**APACHE CORPORATION**
COB Book - Page: -   Instrument No.:
Transfer Date: **01/01/1990**
Instrument Type: **Undefined**

### Taxpayer Information

Taxpayer's ID: **8340**
Taxpayer's Name
**APACHE CORPORATION**
Contact's Name (C/O)
**ATTN AMY ALLEN**
Mailing Address
**STANCIL & CO**
**P O BOX 149**
**RICHMOND, TX 77406**

### Assessment Information

Assessment No: **501002450**

| | |
|---|---:|
| Folder: | |
| Changed Last: **08/31/2006** | |
| Revalued Last: / / | |
| Homestead Filed: | |
| Homestead Percent: | |
| Land Assessment: | 133,009 |
| Imp. Assessment: | 0 |
| Total Assessment: | 133,009 |
| Homestead Exemption: | - 0 |
| Taxable Value: | 133,009 |

Status: **ACTIVE 501002450**

## Assessment Breakdown

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 1265 | AG. LAND CLASS IIIW - Use Val. | AG02 | 7.00 Units | $133.00 | 133 | NONE |
| 1200 | AG. LAND CLASS III- Use Value | AG03 | 155.00 Units | $3,100.00 | 3,100 | NONE |
| 1300 | AG. LAND CLASS IV - Use Value | AG04 | 1085.00 Units | $17,360.00 | 17,360 | NONE |
| 2200 | BRSH WTR. MARSH - Use Value | BM01 | 18736.00 Units | $112,416.00 | 112,416 | NONE |

Legal Description: *(See listing report for full legal description if required.)*

* TOTAL ACRES: 19,982.6046 ACS.
7/9 INT IN ALL THE FOLLOWING PROPERTY:
**ALL THE FOLL KNOWN AS THE JOYCE TRACT**
T14S R11W: SECT 19, ENTIRE, SEC 20, ENTIRE, SEC 21 ENTIRE, SEC 22 ENTIRE, SEC 23 ENTIRE, SEC 24 ENTIRE, SEC 25 ENTIRE, SEC 26 ENTIRE, SEC 27 ENTIRE, SEC 28 ENTIRE, SEC 29 ENTIRE, SEC 30 ENTIRE, SEC 31 ENTIRE, SEC 32 ENTIRE, SEC 33 ENTIRE, SEC 34 ENTIRE, SEC 35 W/2, SE/4, W/2NE/4, NE/4NE/4, SEC 36: NW/4NW/4, NE/4NE/4 SAVE & EXCEPT FROM THE ABOVE DES LAND 480 ACS OWNED BY MATHILDA GED- DINGS GRAY IN T14S R11W, DES BY METES & BDS IN THAT CERT RECIPROCAL AGREEEMENT BETWEEN LUTCHER & MOORE LUMBER CO & MATHILDA GRAY DATED 19TH OF JULY 1935, #31872 27-206.
T14S R12W: SEC 19, ENTIRE, SEC 20 ENTIRE, SEC 21 ENTIRE, SEC 22 ENTIRE, SEC 23 ENTIRE, SEC 24 ENTIRE, SEC 25 ENTIRE, SEC 26 ENTIRE, SEC 27 ENTIRE, SEC 28 ENTIRE, SEC 29 ENTIRE, SEC 30 ENTIRE, SEC 31 ENTIRE, SEC 32 ENTIRE, SEC 33 ENTIRE, SEC 34 ENTIRE, SEC 35 ENTIRE, SEC 36 ENTIRE.
T15S R11W: SEC 2, N/2 OF SEC, SEC 3, W/2, W/2SE/4, W/2NE/4, NE/4NE/4, SEC 4 ENTRE, SEC 5 ENTIRE, SEC 6 ENTIRE, SEC 7 ENTIRE, SEC 8 ENTIRE SEC (FRL), SEC 9 ENTIRE SEC (FRL), SEC 10 NW/4, W/2NE/4, SW/4, W/2SE/4.
T15S R12W: SEC 1 ENTIRE, SEC 2 ENTIRE, SEC 3 ENTIRE, SEC 4 ENTIRE, SEC 5 ENTIRE, SEC 6 ENTIRE, SEC 7 ENTIRE, SEC 10 ENTIRE (FRL), SEC 25 ALL OF SEC 25 OR LOT 40, SEC 26, ALL OR LOT 39, SEC 27, ALL OF LOT 38, SEC 28 ALL OR LOT 37, SEC 29 ALL OR LOT 36, SEC 30 ALL OR LOT 35, SEC 31 ALL OR LOT 34, SEC 32 ALL OR LOT 33, SEC 33 ALL OR LOT 32, SEC 34 ALL OR LOT 31, SEC 35 ALL OF LOT 30, SEC 36 ALL OR LOT 29, SEC 37 ALL OR LOT 28, SEC 38 ALL OR LOT 27, SEC 39 ALL OR LOT 26, SEC 40 ALL OR LOT 25, SEC 41 ALL OR LOT 24, SEC 42 ALL OR LOT 23. (#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707) (#200254 623-483) (#206992)
(#266479 915-249 FROM FINA OIL & CHEMICAL CO)
(#266484 915-572 ASSIGNMENT)
(#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD)
(#272064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC)
(#278564 959-166 MIRANT SOUTH LA FEE LLC TO LATERRE CO LTD)
(#278719 959-827 LATERRE CO LTD TO APACHE CORPORATION)