# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, La 70361-1569
(985) 868-5660

**Received From :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

**First VENDOR**
APACHE LOUISIANA MINERALS INC

**First VENDEE**
APACHE LOUISIANA MINERALS L L C

*Conveyance*

FILE # 328511

---

**Index Type :** Conveyances

**Type of Document :** Miscellaneous - Corporations

**Recording Pages :** 4

**File # :** 1419932

**Book :** 2319    **Page :** 381

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

**On (Recorded Date) :** 02/14/2013

**At (Recorded Time) :** 1:51:06:000 PM

Doc ID - 011974380004

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 02/14/2013 at 1:51:06
Recorded in Book 2319  Page 381
File Number 1419932

Deputy Clerk

**Return To :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

Do not Detach this Recording Page from Original Document



# United States of America
# State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

As Secretary of State, of the State of Louisiana, I do hereby Certify that

an Amended APPLICATION form of

**APACHE LOUISIANA MINERALS, INC.**

Organized under the laws of DELAWARE,

Converting the corporation to a limited liability company, and changing the name to

**APACHE LOUISIANA MINERALS LLC**

Was filed and recorded in this Office on JANUARY 02, 2009.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

January 2, 2009

WHE 35413906Q 36930834

*Secretary of State*



CERTIFICATE SS 102 PRINTED SEAL (Rev. 11/06)

# Delaware

PAGE  1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "APACHE LOUISIANA MINERALS, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "APACHE LOUISIANA MINERALS, INC." TO "APACHE LOUISIANA MINERALS LLC", FILED IN THIS OFFICE ON THE TWELFTH DAY OF DECEMBER, A.D. 2008, AT 11:12 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3617140  8100V

081189229

AUTHENTICATION: 7022917

DATE: 12-15-08

You may verify this certificate online
at corp.delaware.gov/authver.shtml



# Delaware

PAGE 2

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "APACHE LOUISIANA MINERALS LLC" FILED IN THIS OFFICE ON THE TWELFTH DAY OF DECEMBER, A.D. 2008, AT 11:12 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008.

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 7022917

DATE: 12-15-08

3617140   8100V

081189229

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Louisiana §
Parish of Cameron §
§

Office of Cameron Parish
Clerk of Court
38th Judicial Dist. Court

I hereby certify that the attached document is a true and correct copy of the
file for record _____, _____, bearing
File No. 328511
Conveyance Book _____ recorded in:
Mortgage Book ✓ , page _____
Bk _____, page _____
In testimony whereof, witness my official seal , page _____
on _____
By: Samantha Hunt
Deputy Clerk of Court