APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS
LAFOURCHE PARISH, LA

EXHIBIT "A"

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 4 | LAFOURCHE | 62 | 18S-19E | All | 640.000 | 3043322280 | 640 | |
| 4 | LAFOURCHE | 63 | 18S-19E | All | 640.000 | 3043322280 | 640 | |
| 4 | LAFOURCHE | 67 | 18S-19E | All | 640.000 | 3043322280 | 640 | |
| 4 | LAFOURCHE | 68 | 18S-19E | All | 640.000 | 3043322280 | 640 | |
| 4 | LAFOURCHE | 7 | 18S-20E | S/2 | 322.420 | 3043322280 | 322.42 | |
| 4 | LAFOURCHE | 8 | 18S-20E | S/2 | 320.000 | 3043322280 | 320 | |
| 4 | LAFOURCHE | 9 | 18S-20E | S/2 | 320.000 | 3043322280 | 320 | |
| 4 | LAFOURCHE | 10 | 18S-20E | S/2 | 320.000 | 3043322280 | 320 | |
| 4 | LAFOURCHE | 11 | 18S-20E | S/2, lying west of the centerline of Grand Bayou Canal | 85.000 | 3043322280 | 85 | |
| 4 | LAFOURCHE | 14 | 18S-20E | All, lying west of the centerline of Grand Bayou Canal | 10.000 | 3043322280 | 10 | |
| 4 | LAFOURCHE | 15 | 18S-20E | All, lying west of the centerline of Grand Bayou Canal | 580.000 | 3043322280 | 580 | |
| 4 | LAFOURCHE | 17 | 18S-20E | All | 640.000 | 3043322280 | 640 | |
| 4 | LAFOURCHE | 18 | 18S-20E | All | 643.760 | 3043322280 | 643.76 | |
| 4 | LAFOURCHE | 19 | 18S-20E | N/2 | 321.340 | 3043322280 | 321.34 | |
| 4 | LAFOURCHE | 20 | 18S-20E | N/2 | 320.000 | 3043322280 | 320 | |
| 4 | LAFOURCHE | 21 | 18S-20E | N/2 | 320.000 | 3043322280 | 320 | |
| 4 | LAFOURCHE | 22 | 18S-20E | N/2, lying west of the centerline of Grand Bayou Canal | 160.000 | 3043322280 | 160 | |
| | | | | **Total Acreage** | **6,922.520** | | **6,922.52** | **6,922.52** |
| | | | | | | | | |
| 10 | LAFOURCHE | 11 | 18S-20E | S/2, lying east of the centerline of Grand Bayou Canal | 235.000 | 3103324700 | 235 | |
| 10 | LAFOURCHE | 12 | 18S-20E | S/2 | 332.260 | 3103324700 | 332.26 | |
| 10 | LAFOURCHE | 13 | 18S-20E | All | 664.760 | 3103324700 | 664.76 | |
| 10 | LAFOURCHE | 14 | 18S-20E | All, lying east of the centerline of Grand Bayou Canal | 630.000 | 3103324700 | 630 | |
| 10 | LAFOURCHE | 15 | 18S-20E | All, lying east of the centerline of Grand Bayou Canal | 60.000 | 3103324700 | 60 | |
| 10 | LAFOURCHE | 22 | 18S-20E | N/2, lying east of the centerline of Grand Bayou Canal | 160.000 | 3103324700 | 160 | |
| 10 | LAFOURCHE | 23 | 18S-20E | N/2 | 320.000 | 3103324700 | 320 | |
| 10 | LAFOURCHE | 24 | 18S-20E | N/2 | 332.500 | 3103324700 | 332.5 | |
| 10 | LAFOURCHE | 48 | 18S-21E | SW/4 of NE/4; S/2 of NW/4; S/2 | 440.000 | 3103324700 | 440 | |
| 10 | LAFOURCHE | 53 | 18S-21E | All | 225.240 | 3103324700 | 225.24 | |
| 10 | LAFOURCHE | 54 | 18S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 55 | 18S-21E | N/2 | 320.000 | 3103324700 | 320 | |
| 10 | LAFOURCHE | 56 | 18S-21E | N/2 | 142.400 | 3103324700 | 142.4 | |
| 10 | LAFOURCHE | 66 | 18S-21E | Fractional S/2 | 98.800 | 3103324700 | 98.8 | |
| 10 | LAFOURCHE | 1 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 2 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 3 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 4 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 5 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 8 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 9 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 10 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 11 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 12 | 20S-21E | All | 640.000 | 3103324700 | 640 | |

EXHIBIT "A"

APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS

LAFOURCHE PARISH, LA

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 10 | LAFOURCHE | 13 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 14 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 15 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 17 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 20 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 21 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 22 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 23 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 24 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 25 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 26 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 27 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 28 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 29 | 20S-21E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 32 | 20S-21E | All | 407.250 | 3103324700 | 407.25 | |
| 10 | LAFOURCHE | 33 | 20S-21E | All | 407.250 | 3103324700 | 407.25 | |
| 10 | LAFOURCHE | 34 | 20S-21E | All | 407.250 | 3103324700 | 407.25 | |
| 10 | LAFOURCHE | 35 | 20S-21E | All | 407.250 | 3103324700 | 407.25 | |
| 10 | LAFOURCHE | 36 | 20S-21E | All | 407.250 | 3103324700 | 407.25 | |
| 10 | LAFOURCHE | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 | 20S-21E 21S-21E | An undivided 40% interest in a certain tract of land situated in T20S-R21E and/or T21S-R21E, Lafourche Parish, Louisiana proceeding from the Compromise Agreement between LaTerre Co., Inc. and The Louisiana Land and Exploration Co., recorded September 11, 1965 in COB 342, Page 264, Entry 250583, Lafourche Parish, LA, and is more particularly described as follows to-wit: Beginning at a point having Lambert Grid Coordinate values of X=2,310,693.62 feet and Y=227,021.31 feet, said point bearing S 54d 19' 30" W a distance of 6,040.34 feet from USC&GS Triangulation Station "Rack 1934"; thence N 1d 11' 08" W a distance of 5,505.56 feet to a point; thence N 88d 38' 34" E a distance of 25,094.69 feet to a point; thence S 3d 08' 53" W a distance of 637.32 feet to a point; thence S 2d 14' 08" E a distance of 3,964.00 feet to a point; thence S 86d 34' 33" W a distance of 25,138.25 feet to the point of beginning containing 2,909.37 acres, more or less. | 1,163.748 | 3103324700 | 1163.75 | |
| 10 | LAFOURCHE | 6 | 20S-22E | W/2; W/2 of E/2; LESS & EXCEPT those portions conveyed to Alex J. Plaisance, et al by deed dated April 13, 1959, and recorded in COB 251, Page 652, Lafourche Parish, LA; and except those (2) portions comprising 0.0136 acres conveyed unto State of Louisiana Department of Highways  by deed dated March 25, 1976 and recorded in COB 565, Page 317, Entry 424785, Lafourche Parish, LA; and LESS & EXCEPT, that portion (11,915.3 sq. ft) donated to Lafourche Ambulance District No. 1 by that certain Act of Donation dated December 3, 2009, and recorded in COB 1803, Page 6, Entry No. 1083801, Lafourche Parish, LA and as more fully described and shown on the survey plat prepared by J. Wayne Plaisance, Inc., and recorded in COB 1796, Page 811, Entry 1080343, Lafourche Parish, LA. | 426.995 | 3103324700 | 427.41 | |
| 10 | LAFOURCHE | 7 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 8 | 20S-22E | W/2 of SW/4, except those portions awarded to Harvey Peltier, et al by Compromise Agreement dated May 20, 1941 and recorded in COB 101, Page 23, Lafourche Parish, LA | 70.000 | 3103324700 | 70 | |
| 10 | LAFOURCHE | 17 | 20S-22E | W/2 of SE/4; W/2, except those portions awarded to Harvey Peltier, et al by Compromise Agreement dated May 20, 1941 and recorded in COB 101, Page 23, Lafourche Parish, LA | 390.000 | 3103324700 | 390 | |
| 10 | LAFOURCHE | 18 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 19 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 20 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 28 | 20S-22E | W/2 of W/2 | 160.000 | 3103324700 | 160 | |
| 10 | LAFOURCHE | 29 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 30 | 20S-22E | All | 640.000 | 3103324700 | 640 | |

EXHIBIT "A"

**APACHE LOUISIANA MINERALS, LLC ("ALM") - LIST OF LANDS**
**LAFOURCHE PARISH, LA**

| WARD | PARISH | SEC | TWP-RGE | DESCRIPTION | ACRES PER ALM | ASSESMENT/ PARCEL NO. | ACRES PER ASSESSOR | TOTAL ACRES ON TAX NOTICE |
|---|---|---|---|---|---|---|---|---|
| 10 | LAFOURCHE | 31 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 32 | 20S-22E | All | 640.000 | 3103324700 | 640 | |
| 10 | LAFOURCHE | 33 | 20S-22E | W/2 | 320.000 | 3103324700 | 320 | |
| | | | | **Total Acreage** | **29,647.953** | | **29,648.37** | **29,158.37** |
| | | | | | | | | |
| 11 | LAFOURCHE | 59 | 18S-19E | SE/4 of NE/4 | 40.000 | 3113318225 | 40 | |
| 11 | LAFOURCHE | 60 | 18S-19E | N/2 | 320.000 | 3113318225 | 320 | |
| 11 | LAFOURCHE | 61 | 18S-19E | N/2 | 320.000 | 3113318225 | 320 | |
| 11 | LAFOURCHE | 66 | 18S-19E | Fractional N/2 | 215.520 | 3113318225 | 215.52 | |
| 11 | LAFOURCHE | 1 | 20S-20E | NW/4 of NE/4; E/2 of E/2 | 208.000 | 3113318225 | 208 | |
| 11 | LAFOURCHE | 12 | 20S-20E | NE/4 of NE/4 | 41.600 | 3113318225 | 41.6 | |
| 11 | LAFOURCHE | 13 | 20S-20E | E/2 of E/2; NW/4 of SE/4, lying east of Bayou Pointe Au Chien | 186.400 | 3113318225 | 186.4 | |
| 11 | LAFOURCHE | 24 | 20S-20E | E/2 of NE/4; SW/4 of NE/4; S/2, lying east of Bayou Pointe Au Chien | 271.200 | 3113318225 | 271.2 | |
| 11 | LAFOURCHE | 25 | 20S-20E | E/2 of E/2, lying east of Bayou Pointe Au Chien; W/2 of E/2, lying east of Bayou Pointe Au Chien | 100.000 | 3113318225 | 100 | |
| 11 | LAFOURCHE | 36 | 20S-20E | E/2 of E/2 | 166.400 | 3113318225 | 166.4 | |
| 11 | LAFOURCHE | 6 | 20S-21E | All | 640.000 | 3113318225 | 640 | |
| 11 | LAFOURCHE | 7 | 20S-21E | All | 640.000 | 3113318225 | 640 | |
| 11 | LAFOURCHE | 18 | 20S-21E | All | 640.000 | 3113318225 | 640 | |
| 11 | LAFOURCHE | 19 | 20S-21E | All | 640.000 | 3113318225 | 640 | |
| 11 | LAFOURCHE | 30 | 20S-21E | All | 640.000 | 3113318225 | 640 | |
| 11 | LAFOURCHE | 31 | 20S-21E | All | 381.610 | 3113318225 | 381.61 | |
| 11 | LAFOURCHE | | 20S-21E; 21S-21E | An undivided 40% interest in a certain tract of land situatied in T20S-R21E and/or T21S-R21E, Lafourche Parish, Louisiana proceeding from the Compromise Agreement between LaTerre Co., Inc. and The Louisiana Land and Exploration Co., recorded September 11, 1965 in COB 342, Page 264, Entry 250583, Lafourche Parish, LA, and more particularly described as follows to-wit: Beginning at a point having Lambert Grid Coordinate values of X=2,305,661.45 feet and Y=226,720.21 feet, said point bearing S 68d 57' 26" W a distance of 10,649.13 feet from USC&GS Triangulation Station "Rack 1934"; thence N 1d 00' 00" W a distance of 5,687.47 feet to a point; thence N 88d 38' 34" E a distance of 5,018.94 feet to a point; thence S 1d 11' 08" E a distance of 5,505.56 feet to a point; thence S 86d 34" 33" W a distance of 5,041.17 feet to the point of beginning containing 645.98 acres, more or less. | 258.392 | 3113318225 | 258.392 | |
| | | | | **Total Acreage** | **5,709.122** | | **5,709.12** | **5,709.12** |
| | | | | **LAFOURCHE PARISH TOTAL ACREAGE** | **42,279.595** | | **42,280.01** | **41,790.01** |

Revised: 3/7/2013