

**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

# 2010
# TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2010 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE IMMEDIATELY.

PLEASE WRITE ASSESSMENT NUMBER 3043322280 ON YOUR CHECK.

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

APACHE LOUISIANA MINERALS, INC.      33410
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

TAX NOTICE #: 72429
ASSESSMENT #: 3043322280

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| FRESH MARSH | 34,610 | 34,610 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 73.03 |
| TOTALS: | 34610 | 34610 | CENTRAL LAFOURCHE AMBULAN | 1.00 | 34.61 |
| | | | CONSOLIDATED | 80.20 | 2775.72 |
| | | | FIRE DIST 2 | 5.24 | 181.36 |
| | | | HOSPITAL DIST. 2 | 2.00 | 69.22 |
| | | | NORTH LAFOURCHE LEVEE RB | 12.00 | 415.32 |
| | | | PARISH COUNCIL | 2.72 | 94.14 |
| | | | ROAD DISTRICT #1 | 5.00 | 173.05 |
| | | | SPECIAL SERVICE #1 | 1.71 | 59.18 |
| | | | WATER DISTRICT #1 | 3.61 | 124.94 |

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)   **TOTAL TAXES DUE:**   **$4000.57**

6,922.52 ACRES: BEING LANDS IN ATCHAFAYALA LEVEE BASIN LEVEE DIST., WARD 4, LAFOURCHE PARISH AS FOLLOWS: 1. IN T18S-R19E: SEC 62, 63, 67, AND 68 (EACH 640 AC). 2. IN T18S-R20E: S/2 OF SEC 7 (322.42 AC); S/2 OF SEC 8 (320 AC); S/2 OF SEC 9 (320 AC); S/2 OF SEC 10 (320 AC); S/2 OF SEC 11 WEST OF GRAND BAYOU CANAL (8 5 AC); ALL OF SEC 14 WEST OF GRAND BAYOU CANAL (10 AC); ALL OF SEC 15 WEST OF GRAND BAYOU CANAL (580 AC); N/2 OF SEC 22 WEST OF GRAND BAYOU

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.   *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT   DETACH AND KEEP TOP PORTION



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

TAX YEAR:            2010
TAX NOTICE #         72429
ASSESSMENT #:        3043322280

**TAXPAYER:**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

| TOTAL TAX DUE: | $4000.57 |
|---|---|

Online payments will not be available due to software changes.

MAKE CHECKS PAYABLE TO:
LAFOURCHE PARISH SHERIFF'S OFFICE
PO BOX 5608
THIBODAUX, LA 70302-5608

# 2010
# TAX STATEMENT

33410 | 1-1   F1A

Date: 2/4/2013  
Time: 3:26:11PM  

**Parish#26107 Parcel:3043322280**

**2010**

Page: 1  
Print Only

## OWNER
APACHE LOUISIANA MINERALS, INC.  
C/O STANCIL & CO.  
P.O. BOX 149  
RICHMOND, TX 77406  

## PARCEL

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3043322280 | | | W 04 | Oil & Gas |

### ITEMS

| Class Description | Value | Homestead | Units |
|---|---|---|---|
| FRESH MARSH | 34,610.00 | 0.00 | 6,922.00 |
| ** Totals ** | 34,610.00 | 0.00 | $6,922.00 |

## LEGAL DESCRIPTION

6,922.52 ACRES: BEING LANDS IN ATCHAFAYALA LEVEE BASIN LEVEE DIST., WARD 4, LAFOURCHE PARISH AS FOLLOWS:
1. IN T18S-R19E: SEC 62, 63, 67, AND 68 (EACH 640 AC).
2. IN T18S-R20E: S/2 OF SEC 7 (322.42 AC); S/2 OF SEC 8 (320 AC); S/2 OF SEC 9 (320 AC); S/2 OF SEC 10 (320 AC); S/2 OF SEC 11 WEST OF GRAND BAYOU CANAL (85 AC); ALL OF SEC 14 WEST OF GRAND BAYOU CANAL (10 AC); ALL OF SEC 15 WEST OF GRAND BAYOU CANAL (580 AC); N/2 OF SEC 22 WEST OF GRAND BAYOU CANAL (160 AC); SEC 17 (640 AC); SEC 18 (643.76 AC); N/2 OF SEC 19 (321.34 AC); N/2 OF SEC 20 (320 AC); N/2 OF SEC 21 (320 AC).
(CB 1032, ENT. #690607)(CB 1085, ENT.#714593)

## TAXES

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|
| PARISH COUNCIL | 2.72 | 94.14 | 0.00 |
| CONSOLIDATED | 80.20 | 2,775.72 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 173.05 | 0.00 |
| FIRE DIST 2 | 5.24 | 181.36 | 0.00 |
| NORTH LAFOURCHE LEVEE RB | 12.00 | 415.32 | 0.00 |
| CENTRAL LAFOURCHE AMBULANCE | 1.00 | 34.61 | 0.00 |
| HOSPITAL DIST. 2 | 2.00 | 69.22 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 124.94 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 73.03 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 59.18 | 0.00 |
| ** Totals ** | 115.59 | 4,000.57 | 0.00 |



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

# 2010
## TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2010 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE IMMEDIATELY.

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

PLEASE WRITE ASSESSMENT NUMBER 3103324700 ON YOUR CHECK.

APACHE LOUISIANA MINERALS, INC.         33417
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

TAX NOTICE #: 89059
ASSESSMENT #: 3103324700

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| FRESH MARSH | 36,450 | 36,450 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 215.33 |
| SALT MARSH | 65,600 | 65,600 | CONSOLIDATED | 80.20 | 8184.41 |
| TOTALS: | 102050 | 102050 | DRAINAGE DIST. 1 | 0.90 | 26.35 |
| | | | FIRE DIST 3 | 8.00 | 816.40 |
| | | | GREATER LAFOURCHE PORT | 6.84 | 698.02 |
| | | | HOSPITAL DIST. 1 | 4.14 | 422.48 |
| | | | LAFOURCHE AMBULANCE | 3.10 | 316.36 |
| | | | PARISH COUNCIL | 2.72 | 277.57 |
| | | | ROAD DISTRICT #1 | 5.00 | 510.25 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 1006.22 |
| | | | SPECIAL EDUCATION DIST. | 2.00 | 204.10 |
| | | | SPECIAL SERVICE #1 | 1.71 | 174.51 |
| | | | VETERANS DISTRICT | 0.98 | 100.01 |
| | | | WATER DISTRICT #1 | 3.61 | 368.40 |

Property Description: (SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)   **TOTAL TAXES DUE:   $ 13320.41**

29,158.37 ACRES: BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB, LAFOURCHE PARISH AS FOLLOWS: 1. IN T18S-R20E: S/2 OF SEC 12 (332.26 AC); SEC 13 (664.76 AC); N/2 OF SEC 23 (320 AC); N/2 OF SEC 24 (332.5 AC); S/2 OF SEC 11 EAST OF GRAND BAYOU CANAL (235 AC); ALL OF SEC 14 EAST OF GRAND BAYOU CANAL (630 AC); ALL OF SEC 15 EAST OF GRAND BAYOU CANAL (60 AC); N/2 OF SEC 22 EAST OF GRAND BAYOU CANAL (160 AC).

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.   *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT   DETACH AND KEEP TOP PORTION

**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

TAX YEAR: 2010
TAX NOTICE #: 89059
ASSESSMENT #: 3103324700

TAXPAYER:
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

**TOTAL TAX DUE:   $ 13320.41**

Online payments will not be available due to software changes.

MAKE CHECKS PAYABLE TO:
LAFOURCHE PARISH SHERIFF'S OFFICE
PO BOX 5608
THIBODAUX, LA 70302-5608

# 2010
## TAX STATEMENT

33417 | 1-1   F1A

NOV-29-2010  16:43        LPSO MAIN                                    9854471854        P.002

CORRECTED TAX NOTICE TAX YEAR 2010

LAFOURCHE PARISH SHERIFF
P.O. BOX 5608
THIBODAUX, LA 70301:

Apache Corp
c/o Stancil & Co.
P.O. Box 149
Richmond, TX 77406

TAX NOTICE #: 67289

TAXES BECOME DELINQUENT AFTER DECEMBER 31st AND BEAR 1.00% INTEREST PER MONTH OR ANY PART OF A MONTH THEREAFTER.

| TAX BODY | MILLAGE | AMOUNT DUE |
|---|---|---|
| PARISH COUNCIL | 2.72 | 4.00 |
| CONSOLIDATED | 80.20 | 117.89 |
| DRAINAGE DIST. 1 | 0.90 | 1.32 |
| FIRE DIST 3 | 8.00 | 11.76 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 14.49 |
| LAFOURCHE AMBULANCE | 3.10 | 4.56 |
| HOSPITAL DIST. 1 | 4.14 | 6.09 |
| WATER DISTRICT #1 | 3.61 | 5.31 |
| BAYOU LAFOURCHE FRESH WAT | 2.11 | 3.10 |
| GREATER LAFOURCHE PORT | 6.84 | 10.05 |
| SPECIAL EDUCATION DIST. | 2.00 | 2.94 |
| VETERANS DISTRICT | 0.98 | 1.44 |
| MILLAGE TOTAL | 124.46 | |
| TOTALS | | 182.95 |

PARCEL NUMBER: 310332609O
CLASS: SALT MARSH

| | VALUE | HOMESTEAD | UNITS |
|---|---|---|---|
| | 1,470 | 0 | 490 |

TOTAL VALUE: 1,470
HOMESTEAD: 0
LTC VALUE CHANGE: 0
LTC HOMESTEAD CHANGE: 0
TAXABLE: 1,470

---PROPERTY DESCRIPTION---
490 ACRES; BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB,
GOLDEN MEADOW, LAFOURCHE PARISH (563-317)HWY.
(CB 1032-ENT.#690607)(CB 1083-ENT.#714593)

TOTAL P.002

| Date: | 2/4/2013 | Parish#4282 Parcel:3103324700 | Page: 1 |
|---|---|---|---|
| Time: | 3:26:44PM | 2010 | Print Only |

## OWNER
APACHE LOUISIANA MINERALS, INC.  
C/O STANCIL & CO.  
P.O. BOX 149  
RICHMOND, TX 77406

## PARCEL

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3103324700 | | | W 10 AB | Oil & Gas |

### ITEMS

| Class Description | Value | Homestead | Units |
|---|---|---|---|
| FRESH MARSH | 36,450.00 | 0.00 | 7,289.00 |
| SALT MARSH | 65,600.00 | 0.00 | 21,868.00 |
| ** Totals ** | 102,050.00 | 0.00 | 29,157.00 |

## LEGAL DESCRIPTION

29,158.37 ACRES: BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB, LAFOURCHE PARISH AS FOLLOWS:

1. IN T18S-R20E: S/2 OF SEC 12 (332.26 AC); SEC 13 (664.76 AC); N/2 OF SEC 23 (320 AC); N/2 OF SEC 24 (332.5 AC); S/2 OF SEC 11 EAST OF GRAND BAYOU CANAL (235 AC); ALL OF SEC 14 EAST OF GRAND BAYOU CANAL (630 AC); ALL OF SEC 15 EAST OF GRAND BAYOU CANAL (60 AC); N/2 OF SEC 22 EAST OF GRAND BAYOU CANAL (160 AC.).
2. IN T18S-R21E: SW/4 OF NE/4 AND S/2 OF NW/4 AND S/2 OF SEC 48 (440 AC); SEC 53 (225.24 AC); SEC 54 (640 AC); N/2 OF SEC 55 (320 AC); N/2 OF SEC 56 (142.4 AC); FRACTIONAL S/2 OF SEC 66 (98.8 AC).
3. IN T20S-R21E: ALL OF SECTIONS 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 17, 20, 21, 22, 23, 24, 25, 26, 27, 28, AND 29 (EACH 640 AC); ALL OF S SECTIONS 32, 33, 34, 35, AND 36 (EACH 407.25 AC).
4. IN T20S-R21E AND/OR T21S-R21E: AN UND 40% INT. IN A CERTAIN TRACT PROCEEDING FROM THE COMPROMISE AGREEMENT IN CB 342, FOLIO 264, ENT.#250583, (1,163.75 AC).
5. IN T20S-R22E: W/2 AND W/2 OF E/2 OF SEC 6 EXCEPT PORTIONS CONVEYED IN CB 251, FOLIO 652 (427.41 AC); SEC 7 (640 AC); W/2 OF SW/4 OF SEC 8 EXCEPT PORTIONS AWARDED IN CB 101, FOLIO 23 (70 AC); W/2 OF SE/4 AND W/2 OF SEC 17 EXCEPT PORTIONS AWARDED IN CB 101, FOLIO 23 (390 AC); ALL OF SECTIONS 18, 19, 20, 29, 30, 31, AND 32 (EACH 640 AC); W/2 OF W/2 OF SEC 28 (160 AC); W/2 OF SEC 33 (320 AC). (935-733)(CB 1032, ENT.#690607) (CB 1085, ENT.#714593)

## TAXES

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|

Date: 2/4/2013  **Parish#4282 Parcel:3103324700**  Page: 2
Time 3:26:44PM  Print Only

## 2010

| | | | |
|---|---:|---:|---:|
| PARISH COUNCIL | 2.72 | 277.57 | 0.00 |
| CONSOLIDATED | 80.20 | 8,184.41 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 510.25 | 0.00 |
| DRAINAGE DIST. 1 | 0.90 | 26.35 | 0.00 |
| FIRE DIST 3 | 8.00 | 816.40 | 0.00 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 1,006.22 | 0.00 |
| LAFOURCHE AMBULANCE | 3.10 | 316.36 | 0.00 |
| HOSPITAL DIST. 1 | 4.14 | 422.48 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 368.40 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 215.33 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 174.51 | 0.00 |
| GREATER LAFOURCHE PORT | 6.84 | 698.02 | 0.00 |
| SPECIAL EDUCATION DIST. | 2.00 | 204.10 | 0.00 |
| VETERANS DISTRICT | 0.98 | 100.01 | 0.00 |
| ** Totals ** | 131.17 | 13,320.41 | 0.00 |



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

# 2010
## TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2010 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE IMMEDIATELY.

PLEASE WRITE ASSESSMENT NUMBER 3113318225 ON YOUR CHECK.

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

APACHE LOUISIANA MINERALS, INC.         33408
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

TAX NOTICE #: 88306
ASSESSMENT #: 3113318225

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| SALT MARSH | 17,130 | 17,130 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 36.14 |
| TOTALS: | 17130 | 17130 | CONSOLIDATED | 80.20 | 1373.83 |
| | | | FIRE T&L #6 | 16.00 | 274.08 |
| | | | PARISH COUNCIL | 2.72 | 46.59 |
| | | | RECREATION#11 | 4.73 | 81.02 |
| | | | ROAD DISTRICT #1 | 5.00 | 85.65 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 168.90 |
| | | | SPECIAL SERVICE #1 | 1.71 | 29.29 |
| | | | WATER DISTRICT #1 | 3.61 | 61.84 |

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)   **TOTAL TAXES DUE:**   **$2157.34**

5,709.12 ACRES: BEING LANDS IN ATCHAFALAYA LEVEE BASIN DIST., WARD 11, LAFOURCHE PARISH AS FOLLOWS: I. IN T18S-R19E: SE/4 OF NE/4 OF SEC 59 (40 AC); N/2 OF SEC 60 (320 AC); N/2 OF SEC 61 (320 AC); FRACTIONAL N/2 OF SEC 66 (215.52 AC) II. IN T20S-R20E: NW/4 OF NE/4, AND E/2 OF E/2 OF SEC 1 (208 AC); NE/4 OF NE/4 OF SEC 12 (41.6 AC); E/2 OF E/2, NW/4 OF SE/4 OF SEC 13 EAST OF BAYOU POINTE AUX CHENE (186.4 AC); E/2 OF NE/4, SW/4 OF NE/4, S/2 OF

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.   *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.   DETACH AND KEEP TOP PORTION

---

**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

TAX YEAR:            2010
TAX NOTICE #       88306
ASSESSMENT #:   3113318225

**TAXPAYER:**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

| TOTAL TAX DUE: | $2157.34 |
|---|---|

Online payments will not be available due to software changes.

MAKE CHECKS PAYABLE TO:
LAFOURCHE PARISH SHERIFF'S OFFICE
PO BOX 5608
THIBODAUX, LA 70302-5608

# 2010
## TAX STATEMENT

33408 | 1-1   F1A

| Date: | 2/4/2013 | Parish#6789 Parcel:3113318225 | Page: | 1 |
| Time: | 3:25:38PM | | Print Only | |

## 2010

### OWNER
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
P.O. BOX 149
RICHMOND, TX 77406

### PARCEL

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3113318225 | | | W 11 | Oil & Gas |

### ITEMS

| Class Description | Value | Homestead | Units |
|---|---|---|---|
| SALT MARSH | 17,130.00 | 0.00 | 5,709.00 |
| ** Totals ** | 17,130.00 | 0.00 | $5,709.00 |

### LEGAL DESCRIPTION

5,709.12 ACRES: BEING LANDS IN ATCHAFALAYA LEVEE BASIN DIST., WARD 11, LAFOURCHE PARISH AS FOLLOWS:

I. IN T18S-R19E: SE/4 OF NE/4 OF SEC 59 (40 AC); N/2 OF SEC 60 (320 AC); N/2 OF SEC 61 (320 AC); FRACTIONAL N/2 OF SEC 66 (215.52 AC)

II. IN T20S-R20E: NW/4 OF NE/4, AND E/2 OF E/2 OF SEC 1 (208 AC); NE/4 OF NE/4 OF SEC 12 (41.6 AC); E/2 OF E/2, NW/4 OF SE/4 OF SEC 13 EAST OF BAYOU POINTE AUX CHENE (186.4 AC); E/2 OF NE/4, SW/4 OF NE/4, S/2 OF SEC 24 EAST OF BAYOU POINTE AUX CHENE (271.2 AC); E/2 OF E/2, AND W/2 OF E/2 OF SEC 25 EAST OF BAYOU POINTE AUX CHENE (100 AC); E/2 OF E/2 OF SEC 36 (166.4 AC).

III. IN T20S-R21E: ALL OF SEC 6 (640 AC); ALL OF SEC 7 (640 AC); ALL OF SEC 18 (640 AC); ALL OF SEC 19 (640 AC); ALL OF SEC 30 (640 AC); ALL OF SEC 31 (381.61 AC).

IV. IN T20S-R21E AND/OR T21S-R21E: AN UND 40% INT IN A CERTAIN TRACT FROM THE COMPROMISE AGREMENT BETWEEN LA-TERRE CO., INC AND THE LOUISIANA LAND & EXP. CO, CB 342-264, ENT. 250583 CONTAINING 258.39 ACRES.
(CB 1032-ENT.#690607)(CB 1085-ENT.#714593)

### TAXES

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|
| PARISH COUNCIL | 2.72 | 46.59 | 0.00 |
| CONSOLIDATED | 80.20 | 1,373.83 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 85.65 | 0.00 |
| FIRE T&L #6 | 16.00 | 274.08 | 0.00 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 168.90 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 61.84 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 36.14 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 29.29 | 0.00 |
| RECREATION#11 | 4.73 | 81.02 | 0.00 |
| ** Totals ** | 125.94 | 2,157.34 | 0.00 |