STATE OF LOUISIANA

PARISHES OF LAFOURCHE

AND TERREBONNE.

KNOW ALL MEN BY THESE PRESENTS that:

WHEREAS The Louisiana Land and Exploration Company, a corporation of the State of Maryland, authorized to do business in the State of Louisiana, represents that it owns, among other lands in Township 19 South, Range 20 East, Southeastern Land District, West of the Mississippi River, the following described land, lying partly in Lafourche Parish and partly in Terrebonne Parish, State of Louisiana, to-wit:

### T. 19 S. R. 20 E.

Section 18, $S\frac{1}{2}$ of $NE\frac{1}{4}$ and $NW\frac{1}{4}$ of $NW\frac{1}{4}$ and $S\frac{1}{2}$ of $NW\frac{1}{4}$ and $S\frac{1}{2}$
Section 19, All
Section 30, All
Section 31, All
Section 32, All
Section 33, All
Section 34, All except $NE\frac{1}{4}$ of $NE\frac{1}{4}$
Section 35, $SW\frac{1}{4}$ of $NW\frac{1}{4}$ and $SW\frac{1}{4}$ and all $W\frac{1}{2}$ of $SE\frac{1}{4}$ west of Bayou Point au Chein and $NE\frac{1}{4}$ and $N\frac{1}{2}$ of $SE\frac{1}{4}$ North and East of Bayou Point au Chein.
Section 36, $N\frac{1}{2}$ of $NE\frac{1}{4}$ and $N\frac{1}{2}$ of $NW\frac{1}{4}$ and $SW\frac{1}{4}$ of $NW\frac{1}{4}$ and $N\frac{1}{2}$ of $SW\frac{1}{4}$ and $SE\frac{1}{4}$ and Tract of Theo Billio on Bayou Point au Chein in $SE\frac{1}{4}$ of $SE\frac{1}{4}$ of Section 35 and $SW\frac{1}{4}$ of $SW\frac{1}{4}$ of Section 36.

And WHEREAS La Terre Co. Inc., a corporation of the State of Delaware, also authorized to do business in the State of Louisiana, represents that it owns, among other lands in Township 19 South, Range 19 East, and in Township 20 South, Range 19 East, Southeastern Land District, West of the Mississippi River, the following described land, lying wholly in Terrebonne Parish, Louisiana, to-wit:

-2-

### T. 19 S. R. 19 E.

Section 28, All
Section 37, All except SW $\frac{1}{4}$ of SW$\frac{1}{4}$ and NW$\frac{1}{4}$ of SW$\frac{1}{4}$
Section 38, E$\frac{1}{2}$ and E$\frac{1}{2}$ of NW$\frac{1}{4}$ and SW$\frac{1}{4}$ of SW$\frac{1}{4}$
Section 49, All except NE$\frac{1}{4}$ of NW$\frac{1}{4}$

#### Less and except:

Those portions of Sections 38 and 49 conveyed to (a) Henry Dardar, (b) Joseph Naquin, (c) Pierre Chiasson and (d) Hellen (or Helion) Verdin Dardar, et al., by instruments recorded, respectively, in C.O.B. 183, Entry Nos. 104140, 104141 and 104142 and C.O.B. 169, Entry No. 83020, Terrebonne Parish, Louisiana.

### T. 20 S. R. 19 E.

Section 1, All

and that it also owns, among other lands in Township 20 South, Range 20 East, Southeastern Land District, West of the Mississippi River, the following described land, lying partly in Lafourche Parish and partly in Terrebonne Parish, State of Louisiana, to-wit:

### T. 20 S. R. 20 E.

Section 1, NW$\frac{1}{4}$ of NE$\frac{1}{4}$ and E$\frac{1}{2}$ of E$\frac{1}{2}$ and W$\frac{1}{2}$ of SW$\frac{1}{4}$ and SE$\frac{1}{4}$ of SW$\frac{1}{4}$
Section 2, All
Section 3, All
Section 4, All
Section 5, All
Section 6, All

And WHEREAS a survey has been completed by T. Baker Smith, Registered Civil Engineer, fixing (a) the south boundary line of The Louisiana Land and Exploration Company's above described property, located in Township 19 South, Range 20 East, which is also the north boundary line of La Terre Co. Inc.'s above described property, located in Township 20 South, Range 20 East, and (b) the west boundary line of The Louisiana Land and Exploration Company's above described property, located in Township 19 South, Range 20 East, which is also the east boundary line of La Terre Co. Inc.'s above described property, located in Township 19 South, Range 19 East and Township 20 South, Range 19 East, the findings of which survey are set forth on the plat hereto attached and made a part hereof; and

-3-

WHEREAS La Terre Co. Inc. and The Louisiana Land and Exploration Company wish to settle any possible controversy as to the aforesaid boundary lines and have agreed between themselves to accept the results of the aforesaid survey by T. Baker Smith, Registered Civil Engineer, as correct for the purpose of settling the boundary lines between their aforesaid respective properties, as hereinabove set forth:

NOW, THEREFORE, IT IS AGREED by and between La Terre Co. Inc. and The Louisiana Land and Exploration Company, the owners of the land on which the boundary is fixed by the present agreement, as follows, to-wit:

(a) The south boundary line of The Louisiana Land and Exploration Company's above described property, located in Township 19 South, Range 20 East, which is also the north boundary line of La Terre Co. Inc.'s above described property, located in Township 20 South, Range 20 East, be and the same is hereby fixed and agreed upon as follows:

> Beginning at a 6 inch by 6 inch by 6 foot concrete post, which marks the Southeast corner of Township 19 South, Range 20 East, and the Northeast corner of Township 20 South, Range 20 East, said 6 inch by 6 inch by 6 foot concrete post is located 243.3 feet south, and 19,508.51 feet East of U. S. Coast and Geodetic Survey Triangulation "Station, Cuffy 1934" (Station latitude 29 degrees 22 minutes 30.526 seconds, longitude 90 degrees 26 minutes 12.059 seconds, North American Datum 1927).

> Thence on sixth mile, South 88 degrees 35 minutes 02 seconds West on Township Line between Townships 19 and 20 South, Range 20 East,
> 691.2 feet to a 2-5/8" x 10½ foot iron pipe
> 1691.2 feet to a 2-5/8" x 10½ foot iron pipe
> 2691.2 feet to a 4" triangular concrete post
> 2714.7 feet to a 2-5/8" x 10½ foot iron pipe
> 4000.0 feet to a 2-5/8" x 10½ foot iron pipe
> 5000.0 feet to a 2-5/8" x 10½ foot iron pipe
> 5491.2 feet to a 6" x 6" x 4 foot concrete post which marks the corner common to Sections 35 and 36, T-19-S, R-20-E and Sections 1 and 2, T-20-S, R-20-E.

> Thence on fifth mile continued South 88 degrees 35 minutes 02 seconds West on Township Line
> 1000.0 feet to a 2-5/8" x 10½ foot iron pipe
> 1150.0 feet to a 2-5/8" x 10½ foot iron pipe

1180.0 feet to a 4" triangular concrete post
1968.0 feet to a 2-5/8" x 10½ foot iron pipe
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
3599.8 feet to a 4" triangular concrete post
4410.0 feet to a 2-5/8" x 10½ foot iron pipe
5280.0 feet to a 4" triangular concrete post
which marks the corner common to
Sections 34 and 35, T-19-S, R-20-E and
Sections 2 and 3, T-20-S, R-20-E.

Thence on fourth mile, continued South 88 degrees 35 minutes 02 seconds West on Township line
880.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2640.0 feet to a 4" triangular concrete post
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
5000.0 feet to a 2-5/8" x 10½ foot iron pipe
5280.0 feet to a 4" triangular concrete post
which marks the corner common to
Sections 33 and 34, T-19-S, R-20-E, and
Sections 3 and 4, T-20-S, R-20-E.

Thence on third mile, continued South 88 degrees 35 minutes 02 seconds West on Township line
1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2941.0 feet to a 4" triangular concrete post; U.S. Coast and Geodetic Survey Triangulation Station "Cuffy 1934" bears North 36 degrees 13 minutes 38 seconds West a distance of 883.45 feet from this 4" triangular concrete post.
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
3012.0 feet to Bayou Jean La Croix
3153.0 feet cross Bayou Jean La Croix
3180.0 feet to a 2-5/8" x 10½ foot iron pipe
3220.0 feet to a 4" triangular concrete post
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
5000.0 feet to a 2-5/8" x 10½ foot iron pipe
5280.0 feet to a 4" triangular concrete post,
which marks the corner common to
Sections 32 and 33, T-19-S, R-20-E, and
Sections 4 and 5, T-20-S, R-20-E.

Thence on second mile, continued South 88 degrees 35 minutes 02 seconds West on Township line
1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2640.0 feet to a 4" triangular concrete post
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
4100.0 feet to a 4" triangular concrete post
4177.0 feet to a 2-5/8" x 10½ foot iron pipe
4350.0 feet to a 2-5/8" x 10½ foot iron pipe
4410.0 feet to a 4" triangular concrete post
5000.0 feet to a 2-5/8" x 10½ foot iron pipe
5280.0 feet to a 4" triangular concrete post,
which marks the corner common to Sections
31 and 32, T-19-S, R-20-E, and Sections
5 and 6, T-20-S, R-20-E.

Thence on first mile, continued South 88 degrees 35 minutes 02 seconds West, on Township line
1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2600.0 feet to a 4" triangular concrete post
3060.7 feet to a 2-5/8" x 10½ foot iron pipe
3800.0 feet to a 2-5/8" x 10½ foot iron pipe
4800.0 feet to a 2-5/8" x 10½ foot iron pipe
5280.0 feet to a 4" triangular concrete post and two 2-5/8" x 10½ foot iron pipes, which mark the Southwest corner of Township 19 South, Range 20 East and the Northwest corner of Township 20 South, Range 20 East. This latter 4" triangular concrete post bears South 88 degrees 35 minutes 02 seconds West, a total distance of 31,691.2 feet from the Southeast corner of T-19-S, R-20-E, and the point of beginning, and is also 1031.44 feet south and 12,372.95 feet west of U.S. C. & G. Survey Triangulation Station "Guffy 1934".

All bearings are based on Lambert Grid North, South Zone.

Note: All 4" triangular concrete posts are 7' in length.

(b) The west boundary line of The Louisiana Land and Exploration Company's above described property, located in Township 19 South, Range 20 East, which is also the east boundary line of La Terre Co. Inc.'s above described property, located in Township 19 South, Range 19 East and Township 20 South, Range 19 East, be and the same is hereby fixed and agreed upon as follows:

Beginning at a 4" triangular concrete post, which marks the Southwest corner of Township 19 South, Range 20 East and the Northwest corner of Township 20 South, Range 20 East, said 4" triangular concrete post is located 1031.44 feet South and 12,372.95 feet West of U. S. Coast and Geodetic Survey Triangulation Station, Guffy 1934 (Station Latitude 29 degrees 22 minutes 30.526 seconds, longitude 90 degrees 26 minutes 12.059 seconds, North American Datum 1927).

Thence on sixth mile, North 1 degree 50 minutes 25 seconds West on Range line between Township 19 South, Ranges 19 and 20 East

1067.0 feet to a 2-5/8" x 10½ foot iron pipe
1245.0 feet to a 2-5/8" x 10½ foot iron pipe
1400.0 feet to a 4" triangular concrete post
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2698.78 feet to a 4" triangular concrete post
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
5000.0 feet to a 2-5/8" x 10½ foot iron pipe
5397.55 feet to corner common to Sections 30 and 31, T-19-S, R-20-E. This corner falls in a pond.

Thence on fifth mile, continued North 1 degree 50 minutes 25 seconds West on Range line

100.0 feet to a 4" triangular concrete post
1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2698.78 feet to a 4" triangular concrete post
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
4540.0 feet to a 4" triangular concrete post
4600.0 feet to a 2-5/8" x 10½ foot iron pipe
4642.0 Bayou St. Jean Charles Canal
4701.0 Cross Bayou St. Jean Charles Canal
5397.54 feet to a 4" triangular concrete post, which marks the corner common to Sections 19 and 30, T-19-S, R-20-E.

Thence on fourth mile, continued North 1 degree 50 minutes 25 seconds West on Range line

1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2698.78 feet to a 4" triangular concrete post
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
4000.0 feet to a 2-5/8" x 10½ foot iron pipe
5250.0 feet to a 4" triangular concrete post
5359.0 feet to a 2-5/8" x 10½ foot iron pipe
5377.0 feet to Lateral 63 Public Works Canal
5397.55 feet to corner common to Sections 18 and 19, T-19-S, R-20-E, corner falls in canal.

Thence on third mile, continued North 1 degree 50 minutes 25 seconds West on Range line

88.55 feet to a 2-5/8" x 10½ foot iron pipe
200.0 feet to a 4" triangular concrete post
1000.0 feet to a 2-5/8" x 10½ foot iron pipe
2000.0 feet to a 2-5/8" x 10½ foot iron pipe
2698.77 feet to a 4" triangular concrete post
3000.0 feet to a 2-5/8" x 10½ foot iron pipe
3924.0 feet to a 4" triangular concrete post
3973.0 feet to a 2-5/8" x 10½ foot iron pipe
4120.0 feet to a 2-5/8" x 10½ foot iron pipe
4200.0 feet to a 4" triangular concrete post
5397.54 feet to a 4" triangular concrete post, which marks the corner common to Sections 7 and 18, T-19-S, R-20-E. This latter 4" triangular concrete post is located 20,545.92 feet North and 13,068.14 feet West of U.S. Coast and Geodetic Survey Triangulation "Station, Guffy 1934".

All bearings are based on Lambert Grid North, South Zone.

Note: All 4" triangular concrete posts are 7 feet in length.

It is the purpose of this agreement to establish only that portion of the south boundary of the above described lands situated in Sections 31 to 36, inclusive, Township 19 South, Range 20 East, which is the north boundary of the above described lands situated in Sections 1 to 6 inclusive, Township 20 South, Range 20 East, and to establish only that portion of the west boundary of the above described lands situated in Sections 18, 19, 30 and 31, Township 19 South, Range 20 East, which is the east boundary of the above described lands situated in Sections 28, 37, 38 and 49, Township 19 South, Range 19 East and Section 1, Township 20 South, Range 19 East.

The parties hereto now attach to this contract and make a part hereof the aforesaid plat prepared, after survey, by T. Baker Smith, Registered Civil Engineer, on which plat said boundary line is shown as a solid blue line; which said plat is entitled "Map Showing Survey Of The South Boundary And The Last Four Miles Of The West Boundary Of T. 19 S. R. 20 E, Terrebonne And Lafourche Parishes, Louisiana. Being The Property Line Between The Properties of La Terre Company, Inc. And The Louisiana Land and Exploration Company. March 4, 1952, Houma, Louisiana. Office of T. Baker Smith, Civil Engineer. Approved (signed) T. Baker Smith, C.E. Registered in accordance with La. Law.", and has been further identified with this instrument by the parties signatory hereto signing same.

It is now recognized by the parties hereto that each and every one of the pipes and concrete posts referred to in the above description and/or on the plat attached have been driven into the ground and are physically in place at the proper and correct corners and locations; and that it is their intention that said posts and pipes, anything herein contained to the contrary notwithstanding, shall control the lines herein agreed to.

The parties hereto further declare that, in order to avoid any dispute, controversy or uncertainty as to the aforesaid boundary lines, and, in order to at once and forever put all such matters at rest, the parties hereto have agreed to permanently fix and establish their aforesaid boundary lines in accordance with the survey herein referred to and have adopted the lines hereinabove set out in detail as the boundary lines between the properties above mentioned, whether or not the same be the true lines as fixed by the government surveys.

And now into these presents come and intervene: REESE E. CARTER, a resident of New Orleans, Louisiana, married to and residing with his wife, Mrs. Sidney Minnerly Carter, and KENNETH A. MEREDITH, a resident of Dade County, Florida, married to and residing with his wife, Mrs. Hazel Lamonte Meredith, the said REESE E. CARTER and KENNETH A. MEREDITH being the successors of LYNN OIL COMPANY, a partnership of which they were the sole partners, now dissolved as of November 30, 1951, and LESLIE BOWLING, a resident of New Orleans, Louisiana, married to and residing with his wife, Marjorie Wheeler, as sublessee of that certain oil, gas and mineral lease, dated January 14, 1950, granted by

-9-

La Terre Co. Inc., as lessor, to Lynn Oil Company, as lessee, and recorded in C.O.B. 173, Entry No. 68205 of the Conveyance Records of Terrebonne Parish, Louisiana; and said interveners declared that as lessees and sublessee, respectively, under the aforesaid lease, they hereby consent and agree to the fixing of the aforesaid boundary lines, as hereinabove set forth.

And now into these presents also comes and intervenes HUMBLE OIL & REFINING COMPANY, a corporation of the State of Texas, qualified to do business in Louisiana, as lessee under the following described mineral leases, to-wit:

> (a) Oil and Gas Development lease, dated December 30, 1950, granted by The Louisiana Land and Exploration Company to Humble Oil & Refining Company, recorded in C.O.B. 176, Entry No. 95863, of the Conveyance Records of Terrebonne Parish, Louisiana, and C.O.B. 150, Entry No. 94208 of the Conveyance Records of Lafourche Parish, Louisiana;
>
> (b) Oil, gas and mineral lease, dated July 20, 1950, granted by La Terre Co. Inc. to Humble Oil & Refining Company, recorded in C.O.B. 183, Entry No. 103,826 of the Conveyance Records of Terrebonne Parish, Louisiana;

and declared that, as lessee under the aforesaid leases, it does hereby consent and agree to and acquiesce in the fixing of the aforesaid boundary lines, as hereinabove set forth.

It is expressly understood and agreed that the adjustment of said boundary lines, as herein provided, is limited to the fixing of the rights of the respective parties signatory hereto and their heirs, executors, administrators, successors and assigns, and is not executed for the benefit of any third person or third persons, and shall not be binding upon or used against any of the parties signatory

hereto by any other person, firm or corporation for any purpose whatsoever.

This agreement shall inure to the benefit of and be binding upon the parties hereto, their heirs, administrators, executors, successors and assigns.

IN WITNESS WHEREOF, the said parties have hereunto subscribed their names as of this 15th day of May, 1952, in the presence of the undersigned competent witnesses.

WITNESSES:

*Joan Zenk*  LA TERRE CO. INC.
*A. M. Hennessy*  By *Earle L. Pelous*
                       President

*Maxine Bass*   THE LOUISIANA LAND AND EXPLORATION COMPANY
*Mollie Stells*  By *Jm. a. Armstrong*
                     Vice-President

*C. R. Brown*            *Reese L. Carter*
*Jim Yerngen*              Reese L. Carter

*Margaret Connolly*  *Kenneth A. Meredith*
*Jm. F. McNinny*          Kenneth A. Meredith

*Bill Bean*          *Leslie Bowling*
*Helma R. Peery*      Leslie Bowling

*Paul S. Carlin Jr.*  HUMBLE OIL & REFINING COMPANY
*J. F. Allen*         By *David Tram*      TRADE O.K.
                         Vice-President     W. A. MALEY

Attest:-
*Elizabeth N. Kenney*
Assistant Secretary

STATE OF LOUISIANA
PARISH OF ORLEANS

On this ___ day of _June_, 1952, before me appeared Paul T. Seashore, to me personally known, who, being by me duly sworn, did say that he is the Vice-President of The Louisiana Land and Exploration Company, a corporation, and that as such officer and on behalf of such corporation, he signed and executed the foregoing instrument by authority of the Board of Directors of said corporation, and said appearer acknowledged said instrument to be the free act and deed of said corporation, for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

_Maxine Bass_
_Mollie Wells_

_[signature]_

_[signature]_
Notary Public

STATE OF OHIO
COUNTY OF LUCAS

On this _18th_ day of _June_, 1952, before me appeared Earle L. Peters, to me personally known, who, being by me duly sworn, did say that he is the President of La Terre Co. Inc., a corporation, and that as such officer and on behalf of such corporation, he signed and executed the foregoing instrument by authority of the Board of Directors of said corporation, and said appearer acknowledged said instrument to be the free act and deed of said corporation, for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

_Joan Jenk_
_A. M. Hennessy_

_Earle L. Peters_

_[signature]_
Notary Public
HARLEY A. WATKINS
Notary Public, State of Ohio
My Commission Expires Nov. 3, 1954

STATE OF ~~Louisiana~~
~~PARISH~~ OF ~~Orleans~~

On this _17th_ day of _July_, 1952, before me personally appeared Reese L. Carter, to me known to be the person described in and who executed the foregoing instrument, and who acknowledged that he executed the same as his free act and deed

and for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

C. R. Brown

Tom Zieringue

*[signature: Reese E. Carter]*

*[signature]*
Notary Public

STATE OF New York
COUNTY OF *[illegible]*

On this ___ day of July, 1952, before me personally appeared Kenneth A. Meredith, to me known to be the person described in and who executed the foregoing instrument, and who acknowledged that he executed the same as his free act and deed, and for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

*[signatures]*

*[signature: Kenneth A. Meredith]*

*[signature]*
Notary Public

C. R. BUHLER
Notary Public, State of New York
No. 30-0485125
Qualified in Nassau County
Certs. *[illegible]* N.Y. Co. *[illegible]* & Reg.
Term *[illegible]*

STATE OF LOUISIANA
PARISH OF ORLEANS

On this 9th day of July, 1952, before me personally appeared Leslie Bowling, to me known to be the person described in and who executed the foregoing instrument, and who acknowledged that he executed the same as his free act and deed, and for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

*[signatures]*
Thelma R. Leluy

*[signature: Leslie Bowling]*

*[signature]*
Notary Public

STATE OF TEXAS
COUNTY OF HARRIS

On this __12__ day of __August__, 1952, before me appeared DAVID FRAME, to me personally known, who, being by me duly sworn, did say that he is the Vice-President of Humble Oil & Refining Company, a corporation, and that as such officer and on behalf of such corporation, he signed and executed the foregoing instrument by authority of the Board of Directors of said corporation, and said appearer acknowledged said instrument to be the free act and deed of said corporation, for the purposes and considerations therein expressed.

IN TESTIMONY WHEREOF, said appearer has executed this acknowledgment in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES

Paul C. Carlin Jr.

J. F. Adkins

David Frame

Virginia Callas  VIRGINIA CALLAS
Notary Public

My Commission Expires June 1, 1953

NOTARY PUBLIC IN AND FOR
HARRIS COUNTY, TEXAS

STATE OF LOUISIANA

PARISH OF TERREBONNE

BE IT KNOWN AND REMEMBERED, That I, T. Baker Smith, a resident of the Parish of Terrebonne, State of Louisiana, and a duly qualified sworn Civil Engineer and Surveyor having been requested by La Terre Co., Inc. and The Louisiana Land and Exploration Company to survey and mark the South boundary and the last (4) four miles of the West boundary of Township 19 South, Range 20 East, Terrebonne and Lafourche Parishes, Louisiana, said boundary being the property line between the respective properties, did make or cause to be made, under my directions, said survey.

T. Valerien Sulakowski, U. S. Deputy Surveyor, under insturctions dated 31st January, 1857, originally surveyed the boundaries of T-19-S, R-20-E, in the 1st quarter of 1858, and his survey was approved April 21st, 1858.

A certified copy of Sulakowski field notes was obtained from the General Land office of the State of Louisiana, and a study thereof was made. It was found from a study of his notes that Sulakowski intended to start his survey on the South boundary of T-18-S, R-19-E, as previously re-established by Phelps, U. S. Deputy Surveyor. He reported he did not find any marks nor corners of the South boundary of T-18-S, R-19-E; therefore, he commenced his survey at the S. E. corner of Section 40, T-18-S, R-20-E, established by T. Joseph Gorlinski; thence south on East boundary of T-18-S, R-20-E, regular call to the S. E. Corner of T-18-S, R-20-E, being the N. E. corner of T-19-S, R-20-E; thence south on East boundary of T-19-S, R-20-E, regular call to the S. E. corner of T-19-S, R-20-E; return to the S. E. corner of T-18-S, R-20-E; thence west 63.20 chains to the 5th mile post "this mile was measured so as to correspond with the 6th mile of the South boundary of T-17-S, R-20-E, as given by T. Joseph Gorlinski"; continued West on North boundary of T-19-S, R-20-E, regular call to the N. W. corner of T-19-S, R-20-E; thence West from the N. W. corner of T-19-S, R-20-E, 39.00 chains to Bayou du Chien, 40.00 chains cross it, 80 chains to the 5th mile post in prairie. This mile, which would be the boundary between Townships 18 and 19 South, Range 20 East, was not approved. Beginning at the N. W. corner of T-19-S, R-20-E, thence South on West boundary 18.50 to Bayou du Chien, 19.50 cross

it; continued South regular call to the S. W. corner of the Township; thence East on the South boundary of T-19-S, R-20-E, regular call to the 5th mile post; thence East on 6th mile 1.10 to Bayou du Chien, 2.00 cross it, 83.20 to the S. E. corner of the Township as previously established.

In order to reproduce or fix a starting point of Sulakowski survey it was found necessary to fix the position of the S. E. corner of T-17-S, R-20-E as surveyed and marked by Gorlinski. This point was fixed by the calls from Gorlinski notes, the proper distance West and South of Bayou Lafourche and other points of topography.

From further study of the field notes it was found that the only topography called for in the survey of T-19-S, R-20-E, was bayou Pt-au-Chien of which the 5th mile post on the South boundary of T-19-S, R-20-E was marked on or near Bayou Pt-au-Chien, and particularly at the 5th mile corner, where Sulakowski marked the corner and called for witness trees. A thorough search and investigation was made to locate the corner and the witness trees, which was not successful. However, it was found from a study of the field notes of Joseph Gorlinski, U. S. Deputy Surveyor, in a survey of T-20-S, R-20-E, that he identified the corners and the South boundary of T-19-S, R-20-E as surveyed by Sulakowski, as the Sulakowski survey was only approximately one year prior to the Gorlinski survey.

At this point we did locate a concrete post supposed to mark the corner common to Sections 35 and 36 of T-19-S, R-20-E and 1 and 2 of T-20-S, R-20-E, having the same calls by both Sulakowski and Gorlinski. We then reproduced the Gorlinski survey through T-20-S, R-20-E to verify the correct position of this monument and found same to be true and correct.

From this monument, which has previously been identified and found to be true and correct, we then ran East (N 88° 35' 02" E Lambert) on the 6th mile post of the South boundary of T-19-S, R-20-E:

```
0/35     what appears to be the bank of Bayou Pt-au-Chien
0/47     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
0/70     present bank of Bayou Pt-au-Chien
1/27     cross it
4/91.2   set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
14/91.2  set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
19/92.2  set 2" x 2" x 12' pole, 6' showing
19/97    to a pond
```

- 2 -

```
23/20     cross it
27/76.5   set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
28/00     set 4" triangular concrete monument 7' long 16" showing
36/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
42/00     set 2" x 2" x 12' pole, 6' showing
48/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
54/01.2   to the S. E. corner of T-19-S, R-20-E, at which point we found
          a concrete monument.
```

Thence returned to the concrete monument marking the

5th mile post on the South boundary of T-19-S, R-20-E, thence West

(S 88° 35' 02" W Lambert) on the 5th mile:

```
10/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
10/34     to a bayou, bears S.W. - N.E.
11/25     cross it
11/50     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
11/80     set 4" triangular concrete monument 7' long 30" showing
19/68     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
20/00     to a bayou in North edge of cove
21/90     cross it
25/16     to a pond
27/80     cross it
30/00     placed 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
35/99.8   set 4" triangular concrete monument 7' long 20" showing
38/31     to a pond
44/00     cross it
44/10     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
52/80     set 4" triangular concrete monument 7' long 24" showing, for
          4th mile post.
```

Thence West (S 88° 35' 02" W Lambert) on 4th mile:

```
1/25      to a bayou
2/00      cross it
8/80      set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
9/87      to a pond
17/52     cross it
17/67.8   set 2" x 2" hub
18/71     to a bayou
19/47     cross it
20/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
28/40     set 4" triangular concrete monument 7' long 18" showing, for
          1/4 corner
30/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
40/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
44/50     to a pond
45/60     cross it
50/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
52/80     set 4" triangular concrete monument 7' long 18" showing, for
          3rd mile post.
```

Thence W (S 88° 35' 02" W Lambert) on 3rd mile:

```
10/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
20/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
29/41     set 4" triangular concrete monument 7' long 15" showing, from
          which U.S.C.& G.S. Triangulation Station "Gully 1934" bears
          N 36° 13' 38" West 883.45'
30/00     set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
30/12     to Bayou Jean La Croix
31/53     cross it
```

- 3 -

| | |
|---|---|
| 31/80 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 32/20 | set 4" triangular concrete monument 7' long, 21" showing |
| 40/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 40/91 | to a small bayou bearing N & S |
| 41/09 | cross it |
| 50/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 52/80 | set 4" triangular concrete monument 7' long 24" showing, for 2nd mile post. |

Thence W (S 88° 35' 02" W Lambert) on 2nd mile:

| | |
|---|---|
| 10/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 20/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 20/78 | to a small bayou |
| 20/81 | cross it |
| 26/40 | set 4" triangular concrete monument 7' long 20" showing, for 1/4 corner |
| 30/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 40/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 41/00 | set 4" triangular concrete monument 7' long 21" showing |
| 41/56 | set 2" x 2" hub on East levee of Humble Canal |
| 41/77 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 42/00 | to Humble Canal bears N.E. - S.W. |
| 43/22 | cross it |
| 43/60 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 44/10 | set 4" triangular concrete monument 7' long 20" showing |
| 50/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 52/80 | set 4" triangular concrete monument 7' long 24" showing, for 1st mile post. |

Thence W (S 88° 35' 02" W Lambert) on 1st mile:

| | |
|---|---|
| 10/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 13/45 | to a small bayou |
| 13/55 | cross it |
| 20/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 26/00 | set 4" triangular concrete monument 7' long 21" showing |
| 26/31 | to a flat bay |
| 30/50 | cross bay |
| 30/60.7 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 33/44 | to a pond |
| 36/35 | to United Gas Pipe Line Canal, bears N.W. - S.E. |
| 36/70 | cross canal |
| 38/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign on West levee of Canal |
| 46/00 | cross pond |
| 46/60 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 52/80 | set 4" triangular concrete monument 7' long 20" showing, with (2) two 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign, one East of corner and one North of corner for the S.W. corner of T-19-S, R-20-E, and the N.W. corner of T-20-S, R-20-E. |

We then returned to the S. E. corner of T-17-S, R-20-E previously fixed, thence South 0° 13' 23" W (S 1° 12' 13" E Lambert) a distance of 64,775.12 feet to connect with the S. E. corner of T-19-S, R-20-E as previously located. It is found from the distance as given above that a surplus exists in the Latitude measurements in Townships 18 & 19 South, Range 20 East, which surplus was found by our actual measurements to be 117.93 feet per mile. We then, therefore, fixed the N. E. corner of T-19-S, R-20-E from the

- 4 -

prorated distance between the S. E. corner of T-17-S, R-20-E and the S. E. corner of T-19-S, R-20-E.

We then established the N. W. corner of T-19-S, R-20-E from calls E. and N. of Bayou Pt-au-Chien. We found from a thorough investigation that the position of the N. W. corner of T-19-S, R-20-E as established, could only be in one position to satisfy the calls both E. and N. of Bayou Pt-au-Chien. After being satisfied with the correctness of this corner, we found this corner to bear S 88° 59' 41" W (S 88° 34' 43" W Lambert) a distance of 32,251.61 feet from the N. E. corner as previously established, being substantially the direction as called for by Sulakowski.

Returned to the S. W. corner of T-19-S, R-20-E as previously established, thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 6th mile on W. boundary to connect the N. W. corner of T-19-S, R-20-E:

```
10/67       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
11/58       to United Gas Pipe Line Canal, bears S.E. - N.W.
12/00       cross canal
12/45       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
14/00       set 4" triangular concrete monument 7' long 21" showing
20/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
26/98.78    set 4" triangular concrete monument 7' long 21" showing,
            for 1/4 corner
30/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
40/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
50/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
53/00       to a pond
53/97.55    to 5th mile corner in pond - did not set monument.
```

Thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 5th mile:

```
0/42        cross pond
1/00        set 4" triangular concrete monument 7' long 24" showing
10/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
20/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
26/98.78    set 4" triangular concrete monument 7' long 21" showing,
            for 1/4 corner
40/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
45/40       set 4" triangular concrete monument 7' long 21" showing
46/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
46/42       to St. Jean Charles Canal, bears about E. and W.
47/01       cross canal
47/32       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
53/97.54    set 4" triangular concrete monument 7' long 20" showing, and
            2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign,
            for 4th mile post.
```

Thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 4th mile:
```
10/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
16/17       center of pirogue ditch, bears about E. and W.
20/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
26/98.78    set 4" triangular concrete monument 7' long 18" showing, for
            1/4 corner
30/00       set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign
```

- 5 -

| | |
|---|---|
| 40/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign on S. edge of a mangrove island |
| 41/50 | cross to North edge of mangrove island |
| 52/50 | set 4" triangular concrete monument 7' long 18" showing |
| 53/22.9 | set 2" x 2" cypress hub on levee of Lateral 63 Public Works Canal |
| 53/59 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 53/77 | to Lateral 63 Public Works Canal, bears N 44° 05' E and reverse |
| 53/97.55 | to 3rd mile post in Public Works Canal. |

Thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 3rd mile:

| | |
|---|---|
| 0/59 | cross Public Works Canal |
| 0/88.55 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 2/00 | set 4" triangular concrete monument 7' long 21" showing |
| 10/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 18/70 | center of pirogue ditch, bears about E. and W. |
| 20/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 26/98.77 | set 4" triangular concrete monument 7' long 20" showing, for 1/4 corner |
| 30/00 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 39/24 | set 4" triangular concrete monument 7' long 24" showing |
| 39/73 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 40/06 | to Viguerie Canal, bears about N 30° W - S 30° E |
| 40/62 | cross canal |
| 41/20 | set 2-5/8" pipe with 6' showing with LL&E "No Trespassing" sign |
| 42/00 | set 4" triangular concrete monument 7' long 21" showing |
| 48/00 | set 2" x 4" x 16' post with 6' showing with LL&E "No Trespassing" sign |
| 53/16.5 | to a line bearing W. |
| 53/97.54 | set 4" triangular concrete monument 7' long 21" showing and 2" x 4" x 16' post with 6' showing with LL&E "No Trespassing" sign, for 2nd mile post. |

Thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 2nd mile:

53/97.55   to 1st mile post.

Thence N 0° 25' 27" W (N 1° 50' 25" W Lambert) on 1st mile:

| | |
|---|---|
| 26/64.98 | to a point which bears W. 2657.56 feet from U.S.G.S. Station "T.T. 64 L.S. 1934" |
| 41/10.5 | to Bayou Pt-au-Chien |
| 41/76.5 | cross Bayou Pt-au-Chien |
| 53/97.54 | to N.W. corner of T-19-S, R-20-E as previously established. |

IN TESTIMONY WHEREOF, I hereby make this my Proces Verbal of Survey, in the presence of the attesting witnesses, both good and competent, who have duly signed the same with me, on the 26 day of March, A.D., 1952; the said Proces Verbal being full and complete.

WITNESSES:

Estelle Savoie

Shirley Porter

T Baker Smith
Civil Engineer and Surveyor

- 6 -

STATE OF LOUISIANA

PARISH OF TERREBONNE

    Personally came and appeared before me, T. BAKER SMITH, to me personally known as a duly qualified and sworn Civil Engineer and Surveyor, who, upon being by me first duly sworn does depose and say:

    That the above and foregoing Proces Verbal of Survey, together with the attached map is true and correct to the best of his knowledge and belief.

              *T Baker Smith*

SWORN TO AND SUBSCRIBED before me
this 26 day of March, A. D., 1952

*[signature]*
Notary Public, Parish of Terrebonne,
Louisiana

- 7 -