

**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

PLEASE WRITE ASSESSMENT NUMBER 3043322280 ON YOUR CHECK.

# 2011
# TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2011 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE AT (985) 447-7242.

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

056067

APACHE LOUISIANA MINERALS, INC.    34110
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

TAX NOTICE #: 54797
ASSESSMENT #: 3043322280

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| FRESH MARSH | 34,610 | 34,610 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 73.03 |
| TOTALS: | 34610 | 34610 | CENTRAL LAFOURCHE AMBULAN | 4.00 | 138.44 |
| | | | CONSOLIDATED | 80.20 | 2775.72 |
| | | | FIRE DIST 2 | 5.24 | 181.36 |
| | | | HOSPITAL DIST. 2 | 2.00 | 69.22 |
| | | | NORTH LAFOURCHE LEVEE RB | 12.00 | 415.32 |
| | | | PARISH COUNCIL | 2.72 | 94.14 |
| | | | ROAD DISTRICT #1 | 5.00 | 173.05 |
| | | | SPECIAL SERVICE #1 | 1.71 | 59.18 |
| | | | WATER DISTRICT #1 | 3.61 | 124.94 |

**Property Description:**(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)   **TOTAL TAXES DUE:**   **$ 4104.40**

6,922.52 ACRES: BEING LANDS IN ATCHAFAYALA LEVEE BASIN LEVEE DIST., WARD 4, LAFOURCHE PARISH AS FOLLOWS: 1. IN T18S-R19E: SEC 62, 63, 67, AND 68 (EACH 640 AC). 2. IN T18S-R20E: S/2 OF SEC 7 (322.42 AC); S/2 OF SEC 8 (320 AC); S/2 OF SEC 9 (320 AC); S/2 OF SEC 10 (320 AC); S/2 OF SEC 11 WEST OF GRAND BAYOU CANAL (8 5 AC); ALL OF SEC 14 WEST OF GRAND BAYOU CANAL (10 AC); ALL OF SEC 15 WEST OF GRAND BAYOU CANAL (580 AC); N/2 OF SEC 22 WEST OF GRAND BAYOU

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.    *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

DETACH AND KEEP TOP PORTION



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

**TAXPAYER:**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

| | |
|---|---|
| TAX YEAR: | 2011 |
| TAX NOTICE # | 54797 |
| ASSESSMENT #: | 3043322280 |

**TOTAL TAX DUE:**   **$ 4104.40**

Taxes unpaid after February 15, 2012 accrue a collection cost of 10%, see insert

MAKE CHECKS PAYABLE TO:
**LAFOURCHE PARISH SHERIFF'S OFFICE**
**PO BOX 5608**
**THIBODAUX, LA 70302-5608**

# 2011
# TAX STATEMENT

34110 | 1-1    P1A

| Date: | 2/4/2013 | **Parish#25201 Parcel:3043322280** | Page: | 1 |
| Time: | 3:25:57PM | | Print Only | |

**2011**

**OWNER**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
P.O. BOX 149
RICHMOND, TX 77406

**PARCEL**

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3043322280 | | | W 04 | Oil & Gas |

**ITEMS**

| Class Description | | Value | Homestead | Units |
|---|---|---|---|---|
| FRESH MARSH | | 34,610.00 | 0.00 | 6,922.00 |
| | ** Totals ** | 34.610.00 | 0.00 | $6.922.00 |

**LEGAL DESCRIPTION**

6,922.52 ACRES:  BEING LANDS IN ATCHAFAYALA LEVEE BASIN LEVEE DIST., WARD 4, LAFOURCHE PARISH AS FOLLOWS:
1. IN T18S-R19E:  SEC 62, 63, 67, AND 68  (EACH 640 AC).
2. IN T18S-R20E:  S/2 OF SEC 7 (322.42 AC);  S/2 OF SEC 8 (320 AC);  S/2 OF SEC 9 (320 AC);  S/2 OF SEC 10 (320 AC);  S/2 OF SEC 11 WEST OF GRAND BAYOU CANAL (85 AC);  ALL OF SEC 14 WEST OF GRAND BAYOU CANAL (10 AC);  ALL OF SEC 15 WEST OF GRAND BAYOU CANAL (580 AC);  N/2 OF SEC 22 WEST OF GRAND BAYOU CANAL (160 AC);  SEC 17 (640 AC);  SEC 18 (643.76 AC);  N/2 OF SEC 19 (321.34 AC);  N/2 OF SEC 20 (320 AC);  N/2 OF SEC 21 (320 AC).
(CB 1032, ENT. #690607)(CB 1085, ENT.#714593)

**TAXES**

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|
| PARISH COUNCIL | 2.72 | 94.14 | 0.00 |
| CONSOLIDATED | 80.20 | 2,775.72 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 173.05 | 0.00 |
| FIRE DIST 2 | 5.24 | 181.36 | 0.00 |
| NORTH LAFOURCHE LEVEE RB | 12.00 | 415.32 | 0.00 |
| CENTRAL LAFOURCHE AMBULANCE | 4.00 | 138.44 | 0.00 |
| HOSPITAL DIST. 2 | 2.00 | 69.22 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 124.94 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 73.03 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 59.18 | 0.00 |
| ** Totals ** | 118.59 | 4,104.40 | 0.00 |



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

# 2011
# TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2011 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

PLEASE WRITE ASSESSMENT NUMBER 3103324700 ON YOUR CHECK.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE AT (985) 447-7242.

056696

⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿⣿

APACHE LOUISIANA MINERALS, INC.        54113
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

TAX NOTICE #: 54796
ASSESSMENT #: 3103324700

| CLASS OF PROPERTY | ASSESSED VALUES | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| FRESH MARSH | 36,450 | 36,450 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 215.33 |
| SALT MARSH | 65,600 | 65,600 | CONSOLIDATED | 80.20 | 8184.41 |
| TOTALS: | 102050 | 102050 | DRAINAGE DIST. 1 | 0.90 | 28.35 |
| | | | FIRE DIST 3 | 8.00 | 816.40 |
| | | | GREATER LAFOURCHE PORT | 6.84 | 698.02 |
| | | | HOSPITAL DIST. 1 | 4.14 | 422.48 |
| | | | LAFOURCHE AMBULANCE | 3.10 | 316.36 |
| | | | PARISH COUNCIL | 2.72 | 277.57 |
| | | | ROAD DISTRICT #1 | 5.00 | 510.25 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 1006.22 |
| | | | SPECIAL EDUCATION DIST. | 3.00 | 306.15 |
| | | | SPECIAL SERVICE #1 | 1.71 | 174.51 |
| | | | VETERANS DISTRICT | 0.98 | 100.01 |
| | | | WATER DISTRICT #1 | 3.61 | 368.40 |

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.)     **TOTAL TAXES DUE:     $ 13422.48**

29,158.37 ACRES: BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB, LAFOURCHE PARISH AS FOLLOWS: 1. IN T18S-R20E: S/2 OF SEC 12 (332.26 AC); SEC 13 (664.76 AC); N/2 OF SEC 23 (320 AC); N/2 OF SEC 24 (332.5 AC); S/2 OF SEC 11 EAST OF GRAND BAYOU CANAL (235 AC); ALL OF SEC 14 EAST OF GRAND BAYOU CANAL (630 AC); ALL OF SEC 15 EAST OF GRAND BAYOU CANAL (60 AC); N/2 OF SEC 22 EAST OF GRAND BAYOU CANAL (160 AC.).

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.        *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

DETACH AND KEEP TOP PORTION



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

TAXPAYER:
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

TAX YEAR:                2011
TAX NOTICE #            54796
ASSESSMENT #:        3103324700

| TOTAL TAX DUE: | $ 13422.48 |
|---|---|

Taxes unpaid after February 15, 2012 accrue a collection cost of 10%, see insert

MAKE CHECKS PAYABLE TO:
**LAFOURCHE PARISH SHERIFF'S OFFICE**
**PO BOX 5608**
**THIBODAUX, LA 70302-5608**

# 2011
# TAX STATEMENT

34113 | 1-1    F1A

Date:    2/4/2013
Time    3:26:29PM

**Parish#4169 Parcel:3103324700**

Page:        1
Print Only

## 2011

**OWNER**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
P.O. BOX 149
RICHMOND, TX 77406

**PARCEL**

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3103324700 | | | W 10 AB | Oil & Gas |

**ITEMS**

| Class Description | Value | Homestead | Units |
|---|---|---|---|
| FRESH MARSH | 36,450.00 | 0.00 | 7,289.00 |
| SALT MARSH | 65,600.00 | 0.00 | 21,868.00 |
| ** Totals ** | 102,050.00 | 0.00 | 29,157.00 |

**LEGAL DESCRIPTION**

29,158.37 ACRES:  BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB,
LAFOURCHE PARISH AS FOLLOWS:

1. IN T18S-R20E:  S/2 OF SEC 12 (332.26 AC);  SEC 13 (664.76 AC);  N/2 OF
   SEC 23 (320 AC);  N/2 OF SEC 24 (332.5 AC);  S/2 OF SEC 11 EAST OF GRAND
   BAYOU CANAL (235 AC);  ALL OF SEC 14 EAST OF GRAND BAYOU CANAL (630 AC);
   ALL OF SEC 15 EAST OF GRAND BAYOU CANAL (60 AC);  N/2 OF SEC 22 EAST OF GRAND
   BAYOU CANAL (160 AC.).
2. IN T18S-R21E:  SW/4 OF NE/4 AND S/2 OF NW/4 AND S/2 OF SEC 48 (440 AC);
   SEC 53 (225.24 AC);  SEC 54 (640 AC);  N/2 OF SEC 55 (320 AC);  N/2 OF
   SEC 56 (142.4 AC);  FRACTIONAL S/2 OF SEC 66 (98.8 AC).
3. IN T20S-R21E:  ALL OF SECTIONS 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15,
   17, 20, 21, 22, 23, 24, 25, 26, 27, 28, AND 29 (EACH 640);  ALL OF S
   SECTIONS 32, 33, 34, 35, AND 36 (EACH 407.25 AC).
4. IN T20S-R21E AND/OR T21S-R21E:  AN UND 40% INT. IN A CERTAIN TRACT
   PROCEEDING FROM THE COMPROMISE AGREEMENT IN CB 342, FOLIO 264, ENT.#250583,
   (1,163.75 AC).
5. IN T20S-R22E:  W/2 AND W/2 OF E/2 OF SEC 6 EXCEPT PORTIONS CONVEYED IN
   CB 251, FOLIO 652  (427.41 AC);  SEC 7 (640 AC);  W/2 OF SW/4 OF SEC 8 EXCEPT
   PORTIONS AWARDED IN CB 101, FOLIO 23  (70 AC);  W/2 OF SE/4 AND W/2 OF SEC 17
   EXCEPT PORTIONS AWARDED IN CB 101, FOLIO 23  (390 AC);  ALL OF SECTIONS 18,
   19, 20, 29, 30, 31, AND 32 (EACH 640 AC);  W/2 OF W/2 OF SEC 28 (160 AC);
   W/2 OF SEC 33 (320 AC).      (935-733)(CB 1032, ENT.#690607)
   (CB 1085, ENT.#714593)

**TAXES**

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|

Date:   2/4/2013                    **Parish#4169 Parcel:3103324700**              Page:        2
Time   3:26:29PM                                                                  Print Only

## 2011

| | | | |
|---|---|---|---|
| PARISH COUNCIL | 2.72 | 277.57 | 0.00 |
| CONSOLIDATED | 80.20 | 8,184.41 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 510.25 | 0.00 |
| DRAINAGE DIST. 1 | 0.90 | 26.35 | 0.00 |
| FIRE DIST 3 | 8.00 | 816.40 | 0.00 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 1,006.22 | 0.00 |
| LAFOURCHE AMBULANCE | 3.10 | 316.36 | 0.00 |
| HOSPITAL DIST. 1 | 4.14 | 422.48 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 368.40 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 215.33 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 174.51 | 0.00 |
| GREATER LAFOURCHE PORT | 6.84 | 698.02 | 0.00 |
| SPECIAL EDUCATION DIST. | 3.00 | 306.15 | 0.00 |
| VETERANS DISTRICT | 0.98 | 100.01 | 0.00 |
| **\*\* Totals \*\*** | 132.17 | 13,422.46 | 0.00 |



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

# 2011
# TAX STATEMENT

ALL TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2011 AND BEAR MONTHLY INTEREST OF 1.00% AFTER THAT DATE.

PLEASE WRITE ASSESSMENT NUMBER 3113318225 ON YOUR CHECK.

IF YOU NO LONGER OWN THIS PROPERTY, OR HAVE MOVED, PLEASE NOTIFY THE TAX ASSESSOR'S OFFICE AT (985) 447-7242.

068865

APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406-0004

34118

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT

TAX NOTICE #: 54785
ASSESSMENT #: 3113318225

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| SALT MARSH | 17,130 | 17,130 | BAYOU LAFOURCHE FRESH WAT | 2.11 | 36.14 |
| TOTALS: | 17130 | 17130 | CONSOLIDATED | 80.20 | 1373.63 |
| | | | FIRE T&L #6 | 16.00 | 274.08 |
| | | | PARISH COUNCIL | 2.72 | 46.59 |
| | | | RECREATION#11 | 4.73 | 81.02 |
| | | | ROAD DISTRICT #1 | 5.00 | 85.65 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 168.90 |
| | | | SPECIAL SERVICE #1 | 1.71 | 29.29 |
| | | | WATER DISTRICT #1 | 3.61 | 61.84 |

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) **TOTAL TAXES DUE:** **$ 2157.34**

5,709.12 ACRES: BEING LANDS IN ATCHAPALAYA LEVEE BASIN DIST., WARD 11, LAFOURCHE PARISH AS FOLLOWS: I. IN T18S-R19E: SE/4 OF NE/4 OF SEC 59 (40 AC); N/2 OF SEC 60 (320 AC); N/2 OF SEC 61 (320 AC); FRACTIONAL N/ 2 OF SEC 66 (215.52 AC) II. IN T20S-R20E: NW/4 OF NE/4, AND E/2 OF E/2 OF SEC 1 (208 AC); NE/4 OF NE/4 OF SEC 12 (41.6 AC); E/2 OF E/2, NW/4 OF SE/4 OF SEC 13 EAST OF BAYOU POINTE AUX CHENE (186.4 AC); E/2 OF N E/4, SW/4 OF NE/4, S/2 OF

CHECK WITH YOUR MORTGAGE COMPANY TO SEE IF THESE TAXES HAVE BEEN PAID BEFORE SENDING PAYMENT.          *Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT-TO ASSURE PROPER RECORDING OF PAYMENT.



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX, LA 70302-5608
PHONE: (985)449-4430 or (985)449-4431

DETACH AND KEEP TOP PORTION

| | |
|---|---|
| TAX YEAR: | 2011 |
| TAX NOTICE # | 54785 |
| ASSESSMENT #: | 3113318225 |

**TAXPAYER:**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND, TX 77406

**TOTAL TAX DUE:** **$ 2157.34**

Taxes unpaid after February 15, 2012 accrue a collection cost of 10%, see insert

**MAKE CHECKS PAYABLE TO:**
**LAFOURCHE PARISH SHERIFF'S OFFICE**
**PO BOX 5608**
**THIBODAUX, LA 70302-5608**

# 2011
# TAX STATEMENT

34118 | 1-1    F1A

3

## CORRECTED TAX NOTICE TAX YEAR 2011

LAFOURCHE PARISH SHERIFF
P.O. BOX 5608
THIBODAUX, LA 70301

LATERRE CO., LTD.
333 NORTH SAM HOUSTON PARKWAY E
SUITE 1060
HOUSTON, TX 77060

TAX NOTICE #: 37517

TAXES BECOME DELINQUENT AFTER DECEMBER 31st AND BEAR 1.00% INTEREST PER MONTH OR ANY PART OF A MONTH THEREAFTER.

| TAX BODY | MILLAGE | AMOUNT DUE |
|---|---|---|
| PARISH COUNCIL | 2.72 | 4.00 |
| CONSOLIDATED | 80.20 | 117.89 |
| DRAINAGE DIST. 1 | 0.90 | 1.32 |
| FIRE DIST 3 | 8.00 | 11.76 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 14.49 |
| LAFOURCHE AMBULANCE | 3.10 | 4.56 |
| HOSPITAL DIST. 1 | 4.14 | 6.09 |
| WATER DISTRICT #1 | 3.61 | 5.31 |
| BAYOU LAFOURCHE FRESH WAT | 2.11 | 3.10 |
| GREATER LAFOURCHE PORT | 6.84 | 10.05 |
| SPECIAL EDUCATION DIST. | 3.00 | 4.41 |
| VETERANS DISTRICT | 0.98 | 1.44 |
| MILLAGE TOTAL | 125.46 | |

TOTALS                                                184.42

| PARCEL NUMBER: 3103326090 | | | |
|---|---|---|---|
| CLASS | VALUE | HOMESTEAD | UNITS |
| SALT MARSH | 1,470 | 0 | 490 |

| | |
|---|---|
| TOTAL VALUE | 1,470 |
| HOMESTEAD | 0 |
| LTC VALUE CHANGE | 0 |
| LTC HOMESTEAD CHANGE | 0 |
| TAXABLE | 1,470 |

━━PROPERTY DESCRIPTION━━
490 ACRES:  BEING LANDS IN ATCHAFALAYA LEVEE BASIN LEVEE DIST., WARD 10AB, GOLDEN MEADOW, LAFOURCHE PARISH. (565-317)HWY.
(CB 1032-ENT.#690607)(CB 1085-ENT.#714593)

1

Date:    2/4/2013                    **Parish#6641 Parcel:3113318225**                    Page:        1
Time    3:20:05PM                                                                        Print Only

## 2011

**OWNER**
APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
P.O. BOX 149
RICHMOND, TX 77406

### PARCEL

| Parcel Number | Map Number | Physical Address | Ward | Type |
|---|---|---|---|---|
| 3113318225 |  |  | W 11 | Oil & Gas |

#### ITEMS

| Class Description | Value | Homestead | Units |
|---|---|---|---|
| SALT MARSH | 17,130.00 | 0.00 | 5,709.00 |
| ** Totals ** | 17,130.00 | 0.00 | $5,709.00 |

#### LEGAL DESCRIPTION

5,709.12 ACRES:  BEING LANDS IN ATCHAFALAYA LEVEE BASIN DIST., WARD 11,
LAFOURCHE PARISH AS FOLLOWS:
I.  IN T18S-R19E:  SE/4 OF NE/4 OF SEC 59 (40 AC);  N/2 OF SEC 60 (320 AC);
    N/2 OF SEC 61 (320 AC);  FRACTIONAL N/2 OF SEC 66 (215.52 AC)
II.  IN T20S-R20E:  NW/4 OF NE/4, AND E/2 OF E/2 OF SEC 1 (208 AC);  NE/4 OF
    NE/4 OF SEC 12 (41.6 AC);  E/2 OF E/2, NW/4 OF SE/4 OF SEC 13 EAST OF
    BAYOU POINTE AUX CHENE (186.4 AC);  E/2 OF NE/4, SW/4 OF NE/4, S/2 OF
    SEC 24 EAST OF BAYOU POINTE AUX CHENE (271.2 AC);  E/2 OF E/2, AND W/2 OF
    E/2 OF SEC 25 EAST OF BAYOU POINTE AUX CHENE (100 AC);  E/2 OF E/2 OF
    SEC 36 (166.4 AC).
III.  IN T20S-R21E:  ALL OF SEC 6 (640 AC); ALL OF SEC 7 (640 AC); ALL OF
    SEC 18 (640 AC); ALL OF SEC 19 (640 AC); ALL OF SEC 30 (640 AC); ALL OF
    SEC 31 (381.61 AC).
IV.  IN T20S-R21E AND/OR T21S-R21E:   AN UND 40% INT IN A CERTAIN TRACT FROM
    THE COMPROMISE AGREMMENT BETWEEN LA-TERRE CO., INC AND THE LOUISIANA
    LAND & EXP. CO,  CB 342-264, ENT. 250583  CONTAINING 258.39 ACRES.
    (CB 1032-ENT.#690607)(CB 1085-ENT.#714593)

#### TAXES

| Millage | Mills | Taxpayer | Homestead |
|---|---|---|---|
| PARISH COUNCIL | 2.72 | 46.59 | 0.00 |
| CONSOLIDATED | 80.20 | 1,373.83 | 0.00 |
| ROAD DISTRICT #1 | 5.00 | 85.65 | 0.00 |
| FIRE T&L #6 | 16.00 | 274.08 | 0.00 |
| SOUTH LAFOURCHE LEVEE | 9.86 | 168.90 | 0.00 |
| WATER DISTRICT #1 | 3.61 | 61.84 | 0.00 |
| BAYOU LAFOURCHE FRESH WATER | 2.11 | 36.14 | 0.00 |
| SPECIAL SERVICE #1 | 1.71 | 29.29 | 0.00 |
| RECREATION#11 | 4.73 | 81.02 | 0.00 |
| ** Totals ** | 125.94 | 2,157.34 | 0.00 |