**TAX NOTICE**

MAKE CHECKS PAYABLE TO
THEOS DUHON - CAMERON PARISH SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O. BOX 1250
CAMERON, LA 70631

**TAX NOTICE# 301001050**
**WARD 03**

ADDRESS SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
CAMERON, LA
PERMIT NO. 12

YOUR PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL ASSESSOR'S OFFICE AT 337-775-5416.
ASSESSED VALUE: 19,748   LESS HOMESTEAD: 0   TAXABLE: 19,748

**TAX YEAR 2010**

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0301001050 MARSH WTR. MARSH - Use Value-15,444-2,574 AG. LAND CLASS IV - Use Value-4,304-269 ===PROPERTY DESCRIPTION=== TOTAL ACRES: 2843.4077 ACS.7/9 INTEREST IN A TRACT THE FOLL:"ALL THE FOLL KNOWN AS THE JOYCE TRACT" T14S R10W: SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4;E/2NW/4;NW/4NW/4;NW/4SE/4;E/2SW/4, SEC 32-NW/4NW/4 AC IN ALL BEING 3655.81 ACS) (#101342) (#157418 40-521) (#116958) (#117272) (#180947 621-134) (#192707) (#200254 623-483) (#206892) (#268479 915-249 FROM FINA OIL CO)(#266484 915-512)(#268908 924-865 CAS COMPLETE DESCRIPTION AT COURTHOUSE" | 14.00M AMBULANCE DIST #2<br>22.04M CAMERON HOSPITAL<br>07.39M FIRE DIST #10 - JB<br>04.00M GRAVITY DRAIN #7 - J<br>62.65M PARISHWIDE<br>46.89M PARISHWIDE SCHOOL<br>07.90M REC DIST #5 - CAM<br>00.00M SCHOOL DIST #10<br>04.00M WATER DIST #10 - JB<br>02.00M WEST CAM PORT COM | $ 276.49<br>$ 435.26<br>$ 146.94<br>$ 79.00<br>$ 1,237.20<br>$ 925.99<br>$ 156.01<br>$ 0.00<br>$ 79.00<br>$ 39.50 |

**TOTAL DUE ▶ $ 3,374.37**

**TAX NOTICE# 301001050**
**WARD 03**

| | |
|---|---|
| 14.00M AMBULANCE DIST #2 | $ 276.49 |
| 22.04M CAMERON HOSPITAL | $ 435.26 |
| 07.39M FIRE DIST #10 - JB | $ 146.94 |
| 04.00M GRAVITY DRAIN #7 - JB | $ 79.00 |
| 62.65M PARISHWIDE | $ 1,237.20 |
| 46.89M PARISHWIDE SCHOOL | $ 925.99 |
| 07.90M REC DIST #5 - CAM | $ 156.01 |
| 00.00M SCHOOL DIST #10 | $ 0.00 |
| 04.00M WATER DIST #10 - JB | $ 79.00 |
| 02.00M WEST CAM PORT COMM | $ 39.50 |

**TOTAL DUE ▶ $ 3,374.37**

RETURN THIS STUB WITH YOUR PAYMENT

THIS IS YOUR TAX RECEIPT WHEN PAID. SEND TO YOUR MORTGAGE COMPANY.

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

TAX YEAR 2010
KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE CORPORATION
ATTN AMY MCMURRY
STANCIL & CO
P O BOX 149
RICHMOND TX 77406

ADDRESS CHANGE ON BACK     77406$0004 B002

# Cameron Parish - Assessor's Office
### Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

02/11/2013

## 2010 REAL ESTATE ASSESSMENT INFORMATION

### Parcel Information

PIN: **0301001050**  Purchase Price:
Parcel E911 Address  (No Address on File)

Subdivision or Geographic Area
**NO SUBDIVISION OR GEOGRAPHICAL AREA**
Township/Range/Section: **14S-10W-017**   Ward: **03**
Front Footage:       Parcel Area: **2,843 Acres**
Corner Lot: **0**   Entire Block: **0**   Side Footage:
Parcel Size:

Parcel Owner's ID: **4752**   Primary Owner: **Y**
Type of Ownership: **FEE SIMPLE TITLE**   Percent Owned: **100%**
Parcel Owner
**APACHE CORPORATION**
COB Book - Page: -    Instrument No.:
Transfer Date: **01/01/1990**
Instrument Type: **Undefined**

### Taxpayer Information

Taxpayer's ID: **4752**
Taxpayer's Name
**APACHE CORPORATION**
Contact's Name (C/O)
**ATTN AMY MCMURRY**
Mailing Address
**STANCIL & CO**
**P O BOX 149**
**RICHMOND, TX 77406**

### Assessment Information

Assessment No: **301001050**

| Folder: | | Land Assessment: | 19,748 |
| Changed Last: / / | | Imp. Assessment: | 0 |
| Revalued Last: / / | | Total Assessment: | 19,748 |
| Homestead Filed: | | Homestead Exemption: | - 0 |
| Homestead Percent: | | Taxable Value: | 19,748 |

Status: **ACTIVE 301001050**

## Assessment Breakdown

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 1300 | AG. LAND CLASS IV - Use Value | AG04 | 269.00 Units | $4,304.00 | 4,304 | NONE |
| 2200 | BRSH WTR. MARSH - Use Value | BM01 | 2574.00 Units | $15,444.00 | 15,444 | NONE |

Legal Description: *(See listing report for full legal description if required.)*

\* TOTAL ACRES: 2843.4077 ACS.
7/9 INTEREST IN ALL THE FOLL:
**ALL THE FOLL KNOWN AS THE JOYCE TRACT**
T14S R10W: SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4; E/2NW/4;NW/4NW/4;NW/4SE/4;
E/2SW/4, SEC 32-NW/4NW/4  (AC IN ALL BEING 3655.81 ACS)
 (#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707) (#200254 623-483) (#206992)  (#266479 915-249 FROM FINA OIL CO)
 (#266484 915-512)
 (#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD)
 (#242064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC 75% OF 7/9
 & ASS'D TO THEM)
 (#278564 959-166 MIRANT SOUTH LOUISIANA FEE LLC TO LATERRE CO LTD)
 (#278719 959-827 LATERRE CO LTD TO APACHE CORP)