1-522950
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON             TX 77056

7/29/13                     8/23/04 BTB                         Page 1

BU 5 4  LATS 02

Map TSR

Land Code  050140

Description
928.57 AC.   NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (388.57 AC).  NE/4,
NW/4, SE/4 & SW/4 OF SEC 19 (540 AC) ALL IN T18S R25E.

Assessments
Code Type                        Units        A/V
MB Marsh (Brackish)             928.00       3,710
Total A/V                                    3,710

Vendors
APACHE CORP              1074    455   19 Mult    0         3/01/04
VERMILION BAY LAND CO     857    68 349 19 Mult  1,681,140  12/30/94

User Data
TSR  Township/Rang    T18S R25E SEC 18 NE/4
TSR  Township/Rang    T18S R25E SEC 18 NW/4
TSR  Township/Rang    T18S R25E SEC 18 SE/4
TSR  Township/Rang    T18S R25E SEC 18 SW/4
TSR  Township/Rang    T18S R25E SEC 19 NE/4
TSR  Township/Rang    T18S R25E SEC 19 NW/4
TSR  Township/Rang    T18S R25E SEC 19 SE/4
TSR  Township/Rang    T18S R25E SEC 19 SW/4

210-9195