1-524250                                7/29/13                                              Page 1
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                                                    8/23/04   BTB
STE 100
HOUSTON                 TX 77056


BU  6   4   LATs  02                      Map TSR

Land Code   050160


## Description
NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC) & SW/4 (160 AC) OF SEC 1
(640 AC), NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC) & SW/4 (160 AC)
OF SEC 2 (640 AC), NE/4 (160 AC), NW/4 (134 AC), SE/4 (160 AC), SW/4
(86 AC) OF SEC 3 (540 AC), NE/4 (12 AC), NW/4 (121 AC), SE/4 (20 AC),
SW/4 (133 AC) OF SEC 4 (286 AC) ALL IN T20S R27E.

## Assessments
| Code | Type        | Units    | A/V   |
|------|-------------|----------|-------|
| MS   | Marsh (Salt)| 2106.00  | 6,320 |
|      | Total A/V   |          | 6,320 |

## Vendors
| Vendor              |      |    |     |        |           |          |
|---------------------|------|----|-----|--------|-----------|----------|
| APACHE CORP         | 1074 |    | 455 | 19 Mult|         0 | 3/01/04  |
| VERMILION BAY LAND CO| 857 | 68 | 349 | 19 Mult| 1,681,140 | 12/30/94 |

## User Data
| | | |
|---|---|---|
| TSR | Township/Rang | T20S R27E SEC 01 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 01 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 01 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 01 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 02 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 02 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 02 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 02 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 03 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 03 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 03 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 03 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 04 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 04 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 04 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 04 SW/4 |

Attn: Armand Samuels

L-523300
APACHE LOUISIANA MINERALS INC                                        8/23/04   BTB
2000 POST OAK BLVD
STE 100
HOUSTON           TX 77056


BU 5   4   LATs  02                      Map TSR

Land Code   050160


Description
NE/4, NW/4, SE/4 & SW/4 OF SEC 6 (560 AC).  NE/4, NW/4, SE/4 & SW/4 OF
SEC 7 (411 AC) ALL IN T19S R26E.

Assessments
Code Type              Units        A/V
MS Marsh (Salt)        971.00       2,915

              Total A/V            2,915

Vendors
APACHE CORP                        1074         455  19 Mult          0   3/01/04
VERMILION BAY LAND CO               857    68   349  19 Mult  1,681,140  12/30/94

User Data
  TSR   Township/Rang     T19S R26E SEC 06 NE/4
  TSR   Township/Rang     T19S R26E SEC 06 NW/4
  TSR   Township/Rang     T19S R26E SEC 06 SE/4
  TSR   Township/Rang     T19S R26E SEC 06 SW/4
  TSR   Township/Rang     T19S R26E SEC 07 NE/4
  TSR   Township/Rang     T19S R26E SEC 07 NW/4
  TSR   Township/Rang     T19S R26E SEC 07 SE/4
  TSR   Township/Rang     T19S R26E SEC 07 SW/4

```
1-522600                              7/29/13                                       Page 1
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD                                                          8/20/04    BTB
STE 100
HOUSTON              TX 77056


BU  5   4    LATs  02                          Map TSR

Land Code   050140
```

### Description
705 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 30 (438 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 31 (267 AC) ALL IN T18S R25E.

### Assessments

| Code | Type             | Units   | A/V   |
|------|------------------|---------|-------|
| MB   | Marsh (Brackish) | 705.00  | 2,820 |
|      | Total A/V        |         | 2,820 |

### Vendors

| Name                  |      |    |     |         |    | A/V       | Date     |
|-----------------------|------|----|-----|---------|----|-----------|----------|
| APACHE CORP           | 1074 |    | 455 | 19 Mult |    | 0         | 3/01/04  |
| VERMILION BAY LAND CO | 857  | 68 | 349 | 19 Mult |    | 1,681,140 | 12/30/94 |

### User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T18S R25E SEC 30 NE/4 |
| TSR | Township/Rang | T18S R25E SEC 30 NW/4 |
| TSR | Township/Rang | T18S R25E SEC 30 SE/4 |
| TSR | Township/Rang | T18S R25E SEC 30 SW/4 |
| TSR | Township/Rang | T18S R25E SEC 31 NE/4 |
| TSR | Township/Rang | T18S R25E SEC 31 NW/4 |
| TSR | Township/Rang | T18S R25E SEC 31 SE/4 |
| TSR | Township/Rang | T18S R25E SEC 31 SW/4 |