309026

STATE OF LOUISIANA

PARISHES OF TERREBONNE AND LAFOURCHE

### BOUNDARY AGREEMENT

THIS AGREEMENT made and entered into as of the 1st day of June, 1969, by and between:

(a) THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland corporation, duly qualified in Louisiana, (hereinafter called "Louisiana Land"); and

(b) LA-TERRE CO., INC., a Delaware corporation, duly qualified in Louisiana, (hereinafter called "La-Terre");

W I T N E S S E T H:

WHEREAS, Louisiana Land and La-Terre each represent that they are the respective owners of certain adjoining properties situated in the Parishes of Lafourche and Terrebonne, as hereinafter set forth, together with other property; and

WHEREAS, the parties have caused a survey to be made of the boundaries separating their said respective properties; and

WHEREAS, the parties wish to settle any possible controversy as to the location of the boundary lines dividing their respective properties, and, for that reason, have agreed to accept the results of said survey as correct for the purposes of settling such matters;

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained, the parties hereto have agreed and do hereby agree, between themselves, as follows, to-wit:

A.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 18 SOUTH, RANGE 18 EAST

Section 62, all fractional
Section 63, N½ of NW¼, SE¼ of NW¼, NE¼ of SW¼ and E½
Section 69, NE¼ of NE¼

1.

571

309026

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 18 SOUTH, RANGE 18 EAST

Section 61, Lot 4

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

> Beginning at a point having Lambert Grid Coordinate values of x=2,222,825.58 and y=310,026.09;
>
> Thence, North 88° 51' 29" East a distance of 1,328.13 feet to a point having Lambert Grid Coordinate values of x=2,224,153.45 and y=310,052.56;
>
> Thence, North 1° 08' 31" West a distance of 546.52 feet to a point having Lambert Grid Coordinate values of x=2,224,142.56 and y=310,598.97.

### B.

La-Terre represents that it is the owner of the following described lands, situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 19 SOUTH, RANGE 16 EAST

Section 1, all

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 19 SOUTH, RANGE 17 EAST

> Tract of G. W. Watkins on Bayou DuLarge, bounded above by the Estate of B. Marmande, below by Felix Theriot, being in Sections 59, 60 and 61;

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

> Beginning at a point having Lambert Grid Coordinate values of x=2,177,180.93 and y=284,918.75;
>
> Thence, South 00° 58' 13" East a distance of 2,183.18 feet to a point having Lambert Grid Coordinate values of x=2,177,217.90 and y=282,735.89.

-2-

309026

<u>C.</u>

La-Terre and Louisiana Land respectively represent that each is the owner of an undivided one-half (½) interest in the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 19 SOUTH, RANGE 17 EAST</u>

Section 82 - All that portion of Section 82, as shown upon the official township plat of said township approved on June 4, 1832, based upon the survey by John Maxwell, Deputy United States Surveyor, during the years 1830 and 1831, which was not included within the area designated as Section 82 of said township as shown upon the official township plat of said township approved November 4, 1856, based upon the resurvey of said township by Joseph Gorlinski, Deputy United States Surveyor, during the year 1856; said portion of said Section 82 estimated to contain 494.71 acres -----

<u>TOWNSHIP 19 SOUTH, RANGE 18 EAST</u>

Section 98 - All of Section 98, containing 267.98 acres, as per official township plat dated October 23, 1951.

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 19 SOUTH, RANGE 17 EAST</u>

Section 81 - All of Section 81, Township 19 South, Range 17 East, Southeastern District of Louisiana, West of the Mississippi River, according to official survey by John Maxwell, Deputy Surveyor, approved June 4, 1832, containing 364.38 acres, more or less ...

and La-Terre and Louisiana Land have agreed, and do hereby agree, that the boundary between the aforesaid lands owned by Louisiana Land and the aforesaid lands owned in indivision by La-Terre and Louisiana Land be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,209,641.21 and y= 267,435.58.

Thence, South 01° 16' 01" East a distance of 5,174.08 feet to a point having Lambert Grid Coordinate values of x=2,209,755.61 and y= 262,262.77;

Thence, South 88° 43' 59" West a distance of 4,773.73 feet to a point having Lambert Grid Coordinate values of x= 2,204,983.05 and y= 262,157.22.

573

D.                                  309026

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 17 EAST

Section 14, all
Section 15, all

Louisiana Land and La-Terre respectively represent that each is the owner of an undivided one-half (½) interest in the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 17 EAST

Section 82 - All of that portion of Section 82, Township 19 South, Range 17 East, Southeastern Land District of Louisiana, West of the Mississippi River, Terrebonne Parish, Louisiana, as shown upon the official township plat of said township approved on June 4, 1832, based upon the survey by John Maxwell, Deputy United States Surveyor, during the years 1830 and 1831, which was not included within the area designated as Section 82 of said township as shown upon the official township plat of said township approved November 4, 1856, based upon the resurvey of said township by Joseph Gorlinski, Deputy United States Surveyor, during the year 1856; said portion of said Section 82 estimated to contain 494.71 acres.

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between the aforesaid lands owned by La-Terre and the aforesaid lands owned in indivision by La-Terre and Louisiana Land be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,204,928.07 and y=259,982.81;

Thence, South 08° 46' 01" East a distance of 944.60 feet to a point having Lambert Grid Coordinate values of x=2,205,072.04 and y=259,049.24;

Thence, South 25° 37' 11" West a distance of 706.59 feet to a point having Lambert Grid Coordinate values of x=2,204,766.51 and y=258,412.12.

E.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 17 EAST

Section 82 - All fractional, as per Official Township Plat dated November 4, 1856 .......

309026

Louisiana Land and La-Terre respectively represent that each is the owner of an undivided one-half (½) interest in the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 19 SOUTH, RANGE 17 EAST

Section 82 - All of that portion of Section 82, Township 19 South, Range 17 East, Southeastern Land District of Louisiana, West of the Mississippi River, Terrebonne Parish, Louisiana, as shown upon the official township plat of said township approved on June 4, 1832, based upon the survey by John Maxwell, Deputy United States Surveyor, during the years 1830 and 1831, which was not included within the area designated as Section 82 of said township as shown upon the official township plat of said township approved November 4, 1856, based upon the resurvey of said township by Joseph Gorlinski, Deputy United States Surveyor, during the year 1856; said portion of said Section 82 estimated to contain 494.71 acres.

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between the aforesaid lands owned by La-Terre and aforesaid lands owned in indivision by La-Terre and Louisiana Land be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,205,088.23 and y=258,368.43;

Thence, South 60° 05' 11" East a distance of 643.30 feet to a point having Lambert Grid Coordinate values of x=2,205,645.83 and y=258,047.63;

Thence, South 54° 06' 51" East a distance of 1,182.54 feet to a point having Lambert Grid Coordinate values of x=2,206,603.91 and y=257,354.46;

Thence, North 84° 17' 20" East a distance of 890.96 feet to a point having Lambert Grid Coordinate values of x=2,207,490.45 and y=257,443.12;

Thence, North 75° 53' 24" East a distance of 1,187.27 feet to a point having Lambert Grid Coordinate values of x=2,208,641.90 and y=257,732.56;

Thence, South 54° 21' 47" East a distance of 660.94 feet to a point having Lambert Grid Coordinate values of x=2,209,179.06 and y=257,347.47;

Thence, South 85° 17' 44" East to a point on the east boundary of Section 82, Township 19 South, Range 17 East, as surveyed by John Maxwell, Deputy United States

-5-

Surveyor, during 1830 and 1831.      309026

F.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 81 - Lots 4 and 5, as per Official Township Plat dated November 4, 1856 .....

Section 83 - All, as per Official Township Plat dated November 4, 1856 .............

Section 84 - All, as per Official Township Plat dated November 4, 1856 .............

Louisiana Land and La-Terre respectively represent that each is the owner of an undivided one-half ($\frac{1}{2}$) interest in the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 81 - Lot 6, containing 36.43 acres, as per Official Township Plat dated October 23, 1951 .............

Section 83 - Lot 10, containing 65.17 acres, as per Official Township Plat dated October 23, 1951 .............

Section 84 - Lots 10 and 11, containing 153.02 acres, as per Official Township Plat dated October 23, 1951 ........

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary lines between the aforesaid lands owned by La-Terre and the aforesaid lands owned in indivision by La-Terre and Louisiana Land be and the same is hereby fixed and agreed upon as follows:

(1) Beginning at a point having Lambert Grid Coordinate values of x=2,217,210.12 and y=261,151.11;

Thence, North 03° 49' 43" East a distance of 995.05 feet to a point having Lambert Grid Coordinate values of x=2,217,276.56 and y=262,143.94;

Thence, North 36° 28' 43" East to a point on the north line of Lot 6, Section 81, T 19 S, R 18 E as shown on the Official Township Plat dated October 23, 1951.

(2) Beginning at the point described in (1) immediately hereinabove as having Lambert Grid Coordinate values of x=2,217,210.12 and y=261,151.11;

Thence, South 14° 11' 56" East a distance of 946.29 feet to a point having Lambert Grid Coordinate values of x=2,217,442.23 and y=260,233.73;

Thence, South 09° 26' 04" West a distance

-6-

of 826.65 feet to a point having Lambert Grid Coordinate values of x=2,217,306.73 and y=259,418.26;

Thence, South 24° 26' 04" West a distance of 1,126.64 feet to a point having Lambert Grid Coordinate values of x=2,216,840.67 and y=258,392.53;

Thence, South 46° 12' 04" West a distance of 852.04 feet to a point having Lambert Grid Coordinate values of x=2,216,225.69 and y=257,802.81;

Thence, South 48° 56' 04" West a distance of 1,195.35 feet to a point having Lambert Grid Coordinate values of x=2,215,324.45 and y=257,017.56;

Thence, South 67° 45' 04" West a distance of 867.03 feet to a point having Lambert Grid Coordinate values of x=2,214,522.01 and y=256,689.26;

Thence, South 80° 55' 00" West a distance of 895.40 feet to a point having Lambert Grid Coordinate values of x=2,213,637.84 and y=256,547.90;

Thence, South 49° 18' 00" West to a point on the west line of Lot 10, Section 83, T 19 S, R 18 E as shown on the Official Township Plat dated October 23, 1951.

G.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 74, all fractional

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 79, all

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,223,700.35 and y=271,785.86;

Thence, South 88° 48' 00" West to a point on the western lines of Sections 74 and/or 79, T 19 S, R 18 E.

H.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

-7-

309026

577

## TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 84, All, as per Official Township Plat dated November 4, 1856.

Louisiana Land represents that it is the owner of the following described lands and other lands situated in Terrebonne Parish, Louisiana, to-wit:

## TOWNSHIP 19 SOUTH, RANGE 18 EAST

Tract of Eusebe Picou, situated in Section 32, T 19 S, R 18 E, about 22 miles below the City of Houma, on the right descending bank of Bayou Little Caillou, measuring 3 arpents front, beginning at a distance of 4 arpents from the bank of said bayou and running back the balance of the depth of survey, bounded above by lands now or formerly belonging to Trahan Bros., and below by lands now or formerly belonging to Drazile Eschete, Sr., containing 91.31 acres;

That portion of the Tract of Dacis Labit on Bayou Little Caillou, situated about 22 miles below the town of Houma, bounded now or formerly, above by Daspit & Daspit and Trahan and below by Joseph Lecompte, which comprises the following two tracts of land:

(a) A certain tract of land, situated in Sections 32 and 33, T 19 S, R 18 E, opposite the tract above described, commencing at a distance of 5 arpents from Bayou Little Caillou, measuring 3 ½ arpents front on a line drawn at said distance of 5 arpents from the Bayou and then running back the balance of the depth of survey; bounded, now or formerly, above by Charles and Alfred Daspit and below by the tract described below, and containing approximately 103 acres ..............

(b) A certain tract of land situated in Sections 33 and 34, T 19 S, R 18 E, commencing at a distance of 20 arpents from the Bayou Little Caillou, measuring 3 arpents front on a line drawn at said distance of 20 arpents from the Bayou and then running back the balance of the depth of survey; bounded, now or formerly, above by the tract above described and below by Joseph Lecompte, and containing approximately 43 acres ...

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same are hereby fixed and agreed upon as follows:

-8-

Book 409, Page 570, File Number 309026

309026

Beginning at a point having Lambert Grid Coordinate values of x=2,218,916.78 and y=259,332.84;

Thence, South 18° 05' 06" West a distance of 740.30 feet to a point having Lambert Grid Coordinate values of x=2,218,686.97 and y=258,629.11;

Thence, South 12° 05' 06" West a distance of 926.59 feet to a point having Lambert Grid Coordinate values of x=2,218,492.98 and y=257,723.06;

Thence, South 07° 35' 06" West a distance of 69.86 feet to a point having Lambert Grid Coordinate values of x=2,218,483.76 and y=257,653.81.

### J.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

#### TOWNSHIP 20 SOUTH, RANGE 17 EAST

Section 1, All
Section 2, E½ of SE¼
Section 12, All

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

#### TOWNSHIP 20 SOUTH, RANGE 17 EAST

Section 11, E½ of NE¼;

That portion of the Tract of J. C. Cenac described as follows:

A certain body of land situated in this Parish at about 22 miles below the Town of Houma, on the left descending bank of Bayou Sale and commencing at six arpents from said Bayou, measuring nine arpents front with all the depth to be found from said line drawn at six arpents from the Bayou to the depth of the Survey; bounded above by lands of Mrs. Mary Lottinger and below by land of Placide Dion. Said land herein sold being comprised in Lots 13 and 14 on the Plan of Survey & Subdivision of the lands of the late R. R. Barrow on Bayous Grand Caillou, Sale and Grassy made by V. Sulakowski Surveyor on February 18th 1870;

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

-9-

309026

> Beginning at a point having Lambert Grid Coordinate values of x=2,204,163.32 and y=251,519.50;
>
> Thence, North 88° 56' 00" East a distance of 1,399.11 feet to a point having Lambert Grid Coordinate values of x=2,205,562.19 and y=251,545.55;
>
> Thence, South 1° 04' 00" East a distance of 4,076.84 feet to a point having Lambert Grid Coordinate values of x=2,205,638.08 and y=247,469.41.

### K.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 108, All

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 18 EAST

> Tract of Eusebe Picou, situated in Sections 61 and 62, T 20 S, R 18 E, about 23 miles below the City of Houma on the right descending bank of Bayou Little Caillou, commencing 4 arpents from said bayou and running back the balance of the depth of survey, bounded above by lands now or formerly belonging to Gustave Pelegrin, and below by lands now or formerly belonging to Louis Verret, containing 192.86 acres ............ .

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands are hereby fixed and agreed upon as follows:

> Beginning at a point having Lambert Grid Coordinate values of x=2,217,987.82 and y=252,832.18;
>
> Thence, South 04° 50' 00" West a distance of 567.56 feet to a point having Lambert Grid Coordinate values of x=2,217,940.00 and y=252,266.64.

### L.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 111, All

-10-

309026

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 20 SOUTH, RANGE 18 EAST

Tract on Bayou Little Caillou, bounded above by lands of C. E. Duplantis, and below by the Est. of Joseph Liret, being in Sections 68 and 69, or Lots 10 and 11 of the Estate of Pierre Daspit, T 20 S, R 18 E, containing 52 acres ...........

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same are hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,215,185.65 and y=247,143.64;

Thence, South 38° 08' 42" West a distance of 34.07 feet to a point having Lambert Grid Coordinate values of x=2,215,164.61 and y=247,116.85;

Thence, South 41° 03' 00" West a distance of 411.03 feet to a point having Lambert Grid Coordinate values of x=2,214,894.68 and y=246,806.87.

### M.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 112, Lot 4
Section 113, NE¼ of NW¼

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

### TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 113, Lot 1

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,211,422.22 and y=237,396.46;

Thence, South 88° 48' 00" West a distance of 630.65 feet to a point having Lambert Grid Coordinate values of x=2,210,791.71 and y=237,383.25;

581

309026

Thence, South 1° 12' 00" East a distance of 1,322.03 feet to a point having Lambert Grid Coordinate values of x=2,210,819.40 and y=236,061.51.

N.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 17 EAST

Section 13, All, except W½ of SW¼
Section 24, NE¼

TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 112, NW¼, and NW¼ of SW¼

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 17 EAST

That portion of the Tract of J. C. Cenac described as follows:

A certain body of land situated in this Parish on the left descending bank of Bayou Grassy commencing at two arpents from said Bayou, measuring 9 ½ arpents front with all the depth to be found from said line drawn at two arpents from the Bayou to the depth of the Survey, bounded above by land of the Estate of Francois Fores and below by land of Adam Benoit, said land herein sold being comprised in Lots 19 & 20 on the Plan of Survey E, Subdivision of the lands of the late R. R. Barrow on Bayous Grand Caillou, Sale and Grassy made by V. Sulakowski, Surveyor, on February 18th, 1870.

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective tracts be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,207,135.61 and y=241,241.54;

Thence, North 89° 01' 00" East a distance of 1,320.00 feet to a point having Lambert Grid Coordinate values of x=2,208,455.41 and y=241,264.20;

Thence, South 3° 44' 01" East a distance of 1,728.95 feet to a point having Lambert Grid Coordinate values of x=2,208,568.00 and y=239,538.92.

Book 409, Page 570, File Number 309026

582

309026

O.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 19 EAST

Section 15, All West of Bayou Terrebonne
Section 33, Lots 5, 6, 10, 11, 12 and 13

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 19 SOUTH, RANGE 18 EAST

Section 86, All
Section 96, All

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,237,265.72 and y=269,743.76;

Thence, North 7° 43' 50" East a distance of 6,804.24 feet to a point having Lambert Grid Coordinate values of x=2,238,180.99 and y=276,486.16.

P.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 19 EAST

Section 7, All
Section 18, All
Section 19, All
Section 30, All
Section 31, All
Section 32, All
Section 33, All
Section 34, All
Section 35, All
Section 36, All

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit

TOWNSHIP 20 SOUTH, RANGE 18 EAST

Section 57, Lots 8 and 13
Section 116, All
Section 117, All
Section 118, All
Section 119, All
Section 120, All
Section 122, All

Book 409, Page 570, File Number 309026

309026

<u>TOWNSHIP 21 SOUTH, RANGE 18 EAST</u>

Section 114, All

<u>TOWNSHIP 21 SOUTH, RANGE 19 EAST</u>

All of the unsurveyed portion lying between North and West and East boundaries and back line to tracts fronting on left bank of Bayou Terrebonne.

<u>TOWNSHIP 21 SOUTH, RANGE 20 EAST</u>

Section 6, All

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of $x=2,237,112.82$ and $y=251,033.45$;

Thence, South $01°$ 12' 00" East a distance of 25,422.72 feet to a point having Lambert Grid Coordinate values of $x=2,237,645.24$ and $y=225,616.31$;

Thence, South $89°$ 39' 17" East a distance of 36,143.97 feet to a point having Lambert Grid Coordinate values of $x=2,273,788.55$ and $y=225,398.50$;

Thence, North $01°$ 00' 00" West a distance of 765.19 feet to a point having Lambert Grid Coordinate values of $x=2,273,775.20$ and $y=226,163.57$.

Q.

La-Terre represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

<u>TOWNSHIP 20 SOUTH, RANGE 21 EAST</u>

Section 6, All

Louisiana Land represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

<u>TOWNSHIP 19 SOUTH, RANGE 20 EAST</u>

Section 36, SE¼

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

-14-

584

309026

    Beginning at a point having Lambert Grid Coordinate values of x=2,305,106.47 and y=258,510.40;

    Thence, North 01° 24' 58" West a distance of 1,125.50 feet to a point having Lambert Grid Coordinate values of x=2,305,078.66 and y=259,635.56.

### R.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 20 SOUTH, RANGE 20 EAST</u>

Section 35, All except E½ of NE¼ and SE¼

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 21 SOUTH, RANGE 20 EAST</u>

Section 2, All

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

    Beginning at a point having Lambert Grid Coordinate values of x=2,297,519.97 and y=226,578.10;

    Thence, South 89° 00' 00" West a distance of 658.79 feet to a point having Lambert Grid Coordinate values of x=2,296,861.29 and y=226,566.60.

### S.

La-Terre represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 20 SOUTH, RANGE 20 EAST</u>

Section 36, W½ of SW¼

Louisiana Land represents that it is the owner of the following described lands situated in Terrebonne Parish, Louisiana, to-wit:

<u>TOWNSHIP 21 SOUTH, RANGE 20 EAST</u>

Section 1, W½ of NW¼

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows, to-wit:

-15-

Beginning at a point having Lambert Grid Coordinate values of x=2,301,535.04 and y=226,648.18;

Thence, South 89° 00' 00" West a distance of 1,375.68 feet to a point having Lambert Grid Coordinate values of x=2,300,159.57 and y=226,624.17.

309026

### T.

La-Terre represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 20 EAST

Section 36, E½ of E½

Louisiana Land represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

TOWNSHIP 21 SOUTH, RANGE 20 EAST

Section 1, E½ of E½

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

Beginning at a point having Lambert Grid Coordinate values of x=2,305,661.45 and y=226,720.21;

Thence, South 89° 00' 00" West a distance of 1,375.68 feet to a point having Lambert Grid Coordinate values of x=2,304,285.97 and y=226,696.20.

### U.

La-Terre represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

TOWNSHIP 20 SOUTH, RANGE 22 EAST

Section 31, All
Section 32, All
Section 33, W½

Louisiana Land represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

TOWNSHIP 21 SOUTH, RANGE 22 EAST

Section 4, W½
Section 5, All
Section 6, All

-16-

586

309026

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

> Beginning at a point having Lambert Grid Coordinate values of x=2,347,853.69 and y=232,800.20;
>
> Thence, South 88° 31' 00" West a distance of 12,225.43 feet to a point having Lambert Grid Coordinate values of x=2,335,632.36 and y=232,483.73.

V.

La-Terre represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

> **TOWNSHIP 20 SOUTH, RANGE 22 EAST**
>
> Section 28, W½ of W½
>
> Section 33, W½

Louisiana Land represents that it is the owner of the following described lands situated in Lafourche Parish, Louisiana, to-wit:

> **TOWNSHIP 20 SOUTH, RANGE 22 EAST**
>
> Section 28, Lots 6 and 7, less and except a strip of land measuring 96' wide off the north side of Lot 6
>
> Section 33, Lots 2, 3 and 6

and La-Terre and Louisiana Land have agreed and do hereby agree that the boundary between their aforesaid respective lands be and the same is hereby fixed and agreed upon as follows:

> Beginning at a point having Lambert Grid Coordinate values of x=2,348,796.84 and y=233,986.75.
>
> Thence, North 1° 29' 30" West a distance of 3,173.83 feet to a point having Lambert Grid Coordinate values of x=2,348,714.22 and y=237,159.49;
>
> Thence, South 88° 30' 30" West a distance of 1,320.00 feet to a point having Lambert Grid Coordinate values of x=2,347,394.66 and y=237,125.13;
>
> Thence, North 1° 29' 30" West a distance of 2,539.51 feet to a point having Lambert Grid Coordinate values of x=2,347,328.55 and y=239,663.78.

Book 409, Page 570, File Number 309026

309026

587

<u>W</u>.

1. All bearings and all coordinates set forth herein are based on State Plane Lambert Grid, Louisiana, South Zone.

2. The parties hereto further declare that, in order to avoid any dispute, controversy or uncertainty as to the aforesaid boundary lines, and in order to immediately and forever put such matters at rest, they have agreed and do hereby permanently fix and establish the aforesaid boundary lines in accordance with this agreement and have adopted the lines hereinabove set out in detail as the boundary lines between the properties above mentioned, whether or not the same be the true lines as fixed by the government surveys; and the parties do further make such conveyances and transfers unto each other as may be necessary to effectuate this agreement.

3. It is expressly understood and agreed that the adjustment of said boundary lines, as herein provided, is limited to the fixing of the rights of the respective parties who have signed this instrument, and their successors and assigns, and that this agreement is not executed for the benefit of any third person or persons, and shall not be binding upon or used against any of the parties signatory hereto, or their respective successors or assigns, in any controversy with any other person, firm or corporation for any purposes whatsoever.

IN WITNESS WHEREOF, this instrument has been executed as of the day and date hereinabove first written, in the presence of the undersigned competent witnesses.

WITNESSES:

LA-TERRE CO., INC.

BY: _Packard M. Peters_

_[signature]_

_[signature]_

THE LOUISIANA LAND AND
EXPLORATION COMPANY

BY: _[signature]_

_[signature]_

_[signature]_

Book 409, Page 570, File Number 309026

588

309026.

STATE OF OHIO

COUNTY OF LUCAS

On this  3rd  day of  June , 1969, before me appeared RICHARD H. PETERS, to me personally known, who, being by me duly sworn, did say that he is the President of LA-TERRE CO., INC., a Delaware corporation; that the seal affixed to the foregoing instrument is the corporate seal of said corporation, and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said appearer acknowledged said instrument to be the free act and deed of said corporation.

_____Norma J. Estel_____  
NOTARY PUBLIC  
NORMA J. ESTEL  
Notary Public, Lucas County, Ohio  
My Commission Expires Apr. 11, 1973

STATE OF LOUISIANA

PARISH OF ~~ORLEANS~~ Terrebonne

On this  10th  day of  June , 1969, before me appeared  Frank M Ritchie , to me personally known, who, being by me duly sworn, did say that he is the Senior Vice President of THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland corporation; that the seal affixed to the foregoing instrument is the corporate seal of said corporation; and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and said appearer acknowledged said instrument to be the free act and deed of said corporation.

_____Ray B. Theriot_____  
NOTARY PUBLIC  
DEPUTY CLERK OF COURT  
AND EX-OFFICIO NOTARY PUBLIC  
PARISH OF TERREBONNE, LA.

FILED FOR RECORD

JUN 10  2 14 PM '69

ch. Dy _____Albert Foret_____  
CLERK OF COURT

-19-

Book 409, Page 570, File Number 309026