APACHE LOUISIANA MINERALS LLC - LIST OF LANDS
PLAQUEMINES PARISH, LOUISIANA
(PER ASSESSMENT & TITLE)

| WARD | PARISH | SEC | TWP-RGE | ASSESSMENT/ PARCEL NUMBER | DESCRIPTION | ACRES FROM TAX NOTICE | OMITTED ACREAGE FROM TAX NOTICE | ON TITLE BUT NOT ASSESSED ACREAGE | UNDESCRIBED TITLE ACREAGE (NOT ASSESSED) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAQUEMINES | 13 | 18S-25E | 1523450 | All | 228.450 | | | | |
| 1 | PLAQUEMINES | 14 | 18S-25E | 1523450 | All | 323.000 | | | | |
| 1 | PLAQUEMINES | 15 | 18S-25E | 1524650 | All | 328.000 | | | | |
| 1 | PLAQUEMINES | 17 | 18S-25E | 1524650 | All | 432.000 | | | | |
| 1 | PLAQUEMINES | 18 | 18S-25E | 1522950 | All | 388.570 | | | | |
| 1 | PLAQUEMINES | 19 | 18S-25E | 1522950 | All | 540.000 | | | | |
| 1 | PLAQUEMINES | 20 | 18S-25E | 1524450 | All | 609.000 | | | | |
| 1 | PLAQUEMINES | 21 | 18S-25E | 1524450 | All | 544.000 | | | | |
| 1 | PLAQUEMINES | 22 | 18S-25E | 1523900 | All | 407.000 | | | | |
| 1 | PLAQUEMINES | 23 | 18S-25E | 1523900 | All | 566.000 | | | | |
| 1 | PLAQUEMINES | 24 | 18S-25E | 1522650 | All | 397.000 | | | | |
| 1 | PLAQUEMINES | 25 | 18S-25E | 1522650 | All | 433.000 | | | | |
| 1 | PLAQUEMINES | 26 | 18S-25E | 1523000 | All | 532.000 | | | | |
| 1 | PLAQUEMINES | 27 | 18S-25E | 1523000 | All | 383.000 | | | | |
| 1 | PLAQUEMINES | 28 | 18S-25E | 1524100 | All | 616.000 | | | | |
| 1 | PLAQUEMINES | 29 | 18S-25E | 1524100 | All | 563.000 | | | | |
| 1 | PLAQUEMINES | 30 | 18S-25E | 1522600 | All | 438.000 | | | | |
| 1 | PLAQUEMINES | 31 | 18S-25E | 1522600 | All | 267.000 | | | | |
| 1 | PLAQUEMINES | 32 | 18S-25E | 1523500 | All | 556.000 | | | | |
| 1 | PLAQUEMINES | 33 | 18S-25E | 1523500 | All | 611.000 | | | | |
| 1 | PLAQUEMINES | 34 | 18S-25E | 1524150 | All | 356.000 | | | | |
| 1 | PLAQUEMINES | 35 | 18S-25E | 1524150 | All | 404.000 | | | | |
| 1 | PLAQUEMINES | 36 | 18S-25E | 1523050 | All - Listed on assessment, no acreage recited | | 560.908 | | | PER BASE MAP |
| 1 | PLAQUEMINES | 1 | 19S-26E | 1522750 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 2 | 19S-26E | 1522750 | All | 527.000 | | | | |
| 1 | PLAQUEMINES | 3 | 19S-26E | 1523400 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 4 | 19S-26E | 1523400 | All | 120.000 | | | | |
| 1 | PLAQUEMINES | 5 | 19S-26E | 1523400 | All | 360.000 | | | | |
| 1 | PLAQUEMINES | 6 | 19S-26E | 1523300 | All | 560.000 | | | | |
| 1 | PLAQUEMINES | 7 | 19S-26E | 1523300 | All | 411.000 | | | | |
| 1 | PLAQUEMINES | 8 | 19S-26E | 1523350 | All | 300.000 | | | | |
| 1 | PLAQUEMINES | 9 | 19S-26E | 1523350 | All | 80.000 | | | | |
| 1 | PLAQUEMINES | 10 | 19S-26E | 1523350 | All | 465.500 | | | | |
| 1 | PLAQUEMINES | 11 | 19S-26E | 1524550 | All | 600.000 | | | | |
| 1 | PLAQUEMINES | 12 | 19S-26E | 1524550 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 13 | 19S-26E | 1523850 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 14 | 19S-26E | 1523850 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 15 | 19S-26E | 1523650 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 17 | 19S-26E | 1523650 | All | 48.000 | | | | |
| 1 | PLAQUEMINES | 18 | 19S-26E | 1523650 | All | 322.000 | | | | |
| 1 | PLAQUEMINES | 19 | 19S-26E | 1523700 | All | 354.000 | | | | |
| 1 | PLAQUEMINES | 20 | 19S-26E | 1523700 | All | 57.000 | | | | |
| 1 | PLAQUEMINES | 21 | 19S-26E | 1523700 | All | 555.000 | | | | |
| 1 | PLAQUEMINES | 22 | 19S-26E | 1523800 | All | 590.000 | | | | |
| 1 | PLAQUEMINES | 23 | 19S-26E | 1523800 | All | 600.000 | | | | |
| 1 | PLAQUEMINES | 24 | 19S-26E | 1522700 | All - Listed on assessment, no acreage recited | | 474.887 | | | PER BASE MAP |
| | PLAQUEMINES | 25 | 19S-26E | | All - Included in title, but not in assessment | | | 474.788 | | PER BASE MAP |
| | PLAQUEMINES | 26 | 19S-26E | | All - Included in title, but not in assessment | | | 476.197 | | PER BASE MAP |
| 1 | PLAQUEMINES | 27 | 19S-26E | 1523750 | All - Listed on assessment, no acreage recited | | 477.606 | | | PER BASE MAP |
| 1 | PLAQUEMINES | 28 | 19S-26E | 1524000 | All | 355.000 | | | | |
| 1 | PLAQUEMINES | 29 | 19S-26E | 1524000 | All | 200.000 | | | | |
| | PLAQUEMINES | 30 | 19S-26E | | All - Included in title, but not in assessment | | | 481.831 | | PER BASE MAP |

APACHE LOUISIANA MINERALS LLC - LIST OF LANDS
PLAQUEMINES PARISH, LOUISIANA
(PER ASSESSMENT & TITLE)

| WARD | PARISH | SEC | TWP-RGE | ASSESSMENT / PARCEL NUMBER | DESCRIPTION | ACRES FROM TAX NOTICE | OMITTED ACREAGE FROM TAX NOTICE | ON TITLE BUT NOT ASSESSED ACREAGE | UNDESCRIBED TITLE ACREAGE (NOT ASSESSED) | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAQUEMINES | 31 | 19S-26E | 1523950 | All | 260.000 | | | | |
| 1 | PLAQUEMINES | 32 | 19S-26E | 1523950 | All | 248.000 | | | | |
| | PLAQUEMINES | 33 | 19S-26E | | All - Included in title, but not in assessment | | | 478.916 | | PER BASE MAP |
| | PLAQUEMINES | 34 | 19S-26E | | All - Included in title, but not in assessment | | | 477.508 | | PER BASE MAP |
| | PLAQUEMINES | 35 | 19S-26E | | All - Included in title, but not in assessment | | | 476.099 | | PER BASE MAP |
| | PLAQUEMINES | 36 | 19S-26E | | All - Included in title, but not in assessment | | | 474.690 | | PER BASE MAP |
| | PLAQUEMINES | 2 | 20S-26E | | All - Included in title, but not in assessment | | | 477.537 | | PER BASE MAP |
| | PLAQUEMINES | 3 | 20S-26E | | All - Included in title, but not in assessment | | | 478.755 | | PER BASE MAP |
| | PLAQUEMINES | 4 | 20S-26E | | All - Included in title, but not in assessment | | | 479.972 | | PER BASE MAP |
| | PLAQUEMINES | 5 | 20S-26E | | All - Included in title, but not in assessment | | | 481.190 | | PER BASE MAP |
| | PLAQUEMINES | 6 | 20S-26E | | All - Included in title, but not in assessment | | | 477.852 | | PER BASE MAP |
| | PLAQUEMINES | 7 | 20S-26E | | All - Included in title, but not in assessment | | | 473.276 | | PER BASE MAP |
| 1 | PLAQUEMINES | 8 | 20S-26E | 1524400 | All | 152.000 | | | | 486.044 PER BASE MAP |
| | PLAQUEMINES | 9 | 20S-26E | | All - Included in title, but not in assessment | | | 377.439 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 10 | 20S-26E | | All - Included in title, but not in assessment | | | 167.223 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 11 | 20S-26E | | All - Included in title, but not in assessment | | | 161.236 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 12 | 20S-26E | | All - Included in title, but not in assessment | | | 154.249 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 17 | 20S-26E | 1522800 | All | 479.000 | | | | |
| 1 | PLAQUEMINES | 18 | 20S-26E | 1524200 | All | 72.000 | | | | |
| 1 | PLAQUEMINES | 19 | 20S-26E | 1524200 | All | 98.000 | | | | |
| 1 | PLAQUEMINES | 20 | 20S-26E | 1524200 | All | 246.000 | | | | |
| | PLAQUEMINES | 21 | 20S-26E | | All - Included in title, but not in assessment | | | 327.075 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 28 | 20S-26E | | All - Included in title, but not in assessment | | | 330.939 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 29 | 20S-26E | 1524300 | All | 140.000 | | | | |
| 1 | PLAQUEMINES | 30 | 20S-26E | 1524300 | All | 48.000 | | | | |
| 1 | PLAQUEMINES | 31 | 20S-26E | 1524700 | All | 115.000 | (Less Cat Island transferred to Plaq. Par. Gov't on 1-29-2013) | | | |
| 1 | PLAQUEMINES | 32 | 20S-26E | 1524700 | All | 35.000 | | | | |
| | PLAQUEMINES | 33 | 20S-26E | | All - Included in title, but not in assessment | | | 334.804 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 1 | 20S-27E | 1524250 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 2 | 20S-27E | 1524250 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 3 | 20S-27E | 1524250 | All | 540.000 | | | | |
| 1 | PLAQUEMINES | 4 | 20S-27E | 1524250 | All | 286.000 | | | | |
| | PLAQUEMINES | 5 | 20S-27E | | All - Included in title, but not in assessment | | | 299.825 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 8 | 20S-27E | | All - Included in title, but not in assessment | | | 300.431 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 9 | 20S-27E | 1524350 | All | 369.000 | | | | |
| 1 | PLAQUEMINES | 10 | 20S-27E | 1524600 | All | 320.000 | | | | |
| 1 | PLAQUEMINES | 11 | 20S-27E | 1524600 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 12 | 20S-27E | 1524600 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 13 | 20S-27E | 1523100 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 14 | 20S-27E | 1523100 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 15 | 20S-27E | 1524050 | All - Listed on assessment, no acreage recited | | 334.999 | | | |
| | PLAQUEMINES | 17 | 20S-27E | | All - Included in title, but not in assessment | | | 301.036 | | WITHIN ALM BOUNDARY |
| | PLAQUEMINES | 20 | 20S-27E | | All - Included in title, but not in assessment | | | 301.642 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 21 | 20S-27E | 1523150 | All | 533.000 | | | | |
| 1 | PLAQUEMINES | 22 | 20S-27E | 1523150 | All | 605.000 | | | | |
| 1 | PLAQUEMINES | 23 | 20S-27E | 1523250 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 24 | 20S-27E | 1523250 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 25 | 20S-27E | 1522850 | All | 598.000 | | | | |
| 1 | PLAQUEMINES | 26 | 20S-27E | 1522850 | All | 600.000 | | | | |
| 1 | PLAQUEMINES | 27 | 20S-27E | 1523200 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 28 | 20S-27E | 1523200 | All | 600.000 | | | | |
| | PLAQUEMINES | 29 | 20S-27E | | All - Included in title, but not in assessment | | | 302.247 | | WITHIN ALM BOUNDARY |

**APACHE LOUISIANA MINERALS LLC - LIST OF LANDS**
**PLAQUEMINES PARISH, LOUISIANA**
**(PER ASSESSMENT & TITLE)**

| WARD | PARISH | SEC | TWP-RGE | ASSESSMENT / PARCEL NUMBER | DESCRIPTION | ACRES FROM TAX NOTICE | OMITTED ACREAGE FROM TAX NOTICE | ON TITLE BUT NOT ASSESSED ACREAGE | UNDESCRIBED TITLE ACREAGE (NOT ASSESSED) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PLAQUEMINES | 32 | 20S-27E | | All - Included in title, but not in assessment | | | 302.852 | | WITHIN ALM BOUNDARY |
| 1 | PLAQUEMINES | 33 | 20S-27E | 1524500 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 34 | 20S-27E | 1524500 | All | 640.000 | | | | |
| 1 | PLAQUEMINES | 35 | 20S-27E | 1524500 | All | 587.500 | | | | |
| 1 | PLAQUEMINES | 36 | 20S-27E | 1522900 | All | 640.000 | | | | |

\* Landowners Vermilion Bay Land Company (VBLC) (predecessor in title to Apache Louisiana Minerals LLC) and Louisiana Land & Exploration Company (LL&E) entered into a boundary agreement (COB 340 Folio 448) dated August 13, 1969 forever affixing their common property line.  There is an absense of accurate, historical survey data in this portion of Plaquemines Parish.  When using currently accepted surveys, the lands within these boundary lines fall on governmental sections not specifically named within the ALM title documents, but should/shall be further described as follows:

| WARD | PARISH | SEC | TWP-RGE | ASSESSMENT / PARCEL NUMBER | DESCRIPTION | ACRES FROM TAX NOTICE | OMITTED ACREAGE FROM TAX NOTICE | ON TITLE BUT NOT ASSESSED ACREAGE | UNDESCRIBED TITLE ACREAGE (NOT ASSESSED) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PLAQUEMINES | 13 | 18S-24E | | | | | | |
| 1 | PLAQUEMINES | 24 | 18S-24E | | | | | | |
| 1 | PLAQUEMINES | 25 | 18S-24E | | | | | | |
| 1 | PLAQUEMINES | 36 | 18S-24E | | | | | | |
| 1 | PLAQUEMINES | 1 | 19S-24E | | | | | | |
| 1 | PLAQUEMINES | 1 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 2 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 3 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 4 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 5 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 6 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 12 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 13 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 24 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 25 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 36 | 19S-25E | | | | | | |
| 1 | PLAQUEMINES | 22 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 23 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 34 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 35 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 41 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 42 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 43 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 44 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 45 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 46 | 18S-26E | | | | | | |
| 1 | PLAQUEMINES | 31 | 18S-27E | | | | | | |
| | | | | | **TOTAL** | 34,878.020 | 1,848.400 | 9869.609 | 0 |
| | | | | | 1. TOTAL AREA FROM TAX NOTICE | 34,878.020 | | | |
| | | | | | 2. TOTAL AREA FROM TAX NOTICE + OMITTED ACREAGE | | 36,726.420 | | |
| | | | | | 3. TOTAL AREA FROM TAX NOTICE + OMITTED ACREAGE + NOT ASSESSED ACREAGE | | | 46,596.029 | |
| | | | | | 4. TOTAL AREA FROM TAX NOTICE + OMITTED ACREAGE + NOT ASSESSED ACREAGE + UNDESCRIBED ACREAGE) | | | | 46,596.029 |
| | | | | | Total acreage from the Apache Corporation and ALMI Conveyance equals 52,594.52. | | | | |