**Payable To:** I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE   **TAX-NOTICE**
WARD 1

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523500   WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,670   LESS HOMESTEAD: 0   TAXABLE: 4,670

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523500 | 01.20M ASSESSMENT DIST. | $ 5.60 |
| PARISH/BRACKISH-4,670-1,167 | 05.92M HOSPITAL DISTRI | $ 24.85 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 70.75 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC) | 24.41M SCHOOL BOARD | $ 114.00 |
| SE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 76.82 |
| OF SEC 33 (611 AC) ALL IN T18S R25E. | | |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 5.60 |
| 05.92M HOSPITAL DISTRICT | $ 24.85 |
| 15.15M PARISH GOVERNMENT | $ 70.75 |
| 24.41M SCHOOL BOARD | $ 114.00 |
| 16.45M SHERIFF'S OFFICE | $ 76.82 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 292.02

TAX YEAR 2010

**TOTAL DUE ▶**   $ 292.02

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE**TAX NOTICE**

WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523700    WARD 1

ASSESSED VALUE: 2,900    LESS HOMESTEAD: 0    TAXABLE: 2,900

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523700 | 01.20M ASSESSMENT DIST. | $ 3.48 |
| MARSH, SALT-2,900-966 | 05.32M HOSPITAL DISTRI | $ 15.43 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 43.93 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (354 AC) | 24.41M SCHOOL BOARD | $ 70.79 |
| SE/4 & SW/4 OF SEC 20 (57 | 16.45M SHERIFF'S OFFIC | $ 47.71 |
| AC)   NE/4, NW/4, SE/4 & SW/4 OF SEC 21 (5 | | |
| 55 AC) ALL IN T19S R26E. | | |

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.48 |
| 05.32M HOSPITAL DISTRICT | $ 15.43 |
| 15.15M PARISH GOVERNMENT | $ 43.93 |
| 24.41M SCHOOL BOARD | $ 70.79 |
| 16.45M SHERIFF'S OFFICE | $ 47.71 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 181.34

**TOTAL DUE ▶**    $ 181.34

TAX YEAR 2010

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE#  **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523800   WARD 1

ASSESSED VALUE: 4,760     LESS HOMESTEAD: 0     TAXABLE: 4,760

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523800 | 01.20M ASSESSMENT DIST. | $ 5.71 |
| MARSH/BRACKISH-4,760-1,190 | 05.32M HOSPITAL DISTRI | $ 25.32 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 72.11 |
| 1190 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 2 | 24.41M SCHOOL BOARD | $ 116.18 |
| 2 (590 AC).  NE/4, NW/4, | 16.45M SHERIFF'S OFFIC | $ 78.30 |
| SE/4 & SW/4 OF SEC 23 (600 AC) ALL IN T19S | | |
| R26E. | | |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 5.71 |
| 05.32M HOSPITAL DISTRICT | $ 25.32 |
| 15.15M PARISH GOVERNMENT | $ 72.11 |
| 24.41M SCHOOL BOARD | $ 116.18 |
| 16.45M SHERIFF'S OFFICE | $ 78.30 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 297.62

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 297.62

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
             302 MAIN STREET
             BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE  TAX NOTICE
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523900    WARD 1

ASSESSED VALUE: 3,890    LESS HOMESTEAD: 0    TAXABLE: 3,890

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523900 | 01.20M ASSESSMENT DIST. | $ 4.67 |
| MARSH/BRACKISH-3,890-973 | 05.32M HOSPITAL DISTRI | $ 20.70 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 58.93 |
| NE/4, NW/4 & SW/4 OF SEC 22 (407 AC), NE/ | 24.41M SCHOOL BOARD | $ 94.96 |
| 4, NW/4, SE/4 & SW/4 OF SEC | 16.45M SHERIFF'S OFFIC | $ 63.99 |
| 23 (566 AC) ALL IN T18S R25E. | | |

| | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.67 |
| 05.32M HOSPITAL DISTRICT | $ 20.70 |
| 15.15M PARISH GOVERNMENT | $ 58.93 |
| 24.41M SCHOOL BOARD | $ 94.96 |
| 16.45M SHERIFF'S OFFICE | $ 63.99 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 243.25

TOTAL DUE ▶   $ 243.25

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE# TAX NOTICE
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

ASSESSED VALUE: 1,665     LESS HOMESTEAD: 0     TAXABLE: 1,665

1524000   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524000 | 01.20M ASSESSMENT DIST. | $ 2.00 |
| MARSH, SALT-1,665-555 | 05.32M HOSPITAL DISTRIC | $ 8.86 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 25.23 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (355 AC) | 24.41M SCHOOL BOARD | $ 40.66 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 27.39 |
| OF SEC 29 (200 AC) ALL IN T19S R28E. | | |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.00 |
| 05.32M HOSPITAL DISTRICT | $ 8.86 |
| 15.15M PARISH GOVERNMENT | $ 25.23 |
| 24.41M SCHOOL BOARD | $ 40.66 |
| 16.45M SHERIFF'S OFFICE | $ 27.39 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 104.14

TOTAL DUE ▶   $ 104.14

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR  TAX NOTICE**TAX NOTICE**  
302 MAIN STREET  WARD 1  
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,715     LESS HOMESTEAD: 0     TAXABLE: 4,715

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524100 | 01.20M ASSESSMENT DIST. | $ 5.66 |
| MARSH/BRACKISH-4,715-1,179 | 05.32M HOSPITAL DISTRI | $ 25.08 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 71.45 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (616 AC) | 24.41M SCHOOL BOARD | $ 115.11 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 77.56 |
| OF SEC 27 (563 AC) ALL IN T18S R25E. | | |

**TOTAL DUE ▶**    $ 294.86

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

---

| ADDRESS
SERVICE
REQUESTED | FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2 |

TAX YEAR 2010

1524100   WARD 1

RETURN THIS STUB WITH PAYMENT

01.20M ASSESSMENT DIST.   $ 5.66
05.32M HOSPITAL DISTRICT  $ 25.08
15.15M PARISH GOVERNMENT  $ 71.45
24.41M SCHOOL BOARD       $ 115.11
16.45M SHERIFF'S OFFICE   $ 77.56

**TOTAL DUE ▶**    $ 294.86

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE# 1524200     **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| ADDRESS |
| SERVICE |
| REQUESTED |

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1524200   WARD 1

ASSESSED VALUE: 1,250     LESS HOMESTEAD: 0     TAXABLE: 1,250

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524200 | 01.20M ASSESSMENT DIST. | $ 1.50 |
| MARSH, SALT-1,250-416 | 05.32M HOSPITAL DISTRIC | $ 6.65 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 18.95 |
| NE/4, NW/4, SE/4 & SE/4 OF SEC 18 (72 AC). | 24.41M SCHOOL BOARD | $ 30.53 |
| NE/4, NW/4, SE/4 & SW/4 OF | 16.45M SHERIFF'S OFFIC | $ 20.56 |
| SEC 19 (98 AC).   NE/4, NW/4, SE/4 & SW/4 O | | |
| F SEC 20 (246 AC) ALL IN | | |
| T20S R26E. | | |

01.20M ASSESSMENT DIST.     $ 1.50
05.32M HOSPITAL DISTRICT    $ 6.65
15.15M PARISH GOVERNMENT    $ 18.95
24.41M SCHOOL BOARD         $ 30.53
16.45M SHERIFF'S OFFICE     $ 20.56

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ►**   $ 78.19

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ►**   $ 78.19

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE 1524300   **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5250.

ASSESSED VALUE: 565     LESS HOMESTEAD: 0     TAXABLE: 565

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524300 | 01.20M ASSESSMENT DIST. | $ 0.68 |
| MARSH, SALT-565-188 | 05.32M HOSPITAL DISTRIC | $ 3.01 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 8.57 |
| NE/4 & SW/4 OF SEC 29 (140 AC), NE/4, NW/ | 24.41M SCHOOL BOARD | $ 13.81 |
| 4 & SE/4 OF SEC 30 (40 AC) | 16.45M SHERIFF'S OFFICE | $ 9.30 |
| ALL IN T20S R26E. | | |

| | ADDRESS SERVICE REQUESTED | | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |

TAX YEAR 2010

1524300   WARD 1

| 01.20M ASSESSMENT DIST. | $ 0.68 |
| 05.32M HOSPITAL DISTRICT | $ 3.01 |
| 15.15M PARISH GOVERNMENT | $ 8.57 |
| 24.41M SCHOOL BOARD | $ 13.81 |
| 16.45M SHERIFF'S OFFICE | $ 9.30 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ► | $ 35.37 |

TAX YEAR 2010

| TOTAL DUE ► | $ 35.37 |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS THIS IS YOUR ONLY RECEIPT**

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# 1524400
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 455     LESS HOMESTEAD: 0     TAXABLE: 455

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524400 | 01.20M ASSESSMENT DIST. | $ 0.55 |
| MARSH, SALT-455-152 | 05.32M HOSPITAL DISTRIC | $ 2.42 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 6.92 |
| NW/4, SE/4 & SW/4 OF SEC 8 (152 AC) ALL IN | 24.41M SCHOOL BOARD | $ 11.10 |
| T20S R28E. | 16.45M SHERIFF'S OFFICE | $ 7.49 |

| TOTAL DUE ▶ | $ 28.48 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1524400   WARD 1

| | AMOUNT | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | | $ 0.55 |
| 05.32M HOSPITAL DISTRICT | | $ 2.42 |
| 15.15M PARISH GOVERNMENT | | $ 6.92 |
| 24.41M SCHOOL BOARD | | $ 11.10 |
| 16.45M SHERIFF'S OFFICE | | $ 7.49 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 28.48 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE#  TAX NOTICE
1524500
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1524500   WARD 1



ASSESSED VALUE: 5,600   LESS HOMESTEAD: 0   TAXABLE: 5,600

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524500<br>MARSH, SALT-5,600-1,868<br>===PROPERTY DESCRIPTION===<br>1867.50 AC.  NE/4, NW/4,<br>SE/4 & SW/4 OF SE<br>C 33 (640 AC).  NE/4, NW/4,<br>SE/4 & SW/4 OF SEC 34 (640 AC).  NE/4, NW/<br>4, SE/4 & SW/4 OF SEC 35<br>(587.50 AC) ALL IN T20S R27E. | 01.20M ASSESSMENT DIST.<br>05.32M HOSPITAL DISTRI<br>15.15M PARISH GOVERNME<br>24.41M SCHOOL BOARD<br>16.45M SHERIFF'S OFFIC | $ 6.72<br>$ 29.79<br>$ 84.85<br>$ 136.70<br>$ 92.11 |

| | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 6.72 |
| 05.32M HOSPITAL DISTRICT | $ 29.79 |
| 15.15M PARISH GOVERNMENT | $ 84.85 |
| 24.41M SCHOOL BOARD | $ 136.70 |
| 16.45M SHERIFF'S OFFICE | $ 92.11 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 350.17 |
|---|---|

TAX YEAR 2010

| TOTAL DUE ▶ | $ 350.17 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# 1524600

TAX NOTICE
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,800   LESS HOMESTEAD: 0   TAXABLE: 4,800

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
| --- | --- |

TAX YEAR 2010

1524600   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
| --- | --- | --- |
| PARCEL NUMBER: 1524600 | 01.20M ASSESSMENT DIST. | $ 5.76 |
| MARSH, SALT-4,800-1,400 | 05.32M HOSPITAL DISTRI | $ 25.53 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 72.72 |
| NE/4, NW/4 & SE/4 OF SEC 10 (320 AC). NE/ | 24.41M SCHOOL BOARD | $ 117.16 |
| 4, NW/4, SE/4 & SW/4 OF SEC | 16.45M SHERIFF'S OFFIC | $ 78.96 |
| 11 (640 AC).   NE/4, NW/4, SE/4 & SW/4 OF S | | |
| EC 12 (640 AC) ALL IN T20S | | |
| R27E. | | |

| TAX DISTRICT | AMOUNT |
| --- | --- |
| 01.20M ASSESSMENT DIST. | $ 5.76 |
| 05.32M HOSPITAL DISTRICT | $ 25.53 |
| 15.15M PARISH GOVERNMENT | $ 72.72 |
| 24.41M SCHOOL BOARD | $ 117.16 |
| 16.45M SHERIFF'S OFFICE | $ 78.96 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 300.13 |
| --- | --- |

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 300.13 |
| --- | --- |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE    TAX NOTICE
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,040    LESS HOMESTEAD: 0    TAXABLE: 4,040

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523650 | 01.20M ASSESSMENT DIST. | $ 4.85 |
| MARSH/BRACKISH-4,040-1,010 | 05.32M HOSPITAL DISTRI | $ 21.49 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 61.21 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC) | 24.41M SCHOOL BOARD | $ 98.62 |
| NW/4 OF SEC 17 (48 AC), | 16.45M SHERIFF'S OFFIC | $ 66.46 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) | | |
| ALL IN T19S R26E | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523650    WARD 1

RETURN THIS STUB WITH PAYMENT

01.20M ASSESSMENT DIST.    $ 4.85
05.32M HOSPITAL DISTRICT   $ 21.49
15.15M PARISH GOVERNMENT   $ 61.21
24.41M SCHOOL BOARD        $ 98.62
16.45M SHERIFF'S OFFICE    $ 66.46

| TOTAL DUE ▶ | $ 252.63 |
|---|---|

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 252.63 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICED 1523750 **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,495    LESS HOMESTEAD: 0    TAXABLE: 1,495

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523750 | 01.20M ASSESSMENT DIST. | $ 1.79 |
| MARSH, SALT-1,495-499 | 05.32M HOSPITAL DISTRIC | $ 7.95 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 22.67 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 27 T19S R26 | 24.41M SCHOOL BOARD | $ 36.50 |
| E. | 16.45M SHERIFF'S OFFIC | $ 24.59 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523750   WARD 1



RETURN THIS STUB WITH PAYMENT

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.79 |
| 05.32M HOSPITAL DISTRICT | $ 7.95 |
| 15.15M PARISH GOVERNMENT | $ 22.67 |
| 24.41M SCHOOL BOARD | $ 36.50 |
| 16.45M SHERIFF'S OFFICE | $ 24.59 |

**TOTAL DUE ▶**    $ 93.50

TAX YEAR 2010

**TOTAL DUE ▶**    $ 93.50

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE#   **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,840    LESS HOMESTEAD: 0    TAXABLE: 3,840

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523850 | 01.20M ASSESSMENT DIST. | $ 4.61 |
| MARSH, SALT-3,840-1,280 | 05.32M HOSPITAL DISTRI | $ 20.43 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 58.17 |
| 1280 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 1 | 24.41M SCHOOL BOARD | $ 93.75 |
| 3 (640 AC).  NE/4, NW/4, | 16.45M SHERIFF'S OFFIC | $ 63.17 |
| SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T19S | | |
| R24E. | | |

TAX NOTICE
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523850   WARD 1



| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.61 |
| 05.32M HOSPITAL DISTRICT | $ 20.43 |
| 15.15M PARISH GOVERNMENT | $ 58.17 |
| 24.41M SCHOOL BOARD | $ 93.75 |
| 16.45M SHERIFF'S OFFICE | $ 63.17 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 240.13

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

**TOTAL DUE ▶**    $ 240.13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE 1523950
**TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,525     LESS HOMESTEAD: 0     TAXABLE: 1,525

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523950 | 01.20M ASSESSMENT DIST. | $ 1.83 |
| MARSH, SALT-1,525-508 | 05.32M HOSPITAL DISTRIC | $ 8.12 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 23.11 |
| NE/4, SE/4 & SW/4 OF SEC 31 (260 AC), NE/ | 24.41M SCHOOL BOARD | $ 37.24 |
| 4, NW/4, SE/4 & SW/4 OF SEC | 16.45M SHERIFF'S OFFIC | $ 25.09 |
| 32 (248 AC) ALL IN T19S R26E. | | |

---

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523950   WARD 1

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.83 |
| 05.32M HOSPITAL DISTRICT | $ 8.12 |
| 15.15M PARISH GOVERNMENT | $ 23.11 |
| 24.41M SCHOOL BOARD | $ 37.24 |
| 16.45M SHERIFF'S OFFICE | $ 25.09 |

RETURN THIS STUB WITH PAYMENT

---

TOTAL DUE ▶     $ 95.39

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

---

TOTAL DUE ▶     $ 95.39

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE# **TAX NOTICE**
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425     WARD 1



ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

ASSESSED VALUE: 780     LESS HOMESTEAD: 0     TAXABLE: 780

1524050   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524050 | 01.20M ASSESSMENT DIST. | $ 0.94 |
| MARSH, SALT-780-260 | 05.32M HOSPITAL DISTRIC | $ 4.15 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 11.81 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 15 ALL IN T | 24.41M SCHOOL BOARD | $ 19.04 |
| 20S R27E. | 16.45M SHERIFF'S OFFIC | $ 12.83 |

01.20M ASSESSMENT DIST.     $ 0.94
05.32M HOSPITAL DISTRICT    $ 4.15
15.15M PARISH GOVERNMENT    $ 11.81
24.41M SCHOOL BOARD         $ 19.04
16.45M SHERIFF'S OFFICE     $ 12.83

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**     $ 48.77

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**     $ 48.77

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

ayable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE# 1524150   **TAX NOTICE**
WARD 1

|  | ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,040    LESS HOMESTEAD: 0    TAXABLE: 3,040

TAX YEAR 2010

1524150   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524150 MARSH/BRACKISH-3,040-760 ===PROPERTY DESCRIPTION=== NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (356 AC) NE/4, NW/4, SE/4 & SW/4 OF SEC 35 (404 AC) ALL IN T18S R25E. | 01.20M ASSESSMENT DIST. 05.32M HOSPITAL DISTRI 15.15M PARISH GOVERNME 24.41M SCHOOL BOARD 16.45M SHERIFF'S OFFIC | $ 3.65 $ 16.17 $ 46.06 $ 74.21 $ 50.01 |

| 01.20M ASSESSMENT DIST. | $ 3.65 |
| 05.32M HOSPITAL DISTRICT | $ 16.17 |
| 15.15M PARISH GOVERNMENT | $ 46.06 |
| 24.41M SCHOOL BOARD | $ 74.21 |
| 16.45M SHERIFF'S OFFICE | $ 50.01 |

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 190.10 |

TAX YEAR 2010

| TOTAL DUE ▶ | $ 190.10 |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS**
THIS IS YOUR ONLY RECEIPT

ayable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR        TAX NOTICE# 1524250        **TAX NOTICE**
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425        WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 6,320      LESS HOMESTEAD: 0        TAXABLE: 6,320

```
ADDRESS
SERVICE
REQUESTED
```

```
FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2
```

TAX YEAR 2010

1524250   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524250 | 01.20M ASSESSMENT DIST. | $ 7.58 |
| MARSH, SALT-6,320-2,106 | 05.32M HOSPITAL DISTRI | $ 33.63 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 95.74 |
| NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC | 24.41M SCHOOL BOARD | $ 154.27 |
| ) & SW/4 (160 AC) OF SEC 1 | 16.45M SHERIFF'S OFFI | $ 103.96 |
| (640 AC), NE/4 (160 AC), NW/4 (160 AC), SE | | |
| /4 (160 AC) & SW/4 (160 AC) | | |
| OF SEC 2 (640 AC), NE/4 (160 AC), NW/4 (13 | | |
| 4 AC), SE/4 (160 AC), SW/4 | | |
| (86 AC) OF SEC 3 (540 AC), NE/4 (12 AC), N | | |
| W/4 (121 AC), SE/4 (20 AC), | | |
| SW/4 (133 AC) OF SEC 4 (286 AC) ALL IN T20 | | |
| & R27E. | | |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 7.58 |
| 05.32M HOSPITAL DISTRICT | $ 33.63 |
| 15.15M PARISH GOVERNMENT | $ 95.74 |
| 24.41M SCHOOL BOARD | $ 154.27 |
| 16.45M SHERIFF'S OFFICE | $ 103.96 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 395.18 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 395.18 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE#  TAX NOTICE
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1524350   WARD 1

ASSESSED VALUE: 1,105     LESS HOMESTEAD: 0     TAXABLE: 1,105

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524350 | 01.20M ASSESSMENT DIST. | $ 1.33 |
| MARSH, SALT-1,105-369 | 05.32M HOSPITAL DISTRIC | $ 5.88 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 16.75 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 9 (369 AC) | 24.41M SCHOOL BOARD | $ 26.98 |
| ALL IN T20S R27E. | 16.45M SHERIFF'S OFFIC | $ 18.18 |

01.20M ASSESSMENT DIST.     $ 1.33
05.32M HOSPITAL DISTRICT    $ 5.88
15.15M PARISH GOVERNMENT    $ 16.75
24.41M SCHOOL BOARD         $ 26.98
16.45M SHERIFF'S OFFICE     $ 18.18

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 69.12

TAX YEAR 2010

TOTAL DUE ▶   $ 69.12

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE   **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1524450   WARD 1

ASSESSED VALUE: 4,610     LESS HOMESTEAD: 0     TAXABLE: 4,610

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT | | |
|---|---|---|---|---|
| PARCEL NUMBER: 1524450 | 01.20M ASSESSMENT DIST. | $ 5.53 | 01.20M ASSESSMENT DIST. | $ 5.53 |
| MARSH/BRACKISH-4,610-1,153 | 05.32M HOSPITAL DISTRI | $ 24.53 | 05.32M HOSPITAL DISTRICT | $ 24.53 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 69.84 | 15.15M PARISH GOVERNMENT | $ 69.84 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (609 AC) | 24.41M SCHOOL BOARD | $ 112.54 | 24.41M SCHOOL BOARD | $ 112.54 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 75.84 | 16.45M SHERIFF'S OFFICE | $ 75.84 |
| OF SEC 21 (544 AC) ALL IN T18S R25E. | | | | |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 288.28

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

TOTAL DUE ▶   $ 288.28

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE   **TAX NOTICE**

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,720    LESS HOMESTEAD: 0     TAXABLE: 3,720

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524550 | 01.20M ASSESSMENT DIST. | $ 4.46 |
| MARSH, SALT=3,720=1,240 | 05.32M HOSPITAL DISTRI | $ 19.79 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 56.37 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 11 (600 AC) | 24.41M SCHOOL BOARD | $ 90.80 |
| NE/4, NW/4, SE/4 & SE/4 | 16.45M SHERIFF'S OFFIC | $ 61.19 |
| OF SEC 12 (640 AC) ALL IN T19S R26E. | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1524550   WARD 1

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.46 |
| 05.32M HOSPITAL DISTRICT | $ 19.79 |
| 15.15M PARISH GOVERNMENT | $ 56.37 |
| 24.41M SCHOOL BOARD | $ 90.80 |
| 16.45M SHERIFF'S OFFICE | $ 61.19 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 232.61

TAX YEAR 2010

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**    $ 232.61

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR     TAX NOTICE
302 MAIN STREET                                                        WARD 1
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

**TAX NOTICE**

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,040     LESS HOMESTEAD: 0     TAXABLE: 3,040

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524650 | 01.20M ASSESSMENT DIST. | $ 3.65 |
| MARSH/BRACKISH-3,040-740 | 05.32M HOSPITAL DISTRI | $ 16.17 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 46.06 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (320 AC) | 24.41M SCHOOL BOARD | $ 74.21 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 50.01 |
| OF SEC 17 (432 AC) ALL IN T18S R25E. | | |

**TOTAL DUE ▶   $ 190.10**

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1524650    WARD 1

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.65 |
| 05.32M HOSPITAL DISTRICT | $ 16.17 |
| 15.15M PARISH GOVERNMENT | $ 46.06 |
| 24.41M SCHOOL BOARD | $ 74.21 |
| 16.45M SHERIFF'S OFFICE | $ 50.01 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 190.10

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE#   **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5266.

TAX YEAR 2010

1523450   WARD 1

ASSESSED VALUE: 2,205      LESS HOMESTEAD: 0      TAXABLE: 2,205



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

PARCEL NUMBER: 1523450
MARSH/BRACKISH-2,205-551
===PROPERTY DESCRIPTION===
551.45 AC.   NW/4, SE/4 & SW/4 OF SEC 13 (2
05.45 AC)   NE/4, NW/4, SE/4
& SW/4 OF SEC 14 (323 AC) ALL IN T18S R25E

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.65 |
| 05.32M HOSPITAL DISTRI | $ 11.73 |
| 15.15M PARISH GOVERNME | $ 33.42 |
| 24.41M SCHOOL BOARD | $ 53.84 |
| 16.45M SHERIFF'S OFFIC | $ 36.28 |

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.65 |
| 05.32M HOSPITAL DISTRICT | $ 11.73 |
| 15.15M PARISH GOVERNMENT | $ 33.42 |
| 24.41M SCHOOL BOARD | $ 53.84 |
| 16.45M SHERIFF'S OFFICE | $ 36.28 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 137.92

TAX YEAR 2010

**TOTAL DUE ▶**   $ 137.92

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR       TAX NOTICE TAX NOTICE
302 MAIN STREET                                                          WARD 1
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

ASSESSED VALUE: 2,820      LESS HOMESTEAD: 0      TAXABLE: 2,820

TAX YEAR 2010

1522600   WARD 1



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522600 | 01.20M ASSESSMENT DIST. | $ 3.38 |
| MARSH/BRACKISH-2,820-70S | 05.32M HOSPITAL DISTRI | $ 15.00 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 42.72 |
| 705 AC.   NE/4, NW/4, SE/4 & SW/4 OF SEC 30 | 24.41M SCHOOL BOARD | $ 68.83 |
| (438 AC).   NE/4, NW/4, SE/4 | 16.45M SHERIFF'S OFFIC | $ 46.39 |
| & SW/4 OF SEC 31 (267 AC) ALL IN T18S R25E | | |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.38 |
| 05.32M HOSPITAL DISTRICT | $ 15.00 |
| 15.15M PARISH GOVERNMENT | $ 42.72 |
| 24.41M SCHOOL BOARD | $ 68.83 |
| 16.45M SHERIFF'S OFFICE | $ 46.39 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 176.32

TAX YEAR 2010

**TOTAL DUE ▶**    $ 176.32

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

ayable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE  **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,440     LESS HOMESTEAD: 0     TAXABLE: 1,440

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523400 | 01.20M ASSESSMENT DIST. | $ 1.73 |
| MARSH, SALT-1,440-480 | 05.32M HOSPITAL DISTRIC | $ 7.67 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 21.81 |
| NE/4 & NW/4 OF SEC 4 (120 AC), NE/4, NW/4 | 24.41M SCHOOL BOARD | $ 35.15 |
| & SW/4 OF SEC 5 (360 AC) | 16.45M SHERIFF'S OFFIC | $ 23.69 |
| ALL IN T19S R28E. | | |

**TOTAL DUE ▶**  $ 90.05

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523400   WARD 1

RETURN THIS STUB WITH PAYMENT

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST | $ 1.73 |
| 05.32M HOSPITAL DISTRICT | $ 7.67 |
| 15.15M PARISH GOVERNMENT | $ 21.81 |
| 24.41M SCHOOL BOARD | $ 35.15 |
| 16.45M SHERIFF'S OFFICE | $ 23.69 |

**TOTAL DUE ▶**  $ 90.05

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE**TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ˢᵗ. 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010
1523200   WARD 1

ASSESSED VALUE: 3,720    LESS HOMESTEAD: 0    TAXABLE: 3,720



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT | | | |
|---|---|---|---|---|---|
| PARCEL NUMBER. 1523200 | 01.20M ASSESSMENT DIST. | $ 4.46 | 01.20M ASSESSMENT DIST. | $ 4.46 |
| MARSH, SALT-3,720-1,240 | 05.32M HOSPITAL DISTRI | $ 19.79 | 05.32M HOSPITAL DISTRICT | $ 19.79 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 56.37 | 15.15M PARISH GOVERNMENT | $ 56.37 |
| 1240 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 2 | 24.41M SCHOOL BOARD | $ 90.80 | 24.41M SCHOOL BOARD | $ 90.80 |
| 7 (640 AC).  NE/4, NW/4, | 16.45M SHERIFF'S OFFIC | $ 61.19 | 16.45M SHERIFF'S OFFICE | $ 61.19 |
| SE/4 & SW/4 OF SEC 28 (600 AC) ALL IN T20S | | | | |
| R27E. | | | | |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶    $ 232.61

TAX YEAR 2010

TOTAL DUE ▶    $ 232.61

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523300   WARD 1



ASSESSED VALUE: 2,915    LESS HOMESTEAD: 0       TAXABLE: 2,915

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523300 | 01.20M ASSESSMENT DIST | $ 3.50 |
| MARSH. SALT-2,915-971 | 05.32M HOSPITAL DISTRI | $ 15.51 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 44.18 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 6 (560 AC). | 24.41M SCHOOL BOARD | $ 71.17 |
| NE/4, NW/4, SE/4 & SW/4 OF | 16.45M SHERIFF'S OFFIC | $ 47.95 |
| SEC 7 (411 AC) ALL IN T19S R26E. | | |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.50 |
| 05.32M HOSPITAL DISTRICT | $ 15.51 |
| 15.15M PARISH GOVERNMENT | $ 44.18 |
| 24.41M SCHOOL BOARD | $ 71.17 |
| 16.45M SHERIFF'S OFFICE | $ 47.95 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶    $ 182.31

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

TOTAL DUE ▶    $ 182.31

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE TAX NOTICE
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523100   WARD 1

ASSESSED VALUE: 3,840    LESS HOMESTEAD: 0    TAXABLE: 3,840

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523100 | 01.20M ASSESSMENT DISTRI | $ 4.61 |
| MARSH, SALT-3,840-1,280 | 05.32M HOSPITAL DISTRI | $ 20.43 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 58.17 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC) | 24.41M SCHOOL BOARD | $ 93.75 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 63.17 |
| OF SEC 14 (640 AC) ALL IN T20S R27E | | |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.61 |
| 05.32M HOSPITAL DISTRICT | $ 20.43 |
| 15.15M PARISH GOVERNMENT | $ 58.17 |
| 24.41M SCHOOL BOARD | $ 93.75 |
| 16.45M SHERIFF'S OFFICE | $ 63.17 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 240.13

TAX YEAR 2010

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**   $ 240.13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE    TAX NOTICE
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 2,535    LESS HOMESTEAD: 0    TAXABLE: 2,535

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
|---|---|

TAX YEAR 2010

1523350    WARD 1

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 1523350
MARSH, SALT-2,535-846
===PROPERTY DESCRIPTION===
NE/4, NW/4, SE/4 & SW/4 OF SEC 10 (465.50
AC), NW/4 & SW/4 OF SEC 9
300 AC), NE/4 & SE/4 OF SEC 9 (80 AC) ALL
IN T19S R26E.

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.04 |
| 05.32M HOSPITAL DISTRI | $ 13.48 |
| 15.15M PARISH GOVERNME | $ 38.42 |
| 24.41M SCHOOL BOARD | $ 61.89 |
| 16.45M SHERIFF'S OFFIC | $ 41.70 |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.04 |
| 05.32M HOSPITAL DISTRICT | $ 13.48 |
| 15.15M PARISH GOVERNMENT | $ 38.42 |
| 24.41M SCHOOL BOARD | $ 61.89 |
| 16.45M SHERIFF'S OFFICE | $ 41.70 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 158.53 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

| TOTAL DUE ▶ | $ 158.53 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 450    LESS HOMESTEAD: 0    TAXABLE: 450

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
| --- | --- | --- |
| PARCEL NUMBER: 1524700 | 01.20M ASSESSMENT DIST. | $ 0.54 |
| MARSH, SALT--450-150 | 05.32M HOSPITAL DISTRIC | $ 2.39 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 6.82 |
| NE/4, SE/4 & SW/4 OF SEC 31 (115 AC), NE/ | 24.41M SCHOOL BOARD | $ 10.99 |
| 4, NW/4 & SW/4 OF SEC 32 (35 | 16.45M SHERIFF'S OFFICE | $ 7.41 |
| AC) ALL IN T20S R26E. | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1524700   WARD 1

| | AMOUNT |
| --- | --- |
| 01.20M ASSESSMENT DIST. | $ 0.54 |
| 05.32M HOSPITAL DISTRICT | $ 2.39 |
| 15.15M PARISH GOVERNMENT | $ 6.82 |
| 24.41M SCHOOL BOARD | $ 10.99 |
| 16.45M SHERIFF'S OFFICE | $ 7.41 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 28.15

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

TOTAL DUE ▶   $ 28.15

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ayable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE 1523250     **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,840     LESS HOMESTEAD: 0     TAXABLE: 3,840

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523250 | 01.20M ASSESSMENT DIST. | $ 4.61 |
| MARSH, SALT-3,840-1,280 | 05.32M HOSPITAL DISTRI | $ 20.43 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 58.17 |
| 1280 AC.   NE/4, NW/4, SE/4 & SW/4 OF SEC 2 | 24.41M SCHOOL BOARD | $ 93.75 |
| 3 (640 AC),  NE/4, NW/4, | 16.45M SHERIFF'S OFFIC | $ 63.17 |
| SE/4 & SW/4 OF SEC 24 (640 AC) ALL IN T20S | | |
| R27E. | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1523250   WARD 1



| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.61 |
| 05.32M HOSPITAL DISTRICT | $ 20.43 |
| 15.15M PARISH GOVERNMENT | $ 58.17 |
| 24.41M SCHOOL BOARD | $ 93.75 |
| 16.45M SHERIFF'S OFFICE | $ 63.17 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 240.13

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 240.13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR       TAX NOTICE   **TAX NOTICE**
              302 MAIN STREET                                              WARD 1
              BELLE CHASSE, LA 70037     PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,415     LESS HOMESTEAD: 0       TAXABLE: 3,415

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |

TAX YEAR 2010

1523150   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523150 | 01.20M ASSESSMENT DIST. | $ 4.10 |
| MARSH, SALT-3,415-1,138 | 05.32M HOSPITAL DISTRI | $ 18.16 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 51.76 |
| NE/4, NW/4, SE/4, SW/4 OF SEC 21 (533 AC), | 24.41M SCHOOL BOARD | $ 83.37 |
| NE/4, NW/4, SE/4, SW/4 OF | 16.45M SHERIFF'S OFFIC | $ 56.18 |
| SEC 22 (605 AC) ALL IN T20S R27E. | | |

| | 01.20M ASSESSMENT DIST. | $ 4.10 |
| | 05.32M HOSPITAL DISTRICT | $ 18.16 |
| | 15.15M PARISH GOVERNMENT | $ 51.76 |
| | 24.41M SCHOOL BOARD | $ 83.37 |
| | 16.45M SHERIFF'S OFFICE | $ 56.18 |

**TOTAL DUE ▶**   $ 213.57

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**   $ 213.57

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

RETURN THIS STUB WITH PAYMENT

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE# **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523050    WARD 1

ASSESSED VALUE: 490    LESS HOMESTEAD: 0    TAXABLE: 490

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523050 | 01.20M ASSESSMENT DIST. | $ 0.59 |
| MARSH/BRACKISH-490-123 | 05.32M HOSPITAL DISTRIC | $ 2.61 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 7.42 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 36 T18S R25 | 24.41M SCHOOL BOARD | $ 11.96 |
| E | 16.45M SHERIFF'S OFFICE | $ 8.06 |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 0.59 |
| 05.32M HOSPITAL DISTRICT | $ 2.61 |
| 15.15M PARISH GOVERNMENT | $ 7.42 |
| 24.41M SCHOOL BOARD | $ 11.96 |
| 16.45M SHERIFF'S OFFICE | $ 8.06 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 30.64 |
|---|---|

TAX YEAR 2010

| TOTAL DUE ▶ | $ 30.64 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR         TAX NOTICE  **TAX NOTICE**
             302 MAIN STREET                                                WARD 1
             BELLE CHASSE, LA 70037     PHONE (504) 297-5425

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
| --- | --- |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1523000   WARD 1

ASSESSED VALUE: 3,660     LESS HOMESTEAD: 0        TAXABLE: 3,660

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
| --- | --- | --- |
| PARCEL NUMBER: 1523000 | 01.20M ASSESSMENT DIST. | $ 4.39 |
| MARSH/BRACKISH-3,660-915 | 05.32M HOSPITAL DISTRI | $ 19.47 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 55.46 |
| 915 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 26 | 24.41M SCHOOL BOARD | $ 89.33 |
| (532 AC).  NE/4, NW/4, SE/4 | 16.45M SHERIFF'S OFFIC | $ 60.21 |
| & SW/4 OF SEC 27 (383 AC) ALL IN T18S R25E | | |

| 01.20M ASSESSMENT DIST. | $ 4.39 |
| --- | --- |
| 05.32M HOSPITAL DISTRICT | $ 19.47 |
| 15.15M PARISH GOVERNMENT | $ 55.46 |
| 24.41M SCHOOL BOARD | $ 89.33 |
| 16.45M SHERIFF'S OFFICE | $ 60.21 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 228.86 |
| --- | --- |

TAX YEAR 2010

| TOTAL DUE ▶ | $ 228.86 |
| --- | --- |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,500     LESS HOMESTEAD: 0     TAXABLE: 3,500

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1522750   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522750 | 01.20M ASSESSMENT DIST. | $ 4.20 |
| MARSH, SALT-3,500-1,167 | 05.32M HOSPITAL DISTRI | $ 18.63 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 53.03 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC). | 24.41M SCHOOL BOARD | $ 85.44 |
| NE/4, NW/4, SE/4 & SW/4 OF | 16.45M SHERIFF'S OFFIC | $ 57.58 |
| SEC 2 (527 AC) ALL IN T19S R26E. | | |

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.20 |
| 05.32M HOSPITAL DISTRICT | $ 18.63 |
| 15.15M PARISH GOVERNMENT | $ 53.03 |
| 24.41M SCHOOL BOARD | $ 85.44 |
| 16.45M SHERIFF'S OFFICE | $ 57.58 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 218.88

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 218.88

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE# 1522850     **TAX NOTICE**
WARD 1

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
|---|---|

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010
1522850   WARD 1

ASSESSED VALUE: 3,595     LESS HOMESTEAD: 0     TAXABLE: 3,595

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522850 | 01.20M ASSESSMENT DIST. | $ 4.31 |
| MARSH, SALT-3,595-1.198 | 05.32M HOSPITAL DISTRI | $ 19.12 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 54.48 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 25 (598 AC) | 24.41M SCHOOL BOARD | $ 87.76 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 59.14 |
| OF SEC 26 (600 AC) ALL IN T20S R27E. | | |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.31 |
| 05.32M HOSPITAL DISTRICT | $ 19.12 |
| 15.15M PARISH GOVERNMENT | $ 54.48 |
| 24.41M SCHOOL BOARD | $ 87.76 |
| 16.45M SHERIFF'S OFFICE | $ 59.14 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 224.81 |
|---|---|

TAX YEAR 2010

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 224.81 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE    **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5258.

ASSESSED VALUE: 3,710      LESS HOMESTEAD: 0      TAXABLE: 3,710

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522950 | 01.20M ASSESSMENT DIST. | $ 4.45 |
| MARSH/BRACKISH--3,710-920 | 05.32M HOSPITAL DISTRI | $ 19.74 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 56.21 |
| 928.57 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC | 24.41M SCHOOL BOARD | $ 90.56 |
| 18 (388.57 AC),  NE/4, | 16.45M SHERIFF'S OFFIC | $ 61.02 |
| NW/4, SE/4 & SW/4 OF SEC 19 (540 AC) ALL I | | |
| N T18S R25E. | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1522950    WARD 1

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.45 |
| 05.32M HOSPITAL DISTRICT | $ 19.74 |
| 15.15M PARISH GOVERNMENT | $ 56.21 |
| 24.41M SCHOOL BOARD | $ 90.56 |
| 16.45M SHERIFF'S OFFICE | $ 61.02 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 231.98 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 231.98 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE: TAX NOTICE
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1522700   WARD 1



ASSESSED VALUE: 1,920    LESS HOMESTEAD: 0    TAXABLE: 1,920

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522700 | 01.20M ASSESSMENT DIST. | $ 2.30 |
| MARSH, SALT-1,920-640 | 05.32M HOSPITAL DISTRI | $ 10.21 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 29.09 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 24 T19S R26 | 24.41M SCHOOL BOARD | $ 46.87 |
| E | 16.45M SHERIFF'S OFFIC | $ 31.58 |

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.30 |
| 05.32M HOSPITAL DISTRICT | $ 10.21 |
| 15.15M PARISH GOVERNMENT | $ 29.09 |
| 24.41M SCHOOL BOARD | $ 46.87 |
| 16.45M SHERIFF'S OFFICE | $ 31.58 |

| TOTAL DUE ▶ | $ 120.05 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 120.05 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**Payable To:** I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE# **TAX NOTICE**
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,435      LESS HOMESTEAD: 0      TAXABLE: 1,435

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522800 | 01.20M ASSESSMENT DIST. | $ 1.72 |
| MARSH, SALT-1,435-479 | 05.32M HOSPITAL DISTRIC | $ 7.63 |
| ==PROPERTY DESCRIPTION== | 15.15M PARISH GOVERNME | $ 21.76 |
| SE/4, NW/4, SE/4 & SW/4 OF SEC 17 (479 AC) | 24.41M SCHOOL BOARD | $ 35.03 |
| T20S R26E. | 16.45M SHERIFF'S OFFIC | $ 23.60 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

1522800   WARD 1

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.72 |
| 05.32M HOSPITAL DISTRICT | $ 7.63 |
| 15.15M PARISH GOVERNMENT | $ 21.76 |
| 24.41M SCHOOL BOARD | $ 35.03 |
| 16.45M SHERIFF'S OFFICE | $ 23.60 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**      $ 89.74

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**      $ 89.74

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE **TAX NOTICE**
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425    WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,920    LESS HOMESTEAD: 0    TAXABLE: 1,920

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

L522900   WARD 1



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522900 | 01.20M ASSESSMENT DIST | $ 2.30 |
| MARSH, SALT-1,920-640 | 05.32M HOSPITAL DISTRI | $ 10.21 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 29.09 |
| SE/4, NW/4, SE/4 & SW/4 OF SEC 36 (640 AC) | 24.41M SCHOOL BOARD | $ 46.87 |
| IN T20S R27E | 16.45M SHERIFF'S OFFIC | $ 31.58 |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.30 |
| 05.32M HOSPITAL DISTRICT | $ 10.21 |
| 15.15M PARISH GOVERNMENT | $ 29.09 |
| 24.41M SCHOOL BOARD | $ 46.87 |
| 16.45M SHERIFF'S OFFICE | $ 31.58 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 120.05

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**    $ 120.05

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To:  I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE#  **TAX NOTICE**
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

1522650   WARD 1

ASSESSED VALUE: 3,320    LESS HOMESTEAD: 0    TAXABLE: 3,320

DESCRIPTION OF PROPERTY

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.98 |
| 05.32M HOSPITAL DISTRI | $ 17.67 |
| 15.15M PARISH GOVERNME | $ 50.29 |
| 24.41M SCHOOL BOARD | $ 81.04 |
| 16.45M SHERIFF'S OFFIC | $ 54.61 |

PARCEL NUMBER: 1522650
PARISH/BRACKISH-3,320-830
===PROPERTY DESCRIPTION===
830 AC.   NE/4, NW/4, SE/4 & SW/4 OF SEC 24
(397 AC)   NE/4, NW/4, SW/4
& SW/4 OF SEC 25 (433 AC) ALL IN T18S R25E

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 3.98 |
| 05.32M HOSPITAL DISTRICT | $ 17.67 |
| 15.15M PARISH GOVERNMENT | $ 50.29 |
| 24.41M SCHOOL BOARD | $ 81.04 |
| 16.45M SHERIFF'S OFFICE | $ 54.61 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 207.59

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**    $ 207.59

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To: J.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR        TAX NOTICE **TAX NOTICE**
302 MAIN STREET                                                         WARD C
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

C623786   WARD C

ASSESSED VALUE  42,040    LESS HOMESTEAD  0    TAXABLE  42,040

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL # 0450  C623786 | 01.20M ASSESSMENT DIST | $ 50.45 |
| SURFACE 03 - 4.18840 | 05.32M HOSPITAL DISTR | $ 223.65 |
| SURFACE 03 - 4.18840 | 15.15M PARISH GOVERNM | $ 436.91 |
| TAXABLE VAL - 21,500.00 | 24.41M SCHOOL BOARD | $ 1,026.20 |
| ====PROPERTY DESCRIPTION==== | 16.45M SHERIFF'S OFFI | $ 691.56 |
| SERVICE CORPORATION PLANT | | |

| 01.20M ASSESSMENT DIST. | $ 50.45 |
|---|---|
| 05.32M HOSPITAL DISTRICT | $ 223.65 |
| 15.15M PARISH GOVERNMENT | $ 436.91 |
| 24.41M SCHOOL BOARD | $ 1,026.20 |
| 16.45M SHERIFF'S OFFICE | $ 691.56 |

RETURN THIS STUB WITH PAYMENT

| **TOTAL DUE ▶** | $ 2,628.77 |

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

| **TOTAL DUE ▶** | $ 2,628.77 |

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

ayable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICES **TAX NOTICE**
WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  6,350     LESS HOMESTEAD: 0      TAXABLE  6,350

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA. PERMIT NO. 2 |

TAX YEAR 2010

D605169002   WARD 0   

### DESCRIPTION OF PROPERTY

PARCEL ADDRESS  D605169002
CUSTOMER LA 70037
*** APACHE TROP/204***
SYSTEM PURO
302

| TAX DISTRICT | AMOUNT |
| --- | --- |
| 01 2GM ASSESSMENT DIST. | $ 7.62 |
| 05 3GM HOSPITAL DISTRI | $ 33.78 |
| 15 15M PARISH GOVERNME | $ 96.20 |
| 24 41M SCHOOL BOARD | $ 155.01 |
| 16 45M SHERIFF'S OFFI | $ 104.45 |

| TAX DISTRICT | AMOUNT |
| --- | --- |
| 01 2GM ASSESSMENT DIST. | $ 7.62 |
| 05 3GM HOSPITAL DISTRICT | $ 33.78 |
| 15 15M PARISH GOVERNMENT | $ 96.20 |
| 24 41M SCHOOL BOARD | $ 155.01 |
| 16 45M SHERIFF'S OFFICE | $ 104.45 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 397.06

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

**TOTAL DUE ▶**    $ 397.06

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ayable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE   **TAX NOTICE**
WARD D

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  5,040     LESS HOMESTEAD  0     TAXABLE  5,040

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0405169004 | 01.20M ASSESSMENT DIST. | $ 6.07 |
| WATER0540-5.040-0 | 05.32M HOSPITAL DISTRI | $ 26.92 |
| PROPERTY DESCRIPTION-- | 15.15M PARISH GOVERNME | $ 76.66 |
| HV 90145 | 24.41M SCHOOL BOARD | $ 123.51 |
| 5040 | 16.45M SHERIFF'S OFFIC | $ 83.23 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

0405169004   WARD D

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 6.07 |
| 05.32M HOSPITAL DISTRICT | $ 26.92 |
| 15.15M PARISH GOVERNMENT | $ 76.66 |
| 24.41M SCHOOL BOARD | $ 123.51 |
| 16.45M SHERIFF'S OFFICE | $ 83.23 |

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 316.39

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

TOTAL DUE ▶   $ 316.39

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

ayable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE **TAX NOTICE**
WARD 9

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  5,060    LESS HOMESTEAD  0      TAXABLE: 5,060

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: D305169003 | 01.20M ASSESSMENT DIST. | $ 6.07 |
| WATERCRAFT-5,060-9 | 05.32M HOSPITAL DISTRI | $ 26.92 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 76.66 |
| ONE JOHNNY | 24.41M SCHOOL BOARD | $ 123.51 |
| 5060 | 16.45M SHERIFF'S OFFIC | $ 83.23 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

D305169003   WARD 9



RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 6.07 |
| 05.32M HOSPITAL DISTRICT | $ 26.92 |
| 15.15M PARISH GOVERNMENT | $ 76.66 |
| 24.41M SCHOOL BOARD | $ 123.51 |
| 16.45M SHERIFF'S OFFICE | $ 83.23 |

TOTAL DUE ▶   $ 316.39

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

TOTAL DUE ▶   $ 316.39

APACHE CORP
X STAHLEL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ayable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE

WARD D

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  900     LESS HOMESTEAD  0     TAXABLE  900

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| | 01.20M ASSESSMENT DIST | $ 1.08 |
| | 05.32M HOSPITAL DISTRIC | $ 4.79 |
| | 15.15M PARISH GOVERNME | $ 13.63 |
| | 24.41M SCHOOL BOARD | $ 21.97 |
| | 16.45M SHERIFF'S OFFIC | $ 14.81 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

D605169001   WARD D

| 01.20M ASSESSMENT DIST. | $ 1.08 |
|---|---|
| 05.32M HOSPITAL DISTRICT | $ 4.79 |
| 15.15M PARISH GOVERNMENT | $ 13.63 |
| 24.41M SCHOOL BOARD | $ 21.97 |
| 16.45M SHERIFF'S OFFICE | $ 14.81 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**     $ 56.28

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**     $ 56.28

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

Payable To: I.F. HINGLE, JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE   **TAX NOTICE**

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD.  FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 44,100   LESS HOMESTEAD: 0   TAXABLE: 44,100

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
|---|---|

TAX YEAR 2010

1621411   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1621411 | 01.20M ASSESSMENT DIST | $ 52.92 |
| IMPROVEMENTS-44,100-1 | 05.32M HOSPITAL DISTR | $ 234.61 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNM | $ 668.12 |
| SITE 33 | 24.41M SCHOOL BOARD | $ 1,076.48 |
| 245' STEEL CAPPED DOCK (BULKHEAD) LOCATED | 16.45M SHERIFF'S OFFI | $ 725.44 |
| ON PROPERTY OF LA FRUIT CO. | | |
| VENICE JUMP BASIN DOCK AREA | | |

01.20M ASSESSMENT DIST.    $ 52.92
05.32M HOSPITAL DISTRICT    $ 234.61
15.15M PARISH GOVERNMENT    $ 668.12
24.41M SCHOOL BOARD    $ 1,076.48
16.45M SHERIFF'S OFFICE    $ 725.44

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 2,757.57 |
|---|---|

TAX YEAR 2010

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 2,757.57 |
|---|---|

APACHE CORP
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE

WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 992    LESS HOMESTEAD: 0    TAXABLE: 992

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C021500 | 01.20M ASSESSMENT DIST. | $ 1.19 |
| SURFACE SQ. -56-0 | 05.32M HOSPITAL DISTRIC | $ 5.28 |
| SURFACE SQ. -56-0 | 15.15M PARISH GOVERNME | $ 15.02 |
| ENVIRONMENT DESCRIPTION | 24.41M SCHOOL BOARD | $ 24.21 |
| W/APPENDIX FLD - SYS2 | 16.45M SHERIFF'S OFFIC | $ 16.32 |
| FORMERLY: TEXACO INC | | |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

C021500   WARD C

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.19 |
| 05.32M HOSPITAL DISTRICT | $ 5.28 |
| 15.15M PARISH GOVERNMENT | $ 15.02 |
| 24.41M SCHOOL BOARD | $ 24.21 |
| 16.45M SHERIFF'S OFFICE | $ 16.32 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶** $ 62.02

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶** $ 62.02

APACHE CORP (8C) (8C)
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

Payable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE **TAX NOTICE**
302 MAIN STREET    WARD B
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE   $1,850    LESS HOMESTEAD    TAXABLE  $1 850

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| | 01  2 M ASSESSMENT DIST | $ 62.22 |
| | 05 33M HOSPITAL DISTR | $ 275.85 |
| | 15 15M PARISH GOVERNM | $ 785.52 |
| | 24 41M SCHOOL BOARD | $ 1,265.67 |
| | 16 45M SHERIFF'S OFFI | $ 852.92 |

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
|---|---|

TAX YEAR 2010

B422335   WARD B

01.20M ASSESSMENT DIST    $ 62.22
05.33M HOSPITAL DISTRICT    $ 275.85
15.15M PARISH GOVERNMENT    $ 785.52
24.41M SCHOOL BOARD    $ 1,265.67
16.45M SHERIFF'S OFFICE    $ 852.92

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 3,242.18 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

| TOTAL DUE ▶ | $ 3,242.18 |
|---|---|

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ayable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE: **TAX NOTICE**
WARD 8

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

9619267   WARD 8

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  25,490      LESS HOMESTEAD  0        TAXABLE: 25,490

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0619267 | 01 20M ASSESSMENT DIST | $ 30.59 |
| MACH & EQUIP   13,410-0 | 05 88M HOSPITAL DISTR | $ 135.61 |
| UON & FIXTURE 540-0 | 15 13M PARISH GOVERNM | $ 386.17 |
| MISC. PROP  11,40-2 | 24 41M SCHOOL BOARD | $ 622.81 |
| - PROPERTY DESCRIPTION- | 16 45M SHERIFF'S OFFI | $ 419.31 |
| MAIN PASS 69 FIELD GENERAL OFFICE | | |

| | | |
|---|---|---|
| 01 20M ASSESSMENT DIST. | $ 30.59 |
| 05 88M HOSPITAL DISTRICT | $ 135.61 |
| 15 13M PARISH GOVERNMENT | $ 386.17 |
| 24 41M SCHOOL BOARD | $ 622.21 |
| 16 45M SHERIFF'S OFFICE | $ 419.31 |

**TOTAL DUE ▶**      $ 1,593.89

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**      $ 1,593.89

APACHE CORP
% STANCIL & COMPANY
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

RETURN THIS STUB WITH PAYMENT

Payable To:  I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE  **TAX NOTICE**
WARD D

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

0605169005   WARD D



ASSESSED VALUE  2,480    LESS HOMESTEAD  0    TAXABLE  2,480

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0605169005 | 01.20M ASSESSMENT DIST. | $ 2.98 |
| WATERCRAFT-2,480-0 | 05.32M HOSPITAL DISTRI | $ 13.20 |
| APACHE ***** DESCRIPTION***** | 15.15M PARISH GOVERNME | $ 37.57 |
| ***** | 24.41M SCHOOL BOARD | $ 60.53 |
| ***** | 16.45M SHERIFF'S OFFIC | $ 40.80 |

01.20M ASSESSMENT DIST.    $ 2.98
05.32M HOSPITAL DISTRICT   $ 13.20
15.15M PARISH GOVERNMENT   $ 37.57
24.41M SCHOOL BOARD        $ 60.53
16.45M SHERIFF'S OFFICE    $ 40.80

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 155.08

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

TOTAL DUE ▶   $ 155.08

APACHE CORP
Z STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

Payable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE  **TAX NOTICE**
WARD D

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

ASSESSED VALUE: 196,830     LESS HOMESTEAD: 0     TAXABLE: 196,830

D619872001   WARD D



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0619872001 | 01.20M ASSESSMENT DIS  $ 236.20 | 01.20M ASSESSMENT DIST.  $ 236.20 |
| WATERCRAFT-196,830-1 | 05.32M HOSPITAL DIS  $ 1,047.14 | 05.32M HOSPITAL DISTRIC  $ 1,047.14 |
| **PROPERTY DESCRIPTION** | 15.15M PARISH GOVER  $ 2,981.97 | 15.15M PARISH GOVERNMEN  $ 2,981.97 |
| WATERCRAFT 1 | 24.41M SCHOOL BOARD  $ 4,804.62 | 24.41M SCHOOL BOARD  $ 4,804.62 |
| 196,830 | 16.45M SHERIFF'S OF  $ 3,237.85 | 16.45M SHERIFF'S OFFICE  $ 3,237.85 |

**TOTAL DUE ▶**    $ 12,307.78

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

**TOTAL DUE ▶**    $ 12,307.78

APACHE CORPORATION
% STANCIL & COMPANY
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

RETURN THIS STUB WITH PAYMENT

Payable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE   **TAX NOTICE**
302 MAIN STREET       WARD 0
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  1,580    LESS HOMESTEAD  0    TAXABLE: 1,580

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: D60C061002 | 01.20M ASSESSMENT DIST. | $ 1.90 |
| WATERCRAFT 1,580-1 | 05.32M HOSPITAL DISTRICT | $ 8.40 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 23.94 |
| GROTELLA | 24.41M SCHOOL BOARD | $ 38.57 |
| 1580 | 16.45M SHERIFF'S OFFIC | $ 25.99 |

**ADDRESS
SERVICE
REQUESTED**

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

D603861002   WARD 0

| | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.90 |
| 05.32M HOSPITAL DISTRICT | $ 8.40 |
| 15.15M PARISH GOVERNMENT | $ 23.94 |
| 24.41M SCHOOL BOARD | $ 38.57 |
| 16.45M SHERIFF'S OFFICE | $ 25.99 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**    $ 98.80

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

**TOTAL DUE ▶**    $ 98.80

APACHE CORPORATION
% STANCIL & COMPANY
P O BOX 149
RICHMOND TX 77406-0149

Payable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR      TAX NOTICE **TAX NOTICE**
302 MAIN STREET                                                         WARD D
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 16,590    LESS HOMESTEAD: 0      TAXABLE: 16,590

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0619072002 | 01.20M ASSESSMENT DIST | $ 19.91 |
| WATERCRAFT-16,590-1 | 05.32M HOSPITAL DISTRI | $ 88.26 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNM | $ 251.34 |
| 16590 YR 2010 | 24.41M SCHOOL BOARD | $ 404.97 |
| 16590 | 16.45M SHERIFF'S OFFI | $ 272.91 |

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID BELLE CHASSE, LA PERMIT NO. 2 |
|---|---|

TAX YEAR 2010
D619072002    WARD D

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 19.91 |
| 05.32M HOSPITAL DISTRICT | $ 88.26 |
| 15.15M PARISH GOVERNMENT | $ 251.34 |
| 24.41M SCHOOL BOARD | $ 404.97 |
| 16.45M SHERIFF'S OFFICE | $ 272.91 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 1,037.39 |
|---|---|

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

| TOTAL DUE ▶ | $ 1,037.39 |
|---|---|

APACHE CORPORATION
% STANCIL & COMPANY
P O BOX 149
RICHMOND TX 77406-0149

**It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.**

ayable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE
WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,910    LESS HOMESTEAD: 0    TAXABLE: 1,910

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0603861001 | 01.20M ASSESSMENT DIST. | $ 2.29 |
| WATERCRAFT-1,910-0 | 05.32M HOSPITAL DISTRI | $ 10.17 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 28.93 |
| C.B-2 | 24.41M SCHOOL BOARD | $ 46.63 |
| 1910 | 16.45M SHERIFF'S OFFIC | $ 31.42 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

0603861001   WARD 0



01.20M ASSESSMENT DIST.    $ 2.29
05.32M HOSPITAL DISTRICT   $ 10.17
15.15M PARISH GOVERNMENT   $ 28.93
24.41M SCHOOL BOARD        $ 46.63
16.45M SHERIFF'S OFFICE    $ 31.42

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶    $ 119.44

TAX YEAR 2010

**It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.**

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

TOTAL DUE ▶    $ 119.44

APACHE CORPORATION
% STANCIL & COMPANY
P O BOX 149
RICHMOND TX 77406-0149

ayable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE

WARD: C

**PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.**

ASSESSED VALUE: 599,644    LESS HOMESTEAD: 0    TAXABLE: 599,644

DESCRIPTION OF PROPERTY

PARCEL NUMBER: C022510
DIVIDED INTR: 160.63c-0
SURFACE CO.-58,432-L
SURFACE CO.-12,971-0
SUBFALE CO.-54,304-N
SUBSURFACE CO.-244,717-14
***PROPERTY DESCRIPTION***
MAIN PASS, BLK C - 6303
FORMERLY. PETSEC ENERGY INC

2,(49)

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

C022510   WARD C



| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIS | $ 647.57 |
| 05.32M HOSPITAL DIS | $ 2,870.90 |
| 15.15M PARISH GOVER | $ 8,175.60 |
| 24.41M SCHOOL BOAR | $ 13,172.70 |
| 16.45M SHERIFF'S OF | $ 8,877.14 |

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 647.57 |
| 05.32M HOSPITAL DISTRIC | $ 2,870.90 |
| 15.15M PARISH GOVERNMEN | $ 8,175.60 |
| 24.41M SCHOOL BOARD | $ 13,172.70 |
| 16.45M SHERIFF'S OFFICE | $ 8,877.14 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 33,743.91 |
|---|---|

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

| TOTAL DUE ▶ | $ 33,743.91 |
|---|---|

APACHE CORP (BC)
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

**It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.**

Payable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE **TAX NOTICE**
302 MAIN STREET    WARD C
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

| ADDRESS<br>SERVICE<br>REQUESTED | FIRST-CLASS MAIL<br>U.S. POSTAGE PAID<br>BELLE CHASSE, LA<br>PERMIT NO. 2 |
|---|---|

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

C517707   WARD C



ASSESSED VALUE   114,358    LESS HOMESTEAD: 0    TAXABLE: 114,358

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C517707<br>SURFACE CO -152-0<br>SURFACE CO -84.0-0<br>SURFACE CO.-10-0<br>SURFACE CO. 65,465-0<br>SUBSURFACE EG. 114,917-0<br>***PROPERTY DESCRIPTION***<br>MAIN PASS, BLK 77<br>FORMERLY: BP AMERICA PRODUCTION CO | 01 20M ASSESSMENT DIS $ 137.23<br>05.35M HOSPITAL DISTR $ 608.38<br>15.15M PARISH GOVER $ 1,732.54<br>24.41M SCHOOL BOARD $ 2,791.49<br>16 45M SHERIFF'S OF $ 1,881.18 | |

01 20M ASSESSMENT DIST.    $ 137.23
05.35M HOSPITAL DISTRICT    $ 608.38
15.15M PARISH GOVERNMEN    $ 1,732.54
24.41M SCHOOL BOARD    $ 2,791.49
16 45M SHERIFF'S OFFICE    $ 1,881.18

| TOTAL DUE ▶ | $ 7,150.82 |
|---|---|

TAX YEAR 2010

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

| TOTAL DUE ▶ | $ 7,150.82 |
|---|---|

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

RETURN THIS STUB WITH PAYMENT

Payable To:   I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE   **TAX NOTICE**

WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  296,017    LESS HOMESTEAD  ,    TAXABLE: 296,017.

**ADDRESS SERVICE REQUESTED**

FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

TAX YEAR 2010

C519513   WARD C



| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER  C519513 | 01.30M ASSESSMENT DIS | $ 355.22 |
| SURFACE EQ 496-1-0 | 05.32M HOSPITAL DIS | $ 1,574.81 |
| OILFIELD INFR.-130,635-0 | 15.15M PARISH GOVER | $ 4,484.66 |
| SURFACE EQ-109,212-0 | 24.41M SCHOOL BOARD | $ 7,225.78 |
| SURFACE EQ-172,763-0 | 13.45M SHERIFF'S OF | $ 4,869.48 |
| SUPSURFACE EQ -17,684-2 | | |
| --PRIMARY DISCRETIONw== | | |
| BROAD BAY FIELD - 4.40 | | |

(right-hand stub)

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.30M ASSESSMENT DIST. | $ 355.22 |
| 05.32M HOSPITAL DISTRIC | $ 1,574.81 |
| 15.15M PARISH GOVERNMEN | $ 4,484.66 |
| 24.41M SCHOOL BOARD | $ 7,225.78 |
| 13.45M SHERIFF'S OFFICE | $ 4,869.48 |

**TOTAL DUE ▶**   $ 18,509.95

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 18,509.95

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

Payable To: I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE   TAX NOTICE
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ᵗ, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  1,197,412    LESS HOMESTEAD  0    TAXABLE  1,197,412

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0018350 | 01.20M ASSESSMENT D | $ 1,436.89 |
| OILFIELD OPER. -985,713-0 | 05.32M HOSPITAL DIS | $ 6,370.24 |
| MINERAL 97,891-0 | 15.15M PARISH GOVE | $ 18,140.78 |
| SURFACE 81,727-207-0 | 24.41M SCHOOL BOAR | $ 29,228.82 |
| SURFACE 24,597,120-0 | 16.45M SHERIFF'S O | $ 19,697.43 |
| CUSTOMARY CO. -117,908-17 | | |
| *****PROPERTY DESCRIPTION | | |
| SOUTH PASS 7B - CS11 (ALIAS 57) | | |
| PHIL DIXON SUPROT PRODUCTION CO 1? | | |

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2**

TAX YEAR 2010

0018350   WARD C



RETURN THIS STUB WITH PAYMENT

| 01.20M ASSESSMENT DIST. | $ 1,436.89 |
|---|---|
| 05.32M HOSPITAL DISTRIC | $ 6,370.24 |
| 15.15M PARISH GOVERNME | $ 18,140.78 |
| 24.41M SCHOOL BOARD | $ 29,228.82 |
| 16.45M SHERIFF'S OFFIC | $ 19,697.43 |

**TOTAL DUE ▶**   $ 74,874.16

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 74,874.16

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

**Payable To:** I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE TAX NOTICE
WARD C

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2**

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

CC06900   WARD C

ASSESSED VALUE  $10,985    LESS HOMESTEAD  0    TAXABLE  $10,985

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT | | |
|---|---|---|---|---|
| | 01.20M ASSESSMENT D | $ 1,093.15 | 01.20M ASSESSMENT DIST | $ 1,093.15 |
| | 05.32M HOSPITAL DIS | $ 4,946.28 | 05.32M HOSPITAL DISTRIC | $ 4,946.28 |
| | 15.15M PARISH GOVE | $ 13,800.99 | 15.15M PARISH GOVERNME | $ 13,800.99 |
| | 34.41M SCHOOL BOAR | $ 22,236.41 | 34.41M SCHOOL BOARD | $ 22,236.41 |
| | 16.45M SHERIFF'S D | $ 14,985.21 | 16.45M SHERIFF'S OFFIC | $ 14,985.21 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 56,962.04

TAX YEAR 2010

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

**TOTAL DUE ▶**   $ 56,962.04

APACHE CORP (CRYSTAL) (GC)
Z STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

Payable To:  I.F. HINGLE JR., SHERIFF AND EX-OFFICIO TAX COLLECTOR  TAX NOTICE
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL**
U.S. POSTAGE PAID
BELLE CHASSE, LA
PERMIT NO. 2

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2010

ASSESSED VALUE  20,489,010    LESS HOMESTEAD  0     TAXABLE:  20,489,010

0003500   WARD 0

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0003500 | 01.20N ASSESSMENT | $ 24,586.82 |
| OIL FIELD TANK #1,260,015-9 | 06.32M HOSPITAL D | $ 109,001.57 |
| SURFACE ED  310,055-0 | 15.15M PARISH GOV | $ 310,408.60 |
| SURFACE TO 310,015-0 | 24.41M SCHOOL BOA | $ 500,138.90 |
| TOTAL  1B  1,731,468-9 | 16.45M SHERIFF'G | $ 337,044.32 |

| | | |
|---|---|---|
| 01.20N ASSESSMEN DIST | $ 24,586.82 |
| 06.32M HOSPITAL DISTR | $ 109,001.57 |
| 15.15M PARISH GOVERNM | $ 310,408.60 |
| 24.41M SCHOOL BOARD | $ 500,138.90 |
| 16.45M SHERIFF'S OFFI | $ 337,044.32 |

**TOTAL DUE ▶**   $ 1,281,178.81

TAX YEAR 2010

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**TOTAL DUE ▶**   $ 1,281,178.8

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

RETURN THIS STUB WITH PAYMENT