Property Information | Assessment 62.53 Mills | Covered by Homestead | Taxpayer

```
=== 1 617485 ======  Map- 2-0146-142 ============ C/D:  2  L/D: WB ==================================
ANTONATOS, DENNIS P & DONNA R              Subdivision Lot     1.00  Lot
716 SPRING THYME DR                        ImprovemenRES/DETACHED GA   1.00
BELLE CHASSE                LA 70037
                                           Total Assessed Value              6,540
                                           Less Homestead Value             22,975
                                           Taxpayer Assessed Value          29,515
                                                                             7,500
                                                                            22,015       Totals      469.00     1,376.61

COB-090   ACT-000   FOLIO- 177
LOT 142, SPRINGWOOD ESTATES, PHASE II - 88' FRONT ON SPRING THYME DR X
160'. RES/DETACHED GARAGE

=== 1 019600 ======  Map- IMP ============== C/D:  1  L/D: GP ==================================
ANTONIO, MILDRED P                         Improvement   Res.     1.00                        50
% VINCENT ODO
7309 HWY 39                                                 Taxpayer Assessed Value           50       Totals                   3.13
BRAITHWAITE                 LA 70040

COB-439   ACT-078   FOLIO- 484
RES ON VINCENT J ODO PROPERTY (USUFRUCT OF RES BLDG TO MILDRED P
ANTONIO).

=== 1 621411 ======  Map- IMP ============== C/D:  9  L/D: BU ==================================
APACHE CORP                                ImprovemenLF BULKHEAD    1.00                    44,100
2000 POST OAK BLVD
STE 100                                                     Taxpayer Assessed Value       44,100       Totals                2,757.57
HOUSTON                     TX 77056

COB-226   ACT-000   FOLIO- 191
245' STEEL CAPPED DOCK (BULKHEAD) LOCATED ON PROPERTY OF LA FRUIT CO.
SITE 33
VENICE JUMP BASIN DOCK AREA

=== 1 522600 ======  Map- TSR ============== C/D:  5  L/D: BU ==================================
APACHE LOUISIANA MINERALS INC              Marsh (Brackish)        705.00 ACR              2,820
2000 POST OAK BLVD
STE 100                                                     Taxpayer Assessed Value        2,820       Totals                  176.32
HOUSTON                     TX 77056

COB-074   ACT-000   FOLIO- 455
705 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 30 (438 AC). NE/4, NW/4, SE/4
& SW/4 OF SEC 31 (267 AC) ALL IN T18S R25E.
```

```
Assessment Roll for the Parish of PLAQUEMINES    2010              ROBERT R GRAVOLET, Assessor             9.26.57  10/26/10
Real Estate                                                                                                PAGE     668.
=================================================================================================================================
Assessment #                                 Property Information                                       Assessment
=================================================================================================================================
=== 1  522650  ============ Map- TSR ================================ C/D:  5  L/D: BU ===========================  62.53
APACHE LOUISIANA MINERALS INC           Marsh (Brackish)                    830.00 ACR                              Mills
2000 POST OAK BLVD                                                          --------
STE 100                                                                     3,320                               Covered by Paid by
HOUSTON                                  TX 77056                                                               Homestead Taxpayer
COB-074  ACT-000  FOLIO- 455                                          Taxpayer Assessed Value
830 AC  NE/4, NW/4, SE/4 & SW/4 OF SEC 24 (397 AC).  NE/4, NW/4, SW/4           3,320                  Totals                 207.59
& SW/4 OF SEC 25 (433 AC) ALL IN T18S R25E.
=================================================================================================================================
=== 1  522700  ============ Map- TSR ================================ C/D:  5  L/D: BU ===========================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)                        640.00 Acr
2000 POST OAK BLVD                                                          --------
STE 100                                                                     1,920
HOUSTON                                  TX 77056                     Taxpayer Assessed Value
COB-074  ACT-000  FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 24 T19S R26E.                                   1,920                    Totals                120.05
=================================================================================================================================
=== 1  522750  ============ Map- TSR ================================ C/D:  5  L/D: BU ===========================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)                       1,167.00 Acr
2000 POST OAK BLVD                                                          --------
STE 100                                                                     3,500
HOUSTON                                  TX 77056                     Taxpayer Assessed Value
COB-074  ACT-000  FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC).  NE/4, NW/4, SE/4 & SW/4 OF         3,500                    Totals                218.88
SEC 2 (527 AC) ALL IN T19S R26E.
=================================================================================================================================
=== 1  522800  ============ Map- TSR ================================ C/D:  5  L/D: BU ===========================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)                        479.00 Acr
2000 POST OAK BLVD                                                          --------
STE 100                                                                     1,435
HOUSTON                                  TX 77056                     Taxpayer Assessed Value
COB-074  ACT-000  FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 17 (479 AC) T20S R26E.                          1,435                    Totals                 89.74
=================================================================================================================================
```

```
=== 1 522850      ===== Map- TSR
APACHE LOUISIANA MINERALS INC        C/D: 6  L/D:     BU =================
2000 POST OAK BLVD                        1,198.00  Acr
STE 100
HOUSTON                     TX 77056                          Taxpayer Assessed Value
                                                                         3,595      Totals              224.81
COB-074  ACT-000  FOLIO- 455        Marsh (Salt)
NE/4, NW/4, SE/4 & SW/4 OF SEC 25 (598 AC).  NE/4, NW/4, SE/4 & SW/4
OF SEC 26 (600 AC) ALL IN T20S R27E.

=== 1 522900      ===== Map- TSR
APACHE LOUISIANA MINERALS INC        C/D: 6  L/D:     BU =================
2000 POST OAK BLVD                          640.00  Acr
STE 100                                                               1,920
HOUSTON                     TX 77056                          Taxpayer Assessed Value                    120.05
                                                                                    Totals
COB-074  ACT-000  FOLIO- 455        Marsh (Salt)
NE/4, NW/4, SE/4 & SW/4 OF SEC 36 (640 AC) IN T20S R27E.

=== 1 522950      ===== Map- TSR
APACHE LOUISIANA MINERALS INC        C/D: 5  L/D:     BU =================
2000 POST OAK BLVD                          928.00  ACR
STE 100                                                               3,710
HOUSTON                     TX 77056                          Taxpayer Assessed Value                    231.98
                                                                                    Totals
COB-074  ACT-000  FOLIO- 455        Marsh (Brackish)
928.57 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (388.57 AC).  NE/4,
NW/4, SE/4 & SW/4 OF SEC 19 (540 AC) ALL IN T18S R25E.

=== 1 523000      ===== Map- TSR
APACHE LOUISIANA MINERALS INC        C/D: 5  L/D:     BU =================
2000 POST OAK BLVD                          915.00  ACR
STE 100                                                               3,660
HOUSTON                     TX 77056                          Taxpayer Assessed Value                    228.86
                                                                                    Totals
COB-074  ACT-000  FOLIO- 455        Marsh (Brackish)
915 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 26 (532 AC).  NE/4, NW/4, SE/4
& SW/4 OF SEC 27 (383 AC) ALL IN T18S R25E.
```

```
Assessment Roll for the Parish of PLAQUEMINES    2010                ROBERT R GRAVOLET, Assessor              9.26.57  10/26/10
Real Estate                                                                                                           PAGE  670
=================================================================================================================================
Assessment #        Property Information                                           Assessment                Covered by   Paid by
                                                                                                             Homestead   Taxpayer
=================================================================================================================================
=== 1 523050    ====== Map- TSR     ============== C/D:  5   L/D: BU =====================
APACHE LOUISIANA MINERALS INC             Marsh (Brackish)      123.00    ACR
2000 POST OAK BLVD
STE 100                                                            Taxpayer Assessed Value           490
HOUSTON                    TX 77056
COB-074   ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 36 T18S R25E.                                      Totals            490                   30.64

=== 1 523100    ====== Map- TSR     ============== C/D:  6   L/D: BU =====================
APACHE LOUISIANA MINERALS INC             Marsh (Salt)        1,280.00    Acr             3,840
2000 POST OAK BLVD
STE 100                                                            Taxpayer Assessed Value         3,840
HOUSTON                    TX 77056
COB-074   ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4, SE/4 & SW/4               Totals          3,840                  240.13
OF SEC 14 (640 AC) ALL IN T20S R27E.

=== 1 523150    ====== Map- TSR     ============== C/D:  6   L/D: BU =====================
APACHE LOUISIANA MINERALS INC             Marsh (Salt)        1,138.00    Acr             3,415
2000 POST OAK BLVD
STE 100                                                            Taxpayer Assessed Value         3,415
HOUSTON                    TX 77056
COB-074   ACT-000   FOLIO- 455
NE/4, NW/4, SE/4, SW/4 OF SEC 21 (533 AC). NE/4, NW/4, SE/4, SW/4 OF              Totals          3,415                  213.57
SEC 22 (605 AC) ALL IN T20S R27E.

=== 1 523200    ====== Map- TSR     ============== C/D:  6   L/D: BU =====================
APACHE LOUISIANA MINERALS INC             Marsh (Salt)        1,240.00    Acr             3,720
2000 POST OAK BLVD
STE 100                                                            Taxpayer Assessed Value         3,720
HOUSTON                    TX 77056
COB-074   ACT-000   FOLIO- 455
1240 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 27 (640 AC). NE/4, NW/4,                 Totals          3,720                  232.61
SE/4 & SW/4 OF SEC 28 (600 AC) ALL IN T20S R27E.
```

62.53 Mills

```
1523250  ===== Map- TSR       C/D:   6 L/D: BU
APACHE LOUISIANA MINERALS INC            1,280.00 Acr
2000 POST OAK BLVD
STE 100
HOUSTON                 TX 77056        Taxpayer Assessed Value    3,840
COB-074  ACT-000  FOLIO- 455    Marsh (salt)
1280 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 23 (640 AC).  NE/4, NW/4,
SE/4 & SW/4 OF SEC 24 (640 AC) ALL IN T20S R27E.                    Totals       240.13
=================================================================================
1 523300  ===== Map- TSR       C/D:   5 L/D: BU
APACHE LOUISIANA MINERALS INC              971.00 Acr
2000 POST OAK BLVD
STE 100
HOUSTON                 TX 77056        Taxpayer Assessed Value    2,915
COB-074  ACT-000  FOLIO- 455    Marsh (salt)
NE/4, NW/4, SE/4 & SW/4 OF SEC 6 (560 AC).  NE/4, NW/4, SE/4 & SW/4 OF
SEC 7 (411 AC) ALL IN T19S R26E.                                    Totals       182.31
=================================================================================
1 523350  ===== Map- TSR       C/D:   5 L/D: BU
APACHE LOUISIANA MINERALS INC              845.50 Acr
2000 POST OAK BLVD
STE 100
HOUSTON                 TX 77056        Taxpayer Assessed Value    2,535
COB-074  ACT-000  FOLIO- 455    Marsh (salt)
NE/4, NW/4, SE/4 & SW/4 OF SEC 10 (465.50 AC).  NW/4 & SW/4 OF SEC 8
300 AC).  NE/4 & SW/4 OF SEC 9 (80 AC) ALL IN T19S R26E.            Totals       158.53
=================================================================================
1 523400  ===== Map- TSR       C/D:   5 L/D: BU
APACHE LOUISIANA MINERALS INC              480.00 Acr
2000 POST OAK BLVD
STE 100
HOUSTON                 TX 77056        Taxpayer Assessed Value    1,440
COB-074  ACT-000  FOLIO- 455.    NE/4, NW/4 & SW/4 OF SEC 5 (360 AC)
NE/4 & NW/4 OF SEC 4 (120 AC).
ALL IN T19S R26E.                                                   Totals        90.05
=================================================================================
```

```
Assessment #                          Property Information                                                Assessment
======================================================================================================================
 1  523450    ===== Map- TSR
APACHE LOUISIANA MINERALS INC          ============== C/D:   5  L/D: BU  ===========================         62.53
2000 POST OAK BLVD                     Marsh (Brackish)             551.00    ACR                            Mills
STE 100
HOUSTON           TX 77056                              Taxpayer Assessed Value               2,205         Covered by   Paid by
                                                                                                            Homestead   Taxpayer
COB-074  ACT-000    FOLIO- 455
551.45 AC.  NW/4, SE/4 & SW/4 OF SEC 13 (228.45 AC).  NE/4, NW/4, SE/4
& SW/4 OF SEC 14 (323 AC) ALL IN T18S R25E.
                                                                                                Totals       137.92
======================================================================================================================
 1  523500    ===== Map- TSR
APACHE LOUISIANA MINERALS INC          ============== C/D:   5  L/D: BU  ===========================
2000 POST OAK BLVD                     Marsh (Brackish)           1,167.00    ACR        4,670
STE 100
HOUSTON           TX 77056                              Taxpayer Assessed Value               4,670

COB-074  ACT-000    FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC).  NE/4, NW/4, SE/4 & SW/4
OF SEC 33 (611 AC) ALL IN T18S R25E.
                                                                                                Totals       292.02
======================================================================================================================
 1  523550    ===== Map- TSR
APACHE LOUISIANA MINERALS INC          ============== C/D:   5  L/D: BU  ===========================
% GRAND ECAILLE LAND CO.               Marsh (Salt)                289.00    Acr            865
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX                                    Taxpayer Assessed Value                 865
NEW ORLEANS       LA 70112
COB-074  ACT-000    FOLIO- 455
NE/4, NW/4 & SW/4 OF SEC 5 (111 AC).  NE/4 & NW/4 OF SEC 6 (58 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC) ALL IN T20S R26E.
                                                                                                Totals        54.13
```

```
=====1 523600  =======      Map- TSR       Misc Land           C/D: 6    L/D: BU  ============
APACHE LOUISIANA MINERALS INC                Marsh (Salt)           113.01 Acr
& GRAND ECAILLE LAND CO                                          11,231.99 Acr
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX                                       Taxpayer Assessed Value   35,390
NEW ORLEANS                        LA 70112
COB-074   ACT-000   FOLIO- 455
NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC), LESS 10
AC.TO L.SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115
INCLUDING SEC 25 T19S R26E, NE/4 (118 AC), SE/4 (142 AC),
SW/4 (11 AC) SEC 26; NE/4 (97 AC), NW/4 (9 AC), SE/4 (28 AC), SW/4
(30 AC) SEC 33 NE/4 (160 AC), NW/4 (85 AC), SE/4 (160 AC), SW/4
AC) SEC 34, NE/4 (132 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160
SEC 35, NE/4 (152 AC), NW/4 (97 AC), SE/4 (68 AC), SW/4 (160 AC)
R26E TOTALING (2,648 AC); SEC 36 ALL IN T19S
SEC 2 NE/4 (160 AC), NW/4 (144 AC), NE/4 (129 AC), SE/4 (160 AC) SEC
3 NE/4 (89 AC), SE/4 (139 AC), SW/4 (3 AC), NW/4 (92 AC), SE/4 (144 AC),
SW/4 (32 AC), SE/4 (39 AC), SEC 9 NE/4 (34 AC), NE/4 (92 AC), NW/4
(32 AC), SE/4 (8 AC), SW/4 (14 AC), SE/4 (102 AC), SW/4
SW/4 (92 AC), SEC.10, NE/4 (44 AC), NW/4 (93 AC), SE/4 (150 AC),
(53 AC), SW/4 11, NE/4 (8 AC), SEC 12, NW/4 (82 AC), SE/4 (160
(160 AC), SEC. 14, NE/4 (160 AC), NW/4 (49 AC), SE/4 (79 AC), SW/4
SW/4 (125 AC), SEC. 13, NE/4 (85 AC), NW/4 (153 AC), SW/4
AC), SW/4 (120 AC), SEC. 15, NE/4 (142 AC), SE/4 (16 AC), SW/4 (62
(78 AC) SEC 22, NE/4 (160 AC), NW/4 (98 AC), SE/4 (160 AC)
AC) SEC 21, NE/4 (160 AC), SE/4 (126 AC), SW/4 (160 AC) SEC 25,
SEC 23, NE/4 (160 AC), SW/4 (158 AC), SE/4 (136 AC) SEC 26,
24, NE/4 (160 AC), NW/4 (152 AC), SE/4 (148 AC), SW/4 27, NE/4 (1 AC),
NE/4 (160 AC), NW/4 (140 AC), SE/4 (136 AC) SEC 28, NE/4
(40 AC), NW/4 (4 AC), SE/4 (136 AC) SEC 33, NE/4 (93 AC), SE/4
SE/4 (86 AC), SW/4 (7 AC) SEC 34, NE/4 (142 AC), NW/4 (129 AC),
(118 AC), SW/4 (143 AC) SEC 35, NE/4 (140 AC), NW/4 (132 AC), SE/4 (9
AC), SW/4 (66 AC) SEC 36 ALL IN T20S R26E TOTAL 8,697 AC.                                  Totals   2,212.93

=====1 523650  =======     Map- TSR        Marsh (Brackish)       C/D: 5    L/D: BU  ============
APACHE LOUISIANA MINERALS INC                                     1,010.00 ACR
2000 POST OAK BLVD
STE 100                                                   Taxpayer Assessed Value    4,040
HOUSTON                            TX 77056
COB-074   ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC). NW/4 OF SEC 17 (48 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) ALL IN T19S R26E.                               Totals    252.63
```

Real Estate

| Assessment # | Property Information | Assessment |
|---|---|---|
| | | 62.53 Mills |
| | | Covered by Paid by Homestead Taxpayer |
| 1 523700 | Map- TSR | |
| APACHE LOUISIANA MINERALS INC | ============ C/D: 5 L/D: BU ============ | |
| 2000 POST OAK BLVD | Marsh (Salt) | |
| STE 100 | | 966.00 Acr |
| HOUSTON    TX 77056 | | 2,900 |
| COB-074  ACT-000  FOLIO- 455 | Taxpayer Assessed Value | |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (354 AC). SE/4 & SW/4 OF SEC 20 (57 | | 2,900 |
| AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 21 (555 AC) ALL IN T19S R26E. | Totals | 181.34 |
| 1 523750 | Map- TSR | |
| APACHE LOUISIANA MINERALS INC | ============ C/D: 5 L/D: BU ============ | |
| 2000 POST OAK BLVD | Marsh (Salt) | 499.00 Acr |
| STE 100 | | 1,495 |
| HOUSTON    TX 77056 | Taxpayer Assessed Value | 1,495 |
| COB-074  ACT-000  FOLIO- 455 | | |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 27 T19S R26E. | | Totals  93.50 |
| 1 523800 | Map- TSR | |
| APACHE LOUISIANA MINERALS INC | ============ C/D: 5 L/D: BU ============ | |
| 2000 POST OAK BLVD | Marsh (Brackish) | 1,190.00 Acr |
| STE 100 | | 4,760 |
| HOUSTON    TX 77056 | Taxpayer Assessed Value | 4,760 |
| COB-074  ACT-000  FOLIO- 455 | | |
| 1190 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 22 (590 AC). NE/4, NW/4, | | |
| SE/4 & SW/4 OF SEC 23 (600 AC) ALL IN T19S R26E. | | Totals 297.62 |
| 1 523850 | Map- TSR | |
| APACHE LOUISIANA MINERALS INC | ============ C/D: 5 L/D: BU ============ | |
| 2000 POST OAK BLVD | Marsh (Salt) | 1,280.00 Acr |
| STE 100 | | 3,840 |
| HOUSTON    TX 77056 | Taxpayer Assessed Value | 3,840 |
| COB-074  ACT-000  FOLIO- 455 | | |
| 1280 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4, | | |
| SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T19S R26E. | | Totals 240.13 |

```
APACHE LOUISIANA MINERALS INC                  Map- TSR                Marsh (Brackish)
2000 POST OAK BLVD
STE 100
HOUSTON                            TX 77056                                                 C/D: 5  L/D: BU
                                                                                                  973.00 Acr    Taxpayer Assessed Value      3,890                 Totals         243.25
== 1 523950      ACT-000  FOLIO- 455   ============ Map- TSR            Marsh (Salt)
COB-074
NE/4, NW/4 & SW/4 OF SEC 22 (407 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC
23 (566 AC) ALL IN T18S R25E.
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                            TX 77056                                                 C/D: 5  L/D: BU
                                                                                                  508.00 Acr    Taxpayer Assessed Value      1,525                 Totals          95.39
== 1 524000      ACT-000  FOLIO- 455   ============ Map- TSR            Marsh (Salt)
COB-074
NE/4, SE/4 & SW/4 OF SEC 31 (260 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC
32 (248 AC) ALL IN T19S R26E.
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                            TX 77056                                                 C/D: 5  L/D: BU
                                                                                                  555.00 Acr    Taxpayer Assessed Value      1,665                 Totals         104.14
== 1 524050      ACT-000  FOLIO- 455   ============ Map- TSR            Marsh (Salt)
COB-074
NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (355 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 29 (200 AC) ALL IN T19S R26E.
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                            TX 77056                                                 C/D: 6  L/D: BU
                                                                                                  260.00 Acr                                   780                 Totals          48.77
COB-074         ACT-000  FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 ALL IN T20S R27E.
```

```
Assessment Roll for the Parish of PLAQUEMINES    2010                         ROBERT R GRAVOLET, Assessor

                                                                                          9.26.57   10/26/10
                                                                                                    PAGE  676
=================================================================================================================
Assessment #              Property Information                        Assessment
=================================================================================================================
 1.524100      ===== Map- TSR
APACHE LOUISIANA MINERALS INC               C/D:   5   L/D:   1,179.00  BU  =============================
2000 POST OAK BLVD                                                          4,715
STE 100                                     Marsh (Brackish)                            Covered by   Paid by
HOUSTON              TX 77056                                                           Homestead   Taxpayer
COB-074  ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (616 AC).  NE/4, NW/4, SE/4 & SW/4
OF SEC 29 (563 AC) ALL IN T18S R25E.        Taxpayer Assessed Value         4,715     Totals       294.86
=================================================================================================================
 1.524150      ===== Map- TSR
APACHE LOUISIANA MINERALS INC               C/D:   5   L/D:   760.00    BU  =============================
2000 POST OAK BLVD                                                          3,040
STE 100                                     Marsh (Brackish)
HOUSTON              TX 77056
COB-074  ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (356 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 35 (404 AC) ALL IN T18S R25E.        Taxpayer Assessed Value         3,040     Totals       190.10
=================================================================================================================
 1.524200      ===== Map- TSR
APACHE LOUISIANA MINERALS INC               C/D:   5   L/D:   416.00    BU  =============================
2000 POST OAK BLVD                                                          1,250
STE 100                                     Marsh (Salt)
HOUSTON              TX 77056
COB-074  ACT-000   FOLIO- 455
SEC 19 (98 AC).  NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (72 AC).  NE/4, NW/4, SE/4 & SW/4 OF
T20S R26E.                                                                            Totals        78.19
                                            Taxpayer Assessed Value         1,250
=================================================================================================================
 1.524250      ===== Map- TSR
APACHE LOUISIANA MINERALS INC               C/D:   6   L/D:   2,106.00  BU  =============================
2000 POST OAK BLVD                                                          6,320
STE 100                                     Marsh (Salt)
HOUSTON              TX 77056
COB-074  ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 (160 AC) & SW/4 (160 AC) OF SEC 1
(640 AC), NE/4 (160 AC), SE/4 (160 AC) & SW/4 (160 AC)
OF SEC 2 (640 AC), SE/4 (134 AC), SE/4 (160 AC), SW/4
(86 AC), OF SEC 3 (540 AC), NE/4 (12 AC), NW/4 (121 AC), SE/4
SW/4 (133 AC) OF SEC 4 (286 AC), NE/4 (20 AC),
                                            Taxpayer Assessed Value         6,320     Totals       395.18
=================================================================================================================
```

```
=== 1 524300    =====  Map- TSR
APACHE LOUISIANA MINERALS INC              C/D:  5  L/D:   BU ==================
2000 POST OAK BLVD                                  188.00  Acr
STE 100
HOUSTON                TX 77056                                  Taxpayer Assessed Value        565
                                                                                               -----
COB-074   ACT-000   FOLIO- 455                                                                  565
NE/4 & SW/4 OF SEC 29 (140 AC),  NE/4, NW/4 & SE/4 OF SEC 30 (48 AC)
ALL IN T20S R26E.                                                                Totals                  35.37

=== 1 524350    =====  Map- TSR
APACHE LOUISIANA MINERALS INC              C/D:  6  L/D:   BU ==================
2000 POST OAK BLVD                                  369.00  Acr
STE 100                                    Marsh (Salt)
HOUSTON                TX 77056                                  Taxpayer Assessed Value      1,105
                                                                                             -------
COB-074   ACT-000   FOLIO- 455                                                                1,105
NE/4, NW/4, SE/4 & SW/4 OF SEC 9 (369 AC) ALL IN T20S R27E.                      Totals                  69.12

=== 1 524400    =====  Map- TSR
APACHE LOUISIANA MINERALS INC              C/D:  5  L/D:   BU ==================
2000 POST OAK BLVD                                  152.00  Acr
STE 100                                    Marsh (Salt)
HOUSTON                TX 77056                                  Taxpayer Assessed Value        455
                                                                                               -----
COB-074   ACT-000   FOLIO- 455                                                                  455
NW/4, SE/4 & SW/4 OF SEC 8 (152 AC) ALL IN T20S R26E.                            Totals                  28.48

=== 1 524450    =====  Map- TSR
APACHE LOUISIANA MINERALS INC              C/D:  5  L/D:   BU ==================
2000 POST OAK BLVD                                1,153.00  ACR
STE 100                                    Marsh (Brackish)
HOUSTON                TX 77056                                  Taxpayer Assessed Value      4,610
                                                                                             -------
COB-074   ACT-000   FOLIO- 455                                                                4,610
NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (609 AC),  NE/4, NW/4, SE/4 & SW/4
OF SEC 21 (544 AC) ALL IN T18S R25E.                                             Totals                 288.28
```

```
Assessment Roll for the Parish of PLAQUEMINES   2010         ROBERT R GRAVOLET, Assessor         PAGE    678
                                                                                                 9.26.57 10/26/10

Real Estate
=====================================================================================================================
Assessment #            Property Information                                          Assessment       Covered by  Paid by
                                                                                      62.53 Mills      Homestead   Taxpayer
=====================================================================================================================

== 1 524500  ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                                TX 77056

COB-074   ACT-000   FOLIO- 455                    C/D:  6   L/D: BU
1867.50 AC.    NE/4, NW/4, SE/4, & SW/4 OF SEC 33 (640 AC); NE/4, NW/4,     1,867.50   Acr
SE/4 & SW/4 OF SEC 34 (640 AC); NE/4, NW/4, SE/4 & SW/4 OF SEC 35
(587.50 AC) ALL IN T20S R27E.                             Marsh (Salt)

                                                    Taxpayer Assessed Value             5,600            Totals     350.17

== 1 524550  ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                                TX 77056

COB-074   ACT-000   FOLIO- 455                    C/D:  5½  L/D: BU
1,240.00 Acr                                                                1,240.00   Acr
NE/4, SE/4 & SW/4 OF SEC 11 (600 AC); NE/4, NW/4, SE/4 & SE/4
OF SEC 12 (640 AC) ALL IN T19S R26E.                      Marsh (Salt)

                                                    Taxpayer Assessed Value             3,720            Totals     232.61

== 1 524600  ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                                TX 77056

COB-074   ACT-000   FOLIO- 455                    C/D:  6   L/D: BU
NE/4, NW/4 & SE/4 OF SEC 10 (320 AC); NE/4, NW/4, SE/4 & SW/4 OF SEC    1,600.00   Acr
11 (640 AC); NE/4, NW/4, SE/4 & SW/4 OF SEC 12 (640 AC) ALL IN T20S
R27E.                                                     Marsh (Salt)

                                                    Taxpayer Assessed Value             4,800            Totals     300.13

== 1 524650  ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                                TX 77056

COB-074   ACT-000   FOLIO- 455                    C/D:  5   L/D: BU
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (328 AC); NE/4, NW/4, SE/4 & SW/4       760.00   Acr
OF SEC 17 (432 AC) ALL IN T18S R25E.                      Marsh (Brackish)

                                                    Taxpayer Assessed Value             3,040            Totals     190.10

COB-074   ACT-000   FOLIO- 455
NE/4, SE/4 & SW/4 OF SEC 31 (115 AC); NE/4, NW/4 & SW/4 OF SEC 32 (35                                    Totals      28.15
```

```
==== 1 524700 ===== Map- TSR     C/D:  5   L/D: BU ========================
APACHE LOUISIANA MINERALS INC        Marsh (Salt)            150.00 Acr          450
2000 POST OAK BLVD                         Taxpayer Assessed Value              -----
STE 100                                                                           450
HOUSTON                      TX 77056
COB-074  ACT-000   FOLIO- 455
NE/4 & SW/4 OF SEC 31 (115 AC).  NE/4, NW/4 & SW/4 OF SEC 32 (35
AC), ALL IN T20S R26E.
==================================================================================
==== 1 524750 ===== Map- TSR     C/D:  6   L/D: BU ========================
APACHE LOUISIANA MINERALS INC        Marsh (Salt)          5,110.42 Acr       15,330
% GRAND ECAILLE LAND CO                    Taxpayer Assessed Value           -------
1615 POYDRAS ST                                                               15,330
ATTN: TAX DEPT/V MIX
NEW ORLEANS                  LA 70112
COB-074  ACT-000   FOLIO- 455
NE/4 (160 AC), NW/4 (76 AC), SE/4 (151 AC), SW/4 (53 AC) SEC 6, NE/4
(146 AC), SE/4 (160 AC), SW/4 (134 AC), NE/4 (160 AC) SEC 5 NE/4 (106
AC), SE/4 (14 AC), NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC),
SW/4 (148 AC), SEC 7 NE/4 (154 AC), SE/4 (152 AC), NW/4 (146 AC) SW/4
(108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC), SW/4
(160 AC) SEC 8 SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4
(14 AC) SE/4 (46 AC), SE/4 (144 AC) SEC 20, NE/4 (16 AC), NW/4 (104
AC), SE/4 (96 AC), SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (16 AC),
SE/4 (96 AC), SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (160 AC),
SE/4 (140 AC), SW/4 (154 AC) SEC 31, NE/4 (146 AC), SE/4 (130 AC);
SW/4 (64 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC LESS
1.464 AC TO MARIA T TESVICH IN 542/135/667 (SEC 5). LESS .615
AC TO TONY J TESVICH IN 542/136/672 (OUT OF SEC 5).
                                                          Totals    958.59
==================================================================================
==== 1 622694 ===== Map- 1-118A-012 ===========  C/D:  1   L/D: GP =========
APPLEWHITE, AUDREY M                  Immovable32871          1.00           1,360
142 ST JOSEPH LN                         08 LEXING       Total Assessed Value 1,360
PHOENIX                      LA 70082                    Less Homestead Value 1,360
                                                       Taxpayer Assessed Value   0
COB-182 ACT-000  FOLIO- 368
IMMOBILIZED TRAILER ON PROPERTY OF CAESAR HOWARD EST CARRIED IN
1-261600.
                                                         Totals      85.04
==================================================================================
                                                                              28.15
```