RETURN THIS STUB WITH PAYMENT

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ADDRESS
SERVICE
REQUESTED

CHECK #

TOTAL DUE: ▶       $ 174.32

TAX YEAR 2011

1522600  WARD 1

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

---

302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX ROLL CERT# 1522600
WARD 1

ASSESSED VALUE: 2,820    LESS HOMESTEAD: 0    TAXABLE: 2,820

DESCRIPTION OF PROPERTY.        TAX DISTRICT.        AMOUNT

PARCEL NUMBER: 1522600

MARSH:BRACKISH-2,820-705
PROPERTY DESCRIPTION:
705 AC. NE/4, NE/4, SE/4 & SW/4 OF SEC. 36
(435 AC). NE/4, NE/4, SE/4
& SW/4 OF SEC 21 (267 AC) ALL IN T19S R25E

01.000 ASSESSMENT DIST.
06.020 HOSPITAL DISTRICT
15.450 PARISH GOVERNMENT
24.410 SCHOOL BOARD
16.450 SHERIFF'S OFFICE

TOTAL DUE: ▶       $ 174.32

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705634460 0029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**Payable To:**  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

TAX NOTICE

TAX NOTICE# 1522650
WARD 1

| | |
|---|---|
| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1522650   WARD 1

ASSESSED VALUE: 3,320     LESS HOMESTEAD: 0     TAXABLE: 3,320

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522650 | 01.20% ASSESSMENT DIST | $ 3.98 |
| PARISH/BRACKISH-9, 920-830 | 05.92% HOSPITAL DISTRI | $ 17.57 |
| ***PROPERTY DESCRIPTION*** | 15.15% PARISH GOVERNME | $ 50.24 |
| 990 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 24 | 24.41% SCHOOL BOARD | $ 81.04 |
| (397 AC), NE/4, NW/4, SW/4 | 16.45% SHERIFF'S OFFIC | $ 54.61 |
| & SW/4 OF SEC 25 (493 AC) ALL IN T18S R2SE | | |

| | |
|---|---|
| 01.20% ASSESSMENT DIST | $ 3.98 |
| 05.92% HOSPITAL DISTRICT | $ 17.57 |
| 15.15% PARISH GOVERNMENT | $ 50.24 |
| 24.41% SCHOOL BOARD | $ 81.04 |
| 16.45% SHERIFF'S OFFICE | $ 54.61 |

**RETURN THIS STUB WITH PAYMENT**

**CHECK #** _____

| TOTAL DUE ▶ | $ 207.59 |
|---|---|

| TOTAL DUE ▶ | $ 207.59 |
|---|---|

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705654400  C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77456

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

Payable To:   MICHAEL L. LaFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE JE227430
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425                    WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,720     LESS HOMESTEAD: 0     TAXABLE: 1,720

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 7522700 | 01 20A ASSESSMENT DIST | $ 2.50 |
| MARSH. SALT-1,720-640 | 05 32S HOSPITAL DISTRI | $ 10.21 |
| ***PROPERTY DESCRIPTION*** | 15 15M PARISH GOVERNME | $ 29.00 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 24 T19S R26 | 24 41M SCHOOL BOARD | $ 46.87 |
| E. | 14 45N SHERIFF'S OFFIC | $ 31.50 |

| | |
|---|---|
| 01 20A ASSESSMENT DIST | $ 2.50 |
| 05 32S HOSPITAL DISTRICT | $ 10.21 |
| 15 15M PARISH GOVERNMENT | $ 29.00 |
| 24 41M SCHOOL BOARD | $ 46.87 |
| 14 45N SHERIFF'S OFFICE | $ 31.50 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011
JE227430  WARD 1

RETURN THIS STUB WITH PAYMENT

TOTAL DUE ▶   $ 120.05

CHECK # _____

TOTAL DUE ▶   $ 120.05

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705604400  C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE
TAX NOTICE# 1522760
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

ASSESSED VALUE 3,500   LESS HOMESTEAD: 0   TAXABLE 3,500

1522760   WARD 1

DESCRIPTION OF PROPERTY   TAX DISTRICT   AMOUNT

PARCEL NUMBER: 1522760
MARSH, SALT-3,500-1,157
****PROPERTY DESCRIPTION****
NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC),
NE/4, NW/4, SE/4 & SW/4 OF
SEC 2 (627 AC) ALL IN T19S R26E.

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.25 |
| 05.32M HOSPITAL DISTRI | $ 10.52 |
| 15.15M PARISH GOVERNME | $ 53.03 |
| 24.41M SCHOOL BOARD | $ 85.44 |
| 16.45M SHERIFF'S OFFICE | $ 57.58 |

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.25 |
| 05.32M HOSPITAL DISTRICT | $ 10.52 |
| 15.15M PARISH GOVERNMENT | $ 53.03 |
| 24.41M SCHOOL BOARD | $ 85.44 |
| 16.45M SHERIFF'S OFFICE | $ 57.58 |

RETURN THIS STUB WITH PAYMENT

CHECK #

**TOTAL DUE ▶**   $ 218.94

**TOTAL DUE ▶**   $ 218.88

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705684400 C025

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTER TX 77056

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE 1522800
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,435   LESS HOMESTEAD: 0   TAXABLE: 1,435

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1522800 MARSH, SALT-1,435-479 ===PROPERTY DESCRIPTION=== NE/4, NW/4, SE/4 & SW/4 OF SEC 17 (479 AC) T20S R26E. | 01.20% ASSESSMENT DIST. 95.33% HOSPITAL DISTRIC 15.15% PARISH GOVERNME 24.41% SCHOOL BOARD 16.45% SHERIFF'S OFFIC | $ 1.72 $ 7.69 $ 21.74 $ 35.03 $ 23.60 |

TOTAL DUE ► $ 89.74

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705684400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

RETURN THIS STUB WITH PAYMENT

TAX YEAR 2011
1522800 WARD 1

| 01.20% ASSESSMENT DIST | $ 1.72 |
| 95.33% HOSPITAL DISTRICT | $ 7.69 |
| 15.15% PARISH GOVERNMENT | $ 21.74 |
| 24.41% SCHOOL BOARD | $ 35.03 |
| 16.45% SHERIFF'S OFFICE | $ 23.60 |

CHECK # _____

TOTAL DUE ► $ 89.74

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To: MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR    TAX NOTICE# 1522850
302 MAIN STREET                                                         WARD 1
BELLE CHASSE, LA 70037 · PHONE (504) 297-5425

**PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.**

ASSESSED VALUE: 3,595    LESS HOMESTEAD: 0    TAXABLE: 3,595

|                     | ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
| ------------------- | ------------------------- | ------------------------------------------------------------------- |

TAX YEAR 2011

1522850  WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
| --- | --- | --- |
| PARCEL NUMBER: 1522850 | 01.20M ASSESSMENT DIST. | $ 4.31 |
| MARSH, SALT-3,595-1,198 | 05.32M HOSPITAL DISTRI | $ 17.12 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 54.48 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 25 (598 AC) | 24.41M SCHOOL BOARD | $ 97.76 |
| NE/4, NW/4, SE/4 X SW/4 | 14.45M SHERIFF'S OFFIC | $ 59.14 |
| OF SEC 26 (620 AC) ALL IN 13S8 R2YE | | |

| TAX DISTRICT | AMOUNT |
| --- | --- |
| 01.20M ASSESSMENT DIST | $ 4.31 |
| 05.32M HOSPITAL DISTRICT | $ 17.12 |
| 15.15M PARISH GOVERNMENT | $ 54.48 |
| 24.41M SCHOOL BOARD | $ 97.76 |
| 14.45M SHERIFF'S OFFICE | $ 59.14 |

RETURN THIS STUB WITH PAYMENT

CHECK # _____

| TOTAL DUE ▷ | $ 224.81 |
| --- | --- |

| TOTAL DUE ▷ | $ 224.81 |
| --- | --- |

TAX YEAR 2011

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705684400 C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE# 1522900
302 MAIN STREET
BELLE CHASSE, LA 70037 · PHONE (504) 297-5425   WARD 1

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1522900   WARD 1

ASSESSED VALUE. 1,920   LESS HOMESTEAD: 0       TAXABLE 1,920

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| | 01.20M ASSESSMENT DIST. | $ 2.90 |
| PARCEL NUMBER: 1522900 | 05.33M HOSPITAL DISTRI | $ 10.21 |
| MARSH, SALT-1,920-640 | 15.15M PARISH GOVERNME | $ 29.09 |
| ***PROPERTY DESCRIPTION*** | 24.41M SCHOOL BOARD | $ 46.87 |
| SE/4; NW/4, SE/4 & SW/4 OF SEC 34 (640 AC) | 16.45M SHERIFF'S OFFIC | $ 31.58 |
| IN T20S R27E. | | |

RETURN THIS STUB WITH PAYMENT

| 01.20M ASSESSMENT DIST. | $ 2.90 |
| 05.33M HOSPITAL DISTRICT | $ 10.21 |
| 15.15M PARISH GOVERNMENT | $ 29.09 |
| 24.41M SCHOOL BOARD | $ 46.87 |
| 16.45M SHERIFF'S OFFICE | $ 31.58 |

**TOTAL DUE ▶**   $ 120.65

TAX YEAR 2011

CHECK # _____

**TOTAL DUE ▶**   $ 120.65

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705634400 C029

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1522950
WARD 1

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
|---|---|

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE. 3,710   LESS HOMESTEAD: 0   TAXABLE. 3,710

DESCRIPTION OF PROPERTY       TAX DISTRICT       AMOUNT

PARCEL NUMBER: 1522950
MARSH/BRACKISH-3,710-920
===PROPERTY DESCRIPTION===
938.57 AC. NE/4. NW/4, SE/4 X SW/4 OF SEC
18 (480.57 AC). NE/4,
NW/4, SE/4 X SW/4 OF SEC 19 (560 AC) ALL I
N T19S R25E.

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.45 |
| 05.32M HOSPITAL DISTRI | $ 19.74 |
| 15.15M PARISH GOVERNME | $ 56.21 |
| 24.41M SCHOOL BOARD | $ 90.56 |
| 18.45M SHERIFF'S OFFIC | $ 61.02 |

TAX YEAR 2011

1522950 WARD 1

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.45 |
| 05.32M HOSPITAL DISTRICT | $ 19.74 |
| 15.15M PARISH GOVERNMENT | $ 56.21 |
| 24.41M SCHOOL BOARD | $ 90.56 |
| 18.45M SHERIFF'S OFFICE | $ 61.02 |

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 231.98 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

CHECK #_____

| TOTAL DUE ▶ | $ 231.98 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7705634400 C025

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE 1523000
WARD 1

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1523000   WARD 1

ASSESSED VALUE 5,860   LESS HOMESTEAD, 0   TAXABLE 5,860

RETURN THIS STUB WITH PAYMENT

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523000 | 01.20M ASSESSMENT DIST | $ 4.39 |
| MARSH/BRACKISH-5,860-915 | 05.32M HOSPITAL DISTRI | $ 19.47 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 55.45 |
| *15 AC., NE/4, NW/4, SE/4 & SW/4 OF SEC 26 | 24.41M SCHOOL BOARD | $ 89.33 |
| (532 AC), NE/4, NW/4, SE/4 | 16.45M SHERIFF'S OFFIC | $ 60.21 |
| & SW/4 OF SEC 27 (392 AC) ALL IN T18S R25E | | |

| | 01.20M ASSESSMENT DIST. | $ 4.39 |
| | 05.32M HOSPITAL DISTRICT | $ 19.47 |
| | 15.15M PARISH GOVERNMENT | $ 55.45 |
| | 24.41M SCHOOL BOARD | $ 89.33 |
| | 16.45M SHERIFF'S OFFICE | $ 60.21 |

**TOTAL DUE ▶** $ 228.86

**CHECK #** _____

**TOTAL DUE ▶** $ 228.86

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705634400. C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE# 1523050
WARD 1

ADDRESS
SERVICE
REQUESTED.

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1523050   WARD 1

ASSESSED VALUE  490    LESS HOMESTEAD: 0    TAXABLE: 490

RETURN THIS STUB WITH PAYMENT

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523050 | 01.20M ASSESSMENT DIST | $ 0.59 |
| MARSH/BRACKISH-490-123 | 05.82M HOSPITAL DISTRIC | $ 3.41 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNMEN | $ 7.42 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 36 T19S R25 | 24.41M SCHOOL BOARD | $ 11.96 |
| E. | 16.45M SHERIFF'S OFFICE | $ 8.06 |

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 0.59 |
| 05.82M HOSPITAL DISTRICT | $ 3.41 |
| 15.15M PARISH GOVERNMENT | $ 7.42 |
| 24.41M SCHOOL BOARD | $ 11.96 |
| 16.45M SHERIFF'S OFFICE | $ 8.06 |

CHECK # _____

TOTAL DUE ▶   $ 30.64

TOTAL DUE ▶   $ 30.64

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7705654400 C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1523100
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,840    LESS HOMESTEAD: 0    TAXABLE: 3,840

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523100 | 01.20% ASSESSMENT. DIST | $ 4.61 |
| MARSH, SALT-3,040-1,280 | 05.32% HOSPITAL DISTRI | $ 20.43 |
| ===PROPERTY DESCRIPTION=== | 15.15% PARISH GOVERNME | $ 58.17 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC) | 24.41% SCHOOL BOARD | $ 93.75 |
| NE/4, NW/4, SE/4 & SW/4 | 15.45% SHERIFF'S OFFIC | $ 23.17 |
| OF SEC 14 (640 AC) ALL IN T20S R27E. | | |

**TOTAL DUE ▶**    $ 200.13

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

77056$4400  0029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

1523100   WARD 1

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20% ASSESSMENT. DIST | $ 4.61 |
| 05.32% HOSPITAL DISTRI | $ 20.43 |
| 15.15% PARISH GOVERNMENT | $ 58.17 |
| 24.41% SCHOOL BOARD | $ 93.75 |
| 15.45% SHERIFF'S OFFICE | $ 23.17 |

**CHECK #**

**TOTAL DUE ▶**    $ 200.13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

TAX NOTICE# 1523150
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1523150   WARD 1

ASSESSED VALUE: 3,415    LESS HOMESTEAD: 0    TAXABLE: 3,415

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523156 | 01.20M ASSESSMENT DIST | $ 4.10 |
| MARSH, SALT-3,415-1.138 | 05.32M HOSPITAL DISTRI | $ 18.15 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 51.76 |
| NE/4, NW/4, SE/4, SW/4 OF SEC 21 (523 AC) | 24.41M SCHOOL BOARD | $ 83.37 |
| NE/4, NW/4, SE/4, SW/4 OF | 15.45M SHERIFF'S OFFIC | $ 56.18 |
| SEC 22 (605 AC) ALL IN T20S R27E. | | |

01.20M ASSESSMENT DIST    $ 4.10
05.32M HOSPITAL DISTRICT   $ 18.15
15.15M PARISH GOVERNMENT   $ 51.76
24.41M SCHOOL BOARD        $ 83.37
15.45M SHERIFF'S OFFICE    $ 56.18

**TOTAL DUE ▶**   $ 213.57

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705654400 C029

CHECK #_____

**TOTAL DUE ▶**   $ 213.57

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE: 1523200
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,720     LESS HOMESTEAD: 0     TAXABLE: 3,720

TAX DISTRICT          AMOUNT

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 1523200
MARSH: SALT-3,720=1,240
===PROPERTY DESCRIPTION===
1240 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 2
? (640 AC).  NE/4, NW/4,
SW/4 & SE/4 OF SEC 29 (600 AC) ALL IN T20S
R27E.

| 01.20M ASSESSMENT DIST. | $ 4.46 |
| 05.32M HOSPITAL DISTRI | $ 17.79 |
| 15.15M PARISH GOVERNME | $ 56.37 |
| 24.41M SCHOOL BOARD | $ 90.80 |
| 16.45M SHERIFF'S OFFIC | $ 61.19 |

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

TAX YEAR 2011
1523200   WARD 1

| 01.20M ASSESSMENT DIST. | $ 4.46 |
| 05.32M HOSPITAL DISTRICT | $ 17.79 |
| 15.15M PARISH GOVERNMENT | $ 56.37 |
| 24.41M SCHOOL BOARD | $ 90.80 |
| 16.45M SHERIFF'S OFFICE | $ 61.19 |

CHECK # _____

TOTAL DUE ▶   $ 232.61

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**RETURN THIS STUB WITH PAYMENT**

TOTAL DUE ▶   $ 232.61

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7705654400 C029

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1223250
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,840    LESS HOMESTEAD: 0    TAXABLE: 3,840

TAX YEAR 2011
1223250   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1223250 | 01.20M ASSESSMENT DIST. | $ 4.61 |
| MARSH, SALT-3,840-1,280 | 05.32M HOSPITAL DISTRI | $ 20.43 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 58.17 |
| 1280 AC.   NE/4, NW/4, SE/4 & SW/4 OF SEC 2 | 24.41M SCHOOL BOARD | $ 93.75 |
| 3 (640 AC).   NE/4, NW/4, | 14.46M SHERIFF'S OFFIC | $ 63.17 |
| SE/4 & SW/4 OF SEC 24 (640 AC) ALL IN T20S | | |
| R29E. | | |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.61 |
| 05.32M HOSPITAL DISTRICT | $ 20.43 |
| 15.15M PARISH GOVERNMENT | $ 58.17 |
| 24.41M SCHOOL BOARD | $ 93.75 |
| 14.46M SHERIFF'S OFFICE | $ 63.17 |

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 240.13 |
|---|---|

CHECK #_____

| TOTAL DUE ▶ | $ 240.13 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705634400  C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5258.

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3**

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**

**KEEP THIS PORTION FOR YOUR RECORDS THIS IS YOUR ONLY RECEIPT**

7705664400  C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**CHECK #**

**TOTAL DUE ▶**

**TAX NOTICE**

Payable To:  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
TAX NOTICE# 1523350
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 2,535    LESS HOMESTEAD: 0    TAXABLE: 2,535

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523350 | 01.20M ASSESSMENT DIST. | $ 3.04 |
| MARSH, SALT-2,535-846 | 05.32M HOSPITAL DISTRI | $ 13.48 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 38.42 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 10 (465.50 | 24.41M SCHOOL BOARD | $ 61.89 |
| AC). NW/4 & SW/4 OF SEC 9 | 16.45M SHERIFF'S OFFIC | $ 41.70 |
| 390 AC). NE/4 & SE/4 OF SEC 9 (80 AC) ALL | | |
| IN T19S R28E. | | |

| TOTAL DUE ▶ | $ 158.53 |

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

7705654400 C029

---

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1523350  WARD 1

RETURN THIS STUB WITH PAYMENT

| 01.20M ASSESSMENT DIST | $ 3.04 |
|---|---|
| 05.32M HOSPITAL DISTRICT | $ 13.48 |
| 15.15M PARISH GOVERNMENT | $ 38.42 |
| 24.41M SCHOOL BOARD | $ 61.89 |
| 16.45M SHERIFF'S OFFICE | $ 41.70 |

CHECK # _____

| TOTAL DUE ▶ | > 158.53 |

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET                                    TAX NOTICE# 1523400
BELLE CHASSE, LA 70037     PHONE (504) 297-5425         WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,440     LESS HOMESTEAD: 0       TAXABLE: 1,440

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| | 01.20M ASSESSMENT DIST. | $ 1.73 |
| PARCEL NUMBER: 1523400 | 05.32M HOSPITAL DISTRIC | $ 7.67 |
| MARSH, SALT-1,440-480 | 15.15M PARISH GOVERNME | $ 21.81 |
| ===PROPERTY DESCRIPTION=== | 24.41M SCHOOL BOARD | $ 35.15 |
| NE/4 & NW/4 OF SEC 4 (120 AC), NE/4, NW/4 | 16.45M SHERIFF'S OFFIC | $ 23.69 |
| & SW/4 OF SEC 5 (360 AC) | | |
| ALL IN T19S R26E. | | |

**TOTAL DUE ▷**  $ 90.05

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

77056$4400 C029

---

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

RETURN THIS STUB WITH PAYMENT

TAX YEAR 2011

1523400   WARD 1

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | $ 1.73 |
| 05.32M HOSPITAL DISTRICT | $ 7.67 |
| 15.15M PARISH GOVERNMENT | $ 21.81 |
| 24.41M SCHOOL BOARD | $ 35.15 |
| 16.45M SHERIFF'S OFFICE | $ 23.69 |

CHECK #_____

**TOTAL DUE ▷**  $ 90.05

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To: MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# 1523450
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 2,205   LESS HOMESTEAD: 0   TAXABLE: 2,205

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 1523450
MARSH/BRACKISH-2,205-551
===PROPERTY DESCRIPTION===
551.45 AC.   NW/4, SE/4 & SW/4 OF SEC 13 (2
20.45 AC).   NE/4, NW/4, SE/4
& SW/4 OF SEC 14 (323 AC) ALL IN T18S R25E

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.65 |
| 05.32M HOSPITAL DISTRI | $ 11.73 |
| 15.15M PARISH GOVERNME | $ 33.42 |
| 24.41M SCHOOL BOARD | $ 53.84 |
| 16.45M SHERIFF'S OFFIC | $ 36.28 |

**TOTAL DUE ▶**   $ 137.92

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705634400 C029

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

---

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

1523450  WARD 1

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 2.65 |
| 05.32M HOSPITAL DISTRICT | $ 11.73 |
| 15.15M PARISH GOVERNMENT | $ 33.42 |
| 24.41M SCHOOL BOARD | $ 53.84 |
| 16.45M SHERIFF'S OFFICE | $ 36.28 |

RETURN THIS STUB WITH PAYMENT

CHECK #

**TOTAL DUE ▶**   $ 137.92

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE: 1523500
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE   4,670    LESS HOMESTEAD: 0    TAXABLE   4,670

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523500<br>MARSH/BRACKISH-4,670-1,147<br>***PROPERTY DESCRIPTION***<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC)<br>OF SEC 33 (511 AC) ALL IN T18S R25E. | 01.20M ASSESSMENT DIST.<br>05.32M HOSPITAL DISTRI<br>15.15M PARISH GOVERNME<br>24.41M SCHOOL BOARD<br>16.45M SHERIFF'S OFFIC | $ 5.60<br>$ 24.85<br>$ 70.75<br>$ 114.00<br>$ 76.82 |

**TOTAL DUE ▶**   $ 292.02

TAX YEAR 2013

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705S$4400  C029

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

---

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2013

1523500  WARD 1

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 5.60 |
| 05.32M HOSPITAL DISTRICT | $ 24.85 |
| 15.15M PARISH GOVERNMENT | $ 70.75 |
| 24.41M SCHOOL BOARD | $ 114.00 |
| 16.45M SHERIFF'S OFFICE | $ 76.82 |

CHECK # _____

**TOTAL DUE ▶**   $ 292.02

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To: MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE: 1523450
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425   WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ASSESSED VALUE  4,940    LESS HOMESTEAD  0    TAXABLE: 4,940

TAX YEAR 2011

1523450   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523450 | 01.20M ASSESSMENT DIST. | $ 4.65 |
| MARSH/BRACKISH-4,940-1,010 | 05.32M HOSPITAL DISTRI | $ 21.49 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 61.21 |
| NW/4, NW/4, SE/4 & SW/4 OF SEC 15 (840 AC) | 24.41M SCHOOL BOARD | $ 98.62 |
| NW/4 OF SEC 17 (48 AC), | 16.45M SHERIFF'S OFFIC | $ 66.46 |
| SE/4, NW/4, SE/4 & SW/4 OF SEC 18 (922 AC) | | |
| ALL IN T19S R26E. | | |

| | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.65 |
| 05.32M HOSPITAL DISTRICT | $ 21.49 |
| 15.15M PARISH GOVERNMENT | $ 61.21 |
| 24.41M SCHOOL BOARD | $ 98.62 |
| 16.45M SHERIFF'S OFFICE | $ 66.46 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 252.03

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705654400 C029

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

CHECK # _____

**TOTAL DUE ▶**   $ 252.03

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

7705654400 C029

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE 1523700
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |

ASSESSED VALUE: 2,900   LESS HOMESTEAD: 0   TAXABLE: 2,900

TAX YEAR 2011

1523700   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |

PARCEL NUMBER: 1523700
MARSH. SALT-2,900-96A
---PROPERTY DESCRIPTION---
SE/4, NW/4, SE/4 & SW/4 OF SEC 19 (354 AC)
SE/4 & SW/4 OF SEC 20 (57
AC), SE/4, NW/4, SE/4 & SW/4 OF SEC 21 (S
85 AC) ALL IN T19S R30E.

| 01. 20M ASSESSMENT DIST | $ 2.48 |
| 05. 32M HOSPITAL DISTRI | $ 15.43 |
| 15. 15M PARISH GOVERNME | $ 43.93 |
| 24. 41M SCHOOL BOARD | $ 76.79 |
| 16. 45M SHERIFF'S OFFIC | $ 42.71 |

| 01. 20M ASSESSMENT DIST | $ 2.48 |
| 05. 32M HOSPITAL DISTRICT | $ 15.43 |
| 15. 15M PARISH GOVERNMENT | $ 43.93 |
| 24. 41M SCHOOL BOARD | $ 76.79 |
| 16. 45M SHERIFF'S OFFICE | $ 42.71 |

**RETURN THIS STUB WITH PAYMENT**

**CHECK #** _____

| **TOTAL DUE ▶** | $ 181.34 |

| **TOTAL DUE ▶** | $ 181.34 |

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

77056$4400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5125

TAX NOTICE 1523750
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,495   LESS HOMESTEAD: 0   TAXABLE: 1,495

DESCRIPTION OF PROPERTY

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST | $ 1.79 |
| 05.32M HOSPITAL DISTRIC | $ 7.95 |
| 15.15M PARISH GOVERNME | $ 22.67 |
| 24.41M SCHOOL BOARD | $ 36.50 |
| 16.45M SHERIFF'S OFFIC | $ 24.59 |

PARCEL NUMBER: 1523750
MARSH, WALT-1,495-427
***PROPERTY DESCRIPTION***
NE/4, NW/4, SE/4 & SW/4 OF SEC 27 T19S R2E
E

TOTAL DUE ▶   $ 93.50

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

7705694400 C029

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1523750 WARD 1

RETURN THIS STUB WITH PAYMENT

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST | $ 1.79 |
| 05.32M HOSPITAL DISTRICT | $ 7.95 |
| 15.15M PARISH GOVERNMENT | $ 22.67 |
| 24.41M SCHOOL BOARD | $ 36.50 |
| 16.45M SHERIFF'S OFFICE | $ 24.59 |

CHECK # _____

TOTAL DUE ▶   $ 93.50

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE 1523800

WARD 1

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

. PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1523800  WARD 1

ASSESSED VALUE. 4,760   LESS HOMESTEAD: 0   TAXABLE. 4,760

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523800 | 01.20M ASSESSMENT DIST. | $ 5.71 |
| MARSH/BRACKISH-4,760-1,190 | 05.32M HOSPITAL DISTRICT | $ 25.32 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 72.11 |
| 1190 AC.   NE/4  NW/4, SE/4 & SW/4 OF SEC 2 | 24.41M SCHOOL BOARD | $ 116.18 |
| 2 (590 AC).   NE/4, NW/4, | 16.45M SHERIFF'S OFFIC | $ 78.30 |
| SW/4 & SW/4 OF SEC 23 (600 AC) ALL IN T19S | | |
| R28E. | | |

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 5.71 |
| 05.32M HOSPITAL DISTRICT | $ 25.32 |
| 15.15M PARISH GOVERNMENT | $ 72.11 |
| 24.41M SCHOOL BOARD | $ 116.18 |
| 16.45M SHERIFF'S OFFICE | $ 78.30 |

**TOTAL DUE ▶** $ 297.62

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705634400 C029

**CHECK #** _____

**TOTAL DUE ▶** $ 297.62

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE 1528850
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ASSESSED VALUE: 3,840    LESS HOMESTEAD: 0    TAXABLE: 3,840

TAX YEAR 2011

1528850   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| | 01.20M ASSESSMENT DIST. | $ 4.61 |
| PARCEL NUMBER: 1528850 | 05.32M HOSPITAL DISTRI | $ 20.43 |
| MARSH. SALT-3,840-1;380 | 15.15M PARISH GOVERNME | $ 58.17 |
| ***PROPERTY DESCRIPTION*** | 24.41M SCHOOL BOARD | $ 93.75 |
| 1280 PC. NE/4, NW/4, SE/4 & SW/4 OF SEC 1 | 16.45M SHERIFF'S OFFIC | $ 63.17 |
| & (640 AC), NE/4, NW/4, SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T19S | | |
| R26E | | |

RETURN THIS STUB WITH PAYMENT

| | 01.20M ASSESSMENT DIST. | $ 4.61 |
|---|---|---|
| | 05.32M HOSPITAL DISTRICT | $ 20.43 |
| | 15.15M PARISH GOVERNMENT | $ 58.17 |
| | 24.41M SCHOOL BOARD | $ 93.75 |
| | 16.45M SHERIFF'S OFFICE | $ 63.17 |

CHECK # _____

| **TOTAL DUE ▶** | $ 240.13 |
|---|---|

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705634400  C023

| **TOTAL DUE ▶** | $ 240.13 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1523900
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD, FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 3,890    LESS HOMESTEAD: 0    TAXABLE: 3,890

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1523900 | 01.20M ASSESSMENT DIST | $ 4.67 |
| MARSH/BRACKISH-3,050-973 | 05.32M HOSPITAL DISTRI | $ 20.70 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 58.93 |
| NE/4, NW/4 & SW/4 OF SEC 25 (407 AC), NE/ | 24.41M SCHOOL BOARD | $ 94.96 |
| 4, NW/4, SE/4 & SW/4 OF SEC | 16.45M SHERIFF'S OFFIC | $ 63.99 |
| 25 (566 AC) ALL IN THIS ASSE. | | |

**TOTAL DUE ▶** $ 243.25

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705654400 0029

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1523900   WARD 1

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST | $ 4.67 |
| 05.32M HOSPITAL DISTRICT | $ 20.70 |
| 15.15M PARISH GOVERNMENT | $ 58.93 |
| 24.41M SCHOOL BOARD | $ 94.96 |
| 16.45M SHERIFF'S OFFICE | $ 63.99 |

CHECK # _____

**TOTAL DUE ▶** $ 243.25

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1523950
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,525    LESS HOMESTEAD: 0    TAXABLE: 1,525

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 1523950
MARSH, SALT-1,525-505
***PROPERTY DESCRIPTION***
NO/4, SE/4 & SW/4 OF SEC 31 (360 AC), NE/
4, NW/4, SE/4 & SW/4 OF SEC
31 (248 AC) ALL IN T19S R36E.

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.28M ASSESSMENT DIST | $ 1.95 |
| 05.33M HOSPITAL DISTRIC | $ 8.12 |
| 15.15M PARISH GOVERNME | $ 23.11 |
| 24.41M SCHOOL BOARD | $ 37.24 |
| 16.45M SHERIFF'S OFFIC | $ 25.09 |

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2014

1523950  WARD 1

| | |
|---|---|
| 01.28M ASSESSMENT DIST. | $ 1.95 |
| 05.33M HOSPITAL DISTRICT | $ 8.12 |
| 15.15M PARISH GOVERNMENT | $ 23.11 |
| 24.41M SCHOOL BOARD | $ 37.24 |
| 16.45M SHERIFF'S OFFICE | $ 25.09 |

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 95.39 |
|---|---|

TAX YEAR 2014

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**CHECK #** _____

| TOTAL DUE ▶ | $ 95.39 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

7705694400 C029

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524000
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE, 1,628   LESS HOMESTEAD, 0   TAXABLE: 1,628

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524000 | 01.20M ASSESSMENT DIST | $ 2.00 |
| MARSH, SALT-1,628-555 | 05.90M HOSPITAL DISTRIC | $ 8.96 |
| ==PROPERTY DESCRIPTION== | 15.15M PARISH GOVERNME | $ 25.23 |
| SE/4, NW/4, SE/4 & SW/4 OF SEC 28 (355 AC) | 24.41M SCHOOL BOARD | $ 40.56 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 27.39 |
| OF SEC 29 (200 AC) ALL IN T19S R24E. | | |

**TOTAL DUE ▶** $ 104.14

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

77056$4400 ·C029

---

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1524000  CARD 1

RETURN THIS STUB WITH PAYMENT

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST | $ 2.00 |
| 05.90M HOSPITAL DISTRIC | $ 8.96 |
| 15.15M PARISH GOVERNMEN | $ 25.23 |
| 24.41M SCHOOL BOARD | $ 40.56 |
| 16.45M SHERIFF'S OFFICE | $ 27.39 |

**CHECK #** _____

**TOTAL DUE ▶** $ 104.14

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR.
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# 1524050

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  780    LESS HOMESTEAD:  0        TAXABLE: 780

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524050 | 01.20M ASSESSMENT DIST. | $ 0.94 |
| PARISH, SALT-780-810 | 05.32M HOSPITAL DISTRICT | $ 4.15 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 11.51 |
| NE/4, NW/4, SE/4 & SO/4 OF SEC 15 ALL IN T | 24.41M SCHOOL BOARD | $ 19.04 |
| 20S R27E. | 15.45M SHERIFF'S OFFIC | $ 12.83 |

**TOTAL DUE ▶**   $ 48.77

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705E\$4400 C029

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1524050  WARD 1

RETURN THIS STUB WITH PAYMENT

01.20M ASSESSMENT DIST.    $ 0.94
05.32M HOSPITAL DISTRICT   $ 4.15
15.15M PARISH GOVERNMENT   $ 11.81
24.41M SCHOOL BOARD        $ 19.04
15.45M SHERIFF'S OFFICE    $ 12.83

CHECK #_____

**TOTAL DUE ▶**   $ 48.77

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524100
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,715    LESS HOMESTEAD: 0    TAXABLE: 4,715

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524100 | 01.20M ASSESSMENT DIST. | $ 5.66 |
| MARSH/BRACKISH-4,715-1,179 | 05.32M HOSPITAL DISTRI | $ 25.09 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 71.45 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (646 AC) | 24.41M SCHOOL BOARD | $ 115.11 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 77.53 |
| OF SEC 29 (543 AC) ALL IN T18S R25E. | | |

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1524100   WARD 1

| | | |
|---|---|---|
| 01.20M ASSESSMENT DIST. | | $ 5.66 |
| 05.32M HOSPITAL DISTRICT | | $ 25.09 |
| 15.15M PARISH GOVERNMENT | | $ 71.45 |
| 24.41M SCHOOL BOARD | | $ 115.11 |
| 16.45M SHERIFF'S OFFICE | | $ 77.53 |

**RETURN THIS STUB WITH PAYMENT**

| TOTAL DUE ▶ | $ 294.84 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705654400  C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

CHECK #_____

| TOTAL DUE ▶ | $ 294.84 |
|---|---|

APACHE LOUISIANA MINERALS INC
3800 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:**   MICHAEL L LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

## TAX NOTICE

TAX NOTICE # 1524150

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 5,040    LESS HOMESTEAD: 0    TAXABLE: 5,040

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524150 | 01.20% ASSESSMENT DIST | $ 3.45 |
| MARSH/FRACKISH-3,040-760 | 05.32% HOSPITAL DISTRI | $ 16.12 |
| ==PROPERTY DESCRIPTION== | 15.15% PARISH GOVERNME | $ 76.00 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (5040 AC) | 24.41% SCHOOL BOARD | $ 74.21 |
| NE/4, NW/4, SE/4 & SW/4 | 18.25% SHERIFF'S OFFIC | $ 50.01 |
| OF SEC 35 (464 AC) ALL IN T18S R23E | | |

TAX YEAR 2011

**TOTAL DUE ▶** $ 190.10

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

77056844400  0029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

---

RETURN THIS STUB WITH PAYMENT

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-A-LA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

WARD 1

| | | |
|---|---|---|
| 01.20% ASSESSMENT DIST | | $ 3.45 |
| 05.32% HOSPITAL DISTRICT | | $ 16.12 |
| 15.15% PARISH GOVERNMENT | | $ 76.00 |
| 24.41% SCHOOL BOARD | | $ 74.21 |
| 18.25% SHERIFF'S OFFICE | | $ 50.01 |

**CHECK #**

**TOTAL DUE ▶** $ 190.10

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# 1524800
WARD 1

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st; 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1524800   WARD 1

ASSESSED VALUE  1,250   LESS HOMESTEAD: 0   TAXABLE  1,250

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524800 | 01.20M ASSESSMENT DIST | $ 1.50 |
| PARISH  SALT~1,250-416 | 05.96M HOSPITAL DISTRIC | $ 6.45 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 18.95 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (72 AC). | 24.41M SCHOOL BOARD | $ 30.53 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (78 AC).  NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (246 AC) ALL IN T20S R25E. | 16.45M SHERIFF'S OFFICE | $ 20.56 |

RETURN THIS STUB WITH PAYMENT

01.20M ASSESSMEN. DIST.      $ 1.50
05.96M HOSPITAL DISTRICT     $ 6.45
15.15M PARISH GOVERNMENT     $ 18.95
24.41M SCHOOL BOARD          $ 30.53
16.45M SHERIFF'S OFFICE      $ 20.56

| TOTAL DUE ▶ | $ 78.19 |
|---|---|

TAX YEAR 2011

CHECK # _____

| TOTAL DUE ▶ | $ 78.19 |
|---|---|

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

**It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.**

7705654400 C029

**TAX NOTICE**

Payable To:  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
|---|---|

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

RETURN THIS STUB WITH PAYMENT

**DESCRIPTION OF PROPERTY**   **TAX DISTRICT**   **AMOUNT**

| TOTAL DUE ▶ | |
|---|---|

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

CHECK #

| TOTAL DUE ▶ | |
|---|---|

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524300
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1524300   WARD 1

ASSESSED VALUE: 565     LESS HOMESTEAD: 0     TAXABLE: 565

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524300 | 01.20M ASSESSMENT DIST | $ 0.68 |
| MARSH, SALT-5&5-18R | 05.33M HOSPITAL DISTRIC | $ 3.01 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNMEN | $ 8.57 |
| NE/4 & SW/4 OF SEC 29 (160 AC), NE/4, NW/ | 24.41N SCHOOL BOARD | $ 13.81 |
| 4 & SE/4 OF SEC 30 (80 AC) | 15.65M SHERIFF'S OFFICE | $ 7.80 |
| ALL TH T20S R26E | | |

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 0.68 |
| 05.33M HOSPITAL DISTRICT | $ 3.01 |
| 15.15M PARISH GOVERNMENT | $ 8.57 |
| 24.41N SCHOOL BOARD | $ 13.81 |
| 15.65M SHERIFF'S OFFICE | $ 7.80 |

RETURN THIS STUB WITH PAYMENT

CHECK # _____

| TOTAL DUE ▶ | $ 35.37 |
|---|---|

| TOTAL DUE ▶ | $ 35.37 |
|---|---|

TAX YEAR 2011

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

77056$4400  C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

77056$4400  C029

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524350
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  1,105   LESS HOMESTEAD: 0   TAXABLE: 1,105

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

PARCEL NUMBER: 1524350
MARSH, SALT-1,105-049
****PROPERTY DESCRIPTION****
SE/4, NW/4, SE/4 & SW/4 OF SEC 9 (349 AC)
ALL 1P T20S R27E.

01.20M ASSESSMENT DIST.  $ 1.33
05.28M HOSPITAL DISTRIC  $ 5.88
15.15M PARISH GOVERNME   $ 16.75
24.41M SCHOOL BOARD      $ 26.98
16.45M SHERIFF'S OFFIC   $ 18.18

**TOTAL DUE ►**  $ 49.12

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705654400 C029

**It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.**

---

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3 ·

TAX YEAR 2011

1524350  WARD 1

RETURN THIS STUB WITH PAYMENT

01.20M ASSESSMENT DIST.   $ 1.33
05.28M HOSPITAL DISTRICT  $ 5.88
15.15M PARISH GOVERNMENT  $ 16.75
24.41M SCHOOL BOARD       $ 26.98
16.45M SHERIFF'S OFFICE   $ 18.18

CHECK #_____

**TOTAL DUE ►**  $ 49.12

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR   TAX NOTICE# 1529400
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425   WARD 1

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
|---|---|

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

1529400   WARD 1

ASSESSED VALUE  454   LESS HOMESTEAD: 0   TAXABLE: 455

| DESCRIPTION OF PROPERTY | TAX DISTRICT | | AMOUNT |
|---|---|---|---|
| PARCEL NUMBER: 1529400 | 01.20M ASSESSMENT DIST. | $ 0.55 | |
| MARSH. SALT-455-152 | 05.02M HOSPITAL DISTRIC | $ 2.42 | |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNMEN | $ 6.92 | |
| MRSH, SE/4 & SW/4 OF SEC 8 (455 AC) ALL IN | 24.41M SCHOOL BOARD | $ 11.10 | |
| T20S R26E. | 13.45M SHERIFF'S OFFICE | $ 7.49 | |

01.20M ASSESSMENT DIST.   $ 0.55
05.02M HOSPITAL DISTRICT   $ 2.42
15.15M PARISH GOVERNMENT   $ 6.92
24.41M SCHOOL BOARD   $ 11.10
13.45M SHERIFF'S OFFICE   $ 7.49

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 28.48 |
|---|---|

CHECK #_____

| TOTAL DUE ▶ | $ 28.48 |
|---|---|

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705654400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

Payable To: MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE 1520450

WARD 1

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3**

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,610    LESS HOMESTEAD: 0    TAXABLE: 4,610

TAX YEAR 2011

1520450   WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1520450 | 01.20M ASSESSMENT DIST. | $ 5.53 |
| MARSH/BRACK)S4-4,610=1,150 | 05.32M HOSPITAL DISTRICT | $ 24.93 |
| PROPERTY DESCRIPTION | 15.15M PARISH GOVERNME | $ 69.84 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 30 (609 AC) | 24.41M SCHOOL BOARD | $ 112.54 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 75.84 |
| OF SEC 31 (544 AC) ALL IN T16N R25E. | | |

01.20M ASSESSMENT DIST.    $ 5.53
05.32M HOSPITAL DISTRICT    $ 24.93
15.15M PARISH GOVERNMENT    $ 69.84
24.41M SCHOOL BOARD    $ 112.54
16.45M SHERIFF'S OFFICE    $ 75.84

CHECK # _____

| **TOTAL DUE ▶** | $ 288.68 |
|---|---|

| **TOTAL DUE ▶** | $ 288.68 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7705694400 C029

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524500
WARD 1

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011
1524500   WARD 1

ASSESSED VALUE: 5,600   LESS HOMESTEAD: 0    TAXABLE: 5,600

RETURN THIS STUB WITH PAYMENT

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524500 | 01.20M ASSESSMENT DIST | $ 6.72 |
| MARSH, SALT-5,600-1,350 | 05.32M HOSPITAL DISTRICT | $ 29.79 |
| PROPERTY DESCRIPTION | 15.15M PARISH GOVERNME | $ 84.85 |
| 1667.50 AC. NE/4, NW/4, SE/4 & SW/4 OF SE | 24.41M SCHOOL BOARD | $ 136.70 |
| E SG (640 AC) NE/4, NW/4- | 16.45M SHERIFF'S OFFIC | $ 92.11 |
| SE/4 & SW/4 OF SEC 34 (640 AC) NE/4, NW/ | | |
| 4 SE/4 & SW/4 OF SEC 35 | | |
| (187.50 AC) ALL IN T20S R25E. | | |

| | 01.20M ASSESSMENT DIST | $ 6.72 |
| | 05.32M HOSPITAL DISTRICT | $ 29.79 |
| | 15.15M PARISH GOVERNMENT | $ 84.85 |
| | 24.41M SCHOOL BOARD | $ 136.70 |
| | 16.45M SHERIFF'S OFFICE | $ 92.11 |

CHECK # _____

**TOTAL DUE ▶**    $ 350.17

**TOTAL DUE ▶**    $ 350.17

TAX YEAR 2011

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705684400  C029

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 1524550
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1524550  WARD 1

ASSESSED VALUE: 9,720   LESS HOMESTEAD: 0   TAXABLE: 9,720

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524550 | 01.20M ASSESSMENT DIST | $ 4.46 |
| OWNER: SALT-3,720-1,240 | 05.32M HOSPITAL DISTRI | $ 19.75 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 56.97 |
| NE/4, NW/4, SE/4 & SW/4 OF SEC 11 (400 AC) | 24.41D SCHOOL BOARD | $ 90.80 |
| NE/4, NW/4, SE/4 & SW/4 | 16.45M SHERIFF'S OFFIC | $ 61.19 |
| OF SEC 12 (340 AC) ALL IN T19S R26E. | | |

01.20M ASSESSMENT DIST   $ 4.46
05.32M HOSPITAL DISTRICT  $ 19.75
15.15M PARISH GOVERNMENT  $ 56.97
24.41D SCHOOL BOARD       $ 90.80
16.45M SHERIFF'S OFFICE   $ 61.19

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶** $ 232.61

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7705634400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

CHECK # _____

**TOTAL DUE ▶** $ 232.61

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# 1524600

WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  4,800    LESS HOMESTEAD: 0    TAXABLE: 4,800

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

PARCEL NUMBER: 1524600
PARISH, SALT-4,800=1,600
***PROPERTY DESCRIPTION***

01.20% ASSESSMENT DIST.   $ 5.76
05.32% HOSPITAL DISTRI   $ 25.53
15.15% PARISH GOVERNME   $ 72.72
24.41% SCHOOL BOARD   $ 117.16
16.45% SHERIFF'S OFFIC   $ 78.96

**TOTAL DUE ▶**   $ 300.13

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7705664400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

1524600  WARD 1

RETURN THIS STUB WITH PAYMENT

01.20% ASSESSMENT DIST   $ 5.76
05.32% HOSPITAL DISTRICT   $ 25.53
15.15% PARISH GOVERNMENT   $ 72.72
24.41% SCHOOL BOARD   $ 117.16
16.45% SHERIFF'S OFFICE   $ 78.96

**CHECK #**_____

**TOTAL DUE ▶**   $ 300.13

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**TAX NOTICE**

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# 1524650
WARD 1

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
|---|---|

ASSESSED VALUE: 3,040     LESS HOMESTEAD: 0        TAXABLE: 3,040

TAX YEAR 2011

1524650  WARD 1

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 1524650 MARSH/TRACK750-3,040-760 ==PROPERTY DESCRIPTION== NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (938 AC) NE/4, NW/4, SE/4 & SW/4 OF SEC 17 (938 AC) ALL IN T18S R28E. | 01 CON ASSESSMENT DIST. 09 32M HOSPITAL DISTRI 15 15M PARISH GOVERNME 24 41M SCHOOL BOARD 15 45M SHERIFF'S OFFIC | $ 3.65 $ 16.17 $ 46.06 $ 74.21 $ 50.01 |

| | | |
|---|---|---|
| | 01 CON ASSESSMENT DIST | $ 3.65 |
| | 09 32M HOSPITAL DISTRICT | $ 16.17 |
| | 15 15M PARISH GOVERNMENT | $ 46.06 |
| | 24 41M SCHOOL BOARD | $ 74.21 |
| | 15 45M SHERIFF'S OFFICE | $ 50.01 |

RETURN THIS STUB WITH PAYMENT

CHECK # _____

| TOTAL DUE ▶ | $ 190.10 |
|---|---|

| TOTAL DUE ▶ | $ 190.10 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS THIS IS YOUR ONLY RECEIPT**

7705654400  C029

**It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.**

APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE # 1524700
WARD 4

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  450     LESS HOMESTEAD  0      TAXABLE  450

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

RETURN THIS STUB WITH PAYMENT

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-A-LA-HACHE, LA
PERMIT NO. 3

ADDRESS
SERVICE
REQUESTED

TAX YEAR 2011

CHECK #

TOTAL DUE ▶     $ 26.15

TOTAL DUE ▶     $ 26.15

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7705634400 C029

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICES 8619287

**TAX NOTICE**

WARD 0

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

8619287   WARD 0

ASSESSED VALUE, 23,290   LESS HOMESTEAD: 0   TAXABLE, 23,290

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |

PARCEL NUMBER: 5619287

MACH & EQUIP.-9,700-0
FURN & FIXTURE-400-0
MISC. PROP-13,090-2
***PROPERTY DESCRIPTION***
MAIN PASS 69 FIELD GENERAL OFFICE

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 27.95 |
| 05.92M HOSPITAL DISTR | $ 133.90 |
| 15.15M PARISH GOVERN | $ 352.84 |
| 24.41M SCHOOL BOARD | $ 568.52 |
| 16.45M SHERIFF'S OFFI | $ 383.13 |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 27.95 |
| 05.92M HOSPITAL DISTRICT | $ 133.90 |
| 15.15M PARISH GOVERNMENT | $ 352.84 |
| 24.41M SCHOOL BOARD | $ 568.52 |
| 16.45M SHERIFF'S OFFICE | $ 383.13 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 1,456.34

TAX YEAR 2011

**CHECK #**

**TOTAL DUE ▶**   $ 1,456.34

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS THIS IS YOUR ONLY RECEIPT**

7740E30004  B002

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# B621642
WARD 5

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 1,570    LESS HOMESTEAD: 0    TAXABLE: 1,570

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

B621642  WARD 5

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: B621642 | 01.20M ASSESSMENT DIST. | $ 1.92 |
| MACH & EQUIP. 635-0 | 05.32M HOSPITAL DISTRICT | $ 8.35 |
| FORM A FIXTURES—630-0 | 15.15M PARISH GOVERNMENT | $ 23.79 |
| ===PROPERTY DESCRIPTION=== | 24.41M SCHOOL BOARD | $ 38.32 |
| SOUTH PASS, BLK 24, FIELD OFFICE | 16.45M SHERIFF'S OFFIC | $ 25.82 |
| FOR FURTHER INQUIRY | | |

| TAX DISTRICT | | AMOUNT |
|---|---|---|
| 01.20M ASSESSMENT DIST | $ 1.92 |
| 05.32M HOSPITAL DISTRICT | $ 8.35 |
| 15.15M PARISH GOVERNMENT | $ 23.79 |
| 24.41M SCHOOL BOARD | $ 38.32 |
| 16.45M SHERIFF'S OFFICE | $ 25.82 |

RETURN THIS STUB WITH PAYMENT

| TOTAL DUE ▶ | $ 98.17 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740630004  B002

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

CHECK # _____

| TOTAL DUE ▶ | $ 98.17 |
|---|---|

APACHE CORP
% STAFCO % CO
P O BOX 149
RICHMOND TX 77406-0149

7740630004  B002

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

TAX NOTICE# C021500
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 598   (LESS HOMESTEAD: 0      TAXABLE: 598

| DESCRIPTION OF PROPERTY. | TAX DISTRICT. | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C021500 | 01.20M ASSESSMENT DIST | $ 0.84 |
| SURFACE EQ.-493-0 | 03.93M HOSPITAL DISTRIC | $ 3.72 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVERNME | $ 10.58 |
| DELACROIX FLD - 9283 | 24.41M SCHOOL BOARD | $ 17.06 |
| FORMERLY: TEXACO INC | 16.45M SHERIFF'S OFFIC | $ 11.49 |

| **TOTAL DUE ▶** | $ 43.69 |

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740650004 B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

---

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

C021500  WARD C

RETURN THIS STUB WITH PAYMENT

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 0.84 |
| 03.93M HOSPITAL DISTRICT | $ 3.72 |
| 15.15M PARISH GOVERNMENT | $ 10.58 |
| 24.41M SCHOOL BOARD | $ 17.06 |
| 16.45M SHERIFF'S OFFICE | $ 11.49 |

CHECK #_____

| **TOTAL DUE ▶** | $ 43.69 |

APACHE CORP (TGC) (SC)
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR

302 MAIN STREET

BELLE CHASSE, LA 70037     PHONE (504) 297-5425

## TAX NOTICE

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| TAX DISTRICT | AMOUNT |
|---|---|

### DESCRIPTION OF PROPERTY

**TOTAL DUE ▷**

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

RETURN THIS STUB WITH PAYMENT

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ADDRESS
SERVICE
REQUESTED

CHECK #

**TOTAL DUE ▷**

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# C022510

WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5258.

ASSESSED VALUE: 587,091   LESS HOMESTEAD: 0   TAXABLE: 587,091

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C022510 | 01.20N ASSESSMENT DIS | $ 705.47 |
| OILFIELD INPR.-127,237-0 | 05.32N HOSPITAL DIS | $ 3,127.58 |
| SURFACE EQ.-45,544-0 | 15.15N PARISH GOVER | $ 8,706.55 |
| SURFACE EQ.-16,273-0 | 24.41N SCHOOL BOAR | $ 14,350.41 |
| SURFACE EQ.-70,847-0 | 16.45N SHERIFF'S OF | $ 9,670.80 |
| SUBSURFACE EQ.-317,670-0 | | |
| ===PROPERTY DESCRIPTION=== | | |
| MAIN PASS, BLK A - 6208 | | |
| FORMERLY: PEISCE ENERGY INC | | |

**TOTAL DUE ▶**   $ 36,720.81

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7740680004 B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

---

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

RETURN THIS STUB WITH PAYMENT

TAX YEAR 2011

C022510   WARD C

| | |
|---|---|
| 01.20N ASSESSMENT DIST | $ 705.47 |
| 05.32N HOSPITAL DISTRIC | $ 3,127.58 |
| 15.15N PARISH GOVERNMEN | $ 8,706.55 |
| 24.41N SCHOOL BOARD | $ 14,350.41 |
| 16.45N SHERIFF'S OFFICE | $ 9,670.80 |

CHECK # _____

**TOTAL DUE ▶**   $ 36,760.81

APACHE CORP (00)
% STANOIL & CO
P O BOX 149
RICHMOND TX 77406-0149

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE C003500
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

C003500  WARD C

ASSESSED VALUE  21,258,175   LESS HOMESTEAD  0   TAXABLE  21,258,175

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C003500 | 01 PAR ASSESSMENT | $ 25,509.81 |
| OILFIELD IMPR. 1,323,806-0 | 03 33M HOSPITAL D | $ 113,093.50 |
| SURFACE EQ. 397,795-0 | 15 15M PARISH GOV | $ 322,061.38 |
| SURFACE EQ. 65,465-0 | 24 41M SCHOOL BOA | $ 518,912.07 |
| SURFACE EQ. 1,050,329-0 | 16 45M SHERIFF'S | $ 349,676.98 |
| SUBSURFACE EQ. 18,310,779-282 | | |
| ===PROPERTY DESCRIPTION=== | | |
| MAIN PASS, BLK 69 - 6928 | | |
| FEO DEVON ENERGY PRODUCTION CO INC | | |

01 PAR ASSESSMENT DIST  $ 25,509.81
03 33M HOSPITAL DISTR  $ 113,093.50
15 15M PARISH GOVERNM  $ 322,061.38
24 41M SCHOOL BOARD  $ 518,912.07
16 45M SHERIFF'S OFFI  $ 349,676.98

<div style="writing-mode: vertical">RETURN THIS STUB WITH PAYMENT</div>

**TOTAL DUE ▶**   $ 1,329,273.72

**CHECK #**

**TOTAL DUE ▶**   $ 1,329,273.72

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7740650004 B002

DEVON CORP
C STAHGEL & CO
P O BOX 147
RICHMOND TX 77406-0147

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# C003850
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3**

ASSESSED VALUE: 2,565,795   LESS HOMESTEAD: 0   TAXABLE: 2,565,795

TAX YEAR 2011

C003850   WARD C

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: C003850 | 01.20M ASSESSMENT D | $ 3,079.12 |
| OILFIELD IMPS.-352,275-0 | 05.32M HOSPITAL DI | $ 13,050.78 |
| SURFACE EQ.-121,583-0 | 15.15M PARISH GOVE | $ 38,873.93 |
| SURFACE EQ.-35,767-0 | 24.41M SCHOOL BOAR | $ 62,634.49 |
| SURFACE EQ.-509,142-0 | 16.45M SHERIFF'S O | $ 42,809.62 |
| SUBSURFACE 26,=1,069,599-126 | ===PROPERTY DESCRIPTION=== | |
| SOUTH PASS, BLK 24, FLD 6463 | | |
| FORMERLY: MARINER ENERGY INC | | |

01.20M ASSESSMENT DIST   $ 3,079.12
05.32M HOSPITAL DISTRI   $ 13,050.78
15.15M PARISH GOVERNME   $ 38,673.93
24.41M SCHOOL BOARD   $ 62,634.49
16.45M SHERIFF'S OFFIC   $ 42,809.62

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 160,447.93

**CHECK #** _____

**TOTAL DUE ▶**   $ 160,447.93

TAX YEAR 2011

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS THIS IS YOUR ONLY RECEIPT**

7740650004 B002

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

**TAX NOTICE**

Payable To:   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037      PHONE (504) 297-5425

TAX NOTICE C003969
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5258.

ASSESSED VALUE: 828,884     LESS HOMESTEAD: 0     TAXABLE: 828,884

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

PARCEL NUMBER: C003960
OILFIELD IMPR.-331,343-0
SURFACE EQ.-39,942-0
SURFACE EQ.-17,591-0
SURFACE EQ.-82,012-0
SUBSURFACE EQ.-354,599-24
===PROPERTY DESCRIPTION===
98 PASG - 8587 (NAMED COMPLEX) & FACILITY

FORMERLY: CRYSTAL OIL CO

01. 20M ASSESSMENT DIS   $ 524.66
05. 32M HOSPITAL DIS   $ 4,409.68
15. 15M PARISH GOVE   $ 12,557.63
24. 41M SCHOOL BOAR   $ 20,299.13
15. 45M SHERIFF'S O   $ 13,635.18

**TOTAL DUE ▶**   $ 51,830.28

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740630004  B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

ADDRESS SERVICE REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

C003960   WARD C

RETURN THIS STUB WITH PAYMENT

01. 20M ASSESSMENT DIST   $ 524.66
05. 32M HOSPITAL DISTRIC   $ 4,409.68
15. 15M PARISH GOVERNME   $ 12,557.63
24. 41M SCHOOL BOARD   $ 20,299.13
16. 45M SHERIFF'S OFFIC   $ 13,635.18

CHECK #_____

**TOTAL DUE ▶**   $ 51,830.28

APACHE CORP (CRYSTAL) (GB)
X STANCIL X CO
P O BOX 149
RICHMOND TX 77406-0149

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 0617797
WARD C

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ˢᵗ, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

ASSESSED VALUE: 115,869    LESS HOMESTEAD: 0    TAXABLE: 115,869

TAX YEAR 2011

0617797   WARD C

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0617797 | 01.EOA ASSESSMENT DIS | $ 139.04 |
| SURFACE EQ.-360-0. | 05.CCH HOSPITAL DISTR | $ 616.42 |
| SURFACE EQ.-19-0 | 15.15M PARISH GOVER | $ 1,755.45 |
| SURFACE EQ.-2,370-0 | 24.41M SCHOOL BOARD | $ 2,828.37 |
| SUBSURFACE EQ.-119,120-2 | 15.45M SHERIFF'S OF | $ 1,906.04 |
| ***PROPERTY DESCRIPTION*** | | |
| MAIN PASS, BLK 77 | | |
| FORMERLY: BP AMERICA PRODUCTION CO | | |

01.EOA ASSESSMENT DIST.   $ 139.04
05.CCH HOSPITAL DISTRICT  $ 616.42
15.15M PARISH GOVERNMEN   $ 1,755.45
24.41M SCHOOL BOARD       $ 2,828.37
15.45M SHERIFF'S OFFICE   $ 1,906.04

**RETURN THIS STUB WITH PAYMENT**

**CHECK #** _____

| **TOTAL DUE ▶** | $ 7,245.29 |
|---|---|

**TOTAL DUE ▶** $ 7,245.32

—TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740680004 8002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

APACHE CORP
C STOKELY & CO
P O BOX 149
RICHMOND TX 77406-0149

**Payable To:**  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR  **TAX NOTICE**
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

ASSESSED VALUE: 310,294     LESS HOMESTEAD: 0     TAXABLE: 310,294

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIS | $ 972.28 |
| 05.23M HOSPITAL DIS | $ 1,650.44 |
| 15.15M PARISH GOVER | $ 4,700.94 |
| 24.41M SCHOOL BOARD | $ 7,572.81 |
| 16.45M SHERIFF'S OF | $ 5,103.25 |

DESCRIPTION OF PROPERTY

PARCEL NUMBER: 0418510
OILFIELD IMPR.-120,066-0
SURFACE EQ. -11,427-0
SURFACE EQ. -129,392-0
SUBSURFACE EQ. -29,142-2
****PROPERTY DESCRIPTION****
GRAND BAY FIELD - 4148

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 972.28 |
| 05.23M HOSPITAL DISTRIC | $ 1,650.44 |
| 15.15M PARISH GOVERNMEN | $ 4,700.94 |
| 24.41M SCHOOL BOARD | $ 7,572.81 |
| 16.45M SHERIFF'S OFFICE | $ 5,103.25 |

| TOTAL DUE ▶ | $ 19,999.92 |
|---|---|

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740630004 B002

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

CHECK # _____

| TOTAL DUE ▶ | $ 19,996.92 |
|---|---|

APACHE CORP
% STAMFIL & CO
P O BOX 149
RICHMOND TX 77406-0149

RETURN THIS STUB WITH PAYMENT

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE C623784
WARD 5

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST
PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL 504-297-6256.

ASSESSED VALUE  42,082    LESS HOMESTEAD  0    TAXABLE  42,082

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER  C623784 | 01.20M ASSESSMENT DIST | $ 50.50 |
| SURFACE EQ.-4,477-0 | 05.33M HOSPITAL DISTR | $ 229.87 |
| SURFACE EQ.-29-0 | 16.15M PARISH GOVERNM | $ 537.22 |
| SURFACE EQ.-37-526-0 | 24.43M SCHOOL BOARD | $ 1,027.22 |
| ==PROPERTY DESCRIPTION== | 15.45M SHERIFF'S OFFI | $ 692.25 |
| VENICE DEHYDRATION PLANT | | |

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

C623784  WARD 5

| | |
|---|---|
| 01.20M ASSESSMENT DIST | $ 50.50 |
| 05.33M HOSPITAL DISTRICT | $ 229.87 |
| 16.15M PARISH GOVERNMENT | $ 537.22 |
| 24.43M SCHOOL BOARD | $ 1,027.22 |
| 15.45M SHERIFF'S OFFICE | $ 692.25 |

**TOTAL DUE ▶**    $ 2,831.36

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740680004 B002

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

**CHECK #**

**TOTAL DUE ▶**    $ 2,831.36

APACHE CORP
C STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE 041987200I
WARD D

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
| --- | --- |

TAX YEAR 2011

041987200I   WARD D

ASSESSED VALUE: 188,540    LESS HOMESTEAD: 0    TAXABLE: 188,540

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
| --- | --- | --- |
| PARCEL NUMBER: 041987200I | 01.20M ASSESSMENT DTS $ 226.25 | 01.20M ASSESSMENT DIST. $ 226.25 |
| WATERCRAFT-188,540-1 | 05.32M HOSPITAL DIS $ 1,003.03 | 05.32M HOSPITAL DISTRIC $ 1,003.03 |
| ===PROPERTY DESCRIPTION=== | 15.15M PARISH GOVER $ 2,856.39 | 15.15M PARISH GOVERNMEN $ 2,856.39 |
| OCEVON 1 | 24.41M SCHOOL BOARD $ 4,602.27 | 24.41M SCHOOL BOARD $ 4,602.27 |
| 188540 | 16.4SM SHERIFF'S OF $ 3,101.49 | 16.4SM SHERIFF'S OFFICE $ 3,101.49 |

CHECK # _____

| TOTAL DUE ▶ | $ 11,789.43 |
| --- | --- |

| TOTAL DUE ▶ | $ 11,789.43 |
| --- | --- |

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

APACHE CORP
X STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

7740650004 B002

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037  PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 0603061001
WARD D

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL**
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD, FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011

0603061001 WARD D

ASSESSED VALUE, 1,580    LESS HOMESTEAD  0    TAXABLE, 1,580

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER 0603061001 | 01.20M ASSESSMENT DIST. | $ 1.90 |
| WATERCRAFT-1,580-1 | 05.33M HOSPITAL DISTRIC | $ 8.40 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 23.94 |
| ORUTELLA | 24.41M SCHOOL BOARD | $ 38.57 |
| 1580 | 16.45M SHERIFF'S OFFIC | $ 25.99 |

01.20M ASSESSMENT DIST    $ 1.90
05.33M HOSPITAL DISTRICT   $ 8.40
15.15M PARISH GOVERNMENT   $ 23.94
24.41M SCHOOL BOARD        $ 38.57
16.45M SHERIFF'S OFFICE    $ 25.99

RETURN THIS STUB WITH PAYMENT

CHECK # _____

| TOTAL DUE ▷ | $ 98.80 |
|---|---|

| TOTAL DUE ▷ | $ 98.80 |
|---|---|

TAX YEAR 2011

APACHE CORP
% STANCIL & CO
P O BOX 749
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7740630004 B002

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 060985I002
WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

ASSESSED VALUE  420    LESS HOMESTEAD: 0    TAXABLE: 420

TAX YEAR 2011

060985I002  WARD 0

**DESCRIPTION OF PROPERTY**

**TAX DISTRICT**  **AMOUNT**

PARCEL NUMBER: 060985I002
WATERCRAFT-420-1
----PROPERTY DESCRIPTION----
OMP59 ALWELD
420

| 01.20M ASSESSMENT DIST. | $ 0.50 |
| 05.32M HOSPITAL DISTRICT | $ 2.34 |
| 15.15M PARISH GOVERNMEN | $ 6.36 |
| 24.41M SCHOOL BOARD | $ 10.25 |
| 15.45M SHERIFF'S OFFICE | $ 6.91 |

| 01.20M ASSESSMENT DIST | $ 0.50 |
| 05.32M HOSPITAL DISTRICT | $ 2.34 |
| 15.15M PARISH GOVERNMENT | $ 6.36 |
| 24.41M SCHOOL BOARD | $ 10.25 |
| 15.45M SHERIFF'S OFFICE | $ 6.91 |

**CHECK #** _____

**TOTAL DUE ▶** | $ 26.36 |

**TOTAL DUE ▶** | $ 26.36 |

TAX YEAR 2011

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740685004 B002

APACHE CORP
Z STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

RETURN THIS STUB WITH PAYMENT

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# 0A03861003

WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  4,170    LESS HOMESTEAD: 0    TAXABLE  4,170

**DESCRIPTION OF PROPERTY**

PARCEL NUMBER, 0A03861003
WATERCRAFT-4,170-1
===PROPERTY DESCRIPTION===
DRISS HARRIET
4170

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST | $ 5.03 |
| 05.32M HOSPITAL DISTRI | $ 22.29 |
| 15.15M PARISH GOVERNME | $ 63.49 |
| 24.41M SCHOOL BOARD | $ 102.29 |
| 16.45M SHERIFF'S OFFIC | $ 68.93 |

**TOTAL DUE ▶** | $ 262.03

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740650004 B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

---

**ADDRESS
SERVICE
REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

0A03861003  WARD 0

RETURN THIS STUB WITH PAYMENT

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 5.03 |
| 05.32M HOSPITAL DISTRICT | $ 22.29 |
| 15.15M PARISH GOVERNMENT | $ 63.49 |
| 24.41M SCHOOL BOARD | $ 102.29 |
| 16.45M SHERIFF'S OFFICE | $ 68.93 |

**CHECK #** _____

**TOTAL DUE ▶** | $ 262.03

APACHE CORP
C STANCIL & CO
P O BOX 149
RICHMOND, TX 77406-0149

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037     PHONE (504) 297-5425

**TAX NOTICE**

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE.  TAXES BECOME DELINQUENT ON JANUARY 1st. 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

**TOTAL DUE** ▶

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

RETURN THIS STUB WITH PAYMENT

**ADDRESS
SERVICE
REQUESTED**

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

**CHECK #**

**TOTAL DUE** ▶

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE 060515Y002
WARD D

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 4,250   LESS HOMESTEAD: 0   TAXABLE: 4,250

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

060515Y002   WARD D

PARCEL NUMBER: 060515Y002
WATERCRAFT 4,250-0
***PROPERTY DESCRIPTION***
CDR JOHNNY

01.50M ASSESSMENT DIST.    $ 5.10
05.32M HOSPITAL DISTRICT   $ 22.61
15.15M PARISH GOVERNMENT   $ 64.40
24.41M SCHOOL BOARD        $ 103.76
16.45M SHERIFF'S OFFICE    $ 69.91

01.20M ASSESSMENT DIST     $ 5.10
05.32M HOSPITAL DISTRICT   $ 22.61
15.15M PARISH GOVERNMENT   $ 64.40
24.41M SCHOOL BOARD        $ 103.76
16.45M SHERIFF'S OFFICE    $ 69.91

RETURN THIS STUB WITH PAYMENT

CHECK # _____

| TOTAL DUE ▶ | $ 265.78 |
|---|---|

| TOTAL DUE ▶ | $ 265.78 |
|---|---|

TAX YEAR 2011

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740650004 B002

Payable To: MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 0605169003
WARD 0

| | |
|---|---|
| **ADDRESS SERVICE REQUESTED** | **FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3** |

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

TAX YEAR 2011
0605169003   WARD 0

ASSESSED VALUE: 4,250   LESS HOMESTEAD: 0   TAXABLE: 4,250

DESCRIPTION OF PROPERTY          TAX DISTRICT          AMOUNT

PARCEL NUMBER: 0605169003
WATERCRAFT-4,250-0
===PROPERTY DESCRIPTION===
ONE BARGE
$250

| TAX DISTRICT | AMOUNT |
|---|---|
| 01.20% ASSESSMENT DIST | $ 8.10 |
| 05.53% HOSPITAL DISTRI | $ 22.41 |
| 15.15% PARISH GOVERNME | $ 64.40 |
| 24.41% SCHOOL BOARD | $ 103.76 |
| 16.45% SHERIFF'S OFFIC | $ 69.91 |

| | |
|---|---|
| 01.20% ASSESSMENT DIST | $ 8.10 |
| 05.52% HOSPITAL DISTRICT | $ 22.41 |
| 15.15% PARISH GOVERNMENT | $ 64.40 |
| 24.41% SCHOOL BOARD | $ 103.76 |
| 16.45% SHERIFF'S OFFICE | $ 69.91 |

RETURN THIS STUB WITH PAYMENT

CHECK #_____

| **TOTAL DUE ▶** | $ 255.78 |

| **TOTAL DUE ▶** | $ 255.78 |

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS. THIS IS YOUR ONLY RECEIPT**

7740688004 B002

APACHE CORP
% STANCIL & CO
P O BOX 149
RICHMOND TX 77406-0149

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**Payable To:**  MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**
TAX NOTICE# 0419872002
WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE: 14,970     LESS HOMESTEAD: 0     TAXABLE: 14,970

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0419872002 | 01. 20M ASSESSMENT DIST | $ 16.88 |
| WATERCRAFT-14,970-1 | 05. 33M HOSPITAL DISTRI | $ 74.85 |
| ***PROPERTY DESCRIPTION*** | 15. 15M PARISH GOVERNM | $ 213.17 |
| ONISE KRISTEN | 24. 41M SCHOOL BOARD | $ 543.45 |
| 14070 | 15. 45M SHERIFF'S OFFI | $ 331.45 |

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL**
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

0419872002   WARD 0

| | |
|---|---|
| 01. 20M ASSESSMENT DIST. | $ 16.88 |
| 05. 32M HOSPITAL DISTRICT | $ 74.85 |
| 15. 15M PARISH GOVERNMENT | $ 213.17 |
| 24. 41M SCHOOL BOARD | $ 543.45 |
| 16. 45M SHERIFF'S OFFICE | $ 331.45 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 879.80

Tax YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7740830004  B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**CHECK #** _____

**TOTAL DUE ▶**   $ 879.80

APACHE CORP
% SPANGLE & CO
P O BOX 149
RICHMOND TX 77406-0149

IhllhhhllhhhhlllhhhhhllhhhhllhhhhlhhhhhhIhhhI

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037    PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# D620564001

WARD D

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

ASSESSED VALUE  61,520     LESS HOMESTEAD: 0     TAXABLE: 61,520

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: D620564001 | 01.30M ASSESSMENT DIST | $ 57.82 |
| WATERCRAFT=61,520=0 | 05.92M HOSPITAL DISTR | $ 433.39 |
| ***PROPERTY DESCRIPTION*** | 19.15M PARISH GOVER | $ 1,235.03 |
| DM V HANSEN | 24.41M SCHOOL BOARD | $ 1,989.91 |
| 61520 | 14.45M SHERIFF'S OF | $ 1,341.00 |

ADDRESS
SERVICE
REQUESTED

FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3

TAX YEAR 2011

D620564001  WARD D

| | |
|---|---|
| 01.30M ASSESSMENT DIST | $ 57.82 |
| 05.92M HOSPITAL DISTRICT | $ 433.39 |
| 19.15M PARISH GOVERNMEN | $ 1,235.03 |
| 24.41M SCHOOL BOARD | $ 1,989.91 |
| 14.45M SHERIFF'S OFFICE | $ 1,341.00 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ►**    $ 5,097.44

TAX YEAR 2011

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

7740650004 B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

CHECK #_____

**TOTAL DUE ►**    $ 5,097.44

APACHE CORP
X STANCIL & CO
P O BOX 149
RICHMOND TX 77486-0149

**Payable To:** MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE** 0420564002
TAX NOTICE 0420564002
WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

**ADDRESS SERVICE REQUESTED**

**FIRST-CLASS MAIL
U.S. POSTAGE PAID
POINTE-ALA-HACHE, LA
PERMIT NO. 3**

TAX YEAR 2011

ASSESSED VALUE: 3,490   LESS HOMESTEAD: 0   TAXABLE: 3,490

0420564002   WARD 0

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0420564002 | 01 20% ASSESSMENT DIST. | $ 4.19 |
| UNTERCRAFT-3,490-0 | 05 22H HOSPITAL DISTRI | $ 10.57 |
| ==PROPERTY DESCRIPTION== | 10 18N PARISH GOVERNME | $ 52.87 |
| 000 BIOS SIDNEY | 24 41N SCHOOL BOARD | $ 85.19 |
| 3490 | 16 45N SHERIFF'S OFFIC | $ 57.41 |

| 01 20% ASSESSMENT DIST | $ 4.19 |
|---|---|
| 05 22H HOSPITAL DISTRICT | $ 10.57 |
| 10 18N PARISH GOVERNMENT | $ 52.87 |
| 24 41N SCHOOL BOARD | $ 85.19 |
| 16 45N SHERIFF'S OFFICE | $ 57.41 |

RETURN THIS STUB WITH PAYMENT

**CHECK #** _____

**TOTAL DUE ►** $ 218.23

**TOTAL DUE ►** $ 218.23

TAX YEAR 2011

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

**KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT**

7740E$0004 B002

AIRGAS CORP
T STAHLIN & CO
P O BOX 149
RICHMOND TX 77406-0149

IIadhIadaIIhadladadadIadhadaIadaladIaIaIaI

**Payable To:**   MICHAEL L. LAFRANCE, SHERIFF AND EX-OFFICIO TAX COLLECTOR
302 MAIN STREET
BELLE CHASSE, LA 70037   PHONE (504) 297-5425

**TAX NOTICE**

TAX NOTICE# 0620564003

WARD 0

PLAQUEMINES PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1st, 1% INTEREST PER MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED VALUE OR HOMESTEAD EXEMPTION CALL 504-297-5256.

| ADDRESS SERVICE REQUESTED | FIRST-CLASS MAIL U.S. POSTAGE PAID POINTE-ALA-HACHE, LA PERMIT NO. 3 |
|---|---|

TAX YEAR 2011

0620564003   WARD 0

ASSESSED VALUE: 3,490   LESS HOMESTEAD: 0   TAXABLE: 3,490

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0620564003 | 01.20M ASSESSMENT DIST. | $ 4.19 |
| WATERCRAFT-3,490-0 | 05.32M HOSPITAL DISTRI | $ 18.57 |
| ***PROPERTY DESCRIPTION*** | 15.15M PARISH GOVERNME | $ 52.87 |
| W/V GLORIANE | 24.41M SCHOOL BOARD | $ 85.19 |
| 3490 | 16.45M SHERIFF'S OFFIC | $ 57.41 |

| | |
|---|---|
| 01.20M ASSESSMENT DIST. | $ 4.19 |
| 05.32M HOSPITAL DISTRICT | $ 18.57 |
| 15.15M PARISH GOVERNMENT | $ 52.87 |
| 24.41M SCHOOL BOARD | $ 85.19 |
| 16.45M SHERIFF'S OFFICE | $ 57.41 |

RETURN THIS STUB WITH PAYMENT

**TOTAL DUE ▶**   $ 218.23

TAX YEAR 2011

KEEP THIS PORTION FOR YOUR RECORDS
THIS IS YOUR ONLY RECEIPT

7740684004 B002

It is your responsibility to forward this notice or a copy of this notice to your Mortgage Company.

CHECK # _____

**TOTAL DUE ▶**   $ 218.23

APACHE CORP
% STANCYL & CO
P O BOX 149
RICHMOND TX 77406-0149