Assessment Roll for the Parish of PLAQUEMINES 2011 ROBERT R GRAVOLET, Assessor PAGE 698

Real Estate 9.21.22 10/24/11

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| 1 522600 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST-OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>705.00 ACR | 2,820 | | | |
| | | Taxpayer Assessed Value | 2,820 | | | |
| COB-074 ACT-000- FOLIO- 455<br>705 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 30 (438 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 31 (267 AC) ALL IN T18S R25E. | | | | Totals | | 176.32 |
| 1 522650 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST-OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>830.00 ACR | 3,320 | | | |
| | | Taxpayer Assessed Value | 3,320 | | | |
| COB-074 ACT-000 FOLIO- 455<br>830 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 24 (397 AC). NE/4, NW/4, SW/4 & SW/4 OF SEC 25 (433 AC) ALL IN T18S R25E. | | | | Totals | | 207.59 |
| 1 522700 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 5 L/D: BU<br>640.00 Acr | 1,920 | | | |
| | | Taxpayer Assessed Value | 1,920 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 24 T19S R26E. | | | | Totals | | 120.05 |
| 1 522750 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 5 L/D: BU<br>1,167.00 Acr | 3,500 | | | |
| | | Taxpayer Assessed Value | 3,500 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 2 (527 AC) ALL IN T19S R26E. | | | | Totals | | 218.88 |

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | [illegible] |
|---|---|---|---|---|---|---|
| 1 522800 Map TSR<br>APACHE LOUISIANA MINERALS INC<br>[illegible] POST OAK BLVD | Marsh (Salt) | C/D: 5 L/D: BU<br>479.00 Acr | 1,435 | | | |

NE/4, NW/4, SE/4 & SW/4 OF SEC 1 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 2 (527 AC) ALL IN T19S R26E.

=== 1 522800 ====== Map- TSR
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — C/D: 5 L/D: BU — 479.00 Acr — 1,435
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 1,435

COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 17 (479 AC) T20S R26E. — Totals — 89.74

=== 1 522850 ====== Map- TSR
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — C/D: 6 L/D: BU — 1,198.00 Acr — 3,595
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 3,595

COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 25 (598 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 26 (600 AC) ALL IN T20S R27E. — Totals — 224.81

=== 1 522900 ====== Map- TSR
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — C/D: 6 L/D: BU — 640.00 Acr — 1,920
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 1,920

COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 36 (640 AC) IN T20S R27E. — Totals — 120.05

=== 1 522950 ====== Map- TSR
APACHE LOUISIANA MINERALS INC — Marsh (Brackish) — C/D: 5 L/D: BU — 928.00 ACR — 3,710
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 3,710

COB-074 ACT-000 FOLIO- 455
928.57 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (388.57 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (540 AC) ALL IN T18S R25E. — Totals — 231.98

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| === 1 523000 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>915.00 ACR | 3,660 | | | |
| | | Taxpayer Assessed Value | 3,660 | | | |
| COB-074 ACT-000 FOLIO- 455<br>915 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 26 (532 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 27 (383 AC) ALL IN T18S R25E. | | | | Totals | | 228.86 |
| === 1 523050 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>123.00 ACR | 490 | | | |
| | | Taxpayer Assessed Value | 490 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 36 T18S R25E. | | | | Totals | | 30.64 |
| === 1 523100 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 6 L/D: BU<br>1,280.00 Acr | 3,840 | | | |
| | | Taxpayer Assessed Value | 3,840 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T20S R27E. | | | | Totals | | 240.13 |
| === 1 523150 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 6 L/D: BU<br>1,138.00 Acr | 3,415 | | | |
| | | Taxpayer Assessed Value | 3,415 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4, SW/4 OF SEC 21 (533 AC). NE/4, NW/4, SE/4, SW/4 OF SEC 22 (605 AC) ALL IN T20S R27E. | | | | Totals | | 213.57 |

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| [illegible] Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 6 L/D: BU<br>1,240.00 Acr | 3,720 | | | |
| | | Taxpayer Assessed Value | 3,720 | | | |
| COB-074 ACT-000 FOLIO- 455<br>1240 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 27 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (600 AC) ALL IN T20S R27E. | | | | Totals | | 232.61 |

```
  1 523200      Map  TSR        Marsh (Salt)           C/D:  6  L/D: BU
APACHE LOUISIANA MINERALS INC                              1,240.00  Acr      3,720
2000 POST OAK BLVD
STE 100
HOUSTON                  TX 77056          Taxpayer Assessed Value              3,720
COB-074  ACT-000  FOLIO- 455                                                           Totals        232.61
1240 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 27 (640 AC).  NE/4, NW/4,
SE/4 & SW/4 OF SEC 28 (600 AC) ALL IN T20S R27E.

===1 523250   ====== Map  TSR        ==================== C/D:  6  L/D: BU ====================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)       1,280.00  Acr      3,840
2000 POST OAK BLVD                                                      ----------
STE 100
HOUSTON                  TX 77056          Taxpayer Assessed Value              3,840
COB-074  ACT-000  FOLIO- 455                                                           Totals        240.13
1280 AC.  NE/4, NW/4, SE/4 & SW/4 OF SEC 23 (640 AC).  NE/4, NW/4,
SE/4 & SW/4 OF SEC 24 (640 AC) ALL IN T20S R27E.

===1 523300   ======= Map  TSR       ==================== C/D:  5  L/D: BU ====================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)         971.00  Acr      2,915
2000 POST OAK BLVD                                                      ----------
STE 100
HOUSTON                  TX 77056          Taxpayer Assessed Value              2,915
COB-074  ACT-000  FOLIO- 455                                                           Totals        182.31
NE/4, NW/4, SE/4 & SW/4 OF SEC 6 (560 AC).  NE/4, NW/4, SE/4 & SW/4 OF
SEC 7 (411 AC) ALL IN T19S R26E.

===1 523350   ======= Map  TSR       ==================== C/D:  5  L/D: BU ====================
APACHE LOUISIANA MINERALS INC           Marsh (Salt)         845.50  Acr      2,535
2000 POST OAK BLVD                                                      ----------
STE 100
HOUSTON                  TX 77056          Taxpayer Assessed Value              2,535
COB-074  ACT-000  FOLIO- 455                                                           Totals        158.53
NE/4, NW/4, SE/4 & SW/4 OF SEC 10 (465.50 AC).  NW/4 & SW/4 OF SEC 8
300 AC).  NE/4 & SE/4 OF SEC 9 (80 AC) ALL IN T19S R26E.
==========================================================================================
```

| Assessment # | Property Information | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|
| === 1 523400 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Salt) 480.00 Acr<br>Taxpayer Assessed Value | 1,440<br>1,440 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4 & NW/4 OF SEC 4 (120 AC). NE/4, NW/4 & SW/4 OF SEC 5 (360 AC)<br>ALL IN T19S R26E. | | | Totals | | 90.05 |
| === 1 523450 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Brackish) 551.00 ACR<br>Taxpayer Assessed Value | 2,205<br>2,205 | | | |
| COB-074 ACT-000 FOLIO- 455<br>551.45 AC. NW/4, SE/4 & SW/4 OF SEC 13 (228.45 AC). NE/4, NW/4, SE/4<br>& SW/4 OF SEC 14 (323 AC) ALL IN T18S R25E. | | | Totals | | 137.92 |
| === 1 523500 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Brackish) 1,167.00 ACR<br>Taxpayer Assessed Value | 4,670<br>4,670 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC). NE/4, NW/4, SE/4 & SW/4<br>OF SEC 33 (611 AC) ALL IN T18S R25E. | | | Totals | | 292.02 |
| === 1 523550 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>% GRAND ECAILLE LAND CO<br>1615 POYDRAS ST<br>ATTN: TAX DEPT/V.MIX<br>NEW ORLEANS LA 70112 | C/D: 5 L/D: BU<br>Marsh (Salt) 289.00 Acr<br>Taxpayer Assessed Value | 865<br>865 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4 & SW/4 OF SEC 5 (111 AC). NE/4 & NW/4 OF SEC 6 (58 AC).<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC) ALL IN T20S R26E. | | | Totals | | 54.13 |

Assessment # ... Property Information ... Assessment

=== 1 523600 ====== Map- TSR ==================== C/D: 6 L/D: BU
APACHE LOUISIANA MINERALS INC    Misc Land    113.01 Acr    1,695
& GRAND ECAILLE LAND CO    Marsh (Salt)    11,231.99 Acr    33,695
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX    Taxpayer Assessed Value    35,390
NEW ORLEANS    LA 70112    Totals    2,212.93
COB-074 ACT-000 FOLIO- 455
NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC). LESS 10 AC TO L SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115 INCLUDING SEC 25 T19S R26E, NE/4 (118 AC), NW/4 (9 AC), SE/4 (142 AC), SW/4 (11 AC) SEC 26, NE/4 (97 AC), NW/4 (85 AC), SE/4 (28 AC), SW/4 (30 AC) SEC 33, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 34, NE/4 (132 AC), NW/4 (160 AC), SE/4 (68 AC), SW/4 (160 AC) SEC 35, NE/4 (152 AC), NW/4 (89 AC), SE/4 (97 AC) SEC 36 ALL IN T19S R26E TOTALING (2,648 AC). NE/4 (8 AC), NW/4 (144 AC), SW/4 (52 AC) SEC 2, NE/4 (160 AC), NW/4 (160 AC), SE/4 (129 AC), SE/4 (160 AC), SEC 3, NE/4 (89 AC), SE/4 (139 AC), SW/4 (3 AC) SEC 4, NE/4 (92 AC), NW/4 (32 AC), SE/4 (39 AC), SW/4 (8 AC) SEC 9, NE/4 (34 AC), SE/4 (144 AC), SW/4 (92 AC) SEC 10, NE/4 (44 AC), NW/4 (14 AC), SE/4 (102 AC), SW/4 (53 AC) SEC 11, SW/4 (8 AC) SEC 12, NE/4 (93 AC), NW/4 (150 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 13, NE/4 (160 AC), NW/4 (82 AC), SE/4 (160 AC), SW/4 (125 AC) SEC 14, NE/4 (108 AC), NW/4 (160 AC, SE/4 (79 AC), SW/4 (120 AC) SEC 15, NE/4 (85 AC), NW/4 (49 AC), SE/4 (153 AC), SW/4 (78 AC) SEC 22, NE/4 (142 AC), NW/4 (98 AC), SE/4 (16 AC), SW/4 (62 AC) SEC 21, NE/4 (160 AC), NW/4 (126 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 23, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 24, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 25, NE/4 (160 AC), NW/4 (152 AC), SE/4 (158 AC), SW/4 (136 AC) SEC 26, NE/4 (153 AC), NW/4 (140 AC), SE/4 (148 AC), SW/4 (98 AC) SEC 27, NE/4 (40 AC), NW/4 (4 AC), SE/4 (136 AC) SEC 28, NE/4 (93 AC), NW/4 (1 AC), SE/4 (86 AC), SW/4 (7 AC) SEC 33, NE/4 (142 AC), NW/4 (129 AC), SE/4 (118 AC), SW/4 (143 AC) SEC 34, NE/4 (140 AC), NW/4 (139 AC), SE/4 (9 AC), SW/4 (66 AC) SEC 35, NE/4 (127 AC), NW/4 (132 AC), SE/4 (110 AC), SW/4 (98 AC) SEC 36 ALL IN T20S R26E TOTAL 8,697 AC.

=== 1 523650 ====== Map- TSR ==================== C/D: 5 L/D: BU ====================
APACHE LOUISIANA MINERALS INC    Marsh (Brackish)    1,010.00 ACR    4,040
2000 POST OAK BLVD
STE 100
HOUSTON    TX 77056    Taxpayer Assessed Value    4,040
COB-074 ACT-000 FOLIO- 455    Totals    252.63
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC). NW/4 OF SEC 17 (48 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) ALL IN T19S R26E.

==========================================================================

Assessment Roll for the Parish of PLAQUEMINES 2011 ROBERT R GRAVOLET, Assessor PAGE 704

Real Estate 9.21.22 10/24/11

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| === 1 523700 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 5 L/D: BU<br>966.00 Acr<br>Taxpayer Assessed Value | 2,900<br><br>2,900 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (354 AC). SE/4 & SW/4 OF SEC 20 (57 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 21 (555 AC) ALL IN T19S R26E. | | | | Totals | | 181.34 |
| === 1 523750 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 5 L/D: BU<br>499.00 Acr<br>Taxpayer Assessed Value | 1,495<br><br>1,495 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 27 T19S R26E. | | | | Totals | | 93.50 |
| === 1 523800 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>1,190.00 ACR<br>Taxpayer Assessed Value | 4,760<br><br>4,760 | | | |
| COB-074 ACT-000 FOLIO- 455<br>1190 AC NE/4, NW/4, SE/4 & SW/4 OF SEC 22 (590 AC) NE/4, NW/4, SE/4 & SW/4 OF SEC 23 (600 AC) ALL IN T19S R26E. | | | | Totals | | 297.62 |
| === 1 523850 ====== Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Salt) | C/D: 5 L/D: BU<br>1,280.00 Acr<br>Taxpayer Assessed Value | 3,840<br><br>3,840 | | | |
| COB-074 ACT-000 FOLIO- 455<br>1280 AC NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 14 (640 AC) ALL IN T19S R26E. | | | | Totals | | 240.13 |

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | Marsh (Brackish) | C/D: 5 L/D: BU<br>973.00 ACR<br>Taxpayer Assessed Value | 3,890<br><br>3,890 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4 & SW/4 OF SEC 22 (407 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC | | | | Totals | | 243.25 |

```
[illegible] Assessment #        Property Information        [illegible] Assessment   [illegible] Mills   Covered by [illegible] Homestead [illegible] Taxpayer

=== 1 523900 ====== Map- TSR
APACHE LOUISIANA MINERALS INC        Marsh (Brackish)      C/D: 5  L/D: BU
2000 POST OAK BLVD                                         973.00  ACR        3,890
STE 100                                   Taxpayer Assessed Value             3,890
HOUSTON                 TX 77056
COB-074  ACT-000  FOLIO- 455                                                           Totals          243.25
NE/4, NW/4 & SW/4 OF SEC 22 (407 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC
23 (566 AC) ALL IN T18S R25E.

=== 1 523950 ====== Map- TSR         =================== C/D: 5  L/D: BU ==========================
APACHE LOUISIANA MINERALS INC        Marsh (Salt)                 508.00  Acr      1,525
2000 POST OAK BLVD                                                            ------------
STE 100                                   Taxpayer Assessed Value             1,525
HOUSTON                 TX 77056
COB-074  ACT-000  FOLIO- 455                                                           Totals           95.39
NE/4, SE/4 & SW/4 OF SEC 31 (260 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC
32 (248 AC) ALL IN T19S R26E.

=== 1 524000 ====== Map- TSR         =================== C/D: 5  L/D: BU ==========================
APACHE LOUISIANA MINERALS INC        Marsh (Salt)                 555.00  Acr      1,665
2000 POST OAK BLVD                                                            ------------
STE 100                                   Taxpayer Assessed Value             1,665
HOUSTON                 TX 77056
COB-074  ACT-000  FOLIO- 455                                                           Totals          104.14
NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (355 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 29 (200 AC) ALL IN T19S R26E.

=== 1 524050 ====== Map- TSR         =================== C/D: 6  L/D: BU ==========================
APACHE LOUISIANA MINERALS INC        Marsh (Salt)                 260.00  Acr        780
2000 POST OAK BLVD                                                            ------------
STE 100                                   Taxpayer Assessed Value               780
HOUSTON                 TX 77056
COB-074  ACT-000  FOLIO- 455                                                           Totals           48.77
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 ALL IN T20S R27E.
==================================================================================================
```

Assessment Roll for the Parish of PLAQUEMINES 2011 — ROBERT R GRAVOLET, Assessor — PAGE 706

Real Estate — 9.21.22 10/24/11

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| 1 524100 Map- TSR | C/D: 5 L/D: BU | | | | | |
| APACHE LOUISIANA MINERALS INC | Marsh (Brackish) | 1,179.00 ACR | 4,715 | | | |
| 2000 POST OAK BLVD | | | | | | |
| STE 100 | Taxpayer Assessed Value | | 4,715 | | | |
| HOUSTON TX 77056 | | | | | | |
| COB-074 ACT-000 FOLIO- 455 NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (616 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 29 (563 AC) ALL IN T18S R25E. | | | | Totals | | 294.86 |
| 1 524150 Map- TSR | C/D: 5 L/D: BU | | | | | |
| APACHE LOUISIANA MINERALS INC | Marsh (Brackish) | 760.00 ACR | 3,040 | | | |
| 2000 POST OAK BLVD | | | | | | |
| STE 100 | Taxpayer Assessed Value | | 3,040 | | | |
| HOUSTON TX 77056 | | | | | | |
| COB-074 ACT-000 FOLIO- 455 NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (356 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 35 (404 AC) ALL IN T18S R25E. | | | | Totals | | 190.10 |
| 1 524200 Map- TSR | C/D: 5 L/D: BU | | | | | |
| APACHE LOUISIANA MINERALS INC | Marsh (Salt) | 416.00 Acr | 1,250 | | | |
| 2000 POST OAK BLVD | | | | | | |
| STE 100 | Taxpayer Assessed Value | | 1,250 | | | |
| HOUSTON TX 77056 | | | | | | |
| COB-074 ACT-000 FOLIO- 455 NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (72 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 19 (98 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (246 AC) ALL IN T20S R26E. | | | | Totals | | 78.19 |
| 1 524250 Map- TSR | C/D: 6 L/D: BU | | | | | |
| APACHE LOUISIANA MINERALS INC | Marsh (Salt) | 2,106.00 Acr | 6,320 | | | |
| 2000 POST OAK BLVD | | | | | | |
| STE 100 | Taxpayer Assessed Value | | 6,320 | | | |
| HOUSTON TX 77056 | | | | | | |
| COB-074 ACT-000 FOLIO- 455 NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC) & SW/4 (160 AC) OF SEC 1 (640 AC), NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC) & SW/4 (160 AC) OF SEC 2 (640 AC), NE/4 (160 AC), NW/4 (134 AC), SE/4 (160 AC), SW/4 (86 AC) OF SEC 3 (540 AC), NE/4 (12 AC), NW/4 (121 AC), SE/4 (20 AC), SW/4 (133 AC) OF SEC 4 (286 AC) ALL IN T20S R27E. | | | | Totals | | 395.18 |

| Assessment # | Property Information | | Assessment | Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| Map- TSR | C/D: 5 L/D: BU | | | | | |
| APACHE LOUISIANA MINERALS INC | Marsh (Salt) | 188.00 ACR | 565 | | | |
| 2000 POST OAK BLVD | | | | | | |
| STE 100 | Taxpayer Assessed Value | | 565 | | | |
| HOUSTON TX 77056 | | | | | | |
| COB-074 ACT-000 FOLIO- 455 ... NW/4 ... SE/4 OF SEC 30 (48 AC) | | | | Totals | | 35.37 |

=== 1 524300 ====== Map- TSR
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — C/D: 5 L/D: BU — 188.00 Acr — 565
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 565
COB-074 ACT-000 FOLIO- 455
NE/4 & SW/4 OF SEC 29 (140 AC). NE/4, NW/4 & SE/4 OF SEC 30 (48 AC).
ALL IN T20S R26E. — Totals — 35.37

=== 1 524350 ====== Map- TSR ==================== C/D: 6 L/D: BU ====================
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — 369.00 Acr — 1,105
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 1,105
COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 9 (369 AC) ALL IN T20S R27E. — Totals — 69.12

=== 1 524400 ====== Map- TSR ==================== C/D: 5 L/D: BU ====================
APACHE LOUISIANA MINERALS INC — Marsh (Salt) — 152.00 Acr — 455
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 455
COB-074 ACT-000 FOLIO- 455
NW/4, SE/4 & SW/4 OF SEC 8 (152 AC) ALL IN T20S R26E. — Totals — 28.48

=== 1 524450 ====== Map- TSR ==================== C/D: 5 L/D: BU ====================
APACHE LOUISIANA MINERALS INC — Marsh (Brackish) — 1,153.00 ACR — 4,610
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056 — Taxpayer Assessed Value — 4,610
COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (609 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 21 (544 AC) ALL IN T18S R25E. — Totals — 288.28
==========================================================================

Assessment Roll for the Parish of PLAQUEMINES 2011 — ROBERT R GRAVOLET, Assessor — PAGE 708

Real Estate — 9.21.22 — 10/24/11

| Assessment # | Property Information | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|
| 1 524500 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 6 L/D: BU<br>Marsh (Salt) 1,867.50 Acr<br>Taxpayer Assessed Value | 5,600<br><br>5,600 | | | |
| COB-074 ACT-000 FOLIO- 455<br>1867.50 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 33 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 34 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 35 (587.50 AC) ALL IN T20S R27E. | | | Totals | | 350.17 |
| 1-524550 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Salt) 1,240.00 Acr<br>Taxpayer Assessed Value | 3,720<br><br>3,720 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 11 (600 AC). NE/4, NW/4, SE/4 & SE/4 OF SEC 12 (640 AC) ALL IN T19S R26E. | | | Totals | | 232.61 |
| 1-524600 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 6 L/D: BU<br>Marsh (Salt) 1,600.00 Acr<br>Taxpayer Assessed Value | 4,800<br><br>4,800 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4 & SE/4 OF SEC 10 (320 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 11 (640 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 12 (640 AC) ALL IN T20S R27E. | | | Totals | | 300.13 |
| 1-524650 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Brackish) 760.00 ACR<br>Taxpayer Assessed Value | 3,040<br><br>3,040 | | | |
| COB-074 ACT-000 FOLIO- 455<br>NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (328 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 17 (432 AC) ALL IN T18S R25E. | | | Totals | | 190.10 |

| Assessment # | Property Information | Assessment | Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|
| 1-524700 Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | C/D: 5 L/D: BU<br>Marsh (Salt) 150.00 Acr<br>Taxpayer Assessed Value | 450<br><br>450 | | | |
| COB-074 ACT-000 FOLIO- 455 | | | | | |

OF SEC 17 (432 AC) ALL IN T18S R25E

Assessment | Property Information | Assessment

1-524700 ====== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON TX 77056
Marsh (Salt) C/D: 5 L/D: BU 150.00 Acr 450
Taxpayer Assessed Value 450
COB-074 ACT-000 FOLIO- 455
NE/4, SE/4 & SW/4 OF SEC 31 (115 AC). NE/4, NW/4 & SW/4 OF SEC 32 (35 AC) ALL IN T20S R26E.

Totals 28.15

=== 1-524750 ====== Map- TSR ==================== C/D: 6 L/D: BU
APACHE LOUISIANA MINERALS INC
%GRAND ECAILLE LAND CO
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX
NEW ORLEANS LA 70112
Marsh (Salt) 5,110.42 Acr 15,330
Taxpayer Assessed Value 15,330
COB-074 ACT-000 FOLIO- 455
NE/4 (160 AC), NW/4 (76 AC), SE/4 (151 AC), SW/4 (53 AC) SEC 6, NE/4 (146 AC), NW/4 (160 AC), SE/4 (134 AC), SW/4 (160 AC), SEC 5 NE/4 (106 AC), SE/4 (14 AC) SEC 7 NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC), SW/4 (148 AC), SEC 3 NE/4 (154 AC), NW/4 (152 AC), SE/4 (146 AC), SW/4 (108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC), NW/4 (160 AC), SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4 (14 AC), SE/4 (46 AC), SW/4 (16 AC) SEC 20, NE/4 (16 AC), NW/4 (104 AC), SE/4 (96 AC, SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (160 AC), SE/4 (96 AC) SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (130 AC), SE/4 (140 AC), SW/4 SEC 31, NE/4 (160 AC), NW/4 (146 AC), SE/4 (160 AC), SW/4 (154 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC. LESS 1.464 AC TO MARIA T TESVICH IN 542/136/672 (OUT OF SEC 5). LESS .615 AC TO TONY J TESVICH IN 542/135/667 (SEC 5).

Totals 958.59

=== 1-622694 ====== Map- 1-118A-012 ================== C/D: 1 L/D: GP
APPLEWHITE, AUDREY M
1611 RICH AVE
GULFPORT MS 39501
Immovable32871 08 LEXING 1.00 1,360
Taxpayer Assessed Value 1,360
COB-182 ACT-000 FOLIO- 368
IMMOBILIZED TRAILER ON PROPERTY OF CAESAR HOWARD EST CARRIED IN.
1-261600

Totals 85.04