STATE OF LOUISIANA

PARISH OF PLAQUEMINES

## BOUNDARY AGREEMENT

THIS AGREEMENT made and entered into as of the \_\_13th\_\_ day of \_\_August\_\_, 1969, by and between:

(a) THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland corporation duly qualified to do and doing business in the State of Louisiana (hereinafter called "LOUISIANA LAND"); and

(b) VERMILION BAY LAND COMPANY, a Delaware corporation duly qualified to do and doing business in the State of Louisiana (hereinafter called "VERMILION BAY"); and

WHEREAS, the parties hereto represent that they are, respectively, the owners of certain properties, situated in Plaquemines and Jefferson Parishes, Louisiana, as hereinafter set forth; and

WHEREAS, differences and disputes have arisen and now exist between said respective parties with respect to the location of the boundaries between the properties owned by Louisiana Land and those owned by Vermilion Bay; and

WHEREAS, certain surveys have been made, the results of which are shown on a map entitled "Map Prepared Jointly by T. Baker Smith & Son, Inc. and F. Shutts' Sons, Civil Engineers and Engineers of The Louisiana Land and Exploration Company Showing The Boundaries Between Vermilion Bay Land Company and The Louisiana Land and Exploration Company Plaquemines Parish, Louisiana," dated July, 1969, a copy of

which map, marked "Exhibit A", is attached hereto and made part hereof, and to which reference will be hereinafter made; and

WHEREAS, the parties hereto wish to settle any possible controversy as to the locations of the boundary lines separating the properties owned by Louisiana Land from those owned by Vermilion Bay, and for that reason, have agreed between themselves to accept the results of the aforesaid map as correct solely for the purposes of permanently establishing said boundary lines (but for no other purpose), all to the end that all differences and disputes between them with respect to the location of said boundaries may be compromised and settled;

NOW, THEREFORE, in consideration of the premises and of the mutual covenants herein contained, and recognizing that the parties own other properties in Plaquemines and Jefferson Parishes, Louisiana, in addition to the properties specifically described herein, the parties have agreed and do hereby agree, between themselves, as follows, to-wit:

### FIRST

Vermilion Bay represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

```
Section 24, all
Section 25, all
Section 32, all
Section 33, all
Section 34, all
Section 35, all
Section 36, all
```

In Township 20 South, Range 27 East

> Subject, however, to whatever rights may have been acquired by Grande Ecaille Land Company, Inc. from Mt. Forrest Fur Farms of America, Inc. by deed dated August 3, 1942; and recorded in Conveyance Book 107 folio 418, Plaquemines Parish, Louisiana.

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

> Section 26, all
> Section 27, all
>
> In Township 20 South, Range 28 East
>
> Section 1, all
> Section 2, all
> Section 3, all
> Section 4, all
> Section 5, all
>
> In Township 21 South, Range 27 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of Vermilion Bay, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

> Beginning at the point designated by the Letter "A" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,502,660.25$ and $Y = 248,085.27$;
>
> Thence, North 87°56'41" East a distance of 26,575.84 feet to the point designated by the letter "B" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,529,219.00$ and $Y = 249,038.40$;
>
> Thence, North 0°08'46" East a distance of 5,598.77 feet to the pcoint designated by the letter "C" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,529,233.18$ and $Y = 254,637.14$.

### SECOND

Vermilion Bay represents that it is the owner

-3-

of the following described property situated in Plaquemines

Parish, Louisiana, to-wit:

>Section 24, all
>Section 25, all
>Section 36, all

>>In Township 18 South, Range 25 East

>Section 1, all
>Section 2, all
>Section 3, all
>Section 4, all
>Section 5, all
>Section 6, all
>Section 12, all
>Section 13, all
>Section 24, all
>Section 25, all
>Section 36, all

>>In Township 19 South, Range 26 East

>Section 1, all
>Section 12, all

>>In Township 20 South, Range 26 East

>Section 1, all
>Section 2, all
>Section 3, all
>Section 4, all
>Section 5, all
>Section 6, all

>>In Township 20 South, Range 27 East

>SUBJECT, HOWEVER, to whatever rights may have been acquired by Grande Ecaille Land Company, Inc. from Mt. Forrest Fur Farms of America, Inc. by deed dated August 3, 1942, and recorded in Conveyance Book 107, folio 418, Plaquemines Parish, Louisiana.

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

>Section 34, all
>Section 35, all
>Section 41, all
>Section 42, all
>Section 43, all
>Section 44, all
>Section 45, all

-4-

Section 46, all

    In Township 18 South, Range 26 East

Section 31, all

    In Township 18 South, Range 27 East

Section 18, all
Section 19, all
Section 30, all
Section 31, all
Section 42, all
Section 43, all
Section 44, all
Section 45, all
Section 46, all
Section 47, all
Section 48, all

    In Township 19 South, Range 27 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of Vermilion Bay, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

> Beginning at a point designated by the letter "D" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,529,260.20$ and $Y = 265,197.60$;

> Thence, South 87° 34' 55" West a distance of 32,913.82 feet to the point designated by the letter "E" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,496,375.64$ and $Y = 263,808.88$;

> Thence, North 0° 54' 20" West a distance of 31,680.10 feet to the point designated by the letter "F" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,495,874.96$ and $Y = 295,485.02$;

> Thence, South 88° 12' 30" West a distance of 32,124.23 feet to the point designated by the letter "G" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X - 2,463,766.44$ and $Y = 294,480.69$;

-5-

Thence, North 3° 23' 52" West a distance of 15,822.80 feet to the point designated by the letter "H" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,462,828.66 and Y = 310,275.67.

### THIRD

Vermilion Bay represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

```
Section 18, all
Section 19, all
Section 30, all
Section 31, all
Section 32, all
Section 33, all
Section 34, all
Section 35, all
Section 36, all
```

    In Township 18 South, Range 25 East

```
Section 6, all
Section 7, all
Section 18, all
Section 19, all
Section 30, all
Section 31, all
```

    In Township 19 South, Range 26 East

```
Section 6, all
Section 7, all
```

    In Township 20 South, Range 26 East

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines and Jefferson Parishes, Louisiana, to-wit:

```
Section 1, all
Section 12, all
Section 13, all
Section 24, all
Section 25, E 1/2
Section 36, E 1/2 of E 1/2
```

    In Township 18 South, Range 24 East

Section 1, E 1/2 of NE 1/4

-6-

In Township 19 South, Range 24 East

```
Section 1, all
Section 2, all
Section 3, all
Section 4, all
Section 5, all
Section 6, all
Section 12, all
Section 13, all
Section 24, all
Section 25, all
Section 36, all
```

In Township 19 South, Range 25 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of Vermilion Bay, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

> Beginning at the point designated by the letter "J" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,463,754.70$ and $Y = 264,974.93$;

> Thence, North 0° 52' 24" West a distance of 30,578.16 feet to the point designated by the letter "K" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,463,288.63$ and $Y = 295,549.54$;

> Thence, South 89° 03' 51" West a distance of 31,710.25 feet to the point designated by the letter "L" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,431,582.61$ and $Y = 295,031.63$;

> Thence, North 0° 57' 38" West to the extent of the common boundary between Vermilion Bay and Louisiana Land.

### FOURTH

All bearing and all coordinates set forth herein are based on State Plane Lambert Grid, Louisiana South Zone; all as more fully shown on the attached map marked Exhibit "A".

-7-

## FIFTH

The parties hereto further declare that in order to avoid any dispute, controversy, or uncertainty as to the aforesaid boundary lines, and in order to immediately and forever put such matters to rest, they have agreed to and do hereby permanently fix and establish their aforesaid boundary lines in accordance with the description and map hereinabove referred to and have accepted the lines hereinabove set out in detail as the boundary lines between the properties above mentioned, whether or not the same be the true lines as fixed by the original government survey; and the parties do hereby make such conveyances and transfers, without any warranty whatsoever, but with full substitution and subrogation in and to all the rights and actions of warranty which said parties have or may have against all preceding owners, unto each other, as their interests may appear, as may be necessary to effectuate this agreement. It is further agreed that the map attached hereto as Exhibit "A", and the lines shown thereon, shall be used and the same is hereby adopted by the parties solely for the purpose of locating said properties (and for no other purpose); it being the intent and agreement hereof that, as between the parties hereto, the lines shown on said map shall constitute and the same are hereby adopted as the lines dividing the various townships mentioned herein. The representations herein made by the respective parties hereto of their ownership of the lands the boundaries of which are being fixed herein, are made without warranty and without recourse one against the other of any kind whatsoever.

## SIXTH

The parties recognize that some of the boundaries hereinabove set forth have not been physically marked on the ground, and they therefore agree to mark, re-mark, monument, and re-monument all of said boundary lines, as shown on the attached plat and described herein, on the ground after this instrument has been executed, the work to be performed by T. Baker Smith & Son, Inc., F. Shutts' Sons, and engineers of Louisiana Land. A plan of survey and a proces-verbal showing the location and monumentation of said boundaries as they exist on the ground shall be prepared, which plan of survey and proces-verbal shall be filed in the conveyance records of Plaquemines Parish, Louisiana, and identified with this instrument. In the event that said boundaries are not so marked on the ground, however, this agreement shall nevertheless stand and operate as a full and complete settlement and establishment of said boundaries.

## SEVENTH

It is expressly understood and agreed that the adjustment of said boundary lines, as herein provided, is limited to the fixing of the rights of the parties hereto, and their respective successors and assigns, and that this agreement is not executed for the benefit of any third person, or third persons, and shall not be binding upon or used against any of the parties signatory hereto, or their respective successors or assigns, in any controversy with any other person, firm, or corporation, for any purposes whatsoever.

IN WITNESS WHEREOF, this instrument has been executed on the day and date first above written in the presence of the undersigned competent witnesses.

WITNESSES:

*Harry D. Graham*

*Mr. R. D. Leal*

*Winston Scheen*

*Diana K. Miranda*

THE LOUISIANA LAND AND EXPLORATION COMPANY

By *John S. Phillips*

VERMILION BAY COMPANY

By *J. Fred Joy*
President

STATE OF LOUISIANA
PARISH OF ORLEANS

On this __12__ day of __September__, 1969, before me personally appeared __John Y. Phillips__, to me personally known, who, being by me duly sworn, did say that he is the __President__ of THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland corporation, and that said instrument was signed in behalf of said corporation by authority of its Board of Directors, and the said appearer acknowledged said instrument to be the free act and deed of said corporation.

*Rene L. Randon*
NOTARY PUBLIC

RENE L. RANDON
NOTARY PUBLIC, PARISH OF ORLEANS, LA.
MY COMMISSION ISSUED FOR LIFE

VERMILION BAY LAND CO.

"A"

X= 2,502,660.25
Y= 248,085.27

N 87° 56' 41" E    26,575.84'

"B"

"C"

X= 2,529,233.18
Y= 254,637.14

16,159.30'

5,598.77'

THE LA. LAND & EXPL. CO.

X= 2,529,219.00
Y= 249,038.40

THE LOUISIANA LAND AND EXPLORATION CO.
EXHIBIT "A"

MAP PREPARED JOINTLY BY
T. BAKER SMITH & SON, INC.
AND
F. SHUTTS' SONS, CIVIL ENGINEERS
AND
THE LOUISIANA LAND AND EXPLORATION COMPANY
ENGINEERS OF
SHOWING THE BOUNDARIES BETWEEN
VERMILION BAY LAND COMPANY
AND
THE LOUISIANA LAND AND EXPLORATION COMPANY
PLAQUEMINES PARISH, LOUISIANA
GRAPHIC SCALE OF FEET

3,000  2,000  1,000  0   3,000  6,000  9,000

JULY, 1969

R-4-J



See conveyance copy of 340 for this map on film 7.

N 00° 57' 38" W

T 18 S - R 25 E

VERMILION BAY

JEFFERSON PARISH
PLAQUEMINES PARISH

X = 2,431,582.61
Y =   295,031.63

"L"

S 89° 03' 51" W   31,710.20

STATE OF _Michigan_
County OF _Monroe_

On this _13_ day of _August_, 1969, before me personally appeared _J Fred Boyd_, to me personally known, who being by me duly sworn, did say that he is the _President_ of VERMILION BAY LAND COMPANY, a Delaware corporation, and that said instrument was signed in behalf of said corporation by authority of its Board of Directors, and the said appearer acknowledged said instrument to be the free act and deed of said corporation.

X _Winston Scheer_
NOTARY PUBLIC

WINSTON SCHEER, JR.
Notary Public, Monroe County, Mich.
My Commission Expires Dec. 29, 1970

RECORDED PARISH OF PLAQUEMINES ON
_September 17_, 19_69_ IN C.O.B. _340_
FOLIO _448_
_Dorothy W. Lyons_
DY. CLERK OF COURT _9/1050_