COB 341
folio 215
File # 60

STATE OF LOUISIANA

PARISH OF PLAQUEMINES

## BOUNDARY AGREEMENT

THIS AGREEMENT made and entered into as of the 23rd day of September, 1969, by and between:

(a) THE LOUISIANA LAND AND EXPLORATION COMPANY, a Maryland corporation duly qualified to do and doing business in the State of Louisiana (hereinafter called "LOUISIANA LAND"); and

(b) MRS. DULA DASHIELL COCKRELL, married but once and then to Ernest Cockrell, Sr., now deceased, a person of the full age of majority, and a resident of Harris County, Texas;

ERNEST COCKRELL, JR., married but once and then to Virginia Harris Cockrell, with whom he is presently living and residing, a person of the full age of majority, and a resident of Harris County, Texas; and

ERNEST COCKRELL, JR., ALF ROARK and A. G. McNEESE, JR., each of the full age of majority, Trustees of The Carol Dashiell Cockrell Louisiana Trust;

ERNEST COCKRELL, JR., ALF ROARK and A. G. McNEESE, JR., each of the full age of majority, Trustees of The Ernest Harris Cockrell Louisiana Trust;

THE MORAN CORPORATION, a Delaware corporation duly qualified to do and doing business in the State of Louisiana;

MILDRED H. HELLER, Executrix of the Succession of Isaac S. Heller, deceased;

MILDRED H. HELLER, widow of Isaac S. Heller, a person of the full age of majority, and a resident of Orleans Parish, Louisiana;

-2-

>THEO M. HELLER, a person of the full
>age of majority, and a resident of
>Jefferson Parish, Louisiana; and
>
>SANDRA PEILEN, wife of/and EDWARD M.
>HELLER, married but once and then to
>each other, presently living and re-
>siding together, both persons of the
>full age of majority and residents of
>Orleans Parish, Louisiana;
>
>(All of whom are hereinafter collectively
>called "COCKRELL GROUP");

WHEREAS, the parties hereto represent that they are the respective owners, in various proportions and divisions, of certain properties, or interests therein or thereto, situated in Plaquemines and Jefferson Parishes, Louisiana, as hereinafter set forth; and

WHEREAS, differences and disputes have arisen and now exist between said respective parties with respect to the location of the boundaries between the properties owned by Louisiana Land and those owned by the other parties hereto; and

WHEREAS, said parties have caused certain surveys to be made, the results of which are shown on a map entitled "Map Prepared Jointly by T. Baker Smith & Son, Inc., and F. Shutts' Sons, Civil Engineers and Engineers of The Louisiana Land and Exploration Company Showing The Boundaries Between Vermilion Bay Land Company and The Louisiana Land and Exploration Company Plaquemines Parish, Louisiana," dated July, 1969, a copy of which map, marked "Exhibit A", is attached hereto and made part hereof, and to which reference will be hereinafter made; and

WHEREAS, the parties hereto wish to settle any possible controversy as to the locations of the boundary lines separating the properties owned by Louisiana Land from those owned by the other parties hereto, and for that reason, have agreed among themselves to accept the results of the aforesaid map as correct for the purposes of permanently establishing said boundary lines, all to the end that all differences and disputes between them with respect to the location of said boundaries may be compromised and settled;

NOW, THEREFORE, in consideration of the premises and of the mutual covenants herein contained, and recognizing that the parties own other property, or interests therein or thereto, in Plaquemines and Jefferson Parishes, Louisiana, in addition to the property specifically described herein, the parties have agreed and do hereby agree, among themselves, as follows, to-wit:

### FIRST

The Cockrell Group represent that they are owners of various interests in the following described property situated in Plaquemines Parish, Louisiana, to-wit:

```
Section 24, all
Section 25, all
Section 32, all
Section 33, all
```

-4-

    Section 34, all
    Section 35, all
    Section 36, all

        In Township 20 South, Range 27 East

    Subject, however, to the rights acquired by
    Grande Ecaille Land Company, Inc. from Mt.
    Forrest Fur Farms of America, Inc. by deed
    dated August 3, 1942; and recorded in Con-
    veyance Book 107 folio 418, Plaquemines
    Parish, Louisiana.

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

    Section 26, all
    Section 27, all

        In Township 20 South, Range 28 East

    Section 1, all
    Section 2, all
    Section 3, all
    Section 4, all
    Section 5, all

        In Township 21 South, Range 27 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of the other parties hereto, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

    Beginning at the point designated by the
    Letter "A" on the attached map marked
    Exhibit "A", said point having Lambert
    Grid Coordinate values of X = 2,502,660.25
    and Y = 248,085.27;

    Thence, North 87°56'41" East a distance
    of 26,575.84 feet to the point designated
    by the letter "B" on the attached map marked
    Exhibit "A", said point having Lambert Grid
    Coordinate values of X = 2,529,219.00 and
    Y = 249,038.40;

-5-

Thence, North 0°08'46" East a distance of 5,598.77 feet to the point designated by the letter "C" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,529,233.18 and Y = 254,637.14

## SECOND

The Cockrell Group represent that they are the owners of various interests in the following described property situated in Plaquemines Parish, Louisiana, to-wit:

    Section 24, all
    Section 25, all
    Section 36, all

        In Township 18 South, Range 25 East

    Section 1, all
    Section 2, all
    Section 3, all
    Section 4, all
    Section 5, all
    Section 6, all
    Section 12, all
    Section 13, all
    Section 24, all
    Section 25, all
    Section 36, all

        In Township 19 South, Range 26 East

    Section 1, all
    Section 12, all

        In Township 20 South, Range 26 East

    Section 1, all
    Section 2, all
    Section 3, all
    Section 4, all
    Section 5, all
    Section 6, all

        In Township 20 South, Range 27 East

SUBJECT, HOWEVER, to the rights acquired by Grande Ecaille Land Company, Inc. from Mt. Forrest Fur Farms of America, Inc. by deed dated August 3, 1942, and recorded in Conveyance Book 107, folio 418, Plaquemines Parish, Louisiana.

-6-

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines Parish, Louisiana, to-wit:

```
Section 34, all
Section 35, all
Section 41, all
Section 42, all
Section 43, all
Section 44, all
Section 45, all
Section 46, all
```

In Township 18 South, Range 26 East

Section 31, all

In Township 18 South, Range 27 East

```
Section 18, all
Section 19, all
Section 30, all
Section 31, all
Section 42, all
Section 43, all
Section 44, all
Section 45, all
Section 46, all
Section 47, all
Section 48, all
```

In Township 19 South, Range 27 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of the other parties hereto, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

Beginning at a point designated by the letter "D" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,529,260.20$ and $Y = 265,197.60$;

Thence, South 87° 34' 55" West a distance of 32,913.82 feet to the point designated by the letter "E" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of $X = 2,496,375.64$ and $Y = 263,808.88$;

-7-

Thence, North 0° 54' 20" West a distance of 31,680.10 feet to the point designated by the letter "F" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,495,874.96 and Y = 295,485.02;

Thence, South 88° 12' 30" West a distance of 32,124.23 feet to the point designated by the letter "G" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,463,766.44 and Y = 294,480.69;

Thence, North 3° 23' 52" West a distance of 15,822.80 feet to the point designated by the letter "H" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,462,828.66 and Y = 310,275.67.

### THIRD

The Cockrell Group represent that they are the owners of various interests in the following described property situated in Plaquemines Parish, Louisiana, to-wit:

```
Section 18, all
Section 19, all
Section 30, all
Section 31, all
Section 32, all
Section 33, all
Section 34, all
Section 35, all
Section 36, all
```

In Township 18 South, Range 25 East

```
Section 6, all
Section 7, all
Section 18, all
Section 19, all
Section 30, all
Section 31, all
```

In Township 19 South, Range 26 East

```
Section 6, all
Section 7, all
```

In Township 20 South, Range 26 East

-8-

Louisiana Land represents that it is the owner of the following described property situated in Plaquemines and Jefferson Parishes, Louisiana, to-wit:

> Section 1, all
> Section 12, all
> Section 13, all
> Section 24, all
> Section 25, E 1/2
> Section 36, E 1/2 of E 1/2

> In Township 18 South, Range 24 East

Section 1, E 1/2 of NE 1/4

> In Township 19 South, Range 24 East

> Section 1, all
> Section 2, all
> Section 3, all
> Section 4, all
> Section 5, all
> Section 6, all
> Section 12, all
> Section 13, all
> Section 24, all
> Section 25, all
> Section 36, all

> In Township 19 South, Range 25 East

and the parties hereto agree that the boundary between the properties of Louisiana Land and those of the other parties hereto, as hereinabove described, shall be and the same is hereby fixed and agreed upon as follows:

> Beginning at the point designated by the letter "J" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,463,754.70 and Y = 264,974.93;

> Thence, North 0° 52' 24" West a distance of 30,578.16 feet to the point designated by the letter "K" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,463,288.63 and Y = 295,549.54;

-9-

Thence, South 89° 03' 51" West a distance of 31,710.25 feet to the point designated by the letter "L" on the attached map marked Exhibit "A", said point having Lambert Grid Coordinate values of X = 2,431,582.61 and Y = 295,031.63;

Thence, North 0° 57' 38" West to the extent of the common boundary between the Cockrell Group and Louisiana Land.

### FOURTH

All bearing and all coordinates set forth herein are based on State Plane Lambert Grid, Louisiana South Zone; all as more fully shown on the attached map marked Exhibit "A".

### FIFTH

The parties hereto further declare that in order to avoid any dispute, controversy, or uncertainty as to the aforesaid boundary lines, and in order to immediately and forever put such matters to rest, they have agreed to and do hereby permanently fix and establish their aforesaid boundary lines in accordance with the description and map hereinabove referred to and have accepted the lines hereinabove set out in detail as the boundary lines between the properties above mentioned, whether or not the same be the true lines as fixed by the original government survey; and the parties do hereby make such conveyances and transfers, without any warranty whatsoever, but with full substitution and subrogation in and to all the rights and actions of warranty which said parties have or may have against all preceding owners, unto each other, as their interests may appear, as may be necessary to effectuate this agreement. It is further agreed that the map attached hereto as Exhibit "A", and the lines shown thereon, shall be used and the same is hereby adopted by the parties for the purpose of locating said properties; it being the

intent and agreement hereof that, as among the parties hereto, the lines shown on said map shall constitute and the same are hereby adopted as the lines dividing the various townships mentioned herein. The representations herein made by the respective parties hereto of their ownership of the lands the boundaries of which are being fixed herein, are made without warranty and without recourse one against the other of any kind whatsoever.

### SIXTH

The parties recognize that some of the boundaries hereinabove set forth have not been physically marked on the ground, and they therefore agree to mark, re-mark, monument, and re-monument all of said boundary lines, as shown on the attached plat and described herein, on the ground after this instrument has been executed, the work to be performed by T. Baker Smith & Son, Inc., F. Shutts' Sons, and engineers of Louisiana Land, the expense of which survey shall be borne by certain of the parties in accordance with a letter agreement entered into contemporaneously with the execution of this instrument. A plan of survey and a proces-verbal showing the location and monumentation of said boundaries as they exist on the ground shall be prepared, which plan of survey and proces-verbal shall be filed in the conveyance records of Plaquemines Parish, Louisiana, and identified with this instrument. In the event that said boundaries are not so marked on the ground, however, this agreement shall nevertheless stand and operate as a full and complete settlement and establishment of said boundaries.

### SEVENTH

AND NOW TO THESE PRESENTS came and intervened: JOHN W. MECOM, husband of Mary Elizabeth

Withers, a resident of Harris County, Texas; and

U. S. OIL OF LOUISIANA, INC., a Delaware corporation duly qualified in Louisiana;

LAKE WASHINGTON, INC., a Texas corporation, duly qualified in Louisiana;

who declared that they are the owners of certain oil, gas and mineral leases affecting portions of the hereinabove described property, and insofar as their respective interests in said leases are concerned, they do hereby ratify, approve and agree to the fixing and establishing of the aforesaid boundary lines as above set forth and agree to be bound thereby.

### EIGHTH

It is expressly understood and agreed that the adjustment of said boundary lines, as herein provided, is limited to the fixing of the rights of the respective parties who have signed this agreement, and their respective successors and assigns, and that this agreement is not executed for the benefit of any third person, or third persons, and shall not be binding upon or used against any of the parties signatory hereto, or their respective successors or assigns, in any controversy with any other person, firm, or corporation, for any purposes whatsoever. It is contemplated, however, that certain assigns of the parties hereto, including mineral lessees and transferees, may ratify and approve this agreement by separate instrument, and it is agreed that the effect of such ratification and approval shall be the same if accomplished herein.

-12-

### NINTH

This agreement may be executed in counterpart and shall be binding upon all parties who execute same, or a counterpart thereof, whether or not said agreement, or a counterpart thereof, be executed by all parties named or mentioned herein.

IN WITNESS WHEREOF, this instrument has been executed as of the day and date first above written in the presence of the undersigned competent witnesses.

WITNESSES:

*[signatures: Harry M. Graham, R. D. Seal, Barbara Young, Marie Hauntt, Barbara Young, Marie Hauntt, Barbara Young, Marie Hauntt, Barbara Young, Marie Hauntt, Marie Phillips, Dorothy C. Friday, Barbara Young, Marie Hauntt]*

THE LOUISIANA LAND AND EXPLORATION COMPANY

By _____

_____
MRS. DULA DASHIELL COCKRELL

_____
ERNEST COCKRELL, JR.

THE CAROL DASHIELL COCKRELL LOUISIANA TRUST

By _____
   Ernest Cockrell, Jr. (Trustee)

By _____
   Al Roark (Trustee)

By _____
   A. G. McNeese, Jr. (Trustee)

THE ERNEST HARRIS COCKRELL LOUISIANA TRUST

By _____
   Ernest Cockrell, Jr. (Trustee)

-13-

| WITNESSES: | |
|---|---|
| *[signature] Barbara Young* | THE ERNEST HARRIS COCKRELL LOUISIANA TRUST |
| *[signature] Marie Gaudet* | By *[signature]* Alf Roark (Trustee) |
| *[signature] Marie Phillips* | |
| *[signature] Dorothy C. Friday* | By *[signature]* A. G. McNeese, Jr. (Trustee) |
| | THE MORAN CORPORATION |
| Attest: | By *[signature]* |
| *[signature] Mae B. Shapley, Asst. Secy.* | |
| *[signature] Barbara Young* | *[signature] Mildred M. Heller, Executrix* |
| *[signature] D. Michael Farrell* | MILDRED H. HELLER, Executrix of the Succession of Isaac S. Heller, deceased |
| *[signature] Barbara Young* | *[signature] Mildred H. Heller* |
| *[signature] D. Michael Farrell* | MILDRED H. HELLER |
| *[signature] Barbara Young* | *[signature] Theo M. Heller* |
| *[signature] Marie Leup* | THEO M. HELLER |
| | *[signature] Betty Danigole Heller* |
| *[signature] Barbara Young* | BETTY DANIGOLE HELLER |
| *[signature] Marie Leup* | *[signature] Sandra Peilen Heller* |
| | SANDRA PEILEN HELLER |
| *[signature] Barbara Young* | *[signature]* |
| *[signature] Marie Leup* | EDWARD M. HELLER |
| *[signature] Henry Waszkowski Jr.* | *[signature] John W. Mecom* |
| *[signature] Maureen Webb* | JOHN W. MECOM |
| | U. S. OIL OF LOUISIANA, INC. |
| *[signature] Maureen Webb* | By *[signature] John W. Mecom* |
| *[signature] Claudette Di Nal* | *[signature] Henry Waszkowski, Jr.* PRESIDENT |
| | LAKE WASHINGTON, INC. |
| *[signature] Maureen Webb* | By *[signature] Henry Waszkowski, Jr.* |
| *[signature] Claudette Di Nal* | PRESIDENT |

# EXHIBIT "A"

**MAP PREPARED JOINTLY BY**
**T. BAKER SMITH & SON, INC.**
AND
**F. SHUTTS' SONS, CIVIL ENGINEERS**
AND
**THE LOUISIANA LAND AND EXPLORATION COMPANY**
ENGINEERS OF
**THE LOUISIANA LAND AND EXPLORATION COMPANY**
SHOWING THE BOUNDARIES BETWEEN
**VERMILION BAY LAND COMPANY**
AND
**THE LOUISIANA LAND AND EXPLORATION COMPANY**
PLAQUEMINES PARISH, LOUISIANA

GRAPHIC SCALE OF FEET

3,000  2,000  1,000  0  3,000  6,000  9,000

**JULY, 1969**

R-4-J

Point "A": X = 2,502,660.26, Y = 1,248,085.27

N 87° 56' 41" E  26,575.84'

Point "B"

Point "C": X = 2,529,233.18, Y = 254,637.14

THE LA. LAND & EXPL. CO.

X = 2,529,219.00, Y = 249,038.40

5,598.77'  16,159.30'

VERMILION BAY LAND CO.