135      667

| | |
|---|---|
| QUITCLAIM DEED | UNITED STATES OF AMERICA |
| BY: | STATE OF LOUISIANA |
| VERMILION BAY LAND CO. | PARISH OF PLAQUEMINES |
| TO | |
| TEREZA YURICEVIC, WIFE OF/AND TONY J. TESVICH | BE IT KNOWN THAT: |

COB 542
Folio 667
File # 135

For and in consideration of the price and sum of One Hundred Dollars ($100.00), the receipt and sufficiency of which is hereby acknowledged, Vermilion Bay Land Co., represented herein by C. W. Sunday, Jr., its president, as authorized by a resolution of its Board of Directors dated October 4, 1981, a copy of which is attached to and made a part of the original hereof, does hereby sell, convey and quitclaim, without and warranty of title, even for the return of the purchase price, but with full substitution and subrogation in and to all rights and actions of warranty which vendor may have against all preceding owners of vendors whomsoever, unto vendees Tereza Yuricevic, wife of and Tony J. Tesevich, who reside at P. O. Box 684, Port Sulphur, Louisiana, 70083, the following described property situated in the Parish of Plaquemines, State of Louisiana:

> A certain piece or portion of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes advantages and appurtenances thereon or thereunto appertaining, situated on the West side of the Mississippi River, in Township 20 South, Range 27 East, West of the Mississippi, in Plaquemines Parish, Louisiana, which said piece of ground is more completely described as follows, to-wit:
>
> Commence at a point on the Southwesterly bank line of Bayou Robinson, said point being the point of beginning of the tract herein described, having coordinate values of x=2,503,573.85, and y=260,056.07; runs thence S 39° 21' 3" East for a distance of 170.96 feet to a point;

RECORDED PARISH OF PLAQUEMINES
ON APR 27 1982 IN C.O.B. 542 FOLIO 667
Leona M. Gray
DY. CLERK OF COURT $20.00

Page Two
Quitclaim Deed (Continued)

668

    Runs thence S 9° 09' 33" E a distance 73.22 feet, to a point;

    Runs thence S 58° 18' 27" W for a distance of 95.55 feet, to a point;

    Runs thence N 33° 01' 42" W for a distance of 231.76 feet, to a point;

    Runs thence N 55° 24' 53" E for a distance 106.36 feet, to the point of beginning. Being bounded on the Northeasterly side by Bayou Robinson; on the Southwest by a bayou or pass leading from Bayou Robinson to Billet Bay, Southwesterly by property belonging now or formerly to Maria Tesvich, and Northwesterly by the property of Vermilion Bay Land Company.

    All as is more fully shown on the attached map of survey by Hugh B. MC Curdy, Jr., dated February 13, 1981, whereon the hereinabove described tract is identified as Lot 1. Survey data refers to the State Plane Coordinate System.

Vendor reservies all of the oil, gas and minerals in the land herein conveyed, it being expressly understood, however, that no surface operation shall be conducted on said property without the permission of vendees.

All taxes for the years through 1980 have been paid. Vendees assume payments for the taxes for the year 1981.

IN WITNESS WHEREOF, this instrument is executed on the days and dates shown hereinbelow.

WITNESSES:  VENDOR:

*[signature]*  VERMILION BAY LAND COMPANY
*[signature]*  BY: *[signature]*
    C. W. Sunday, Jr., President

*[signature: Marsha B. Bullory]*  VENDEES:
*[signature: Angel C. Berger]*  *[signature]* Tony J. Tesvich
*[signature: Marsha B. Bullory]*  *[signature]* Tereza J. Tesvich
*[signature: Angel C. Berger]*  Tereza Juricevic Tesvich

ACKNOWLEDGMENT

State of Louisiana

Parish of Plaquemines

On this ___6th___ day of October, 1981, before me personally came and appeared TEREZA YURICEVIC, wife of and TONY J. TESVICH, to me known the persons described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed.

_Tony J. Tesvich_       _Joseph E. Defley, Jr._
                               NOTARY PUBLIC

_Tereza J. Tesvich_


ACKNOWLEDGMENT

State of Louisiana

Parish of Lafayette

On this ___17___ day of ~~October~~ December, 1981, before me appeared C. W. Sunday, Jr., to me personally known, who, being by me duly sworn, did say that he is the President of Vermilion Bay Land Company and that said instrument was signed in behalf of said corporation by authority of its Board of Directors and said C.W. Sunday, Jr. acknowledged said instruments to be the free act and deed of said corporation.

_C.W. Sunday, Jr._      _[signature]_
                        NOTARY PUBLIC