136

QUITCLAIM DEED

BY:

VERMILION BAY LAND CO.

TO

MARIA T. TESVICH,
KUZMA I. TESVICH, JR. AND
IVO K. TESVICH

UNITED STATES OF AMERICA   672

STATE OF LOUISIANA

COB 542

PARISH OF PLAQUEMINES   folio 672

BE IT KNOWN THAT:   file # 136

    For and in consideration of the price and sum of One Hundred Dollars ($100.00), the receipt and sufficiency of which is hereby acknowledged, Vermilion Bay Land Co., represented herein by C. W. Sunday, Jr., its president, as authorized by resolution of its Board of Directors dated October 4, 1981, a copy of which is attached to and made part of the original hereof, does hereby sell, convey and quitclaim, without any warranty of title, even for the return of the purchase price, but with full substitution and subrogation in and to all rights and actions of warranty which vendors may have, unto vendees Maria T. Tesvich, a widow, who has been married but once and then to Kuzma Tesvich who died in 1961; Kuzma I. Tesvich, Jr., who has never been married, and Ivo K. Tesvich, who likewise has never been married, all being persons of the full age of maturity, and all of whom reside at Rt.2, Box 137, Port Sulphur, Louisiana, 70083, the following described property situated in the Parish of Plaquemines, State of Louisiana:

> A certain piece or portion of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, advantages and appurtenances thereon or thereonto belonging, situated, lying and being in the Parish of Plaquemines, State of Louisiana, west of the Mississippi River, in Township 20 South Range 27 East, West of the Mississippi, and being more fully described as follows, to-wit:

> Commence at a point in the Southwesterly bank line of Bayou Robinson, said point having coordinate values of x=2,503,573.85

RECORDED PARISH OF PLAQUEMINES
ON APR 27 1982
IN C.O.B. 542 FOLIO 672
DY. CLERK OF COURT $75.00

and y=260,056.07, and runs South 55° 24' 53" W. for a distance of 106.36 feet, to the point of beginning of tract herein described.

Runs thence S 33° 01' 42" E a distance of 231.76 feet to a point;

Runs thence S 58° 18' 27" W for a distance of 48.15 feet, to a point;

Runs thence S 53° 35' 57" W for a distance 60.25 feet, to a point;

Runs thence S 49° 56' 8" W for a distance of 194.21 feet, to a point;

Runs thence S 72° 52' 53" W for a distance of 28.40 feet, to a point;

Runs thence N 7° 16' 37" W for a distance of 271.44 feet, to a point;

Runs thence N 55° 24' 53" E for a distance of 210.48 feet, to the point of beginning. The tract herein above described is bounded NE by property of now or formerly belonging to Ante I. Tesvich, which is presently being quitclaimed by Vermilion Bay Land Co. to Ante I Tesvich this date; southeasterly by a bayou or pass leading from Bayou Robinson to Billet Bay; southwesterly by property now or formerly belonging to Vermilion Bay Land Co., and on the northwest side by property now or formerly belonging to Vermillion Bay Land Co.

All as is more fully shown on the attached plat of survey by Hugh B. McCurdy, Jr., dated February 13, 1981, whereon the hereinabove described tract is identified as Lot 2-Maria Tesvich. Survey data refers to the State Plane Coordinate System. Survey attached to previous instrument.

Vendor reserves all of the oil, gas and minerals in the land herein conveyed, it being expressly understood, however, that no surface operation shall be conducted on said property without the permission of vendees,

All taxes for the years through 1980 have been paid. Vendees assume payments of the taxes for the year 1981.

IN WITNESS WHEREOF, this instrument is executed on the days and dates shown hereinbelow.

WITNESSES: _____

VENDOR:

VERMILION BAY LAND COMPANY

BY: _____
C.W. SUNDAY, JR., PRESIDENT

_____
_____

VENDEES:

_____
MARIA T. TESVICH

_____
_____

_____
KUZMA I. TESVICH, JR.

_____
_____

_____
IVO K. TESVICH