## Plaquemines Parish Recording Pag

**Dorothy M Lundin**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 297-5180

**Received From:**
Attn: COASTAL ZONE MANAGEMENT
PLAQUEMINES PARISH GOVERNMENT
8056 HIGHWAY 23
SUITE 303
BELLE CHASSE, LA 70037

**First VENDOR**
APACHE LOUISIANA MINERALS LLC

**First VENDEE**
PLAQUEMINES PARISH GOVERNMENT

**Index Type:** Conveyance

**Type of Document:** Donation

**Recording Pages:** 6

**File Number:** 2013-00000658

**Book:** 1289   **Page:** 362

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana

On (Recorded Date): 02/07/2013

At (Recorded Time): 11:56:24AM



Deputy Clerk

Doc ID - 003060330006

**Return To:**

Do not Detach this Recording Page from Original Document

# ACT OF DONATION

BY: APACHE LOUISIANA MINERALS LLC      STATE OF LOUISIANA
TO: PLAQUEMINES PARISH GOVERNMENT     PARISH OF PLAQUEMINES

THIS ACT OF DONATION made as of the 29 day of January 20 13 (the "Effective Date"), by and between:

APACHE LOUISIANA MINERALS LLC, a Delaware limited liability company authorized to do and doing business in the State of Louisiana (hereinafter called "Donor"), whose mailing address is Post Office Box 206, Houma, Louisiana, 70361, does hereby, convey, transfer and deliver unto:

PLAQUEMINES PARISH GOVERNMENT, as governing authority for the Parish of Plaquemines, State of Louisiana, acting herein through its Parish President, William "Billy" Nungesser, ("Donee"), duly authorized by Ordinance of the Plaquemines Parish Council, attached hereto and made a part hereof, to act on behalf of PPG and Plaquemines Parish;

who accepts and acknowledges due delivery and possession thereof, all of Donor's right, title and interest in and to the property known as "Cat Island" which is located in Sections 30 & 31, T20S-R26E, Plaquemines Parish, LA and as more clearly depicted on the plat labeled Exhibit "A" attached hereto, except all of the mineral rights in and to the Subject Property which are hereby expressly reserved by the Donor (hereinafter referred to as "Subject Property") located in Plaquemine Parish, Louisiana.

**TO HAVE AND TO HOLD** the Subject Property, on the terms, conditions, and reservations hereof.

This Act of Donation is made and accepted for and in consideration of the benefits resulting from and subject to the following terms, conditions and reservations:

1. This Act of Donation is made without any warranty or representation whatsoever, except for title by, through and under Donor, but not otherwise. **THE SUBJECT PROPERTY IS BEING CONVEYED AND ASSIGNED TO AND ACCEPTED BY THE DONEE IN ITS "AS IS, WHERE IS" CONDITION AND STATE OF REPAIR, AND WITH ALL FAULTS AND DEFECTS, INCLUDING REDHIBITORY VICES AND DEFECTS, WITHOUT ANY REPERESENTATION, WARRANTY OR COVENANT OF ANY KIND OR NATURE, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MARKETABILITY, QUALITY, CONDITION, MERCHANTABILITY, AND/OR FITNESS FOR A PARTICULAR PURPOSE, ALL OF WHICH ARE EXPRESSLY DISCLAIMED.**

2. **DONEE ASSUMES AND RELEASES DONOR, ITS AFFILIATES AND THEIR RESPECTIVE STOCKHOLDERS, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS (THE "DONOR GROUP") FROM ANY AND ALL CLAIMS, COSTS, EXPENSES, LIABILITIES, LOSSES, DAMAGES, DEMANDS, SUITS, SANCTIONS, AND OBLIGATIONS OF EVERY KIND AND CHARACTER, INCLUDING WITHOUT LIMITATION REASONABLE ATTORNEYS' FEES, COURT COSTS, COSTS OF INVESTIGATION, CONSULTANT'S FEES, REMEDIATION, CLEAN UP OR OTHER RESPONSE COSTS (COLLECTIVELY, "CLAIMS"), WHETHER KNOWN OR UNKNOWN, AND AGREES TO PROTECT, DEFEND AND HOLD**

DONOR HARMLESS FROM AND INDEMNIFY DONOR AGAINST, ANY SUCH CLAIMS, WHETHER KNOWN OR UNKNOWN, FIXED OR CONTINGENT, HEREAFTER SUFFERED OR INCURRED, IN RESPECT TO ANY CONDITION ON, UNDER, OR RELATED TO THE SUBJECT PROPERTY, INCLUDING, WITHOUT LIMITATION, CLAIMS UNDER ANY APPLICABLE FEDERAL, STATE, OR LOCAL ENVIRONMENTAL LAWS, RULES, ORDINANCES, PERMITS, APPROVALS, ORDERS OR REGULATIONS AS THEY NOW EXIST OR MAY SUBSEQUENTLY BE MODIFIED, SUPPLEMENTED, OR AMENDED.

3. DONEE HEREBY AGREES TO INDEMNIFY AND HOLD DONOR GROUP, HARMLESS FROM ANY AND ALL LIABILITIES AND/OR CLAIMS, INCLUDING LEGAL COSTS AND ATTORNEYS' FEES, RELATED TO THE CONDITION OF THE SUBJECT PROPERTY AND ALL ACTIVITIES THEREON OCCURRING EITHER BEFORE OR AFTER THE EFFECTIVE DATE.

4. This Act of Donation is being made for the purpose of building a project to create additional nesting habitat for the Brown Pelican and other native birds. This Act of Donation is not contingent upon the project being constructed and Donee hereby accepts full ownership of the Subject Property, except all of the mineral rights in and to the Subject Property which are hereby expressly reserved by the Donor.

5. All ad valorem taxes up to and including the taxes due and eligible in the preceding year have been paid by the Donor in respect to the Subject Property, and Donee assumes the payment of taxes for the current year and all times subsequent to the Effective Date.

6. Donee hereby accepts the Subject Property subject to: restrictions, encroachments, servitudes, declarations, and covenants of record affecting the Subject Property, contractual or otherwise; all zoning and building restrictions applicable to the Subject Property; and, all applicable laws, rules, and regulations of any governmental agency or entity including any subdivision requirements which affect the Subject Property.

7. This Act of Donation may be executed in counterpart originals; it shall be effective as of the date first recited above when fully executed in original or counterpart originals by Donor and Donee.

IN WITNESS WHEREOF, this Act of Donation is executed in the presence of the undersigned competent witnesses.

WITNESSES:

Print Name: _Cathey Mosimann_

Print Name: _Louise Gierisch_

Print Name: _Caitlin Campbell_

Print Name: _Therese Wooton_

APACHE LOUISIANA MINERALS LLC

Jon A. Jeppesen
Executive Vice President

PLAQUEMINES PARISH GOVERNMENT

William "Billy" Nungesser
Parish President

APPROVED AS TO FORM & CONTENT
MPA 1/28/13

2

## ACKNOWLEDGEMENTS

**STATE OF TEXAS**
**COUNTY OF HARRIS**

On this 29 day of JANUARY 20 13, appeared JON A. JEPPESEN to me personally known, who being by me duly sworn did say, to me and the two competent witnesses who signed their names next to Appearer on the foregoing at the same time he did, that he is the Executive Vice President of APACHE LOUISIANA MINERALS LLC, a Delaware limited liability company, and acknowledged said instrument to be the free act and deed of said limited liability company.

[Signature: Helen K. Mele]

Helen K. Mele
Notary Public, State of Texas
Commission Expires 05/26/2014
Notary ID: 00271585-0

NOTARY PUBLIC
My Commission Expires 05/26/2014
Notary I.D. # 00271585-0

**STATE OF LOUISIANA**
**PARISH OF PLAQUEMINES**

On this 28 day of January 20 13, before me appeared WILLIAM "BILLY" NUNGESSER, to me personally known, who, being by me duly sworn, did say to me and the two competent witnesses who signed their names next to Appearer on the foregoing at the same time he did, that he is the President for Parish of Plaquemines, State of Louisiana, and that said instrument was signed on behalf of said political subdivision as authorized by Ordinance of the Plaquemines Parish Council, and acknowledged said instrument to be the free act and deed of said political subdivision.

MARIO A. ARTEAGA, JR.
NOTARY PUBLIC #86648
State of Louisiana
My Commission Issued for Life

[Signature: Mario A. Arteaga]
NOTARY PUBLIC
My Commission Expires _____
Notary I.D. # _____

3



ORDINANCE NO. 13-3

The following Ordinance was offered by Council Member Edgecombe who moved its adoption:

> An Ordinance authorizing the acceptance of a donation of a parcel of ground from Apache Louisiana Minerals LLC to Plaquemines Parish Government for the purpose of building a project to create additional nesting habitat for the Brown Pelican and other native birds and if accepted, directing and authorizing the Parish President, William H. "Billy" Nungesser, to execute any and all documents necessary in order to accomplish the intent of this Ordinance.

WHEREAS, Apache Louisiana Minerals LLC has agreed to donate a parcel of ground known as "Cat Island" to Plaquemines Parish Government for the purpose of building a project to create additional nesting habitat for the Brown Pelican and other native birds; and

WHEREAS, Cat Island is located in Sections 30 & 31, T20S-R26E, Plaquemines Parish, LA and as more clearly depicted on the plat labeled Exhibit "A" attached hereto;

NOW, THEREFORE:

BE IT ORDAINED BY THE PLAQUEMINES PARISH COUNCIL THAT:

## SECTION 1

It hereby accepts and acknowledges due delivery and possession thereof, all of Donor's right, title and interest in and to the property known as "Cat Island" which is located in Sections 30 & 31, T20S-R26E, Plaquemines Parish, LA and as more clearly depicted on the plat labeled Exhibit "A" attached hereto, except all of the mineral rights in and to the Subject Property which are hereby expressly reserved by the Donor, Apache Louisiana Minerals LLC located in Plaquemine Parish, Louisiana.

## SECTION 2

It hereby authorizes and directs the Parish President to execute any and all documents necessary on the terms and conditions outlined in the act of donation, a copy of which is on file with the Secretary of the Plaquemines Council and Plaquemines Parish Legal Department.

## SECTION 3

The Secretary of this Council is hereby authorized and directed to immediately certify and release this Ordinance and that Parish employees and officials are authorized to carry out the purposes of this Ordinance, both without further reading and approval by the Plaquemines Parish Council.

WHEREUPON, in open session the above Ordinance was read and considered section by section and as a whole.

Council Member Marinovich seconded the motion to adopt the Ordinance.

The foregoing Ordinance having been submitted to a vote, the vote resulted as follows:

    YEAS: Council Members Percy "P.V." Griffin, Keith Hinkley, Kirk M. Lepine, Stuart J. Guey, Anthony L. Buras, Burghart Turner, Jeff Edgecombe, and Byron T. Marinovich

    NAYS: None

    ABSENT: Council Member Marla Cooper

    PRESENT BUT NOT VOTING: None

And the Ordinance was adopted on this the 10th day of January, 2013.

I hereby certify the above and foregoing to be a true and correct copy of an Ordinance adopted by the Plaquemines Parish Council at a meeting held in the Plaquemines Parish Temporary Magnolia Center Building, 17563 Highway 15, Pointe-A-La-Hache, Louisiana, on Thursday, January 10, 2013.

*Janara L. Olivier*
Assistant Secretary