LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

August 9, 2013

Claims Facility

Re:   Apache Louisiana Minerals LLC
      Claimant ID: 100176960
      Claim ID: 174526

To Whom It May Concern:

Please be advised that regarding the property located in T21S-R21E in Lafourche Parish, Louisiana Apache Louisiana Minerals LLC owns an undivided 40% interest in that particular tract of land pursuant to a Compromise Agreement between LaTerre Co., Inc. and The Louisiana Land and Exploration Co., recorded September 11, 1965 which has already been uploaded to the portal regarding this claim.

Sincerely yours,

C. BERWICK DUVAL, II

CBDII/jbl
cc:   Ms. Renee Thibodeaux