# Stan Duval

| | |
|---|---|
| **From:** | Stan Duval |
| **Sent:** | Friday, August 23, 2013 9:25 AM |
| **To:** | Nikeita Ashe; bsmyers@browngreer.com |
| **Cc:** | David Smith; Berwick Duval |
| **Subject:** | Apache Louisiana Minerals, LLC   Claimant ID 100176960 |
| **Attachments:** | reconsideration printout.pdf; reconsideration memo.pdf; Ex. 1 Map  174256A.pdf; Exhibit 2 - reconsideration.pdf; printout of portal 8-23.pdf |

All:

As you may be aware, I have been requesting reconsideration of several of Apache's eligibility notices.  While checking my attorney portal this morning, I came across a potential problem with Claim ID 174256, which is in Lafourche Parish.  The reconsideration deadline for this claim was August 21, 2013.  On August 20, 2013, I logged onto my attorney portal and requested reconsideration for this claim, and I uploaded a reconsideration memo with exhibits.  After doing so, I also printed out a copy of my attorney portal screen.  Attached to this email is a copy of that printout and the memo with exhibits.  Today, I noticed that my attorney portal for this claim does not show that reconsideration was requested.  I printed a copy of that screen as well, and a copy is attached.

It would be greatly appreciated if you could look into this immediately so that we can clear this issue up.  BP has appealed this eligibility notice, and as of right now that appeal is not stayed (although it would be if it was recognizing the reconsideration request).  Initial proposals are due by August 27, therefore, we need to get this issue solved before then.  Your attention to this matter is greatly appreciated, and should you have any questions, please do not hesitate to call.  If I am not at the office, you may reach me on my cell phone – 985-855-2812.

Sincerely,

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com
```

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval,
Funderburk, Sundbery, Lovell & Watkins are confidential, intended solely for the use of
the individual or entity to whom they are addressed, and are protected by the Attorney-
Client Privilege.  If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this
e-mail in error and that any use, dissemination, forwarding, printing, or copying of this
e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.