

# NOTICE OF FINAL PROPOSAL
### DATE OF NOTICE: August 26, 2013
### DEADLINE FOR ACCEPTING FINAL PROPOSAL: September 3, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last<br>Apache Louisiana Minerals LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176960 | **Claim ID** | 174520 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

## II. FINAL PROPOSALS

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. This claim was appealed. The Final Proposals for the claimant and BP are below:

| | | |
|---|---|---|
| **BP's Final Proposal** | Compensation Amount | $0.00 |
| | Risk Transfer Premium Multiplier | 0.00 |
| | Prior Payment Offset | $0.00 |
| **Claimant's Final Proposal** | Compensation Amount | $35,000.00 |
| | Risk Transfer Premium Multiplier | 2.50 |
| | Prior Payment Offset | $0.00 |

## III. ACCEPTANCE OF FINAL PROPOSAL

If you accept this Final Proposal, the Appeal Process will end and the Appeal will not go before the Appeal Panel. You may accept this Final Proposal until five days after this Notice. If you are the first party to submit an acceptance of the other's Final Proposal, this Final Proposal Compensation Amount, Risk Transfer Premium ("RTP") Multiplier, and Prior Payment Offset will stand as the Settlement Program's final determination on the claim. The Final Proposal Compensation Amount is the amount the opposing party is proposing as the new Compensation Amount for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Final Proposal Compensation Amount by any applicable Risk Transfer Premium as indicated on your Eligibility Notice and will decrease any accepted Final Proposal amount by any applicable offsets. If we have received notice of any outstanding lien, we will deduct that applicable amount from the Award Amount. The Claims Administrator will issue a Post-Appeal Eligibility Notice, and you may proceed with the release process.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**



## V. HOW TO RESPOND TO THIS NOTICE

To end the Appeals Process, you may submit your Final Proposal Acceptance Form included with this Notice on or before the deadline. Represented claimants and BP must submit the Final Proposal Acceptance using the DWH Portal. Pro Se claimants may use the DWH Portal or may mail or email the documents to the Appeals Coordinator. If you are unable to access the DWH Portal, you may submit your request in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your acceptance deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your acceptance deadline; if other overnight delivery, placed in the custody of an overnight carrier by your acceptance deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your acceptance deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your acceptance deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your acceptance deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# CLAIMANT FINAL PROPOSAL ACCEPTANCE FORM
### DATE OF NOTICE OF FINAL PROPOSAL: August 26, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174520 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

## II. ACCEPTANCE OF FINAL PROPOSAL AMOUNT

☐   I accept BP's Final Proposal.

| | |
|---|---|
| **Compensation Amount** | $0.00 |
| **Risk Transfer Premium Multiplier** | 0.00 |
| **Prior Payment Offset** | $0.00 |

If you are the first party to accept the other's Final Proposal, we will send you a Post-Appeal Eligibility Notice. You will need to accept the Award Amount described in the Post-Appeal Eligibility Notice and must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release") before the Settlement Program can issue a payment. We will send you a Release that you must sign and return to be paid. An original copy of the Release bearing the claimant's signature is required. If you already have submitted a Release and received a payment from the Settlement Program, you do not have to submit another Release.

## III. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | | **Date** | ____/____/_____ (Month/Day/Year) |
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |

## IV. HOW TO SUBMIT THIS FORM

Submit your **Final Proposal Acceptance Form** online using the DWH Portal. If you do not use the DWH Portal, you may submit this form in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your acceptance deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your acceptance deadline; if other overnight delivery, placed in the custody of an overnight carrier by your acceptance deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your acceptance deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your acceptance deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your acceptance deadline) | You may take the required information or documents to a Claimant Assistance Center. |