LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

August 29, 2013

In Re:   Deepwater Horizon Claims Center
Claimant:  Apache Louisiana Minerals LLC
Claimant ID:  100176960
Claim ID:  174559

**SUPPORTING MEMORANDUM ON BEHALF OF APACHE LOUISIANA MINERALS LLC ("ALM") IN SUPPORT OF ITS REQUEST FOR RECONSIDERATION**

This Memorandum is submitted on behalf of Apache Louisiana Minerals LLC ("ALM"). ALM received an Eligibility Notice dated August 2, 2013 in the amount of $130,546.47. ALM is a large property owner in Louisiana, and the property related to the above Eligibility Notice is located in Plaquemines Parish, Louisiana.

On page 8, number 5 "Pro-Rated Wetlands Compensation Amount", of the Eligibility Notice, ALM was only given a 58.333% Ownership Percentage. ALM owns 100% of the property in Plaquemines Parish, and therefore, this ownership percentage should be 100%. Furthermore, ALM's 2010 tax notice for Property Tax Assessment 152450 indicates that ALM owns 100% of the property (See Doc. ID 9243877). Therefore, ALM respectfully submits that its pro-rated wetlands compensation amount should be 100%, and a new Eligibility Notice should be issued.

Thank you for your attention to this matter, and should you have any questions, please do not hesitate to call.

Respectfully submitted:

DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS

BY: _____
**C. BERWICK DUVAL, II (5109)
STANWOOD R. DUVAL, (27732)**
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Phone:  (985) 876-6410
Fax:  (985) 851-1490
Email:  berwick@duvallawfirm.com
Attorneys for Apache Louisiana Minerals LLC

1