68

349

## CASH SALE DEED AND ACT OF CONVEYANCE

STATE OF TEXAS

COUNTY OF HARRIS

BE IT KNOWN, that this day before me, the undersigned Notary Public in and for the aforesaid state and county, duly commissioned and sworn, came and appeared:

> VERMILION BAY LAND COMPANY, a Delaware corporation, having a principal place of business of 229 Milam Street, Shreveport, Louisiana, 71101, appearing herein through its duly authorized Agent and President, J. N. AVERETT, JR., (hereinafter referred to as "Grantor")

who declared that it does by these presents, GRANT, BARGAIN, SELL, CONVEY AND DELIVER, without any warranty of title whatsoever, either express or implied, but with complete transfer and subrogation of all rights and actions of warranty against all former proprietors of the Properties herein conveyed, together with all rights of prescription, whether acquisitive or liberative, to which said Grantor may be entitled, unto:

> APACHE CORPORATION, a Delaware corporation, doing business in the State of Louisiana, whose mailing address is 2000 Post Oak Boulevard, Suite 100, Houston, TX 77056-4400 (hereinafter referred to as "Grantee")

the following described Properties in Plaquemines Parish, Louisiana, to-wit:

> (A) All of the Grantor's interest in the immovable Properties (including all mineral rights, minerals, executive interests, and royalty interests, underlying and affecting the said immovable Properties) described on Exhibit "A" attached hereto and made a part hereof

and

> (B) All of the Grantor's interest in the Properties, (including all mineral rights, minerals, executive interests, and royalty interests, underlying and affecting the said Properties) described on Exhibit "C" attached hereto and made a part hereof
>
> (all of the above Properties being hereinafter referred to as the "Properties").

The Properties are conveyed to and accepted by Grantee herein subject to (1) all outstanding mineral servitudes, royalty sales, oil and gas leases, surface leases, rights of way, and easements

affecting the lands conveyed herein that are evidenced by filings recorded in the Conveyance records of Plaquemines Parish, Louisiana, and (2) all of those matters shown on Exhibit "B" attached hereto and made a part hereof (items (1) and (2) described above being collectively hereafter referred to as the "Encumbrances.")

By Grantee's acceptance of this Conveyance, Grantee assumes and agrees to keep and perform the obligations of Grantor under the Encumbrances which accrue from and after the effective date of this Deed and Act of Conveyance.

This Deed and Act of Conveyance is made and delivered pursuant to the provisions of that certain Purchase and Sale Agreement dated November 6, 1994 (the "Purchase Agreement"), between Crystal Oil Company and Grantee, a copy of which is available at the offices of Grantee at the address set forth above. The warranties, representations and covenants contained in the Purchase Agreement shall survive the delivery of this Deed and Act of Conveyance for the applicable time periods set forth in, and in accordance with, the provisions of the Purchase Agreement, and the delivery of this Deed and Act of Conveyance shall not affect, diminish, impair, or otherwise change any of the warranties, representations, or covenants made in the Purchase Agreement. Any third parties transacting with Grantee with respect to any of the Properties conveyed herein, however, may rely on this Deed and Act of Conveyance as vesting Grantee with all of Grantor's interest in the Properties conveyed herein.

TO HAVE AND TO HOLD said described Properties unto said Grantee, its successors and assigns forever.

This sale and conveyance is made for the consideration of the sum of ONE MILLION SIX HUNDRED EIGHTY-ONE THOUSAND ONE HUNDRED

-2-

EXHIBIT "A"

(Attached to Cash Sale Deed and Act of Conveyance dated December ____, 1994 from Vermilion Bay Land Company to Apache Corporation)

## PLAQUEMINES PARISH FEE LANDS AND MINERAL RIGHTS

### Description of Lands

Township 18 South, Range 25 East, Plaquemines Parish, Louisiana

All of fractional Section Nos. 13 to 36, except Section 16.

Township 19 South, Range 26 East, Plaquemines Parish, Louisiana

All of fractional Section Nos. 1 to 36, except Section 16.

Township 20 South, Range 26 East, Plaquemines Parish, Louisiana

All of fractional Section Nos. 2 to 36, except Section 16.

Township 20 South, Range 27 East, Plaquemines Parish, Louisiana

All of fractional Section Nos. 1 to 36, except Section 16.

AND FURTHER LESS AND EXCEPT FROM ALL OF THE ABOVE-DESCRIBED LANDS THE FOLLOWING DESCRIBED LANDS:

(1) All that portion of the above-described lands that comprise the beds and bottoms of navigable water bodies and/or seashore, and/or all that portion of the above-described lands that have been acquired by the State of Louisiana through coastal erosion.

(2) 10,000 acres lying partly in Township 20 South, Range 26 East and partly in Township 20 South, Range 27 East, (hereinafter referred to as "The Grand Ecaille Land Company Tract") which were selected out of the above by Gulf Oil Corporation by instrument dated July 1, 1929, described as follows:

On the West side by line running North and South and located 2 miles West of United States coast in Geodetic Survey Triangulation Station "WASH"; on the East side by line running North and South and located 2 1/2 miles East of United States coast in Geodetic Survey Triangulation Station "WASH"; on the South by line forming part of the northern boundary line of Townships 21 South, Range 26 East and 21 South, Range 27 East, which also constitute part of the southern boundary line of Townships 20 South, Range 26 East and 20 South, Range 27 East; on the North by line drawn parallel to said southern boundary line and at such a distance therefrom as to include within the four sides of the rectangle thus formed a total area of 10,000 acres;

(3) That certain tract or parcel of land located in Section 17, 20, 29 and 32 of Township 18 South, Range 25 East, Plaquemines Parish, Louisiana, conveyed by Vermilion Bay Land Company to Recreational Planners, Inc. by quit claim deed dated December 28, 1970 recorded January 5, 1971 in C.O.B. 260, Folio 132 of the records of Plaquemines Parish, Louisiana;

(4) That certain tract or parcel of land conveyed by Vermilion Bay Land Company to Tereza Yurichvic and Tony J. Tesvich by quit claim deed dated December 17, 1981 recorded April 27, 1982 in C.O.B. 542, Folio 667 of the Conveyance Records of Plaquemines Parish, Louisiana;

(5) That certain tract or parcel of land conveyed by Vermilion Bay Land Company to Maria T. Tesvich, et al. by quit claim deed dated December 17, 1981 recorded on April 27, 1982 in C.O.B. 542, Folio 672 of the records of Plaquemines Parish, Louisiana;

ALL OF THE ABOVE LANDS HEREIN CONVEYED ARE HEREAFTER REFERRED TO AS THE "PLAQUEMINE PARISH FEE LANDS" AND ARE CONVEYED SUBJECT TO THE MATTERS SHOWN ON EXHIBIT "B" ATTACHED HERETO

END OF EXHIBIT "A"

353

## EXHIBIT "B"

(Attached to Cash Sale Deed and Act of Conveyance
dated December ____, 1994 from
Vermilion Bay Land Company to Apache Corporation)

(i)  Surface lease dated January 14, 1933, and recorded in Book 74, Folio 35 of the Conveyance Records of Plaquemines Parish, Louisiana, between Mt. Forest Fur Farms of America, Inc. and Freeport Sulphur Company,

(ii) Compromise Agreement dated June 30, 1942 and recorded in Book 107, Folio 361 of the Conveyance Records of Plaquemines Parish, Louisiana, between Mt. Forest Fur Farms of America, Inc. ( represented therein by its Trustee in Bankruptcy), the Moran Corporation, Ernest Cockrell, Jr. and others (herinafter sometimes referred to as the "1942 Compromise Agreement"), and assignment of overriding royalty interest by the Trustee to The Moran Corporation and Isaac S. Heller dated July 20, 1942 and recorded at COB 107, Folio 470, (note also the mineral reservations, sales, leases and other agreements affecting the above described property referred to in the preamble to the 1942 Compromise Agreement),

(iii) "No Prejudice" Agreement dated effective as of November 21, 1955 between Vermilion Bay Land Company, The Moran Corporation, Isaac S. Heller, Freeport Sulphur Company and John W. Mecom,

(iv) "No Prejudice" Agreement dated November 21, 1955 between Vermilion Bay Land Company, Ernest Cockrell, Jr., Mrs. Dula Dashiell Cockrell, Freeport Sulphur Company, and John W. Mecom,

(v)  Agreement between Ernest Cockrell, Jr., Vermilion Bay Land Company, et al and Freeport-Mecom dated August 1, 1956, styled "Royalty Adjustment Agreement No. 1", recorded in Conveyance Book 192, Page 461 of the records of Plaquemines Parish, Louisiana, as supplemented by an unrecorded agreement of the parties of that date, styled "Supplemental Royalty Adjustment Agreement",

354

(vi)  Agreement entered into as of August 1, 1956, between Ernest Cockrell, Jr., Vermilion Bay Land Company, et al recorded in Conveyance Book 192, Folio 476 of the records of Plaquemines Parish, Louisiana, styled "Royalty Adjustment Agreement No. 2",

(vii) Compromise Agreement dated October 31, 1958 between Mecom-Freeport, Ernest Cockrell, Jr., Vermilion Bay Land Company, etal, recorded in Conveyance Book 210, Folio 608 of the records of Plaquemines Parish, Louisiana,

(viii) Compromise Agreement dated April 28, 1975 and recorded in Conveyance Book 417, Folio 511 of the records of Plaquemines Parish, Louisiana between Vermilion Bay Land Company, the executors of the Succession of Ernest Cockrell, Jr. and Trustees of various Cockrell trusts, et al (hereinafter sometimes referred to as the "1975 Compromise Agreement"), (note also the leases, conveyances and agreements referred to in the preamble to the 1975 Compromise Agreement),

(ix) Boundary agreements between Louisiana Land & Exploration Company and Vermilion Bay Land Company, et al dated August 13, 1969, recorded in Conveyance Book 340, Folio 448 of the records of Plaquemines Parish, Louisiana, and dated September 23, 1969, recorded in Conveyance Book 341, Folio 215 of the records of Plaquemines Parish, Louisiana,

(x) Suit entitled "Vermilion Bay Land Company vs. Phillips Petroleum Company, et al," No. 29-542, Division "A" of the 25th Judicial District Court, Plaquemines Parish, Louisiana, filed October 16, 1986,

(xi) Unrecorded surface lease between Vermilion Bay Land Company and Robert Raymond dated effective as of April 1, 1988 (as reconducted), and various subleases thereof,

(xii) Oil, Gas and Hydrocarbon Lease dated May 26, 1980 between Vermilion Bay Land Company and Aminoil of Louisiana, Inc. covering 1300 acres, more or less, in the South Lake Hermitage Area of Township 18 South, Range 25 East and Township 19 South, Range 26 East, as more fully described in said lease, as amended by agreement dated effective

355

February 1, 1988 between Vermilion Bay Land Company and Phillips Oil Company, et al, by letter agreements dated June 14, 1983, February 28, 1984 and June 1, 1984 between Vermilion Bay Land Company and Pend Oreille Oil & Gas Company, and subject to Partial Release of Oil, Gas & Mineral Lease by Aminoil, Inc. dated effective as of June 25, 1984. Note numerous consents to assignment, including particularly letter agreement between Vermilion Bay Land Company and Petro-Lewis Corporation dated May 12, 1987. This lease is currently effective as to approximately 1,043 acres in T18S-R25E and T19S-R26E and carries a royalty to the Lessor of 29%. 165.747 acres from this lease are included in producing units for the 29 Sand under DOC Order Nos. 1221-A-1 and 1221-A-3, operated by Pend Oreille Oil & Gas Company.

Pend Oreille Division Order No. 28030 dated May 1, 1985, effective January 8, 1985, covering the 29 RA SU A; State Lease 9570 No. 1 well. VBLC interest: .1021995 R.I.

Pend Oreille Division Order No. 28033 dated May 1, 1985, effective January 8, 1985, covering the 29 RA SU A; State Lease 9570 No. 2. VBLC interest: .1021995 R.I.

Pend Oreille Amended Division Order No. 28037 dated May 15, 1985, effective January 8, 1985, covering the 29 RB SU A; State Lease 8512 No. 1. VBLC interest: .0729752 R.I.

Pend Oreille Amended Division Order No. 28038 dated May 15, 1985, effective January 8, 1985, covering the 29 RA SU B; State Lease 8512 No. 2. VBLC interest: .0809404 R.I.

Pend Oreille Division Order No. 28039 dated May 1, 1985, effective January 8, 1985, covering the 29 RC SU A; State Lease 9570 No. 3. VBLC interest: .0067831 R.I.

Pend Oreille Division Order No. 28040 dated May 1, 1985, effective January 8, 1985, covering the 29 RA SU C; LL& E B #1. VBLC interest: .0373668 R.I.

Pend Oreille Division Order No. 28046 dated April 1, 1985, effective February 20, 1985, covering the 29 RA SU D; State Lease 8512 No. 4. VBLC interest: .0006685 R.I.

356

Gas Purchase Contract dated August 31, 1983 between Pend Oreille Oil & Gas Co., Vermilion Bay Land Company, et al, as Seller, and Louisiana State Gas Corp., as Buyer.

(xiii) Oil, Gas and Hydrocarbon Lease dated October 14, 1983 between vermilion Bay Land Company and Trend Resources, Ltd. covering 1250 acres, more or less, in Township 18 South, Range 25 East and/or Township 19 South, Range 25 East (Wilkinson Bay Area), as amended by letter agreement dated September 8, 1986 between Vermilion Bay Land Company and Pen Oreille Oil & Gas Company. This lease is presently effective as to all depths from the surface to the stratigraphic equivalent of 12,500' and carries a royalty to the Lessor of 25%. This lease participates in production (acre-foot basis) from the SEMV 28 RA SU, an 880.86-acre reservoirwide unit operated by The Louisiana Land & Exploration Company. Note consent to assignment and maintenance considerations affecting acreage outside existing producing unit.

Unitization Agreement, SEMV 28 RA SU, Manilla Village Field, dated March 31, 1988 by and between LL&E, Vermilion Bay Land Company, et al creating 880.86-acre unit for production of hydrocarbons from that sand encountered between the electric log depths of 11,592' and 11,611' in the LL&E No. 2 well in Section 4, T19S-R25E.

LL&E Division Order No. 740080, effective June 7, 1988 covering the SEMV 28 RA SU, SE Manilla Village Field. VBLC interest:   .0457691 R.I.

(xiv) Oil, Gas and Hydrocarbon Lease dated June 1, 1987 by Vermilion Bay Land Company to Conoco, Inc. covering 1032.95 acres, more or less, in Sections 13, 14, 23 and 24, Township 18 South, Range 25 East. See also Declaration of Lease of even date therewith and Change of Depository dated February 25, 1988. This lease has a three year primary term and carries a royalty to the Lessor of 22.5%.

(xv) Oil, Gas and Hydrocarbon Lease dated June 16, 1987 by Vermilion Bay Land Company to Conoco, Inc. covering 482 acres, more or less, in the South half of Sections 23 and 24, Township 18 South, Range 25 East. See also Declaration

357

      of Lease of even date therewith. This lease has a three year primary term and carries a royalty to the Lessor of 22.5%.

(xvi) Oil, Gas and Hydrocarbon Lease dated September 9, 1988 between Vermilion Bay Land Company and The Louisiana Land and Exploration Company covering 185 acres, more or less, in part of Section 31, Township 18 South, Range 25 East and part of Sections 1 and 6, Township 19 South, Ranges 24 East and 25 East. This lease has a three year primary term and carries a royalty to the Lessor of 25%.

(xvii) Oil, Gas and Hydrocarbon Lease dated November 30, 1988 between Vermilion Bay Land Company and Ken Savage & Associates, Inc. covering 300 acres, more or less, in Sections 7, 8, 17, 18, 19, 20, 29 & 30, Township 19 South, Range 26 East and in Sections 12 and 13, Township 19 South, Range 25 East, subject to Assignment of Undivided Interest in Oil, Gas & Hydrocarbon Lease dated March 1, 1989 by Ken Savage & Associates, Inc. to Vermilion Bay Land Company covering an undivided 6.25% working interest in the above lease. Note consent to assignment. This lease has a three year primary term and carries a royalty to the Lessor 23%.

(xviii) Letter Agreement dated March 8, 1989 between Ken Savage & Associates, Inc., Vermilion Bay Land Company, et al relative to operations in the Bay Jimmy Area, Plaquemines Parish, and Operating Agreement of even date therewith designating Carl Oil & Gas Co., Inc. as operator; Letter Agreement dated March 20, 1989 between Ken Savage & Associates, Inc. and Vermilion Bay Land Company relative to rights in the aforesaid prospect Area. Assignment of Undivided Interest in Leases for Oil, Gas and Other Liquid or Gaseous Minerals dated March 1, 1989 by Ken Savage & Associates, Inc. to Vermilion Bay Land Company conveying an undivided 6.25% working interest in State Lease Nos. 12906 and 12907, and Letter Agreement dated October 2, 1987 between Ken Savage & Associates, Inc., Avatar Oil corp., Vermilion Bay Land Company, et al relative to operations in the prospect area, as amended by Letter Agreement dated October 21, 1987.

258

(xix)     Oil, Gas and Hydrocarbon Lease dated August 1, 1989 between Vermilion Bay Land Company and The Louisiana Land & Exploration Company covering 227 acres, more or less, in Section 31, T18S-R25E. This lease has a three year primary term and carries a royalty to the Lessor of 25%.

(xx)      Signal Division Order dated July 7, 1976 covering the 21 RB SU A; E. Cockrell, Jr. "A" #47 Well. VBLC interest: .01223343 (oil and condensate).

(xxi)     Humble Transfer Order/Division Order No. 4749 dated April 25, 1945 covering the "Humble Oil & Refining Company - Cockrell - Moran Form". VBLC interest: .03175 (oil).

(xxii)    Humble Division Order No. 15982 dated December 27, 1955 covering the Buras Levee District - Cockrell - Moran Lease." VBLC interest: .023812 (oil).

(xxiii)   Humble Division Order No. 28805 dated September 2, 1964 covering the "Buras Levee District - Cockrell - Moran B Lease." VBLC interest: .023812 (oil).

(xxiv)    LLOG Division Order dated December 20, 1983 covering the State Lease 9798 #2 Well, Lake Washington Field. VBLC interest: .01763890.

(xxv)     Unitization Agreement executed by Vermilion Bay Land Company on December 1, 1980 for the LW M-1 RA SU; creating a 31.06-acre reservoirwide unit (including a portion of the 1928 Cockrell - Gulf and Moran - Roxana leases) along the Eastern boundary of Lake Grande Ecaille. Department of Conservation Order No. 149-X-1, effective July 22, 1981, forced-pooled this unit under La. R.S. 30:5C.

(xxvi)    Unitization Agreement executed by Vermilion Bay Land Company on February 5, 1979 for the LW O RA SU, creating a 20.96-acre reservoirwide unit (including a portion of the 1928 Cockrell-Gulf and Moran-Roxana leases along the Eastern boundary of Lake Grande Ecaille).

(xxvii)   Pooling Agreement executed effective as of first production by Vermilion Bay Land Company, et al, creating a 10-acre voluntary unit for the production of oil and gas from sands

359

between the surface and 100 feet below the 5550' Sand in the LLOG - State Lease No. 9798 No. 2 well (including a portion of the 1982 Cockrell - Gulf and Moran - Roxana leases in the Lake Grande Ecaille area).

(xxviii) 15 Sand West Unit Agreement executed by Vermilion Bay Land Company on June 25, 1979, creating a 347.932-acre reservoirwide unit for the 15 Sand West Reservoir, including portions of the Mecom Lease and Sublease as to lands in Township 19 South, Range 26 East. Department of Conservation Order No. 149-W, effective November 7, 1979, forced-pooled the unit under La. R.S. 30:5.C.

(xxix) The above described lands are affected by the following pipeline servitudes:

- Two companion grants dated October 7, 1955 to Interstate Oil Pipe Line Company covering lands of Vermilion Bay Land Company in Sections 19, 20, 26, 27, 28, 29, 30 and 35. T19S-R26E.

- October 24, 1956 to Interstate Oil Pipe Line Company, recorded at COB 195, Folio 210, Entry No. 48.

- September 14, 1957 to Tennessee Gas Transmission Company, covering lands of Vermilion Bay Land Company in T20S-R27E, as supplemented by Letter Agreement dated September 14, 1957.

- June 14, 1960 to Humble Oil & Refining Company covering lands of Vermilion Bay Land Company in T20S-R27E (vicinity Section 22).

- January 28, 1960 to Tennessee Gas Transmission Company covering the Louisiana Delta North Lake Washington Placid - Humble Line.

- October 19, 1960 to Texaco, Inc., recorded at COB 236, Folio 203, Entry No. 53

- November 1, 1960 to Southern Natural Gas Company, recorded at COB 236, Folio 175, Entry No. 46.

(xxx)   Unitization Agreement executed by Vermilion Bay Land Company, et al, on March 10, 1993 recorded in COB 802, Folio 299, of the records of Plaquemines Parish, Louisiana.

(xxxi)  Oil, Gas, and Hydrocarbon Lease dated May 1, 1993 from Vermilion Bay Land Company, as Lessor, to Samson Resources Company, as Lessee, recorded in COB 806, Folio 533, of the records of Plaquemines Parish, Louisiana.

(xxxii) Oil, Gas, and Mineral Lease effective as of September 1, 1994, from Vermilion Bay Land Company, as Lessor, to Phillips Petroleum Company, as Lessee, evidenced of record by Extract of Oil and Gas Lease recorded in COB 845, Folio 241, of the records of Plaquemines Parish, Louisiana.

(xxxiii) Option Agreement executed by Vermilion Bay Land Company, and Phillips Petroleum Company, dated September 1, 1994, recorded in COB 847, Folio 813, of the records of Plaquemines Parish, Louisiana.

(xxxiv) Oil, Gas, and Hydrocarbon Lease dated August 24, 1950 from The Moran Corporation and Isaac S. Heller, as Lessors, to Ernest Cockrell, Jr., as Lessee, recorded in COB 148, Folio 25, of the records of Plaquemines Parish, Louisiana.

(xxxv)  Oil, Gas, and Hydrocarbon Lease dated June 14, 1951 from Ernest Cockrell, Jr., et al, as Lessors, to John W. Mecom, as Lessee, recorded in COB 161, Folio 682, of the records of Plaquemines Parish, Louisiana.

(xxxvi) Partial Release of Oil, Gas, and Hydrocarbon Lease executed by Ifint Oil Exploration, Inc., et al, dated May 28, 1993, recorded in COB 814, Folio 107, of the records of Plaquemines Parish, Louisiana.

(xxxvii) Partial Release of Oil, Gas, and Hydrocarbon Lease executed by Meridian Oil, Inc., et al, dated May 28, 1993, recorded in COB 814, Folio 111, of the records of Plaquemines Parish, Louisiana.

E 361

(xxxviii) Partial Release of Oil, Gas, and Hydrocarbon Lease executed by Samson Resources Co., et al, recorded on September 13, 1993, in COB 816, Folio 247, of the records of Plaquemines Parish, Louisiana.

(xxxix) Partial Release of Oil, Gas, and Hydrocarbon Lease executed by The Louisiana Land and Exploration Company, et al, dated September 29, 1993, recorded in COB 832, Folio 165, of the records of Plaquemines Parish, Louisiana.

(xxxx) Suit entitled, "Marsh Buggies, Inc. vs. Bradish Johnson Company, Ltd., Louisiana Land and Exploration Company, The State of Louisiana, Vermilion Bay Land Company, Donald W. F. Boudreaux, and Roland Phillips," Number 37-166 on the docket of the Twenty-Fifth Judicial District Court for the Parish of Plaquemines, State of Louisiana.

END OF EXHIBIT "B"

362

EXHIBIT "C"

(Attached to Cash Sale Deed and Act of Conveyance
dated December ____, 1994 from
Vermilion Bay Land Company to Apache Corporation)

DESCRIPTION:

1. All mineral rights reserved to Vermilion Bay Land Company in the following described deeds, to-wit:

    (A) Quitclaim Deed dated December 28, 1970 recorded in COB 260, Folio 132 of the records of Plaquemines Parish, Louisiana.

    (B) Quitclaim Deed dated December 17, 1981 recorded in COB 542, Folio 667 of the records of Plaquemines Parish, Louisiana.

    (C) Quitclaim Deed dated December 17, 1988 recorded in COB 542, Folio 672 of the records of Plaquemines Parish, Louisiana.

2. All mineral rights (including, but not limited to, all mineral, royalty, executive, and overriding royalty interests) acquired by Mt. Forest Fur Farms of America, Inc. in the Compromise Agreement dated June 30, 1942 recorded in COB 107, Folio 361 of the records of Plaquemines Parish, Louisiana.

3. All mineral rights (including, but not limited to, all mineral, royalty, executive, and overriding royalty interests) acquired by Vermilion Bay Land Company in the Compromise Agreement dated April 28, 1975 recorded in COB 417, Folio 511 of the records of Plaquemines Parish, Louisiana.

4. All rights of Vermilion Bay Land Company in that certain suit entitled, "Vermilion Bay Land Company vs. Phillips Petroleum Company, et al," Number 29-542, Division "A" of the Twenty-Fifth Judicial District Court of Plaquemines Parish, Louisiana.

END OF EXHIBIT "C"

FORTY AND NO/100 DOLLARS ($1,681,140.00), cash in hand paid, the receipt of which is hereby acknowledged.

The certificate of mortgage is hereby waived by the parties.

The Grantee takes cognizance of all past due and/or current year's taxes and agrees to pay the same.

DONE AND PASSED at my office in said County of Harris, State of Texas, in the presence of the undersigned competent witnesses, and me, Notary Public, on this the 30 day of December, 1994, to be effective as of October 1, 1994 at 7:00 o'clock a.m.

WITNESSES TO ALL SIGNATURES:

VERMILION BAY LAND COMPANY

BY: J. N. AVERETT, JR.
ITS: PRESIDENT

APACHE CORPORATION

BY:
ITS:

NOTARY PUBLIC

LISA J. RICHARDSON
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-29-98

RECORDED PARISH OF PLAQUEMINES
ON MAR 30 1995
IN C. O. B. 857 FOLIO 349
DY. CLERK OF COURT

95 MAR 30 AM 11:05
PLAQUEMINES PARISH, LA.
SANDRA M. HARDIN, CLK.
RECEIVED
-3-