LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

September 4, 2013

Deepwater Horizon Claims Administration

Re:   Apache Louisiana Minerals LLC - BP Claim
      Claimant ID No: 194965

To Whom It May Concern:

As you are aware, this firm represents Apache Louisiana Minerals LLC ("ALM") in the above-referenced claim. On July 24, 2013, ALM received an eligibility notice on the above-referenced claim. On August 22, 2013, ALM filed a request for reconsideration and submitted a reconsideration memo. That memo has been uploaded to this firm's portal.

On August 28, 2013, the undersigned received an e-mail from Beth Smyers with Brown Greer concerning various questions regarding ALM's various claims filed with the Deepwater Horizon Claims Center. Question No. 5 regarded Claim 194965 in Cameron Parish and the ownership percentage of 58.3333 percent contained in the eligibility notice. (Attached as Exhibit 1 is the e-mail from Beth Smyers.) As can be seen from Ms. Smyers' response, Ms. LeBreton made an analysis of the ownership percentage and concluded that ALM only owned 75 percent of a 7/9 ownership interest in the property. Ms. LeBreton refers to only one element in ALM's prior title chain in which Castex purchased a 75 percent interest in the lands from Mirant. (Ms. LeBreton refers to document I.D. No. 11332502.) What Ms. LeBreton missed is that Castex owned 100 percent of the 7/9 interest when it sold to LaTerre Co. LaTerre Co. then sold 75 percent of that interest to Mirant, and then subsequently purchased that same 75 percent interest back from Mirant. Therefore, when LaTerre Co., Ltd sold its ownership interest to Apache North America, Inc., all of the seller's rights and interest were the 7/9, and not the 75 percent of the 7/9.

As previously stated throughout this claims process, ALM has a staff devoted to keeping up with its title and mapping its property. As such, that staff has compiled a summary of title from 2000 to present regarding ALM's title in Cameron Parish, Louisiana. (That summary of title is attached as Exhibit 2.) As can be seen from Exhibit 2, on June 1, 2000, Castex Energy 1995 sold to LaTerre Co. the property at issue. Then on April 1, 2001, Laterre Co. sold to Mirant South Louisiana Fee, LLC, 75 percent of LaTerre Co.'s right, title, and interest in the property. Then on August 1, 2002, Mirant South Louisiana Fee, LLC, sold to LaTerre Co. that

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

Deepwater Horizon Claims Administration
Page 2
September 4, 2013

same 75 percent of seller's right, title, and interest. On December 1, 2002, Laterre Co., Ltd, sold the property at issue to Apache North America, Inc.

ALM respectfully submits that as can be seen from the attached exhibits and the title documents previously submitted with this claim, ALM's ownership interests in the property at issue in Cameron Parish is 7/9, and not 58.3333 percent. Therefore, ALM respectfully submits that its reconsideration request should be granted, and ALM should be paid according to its ownership percentage of 7/9.

Your attention to this matter is greatly appreciated, and should you have any questions, please do not hesitate to call.

Sincerely yours,

STANWOOD R. DUVAL

SRD/jbl
Enclosures
cc: Mr. Andrew S. Friedberg, via e-mail: andrew.friedberg@apachecorp.com
    Mr. William M. Getschow, via e-mail: William.Getschow@apachecorp.com
    Mr. Timothy Allen, via email: Timothy.Allen@apachecorp.com

## Stan Duval

| | |
|---|---|
| **From:** | Beth Smyers <bsmyers@browngreer.com> |
| **Sent:** | Wednesday, August 28, 2013 7:40 AM |
| **To:** | Stan Duval |
| **Cc:** | Matthew Howells; David Smith |
| **Subject:** | RE: Apache Louisiana Minerals, LLC |

Stan,

We have reviewed your questions from your letter dated August 22, 2013, and below are our responses. Please let us know if you have any questions.

1. For Claim ID 174112 in Terrebonne Parish, Apache requested reconsideration on June 4, 2013. Do you have any idea as to approximately how long the reconsideration will take? It is difficult to predict how long the Reconsideration review will take because the parcel's boundaries and the SCAT line will need to be reviewed by the mapping experts. We will follow up with the mapping experts regarding this claim.

2. For Claim ID 174189 in Cameron Parish, it states, "In mapping expert review for [claim zone] analysis." What does this mean? Initially, whenever a parcel is not located in the Wetlands Claim Zone, it will appear as "Ineligible" in the Claims Administrator's Database. Then, we send the claim is to the mapping experts so that the parcel can be reviewed and mapped. This claim is currently with the mapping experts to determine whether the parcel should be added to the Wetlands Claim Zone.

3. For Claim ID 174458 in Plaquemines Parish, it states, "In mapping expert review for parcel boundary analysis." What does this mean? The parcel's boundaries overlap with one or more other parcels and must be researched to determine why there is overlap and if it can be resolved. The parcel descriptions and boundaries will be reviewed by Rose LeBreton, who is a Louisiana property attorney, to attempt to resolve the overlap issues. This parcel is included in the Wetlands Claim Zone, but the parcel's boundaries overlap with one or more other parcels and must be researched.

4. For Claim ID 174405 in Plaquemines Parish, it states, "In QA review." What does this mean? We have completed evaluating the claim, and now we are now checking the review results for quality assurance before issuing a Notice on the outcome of the review. In the Wetlands review process, if there is a joint ownership issue, we send claims to Ms. LeBreton so that she and her team can confirm the claimant's ownership percentage. Claim 174405 has been submitted to Ms. LeBreton and her team to confirm Apache's ownership interest in the parcel.

5. For Claim ID 194965 in Cameron Parish, I am filing a reconsideration partly based on the ownership percentage. The eligibility notice paid us on an ownership percentage of 58.3333; however, the ownership percentage should be 77.8. The ownership interest will be reviewed again during Reconsideration. Below are the comments form Ms. LeBreton regarding her analysis is the ownership percentage:

   See Doc ID# 10203465 for Claim Form. See Doc ID# 9234815 for property description. See Doc ID# 11332502 where Laterre Co., LTD purchased 75% of a 7/9 (58.3333333%) ownership interest in said property. See Doc ID# 9232938 where Laterre Co., LTD sold its ownership interest in said property to Apache North America, Inc. Note that the sale to Apache does not indicate the ownership interest being transferred; however, it does say "all of sellers right, title and

1

EXHIBIT 1

interest" which we know is 58.3333333% because of the prior title. See Doc ID #9215537 pursuant to which Apache North America, Inc. transfers all of its interest in the properties described in Doc ID# 9232938 to Apache Louisiana Minerals, Inc., and Doc ID# 9234963, pursuant to which Apache Louisiana Minerals, Inc. converted into Apache Louisiana Minerals LLC (the claimant). Note that claimant indicated a 77.8% (7/9) ownership interest in said property. The review team believes that this error is a result of claimant not realizing that only 75% of 7/9 was transferred, not the entire 7/9.

6. Likewise, for Claim ID 174559 in Plaquemines Parish, for which there is a reconsideration deadline of September 2, 2013, I will be filing for reconsideration because the eligibility notice paid us for only 58.3333 percent as an ownership percentage. Apache Louisiana Minerals owns 100 percent. If you choose to request Reconsideration, the ownership interest will be reviewed again at that time.

Thank you.
Beth

---

**From:** Stan Duval [mailto:stan@duvallawfirm.com]
**Sent:** Thursday, August 22, 2013 3:26 PM
**To:** Beth Smyers
**Subject:** Apache Louisiana Minerals, LLC

Please see the attached correspondence. I hope all is well, and thank you for your attention to the attached.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA    70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com
```

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

# SUMMARY OF TITLE FROM 2000
## APACHE LOUISIANA MINERALS, LLC – MECOM RANCH (Joyce Tract)
## CAMERON PARISH, LA

## CONVEYANCE RECORDINGS

1.) **NAME CHANGE CONFIRMATION**
   Fina Oil and Chemical Company to ATOFINA Petrochemicals, Inc.
   Recorded 9/1/2000; COB 915; Page 238; Entry 266477

2.) **ACT OF SALE (6/1/2000)**
   ATOFINA Petrochemicals, Inc. to Castex Energy 1995, L.P.
   Recorded 9/1/2000; Book 915; Page 249; Entry 266479

3.) **CONVEYANCE AND BILL OF SALE (6/1/2000)**
   Castex Energy 1995, L.P. to LaTerre Co., Ltd.
   Recorded 2/23/2001; Book 924; Page 865; Entry 268908

4.) **ACT OF SALE (4/1/2001)**
   LaTerre Co., Ltd. to Mirant South Louisiana Fee, LLC
   Recorded 9/5/2001; Book 936; Page 704; Entry 272064
   - 75% of seller's right, title, and interest

5.) **ACT OF SALE (8/1/2002)**
   Mirant South Louisiana Fee, LLC to LaTerre Co., Ltd.
   Recorded 12/11/2002; Book 959; Page 166; Entry 278564
   - 75% of seller's right, title, and interest

6.) **ACT OF SALE (12/01/2002)** – (Different instrument than that listed #8 below.)
   LaTerre Co., Ltd. to Apache Corporation
   Executed by: John Stoika (LaTerre Co., Ltd.) and Nelson Galatas (Apache Corp.)
   Recorded 12/23/2002; COB 959; Page 827; Entry 278719
   - Covers all lands of Fina Oil & Chemical Company (LaTerre and Mecom Ranch (Terrebonne, Lafourche and Cameron Parish)) along with host of wells and facilities
   - Does NOT include Houma Office tract
   - Contains Exhibits A (24 pages - Land), B (4 pages – O&G), C (1 page – O&G), D-1 (1 page – O&G), D-2 (1 page – O&G)

7.) **REVOCATION AND EXTINGUISMENT OF ACT OF SALE (12/01/2002)**
   LaTerre Co., Ltd. to Apache Corporation
   Executed by: John Stoika (LaTerre Co., Ltd.) and Eric Harry (Apache Corporation)
   Recorded 02/07/2003; COB 377; Entry 279405
   - Nullifies sale and recording of Item #1 above, which was erroneously executed.

EXHIBIT 2
Blumberg No. 5119

# SUMMARY OF TITLE FROM 2000
# APACHE LOUISIANA MINERALS, LLC – MECOM RANCH (Joyce Tract)
# CAMERON PARISH, LA

8.) **ACT OF SALE (12/01/2002)**
   **LaTerre Co., Ltd. to Apache North America, Inc.**
   Executed by: John Stoika (LaTerre Co., Ltd.) and Eric Harry (Apache North America, Inc.)
   Recorded 02/07/2003; COB 380; Entry 279406
   - Covers all lands of Fina Oil & Chemical Company (LaTerre and Mecom Ranch (Terrebonne, Lafourche and Cameron Parish)) along with host of wells and facilities
   - Does NOT include Houma Office tract
   - Contains Exhibits A (23 pages - Land), B (3 pages – O&G), C (1 page – O&G), D-1 (10 pages – O&G), D-2 (3 pages – O&G)

9.) **CONVEYANCE (02/01/2003)**
   **Apache North America, Inc. to Apache Louisiana Minerals, Inc.**
   Executed by Eric Harry (Apache North America, Inc.) and Eric Harry (Apache Louisiana Minerals, Inc.)
   Recorded 02/21/2003; COB 33; Entry 279582
   - No attached Exhibits
   - Only refers to Act of Sale dated 12/01/2002 (Item #3 above) recorded under Entry 279406 in Cameron Parish; COB 1807, Entry 1139014 in Terrebonne Parish; COB 1521, Entry 930631 in Lafourche Parish.

10.) **RELEASE AND EXTINGUISHMENT OF PRODUCTION PAYMENT AND FIRST AMENDMENT TO ACT OF SALE (03/28/2003 but effective 12/01/2002)**
   **LaTerre Co., Ltd.; Apache North America, Inc.; Apache Louisiana Minerals, Inc.**
   Recorded 04/11/2009; COB 679; Entry 280188
   - Takes corrective action to remove all O&G portion of sale to Apache Louisiana Minerals, Inc. and eliminating obligation for production payments associated therewith.
   - Deletes Exhibits B, C, D-1 and D-2 from original sale *(Item #2 above)*.

11.) **CERTIFICATE OF INCORPORATION (01/02/2009)**
   **Apache Louisiana Minerals, Inc. to Apache Louisiana Minerals LLC**
   Recorded 02/19/2013; Entry 328511