

| | RELEASE INCOMPLETENESS NOTICE<br>DATE OF NOTICE:  September 6, 2013 | | |
|---|---|---|---|
| | **I.  CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Last<br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174553 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| | **II.  INCOMPLETENESS EXPLANATION** | | |

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I.  We have reviewed this claim, found it eligible for payment and cannot continue processing it because the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") is incomplete according to the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP.  This Notice explains the problems with your Release and explains how to correct them.  We are available to help you if you have questions or need assistance.  Submit the new Release or any other required documents and/or information so that we may complete the processing of your Release and pay the settlement amount. If you have already sent in these materials, let us know, for they may have come in after we did our last review.

| | **WHAT YOU NEED TO SUBMIT** | **EXPLANATION** |
|---|---|---|
| 1. | Proper documents establishing the representative's authority to sign the Release on the claimant's behalf.  If you are a Business, we require a signature of an Authorized Representative and need documents that sufficiently establish that you are an authorized representative of the business.  You may provide the attached Certification Form to satisfy this requirement. | The Settlement Agreement requires claimants to sign the Release personally unless there is an authorized representative with the authority to act on the claimant's behalf.  The Release is not signed by the claimant and you did not submit documents establishing your authority to act on the claimant's behalf. |

| **III.  HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
|---|
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance.  You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |
| **IV.  HOW TO RESPOND TO THIS NOTICE** |
| If Section II of this Notice requires you to submit a Release, an *original* copy of the Release bearing the claimant's signature is required.  Submit the original, hard copy signed Release by Mail, Overnight, Certified or Registered Mail, or by visiting a Claimant Assistance Center. If a Release is not required, submit any additional documentation and Forms in any of the following ways, but be sure to include your Claimant ID on all documentation and/or information you submit. |

| | |
|---|---|
| **By Mail:**<br>(Postmarked no later than your Response deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail:**<br>(If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile:**<br>(Sent no later than 12:00 midnight local time on your Response deadline) | (888) 524-1583 |
| **By Email:**<br>(Sent no later than 12:00 midnight local time on your Response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center:**<br>(Delivered no later than your Response deadline) | You may take the required information or documents to a Claimant Assistance Center. |



# Certification of Authorized Business Representative

## A. Claimant Information

| | |
|---|---|
| **Name of Business** | |
| **DBA Name, if applicable** | |
| **Deepwater Horizon Settlement Program Claimant Number** | \| 1 \| 0 \| 0 \| 1 \| 7 \| 6 \| 9 \| 6 \| 0 \| |

## B. Business Representative Status

To receive payment under the Settlement Program, the claimant or authorized business representative must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release"). The Settlement Program has been unable to verify the name and title of the signer on the Release you provided as either the claimant or an authorized business representative based on the supporting documents on file with the Settlement Program at this time.

Enter the name and title of the individual who is authorized to act on behalf of the business and has the legal authority to sign the Release, if applicable, in the section below. In order for the Settlement Program to complete approval of the submitted Release, the name and title of the individual being provided on this Certification must exactly match the name and title on the Release previously provided to the Settlement Program.

| | | | |
|---|---|---|---|
| **Authorized Business Representative's Name** | Last Name | First Name | Middle Initial |
| **Title, if applicable** | | | |

## C. Signature

By my signature below, I certify and declare pursuant to 28 U.S.C. Section 1746 that the information provided in this Certification of Authorized Business Representative is true and accurate to the best of my knowledge.

I certify that I am authorized to act on behalf of the business submitting the Release.

An attorney may sign his or her name on behalf of the claimant if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the authorized business representative in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, **www.deepwaterhorizonsettlements.com**. **We do not require signatures from both the attorney and the authorized business representative.**

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| | | | |
|---|---|---|---|
| **Authorized Business Representative's Signature** | | **Date** | ____/____/_____ (Month/Day/Year) |
| **Printed Name** | | | |
| **Attorney Signature** | | **Date** | ____/____/_____ (Month/Day/Year) |
| **Printed Name, and Title** | | | |

| **Law Firm** | |
|---|---|
| **D. How to Submit this Form** ||
| Submit the signed **Certification of Authorized Business Representative** in one of these ways: ||
| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888)524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |