LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

September 13, 2013

Deepwater Horizon Claims Administration

Re:   Apache Louisiana Minerals LLC - BP Claim
      Claimant ID No: 100176960
      Claim ID: 174112

To Whom It May Concern:

The following is in response to an e-mail dated September 3, 2013, a copy of which is attached for your reference as Exhibit 1. Please allow this to supplement my previous reconsideration memo submitted on behalf of Apache Louisiana Minerals LLC ("ALM").

Attached as Exhibit 2 to this letter is a map prepared by ALM that was attached to ALM's reconsideration request dated June 4, 2013. This map is based off of the 2010 and 2011 tax notices, both of which were uploaded when the claim was filed. There is no other tax assessment other than those previously uploaded.

If you compare the map attached to this letter as Exhibit 2 and the map contained in Exhibit 1, you will notice that the maps differ regarding ALM's property boundary. Specifically, as to the land in the yellow circle on the map in Exhibit 1 – some of that land should be located within ALM's property boundary.

One simple example of the discrepancy in the property line is as follows:

Section 36 of Township 20S, Range 19E, is completely within ALM's property line in Exhibit 2. However, in the map contained in Exhibit 1, it is not. ALM's 2010 tax assessment for this parcel (a copy of which is attached as Exhibit 3) lists all of Section 36 in Township 20S, Range 19E, as being part of ALM's property.

As previously stated, ALM has a staff of GIS mapping capabilities, and that staff has continually mapped its property according to its title. I know that the settlement map for Terrebonne Parish came from the assessor's GIS map. However, the Terrebonne Parish Assessor has stated that his map of the wetlands should not be relied on (see Exhibit 4). Therefore, please change Apache's property line to that as reflected in Exhibit 2.

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

Deepwater Horizon Claims Administration
Page 2
September 13, 2013

    As always, we greatly appreciate your help in this matter and the timeliness in which you have responded to our questions.

    Thank you for your attention to this matter.

Sincerely,

*[signature]*

STANWOOD R. DUVAL

SRD/pc

Enclosures

cc:   Mr. Timothy J. Allen, PLS, via e-mail Timothy.Allen@apachecorp.com
      Mr. William Getschow, via e-mail William.Getschow@apachecorp.com
      Mr. Andrew Friedberg, via e-mail andrew.friedberg@apachecorp.com
      Mr. Berwick Duval

# Stan Duval

**From:** Beth Smyers <bsmyers@browngreer.com>
**Sent:** Tuesday, September 03, 2013 10:12 AM
**To:** Stan Duval
**Cc:** Matthew Howells; David Smith
**Subject:** RE: Apache Louisiana Minerals, LLC

Stan,

I have talked with the mapping company regarding Claim ID 174112 in Terrebonne Parish. It indicates that based on the land description in the tax assessment, the two big white boxes represent the parcel boundaries. See the yellow circle below; the land between the two white boxes is not included in the parcel boundaries per the tax assessment. It appears the SCAT in the yellow circle is what you want included in the compensation amount. Is there another tax assessment that covers this property? (Additionally, the SCAT in the two small white squares is assessed to the school board, but it doesn't appear you were trying to include that SCAT length in your compensation amount.)

Thanks,
Beth



1



From: Beth Smyers
Sent: Wednesday, August 28, 2013 8:40 AM

2





Make Checks Payable to:

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

PAY ONLINE AT: www.tpso.net

APACHE LOUISIANA MINERALS, INC.    46553
C/O STANCIL & CO.
PO BOX 149                          128
RICHMOND, TX 77406                    1

## PROPERTY TAX NOTICE

WARD: R-06
ACCOUNT NBR: 31436-0100
NAME: APACHE LOUISIANA MINERALS, INC.

L. Vernon Bourgeois, Jr.
Sheriff and Ex-Officio Tax Collector
PO Drawer 1670
Houma, LA 70361

RETURN THIS PORTION WITH PAYMENT



-------- PROPERTY DESCRIPTION --------
TERREBONNE PARISH LA. WARD 6
T19S -R19E:
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 EXCEPT LOT 1 CONTAINING
579.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 33 CONTAINING 640 ACRES.
SECTION 32 - NE/4; W/2 OF SW/4; E/2 OF
SE/4 CONTAINING 326 ACRES.
SECTION 33 - LOTS 15 & 16 CONTAINING
16.68 ACRES.
SECTION 35 - ALL EAST OF BAYOU
--SEE TAX OFFICE FOR MORE DESCRIPTIONS--

MARSHLAND      160515
51705 ACRES

TAXABLE ASSESSED VALUE:      150,515

CONSOLIDATED MILLAGE   67.49M   10,833.
SPECIAL DIST. MILLAGE  32.16M    5,162.

TOTAL TAXES DUE FOR 2010 ===> 15,995.

PHYSICAL LOCATION:
136 POINT BARRE RD

WARD: R-06   ACCOUNT NBR: 31436-0100   NAME: APACHE LOUISIANA MINERALS, INC.
TOTAL TAX DUE FOR 2010:    15,995.52
PAY THIS AMOUNT BY DECEMBER 31, 2010   PAY ONLINE AT www.tpso.net
If applicable, consult mortgage company before paying.

BY LAW YOUR TAX IS DELINQUENT ON DECEMBER 31st. THE LAW REQUIRES
INTEREST BE CHARGED AS FOLLOWS: A FLAT RATE OF ONE PER CENT (1%)
PER MONTH ON DELINQUENT AD VALOREM TAXES.

FOR INFORMATION ON YOUR ASSESSED VALUE, HOMESTEAD EXEMPTION, OR
CHANGE OF ADDRESS CONTACT:
   GENE P. BONVILLAIN, ASSESSOR (985) 876-6620
FOR AMOUNT OF TAX AND/OR INTEREST OWED CONTACT:
   PROPERTY TAX DEPARTMENT
   HOUMA (985) 857-0230   THIBODAUX (985) 446-5651

EXHIBIT 3

Monday, February 4, 2013 | 55.9°F | Partly Cloudy

Home | Contact Us | Directory | Links | Login | Mobile | Photo Gallery | RSS Feeds | Sitemap

RESIDENTS    BUSINESSES    VISITORS    GOVERNMENT    ONLINE SERVICES    EMPLOYMENT

Departments & Agencies
Select a Department

8026 Main Street, Suite 501
Houma, LA 70360

Terrebonne Parish Assessor's Office
Office Hours: 8:30 am to 4:30 pm - Monday thru Friday

Phone: (985) 873-6520

Assessor
Tax Roll
Secure Access Instructions
Secure Access Online
Inquiry

Assessor: Loney J. Grabert
Email: grabert11@bellsouth.net

### Tax Roll

APACHE LOUISIANA MINERALS, INC.

Select a year

Account #: 31436
Year: 2010

Property Type: REAL PROPERTY
Ward/City: 06
Owner/Address: APACHE LOUISIANA MINERALS, INC.
C/O STANCIL & CO.
PO BOX 149
RICHMOND TX 77406

Total Abstract Assessed Value: 160,515
Homestead Assessed Value: 0
Parish Tax: $15,995.32
City Tax: $0.00

Taxes Covered By Homestead: ($0.00)
Taxpayer Amount Due: $15,995.32
Sheriff Tax Payment Paid

Additional Owners | Millages | Abstract | **Property Description**

TERREBONNE PARISH LA WARD 6
T19S - R19E:
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 EXCEPT LOT 1 CONTAINING 570.41 ACRES.
ALL SECTION 30 CONTAINING 640 ACRES.
ALL SECTION 31 CONTAINING 640 ACRES.
SECTION 32 - NE/4; W/2 OF SW/4; E/2 OF SE/4 CONTAINING 320 ACRES.
SECTION 33 - LOTS 15 & 16 CONTAINING 18.68 ACRES.
SECTION 15 - ALL EAST OF BAYOU TERREBONNE, EXCEPT LOT 1, CONTAINING 282.44 ACRES
SECTION 53 - E/2 OF E/2; SW/4 OF NE/4; SW/4 OF SE/4; W/2 OF W/2 CONTAINING 400 ACRES
ALL SECTION 34 CONTAINING 640 ACRES
ALL SECTION 35 CONTAINING 640 ACRES
SECTION 36 - ALL, EXCEPT SE/4 OF SE/4 CONTAINING 600 ACRES.
SECTION 37- ALL, EXCEPT W/2 OF SW/4 CONTAINING 560 ACRES
SECTION 38 - E/2; E/2 OF NW/4; SW/4 OF SW/4; EXCEPT PORTION QUITCLAIMED BY LA-TERRE CO., INC. TO PIERRE CHAISSON, JOSEPH NAQUIN AND HENRY DARDAR BY THREE INSTRUMENTS DATED OCT. 24, 1951, AND RECORDED IN CB 183/430, 428, 427 RESPECTIVELY, TERREBONNE PARISH, LA CONTAINING 433.60 ACRES.
ALL SECTION 39 CONTAINING 640 ACRES
ALL SECTION 40 CONTAINING 640 ACRES
ALL SECTION 41 CONTAINING 640 ACRES
ALL SECTION 42 CONTAINING 640 ACRES
ALL SECTION 43 CONTAINING 503.16 ACRES



SECTION 44 - ALL, EXCEPT LOT 8 CONTAINING 455.64 ACRES
ALL SECTION 45 CONTAINING 508.48 ACRES
ALL SECTION 46 CONTAINING 508.48 ACRES
ALL SECTION 47 CONTAINING 508.48 ACRES
ALL SECTION 48 CONTAINING 508.48 ACRES
SECTION 49 - ALL, EXCEPT NE/4 OF NW/4, AND EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC. TO HELLEN (OR HELIEN) VERDIN DARDAR, ETAL BY INSTRUMENT DATED JUNE 28, 1949 AND RECORDED IN CB 169/234 TERREBONNE PARISH LA., AND ALSO EXCEPT PORTIONS QUITCLAIMED BY LA-TERRE CO., INC. TO PIERRE CHAISSON BY INSTRUMENT DATED OCT. 24 1951 AND RECORDED IN CB 153/430, TERREBONNE PARISH, LA. CONTAINING 453.30 ACRES.
SECTION 11-LOT 2 CONTAINING 71.84 ACRES
SECTION 12-LOT 2 CONTAINING 99.76 ACRES
SECTION 13-LOT 2 CONTAINING 39.92 ACRES

T20S - R19E
ALL SECTION 1 CONTAINING 640 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 1125.76 ACRES
ALL SECTION 7 CONTAINING 1125.76 ACRES
ALL SECTION 8 CONTAINING 640 ACRES
ALL SECTION 9 CONTAINING 640 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
ALL SECTION 12 CONTAINING 640 ACRES
ALL SECTION 13 CONTAINING 640 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
ALL SECTION 17 CONTAINING 640 ACRES
ALL SECTION 18 CONTAINING 1125.76 ACRES
ALL SECTION 19 CONTAINING 1125.76 ACRES
ALL SECTION 20 CONTAINING 640 ACRES
ALL SECTION 21 CONTAINING 640 ACRES
ALL SECTION 22 CONTAINING 640 ACRES
ALL SECTION 23 CONTAINING 640 ACRES
ALL SECTION 24 CONTAINING 345 ACRES
ALL SECTION 25 CONTAINING 216 ACRES
ALL SECTION 26 CONTAINING 640 ACRES
ALL SECTION 27 CONTAINING 640 ACRES
ALL SECTION 28 CONTAINING 640 ACRES
ALL SECTION 29 CONTAINING 640 ACRES
ALL SECTION 30 CONTAINING 1125.76 ACRES
ALL SECTION 31 CONTAINING 2054.51 ACRES
ALL SECTION 32 CONTAINING 1,168 ACRES
ALL SECTION 33 CONTAINING 1,168 ACRES
ALL SECTION 34 CONTAINING 1,168 ACRES
ALL SECTION 35 CONTAINING 1,168 ACRES
ALL SECTION 36 CONTAINING 603 ACRES

T20S R20E
SECTION 1 - W/2 OF SW/4; SE/4 OF SW/4 CONTAINING 124.80 ACRES
ALL SECTION 2 CONTAINING 640 ACRES
ALL SECTION 3 CONTAINING 640 ACRES
ALL SECTION 4 CONTAINING 640 ACRES
ALL SECTION 5 CONTAINING 640 ACRES
ALL SECTION 6 CONTAINING 640 ACRES
SECTION 7, ALL FRACTIONAL, CONTAINING 382.84 ACRES
SECTION 8, ALL FRACTIONAL, CONTAINING 102.40 ACRES
SECTION 9, ALL FRACTIONAL CONTAINING 444.92 ACRES
ALL SECTION 10 CONTAINING 640 ACRES
ALL SECTION 11 CONTAINING 640 ACRES
SECTION 12, W/2; CONTAINING 332.80 ACRES
SECTION 13 - NW/4 OF SE/4 WEST OF BAYOU CHIEN; E/2 OF SW/4; SW/4 OF SW/4; NW/4 CONTAINING 312.80 ACRES
ALL SECTION 14 CONTAINING 640 ACRES
ALL SECTION 15 CONTAINING 640 ACRES
SECTION 17, ALL FRACTIONAL CONTAINING 6.48 ACRES
SECTION 18, ALL FRACTIONAL CONTAINING 353.76 ACRES
SECTION 19, ALL FRACTIONAL CONTAINING 199.08 ACRES

SECTION 20; ALL FRACTIONAL CONTAINING 70.88 ACRES
SECTION 21; ALL FRACTIONAL CONTAINING 363.64 ACRES
ALL SECTION 22; CONTAINING 589.08 ACRES
ALL SECTION 23; CONTAINING 640 ACRES
SECTION 24 - W/2 OF NW/4; S/2 WEST OF BAYOU CHIEN CONTAINING 269.80 ACRES
SECTION 25 - ALL WEST OF BAYOU CHIEN CONTAINING 585.80 ACRES
SECTION 26; ALL FRACTIONAL CONTAINING 395.28 ACRES
SECTION 27; ALL FRACTIONAL - CONTAINING 26.08 ACRES
SECTION 28; ALL EXCEPT E/2 OF NE/4 AND SE/4 CONTAINING 107.28 ACRES
SECTION 33; NW/4 OF NW/4; W/2 OF SW/4 CONTAINING 124.80 ACRES
TOTAL ACREAGE (WARD 6) - 51,705.10 ACRES
CB 1806/755

Privacy Statement    P.O. Box 2768    Houma, Louisiana 70360    (985) 868-5050    26100

© 2013 Terrebonne Parish Consolidated Government

Deutsch | Italiano | Français | Português | Español | Tiếng Việt

# Stan Duval

**From:** Allen, Timothy <Timothy.Allen@apachecorp.com>
**Sent:** Wednesday, September 04, 2013 2:15 PM
**To:** Berwick Duval; Stan Duval
**Cc:** Naquin, Jody
**Subject:** FW: Fw: Terrebonne Parish "on-line" Assessment Maps

Response from TPCG/Assessor's office below:

Timothy J. Allen, PLS
**Apache Louisiana Minerals LLC**
a subsidiary of **Apache Corporation**
P.O. Box 206, Houma, LA 70361
Phone: (985) 879-3528 X-8719

**From:** Duffy Duplantis [mailto:dduplantis@tpcg.org]
**Sent:** Wednesday, September 04, 2013 1:58 PM
**To:** Allen, Timothy
**Cc:** grabert11@bellsouth.net
**Subject:** RE: Fw: Terrebonne Parish "on-line" Assessment Maps

Tim,

The GIS department makes every attempt to make all of the maps as accurate as possible however you should not rely on these maps to base any legal documentation. We feel the most accurate portions of our GIS mapping system are properties near the inhabited areas of the parish. In the marsh areas of the parish we have very little survey documentation to accurately convey boundary lines and/or disputes.
If you have any questions please give me a call.

**Duffy Duplantis Jr.**
GIS Manager
Office: 985-873-6708
Cell: 985-860-6685
P.O. Box 2768
Houma, LA 70361
dduplantis@tpcg.org

---------- Forwarded message ----------
From: **grabert11** <grabert11@bellsouth.net>
Date: Wed, Sep 4, 2013 at 10:57 AM
Subject: Fw: Terrebonne Parish "on-line" Assessment Maps
To: duffy <dduplantis@tpcg.org>

Loney J Grabert
Terrebonne Parish Assessor



1

P.O. Box 5094
Houma, La 70361
(985)876-6620 Office
(985)876-6631 Fax

----- Forwarded Message -----
**From:** "Allen, Timothy" <Timothy.Allen@apachecorp.com>
**To:** Loney Grabert <grabert11@bellsouth.net>
**Sent:** Wednesday, September 4, 2013 10:25 AM
**Subject:** Terrebonne Parish "on-line" Assessment Maps

Loney-
Per our phone conversation, I understand that the TPCG on-line assessment maps CANNOT be relied upon in the MARSH AREAS of the parish. Your mapping priorities were for the inhabited areas of the parish, which is certainly understandable. I understand that the mapping of the marsh areas in yet unfinished.
Would you be so kind as to address a letter to me at the address below so stating that? E-mailing it to me will be fine.
Unfortunately, others are relying on the TPCG 'on-line' maps as gospel.
I may not need that second letter we discussed, but if so, will e-mail you back with a contact person to address it to.
Thanks as always for helping me with our assessment issues.
Tim

Timothy J. Allen, PLS
*Apache Louisiana Minerals LLC*
P.O. Box 206, Houma, LA 70361
Phone: (985) 879-3528 X-8719

--
**Thanks,**
**Duffy Duplantis Jr.**
scruffy594@gmail.com

2