# Lafourche Parish Recordation Certificate

**Vernon H. Rodrigue**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DIRECT**
APACHE LOUISIANA MINERALS INC

**First INDIRECT**
APACHE LOUISIANA MINERALS LLC

**Index Type:** Charters

**Type of Document:** Amended Articles Of Incorporation

**Recording Pages:** 5

**Instr Number:** 1150584

**Book:** 115   **Page:** 481

## Recorded Information

On (Recorded Date): 02/20/2013
At (Recorded Time): 8:48:42:000 AM
Recordation Certified On: 02/20/2013

Deputy Clerk

Doc ID - 031005620005

# Terrebonne Parish Recording Page

Theresa A. Robichaux
**Clerk Of Court**
P.O. Box 1569
Houma, La 70361-1569
(985) 868-5660

**Received From :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

**First VENDOR**
APACHE LOUISIANA MINERALS INC

**First VENDEE**
APACHE LOUISIANA MINERALS L L C

**Index Type :** Conveyances

**Type of Document :** Miscellaneous - Corporations

**File # :** 1419932

**Book :** 2319  **Page :** 381

**Recording Pages :** 4

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 02/14/2013

At (Recorded Time) : 1:51:06:000 PM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 02/14/2013 at 1:51:06
Recorded in Book 2319 Page 381
File Number 1419932

Deputy Clerk

Doc ID - 011974380004

**Return To :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

Do not Detach this Recording Page from Original Document



# United States of America
# State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

an Amended APPLICATION form of

**APACHE LOUISIANA MINERALS, INC.**

Organized under the laws of DELAWARE,

Converting the corporation to a limited liability company, and changing the name to

**APACHE LOUISIANA MINERALS LLC**

Was filed and recorded in this Office on JANUARY 02, 2009.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

January 2, 2009



WHE 35413906Q 36930834

*Secretary of State*

CERTIFICATE SS 102 PRINTED SEAL (Rev. 11/06)

# Delaware

PAGE  1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "APACHE LOUISIANA MINERALS, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "APACHE LOUISIANA MINERALS, INC." TO "APACHE LOUISIANA MINERALS LLC", FILED IN THIS OFFICE ON THE TWELFTH DAY OF DECEMBER, A.D. 2008, AT 11:12 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3617140   8100V

081189229

AUTHENTICATION: 7022917

DATE: 12-15-08

You may verify this certificate online
at corp.delaware.gov/authver.shtml



# Delaware

PAGE 2

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "APACHE LOUISIANA MINERALS LLC" FILED IN THIS OFFICE ON THE TWELFTH DAY OF DECEMBER, A.D. 2008, AT 11:12 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008.

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 7022917

DATE: 12-15-08

3617140   8100V

081189229

You may verify this certificate online
at corp.delaware.gov/authver.shtml