LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

April 3, 2013

Ms. Christine Reitano, Esquire         Via E-Mail: creitano@dheclaims.com
Deepwater Horizon Claims Center
Economic & Property Damage Claims
935 Gravier Street, Suite 1905
New Orleans, Louisiana 70112

Re:   Apache Louisiana Minerals LLC - BP Claim
      Claimant ID No: 10076960

Dear Christine:

We recently uploaded several challenges regarding assessment/parcel numbers in the above wetland claim. Please be advised that this claim involves property in four different parishes, Terrebonne, Lafourche, Plaquemines and Cameron. Each parish assessment is slightly different. For example, the Cameron assessment only has two parcel numbers, both of which were initially rejected. We have filed a challenge, and additionally uploaded base maps of Apache's property in all four parishes. It appears to me that in Cameron, there are many sections of property that are included under the assessment/parcel numbers. Some of the sections are located within the compensation zone and others are not. Therefore, our challenge has been filed to make sure that the parcels that are within the zone are properly included.

This also appears to have happened in the other three parishes to a lesser extent.

Should you need further information, Apache has a land department located in Houma, Louisiana, with base maps, GIS data, and other tools available. Please contact me if you need to meet with Apache personnel, and that can be arranged.

Thank you for your attention to this matter.

Sincerely yours,

C. BERWICK DUVAL, II

CBDII/jbl
cc:   Ms. Nikeita Ashe, via e-mail
      Mr. Andrew Friedberg, via e-mail
      Mr. Timothy Allen, via email