

# DEEPWATER HORIZON CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

## EMPLOYER IDENTIFICATION NUMBER VERIFICATION NOTICE
### DATE OF NOTICE: April 3, 2013
### DEADLINE FOR RESPONSE: May 3, 2013

### I. CLAIMANT INFORMATION

| Claimant Name | Last: Apache Louisiana Minerals LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176960 | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

### II. CONFIRMATION OF EMPLOYER IDENTIFICATION NUMBER

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program. We have begun processing of your claim, but cannot confirm that the Employer Identification Number ("EIN") you provided in your Registration Form exists and belongs to you. There are many reasons why this happens, such as name changes, typographical errors in the Claim Form, or documents in the file from other sources that report a different EIN for you. We have to determine your correct EIN so that we can report to the Internal Revenue Service ("IRS") accurately on any payments we make to you, and to make sure we issue payments to the right person. We need your help to do that. This Notice affects all of your claims with us. You will get separate Notices from us about the outcome of our review of each of your specific claims.

There are certain documents that we cannot accept to confirm your EIN because they are not official finalized documents generated by the IRS to assign and confirm your EIN. Examples of these documents include: (1) a copy of your tax return; (2) an application for an EIN (Form SS-4); or (3) an IRS fax coversheet for your EIN Assignment Letter. We also cannot accept documents that do not contain both the EIN assigned to the business and business name, such as a Provisional EIN Assignment Letter.

Instead, we need a document from the IRS that confirms your EIN. If you have a document from the IRS that assigned your EIN, submit a copy of it to us. If you do not have that document, you can get one quickly from the IRS. We cannot get that document for you, but you can ask the IRS for an EIN Verification Letter by calling 1-800-829-4933 and selecting EIN from the list of options. You may also request a Tax Return Transcript or Tax Account Transcript by calling 1-800-908-9946, or by visiting irs.gov and clicking on "Order a Return or Account Transcript" and we can use that Transcript to verify your EIN.

If your business files tax returns using your personal Social Security Number ("SSN") or Individual Taxpayer Identification Number ("ITIN") and you wish to use that number instead, send us a copy of a document from the Social Security Administration showing your SSN or from the IRS showing your ITIN, such as a Social Security Card or an official letter from the IRS assigning your ITIN. If you do not have those documents, you can get them by visiting ssa.gov and clicking "Get or replace a Social Security Card," or by calling the IRS at 1-800-829-0922 and choosing Option 1 to request a copy of your ITIN assignment notice.

### III. ADDITIONAL INFORMATION NEEDED

In addition to providing us with the following documents, you must also provide the information requested below.

1. If your name has changed in the last ten years, write all names you have gone by during that time in the space below:

2. Write your EIN legibly here: | 2 | 6 | - | 3 | 9 | 0 | 7 | 7 | 7 | 3 |

### IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

### V. HOW TO RESPOND TO THIS NOTICE

If you are entitled to payment on any claim, we will not be able to pay you until we confirm your correct taxpayer identification number. Submit your response to this Notice with any accompanying documents by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit documents in the following ways. Send us your response by the deadline set out at the top of this Notice.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Response deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Response deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Response Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Response deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Response deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Response deadline) | You may take the required information or documents to a Claimant Assistance Center |

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI   OH   45999-0038

In reply refer to: 0235203338
June 04, 2012   LTR 147C   0
26-3907773   000000   00
                    00003262
                BODC: SB



APACHE LOUISIANA MINERALS LLC
% APACHE CORPORATION SOLE MBR
2000 POST OAK BLVD STE 100
HOUSTON   TX   77056-4497

L9723

   Employer Identification Number:   26-3907773

Dear Taxpayer:

We received your request dated May  22, 2012, asking us to verify
your Employer Identification Number (EIN) and name.

Your Employer Identification Number (EIN) is 26-3907773. Please keep
this letter in your permanent records. Enter your name and EIN on all
federal business tax returns and on related correspondence.

If you need forms, schedules, or publications, you can obtain them by
visiting the IRS web site at www.irs.gov or by calling toll free at
1-800-TAX-FORM (1-800-829-3676).

Please call Bonnie Reekers at 859-669-3325 between the
hours of 7:30 a.m. and 4:00 p.m. EDT with any questions you
may have.

You also can write to us at the address shown at the top of this
letter's first page.

When you write to us, please attach this letter and, in the spaces
below, give us your telephone number with the hours we can reach you
in case we need more information. You also may want to keep a copy of
this letter for your records.

Telephone Number (     )_____   Hours_____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

```
                                              0235203338
                        June 04, 2012    LTR 147C     0
                        26-3907773     000000 00
                                                00003263
```

APACHE LOUISIANA MINERALS LLC
% APACHE CORPORATION SOLE MBR
2000 POST OAK BLVD STE 100
HOUSTON   TX   77056-4497


                         Sincerely yours,

                         [signature: Denise Meyer]

                         Denise Meyer, Department Manager
                         Taxpayer Relations


Enclosure(s):
Copy of this letter