| PLAQUEMINES PARISH | | | | STATUS: ACTIVE |
|---|---|---|---|---|
| **TAX** | **TAX ACCOUNT** | **ASSESSMENT** | **TAX AUTHORITY** | **WARD** |
| 2011 | 0 | 1524250 | PLAQUEMINES PARISH | 1 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | 2000 POST OAK BLVD<br>050160 Amoretti to Port SulphuLOT NO |

### ASSESSED VALUES

**HOMESTEAD: YES**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| Marsh (Salt) | 2106.00.0 | 6320 | 0 | 6320 |
|  | TOTALS | 6320 | 0 | 6320 |

### ESTIMATED TAXES

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| ASR Assessment District | 1.20M | $7.58 | $0.00 | $7.58 |
| HLT  Public Health | 1.00M | $6.32 | $0.00 | $6.32 |
| HOS Hospital | 2.49M | $15.74 | $0.00 | $15.74 |
| HP2  Constr/Maint/Operations | 2.83M | $17.89 | $0.00 | $17.89 |
| INC  Incineration | 1.00M | $6.32 | $0.00 | $6.32 |
| LA2  Law Enforce-Additional | 6.57M | $41.52 | $0.00 | $41.52 |
| LA3  Jail Facility | 6.24M | $39.44 | $0.00 | $39.44 |
| LAW Law Enforcement | 3.64M | $23.00 | $0.00 | $23.00 |
| LIB  Library | 1.00M | $6.32 | $0.00 | $6.32 |
| PAR Parish | 3.66M | $23.13 | $0.00 | $23.13 |
| POL  Pollution Ctrl | 2.00M | $12.64 | $0.00 | $12.64 |
| ROD  Road Maintenance | 1.51M | $9.54 | $0.00 | $9.54 |
| SCH Regular School | 6.03M | $38.11 | $0.00 | $38.11 |
| SP1  Emp Health Ins | 1.70M | $10.74 | $0.00 | $10.74 |
| SP2  Salaries #1 | 2.40M | $15.17 | $0.00 | $15.17 |
| SP3  Maintenance/Operation | 4.78M | $30.21 | $0.00 | $30.21 |
| SP4  Salaries #2 | 7.50M | $47.40 | $0.00 | $47.40 |
| SP5  Technology | 1.00M | $6.32 | $0.00 | $6.32 |
| SP6  Capital Imp/Operations | 1.00M | $6.32 | $0.00 | $6.32 |
| WAS  Waste Disposal | 2.98M | $18.83 | $0.00 | $18.83 |
| WAT  Water | 2.00M | $12.64 | $0.00 | $12.64 |
|  | TOTALS | $395.18 | $0.00 | $395.18 |

### PROPERTY DESCRIPTION

NE/4 (160 AC). NW/4 (160 AC). SE/4 (160 AC) & SW/4 (160 AC) OF SEC 1