**PLAQUEMINES PARISH**  **STATUS: ACTIVE**

| TAX | TAX ACCOUNT | ASSESSMENT | TAX AUTHORITY | WARD |
|---|---|---|---|---|
| 2011 | 0 | 1524450 | PLAQUEMINES PARISH | 1 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | 2000 POST OAK BLVD<br>050140 W Pointe ala Hache to ALOT NO |

**ASSESSED VALUES**

**HOMESTEAD: YES**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| Marsh (Brackish) | 1153.00.0 | 4610 | 0 | 4610 |
| | TOTALS | 4610 | 0 | 4610 |

**ESTIMATED TAXES**

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| ASR Assessment District | 1.20M | $5.53 | $0.00 | $5.53 |
| HLT  Public Health | 1.00M | $4.61 | $0.00 | $4.61 |
| HOS Hospital | 2.49M | $11.48 | $0.00 | $11.48 |
| HP2  Constr/Maint/Operations | 2.83M | $13.05 | $0.00 | $13.05 |
| INC  Incineration | 1.00M | $4.61 | $0.00 | $4.61 |
| LA2  Law Enforce-Additional | 6.57M | $30.29 | $0.00 | $30.29 |
| LA3  Jail Facility | 6.24M | $28.77 | $0.00 | $28.77 |
| LAW Law Enforcement | 3.64M | $16.78 | $0.00 | $16.78 |
| LIB  Library | 1.00M | $4.61 | $0.00 | $4.61 |
| PAR Parish | 3.66M | $16.87 | $0.00 | $16.87 |
| POL  Pollution Ctrl | 2.00M | $9.22 | $0.00 | $9.22 |
| ROD  Road Maintenance | 1.51M | $6.96 | $0.00 | $6.96 |
| SCH Regular School | 6.03M | $27.80 | $0.00 | $27.80 |
| SP1  Emp Health Ins | 1.70M | $7.84 | $0.00 | $7.84 |
| SP2  Salaries #1 | 2.40M | $11.06 | $0.00 | $11.06 |
| SP3  Maintenance/Operation | 4.78M | $22.04 | $0.00 | $22.04 |
| SP4  Salaries #2 | 7.50M | $34.58 | $0.00 | $34.58 |
| SP5  Technology | 1.00M | $4.61 | $0.00 | $4.61 |
| SP6  Capital Imp/Operations | 1.00M | $4.61 | $0.00 | $4.61 |
| WAS  Waste Disposal | 2.98M | $13.74 | $0.00 | $13.74 |
| WAT  Water | 2.00M | $9.22 | $0.00 | $9.22 |
| | TOTALS | $288.28 | $0.00 | $288.28 |

**PROPERTY DESCRIPTION**

NE/4. NW/4. SE/4 & SW/4 OF SEC 20 (609 AC).  NE/4. NW/4. SE/4 & SW/4