**CAMERON PARISH**  **STATUS: ACTIVE**

| TAX | TAX ACCOUNT | ASSESSMENT | TAX AUTHORITY | WARD |
|---|---|---|---|---|
| 2011 | 3852 | 301001050 | CAMERON PARISH | 03 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>AMY MCMURRY<br>P O BOX 149<br>RICHMOND, TX 77406 | LOT NO |

**ASSESSED VALUES**

**HOMESTEAD: NONE**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| AG. LAND CLASS IV - Use Value | 269.00.0 | 4304 | 0 | 4304 |
| BRSH WTR. MARSH - Use Value | 2574.00.0 | 15444 | 0 | 15444 |
| | TOTALS | 19748 | 0 | 19748 |

**ESTIMATED TAXES**

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| AMBULANCE DISTRICT 2 | 14.00M | $276.48 | $0.00 | $276.48 |
| CAMERON HOSPITAL | 22.04M | $435.25 | $0.00 | $435.25 |
| COURTHOUSE MAINTENANCE | 2.61M | $51.54 | $0.00 | $51.54 |
| FIRE DISTRICT 10 - JOHNSON BAYOU | 7.39M | $145.94 | $0.00 | $145.94 |
| GARBAGE | 7.78M | $153.64 | $0.00 | $153.64 |
| GRAVITY DRAINAGE DISTR. 7 - J.B. | 4.00M | $79.00 | $0.00 | $79.00 |
| HEALTH UNIT | 1.31M | $25.87 | $0.00 | $25.87 |
| LAW ENFORCEMENT | 12.16M | $240.14 | $0.00 | $240.14 |
| LAW ENFORCEMENT SP. 1 | 8.00M | $157.98 | $0.00 | $157.98 |
| LAW ENFORCEMENT SP. 2 | 2.00M | $39.50 | $0.00 | $39.50 |
| LIBRARY MAINTENANCE | 6.00M | $118.48 | $0.00 | $118.48 |
| MOSQUITO ABATEMENT | 10.00M | $197.48 | $0.00 | $197.48 |
| PARISH ROAD | 6.54M | $129.15 | $0.00 | $129.15 |
| PARISH TAX - GENERAL ALIMONY | 3.68M | $72.67 | $0.00 | $72.67 |
| RECREATION DISTRICT 6 - CAMERON | 7.90M | $156.01 | $0.00 | $156.01 |
| SCHOOL ADD AID | 8.76M | $172.99 | $0.00 | $172.99 |
| SCHOOL ADD SUPPORT | 9.90M | $195.51 | $0.00 | $195.51 |
| SCHOOL CONSTIT. | 4.40M | $86.89 | $0.00 | $86.89 |
| SCHOOL DISTRICT 10 | 0.00M | $0.00 | $0.00 | $0.00 |
| SCHOOL IMPROVEMENT | 6.25M | $123.43 | $0.00 | $123.43 |
| SCHOOL OPERATION | 9.90M | $195.51 | $0.00 | $195.51 |
| SCHOOL SP MAINTENANCE | 7.68M | $151.66 | $0.00 | $151.66 |
| SP ASSESSMENT | 2.57M | $50.75 | $0.00 | $50.75 |
| WATER DISTRICT 10 - JOHNSON BAYOU | 4.00M | $79.00 | $0.00 | $79.00 |
| WEST CAMERON PORT COMM. | 1.00M | $19.74 | $0.00 | $19.74 |
| | TOTALS | $3,354.61 | $0.00 | $3,354.61 |

**PROPERTY DESCRIPTION**

*  TOTAL ACRES:  2843.4077 ACS.7/9  INTEREST IN ALL THE FOLL.:**ALL THE FOLL KNOWN AS THE JOYCE TRACT** T14S R10W:  SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4;E/2NW/4;NW/4NW/4;NW/4SE/4;E/2SW/4, SEC 32-NW/4NW/4  (AC IN ALL BEING 3655.81 ACS) (#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707) (#200254 623-483) (#206992)  (#266479 915-249 FROM FINA OIL CO)(#266484 915-512)(#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD) (#242064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC 75% OF 7/9& ASS'D TO THEM) (#278564 959-166 MIRANT SOUTH LOUISIANA FEE LLC TO LATERRE CO LTD)(#278719 959-827 LATERRE CO LTD TO APACHE CORP)