**CAMERON PARISH** **STATUS: ACTIVE**

| TAX | TAX ACCOUNT | ASSESSMENT | TAX AUTHORITY | WARD |
|---|---|---|---|---|
| 2011 | 7440 | 501002450 | CAMERON PARISH | 05 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>AMY MCMURRY<br>P O BOX 149<br>RICHMOND, TX 77406 | LOT NO |

**ASSESSED VALUES**

**HOMESTEAD: NONE**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| AG. LAND CLASS IIIW - Use Val. | 7.00.0 | 133 | 0 | 133 |
| AG. LAND CLASS IV - Use Value | 1085.00.0 | 17360 | 0 | 17360 |
| BRSH WTR. MARSH - Use Value | 18736.00.0 | 112416 | 0 | 112416 |
| AG. LAND CLASS III- Use Value | 155.00.0 | 3100 | 0 | 3100 |
| | TOTALS | 133009 | 0 | 133009 |

**ESTIMATED TAXES**

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| AMBULANCE DISTRICT 2 | 14.00M | $1,862.12 | $0.00 | $1,862.12 |
| CAMERON HOSPITAL 2 | 6.00M | $798.06 | $0.00 | $798.06 |
| COURTHOUSE MAINTENANCE | 2.61M | $347.16 | $0.00 | $347.16 |
| FIRE DISTRICT 10 - JOHNSON BAYOU | 7.39M | $982.93 | $0.00 | $982.93 |
| GARBAGE | 7.78M | $1,034.81 | $0.00 | $1,034.81 |
| GRAVITY DRAINAGE DISTR. 7 - J.B. | 4.00M | $532.03 | $0.00 | $532.03 |
| HEALTH UNIT | 1.31M | $174.23 | $0.00 | $174.23 |
| JOHNSON BAYOU RECREATION DISTRICT | 7.05M | $937.72 | $0.00 | $937.72 |
| LAW ENFORCEMENT | 12.16M | $1,617.40 | $0.00 | $1,617.40 |
| LAW ENFORCEMENT SP. 1 | 8.00M | $1,064.07 | $0.00 | $1,064.07 |
| LAW ENFORCEMENT SP. 2 | 2.00M | $266.02 | $0.00 | $266.02 |
| LIBRARY MAINTENANCE | 6.00M | $798.06 | $0.00 | $798.06 |
| MOSQUITO ABATEMENT | 10.00M | $1,330.09 | $0.00 | $1,330.09 |
| PARISH ROAD | 6.54M | $869.87 | $0.00 | $869.87 |
| PARISH TAX - GENERAL ALIMONY | 3.68M | $489.47 | $0.00 | $489.47 |
| SCHOOL ADD AID | 8.76M | $1,165.16 | $0.00 | $1,165.16 |
| SCHOOL ADD SUPPORT | 9.90M | $1,316.79 | $0.00 | $1,316.79 |
| SCHOOL CONSTIT. | 4.40M | $585.24 | $0.00 | $585.24 |
| SCHOOL DISTRICT 5 - JOHNSON BAYOU | 2.75M | $365.78 | $0.00 | $365.78 |
| SCHOOL IMPROVEMENT | 6.25M | $831.31 | $0.00 | $831.31 |
| SCHOOL OPERATION | 9.90M | $1,316.79 | $0.00 | $1,316.79 |
| SCHOOL SP MAINTENANCE | 7.68M | $1,021.50 | $0.00 | $1,021.50 |
| SP ASSESSMENT | 2.57M | $341.84 | $0.00 | $341.84 |
| WATER DISTRICT 10 - JOHNSON BAYOU | 4.00M | $532.03 | $0.00 | $532.03 |
| WEST CAMERON PORT COMM. | 1.00M | $133.01 | $0.00 | $133.01 |
| TOTALS | | $20,713.49 | $0.00 | $20,713.49 |

**PROPERTY DESCRIPTION**

*   TOTAL ACRES:  19,982.6046 ACS.7/9 INT IN ALL THE FOLLOWING PROPERTY:**ALL THE FOLL KNOWN AS THE JOYCE TRACT** T14S R11W: SECT 19, ENTIRE, SEC 20, ENTIRE, SEC 21 ENTIRE, SEC 22 ENTIRE, SEC 23 ENTIRE, SEC 24 ENTIRE, SEC 25 ENTIRE, SEC 26 ENTIRE, SEC 27 ENTIRE, SEC 28 ENTIRE, SEC 29 ENTIRE, SEC 30 ENTIRE, SEC 31 ENTIRE, SEC 32 ENTIRE, SEC 33 ENTIRE, SEC 34 ENTIRE, SEC 35 W/2, SE/4, W/2NE/4, NE/4NE/4, SEC 36: NW/4NW/4, NE/4NE/4 SAVE & EXCEPT FROM THE ABOVE DES LAND 480 ACS OWNED BY MATHILDA GED- DINGS GRAY IN T14S R11W, DES BY METES & BDS IN THAT CERT RECIPROCAL AGREEEMENT BETWEEN LUTCHER & MOORE LUMBER CO & MATHILDA GRAY DATED 19TH OF JULY 1935,#31872 27-206. T14S R12W:  SEC 19, ENTIRE, SEC 20 ENTIRE, SEC 21 ENTIRE, SEC 22 ENTIRE, SEC 23 ENTIRE, SEC 24 ENTIRE, SEC 25 ENTIRE, SEC 26 ENTIRE, SEC 27 ENTIRE, SEC 28 ENTIRE, SEC 29 ENTIRE, SEC 30 ENTIRE, SEC 31 ENTIRE, SEC 32 ENTIRE, SEC 33ENTIRE, SEC 34 ENTIRE, SEC 35 ENTIRE, SEC 36 ENTIRE. T15S R11W:  SEC 2, N/2 OF SEC, SEC 3, W/2, W/2SE/4, W/2NE/4, NE/4NE/4, SEC 4 ENTRE, SEC 5 ENTIRE, SEC 6 ENTIRE, SEC 7 ENTIRE, SEC 8 ENTIRE SEC (FRL),  SEC 9ENTIRE SEC (FRL), SEC 10 NW/4, W/2NE/4, SW/4, W/2SE/4. T15S R12W: SEC 1 ENTIRE, SEC 2 ENTIRE, SEC 3 ENTIRE, SEC 4 ENTIRE, SEC 5 ENTIRE, SEC 6 ENTIRE, SEC 7 ENTIRE, SEC 10 ENTIRE (FRL), SEC 25 ALL OF SEC 25 OR LOT 40.  SEC 26, ALL OR LOT 39, SEC 27, ALL OF LOT 38, SEC 28 ALL OR LOT 37,  SEC 29 ALL OR LOT 36, SEC 30 ALL OR LOT 35, SEC 31 ALL OR LOT 34, SEC 32 ALL OR LOT 33, SEC 33 ALL OR LOT 32, SEC 34 ALL OR LOT 31, SEC 35 ALL OF LOT 30, SEC 36 ALL OR LOT 29, SEC 37 ALL OR LOT 28, SEC 38 ALL OR LOT 27, SEC 39 ALL OR LOT 26, SEC 40 ALL OR LOT 25, SEC 41 ALL OR LOT 24, SEC 42 ALL OR LOT 23. (#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707)(#200254 623-483) (#206992)(#266479 915-249 FROM FINA OIL & CHEMICAL CO)(#266484 915-572 ASSIGNMENT)(#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD) (#272064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC)(#278564 959-166 MIRANT SOUTH LA FEE LLC TO LATERRE CO LTD)(#278719 959-827 LATERRE CO LTD TO APACHE CORPORATION)