

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## DENIAL NOTICE

### DATE OF NOTICE:  May 7, 2013

### DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:  June 6, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176960 | **Claim ID** | 174119 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| **Parcel Address** | Street | | Parish/County<br>Terrebonne |
| | City | State<br>LA | Zip Code |
| **Property Tax Assessment ID** | R04 27244 | **Parcel ID** | R04 27244 |

### II.  DENIAL EXPLANATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I.  We have reviewed this claim and are denying it under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP for the following reason(s):

The Claims Administrator has determined that your parcel is not within the Wetlands Real Property Claim Zone and is not eligible for compensation under the terms of the Settlement Agreement.  We reviewed your Claim Form or the Parcel Eligibility Request Form and all of your supporting documents you submitted in accordance with Sections 1.c and 1.d of Appendix F to Exhibit 12A to the Settlement Agreement.  The supporting documents did not establish that your parcel should be included in the Wetlands Real Property Claim Zone as required by Sections 1.E and 1.F of Exhibit 12A.

**Parcel Analysis:**

This property was mapped using the assessor's parcel boundaries. This property is outside the Wetlands Compensation Zone.

### III.  YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. However, you may seek Re-Review or Reconsideration of this claim if you choose not to accept this determination of your claim.

Re-Review is available to you *only* if you have additional documents to submit in support of your claim. If you select Re-Review, we will re-review your claim and you will still have your right to Reconsideration after you receive a new determination on your claim. Reconsideration is available to you even if you do not have additional documents to submit or if you believe we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim.

To request Re-Review or Reconsideration, you must do the following on or before the Deadline for Re-Review or Reconsideration Request date listed at the top of this Denial Notice: (1) complete the **Request for Re-Review or Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Re-Review or Reconsideration Form. We will close this claim if you do not submit a Re-Review or Reconsideration Request on or before the deadline.

If you are dissatisfied with the outcome of your Re-Review, you will have the right to file for Reconsideration and have the right to file an appeal. If you request Reconsideration and are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Re-Review or Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal, and this claim will remain closed.** For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

## IV. How to Contact us with Questions or For Help

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## V. How to Respond to this Notice

Submit your **Request for Re-Review or Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section IV of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| **1.** | Wetlands Real Property | 174112 | In QA Review |
| **2.** | Wetlands Real Property | 174117 | In Claims Review |
| **3.** | Wetlands Real Property | 174122 | In Claims Review |
| **4.** | Wetlands Real Property | 174124 | In Claims Review |
| **5.** | Wetlands Real Property | 174126 | In Claims Review |
| **6.** | Wetlands Real Property | 174127 | In Claims Review |
| **7.** | Wetlands Real Property | 174176 | In Claims Review |
| **8.** | Wetlands Real Property | 174189 | In Claims Review |
| **9.** | Wetlands Real Property | 174256 | In Claims Review |
| **10.** | Wetlands Real Property | 174292 | In Claims Review |
| **11.** | Wetlands Real Property | 174293 | In Claims Review |
| **12.** | Wetlands Real Property | 174405 | In Claims Review |
| **13.** | Wetlands Real Property | 174458 | In Claims Review |
| **14.** | Wetlands Real Property | 174459 | In QA Review |
| **15.** | Wetlands Real Property | 174465 | In Claims Review |
| **16.** | Wetlands Real Property | 174467 | In Claims Review |
| **17.** | Wetlands Real Property | 174468 | In Claims Review |
| **18.** | Wetlands Real Property | 174473 | In Claims Review |
| **19.** | Wetlands Real Property | 174476 | In Claims Review |
| **20.** | Wetlands Real Property | 174480 | In QA Review |
| **21.** | Wetlands Real Property | 174483 | In Claims Review |
| **22.** | Wetlands Real Property | 174489 | In QA Review |
| **23.** | Wetlands Real Property | 174491 | In Claims Review |
| **24.** | Wetlands Real Property | 174503 | In QA Review |
| **25.** | Wetlands Real Property | 174506 | In QA Review |
| **26.** | Wetlands Real Property | 174510 | In Claims Review |

| 27. | Wetlands Real Property | 174512 | In QA Review |
|---|---|---|---|
| 28. | Wetlands Real Property | 174516 | In QA Review |
| 29. | Wetlands Real Property | 174520 | In QA Review |
| 30. | Wetlands Real Property | 174524 | In QA Review |
| 31. | Wetlands Real Property | 174526 | In QA Review |
| 32. | Wetlands Real Property | 174528 | In QA Review |
| 33. | Wetlands Real Property | 174531 | In Claims Review |
| 34. | Wetlands Real Property | 174534 | In QA Review |
| 35. | Wetlands Real Property | 174537 | In QA Review |
| 36. | Wetlands Real Property | 174542 | In Claims Review |
| 37. | Wetlands Real Property | 174545 | In Claims Review |
| 38. | Wetlands Real Property | 174546 | In Claims Review |
| 39. | Wetlands Real Property | 174550 | In QA Review |
| 40. | Wetlands Real Property | 174553 | In QA Review |
| 41. | Wetlands Real Property | 174555 | In Claims Review |
| 42. | Wetlands Real Property | 174559 | In Claims Review |
| 43. | Wetlands Real Property | 174561 | In QA Review |
| 44. | Wetlands Real Property | 174563 | In Claims Review |
| 45. | Wetlands Real Property | 174565 | In QA Review |
| 46. | Wetlands Real Property | 174568 | In QA Review |
| 47. | Wetlands Real Property | 174571 | In Claims Review |
| 48. | Wetlands Real Property | 174572 | In Claims Review |
| 49. | Wetlands Real Property | 174576 | In Claims Review |
| 50. | Wetlands Real Property | 174577 | In Claims Review |
| 51. | Wetlands Real Property | 174578 | In QA Review |
| 52. | Wetlands Real Property | 174581 | In Claims Review |

Claimant ID: 100176960
Claim ID: 174119

# RE-REVIEW OR RECONSIDERATION REQUEST FORM

### DATE OF DENIAL NOTICE: May 7, 2013

### DEADLINE TO SUBMIT FORM:  June 6, 2013

## I.  CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176960 | **Claim ID** | 174119 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| **Parcel**<br><br>**Address** | Street | | Parish/County<br>Terrebonne |
| | City | State<br>LA | Zip Code |
| **Property Tax Assessment ID** | R04 27244 | **Parcel ID** | R04 27244 |

## II.  OPTIONS FOR RE-REVIEW OR RECONSIDERATION

After receiving this Denial Notice, if you choose not to accept this determination of your claim, you have the option to seek Re-Review or Reconsideration, which will result in a new review of your claim based on the additional documents you submit or new information you provide on this Form.

    **A.  Re-Review**. Re-Review is available to you *only* if you have additional documents to submit in support of your claim.  If you select Re-Review, we will review your claim again and you will maintain your Reconsideration rights after you receive a new determination on your claim.

    **B.  Reconsideration**. Reconsideration is available to you even if you do not have additional documents to submit if you believe the Settlement Program: (1) failed to take into account relevant information or data; or (2) failed to follow the standards in the Settlement Agreement.

Use this Form to request Re-Review in Section III.A or Reconsideration in Section III.B.  **NOTE** that by requesting Re-review or Reconsideration you are certifying that you understand that your claim could remain denied.

## III.  REQUEST FOR RE-REVIEW OR RECONSIDERATION

### A. RE-REVIEW OPTIONS

| ☐ | I request **Re-Review of my entire claim** instead of Reconsideration and certify that I am providing additional documents in support of my claim.  I understand that if I have not submitted new documents by the time of the new review, the Settlement Program will deem my Re-Review request to be a request for Reconsideration and will perform a Reconsideration review, followed only by the option to appeal if I remain dissatisfied with the outcome. |
|---|---|

Please provide any additional information you would like the reviewer to have for the Re-Review request (You may attach additional sheets if necessary):

Case 2:10-md-02179-CJB-DPC Document 14680-3 Filed 06/08/15 Page 6 of 6

## B. RECONSIDERATION OPTIONS

☐   I request **Reconsideration** instead of Re-Review and understand that I may provide additional documentation in support of my claim. I understand that if I remain dissatisfied with the outcome of the claim following Reconsideration, my only option is to appeal the claim. Select the reason(s) you are requesting Reconsideration from the options below.

      ☐   Failure to take into account relevant information or data

      ☐   Failure to follow the standards in the Settlement Agreement

Please provide any additional information you would like the reviewer to have for your Reconsideration request (You may attach additional sheets if necessary):

## IV. HOW TO SUBMIT THIS FORM

Submit your **Re-Review or Reconsideration Request Form** online with any accompanying documents by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |