

| TAXPAYER IDENTIFICATION NUMBER CONFIRMATION NOTICE<br>DATE OF NOTICE: May 8, 2013 |||||
|---|---|---|---|---|
| **I. CLAIMANT INFORMATION** |||||
| **Claimant Name** | Last<br>Apache Louisiana Minerals LLC || First | Middle |
| **Claimant ID** | 100176960 ||||
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC ||||
| **II. NOTICE** |||||
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.  We previously sent you a Taxpayer Identification Verification Notice because we were unable to confirm that the taxpayer identification number you provided in your Claim Form or Registration Form exists and belongs to you.  We received additional documentation from you and were able to confirm your Taxpayer Identification Number.  You do not need to respond to this Notice or take any other action regarding your Taxpayer Identification Number. |||||
| **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |||||
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**.  If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.  You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |||||