1-522950  
APACHE LOUISIANA MINERALS INC    5/13/13  
2000 POST OAK BLVD                                                    Page 1  
STE 100                                                               8/23/04 BTB  
HOUSTON             TX 77056  

BU 5  4   LATs  02  
                                          Map TSR  
Land Code  050140  

Description  
928.57 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (388.57 AC). NE/4,  
NW/4, SE/4 & SW/4 OF SEC 19 (540 AC) ALL IN T18S R25E.  

Assessments  
Code Type              Units       A/V  
MB Marsh (Brackish)   928.00      3,710  

              Total A/V          3,710  

Vendors  
APACHE CORP                       1074    455  19 Mult          0     3/01/04  
VERMILION BAY LAND CO              857  68  349  19 Mult  1,681,140   12/30/94  

User Data  
  TSR  Township/Rang        T18S R25E SEC 18 NE/4  
  TSR  Township/Rang        T18S R25E SEC 18 NW/4  
  TSR  Township/Rang        T18S R25E SEC 18 SE/4  
  TSR  Township/Rang        T18S R25E SEC 18 SW/4  
  TSR  Township/Rang        T18S R25E SEC 19 NE/4  
  TSR  Township/Rang        T18S R25E SEC 19 NW/4  
  TSR  Township/Rang        T18S R25E SEC 19 SE/4  
  TSR  Township/Rang        T18S R25E SEC 19 SW/4  

Attn: Armond Samuels