

| | **PARCEL ELIGIBILITY NOTICE** |
|---|---|
| | **DATE OF NOTICE: May 14, 2013** |

| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
|---|---|---|---|
| **Claimant Name** | Last: Apache Louisiana Minerals LLC | First: | Middle: |
| **Claimant ID** | 100176960 | **Claim ID** | 174176 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| **Parcel Address** | Street: | | Unit: |
| | Parish/County: Cameron | | |
| | City: | State: LA | ZipCode: |
| **Parcel ID/Tax Assessment ID** | 501002450 | | |

| **II. EXPLANATION OF ELIGIBILITY REQUEST REVIEW** |
|---|
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We received the Parcel Eligibility Request Form (formerly known as the Parcel Eligibility Challenge Form) you submitted. After review, we have determined that your Parcel is within the Claim Zone under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). Now that your Parcel is eligible, submit a new Claim Form and provide all required supporting documentation for the Settlement Program to complete the review of your claim. Go to **www.deepwaterhorizoneconomicsettlement.com** to submit your Claim Form online, or refer to Section IV of this Notice for instructions on other ways to submit your Claim Form. |

| **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
|---|
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |

| **IV. HOW TO SUBMIT YOUR CLAIM FORM** |
|---|
| Submit your **Claim Form** online through the DWH Portal, using the Address and Parcel ID/Tax Assessment ID exactly as listed in Section I of this Notice, and submit all required supporting documentation by uploading documents through your DWH Portal. If you are unable to access the DWH Portal, you may submit your Claim Form and documents in any of the following ways: |

| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|

| | |
|---|---|
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

## V. SUMMARY OF ASSERTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice.  This chart summarizes the status of those claims as of the date of this Notice.  You will receive or have already received separate Notices for each additional claim.  You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| 1. | Wetlands Real Property | 174112 | Notice Issued After Claims Review:  Payable Claim or Claim Eligible But No Payment Due Determination |
| 2. | Wetlands Real Property | 174117 | Notice Issued After Claims Review:  Claim Denied |
| 3. | Wetlands Real Property | 174119 | Notice Issued After Claims Review:  Claim Denied |
| 4. | Wetlands Real Property | 174122 | Notice Issued After Claims Review:  Claim Denied |
| 5. | Wetlands Real Property | 174124 | Notice Issued After Claims Review:  Claim Denied |
| 6. | Wetlands Real Property | 174126 | Notice Issued After Claims Review:  Claim Denied |
| 7. | Wetlands Real Property | 174127 | Notice Issued After Claims Review:  Claim Denied |
| 8. | Wetlands Real Property | 174189 | In Claims Review |
| 9. | Wetlands Real Property | 174256 | In Claims Review |
| 10. | Wetlands Real Property | 174292 | In Claims Review |
| 11. | Wetlands Real Property | 174293 | In Claims Review |
| 12. | Wetlands Real Property | 174405 | In Claims Review |
| 13. | Wetlands Real Property | 174458 | In Claims Review |
| 14. | Wetlands Real Property | 174459 | In QA Review |
| 15. | Wetlands Real Property | 174465 | In Claims Review |



| | | | |
|---|---|---|---|
| 16. | Wetlands Real Property | 174467 | In Claims Review |
| 17. | Wetlands Real Property | 174468 | In Claims Review |
| 18. | Wetlands Real Property | 174473 | In Claims Review |
| 19. | Wetlands Real Property | 174476 | In Claims Review |
| 20. | Wetlands Real Property | 174480 | In QA Review |
| 21. | Wetlands Real Property | 174483 | In Claims Review |
| 22. | Wetlands Real Property | 174489 | In QA Review |
| 23. | Wetlands Real Property | 174491 | In Claims Review |
| 24. | Wetlands Real Property | 174503 | In QA Review |
| 25. | Wetlands Real Property | 174506 | In QA Review |
| 26. | Wetlands Real Property | 174510 | In Claims Review |
| 27. | Wetlands Real Property | 174512 | In QA Review |
| 28. | Wetlands Real Property | 174516 | In QA Review |
| 29. | Wetlands Real Property | 174520 | In QA Review |
| 30. | Wetlands Real Property | 174524 | In QA Review |
| 31. | Wetlands Real Property | 174526 | In QA Review |
| 32. | Wetlands Real Property | 174528 | In QA Review |
| 33. | Wetlands Real Property | 174531 | In Claims Review |
| 34. | Wetlands Real Property | 174534 | In QA Review |
| 35. | Wetlands Real Property | 174537 | In QA Review |
| 36. | Wetlands Real Property | 174542 | In Claims Review |
| 37. | Wetlands Real Property | 174545 | In Claims Review |
| 38. | Wetlands Real Property | 174546 | In Claims Review |
| 39. | Wetlands Real Property | 174550 | In QA Review |
| 40. | Wetlands Real Property | 174553 | In QA Review |
| 41. | Wetlands Real Property | 174555 | In Claims Review |
| 42. | Wetlands Real Property | 174559 | In Claims Review |
| 43. | Wetlands Real Property | 174561 | In QA Review |

| 44. | Wetlands Real Property | 174563 | In Claims Review |
|---|---|---|---|
| 45. | Wetlands Real Property | 174565 | In Claims Review |
| 46. | Wetlands Real Property | 174568 | In QA Review |
| 47. | Wetlands Real Property | 174571 | In Claims Review |
| 48. | Wetlands Real Property | 174572 | In Claims Review |
| 49. | Wetlands Real Property | 174576 | In Claims Review |
| 50. | Wetlands Real Property | 174577 | In Claims Review |
| 51. | Wetlands Real Property | 174578 | In QA Review |
| 52. | Wetlands Real Property | 174581 | In Claims Review |