**PLAQUEMINES PARISH** **STATUS: ACTIVE**

| TAX | TAX ACCOUNT | ASSESSMENT | TAX AUTHORITY | WARD |
|---|---|---|---|---|
| 2010 | 0 | 1524250 | PLAQUEMINES PARISH | 1 |

| TAXPAYER INFORMATION | PROPERTY LOCATION |
|---|---|
| NAME UNAVAILABLE<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON TX 77056 | 2000 POST OAK BLVD<br>050160 Amoretti to Port SulphuLOT NO |

**ASSESSED VALUES**

**HOMESTEAD: YES**  **HISTORICAL TAX ABATEMENT:**

| DESCRIPTION | UNIT | TOTAL | HOMESTEAD | TAXABLE |
|---|---|---|---|---|
| Marsh (Salt) | 2106.00.0 | 6320 | 0 | 6320 |
| | TOTALS | 6320 | 0 | 6320 |

**ESTIMATED TAXES**

| DESCRIPTION | MLLAGE | TOTAL | HOMESTEAD | TAXES DUE |
|---|---|---|---|---|
| ASR Assessment District | 1.20M | $7.58 | $0.00 | $7.58 |
| HLT Public Health | 1.00M | $6.32 | $0.00 | $6.32 |
| HOS Hospital | 2.49M | $15.74 | $0.00 | $15.74 |
| HP2 Constr/Maint/Operations | 2.83M | $17.89 | $0.00 | $17.89 |
| INC Incineration | 1.00M | $6.32 | $0.00 | $6.32 |
| LA2 Law Enforce-Additional | 6.57M | $41.52 | $0.00 | $41.52 |
| LA3 Jail Facility | 6.24M | $39.44 | $0.00 | $39.44 |
| LAW Law Enforcement | 3.64M | $23.00 | $0.00 | $23.00 |
| LIB Library | 1.00M | $6.32 | $0.00 | $6.32 |
| PAR Parish | 3.66M | $23.13 | $0.00 | $23.13 |
| POL Pollution Ctrl | 2.00M | $12.64 | $0.00 | $12.64 |
| ROD Road Maintenance | 1.51M | $9.54 | $0.00 | $9.54 |
| SCH Regular School | 6.03M | $38.11 | $0.00 | $38.11 |
| SP1 Emp Health Ins | 1.70M | $10.74 | $0.00 | $10.74 |
| SP2 Salaries #1 | 2.40M | $15.17 | $0.00 | $15.17 |
| SP3 Maintenance/Operation | 4.78M | $30.21 | $0.00 | $30.21 |
| SP4 Salaries #2 | 7.50M | $47.40 | $0.00 | $47.40 |
| SP5 Technology | 1.00M | $6.32 | $0.00 | $6.32 |
| SP6 Capital Imp/Operations | 1.00M | $6.32 | $0.00 | $6.32 |
| WAS Waste Disposal | 2.98M | $18.83 | $0.00 | $18.83 |
| WAT Water | 2.00M | $12.64 | $0.00 | $12.64 |
| | TOTALS | $395.18 | $0.00 | $395.18 |

**PROPERTY DESCRIPTION**

NE/4 (160 AC). NW/4 (160 AC). SE/4 (160 AC) & SW/4 (160 AC) OF SEC 1