MAKE CHECKS PAYABLE TO
THEOS DUHON - CAMERON PARISH SHERIFF &
EX-OFFICIO TAX COLLECTOR
P.O. BOX 1250
CAMERON, LA 70631

**TAX NOTICE**
**TAX NOTICE# 301001050**
**WARD 03**

| ADDRESS |
| SERVICE |
| REQUESTED |

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
CAMERON, LA
PERMIT NO. 12

YOUR PARISH TAXES AS ITEMIZED ARE NOW DUE. TAXES BECOME DELINQUENT ON JANUARY 1ST, 1% INTEREST PER
MONTH WILL BE ADDED FROM THAT DATE FORWARD. FOR ADDRESS CORRECTION OR TO QUESTION ASSESSED
VALUE OR HOMESTEAD EXEMPTION CALL ASSESSORS OFFICE AT 337-775-5416.
ASSESSED VALUE: 18,748   LESS HOMESTEAD: 0   TAXABLE: 18,748

**TAX YEAR 2010**

**TAX NOTICE# 301001050**
**WARD 03**

| DESCRIPTION OF PROPERTY | TAX DISTRICT | AMOUNT |
|---|---|---|
| PARCEL NUMBER: 0301001050 | 14.04M AMBULANCE DIST #2 | $ 276.48 |
| MARSH WTR. MARSH – Use Value-15,444-2,574 | 22.04M CAMERON HOSPITAL | $ 435.25 |
| AG. LAND CLASS IV – Use Value-4,304-269 | 07.35M FIRE DIST #10 - JB | $ 145.94 |
| ==PROPERTY DESCRIPTION=== | 04.00M GRAVITY DRAIN #7 - J | $ 79.00 |
| TOTAL ACRES:  2843.4077 ACS,7/9  INTEREST IN A | 62.65M PARISHWIDE | $ 1,237.20 |
| TRACT* T14S R10W:  SEC 17-ENTIRE, SEC 18-SE/4, | 46.69M PARISHWIDE SCHOO | $ 925.99 |
| SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2:NE/4:N | 07.90M REC DIST #5 - CAM | $ 156.01 |
| 2:SE/4:SW4SE/4, SEC 30-ENTIRE, SEC 31-NE/4:E/2NW | 00.00M SCHOOL DIST #10 | $ 0.00 |
| /4:NW4NW4/4:NW4SE/4:E/2SW/4, SEC 32-NW/4NW/4 | 04.00M WATER DIST #10 - JB | $ 79.00 |
| TAC IN ALL BEING 3855.61 ACS] (#101342) (#167418 40 | 02.00M WEST CAM PORT COM | $ 39.50 |
| -521) (#146956) (#117272) (#180847 621-134) (#102707 | | |
| (#200254 623-493) (#206992) (#288479 915-249 FROM | | |
| TINA OIL CO)(#266484 915-512)(#266908 924-865 CAS | | |
| COMPLETE DESCRIPTION AT COURTHOUSE" | | |

| | |
|---|---|
| **TOTAL DUE ▶** | **$ 3,374.37** |

**TAX YEAR 2010**

**KEEP THIS PORTION FOR YOUR RECORDS**
**THIS IS YOUR ONLY RECEIPT**

ADDRESS CHANGE ON BACK      77406$0004  B002

It is your responsibility to forward this notice or
a copy of this notice to your Mortgage Company.

THIS IS YOUR TAX RECEIPT WHEN PAID.
SEND TO YOUR MORTGAGE COMPANY

| 14.04M AMBULANCE DIST #2 | $ 276.48 |
| 22.04M CAMERON HOSPITAL | $ 435.25 |
| 07.35M FIRE DIST #10 - JB | $ 145.94 |
| 04.00M GRAVITY DRAIN #7 - JB | $ 79.00 |
| 62.65M PARISHWIDE | $ 1,237.20 |
| 46.69M PARISHWIDE SCHOOL | $ 925.99 |
| 07.90M REC DIST #5 - CAM | $ 156.01 |
| 00.00M SCHOOL DIST #10 | $ 0.00 |
| 04.00M WATER DIST #10 - JB | $ 79.00 |
| 02.00M WEST CAM PORT COMM | $ 39.50 |

| **TOTAL DUE ▶** | **$ 3,374.37** |

APACHE CORPORATION
ATTN AMY MCMURRY
STANCIL & CO
P O BOX 149
RICHMOND TX 77406

RETURN THIS STUB WITH YOUR PAYMENT

# Cameron Parish - Assessor's Office
## Mona Kelley, CLA
P. O. Box 1100 - Cameron, LA 70631 - (337)775-5416

## 2010 REAL ESTATE ASSESSMENT INFORMATION

| Parcel Information | Taxpayer Information |
|---|---|

**PIN: 0301001050**    Purchase Price:
Parcel E911 Address  (No Address on File)

Subdivision or Geographic Area
**NO SUBDIVISION OR GEOGRAPHICAL AREA**
Township/Range/Section: **14S-10W-017**    Ward: **03**
Front Footage:    Parcel Area: **2,843 Acres**
Corner Lot: **0**    Entire Block: **0**    Side Footage:
Parcel Size:

Taxpayer's ID: **4752**
Taxpayer's Name
**APACHE CORPORATION**
Contact's Name (C/O)
**ATTN AMY MCMURRY**
Mailing Address
**STANCIL & CO**
**P O BOX 149**
**RICHMOND, TX 77406**

Parcel Owner's ID: **4752**    Primary Owner: **Y**
Type of Ownership: **FEE SIMPLE TITLE**    Percent Owned: **100%**
Parcel Owner
**APACHE CORPORATION**
COB Book - Page: **-**    Instrument No.:
Transfer Date: **01/01/1990**
Instrument Type: **Undefined**

| Assessment Information | | |
|---|---|---|
| Assessment No: 301001050 | | |
| Folder: | Land Assessment: | 19,748 |
| Changed Last:  / / | Imp. Assessment: | 0 |
| Revalued Last:  / / | Total Assessment: | 19,748 |
| Homestead Filed: | Homestead Exemption: | - 0 |
| Homestead Percent: | Taxable Value: | 19,748 |

Status:  **ACTIVE 301001050**     ## Assessment Breakdown

| CLASS | LAND DESCRIPTION | FACTOR | QUANTITY | ADJ. MARKET VALUE | ASSESSMENT | EXEMPTION |
|---|---|---|---|---|---|---|
| 1300 | AG. LAND CLASS IV - Use Value | AG04 | 269.00 Units | $4,304.00 | 4,304 | NONE |
| 2200 | BRSH WTR. MARSH - Use Value | BM01 | 2574.00 Units | $15,444.00 | 15,444 | NONE |

Legal Description: *(See listing report for full legal description if required.)*

\* TOTAL ACRES: 2843.4077 ACS.
7/9 INTEREST IN ALL THE FOLL:
\*\*ALL THE FOLL KNOWN AS THE JOYCE TRACT\*\*
T14S R10W:  SEC 17-ENTIRE, SEC 18-SE/4, SEC 19-ENTIRE, SEC 20-ENTIRE, SEC 29- W/2;NE/4;N/2SE/4;SW/4SE/4, SEC 30-ENTIRE, SEC 31-NE/4;E/2NW/4;NW/4NW/4;NW/4SE/4;
E/2SW/4, SEC 32-NW/4NW/4 (AC IN ALL BEING 3655.81 ACS)
(#101342) (#157418 404-521) (#116956) (#117272) (#180847 521-134) (#192707) (#200254 623-483) (#206992) (#266479 915-249 FROM FINA OIL CO)
(#266484 915-512)
(#268908 924-865 CASTEX ENERGY TO LATERRE CO LTD)
(#242064 936-704 LATERRE CO LTD TO MIRANT SOUTH LOUISIANA FEE LLC 75% OF 7/9
& ASS'D TO THEM)
(#278564 959-166 MIRANT SOUTH LOUISIANA FEE LLC TO LATERRE CO LTD)
(#278719 959-827 LATERRE CO LTD TO APACHE CORP)