

621

156940

Conveyance

BOUNDARY AGREEMENT

RECEIVED-FILED
'78 NOV 22 AM 9 55

THIS BOUNDARY AGREEMENT entered into and effective May 24, 1978, by and between THE JOHN W. MECOM COMPANY, a Texas corporation, located in the City of Houston, Harris County, Texas, and FOUR M PROPERTIES, LTD., a Louisiana Partnership in Commendam, all hereinafter referred to collectively as "Mecoms", and CLAIBORNE J. DUHON, PETER CONSTANCE, JR., WILLIS DUHON, ERNIE B. DUHON, ALFRED DEVALL, EVELYN DEVALL REED, LEROY DEVALL, EDITH CONSTANCE TRAHAN, JOHNNY B. CONSTANCE, JR., JERRY WAYNE CONSTANCE, LINDA CONSTANCE TRAHAN, CATHERINE NATALIE CONSTANCE, JOSEPH P. CONSTANCE, GENE A. CONSTANCE, ERNEST JAMES CONSTANCE, JIMMY LESLIE CONSTANCE, VIRGIE CONSTANCE FOUNTAIN, MARY SUE CAMPBELL GRANGER, ALINE CONSTANCE and WINSTON LEE CONSTANCE and CHARLES WADE CONSTANCE, herein represented by their Natural Tutrix Bonnie Jean Constance, duly authorized by Judgment of the Fourteenth Judicial District Court in and for the Parish of Cameron, Louisiana, all hereinafter referred to collectively as "Duhon et als", under the following terms and conditions, to-wit:

1. "Mecoms" are the owners of the following described property, situated in the Parish of Cameron, Louisiana, to-wit:

> W½ of SE¼, W½ of NE¼ of Section 3, Township 15
> South, Range 11 West; also, W½ of NE¼ of Section
> 10, Township 15 South, Range 11 West.

"Duhon et als" are the owners of the following described property, situated in the Parish of Cameron, Louisiana, to-wit:

> SE¼ of NE¼, E½ of SE¼ of Section 3, Township
> 15 South, Range 11 West; also, Fractional
> E½ of NE¼ of Section 10, less and except portions
> thereof sold, Township 15 South, Range 11 West.

2. The hereinabove described properties are adjacent and contiguous, but a question has arisen between the parties hereto as to the correct location and boundaries of the respective properties and, in order to settle said question, appearers have caused the said contiguous boundaries to be surveyed by Whitaker & Webb, Civil Engineers, Lake Charles, Louisiana, all as will more fully appear by reference to the plat attached hereto and made a part hereof as Exhibit "A".

3. Appearers now declare that, in order to make an amicable settlement of their differences and to fix the boundary between said properties so that there may be hereafter no further dispute or misunderstanding, and so that the same may be forever fixed, they do hereby declare and agree that the correct boundary line separating their respective properties is:

>   Commencing at a point on the centerline of highway No. La. 82 having Lambert Coordinates,
>
>   X=1,322,296.31
>   Y=  407,598.48;
>
>   thence North 0° 58' 18" East 60.69 feet, to a point having Lambert Coordinates,
>
>   X=1,322,297.33
>   Y=  407,659.16;
>
>   thence North 0° 58' 18" East 5831.4 feet, to a point having Lambert Coordinates,
>
>   X=1,322,396.21
>   Y=  413,489.74.

4. "Mecoms" heretofore executed the following instruments:

(a) On September 9, 1974, an Oil and Gas Lease by Four M. Properties, Ltd. in favor of John W. Mecom, recorded in Book 339 of Conveyance, page 561, under File No. 142492, Records of Cameron Parish, Louisiana; and

    (b)    On August 14, 1975, Mineral Lease, Sublease and Operating Agreement by Mary Elizabeth Mecom, wife of/and John W. Mecom in favor of Edward Mike Davis, recorded in Book 339 of Conveyance, page 502, under File No. 142490, Records of Cameron Parish, Louisiana;

both of which instruments cover, among other lands, the lands hereinabove described as belonging to "Mecoms".

    5.    "Duhon, et als" heretofore executed the following Oil, Gas and Mineral Leases:

    (a)    On October 27, 1976, an Oil, Gas and Mineral Lease by Claiborne J. Duhon, Sr., et al in favor of W. W. Rucks, III, recorded in Book 366 of Conveyance, page 131, under File No. 148308, Records of Cameron Parish, Louisiana;

    (b)    On October 27, 1976, an Oil, Gas and Mineral Lease by Claiborne J. Duhon, Sr., et al in favor of W. W. Rucks, III, recorded in Book 366 of Conveyance, page 137, under File No. 146309, Records of Cameron Parish, Louisiana;

    (c)    On October 27, 1976, an Oil, Gas and Mineral Lease by Claiborne J. Duhon, Sr., et al in favor of W. W. Rucks, III, recorded in Book 366 of Conveyance, page 143, under File No. 148310, Records of Cameron Parish, Louisiana;

    (d)    On October 27, 1976, an Oil, Gas and Mineral Lease by Claiborne J. Duhon, Sr., et al in favor of W. W. Rucks, III, recorded in Book 366 of Conveyance, page 149, under File No. 148311, Records of Cameron Parish, Louisiana; and

    (e)    On March 28, 1978, a Ratification of Oil, Gas and Mineral Lease by LeRoy Devall, recorded under File No. 153938, Records of Cameron Parish, Louisiana;

all of which cover, among other lands, the lands hereinabove described as belonging to "Duhon, et als".

6.  In order to eliminate any question as to the location of the lands described in the above Oil, Gas and Mineral Leases, Sublease, Operating Agreement and Ratification, and to confirm and ratify unto the present owners of the rights acquired under said instruments, the undersigned "Mecoms" hereby agree that said instruments cover the hereinabove described properties up to the boundary line as herein agreed and confirmed; and the said "Duhon, et als" hereby agree that said instruments cover the hereinabove described properties up to the boundary line as herein agreed and confirmed; and in that respect, appearers ratify and confirm said Oil, Gas and Mineral Leases, Sublease, Operating Agreement, and Ratification instruments hereinabove set out.

This instrument may be signed in any number of counterparts, each of which shall be binding on the party or parties so signing, but the failure of any party named below to execute this agreement shall not affect its validity as to those whose signatures appear herein on on a counterpart hereof.

IN WITNESS WHEREOF, this instrument is executed as of the date first above written.

WITNESSES:

THE JOHN W. MECOM COMPANY

By: _____
        JOHN W. MECOM

FOUR M PROPERTIES, LTD.

By: _____

_[signatures]_

CLAIBORNE J. DUHON

PETER CONSTANCE, JR.

WILLIS DUHON

625

WITNESSES:

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Claire LaLande*
*Dorothy M. Daly*

*Ernie B. Duhon*
ERNIE B. DUHON

*Alfred Devall*
ALFRED DEVALL

*Evelyn Devall Reed*
EVELYN DEVALL REED

*Leroy Devall*
LEROY DEVALL

*Edith Constance Trahan*
EDITH CONSTANCE TRAHAN

*Johnny B. Constance, Jr.*
JOHNNY B. CONSTANCE, JR.

*Jerry Wayne Constance*
JERRY WAYNE CONSTANCE

*Linda Constance Pickett*
LINDA CONSTANCE ~~Pickett~~

*Catherine Natalie Constance*
CATHERINE NATALIE CONSTANCE

*Joseph P. Constance*
JOSEPH P. CONSTANCE

*Gene A. Constance*
GENE A. CONSTANCE

WITNESSES:

_[signatures]_                              _____
                                            ERNEST JAMES CONSTANCE

_[signatures]_                              _____
                                            JIMMY LESLIE CONSTANCE

_[signatures]_                              _____
                                            VIRGIL CONSTANCE FOUNTAIN

_[signatures]_                              _____
                                            MARY SUE CAMPBELL GRANGER

_[signatures]_                              _____
                                            ALINE CONSTANCE

_[signatures]_                              _____
                                            BONNIE JEAN CONSTANCE FOR AND
                                            ON BEHALF OF THE MINOR CHILDREN
                                            WINSTON LEE CONSTANCE AND
                                            CHARLES WADE CONSTANDE

\* \* \*

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, personally appeared JOHN W. MECOM, Jr., Vice President of the JOHN W. MECOM COMPANY, known to me to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act and deed of said corporation and that he executed the same as the act and deed of such corporation for the purposes and considerations therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND and seal of office, this _____ day of _____, 1978.

                                            _____
                                            Notary Public in and for Harris
                                            County, Texas

STATE OF TEXAS

COUNTY OF HARRIS

On this _____ day of August, 1978, before me appeared _____, to me personally known, who, being by me duly sworn, did say that he is the _____ of FOUR M PROPERTIES, LTD., a Louisiana Partnership in Commendam, and that the above instrument was signed in behalf of said partnership, and that he acknowledged the instrument to be the free act and deed of said partnership

                                                                      NOTARY PUBLIC IN AND FOR
                                                                      HARRIS COUNTY, TEXAS

* * * *

STATE OF __LOUISIANA__

PARISH (OR COUNTY) OF __CALCASIEU__

BEFORE ME, the undersigned Notary Public, on this day personally appeared James L. Babin, who, being by me duly sworn, stated under oath that he was one of the subscribing witnesses to the foregoing instrument and that the same was signed by __Mary Sue Campbell Granger__ _____

in his presence and in the presence of the other subscribing witnesses.

                                                                     _/s/ James L. Babin_
                                                                     Subscribing Witness

SWORN TO AND SUBSCRIBED before me at _Lake Charles_, _La._, this _20_ day of _September_, 1978.

                                                                     _/s/ Payton R. Covington_
                                                                         NOTARY PUBLIC

STATE OF LOUISIANA

PARISH OF CAMERON

BEFORE ME, the undersigned Notary Public, on this day personally appeared CLAIRE LALANDE, who, being by me duly sworn, stated under oath that she was one of the subscribing witnesses to the foregoing instrument and that the same was signed by PETER CONSTANCE, JR., WILLIS DUHON, ERNIE B. DUHON, ALFRED DEVALL, EVELYN DEVALL REED, LEROY DEVALL, EDITH CONSTANCE TRAHAN, JOHNNY B. CONSTANCE, JR., JERRY WAYNE CONSTANCE, LINDA CONSTANCE PICKETT, CATHERINE NATALIE CONSTANCE, JOSEPH P. CONSTANCE, GENE A. CONSTANCE, ERNEST JAMES CONSTANCE, JIMMY LESLIE CONSTANCE, VIRGIE CONSTANCE FOUNTAIN, ALINE CONSTANCE AND BONNIE JEAN CONSTANCE in her presence and in the presence of the other subscribing witness.

                                                _Claire LaLande_
                                                Claire LaLande

SWORN TO AND SUBSCRIBED before me at Cameron, Louisiana, this 22nd day of November, 1978.

                                                NOTARY PUBLIC

STATE OF LOUISIANA  :
PARISH OF CALCASIEU :

BEFORE ME, the undersigned authority, personally came and appeared NORMA B. BROUSSARD, who, being first duly sworn, deposed and said:

That she was one of the subscribing witnesses to the signature of CLAIBORNE J. DUHON to the foregoing instrument, and that the said instrument was signed by him in her presence and in the presence of A. Harold Mires, the other subscribing witness.

                                                _Norma B. Broussard_
                                                Norma B. Broussard

SWORN TO AND SUBSCRIBED before me at Sulphur, Louisiana, this 26th day of September, 1978.

                                                _Charles C. Broussard_
                                            Charles C. Broussard, Notary Public



**THE STATE OF LOUISIANA**
**PARISH OF CAMERON** } OFFICE OF CLERK, 38th Jud'l Dist. Court

I HEREBY CERTIFY, That the above and foregoing is a true and correct copy of _Orig_ filed for record the _22_ day of _Nov_ 19 _28_ Bearing file No. _156940_ and recorded Book _402_ of _Conv_ Page _621_ and Book _____ of _____

In testimony whereof, witness my official signature and seat at Cameron, Cameron Parish, Louisiana on this _6th_ day of _May_ A.D. 19_72_

_Susan Racca_
DY CLERK OF COURT