LAW OFFICES

# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

September 13, 2013

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

In Re:       Deepwater Horizon Claims Center
             Claimant: Apache Louisiana Minerals LLC
             Claimant ID:  100176960
             Claim ID:  174510

## SUPPORTING MEMORANDUM ON BEHALF OF APACHE LOUISIANA MINERALS LLC ("ALM") IN SUPPORT OF ITS REQUEST FOR RECONSIDERATION

This Memorandum is submitted on behalf of Apache Louisiana Minerals LLC ("ALM"). ALM received an Eligibility Notice dated August 15, 2013 in the amount of $2,318,838.45. ALM is a large property owner in Louisiana, and the property related to the above Eligibility Notice is located in Plaquemines Parish, Louisiana.

As a major landowner, ALM has a land management staff and GIS capabilities. ALM's staff has calculated the amount of oiled shoreline as per the Settlement Agreement, and their calculation exceeds the calculation of the Claims Administrator, as set forth in the Eligibility Notice.

Attached hereto as Exhibit "1" is a map prepared by ALM's staff indicating the amount of oiled shoreline as determined by ALM's staff. Attached as Exhibit 2 is a map showing all of ALM's property in Plaquemines Parish, with each claim colored. (A pdf version of this map has been previously uploaded to this firm's portal, and that version is easier to see.) Please note that the ERMA maps were used to determine the oiled shoreline, and ALM's calculations are consistent with the Settlement Agreement. The map also shows the linear footage of the non-oiled shoreline and the linear footage of the remaining shoreline (that is neither oiled nor non-oiled according to the ERMA SCAT data on the NOAA website).

Exhibit 12A to the Deepwater Horizon Economic and Property Damages Settlement is entitled "Compensation Framework for Wetlands Real Property Claims". Exhibit 12A, section 1B provides as follows, "Wetlands Real Property Claim Zone shall be defined as the blue shaded portions of the Wetlands Real Property Compensation Zone Map attached as appendix A." Section 1C provides, "eligible parcels shall be defined as parcels located within the Wetlands Real Property Claim Zone." Section 1D provides that an eligible parcel should be placed into one of two compensation categories, either compensation category A or compensation category B.

1

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

The Eligibility Notice states that there is an oiled primary area of 18,619.10 feet and a non-oiled primary area of 0 feet. However, as can be seen from Exhibit 1, there should be 24,716 feet of oiled primary area and 0 feet of non-oiled primary area. ALM, through undersigned counsel, has repeatedly requested the back-up information to determine how the Claims Administrator determined its measurement. To date, ALM has received nothing from the Claims Administrator that allows ALM to compare its calculations to that of the Claims Administrator. For example, in the above-referenced claim, Apache has a boundary agreement with LL&E that extends Apache's property line beyond the section lines (see the blue-shaded portion on Exhibit 1 that shows Apache's boundary). The discrepancy in feet may come from this extended boundary.

Furthermore, as can be seen from Exhibit 1, there are 26,305 linear feet of shoreline within Claim No. 174510 that received no monetary payment. As can be seen, this shoreline is part of the same parcel. As all of the shoreline is within Compensation Zone Category A as per the interactive mapping tool on the Deepwater Horizon Settlement website, ALM should be compensated for all of its shoreline within Claim No. 174510 (see Exhibit 3, in globo, which is printouts from the Deepwater Horizon Settlement website interactive mapping tool showing that all of the property in Claim No. 174510 is within Wetlands Compensation Zone Category A). The Settlement Agreement provides, "Where there is a break in an otherwise continuous portion of a SCAT Line, BP & PSC jointly selected parcels that would likely have been intersected by the SCAT Line if it had been continuous" (see Exhibit 12A, Appendix B, #3). Looking at Exhibit 1 attached hereto, there are 26,305 feet of shoreline that for some reason contains no SCAT data, despite the fact that much of the shoreline within this claim was oiled. ALM respectfully submits that these 26,305 feet of shoreline would have likely been intersected by the SCAT line if it had been continuous; and therefore, all of the 26,305 feet should be included in the "oiled primary area" or "non-oiled primary area" compensation, especially since all of the property is within Compensation Zone Category A.

It is important to recognize that the Settlement Agreement constitutes and reflects the compromise of disputed claims. It is the responsibility of the Settlement Program to faithfully apply the terms of the Settlement Agreement, based on the documents that are accepted as sufficient under the terms of that Agreement, and by the Claims Administrator. Central to the interpretation, implementation and application of the Settlement Agreement is the assurance of a "Claimant – friendly" process, under which the Program would afford Claimants with notice, information, assistance and opportunity to achieve the *maximum amount* of compensation to which it is entitled under the Settlement Framework that were negotiated.

It is clear that the intent of the Agreement was to ensure that a Claimant would be provided with the most favorable level of compensation afforded under the terms of the Settlement Framework.

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

It is submitted that the maps attached hereto accurately reflect the amount of shoreline impacted pursuant to exhibit 12 of the Settlement Agreement; therefore, this reconsideration should be granted and ALM's shoreline property as indicated on Exhibit "1" be included in calculating the compensation amount.

Respectfully submitted:

**DUVAL, FUNDERBURK, SUNDBERY,**
**LOVELL & WATKINS**

BY:

**C. BERWICK DUVAL, II (5109)**
**STANWOOD R. DUVAL, (27732)**
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Phone:  (985) 876-6410
Fax:  (985) 851-1490
Email:  berwick@duvallawfirm.com
Attorneys for Apache Louisiana Minerals LLC



# Plaquemines Parish, Louisiana

**VICINITY MAP**

EXHIBIT
1

CLAIM NO.: 174510
OILED: 24,716 LIN FT
NON-OILED: 0 LIN FT
SHORELINE: 26,305 LIN FT

# APACHE LOUISIANA MINERALS LLC
POST OFFICE BOX 206
HOUMA, LOUISIANA 70361-0206
TEL (985) 879-3528    FAX (985) 876-5267

JUL 31, 2013



Page 1 of 1



EXHIBIT
**3**

Blumberg No. 5119

