LAW OFFICES

# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

September 16, 2013

OF COUNSEL
WILLIAM S. WATKINS

In Re:        Deepwater Horizon Claims Center
              Claimant:  Apache Louisiana Minerals LLC
              Claimant ID:  100176960
              Claim ID:  174520

## APACHE LOUISIANA MINERALS LLC'S RESPONSE TO BP'S SUPPLEMENTAL FINAL PROPOSAL REGARDING CLAIM NO. 174520

Please allow the following to serve as the response of Apache Louisiana Minerals LLC ("ALM") to the Supplemental Final Proposal of BP Exploration and Production, Inc., BP Corporation North America, Inc. and/or its parent, subsidiaries and/or affiliates ("BP"). regarding claim number 174520.

Despite BP's attempt to obfuscate the facts, the matter is quite simple. ALM is a separate and distinct legal entity from Apache Corporation ("Apache"). ALM owns substantial property in coastal Louisiana, which was heavily oiled due to the BP Deepwater Horizon oil spill on April 20, 2010. ALM was formed years before the oil spill. ALM operates for the express purpose of managing the property it owns in Louisiana. ALM's staff is housed in Houma, Louisiana which manages property in six Louisiana parishes. ALM is operated separately from its parent and has its own separate employees and business.

The business of ALM has been outlined by affidavit signed by ALM's property manager, Timothy Allen. Tim Allen's affidavit has not been rebutted. In short, BP's entire response is an attack on Apache; however, Apache is not the claimant. ALM is the claimant, and it is clearly not an excluded oil and gas entity.

The Settlement Agreement is quite clear. Section 2 sets forth the exclusions from the Economic and Property Damage Settlement Class Definition. Section 2.2.4.5 excludes:

"Oil and Gas Industry, *as identified in the NAICS codes on Exhibit 17*, which includes by way of example, firms engaged in: extracting crude petroleum, natural gas or other hydrocarbons; drilling wells; preparing maintaining or constructing petroleum or natural gas well-sites or other mineral extraction sites; mining; maintaining or constructing petroleum or natural gas pipeline or distribution facilities; pipeline distribution of crude petroleum, refined petroleum, oil or natural gas; petroleum or natural gas refining or other mineral refining and/or manufacturing; manufacturing petroleum lubricating oil and

1

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

grease, petrochemical products or other petroleum and coal products or chemical products derived from extracted minerals; merchant wholesaling of construction and mining (except oil well) machinery and equipment; wholesale distribution of oil well machinery, equipment and supplies; wholesale distribution of well machinery, equipment and supplies; wholesale distribution of petroleum, petroleum products, other extracted minerals, chemical products produced from extracted or refined minerals, petroleum bulk stations and terminals, petroleum and petroleum products merchant wholesalers." (Emphasis added).

The Settlement Agreement does *not* provide that all subsidiaries of an entity engaged in the Oil and Gas Industry, are excluded. It does *not* provide that all claimants with NAICS codes close to the ones listed on Exhibit 17 are excluded. It does *not* provide that all NAICS codes in the same group as other listed NAICS codes are excluded. The fact of the matter is the Settlement Agreement constitutes a negotiated instrument, approved by the court, that now cannot be expanded to include terms BP *wishes* were included.

The plain fact is that ALM's NAICS Code is not listed on Exhibit 17. BP continues to argue that ALM's NAICS Code *should* be excluded, however, by asserting that argument is forced to admit that the NAICS is *not* listed on Exhibit 17. Exhibit 17, a copy of which is attached, does not provide that any particular code can be expanded to include codes that are not listed. BP argues that since sub codes of ALM's code are listed, the intent of the agreement is that ALM's code should also be excluded. This is simply not the case. The agreement is quite specific, and the Court supervising the BP Deepwater Horizon Settlement has continually held that BP cannot re-write the settlement agreement to its benefit. Exhibit 17 is replete with examples whereby some codes within a particular industry are listed and others are not. Clearly, much thought went into what codes should be included and what codes should not. Quite simply, ALM's code was not included and cannot be added by fiat.

More importantly, ALM's business does not include any of the examples listed in Section 2.2.4.5. Tim Allen's affidavit spells out clearly what the business of ALM is and is not. That affidavit stands unchallenged by any opposition affidavit or credible evidence.

Notwithstanding BP's repeated extenuated attempts to place Apache's business on ALM, the law is very clear that the separateness of a parent from its subsidiaries is to be recognized and respected. *Associated Hosp. Services, Inc.* v. *State, Dept. of Revenue and Taxation*, 588 So.2d 356, 359 (La. 1991). Louisiana courts have expressed a strong policy in favor of recognizing a parent and subsidiary as separate companies, and one will rarely be held accountable for the acts and knowledge of the other. *CNH Capital America, LLC* v. *Wilmot Farming Ventures, LLC*, 2008 WL 2386166 *6 (W.D. La 2008). The Securities and Exchange Commission rules require a parent to include a list of its subsidiaries in its annual report. The reference to ALM in Apache's annual report is a result of the requirements of Section 13 or 15(d) of the Securities

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

Exchange Act of 1934. Apache's compliance with the Securities and Exchange Act of 1934 should not be used to the detriment of ALM. *See Hollingsworth v. Steven Garr Logging*, 110 So. 3d 1219, 1226 (La. App. 2 Cir. 2/27/13).

Lastly, ALM reiterates that BP is estopped from asserting that ALM is not a class member, as ALM has already had several claims approved, releases executed and payments authorized. As stated by ALM in its original brief, ALM's claim numbers 174553, 174555 and 174459 have been approved and placed in line for payment. Significantly, BP did not appeal claim number 174553, and has judicially admitted that ALM is a class member. Moreover, ALM has executed a release in favor of BP and others, as required by the Settlement Agreement.[1]

If BP were to win this appeal then BP could be allowed to completely escape responsibility for its actions from the BP Deepwater Horizon spill by agreeing to pay a small claim within the settlement agreement, and then arguing that the release of that claim forecloses all other claims outside the settlement. Such brinkmanship results in an untenable result and cannot be what the settlement agreement contemplated. BP and the Claims Administrator have already accepted ALM as a class member; they have accepted ALM's release and placed some of ALM's claims in line for payment pursuant to the Settlement Agreement. How can BP now claim ALM is not a class member? It simply cannot.

Respectfully submitted:

DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS

BY:_____
C. BERWICK DUVAL, II (5109)
STANWOOD R. DUVAL (27732)
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Phone: (985) 876-6410
Fax: (985) 851-1490
Email: berwick@duvallawfirm.com
Attorneys for Apache Louisiana Minerals LLC

_____

[1] Document ID Number 12118116.

3

# EXHIBIT 17

# Oil & Gas Industry Exclusions

Business Entities within the NAICS Code descriptions set forth below are excluded from the class. Natural Persons employed by a Business Entity within the NAICS Code descriptions set forth below are excluded to the extent and in the manner set forth in the Excluded Industries Chart (Bates Nos. 026686 - 026693]

The Claims Administrator shall determine the appropriate NAICS code for a Business Entity based on his review of (a) the NAICS code shown on a Business Entity claimant's 2010 tax return, (b) 2010 business permits or license(s), and/or (c) other evidence of the business's activities necessary for the Claims Administrator to determine the appropriate NAICS code.

**211111 - Crude Petroleum and Natural Gas Extraction**
This U.S. industry comprises establishments primarily engaged in (1) the exploration, development and/or the production of petroleum or natural gas from wells in which the hydrocarbons will initially flow or can be produced using normal pumping techniques or (2) the production of crude petroleum from surface shales or tar sands or from reservoirs in which the hydrocarbons are semisolids. Establishments in this industry operate oil and gas wells on their own account or for others on a contract or fee basis.

- Coal gasification at mine site
- Coal liquefaction at mine site
- Coal pyrolysis
- Crude petroleum from oil sand
- Crude petroleum from oil shale
- Crude petroleum production
- Gas, natural, extraction
- Kerogen processing
- Lease condensate production
- Natural gas production
- Natural gas, offshore production
- Offshore crude petroleum production
- Offshore natural gas production
- Oil and gas field development for own account
- Oil and gas field exploration for own account
- Oil shale mining and/or beneficiating
- Petroleum, crude, production (i.e., extraction)
- Shale, oil, mining and/or beneficiating
- Stripper well production
- Tar sands mining

**211112 - Natural Gas Liquid Extraction**
This U.S. industry comprises establishments primarily engaged in the recovery of liquid hydrocarbons from oil and gas field gases. Establishments primarily engaged in sulfur recovery from natural gas are included in this industry.

- Butane, natural, mining
- Casing-head butane and propane production
- Condensate, cycle, natural gas production
- Cycle condensate production
- Ethane recovered from oil and gas field gases
- Fractionating natural gas liquids

026694

Gas, natural liquefied petroleum, extraction

Gas, natural, liquids, extraction

Gas, residue, extraction

Gases, petroleum, liquefied, extraction

Gasoline, natural, production

Isobutane recovered from oil and gas field gases

Isopentane recovered from oil and gas field gases

Liquefied petroleum gases (LPG), natural

Liquid hydrocarbons recovered from oil and gas field gases

Liquids, natural gas (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases

Natural gas liquids (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases

Natural gasoline recovered from oil and gas field gases

Oil line drip, natural gas liquid

Petroleum gases, liquefied, recovering from oil and gas field gases

Propane recovered from oil and gas field gases

Residue gas production

Sulfur recovered from natural gas

**213111 - Drilling Oil and Gas Wells**

This U.S. industry comprises establishments primarily engaged in drilling oil and gas wells for others on a contract or fee basis. This industry includes contractors that specialize in spudding in, drilling in, redrilling, and directional drilling.

Directional drilling of oil and gas wells on a contract basis

Drilling directional oil and gas field wells on a contract basis

Drilling for gas on a contract basis

Drilling for oil on a contract basis

Drilling gas and oil field wells on a contract basis

Drilling oil and gas field service wells on a contract basis

Drilling water intake wells, oil and gas field on a contract basis

Gas well drilling on a contract basis

Oil and gas well drilling services (redrilling, spudding, tailing) on a contract basis

Oil well drilling on a contract basis

Reconditioning oil and gas field wells on a contract basis

Reworking oil and gas wells on a contract basis

Service well drilling on a contract basis

Spudding in oil and gas wells on a contract basis

Tailing in oil and gas field wells on a contract basis

Water intake well drilling, oil and gas field on a contract basis

Well drilling (i.e., oil, gas, water intake wells) on a contract basis

Workover of oil and gas wells on a contract basis

**213112 - Support Activities for Oil and Gas Operations**

This U.S. industry comprises establishments primarily engaged in performing support activities on a contract or fee basis for oil and gas operations (except site preparation and related construction activities). Services included are exploration (except geophysical surveying and mapping); excavating slush pits and cellars, well surveying; running, cutting, and pulling casings, tubes, and rods; cementing wells, shooting wells; perforating well casings; acidizing and chemically treating wells; and cleaning out, bailing, and swabbing wells.

026695

Acidizing oil and gas field wells on a contract basis
Building oil and gas well foundations on a contract basis
Building, erecting, repairing, and dismantling oil and gas field rigs and derricks on a contract basis
Cementing oil and gas well casings on a contract basis
Chemically treating oil and gas wells (e.g., acidizing, bailing, swabbing) on a contract basis
Cleaning oil and gas field lease tanks on a contract basis

Cleaning out (e.g., bailing out, steam cleaning, swabbing) wells on a contract basis
Cleaning wells on a contract basis

Cleaning, repairing, and dismantling oil and gas field lease tanks on a contract basis
Contract services (except site preparation and related construction contractor activities) for oil and gas fields
Core cutting in oil and gas wells, on a contract basis
Core drilling, exploration services, oil and gas field
Cutting cores in oil and gas wells on a contract basis

Derrick building, repairing, and dismantling at oil and gas fields on a contract basis
Dismantling of oil well rigs on a contract basis
Drilling rat holes and mouse holes at oil and gas fields on a contract basis
Drilling shot holes at oil and gas fields on a contract basis
Drilling site preparation at oil and gas fields on a contract basis
Drill-stem testing in oil, gas, dry, and service well drilling on a contract basis

Excavating mud pits, slush pits, and cellars at oil and gas fields on a contract basis
Exploration services for oil and gas (except geophysical surveying and mapping) on a contract basis
Fishing for tools at oil and gas fields on a contract basis
Gas well rig building, repairing, and dismantling on a contract basis
Gas, compressing natural, in the field on a contract basis
Geological exploration (except surveying) for oil and gas on a contract basis

Geophysical exploration (except surveying) for oil and gas on a contract basis
Hard banding oil and gas field service on a contract basis
Hot oil treating of oil field tanks on a contract basis
Hot shot service on a contract basis
Hydraulic fracturing wells on a contract basis
Impounding and storing salt water in connection with petroleum production
Installing production equipment at the oil or gas field on a contract basis
Lease tank cleaning and repairing on a contract basis
Logging wells on a contract basis
Mouse hole and rat hole drilling at oil and gas fields on a contract basis
Mud service for oil field drilling on a contract basis
Oil and gas field services (except contract drilling, site preparation and related construction contractor activities) on a contract basis
Oil field exploration (except surveying) on a contract basis
Oil sampling services on a contract basis
Oil well logging on a contract basis

026696

Oil well rig building, repairing, and dismantling, on a contract basis
Paraffin services, oil and gas field, on a contract basis
Perforating oil and gas well casings on a contract basis
Pipe testing services, oil and gas field, on a contract basis
Plugging and abandoning wells on a contract basis
Preparation of oil and gas field drilling sites (except site preparation and related construction contractor activities) on a contract basis
Pulling oil and gas field casings, tubes, or rods on a contract basis
Pumping oil and gas wells on a contract basis
Rathole and mousehole drilling at oil and gas fields on a contract basis

Removal of condensate gasoline from field gathering lines on a contract basis
Rig skidding, oil and gas field, on a contract basis
Roustabout mining services, on a contract basis
Salt water disposal systems, oil and gas field, on a contract basis
Sand blasting pipelines on lease, oil and gas field on a contract basis

Seismograph exploration (except surveying) for oil and gas on a contract basis
Servicing oil and gas wells on a contract basis
Shot hole drilling, oil and gas field, on a contract basis
Skidding of rigs, oil and gas field, on a contract basis
Slush pits and cellars, excavation of, on a contract basis
Steam cleaning oil and gas wells on a contract basis
Stratigraphic drilling, oil and gas field exploration on a contract basis
Surveying (except seismographic) oil or gas wells on a contract basis
Swabbing oil or gas wells on a contract basis

Well casing running, cutting and pulling, oil and gas field on a contract basis
Well logging, oil and gas field, on a contract basis
Well plugging, oil and gas field, on a contract basis
Well pumping, oil and gas field, on a contract basis
Well servicing, oil and gas field, on a contract basis
Well surveying, oil and gas field, on a contract basis
Wireline services, oil and gas field, on a contract basis

## 221210 - Natural Gas Distribution

This industry comprises: (1) establishments primarily engaged in operating gas distribution systems (e.g., mains, meters); (2) establishments known as gas marketers that buy gas from the well and sell it to a distribution system; (3) establishments known as gas brokers or agents that arrange the sale of gas over gas distribution systems operated by others; and (4) establishments primarily engaged in transmitting and distributing gas to final consumers.

Blue gas, carbureted, production and distribution
Coke oven gas, production and distribution
Distribution of manufactured gas
Distribution of natural gas
Gas, manufactured, production and distribution
Gas, mixed natural and manufactured, production and distribution
Gas, natural, distribution
Liquefied petroleum gas (LPG) distribution through mains
Manufactured gas production and distribution

026697

Natural gas brokers
Natural gas distribution systems
Natural gas marketers

**237120 - Oil and Gas Pipeline and Related Structures Construction**

This industry comprises establishments primarily engaged in the construction of oil and gas lines, mains, refineries, and storage tanks. The work performed may include new work, reconstruction, rehabilitation, and repairs. Specialty trade contractors are included in this group if they are engaged in activities primarily related to oil and gas pipeline and related structures construction. All structures (including buildings) that are integral parts of oil and gas networks (e.g., storage tanks, pumping stations, and refineries) are included in this industry.

Compressor, metering and pumping station, gas and oil pipeline, construction
Construction management, oil and gas pipeline
Construction management, oil refinery and petrochemical complex
Corrosion protection, underground pipeline and oil storage tank
Distribution line, gas and oil, construction
Gas main construction
Gathering line, gas and oil field, construction
Natural gas pipeline construction
Natural gas processing plant construction
Oil and gas field distribution line construction
Oil pipeline construction
Oil refinery construction
Petrochemical plant construction
Petroleum refinery construction
Pipe lining (except thermal insulating) contractors
Pipeline construction on oil and gas field gathering lines to point of distribution on a contract basis
Pipeline rehabilitation contractors
Pipeline wrapping contractors
Pipeline, gas and oil, construction
Pumping station, gas and oil transmission, construction
Refinery, petroleum, construction
Service line, gas and oil, construction
Storage tank, natural gas or oil, tank farm or field, construction

**324110 - Petroleum Refineries**

This industry comprises establishments primarily engaged in refining crude petroleum into refined petroleum. Petroleum refining involves one or more of the following activities: (1) fractionation; (2) straight distillation of crude oil; and (3) cracking.

Acid oils made in petroleum refineries
Aliphatic chemicals (i.e., acyclic) made in petroleum refineries
Alkylates made in petroleum refineries
Asphalt and asphaltic materials made in petroleum refineries
Asphalt paving mixtures made in petroleum refineries
Aviation fuels manufacturing
Benzene made in petroleum refineries
Butylene (i.e., butene) made in petroleum refineries
Coke, petroleum, made in petroleum refineries
Crude oil refining

026698

Crude petroleum refineries
Cumene made in petroleum refineries
Cyclic aromatic hydrocarbons made in petroleum refineries
Diesel fuels made in petroleum refineries
Ethylene made in petroleum refineries
Fuel oils manufacturing
Fuels, jet, manufacturing
Gasoline made in petroleum refineries
Heating oils made in petroleum refineries
Hydraulic fluids made in petroleum refineries
Jet fuels manufacturing
Kerosene manufacturing
Liquefied petroleum gas (LPG) made in refineries
Lubricating oils and greases made in petroleum refineries
Naphtha made in petroleum refineries
Naphthenic acids made in petroleum refineries
Oil (i.e., petroleum) refineries
Oil additives made in petroleum refineries
Oils, fuel, manufacturing
Paraffin waxes made in petroleum refineries
Petrochemical feedstocks made in petroleum refineries
Petrochemicals made in petroleum refineries
Petroleum coke made in petroleum refineries
Petroleum cracking and reforming
Petroleum distillation
Petroleum jelly made in petroleum refineries
Petroleum lubricating oils made in petroleum refineries
Petroleum refineries
Propane gases made in petroleum refineries
Propylene (i.e., propene) made in petroleum refineries
Refineries, petroleum
Refinery gases made in petroleum refineries
Road oils made in petroleum refineries
Solvents made in petroleum refineries
Still gases made in petroleum refineries
Styrene made in petroleum refineries
Tar made in petroleum refineries
Toluene made in petroleum refineries
Waxes, petroleum, made in petroleum refineries
Xylene made in petroleum refineries

**324191 - Petroleum Lubricating Oil and Grease Manufacturing**
This U.S. industry comprises establishments primarily engaged in blending or compounding refined petroleum to make lubricating oils and greases and/or re-refining used petroleum lubricating oils.

Brake fluids, petroleum, made from refined petroleum
Cutting oils made from refined petroleum
Greases, petroleum lubricating, made from refined petroleum
Grinding oils, petroleum, made from refined petroleum
Hydraulic fluids, petroleum, made from refined petroleum
Lubricating oils and greases, petroleum, made from refined petroleum

026699

Motor oils, petroleum, made from refined petroleum
Oils, lubricating petroleum, made from refined petroleum
Oils, petroleum lubricating, re-refining used
Petroleum lubricating oils made from refined petroleum
Re-refining used petroleum lubricating oils
Rust arresting petroleum compounds made from refined petroleum
Transmission fluids, petroleum, made from refined petroleum

**324199 - All Other Petroleum and Coal Products Manufacturing**

This U.S. industry comprises establishments primarily engaged in manufacturing petroleum products (except asphalt paving, roofing, and saturated materials and lubricating oils and greases) from refined petroleum and coal products made in coke ovens not integrated with a steel mill.

Boulets (i.e., fuel bricks) made from refined petroleum
Briquettes, petroleum, made from refined petroleum
Calcining petroleum coke from refined petroleum

Coke oven products (e.g., coke, gases, tars) made in coke oven establishments
Fuel briquettes or boulets made from refined petroleum
Oil-based additives made from refined petroleum
Petroleum jelly made from refined petroleum
Petroleum waxes made from refined petroleum
Road oils made from refined petroleum
Waxes, petroleum, made from refined petroleum

**325110 - Petrochemical Manufacturing**

This industry comprises establishments primarily engaged in (1) manufacturing acyclic (i.e., aliphatic) hydrocarbons such as ethylene, propylene, and butylene made from refined petroleum or liquid hydrocarbon and/or (2) manufacturing cyclic aromatic hydrocarbons such as benzene, toluene, styrene, xylene, ethyl benzene, and cumene made from refined petroleum or liquid hydrocarbons.

Acyclic hydrocarbons (e.g., butene, ethylene, propene) (except acetylene) made from refined petroleum or liquid hydrocarbons
Aliphatic (e.g., hydrocarbons) (except acetylene) made from refined petroleum or liquid hydrocarbons
Benzene made from refined petroleum or liquid hydrocarbons
Butadiene made from refined petroleum or liquid hydrocarbons
Butane made from refined petroleum or liquid hydrocarbons
Butylene made from refined petroleum or liquid hydrocarbons
Cumene made from refined petroleum or liquid hydrocarbons

Cyclic aromatic hydrocarbons made from refined petroleum or liquid hydrocarbons
Dodecene made from refined petroleum or liquid hydrocarbons
Ethane made from refined petroleum or liquid hydrocarbons
Ethylbenzene made from refined petroleum or liquid hydrocarbons
Ethylene made from refined petroleum or liquid hydrocarbons
Heptanes made from refined petroleum or liquid hydrocarbons
Heptenes made from refined petroleum or liquid hydrocarbons
Isobutane made from refined petroleum or liquid hydrocarbons
Isobutene made from refined petroleum or liquid hydrocarbons
Isoprene made from refined petroleum or liquid hydrocarbons
Nonene made from refined petroleum or liquid hydrocarbons

026700

Olefins made from refined petroleum or liquid hydrocarbons
Paraffins made from refined petroleum or liquid hydrocarbons
Pentanes made from refined petroleum or liquid hydrocarbons
Pentenes made from refined petroleum or liquid hydrocarbons
Propylene made from refined petroleum or liquid hydrocarbons
Styrene made from refined petroleum or liquid hydrocarbons
Toluene made from refined petroleum or liquid hydrocarbons
Xylene made from refined petroleum or liquid hydrocarbons

**325120 - Industrial Gas Manufacturing**

This industry comprises establishments primarily engaged in manufacturing industrial organic and inorganic gases in compressed, liquid, and solid forms.

Acetylene manufacturing
Argon manufacturing
Carbon dioxide manufacturing
Chlorodifluoromethane manufacturing
Chlorofluorocarbon gases manufacturing
Compressed and liquefied industrial gas manufacturing
Dichlorodifluoromethane manufacturing
Dry ice (i.e., solid carbon dioxide) manufacturing
Fluorinated hydrocarbon gases manufacturing
Fluorocarbon gases manufacturing
Gases, industrial (i.e., compressed, liquefied, solid), manufacturing
Helium manufacturing
Helium recovery from natural gas
Hydrogen manufacturing
Ice, dry, manufacturing
Industrial gases manufacturing
Liquid air manufacturing
Monochlorodifluoromethane manufacturing
Neon manufacturing
Nitrogen manufacturing
Nitrous oxide manufacturing
Oxygen manufacturing

**333132 - Oil and Gas Field Machinery and Equipment Manufacturing**

This U.S. industry comprises establishments primarily engaged in (1) manufacturing oil and gas field machinery and equipment, such as oil and gas field drilling machinery and equipment; oil and gas field production machinery and equipment; and oil and gas field derricks and (2) manufacturing water well drilling machinery.

Bits, rock drill, oil and gas field-type, manufacturing
Christmas tree assemblies, oil and gas field-type, manufacturing
Derricks, oil and gas field-type, manufacturing
Drilling equipment, oil and gas field-type, manufacturing
Drilling rigs, oil and gas field-type, manufacturing
Gas well machinery and equipment manufacturing
Oil and gas field-type drilling machinery and equipment (except offshore floating platforms) manufacturing
Rock drill bits, oil and gas field-type, manufacturing
Water well drilling machinery manufacturing
Well logging equipment manufacturing

**424710 - Petroleum Bulk Stations and Terminals**

026701

This industry comprises establishments with bulk liquid storage facilities primarily engaged in the merchant wholesale distribution of crude petroleum and petroleum products, including liquefied petroleum gas.

> Bulk gasoline stations
> Bulk stations, petroleum
> Crude oil terminals
> Fuel oil bulk stations and terminals
> Gasoline bulk stations and terminals
> Liquefied petroleum gas (LPG) bulk stations and terminals
> Lubricating oils and greases bulk stations and terminals
> Oil, petroleum, bulk stations and terminals
> Petroleum and petroleum products bulk stations and terminals
> Propane bulk stations and terminals
> Terminals, petroleum

**424720 - Petroleum and Petroleum Products Merchant Wholesalers (except Bulk Stations and Terminals)**
This industry comprises establishments primarily engaged in the merchant wholesale distribution of petroleum and petroleum products (except from bulk liquid storage facilities).

> Crude oil merchant wholesalers (except bulk stations, terminals)
> Fuel oil merchant wholesalers (except bulk stations, terminals)
> Fuel oil truck jobbers
> Fueling aircraft (except on contract basis)
> Gasoline merchant wholesalers (except bulk stations, terminals)
>
> Liquefied petroleum gas (LPG) merchant wholesalers (except bulk stations, terminals)
>
> Lubricating oils and greases merchant wholesalers (except bulk stations, terminals)
> Oil, petroleum, merchant wholesalers (except bulk stations, terminals)
> Petroleum and petroleum products merchant wholesalers (except bulk stations, terminals)

**486110 - Pipeline Transportation of Crude Oil**
This industry comprises establishments primarily engaged in the pipeline transportation of crude oil.

> Booster pumping station, crude oil transportation
> Crude oil pipeline transportation
> Petroleum pipelines, crude
> Pipeline transportation, crude oil

**486210 - Pipeline Transportation of Natural Gas**
This industry comprises establishments primarily engaged in the pipeline transportation of natural gas from processing plants to local distribution systems.

> Booster pumping station, natural gas transportation
> Gas, natural, pipeline operation
> Natural gas pipeline transportation
>
> Natural gas transmission (i.e., processing plants to local distribution systems)
> Pipeline transportation, natural gas
> Storage of natural gas
> Transmission of natural gas via pipeline (i.e., processing plants to local distribution systems)

**486910 - Pipeline Transportation of Refined Petroleum Products**

026702

This industry comprises establishments primarily engaged in the pipeline transportation of refined petroleum products.

      Booster pumping station, refined petroleum products transportation

      Gasoline pipeline transportation

      Natural gas liquids pipeline transportation

      Petroleum pipelines, refined

      Pipeline transportation, gasoline and other refined petroleum products

      Refined petroleum products pipeline transportation

**486990 - All Other Pipeline Transportation**

This industry comprises establishments primarily engaged in the pipeline transportation of products except crude oil, natural gas, and refined petroleum products.

      Booster pumping station (except natural gas, petroleum)

      Coal pipeline transportation

      Pipeline transportation (except crude oil, natural gas, refined petroleum products)

      Slurry pipeline transportation

026703