LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

September 16, 2013

In Re:   Deepwater Horizon Claims Center
         Claimant: Apache Louisiana Minerals LLC
         Claimant ID: 100176960
         Claim ID: 174568

## APACHE LOUISIANA MINERALS LLC'S RESPONSE TO BP'S SUPPLEMENTAL FINAL PROPOSAL REGARDING CLAIM NO. 174568

Please allow the following to serve as the response of Apache Louisiana Minerals LLC ("ALM") to the Supplemental Final Proposal of BP Exploration and Production, Inc., BP Corporation North America, Inc. and/or its parent, subsidiaries and/or affiliates ("BP"). regarding claim number 174568.

Despite BP's attempt to obfuscate the facts, the matter is quite simple. ALM is a separate and distinct legal entity from Apache Corporation ("Apache"). ALM owns substantial property in coastal Louisiana, which was heavily oiled due to the BP Deepwater Horizon oil spill on April 20, 2010. ALM was formed years before the oil spill. ALM operates for the express purpose of managing the property it owns in Louisiana. ALM's staff is housed in Houma, Louisiana which manages property in six Louisiana parishes. ALM is operated separately from its parent and has its own separate employees and business.

The business of ALM has been outlined by affidavit signed by ALM's property manager, Timothy Allen. Tim Allen's affidavit has not been rebutted. In short, BP's entire response is an attack on Apache; however, Apache is not the claimant. ALM is the claimant, and it is clearly not an excluded oil and gas entity.

The Settlement Agreement is quite clear. Section 2 sets forth the exclusions from the Economic and Property Damage Settlement Class Definition. Section 2.2.4.5 excludes:

"Oil and Gas Industry, *as identified in the NAICS codes on Exhibit 17*, which includes by way of example, firms engaged in: extracting crude petroleum, natural gas or other hydrocarbons; drilling wells; preparing maintaining or constructing petroleum or natural gas well-sites or other mineral extraction sites; mining; maintaining or constructing petroleum or natural gas pipeline or distribution facilities; pipeline distribution of crude petroleum, refined petroleum, oil or natural gas; petroleum or natural gas refining or other mineral refining and/or manufacturing; manufacturing petroleum lubricating oil and

1

grease, petrochemical products or other petroleum and coal products or chemical products derived from extracted minerals; merchant wholesaling of construction and mining (except oil well) machinery and equipment; wholesale distribution of oil well machinery, equipment and supplies; wholesale distribution of well machinery, equipment and supplies; wholesale distribution of petroleum, petroleum products, other extracted minerals, chemical products produced from extracted or refined minerals, petroleum bulk stations and terminals, petroleum and petroleum products merchant wholesalers." (Emphasis added).

The Settlement Agreement does *not* provide that all subsidiaries of an entity engaged in the Oil and Gas Industry, are excluded. It does *not* provide that all claimants with NAICS codes close to the ones listed on Exhibit 17 are excluded. It does *not* provide that all NAICS codes in the same group as other listed NAICS codes are excluded. The fact of the matter is the Settlement Agreement constitutes a negotiated instrument, approved by the court, that now cannot be expanded to include terms BP *wishes* were included.

The plain fact is that ALM's NAICS Code is not listed on Exhibit 17. BP continues to argue that ALM's NAICS Code *should* be excluded, however, by asserting that argument is forced to admit that the NAICS is *not* listed on Exhibit 17. Exhibit 17, a copy of which is attached, does not provide that any particular code can be expanded to include codes that are not listed. BP argues that since sub codes of ALM's code are listed, the intent of the agreement is that ALM's code should also be excluded. This is simply not the case. The agreement is quite specific, and the Court supervising the BP Deepwater Horizon Settlement has continually held that BP cannot re-write the settlement agreement to its benefit. Exhibit 17 is replete with examples whereby some codes within a particular industry are listed and others are not. Clearly, much thought went into what codes should be included and what codes should not. Quite simply, ALM's code was not included and cannot be added by fiat.

More importantly, ALM's business does not include any of the examples listed in Section 2.2.4.5. Tim Allen's affidavit spells out clearly what the business of ALM is and is not. That affidavit stands unchallenged by any opposition affidavit or credible evidence.

Notwithstanding BP's repeated extenuated attempts to place Apache's business on ALM, the law is very clear that the separateness of a parent from its subsidiaries is to be recognized and respected. *Associated Hosp. Services, Inc.* v. *State, Dept. of Revenue and Taxation*, 588 So.2d 356, 359 (La. 1991). Louisiana courts have expressed a strong policy in favor of recognizing a parent and subsidiary as separate companies, and one will rarely be held accountable for the acts and knowledge of the other. *CNH Capital America, LLC* v. *Wilmot Farming Ventures, LLC*, 2008 WL 2386166 *6 (W.D. La 2008). The Securities and Exchange Commission rules require a parent to include a list of its subsidiaries in its annual report. The reference to ALM in Apache's annual report is a result of the requirements of Section 13 or 15(d) of the Securities

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

Exchange Act of 1934. Apache's compliance with the Securities and Exchange Act of 1934 should not be used to the detriment of ALM. *See Hollingsworth v. Steven Garr Logging*, 110 So. 3d 1219, 1226 (La. App. 2 Cir. 2/27/13).

Lastly, ALM reiterates that BP is estopped from asserting that ALM is not a class member, as ALM has already had several claims approved, releases executed and payments authorized. As stated by ALM in its original brief, ALM's claim numbers 174553, 174555 and 174459 have been approved and placed in line for payment. Significantly, BP did not appeal claim number 174553, and has judicially admitted that ALM is a class member. Moreover, ALM has executed a release in favor of BP and others, as required by the Settlement Agreement.[1]

If BP were to win this appeal then BP could be allowed to completely escape responsibility for its actions from the BP Deepwater Horizon spill by agreeing to pay a small claim within the settlement agreement, and then arguing that the release of that claim forecloses all other claims outside the settlement. Such brinkmanship results in an untenable result and cannot be what the settlement agreement contemplated. BP and the Claims Administrator have already accepted ALM as a class member; they have accepted ALM's release and placed some of ALM's claims in line for payment pursuant to the Settlement Agreement. How can BP now claim ALM is not a class member? It simply cannot.

Respectfully submitted:

DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS

BY: _____
C. BERWICK DUVAL, II (5109)
STANWOOD R. DUVAL (27732)
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Phone: (985) 876-6410
Fax: (985) 851-1490
Email: berwick@duvallawfirm.com
Attorneys for Apache Louisiana Minerals LLC

---

[1] Document ID Number 12118116.

3

# EXHIBIT 17

## Oil & Gas Industry Exclusions

Business Entities within the NAICS Code descriptions set forth below are excluded from the class. Natural Persons employed by a Business Entity within the NAICS Code descriptions set forth below are excluded to the extent and in the manner set forth in the Excluded Industries Chart (Bates Nos. 026686 - 026693]

The Claims Administrator shall determine the appropriate NAICS code for a Business Entity based on his review of (a) the NAICS code shown on a Business Entity claimant's 2010 tax return, (b) 2010 business permits or license(s), and/or (c) other evidence of the business's activities necessary for the Claims Administrator to determine the appropriate NAICS code.

**211111 - Crude Petroleum and Natural Gas Extraction**
This U.S. industry comprises establishments primarily engaged in (1) the exploration, development and/or the production of petroleum or natural gas from wells in which the hydrocarbons will initially flow or can be produced using normal pumping techniques or (2) the production of crude petroleum from surface shales or tar sands or from reservoirs in which the hydrocarbons are semisolids. Establishments in this industry operate oil and gas wells on their own account or for others on a contract or fee basis.

- Coal gasification at mine site
- Coal liquefaction at mine site
- Coal pyrolysis
- Crude petroleum from oil sand
- Crude petroleum from oil shale
- Crude petroleum production
- Gas, natural, extraction
- Kerogen processing
- Lease condensate production
- Natural gas production
- Natural gas, offshore production
- Offshore crude petroleum production
- Offshore natural gas production
- Oil and gas field development for own account
- Oil and gas field exploration for own account
- Oil shale mining and/or beneficiating
- Petroleum, crude, production (i.e., extraction)
- Shale, oil, mining and/or beneficiating
- Stripper well production
- Tar sands mining

**211112 - Natural Gas Liquid Extraction**
This U.S. industry comprises establishments primarily engaged in the recovery of liquid hydrocarbons from oil and gas field gases. Establishments primarily engaged in sulfur recovery from natural gas are included in this industry.

- Butane, natural, mining
- Casing-head butane and propane production
- Condensate, cycle, natural gas production
- Cycle condensate production
- Ethane recovered from oil and gas field gases
- Fractionating natural gas liquids

    Gas, natural liquefied petroleum, extraction
    Gas, natural, liquids, extraction
    Gas, residue, extraction
    Gases, petroleum, liquefied, extraction
    Gasoline, natural, production
    Isobutane recovered from oil and gas field gases
    Isopentane recovered from oil and gas field gases
    Liquefied petroleum gases (LPG), natural
    Liquid hydrocarbons recovered from oil and gas field gases
    Liquids, natural gas (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
    Natural gas liquids (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
    Natural gasoline recovered from oil and gas field gases
    Oil line drip, natural gas liquid
    Petroleum gases, liquefied, recovering from oil and gas field gases
    Propane recovered from oil and gas field gases
    Residue gas production
    Sulfur recovered from natural gas

**213111 - Drilling Oil and Gas Wells**

  This U.S. industry comprises establishments primarily engaged in drilling oil and gas wells for others on a contract or fee basis. This industry includes contractors that specialize in spudding in, drilling in, redrilling, and directional drilling.

    Directional drilling of oil and gas wells on a contract basis
    Drilling directional oil and gas field wells on a contract basis
    Drilling for gas on a contract basis
    Drilling for oil on a contract basis
    Drilling gas and oil field wells on a contract basis
    Drilling oil and gas field service wells on a contract basis
    Drilling water intake wells, oil and gas field on a contract basis
    Gas well drilling on a contract basis

    Oil and gas well drilling services (redrilling, spudding, tailing) on a contract basis
    Oil well drilling on a contract basis
    Reconditioning oil and gas field wells on a contract basis
    Reworking oil and gas wells on a contract basis
    Service well drilling on a contract basis
    Spudding in oil and gas wells on a contract basis
    Tailing in oil and gas field wells on a contract basis
    Water intake well drilling, oil and gas field on a contract basis
    Well drilling (i.e., oil, gas, water intake wells) on a contract basis
    Workover of oil and gas wells on a contract basis

**213112 - Support Activities for Oil and Gas Operations**

  This U.S. industry comprises establishments primarily engaged in performing support activities on a contract or fee basis for oil and gas operations (except site preparation and related construction activities). Services included are exploration (except geophysical surveying and mapping); excavating slush pits and cellars, well surveying; running, cutting, and pulling casings, tubes, and rods; cementing wells, shooting wells; perforating well casings; acidizing and chemically treating wells; and cleaning out, bailing, and swabbing wells.

Acidizing oil and gas field wells on a contract basis
Building oil and gas well foundations on a contract basis
Building, erecting, repairing, and dismantling oil and gas field rigs and derricks on a contract basis
Cementing oil and gas well casings on a contract basis
Chemically treating oil and gas wells (e.g., acidizing, bailing, swabbing) on a contract basis
Cleaning oil and gas field lease tanks on a contract basis

Cleaning out (e.g., bailing out, steam cleaning, swabbing) wells on a contract basis
Cleaning wells on a contract basis

Cleaning, repairing, and dismantling oil and gas field lease tanks on a contract basis
Contract services (except site preparation and related construction contractor activities) for oil and gas fields
Core cutting in oil and gas wells, on a contract basis
Core drilling, exploration services, oil and gas field
Cutting cores in oil and gas wells on a contract basis

Derrick building, repairing, and dismantling at oil and gas fields on a contract basis
Dismantling of oil well rigs on a contract basis
Drilling rat holes and mouse holes at oil and gas fields on a contract basis
Drilling shot holes at oil and gas fields on a contract basis
Drilling site preparation at oil and gas fields on a contract basis
Drill-stem testing in oil, gas, dry, and service well drilling on a contract basis

Excavating mud pits, slush pits, and cellars at oil and gas fields on a contract basis
Exploration services for oil and gas (except geophysical surveying and mapping) on a contract basis
Fishing for tools at oil and gas fields on a contract basis
Gas well rig building, repairing, and dismantling on a contract basis
Gas, compressing natural, in the field on a contract basis
Geological exploration (except surveying) for oil and gas on a contract basis

Geophysical exploration (except surveying) for oil and gas on a contract basis
Hard banding oil and gas field service on a contract basis
Hot oil treating of oil field tanks on a contract basis
Hot shot service on a contract basis
Hydraulic fracturing wells on a contract basis
Impounding and storing salt water in connection with petroleum production
Installing production equipment at the oil or gas field on a contract basis
Lease tank cleaning and repairing on a contract basis
Logging wells on a contract basis
Mouse hole and rat hole drilling at oil and gas fields on a contract basis
Mud service for oil field drilling on a contract basis
Oil and gas field services (except contract drilling, site preparation and related construction contractor activities) on a contract basis
Oil field exploration (except surveying) on a contract basis
Oil sampling services on a contract basis
Oil well logging on a contract basis

       Oil well rig building, repairing, and dismantling, on a contract basis
       Paraffin services, oil and gas field, on a contract basis
       Perforating oil and gas well casings on a contract basis
       Pipe testing services, oil and gas field, on a contract basis
       Plugging and abandoning wells on a contract basis
       Preparation of oil and gas field drilling sites (except site preparation and related construction contractor activities) on a contract basis
       Pulling oil and gas field casings, tubes, or rods on a contract basis
       Pumping oil and gas wells on a contract basis
       Rathole and mousehole drilling at oil and gas fields on a contract basis

       Removal of condensate gasoline from field gathering lines on a contract basis
       Rig skidding, oil and gas field, on a contract basis
       Roustabout mining services, on a contract basis
       Salt water disposal systems, oil and gas field, on a contract basis
       Sand blasting pipelines on lease, oil and gas field on a contract basis

       Seismograph exploration (except surveying) for oil and gas on a contract basis
       Servicing oil and gas wells on a contract basis
       Shot hole drilling, oil and gas field, on a contract basis
       Skidding of rigs, oil and gas field, on a contract basis
       Slush pits and cellars, excavation of, on a contract basis
       Steam cleaning oil and gas wells on a contract basis
       Stratigraphic drilling, oil and gas field exploration on a contract basis
       Surveying (except seismographic) oil or gas wells on a contract basis
       Swabbing oil or gas wells on a contract basis

       Well casing running, cutting and pulling, oil and gas field on a contract basis
       Well logging, oil and gas field, on a contract basis
       Well plugging, oil and gas field, on a contract basis
       Well pumping, oil and gas field, on a contract basis
       Well servicing, oil and gas field, on a contract basis
       Well surveying, oil and gas field, on a contract basis
       Wireline services, oil and gas field, on a contract basis

**221210 - Natural Gas Distribution**

This industry comprises: (1) establishments primarily engaged in operating gas distribution systems (e.g., mains, meters); (2) establishments known as gas marketers that buy gas from the well and sell it to a distribution system; (3) establishments known as gas brokers or agents that arrange the sale of gas over gas distribution systems operated by others; and (4) establishments primarily engaged in transmitting and distributing gas to final consumers.

       Blue gas, carbureted, production and distribution
       Coke oven gas, production and distribution
       Distribution of manufactured gas
       Distribution of natural gas
       Gas, manufactured, production and distribution
       Gas, mixed natural and manufactured, production and distribution
       Gas, natural, distribution
       Liquefied petroleum gas (LPG) distribution through mains
       Manufactured gas production and distribution

       Natural gas brokers
       Natural gas distribution systems
       Natural gas marketers

**237120 - Oil and Gas Pipeline and Related Structures Construction**

This industry comprises establishments primarily engaged in the construction of oil and gas lines, mains, refineries, and storage tanks. The work performed may include new work, reconstruction, rehabilitation, and repairs. Specialty trade contractors are included in this group if they are engaged in activities primarily related to oil and gas pipeline and related structures construction. All structures (including buildings) that are integral parts of oil and gas networks (e.g., storage tanks, pumping stations, and refineries) are included in this industry.

       Compressor, metering and pumping station, gas and oil pipeline, construction
       Construction management, oil and gas pipeline
       Construction management, oil refinery and petrochemical complex
       Corrosion protection, underground pipeline and oil storage tank
       Distribution line, gas and oil, construction
       Gas main construction
       Gathering line, gas and oil field, construction
       Natural gas pipeline construction
       Natural gas processing plant construction
       Oil and gas field distribution line construction
       Oil pipeline construction
       Oil refinery construction
       Petrochemical plant construction
       Petroleum refinery construction
       Pipe lining (except thermal insulating) contractors
       Pipeline construction on oil and gas field gathering lines to point of distribution on a contract basis
       Pipeline rehabilitation contractors
       Pipeline wrapping contractors
       Pipeline, gas and oil, construction
       Pumping station, gas and oil transmission, construction
       Refinery, petroleum, construction
       Service line, gas and oil, construction
       Storage tank, natural gas or oil, tank farm or field, construction

**324110 - Petroleum Refineries**

This industry comprises establishments primarily engaged in refining crude petroleum into refined petroleum. Petroleum refining involves one or more of the following activities: (1) fractionation; (2) straight distillation of crude oil; and (3) cracking.

       Acid oils made in petroleum refineries
       Aliphatic chemicals (i.e., acyclic) made in petroleum refineries
       Alkylates made in petroleum refineries
       Asphalt and asphaltic materials made in petroleum refineries
       Asphalt paving mixtures made in petroleum refineries
       Aviation fuels manufacturing
       Benzene made in petroleum refineries
       Butylene (i.e., butene) made in petroleum refineries
       Coke, petroleum, made in petroleum refineries
       Crude oil refining

> Crude petroleum refineries
> Cumene made in petroleum refineries
> Cyclic aromatic hydrocarbons made in petroleum refineries
> Diesel fuels made in petroleum refineries
> Ethylene made in petroleum refineries
> Fuel oils manufacturing
> Fuels, jet, manufacturing
> Gasoline made in petroleum refineries
> Heating oils made in petroleum refineries
> Hydraulic fluids made in petroleum refineries
> Jet fuels manufacturing
> Kerosene manufacturing
> Liquefied petroleum gas (LPG) made in refineries
> Lubricating oils and greases made in petroleum refineries
> Naphtha made in petroleum refineries
> Naphthenic acids made in petroleum refineries
> Oil (i.e., petroleum) refineries
> Oil additives made in petroleum refineries
> Oils, fuel, manufacturing
> Paraffin waxes made in petroleum refineries
> Petrochemical feedstocks made in petroleum refineries
> Petrochemicals made in petroleum refineries
> Petroleum coke made in petroleum refineries
> Petroleum cracking and reforming
> Petroleum distillation
> Petroleum jelly made in petroleum refineries
> Petroleum lubricating oils made in petroleum refineries
> Petroleum refineries
> Propane gases made in petroleum refineries
> Propylene (i.e., propene) made in petroleum refineries
> Refineries, petroleum
> Refinery gases made in petroleum refineries
> Road oils made in petroleum refineries
> Solvents made in petroleum refineries
> Still gases made in petroleum refineries
> Styrene made in petroleum refineries
> Tar made in petroleum refineries
> Toluene made in petroleum refineries
> Waxes, petroleum, made in petroleum refineries
> Xylene made in petroleum refineries

**324191 - Petroleum Lubricating Oil and Grease Manufacturing**
   This U.S. industry comprises establishments primarily engaged in blending or compounding refined petroleum to make lubricating oils and greases and/or re-refining used petroleum lubricating oils.

> Brake fluids, petroleum, made from refined petroleum
> Cutting oils made from refined petroleum
> Greases, petroleum lubricating, made from refined petroleum
> Grinding oils, petroleum, made from refined petroleum
> Hydraulic fluids, petroleum, made from refined petroleum
> Lubricating oils and greases, petroleum, made from refined petroleum

026699

      Motor oils, petroleum, made from refined petroleum
      Oils, lubricating petroleum, made from refined petroleum
      Oils, petroleum lubricating, re-refining used
      Petroleum lubricating oils made from refined petroleum
      Re-refining used petroleum lubricating oils
      Rust arresting petroleum compounds made from refined petroleum
      Transmission fluids, petroleum, made from refined petroleum

**324199 - All Other Petroleum and Coal Products Manufacturing**

This U.S. industry comprises establishments primarily engaged in manufacturing petroleum products (except asphalt paving, roofing, and saturated materials and lubricating oils and greases) from refined petroleum and coal products made in coke ovens not integrated with a steel mill.

      Boulets (i.e., fuel bricks) made from refined petroleum
      Briquettes, petroleum, made from refined petroleum
      Calcining petroleum coke from refined petroleum

      Coke oven products (e.g., coke, gases, tars) made in coke oven establishments
      Fuel briquettes or boulets made from refined petroleum
      Oil-based additives made from refined petroleum
      Petroleum jelly made from refined petroleum
      Petroleum waxes made from refined petroleum
      Road oils made from refined petroleum
      Waxes, petroleum, made from refined petroleum

**325110 - Petrochemical Manufacturing**

This industry comprises establishments primarily engaged in (1) manufacturing acyclic (i.e., aliphatic) hydrocarbons such as ethylene, propylene, and butylene made from refined petroleum or liquid hydrocarbon and/or (2) manufacturing cyclic aromatic hydrocarbons such as benzene, toluene, styrene, xylene, ethyl benzene, and cumene made from refined petroleum or liquid hydrocarbons.

      Acyclic hydrocarbons (e.g., butene, ethylene, propene) (except acetylene) made from refined petroleum or liquid hydrocarbons
      Aliphatic (e.g., hydrocarbons) (except acetylene) made from refined petroleum or liquid hydrocarbons
      Benzene made from refined petroleum or liquid hydrocarbons
      Butadiene made from refined petroleum or liquid hydrocarbons
      Butane made from refined petroleum or liquid hydrocarbons
      Butylene made from refined petroleum or liquid hydrocarbons
      Cumene made from refined petroleum or liquid hydrocarbons

      Cyclic aromatic hydrocarbons made from refined petroleum or liquid hydrocarbons
      Dodecene made from refined petroleum or liquid hydrocarbons
      Ethane made from refined petroleum or liquid hydrocarbons
      Ethylbenzene made from refined petroleum or liquid hydrocarbons
      Ethylene made from refined petroleum or liquid hydrocarbons
      Heptanes made from refined petroleum or liquid hydrocarbons
      Heptenes made from refined petroleum or liquid hydrocarbons
      Isobutane made from refined petroleum or liquid hydrocarbons
      Isobutene made from refined petroleum or liquid hydrocarbons
      Isoprene made from refined petroleum or liquid hydrocarbons
      Nonene made from refined petroleum or liquid hydrocarbons

        Olefins made from refined petroleum or liquid hydrocarbons
        Paraffins made from refined petroleum or liquid hydrocarbons
        Pentanes made from refined petroleum or liquid hydrocarbons
        Pentenes made from refined petroleum or liquid hydrocarbons
        Propylene made from refined petroleum or liquid hydrocarbons
        Styrene made from refined petroleum or liquid hydrocarbons
        Toluene made from refined petroleum or liquid hydrocarbons
        Xylene made from refined petroleum or liquid hydrocarbons

**325120 - Industrial Gas Manufacturing**

This industry comprises establishments primarily engaged in manufacturing industrial organic and inorganic gases in compressed, liquid, and solid forms.

        Acetylene manufacturing
        Argon manufacturing
        Carbon dioxide manufacturing
        Chlorodifluoromethane manufacturing
        Chlorofluorocarbon gases manufacturing
        Compressed and liquefied industrial gas manufacturing
        Dichlorodifluoromethane manufacturing
        Dry ice (i.e., solid carbon dioxide) manufacturing
        Fluorinated hydrocarbon gases manufacturing
        Fluorocarbon gases manufacturing
        Gases, industrial (i.e., compressed, liquefied, solid), manufacturing
        Helium manufacturing
        Helium recovery from natural gas
        Hydrogen manufacturing
        Ice, dry, manufacturing
        Industrial gases manufacturing
        Liquid air manufacturing
        Monochlorodifluoromethane manufacturing
        Neon manufacturing
        Nitrogen manufacturing
        Nitrous oxide manufacturing
        Oxygen manufacturing

**333132 - Oil and Gas Field Machinery and Equipment Manufacturing**

This U.S. industry comprises establishments primarily engaged in (1) manufacturing oil and gas field machinery and equipment, such as oil and gas field drilling machinery and equipment; oil and gas field production machinery and equipment; and oil and gas field derricks and (2) manufacturing water well drilling machinery.

        Bits, rock drill, oil and gas field-type, manufacturing
        Christmas tree assemblies, oil and gas field-type, manufacturing
        Derricks, oil and gas field-type, manufacturing
        Drilling equipment, oil and gas field-type, manufacturing
        Drilling rigs, oil and gas field-type, manufacturing
        Gas well machinery and equipment manufacturing
        Oil and gas field-type drilling machinery and equipment (except offshore floating platforms) manufacturing
        Rock drill bits, oil and gas field-type, manufacturing
        Water well drilling machinery manufacturing
        Well logging equipment manufacturing

**424710 - Petroleum Bulk Stations and Terminals**

This industry comprises establishments with bulk liquid storage facilities primarily engaged in the merchant wholesale distribution of crude petroleum and petroleum products, including liquefied petroleum gas.

- Bulk gasoline stations
- Bulk stations, petroleum
- Crude oil terminals
- Fuel oil bulk stations and terminals
- Gasoline bulk stations and terminals
- Liquefied petroleum gas (LPG) bulk stations and terminals
- Lubricating oils and greases bulk stations and terminals
- Oil, petroleum, bulk stations and terminals
- Petroleum and petroleum products bulk stations and terminals
- Propane bulk stations and terminals
- Terminals, petroleum

**424720 - Petroleum and Petroleum Products Merchant Wholesalers (except Bulk Stations and Terminals)**

This industry comprises establishments primarily engaged in the merchant wholesale distribution of petroleum and petroleum products (except from bulk liquid storage facilities).

- Crude oil merchant wholesalers (except bulk stations, terminals)
- Fuel oil merchant wholesalers (except bulk stations, terminals)
- Fuel oil truck jobbers
- Fueling aircraft (except on contract basis)
- Gasoline merchant wholesalers (except bulk stations, terminals)
- Liquefied petroleum gas (LPG) merchant wholesalers (except bulk stations, terminals)
- Lubricating oils and greases merchant wholesalers (except bulk stations, terminals)
- Oil, petroleum, merchant wholesalers (except bulk stations, terminals)
- Petroleum and petroleum products merchant wholesalers (except bulk stations, terminals)

**486110 - Pipeline Transportation of Crude Oil**

This industry comprises establishments primarily engaged in the pipeline transportation of crude oil.

- Booster pumping station, crude oil transportation
- Crude oil pipeline transportation
- Petroleum pipelines, crude
- Pipeline transportation, crude oil

**486210 - Pipeline Transportation of Natural Gas**

This industry comprises establishments primarily engaged in the pipeline transportation of natural gas from processing plants to local distribution systems.

- Booster pumping station, natural gas transportation
- Gas, natural, pipeline operation
- Natural gas pipeline transportation
- Natural gas transmission (i.e., processing plants to local distribution systems)
- Pipeline transportation, natural gas
- Storage of natural gas
- Transmission of natural gas via pipeline (i.e., processing plants to local distribution systems)

**486910 - Pipeline Transportation of Refined Petroleum Products**

>This industry comprises establishments primarily engaged in the pipeline transportation of refined petroleum products.
>>Booster pumping station, refined petroleum products transportation
>>Gasoline pipeline transportation
>>Natural gas liquids pipeline transportation
>>Petroleum pipelines, refined
>>Pipeline transportation, gasoline and other refined petroleum products
>>Refined petroleum products pipeline transportation

**486990 - All Other Pipeline Transportation**
>This industry comprises establishments primarily engaged in the pipeline transportation of products except crude oil, natural gas, and refined petroleum products.
>>Booster pumping station (except natural gas, petroleum)
>>Coal pipeline transportation
>>
>>Pipeline transportation (except crude oil, natural gas, refined petroleum products)
>>Slurry pipeline transportation