

# POST - RECONSIDERATION ELIGIBILITY NOTICE
### DATE OF NOTICE: September 24, 2013
### DEADLINE FOR APPEAL REQUEST: October 24, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Claimant Name** | Last/ Name of Business<br>Apache Louisiana Minerals LLC | | First | | Middle |
| **Claimant ID** | 100176960 | | **Claim ID** | | 174112 |
| **Claim Type** | Wetlands Real Property | | | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | | | |
| **Parcel Address** | Street | | | Parish/County<br>Terrebonne | |
| | City | | State<br>LA | Zip Code | |
| **Property Tax Assessment ID** | R06-31436 | | **Parcel ID** | | R06 31436 |

## II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program and relates to the claim identified in Section I. You requested reconsideration of the original award amount for this claim. We reviewed your claim again and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement").This Post-Reconsideration Eligibility Notice accounts for any additional documentation that you submitted and the reasons for adjustments you asserted. If the Award calculation on this Post-Reconsideration Eligibility Notice is the same as the Award calculation on your previous Eligibility Notice, it means that any additional documentation you provided or the reasons for adjustments to the calculation you asserted did not result in a change to your Compensation Award. The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| **1.** | Compensation Amount: | $4,686,144.51 |
| **2.** | Risk Transfer Premium Amount: | $11,715,361.28 |
| **3.** | Less Prior Spill-Related Payments: | $0.00 |
| **4.** | Total Compensation Amount: This is the amount after your Claimant Period of Ownership and Percentage of Ownership are applied. | $16,401,505.79 |
| **5.** | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| **6.** | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $16,401,505.79 |

## III. RECONSIDERATION ANALYSIS

The claimant requested Reconsideration after an Eligibility Notice. The claimant states that a significantly smaller amount of linear footage of oiled shoreline was calculated than the claimant's internal GIS maps indicate. The claimant provided geographic maps of the Parcel's location and screenshots of the mapping tool with its Request for Reconsideration. After review of the additional maps submitted by the claimant and re-mapping the Parcel, compensation was recalculated based on the new SCAT measurements for the Parcel's Oiled and Non-Oiled SCAT Zone Length.

## IV. ACCEPTANCE OF AWARD AMOUNT

Because you previously signed a Full and Final Release, Settlement, and Covenant Not to Sue and have received a payment from the Settlement Program, you do not need to submit another Release to receive a payment on the claim that is the subject of this Post – Reconsideration Eligibility Notice. To receive payment on this claim, log in to your DWH Portal and click the Accept Award Amount option, which will tell us that you have waived any Appeal rights on this claim. If you do not use the DWH Portal, then call the Claimant Communications Center at 1-800-353-1262 to indicate that you want payment on this claim. We then will process your claim for payment, though we cannot pay your claim until BP's Appeal rights have expired or been waived as explained below. If you do not accept or request Appeal within 30 days, we will send the payment to you automatically, unless BP appeals your claim. To obtain more detailed information about the payment process and other steps, go to **www.deepwaterhorizoneconomicsettlement.com.** If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

If the Compensation Amount listed on Row 1 of Section II of this Post - Reconsideration Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin the day after this Post – Reconsideration Eligibility Notice is issued, which means that you cannot receive payment until BP's appeal right has expired or been waived. If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator. BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal. If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

You have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Agreement. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you wish to file a claim in the Seafood Compensation Program, the deadline to file Seafood Compensation Program claims was January 22, 2013. The Claims Administrator has developed a Procedure for Handling Untimely Seafood Claims, a copy of which is available by visiting: **http://www.deepwaterhorizoneconomicsettlement.com/docs/ SCPDeadlineExtensionProcedureAnnouncement.pdf.** You may refer to that procedure for instructions on whether and how you might be able to file any Seafood claims that you have not yet filed.

| |
|---|
| **V. OPTION TO ELECT A STRUCTURED SETTLEMENT** |
| You may be able to place some or all of your Award Amount into a structured settlement to receive multiple payments spread out over more than one year (the "Structured Settlement Option"). You should consult your own tax adviser regarding whether you should consider that Structured Settlement Option, and the tax, financial and other consequences of the Structured Settlement Option.<br><br>If you want more information on the Structured Settlement Option, go to **www.deepwaterhorizoneconomicsettlement.com/structuredsettlement.php** or call the Claimant Communications Center at 1-800-353-1262. IF YOU WISH TO BE PAID USING THE STRUCTURED SETTLEMENT OPTION, DO NOT TAKE ANY STEPS TO ACCEPT YOUR AWARD AMOUNT ONLINE OR OTHERWISE AT THIS TIME. Instead, a Court-approved structured settlement broker will help you assemble the paperwork necessary to elect the Structured Settlement Option and that broker will send your completed paperwork to the Claims Administrator (this paperwork will include an additional document that will be **Attachment C** to your original Release). If this paperwork is not submitted on your behalf by a Court approved structured settlement broker by the Deadline Date shown on this Notice, the Claims Administrator will consider that you have accepted your Award Amount to be paid in a lump sum and that you do not want a Structured Settlement Option for this Award Amount. |
| **VI. APPEALS** |
| Under the Settlement Agreement, the deadline to submit a Request for Appeal is 30 days after the date of the Post-Reconsideration Eligibility Notice. To appeal your claim, you must submit a Request for Appeal and pay the filing fee on or before the deadline to Appeal. You may submit your Request for Appeal online through the DWH Portal or complete and return the **Request for Appeal Form** attached to this notice. If you have access to the DWH Portal, submit your appeal online, and using our secure payment system to pay any applicable filing fee. The Request for Appeal form sets out detailed instructions regarding how to file an appeal, including the applicable filing fee.<br><br>After you have initiated the Appeal, the Appeals Coordinator will issue a Notice of Claimant Appeal to BP and mail or post a copy to your DWH Portal. The Notice of Claimant Appeal will contain a schedule of deadlines for submitting appeal documents. **If you do not submit a Request for Appeal Form and pay for your Appeal on or before the deadline for doing so, you will waive your right to appeal and you will not have the option to resubmit your claim to the Settlement Program.** |
| **VII. DECEASED, MINOR AND INCOMPETENT CLAIMANTS** |
| If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process. We will notify you if you need to seek court approval or submit additional proof of authority before payment. |
| **VIII. THIRD PARTY CLAIMS/LIENS** |
| If we receive a valid Third Party Claim or Lien against your payment before we begin the payment process, we are required to deduct from your Award Amount identified in Section II of this Notice the third party claim amount and any other deductions required by state or federal law or by any court order. If your claim is subject to a third party claim, we will send you a Notice of Valid Third Party Claim to explain how it affects your current and/or future Award Amount(s). |
| **IX. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**. |

| X. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| Submit your original hard copy, signed Release bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. If you choose to appeal, submit your appeal online by using the DWH Portal. If you do not have access to the portal, submit the attached Request for Appeal Form to the address listed on the Request for Appeal Form along with any accompanying documentation. Please be sure to write your Claimant ID on the top page of all the documents you submit. | |
| **By Mail** (Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center PO Box 1439 Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center Claims Administrator 42548 Happy Woods Road Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

| XI. SUMMARY OF OTHER SUBMITTED CLAIMS | |
|---|---|

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Wetlands Real Property | 174117 | Notice Issued After Claims Review: Claim Denied |
| 2. | Wetlands Real Property | 174119 | Notice Issued After Claims Review: Claim Denied |
| 3. | Wetlands Real Property | 174122 | Notice Issued After Claims Review: Claim Denied |
| 4. | Wetlands Real Property | 174124 | Notice Issued After Claims Review: Claim Denied |
| 5. | Wetlands Real Property | 174126 | Notice Issued After Claims Review: Claim Denied |
| 6. | Wetlands Real Property | 174127 | Notice Issued After Claims Review: Claim Denied |
| 7. | Wetlands Real Property | 174176 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |

| | | | |
|---|---|---|---|
| 8. | Wetlands Real Property | 174189 | In Mapping Expert Review for Claim Zone Analysis |
| 9. | Wetlands Real Property | 174256 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 10. | Wetlands Real Property | 174292 | Notice Issued After Claims Review: Claim Denied |
| 11. | Wetlands Real Property | 174293 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 12. | Wetlands Real Property | 174405 | In QA Review |
| 13. | Wetlands Real Property | 174458 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 14. | Wetlands Real Property | 174459 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 15. | Wetlands Real Property | 174465 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 16. | Wetlands Real Property | 174467 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 17. | Wetlands Real Property | 174468 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 18. | Wetlands Real Property | 174473 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 19. | Wetlands Real Property | 174476 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 20. | Wetlands Real Property | 174480 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 21. | Wetlands Real Property | 174483 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 22. | Wetlands Real Property | 174489 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 23. | Wetlands Real Property | 174491 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 24. | Wetlands Real Property | 174503 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 25. | Wetlands Real Property | 174506 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 26. | Wetlands Real Property | 174510 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 27. | Wetlands Real Property | 174512 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |

| | | | |
|---|---|---|---|
| 28. | Wetlands Real Property | 174516 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 29. | Wetlands Real Property | 174520 | Claim Payment Documentation Accepted |
| 30. | Wetlands Real Property | 174524 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 31. | Wetlands Real Property | 174526 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 32. | Wetlands Real Property | 174528 | Notice Issued After Appeal: Final Proposal Submitted |
| 33. | Wetlands Real Property | 174531 | Notice Issued After Claims Review: Claim Denied |
| 34. | Wetlands Real Property | 174534 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 35. | Wetlands Real Property | 174537 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 36. | Wetlands Real Property | 174542 | In Mapping Expert Review for Claim Zone Analysis |
| 37. | Wetlands Real Property | 174545 | In Mapping Expert Review for Claim Zone Analysis |
| 38. | Wetlands Real Property | 174546 | Notice Issued After Claims Review: Claim Denied |
| 39. | Wetlands Real Property | 174550 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 40. | Wetlands Real Property | 174553 | Final Payment Processing |
| 41. | Wetlands Real Property | 174555 | Final Payment Processing |
| 42. | Wetlands Real Property | 174559 | Notice Issued After Reconsideration: Payable Claim or Claim Eligible But No Payment Due Determination |
| 43. | Wetlands Real Property | 174561 | Notice Issued After Appeal: Final Proposal Submitted |
| 44. | Wetlands Real Property | 174563 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 45. | Wetlands Real Property | 174565 | Notice Issued After Appeal: Final Proposal Submitted |
| 46. | Wetlands Real Property | 174568 | Notice Issued After Appeal: Final Proposal Submitted |
| 47. | Wetlands Real Property | 174571 | In Wetlands Expert Review for Parcel Boundary Analysis |
| 48. | Wetlands Real Property | 174572 | In Mapping Expert Review for Claim Zone Analysis |

| | | | |
|---|---|---|---|
| **49.** | Wetlands Real Property | 174576 | In Wetlands Expert Review for Parcel Boundary Analysis |
| **50.** | Wetlands Real Property | 174577 | In Wetlands Expert Review for Parcel Boundary Analysis |
| **51.** | Wetlands Real Property | 174578 | Notice Issued After Appeal: Final Proposal Submitted |
| **52.** | Wetlands Real Property | 174581 | In Wetlands Expert Review for Parcel Boundary Analysis |
| **53.** | Wetlands Real Property | 194965 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| **54.** | Wetlands Real Property | 220651 | In Wetlands Expert Review for Parcel Boundary Analysis |

# EXPLANATION OF CLAIM ATTACHMENT

## A. DESCRIPTION OF ELIGIBLE PARCEL

| | | | |
|---|---|---|---|
| **Parcel ID** | R06 31436 | **Compensation Category** | A |
| **Tax Assessment ID** | R06-31436 | **Parish/County** | Terrebonne |
| **Period of Ownership** | 729 days | **Percentage of Ownership** | 100.0000000% |

## B. EXPLANATION OF WETLANDS REAL PROPERTY COMPENSATION AMOUNT

**Explanation of Calculation:** The Settlement Program pays all Wetlands Real Property Claims based upon the amount of oiled and non-oiled acreage in proximity to the SCAT Zone within the Eligible Parcel. We pay Eligible Parcels that are designated as Compensation Category A for an Oiled Primary Area, a Non-Oiled Primary Area, and a Buffer Area. We pay Eligible Parcels that are designated as Compensation Category B for a Non-Oiled Primary Area only. For Compensation Category A Eligible Parcels, we pay a minimum of one acre of Oiled Primary Area and minimum of one acre of Buffer Area, equal to $35,000. For Compensation Category B Eligible Parcels, we pay a minimum of one acre of Non-Oiled Primary Area, equal to $4,500.

We determined your Total Wetlands Real Property Compensation Amount by pro-rating your Calculated Wetlands Real Property Compensation Amount for the specific number of days that you had legal possession of the Eligible Parcel within the eligibility period (April 20, 2010, to April 18, 2012). For a co-owned Eligible Parcel, we allocated the Pro-Rated Wetlands Real Property Compensation Amount based on your percentage of ownership of the Eligible Parcel.

| | | |
|---|---|---|
| 1. | **Oiled Primary Area (acres):** Your Oiled SCAT Zone Length of 69,921.40 feet multiplied by your Oiled Primary Area Depth of 50 feet = 80.26 acre(s), divided by 43,560 ft² multiplied by $25,000. If your Parcel does not have any Oiled SCAT Zone Length (i.e., 0.00 feet), you will receive a minimum of $25,000. If your Parcel does have an Oiled SCAT Zone Length, but the results are less than $25,000, you will receive a minimum of $25,000. | $2,006,467.38 |
| 2. | **Oiled Buffer Primary Area (acres):** Your Oiled SCAT Zone Length of 69,921.40 feet multiplied by your Oiled Buffer Primary Area Depth of 30 feet = 48.16 acre(s), divided by 43,560 ft² multiplied by $10,000. If your results are less than $10,000, you will receive a minimum of $10,000. | $481,552.17 |
| 3. | **Non-Oiled Primary Area (acres):** Your Non-Oiled SCAT Zone Length of 290,152.00 feet multiplied by your Non-Oiled Primary Area Depth of 30 feet = 199.83 acre(s), divided by 43,560 ft² multiplied by $11,000.00 if your Parcel is in Compensation Category A or $4,500 if your Parcel is in Compensation Category B. If you are in Compensation Category B and the Parcel is not on the SCAT Zone (i.e., 0.00 feet), you will receive $4,500, which is a minimum of 1.00 Acre for the Non-Oiled Primary Area. If you are in Compensation Category B and the results are less than $4,500, you will receive a minimum of $4,500. | $2,198,124.96 |
| 4. | **Calculated Wetlands Real Property Compensation Amount:** Sum of all Rows above. | $4,686,144.51 |
| 5. | **Pro-Rated Wetlands Real Property Compensation Amount:** Row 4 divided by the eligibility period of 729 days = 6,428.18, multiplied by your Period of Ownership of 729 days and multiplied by your Percentage of Ownership of 100.0000000%. | $4,686,144.51 |
| 6. | **Risk Transfer Premium:** Row 5 multiplied by a Risk Transfer Premium of 2.5. | $11,715,361.28 |
| 7. | **Total Wetlands Real Property Compensation Amount:** Row 5 plus Row 6. | **$16,401,505.79** |

| C. DOCUMENTS NECESSARY TO MODIFY YOUR DESIGNATION COMPENSATION CATEGORY |
|---|
| If the Parcel was classified in Compensation Category B, but was actually oiled and should be in Compensation Category A, you must submit proof in the form of an independent government or academic report (not commissioned by the claimant or claimant's attorney) establishing that the Parcel contains the presence of oil even though no portion of the Parcel was classified as oiled pursuant to a Shoreline Clean-Up Assessment Team ("SCAT") report or Natural Resource Damages ("NRD") Pre-Assessment.  You must submit a timely Reconsideration request and the specific documentation identified above so we can evaluate whether to modify your designated compensation category. |



# REQUEST FOR APPEAL FORM

**DATE OF POST - RECONSIDERATION ELIGIBILITY NOTICE: September 24, 2013**

**DEADLINE TO APPEAL: October 24, 2013**

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last/ Name of Business<br>Apache Louisiana Minerals LLC | First | | Middle |
|---|---|---|---|---|
| **Claimant ID** | 100176960 | **Claim ID** | 174112 | |
| **Claim Type** | Wetlands Real Property | | | |

## II. STATEMENT OF ISSUES FOR APPEAL

The Appeal Panel will review all claims and issues related to your claim. By requesting an Appeal, you are certifying that you understand that if you appeal, your Settlement Payment could increase, decrease or stay the same. You must select the basis of your Appeal by selecting one or more of the reasons below.

☐ The Settlement Program committed a calculation error.

☐ Error in reviewing submitted documentation.

☐ Error in the Risk Transfer Premium multiplier.

☐ Error in Prior Payment Offset.

Explain (You may attach additional sheets if necessary):

| III. COMPENSATION AMOUNT REQUESTED |
|---|
| If you select "The Settlement Program committed a calculation error" and/or "Error in reviewing submitted documentation" as the basis of your Appeal, enter the Compensation Amount you are seeking on Appeal. Your filing fee is based on the Compensation Amount you request. |

| Compensation Amount Requested | |
|---|---|

Select your home state.  If you do not live in one of these five states, select the state where your injury occurred.

☐ Alabama    ☐ Florida    ☐ Louisiana    ☐ Mississippi    ☐ Texas

| IV. METHOD OF PAYMENT |
|---|

If you choose to appeal, you must pay a filing fee. If you select "Error in the Risk Transfer Premium multiplier" and/or "Error in Prior Payment Offset" as the only reason(s) for your Appeal, the filing fee is $100. If you select a different reason or any additional reasons for your Appeal, you must either pay your appeal fee based on the Compensation Amount you are seeking, or you must agree to a 5% reduction in your Compensation Amount if you do not prevail on your Appeal. The Settlement Agreement defines Compensation Amount as the "Amount awarded to the claimant prior to the addition of any RTP." To "prevail" on Appeal means that the Appeal Panel awards you a Post- Appeal Compensation Amount this is higher than your original Compensation Amount. The chart below sets out the filing fee for each level of Compensation Amount sought:

| Compensation Amount | Filing Fee |
|---|---|
| Up to $10,000 | $100 |
| $10,000.01 to $25,000 | $150 |
| $25,000.01 to $50,000 | $200 |
| $50,000.01 to $100,000 | $250 |
| $100,000.01 to $250,000 | $500 |
| $250,000.01 to $500,000 | $1,000 |
| $500,000.01 or more | $2,500 |

If you have access to the DWH Portal, submit your appeal online and use our secure payment system to pay the filing fee. If you do not use the DWH Portal, you can pay the Appeal fee by personal check or money order. Checks must be made out to Appeal Processsing Account and must include your name, Claimant ID, and Claim ID.  **Cash will not be accepted. Your payment must be postmarked no later than your Appeal deadline.** You must mail your check or money order to the **Appeal Processing Account,** PO Box 85006**,** Richmond, VA 23285- 5006. Use the boxes below to indicate the method by which you will pay your filing fee.

☐ I will pay for my Appeal by paying a filing fee, as determined by the Compensation Amount I requested in Section III.  This filing fee will only be refunded if I prevail in my Appeal.

☐ I will pay for my Appeal by agreeing to a 5% reduction in the Compensation Amount (before pre-Risk Transfer Premium and any offsets) if I do not prevail. **Note:** If the Award Amount listed on your Post-Reconsideration Eligibility Notice is $0 or less, do not select this option. You must pay for your Appeal by paying a filing fee, as determined by the Compensation Amount you requested in Section III.

| V. HOW TO SUBMIT THIS FORM |
|---|

If you are unable to access the DWH Portal, you may submit your **Request for Appeal Form** in any of the below ways. Pay the applicable filing fee by submitting a check or money order with this form.

| **By Mail**<br>(Postmarked no later than your Appeal deadline) | **Appeal Processing Account**<br>PO Box 85006<br>Richmond, VA 23285- 5006 |
|---|---|

APP-2 v.1           **WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**           Claimant ID: 100176960
Page 2 of 3                                                                                                                  Claim ID: 174112

| **By Overnight, Certified or Registered Mail** <br> (If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | **Appeal Processing Account** <br> PO Box 85006 <br> Richmond, VA 23285- 5006 |
|---|---|