

| | NOTICE OF INITIAL PROPOSALS<br>DATE OF NOTICE: October 23, 2013<br>DEADLINE TO SUBMIT FINAL PROPOSAL FORM: November 1, 2013 | | |
|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** | | | |
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174405 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| **II. INITIAL PROPOSALS** | | | |

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This Notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I. This claim was appealed. Below are the Initial Proposals for BP and the claimant.

| | | |
|---|---|---|
| **BP's Initial Proposal** | **Compensation Amount** | $0.00 |
| | **Risk Transfer Premium Multiplier** | 0.00 |
| | **Prior Payment Offset** | $0.00 |
| **Claimant's Initial Proposal** | **Compensation Amount** | $72,226.98 |
| | **Risk Transfer Premium Multiplier** | 2.50 |
| | **Prior Payment Offset** | $0.00 |

| **III. ACCEPTANCE OF INITIAL PROPOSAL** |
|---|

If you accept this Initial Proposal, the Appeal Process will end and the Appeal will not go before the Appeal Panel. If you are the first party to submit an acceptance of the other's Initial Proposal, the Initial Proposal Compensation Amount, RTP, and Prior Payment Offset that you accepted will stand as the Settlement Program's final determination on your claim. The Initial Proposal Compensation Amount is the amount the opposing party is proposing as the new Compensation Amount for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal amount by any applicable Risk Transfer Premium as indicated on the Eligibility Notice and will decrease any accepted Initial Proposal amount by any applicable offsets. If we have received notice of any outstanding lien, we will deduct that applicable amount from the Award Amount. The Claims Administrator will issue a Post-Appeal Eligibility Notice, and you may proceed with the release process.

| **IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
|---|

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

## V. HOW TO RESPOND TO THIS NOTICE

To end the Appeals Process, you may submit your **Initial Proposal Acceptance Form** included with this Notice. To continue with the Appeals Process, you may submit your Final Proposal Form. Represented claimants and BP must submit the Initial Proposal Acceptance or the Final Proposal and any supporting materials using the DWH Portal. Pro Se claimants may use the DWH Portal or may mail or email the documents to the Appeals Coordinator. If you are unable to access the DWH Portal, you may submit your Form in any of the following ways:

| | |
|---|---|
| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |



# CLAIMANT INITIAL PROPOSAL ACCEPTANCE FORM
### DATE OF NOTICE OF INITIAL PROPOSAL: October 23, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174405 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

## II. ACCEPTANCE OF INITIAL PROPOSAL AMOUNT

☐   I accept BP's Initial Proposal.

| | |
|---|---|
| **Compensation Amount** | $0.00 |
| **Risk Transfer Premium Multiplier** | 0.00 |
| **Prior Payment Offset** | $0.00 |

If you are the first party to accept the other's Initial Proposal, we will send you a Post-Appeal Eligibility Notice. You will need to accept the Award Amount described in the Post-Appeal Eligibility Notice and must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release") before the Settlement Program can issue a payment. We will send you a Release that you must sign and return to be paid. An original copy of the Release bearing the claimant's signature is required. If you already have submitted a Release and received a payment from the Settlement Program, you do not have to submit another Release.

## III. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | | **Date** | ____/____/_____<br>(Month/Day/Year) |
| **Printed Name** | Last Name | First Name | Middle Initial |
| **Title (if a business)** | | | |

| IV. HOW TO SUBMIT THIS FORM ||
|---|---|
| Submit your **Initial Proposal Acceptance Form** online through the DWH Portal.  If you do not use the DWH Portal, you may submit this form in any of the following ways: ||
| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |