UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## APACHE LOUISIANA MINERALS, LLC's
## SEVENTEENTH SUBMISSION OF PORTAL DOCUMENTS

Pursuant to instructions provided by Magistrate Judge Shushan during a telephone conference conducted on July 13, 2015, Apache Louisiana Minerals, LLC submits the following claim-related portal documents into the record. The attached documents will be designated as part of the record in the matter, currently on appeal to the Fifth Circuit, entitled "In re Deepwater Horizon," No. 15-30507.

| | Doc. ID | Date Filed | Doc. File ID |
|---|---|---|---|
| Exhibit No. 17-01 | 13335093 | 08/12/2013 | 19934802 |
| Exhibit No. 17-02 | 13528115 | 01/09/2014 | 20007054 |
| Exhibit No. 17-03 | 13618533 | 01/21/2014 | 20041377 |

{L0349975.1}                                     1

|  | Doc. ID | Date Filed | Doc. File ID |
|---|---|---|---|
| Exhibit No. 17-04 | 13620952 | 01/21/2014 | 20042432 |
| Exhibit No. 17-05 | 13620997 | 01/21/2014 | 20042468 |
| Exhibit No. 17-06 | 13621066 | 01/21/2014 | 20042495 |
| Exhibit No. 17-07 | 13621096 | 01/21/2014 | 20042504 |
| Exhibit No. 17-08 | 13621156 | 01/21/2014 | 20042516 |
| Exhibit No. 17-09 | 13621363 | 01/21/2014 | 20042580 |
| Exhibit No. 17-10 | 13621389 | 01/21/2014 | 20042587 |
| Exhibit No. 17-11 | 13621411 | 01/21/2014 | 20042593 |
| Exhibit No. 17-12 | 13621470 | 01/21/2014 | 20042610 |
| Exhibit No. 17-13 | 13621526 | 01/21/2014 | 20042635 |
| Exhibit No. 17-14 | 13621688 | 01/21/2014 | 20042675 |
| Exhibit No. 17-15 | 13621705 | 01/21/2014 | 20042683 |
| Exhibit No. 17-16 | 13621723 | 01/21/2014 | 20042687 |
| Exhibit No. 17-17 | 13621731 | 01/21/2014 | 20042689 |
| Exhibit No. 17-18 | 13621748 | 01/21/2014 | 20042692 |
| Exhibit No. 17-19 | 13621784 | 01/21/2014 | 20042702 |
| Exhibit No. 17-20 | 13621817 | 01/21/2014 | 20042711 |

{L0349975.1}                     2

|                  | Doc. ID  | Date Filed | Doc. File ID |
|------------------|----------|------------|--------------|
| Exhibit No. 17-21 | 13621828 | 01/21/2014 | 20042715     |
| Exhibit No. 17-22 | 13621843 | 01/21/2014 | 20042719     |
| Exhibit No. 17-23 | 13621864 | 01/21/2014 | 20042726     |
| Exhibit No. 17-24 | 13621894 | 01/21/2014 | 20042739     |
| Exhibit No. 17-25 | 13621936 | 01/21/2014 | 20042753     |

July 14, 2015

                          Respectfully submitted,

                          DUVAL, FUNDERBURK, SUNDBERY,
                             LOVELL & WATKINS, APLC

                        /s/ Stanwood R. Duval
                        C. BERWICK DUVAL, II (#5109)
                        STANWOOD R. DUVAL (#27732)
                        101 Wilson Avenue
                        Post Office Box 3017
                        Houma, Louisiana 70361
                        Telephone: (985) 876-6410
                        Facsimile:  (985) 851-1490
                        Email: berwick@duvallawfirm.com
                        Email: stan@duvallawfirm.com

                        and

        DOUGLAS C. LONGMAN, JR. (#8719)
        CARMEN M. RODRIGUEZ (#22573)
        JONES WALKER LLP
        600 Jefferson St., Suite 1600
        P. O. Box 3408
        Lafayette, Louisiana 70502-3408
        Telephone:  (337) 593-7600
        Facsimile:    (337) 593-7601
        Email: dlongman@joneswalker.com
        Email: carmenrodriguez@joneswalker.com

        *Attorneys for Apache Louisiana Minerals, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 14th day of July, 2015.

/s/ Stanwood R. Duval