## Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, La 70361-1569
(985) 868-5660

**Received From :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

**First VENDOR**

LOUISIANA WILD LIFE & FISHERIES COMM

**First VENDEE**

APACHE LOUISIANA MINERALS L L C

| | |
|---|---|
| **Index Type :** Conveyances | **File # :** 1416772 |
| **Type of Document :** Oyster Lease | |
| | **Book :** 2313   **Page :** 870 |
| **Recording Pages :**   6 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 01/03/2013

At (Recorded Time) : 1:35:19:000 PM

Doc ID - 011936010006

**Return To :**
APACHE LOUISIANA MINERALS LLC
P.O. BOX 206
HOUMA, LA 70361-0206

Do not Detach this Recording Page from Original Document

No. <u>26870-13</u>

# Oyster Bedding Ground Lease

-OF-

**APACHE LOUISIANA MINERALS LLC**
**P.O. BOX 206**
**HOUMA, LA 70361-0206**

Parish of <u>TERREBONNE</u> Lease Register No <u>142</u> Folio <u>67</u> this <u>18th</u> of <u>December</u> <u>2012</u>

Application No <u>20120358</u>     Taken up by Application No _____

Transferred Date: __/__/__  Name _____
                             Address _____
Transferred Date: __/__/__  Name _____
                             Address _____
Transferred Date: __/__/__  Name _____
                             Address _____

Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__
Cancelled __/__/__ Reinstated __/__/__     Cancelled __/__/__ Reinstated __/__/__

Recorded in C.O.B._____ Folio_____     Recorded in C.O.B._____ Folio_____
Entry Number _____     Entry Number _____
Parish of _____on the____     Parish of _____on the____
Day of _____ _____     Day of _____ _____

Comments:_____
_____
_____
_____

No. <u>26870-13</u>

## LEASE OF WATER BOTTOMS FOR OYSTER PURPOSES

STATE OF LOUISIANA, PARISH OF EAST BATON ROUGE
THE DEPARTMENT OF WILDLIFE AND FISHERIES OF LOUISIANA, through its Secretary, hereinafter referred to as "Lessor", hereby leases unto

### APACHE LOUISIANA MINERALS LLC

of _____**HOUMA**_____, Parish of _____**TERREBONNE**_____, hereinafter referred to

"Lessee", qualified to lease water bottoms for oyster purposes in this State,

in accordance with Application No. _____**20120358**_____ registered on the ___**18th**___ day of

**December**___ **2012**___, the oyster bedding ground surveyed by ___**Raymond C. Impastato**___,

Surveyor, on the ___**16th**___ day of ___**October**___ ___**2001**___, and the plans of survey filed

with this Department on the ___**18th**___ day of ___**December**___ ___**2012**___, located in the Parish of

_____**TERREBONNE**_____ and described as follows, to wit:

**Four (4.0) acre(s) in A BAYOU WEST OF BAYOU BARRE**

### <u>CONDITIONS</u>

#### Future Litigation

   Lessee hereby acknowledges that pending or future litigation may affect his rights in this lease; and Lessee agrees to hold the Department of Wildlife and Fisheries and/or the Wildlife and Fisheries Commission harmless and assume all risk for any and all impairment of his rights which may occur as a result of any order or judgment of court, including, but not limited to, cancellation or revocation of this lease or a portion of the acreage hereunder, and/or for any loss which may occur as a result thereof.

#### Coastal Wetlands Restoration Advisory

   Lessor hereby formally advises and Lessee acknowledges the following:  The State has undertaken, and intends to undertake, a number of coastal restoration projects, including freshwater diversion projects, within the State.  The decision to undertake these projects was based upon the need to conserve, restore, create, and enhance coastal wetlands as well as dependent fish and wildlife populations through a number of methods, including the recreation of the historical role of the Mississippi River system, which formerly not only nourished but also established these wetlands prior to the construction of the Mississippi River levee system.  Inasmuch as these wetlands continue to disappear at an alarming rate, it is necessary to partially divert the flow of a number of the rivers, streams, canals, bayous, and other water bodies within the State of Louisiana, or to move dredge spoil or conduct other coastal restoration projects to re-establish these wetlands.  As a result, it is possible, if not probable, that these coastal restoration projects may have some adverse effect on the waters and water bottoms, as well as on any oysters on some of the State water bottoms leased to oyster fishermen.

No. <u>26870-13</u>

The State is obligated pursuant to Article IX, Section I of the Louisiana Constitution as well as the public trust doctrine associated therewith, to undertake these coastal restoration projects so as to protect Louisiana's natural resources for the benefit of the people of the State. Accordingly, pursuant to the Louisiana Constitution and the public trust doctrine, the State as Lessor hereby conveys to Lessee a limited interest in the water bottom which is described in this lease, subject to the conditions that: (1) this lease is subservient to the State's past, present or future coastal restoration projects; (2) the State's coastal restoration projects may cause adverse effects in the area of this lease; and, (3) the State is only issuing this lease based upon the mutual understanding of both the State and Lessee that Lessee's property interest conveyed by this lease shall not include any right whatsoever to make claims against the State as a result of freshwater diversion or any other coastal restoration projects provided that, the State and the United States shall remain responsible for their own (1) acts or omissions which are not reasonably related to the legitimate governmental objective for which the policy-making or discretionary power of the State and/or the United States exists; or (2) acts or omissions which constitute criminal, fraudulent, malicious, outrageous, reckless, or flagrant misconduct.

By executing this lease, Lessee hereby acknowledges that lessee has read the entire contents of this lease and that Lessee is aware that these coastal restoration projects may have adverse effects on the waters and water bottoms, as well as on any oysters located on this oyster lease. Despite awareness of these facts, Lessee still wishes to execute this lease and cultivate the leasehold for the purpose of producing and harvesting oysters. At the same time, the State agrees that immediately following the issuance of each approved annual Coastal Wetlands Conservation and Restoration Plan, the State will make a good faith effort to advise Lessee by regular mail at the last known address given by Lessee if it appears that this lease may be adversely affected by any planned or approved projects contained in that Plan. Further, prior to January 1 of each successive year of this Lease, the State will make a good faith effort to advise Lessee by regular mail at the last known address given by Lessee if it appears that this lease may be adversely affected by any existing projects constructed under the auspices of the aforementioned plan.

### Allocation Of Risk and Liability, And Indemnification

Lessee further acknowledges that Lessee has no intent to pursue any claims for damages against the State of Louisiana and/or the Wildlife and Fisheries Commission and/or the State's departments and agencies, related to or arising out of or resulting from diversions of fresh water or sediment, depositing of dredged or other materials, or any other actions taken for the purpose of management, preservation, enhancement, creation, or restoration of coastal wetlands and from impacts associated with projects authorized and defined under the state's Coastal Wetlands Conservation and Restoration Plan. Further, in consideration of the issuance of this lease, Lessee shall assume all liability and risk of loss, and agrees that this lease is subservient to all past, present or future activities as described above. Lessee also agrees to indemnify and hold the political subdivisions wherein lies the acreage associated with this oyster lease, and any political subdivision which has implemented or may implement an activity as described above affecting this oyster lease as well as the State of Louisiana, and/or the United States, their officials, representatives, employees, agencies, departments and/or commissions, harmless from and for, all loss, damage, costs and/or expense in any way associated with this oyster lease and the oysters, cultch, reefs and beds located therein, including any loss, sustained by the Lessee and any affiliated persons or entities working with or through Lessee, arising out of, connected with, incident to, or directly or indirectly resulting from or related to diversion of freshwater or sediment, depositing of dredged spoil or other material or any other action taken for the purpose of management, preservation, enhancement, creation, or restoration of coastal wetlands and from impacts associated with projects authorized and defined under the state's Coastal Restoration Wetlands Conservation and Restoration Plan undertaken by the State and/or the United States, their officials, agents, representatives, employees, agencies, departments and/or commissions, for the benefit of the people of the State of Louisiana. Damages include, but are not limited to, oyster mortality, oyster disease, damaged oyster beds or decreased oyster production, loss of revenue and/or loss of income due to siltation, changes in salinity, pollution or other causes, regardless of the passive, concurrent, active or sole negligence of the State of Louisiana and/or the United States, their officials, agents, representatives, employees, agencies, departments and/or commissions, and regardless of whether liability without fault, strict liability, absolute liability, or liability for inverse condemnation, liability for a "taking" in violation of the constitutions of the United States or the State is alleged or imposed upon the State of Louisiana, the Wildlife and Fisheries Comission, political subdivisions of the state, the United States, and any agency, agent, contractor, or employee thereof.

No. <u>26870-13</u>

## VENUE

Any lawsuit in which the Lessor, the Louisiana Wildlife and Fisheries Commission or the State of Louisiana is a party, and which (1) contests the validity of this lease or any of the provisions thereof, (2) asserts any right granted hereunder or related hereto; (3) seeks the performance of any duty imposed herein; (4) arises in any matter out of or in any way connected to this lease or any provision thereof or, (5) states any claim against the State or any agency, officer, department, official, representative or employee of the State under any theory of law, including, but not limited to tort, breach of contract, abuse of or challenge to agency discretion, inverse condemnation, unconstitutional "takings", equity or administrative relief, or any action arising out of or in any way related to damages or losses associated with this lease and/or the oysters, cultch, reefs, water bottoms, water condition, and or beds located therein shall only be maintained in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, except as provided below.

Any lawsuit claiming ownership or title to water bottoms may be brought in any court of competent jurisdiction; provided, however, that any lawsuit claiming ownership or title to this lease wherein the Lessor, the Louisiana Wildlife and Fisheries Commission or the State of Louisiana is a party shall only be maintained in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

## OTHER CONDITIONS

This lease is issued in accordance with Act 201 of 1980 which amended and reenacted Section 426 of Title 56 of the Louisiana Revised Statues relative to the renewal of oyster leases for Louisiana water bottoms.

This lease shall begin on the date hereof and shall expire on January 1st, _____2028_____ . The rent shall be_____Two and No/100_____Dollars ($_____2.00_____) per acre, or any fraction of an acre, per annum. The receipt of the rent paid in advance at the time of the signing of this lease up to the first day of next January to wit:

The sum of _____Eight and no/100_____Dollars ($____8.00____) is herewith acknowledged, and annually thereafter the sum of __Two and No/100__ Dollars ($ 2.00 ) per acre or any fraction of an acre shall be paid in advance, on or before the first day of January in each year until the expiration of this original lease.

This lease is issued and the water bottoms herein leased shall be held subject to the provisions of R.S. 56:421 through 452, both inclusive, and rules and regulations of the Department as provided in said Act.

This lease is made and accepted subject to any and all changes in the laws of Louisiana or the regulations of the Department of Wildlife and Fisheries of Louisiana, on the subject of the yearly rental, the time and manner of the payment, the notice of rental, delinquency, and the mode and manner of forfeiture hereof; and all such changes shall be held and considered as if written into this lease at the time of its signing.

This lease is also subject to Department policies not stipulated by regulations.

_APACHE LOUISIANA MINERALS LLC_
_____
Lessee

**STATE OF LOUISIANA**
**DEPARTMENT OF WILDLIFE**
**AND FISHERIES OF LOUISIANA**

Thus done and signed in quadruplicate at

New Orleans, Louisiana, this __18th__

day of __December__ , __2012__       By: _Raymond C. Impastato_
_____
**Oyster Lease Manager**
**Dept. of Wildlife and Fisheries of Louisiana**



| POINT | NORTHING | EASTING | DESCRIPTION |
|-------|----------|---------|-------------|
| 2475 | 317905.856 | 3534510.679 | |
| 2476 | 318223.474 | 3534543.027 | |
| 2465 | 318278.555 | 3534437.970 | |
| 2466 | 318208.823 | 3534388.677 | |
| 2467 | 318129.987 | 3534378.996 | |
| 2468 | 317738.959 | 3534444.396 | |
| 11285 | 317806.676 | 3534740.849 | SHORE SHOT |
| 11286 | 317836.497 | 3534866.545 | SHORE SHOT |
| 11287 | 317880.940 | 3534907.320 | SHORE SHOT |
| 11288 | 317880.405 | 3534947.969 | SHORE SHOT |
| 11289 | 317860.133 | 3535042.574 | SHORE SHOT |
| 11290 | 317833.025 | 3535106.766 | SHORE SHOT |
| 11275 | 317824.824 | 3535161.337 | SHORE SHOT |
| 11276 | 317753.310 | 3535212.112 | SHORE SHOT |
| 2471 | 317741.169 | 3535237.117 | |
| 2472 | 317848.108 | 3535277.370 | |
| 11277 | 317900.086 | 3535273.417 | SHORE SHOT |
| 11278 | 317916.519 | 3535200.255 | SHORE SHOT |
| 11279 | 317939.573 | 3535140.035 | SHORE SHOT |
| 11280 | 317945.653 | 3535117.986 | SHORE SHOT |
| 11281 | 317967.661 | 3535022.291 | SHORE SHOT |
| 11282 | 317977.622 | 3534910.922 | SHORE SHOT |
| 11283 | 317931.238 | 3534771.825 | SHORE SHOT |
| 11284 | 317921.723 | 3534604.586 | SHORE SHOT |

COORDINATES REFER TO THE LOUISIANA STATE PLANE COORDINATE SYSTEM,
SOUTH ZONE, NAD 83 AND ARE BASED ON G.P.S. DATA.

COORDINATES ARE IN FEET, DIVIDE BY 3.28083333333 TO CONVERT TO METERS.

TOPOGRAPHY PLOTTED FROM FIELD LOCATIONS AND U.S.G.S. DIGITAL ORTHO QUARTER QUADS, 1998.

Scale: 1" = _200'_

I certify that I surveyed on this day   OCTOBER 16   , 20 _01_ . for account of

CASTEX ENERGY 1995, L.P.

the boundaries and limits of a portion of

the bed or bottom of   A BAYOU WEST OF BAYOU BARRE   for Oyster Bedding purposes,

containing ____4____ SUPERFICIAL ACRES, situated _____

_____ In Section _____ T. _____ S. R. _____ E.

In the parish of   TERREBONNE   , Louisiana, and bounded as shown above.

P.O. Address _____

Book ___361___ Page ___75-76___

APP'L No.   ~~UU-418~~ 20120358

LEASE No.   ~~2687098~~ 2687013

*Raymond C. Impastato*
PROFESSIONAL LAND SURVEYOR

THIS SURVEY PLAT DOES NOT REPRESENT A PROPERTY BOUNDARY SURVEY AND IS NOT
INTENDED TO FOLLOW THE LOUISIANA MINIMUM STANDARDS FOR PROPERTY BOUNDARY
SURVEYS. THIS SURVEY IS FOR OYSTER LEASE PURPOSES ONLY.

QUAD 40

STATE OF LOUISIANA
Raymond C. Impastato
REG. No. 4501
REGISTERED
PROFESSIONAL
LAND SURVEYOR

KJB