Plaquemines Parish Sheriff - Tax Notice Inquiry                                                                 Page 1 of 1

[Click to Print]

## Plaquemines Parish Sheriff - Tax Notice Inquiry
### 12/11/2013

**Tax Notice #** 1523600                                **Tax Year:** 2013

**Tax Payer Name & Address:**
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON, TX 77056

| Original Tax | Interest | Cost | Other Cost | Total Paid | Balance |
|---|---|---|---|---|---|
| $337.03 | $0.00 | $0.00 | $0.00 | $0.00 | $337.03 |

## Tax Notice History

| Date | Description | Amount |
|---|---|---|
| 11/20/2013 | ORIGINAL TAXES | $337.03 |

## Tax Notice History Details

ORIGINAL TAXES
- Regular School — 32.89
- Emp Health Ins — 9.16
- Salaries #1 — 12.94
- Maintenance/Operations — 25.76
- Salaries #2 — 40.43
- Technology — 6.89
- Capital Improvements/Operations — 6.39
- Parish — 19.73
- Water — 18.78
- Library — 6.39
- Pollution Ctrl — 10.78
- Road Maintenance — 8.14
- Public Health — 6.39
- Waste Disposal — 16.18
- Incineration — 5.39
- Law Enforcement — 49.82
- Law Enforce Additlo — 35.41
- Jail Facility — 33.63
- Hospital — 13.42
- Construction/Maintenance/Operations — 15.25
- ASSESSMENT DIST — 6.47

## Tax Notice Details

| Parcel # | Physical Address | % Tax |
|---|---|---|
| 1523600 | | 100 |

**Parcel Items:**

| Class Description | Value | Units | Homestead |
|---|---|---|---|
| MISC. LANDS | 1695 | 113.6 | 0 |
| MARSH, SALT | 3665 | 1231.9 | 0 |

**Legal Description:**
NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) LESS 10 AC TO L SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115 INCLUDING SEC 26 T19S R26E, NE/4 (119 AC), NW/4 (92 AC), SE/4 (142 AC), SW/4 (11 AC) SEC 28, NE/4 (97 AC), NW/4 (85 AC), SE/4 (28 AC), SW/4 (30 AC) SEC 33, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 34, NE/4 (132 AC), NW/4 (160 AC), SE/4 (88 AC), SW/4 (160 AC) SEC 35, NE/4 (162 AC), NW/4 (89 AC), SE/4 (97 AC) SEC 36 ALL IN T19S R26E TOTALING (2,848 AC), NE/4 (8 AC), NW/4 (144 AC), SW/4 (52 AC) SEC 2, NE/4 (160 AC), NW/4 (160 AC), SE/4 (129 AC), SE/4 (160 AC) SEC 3, NE/4 (88 AC), SE/4 (139 AC), SW/4 (3 AC) SEC 4, NE/4 (92 AC), NW/4 (92 AC), SE/4 (39 AC), SW/4 (8 AC) SEC 9, NE/4 (34 AC), SE/4 (144 AC), SW/4 (92 AC) SEC 10, NE/4 (108 AC), NW/4 (160 AC), SE/4 (79 AC), SW/4 (130 AC) SEC 15, NE/4 (85 AC), NW/4 (49 AC), SE/4 (153 AC), SW/4 (78 AC) SEC 22, NE/4 (142 AC), NW/4 (96 AC), SE/4 (18 AC), SW/4 (92 AC) SEC 21, NE/4 (153 AC), NW/4 (148 AC), SE/4 (148 AC), SW/4 (96 AC) SEC 27, NE/4 (40 AC), NW/4 (3 AC), SE/4 (136 AC) SEC 28, NE/4 (93 AC), NW/4 (1 AC), SE/4 (86 AC), SW/4 (7 AC) SEC 33, NE/4 (142 AC), NW/4 (128 AC), SE/4 (118 AC), SW/4 (133 AC) SEC 34, NE/4 (140 AC), NW/4 (139 AC), SE/4 (8 AC), SW/4 (86 AC) SEC 35, NE/4 (127 AC), NW/4 (132 AC), SE/4 (110 AC), SW/4 (88 AC) SEC 36 ALL IN T20S R26E TOTAL 5,697 AC.

| Assessment # | Property Information | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|

```
=== 1 523600      ====== Map- TSR     ================ C/D:  6  L/D: BU ===============
APACHE LOUISIANA MINERALS INC        Misc Land                113.01  Acr      1,695
% GRAND ECAILLE LAND CO              Marsh (Salt)          11,231.99  Acr     33,695
1615 POYDRAS ST                                                              --------
ATTN:   TAX DEPT/V MIX                      Taxpayer Assessed Value          35,390
NEW ORLEANS         LA 70112
COB-074   ACT-000   FOLIO- 455                                                            Totals          2,212.
NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC). LESS 10
AC TO L SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115
INCLUDING SEC 25 T19S R26E, NE/4 (118 AC), NW/4 (9 AC), SE/4 (142 AC),
SW/4 (11 AC) SEC 26, NE/4 (97 AC), NW/4 (85 AC), SE/4 (28 AC), SW/4
(30 AC) SEC 33, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160
AC) SEC 34, NE/4 (132 AC), NW/4 (160 AC), SE/4 (68 AC), SW/4 (160 AC)
SEC 35, NE/4 (152 AC), NW/4 (89 AC), SE/4 (97 AC) SEC 36 ALL IN T19S
R26E TOTALING (2,648 AC).   NE/4 (8 AC), NW/4 (144 AC), SW/4 (52 AC)
SEC 2, NE/4 (160 AC), NW/4 (160 AC), SE/4 (129 AC), SE/4 (160 AC), SEC
3, NE/4 (89 AC), SE/4 (139 AC), SW/4 (3 AC) SEC 4, NE/4 (92 AC), NW/4
(32 AC), SE/4 (39 AC), SW/4 (8 AC) SEC 9, NE/4 (34 AC), SE/4 (144 AC),
SW/4 (92 AC) SEC 10, NE/4 (44 AC), NW/4 (14 AC), SE/4 (102 AC), SW/4
(53 AC) SEC 11, SW/4 (8 AC) SEC 12, NE/4 (93 AC), NW/4 (150 AC), SE/4
(160 AC), SW/4 (160 AC) SEC 13, NE/4 (160 AC), NW/4 (82 AC), SE/4 (160
AC), SW/4 (125 AC) SEC 14, NE/4 (108 AC), NW/4 (160 AC), SE/4 (79 AC),
SW/4 (120 AC) SEC 15, NE/4 (85 AC), NW/4 (49 AC), SE/4 (153 AC), SW/4
(78 AC) SEC 22, NE/4 (142 AC), NW/4 (98 AC), SE/4 (16 AC), SW/4 (62
AC) SEC 21, NE/4 (160 AC), NW/4 (126 AC), SE/4 (160 AC), SW/4 (160 AC)
SEC 23, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC
24, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 25,
NE/4 (160 AC), NW/4 (152 AC), SE/4 (158 AC), SW/4 (136 AC) SEC 26,
NE/4 (153 AC), NW/4 (140 AC), SE/4 (148 AC), SW/4 (98 AC) SEC 27, NE/4
(40 AC), NW/4 (4 AC), SE/4 (136 AC) SEC 28, NE/4 (93 AC), NW/4 (1 AC),
SE/4 (86 AC), SW/4 (7 AC) SEC 33, NE/4 (142 AC), NW/4 (129 AC), SE/4
(118 AC), SW/4 (143 AC) SEC 34, NE/4 (140 AC), NW/4 (139 AC), SE/4 (9
AC), SW/4 (66 AC) SEC 35, NE/4 (127 AC), NW/4 (132 AC), SE/4 (110 AC),
SW/4 (98 AC) SEC 36 ALL IN T20S R26E TOTAL 8,697 AC.


=== 1 523650      ====== Map- TSR     ================ C/D:  5  L/D: BU ===============
APACHE LOUISIANA MINERALS INC        Marsh (Brackish)       1,010.00  ACR     4,040
2000 POST OAK BLVD                                                          --------
STE 100                                     Taxpayer Assessed Value           4,040
HOUSTON             TX 77056

COB-074   ACT-000   FOLIO- 455                                                            Totals            252.
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC).  NW/4 OF SEC 17 (48 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) ALL IN T19S R26E.

========================================================================================
```

```
=== 1 523650 ====== Map- TSR                                           Property Information
APACHE LOUISIANA MINERALS INC                                          =====================  C/D:  6  L/D: BU
2000 POST OAK BLVD                                                     Misc Land                  113.01    Acr
STE 100                                                                Marsh (Salt)            11,231.99    Acr
HOUSTON                           TX   77056

COB-074 ACT-000 FOLIO- 455                                             Taxpayer Assessed Value    35,390    Totals    2,212.93
COR-074 ACT-000 FOLIO- 455
NE/4 (160 AC), NW/4, SE/4 (160 AC); SW/4 (160 AC)       LESS 10
AC TO L. SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115
INCLUDING SEC 25 T19S R26E, NE/4 (118 AC); NW/4 (9 AC), SE/4 (142 AC),
SW/4 (11 AC) SEC 26; T19S R26E NE/4 (85 AC), SE/4 (28 AC), SW/4
(30 AC) SEC 33, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160
AC) SEC 34, NE/4 (132 AC), NW/4 (89 AC), SE/4 (68 AC), SW/4 (160
AC) SEC 35, NE/4 (152 AC), NW/4 (8 AC), SE/4 (97 AC), SW/4 (160 AC)
R26E TOTALING (2,648 AC); SEC 36 ALL IN T19S
SEC 2 NE/4 (160 AC), NW/4 (129 AC), SE/4 (144 AC), SW/4 (52 AC)
3; NE/4 (89 AC), NW/4 (160 AC), SE/4 (3 AC), SW/4 (160 AC) SEC
(32 AC), SE/4 (39 AC), SW/4 (8 AC) SEC 4; NE/4 (34 AC), NW/4
SW/4 (92 AC) SEC 10; NE/4 (8 AC), SE/4 (102 AC), SE/4 (92 AC), NW/4
(53 AC), SW/4 (44 AC) SEC 11, NE/4 (14 AC), NW/4 (150 AC), SE/4
AC) SEC 12; NE/4 (93 AC), NW/4 (82 AC), SE/4 (144 AC), SW/4
(160 AC) SEC 13; NE/4 (108 AC), NW/4 (160 AC), SE/4 (79 AC), SW/4
SW/4 (120 AC) SEC 14; NE/4 (85 AC), NW/4 (160 AC), SE/4 (160
(78 AC) SEC 15; NE/4 (142 AC), NW/4 (49 AC), SE/4 (153 AC), SW/4
AC) SEC 22; NE/4 (126 AC), NW/4 (98 AC), SE/4 (16 AC), SW/4 (62
SEC 21, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4
24 NE/4 (160 AC), NW/4 (152 AC), SE/4 (160 AC), SW/4 (160 AC) SEC
SEC 23, NE/4 (153 AC), NW/4 (140 AC), SE/4 (158 AC), SW/4 (142 AC) SEC
(40 AC), NW/4 (4 AC), SW/4 (148 AC) SEC 26, SE/4 (136 AC), SW/4 (160 AC)
SW/4 (86 AC); NW/4 (7 AC), SE/4 (136 AC) SEC 28, NE/4 (98 AC) SEC 27, NE/4
(118 AC), SW/4 (143 AC) SEC 33, NE/4 (142 AC), NW/4 (93 AC), SE/4 (1 AC),
AC), SW/4 (66 AC) SEC 35, NE/4 (140 AC), NW/4 (129 AC), SE/4 (9
SW/4 (98 AC) SEC 36 ALL IN T20S R26E. TOTAL 8,697 AC.      SE/4 (110 AC),

=== 1 523650 ====== Map- TSR                                           Marsh (Brackish)   ==================  C/D:  5  L/D: BU
                                                                                                 1,010.00   ACR
COB-074 ACT-000 FOLIO- 455                                             Taxpayer Assessed Value    4,040    Totals      252.63
NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (640 AC); NW/4 OF SEC 17 (48 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 18 (322 AC) ALL IN T19S R26E.                                      4,040
```

```
1-523600                        3/01/13                    Page 1
APACHE LOUISIANA MINERALS INC
% GRAND ECAILLE LAND CO                              11/30/06  BTB
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX
NEW ORLEANS        LA 70112


BU 6  4   LATs 02              Map TSR      Cont.:MIX, VICKY

Land Code  050220   Phone 504 582-4000
```

### Description

NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC), LESS 10 AC TO L SEEDMAN & LESS 5 AC TO M/M ARCHIE RICHARDS. LOTS 111 TO 115 INCLUDING SEC 25 T19S R26E, NE/4 (118 AC), NW/4 (9 AC), SE/4 (142 AC), SW/4 (11 AC) SEC 26, NE/4 (97 AC), NW/4 (85 AC), SE/4 (28 AC), SW/4 (30 AC) SEC 33, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 34, NE/4 (132 AC), NW/4 (160 AC), SE/4 (68 AC), SW/4 (160 AC) SEC 35, NE/4 (152 AC), NW/4 (89 AC), SE/4 (97 AC) SEC 36 ALL IN T19S R26E TOTALING (2,648 AC). NE/4 (8 AC), NW/4 (144 AC), SW/4 (52 AC) SEC 2, NE/4 (160 AC), NW/4 (160 AC), SE/4 (129 AC), SE/4 (160 AC), SEC 3, NE/4 (89 AC), SE/4 (139 AC), SW/4 (3 AC) SEC 4, NE/4 (92 AC), NW/4 (32 AC), SE/4 (39 AC), SW/4 (8 AC) SEC 9, NE/4 (34 AC), SE/4 (144 AC), SW/4 (92 AC) SEC 10, NE/4 (44 AC), NW/4 (14 AC), SE/4 (102 AC), SW/4 (53 AC) SEC 11, SW/4 (8 AC) SEC 12, NE/4 (93 AC), NW/4 (150 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 13, NE/4 (160 AC), NW/4 (82 AC), SE/4 (160 AC), SW/4 (125 AC) SEC 14, NE/4 (108 AC), NW/4 (160 AC, SE/4 (79 AC), SW/4 (120 AC) SEC 15, NE/4 (85 AC), NW/4 (49 AC), SE/4 (153 AC), SW/4 (78 AC) SEC 22, NE/4 (142 AC), NW/4 (98 AC), SE/4 (16 AC), SW/4 (62 AC) SEC 21, NE/4 (160 AC), NW/4 (126 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 23, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 24, NE/4 (160 AC), NW/4 (160 AC), SE/4 (160 AC), SW/4 (160 AC) SEC 25, NE/4 (160 AC), NW/4 (152 AC), SE/4 (158 AC), SW/4 (136 AC) SEC 26, NE/4 (153 AC), NW/4 (140 AC), SE/4 (140 AC), SW/4 (98 AC) SEC 27, NE/4 (40 AC), NW/4 (4 AC), SE/4 (136 AC) SEC 28, NE/4 (93 AC), NW/4 (1 AC), SE/4 (86 AC), SW/4 (7 AC) SEC 33, NE/4 (142 AC), NW/4 (129 AC), SE/4 (118 AC), SW/4 (143 AC) SEC 34, NE/4 (140 AC), NW/4 (139 AC), SE/4 (9 AC), SW/4 (66 AC) SEC 35, NE/4 (127 AC), NW/4 (132 AC), SE/4 (110 AC), SW/4 (98 AC) SEC 36 ALL IN T20S R26E TOTAL 8,697 AC.

### Assessments

| Code | Type | Units | A/V |
|---|---|---|---|
| ML | Misc Land | 113 01 | 1,695 |
| MS | Marsh (Salt) | 11231 99 | 33,695 |
|  | Total A/V |  | 35,390 |

### Vendors

| | | | | | | |
|---|---|---|---|---|---|---|
| APACHE CORP | 1074 | 455 | 19 Mult | | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68 | 349 | 19 Mult | 1,681,140 | 12/30/94 |
|  | 107 | 133 |  |  | 0 | 0/00/00 |

### User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T19S R26E SEC 25 NE/4 |
| TSR | Township/Rang | T19S R26E SEC 25 NW/4 |
| TSR | Township/Rang | T19S R26E SEC 25 SE/4 |
| TSR | Township/Rang | T19S R26E SEC 25 SW/4 |

* CONTINUED *

```
1-523600                        3/01/10                   Page  2
APACHE LOUISIANA MINERALS INC                           * CONTINUED *

User Data
   TSR  Township/Rang      T19S R26E SEC 26 NE/4
   TSR  Township/Rang      T19S R26E SEC 26 NW/4
   TSR  Township/Rang      T19S R26E SEC 26 SE/4
   TSR  Township/Rang      T19S R26E SEC 26 SW/4
   TSR  Township/Rang      T19S R26E SEC 33 NE/4
   TSR  Township/Rang      T19S R26E SEC 33 NW/4
   TSR  Township/Rang      T19S R26E SEC 33 SE/4
   TSR  Township/Rang      T19S R26E SEC 33 SW/4
   TSR  Township/Rang      T19S R26E SEC 34 NE/4
   TSR  Township/Rang      T19S R26E SEC 34 NW/4
   TSR  Township/Rang      T19S R26E SEC 34 SE/4
   TSR  Township/Rang      T19S R26E SEC 34 SW/4
   TSR  Township/Rang      T19S R26E SEC 35 NE/4
   TSR  Township/Rang      T19S R26E SEC 35 NW/4
   TSR  Township/Rang      T19S R26E SEC 35 SE/4
   TSR  Township/Rang      T19S R26E SEC 35 SW/4
   TSR  Township/Rang      T19S R26E SEC 36 NE/4
   TSR  Township/Rang      T19S R26E SEC 36 NW/4
   TSR  Township/Rang      T19S R26E SEC 36 SE/4
   TSR  Township/Rang      T20S R26E SEC 02 NE/4
   TSR  Township/Rang      T20S R26E SEC 02 NW/4
   TSR  Township/Rang      T20S R26E SEC 02 SW/4
   TSR  Township/Rang      T20S R26E SEC 03 NE/4
   TSR  Township/Rang      T20S R26E SEC 03 NW/4
   TSR  Township/Rang      T20S R26E SEC 03 SE/4
   TSR  Township/Rang      T20S R26E SEC 03 SW/4
   TSR  Township/Rang      T20S R26E SEC 04 NE/4
   TSR  Township/Rang      T20S R26E SEC 04 SE/4
   TSR  Township/Rang      T20S R26E SEC 04 SW/4
   TSR  Township/Rang      T20S R26E SEC 09 NE/4
   TSR  Township/Rang      T20S R26E SEC 09 NW/4
   TSR  Township/Rang      T20S R26E SEC 09 SE/4
   TSR  Township/Rang      T20S R26E SEC 09 SW/4
   TSR  Township/Rang      T20S R26E SEC 10 NE/4
   TSR  Township/Rang      T20S R26E SEC 10 SE/4
   TSR  Township/Rang      T20S R26E SEC 10 SW/4
   TSR  Township/Rang      T20S R26E SEC 11 NE/4
   TSR  Township/Rang      T20S R26E SEC 11 NW/4
   TSR  Township/Rang      T20S R26E SEC 11 SE/4
   TSR  Township/Rang      T20S R26E SEC 11 SW/4
   TSR  Township/Rang      T20S R26E SEC 12 SW/4
   TSR  Township/Rang      T20S R26E SEC 13 NE/4
   TSR  Township/Rang      T20S R26E SEC 13 NW/4
   TSR  Township/Rang      T20S R26E SEC 13 SE/4
   TSR  Township/Rang      T20S R26E SEC 13 SW/4
   TSR  Township/Rang      T20S R26E SEC 14 NE/4
   TSR  Township/Rang      T20S R26E SEC 14 NW/4
   TSR  Township/Rang      T20S R26E SEC 14 SE/4
   TSR  Township/Rang      T20S R26E SEC 14 SW/4
   TSR  Township/Rang      T20S R26E SEC 15 NE/4
   TSR  Township/Rang      T20S R26E SEC 15 NW/4
   TSR  Township/Rang      T20S R26E SEC 15 SE/4
   TSR  Township/Rang      T20S R26E SEC 15 SW/4
   TSR  Township/Rang      T20S R26E SEC 22 NE/4
   TSR  Township/Rang      T20S R26E SEC 22 NW/4
   TSR  Township/Rang      T20S R26E SEC 22 SE/4
                                                        * CONTINUED *
```

```
L-523600                          3/01/13              Page 3
APACHE LOUISIANA MINERALS INC                      * CONTINUED *
```

User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T20S R26E SEC 22 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 21 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 21 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 21 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 21 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 23 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 23 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 23 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 23 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 24 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 24 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 24 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 24 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 25 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 25 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 25 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 25 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 26 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 26 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 26 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 26 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 27 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 27 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 27 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 27 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 28 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 28 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 28 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 33 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 33 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 33 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 33 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 34 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 34 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 34 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 34 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 35 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 35 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 35 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 35 SW/4 |
| TSR | Township/Rang | T20S R26E SEC 36 NE/4 |
| TSR | Township/Rang | T20S R26E SEC 36 NW/4 |
| TSR | Township/Rang | T20S R26E SEC 36 SE/4 |
| TSR | Township/Rang | T20S R26E SEC 36 SW/4 |