Plaquemines Parish Sheriff - Tax Notice Inquiry                                    Page 1 of 1

[Click to Print]

# Plaquemines Parish Sheriff - Tax Notice Inquiry
## 12/11/2013

**Tax Notice #**  1524750                         **Tax Year:**  2013

**Tax Payer Name & Address:**
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON, TX 77056

| Original Tax | Interest | Cost | Other Cost | Total Paid | Balance |
|---|---|---|---|---|---|
| $958.59 | $0.00 | $0.00 | $0.00 | $0.00 | $958.59 |

## Tax Notice History

| Date | Description | Amount |
|---|---|---|
| 11/20/2013 | ORIGINAL TAXES | $958.59 |

## Tax Notice History Details

ORIGINAL TAXES
| Description | Amount |
|---|---|
| Regular School | 92.44 |
| Emp Health Ins | 26.06 |
| Salaries #1 | 36.78 |
| Maintenance/Operations | 73.26 |
| Salaries #2 | 114.98 |
| Technology | 15.33 |
| Capital Improvements/Operations | 15.33 |
| Parish | 56.11 |
| Water | 30.66 |
| Library | 15.93 |
| Pollution Ctrl | 30.66 |
| Road Maintenance | 23.15 |
| Public Health | 15.33 |
| Waste Disposal | 45.68 |
| Incineration | 15.33 |
| Law Enforcement | 55.80 |
| Law Enforce-Additio | 100.72 |
| Jail Facility | 95.66 |
| Hospital | 38.17 |
| Construction/Maintenance/Operations | 43.38 |
| ASSESSMENT DIST. | 15.40 |

## Tax Notice Details

| Parcel # | Physical Address | % Tax |
|---|---|---|
| 1524750 | | 100 |

**Parcel Items:**

| Class Description | Value | Units | Homestead |
|---|---|---|---|
| MARSH, SALT | 15330 | 5110.4 | 0 |

**Legal Description:**
NE/4 (160 AC), NW/4 (76 AC), SE/4 (161 AC), SW/4 (53 AC) SEC 6, NE/4 (146 AC), NW/4 (160 AC), SE/4 (134 AC), SW/4 (160 AC), SEC 5 NE/4 (106 AC), SE/4 (14 AC), SEC 7 NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC), SW/4 (148 AC), SEC 3 NE/4 (154 AC), NW/4 (152 AC), SE/4 (146 AC), SW/4 (108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC), NW/4 (160 AC), SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4 (14 AC), SE/4 (46 AC), SW/4 (16 AC) SEC 20, NE/4 (16 AC), NW/4 (104 AC), SE/4 (96 AC), SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (160 AC), SE/4 (86 AC), SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (130 AC), SE/4 (140 AC), SW/4 SEC 31, NE/4 (160 AC), NW/4 (146 AC), SE/4 (160 AC), SW/4 (154 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC. LESS 1.464 AC TO MARIA T TESVICH IN 542/136/672 (OUT OF SEC 5), LESS .615 AC TO TONY J TESVICH IN 642/135/667 (SEC 5).

http://plaqueminestcmonline.azurewebsites.net/NoticeDetails...

Real Estate

| Assessment # | Property Information | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|

=== 1 524700 ====== Map- TSR ================= C/D: 5 L/D: BU ================================
APACHE LOUISIANA MINERALS INC      Marsh (Salt)                    150.00 Acr          450
2000 POST OAK BLVD                                                                     ---
STE 100                                             Taxpayer Assessed Value            450
HOUSTON                   TX 77056

COB-074  ACT-000  FOLIO- 455                                                                    Totals         28.15
NE/4, SE/4 & SW/4 OF SEC 31 (115 AC). NE/4, NW/4 & SW/4 OF SEC 32 (35
AC) ALL IN T20S R26E.

=== 1 524750 ====== Map- TSR ================= C/D: 6 L/D: BU ================================
APACHE LOUISIANA MINERALS INC      Marsh (Salt)                  5,110.42 Acr       15,330
% GRAND ECAILLE LAND CO                                                              ------
1615 POYDRAS ST                                     Taxpayer Assessed Value         15,330
ATTN: TAX DEPT/V MIX
NEW ORLEANS               LA 70112
COB-074  ACT-000  FOLIO- 455                                                                    Totals        958.59
NE/4 (160 AC), NW/4 (76 AC), SE/4 (151 AC), SW/4 (53 AC) SEC 6, NE/4
(146 AC), NW/4 (160 AC), SE/4 (134 AC), SW/4 (160 AC), SEC 5 NE/4 (106
AC), SE/4 (14 AC), SEC 7 NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC),
SW/4 (148 AC), SEC 3 NE/4 (154 AC), NW/4 (152 AC), SE/4 (146 AC), SW/4
(108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC),
NW/4 (160 AC), SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4
(14 AC), SE/4 (46 AC), SW/4 (16 AC) SEC 20, NE/4 (16 AC), NW/4 (104
AC), SE/4 (96 AC), SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (160 AC),
SE/4 (96 AC), SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (130 AC),
SE/4 (140 AC), SW/4 SEC 31, NE/4 (160 AC), NW/4 (146 AC), SE/4 (160
AC), SW/4 (154 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC. LESS
1.464 AC TO MARIA T TESVICH IN 542/136/672 (OUT OF SEC 5). LESS .615
AC TO TONY J TESVICH IN 542/135/667 (SEC 5).

=== 1 622694 ====== Map- 1-118A-012 =========== C/D: 1 L/D: GP ================================
APPLEWHITE, AUDREY M                Immovable32871 08 LEXING         1.00          1,360
142 ST JOSEPH LN                                                                    -----
PHOENIX                   LA 70082                    Total Assessed Value         1,360
                                                      Less Homestead Value         1,360
                                                      Taxpayer Assessed Value          0
COB-182  ACT-000  FOLIO- 368                                                                    Totals         85.04
IMMOBILIZED TRAILER ON PROPERTY OF CAESAR HOWARD EST CARRIED IN
1-261600.

| Assessment # | Property Information | | Assessment | 62.53 Mills | Covered by Homestead | Paid by Taxpayer |
|---|---|---|---|---|---|---|
| 1 524700    Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>2000 POST OAK BLVD<br>STE 100<br>HOUSTON         TX 77056<br>COB-074  ACT-000  FOLIO- 455<br>NE/4, SE/4 & SW/4 OF SEC 31 (115 AC). NE/4, NW/4 & SW/4 OF SEC 32 (35 AC) ALL IN T20S R26E. | Marsh (Salt) | C/D: 5  L/D: BU<br>150.00 Acr<br>Taxpayer Assessed Value | 450<br>450 | | | Totals           28.15 |
| 1 524750    Map- TSR<br>APACHE LOUISIANA MINERALS INC<br>% GRAND ECAILLE LAND CO<br>1615 POYDRAS ST<br>ATTN: TAX DEPT/V MIX<br>NEW ORLEANS       LA 70112<br>COB-074  ACT-000  FOLIO- 455<br>NE/4 (160 AC), NW/4 (76 AC), SE/4 (151 AC), SW/4 (53 AC) SEC 6, NE/4 (146 AC), NW/4 (160 AC), SE/4 (134 AC), SW/4 (160 AC), SEC 5 NE/4 (106 AC), SE/4 (14 AC), SEC 7 NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC), SW/4 (148 AC), SEC 3 NE/4 (154 AC), NW/4 (152 AC), SE/4 (146 AC), SW/4 (108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC), NW/4 (160 AC), SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4 (14 AC), SE/4 (46 AC), SW/4 (16 AC) SEC 20, NE/4 (16 AC), NW/4 (104 AC), SE/4 (96 AC), SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (160 AC), SE/4 (96 AC), SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (130 AC), SE/4 (140 AC), SW/4 SEC 31, NE/4 (160 AC), NW/4 (146 AC), SE/4 (160 AC), SW/4 (154 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC.  LESS 1.464 AC TO MARIA T TESVICH IN 542/136/672 (OUT OF SEC 5). LESS .615 AC TO TONY J TESVICH IN 542/135/667 (SEC 5). | Marsh (Salt) | C/D: 6  L/D: BU<br>5,110.42 Acr<br>Taxpayer Assessed Value | 15,330<br>15,330 | | | Totals          958.59 |
| 1 622694    Map- 1-118A-012<br>APPLEWHITE, AUDREY M<br>1611 RICH AVE<br>GULFPORT        MS 39501<br>COB-182  ACT-000  FOLIO- 368<br>IMMOBILIZED TRAILER ON PROPERTY OF CAESAR HOWARD EST CARRIED IN 1-261600. | Immovable32871 08 LEXING | C/D: 1  L/D: GP<br>1.00<br>Taxpayer Assessed Value | 1,360<br>1,360 | | | Totals           85.04 |

```
1-524750                  3/01/13                 Page 1
APACHE LOUISIANA MINERALS INC
% GRAND ECAILLE LAND CO                           4/04/06 BTB
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX
NEW ORLEANS        LA 70112


BU 6  4   LATs 02                 Map ISK

Land Code 050220    Phone 504 592-8000
```

Description
NE/4 (160 AC), NW/4 (76 AC), SE/4 (151 AC), SW/4 (53 AC) SEC 6, NE/4 (146 AC), NW/4 (160 AC), SE/4 (134 AC), SW/4 (160 AC), SEC 5 NE/4 (106 AC), SE/4 (14 AC), SEC 7 NE/4 (118 AC), NW/4 (160 AC), SE/4 (144 AC), SW/4 (148 AC), SEC 3 NE/4 (154 AC), NW/4 (152 AC), SE/4 (146 AC), SW/4 (108 AC) SEC 17, SE/4 (38 AC), SW/4 (122 AC) SEC 18, NE/4 (118 AC), NW/4 (160 AC), SE/4 (122 AC), SW/4 (160 AC) SEC 19, NE/4 (84 AC), NW/4 (14 AC), SE/4 (46 AC), SW/4 (16 AC) SEC 20, NE/4 (16 AC) NW/4 (104 AC), SE/4 (96 AC, SW/4 (144 AC) SEC 29, NE/4 (122 AC), NW/4 (160 AC), SE/4 (96 AC), SW/4 (142 AC) SEC 30, NE/4 (86.50 AC), NW/4 (130 AC), SE/4 (140 AC), SW/4 SEC 31, NE/4 (160 AC), NW/4 (146 AC), SE/4 (160 AC), SW/4 (154 AC) SEC 32, ALL IN T20S R27E TOTALING 5,102.5 AC  LESS 1.464 AC TO MARIA T TESVICH IN 542/136/672 (OUT OF SEC 5)  LESS .615 AC TO TONY J TESVICH IN 542/135/667 (SEC 5)

Assessments

| Code Type | Units | A/V |
|---|---|---|
| MS Marsh (Salt) | 5110.42 | 15,330 |
| Total A/V | | 15,330 |

Vendors

| | | | | | |
|---|---|---|---|---|---|
| APACHE CORP | 1074 | | 455  19 Mult | 0 | 3/01/04 |
| VERMILION BAY LAND CO | 857 | 68  349 | 19 Mult | 1,681,140 | 12/30/94 |

User Data

| | | |
|---|---|---|
| TSR | Township/Rang | T20S R27E SEC 06 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 06 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 06 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 06 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 05 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 05 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 05 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 05 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 07 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 07 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 03 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 03 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 03 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 03 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 17 NE/4 |
| TSR | Township/Rang | T20S R27E SEC 17 NW/4 |
| TSR | Township/Rang | T20S R27E SEC 17 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 17 SW/4 |
| TSR | Township/Rang | T20S R27E SEC 18 SE/4 |
| TSR | Township/Rang | T20S R27E SEC 18 SW/4 |

* CONTINUED *

```
1-524750                         3/01/13                    Page: 2
APACHE LOUISIANA MINERALS INC                             * CONTINUED *

User Data
  TSR  Township/Rang    T20S R27E SEC 19 NE/4
  TSR  Township/Rang    T20S R27E SEC 19 NW/4
  TSR  Township/Rang    T20S R27E SEC 19 SE/4
  TSR  Township/Rang    T20S R27E SEC 19 SW/4
  TSR  Township/Rang    T20S R27E SEC 20 NE/4
  TSR  Township/Rang    T20S R27E SEC 20 NW/4
  TSR  Township/Rang    T20S R27E SEC 20 SE/4
  TSR  Township/Rang    T20S R27E SEC 20 SW/4
  TSR  Township/Rang    T20S R27E SEC 29 NE/4
  TSR  Township/Rang    T20S R27E SEC 29 NW/4
  TSR  Township/Rang    T20S R27E SEC 29 SE/4
  TSR  Township/Rang    T20S R27E SEC 29 SW/4
  TSR  Township/Rang    T20S R27E SEC 30 NE/4
  TSR  Township/Rang    T20S R27E SEC 30 NW/4
  TSR  Township/Rang    T20S R27E SEC 30 SE/4
  TSR  Township/Rang    T20S R27E SEC 30 SW/4
  TSR  Township/Rang    T20S R27E SEC 31 NE/4
  TSR  Township/Rang    T20S R27E SEC 31 NW/4
  TSR  Township/Rang    T20S R27E SEC 31 SE/4
  TSR  Township/Rang    T20S R27E SEC 31 SW/4
  TSR  Township/Rang    T20S R27E SEC 32 NE/4
  TSR  Township/Rang    T20S R27E SEC 32 NW/4
  TSR  Township/Rang    T20S R27E SEC 32 SE/4
  TSR  Township/Rang    T20S R27E SEC 32 SW/4
```