Plaquemines Parish Sheriff - Tax Notice Inquiry

[ 🖶 Click to Print ]

## Plaquemines Parish Sheriff - Tax Notice Inquiry
### 12/31/2013

**Tax Notice #**    1523550          **Tax Year:**    2013

**Tax Payer Name & Address:**
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON, TX 77056

| Original Tax | Interest | Cost | Other Cost | Total Paid | Balance |
|---|---|---|---|---|---|
| $54.13 | $0.00 | $0.00 | $0.00 | $0.00 | $54.13 |

## Tax Notice History

| Date | Description | Amount |
|---|---|---|
| 11/20/2013 | ORIGINAL TAXES | $54.13 |

## Tax Notice History Details

ORIGINAL TAXES

| | |
|---|---|
| Regular School | 8.22 |
| Emp Health Ins | 1.47 |
| Salaries #1 | 2.08 |
| Maintenance/Operations | 4.13 |
| Salaries #2 | 6.49 |
| Technology | 0.87 |
| Capital Improvements/Operations | 0.87 |
| Parish | 3.11 |
| Water | 1.73 |
| Library | 0.87 |
| Pollution Ctrl | 1.73 |
| Road Maintenance | 1.53 |
| Public Health | 0.87 |
| Waste Disposal | 2.56 |
| Incineration | 0.87 |
| Law Enforcement | 8.15 |
| Law Enforce-Additio | 6.68 |
| Jail Facility | 5.40 |
| Hospital | 2.15 |
| Construction/Maintenance/Operations | 2.45 |
| ASSESSMENT DIST. | 1.04 |

## Tax Notice Details

| Parcel # | Physical Address | % Tax |
|---|---|---|
| 1523550 | | 100 |

**Parcel Items:**

| Class Description | Value | Units | Homestead |
|---|---|---|---|
| MARSH, SALT | 865 | 250.0 | 0 |

**Legal Description:**
NE/4, NW/4 & SW/4 OF SEC 5 (111 AC), NE/4 & NW/4 OF SEC 6 (58 AC), NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC)
ALL IN T20S R26E.

Assessment Roll for the Parish of PLAQUEMINES                2010                        ROBERT R GRAVOLET, Assessor                      9.26.57  10/26/10

PAGE  672

| Assessment # | Property Information | Assessment | |
|---|---|---|---|
| | | | Millage 62.53 |

=== 1 523450      Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                   TX 77056

COB-074  ACT-000   FOLIO- 455
551.45 Ac.  NW/4, SE/4 & SW/4, SE/4
& SW/4 OF SEC 14 (323 AC) ALL IN T18S
&

Marsh (Brackish)                 C/D:  5  L/D: BU ===== Taxpayer Assessed Value
                                 551.00 ACR             2,205
                                          ------
                                           2,205
                                                                              Totals
                                                                              137.92

=== 1 523500      Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                   TX 77056

COB-074  ACT-000   FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 13 (228.45 AC).  NE/4, NW/4, SE/4
OF SEC 33 (611 AC) ALL IN T18S R25E.

Marsh (Brackish)                 C/D:  5  L/D: BU ===== Taxpayer Assessed Value
                                 1,167.00 ACR            4,670
                                          ------
                                           4,670
                                                                              Totals
                                                                              292.02

=== 1 523550      Map- TSR
APACHE LOUISIANA MINERALS INC
% GRAND ECAILLE LAND CO
1615 POYDRAS ST
ATTN: TAX DEPT/V MIX
NEW ORLEANS          LA 70112

COB-074  ACT-000   FOLIO- 455
NE/4, NW/4 & SW/4 OF SEC 32 (556 AC).  NE/4, NW/4, SE/4 & SW/4
NE/4, NW/4 & SW/4 OF SEC 5 (111 AC).  NE/4 & NW/4 OF SEC 6 (58 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC) ALL IN T20S R26E.

Marsh (Salt)                     C/D:  5  L/D: BU ===== Taxpayer Assessed Value
                                 289.00 Acr              865
                                          ------
                                            865
                                                                              Totals
                                                                              54.13

Assessment Roll for the Parish of PLAQUEMINES        2011                    ROBERT R GRAVOLET, Assessor

Real Estate                                                                                          PAGE    702
                                                                                          9.21.22   10/24/11

| Assessment # | Property Information | Assessment | | | | Covered by<br>Homestead | Paid by<br>Taxpayer |
|---|---|---|---|---|---|---|---|

===== 1 523400 =====   ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                TX 77056

COB-074 ACT-000 FOLIO- 455
NE/4 NW/4 OF SEC 4 (120 AC).          NE/4, NW/4 & SW/4 OF SEC 5 (360 AC)
ALL IN T19S R26E.

Marsh (Salt)        Taxpayer Assessed Value

C/D:    5 L/D: BU
        480.00 Acr
                ------   1,440
                1,440

                                                                Totals      90.05

===== 1 523450 =====   ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                TX 77056

COB-074 ACT-000 FOLIO- 455
551.45 AC. NW/4, SE/4 & SW/4 OF SEC 13 (228.45 AC).    NE/4, NW/4, SE/4
& SW/4 OF SEC 14 (323 AC) ALL IN T18S R25E.

Marsh (Brackish)        Taxpayer Assessed Value

C/D:    5 L/D: BU
        551.00 Acr
                ------   2,205
                2,205

                                                                Totals      137.92

===== 1 523500 =====   ===== Map- TSR
APACHE LOUISIANA MINERALS INC
2000 POST OAK BLVD
STE 100
HOUSTON                TX 77056

COB-074 ACT-000 FOLIO- 455
NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC).    NE/4, NW/4, SE/4 & SW/4
OF SEC 33 (611 AC) ALL IN T18S R25E.

Marsh (Brackish)        Taxpayer Assessed Value

C/D:    5 L/D: BU
        1,167.00 Acr
                ------   4,670
                4,670

                                                                Totals      292.0:

===== 1 523550 =====   ===== Map- TSR
APACHE LOUISIANA MINERALS INC
& GRAND ECAILLE LAND CO
1615 POYDRAS ST
ATTN:  TAX DEPT/V MIX
NEW ORLEANS            LA 70112

COB-074 ACT-000 FOLIO- 455
NE/4, NW/4 & SW/4 OF SEC 5 (111 AC).     NE/4 & NW/4 OF SEC 6 (58 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC) ALL IN T20S R26E.

Marsh (Salt)        Taxpayer Assessed Value

C/D:    5 L/D: BU
        289.00 Acr
                ------   865
                865

                                                                Totals      54.1

62:53
Mills

```
1-523550                         3/01/13                        Page  1
APACHE LOUISIANA MINERALS INC
& GRAND ECAILLE LAND CO                                  3/26/07  OTB
1615 POYDRAS ST
ATTN:  TAX DEPT/V MIX
NEW ORLEANS        LA 70112


BU 5  4  LATs  02                     Map TSR

Land Code  050180


Description
NE/4, NW/4 & SW/4 OF SEC 5 (111 AC)   NE/4 & NW/4 OF SEC 6 (68 AC).
NE/4, NW/4, SE/4 & SW/4 OF SEC 7 (120 AC) ALL IN T20S R26E

Assessments
Code Type              Units       A/V
MS Marsh (Salt)        269.00      865

               Total A/V           865

Vendors
APACHE CORP                      1074     455  19 Mult       0   3/01/04
VERMILION BAY LAND CO            857   68  349  19 Mult  1,681,140   12/30/94

User Data
   TSR  Township/Rang      T20S R26E SEC 05 NE/4
   TSR  Township/Rang      T20S R26E SEC 05 NW/4
   TSR  Township/Rang      T20S R26E SEC 05 SW/4
   TSR  Township/Rang      T20S R26E SEC 06 NE/4
   TSR  Township/Rang      T20S R26E SEC 06 NW/4
   TSR  Township/Rang      T20S R26E SEC 07 NE/4
   TSR  Township/Rang      T20S R26E SEC 07 NW/4
   TSR  Township/Rang      T20S R26E SEC 07 SE/4
   TSR  Township/Rang      T20S R26E SEC 07 SW/4
```