# Plaquemines Parish, Louisiana



## VICINITY MAP

24
30        29        28        27
25        31   Barataria   32        33        34
36        6        5   Bay        4        3
TAX ASSESSMENT NO: 1523550
7        8        9        10
Lake
18        17        16
Grande
T20S-R26E
CAT
19        20        21        22
BAY
23

| 0 | 1500 | 3000 | 6000 | 9000 | 12000 |

SCALE IN FEET

| CLAIM NO.: | 1523550 | | |
|---|---|---|---|
| OILED: | 0 | LIN FT | |
| NON-OILED: | 0 | LIN FT | |
| SHORELINE: | 0 | LIN FT | |

# APACHE LOUISIANA MINERALS LLC

POST OFFICE BOX 206
HOUMA, LOUISIANA 70361-0206
TEL (985) 879-3528    FAX (985) 876-5267

SEP 10, 2013