# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
# WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM (WHITE FORM)

Form ID: WHITE

POST OFFICE BOX 206
Houma, LA 70361

After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

# THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT
# WETLANDS REAL PROPERTY PARCEL ELIGIBILITY CHALLENGE FORM

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as an Eligible Parcel on the Map, detach and submit this Challenge Form instead of the Claim Form. Refer to Section 5 of the Wetlands Real Property Instructions Booklet for detailed instructions about how to complete and submit this Challenge Form. DO NOT COMPLETE THIS CHALLENGE FORM IF YOU ARE NOT CHALLENGING THE DESIGNATION OF YOUR PARCEL.

## A. Reason for Challenging Your the Parcel's Eligibility Designation

Check the box next to the reason you are challenging your wetlands property Parcel's designation as ineligible:

☒ My Parcel is not properly identified as a Parcel on the Wetlands Real Property Claim Zone Map, but should be;

☐ My Parcel is not within the Wetlands Real Property Claim Zone, but my Parcel was oiled and should be included on the Wetlands Real Property Claim Zone Map.

## B. Claimant Information

**1. Name of Natural Person or Business:**

| Last Name or Full Name of Business | First Name | Middle Initial |
|---|---|---|
|  |  |  |

**2. Social Security Number:**
   *or*
   **Individual Taxpayer Identification Number:**
   *or*
   **Employer Identification Number:**

SSN or TIN
|__|__|__| - |__|__| - |__|__|__|__|

EIN
| 2 | 6 | - | 3 | 9 | 0 | 7 | 7 | 7 | 3 |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claim Number" and provide that seven-digit Claim Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

☐ GCCF Claimant Number:

|__|__|__|__|__|__|__|

or

☒ Deepwater Horizon Settlement Program Claimant Number:

| 1 | 0 | 0 | 7 | 6 | 9 | 6 | 0 |

---

**Wetlands Real Property Parcel Eligibility Challenge Form**  Page 1
TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM
CF-8
v.1

## C. Parcel Information

| 1. Provide the address of your wetlands Parcel: | | |
|---|---|---|
| Street | Unit | |
| City | State<br>LA | Zip Code |
| Parish/County<br>Plaquemines | | |
| Other Description:  Marsh Lands | | |
| 2. Provide the tax assessment identification number for your Parcel: | 1523550 | |
| 3. Provide the Parcel identification number: | 1523550 | |

## D. Documentation Required for a Parcel Designation Challenge

You must submit certain documentation to support your challenge of your Parcel's designation as an ineligible Parcel. Refer to Section 5 of the Wetlands Real Property Instructions Booklet for a description of the Supporting Documentation you must submit along with this Challenge Form.

## E. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Challenge Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Challenge Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Challenge Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| **Signature:** | /S/ Jon A. Jeppesen | **Date:** | 3/21/14<br>(Month/Day/Year) |
|---|---|---|---|

The claimant must sign this Claim Form personally.  No one can sign on behalf of the claimant unless the claimant is a business or is deceased or incapacitated. If the claimant is a business, an authorized business representative may sign. If the claimant is deceased or incapacitated, an authorized personal representative may sign.

**If you are not challenging the Wetlands Real Property Claim Zone Map's designation of your Parcel, do NOT sign this page.  If you answered "Yes" to Question B.1 in the Wetlands Real Property Claim Form and are submitting a Wetlands Real Property Claim, make sure to complete and sign the Signature section on page 10 of the Claim Form.  If you sign here instead, the Claims Administrator will treat your signature as binding for the claim you file.**