**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|     "DEEPWATER HORIZON" IN THE | : | |
|     GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

**MOTION TO ENROLL AS COUNSEL OF RECORD**

**NOW INTO COURT**, come William P. Gibbens and Ellie T. Schilling and the law firm of Schonekas, Evans, McGoey & McEachin, LLC, who inform this Honorable Court that they have been retained by Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran, Claimants herein, to represent them in the above-entitled and numbered cause in connection with a motion for return of payments, filed by the Deepwater Horizon Economic Claims Center (R. Doc. 14761). Movants, therefore, respectfully request that they be entered as counsel of record for said Claimants.

**WHEREFORE**, Movants respectfully request that this Court grant their Motion, and that their names be entered on the record of these proceedings as counsel of record for the aforementioned Claimants.

Respectfully submitted,

/s/ Ellie T. Schilling
William P. Gibbens, 27225
Ellie T. Schilling, 33358
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com
ellie@semmlaw.com

Attorneys for Claimants, Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll as Counsel of Record has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of July, 2015.

/s/ Ellie T. Schilling
ELLIE T. SCHILLING