UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|    "DEEPWATER HORIZON" IN THE | : | |
|    GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that William P. Gibbens and Ellie T. Schilling and the law firm of Schonekas, Evans, McGoey & McEachin, LLC, be entered on the record of these proceedings as counsel of record for Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran in connection with a motion for return of payments, filed by the Deepwater Horizon Economic Claims Center.

New Orleans, Louisiana, this ____ day of _____, 2015.

                                                      _____
                                                    UNITED STATES DISTRICT JUDGE