UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 SECTION "J" |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : : | Mag. Judge Shushan |

**CONSENT MOTION AND INCORPORATED MEMORANDUM
FOR EXTENSION OF TIME TO FILE RESPONSE**

**NOW INTO COURT**, through undersigned counsel, come Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran (collectively, "Claimants"), who respectfully request a thirty day extension of their time to file a Response or Opposition to the Motion for Return of Payments, filed by the Deepwater Horizon Economic Claims Center ("DHECC") (Rec. Doc. 14761), with respect to certain claims made by them in the above-captioned matter.

On June 26, 2015, the DHECC and Special Master Louis Freeh filed a Motion for Return of Payments made to Claimants from Vessels the *Sir Lawrence*, the *Capt T*, the *Lady Kathleen* and Others. Rec. Doc. 14761. The deadline to file a Response or Opposition to the Motion is currently set for July 27, 2015. Rec. Doc. 14774. The Motion concerns six separate claims filed on behalf of three different vessels, involves voluminous documentation regarding the claims, and involves payments of more than two million dollars. *See* Rec. Doc. 14761. However, undersigned counsel did not represent Claimants in the filing of the claims, and were only recently retained to represent Claimants regarding this matter. Counsel therefore submits that they need additional time to investigate the underlying claims filed and to formulate a

response or opposition on Claimant's behalf.  Claimants therefore request that they be granted a thirty day extension of time, or until August 26, 2015, to file their response or opposition to the Motion.

Counsel for Claimants contacted Gregory Paw, counsel for Special Master Louis Freeh, who filed the Motion, and inquired whether he would object to the request for a thirty day extension of time to respond.  Mr. Paw responded that they do not oppose the request for the extension of time.

**WHEREFORE**, Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran respectfully request that the Court grant them a thirty day extension, or until August 26, 2015, of the deadline to file a response or opposition to the Motion for Return of Payments.

Respectfully submitted,

*/s/ Ellie T. Schilling*
William P. Gibbens, 27225
Ellie T. Schilling, 33358
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
billy@semmlaw.com
ellie@semmlaw.com

Attorneys for Claimants, Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of July, 2015.

*/s/ Ellie T. Schilling*
ELLIE T. SCHILLING