LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
*(see website for e-mail addresses)*

OF COUNSEL
WILLIAM S. WATKINS

January 9, 2014

Deepwater Horizon Claims Administration

Re:   Apache Louisiana Minerals LLC - BP Claim
      Claimant ID No: 100176960
      Claim ID: 174112

To Whom It May Concern:

Please find enclosed the Affidavit of Jon Jeppesen, Executive Vice President for Apache Louisiana Minerals LLC. The reason for this Affidavit is that the previous payments we received came via check, despite the fact that when filling out the claims form, the box was checked to send payments only to the attorney. Furthermore, this firm has already filled out an Attorney Payment Acknowledgement form wherein we have elected to receive all payments via wire. Despite this, the first payments were received via check made out to this firm and Apache.

Therefore, if any future payments are to be made to Apache Louisiana Minerals LLC, please wire those payments to firm's account on file.

Thank you for your attention to this matter, and should you have any questions please do not hesitate to call.

Sincerely,

*[signature]*
STANWOOD R. DUVAL

SRD/jbl
Enclosure
cc:   Mr. Andrew Friedberg, via e-mail andrew.friedberg@apachecorp.com

STATE OF TEXAS

COUNTY OF HARRIS

### AFFIDAVIT

Before me, the undersigned Notary Public, personally came and appeared:

**Jon A. Jeppesen**

who declared, from his own personal knowledge as follows:

1.

Affiant is the Executive Vice President for Apache Louisiana Minerals LLC.

2.

Affiant attests that under section F. Payment Section of the Claim Form the box identified as follows was checked:

> "1.   **If You Have Your Own Attorney. Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.**
>
> **Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*. This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.**"

3.

Affiant further attests that Apache Louisiana Minerals LLC received its first payments via check; however, Apache Louisiana Minerals LLC wants to receive all future payments via wire sent only to our attorneys' firm, Duval, Funderburk, Sundbery, Lovell & Watkins.

Thus done and signed in Houston, Texas, on this 6th day of November, 2013.

_____
JON A. JEPPESEN

Sworn to and subscribed
before me this 6th
day of November, 2013.

_____
Notary Public

CHERIE DAWN PLATT
My Commission Expires
May 25, 2016



CHERIE DAWN PLATT
My Commission Expires
May 25, 2016