Receipt # 23076



APACHE LOUISIANA MINERALS LLC
TIM ALLEN P.O. BOX 206
HOUMA, LA 70361-0206

Department of Wildlife and Fisheries Oyster Bedding Ground Rental Receipt for December 16, 2010

| Lease | Location | Acres | Paid | Date | MOP | Application # |
|---|---|---|---|---|---|---|
| *2687098 | A BAYOU EAST OF BAYO | 4 | $8.00 | 12/16/10 | 550 | |
| *2687198 | LITTLE COURANT BAYOU | 48 | $96.00 | 12/16/10 | 550 | |
| *2735399 | A BAY SOUTHEAST OF B | 7 | $14.00 | 12/16/10 | 550 | |
| *2925803 | BAY BAPTISTE AND A B | 9 | $18.00 | 12/16/10 | 550 | |
| *3089005 | LACROIX BAY | 6 | $12.00 | 12/16/10 | 550 | |
| *3089105 | GRAND BAYOU BLUE | 46 | $92.00 | 12/16/10 | 550 | |
| *3089205 | BAYOU GUILLAUME | 19 | $38.00 | 12/16/10 | 550 | |
| *3089305 | BAYOU DE LA VALLE | 14 | $28.00 | 12/16/10 | 550 | |
| *3089405 | BAYOU GUILLAUME | 2 | $4.00 | 12/16/10 | 550 | |
| *3089505 | BAYOU DE LA VALLE | 5 | $10.00 | 12/16/10 | 550 | |
| *3089605 | BAYOU SEVIN | 36 | $72.00 | 12/16/10 | 550 | |
| *3089705 | BAYOU JEAN LACROIX | 32 | $64.00 | 12/16/10 | 550 | |
| *3089805 | A BAYOU BETWEEN LAKE | 14 | $28.00 | 12/16/10 | 550 | |
| *3089905 | BAYOU POINTE AU CHIE | 11 | $22.00 | 12/16/10 | 550 | |
| *3090005 | LAKE FELICITY | 21 | $42.00 | 12/16/10 | 550 | |
| *3090105 | A BAYOU NORTH LAKE F | 2 | $4.00 | 12/16/10 | 550 | |
| *3090205 | GRAND BAYOU BLUE | 75 | $150.00 | 12/16/10 | 550 | |
| *3090305 | A BAYOU EAST OF BAYO | 7 | $14.00 | 12/16/10 | 550 | |
| *3090405 | A BAYOU EAST OF BAYO | 18 | $36.00 | 12/16/10 | 550 | |
| *3090505 | BAYOU BARRE | 17 | $34.00 | 12/16/10 | 550 | |
| *3090605 | BAYOU ST JEAN CHARLE | 20 | $40.00 | 12/16/10 | 550 | |
| *3090705 | BAYOU DUFRENE | 14 | $28.00 | 12/16/10 | 550 | |
| *3175806 | LITTLE GRAND BAY AND | 135 | $270.00 | 12/16/10 | 550 | |
| *3175906 | BAY COURANT | 33 | $66.00 | 12/16/10 | 550 | |
| *3176106 | A SMALL BAYOU NORTH | 28 | $56.00 | 12/16/10 | 550 | |
| *3176206 | LAKE FELICITY | 64 | $128.00 | 12/16/10 | 550 | |
| *3176306 | BAYOU L'EAU DOUCE | 2 | $4.00 | 12/16/10 | 550 | |
| *3176406 | TWO BAYS AND A BAYOU | 23 | $46.00 | 12/16/10 | 550 | |
| *3347508 | BAY BAPTISTE | 18 | $36.00 | 12/16/10 | 550 | |
| *34887 | A BAY AND BAYOU NORT | 8 | $16.00 | 12/16/10 | CASH | 20100521 |
| *34888 | BAY OF BAYOU GUILLAU | 8 | $16.00 | 12/16/10 | CASH | 20100522 |
| *35399 | A BAY AND BAYOU NORT | 4 | $8.00 | 12/16/10 | 550 | |
| *35400 | LAKE CHIEN | 29 | $58.00 | 12/16/10 | 550 | |
| *35401 | BAYOU MARTEAU | 16 | $32.00 | 12/16/10 | 550 | |

Total Acres = 795
Total Fee = $1590.00
Paid to Date = $1590.00

***Paid Today = $1590.00

Owner ID No: 3098



**Robert Barham**
SECRETARY

# State of Louisiana
DEPARTMENT OF WILDLIFE & FISHERIES
SURVEY SECTION
2021 LAKESHORE DR. SUITE 400
NEW ORLEANS LA 70122
(504) 284-5279

## - ACCOUNT STATEMENT -
December 1, 2010

Bobby Jindal
GOVERNOR

RECEIVED DEC 2 2010 BY:

| Vendor Number | 60147 |
| --- | --- |
| Amount | $1558.00 |
| G/L Account | 6357 |
| Cost Center | |
| Property | ALMSUCCH |
| Department | |
| Other | Daniel P. |
| WBS Element | |
| O&G AFE | |
| Fixed Asset | |
| Text | |
| Approval | Date 12/2 |

APACHE LOUISIANA MINERALS, INC.
TIM ALLEN
P.O. BOX 206
HOUMA, LA 70361-0206

Dear Leaseholder:

According to the records of this Department, the annual rental for the year 2011 is due on or before January 1, 2011 for the following lease(s):

| Lease No: | Description | Lease Year | Acres | Cost |
| --- | --- | --- | --- | --- |
| 2687098 | A BAYOU EAST OF BAYOU BOUILLON AND WEST | 13 | 4 | $8.00 |
| 2687198 | LITTLE COURANT BAYOU | 13 | 48 | $96.00 |
| 2735399 | A BAY SOUTHEAST OF BAY BAPTISTE AND WEST | 12 | 7 | $14.00 |
| 2925803 | BAY BAPTISTE AND A BAYOU SOUTH OF BAY | 8 | 9 | $18.00 |
| 3089005 | LACROIX BAY | 6 | 6 | $12.00 |
| 3089105 | GRAND BAYOU BLUE | 6 | 46 | $92.00 |
| 3089205 | BAYOU GUILLAUME | 6 | 19 | $38.00 |
| 3089305 | BAYOU DE LA VALLE | 6 | 14 | $28.00 |
| 3089405 | BAYOU GUILLAUME | 6 | 2 | $4.00 |
| 3089505 | BAYOU DE LA VALLE | 6 | 5 | $10.00 |
| 3089605 | BAYOU SEVIN | 6 | 36 | $72.00 |
| 3089705 | BAYOU JEAN LACROIX | 6 | 32 | $64.00 |
| 3089805 | A BAYOU BETWEEN LAKE BILLIOT AND BAYOU | 6 | 14 | $28.00 |
| 3089905 | BAYOU POINTE AU CHIEN | 6 | 11 | $22.00 |
| 3090005 | LAKE FELICITY | 6 | 21 | $42.00 |
| 3090105 | A BAYOU NORTH LAKE FELICITY | 6 | 2 | $4.00 |
| 3090205 | GRAND BAYOU BLUE | 6 | 75 | $150.00 |
| 3090305 | A BAYOU EAST OF BAYOU JEAN LACROIX AND | 6 | 7 | $14.00 |
| 3090405 | A BAYOU EAST OF BAYOU LEBLANC | 6 | 18 | $36.00 |
| 3090505 | BAYOU BARRE | 6 | 17 | $34.00 |
| 3090605 | BAYOU ST JEAN CHARLES | 6 | 20 | $40.00 |
| 3090705 | BAYOU DUFRENE | 6 | 14 | $28.00 |
| 3175806 | LITTLE GRAND BAY AND A BAYOU EAST OF | 5 | 135 | $270.00 |
| 3175906 | BAY COURANT | 5 | 33 | $66.00 |

*- Listing continues on next Page -*

An Equal Opportunity Employer

Owner ID No: 3098

| Lease No: | Description | Lease Year | Acres | Cost |
|---|---|---|---|---|
| 3176106 | A SMALL BAYOU NORTH OF BAYOU LIVAUDAIS | 5 | 28 | $56.00 |
| 3176206 | LAKE FELICITY | 5 | 64 | $128.00 |
| 3176306 | BAYOU L'EAU DOUCE | 5 | 2 | $4.00 |
| 3176406 | TWO BAYS AND A BAYOU WEST OF BAYOU | 5 | 23 | $46.00 |
| 3347508 | BAY BAPTISTE | 3 | 18 | $36.00 |
| 35399 | A BAY AND BAYOU NORTHEAST OF BAYOU | 14 | 4 | $8.00 |
| 35400 | LAKE CHIEN | 14 | 29 | $58.00 |
| 35401 | BAYOU MARTEAU | 14 | 16 | $32.00 |

**Total Amount Due:** **$1,558.00**

Unless payment is made, on or before sixty days after the end of the 2011 Regular Session of the Louisiana Legislature, the said contract of lease shall at once, and with out demand or putting in default, terminate and be cancelled upon the books of this Department, with penalty of forfeiture by you of all the works, improvements and betterments of the said leased water bottoms, the whole in accordance with law.

Yours truly,
Robert Barham
Secretary

An Equal Opportunity Employer