**CASTEX ENERGY, INC.**  333 N SAM HOUSTON PKWY, SUITE 1060  (281) 447-8601 TEL
HOUSTON, TEXAS 77060  (281) 447-1009 FAX

November 12, 2003



Louisiana Department of Wildlife & Fisheries
Oyster Lease Survey Section
1600 Canal Street, Suite 300
New Orleans, LA 70112
ATTN: Mr. Raymond Impastato, Chief Surveyor

           RE: Assignment of Oyster Leases
               Terrebonne and Lafourche Parishes, LA
               From Castex Energy 1995 L.P. to
               Apache Louisiana Minerals, Inc.

Dear Mr. Impastato:

    Pursuant to cash sale dated effective December 1, 2002, whereby Castex Energy, Inc. sold all assets and interests of Castex LaTerre, Inc. to Apache Corporation. This sale included the oyster lease holdings held by Castex as per the attached sheet. We are requesting that you transfer the ownership records of all oyster leases (35) that are in the name of Castex Energy 1995, L.P. into the name of Apache Louisiana Minerals, Inc., a subsidiary of Apache Corporation, PO Box 206, Houma, LA 70361, c/o John Woodard, General Manager.

    Enclosed is a check in the amount of $350.00 to cover the transfer fees.

    Also enclosed, please find a copy of: 1) the State of Louisiana Certificate stating that Apache is qualified to do business in the State of Louisiana; 2) Resolutions appointing John W. Woodard as Special Attorney-In-Fact to execute documents on behalf of Apache Corporation.

    Please advise if you have any questions, or need additional information regarding the subject transfers.

                        Sincerely,
                        CASTEX ENERGY, INC.

                        John R. Stoika, President

Accepted this 12th day of November 2003
Apache Louisiana Minerals, Inc.

_____
John W. Woodard, General Manager

JRS:jpn
Oyster Lease Ownership Transfer.doc

Enclosures

## APACHE LOUISIANA MINERALS, INC.
## POWER OF ATTORNEY

Apache Louisiana Minerals, Inc. ("Apache Louisiana Minerals"), a Delaware corporation, with offices at 2000 Post Oak Blvd., Suite 100, Houston, Texas 77056-4400, nominates, constitutes and appoints **John W. Woodard** as its true and lawful attorney in fact. The attorney in fact is authorized from time to time to execute and deliver, in the name of Apache Louisiana Minerals the following documents and instruments and any amendments or revisions thereto, in connection with the use of the surface lands owned by Apache Louisiana Minerals and located in the State of Louisiana, up to, but not exceeding, a monetary value of $50,000:

(1)   fishing leases;

(2)   hunting leases;

(3)   rights of entry;

(4)   rights of way;

(5)   surface leases; and

(6)   such other documents and instruments as may be needed to effectuate any of the above.

Any act, representation, or thing lawfully done by the attorney in fact shall be binding on Apache Louisiana Minerals, in its corporate capacity, and in its capacity as general partner or managing partner of any other entity or affiliate, its successors and assigns. Execution of this power of attorney shall automatically revoke and terminate, without further act or notice, any other valid and existing power of attorney granted by Apache Louisiana Minerals to the attorney in fact named herein. The power of attorney granted herein shall continue in full force until revoked by Apache Louisiana Minerals and shall have the same force and effect as though special authority was granted to the attorney in fact to do each act and to execute each document or instrument separately. If the attorney in fact ceases to be an employee of Apache Corporation, a Delaware corporation with offices at the same address as set forth above for Apache Louisiana Minerals, this power of attorney shall be automatically revoked and terminated without further act or notice.

Executed this 8th day of September 2003.

ATTEST:

_____
Cheri L. Peper
Corporate Secretary

APACHE LOUISIANA MINERALS, INC.

_____
Jon A. Jeppesen
Senior Vice President

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

The foregoing instrument was acknowledged before me this 8th day of September 2003 by Jon A. Jeppesen, Senior Vice President, Apache Louisiana Minerals, Inc. Witness my hand and official seal.

MELINDA JENKINS
Notary Public, State of Texas
My Commission Expires July 28, 2004

_____
Notary Public in and for
the State of Texas

J:\SHARED\CorpSec\POA\0 - US Subs (other than Apache)\Woodard.APLouisianaMinerals.090803.doc

## APACHE LOUISIANA MINERALS, INC.
## CERTIFICATE

I, Cheri L. Peper, Corporate Secretary of Apache Louisiana Minerals, Inc. ("Apache Louisiana Minerals"), a Delaware corporation, do hereby certify on behalf of Apache Louisiana Minerals as follows:

- That attached hereto is a true and correct copy of a certificate evidencing the good standing of Apache Louisiana Minerals issued by the Secretary of State of the State of Louisiana on November 14, 2003.

**IN WITNESS WHEREOF,** I have signed this Certificate and affixed hereto the corporate seal of Apache Louisiana Minerals, effective for all purposes, this 17th day of November 2003.

[SEAL]

_____
Cheri L. Peper
Corporate Secretary


STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

The foregoing instrument was acknowledged before me this 17th day of November 2003 by Cheri L. Peper, Corporate Secretary of Apache Louisiana Minerals, Inc., a Delaware corporation.

Witness my hand and official seal.

[SEAL]
VERNA McCARTY
Notary Public, State of Texas
Commission Expires
APRIL 25, 2006

_____
Notary Public in and for the State of Texas



# Fox McKeithen
### SECRETARY OF STATE

As Secretary of State, of the State of Louisiana, I do hereby Certify that

APACHE LOUISIANA MINERALS, INC.

A DELAWARE corporation domiciled at WILMINGTON,

Filed charter and qualified to do business in this State on January 23, 2003,

I further certify that the records of this Office indicate the corporation has paid all fees due the Secretary of State, and so far as the Office of the Secretary of State is concerned is in good standing and is authorized to do business in this State.

I further certify that this Certificate is not intended to reflect the financial condition of this corporation since this information is not available from the records of this Office.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

November 14, 2003



MBE 35413906F

*Secretary of State*

CURRENT OYSTER LEASE LISTING

| OLD WTR | FINA FILE NUMBER | OLD FILE | AC | LSE NAME(S) | AREA | OYS LEASE | REMARKS |
|---|---|---|---|---|---|---|---|
| 101 | 09RPLA0680-037 | 1372 | 19 | APACHE LA MINERALS | LIRETTE | 30892 | |
| 102 | 09RPLA0680-038 | 1373 | 2 | APACHE LA MINERALS | LIRETTE | 30894 | |
| 110 | 09RPLA0680-047 | 1374 | 8 | APACHE LA MINERALS | LIRETTE | 34887 | |
| 111 | 09RPLA0634-026 | 1375 | 4 | APACHE LA MINERALS | LIRETTE | 2687098 | |
| 112 | 09RPLA0680-035 | 1376 | 8 | APACHE LA MINERALS | LIRETTE | 34888 | |
| 113 | 09RPLA0680-060 | 1377 | 4 | APACHE LA MINERALS | LIRETTE | 35399 | |
| 114 | 09RPLA0680-036 | 1378 | 16 | APACHE LA MINERALS | LIRETTE | 35401 | |
| 115 | 09RPLA0744-044 | 1379 | 48 | APACHE LA MINERALS | G MEADOW | 2687198 | |
| 116 | 09RPLA0634-015 | 1380 | 7 | APACHE LA MINERALS | LIRETTE | 2735399 | |
| 117 | 09RPLA0634-016 | 1381 | 9 | APACHE LA MINERALS | LIRETTE | 29258 | |
| 118 | 09RPLA0661-037 | 1382 | 72 | APACHE LA MINERALS | RACCOURCI | 30159 | |
| 122 | 09RPLA0638-006 | 1383 | 64 | APACHE LA MINERALS | L CHIEN | 31762 | |
| 123 | 09RPLA0638-005 | 1384 | 29 | APACHE LA MINERALS | L CHIEN | 35400 | |
| 124 | 09RPLA0752-003 | 1385 | 135 | APACHE LA MINERALS | G MEADOW | 31758 | |
| 125 | 09RPLA0752-004 | 1386 | 33 | APACHE LA MINERALS | G MEADOW | 31759 | |
| 127 | 09RPLA0680-039 | 1387 | 2 | APACHE LA MINERALS | LIRETTE | 31763 | |
| 128 | 09RPLA0634-027 | 1388 | 23 | APACHE LA MINERALS | LIRETTE | 31764 | |
| 132 | 09RPLA0680-048 | 1389 | 28 | APACHE LA MINERALS | LIRETTE | 31761 | |
| 134 | 09RPLA0634-014 | 1390 | 14 | APACHE LA MINERALS | LIRETTE | 33475 | |
| 82 | 09RPLA0680-059 | 1356 | 14 | APACHE LA MINERALS | LIRETTE | 30907 | |
| 83 | 09RPLA0680-055 | 1357 | 20 | APACHE LA MINERALS | LIRETTE | 30906 | |
| 84 | 09RPLA0634-022 | 1358 | 17 | APACHE LA MINERALS | LIRETTE | 30905 | |
| 85 | 09RPLA0638-032 | 1359 | 18 | APACHE LA MINERALS | L CHIEN | 30904 | |
| 86 | 09RPLA0715-006 | 1360 | 7 | APACHE LA MINERALS | L CHIEN | 30903 | |
| 87 | 09RPLA0715-011 | 1361 | 32 | APACHE LA MINERALS | L CHIEN | 30897 | |
| 88 | 09RPLA0715-012 | 1362 | 14 | APACHE LA MINERALS | L CHIEN | 30898 | |
| 89 | 09RPLA0715-007 | 1363 | 11 | APACHE LA MINERALS | L CHIEN | 30899 | |
| 90 | 09RPLA0771-012 | 1364 | 6 | APACHE LA MINERALS | G MEADOW | 30890 | |
| 91 | 09RPLA0715-017 | 1365 | 21 | APACHE LA MINERALS | L CHIEN | 30900 | |
| 92 | 09RPLA0715-013 | 1366 | 2 | APACHE LA MINERALS | L CHIEN | 30901 | |
| 93 | 09RPLA0752-007 | 1367 | 75 | APACHE LA MINERALS | G MEADOW | 30902 | |
| 94 | 09RPLA0744-033 | 1368 | 5 | APACHE LA MINERALS | G MEADOW | 30895 | |
| 95 | 09RPLA0744-034 | 1369 | 14 | APACHE LA MINERALS | G MEADOW | 30893 | |
| 96 | 09RPLA0752-010 | 1370 | 36 | APACHE LA MINERALS | G MEADOW | 30896 | |
| 97 | 09RPLA0771-001 | 1371 | 46 | APACHE LA MINERALS | G MEADOW | 30891 | |
| SUB | 09RPLA0680-061 | 1918 | | HARRY DARDAR, SR. | | ALL | SURREND |

INFORMATION NEEDED PRIOR TO JANUARY 1, 1988,
PLEASE REFER TO CORRESPONDING SURRENDERED WTR FILE.

CASTEX OYSTER LEASE LISTING.doc