1078954

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISHES OF TERREBONNE | § |
| & LAFOURCHE | § |

## ASSIGNMENT

BE IT KNOWN, that on the dates set forth below, but effective for all purposes as of the 1st day of June, 2000,

BEFORE ME, the undersigned Notary Public, in and for the County and State set forth below, duly commissioned and qualified, and in the presence of the undersigned competent witnesses,

PERSONALLY CAME AND APPEARED:

FINA LATERRE, INC., a Delaware corporation, (hereinafter referred to as "Assignor"), and having a mailing address of 14950 Heathrow Forest Parkway, Suite 300, Houston, Texas 77032, and a federal employer identification number of 74-1665473, represented herein by its undersigned Vice President, and

who declared and said as follows:

For the price and consideration, and on the terms and conditions hereinafter expressed, Assignor does by this act, grant, bargain, sell, convey, transfer, assign, set over and deliver, without any warranties as to title, unto:

Castex Energy 1995, L.P., a Texas limited partnership, represented herein by its general partner, Castex Energy, Inc., whose mailing address is 333 North Sam Houston Parkway East, Suite 1060, Houston, Texas 77060 and whose federal employer identification number is 76-0488636 (hereinafter referred to as "Assignee"),

accepting and purchasing for itself, its successors and assigns, and acknowledging delivery and possession thereof, the property described on Exhibit "A" hereto, together with all rights, ways, privileges, and appurtenances thereunto belonging or in anywise appertaining (the "Property").

TO HAVE AND TO HOLD, the Property unto the Assignee, its successors and assigns.

THIS ASSIGNMENT IS MADE AND ACCEPTED for and in consideration of the price and sum of $1000 and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged.

This assignment is made and accepted without any warranty of title whatsoever, even for the return of the purchase price, but the Assignor does hereby transfer unto the Assignee all and

339

singular the rights and actions of warranty to which the said Assignor is or may be entitled, against any and all former owners and proprietors of the Property, hereby subrogating the Assignee to all the rights and actions, to be by himself enjoyed and exercised in the same manner as they might have been by the said Assignor.

Assignor makes no representation or warranty, express or implied, as to the suitability of the Property or as to the physical condition thereof for any purpose whatsoever. ASSIGNOR CONVEYS TO ASSIGNEE, ALL RIGHT, TITLE AND INTEREST OF ASSIGNOR IN AND TO THE PROPERTY WITHOUT ANY WARRANTY OR RECOURSE WHATSOEVER, THE SOLE PERIL AND RISK OF EVICTION BEING ASSUMED BY ASSIGNEE, BUT WITH FULL SUBSTITUTION AND SUBROGATION IN AND TO ALL THE RIGHTS AND ACTIONS OF WARRANTY WHICH ASSIGNOR HAS OR MAY HAVE AGAINST ALL PRECEDING OWNERS OR VENDORS; IT BEING UNDERSTOOD THAT THE ASSIGNEE TAKES THE PROPERTY "AS IS" AND "WHERE IS", ASSIGNEE HEREBY ACKNOWLEDGING RELIANCE SOLELY ON HIS OWN TITLE EXAMINATION AND INSPECTION OF THE PROPERTY, AND NOT ON ANY WARRANTIES OR REPRESENTATIONS FROM ASSIGNOR OR ANY PRIOR OWNERS OF THE PROPERTY. ASSIGNEE ACKNOWLEDGES THAT ASSIGNOR HAS MADE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE PROPERTY AND THAT ASSIGNEE IS NOT RELYING ON THE ACCURACY OF ANY INFORMATION OR DOCUMENTS PREVIOUSLY FURNISHED TO ASSIGNEE BY ASSIGNOR OR ANY PRIOR OWNERS OF THE PROPERTY. ASSIGNEE FURTHER ACKNOWLEDGES THAT ALTHOUGH ASSIGNOR MAY KNOW OR HAVE REASON TO KNOW OF THE PARTICULAR USE ASSIGNEE INTENDS FOR THE PROPERTY, OR ASSIGNEE'S PARTICULAR PURPOSE FOR BUYING THE PROPERTY, ASSIGNEE IS NOT RELYING ON ASSIGNOR'S SKILL OR JUDGMENT IN SELECTING THE PROPERTY. ACCORDINGLY, ASSIGNOR MAKES NO WARRANTY OR REPRESENTATION THAT THE PROPERTY IS FIT FOR ASSIGNEE'S INTENDED USE OR HIS PARTICULAR PURPOSE AND ASSIGNEE WAIVES ANY SUCH WARRANTY TO WHICH IT MAY BE ENTITLED UNDER LOUISIANA CIVIL CODE ARTICLE 2524, AND ASSIGNEE FURTHER WAIVES ANY WARRANTY TO WHICH IT MIGHT BE ENTITLED UNDER SAID ARTICLE 2524 THAT THE PROPERTY BE REASONABLY FIT FOR ITS ORDINARY USE. ALL OTHER IMPLIED WARRANTIES WITH RESPECT TO THE PROPERTY, INCLUDING THOSE RELATED TO ASSIGNEE'S PEACEABLE POSSESSION OF THE PROPERTY, THE MERCHANTABILITY THEREOF, HIDDEN DEFECTS THEREIN OR THE FITNESS THEREOF FOR A PARTICULAR PURPOSE, ARE HEREBY DISCLAIMED BY ASSIGNOR AND EXPRESSLY WAIVED BY ASSIGNEE. ASSIGNEE SHALL HAVE NO RIGHT OR CAUSE OF ACTION AGAINST ASSIGNOR TO ASSERT IN ANY CONTROVERSY, CLAIM, DEMAND OR LITIGATION ARISING FROM OR IN CONNECTION WITH THE PROPERTY. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ASSIGNOR DOES NOT WARRANT THAT THE PROPERTY IS FREE FROM HIDDEN, REDHIBITORY OR LATENT DEFECTS OR VICES OR THAT THE PROPERTY IS FIT FOR THE USE INTENDED BY ASSIGNEE, AND ASSIGNEE HEREBY EXPRESSLY WAIVES (i) ALL RIGHTS IN REDHIBITION PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2520, ET SEQ., (ii) THE WARRANTIES OF OWNERSHIP AND PEACEABLE POSSESSION OF THE PROPERTY, (iii) THE WARRANTIES AGAINST HIDDEN OR REDHIBITORY DEFECTS IN THE PROPERTY, AND (iv) THE WARRANTY THAT THE

PROPERTY IS FIT FOR ITS INTENDED USE, EACH OF WHICH WOULD OTHERWISE BE IMPOSED UPON ASSIGNOR BY LOUISIANA CIVIL CODE ARTICLE 2475, ASSIGNEE HEREBY RELEASES ASSIGNOR FROM ANY LIABILITY FOR HIDDEN, REDHIBITORY OR LATENT DEFECTS OR VICES UNDER LOUISIANA CIVIL CODE ARTICLE 2520 THROUGH 2549.  ASSIGNOR ALSO HEREBY DISCLAIMS AND ASSIGNEE HEREBY WAIVES THE WARRANTY AGAINST EVICTION AND AGAINST NON-DECLARED ENCUMBRANCES UNDER LOUISIANA CIVIL CODE ARTICLE 2500, ASSIGNEE AGAIN ACKNOWLEDGING THAT IT IS PURCHASING THE PROPERTY BASED UPON ITS OWN TITLE EXAMINATION AND AT HIS OWN PERIL AND RISK. ASSIGNEE WAIVES ANY RIGHT ASSIGNEE MAY HAVE TO A RETURN OF THE PURCHASE PRICE FOR REASON UNDER THE LOUISIANA CIVIL CODE.  ASSIGNEE SHALL HAVE NO RIGHT OR CAUSE OF ACTION AGAINST ASSIGNOR TO ASSERT IN ANY CONTROVERSY, CLAIM, DEMAND OR LITIGATION ARISING FROM OR IN CONNECTION WITH THE PROPERTIES OR ANY SUCH WARRANTY OR WARRANTIES.  ASSIGNEE HEREBY RELEASES ASSIGNOR FROM ANY CLAIMS, DEMANDS, LIABILITIES, COSTS OR SUITS UNDER OR PURSUANT TO 42 U.S.C. § 9601, ET SEQ., 49 U.S.C. § 5102, ET SEQ., 42 U.S.C. § 6901, ET SEQ., AND LA.R.S. 30:2001, ET SEQ. LA.R.S. 30, CHAPTER 1 TOGETHER WITH ANY AND ALL CLAIMS, DEMANDS, SUITS OR LITIGATION UNDER ANY OTHER APPLICABLE LAWS, STATUTES, RULES OR REGULATIONS, AS THE SAME MAY FROM TIME TO TIME BE AMENDED, RELATING TO ANY CONTAMINATION ON, IN OR UNDER THE PROPERTY, AND ALL OTHER ENVIRONMENTAL OR HAZARDOUS SUBSTANCES LIABILITIES OF WHATSOEVER KIND OR NATURE, INCLUDING WITHOUT LIMITATION (a) ALL FORESEEABLE AND UNFORESEEABLE DAMAGES OF ANY KIND OR NATURE AND (b) THE COSTS OF ANY REQUIRED OR NECESSARY INVESTIGATION, STUDY, REPAIR, CLEAN-UP DETOXIFICATION, UNDER ANY OTHER STATUTE, REGULATION, ORDINANCE OR DECREE.  ASSIGNEE AGREES TO COMPLY WITH ALL SUCH STATUTES, REGULATIONS ORDINANCES, ORDERS AND DECREES IN SUCH A MANNER THAT NO LIABILITY OR CLAIMS WILL BE ASSERTED AGAINST ASSIGNOR.

This assignment is made subject to that certain Purchase and Sale Agreement by and between Fina Oil and Chemical Company and Castex Energy 1995, L.P. dated July 6, 2000 (the "Agreement")

This Assignment may be executed in counterparts, and Assignor and Assignee may execute different counterparts, but all counterparts together shall constitute a single instrument.

341

THUS DONE AND PASSED, in my presence on the 30th day of August, 2000, but effective for all purposes as of the date first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said Assignor, and me, Notary, after reading of the whole.

WITNESSES:

ASSIGNOR:
FINA LATERRE, INC.

By: _____
E. A. Nash
Vice President

JOY W. PHILLIPS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 31, 2004

NOTARY PUBLIC
STATE OF TEXAS
COUNTY OF HARRIS
MY COMMISSION EXPIRES: 7/31/04

THUS DONE AND PASSED, in my presence on the 30th day of Auguast, 2000, but effective for all purposes as of the date first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said Assignee, and me, Notary, after reading of the whole.

WITNESSES:

ASSIGNEE:
CASTEX ENERGY 1995, L.P.
BY CASTEX ENERGY, INC.,
GENERAL PARTNER

By: _____
John R. Stoika
President

JOY W. PHILLIPS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 31, 2004

NOTARY PUBLIC
STATE OF TEXAS
COUNTY OF HARRIS
MY COMMISSION EXPIRES: 7/31/04

343

**EXHIBIT "A"**

ATTACHED TO AND MADE A PART OF THAT CERTAIN ASSIGNMENT BY AND BETWEEN FINA LATERRE INC. AND CASTEX ENERGY 1995, L.P. DATED EFFECTIVE JUNE 1, 2000

| LSE NO | TYPE | LESSOR | LESSEE | DATE | PARISH | BOOK | PAGE/ENTRY |
|---|---|---|---|---|---|---|---|
| 09RPLA0634-014 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-33475 | FINA LATERRE INC. | 01/01/1993 | TERREBONNE | 1307 | Entry 028999 |
| 09RPLA0634-015 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-27353-99 | FINA LATERRE INC. | 01/28/1999 | TERREBONNE | 1643 | Entry 1043234 |
| 09RPLA0634-016 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-29258 | FINA LATERRE INC. | 12/28/1987 | TERREBONNE | | Entry 829162 |
| 09RPLA0634-022 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30905 | FINA LATERRE INC. | 01/01/1990 | TERREBONNE | | Entry 878114 |
| 09RPLA0634-026 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-26870-99 | FINA LATERRE INC. | 01/21/1998 | TERREBONNE | 1637 | Entry 1039471 |
| 09RPLA0634-027 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31764 | FINA LATERRE INC. | 01/17/1991 | TERREBONNE | 1323 | Entry 899847 |
| 09RPLA0638-005 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-35400 | FINA LATERRE INC. | 02/01/1997 | TERREBONNE | 1559 | Entry 999208 |
| 09RPLA0638-006 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31762 | FINA LATERRE INC. | 01/17/1991 | TERREBONNE | 1323 | Entry 899850 |
| 09RPLA0638-032 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30904 | FINA LATERRE INC. | 01/01/1990 | TERREBONNE | 1271 | Entry 878115 |
| 09RPLA0661-037 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30159 | FINA LATERRE INC. | 05/17/1989 | TERREBONNE | 1224 | Entry 860257 |
| 09RPLA0680-035 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-34888 | FINA LATERRE INC. | 04/15/1996 | TERREBONNE | 1559 | Entry 999206 |
| 09RPLA0680-036 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-35401 | FINA LATERRE INC. | 01/01/1997 | TERREBONNE | 1559 | Entry 999209 |
| 09RPLA0680-037 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30892 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1241 | Entry 878123 |
| 09RPLA0680-038 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30894 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878113 |
| 09RPLA0680-039 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31763 | FINA LATERRE INC. | 01/17/1991 | TERREBONNE | 1323 | Entry 899849 |
| 09RPLA0680-047 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-34887 | FINA LATERRE INC. | 04/15/1996 | TERREBONNE | 1559 | Entry 999205 |
| 09RPLA0680-048 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31761 | FINA LATERRE INC. | 01/17/1991 | TERREBONNE | 1323 | Entry 899848 |
| 09RPLA0680-055 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30906 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878117 |
| 09RPLA0680-059 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30907 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878118 |
| 09RPLA0680-060 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-35399 | FINA LATERRE INC. | 01/01/1997 | TERREBONNE | 1559 | Entry 999207 |
| 09RPLA0715-006 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30903 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878116 |
| 09RPLA0715-007 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30899 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878124 |
| 09RPLA0715-011 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30897 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878122 |
| 09RPLA0715-012 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30898 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878121 |
| 09RPLA0715-013 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30901 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878119 |
| 09RPLA0715-017 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30900 | FINA LATERRE INC. | 04/23/1990 | TERREBONNE | 1271 | Entry 878120 |
| 09RPLA0744-033 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30895 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | 1107 | Folio 8 |
| 09RPLA0744-034 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30893 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | 1107 | Folio 14 |
| 09RPLA0744-044 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-26871-89 | FINA LATERRE INC. | 01/21/1998 | TERREBONNE | 1637 | Entry 1039472 |
| 09RPLA0752-003 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31758 | FINA LATERRE INC. | 01/17/1991 | LAFOURCHE | | Entry 738782 |
| 09RPLA0752-004 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-31759 | FINA LATERRE INC. | 01/17/1991 | LAFOURCHE | 1145 | Folio 394 |
| 09RPLA0762-007 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30902 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | 1107 | Folio 10 |
| 09RPLA0752-010 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30896 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | 1107 | Folio 6 |
| 09RPLA0771-001 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30891 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | | Entry 739632 |
| 09RPLA0771-012 | OYSTER LEASE | LA DEPT. OF WILDLIFE & FISHERIES OYS-30890 | FINA LATERRE INC. | 04/23/1990 | LAFOURCHE | 1107 | Folio 12 |

344

*[signature]*
DEPUTY CLERK OF COURT

STATE OF LOUISIANA
PARISH OF TERREBONNE

I HEREBY CERTIFY that the within and foregoing is a true copy of the original on file in this office and recorded Sept. 6, 2000 at 1:01 o'clock P.M., in Conveyance Book No. 1704, folio 339, et seq. Under Entry No. 1028454.

Office of Clerk of Court, and Recorder, Houma, Louisiana  12-11-2000

*[signature]*
Deputy Clerk of Court