# CLAIMANT NAME

Apache Louisiana Minerals LLC

**DWH#** | 1 | 0 | 0 | 1 | 7 | 6 | 9 | 6 | 0 |

**GCCF#** | | | | | | | | |

**SSN/EIN** | | | | | | | | | |

# Peggy Arnold

| | |
|---|---|
| **From:** | Stan Duval <stan@duvallawfirm.com> |
| **Sent:** | Friday, May 23, 2014 3:28 PM |
| **To:** | DeepwaterHorizonReleaseSupport |
| **Subject:** | RE: Address Confirmation - Deepwater Horizon Economic & Property Damage Settlement |

Lyria, you can call me at the below number. My extension is 222. If I am not at the office, you can reach me on my cell 985-855-2812

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA    70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com
```



CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.

**From:** DeepwaterHorizonReleaseSupport [mailto:deepwaterhorizonreleasesupport@deepwaterhorizoneconomicsettlement.com]
**Sent:** Friday, May 23, 2014 2:56 PM
**To:** Stan Duval
**Cc:** DeepwaterHorizonReleaseSupport
**Subject:** Address Confirmation - Deepwater Horizon Economic & Property Damage Settlement

Dear Attorney Duval:

I am writing on behalf of the Deepwater Horizon Economic and Property Damages Settlement Program to confirm the mailing address of your client, Apache Louisiana Minerals LLC (Claimant ID 100176960).

I am available Monday through Friday from 9:00 a.m. to 5:00 p.m. Central time.

Please advise when the most convenient time to speak with you would be. If there is another member of your staff with whom you would prefer I work with, please provide contact information.

Thank you,

Lyria D.
Release Advocacy
Deepwater Horizon Claims Center
Economic & Property Damage Claims

Toll Free Telephone Number: 1 (855) 284-2002
Fax Number: 1 (888) 433-2194
Email Address: DeepwaterHorizonReleaseSupport@DeepwaterHorizonEconomicSettlement.com

---

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.