

# POST-APPEAL ELIGIBILITY NOTICE

### DATE OF NOTICE: June 6, 2014

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174578 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |
| **Parcel Address** | Street | | Parish/County<br>Plaquemines |
| | City | State<br>LA | Zip Code |
| **Property Tax Assessment ID** | 1524500 | **Parcel ID** | 1524500 |

## II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. You or BP appealed the Compensation Amount initially offered after we reviewed your claim. The Appeal process is complete and the Post-Appeal Compensation Amount in Row 1 below is the Settlement Program's final decision on your claim. The following provides a breakdown of the factors relevant to your payment.

| | | |
|---|---|---|
| **1.** | Post-Appeal Compensation Amount: | $0.00 |
| **2.** | **5% Review Cost:** If you prevailed on your Appeal you will receive a 5% increase in the Post-Appeal Compensation Amount. | $0.00 |
| **3.** | **Filing Fee Adjustment:** This amount is the 5% reduction in the pre-RTP Compensation Amount that you agreed to pay if you did not prevail in the appeal. If you did not prevail and this amount is zero, you have already paid your filling fee and your pre-RTP Compensation Amount will not be reduced. | $0.00 |
| **4.** | Risk Transfer Premium Multiplier: | 0.00 |
| **5.** | **Risk Transfer Premium Amount:** This amount is your Post- Appeal Compensation Amount multiplied by the Risk Transfer Premium Multiplier. This amount will be added to your Post-Appeal Compensation Amount. | $0.00 |
| **6.** | **Total Compensation Amount:** This is the amount after your Claimant Period of Ownership and Percentage of Ownership are applied. | $0.00 |
| **7.** | 40% of Prior Transition Offer, if Applicable: | N/A |
| **8.** | **Filing Fee Refund:** This is the refund of the appeal filing fee if you paid. We will only refund this fee if you prevailed in the appeal. | $0.00 |
| **9.** | **Award Amount:** Higher of 40% Amount or Final Claimant Compensation, subject to any applicable liens. | $0.00 |

## III.  EXPLANATION OF AWARD AMOUNT

Your Post-Appeal Compensation Amount is zero or your prior Spill-Related payments from BP or the GCCF exceed your Post-Appeal Compensation Amount.  As a result, your Award Amount is zero and you will not receive a payment from the Settlement Program.

## IV.  DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor, or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process.  We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## V. THIRD PARTY CLAIMS/LIENS

If we receive a valid Third Party Claim or Lien against your payment before we begin the payment process, we are required to deduct from your Award Amount identified in Section II of this Notice the third party claim amount and any other deductions required by state or federal law or by any court order.  If your claim is subject to a third party claim, we will send you a Notice of Valid Third Party Claim to explain how it affects your current and/or future Award Amount(s).

## VII.  HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**.  If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## VIII.  HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a signed Release, you do not need to submit another Release to receive a payment on this claim.

| | |
|---|---|
| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

## IX. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice.  This chart summarizes the status of those claims as of the date of this Notice.  You will receive or have already received separate Notices for each additional claim.  You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

|     | Claim Type | Claim ID | Claim Status |
| --- | --- | --- | --- |
| 1.  | Wetlands Real Property | 174112 | Notice Issued After Appeal: Final Proposal Submitted |
| 2.  | Wetlands Real Property | 174117 | Notice Issued After Claims Review:  Claim Denied |
| 3.  | Wetlands Real Property | 174119 | Notice Issued After Claims Review:  Claim Denied |
| 4.  | Wetlands Real Property | 174122 | Notice Issued After Claims Review:  Claim Denied |
| 5.  | Wetlands Real Property | 174124 | Notice Issued After Claims Review:  Claim Denied |
| 6.  | Wetlands Real Property | 174126 | Notice Issued After Claims Review:  Claim Denied |
| 7.  | Wetlands Real Property | 174127 | Notice Issued After Claims Review:  Claim Denied |
| 8.  | Wetlands Real Property | 174176 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 9.  | Wetlands Real Property | 174189 | In Mapping Expert Review for Claim Zone Analysis |
| 10. | Wetlands Real Property | 174256 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 11. | Wetlands Real Property | 174292 | Notice Issued After Claims Review:  Claim Denied |
| 12. | Wetlands Real Property | 174293 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 13. | Wetlands Real Property | 174405 | Notice Issued After Appeal: Final Proposal Submitted |
| 14. | Wetlands Real Property | 174458 | In Claims Review |
| 15. | Wetlands Real Property | 174459 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 16. | Wetlands Real Property | 174465 | In Claims Review |
| 17. | Wetlands Real Property | 174467 | In Claims Review |
| 18. | Wetlands Real Property | 174468 | In Claims Review |

| | | | |
|---|---|---|---|
| 19. | Wetlands Real Property | 174473 | In Claims Review |
| 20. | Wetlands Real Property | 174476 | In Claims Review |
| 21. | Wetlands Real Property | 174480 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 22. | Wetlands Real Property | 174483 | In Claims Review |
| 23. | Wetlands Real Property | 174489 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 24. | Wetlands Real Property | 174491 | In Claims Review |
| 25. | Wetlands Real Property | 174503 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 26. | Wetlands Real Property | 174506 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 27. | Wetlands Real Property | 174510 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 28. | Wetlands Real Property | 174512 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 29. | Wetlands Real Property | 174516 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 30. | Wetlands Real Property | 174520 | Claim Payment Documentation Accepted |
| 31. | Wetlands Real Property | 174524 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 32. | Wetlands Real Property | 174526 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 33. | Wetlands Real Property | 174528 | Notice Issued After Appeal: Final Proposal Submitted |
| 34. | Wetlands Real Property | 174531 | Notice Issued After Claims Review: Claim Denied |
| 35. | Wetlands Real Property | 174534 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 36. | Wetlands Real Property | 174537 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 37. | Wetlands Real Property | 174542 | In Mapping Expert Review for Claim Zone Analysis |

| # | | | |
|---|---|---|---|
| 38. | Wetlands Real Property | 174545 | In Mapping Expert Review for Claim Zone Analysis |
| 39. | Wetlands Real Property | 174546 | Notice Issued After Claims Review: Claim Denied |
| 40. | Wetlands Real Property | 174550 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 41. | Wetlands Real Property | 174553 | Payment Received |
| 42. | Wetlands Real Property | 174555 | Payment Received |
| 43. | Wetlands Real Property | 174559 | Notice Issued After Appeal: Final Proposal Submitted |
| 44. | Wetlands Real Property | 174561 | Notice Issued After Appeal: Final Proposal Submitted |
| 45. | Wetlands Real Property | 174563 | In Claims Review |
| 46. | Wetlands Real Property | 174565 | Notice Issued After Appeal: Final Proposal Submitted |
| 47. | Wetlands Real Property | 174568 | Notice Issued After Appeal: Final Proposal Submitted |
| 48. | Wetlands Real Property | 174571 | In Claims Review |
| 49. | Wetlands Real Property | 174572 | In Mapping Expert Review for Claim Zone Analysis |
| 50. | Wetlands Real Property | 174576 | In Claims Review |
| 51. | Wetlands Real Property | 174577 | In Claims Review |
| 52. | Wetlands Real Property | 174581 | In Claims Review |
| 53. | Wetlands Real Property | 194965 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 54. | Wetlands Real Property | 220651 | In Claims Review |
| 55. | Seafood Compensation Program | 283742 | Claim Payment Documentation Accepted |
| 56. | Wetlands Real Property | 296059 | In Mapping Expert Review for Multiple Parcel Analysis |
| 57. | Wetlands Real Property | 296077 | In Mapping Expert Review for Multiple Parcel Analysis |
| 58. | Wetlands Real Property | 296081 | In Mapping Expert Review for Claim Zone Analysis |