Date: 06/30/2014  
Time: 2:45:47PM  

ROBERT R. "BOBBY" GRAVOLET, CLA  
PLAQUEMINES PARISH ASSESSOR  
P.O. Box 7129  
Belle Chasse, LA 70037-7129  

Page: 1

# 2014 PARCEL LISTING

**OWNER**  
BEATROUS, WILLIAM P DR  
150 BROADWAY ST  
APT 704  
NEW ORLEANS, LA 70118-

**PARCEL# 1049250**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1049250 | REAL ESTATE | 5 | | TSR |

**LOCATIONS- PARCEL#1049250**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| Alliance to W Pointe ala HaWU | | | 08 | 19S | 25E | | | |
| | | | 07 | 19S | 25E | | | |
| | | | 12 | 19S | 24E | | | |

**ITEMS- PARCEL#1049250**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 675 | | 6,750 | 168.60 | 0.00 |
| Item Totals | 675 | | 6,750 | 168.60 | 0.00 |

**LEGAL DESCRIPTION- PARCEL#1049250**

A PORTION OF LAND IN E PORTION OF SEC 8 T19S R25E (45 AC) & A PORTION OF SEC 7 FRONTING ON BAYOU BARATARIA (86 AC) IN T19S R25E & A PORTION OF SEC 12 FRONTING ON BAYOU ST DENNIS & BAYOU BARATARIA (37.60 AC) IN T19S R24E.

**DEEDS- PARCEL#1049250**

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Older Conveyence | | | 88 | 58 | 0.00 |
| Succ - Succession/Judg of Pos | 235 | 07/23/1984 | 595 | 990 | 0.00 |
| Quit - Quit Claim | | 04/19/2012 | 1268 | 722 | 0.00 |
| Misc | | 05/03/2012 | 1268 | 720 | 0.00 |

**OWNERSHIP INFORMATION**

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | BEATROUS, FRANK H | NO | 33.3330 | 0.0000 | |
| NO | BEATROUS, GRACE P | NO | 33.3330 | 0.0000 | |
| NO | BEATROUS, WILLIAM P DR | YES | 33.3330 | 100.0000 | |
| NO | UNKNOWN ET AL | NO | 0.0010 | 0.0000 | |
| | BEATROUS, HAZEL YARBROUGH REVOCABLE | | | | 05/03/2012 |
| | BEATROUS, HAZEL Y | | | | 04/19/2012 |
| | BEATROUS, FRANK T DR TO BEATROUS, F | | | | 07/23/1984 |

**USER DEFINED- PARCEL#1049250**

| Code | Value |
|---|---|
| Levee District | Westbank |

Attn: Armand Samuels

Date: 06/30/2014
Time: 2:49:17PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

# 2014 PARCEL LISTING



Page: 1

## OWNER
APACHE LOUISIANA MINERALS LLC
2000 POST OAK BLVD.
SUITE #100
HOUSTON, TX 77056-0000

## PARCEL# 1524650

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1524650 | REAL ESTATE | 5 | | TSR |

### LOCATIONS- PARCEL#1524650

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 15 | 18S | 25E | | | |
| | | | 15 | 18S | 25E | | | |
| | | | 15 | 18S | 25E | | | |
| | | | 15 | 18S | 25E | | | |
| | | | 17 | 18S | 25E | | | |
| | | | 17 | 18S | 25E | | | |
| | | | 17 | 18S | 25E | | | |
| | | | 17 | 18S | 25E | | | |

### ITEMS- PARCEL#1524650

| Description | | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|---|
| MARSH (BRACKISH) | | 2,115 | | 21,150 | 529.04 | 0.00 |
| | Item Totals | 2,115 | | 21,150 | 529.04 | 0.00 |

### LEGAL DESCRIPTION- PARCEL#1524650

NE/4, NW/4, SE/4 & SW/4 OF SEC 15 (328 AC). NE/4, NW/4, SE/4 & SW/4
OF SEC 17 (432 AC) ALL IN T18S R25E. LESS 230.96 AC SOLD OUT OF SEC
17 TO RECREATIONAL PLANNERS INC (NOW RIDGELAND PROPERTIES LLC) IN
360/132.

### DEEDS- PARCEL#1524650

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Older Conveyence | | | 0 | 0 | 0.00 |
| Older Conveyence | | | 0 | 0 | 0.00 |
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

### USER DEFINED- PARCEL#1524650

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014  
Time: 2:49:00PM

ROBERT R. "BOBBY" GRAVOLET, CLA  
PLAQUEMINES PARISH ASSESSOR  
P.O. Box 7129  
Belle Chasse, LA 70037-7129

# 2014 PARCEL LISTING

Page: 1

## OWNER
APACHE LOUISIANA MINERALS LLC  
2000 POST OAK BLVD.  
SUITE #100  
HOUSTON, TX 77056-0000

### PARCEL# 1524450

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1524450 | REAL ESTATE | 5 | | TSR |

### LOCATIONS - PARCEL#1524450

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 20 | 18S | 25E | | | |
| | | | 20 | 18S | 25E | | | |
| | | | 20 | 18S | 25E | | | |
| | | | 20 | 18S | 25E | | | |
| | | | 21 | 18S | 25E | | | |
| | | | 21 | 18S | 25E | | | |
| | | | 21 | 18S | 25E | | | |
| | | | 21 | 18S | 25E | | | |

### ITEMS - PARCEL#1524450

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 3,665 | | 36,650 | 916.88 | 0.00 |
| Item Totals | 3,665 | | 36,650 | 916.88 | 0.00 |

### LEGAL DESCRIPTION - PARCEL#1524450

NE/4, NW/4, SE/4 & SW/4 OF SEC 20 (609 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 21 (544 AC) ALL IN T18S R25E. LESS 236.12 AC SOLD OUT OF SEC 21 TO RECREATIONAL PLANNERS INC (NOW RIDGELAND PROPERTIES LLC) IN 360/132.

### DEEDS - PARCEL#1524450

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

### USER DEFINED - PARCEL#1524450

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014  
Time: 2:48:41PM  

ROBERT R. "BOBBY" GRAVOLET, CLA  
PLAQUEMINES PARISH ASSESSOR  
P.O. Box 7129  
Belle Chasse, LA 70037-7129  

Page: 1

# 2014 PARCEL LISTING

## OWNER
APACHE LOUISIANA MINERALS LLC  
2000 POST OAK BLVD.  
SUITE #100  
HOUSTON, TX 77056-0000  

## PARCEL# 1522650

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1522650 | REAL ESTATE | 5 | | TSR |

### LOCATIONS- PARCEL#1522650

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 24 | 18S | 25E | | | |
| | | | 24 | 18S | 25E | | | |
| | | | 24 | 18S | 25E | | | |
| | | | 24 | 18S | 25E | | | |
| | | | 25 | 18S | 25E | | | |
| | | | 25 | 18S | 25E | | | |
| | | | 25 | 18S | 25E | | | |
| | | | 25 | 18S | 25E | | | |

### ITEMS- PARCEL#1522650

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 3,320 | | 33,200 | 830.00 | 0.00 |
| **Item Totals** | **3,320** | | **33,200** | **830.00** | **0.00** |

### LEGAL DESCRIPTION- PARCEL#1522650
830 AC. NE/4, NW/4, SE/4 & SW/4 OF SEC 24 (397 AC). NE/4, NW/4, SW/4 & SW/4 OF SEC 25 (433 AC) ALL IN T18S R25E.

### DEEDS- PARCEL#1522650

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

### USER DEFINED- PARCEL#1522650

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014  
Time: 2:48:23PM

ROBERT R. "BOBBY" GRAVOLET, CLA  
PLAQUEMINES PARISH ASSESSOR  
P.O. Box 7129  
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

**OWNER**  
TASTA ENTERPRISES INC  
3320 GALAN DR  
KENNER, LA 70065-

**PARCEL# 1145350**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1145350 | REAL ESTATE | 5 | | TSR |

**LOCATIONS- PARCEL#1145350**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| Alliance to W Pointe ala HaWU | | | 13 | 18S | 26E | | | |
| | | | 14 | 18S | 26E | | | |
| | | | 05 | 17S | 25E | | | |
| | | | 08 | 17S | 25E | | | |
| | | | 39 | 17S | 25E | | | |
| | | | 21 | 18S | 25E | | | |
| | | | 22 | 18S | 25E | | | |
| | | | 24 | 18S | 25E | | | |
| | | | 25 | 18S | 25E | | | |
| | | | 26 | 18S | 25E | | | |
| | | | 28 | 18S | 25E | | | |
| | | | 29 | 18S | 25E | | | |
| | | | 36 | 18S | 25E | | | |
| | | | 39 | 18S | 25E | | | |
| | | | 45 | 18S | 25E | | | |
| | | | 46 | 17S | 26E | | | |
| | | | 23 | 17S | 26E | | | |
| | | | 24 | 17S | 26E | | | |
| | | | 26 | 17S | 26E | | | |
| | | | 27 | 17S | 26E | | | |
| | | | 28 | 17S | 26E | | | |
| | | | 11 | 18S | 26E | | | |

**ITEMS- PARCEL#1145350**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 20,020 | | 200,200 | 5,005.00 | 0.00 |
| Item Totals | 20,020 | | 200,200 | 5,005.00 | 0.00 |

**LEGAL DESCRIPTION- PARCEL#1145350**

SECS 21, 22, 24, 25, 28 & 29 E OF WILKINSON CANAL. SECS 21, 22, 24, 25, 28 & 29 W OF WILKINSON CANAL. SECS 25 & 26. LESS R/W STRIP TO BAYOU DUPONT, SECS 28, 36 & 39 STRIP FROM BAYOU MCCULCHEN TO OAK BAYOU, SECS 45 & 46 ALL IN T18S R25E. SECS 5, 8 & 39 T17S R25E. LESS STRIP BETWEEN OAK BAYOU & LOWER LIMIT OF LAFOURCHE LEVEE DIST SECS 23, 24, 26, 27 & 28 T17S R26E. SECS 11, 13 & 14 IN T18S R26E (5005.82 AC).

**NOTES:**  
DEFELICE FAMILY CO LISTED AS OWNER; DEFELICE LAND CO LLC WAS SELLER IN 1301/213; DESC MATCHED. GAF

**DEEDS- PARCEL#1145350**

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Older Conveyence | | | 0 | 0 | 0.00 |
| Older Conveyence | 15 | | 424 | 63 | 0.00 |
| Older Conveyence | 14 | | 424 | 51 | 0.00 |
| Older Conveyence | 301 | | 188 | 0 | 0.00 |
| ROW - Servitude/ROW | | 06/09/2009 | 1207 | 333 | 0.00 |

Date: 06/30/2014
Time: 2:48:23PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 2

# 2014 PARCEL LISTING

## OWNERSHIP INFORMATION

| HS | Owner Name | | | | |
|---|---|---|---|---|---|
| NO | TASTA ENTERPRISES INC | *Primary* YES | *% Owned* 100.0000 | *% Tax* 100.0000 | *To* |
| | DEFELICE LAND CO LLC | | | | |
| | R/W GRANT | | | | 08/03/2013 |
| | | | | | 06/09/2009 |

DEFELICE FAMILY CO (SEE 1301/213)
DEFELICE LAND CORP
DEFELICE, ELMIRE G ET AL

## USER DEFINED- PARCEL#1145350

| Code | Value |
|---|---|
| Levee District | Westbank |

Date: 06/30/2014  
Time: 2:48:04PM

ROBERT R. "BOBBY" GRAVOLET, CLA  
PLAQUEMINES PARISH ASSESSOR  
P.O. Box 7129  
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

## OWNER
APACHE LOUISIANA MINERALS LLC  
2000 POST OAK BLVD.  
SUITE #100  
HOUSTON, TX 77056-0000

## PARCEL# 1523900

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1523900 | REAL ESTATE | 5 | | TSR |

### LOCATIONS- PARCEL#1523900

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 22 | 18S | 25E | | | |
| | | | 22 | 18S | 25E | | | |
| | | | 22 | 18S | 25E | | | |
| | | | 23 | 18S | 25E | | | |
| | | | 23 | 18S | 25E | | | |
| | | | 23 | 18S | 25E | | | |
| | | | 23 | 18S | 25E | | | |

### ITEMS- PARCEL#1523900

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 3,890 | | 38,900 | 973.00 | 0.00 |
| Item Totals | 3,890 | | 38,900 | 973.00 | 0.00 |

### LEGAL DESCRIPTION- PARCEL#1523900
NE/4, NW/4 & SW/4 OF SEC 22 (407 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 23 (566 AC) ALL IN T18S R25E.

### DEEDS- PARCEL#1523900

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

### USER DEFINED- PARCEL#1523900

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014
Time: 2:47:47PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

**OWNER**
APACHE LOUISIANA MINERALS LLC
2000 POST OAK BLVD.
SUITE #100
HOUSTON, TX 77056-0000

**PARCEL# 1524100**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1524100 | REAL ESTATE | 5 | | TSR |

**LOCATIONS- PARCEL#1524100**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 28 | 18S | 25E | | | |
| | | | 28 | 18S | 25E | | | |
| | | | 28 | 18S | 25E | | | |
| | | | 28 | 18S | 25E | | | |
| | | | 29 | 18S | 25E | | | |
| | | | 29 | 18S | 25E | | | |
| | | | 29 | 18S | 25E | | | |
| | | | 29 | 18S | 25E | | | |

**ITEMS- PARCEL#1524100**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 3,730 | | 37,300 | 932.83 | 0.00 |
| Item Totals | 3,730 | | 37,300 | 932.83 | 0.00 |

**LEGAL DESCRIPTION- PARCEL#1524100**

NE/4, NW/4, SE/4 & SW/4 OF SEC 28 (616 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 29 (563 AC) ALL IN T18S R25E. LESS 246.17 AC SOLD OUT OF SEC 29 TO RECREATIONAL PLANNERS INC (NOW RIDGELAND PROPERTIES LLC) IN 360/132.

**DEEDS- PARCEL#1524100**

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

**OWNERSHIP INFORMATION**

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

**USER DEFINED- PARCEL#1524100**

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014
Time: 2:47:23PM

**ROBERT R. "BOBBY" GRAVOLET, CLA**
**PLAQUEMINES PARISH ASSESSOR**
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

## OWNER
APACHE LOUISIANA MINERALS LLC
2000 POST OAK BLVD.
SUITE #100
HOUSTON, TX 77056-0000

## PARCEL# 1523050

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1523050 | REAL ESTATE | 5 | | TSR |

### LOCATIONS- PARCEL#1523050

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to Amore WL | | | 36 | 18S | 25E | | | |
| | | | 36 | 18S | 25E | | | |
| | | | 36 | 18S | 25E | | | |
| | | | 36 | 18S | 25E | | | |

### ITEMS- PARCEL#1523050

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 490 | | 4,900 | 123.00 | 0.00 |
| Item Totals | 490 | | 4,900 | 123.00 | 0.00 |

### LEGAL DESCRIPTION- PARCEL#1523050
NE/4, NW/4, SE/4 & SW/4 OF SEC 36 T18S R25E.

### DEEDS- PARCEL#1523050

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | |
| | APACHE CORP | | | | 12/31/2008 |
| | VERMILION BAY LAND CO | | | | 03/01/2004 |
| | | | | | 12/30/1994 |

### USER DEFINED- PARCEL#1523050

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014
Time: 2:46:53PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

**OWNER**
APACHE LOUISIANA MINERALS LLC
2000 POST OAK BLVD.
SUITE #100
HOUSTON, TX 77056-0000

**PARCEL# 1523500**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1523500 | REAL ESTATE | 5 | | TSR |

**LOCATIONS- PARCEL#1523500**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| W Pointe ala Hache to AmoreWL | | | 32 | 18S | 25E | | | |
| | | | 32 | 18S | 25E | | | |
| | | | 32 | 18S | 25E | | | |
| | | | 32 | 18S | 25E | | | |
| | | | 33 | 18S | 25E | | | |
| | | | 33 | 18S | 25E | | | |
| | | | 33 | 18S | 25E | | | |
| | | | 33 | 18S | 25E | | | |

**ITEMS- PARCEL#1523500**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 3,585 | | 35,850 | 895.83 | 0.00 |
| Item Totals | 3,585 | | 35,850 | 895.83 | 0.00 |

**LEGAL DESCRIPTION- PARCEL#1523500**

NE/4, NW/4, SE/4 & SW/4 OF SEC 32 (556 AC). NE/4, NW/4, SE/4 & SW/4 OF SEC 33 (611 AC) ALL IN T18S R25E. LESS 271.17 AC SOLD OUT OF SEC 32 TO RECREATIONAL PLANNERS INC (NOW RIDGELAND PROPERTIES LLC) IN 360/132.

**DEEDS- PARCEL#1523500**

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Mult - Multi Property Transfer | 68 | 12/30/1994 | 857 | 349 | 1,681,140.00 |
| Mult - Multi Property Transfer | | 03/01/2004 | 1074 | 455 | 0.00 |
| Misc | 895 | 12/31/2008 | 1290 | 169 | 0.00 |

**OWNERSHIP INFORMATION**

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | APACHE LOUISIANA MINERALS LLC | YES | 100.0000 | 100.0000 | |
| | APACHE LOUISIANA MINERALS INC | | | | 12/31/2008 |
| | APACHE CORP | | | | 03/01/2004 |
| | VERMILION BAY LAND CO | | | | 12/30/1994 |

**USER DEFINED- PARCEL#1523500**

| Code | Value |
|---|---|
| Levee District | Buras |

Date: 06/30/2014
Time: 2:46:38PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 1

# 2014 PARCEL LISTING

**OWNER**
LOUISIANA LAND & EXPLORATION CO
% CONOCO PHILLIPS
P O BOX 2197-PTRRC
HOUSTON, TX 77252-2197

**PARCEL# 1324000**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1324000 | REAL ESTATE | 5 | | TSR |

**LOCATIONS- PARCEL#1324000**

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| Ollie Dr to Alliance | | | 10 | 19S | 25E | | | |
| | | | 11 | 19S | 25E | | | |
| | | | 15 | 19S | 25E | | | |
| | | | 21 | 19S | 25E | | | |
| | | | 22 | 19S | 25E | | | |
| | | | 27 | 19S | 25E | | | |
| | | | 28 | 19S | 25E | | | |
| | | | 34 | 18S | 26E | | | |
| | | | 07 | 19S | 25E | | | |
| | | | 09 | 19S | 25E | | | |
| | | | 02 | 18S | 24E | | | |
| | | | 03 | 18S | 24E | | | |
| | | | 04 | 18S | 24E | | | |
| | | | 05 | 18S | 24E | | | |
| | | | 06 | 18S | 25E | | | |
| | | | 12 | 18S | 26E | | | |
| | | | 12 | 18S | 24E | | | |
| | | | 13 | 18S | 24E | | | |
| | | | 24 | 18S | 24E | | | |
| | | | 25 | 18S | 24E | | | |
| | | | 36 | 18S | 24E | | | |
| | | | 01 | 18S | 24E | | | |
| | | | 40 | 17S | 24E | | | |
| | | | 41 | 17S | 24E | | | |
| | | | 42 | 17S | 24E | | | |
| | | | 43 | 17S | 24E | | | |
| | | | 44 | 17S | 25E | | | |
| | | | 01 | 18S | 24E | | | |
| | | | 34 | 17S | 24E | | | |
| | | | 35 | 17S | 24E | | | |
| | | | 36 | 17S | 24E | | | |
| | | | 36 | 17S | 24E | | | |
| | | | 38 | 17S | 24E | | | |
| | | | 39 | 17S | 24E | | | |
| | | | 16 | 17S | 24E | | | |
| | | | 23 | 17S | 24E | | | |
| | | | 29 | 17S | 24E | | | |
| | | | 30 | 17S | 24E | | | |
| | | | 32 | 17S | 24E | | | |
| | | | 33 | 17S | 24E | | | |

**ITEMS- PARCEL#1324000**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 42,760 | | 427,600 | 10,689.60 | 0.00 |
| Item Totals | 42,760 | | 427,600 | 10,689.60 | 0.00 |

**LEGAL DESCRIPTION- PARCEL#1324000**

Date: 06/30/2014
Time: 2:46:38PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

Page: 2

## 2014 PARCEL LISTING

LAFOURCHE BASIN: PART OF SEC 36 T17S R24E (143.32 AC), PORTION OF SEC 16 LYING S & W OF EXCHANGE OF LANDS & BOUNDARY AGREEMENT IN 335/307, SEC 23 ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, SEC 29 ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, SEC 30 ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, SEC 32 ALL LYING N & E OF EXCHANGE OF LANDS & BOUNDARY AGREEMENT IN 335/307, SEC 33 ALL LYING S & W OF BOUNDARY AGREEMENT IN 322/802, ALL OF SEC 34, W OF BOUNDARY AGREEMENT IN 322/802, ALL OF SEC 34 & 35, ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, SEC 36 ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, LESS R/W BELONGING TO WILKINSON, ALL OF SEC 38, SEC 39 ALL LYING S & E OF COMPROMISE AGREEMENT IN 95/75, LESS R/W BELONGING TO WILKINSON, ALL OF SEC 40 & 41, SEC 42 ALL LYING S & W OF BOUNDARY AGREEMENT & EXCHANGE OF LANDS & BOUNDARY AGREEMENTS IN 322/802 & 335/307 RESPECTIVELY, SEC 43 ALL LYING S, W & N OF EXCHANGE OF LANDS & BOUNDARY AGREEMENTS IN 322/802. SEC 44 ALL LYING N & E OF EXCHANGE OF LANDS & BOUNDARY AGREEMENT IN 322/802 IN T17S R253. ALL OF ABOVE BEING IN PLAQ PARISH (5,640.50 AC). PART OF SEC 1 (270.94 AC) PART OF SEC 12 (230.53 AC) IN T18S R24E OF BURAS LEVEE DIST. SEC 34 ALL LYING E OF BOUNDARY AGREEMENTS IN 340/448 & 341/215 IN T18S R26E (18.06 AC), PART OF SEC 12 LYING N & W OF BOUNDARY AGREEMENTS IN 340/448 & 341/215

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|----|------------|---------|---------|-------|-----|
| NO | LOUISIANA LAND & EXPLORATION CO | YES | 100.0000 | 100.0000 | |

### USER DEFINED- PARCEL#1324000

| Code | Value |
|------|-------|
| Levee District | Westbank |

Date: 06/30/2014
Time: 2:46:20PM

ROBERT R. "BOBBY" GRAVOLET, CLA
PLAQUEMINES PARISH ASSESSOR
P.O. Box 7129
Belle Chasse, LA 70037-7129

# 2014 PARCEL LISTING

Page: 1

## OWNER
DEMANDRE, MARY JO
61272 HWY 1046
AMITE, LA 70422-

### PARCEL# 1055950

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 1055950 | REAL ESTATE | 7 | | TSR |

### LOCATIONS - PARCEL#1055950

| Subdivision | Lot | Block | Section | Township | Range | Tract | Part | Condo |
|---|---|---|---|---|---|---|---|---|
| Alliance to W Pointe ala HaWU | | | 07 | 19S | 25E | | | |
| | | | 12 | 19S | 24E | | | |

### ITEMS - PARCEL#1055950

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| MARSH (BRACKISH) | 270 | | 2,700 | 67.43 | 0.00 |
| Item Totals | 270 | | 2,700 | 67.43 | 0.00 |

### LEGAL DESCRIPTION - PARCEL#1055950
AN UND 55% INT INTO: FRL SEC 7 T19S R25E. FRL SEC 12 T19S R24E.

NOTES:
OTHER 45% INT CARRIED IN 1-616822, GARY J MCNAMARA
AS PER 1048/97.

### DEEDS - PARCEL#1055950

| Type | Deed Number | Recorded | Book | Page | Sales Price |
|---|---|---|---|---|---|
| Txsl - Tax Sale | 114 | | 217 | 0 | 0.00 |
| Txsl - Tax Sale | 74 | 05/04/1991 | 757 | 326 | 103.00 |
| Txsl - Tax Sale | 183 | 06/09/2001 | 1002 | 627 | 118.00 |
| Succ - Succession/Judg of Pos | | 02/03/2005 | 1086 | 815 | 0.00 |

### OWNERSHIP INFORMATION

| HS | Owner Name | Primary | % Owned | % Tax | To |
|---|---|---|---|---|---|
| NO | DEMANDRE, MARY JO | YES | 100.0000 | 100.0000 | |
| | DEMANDRE, CLARENCE | | | | 02/03/2005 |
| | GIORDANO, WAYNE ET AL | | | | 06/09/2001 |
| | BERGERON, JUNE A | | | | 05/04/1991 |

### USER DEFINED - PARCEL#1055950

| Code | Value |
|---|---|
| Levee District | Buras |