LAW OFFICES
# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P.O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL
KATHRYN W. RICHARD

CLAUDE B. DUVAL
(1914-1986)

Area Code 985
Telephone 876-6410
Fax 851-1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

June 10, 2014

Mr. Jack M. Alltmont
Appeal Coordinator

Via Email: jalltmont@dheclaims.com

Re: Apache Louisiana Minerals LLC - BP Claim
Claimant ID No: 100176960

Dear Mr. Alltmont:

This letter is to confirm that on June 6, 2014, you granted Apache Louisiana Minerals LLC an extension through and included July 18, 2014 to file Discretionary Court Review. (A copy of that email confirmation is attached as Exhibit "1".) This letter is to confirm that the extension applies to all claims filed by Apache Louisiana Minerals LLC, which BP has appealed. The following is a list of those Claim IDs in which eligibility notices were issued in favor of Apache Louisiana Minerals LLC, and for which BP has appealed:

- 174112
- 174256
- 174405
- 174480
- 174489
- 174503
- 174506
- 174510
- 174512
- 174516
- 174520
- 174524
- 174526
- 174528
- 174534
- 174537
- 174550
- 174559
- 174561

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

- 174565
- 174568
- 174578
- 194965
- 283742 (This Claim ID is in the Seafood Compensation Program all others are for Wetlands Real Property Claims)

It is my understanding that the En Banc decision will relate to each claim that BP has appealed; and therefore, I want to confirm that the extension of the deadline to seek discretionary court review appeals to all claims appealed by BP as well.

Thank you for your attention to this, and should you have any questions, please do not hesitate to call.

Sincerely,

STANWOOD R. DUVAL

SRD/jbl
Enclosure
cc: Mr. C. Berwick Duval, II, via email; berwick@duvallawfirm.com
Mr. Steve Herman, via e-mail: Sherman@hhklawfirm.com
Mr. Daniel Cantor, via e-mail: Daniel.Cantor@aporter.com
Mr. Michael Juneau, via e-mail: mjuneau@dheclaims.com
Hon. Sally Shushan, via e-mail: Sally_Shushan@laed.uscourts.gov
Ms. Sarah Warlick, via e-mail: Sarah.Warlick@aporter.com

# Stan Duval

| | |
|---|---|
| From: | Tracy Steilberg <tsteilberg@dheclaims.com> |
| Sent: | Friday, June 06, 2014 2:14 PM |
| To: | Stan Duval |
| Cc: | Steve Herman (SHERMAN@hhklawfirm.com); 'James Roy (jimr@wrightroy.com)'; 'Sarah.Warlick@aporter.com'; Daniel Cantor (Daniel.Cantor@aporter.com); Michael Juneau; 'Magistrate Sally Shushan (Sally_Shushan@laed.uscourts.gov)'; David Forsyth |
| Subject: | Apache |

Dear Stan:

    I have spoken to Judge Shushan. Both Judge Shushan and I agree that the claimants are granted an extension through and including July 18, 2014 to file for Discretionary Court Review.

Sincerely,

Jack M. Alltmont
Appeal Coordinator

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.



EXHIBIT 1
Blumberg No. 5119