

## DISCRETIONARY COURT REVIEW REQUEST NOTICE

### DATE OF NOTICE: July 28, 2014

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br><br>Apache Louisiana Minerals LLC | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100176960 | **Claim ID** | 174520 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

### II. DISCRETIONARY COURT REVIEW PROCESS

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process.  This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

BP, the claimant or Class Counsel timely submitted a Request for Discretionary Review by the Court ("Request"). Accordingly, any applicable payment cannot be issued until the Discretionary Review Process is complete. Whether the determination by the Appeal Panel will be reviewed by the Court lies solely within the Court's discretion.  The Court has stated that review of Appeal Panel determinations will be granted only in exceptional circumstances. The issues that the Court may review are limited to those issues that were properly raised before the Appeal Panel.

You may submit an Objection to the Request for Discretionary Review by the Court ("Objection"). If you elect to submit an Objection, you must submit it to the Appeals Coordinator on or before the Deadline for Objection to Request for Discretionary Court Review, which is 25 days from the Notice of Appeal Panel Decision.  The Objection may be no longer than three double-spaced typewritten pages.  The DWH Portal is not yet configured for Discretionary Court Review submissions. You may submit your Objection to the Appeals Coordinator in any of the ways listed in Section IV.

Do not submit any documents to the Court, Class Counsel, or any other party. You must send all documents to the Appeals Coordinator.

After the period for submitting Requests and Objections has passed, the Court will either grant or deny the Request. If the Court denies the Request, you will receive a Notice of Denial of Request for Discretionary Review by the Court and the claim will be processed according to the decision of the Appeal Panel.  If the Court grants the Request, you will receive a Notice of Granting of Request for Discretionary Review by the Court and additional documentation from the claim file will be provided to the Court for consideration. If the Court enters a decision, you will receive a Notice of Court Decision and the claim will be processed according to the decision of the Court.

### III. HOW TO CONTACT US WITH QUESTIONS

For Claimant questions about this Notice of Request for Discretionary Court Review of Appeal Determination or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**

### IV. HOW TO RESPOND TO THIS NOTICE

The DWH Portal Claim ID 174520 If you disagree with this Notice and wish to file your **Objection to Request for Discretionary Review by the Court** to the Appeals Coordinator in any of the following ways, but be sure to note the Claim ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your submission deadline) | Appeals Coordinator<br>Deepwater Horizon Claims Center<br>935 Gravier Street, Suite 1905<br>New Orleans, LA 70112 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | AppealsCoordinator@dhecc.com |
| **By Delivery to the Office of the Appeals Coordinator**<br>(Delivered no later than your submission deadline) | Appeals Coordinator<br>Deepwater Horizon Claims Center<br>935 Gravier Street, Suite 1905<br>New Orleans, LA 70112 |

## V.  SUMMARY OF OTHER SUBMITTED  CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this notice.  This chart summarizes the status of those claims as of the date of this notice.  You will receive or have already received separate notices for each additional claim.  You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in Section III of this notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| **1.** | Wetlands Real Property | 296081 | Notice Issued After Claims Review:  Claim Denied |
| **2.** | Wetlands Real Property | 296077 | In Mapping Expert Review for Multiple Parcel Analysis |
| **3.** | Wetlands Real Property | 296059 | In Mapping Expert Review for Multiple Parcel Analysis |
| **4.** | Seafood Compensation Program | 283742 | BP's Final Proposal for Appeal Received |
| **5.** | Wetlands Real Property | 220651 | In Claims Review |
| **6.** | Wetlands Real Property | 194965 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| **7.** | Wetlands Real Property | 174581 | In Claims Review |
| **8.** | Wetlands Real Property | 174578 | Claim Payment Documentation Accepted |
| **9.** | Wetlands Real Property | 174577 | In Claims Review |
| **10.** | Wetlands Real Property | 174576 | In Claims Review |
| **11.** | Wetlands Real Property | 174572 | In Mapping Expert Review for Claim Zone Analysis |
| **12.** | Wetlands Real Property | 174571 | In Claims Review |
| **13.** | Wetlands Real Property | 174568 | Claim Payment Documentation Accepted |
| **14.** | Wetlands Real Property | 174565 | Claim Payment Documentation Accepted |
| **15.** | Wetlands Real Property | 174563 | In Claims Review |

| 16. | Wetlands Real Property | 174560 | Claim Payment Documentation Accepted |
|---|---|---|---|
| 17. | Wetlands Real Property | 174559 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 18. | Wetlands Real Property | 174555 | Payment Received |
| 19. | Wetlands Real Property | 174553 | Payment Received |
| 20. | Wetlands Real Property | 174550 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 21. | Wetlands Real Property | 174546 | Notice Issued After Claims Review:  Claim Denied |
| 22. | Wetlands Real Property | 174545 | In Mapping Expert Review for Claim Zone Analysis |
| 23. | Wetlands Real Property | 174542 | In Mapping Expert Review for Claim Zone Analysis |
| 24. | Wetlands Real Property | 174537 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 25. | Wetlands Real Property | 174534 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 26. | Wetlands Real Property | 174531 | Notice Issued After Claims Review:  Claim Denied |
| 27. | Wetlands Real Property | 174528 | Claim Payment Documentation Accepted |
| 28. | Wetlands Real Property | 174526 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 29. | Wetlands Real Property | 174524 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 30. | Wetlands Real Property | 174516 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 31. | Wetlands Real Property | 174512 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 32. | Wetlands Real Property | 174510 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 33. | Wetlands Real Property | 174506 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 34. | Wetlands Real Property | 174503 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 35. | Wetlands Real Property | 174491 | In Claims Review |

| 36. | Wetlands Real Property | 174489 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
|---|---|---|---|
| 37. | Wetlands Real Property | 174483 | In Claims Review |
| 38. | Wetlands Real Property | 174480 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 39. | Wetlands Real Property | 174476 | In Claims Review |
| 40. | Wetlands Real Property | 174473 | In Claims Review |
| 41. | Wetlands Real Property | 174468 | In Claims Review |
| 42. | Wetlands Real Property | 174467 | In Claims Review |
| 43. | Wetlands Real Property | 174465 | In Claims Review |
| 44. | Wetlands Real Property | 174459 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 45. | Wetlands Real Property | 174458 | In Claims Review |
| 46. | Wetlands Real Property | 174405 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 47. | Wetlands Real Property | 174293 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 48. | Wetlands Real Property | 174292 | Notice Issued After Claims Review: Claim Denied |
| 49. | Wetlands Real Property | 174256 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 50. | Wetlands Real Property | 174189 | In Mapping Expert Review for Claim Zone Analysis |
| 51. | Wetlands Real Property | 174176 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 52. | Wetlands Real Property | 174127 | Notice Issued After Claims Review: Claim Denied |
| 53. | Wetlands Real Property | 174126 | Notice Issued After Claims Review: Claim Denied |
| 54. | Wetlands Real Property | 174124 | Notice Issued After Claims Review: Claim Denied |
| 55. | Wetlands Real Property | 174122 | Notice Issued After Claims Review: Claim Denied |
| 56. | Wetlands Real Property | 174119 | Notice Issued After Claims Review: Claim Denied |
| 57. | Wetlands Real Property | 174117 | Notice Issued After Claims Review: Claim Denied |
| 58. | Wetlands Real Property | 174112 | Claim Payment Documentation Accepted |