DWH:	Apache Louisiana Minerals, LLC

Claim ID:	283742

Written Reasons and Opinion:

This is a BP appeal of an Oyster Leaseholder award made to Claimant under the Oyster Compensation Plan of the Seafood Compensation Program. An initial award was made on April 17, 2014, following which Re-Review was requested and a Post Re-Review Eligibility Notice containing an increase in the original award, was issued on May 20, 2014.

The basis for BP's appeal is, of course, that Claimant is an excluded entity because it is an Oil and Gas Industry business.

The entire Appeal Panel considered, in En Banc session, a body of appeals brought by BP from awards made by the Claims Administrator to this Claimant, all of which involved the threshold question of whether or not Claimant is excluded from the Settlement Class by virtue of being a business in the Oil and Gas Industry. On June 4, 2014, the Appeal Panel issued an En Banc Decision wherein it concluded that Claimant is excluded for that reason. The awards which resulted in that decision were overturned.

After careful review of the entire record of this appeal and analysis of this claim, it is the opinion of this Panelist that this appeal is governed by the En Banc Decision. Accordingly, this award must be overturned and decision entered herein in favor of BP's Final Proposal.

Decision: August 29, 2014