|  |  |
|---|---|
| QUITCLAIM DEED<br>WITH RESERVATION OF MINERAL<br>INTEREST<br><br>BY<br><br>VERMILION BAY LAND COMPANY<br><br>IN FAVOR OF<br><br>RECREATIONAL PLANNERS, INC. | UNITED STATES OF AMERICA<br><br>STATE OF LOUISIANA<br><br>PARISH OF ORLEANS<br><br>CITY OF NEW ORLEANS |

BE IT KNOWN, That on this __28th__ day of the month of __December__, in the year of Our Lord, one thousand, nine hundred and seventy,

BEFORE ME, __C. ELLIS HENICAN__, a Notary Public, duly commissioned and qualified, in and for the Parish and State aforesaid, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

PERSONALLY CAME AND APPEARED:

VERMILION BAY LAND COMPANY, a corporation organized under the laws of the State of Delaware and duly qualified to do business in the State of Louisiana, with its principal office in the City of Lafayette, State of Louisiana, appearing herein through and represented by C. W. SUNDAY, Executive Vice-President and General Manager, its duly authorized undersigned representative, and which corporation is sometimes hereinafter referred to as "Transferor",

who declared that for the consideration hereinafter stated, it does hereby sell, transfer, assign, quitclaim, release and relinquish, UNTO:

RECREATIONAL PLANNERS, INC. including its successors, transferees, mortgagees and assigns, a Delaware corporation domiciled in the City of Decatur, Ala herein represented by and appearing through its duly authorized undersigned officer, said authority appearing in the attached Unanimous Consent which is made part hereof for all purposes, and which corporation is hereinafter sometimes referred to as "Transferee",

all of the right, title and interest of Transferor in and to the following described property, subject, however, to the reservation of the mineral interest hereinafter more fully set forth, to-wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Plaquemines, State of Louisiana, on the West side of the Mississippi River, and located in Section2 17, 20, 29 and 32 of Township 18 South, Range 25 East, in the Southeastern District of Louisiana, all of which is more particularly shown on the plan of Hugh B. McCurdy, Jr., Civil Engineer, dated September 12, 1960, a copy of which is annexed hereto, and according to which the said portion of ground is shown in green on said plan and is described as follows:

On a line having a bearing of N 82° 31' 17" W, a distance of 2109.91 feet on the old line between Buras Levee District and Lafourche Basin Levee District; thence from a point on the said line nearer Section 16 and on the Eastern side of what is known as the Wilkinson Canal and on a line having a bearing of S 0° 52' 49" E, running in a Southerly direction, a distance of 11,801.45 feet to a point; thence from said point on a line running Southwesterly and having a bearing of S 20° 27' 11" W, a distance of 2372.56 feet to a point; thence from said point, running in a Southeasterly direction, on a line having a bearing of S 21° 07' 49" E, a distance of 4333.84 feet to a point; thence from said point, running in a Southwesterly direction, on a line having a bearing of S 12° 30' 00" W to the division line between Section 32 of Township 18 South, Range 25 East, and Section 5 of Township 19 South, Range 25 East; thence from said point, running in a Westerly direction the entire width of the Wilkinson Canal; thence from said point, on the Western side of said Canal, running Northeasterly from the division line between Section 5, Township 19 South, Range 25 East, and Section 32, Township 18 South, Range 25 East, on a line having a bearing of S 12° 30' 00" W to a point; thence from said point on a line running Northwesterly, having a bearing of S 21° 07' 49" E, a distance of 3498.00 feet to a point; thence from said point, on a line running in a Northeasterly direction and having a bearing of S 20° 27' 11" W, a distance of 2772.00 feet to a point; thence from said point, on a line running in a Northerly direction, having a bearing of S 0° 52' 49" E, a distance of 11,715.00 feet to the line between the Buras Levee District and the Lafourche Basin Levee District, which is the point of beginning.

TO HAVE AND TO HOLD the said property unto the said RECREATIONAL PLANNERS, INC., its successors, transferees, mortgagees and assigns forever, without any warranty whatsoever of any nature or description, even for the return of the consideration, but with full substitution and subrogation in

-2-

and to all rights and actions of warranty which Transferor may have against all preceding owners and vendors whomsoever.

Anything to the contrary notwithstanding, Transferor herein reserves and retains unto itself, its successors and assigns, an undivided one-quarter (1/4) of all of the oil, gas and other minerals, including sulphur, in, on and under the property herein conveyed, with the right and authority to exercise all necessary means for the prospecting, exploiting, producing and development of such minerals, including all the rights of access to and use of the surface of said land as may be necessary or incident to this reservation; and Transferee agrees that Transferor shall have the full benefit of any other title that Transferee may have acquired or might hereafter acquire with respect to the said one-quarter (1/4) reserved mineral interest, particularly, without limitation, the title that Transferee has this day acquired from Dr. Frank T. Beatrous.

In addition to the said reservation and as further consideration for this quitclaim deed, RECREATIONAL PLANNERS, INC. has, simultaneously with the execution hereof, made, executed and delivered, a Mineral Deed in favor of Transferor, covering one-quarter (1/4) of the oil, gas and other minerals, including sulphur, on the remainder of the property this day acquired from Dr. Frank Beatrous by another Act before the undersigned Notary Public, the receipt of which Mineral Deed Transferor hereby acknowledges.

Transferor and Transferee acknowledge that there is a possible conflict between Transferor and Transferee over the title to the property hereinabove described; that the execution of this quitclaim deed and the delivery

-3-



of the aforementioned Mineral Deed represents a full and final compromise and settlement between Transferor and Transferee with respect to the said property; that Transferor and Transferee prefer this compromise and settlement to the risk of litigation; and that this said compromise and settlement shall be forever binding not only upon Transferor and Transferee, but also upon their respective successors, transferees and assigns

THUS DONE AND EXECUTED, in triplicate original, in my office at New Orleans, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunder signed their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

_Claire Rieken_

_Virginia W. Peterson_

VERMILION BAY LAND COMPANY

By: _____
   C. W. SUNDAY,
   Authorized Representative
   TRANSFEROR

RECREATIONAL PLANNERS, INC.

By: _____
   Authorized Representative
   TRANSFEREE

_____
C. ELLIS HENICAN, Notary Public

RECORDED PARISH OF PLAQUEMINES ON
_January 5_, 19_71_ IN C.O.B. _361_
FOLIO _132_.
_Edith L. Brazzi_
   DY. CLERK OF COURT  $13.00

-4-