No. 27                                           88 / Folio 58

|                              |    |                                        |
|------------------------------|----|----------------------------------------|
| S A L E   O F   P R O P E R T Y | :: | UNITED STATES OF AMERICA |
|                              | :: | STATE OF LOUISIANA                    |
|                              | :: | PARISH OF ORLEANS                     |
| BY                           | :: | CITY OF NEW ORLEANS                   |
|                              | :: | - - -                                 |
| THOMAS A. BEATROUS           | :: | BE IT KNOWN That on this              |
|                              | :: | 16th day of the month of MAY          |
| TO                           | :: | in the year of Our Lord one           |
|                              | :: | Thousand Nine Hundred and Thirty-     |
| DR. FRANK T. BEATROUS        | :: | eight, and of the Independence        |
|                              | :: | of the United States of America,      |

:: :: :: :: :: :: :: :: :: :: :: ::::  the One Hundred and Sixtieth:

BEFORE ME, H-A-R-R-Y N-O-W-A-L-S-K-Y, a Notary Public duly commissioned and qualified in and for the City of New Orleans and the Parish of Orleans, Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

PERSONALLY CAME AND APPEARED:-

THOMAS A. BEATROUS, who, being by me first duly sworn, deposes and says: that he has been married but once and then to VIRTLE COUVILLION with whom he is presently living and residing in the City of Bayou Goula, Parish of Iberville, State of Louisiana, who declared:

That he does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which he has or may have against all preceding owners and vendors unto:

DR. FRANK T. BEATROUS, who, being by me first duly sworn, deposes and says: that he is of the full age of majority and a resident and domiciled in the City of New Orleans, Parish of Orleans, State of Louisiana, who further declared unto me, Notary, that he has been married but once and then to GRACE PHYLLIS HAYNES, who died in 1927; that he is presently single and unmarried, here present accepting and purchasing for himself, his heirs and assigns, and acknowledging due delivery and possession thereof, all and sin-

gular the following described property in the Parish of Plaquemines, State of Louisiana, to-wit:-

First - A CERTAIN TRACT OF LAND in the Parish of Plaquemines, West of the Mississippi River embracing part of Sections (17, 20, 29, and 32) Seventeen, Twenty, Twenty-nine and Thirty-two, in Township 18, South Range 25 East, and embracing part of Sections Five and Six and Seven (5 & 6 & 7) Township 19 Range 25 East in the Southeastern Land District of Louisiana West of the Mississippi River and more particularly described as follows:

Bounded on the farthest northern end by the lands of the Lafourche Basin Levee District or assigns out a small portion near the Southern end is bounded on the north by lands, of the present vendor, bounded on the East by lands of the present vendor and on the West by the lands of the present vendor and Lake Five.

The northern portion of this tract lies on both sides and equal distance from the north and south line extending through a "Hack Berry" tree on the northeastern shore of Bayou Landry the East and West boundary lines being twenty hundred and eighty-seven 50/100 (2087 50/100) feet apart, said boundary line continuing in this direction until near the northwest and southwest diagonal line through Section Twenty-nine (29) Township (18) Range 25 West.

The said boundary lines then changing to the direction north 21° 20" E and containing the same distance apart Twenty Hundred and Eighty-seven 50/100 (2087 50/100) feet between parallel lines until the boundary lines between Sections Twenty-nine and Thirty-two (29 & 32) is reached the boundry lines then changing in direction to North 20° 15" West until within the Southwest portion of Section 32 being at the same distance apart Twenty Hundred Eighty-seven 50/100 (2087 50/100) feet. The direction of the boundary lines then changes to the direction of north 20° 31" East continuing at a distance apart between parallel lines of Twenty-six Hundred and Forty (2640) feet. The Eastern boundary lines continuing in this direction until they reach the lines of Section Eighty (80) Township (19) Range 25 East and the Western boundary lines continuing in this direction for One Hundred and Twenty two 5/100 (122 5/100) chains, when it continues to the west twenty (20) chains then to the south twenty chains then to the west Eighty (80) chains, then South thirty (30) chains to Barataria Bay or arms thereof.

This tract being for most of the distance on both sides of Bayou Landry which is the first deep bayou to the East of Bayou St. Denis entering Barataria Bay or its contiguous waters.

The above tract of land containing Eleven Hundred and Eighty-one (1181) acres as per map of C. Uncas Lewis, Surveyor, appended to an act of sale passed before Harry Nowalsky, June 21, 1935.

Second -Another tract of land adjoining and to the South of the preceding described lands being fractional Section Eight (8) Township (19) South Range 25 East on the Eastern shore of Bayou Landry and bounded on the north by Bayou Landry and lands of the present vendor or

-2-

assigns on the south by Barataria Bay or the waters connecting therewith on the East by lands of the present vendor and on the West by Barataria Bay or its waters Bayou Landry and lands of the present vendor or assigns and containing three hundred and ninety 08/100 (390 08/100) acres, as per map of C. Uncas Lewis, Surveyor, appended to an act passed before Harry Nowalsky, June 21, 1935.

Third- A certain tract of land adjoining the foregoing first described lands on the west and comprising fractional Section Seven (7) in Township Nineteen (19) South Range 25 East and fractional Section Twelve (12) in Township Nineteen (19), Range 24 East and bounded on the north and west by lands of the present vendor or assigns, on the west by Bayou St. Denis on the South by Bay St. Denis and containing one hundred and twenty-two 60/100 (122 60/100) acres as per map by C. Uncas Lewis, Surveyor, and appended to an act passed before Harry Nowalsky, June 21, 1935.

All of the above-mentioned tracts of lands above described containing One Thousand Six Hundred and Ninety-three 65/100 (1693 65/100) acres.

Being the same property which was acquired by Thomas A. Beatrous by purchase from James Wilkinson, as per act passed before Harry Nowalsky, Notary Public, on June 21, 1935, and recorded in the Parish of Plaquemines in Conveyance Office Book 78, folio 176, and recorded in the Mortgage Office of the said Parish in Book 16, folio 262.

To have and to hold the above described property unto the said purchaser, his heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of FIFTEEN HUNDRED DOLLARS ($1,500.00), which the said purchaser has well and truly paid in ready and current money to the said vendor who hereby acknowledges receipt thereof and grants full acquittance and discharge therefor.

By reference to the certificate of the Clerk of Court and Ex-Officio Register of Conveyances in and for the Parish of Plaquemines, Louisiana, dated April 11, 1938, annexed hereto, it does not appear that the above described property has been heretofore alienated by the vendor or that it is subject to any encumbrances whatever,

E X C E P T

"The transfer of part of a royalty interest by Thomas A. Beatrous to F. C. Febiger, acknowledged before Gus Levy, Notary Public, Parish of Orleans, on

-3-

August 17, 1937, and registered in C. O. B. 82, folio 55, on August 18, 1937,"

which transfer of part royalty the purchaser herein takes full cognisance of in this Act.

By reference to the certificate of the Clerk of Court and Ex-Officio Recorder of Mortgages in and for the Parish of Plaquemines, State of Louisiana, dated April 11, 1936, annexed hereto, it does not appear that said property has been alienated by the vendor, or that it is subject to any encumbrances whatever,

### EXCEPT

"The mortgage which Thomas A. Beatrous granted in favor of James Wilkinson to secure the sum of $750.00 as per act passed before Harry Nowalsky, Notary Public, Parish of Orleans, on June 21, 1935, and recorded in M. O. B. 16, folio 262."

And here Thomas A. Beatrous, being by me, Notary, duly sworn, deposes and says that there are no liens, privileges, judgments, mortgages or encumbrances of any kind whatsoever against the above described and transferred property other than those set forth in this Act.

THUS DONE AND PASSED in duplicate original in my office in the City of New Orleans, Louisiana, on the day, month and year herein first above written in the presence of the undersigned competent witnesses who have hereunto signed their names with the said appearers and me, Notary, after due reading of the whole.

WITNESSES:

Notary Public.

-4-

August 27, 19[illegible], and recorded in C. O. B. 62, Folio 55, on August 31, 19[illegible]."

which transfer or part thereof the purchaser herein takes full cognizance of in this act.

By reference to the certificate of the Clerk of Court and Ex-Officio Recorder of Mortgages in and for the Parish of Plaquemines, State of Louisiana, dated April 17, 1958, annexed hereto, it does not appear that said property has been alienated by the vendor, or that it is subject to any encumbrance whatever,

E X C E P T

"The mortgage which Thomas A. Jeansonne granted in favor of [illegible] to secure the sum of $[illegible] as per act passed before [illegible], Notary Public, in and for the Parish of [illegible] on [illegible], and recorded in M. O. B. 15, Folio [illegible]."

And here Thomas A. Jeansonne, being by me, Notary, duly sworn, deposes and says that there are no liens, privileges, judgments, mortgages or encumbrances of any kind whatsoever against the above described and transferred property other than those set forth in this act.

THUS DONE AND PASSED in duplicate original at my office in the City of New Orleans, Louisiana, on the day, month and year herein first above written in the presence of the undersigned competent witnesses who hereunto sign their names with the said appearers

RECORDED PARISH OF PLAQUEMINES
ON THIS 19 DAY OF May 1958
IN C. O. B. No. 88 FOLIO 58
OF THIS PARISH

[signature]
Clerk of Court

WITNESSES:

[signatures]

Notary Public