CASH SALE

No._____

DECEMBER 28 1970

## Sale of Property

BY

DR. FRANK T. BEATROUS

TO

RECREATIONAL PLANNERS, INC.

**United States of America**

State of ____LOUISIANA____

Parish of ____ORLEANS____

**Be it Known,** That on this ____28th____ day of the Month of ____DECEMBER____ in the year of our Lord one thousand nine hundred and ____SEVENTY____.

BEFORE ME, ____C. ELLIS HENICAN____

a Notary Public, duly commissioned and qualified, in and for the Parish and State aforesaid, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

### Personally Came and Appeared:

DR. FRANK T. BEATROUS, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who declared unto me, Notary, under oath, that he has been married twice, first to Grace Phyllis Hayne, who died on October 13, 1927, and secondly to Martha Isabelle McClean, from whom he is separate in property by virtue of a Marriage Contract, dated December 20, 1949, before A. Miles Coe, Notary Public, recorded in MOB 1782, Folio 570, and with whom he is presently living and residing (hereinafter sometimes referred to as "Vendor").

Who declared that ____he____ does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with THE SPECIAL WARRANTIES HEREINAFTER SET OUT, AND ~~all legal warranties and~~ with full substitution and subrogation in and to all the rights and actions of warranty which ____he has____ or may have against all preceding owners and vendors, unto ____RECREATIONAL PLANNERS, INC.____, a corporation organized under the laws of the State of Delaware, with its domicile in the City of Decatur, Alabama, herein represented by and appearing through James W. Fullington its duly authorized undersigned representative, said authority appearing in the attached Unanimous Consent which is made part hereof for all purposes, hereinafter sometimes referred to as "Vendee", and whose address is:

824 C - Second Avenue

Decatur, Alabama

here present accepting, and purchasing for ____itself____, its successors / ~~heirs~~ and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to-wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Plaquemines, State of Louisiana, on the West side of the Mississippi River, and located in Sections 17, 20, 29 and 32 of Township 18 South, Range 25 East, and also embracing part of Sections 5, 6, 7 and 8 of Township 19 South, Range 25 East, in the Southeastern District of Louisiana, West of the Mississippi, all of which is more particularly shown on a plan of Hugh B. McCurdy, Jr., Civil Engineer, dated September 12, 1960, a copy of which is annexed hereto, and according to which the said portion of ground is colored in red and is described as follows:

Commences on the Northern shore line of Barataria Bay, located in Section 6, Township 19 South, Range 25 East, and runs North from the point on the North shore of said Barataria Bay, on a line having a bearing of S 1° 00' 00" E, a distance of 870 feet, more or less, to a point; thence on a straight line, having a bearing of S 89° 00' 00" W, a distance of 1530.62 feet to a point; thence on an oblique line running in a Northeasterly direction, having a bearing of S 12° 30' 00" W, a distance of 6280.24 feet to a point; thence from said point running on an oblique line in a Northwesterly direction, having a bearing of S 21° 07' 49" E, a distance of 3498.00 feet to a point; thence from said point on an oblique line running in a Northeasterly direction, on a line having a bearing of S 20° 27' 11" W, a distance of 2772.00 feet to a point; thence from said point on a straight line, having a bearing of S 0° 52' 49" E, a distance of 11,715.00 feet to the rear line of said property; thence from said point, at an angle, on a line running in a Southeasterly direction, having a bearing of N 82° 31' 17" W, a distance of 2109.91 feet to a point; thence from said point running in a Southerly direction, on a line having a bearing of S 0° 52' 49" E, a distance of 11,801.45 feet to a point; thence from said point on an oblique line running in a Southwesterly direction, having a bearing of S 20° 27' 11" W, a distance of 2372.56 feet to a point; thence from said point on a line running in a Southeasterly direction, having a bearing of S 21° 07' 49" E, a distance of 4333.84 feet to a point; thence from said point on an oblique line running in a Southwesterly direction, having a bearing of S 12° 30' 00" W, a distance of 6804.17 feet to a point on the division line between Sections 5 and 8 of Township 19 South, Range 25 East; thence from said point, continuing in a Southwesterly direction through Section 8, Township 19 South, Range 25 East, to the Northern shore line of Barataria Bay; thence running on a meandering line along the Northern shore line of Barataria Bay through Sections 8 and 7 to a point at the South shore line of Bayou Dupont; thence from said point on the South shore of Bayou Dupont and the North shore of Barataria Bay, located in Section 7, Township 19 South, Range 25 East, continuing in a Northwesterly direction over the entire Bayou Dupont to a point on the Northern shore line of Bayou Dupont and the Northern shore line of Barataria Bay; and thence continuing in a Northwesterly direction along the meandering line of Barataria Bay to the point of beginning.

BEING the same property acquired by Dr. Frank T. Beatrous from Thomas A. Beatrous, as per act before Harry Nowalsky, Notary Public, Orleans Parish, Louisiana, dated May 16, 1939, registered in C.O.B. 88, folio 58, Parish of Plaquemines, State of Louisiana.

2601-225 Baronne St.
New Orleans, La.

# STATE OF LOUISIANA
## Parish of Plaquemines.

I, the undersigned Clerk of Court Ex-Officio Recorder of Mortgages in and for this Parish and State, do hereby certify that by reference to the Mortgage records of my office up to this date hereof, it does not appear that there are any _____ mortgages or encumbrances standing in the name of —--

DR. FRANK T. BEATROUS

RECREATIONAL PLANNERS, INC. (TO ACQUIRE)

TAIN PIECE OR PORTION OF GROUND, together with all buildings and improvements thereon, and all the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Plaquemines, State of Louisiana, on the West side of the Mississippi River, and located in Sections 17, 20, 29 and 32 of Township 18 South, Range 25 East, and also embracing part of Sections 5, 6, 7 and 8 of Township 19 South, Range 25 East, in the Southeastern District of Louisiana, West of the Mississippi, all of which is more particularly shown on a plan of Hugh B. McCurdy, Jr., Civil Engineer, dated Sept. 12, 1938, a copy of which is annexed hereto, and according to which the said portion of ground is colored in red and is described as follows:

Commencing on the Northern shore line of Barataria Bay, located in Section 6, Township 19 South, Range 25 East, and runs North from the point on the North shore of said Barataria Bay, on a line having a bearing of S 1° 00' 00" E, a distance of 570 feet, more or less, to a point; thence on a straight line, having a bearing of S 88° 00' 29" W, a distance of 1530.62 feet to a point; thence on an oblique line running in a Northeasterly direction, having a bearing of S 12° 00' 00" W, a distance of 6280.21 feet to a point; thence from said point running on an oblique line in a Northwesterly direction, having a bearing of S 21° 07' 49" E, a distance of 5708.00 feet to a point; thence from said point on an oblique line running in a Northeasterly direction, on a line having a bearing of S 29° 27' 11" E, a distance of 2772.60 feet to a point; thence from said point on a straight line, having a bearing of S° 22' 45" E, a distance of 11,710.00 feet to the rear line of said property; thence from said point, at an angle, on a line running in a Southeasterly direction, having a bearing of N 82° 31' 17" W, a distance of 2109.00 feet to a point; thence from said point running in a Southerly direction, on a line having a bearing of S 6° 52' 19" E, a distance of 11,045 feet to a point; thence from said point on an oblique line running in a Southeasterly direction, having a bearing of S 29° 27' 11" E, a distance of 2372.56 feet to a point; thence from said point on a line running in a Southeasterly direction, having a bearing of S 21° 07' 49" E, a distance of 4333.84 feet to a point; thence from said point on an oblique line running in a Southwesterly direction, having a bearing of S 12° 00' 00" W, a distance of 6061.17 feet to a point on the division line between Sections 5 and 8 of Township 19 South, Range 25 East; thence from said point, continuing in a Southwesterly direction through Section 8, Township 19 South, Range 25 East, to the Northern shore line of Barataria Bay; thence running on a meandering line along the Northern shore line of Barataria Bay through Sections 8 and 7 to a point at the South shore line of Bayou Dupont; thence from said point on the South shore of Bayou Dupont and the North shore of Barataria Bay, located in Section 7, Township 19 South, Range 25 East, continuing in a Southwesterly direction over the entire Bayou Dupont to a point on the Northern shore line of Bayou Dupont and the Northern shore line of Barataria Bay; and thence continuing in a Northwesterly direction along the Northern line of Barataria Bay to the point of beginning.

...y acquired...
...us, as per act before Harry Nowalsky,
... Parish, Louisiana, dated May 16, 1938,
...B, folio 58, Parish of Plaquemines.

E X C E P T

NONE

O AND SEAL OF OFFICE on this 24th. day

Recorder



      To have and to hold the above described property unto the said purchaser __its__ successors heirs and assigns forever.

      This sale is made and accepted for and in consideration of the price and sum of ONE HUNDRED AND ONE THOUSAND, THREE HUNDRED & SEVENTY-FIVE ($101,375.00) DOLLARS Cash, _____

which the said purchaser __has__ well and truly paid, in ready and current money to the said __vendor__ who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

      All State and Parish Taxes up to and including the taxes due and exigible in __1969__ are paid as per the declarations and warranty of vendor which have been accepted by vendee; and vendee assumes responsibility for the payment of the taxes for 1970.

~~By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish of~~ _____ ~~annexed~~ _____

      Vendor declares and warrants that:

it does not appear that said property has been heretofore alienated by ~~the~~ __him__ or that it is subject to any encumbrance whatever, EXCEPT:

    Certain rights of way that appear in the official records of the Parish of Plaquemines, Louisiana. The vendee accepts said declarations and warranty and both parties herein and hereby agree to hold me, Notary, forever harmless on account of the non-production of Mortgage and Conveyance Certificates.

    THIS TRANSFER IS, and shall remain, without the full usual general warranty; but Vendor hereby and herein unconditionally warrants the title to the hereinabove described property insofar as his own acts and actions are concerned; and any after-acquired title of Vendor shall redound to the benefit of Vendee, including its transferees, mortgagees, successors and assigns, respectively; and Vendor specifically includes in this transfer any and all acquisitive prescriptive rights which he had, or now has, to the said property and declares that since his acquisition of said property in 1938, he has had, exercised and enjoyed the full undisturbed possession of said property, which possession consisted, among other things, of (i) the granting of rights of way and the exercising thereof by each Grantee of the possession and use of the property covered thereby, (ii) the granting of mineral leases and the performance of exploratory and other activities by the mineral lessees thereunder, (iii) the granting of trapping leases, verbal and written, and the trapping of said property by each said trapping lessee, (iv) the completion on the ground of a survey of said property by a duly authorized, competent Surveyor, (v) the posting of "No Trespassing" signs through the said property, particularly around the perimeter thereof, and (vi) the constant patrolling of said property, the eviction of any unauthorized persons therefrom and many other acts that were compatible with the full possession of said property by Vendor as the owner thereof.

The parties hereto take cognizance of the fact that the certificates annexed hereto are undated and unsigned, and agree to hold me, Notary, harmless on account thereof and in connection therewith.

**Thus Done and Passed,** in triplicate original in my office at New Orleans, Louisiana on the day, month and year herein first above written, in presence of _____

_____ CLAIRE RIEKENS and VIRGINIA W. PETERSON _____

competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

**Witnesses:**

_____
Claire Riekens

_____
Virginia W. Peterson

_____
DR. FRANK T. BEATROUS

RECREATIONAL PLANNERS, INC.
By: _____
Authorized Representative

_____
NOTARY PUBLIC
C. ELLIS HENICAN

RECORDED PARISH OF PLAQUEMINES ON
January 5, 1971 IN C.O.B. 262
FOLIO 98

_____
DY. CLERK OF COURT
$15.00