UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## APACHE LOUISIANA MINERALS, LLC's
## TWENTY-FOURTH SUBMISSION OF PORTAL DOCUMENTS

Pursuant to instructions provided by Magistrate Judge Shushan during a telephone conference conducted on July 13, 2015, Apache Louisiana Minerals, LLC submits the following claim-related portal documents into the record. The attached documents will be designated as part of the record in the matter, currently on appeal to the Fifth Circuit, entitled "In re Deepwater Horizon," No. 15-30507.

| | Doc. ID | Date Filed | Doc. File ID |
|---|---|---|---|
| Exhibit No. 24-01 | 17396303 | July 14, 2015 | 22047301 |
| Exhibit No. 24-02 | 17396307 | July 14, 2015 | 22047303 |
| Exhibit No. 24-03 | 17396311 | July 14, 2015 | 22047306 |

| | | | |
|---|---|---|---|
| Exhibit No. 24-04 | 17396316 | July 14, 2015 | 22047310 |
| Exhibit No. 24-05 | 17396320 | July 15, 2015 | 22047314 |
| Exhibit No. 24-06 (Deepwater Horizon Claims Center Policy 119) | N/A | N/A | N/A |
| Exhibit No. 24-07 (Deepwater Horizon Claims Center Policy 185) | N/A | N/A | N/A |
| Exhibit No. 24-08 (Deepwater Horizon Claims Center Policy 233) | N/A | N/A | N/A |
| Exhibit No. 24-09 (Deepwater Horizon Claims Center Policy 253) | N/A | N/A | N/A |
| Exhibit No. 24-10 (Deepwater Horizon Claims Center Policy 309) | N/A | N/A | N/A |
| Exhibit No. 24-11 (Deepwater Horizon Claims Center Policy 378) | N/A | N/A | N/A |
| Exhibit No. 24-12 (Deepwater Horizon Claims Center Policy 441) | N/A | N/A | N/A |
| Exhibit No. 24-13 (Deepwater Horizon Claims Center Policy 443) | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| Exhibit No. 24-14 (Deepwater Horizon Claims Center Policy 480-v2) | N/A | N/A | N/A |
| Exhibit No. 24-15 (Deepwater Horizon Claims Center Policy 502) | N/A | N/A | N/A |

July 15, 2015

                            Respectfully submitted,

                            DUVAL, FUNDERBURK, SUNDBERY,
                                LOVELL & WATKINS, APLC

                            /s/ Stanwood R. Duval
                            C. BERWICK DUVAL, II (#5109)
                            STANWOOD R. DUVAL (#27732)
                            101 Wilson Avenue
                            Post Office Box 3017
                            Houma, Louisiana 70361
                            Telephone: (985) 876-6410
                            Facsimile:  (985) 8524-1490
                            Email: berwick@duvallawfirm.com
                            Email: stan@duvallawfirm.com

                            and

          DOUGLAS C. LONGMAN, JR. (#8719)
          CARMEN M. RODRIGUEZ (#22573)
          JONES WALKER LLP
          600 Jefferson St., Suite 1600
          P. O. Box 3408
          Lafayette, Louisiana 70502-3408
          Telephone:  (337) 593-7600
          Facsimile:   (337) 593-7601
          Email: dlongman@joneswalker.com
          Email: carmenrodriguez@joneswalker.com

*Attorneys for Apache Louisiana Minerals, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 15th day of July, 2015.

          /s/ Stanwood R. Duval