# Stan Duval

| | |
|---|---|
| **From:** | Jack Alltmont <jalltmont@dheclaims.com> |
| **Sent:** | Thursday, July 10, 2014 2:34 PM |
| **To:** | Warlick, Sarah E.; Stan Duval |
| **Cc:** | Cantor, Daniel A.; Berwick Duval; Jennifer Goodwin; ftrani@browngreer.com; Michael Juneau |
| **Subject:** | RE: Appeal of Claim 283742 |

Sarah:

You are correct. All related Apache appeals were intended to be covered by the en banc decision.

Frank/Jennifer:

Please issue appropriate notice to formally include 283742 in the en banc decision.

*Jack*

---

**From:** Warlick, Sarah E. <Sarah.Warlick@aporter.com>
**Sent:** Monday, July 7, 2014 6:26 PM
**To:** Stan Duval; Jack Alltmont
**Cc:** Cantor, Daniel A.; Berwick Duval; Jennifer Goodwin; ftrani@browngreer.com; Michael Juneau
**Subject:** RE: Appeal of Claim 283742

Jack,

We haven't heard back from you but in light of the parties' agreement that no briefing is necessary for this appeal, and that the en banc decision controls, we trust there is no need to make any filing. In the event that a Final Proposal is deemed required, BP's FP is $0, in accordance with the June 5, 2014 en banc decision that determined Apache is excluded from the Settlement Agreement. If anything else is required, please advise.

Thank you,
Sarah

---

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

---

**From:** Warlick, Sarah E.
**Sent:** Tuesday, July 01, 2014 4:31 PM
**To:** 'Stan Duval'; 'jalltmont@dheclaims.com'

**Cc:** Cantor, Daniel A.; 'Berwick Duval'; 'Jennifer Goodwin'; 'ftrani@browngreer.com'; 'mjuneau@dheclaims.com'
**Subject:** RE: Appeal of Claim 283742

Jack,

We never received a response on this, though the parties are in agreement that the en banc decision controls. We trust this appeal will not be proceeding and that no Final Proposals need be filed. Can you please confirm?

Thank you,
Sarah

---

**From:** Warlick, Sarah E.
**Sent:** Tuesday, June 24, 2014 5:28 PM
**To:** 'Stan Duval'; 'jalltmont@dheclaims.com'
**Cc:** Cantor, Daniel A.; 'Berwick Duval'; 'Jennifer Goodwin'; 'ftrani@browngreer.com'; 'mjuneau@dheclaims.com'
**Subject:** RE: Appeal of Claim 283742

Jack,

We haven't heard back from you but in light of Stan's agreement that no brief need be filed today, we trust there is no need to make any filing. In the event that an IP is deemed required, BP's IP is $0, in accordance with the June 5, 2014 en banc decision that determined Apache is excluded from the Settlement Agreement. If anything else is required, please advise immediately.

Thank you,
Sarah

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

---

**From:** Warlick, Sarah E.
**Sent:** Tuesday, June 24, 2014 3:33 PM
**To:** 'Stan Duval'; 'jalltmont@dheclaims.com'
**Cc:** Cantor, Daniel A.; Berwick Duval
**Subject:** RE: Appeal of Claim 283742

Jack,

Could you please confirm that you agree the parties do not need to file any briefs for this appeal, and that it will be governed by the en banc decision?

Thank you,
Sarah

---

**From:** Stan Duval [mailto:stan@duvallawfirm.com]
**Sent:** Tuesday, June 24, 2014 7:30 AM
**To:** Warlick, Sarah E.; 'jalltmont@dheclaims.com'

**Cc:** Cantor, Daniel A.; Berwick Duval
**Subject:** RE: Appeal of Claim 283742

Sarah,

We agree that the en banc decision should govern the seafood claim as well, and we plan on including that claim in our request for discretionary review. We also agree that there is no need for the parties to submit Initial Proposals, and ALM reserves all rights to seek discretionary review of that denial of the seafood claim based on the en banc decision.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com
```

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.

---

**From:** Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
**Sent:** Monday, June 23, 2014 1:57 PM
**To:** 'jalltmont@dheclaims.com'
**Cc:** Cantor, Daniel A.; Stan Duval
**Subject:** RE: Appeal of Claim 283742

Jack, I wanted to just follow up on this, as Initial Proposals would be due tomorrow. If you could please advise by no later than tomorrow morning, we would appreciate it.

---

**From:** Warlick, Sarah E.
**Sent:** Friday, June 20, 2014 8:40 PM
**To:** 'jalltmont@dheclaims.com'
**Cc:** Cantor, Daniel A.; 'stan@duvallawfirm.com'
**Subject:** Appeal of Claim 283742

Jack,

BP is writing with respect to its appeal of claim 283742, a seafood claim filed by Apache Louisiana Minerals LLC. As you know, on June 5, 2014 the en banc panel issued its detailed determination finding that Apache is an oil and gas business, and therefore excluded from the Settlement Agreement. For the same reasons outlined in that decision, Apache's

award in this claim must be overturned. Given the en banc decision, BP believes that there is no need for the parties to submit Initial and Final Proposals in this appeal. Instead, the award should be overturned in accordance with the en banc determination. Claimant would, of course, reserve all rights under the Settlement Agreement.

Thank you.

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.