# Stan Duval

**From:** Stan Duval
**Sent:** Friday, October 03, 2014 8:19 AM
**To:** Warlick, Sarah E.; Jennifer Goodwin; jalltmont@dheclaims.com; Jack M. Alltmont
**Cc:** Cantor, Daniel A.
**Subject:** RE: Apache

Just to be clear, we did not seek discretionary review again. Our original request for discretionary review covered all eligibility notices that were appealed.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval,
Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of
the individual or entity to whom they are addressed, and are protected by the Attorney-
Client Privilege.  If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this
e-mail in error and that any use,dissemination, forwarding, printing, or copying of this
e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.
```

**From:** Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
**Sent:** Thursday, October 02, 2014 6:58 PM
**To:** Jennifer Goodwin; jalltmont@dheclaims.com; Jack M. Alltmont
**Cc:** Cantor, Daniel A.; Stan Duval
**Subject:** Apache

Jack,

BP and Claimant Apache Louisiana Minerals LLC previously agreed that claim 283742 is governed by the June 5, 2014 en banc panel decision. Apache subsequently sought discretionary review of that claim, as well as multiple other claims, all governed by the en banc decision. The request for discretionary review was denied. It now appears that Claimant has been permitted to seek discretionary review again for claim 283742, despite the fact that this claim was included in the prior request for discretionary review. A Notice of Request for Discretionary Review was generated and BP's objection is due October 3. BP trusts that a second, duplicative discretionary review process is not being undertaken. Please advise.

1

Kind regards,
Sarah

---

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com