**Stan Duval**

| | |
|---|---|
| From: | Jack M. Alltmont <jalltmont@sessions-law.com> |
| Sent: | Friday, October 03, 2014 9:43 AM |
| To: | Warlick, Sarah E. |
| Cc: | Stan Duval; Jennifer Goodwin; jalltmont@dheclaims.com; Cantor, Daniel A. |
| Subject: | Re: Apache |

Responding remotely, I do not have the claim numbers. But our intent is the all of the related apache cases be handled together. If we need to clean up any paperwork to effectuate that, we will do so.
Jack

Sent from my iPhone



**Jack M. Alltmont, Attorney | Sessions, Fishman, Nathan & Israel, L.L.C.**
Direct: 504.582.1507 | Fax: 504.582.1555 | jalltmont@sessions-law.com
201 St.Charles Ave., Suite 3815, New Orleans, La 70170-1052 | Main: 504.582.1500
Direct Links: BIO • EMAIL • WEBSITE
California • Colorado • Florida • Georgia • Illinois
Louisiana • New Jersey • New York • Ohio • Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

On Oct 3, 2014, at 9:21 AM, "Warlick, Sarah E." <Sarah.Warlick@aporter.com> wrote:

> Thanks, Stan.
>
> Jack and Jennifer, given the consensus that the prior discretionary review process covered all claims including Claim No. 283742, would you please confirm today that there is not another discretionary review proceeding regarding Apache in process and that the notice issued on September 22 will be retracted.  BP also trusts that it does not need to file an objection today.  Thank you.
>
> Kind regards,
> Sarah

**From:** Stan Duval [mailto:stan@duvallawfirm.com]
**Sent:** Friday, October 03, 2014 9:19 AM
**To:** Warlick, Sarah E.; Jennifer Goodwin; jalltmont@dheclaims.com; Jack M. Alltmont
**Cc:** Cantor, Daniel A.
**Subject:** RE: Apache

Just to be clear, we did not seek discretionary review again. Our original request for discretionary review covered all eligibility notices that were appealed.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com
```

```
CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of
Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended
solely for the use of the individual or entity to whom they are addressed,
and are protected by the Attorney-Client Privilege.  If you are not the
intended recipient or the person responsible for delivering the e-mail to the
intended recipient, be advised that you have received this e-mail in error
and that any use,dissemination, forwarding, printing, or copying of this e-
mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.
```

**From:** Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
**Sent:** Thursday, October 02, 2014 6:58 PM
**To:** Jennifer Goodwin; jalltmont@dheclaims.com; Jack M. Alltmont
**Cc:** Cantor, Daniel A.; Stan Duval
**Subject:** Apache

Jack,

BP and Claimant Apache Louisiana Minerals LLC previously agreed that claim 283742 is governed by the June 5, 2014 en banc panel decision. Apache subsequently sought discretionary review of that claim, as well as multiple other claims, all governed by the en banc decision. The request for discretionary review was denied. It now appears that Claimant has been permitted to seek discretionary review again for claim 283742, despite the fact that this claim was included in the prior request for discretionary review. A Notice of Request for Discretionary Review was generated and BP's objection is due October 3. BP trusts that a second, duplicative discretionary review process is not being undertaken. Please advise.

Kind regards,
Sarah

2

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.