**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Pol-119 | CLAIMS ADMINISTRATOR'S APPROVED POLICY |
|---|---|

### I. Profile  - EXTERNAL

| Subject | Appeals: Reconsideration Requirement | | |
|---|---|---|---|
| **Active Date** | 6/15/12 | **Policy Impact** | ☑All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision | |
| **Settlement Agreement Reference** | | | |
| **Affected Claim Types and/or Review Processes** | | Appeal | |

### II. Summary

We will require that a claimant request Reconsideration and receive a Post-Reconsideration Notice before submitting an Appeal to the Appeal Panel or to the Documentation Reviewer.