| Pol-185 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|
| **I. Profile - EXTERNAL** | | |
| **Subject** | Rescission of Payment Awards and Releases | |
| **Active Date** | 7/18/12 | **Policy Impact** | ☐ All Claims Regardless of Active Date<br>☒ All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | |
| **Affected Claim Types and/or Review Processes** | | All Claims |
| **II. Summary** | | |

(a) A claimant may not rescind a signed Release after the Program has received it.
(b) The Program may not rescind a payment award after the claimant has submitted a properly completed Release, except for fraud or the claimant's exercise of an opt-out.