| Pol-233 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|
| **I. Profile - EXTERNAL** | | |
| **Subject** | 2010 Property Tax Assessment to Prove Value of a Parcel | |
| **Active Date** | 8/14/12 | **Policy Impact**: ☒All Claims Regardless of Active Date  ☐All Claims Greater than Active Date |
| **Type of Decision** | | Agreed to by the Parties |
| **Settlement Agreement Reference** | | Exhibit 11A, Exhibit F, Section 1.b |
| **Affected Claim Types and/or Review Processes** | | Coastal |
| **II. Summary** | | |

To prove value, claimants are no longer required to submit the 2010 Tax Assessment upfront. Instead, the Claims Administrator will rely on the Mapping Software, which contains the 2010 appraised value of the property. If the Mapping Software is missing the information, the Program will contact the claimant to submit the 2010 Property Tax Assessment.