| Pol-253 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | | |
|---|---|---|---|
| **I. Profile - EXTERNAL** | | | |
| **Subject** | Proof of Ownership of Parcel | | |
| **Active Date** | 9/20/12 | **Policy Impact** | ☒All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision | |
| **Settlement Agreement Reference** | | Exhibit 12A, Appendix F, Section 1 | |
| **Affected Claim Types and/or Review Processes** | | Wetlands | |
| **II. Summary** | | | |

Exhibit 12A, Section 1.A of the Settlement Agreement requires that the claimant be an owner of an Eligible Parcel during the period from April 20, 2010, to April 18, 2012.  If the claimant owned the Eligible Parcel for the entire time period, the claimant must submit the deed and both 2010 and 2011 Tax Assessments to prove ownership.  To prove ownership, the Claims Administrator proposed to the Parties that the Program require a deed and either the 2010 or 2011 Tax Assessment, but not both the 2010 and 2011 Tax Assessments.  The Parties did not agree to that proposal and instead directed the Claims Administrator to attempt to locate this proof by researching and uploading tax assessments for all parcels, regardless of whether the parcel is in the Wetlands Claim Zone.  If the parcel is not in the Wetlands Claim Zone, the Claims Administrator sends the claim to the mapping vendor for its analysis.  For deeds, if the parcel is in the Wetlands Claim Zone, the Claims Administrator uses the services of local counsel to research and upload the applicable deed.