| Pol-309 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|
| | **I. Profile  - EXTERNAL** | |
| **Subject** | Appeals: Re-Review Process | |
| **Active Date** | 12/13/12 | **Policy Impact** | ☐All Claims Regardless of Active Date<br>☒All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | |
| **Affected Claim Types and/or Review Processes** | | Appeal |
| | **II. Summary** | |

The Claims Administrator will implement the Re-Review process outlined in the memo dated 11/20/12 and flow chart. The Claims Administrator has authority under Paragraph 5 of Exhibit 25 to amend and/or adopt procedures as necessary to implement Section 6 of the Agreement after providing notice and a right to comment by the BP Parties and Lead Class Counsel.  The re-review process allows a systematic approach for providing all claimants with another chance to submit information to explain or refute the notice they receive. The Claims Administrator's Re-Review process is provided in the attached memo.