| Proc-378 | CLAIMS ADMINISTRATOR'S APPROVED PROCEDURE |||
|---|---|---|---|
| **I. Profile - EXTERNAL** ||||
| **Subject** | Access to Claims Information and Data |||
| **Active Date** | 4/24/13 | **Policy Impact** | ☒All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** || Claims Administrator Decision ||
| **Settlement Agreement Reference** ||||
| **Affected Claim Types and/or Review Processes** || IEL; IPV_FV; Real Property Sales; Subsistence; BEL; VOO Charter Payment; Coastal; Wetlands; Vessel Physical Damage; Seafood; All Claims; All Non Economic Loss Claims; All Economic Loss Claims; Seafood Second Distribution; Other ||
| **II. Summary** ||||

See attached memo.



# MEMORANDUM

TO:      Class Counsel
             BP

FROM:   Patrick A. Juneau, Claims Administrator

DATE:    April 9, 2013

RE:       Procedure Regarding Access to Claims Information and Data

_____

After meeting with the Parties on 3/12/13, the Claims Administrator tentatively adopted and announced to the Parties on 3/19/13, certain rules regarding access by claimants, their counsel, BP and Class Counsel to claim files, images of claim materials, claims-related materials and data maintained by the Deepwater Horizon Economic and Property Damages Settlement Program, subject to the Confidentiality Order entered by the Court on 6/29/12. After receiving and considering comments from the Parties on those rules, the Claims Administrator has adopted this final Procedure.

1. *Definitions.* In addition to defined terms in the Settlement Agreement, this Procedure uses these terms:

    (a) Access: The ability to view and obtain copies of Confidential Information regarding Claimants and claims in the Program, whether by an interactive internet interface or by hard copies furnished by the Claims Administrator.

    (b) Accountant Workbooks: The Excel workbooks uploaded into the Claim File by accountant reviewers that reflect calculations made by such reviewers on a Business Economic Loss Claim or Seafood Program Claim.

    (c) Claim: A claim presented to the Program by a Claimant for any of the Claim Types permitted by the Settlement Agreement.

    (d) Claim File: The Registration Form of a Claimant and the Claim Form, supporting documents and other materials presented by a Claimant or any party relating to a Claimant or Claim by the Claimant, any notices or communications to or from the Claimant or any party relating to a Claimant or Claim, and any materials created by the Claims Administrator relating to a Claimant or a Claim by the Claimant, maintained in electronic images.

    (e) Claims Database: The electronic database maintained by the Claims Administrator of information relating to Claimants and Claims in the Program and the actions taken by the Program relating to such Claimants and Claims.

    (f) Claim Reports: Reports on Claims specifically requested by Class Counsel or BP or that the Settlement Agreement requires the Claims Administrator to provide to Class



(g) Claim Review Details: The information placed in the Claims Database by Program personnel relating to the review of a Claim.

(h) Claimant: A person or entity that has submitted a Registration Form and/or one or more Claims in the Program.

(i) Claimant's Counsel: The law firm and individual lawyer(s) representing a Claimant as directed by the Claimant and indicated in the Claims Database.

(j) Confidential Information: All the information referred to in this procedure and covered by the Confidentiality Order.

(k) Denial Notice: The Notice issued by the Claims Administrator to a Claimant not receiving an Eligibility Notice explaining the denial of an ineligible, incomplete or excluded Claim.

(l) Eligibility Notice: The Notice issued by the Claims Administrator to an eligible Claimant explaining the outcome of the review on a Claim.

(m) Global Notes: The information entered into the Claims Database by Program personnel to record conversations and emails with Claimants and counsel for Claimants relating to a Claim or the Program.

**2.** *Access to Confidential Information Before Issuance of an Eligibility Notice or a Denial Notice.* Before the Claims Administrator issues an Eligibility Notice or Denial Notice on a Claim:

(a) **Claimant and Claimant's Counsel:** Shall have Access to the Claimant's Claim File and the Claims Database pertaining to the Claimant, but shall not have access to the Accountant Workbooks, Claim Review Details or Global Notes relating to the Claim or the Claimant or to any Confidential Information relating to any other Claimants.

(b) **BP and Class Counsel:** Shall have equal Access to Claim Reports and to the Claim Files and Claims Database on all Claimants and Claims, but shall not have Access to Accountant Workbooks, Claim Review Details or Global Notes relating to a particular Claim or Claimant.

**3.** *Access to Confidential Information After Issuance of an Eligibility Notice or a Denial Notice.* After the Claims Administrator has issued an Eligibility Notice or Denial Notice on a Claim, in addition to the Access permitted under Paragraph 2 of this Procedure:

(a) **Claimant and Claimant's Counsel:** Shall have Access to the Global Notes relating to the Claimant and to the Accountant Workbooks and Claim Review Details relating to the Claim on which the Eligibility Notice or Denial Notice was issued, but shall not have Access to any Confidential Information relating to any other Claimants.

>    **(b) BP and Class Counsel:**  Shall have equal Access to the Global Notes relating to a Claimant and the Accountant Workbooks and Claim Review Details relating to the Claim on which the Eligibility Notice or Denial Notice was issued.

    **4.**    *Access by Appeal Panelist.*  The record before the Appeal Panelist on a claim on appeal shall include the Global Notes pertaining to the Claimant and the Claims Database, Claim File, Accountant Workbooks and Claims Review Details relating to the Claim subject to the appeal.

422376