Case 2:10-md-02179-CJB-DPC   Document 14862-12   Filed 07/15/15   Page 1 of 1

| Pol-441 | | CLAIMS ADMINISTRATOR'S APPROVED POLICY | |
|---|---|---|---|
| | | **I. Profile - EXTERNAL** | |
| **Subject** | | Appeals Process Rule 17(d)(5) | |
| **Active Date** | 7/25/13 | **Policy Impact** | ☐All Claims Regardless of Active Date<br>☒All Claims Greater than Active Date |
| **Type of Decision** | | | Claims Administrator Decision |
| **Settlement Agreement Reference** | | | |
| **Affected Claim Types and/or Review Processes** | | | Appeal |
| | | **II. Summary** | |

After considering this matter and reviewing the rate of appeal filings and remands, the Claims Administrator has decided to leave in place Rule 17(d)(5) of the Rules Governing the Appeals Process.