**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Pol-502 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | | |
|---|---|---|---|
| **I. Profile - EXTERNAL** | | | |
| **Subject** | Wetlands Real Property Claims: Requirement of Submitting Separate Claim Forms for Each Eligible Parcel Included in a Tax Assessment ID | | |
| **Active Date** | 4/29/14 | **Policy Impact** | ☒All Claims Regardless of Active Date<br>☐All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision | |
| **Settlement Agreement Reference** | | | |
| **Affected Claim Types and/or Review Processes** | | Wetlands | |
| **II. Summary** | | | |
| See the attached Final Policy memo. | | | |

> **FINAL POLICY**
>
> **POLICY 502: WETLANDS REAL PROPERTY CLAIMS: REQUIREMENT OF SUBMITTING SEPARATE CLAIM FORMS FOR EACH ELIGIBLE PARCEL INCLUDED IN A TAX ASSESSMENT ID**

**I.      Introduction.**

Policy 443, "Wetlands Real Property Claims: Compensating Individual Parcels Aggregated Under a Single Tax Assessment ID," states that separate pieces of land owned by a Claimant that are grouped together under one Tax Assessment ID shall be compensated as separate Parcels under the Wetlands Real Property Claim Framework.  Policy 443 further directs the Claims Administrator to update the Wetlands Database to include separate Compensation Amounts for each tract or lot, rather than an aggregate Compensation Amount for all lots or tracts combined under one Tax Assessment ID.  As a consequence of Policy 443 and in order for him to administer the Wetlands Real Property Claims Process effectively and efficiently, the Claims Administrator has determined that Claimants who own more than one Eligible Parcel combined under one Tax Assessment ID are required to submit a separate Claim Form, for each Eligible Parcel included in the Tax Assessment ID.  Based upon Policy 443, the Claims Administrator is assigning a separate Lot ID to each Eligible Parcel if the Parcel shares a Tax Assessment ID with other Eligible Parcels owned by the Claimant.

**II.      Policy Statement.**

A Claimant is required to submit a separate Claim Form for each Eligible Parcel, regardless of whether the Eligible Parcel has its own Tax Assessment ID or shares the same Tax Assessment ID with other Eligible Parcels.  If the Tax Assessment ID contains multiple lots or tracts, the Claims Administrator will assign a separate Lot ID to each Eligible Parcel as to which the Claimant has submitted a Claim Form.  If the Claimant has previously submitted a Claim Form that included multiple Eligible Parcels combined under one Tax Assessment ID, the Claimant will be required to submit a separate Claim Form for each Eligible Parcel combined within the Tax Assessment ID.  However, to the extent that the Claimant has submitted supporting documents for the Eligible Parcel when it submitted its previous Claim Form, it will not be required to re-submit supporting documents when it files a Claim Form for the Eligible Parcel as required by Policy 443 and this Policy.