IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: All Cases | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**JOINT MOTION FOR (1) ESTABLISHMENT OF SETTLEMENT FUND
PURSUANT TO TRANSOCEAN PUNITIVE DAMAGES AND
ASSIGNED CLAIMS SETTLEMENT AGREEMENT, AND
(2) APPOINTMENT OF ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the SA, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request that the Court grant this joint motion for (1) establishment of Settlement Fund pursuant to the SA, and (2) appointment of UBS AG as Escrow Agent for the Settlement Fund.

For the reasons stated in the accompanying memorandum, the Parties therefore respectfully request that the Court:

(1)  order that the Settlement Fund be established pursuant to the terms of the SA and the Escrow Agreement attached as Exhibit 1 to the Memorandum in Support of Joint Motion for (1) Establishment of Settlement Fund Pursuant to Transocean Punitive

1

Damages and Assigned Claims Settlement Agreement, and (2) Appointment of Escrow Agent for Settlement Fund;

(2) find and hold that the Settlement Fund is a qualified settlement fund under Section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation Section 1.468B-1;

(3) retain continuing jurisdiction over the Settlement Fund and its Escrow Agent;

(4) order that the Settlement Fund be operated under the supervision and control of the Court and in accordance with the SA, the Escrow Agreement, Section 468B of the Internal Revenue Code and Treasury Regulation Sections 1.468B-1 to 1.468B-5;

(5) establish an Attorneys' Fee Account for Common Benefit Fee and Costs Award payments within the Settlement Fund ("Attorneys' Fee Account");

(6) find and hold that Transocean will be discharged from liability regarding payment of attorneys' fees and costs by paying into the Settlement Fund funds to be allocated to the Attorneys' Fee Account as required pursuant to Section 23(d) of the SA;

(7) find and hold that Transocean shall have no responsibility, obligation or liability of any kind whatsoever with respect to the establishment or operation of the Settlement Fund; and

(8) appoint UBS AG as Escrow Agent for the Settlement Fund.

| | |
|---|---|
| July 15, 2015 | Respectfully Submitted, |

/s/ Stephen J. Herman
Stephen J. Herman
La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 569-6024

**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**

/s/ James Parkerson Roy
James Parkerson Roy
La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
56 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**

and

 s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
         daniel.levin@mto.com

 s/ Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com,

 s/ Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for (1) Establishment of Settlement Fund Pursuant to Transocean Punitive Damages and Assigned Claims Settlement Agreement; and (2) Appointment of Escrow Agent for Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 15th day of July 2015.

/s/ Kerry J. Miller