# Exhibit 1-D

# EXHIBIT D

## CCM ACCOUNT AGREEMENT



New York Branch and Miami Branch

# Online Access Agreement

Client Name(s)  Transocean

(hereinafter referred to as "you" or the "Client")

Account Number(s)

(use last page if necessary)                                             (hereinafter referred to as the "account")

**UBS Wealth Management Online Access Terms and Conditions - Important Legal Information**

### 1. Initial Acceptance of Terms
By accessing the UBS Wealth Management Online Access Site (the "Site"), you agree to the following terms and conditions. If you do not agree to all of these Terms and Conditions, you should not access any information on the Site.

**Notice to Authorized Users:** You should not access any information on the Site if you do not agree to all of these Terms and Conditions. As appropriate, references herein such as "you" and "your" should be read to include Authorized Users (defined in Section 8 below) in connection with their access of the Site.

### 2. Other Agreements
These Terms and Conditions are in addition to (and do not replace or modify) any other agreements you may have with UBS AG ("UBS") or any affiliates, subsidiaries, divisions or units thereof.

### 3. Pricing
Your account value excludes unpriced securities and other items not in your net account value (e.g., direct/private investments). Certain security prices are not updated daily. Interest-bearing certificate of deposit positions are displayed at the market value rather than the value at maturity. If your account includes restricted securities, these are reflected in your account value at the market price of the unrestricted stock of the same issuer. This is an imputed value only and may differ substantially from the current market value of the restricted shares as such securities may be ineligible for resale, illiquid and/or subject to restrictions on resale/surrender which may substantially reduce their current market value.

### 4. No Offer, No Obligation
No information provided on the Site constitutes a solicitation, offer, financial advice or recommendation to buy or sell any investment instruments, to effect any transactions, or to conclude any legal act of any kind whatsoever. The information available to you on the Site is provided for informational purposes and solely as a personal reference tool, and is subject to change without notice. UBS makes no representation (either express or implied) that the information provided is accurate, complete or up to date. In particular, UBS shall not be obliged to remove any outdated information from the Site or to expressly mark any such information as being outdated. No warranty is made with respect to any security prices provided. No investment or any other decisions should be made based solely on the contents of the Site. You should obtain advice from a qualified expert before making any investment decision.

### 5. No Indication of Future Performance
The future performance of an investment cannot be deduced from previous market value, as the value of an investment may fall as well as rise. An investment may also lose value due to changes in rates of foreign exchange. UBS cannot guarantee that any capital invested will maintain or increase in value.

### 6. Changes to these Terms and Conditions
You agree that UBS may change these Terms and Conditions at any time. Such changes will be posted online and will be effective upon posting. Your continued use of the Site thereafter will constitute your acceptance of the changes and your agreement to be bound by the Terms and Conditions, as amended. If you do not agree to the changes, you must notify UBS in writing or by telephone of your refusal and discontinue your use of the Site.

### 7. Changes to the Site
UBS will not be required to notify you of any change in the Site's features or content. In addition, UBS may at any time, with or without notice, restrict the use and accessibility of the Site. UBS may also temporarily suspend or revoke your rights to use the Site based on UBS's belief or suspicion that your use of the services exceeds or violates these Terms and Conditions.

### 8. Your Responsibilities
You are responsible for all statements made and acts or omissions that occur while your user identification name (your "User Name") and password are being used. You are responsible for protecting and securing your User Name and password from unauthorized use and disclosure. You are also responsible for notifying each party not a signatory on your account whom you have requested be granted online access to your account information (each, an "Authorized User") of these Terms and Conditions, and that by accessing the Site they fully agree to these Terms and Conditions. If you become aware of, or believe there has been, any breach of security for any of your information stored on the Site, such as the theft or unauthorized use of your User Name, password or any other information, you agree to notify UBS immediately.

### 9. Indemnification by You
You will indemnify and hold harmless UBS, its affiliates and their respective employees, officers, directors and agents, and each party (whether or not identified on the Site) who provides information available on the Site (each, a "Provider"), from any and all claims, losses, expenses and damages, including reasonable attorneys' fees, imposed on, incurred or asserted as a result of or relating to: (a) any violation of these Terms and Conditions by you or any of the Authorized Users identified by you to UBS; (b) your unauthorized receipt or use of information or services provided through the Site; (c) any unauthorized use of information or services provided through the Site directly or indirectly related to failure to reasonably protect and secure your User Name and password from unauthorized use and/or disclosure; and/or (d) any third-party actions related to your receipt and use of information or services available through the Site, whether authorized or unauthorized under this Agreement.



### 10. Copyright and Limitations on Your Use of Information

The information available on the Site, including, but not limited to text, images, illustrations, audio clips and video clips (if any) is protected by copyrights, trademarks, service marks and/or other property rights under the laws of various states, the United States and foreign jurisdictions, and is owned and controlled by UBS, its affiliates, agents and/or their respective Providers. You may use and print a copy of the information contained in the Site for your personal, noncommercial use only. You may not copy, reproduce, retransmit, distribute, disseminate, sell, publish, broadcast or circulate (including by e-mail or other electronic means) the information available on the Site for any commercial purpose or use without the prior express written consent of UBS, its affiliates and/or their respective agents or Providers (as applicable). Transmission or use of any information in violation of this Agreement, of any applicable law, rule or regulation (whether of any state, the United States or other countries), or of the rights of any third party is prohibited. This includes, but is not limited to, copyrighted information, information which is defamatory, threatening, obscene, lewd and indecent, information protected by trademark, trade secret or patent laws, or information that results in an invasion of privacy. You may not use on another web site any trademarks, service marks or copyrighted materials appearing on the Site, including but not limited to any logos or characters, without the express written consent of the owner of the mark or copyright. You may not frame or otherwise incorporate into another web site any of the information on the Site without the prior written consent of UBS. You agree to access the information on the Site manually after logging onto the Site and not programmatically by macro or other automated means.

### 11. Your Acknowledgement

You acknowledge that the Site is for informational purposes only and does not constitute an offer to sell or a solicitation of an offer to buy any security which may be referenced in the Site. Such offers can only be made where lawful under applicable law. The Site may include facts, opinions and recommendations of individuals and organizations deemed of interest. Neither UBS, its affiliates nor their Providers guarantee the accuracy, completeness or timeliness of, or otherwise endorse, these views, opinions or recommendations. If you wish to learn more about information available through the Site, please contact your Client Advisor. You agree that the information available through the Site is not the official record of your UBS account and is subject to changes, errors and omissions. Your printed transaction confirmations and periodic UBS statements are the official records of your UBS account. Also, information available through the Site is not a substitute for other important information sent to you by UBS and cannot be used for tax, planning, tax reporting or other official purposes. UBS does not provide tax or legal advice. Please consult your own tax or legal advisor regarding your specific situation.

### 12. Links to and From Other Sites

In the event you use the Site or the links included on the Site to gain access to another Internet site or information on any company, organization or person other than UBS, you acknowledge that such other sites are not under the control of UBS. You agree that UBS shall not be responsible for any information or other links found at any such sites, or for your use of such information. UBS provides such links only as a convenience to you, and has not tested any software or verified any information found at such sites. The fact that UBS has provided a link to another site does not signify UBS's endorsement of the site, its contents or any participants in the site. There are inherent risks in the use of any software or information found on the Internet, and you acknowledge that you understand these risks before making any use of the Site. You understand that third parties not affiliated with UBS may link to the Site. You agree that this link does not imply UBS's endorsement or sponsorship of such third parties or the contents of the third party sites.

### 13. Limitation of Liability

UBS disclaims, without limitation, all liability for any loss or damage of any kind, including any direct, indirect or consequential damages, which might be incurred through the use of or access to the Site, or any links to third-party web sites. Furthermore, UBS disclaims all liability for any unauthorized party's tampering with the user's computer system. In this regard, UBS expressly reminds you of the risk of viruses, and the possibility of attacks by hackers. In order to combat viruses, it is recommended that the most recent browser versions be used, and that anti-virus software be installed and continually updated. As a rule, the opening of any e-mail from an unknown source as well as any unexpected attachment to an e-mail message should be avoided.

Furthermore, by using the Site, you acknowledge the insecure nature of data transmission via electronic means and that, even if encrypted, such data may be subject to interception and/or alteration by unauthorized third parties. UBS will not be held responsible for any damages that you may incur arising out of or in connection with the use of electronic means as a means of communication with or by UBS. In particular, UBS will not be liable for damages caused by or arising out of (i) changes to or the destruction of data by or any other interference by third parties, whether authorized or unauthorized, (ii) access to account data by unauthorized third parties or (iii) technical malfunctions, whether due to transmission errors, breakdowns, system overloads or other causes.

### 14. Termination

Your use of the Site will continue until terminated by UBS or until you notify UBS by telephone, regular mail or courier of your decision to terminate the services. UBS may, in its sole and absolute discretion, and without notice to you, discontinue or change the services provided through the Site or suspend your access to all or any part of the services for any reason. Termination of your permission to use the Site will, simultaneously upon taking effect, be deemed constructive termination of permission for any Authorized User to use the Site. In the event of a termination by UBS, UBS, its affiliates and their respective directors, officers, employees, agents and Providers shall have no liability to you.

### 15. Fees and Payments to Third Parties

You are responsible for any charges incurred to access the Site through an Internet access provider or other third party service. You agree to pay all charges billed to you by third parties in connection with your access to the Site. **UBS shall not be liable for any amounts billed to you by a third party, whether or not these amounts were authorized by you.**

### 16. Material Interests

The UBS Group and/or its boards of directors, executive management and employees may have or have had interests or positions, or traded or acted as market maker, in relevant securities. Furthermore, such entities or persons may have or have had a relationship with or may provide or have provided corporate finance or other services to or serve or have served as directors of relevant companies.

### 17. Local Legal Restrictions

The Site is not directed to any person in any jurisdiction where (by reason of that person's nationality, residence or otherwise) the publication or availability of the Site is prohibited. Persons to whom such prohibitions apply must not access the Site.

### 18. United Kingdom Users

To the extent that material on the Site is issued in the United Kingdom, it is distributed by UBS Limited, a subsidiary of UBS. Persons dealing with UBS or other members of the UBS Group outside the United Kingdom are not covered by the rules and regulations made for the protection of investors in the United Kingdom.

 



**UBS Wealth Management**                                              New York Branch and Miami Branch

**19.  Your Representations and Warranties**

You hereby represent and warrant that you are 18 years of age or older. Unless you advise UBS to the contrary in writing, and provide UBS with a letter of approval from your employer, where required, you represent that you are not an employee of any U.S. securities exchange, or of any corporation of which any exchange owns a majority of the capital stock, or a member of any exchange, or of a member firm or member corporation registered on any exchange, or of any corporation, firm or individual engaged in the business of dealing, either as a broker or as a principal, in securities, bills of exchange, acceptances or other forms of commercial paper.

**20.  Disclaimer of Warranty**

There may be delays, omissions or inaccuracies in information accessed through the Site. You understand and agree that your use of the service is at your sole risk. NEITHER UBS, ITS AFFILIATES, NOR ANY OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR PROVIDERS REPRESENT OR WARRANT THAT ACCESS TO THE SITE WILL BE UNINTERRUPTED OR THAT INFORMATION CONTAINED ON THE SITE WILL BE ERROR-FREE, NOR DOES ANY OF THEM MAKE ANY REPRESENTATION OR WARRANTY AS TO THE RESULT THAT MAY BE OBTAINED FROM THE USE OF SUCH INFORMATION OR AS TO THE TIMELINESS, SEQUENCE, ACCURACY, COMPLETENESS, RELIABILITY OR CONTENT OF ANY INFORMATION PROVIDED THROUGH THE SITE. THE SERVICE IS PROVIDED ON AN "AS IS," "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THOSE OF INFORMATION ACCESS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**21.  Limitation of Liability**

NEITHER UBS, ITS AFFILIATES, NOR ANY OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR PROVIDERS SHALL BE LIABLE TO YOU OR ANYONE ELSE FOR:

(a)  ANY LOSS OR INJURY CAUSED IN WHOLE OR PART FOR ANY REASON, INCLUDING BY ITS (OR THEIR) NEGLIGENCE OR CONTINGENCIES BEYOND ITS (OR THEIR) CONTROL, IN PROVIDING, PROCURING, COMPILING, INTERPRETING, REPORTING OR DELIVERING INFORMATION THROUGH THE SITE;

(b)  ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON ANY ASPECT OF THE SITE, INCLUDING, WITHOUT LIMITATION, INFORMATION AVAILABLE THROUGH THE SITE; AND/OR

(c)  ANY CONSEQUENTIAL, SPECIAL, INCIDENTAL, DIRECT, INDIRECT OR SIMILAR DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS OR TRADING LOSSES), EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**YOU HAVE READ AND UNDERSTAND THESE TERMS AND CONDITIONS AND AGREE TO BE BOUND BY THEM.**

_Transocean_
Client Name

_thad.vayda@deepwater.com_
E-Mail

_4 Greenway Plaza, Houston, TX 77046_
Mailing Address       [X] Same as Statements

_13 July 2015_
Date

_[signature]_
Authorized Signature

_____
Authorized Signature

**NOTE:** If the Client wishes to designate Authorized Users who are not signatories on the Client's account, the name and address of each such Authorized User must be inserted below, and the Client must sign where indicated next to each such name. UBS will not recognize the authorization of any parties other than the Client to access the Site unless each such party's name, accompanied by the Client's signature, appears below.

**Authorized Users Other Than Client (Clearly Print or Type Each Name and Address)**

_____                              _____
Name                                                  Client Signature

_____
Address

_____
E-Mail



**UBS Wealth Management**

New York Branch and Miami Branch

_____ Name

_____ Client Signature

_____ Address

_____

_____ E-Mail

_____

_____ Name

_____ Client Signature

_____ Address

_____

_____ E-Mail

_____

**Additional Account Numbers (If necessary)**

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

**For Internal Use Only**

Online Service UserID _____

Initial Password _____

SecurID Token
Serial Number _____

Account Identifiers _____

Default Language _____