UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 SECTION "J" |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : : | Mag. Judge Shushan |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that William P. Gibbens and Ellie T. Schilling and the law firm of Schonekas, Evans, McGoey & McEachin, LLC, be entered on the record of these proceedings as counsel of record for Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran in connection with a motion for return of payments, filed by the Deepwater Horizon Economic Claims Center.

New Orleans, Louisiana this 15th day of July, 2015.

_____
United States District Judge