**Gulf Coast Claims Facility("GCCF")**
**Kenneth R Feinberg, Administrator**
**P O Box 9658**
**Dublin, OH 43017-4958**
**Toll Free(Multilingual)  1-800-916-4893**
**TTY Telephone Line   1-866-682-1758**
**Website  www GulfCoastClaimsFacility com**

GCCF



Claimant Identification Number          **0003336787**



Control Number      **5251729486**

**WARDELL PARKER**







## SUPPORTING DOCUMENTATION FOR A CLAIM

As noted throughout the Claim Form, you must submit supporting documentation within five (5) days of submitting your claim form   Please see the FAQ page located at www.gulfcoastclaimsfacility.com for information about what type of documentation must be submitted for each type of claim   Please pay attention to the instructions as the GCCF requests different documentation for Interim Payments that it does for Full Final Payments   Please note that you do not have to resubmit documentation already submitted to the GCCF to support an Emergency Advance Payment claim   Please return this coversheet with your documentation

## PLEASE MAIL/FAX YOUR DOCUMENTS BY ONE OF THE FOLLOWING METHODS

**1. U S. Postal Service**

Gulf Coast Claims Facility("GCCF")
Kenneth R  Feinberg, Administrator
P O Box 9658
Dublin,OH 43017-4958

**2. Overnight, Certified**
**or Registered Mail.**

Gulf Coast Claims Facility("GCCF")
Kenneth R Feinberg,Administrator
5151 Blazer Pkwy , Suite A
Dublin,OH 43017

**3 Fax·**

1-866-682-1772

**4 Email**

info@gccf-claims com

# Subsistence/Other Use
# Claimant Verification Form

--------------------------------------------------------------------------------
### *Background Questions*
--------------------------------------------------------------------------------

**Date:**
July 27, 2011
**Field Representative:**
Sidney Kerner
**Claimant ID:**
3336787
**Claim ID**
685314
**Claim Type:**
Loss of Subsistence Use of Natural Resources
**Claimant.**
Wardell Parker
**Claimant's Address:**

**Occupation**
Commercial Fisher
**Type of License**
Commercial
**Fishing License Active at Time of Spill?:**
No
**Location of Waters Fished.**
Lake Washington, Grand Bayou, Freeport Canal and Bay Baptiste
**Type of Water Fished:**
Salt Water
**Date Claimant was unable to go out on the waters identified:**
May 1, 2010

--------------------------------------------------------------------------------
### *Claimant's Subsistence Use Questions*
--------------------------------------------------------------------------------

**What species does the claimant catch?** N/A
**How much in lbs. per month were retained for subsistence use?** N/A
**How many people does the portion retained for subsistence use feed?** N/A
**What is their relationship to the claimant?** N/A
**What is the Name and Address of each of the individuals whom rely on the subsistence?** N/A
**Has the claimant provided affidavits from those over the age of 18 in the household whom the claimant provides subsistence explaining why they rely on the claimant to provide subsistence?** N/A
**Have the affidavits been verified?** N/A
**Does the portion retained for subsistence feed anyone living outside of the claimant's household?** N/A

Rev 6/22/11


---

### *Individuals Outside of the Household Questions*

---

**Are any of these individuals disabled?** N/A
**Are they elderly (senior citizens)?** N/A
**Has claimant provided an affidavit articulating why any person(s) living outside the household, that is neither elderly nor disabled, should be included in the claimant's Subsistence reliance totals?** N/A
**Have the affidavits been verified?** N/A

---

### *Other Use Questions*

---

**How much in lbs. per month were retained for Other Use?** N/A
**Has the Claimant specified how the portion retained for Other Use is distributed?** N/A
**What is the Name and Address of each of the individuals whom receive a portion of the claimant's retained for "Other Use" catch?** N/A
**How much is distributed in pounds to each of the stated parties?** N/A
**Has the Claimant provided an affidavit from the person who received the Other Use amount describing how and why they have received the stated amount?** N/A
**Has the affidavit been verified?** N/A

---

### *Consumption Analysis Questions*

---

**How many pounds of subsistence use catch does the claimant and subsistence dependents consume per month?** N/A
**Does the claimant's monthly calculated consumption fall above or below the median study population consumption amounts from the National Resource Defense Council's 2010 Gulf Coast Seafood Consumption Survey for each of the stated species?** N/A
**If above, which species and amounts are the outliers?** N/A

---------------------------------------------------------------------------------------------------------
### *Team Lead Review Summary*
---------------------------------------------------------------------------------------------------------

Field Representative Sidney Kerner met with claimant on June 18, 2011 at the claimant's home located at 3203 Erickson Avenue, New Orleans, LA 70131  Field Representative reviewed, verified and collected all required documentation   All subsistence recipients were present at interview and provided acceptable identification   2 members of the claimant's household are age 10 and under  Children age 10 and under are assumed to consume half the amount that adults consume   This results in a family size of 5, consisting of 4 adults and 2 children age 10 and under   Team Lead verified waters indicated by claimant were closed as a result of the Spill and the loss period is based on a 4-month period, May 2010 through August 2010   There is a pending LEP claim and the Subsistence Claim review completed prior to 90 day completion date  Supporting documentation is to be packaged and shipped to Garden City Group per current shipping guidelines  Global Notes are in system noting all actions taken by Subsistence Team   No Pending Items

Deniable   Claimant indicated 80% of his family's diet consists of the catch brought home from fishing  After the Oil Spill and during the time the specific waters the claimant fished were closed, the claimant stated he purchased seafood from the supermarket  Claimant did not provide a valid commercial fishing license that was active at the time of the Spill, therefore, claimant did not demonstrate his dependence on his catch for sustenance purposes (meaning to meet the minimum necessities of life, or for survival)   Loss of use and enjoyment, cultural and recreational value are not compensable under OPA or by the GCCF

Report Completed by  Sonya Harrell
Report Completion Date  July 27, 2011

Rev 6/22/11

---

*Estimated Calculated Loss*

---

**Subsistence Use Calculation**

    **Species:** N/A
    **Estimated Monthly Replacement (lbs )** N/A
    **Loss Period:** N/A
    **Estimated Loss Period Replacement (lbs ).** N/A
    **Retail Value·** N/A
    **Estimated Loss Period Subsistence Value·** N/A

**Other Use Calculation:**

    **Species.** N/A
    **Estimated Monthly Replacement (lbs.):** N/A
    **Loss Period:** N/A
    **Estimated Loss Period Replacement (lbs.)** N/A
    **Wholesale Value:** N/A
    **Estimated Loss Period Other Use Value·** N/A

**Total Use Calculation·**

    **Total Loss Period Subsistence Use Value.** N/A
    **Total Loss Period Other Use Value** N/A
    **Total Calculated Loss per Loss Period·** N/A



# Gulf Coast Claims Facility

# Document Separator Sheet

# Claimant Meeting Summary

**Date**
June 18, 2011
**Claimant ID**
3336787
**Claim Type:**
Loss of Subsistence Use of Natural Resources
**Claim ID:**
685314
**Claimant.**
Wardell Parker
**Field Representative**
Sidney Kerner
**Log Note**
The meeting took place on June 18, 2011 at 10 00 AM at ███████████████████
███████ The meeting was attended by the claimant Wardell Parker, wife █████████ sons █
██████████ and █████████████ daughters █████████████ and █████████████ and Field
Representative Sidney Kerner   There are 2 members of the claimant's household are age 10 and
under

Began meeting with the legal disclosure being read, as required by the court   Explained Loss of
Subsistence as it applies to a Commercial Fisher   Claimant provided identification for all parties,
fishing license invalid at the time of the spill   Claimant used natural resource to provide his family with
shrimp, fish and crabs   Claimant stopped fishing on or around December 1, 2010, and has not started
back since the Spill   Photos of freezers were gathered supporting the claim

Claimant indicated he brings home approximately 175 lbs  per month of shrimp and crabs including
the following species

   1) **White Shrimp: 100 lbs. per month caught from May - June & August - September**

   2) **Blue Crabs: 75 lbs  per month caught May – June & August – September**

The claimant indicated 80% of his family's diet consists of the catch brought home from fishing trips
After the oil spill and during the time the specific waters the claimant fished were closed, the claimant
supplemented his family's diet by eating fish, shrimp and crabs purchased from the supermarket

Claimant indicated he makes approximately 23 trips per month   Claimant fishes the salt water in or
around Lake Washington, Grand Bayou, Freeport Canal and Bay Baptiste   Field Representative cross
referenced these fishing grounds and the months fished as indicated by the claimant with the closures
as indicated by http //www wlf louisiana gov/sites/default/files/pdf/news/30677-ldwf-announces-
partial-opening-inshore-areas-and-territorial-sea-recreational-and-commercial-fishing/2010-
148051410 pdf and http //www wlf louisiana gov/sites/default/files/pdf/news/32608-ldwf-
reopens-all-state-waters-recreational-angling/2010-248082010 pdf, reviewed the maps dated
from May 2010 to August 2010 and the waters around Lake Washington, Grand Bayou, Freeport
Canal and Bay Baptist were closed and that is where the claimant does his fishing   Field
Representative completed an analysis of the loss period based on the water closures, resulting in a
loss period of 3 months   The above referenced months are May 2010 through June 2010 and August
2010

Field Representative explained to the claimant that claims that are determined eligible will be paid at the lesser of the loss value of the claimant's reported amounts or the median study population consumption amounts from the Natural Resources Defense Council's 2010 Gulf Coast Seafood Consumption Survey and children 10 and under are assumed to consume half the amount that adults consume

All necessary documentation to process the claim was gathered, including Questionnaire, Claimant Affidavit (Commercial Fisher), Third Party Affidavit, Catch Authorization, Photos and Identification   No documentation was gathered for claimant's LEP claim   Provided claimant with copies of all documents   The meeting ended at approximately 11 30 AM



# Gulf Coast Claims Facility

# Document Separator Sheet



| Claimant Name | Wardell Parker |
|---|---|
| Claimant ID | 3336787 |
| People in Household | 5 |
| Months per Year | 4 |
| Loss Period | 4 |

**Shrimp**

| | Value from Claimant Questionnaire | NRDC Study Median Table | Species | Monthly Average Retained from Catch Authorization | % Value of Species | Pounds Relative to NRDC (dec.) |
|---|---|---|---|---|---|---|
| Estimated Monthly Quantity Retained for Subsistence | 100 | 81 250000 | White Shrimp | 100 00 | 100 00% | 81 25 |
| | | | Brown Shrimp | 0 00 | 0 00% | 0 00 |
| | | | Pink Shrimp | 0 00 | 0 00% | 0 00 |
| | | | Rock Shrimp | 0 00 | 0 00% | 0 00 |
| | | | Totals | 100 00 | 100 00% | 81 25 |

| Loss Calculations | Species | Estimated Monthly Replacement (lbs.) | Loss Period (mos.) | Estimated Loss Period for Calculated Loss (lbs.) | Retail Price | Estimated Loss Period Subsistence Value |
|---|---|---|---|---|---|---|
| | White Shrimp | 81 lbs | 4 | 324 lbs | $6 34 | $2 054 16 |
| | Brown Shrimp | 0 lbs. | 0 | 0 lbs. | $6 72 | $0.00 |
| | Pink Shrimp | 0 lbs. | 0 | 0 lbs. | $4 91 | $0.00 |
| | Rock Shrimp | 0 lbs. | 0 | 0 lbs. | $5 11 | $0.00 |
| | Totals | 81 lbs | | 324 lbs | | $2 054 16 |

| Estimated Monthly Replacement (lbs.) | Estimated Loss Period Pounds for Calculated Loss |
|---|---|
| 81 00 | 324 |
| 0 00 | 0 |
| 0 00 | 0 |
| 0 00 | 0 |

3336787



| Claimant Name | Wardell Parker |
|---|---|
| Claimant ID | 3336787 |
| People in Household | 5 |
| Months per Year | 4 |
| Loss Period | 4 |

| Crab | | Value from Claimant Questionnaire | NRDC Study Median Table | Species | Monthly Average Retained from Catch Authorization | % Value of Species | Pounds Relative to NRDC (dec.) |
|---|---|---|---|---|---|---|---|
| | Estimated Monthly Quantity Retained for Subsistence | 75 | 75.000000 | Blue Crab | 75.00 | 100.00% | 75.00 |
| | | | | Peeler Crab | 0.00 | 0.00% | 0.00 |
| | | | | Soft Shell Crab | 0.00 | 0.00% | 0.00 |
| | | | | Totals | 75.00 | 100.00% | 75.00 |



| Loss Calculations | Species | Estimated Monthly Replacement (lbs) | Loss Period (mos.) | Estimated Loss Period Pounds for Calculated Loss | Retail Price | Estimated Loss Period Subsistence Value |
|---|---|---|---|---|---|---|
| | Blue Crab | 75 lbs | 4 | 300 lbs | $3.30 | $990.00 |
| | Peeler Crab | 0 lbs | 0 | 0 lbs | $15.68 | $0.00 |
| | Soft Shell Crab | 0 lbs | 0 | 0 lbs | $19.13 | $0.00 |
| | Totals | 75 lbs | | 300 lbs | | $990.00 |

| Estimated Monthly Replacement (lbs) | Estimated Loss Period Pounds for Calculated Loss |
|---|---|
| 75.00 | 300 |
| 0.00 | 0 |
| 0.00 | 0 |



# Gulf Coast Claims Facility

# Document Separator Sheet

3336787

## Consumption Calculation

Claimant  Wardell Parker
Claim #   3338787
Species   White Shrimp

| | |
|---|---|
| Amount of people in the household | 5 |
| Estimated Monthly Quantity retained for Subsistance | 100 |
| Estimated Months per Year Fished | 4 |
| Avg Monthly Intake (per person in lbs) | 4 lbs-0 oz    4 00 |
| Amount of outlier for the Species (per person each month)* | 0 lbs-12 oz    0 75 |

Avg Monthly Intake (household)   20 lbs-0 oz    20 00

A negative number denotes the
claimant s stated amount should
be used in place of the cap

Average consumption per person in the household above or below baseline       Above
(see below)

| Fish | Time/Week | Avg Serving Size (oz) | Avg Weekly Consumption (oz) | Avg Monthly Consumption (oz) | Total (lbs) |
|---|---|---|---|---|---|
| Study Median | 2 | 6 | 12 | 51 96 | 3 25 lbs (51 96) |
| Shrimp | | | | | |
| Study Median | 2 | 6 | 12 | 51 96 | 3 25 lbs (51 96) |
| Oysters | | | | | |
| Study Median | 0 75 | 6 | 4.5 | 19 485 | 1 25 lbs (20) |
| Crabs | | | | | |
| Study Median | 1 | 6 | 6 | 25 98 | 1 63 lbs (26) |

Rev 6/20/11

| 100 | lbs  brought home for consumption per month for | 4 | months | 100 | X | 4 | = | 400 |
|---|---|---|---|---|---|---|---|---|

| 400 lbs-0 oz   400 00 | lbs  of shrimp per year | / 12 = | 33 lbs-5 oz   33 33 | per month of unprocessed shrimp for household consumption |
|---|---|---|---|---|

| 33 lbs-5 oz   33 33 | X 60% of weight as consumable product = | 20 lbs-0 oz   20 00 | of processed shrimp for household consumption |
|---|---|---|---|

| 20 lbs-0 oz   20 00 | / | 5   persons = | 4 lbs-0 oz   4 00 | of processed shrimp per person |
|---|---|---|---|---|

| 3 lbs  4 oz (per person) X | 5 | 16 lbs-4 oz   16 25 | per month of consumption |
|---|---|---|---|

3336787



## Consumption Calculation

Claimant  Wardell Parker
Claim #  3336787
Species  Blue Crab

| | | |
|---|---|---|
| Amount of people in the household | 5 | |
| Estimated Monthly Quantity retained for Subsistence | 75 | |
| Estimated Months per Year Fished | 4 | |
| Avg Monthly Intake (per person in lbs) | 1 lbs-4 oz | 1 25 |
| Amount of outlier for the Species (per person each month)* | -1 lbs-10 oz | -0 38 |

Avg Monthly Intake (household)  6 lbs-4 oz  6 25

*A negative number denotes the claimant s stated amount should be used in place of the cap

Average consumption per person in the household above or below baseline   Below
(see below)

| | Time/Week | Avg Serving Size (oz) | Avg Weekly Consumption (oz) | Avg Monthly Consumption (oz) | Total (lbs) |
|---|---|---|---|---|---|
| **Fish** | | | | | |
| Study Median | 2 | 6 | 12 | 51 96 | 3 25 lbs (51 96) |
| **Shrimp** | | | | | |
| Study Median | 2 | 6 | 12 | 51 96 | 3 25 lbs (51 96) |
| **Oysters** | | | | | |
| Study Median | 0 75 | 6 | 4 5 | 19 485 | 1 25 lbs (20) |
| **Crabs** | | | | | |
| Study Median | 1 | 6 | 6 | 25 98 | 1 63 lbs (26) |

Rev 6/20/11

| 75 | lbs brought home for consumption per month for | 4 | months | 75 | X | 4 | = | 300 |
|---|---|---|---|---|---|---|---|---|

| 300 lbs-0 oz | 300 00 | lbs  of crab per year | / 12 = | 25 lbs-0 oz | 25 00 | per month of unprocessed crab for household consumption |
|---|---|---|---|---|---|---|

| 25 lbs-0 oz | 25 00 | X 25% of weight as consumable product = | 6 lbs-4 oz | 6 25 | of processed crab for household consumption |
|---|---|---|---|---|---|

| 6 lbs-4 oz | 6 25 | / | 5 | persons = | 1 lbs-4 oz | 1 25 | of processed crab per person |
|---|---|---|---|---|---|---|---|

| 1 lbs-10 oz (per person) X | | 5 | 8 lbs-2 oz | 8 15 | per month of consumption |
|---|---|---|---|---|



# Gulf Coast Claims Facility

# Document Separator Sheet

# Consumption Analysis

**Claimant ID** 3336787
**Claim Type** Loss of Subsistence Use of Natural Resources
**Claimant** Wardell Parker
**Field Representative** Sidney Kerner
**Title** Consumption Analysis for Claimant
**Species.** Shrimp

## Statement

**According to the claimant,** he feeds a household of 5 people using the shrimp he catches  Claimant states that he brings home 100 lbs  per month of shrimp to feed his household  The average monthly consumption for each person in the household was calculated as follows

**100 lbs  brought home for consumption** per month for 4 months (100*4=400 lbs  shrimp per year) 400 lbs  0 oz  (400 00 lbs ) of shrimp per year / 12 months = 33 lbs  5 oz  (33 33 lbs ) per month of unprocessed shrimp for household consumption  33 lbs  5 oz  (33 33 lbs ) x 60% of weight as consumable product = **20 lbs. 0 oz. (20.00 lbs.)** of processed shrimp for household consumption  20 lbs  0 oz  (20 00 lbs ) / 5 persons = **4 lbs. 0 oz. (4 00 lbs.)** of processed shrimp per person

According to the study done by the NRDC, and using portion data from the FDA, the following calculation would be typical of a household in the Gulf Coast area
  3 lbs  4 oz  (3 25 lbs ) (per person) x 5 (in household) = **16 lbs. 4 oz. (16.25 lbs.) per month of consumption**
Comparison between the data in the study and the information obtained from the claimant shows that the claimant's average consumption of shrimp is **above** the median study population consumption amounts for a household size of 5

### Disclosure
Processed values are derived from the thought that certain portions of fin fish, shrimp, crab and oysters will be inedible and discarded as waste  This waste is taken out with the formula
For shrimp, crab and fin fish
  • ((lbs  retained for sub use per year / 12) / # of dependents) * percentage of meat value = processed lbs of product retained for subsistence use
The percentage of meat values are
shrimp – 60%, crab – 25%, fin fish (large) – 70%, fin fish (small) – 40%
For oysters
For unprocessed lbs  of product retained for subsistence use per year
  • (avg  amount of sacks retained for sub use per month * avg  weight of sack) * avg  months fished = sacks retained for subsistence use per year
For processed lbs  of product retained for subsistence use
  • ((Sacks retained for subsistence use per  year / 12) / # of dependents) *  0741 = processed lbs  of product retained for subsistence use
oysters – 7 41 lbs  meat/100 lb  sack or 7 41%

Rev 6/27/11

# Consumption Analysis

**Claimant ID** 3336787
**Claim Type** Loss of Subsistence Use of Natural Resources
**Claimant** Wardell Parker
**Field Representative** Sidney Kerner
**Title** Consumption Analysis for Claimant
**Species.** Crab

**Statement**

**According to the claimant,** he feeds a household of 5 people using the crab he catches   Claimant states that he brings home 75 lbs  per month of crab to feed his household   The average monthly consumption for each person in the household was calculated as follows

**75 lbs. brought home for consumption** per month for 4 months (75*4=300 lbs  crab per year)
300 lbs  0 oz  (300 00 lbs ) of crab per year / 12 months = 25 lbs  0 oz  (25 00 lbs ) per month of unprocessed crab for household consumption   25 lbs  0 oz  (25 00 lbs ) X 25% of weight as consumable product = **6 lbs. 4 oz  (6 25 lbs.)** of processed crab for household consumption   6 lbs  4 oz  (6 25 lbs ) / 5 persons = **1 lbs. 4 oz. (1.25 lbs.)** of processed crab per person

According to the study done by the NRDC, and using portion data from the FDA, the following calculation would be typical of a household in the Gulf Coast area
        1 lbs  10 oz  (1 63 lbs ) (per person) x 5 (in household) = **8 lbs. 2 oz. (8 15 lbs ) per month of consumption**
Comparison between the data in the study and the information obtained from the claimant shows that the claimant's average consumption of crab is **below** the median study population consumption amounts for a household size of 5

**Disclosure**
Processed values are derived from the thought that certain portions of fin fish, shrimp, crab and oysters will be inedible and discarded as waste   This waste is taken out with the formula
For shrimp, crab and fin fish
  • ((lbs  retained for sub use per year / 12) / # of dependents) * percentage of meat value = processed lbs  of product retained for subsistence use
The percentage of meat values are
shrimp – 60%, crab – 25%, fin fish (large) – 70%, fin fish (small) – 40%
For oysters
For unprocessed lbs  of product retained for subsistence use per year
  • (avg  amount of sacks retained for sub use per month * avg  weight of sack) * avg  months fished = sacks retained for subsistence use per year
For processed lbs  of product retained for subsistence use
  • ((Sacks retained for subsistence use per  year / 12) / # of dependents) *  0741 = processed lbs  of product retained for subsistence use
oysters – 7 41 lbs  meat/100 lb  sack or 7 41%

3336787



# Gulf Coast Claims Facility

# Document Separator Sheet

3336787

**Name:** Wardell Parker    **Address**

**Claim #:** 3336787

GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

| | Fish | Shrimp | Crab | Oysters |
|---|---|---|---|---|
| **1a Estimated Quantity of the Resource Used (lbs or sack)** | | | | |
| Estimated Trips per Month | N/A | 15 | 8 | N/A |
| Estimated Months per Year | N/A | 4 | 4 | N/A |
| Estimated Monthly Quantity retained for Subsistence (Line 1) | N/A | 10.0 | 75 | N/A |
| Estimated Monthly Quantity Retained for Other Use (Line 2) | N/A | 0 | 0 | N/A |
| Estimated Monthly Retained Catch (Add Lines 1 & 2) | N/A | 100 | 25 | N/A |

**2a** List the name(s) of person(s) that received a portion of the subsistence from the claimant, their relationship to the claimant and the average quantity received per month from the claimant

| Name of those who rely on the subsistence | Relationship | Does person live in claimant's household? | Disabled or Elderly "For those who do not live in the household" | Quantity per month (lbs or sack) | Affidavit Verified | Age(s) "Last age if younger than 18" | Subsistence Use | Retained for Other Use |
|---|---|---|---|---|---|---|---|---|
| Wardell Parker | claimant | yes | N/A | 29 | ✓ | | ✓ | N/A |
| | wife | yes | N/A | 29 | ✓ | | ✓ | N/A |
| | daughter | yes | N/A | 29 | | 9 | ✓ | N/A |
| | daughter | yes | N/A | 29 | | 17 | ✓ | N/A |
| | son | yes | N/A | 29 | | 15 | ✓ | N/A |
| | son | yes | N/A | 29 | | 9 months | ✓ | N/A |

See Page 2 for Listing Additional Individuals

**2** Has claimant provided an affidavit articulating why each individual that does not live in the household and is not disabled/elderly should be included in the claimant's subsistence reliance totals? If not please explain

N/A

**2b** Refer to question 2a

yes

**1** Have all affidavit(s) been verified? If not please explain

yes

**Claimant's Signature:** Wardell Parker    **Field Representative:** _[signature]_



# Gulf Coast Claims Facility

# Document Separator Sheet

3336787

GCCF Claim # 3336787                     Claimant Name Wardell Parker

# Claimant Affidavit (Commercial Fisher)

**State of** Louisiana

**County/Parish of** Orleans

Wardell Parker being first duly sworn and under oath asserts that

1. My name is Wardell Parker   I reside at ███████████
   My GCCF Claim Number is 3336787

2. I have been a commercial _Fisher_ for **3** years
   I have a commercial license for _Shrimp_ with the State
   of _Louisiana_, License # 389488, and the
   expiration date is _12/31/2009_  I fish the state/federal area(s) designated
   as _Grand Bayou, Freeport Canal, Lake Washington, Bay Baptiste_

3. I am 35 years old  I have 5 individuals currently residing with me

4. As a commercial _Shrimper_, I bring home a portion
   of my catch to supplement the diet of my household, which also helps to decrease the cost of
   purchasing other food products at the market

5. The following chart indicates the portions of my catch I bring home for Subsistence

|                  | Fish | Shrimp | Crab | Oyster |
|------------------|------|--------|------|--------|
| Trips/Month      | N/A  | 15     | 8    | N/A    |
| Lbs /Trip        | N/A  | 6.7    | 9.3  | N/A    |
| Lbs /Month       | N/A  | 100    | 75   | N/A    |
| # Months Fished  | N/A  | 4      | 4    | N/A    |
| List Months      | N/A  | May - June August - September | May - June August - September | N/A |

6. The above table indicates the seafood that I bring home that is used to feed the **6** members
   of my household (see questionnaire)  With the remaining catch that is held back each month

   I give/use _____ lbs /sacks of _____ to _____ for
   _____
   (Affidavits are attached)

   I give/use _____ lbs /sacks of _____ to _____ for
   _____
   (Affidavits are attached)

*3336787*

GCCF Claim # *3336787*                    Claimant Name *Wardell Parker*

**(See attached sheet for additional individuals)**

7   I typically bring home the freshest and highest grade of *Shrimp & Crabs*
    for my household to eat

8   Since the Oil Spill occurred, I have been unable to replace the *Shrimp & Crabs*
    that I had brought home to feed my household   It would be too expensive

9   I have read, signed and subscribed to the above and state that, to the best of my knowledge,
    the information is true and accurate


_____                    *6-18-11*
Claimant Signature                                  _____
                                                    Date

_____                    *6-18-11*
GCCF/Worley Rep Signature                           _____
                                                    Date



# Gulf Coast Claims Facility

# Document Separator Sheet

GCCF Claim # 3336787         Claimant Name Wardell Parker

# **Third Party Affidavit**

State of Louisiana

County/Parish of Orleans

████████████, being duly sworn and under oath asserts that

1  My name is ████████████  I reside at ████████████
████████████

2  I am a WiFe of/to Wardell Parker

3  A  On average, every month, Wardell Parker gives me 29 pounds/sacks of
his retained catch for Personal Consumption

-or-

B  **(FOR BARTERING ONLY)** On average, every month, _____ gives me
_____ pounds/sacks is in exchange for _____

4  I declare (or certify, verify or state) under penalty of perjury that the forgoing is true and correct

████████████

Third Party Signature

6-18-11
Date

*Sydney Kenne*
GCCF/Worley Rep Signature

6-18-11
Date



# Gulf Coast Claims Facility

# Document Separator Sheet



# Gulf Coast Claims Facility
www.GulfCoast.ClaimsFacility.com

| GCCF | SUBSISTENCE FISHERMAN CATCH AUTHORIZATION FORM |
|------|------------------------------------------------|

## A. CLAIMANT INFORMATION

| Name | First Wardell | MI | Last Parker |
|------|---------------|-----|-------------|

| Address | Street/P.O. Box | | | |
|---------|-----------------|---|---|---|
| | City ▓ | State ▓ | Zip ▓ | |

| Claimant ID | 3336787 | SSN/EIN | ▓ |
|-------------|---------|---------|---|

## B. CATCH INFORMATION

| Row | Type of Catch | Subsistence Use of Catch (Personal Consumption or Bartering) | Amount Held Back (lbs) |
|-----|---------------|--------------------------------------------------------------|------------------------|
| 1 | White Shrimp | Personal Consumption | 100 x 4 = 400 |
| 2 | Brown Shrimp | | |
| 3 | Yellowfin Tuna | | |
| 4 | Bluefin Tuna | | |
| 5 | Bigeye Tuna | | |
| 6 | Wahoo | | |
| 7 | Swordfish | | |
| 8 | Blue Crab | Personal Consumption | 75 x 4 = 300 |
| 9 | Peeler Crab | | |
| 10 | Soft Crab | | |
| 11 | Oysters (sacks) | | |
| 12 | Redfish (Red Drum) | | |
| 13 | Speckled Trout (Spotted Sea Trout) | | |
| 14 | Drum | | |
| 15 | Flounder | | |
| 16 | Pompano | | |
| 17 | Sheepshead | | |
| 18 | Mullet | | |
| 19 | White Trout | | |

## B. CATCH INFORMATION

1

384933
4/25/11



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

| GCCF | SUBSISTENCE FISHERMAN CATCH AUTHORIZATION FORM | | |
|---|---|---|---|
| Row | Type of Catch | Subsistence Use of Catch (Personal Consumption or Bartering) | Amount Held Back (lbs) |
| 20 | Red Snapper | | |
| 21 | Mangrove Snapper | | |
| 22 | Vermillion Snapper | | |
| 23 | Scamp Grouper | | |
| 24 | Warsaw Grouper | | |
| 25 | Gag Grouper | | |
| 26 | Red Grouper | | |
| 27 | Trigger Fish | | |
| 28 | Shark | | |
| 29 | Cobia | | |
| 30 | Spanish Mackerel | | |
| 31 | King Mackerel | | |
| 32 | Other | | |

**B. CLAIMANT AUTHORIZATION**

By my signature below, I confirm that I have reviewed all of the information on this Form and it represents the portion of my catch throughout the fishing season that I hold back from sale for personal consumption or bartering purposes

| Signature | *Wardell Parker* | Date | 6 / 18 / 2011 |
|---|---|---|---|
| | | | (month) (day) (year) |

**C. GCCF/WORLEY REPRESENTATIVE AUTHORIZATION**

By my signature below, I confirm that I have reviewed all of the information on this Form with the above signed Claimant and it represents all of the information and documentation provided and I have reviewed

| Signature | *Sidney Keene* | Date | 6 / 18 / 2011 |
|---|---|---|---|
| | | | (month) (day) (year) |

2

384933
4/25/11



# Gulf Coast Claims Facility

# Document Separator Sheet



3336782

# LOUISIANA DEPARTMENT OF WILDLIFE & FISHERIES
## COMMERCIAL FISHING

Southwest Pass

89°25'00"
28°55'10"

89°25'00"
28°54'40"

89°16'20"
29°02'40"

89°15'05"
29°08'25"

89°15'00"
29°09'00"

89°10'00"
28°58'20"

89°08'15"
28°59'15"

South Pass

89°08'00"
28°59'35"

89°06'00"
29°06'00"

89°04'10" Southeast Pass
29°04'50"

89°05'15"
29°01'00"

89°02'25"
29°11'10"

89°02'10"
29°08'15"

Northeast Pass

89°02'55"
29°11'35"

89°03'30"
29°11'25"

89°01'05"
29°11'23"

89°01'10"
29°11'35"

89°02'00"
29°11'10"

Pass a Loutre

North Pass

Closed to all Commercial Fishing

Closed to Commercial Crabbing

SOURCES: LDWF, NOAA, ESRI, US Census, LDOTD and LOSCO Map Projection NAD_1983_StatePlane_Louisiana_South_FIPS_1702_Feet, Map Date 10/28/10 LDWF Map Location at \\Ooltpoint\6339\LDWF_com_fish\gisbases\03\29\Djucod

The Louisiana Department of Wildlife and Fisheries (LDWF) makes no representations or warranties whatsoever, whether express, implied, statutory or otherwise as to the quality and accuracy in producing this map or data set. The user should be aware that the information on which it is based may have come from any of a variety of sources which are of varying degrees of accuracy. Therefore, LDWF cannot guarantee the accuracy of this map or data set, and shall not be liable to any other person, party, or entity as a result of any reliance on this map or data set and/or any information contained herein or misplaced herein. Further, LDWF does not accept any responsibility for the consequences of its use.

0 2.5 5 Miles

N

3336797



EFFECTIVE 6 00 PM ON MAY 4, 2010

**LOUISIANA DEPARTMENT OF
WILDLIFE AND FISHERIES
SHRIMP CLOSURE MAP**

*3336787*

Published on *Louisiana Department of Wildlife and Fisheries* (http //www.wlf louisiana gov)

# IN PRECAUTIONARY MOVE, L.D.W.F. AND D.H.H. ANNOUNCE CLOSURES DUE TO OIL SPILL

Like Confi   Tweet [1]   Printable Version [2]

*Release Date  04/30/2010*

The Louisiana departments of Health and Hospitals, and Wildlife and Fisheries, announced today they will be closing select fishing areas and oyster harvesting beds as a precautionary response to the oil spill in the Gulf                              ,

**Fishing Closures**

LDWF Secretary Robert Barham announced the closure of both recreational and commercial fishing in Zone 1, excluding the coastal boundaries of Lake Borgne, Lake Pontchartrain and Lake Maurapas   This closure will take place at 6 p m  this evening   The Deepwater Horizon drilling rig accident has resulted in a significant release of oil into the offshore waters of southeast Louisiana  Oil has the potential to impact fish and other aquatic life in portions of Louisiana's coastal waters

"I signed this emergency closure today as a proactive effort to prevent any oil-tainted fish, shrimp or crab from being caught and thus consumed," said LDWF Secretary Robert Barham   "Now is the time to act as we see what the impacts may be to Louisiana's fragile ecosystems "

**Oyster Harvesting Closures**

DHH is closing molluscan shellfish harvesting areas 2 through 7 today as a precaution. Areas 2 through 7 are east of the Mississippi River in the coastal parishes of Plaquemines and St  Bernard

DHH Secretary Alan Levine and State Health Officer Dr  Jimmy Guidry signed the closure order, which will take effect at sunset today, Friday, April 30, 2010

Since the explosion at the BP global exploration site and resulting leak, officials from DHH's Office of Public Health Molluscan Shellfish Program have been closely monitoring the situation and continuing daily tests of the 8-million acre Louisiana shoreline

As officials continue to monitor the remaining unaffected oyster beds west of the Mississippi River, DHH is working closely with LDWF, the state's oyster harvesters and the Louisiana Oyster Task Force to ensure the safety of oysters taken from areas currently not affected by the spill  All oysters taken prior to closure of the affected beds are safe to eat

*State waters now 98 5 percent open to recreational and commercial fishing, reopening coincides with federal reopening*

The Louisiana Department of Wildlife and Fisheries (LDWF) has ordered the reopening of additional state waters with the Mississippi River Delta to commercial and recreational shrimp and finfish harvest effective immediately This reopening of waters previously closed to fishing due to the BP oil spill, is done in coordination with the U S Food and Drug Administration (FDA) and the National Oceanic and Atmospheric Administration LDWF Secretary Robert Barham ordered the reopening as comprehensive sensory and chemical testing by the state and the FDA concluded that seafood from these areas is safe for consumption Including the current reopening, 98 5 percent of state waters are now open to commercial and recreational fishing

Commercial fishing for the harvest of finfish and shrimp is immediately open today, October 28, seaward a minimum distance of one-quarter mile or more from the shoreline between the northern shore of Pass a Loutre and 29 degrees 12 minutes 40 seconds westward to the western shore of Southwest Pass and 89 degrees 25 minutes 00 seconds west longitude This reopening includes waters in the following areas

- Pass a Loutre,
- North Pass,
- Northeast Pass,
- Southeast Pass,
- South Pass and
- Southwest Pass

Portions of the following areas are also being reopened.

- Blind Bay,
- Redfish Bay,
- Garden Island Bay and
- East Bay

Additional portions of state outside territorial waters between Pass a Loutre and Southwest Pass are also included in the reopening

This reopening does not extend to the harvest of crabs and oysters as LDWF officials are still awaiting hydrocarbon test results on crabs, and the Louisiana Department of Health and Hospitals regulates the harvest of oysters

The following state waters, however, will remain closed to commercial fishing until further notice

- The area south of the southern shore of Pass a Loutre extending westward to the eastern shore of Southwest Pass of the Mississippi River inside of a line extending a minimum of one-quarter mile or more seaward from the shoreline except for Pass a Loutre, North Pass, Northeast Pass, Southeast Pass and South Pass,
- A portion of Barataria Bay north of Grand Isle, east of the Barataria Waterway and west of 89 degrees 50 minutes 00 seconds west longitude between 29 degrees 30 minutes and 29 degrees 26 minutes north latitude, and

ldwfcomfishingclosure040111.png (PNG Image, 323×2409 pixels)          http://www.wlf.louisiana.gov/sites/default/files/images/png/page/65









**LOUISIANA DEPARTMENT OF WILDLIFE & FISHERIES**
**COMMERCIAL & RECREATIONAL FISHING**

☐ Open

☐ Closed to Commercial & Recreational Fishing
Except for Recreational & Charterboat Angling

SOURCES: LDWF NOAA ESRI US Census LDOTD and LOSCO  Map Projection: NAD_1983_StatePlane_Louisiana_South_FIPS_1702_Feet.  Map Date: 04/01/11



# Gulf Coast Claims Facility

# Document Separator Sheet



# Gulf Coast Claims Facility

# Document Separator Sheet

3336787

Warden Parker
3336787

**Louisiana**

Don't Drink And Drive
Don't Litter Louisiana

PERSONAL DRIVER'S LICENSE

LICENSE/ID NO    CLASS    EXPIRATION DATE



**Student** Wardell Parker

**Teacher**

**School**

**Phone Number**

**Principal** ___

**Year** 2010 - 2011

**Assessment Legend**
S - Satisfactory
N - Needs Improvement
Items not marked (-) are considered meeting stated goals.

| Conduct | 1 | 2 | 3 | 4 Final |
|---|---|---|---|---|
| Engaged in learning | S | S | N | N |
| Follows classroom rules and routines | | | - | |
| Demonstrates self-control | | | | |
| Speaks and acts courteously | | | - | |
| Work Habits | | | | |
| Completes tasks in a given time | | | | |
| Shows responsibility | | | | |
| Listens attentively | | | | |
| Puts forth effort | | | | |

| Attendance | 1 | 2 | 3 | 4 Final |
|---|---|---|---|---|
| Days Present | 41 | 47 | 43 | 42 |
| Days Absent | 1 | 4 | 6 | 7 |
| Tardy | 2 | 2 | 2 | 5 |

**Absences/Tardies affect progress**

## Grading Scale
A = 92-100
B = 83-91
C = 74-82
D = 65-73
F = 64 and below

Items with highlighted (·) are considered meeting stated goals.

| English Language Arts | 1 | 2 | 3 | 4 Final |
|---|---|---|---|---|
| **Reading** | A | A | A | A |
| Documented modifications reflected in grade | | | | |
| Uses word strategies to decode words | | | | |
| Reads fluently on grade level | | | | |
| Applies vocabulary | | | | |
| Demonstrates understanding of information in text | A | B | A | A |
| **Language** | A | A | A | A |
| Documented modifications reflected in grade | | | | |
| Expresses self adequately verbally and in writing | | | | |
| Uses grade-appropriate capitalization and punctuation | | | | |
| Applies the writing process | | | | |
| Uses informational resources | | | | |
| Writes legibly | | | | |
| **Spelling** | A | A | A | A |
| Documented modifications reflected in grade | | | | |
| Spells assigned words correctly | | | | |
| Spells correctly in written work | | | | |
| **Mathematics** | B | A | A | A |
| Documented modifications reflected in grade | | | | |
| Demonstrates knowledge of basic facts | | | | |
| Computes accurately | | | | |
| Applies problem solving strategies | | | | |
| Explains mathematical thinking | | | | |
| **Science** | A | B | A | A |
| Documented modifications reflected in grade | | | | |
| Demonstrates understanding of concepts and vocabulary | | | | |
| Applies scientific inquiry and critical thinking to solve problems | | | | |
| Uses technology and other resources to locate and apply information | | | | |
| **Social Studies** | A | B | A | A |
| Documented modifications reflected in grade | | | | |
| Demonstrates understanding of concepts and vocabulary | | | | |
| Uses technology and other resources to locate and apply information | | | | |

This student has satisfactorily participated in Art, PE and Music unless otherwise indicated in the comment section.

**Comments 1st Quarter** It has been great getting to know ___. She is doing strong work in all areas. Keep it up ___.

Conference requested   YES   (NO)

**Comments 2nd Quarter** ___ is making steady progress academically. She is always willing to take part in all classroom activities.

Conference requested   YES   (NO)

**Comments 3rd Quarter** ___ has been consistently progressing academically yet doesn't always use her time wisely.

Conference requested   (YES)   NO

**Comments 4th Quarter** Have a great summer! Don't forget to read, read, read!

Conference requested   YES   (NO)

**Assigned to** 11th   ___

3336787

# 2010-2011 Spring Semester Report Card

Grade 11
18669

| COURSE | TEACHER | Q3 | Q4 | S2 | FINAL | Comment (s) |
|---|---|---|---|---|---|---|
| PHYSICAL EDUCATION 11 | | A | B | B | B | |
| FINE ARTS SURVEY | | C | A | C | C | |
| ENGLISH 111 | | B | B | B | B | |
| ACT PREP | | A | A | A | A | |

## Grading Scale

| | | |
|---|---|---|
| Excellent | A | 100-93 |
| Good | B | 92-86 |
| Satisfactory | C | 85-77 |
| Poor | D | 76-70 |

*N/C: No credit issued due to excessive absences.
Algebraic Studies  Fall Semester - Algebra I Spring Semester- Math Elective
Free Enterprise System  Fall Semester-Civics/Free Enterprise Spring Semester English II
Global Communications  Fall Semester- World Geography Spring Semester-English I

Parent Signature

Wardell Parker







3336787

Wardell Parker

3336787

**Louisiana** 'Dup'   Don't Drink And Drive
Don't Litter Louisiana

COMMERCIAL LICENSE

LICENSE/ID NO    CLASS    EXPIRATION DATE

A    10-16-2012

ENDORSEMENTS          RESTRICTIONS

PARKER,WARDELL

DATE OF BIRTH    SS NUMBER    PARISH    ♥ DONOR

SEX   HGT   WGT — ISSUE DATE    OFFICE    AUDIT
M    6-00 — 220    13-22-2010    009    0865

Claimant

Wardell Packer
3336787

# CHASE 

JPMorgan Chase Bank, N A
P O Box 659754
San Antonio, TX 78265 - 9754

March 22, 2011 through April 21, 2011

Account Number

### CUSTOMER SERVICE INFORMATION

| Web site | Chase com |
|---|---|
| Service Center | **1-800-337-0907** |
| Hearing Impaired | 1-800-242-7383 |
| Para Espanol | 1-877-312-4273 |
| International Calls | 1-713-262-1679 |

PAMELA S COUSIN

*Claimant Wife* 

## CHECKING SUMMARY    Chase Access Checking

|  | AMOUNT |
|---|---|
| **Beginning Balance** |  |
| Deposits and Additions |  |
| ATM & Debit Card Withdrawals |  |
| Fees and Other Withdrawals |  |
| **Ending Balance** |  |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | US Treasury 220   Tax Ref |  |
| 04/01 | US Treasury 220   Tax Ref |  |
| 04/12 | Deposit    818466756 |  |
| **Total Deposits and Additions** |  |  |



Wardell Parker JR.

3336787





**Keep this stub with your pers~~onal~~
information.**

**Please note: The date we issu~~ed~~**

OUR SOCIAL SECU~~RITY~~

~~ADU~~LTS. Sign this card in ink immedia~~tely~~
~~CHI~~LDREN· Do not sign until age 18 or
~~whic~~hever is earlier.

~~Keep~~ your card in a safe place to preven~~t~~
~~DO~~ NOT CARRY THIS CARD WITH ~~YOU~~
~~Do n~~ot laminate

**WARDELL PARKER**

Son

Wardell Parker
3336787

**OFFICIAL COMMERCIAL LICENSE**

LIC#: ▮▮▮▮  DOB: ▮▮▮▮  EXP: 12-31-2008

WARDELL L PARKER
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 RES SHRIMP GEAR FEE

NOT VALID UNLESS SIGNED ON REVERSE SIDE

**OFFICIAL COMMERCIAL LICENSE**

LIC#: ▮▮▮▮  DOB: ▮▮▮▮  EXP: 12-31-2008

WARDELL L PARKER
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 RES SHRIMP TRAWL

NOT VALID UNLESS SIGNED ON REVERSE SIDE

**OFFICIAL COMMERCIAL LICENSE**

LIC#: ▮▮▮▮  DOB: ▮▮▮▮  EXP: 12-31-2008

WARDELL L PARKER
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 RES VESSEL LICENSE
LA1004AW    22 FT.

NOT VALID UNLESS SIGNED ON REVERSE SIDE

**OFFICIAL COMMERCIAL LICENSE**

LIC#: ▮▮▮▮  DOB: ▮▮▮▮  EXP: 12-31-2008

WARDELL L PARKER
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 RES COMMERCIAL FISHERMAN

NOT VALID UNLESS SIGNED ON REVERSE SIDE



003453

**Motorboat Registration**
**LOUISIANA DEPT. OF WILDLIFE AND FISHERIES**

003453

**Motorboat Registration**
**LOUISIANA DEPT. OF WILDLIFE AND FISHERIES**

# GCCF   Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

# ENVELOPE  LABEL

**Office Location :**   **NEW ORLEANS EAST**

**Claimant # :**   33316787

**Claimant Name :**   Wardell Parker

| | |
|---|---|
| **Full Review Final Form** | [ ] |
| **Quick Payment Form** | [ ] |
| **Interim Payment Form** | [ ] |
| **Signed Release Form** | [ ] |
| **Supplemental Documents** | [X] |
| **Pro Bono Request Form** | [ ] |

CE



# GCCF  Gulf Coast Claims Facility
## www.GulfCoastClaimsFacility.com

# BOX  LABEL

## Office Location:   NEW ORLEANS EAST

## Date:   8/22/11

TAMMY BELL
504 254 8951
GCCF CLAIMS CENTER  NEW ORLEANS
9671 CHEF MENTEUR HWY
NEW ORLEANS  LA 70127

5 LBS                    DWT 13;1.2          1 OF 1

SHIP TO:
SANDY GARR
613-470-5110
THE GARDEN CITY GROUP
SUITE 4
5151 BLAZER PARKWAY
**DUBLIN  OH 43017-9306**

**OH 432 9-30**

**UPS NEXT DAY AIR**   1
TRACKING #  1Z W96 22W 01 9758 4366

BILLING  3RD PARTY

Reference # 1  GCCF: NEW ORLEANS EAST

CS 13 o 07          WN7INY50 18 0A 07/2011