# BP OIL SPILL SUBSISTENCE CLAIM

1. Is your Subsistence Claim based on hunting and/or fishing losses?

Hunting (Fishing)

2. Do you ever hunt or fish for pleasure or sport?

(Yes) No

3. Are you a Commercial Fisherman or member of a Seafood Crew?

(Yes) No

4. List the species of Game or Seafood that you hunted and/or fished for subsistence use in the year before the Spill. Identify the time periods or seasons throughout the year when you hunted and/or fished each species.

Shrimp was my primary catch throughout the 2009 shrimp season. During the spring season, beginning on May 18, 09 I went shrimping at least 4 times a week. During the fall shrimp season beginning on Aug 10, 09 I went shrimping at least 5 times a week.

5. Provide the quantity of each species of Game and/or Seafood you fished and/or hunted in each time period or season during the year before the Spill, including the amount you consumed and the amount you gave to your family for their personal consumption or for the purposes of barter.

During the spring shrimp season, between May 18, 09 and June 30, 09, I caught in excess of 1500 lbs of shrimp per week. Each week I sold at least 1000 lbs on the street and kept 500 lbs for my family's consumption. During the fall shrimp season, between Aug 10, 2009 + Dec. 22, 2009, I caught in excess of 2000 lbs per week. I sold at least 1500 lbs on the street. In the fall season the shrimp were much bigger than in the spring. I kept at least 500 lbs for my family's consumption. We eat shrimp year round. I am allergic to red meat so it is vital that seafood was a staple in 90% of our meals.

# BP OIL SPILL SUBSISTENCE CLAIM

6. Identify the specific family members (including you) who relied on each of the species of Game or Seafood that you hunted and/or fished before the Spill. List each family member and provide a description of his or her relationship to you (e.g., wife, mother, daughter, aunt). To the extent that your or your family's reliance on certain species varies by time period or season, describe that variation below.

Wardell Parker (myself) [redacted] (mother)
[redacted] (fiancee) [redacted] (stepdad)
(daughter) [redacted] (aunt)
[redacted] (son) [redacted] (aunt)
(daughter) [redacted] (aunt)
[redacted] (son) [redacted] (sis in law)
(daughter) [redacted] (cousin)
(sister)

7. Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico before the Spill.

I went shrimping mostly in zone 211 (Barataria Bay), which includes Grand Bayou, Freeport Canal, Lake washington, also Chef Menteur Pass, Rigolets Pass.

8. Do you fish or hunt to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources (including Seafood and Game), in a traditional or customary manner, to sustain your basic personal or family dietary, economic security, shelter, tool, or clothing needs?

(YES) NO

If you circled "Yes" for Question 8, explain.

I go shrimping primarily to feed my family (immediate + extended) and I sell shrimp to pay my bills, housing costs, clothing costs, etc. Shrimping does allow us to sustain basic personal & family dietary needs; also economic security, shelter and clothing needs. Being that I have a medical condition that prohibits me from eating meat, the shrimp are a must to maintain my own personal dietary needs.

# BP OIL SPILL SUBSISTENCE CLAIM

9. Describe the equipment and methods you use to hunt and/or fish for subsistence use.

I am Captain of a large 25 ft Jefferson Skiff shrimp boat. I have a 30 ft trawl attached to the back of the boat. The trawl (net) is pulled across the bottom of the body of water for at least 30-45 minuts at a time to catch the shrimp.

10. Out of the total quantity of Game and/or Seafood you and your family relied on before the Spill, approximately what percentage by species and location came from areas that were later closed, impaired, or harmed because of the Spill?

100% of the shrimp that my family and I relied upon before the Spill came from areas that were affected by the Spill.

11. Did you continue to fish and/or hunt for subsistence purposes after the Spill?

Yes  **No** (circled)

If you circled "Yes," for Question 11, provide a specific description of where and what species you fished and/or hunted for subsistence purposes between April 20, 2010 and December 31, 2011, and what quantity of Game and/or Seafood you were able to catch over that period.

We did not go shrimping after the oil spill because we were afraid of poisoning. Other fisherman were catching eyeless shrimp and clawless crabs. I was afraid to feed this type of food to my family. We bought frozen Louisiana shrimp from Wal-mart + winn dixie.

# BP OIL SPILL SUBSISTENCE CLAIM

12. Did you stop fishing and/or hunting for subsistence purposes in areas that were closed, impaired, or harmed because of the Spill?

(Yes) No

If you circled "Yes," for Question 12, identify the area, and your best estimate of when those areas were closed, and the dates you resumed fishing and/or hunting in those areas. If you are asserting that an area was not closed but was impaired or harmed, also describe the impairment or harm. (Attach additional sheets if you need more space.)

Fishing or Hunting Area

Grand Bayou, Freeport Canal + Lake Washington were all closed for the spring 2010 shrimping season

Dates Closed or Impaired/Harmed

From 05/18/2010 to 08/11/2010 (Month/Day/Year) (Month/Day/Year)

If not closed, basis of impairment:

[illegible]

Date You Resumed Hunting and/or Fishing

05/19/2011 (Month/Day/Year)

Fishing or Hunting Area

Grand Bayou, Freeport Canal, Lake Washington

Dates Closed or Impaired/Harmed

From ____/____/____ to ____/____/____ (Month/Day/Year) (Month/Day/Year)

If not closed, basis of impairment:

Date You Resumed Hunting and/or Fishing

____/____/____ (Month/Day/Year)

I declare + Affirm under penalty of perjury under the laws of the United States of America that the foregoing is true + correct.

[signature] — signature

date 8-8-2012