

# ELIGIBILITY NOTICE
### DATE OF NOTICE: October 29, 2012
### DEADLINE FOR RECONSIDERATION REQUEST: November 28, 2012

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>PARKER | First<br>WARDELL | Middle |
| **Claimant ID** | 100026054 | **Claim ID** | 49623 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Danziger & De Llano, LLP | | |
| **Catch Type** | Shrimp | **Operator Type** | Vessel Owner |
| **Vessel Name** | LA-1004-AW | **Hull ID** | JFG622567482 |

## II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | $13,608.00 |
| 2. | Additional Risk Transfer Premium Amount: | $112,266.00 |
| 3. | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $272.16 |
| 4. | Subtotal for this Claim: Sum of Rows 1 through 3. | $126,146.16 |
| 5. | Less Prior Seafood Spill-Related Payments and other Seafood Compensation Program Payments: All of your eligible Seafood Compensation Program claims must exceed this amount in order to receive payment. If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award. | $0.00 |
| 6. | Total Compensation Amount: The Subtotal for this claim minus the Total Prior Payments. This is the total amount you can receive for this claim. | $126,146.16 |
| 7. | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| 8. | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $126,146.16 |

### Summary of All Eligible Seafood Compensation Program Claims

| | | |
|---|---|---|
| 9. | Seafood Compensation Program Offers to Date: This is the value of all eligible Seafood Compensation Program offers that are not under Reconsideration or Appeal at the time of this Notice. This value includes the Award amount of this claim. | $126,146.16 |
| 10. | Total Seafood Compensation Program Award Amount to Date: Seafood Compensation Program Offers to date minus Prior Seafood Spill Related Payments and any 40% Amount awarded in your first Notice. This is the total value, after offsets for Seafood Spill-Related Payments, of all Seafood Compensation Program awards that are not under Reconsideration or Appeal at the time of this Notice. This Amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $126,146.16 |

### III.  ACCEPTANCE OF AWARD AMOUNT

To accept this Award Amount, you must complete and sign the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") that is attached to this Notice.  You must complete and submit an original, signed Release before we can issue payment, but only one Release is required.  You do not have to submit a separate Release for each of your payable claims.  To be paid, you must use the Release that we send you. Although the terms of this Release are the same as the version attached as Exhibit 26 to the Settlement Agreement, you must sign and return the Release we send you with this Notice.  Do not use a copy of Exhibit 26 or any other form of release, for we cannot accept them. The Settlement Program's determination will be binding on you even if you choose not to accept this award, subject to any rights of Reconsideration and Appeal or your right to opt out by the November 1, 2012 deadline.

> **(1) If this is your first  Eligibility Notice**:  If you elect to waive any Reconsideration and Appeal rights for this claim as explained in Section V, submit the Release attached to this Notice.  **An original of the Release bearing the claimant's signature is required.  We will not accept photocopies or scanned versions of the claimant's signature.   Once you submit a Release, we must verify your SSN, EIN or ITIN before you can receive payment.  If we cannot verify your SSN, EIN, or ITIN or if it changes upon submission of additional information, your Award Amount could change or this Eligibility Notice may be rescinded.** The submitted Release will be binding on you for any additional Settlement Payments you may be eligible to receive under the Settlement Program.
>
> After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Program.  You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you are filing a claim in the Seafood Compensation Program, you must file all Seafood-related claims no later than 30 days after the Court issues a Final Order approving the Settlement Agreement.
>
> **(2) If you have already Received a Payment from the Settlement Program**. If you already have submitted a Release and received a payment from the Settlement Program, you do not need to submit another Release to receive a payment on the claim that is the subject of this Eligibility Notice.   To receive payment for any other payable claims, login to your DWH Portal and click the Accept Award Amount option, which will tell us that you have waived any Reconsideration or Appeal rights on this claim.  We will then process your claim for payment.  If you do not use the DWH Portal, then you must call the Claimant Communications Center at 1-800-353-1262 to indicate that you want payment on this claim.  If you do not call to accept or request Reconsideration within 30 days, we will send the payment to you automatically.

To obtain more detailed information regarding acceptance of your payment and additional terms and requirements of the Release, go to **www.deepwaterhorizoneconomicsettlement.com.**  If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

**Note**:  Even though we attached a Release to this Notice, we cannot pay your claim until BP's Appeal rights have expired or been waived as explained below.

If the Compensation Amount listed on Row 1 of Section II of this Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin from the date of this Eligibility Notice, which means that you cannot receive a Release or payment until BP's appeal right has expired or been waived. BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal.  If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

## IV. DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process.  We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## V. RECONSIDERATION

You may seek Reconsideration of this claim if you believe that we have made a calculation error or incorrectly deducted prior Spill-related payments, if you believe that we failed to take into account relevant information or data, or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this Eligibility Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or complete the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form. Because submission of a Request for Reconsideration is the equivalent of asking for an additional review of the claim, the Reconsideration outcome could change the eligibility of the claim, or your Award Amount may increase, decrease or stay the same.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal.**

## VI. LIENS

We will deduct any valid outstanding liens we have received, along with any other deductions required by state or federal law or by any court order from Your Award Amount identified in Section II of this Notice before issuing payment.  If we have received a valid lien against your claim(s), the Notice of Lien Withholding Attachment included with this Notice provides details on that lien and how it affects your Award Amount.  If we receive a valid lien or notice of another required deduction after you accept your Award Amount but before we issue the payment on your claim, we will deduct the lien amount from your payment.

## VII. ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation. You will be reimbursed for accounting fees based on the actual fees incurred.

For individual claims over $10,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). Accounting fees for all other claims less than or equal to $10,000 are limited to $200. All individual claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $6,000.

## VIII. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## IX.  HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal in any of the following ways.  If you are unable to access the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## X.  SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or for Help Section of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| **1.** | Seafood Compensation Program | 50267 | In Claims Review |
| **2.** | Subsistence | 50296 | Claim Form Submitted |

| EXPLANATION OF CLAIM ATTACHMENT | | | |
|---|---|---|---|
| **A. CLAIMANT AND CATCH INFORMATION** | | | |
| **Catch Type** | Shrimp | **Operator Type** | Vessel Owner |
| **Vessel Name** | LA-1004-AW | **Hull ID** | JFG622567482 |
| **Vessel Size** | 22.00 ft | **Vessel Type** | N/A |
| **Home Port County** | Orleans | **Home Port State** | LA |
| **B. EXPLANATION OF SEAFOOD PROGRAM COMPENSATION CALCULATIONS** | | | |

We reviewed all the documents and information you submitted to determine the Compensation Plan Method that maximizes your recovery, even if that plan differed from your selection on the Claim Form. Sections C, D and E explain the calculations from the Expedited and Reduced Expedited Compensation Methods, New Entrant Compensation Method and the Historical Revenue Compensation Method. Your compensation is based on the Historical Revenue Compensation Method.

### C. EXPLANATION OF EXPEDITED/REDUCED EXPEDITED SEAFOOD COMPENSATION METHOD

**Explanation of Calculation:** This calculation is based on your vessel size, vessel type and operator type. Your Minimum Qualifying Revenue derived from Shrimping for the selected Benchmark Period is $32,500.00. If your Shrimping Revenue for the Benchmark Period meets/exceeds your Minimum Qualifying Revenue, your Expedited/Reduced Expedited Seafood Compensation Plan Claim Award is $104,063.00, which includes a Risk Transfer Premium (RTP) of 8.25.

**Shrimp Vessels with an Ineligible Home Port**: If your documentation indicates that the home port for the vessel identified above is not within an eligible area, you are not eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods. Vessels are only eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods if the governmental issued vessel registration from 2009 or 2010 indicates the home port was in Louisiana, Mississippi, Alabama, and the following Florida counties: Escambia; Santa Rosa; Okaloosa; Walton; Homes; Washington; Bay; Jackson; Calhoun; Gulf; Liberty; Franklin; Gadsden; Leon; and Wakulla.

| | **2007 Annual Revenue** | **2008 Annual Revenue** | **2009 Annual Revenue** |
|---|---|---|---|
| | $0.00 | $0.00 | $80,000.00 |
| 1. | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | | Sworn Written Statement |
| 2. | **Benchmark Period:** Your Benchmark Period may differ from the period you selected on the Claim Form because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | | 2009 |
| 3. | **Benchmark Revenue:** Your Benchmark Revenue is the highest average of the annual revenue for the claimed vessel or vessels from the Benchmark Period identified above. Your annual revenue is calculated from the Source of Revenue Information identified above. | | $80,000.00 |
| 4. | **Expedited Calculation:** | | $104,063.00 |
| 5. | **Reduced Expedited Calculation:** | | Not Eligible |
| 6. | **Expedited or Reduced Expedited Compensation:** This is the higher of Row 4 or Row 5. An RTP of 8.25 is included. | | $104,063.00 |

### D. NEW ENTRANT

**EXPLANATION OF CALCULATION:** This calculation is based on your vessel size, vessel type, operator type and expenses incurred for purchase/repair of the vessel or equipment for the vessel in the twelve months prior to April 20, 2010. Based on the size of your vessel 22.00 ft, your qualifying expense amount is $6,000. This vessel is not eligible for New Entrant Compensation.

## E.  EXPLANATION OF HISTORICAL REVENUE METHOD

**Explanation of Calculation:** This calculation is based on your proven Shrimp harvesting revenue from the Benchmark Period in conjunction with your vessel size and vessel type.

| 2007 Annual Revenue | 2008 Annual Revenue | 2009 Annual Revenue |
|---|---|---|
| $0.00 | $0.00 | $80,000.00 |

| | | |
|---|---|---|
| 1. | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | Sworn Written Statement |
| 2. | **Benchmark Period:** This Benchmark Period may differ from the Period selected on the Claim Form, because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | 2009 |
| 3. | **Benchmark Revenue:** The Benchmark Revenue is the highest average of the annual revenue for shrimp harvested for the claimed vessel or vessels from the Benchmark Period identified above. The annual revenue is calculated from the Source of Revenue Information identified above. | $80,000.00 |
| 4. | **Additional Catch Adjusted Benchmark Revenue:** Row 3 multiplied by the Additional Catch Factor of 1.25. | $100,000.00 |
| 5. | **Total Adjusted Benchmark Shrimp Revenue:** Row 4 multiplied by 1.2, which is the Adjustment for Changes in 2010-11 Prices. | $120,000.00 |
| 6. | **Benchmark Cost:** Row 3 multiplied by the Shrimp Cost Percentage of 42%. | $33,600.00 |
| 7. | **Base Loss:** Row 5 minus Row 6, multiplied by the Shrimp Loss Percentage Factor of 35%. | $30,240.00 |
| 8. | **Base Compensation:** Row 7 multiplied by the Shrimp Vessel Owner/Vessel Lessee Share of 45%. | $13,608.00 |
| 9. | **Risk Transfer Premium:** Row 8 multiplied by an RTP of 8.25. | $112,266.00 |
| 10. | **Final Compensation:** Row 8 plus Row 9. | $125,874.00 |

## F.  CALCULATED COMPENSATION AMOUNT

The Seafood Compensation Program contains $2.3 billion to distribute to eligible claimants, less all Seafood-Related Payments issued to claimants during the GCCF Transition Period.  In the event there are remaining funds in the Seafood Compensation Program after paying all eligible claimants, then we will distribute the remaining funds to all claimants who received compensation from the Seafood Compensation Program.  The Claims Administrator has discretion on how any remaining funds will be distributed.  The remaining balance may be distributed to you in proportion to your gross compensation expressed as a share of the gross compensation paid by us to all claimants under the Seafood Compensation Program.  Gross compensation reflects the amount paid by us to you prior to deductions for any Seafood Spill-Related Payments.  Because you received an Eligibility Notice, you are entitled to a share of this additional distribution of any remaining balance, even if you received a lump sum or fixed payment as a Category II or III crew member.

| | | |
|---|---|---|
| 1. | **Seafood Compensation Plan Claim Award:**   This is the highest calculation from all Compensation Plan Methods that you are eligible for under the Shrimp Compensation Plan. | $125,874.00 |
| 2. | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $272.16 |
| 3. | **Subtotal for this Claim**: Sum of Rows 1 and 2. | $126,146.16 |
| 4. | **Less Prior Seafood Spill-Related Payments and other Seafood Compensation Program Payments:** If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each of Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award. | $0.00 |
| | Prior BP Payments of $0.00 | |
| | Prior GCCF Emergency Payments of $0.00 | |
| | Prior GCCF Interim Payments of $0.00 | |
| | Prior GCCF 60% Transition Payments of $0.00 | |

| | | |
|---|---|---|
| | Prior DWH Seafood Program Payments of $0.00 | |
| **5.** | **Total Claim Amount**: Row 3 minus Row 4. This is the total value of this Seafood Compensation Program Claim. | $126,146.16 |
| | **Summary of All Eligible Seafood Compensation Program Claims** | |
| **6.** | **Total Seafood Compensation Plan Claimant Award:** This is the value of all Eligibility Notices from the Seafood Compensation Program not under Reconsideration or Appeal at the time of this Notice. This amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $126,146.16 |
| **7.** | **Total Seafood Compensation Program Award Amount to Date:** Row 6 minus Row 4 minus any prior 40% Offer.  This is the total value of all Seafood Compensation Program offers not under Reconsideration or Appeal as of the date of this Notice. This amount may be reduced by payments made to you for other Seafood Compensation Program offers that are not included in Row 4 above due to the timing of this Notice. | $126,146.16 |

# CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT ATTACHMENT

## A. EXPLANATION OF CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible for reimbursement of reasonable and necessary accounting fees incurred for work performed on either the completion of a Claim Form or preparation of supporting documentation ("Claimant Accounting Support"). Reimbursements for Claimant Accounting Support are capped at the following standard hourly rates:

|  | Individual Claim | Business Claim |
|---|---|---|
| Preparation | $85 | $110 |
| Supervision and Review | $130 | $160 |

For individual claimants, the total reimbursement may not exceed 2% of the total Economic Damage Compensation Amount (excluding any applicable Risk Transfer Premium) for individual Claims over $10,000.00, with all other claims limited to $200.00. Review and supervision hours may not exceed 25% of total time spent. All individual claims, regardless of the final claim amount, are subject to an overall accounting support reimbursement limit of $6,000.00.

## B. REIMBURSEMENT DETERMINATION

We reviewed the Sworn Written Statement and other supporting materials that you submitted and determined that you are eligible for reimbursement of accounting fees. The amount of your Claimant Accounting Support reimbursement is set forth below.

**DANZIGER & DELLANO, LLP**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Supervisor | 1.50 | $130.00 | $195.00 |
| Preparer | 9.00 | $85.00 | $765.00 |
|  |  | Total | **$960.00** |

**Total Reimbursement Amount: $272.16**

(This amount may reflect the maximum reimbursement limits explained in this Notice)

# REQUEST FOR RECONSIDERATION FORM
**DATE OF PAYMENT NOTICE: October 29, 2012**
**DEADLINE TO SUBMIT FORM: November 28, 2012**

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last/ Name of Business<br>PARKER | First<br>WARDELL | Middle |
| **Claimant ID** | 100026054 | **Claim ID** | 49623 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Danziger & De Llano, LLP | | |
| **Catch Type** | Shrimp | **Operator Type** | Vessel Owner |
| **Vessel Name** | LA-1004-AW | **Hull ID** | JFG622567482 |

## II. REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that the Reconsideration outcome could change the eligibility of your claim and that your Settlement Payment could increase, decrease or stay the same. Submit all documentation you want us to consider along with this Reconsideration Form. Select the reason(s) you are requesting Reconsideration from the options below.

☐ Calculation Error

☐ Failure to take into account relevant information or data

☐ Failure to follow the standards in the Settlement Agreement

☐ Incorrect deductions from prior BP/GCCF payments

Explain (You may attach additional sheets if necessary):

| III. HOW TO SUBMIT THIS FORM ||
|---|---|
| Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline: ||
| **By Mail** <br> (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center <br> PO Box 1439 <br> Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** <br> (If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center <br> Claims Administrator <br> 42548 Happy Woods Road <br> Hammond, LA 70403 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** <br> (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |