IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) <br><br> Judge: Barbier <br><br> Magistrate: Shushan |
| **This Document Relates To:** | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 54394) <br> Case No.: 2:10-md-02179-CJB-SS (Rec. Doc. 14266) | |

**WALTZER WIYGUL & GARSIDE, LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO THE DHECC'S MOTION FOR RETURN OF PAYMENTS TO CLAIMANT HAI DO AND OTHERS**

Waltzer Wiygul & Garside, L.L.C. ("WWG") files this Motion for Leave to File Sur-Reply Memorandum in Opposition to the DHECC's Motion for Return of Payments Made to Hai Do and Others, as follows:

**I.**

**GROUNDS FOR MOTION**

Since the filing of its initial Memorandum in Response to DHECC's Motion for Return of Payments Made to Hai Do and Others, WWG received the DHECC's Reply Brief. [Rec. Doc. 14824]. In light of the importance of the legal issues arising from the DHECC's request, WWG seeks leave to bring to the Court's attention the additional points in the proposed three-page Sur-Reply Memorandum attached hereto, including a short explanation of material errors of fact contained in the DHECC's Reply Brief. The undersigned has provided a courtesy copy of the

attached Sur-Reply Memorandum to counsel for DHECC, who has indicated he opposes the present motion.

## II.

## **REQUESTED RELIEF**

Accordingly, WWG respectfully requests that this Court: (1) grant WWG leave to file the attached Sur-Reply Memorandum in Opposition to the DHECC's Motion for Return of Payments Made to Hai Do and Others; (2) deem the attached Sur-Reply Memorandum filed as of the entry of the Court's Order granting leave; and (3) award WWG such further relief to which it may be entitled.

Respectfully submitted, this 15th day of July, 2015.

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel Waltzer*
Joel R. Waltzer (LSBA#: 19268)
1000 Behrman Highway
Gretna, LA 70056
joel@waltzerlaw.com
504-340-6300 – Telephone
504-340-6330 – Facsimile
*Counsel for Respondent WWG, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Waltzer Wiygul & Garside, LLC's Motion for Leave to File Sur-Reply Memorandum in Opposition to the DHECC's Motion for Return of Payments Made to Hai Do and Others will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*/s/ Joel Waltzer*