# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) <br> Judge: Barbier <br> Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 54394) <br> Case No.: 2:10-md-02179-CJB-SS (Rec. Doc. 14266) | |

## ORDER

**IT IS HEREBY ORDERED** that Waltzer Wiygul & Garside, L.L.C. is **GRANTED** leave to file a Sur-Reply Memorandum in Opposition to the DHECC's Motion for Return of Payments Made to Hai Do and Others.

The Court directs the Clerk of Court to accept and file Waltzer Wiygul & Garside, L.L.C.'s sur-reply when timely filed in accordance with this Order.

New Orleans, Louisiana this _____ day of July, 2015.

_____
United States District Judge