

# DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

## DATE OF NOTICE:  September 5, 2014

### I.  CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 174568 |
| **Claim Type** | Wetlands Real Property | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

### II.  DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process.  This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection").  The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

### III.  HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.  You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

### IV.  SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this notice.  This chart summarizes the status of those claims as of the date of this notice.  You will receive or have already received separate notices for each additional claim.  You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | **Claim Type** | **Claim ID** | **Claim Status** |
|---|---|---|---|
| **1.** | Wetlands Real Property | 296081 | Notice Issued After Claims Review:  Claim Denied |
| **2.** | Wetlands Real Property | 296077 | In Mapping Expert Review for Multiple Parcel Analysis |
| **3.** | Wetlands Real Property | 296059 | In Mapping Expert Review for Multiple Parcel Analysis |

| | | | |
|---|---|---|---|
| 4. | Seafood Compensation Program | 283742 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 5. | Wetlands Real Property | 220651 | In Claims Review |
| 6. | Wetlands Real Property | 194965 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 7. | Wetlands Real Property | 174581 | In Claims Review |
| 8. | Wetlands Real Property | 174578 | Claim Payment Documentation Accepted |
| 9. | Wetlands Real Property | 174577 | In Claims Review |
| 10. | Wetlands Real Property | 174576 | In Claims Review |
| 11. | Wetlands Real Property | 174572 | In Mapping Expert Review for Claim Zone Analysis |
| 12. | Wetlands Real Property | 174571 | In Claims Review |
| 13. | Wetlands Real Property | 174565 | Claim Payment Documentation Accepted |
| 14. | Wetlands Real Property | 174563 | In Claims Review |
| 15. | Wetlands Real Property | 174561 | Claim Payment Documentation Accepted |
| 16. | Wetlands Real Property | 174559 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 17. | Wetlands Real Property | 174555 | Payment Received |
| 18. | Wetlands Real Property | 174553 | Payment Received |
| 19. | Wetlands Real Property | 174550 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 20. | Wetlands Real Property | 174546 | Notice Issued After Claims Review: Claim Denied |
| 21. | Wetlands Real Property | 174545 | In Mapping Expert Review for Claim Zone Analysis |
| 22. | Wetlands Real Property | 174542 | In Mapping Expert Review for Claim Zone Analysis |
| 23. | Wetlands Real Property | 174537 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 24. | Wetlands Real Property | 174534 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 25. | Wetlands Real Property | 174531 | Notice Issued After Claims Review: Claim Denied |
| 26. | Wetlands Real Property | 174528 | Claim Payment Documentation Accepted |
| 27. | Wetlands Real Property | 174526 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |

APP-26 v.1    **WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM**    ClaimantID: 100176960

ClaimID: 174568

| | | | |
|---|---|---|---|
| 28. | Wetlands Real Property | 174524 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 29. | Wetlands Real Property | 174520 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 30. | Wetlands Real Property | 174516 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 31. | Wetlands Real Property | 174512 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 32. | Wetlands Real Property | 174510 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 33. | Wetlands Real Property | 174506 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 34. | Wetlands Real Property | 174503 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 35. | Wetlands Real Property | 174491 | In Claims Review |
| 36. | Wetlands Real Property | 174489 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 37. | Wetlands Real Property | 174483 | In Claims Review |
| 38. | Wetlands Real Property | 174480 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 39. | Wetlands Real Property | 174476 | In Claims Review |
| 40. | Wetlands Real Property | 174473 | In Claims Review |
| 41. | Wetlands Real Property | 174468 | In Claims Review |
| 42. | Wetlands Real Property | 174467 | In Claims Review |
| 43. | Wetlands Real Property | 174465 | In Claims Review |
| 44. | Wetlands Real Property | 174459 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 45. | Wetlands Real Property | 174458 | In Claims Review |
| 46. | Wetlands Real Property | 174405 | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination |
| 47. | Wetlands Real Property | 174293 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 48. | Wetlands Real Property | 174292 | Notice Issued After Claims Review:  Claim Denied |

| | | | |
|---|---|---|---|
| 49. | Wetlands Real Property | 174256 | Claimant Requested Reconsideration After Payable Claim or Claim Eligible But No Payment Due Determination |
| 50. | Wetlands Real Property | 174189 | In Mapping Expert Review for Claim Zone Analysis |
| 51. | Wetlands Real Property | 174176 | Claim Closed – Parcel included in Claim Zone after Parcel Eligibility Review |
| 52. | Wetlands Real Property | 174127 | Notice Issued After Claims Review: Claim Denied |
| 53. | Wetlands Real Property | 174126 | Notice Issued After Claims Review: Claim Denied |
| 54. | Wetlands Real Property | 174124 | Notice Issued After Claims Review: Claim Denied |
| 55. | Wetlands Real Property | 174122 | Notice Issued After Claims Review: Claim Denied |
| 56. | Wetlands Real Property | 174119 | Notice Issued After Claims Review: Claim Denied |
| 57. | Wetlands Real Property | 174117 | Notice Issued After Claims Review: Claim Denied |
| 58. | Wetlands Real Property | 174112 | Claim Payment Documentation Accepted |