IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.'S
EIGHTH SUBMISSION OF CLAIM-RELATED PORTAL DOCUMENTS**

Pursuant to instructions provided by Magistrate Judge Shushan during a telephone conference conducted on July 13, 2015, BP Exploration & Production Inc. submits the attached claim-related portal documents into the record. The attached documents will be designated as part of the record in matter No. 15-30507, currently on appeal to the United States Court of Appeals for the Fifth Circuit.

1

July 15, 2015

                                         */s/ Don K. Haycraft*

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft |
| Wendy L. Bloom | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone: (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile: (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| wendy.bloom@kirkland.com | |
| | |
| Jeffrey Bossert Clark | Daniel Cantor |
| Zachary W. Byer | Sarah E. Warlick |
| KIRKLAND & ELLIS LLP | ARNOLD & PORTER LLP |
| 655 Fifteenth Street, N.W. | 555 Twelfth Street, N.W. |
| Washington, DC 20005 | Washington, DC 20004 |
| Telephone: (202) 879-5000 | Telephone: (202) 942-5000 |
| Facsimile: (202) 879-5200 | Facsimile: (202) 942-5999 |
| jeffrey.clark@kirkland.com | daniel.cantor@aporter.com |
| zachary.byer@kirkland.com | sarah.warlick@aporter.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 15th day of July, 2015.

                                                                            _/s/ Don K. Haycraft_