

| | APPEAL PANEL DECISION FORM | | | |
|---|---|---|---|---|
| | **I. CLAIMANT AND CLAIM INFORMATION** | | | |
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | | First | Middle |
| **Claimant ID** | 100176960 | | **Claim ID** | 174405 |
| **Claim Type** | Wetlands Real Property | | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | | |
| **Parcel Address** | Street | | | Parish/ County<br>Plaquemines |
| | City | | State<br>LA | Zip Code |
| **Property Tax Assessment ID** | 1523450 | | **Parcel ID** | 1523450 |

| | II. DECISION | | |
|---|---|---|---|
| Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision. | | | |
| ☒ BP's Final Proposal | Compensation Amount | $0 | |
| | Risk Transfer Premium | 0 | |
| | Prior Payment Offset | $0 | |
| ☐ Claimant's Final Proposal | Compensation Amount | $72,226.98 | |
| | Risk Transfer Premium | 2.50 | |
| | Prior Payment Offset | $0 | |

### III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ Error in documentation review.

☐ Error in calculation.

☐ Error in RTP multiplier.

☐ Error in Prior Spill-Related Payment Amount.

☒ Claim should have been excluded.

☐ **No error.**

**Comment** *(optional)*:

This claim is controlled by the Appeal Panel's En Banc decision dated June 4, 20014, a copy of which has been uploaded and incorporated in this decision.