

| APPEAL PANEL DECISION FORM | | | |
|---|---|---|---|
| **I.  CLAIMANT AND CLAIM INFORMATION** | | | |
| **Claimant Name** | Last/Name of Business<br><br>Apache Louisiana Minerals LLC | First | Middle |
| **Claimant ID** | 100176960 | **Claim ID** | 283742 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | |

| **II.  DECISION** | | |
|---|---|---|
| Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision. | | |
| ☒ **BP's Final Proposal** | **Compensation Amount** | $0 |
| | **Risk Transfer Premium** | 0 |
| | **Prior Payment Offset** | $0 |
| ☐ **Claimant's Final  Proposal** | **Compensation Amount** | $556,800 |
| | **Risk Transfer Premium** | 0 |
| | **Prior Payment Offset** | $0 |

**III. PRIMARY BASIS FOR PANELIST DECISION**

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Error in documentation review.**

☐ **Error in calculation.**

☐ **Error in RTP multiplier.**

☐ **Error in Prior Spill-Related Payment Amount.**

☒ **Claim should have been excluded.**

☐ **No error.**

**Comment** *(optional)*:

See attached opinion uploaded in the portal.

DWH:         Apache Louisiana Minerals, LLC

Claim ID:     283742

Written Reasons and Opinion:


This is a BP appeal of an Oyster Leaseholder award made to Claimant under the Oyster Compensation Plan of the Seafood Compensation Program.  An initial award was made on April 17, 2014, following which Re-Review was requested and a Post Re-Review Eligibility Notice containing an increase in the original award, was issued on May 20, 2014.

The basis for BP's appeal is, of course, that Claimant is an excluded entity because it is an Oil and Gas Industry business.

The entire Appeal Panel considered, in En Banc session, a body of appeals brought by BP from awards made by the Claims Administrator to this Claimant, all of which involved the threshold question of whether or not Claimant is excluded from the Settlement Class by virtue of being a business in the Oil and Gas Industry.  On June 4, 2014, the Appeal Panel issued an En Banc Decision wherein it concluded that Claimant is excluded for that reason.  The awards which resulted in that decision were overturned.

After careful review of the entire record of this appeal and analysis of this claim, it is the opinion of this Panelist that this appeal is governed by the En Banc Decision.  Accordingly, this award must be overturned and decision entered herein in favor of BP's Final Proposal.


Decision:  August 29, 2014