IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.'S
NINTH SUBMISSION OF CLAIM-RELATED PORTAL DOCUMENTS**

Pursuant to instructions provided by Magistrate Judge Shushan during a telephone conference conducted on July 13, 2015, BP Exploration & Production Inc. submits the attached claim-related portal documents into the record. The attached documents will be designated as part of the record in matter No. 15-30507, currently on appeal to the United States Court of Appeals for the Fifth Circuit.

1

July 15, 2015                                                      /s/ Don K. Haycraft

Richard C. Godfrey, P.C.                    Don K. Haycraft
Wendy L. Bloom                              Devin C. Reid
KIRKLAND & ELLIS LLP                        LISKOW & LEWIS LLP
300 North LaSalle                           701 Poydras Street, Suite 5000
Chicago, IL 60654                           New Orleans, LA 70139
Telephone:  (312) 862-2000                  Telephone: (504) 556-4128
Facsimile:  (312) 862-2200                  Facsimile: (504) 556-4108
richard.godfrey@kirkland.com                dkhaycraft@liskow.com
wendy.bloom@kirkland.com

Jeffrey Bossert Clark                       Daniel Cantor
Zachary W. Byer                             Sarah E. Warlick
KIRKLAND & ELLIS LLP                        ARNOLD & PORTER LLP
655 Fifteenth Street, N.W.                  555 Twelfth Street, N.W.
Washington, DC 20005                        Washington, DC 20004
Telephone: (202) 879-5000                   Telephone: (202) 942-5000
Facsimile: (202) 879-5200                   Facsimile: (202) 942-5999
jeffrey.clark@kirkland.com                  daniel.cantor@aporter.com
zachary.byer@kirkland.com                   sarah.warlick@aporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 15th day of July, 2015.

                                                                                        _/s/ Don K. Haycraft_