# DECLARATION OF SARAH E. WARLICK

I, Sarah E. Warlick, do hereby declare as follows:

1. I am authorized and competent to make this Declaration, and I am over the age of 21 years. I swear and affirm that the statements contained in this Declaration are true and correct and the matters attested herein are within my personal knowledge.

2. I am an attorney with the law firm of Arnold & Porter LLP. I serve as one of the attorneys representing BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP").

3. In my role representing BP, I was one of the attorneys working on the appeals of the awards to Apache Louisiana Minerals, LLC and am familiar with the correspondence and attachments attached hereto.

4. The attached emails between a combination of representatives of BP, Apache, the Plaintiffs' Steering Committee, and the CSSP, dating between June 7, 2013 and July 18, 2014, are true and correct copies of correspondence exchanged.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

*Sarah E. Warlick*
Sarah E. Warlick

Dated: July 15, 2015