# Cantor, Daniel A.

| | |
|---|---|
| **From:** | Michael Juneau [mjuneau@dheclaims.com] |
| **Sent:** | Monday, October 14, 2013 1:29 PM |
| **To:** | Steve Herman (SHERMAN@hhklawfirm.com); jimr@wrightroy.com; mark.holstein@bp.com; Moskowitz, Keith (keith.moskowitz@dentons.com); Cantor, Daniel A.; Berwick Duval (berwick@duvallawfirm.com) |
| **Cc:** | appealscoordinator@dhecc.com |
| **Subject:** | En Banc Briefing Schedule / Apache Louisiana Minerals, LLC |

Counsel:

The Appeals Panel has voted to take up the following question *en banc*:

"Is Apache Louisiana Minerals LLC excluded by the Oil & Gas Industry Exclusion?"

The Appeals Panel has the benefit of the briefs already filed by both BP and Claimant on this issue. There is no need to re-file those briefs nor to re-state the arguments set out in those briefs. But to the extent that BP, Class Counsel or Claimant wish to make any additional submissions, such additional submissions are to be made by 5:00 pm CT, October 29, 2013.

**Michael J. Juneau**
*Special Counsel*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS
504-934-4999

935 Gravier Street, Ste. 1905
New Orleans, LA  70112
mjuneau@dheclaims.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.