# Warlick, Sarah E.

| | |
|---|---|
| **From:** | Warlick, Sarah E. |
| **Sent:** | Tuesday, October 29, 2013 5:26 PM |
| **To:** | mjuneau@dheclaims.com |
| **Cc:** | Holstein, Mark E; Cantor, Daniel A.; stan@duvallawfirm.com |
| **Subject:** | BP's En Banc Filing - Apache Louisiana Minerals LLC |
| **Attachments:** | Apache Louisiana Minerals En Banc Brief with Exs.pdf |

Mr. Juneau,

Enclosed please find BP's en banc filing regarding Apache Louisiana Minerals LLC.

Kind regards,
Sarah

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com