**Warlick, Sarah E.**

---

| | |
|---|---|
| **From:** | Michael Juneau [mjuneau@dheclaims.com] |
| **Sent:** | Wednesday, November 06, 2013 10:32 AM |
| **To:** | Stan Duval; Warlick, Sarah E. |
| **Cc:** | Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval; Jennifer Goodwin (jgoodwin@browngreer.com); Frank Trani; 'jalltmont@sessions-law.com' |
| **Subject:** | RE: Supplemental ALM briefing |

All:

The Appeals Panel has decided that it will allow the supplemental briefing from both BP and Claimant.  Those briefs have accordingly been provided to the Appeals Panelists.

## Michael J. Juneau
*Special Counsel*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

504-934-4999

**935 Gravier Street, Ste. 1905**
**New Orleans, LA  70112**
**mjuneau@dheclaims.com**

---

**From:** Stan Duval [mailto:stan@duvallawfirm.com]
**Sent:** Wednesday, November 06, 2013 8:11 AM
**To:** Warlick, Sarah E.; Michael Juneau
**Cc:** Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval
**Subject:** RE: Supplemental ALM briefing

All,

Attached is a supplemental memo we have uploaded to our portal to address BP's supplemental filing as well as all of the documents it has attached to its memo.  I respectfully request that you submit this filing to the *en banc* Appeals Panel.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com


CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval,
Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of
```

the individual or entity to whom they are addressed, and are protected by the Attorney-
Client Privilege.  If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this
e-mail in error and that any use,dissemination, forwarding, printing, or copying of this
e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.

**From:** Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
**Sent:** Tuesday, November 05, 2013 2:23 PM
**To:** Michael Juneau
**Cc:** Cantor, Daniel A.; Stan Duval; Holstein, Mark E; ccappeals@mdl2179psc.com
**Subject:** Supplemental ALM briefing

Dear Mike,

Please find enclosed BP's request to submit a supplemental filing to the *en banc* Appeals Panel.  We respectfully request that you submit this filing to the *en banc* Appeals Panel.

Kind regards,
Sarah

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that
any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender
immediately by telephone or by return e-mail and delete it from his or her computer.

---------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee.
If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email
without the consent of the originator is strictly prohibited. Although this email (and any attachments) are
believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus
free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If

you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.