# Warlick, Sarah E.

| | |
|---|---|
| **From:** | Cantor, Daniel A. |
| **Sent:** | Thursday, November 07, 2013 10:04 AM |
| **To:** | Stan Duval; Warlick, Sarah E.; Michael Juneau |
| **Cc:** | Holstein, Mark E; ccappeals@mdl2179psc.com; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval |
| **Subject:** | RE: Supplemental ALM briefing |

Dear Mr. Duval,

BP is in receipt of Apache's supplemental filing with the En Banc Appeals Panel.  That filing contains a material misstatement that requires immediate correction.  Specifically, you state that "It appears that BP has attached a couple of hundred pages of 'new evidence' in support of its position.  This extra evidence was never submitted with any of BP's prior appeal memorandum."  This statement is simply untrue.  All of the evidence submitted by BP in connection with the En Banc proceeding was previously submitted in connection with underlying individual Apache appeals.

We request that you inform the En Banc Appeals Panel  of and correct this misstatement in your filing by noon today.  Kindly please copy me when you do so.  Thank you for your immediate attention to this matter.

Dan Cantor
Counsel for BP

**From:** Stan Duval [mailto:stan@duvallawfirm.com]
**Sent:** Wednesday, November 06, 2013 9:11 AM
**To:** Warlick, Sarah E.; Michael Juneau
**Cc:** Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval
**Subject:** RE: Supplemental ALM briefing

All,

Attached is a supplemental memo we have uploaded to our portal to address BP's supplemental filing as well as all of the documents it has attached to its memo.  I respectfully request that you submit this filing to the *en banc* Appeals Panel.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA    70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval,
Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of
the individual or entity to whom they are addressed, and are protected by the Attorney-
```

1

```
Client Privilege.  If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this
e-mail in error and that any use,dissemination, forwarding, printing, or copying of this
e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.
```

**From:** Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
**Sent:** Tuesday, November 05, 2013 2:23 PM
**To:** Michael Juneau
**Cc:** Cantor, Daniel A.; Stan Duval; Holstein, Mark E; ccappeals@mdl2179psc.com
**Subject:** Supplemental ALM briefing

Dear Mike,

Please find enclosed BP's request to submit a supplemental filing to the *en banc* Appeals Panel.  We respectfully request that you submit this filing to the *en banc* Appeals Panel.

Kind regards,
Sarah

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com