# Warlick, Sarah E.

| | |
|---|---|
| **From:** | Stan Duval [stan@duvallawfirm.com] |
| **Sent:** | Friday, June 06, 2014 9:55 AM |
| **To:** | Warlick, Sarah E.; Cantor, Daniel A.; Holstein, Mark E; cesbrook@kirkland.com |
| **Cc:** | Jack M. Alltmont; Berwick Duval; Michael Juneau; Steve Herman; James Roy |
| **Subject:** | Apache Louisiana Minerals, LLC |

Sarah:

We received the decision of the *en banc* panel last night, and we will be submitting a request for discretionary court review. As you are aware, the Rules Governing Discretionary Court Review of Appeal Determinations provides that Requests for Court Review must be submitted within 14 days of being served with a Notice of Appeal Panel Decision. Therefore, we must submit our request by June 19, 2014. However, I am leaving for Italy on Tuesday, and I will not be back until June 24. Also, my law partner, Berwick Duval, is out of state the entire month. Therefore, it would be greatly appreciated if you could grant us an extension of time to submit our request for court review. If we could have an extension until July 18 to submit our request, we would greatly appreciate it. Please let me know your response as soon as possible, as I obviously will be leaving soon.

```
Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com
```

```
CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval,
Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of
the individual or entity to whom they are addressed, and are protected by the Attorney-
Client Privilege.  If you are not the intended recipient or the person responsible for
delivering the e-mail to the intended recipient, be advised that you have received this
e-mail in error and that any use,dissemination, forwarding, printing, or copying of this
e-mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.
```