# Warlick, Sarah E.

| | |
|---|---|
| **From:** | Tracy Steilberg [tsteilberg@dheclaims.com] |
| **Sent:** | Friday, June 06, 2014 3:14 PM |
| **To:** | stan@duvallawfirm.com |
| **Cc:** | Steve Herman (SHERMAN@hhklawfirm.com); 'James Roy (jimr@wrightroy.com)'; Warlick, Sarah E.; Cantor, Daniel A.; Michael Juneau; 'Magistrate Sally Shushan (Sally_Shushan@laed.uscourts.gov)'; David Forsyth |
| **Subject:** | Apache |

Dear Stan:

I have spoken to Judge Shushan. Both Judge Shushan and I agree that the claimants are granted an extension through and including July 18, 2014 to file for Discretionary Court Review.

Sincerely,

Jack M. Alltmont

Appeal Coordinator


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.