## Warlick, Sarah E.

**From:** Jennifer Goodwin [jgoodwin@browngreer.com]
**Sent:** Wednesday, June 11, 2014 10:05 PM
**To:** Cantor, Daniel A.; 'Steve Herman'; Warlick, Sarah E.
**Subject:** Appeal Panel Decisions
**Attachments:** Decisions.pdf

The attached pdf contains the un-redacted Appeal Panel Decision Forms.

Thank you.

**Jennifer L. Goodwin**
Project Manager I
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219
Telephone: (804) 521-7274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*



| | APPEAL PANEL DECISION FORM | | | | |
|---|---|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** | | | | | |
| **Claimant Name** | Last/Name of Business<br>Apache Louisiana Minerals LLC | | First | | Middle |
| **Claimant ID** | 100176960 | | **Claim ID** | | 174561 |
| **Claim Type** | Wetlands Real Property | | | | |
| **Law Firm** | Duval, Funderburk, Sundbery, Lovell & Watkins, APLC | | | | |
| **Parcel Address** | Street | | | | Parish/ County<br>Plaquemines |
| | City | | State<br>LA | | Zip Code |
| **Property Tax Assessment ID** | 1524350 | | **Parcel ID** | | 1524350 |

## II. DECISION

Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision.

| | | |
|---|---|---|
| ☒ **BP's Final Proposal** | Compensation Amount | $0 |
| | Risk Transfer Premium | 0 |
| | Prior Payment Offset | $0 |
| ☐ **Claimant's Final Proposal** | Compensation Amount | $191,246.34 |
| | Risk Transfer Premium | 2.50 |
| | Prior Payment Offset | $0 |

## III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Error in documentation review.**

☐ **Error in calculation.**

☐ **Error in RTP multiplier.**

☐ **Error in Prior Spill-Related Payment Amount.**

☒ **Claim should have been excluded.**

☐ **No error.**

**Comment** *(optional)*:

After a thorough review of the record this panelist concludes this appeal is governed by the en banc decision rendered in the companion appeals, numbers 174112 and 174578, on June 4, 2014; and for the reasons more fully recited therein, the decision of the Claims Administrator is reversed and overturned consistent with the pronouncements in the foregoing opinions.



|  | APPEAL PANEL DECISION FORM |  |  |
|---|---|---|---|
|  | **I. CLAIMANT AND CLAIM INFORMATION** |  |  |
| **Claimant Name** | Last/Name of Business ▊ | First | Middle |
| **Claimant ID** | ▊ | **Claim ID** | ▊ |
| **Claim Type** | ▊ |  |  |
| **Law Firm** | ▊ |  |  |
|  | **II. DECISION** |  |  |

☒ **Denial Upheld**

☐ **Denial Overturned**

### III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Claim should have been excluded.**

☒ **Claim should have been denied.**

☐ **Claim should not have been excluded.**

☐ **Claim should not have been denied.**

☐ **No error.**

**Comment** *(optional)*:

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊



| APPEAL PANEL DECISION FORM |||||
|---|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** |||||
| **Claimant Name** | Last/Name of Business ▅▅▅▅▅▅▅▅▅▅▅▅ || First | Middle |
| **Claimant ID** | ▅▅▅▅▅ || **Claim ID** | ▅▅▅▅ |
| **Claim Type** | ▅▅▅▅▅▅▅▅ ||||
| **Law Firm** | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ ||||
| **II. DECISION** |||||
| ☒ **Denial Upheld** |||||
| ☐ **Denial Overturned** |||||
| **III. PRIMARY BASIS FOR PANELIST DECISION** |||||

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Claim should have been excluded.**

☒ **Claim should have been denied.**

☐ **Claim should not have been excluded.**

☐ **Claim should not have been denied.**

☐ **No error.**

**Comment** *(optional)*:

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅