<u>Certification</u>

I, Daniel A. Cantor, counsel for BP Exploration & Production Inc. ("BP"), certify as follows in accordance with the instructions transmitted by Michael Juneau in his electronic mail of November 7, 2013:

1.   The documents attached to BP's *en banc* brief were previously submitted and made a part of the record of one or more of the individual Apache Louisiana Minerals' ("ALM") claim files.

2.   Specifically, the documents attached to BP's *en banc* brief were submitted in connection with the appeals of Claims Nos. 174112, 174405, 174480, 174520, 174528, 174559, 174561, 174565, 174568, 174578, and 194965.

3.   The chart below lists each exhibit number of the documents attached to BP's *en banc* brief, a description of the document found at each exhibit, the claim number for the underlying ALM claim in which each document attached to BP's *en banc* brief was previously submitted and made a part of the record of one or more of the individual claim files, and the document numbers and page number citations as to each such document relative to where each such document is located in the individual claim file:

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
| 1 | Apache Corp. Form 10-K for 2012 | 174405 | 12700745, pp. 8 - 245 |
| | | 174480 | 12175803, pp. 8 - 245 |
| | | 174520 | 11801886, pp. 8 - 245 |
| | | 174528 | 11853964, pp. 8 - 245 |
| | | 174559 | 12687136, pp. 8 - 245 |
| | | 174561 | 11801976, pp. 8 - 245 |
| | | 174565 | 11801989, pp. 8 - 245 |
| | | 174568 | 11802019, pp. 8 - 245 |
| | | 174578 | 11923248, pp. 8 - 245 |
| | | 194965 | 19262636, pp. 8 - 245 |
| | | 174112 | 12795273, pp. 8 - 245 |
| 2 | Conveyance Contract | 174405 | 12700745, pp. 246 - 302 |
| | | 174480 | 12175803, pp. 246 - 302 |
| | | 174520 | 11801886, pp. 246 - 302 |
| | | 174528 | 11853964, pp. 246 - 302 |
| | | 174559 | 12687136, pp. 246 - 302 |
| | | 174561 | 11801976, pp. 246 - 302 |
| | | 174565 | 11801989, pp. 246 - 302 |
| | | 174568 | 11802019, pp. 246 - 302 |
| | | 174578 | 11923248, pp. 246 - 302 |
| | | 194965 | 19262636, pp. 246 - 302 |
| | | 174112 | 12795273, pp. 246 - 302 |
| 3 | Apache Press Release, dated December 17, 2002 | 174405 | 12700745, pp. 303 - 305 |
| | | 174480 | 12175803, pp. 303 - 305 |
| | | 174520 | 11801886, pp. 303 - 305 |
| | | 174528 | 11853964, pp. 303 - 305 |
| | | 174559 | 12687136, pp. 303 - 305 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
| | | 174561 | 11801976, pp. 303 - 305 |
| | | 174565 | 11801989, pp. 303 - 305 |
| | | 174568 | 11802019, pp. 303 - 305 |
| | | 174578 | 11923248, pp. 303 - 305 |
| | | 194965 | 19262636, pp. 303 - 305 |
| | | 174112 | 12795273, pp. 303 - 305 |
| 4 | Apache Corporation Fourth Quarter 2002 Earnings Call Transcript | 174405 | 12700745, pp. 306 - 320 |
| | | 174480 | 12175803, pp. 306 - 320 |
| | | 174520 | 11801886, pp. 306 - 320 |
| | | 174528 | 11853964, pp. 306 - 320 |
| | | 174559 | 12687136, pp. 306 - 320 |
| | | 174561 | 11801976, pp. 306 - 320 |
| | | 174565 | 11801989, pp. 306 - 320 |
| | | 174568 | 11802019, pp. 306 - 320 |
| | | 174578 | 11923248, pp. 306 - 320 |
| | | 194965 | 19262636, pp. 306 - 320 |
| | | 174112 | 12795273, pp. 306 - 320 |
| 5 | Apache 2003 Annual Report | 174405 | 12700745, pp. 321 - 468 |
| | | 174480 | 12175803, pp. 321 - 468 |
| | | 174520 | 11801886, pp. 321 - 468 |
| | | 174528 | 11853964, pp. 321 - 468 |
| | | 174559 | 12687136, pp. 321 - 468 |
| | | 174561 | 11801976, pp. 321 - 468 |
| | | 174565 | 11801989, pp. 321 - 468 |
| | | 174568 | 11802019, pp. 321 - 468 |
| | | 174578 | 11923248, pp. 321 - 468 |
| | | 194965 | 19262636, pp. 321 - 468 |
| | | 174112 | 12795273, pp. 321 - 468 |
| 6 | Apache Corporation's Website Page for Gulf of Mexico operations | 174405 | 12700745, pp. 469 - 471 |
| | | 174480 | 12175803, pp. 469 - 471 |
| | | 174520 | 11801886, pp. 469 - 471 |
| | | 174528 | 11853964, pp. 469 - 471 |
| | | 174559 | 12687136, pp. 469 - 471 |
| | | 174561 | 11801976, pp. 469 - 471 |
| | | 174565 | 11801989, pp. 469 - 471 |
| | | 174568 | 11802019, pp. 469 - 471 |
| | | 174578 | 11923248, pp. 469 - 471 |
| | | 194965 | 19262636, pp. 469 - 471 |
| | | 174112 | 12795273, pp. 469 - 471 |
| 7 | Apache's Enercom 2012 Oil and Gas Conference presentation, dated August 15, 2012 | 174405 | 12700745, pp. 472 - 505 |
| | | 174480 | 12175803, pp. 472 - 505 |
| | | 174520 | 11801886, pp. 472 - 505 |
| | | 174528 | 11853964, pp. 472 - 505 |
| | | 174559 | 12687136, pp. 472 - 505 |
| | | 174561 | 11801976, pp. 472 - 505 |
| | | 174565 | 11801989, pp. 472 - 505 |
| | | 174568 | 11802019, pp. 472 - 505 |
| | | 174578 | 11923248, pp. 472 - 505 |
| | | 194965 | 19262636, pp. 472 - 505 |
| | | 174112 | 12795273, pp. 472 - 505 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
| 8 | LOGA 2012 Membership Directory | 174405<br>174480<br>174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578<br>194965<br>174112 | 12700745, pp. 506 - 508<br>12175803, pp. 506 - 508<br>11801886, pp. 506 - 508<br>11853964, pp. 506 - 508<br>12687136, pp. 506 - 508<br>11801976, pp. 506 - 508<br>11801989, pp. 506 - 508<br>11802019, pp. 506 - 508<br>11923248, pp. 506 - 508<br>19262636, pp. 506 - 508<br>12795273, pp. 506 - 508 |
| 9 | LOGA Mission Statement | 174405<br>174480<br>174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578<br>194965<br>174112 | 12700745, pp. 509 - 511<br>12175803, pp. 509 - 511<br>11801886, pp. 509 - 511<br>11853964, pp. 509 - 511<br>12687136, pp. 509 - 511<br>11801976, pp. 509 - 511<br>11801989, pp. 509 - 511<br>11802019, pp. 509 - 511<br>11923248, pp. 509 - 511<br>19262636, pp. 509 - 511<br>12795273, pp. 509 - 511 |
| A | July 6, 2004 - Apache-ALM Oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 11 - 14<br>11985471, pp. 11 - 14<br>12775477, pp. 12 - 15<br>11964472, pp. 11 - 14<br>11964445, pp. 11 - 14<br>11985258, pp. 11 - 14<br>12081839, pp. 11 - 14 |
| B | January 11, 2005 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 15 - 20<br>11985471, pp. 15 - 20<br>12775477, pp. 16 - 21<br>11964472, pp. 15 - 20<br>11964445, pp. 15 - 20<br>11985258, pp. 15 - 20<br>12081839, pp. 15 - 20 |
| C | May 6, 2005 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 21 - 26<br>11985471, pp. 21 - 26<br>12775477, pp. 22 - 27<br>11964472, pp. 21 - 26<br>11964445, pp. 21 - 26<br>11985258, pp. 21 - 26<br>12081839, pp. 21 - 26 |
| D | May 6, 2006 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 27 - 33<br>11985471, pp. 27 - 33<br>12775477, pp. 28 - 34<br>11964472, pp. 27 - 33<br>11964445, pp. 27 - 33<br>11985258, pp. 27 - 33<br>12081839, pp. 27 - 33 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
| E | June 3, 2005 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 34 - 40<br>11985471, pp. 34 - 40<br>12775477, pp. 35 - 41<br>11964472, pp. 34 - 40<br>11964445, pp. 34 - 40<br>11985258, pp. 34 - 40<br>12081839, pp. 34 - 40 |
| F | October 11, 2006 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 41 - 51<br>11985471, pp. 41 - 51<br>12775477, pp. 42 - 52<br>11964472, pp. 41 - 51<br>11964445, pp. 41 - 51<br>11985258, pp. 41 - 51<br>12081839, pp. 41 - 51 |
| G | March 16, 2007 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 52 - 66<br>11985471, pp. 52 - 66<br>12775477, pp. 53 - 67<br>11964472, pp. 52 - 66<br>11964445, pp. 52 - 66<br>11985258, pp. 52 - 66<br>12081839, pp. 52 - 66 |
| H | May 8, 2007 - Apache-ALM oil and gas lease - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 67 - 73<br>11985471, pp. 67 - 73<br>12775477, pp. 68 - 74<br>11964472, pp. 67 - 73<br>11964445, pp. 67 - 73<br>11985258, pp. 67 - 73<br>12081839, pp. 67 - 73 |
| I | January 11, 2005 - Apache-ALM oil and gas lease - Lafourche | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 74 - 79<br>11985471, pp. 74 - 79<br>12775477, pp. 75 - 80<br>11964472, pp. 74 - 79<br>11964445, pp. 74 - 79<br>11985258, pp. 74 - 79<br>12081839, pp. 74 - 79 |
| J | January 11, 2005 - Apache-ALM oil and gas lease - Lafourche | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 80 - 85<br>11985471, pp. 80 - 85<br>12775477, pp. 81 - 86<br>11964472, pp. 80 - 85<br>11964445, pp. 80 - 85<br>11985258, pp. 80 - 85<br>12081839, pp. 80 - 85 |
| K | May 1, 2007 - Apache-ALM oil and gas lease amendment - Lafourche | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 86 - 89<br>11985471, pp. 86 - 89<br>12775477, pp. 87 - 90<br>11964472, pp. 86 - 89<br>11964445, pp. 86 - 89<br>11985258, pp. 86 - 89<br>12081839, pp. 86 - 89 |
| L | January 22, 2010 - Apache-ALM oil and | 174520 | 11964462, pp. 90 - 96 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
|  | gas lease - Lafourche | 174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11985471, pp. 90 - 96<br>12775477, pp. 91 - 97<br>11964472, pp. 90 - 96<br>11964445, pp. 90 - 96<br>11985258, pp. 90 - 96<br>12081839, pp. 90 - 96 |
| M | July 16, 2010 - Apache-ALM oil and gas lease - Lafourche | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 97 - 101<br>11985471, pp. 97 - 101<br>12775477, pp. 98 - 102<br>11964472, pp. 97 - 101<br>11964445, pp. 97 - 101<br>11985258, pp. 97 - 101<br>12081839, pp. 97 - 101 |
| N | January 22, 2010 - Apache-ALM oil and gas lease - Plaquemines | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 102 - 110<br>11985471, pp. 102 - 110<br>12775477, pp. 103 - 111<br>11964472, pp. 102 - 110<br>11964445, pp. 102 - 110<br>11985258, pp. 102 - 110<br>12081839, pp. 102 - 110 |
| O | February 3, 2010 - Apache-ALM oil and gas lease amendment - Plaquemines | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 111 - 115<br>11985471, pp. 111 - 115<br>12775477, pp. 112 - 116<br>11964472, pp. 111 - 115<br>11964445, pp. 111 - 115<br>11985258, pp. 111 - 115<br>12081839, pp. 111 - 115 |
| P | February 24, 2003 - Apache-ALM conveyance - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 116 - 119<br>11985471, pp. 116 - 119<br>12775477, pp. 117 - 120<br>11964472, pp. 116 - 119<br>11964445, pp. 116 - 119<br>11985258, pp. 116 - 119<br>12081839, pp. 116 - 119 |
| Q | September 16, 2003 - unitization agreement by Apache, BP, and ALM - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 120 - 128<br>11985471, pp. 120 - 128<br>12775477, pp. 121 - 129<br>11964472, pp. 120 - 128<br>11964445, pp. 120 - 128<br>11985258, pp. 120 - 128<br>12081839, pp. 120 - 128 |
| R | January 5, 2004 - unitization agreement by Apache, Pinnacle Resources, and ALM - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 129 - 143<br>11985471, pp. 129 - 143<br>12775477, pp. 130 - 144<br>11964472, pp. 129 - 143<br>11964445, pp. 129 - 143<br>11985258, pp. 129 - 143<br>12081839, pp. 129 - 143 |
| S | June 6, 2005 - unitization agreement by Henican Terrebonne Property, Lala Land | 174520<br>174528 | 11964462, pp. 144 - 160<br>11985471, pp. 144 - 160 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
| | Leasing, ALM, Apache, BP, and Energy Partners - Terrebonne | 174559<br>174561<br>174565<br>174568<br>174578 | 12775477, pp. 145 - 161<br>11964472, pp. 144 - 160<br>11964445, pp. 144 - 160<br>11985258, pp. 144 - 160<br>12081839, pp. 144 - 160 |
| T | August 10, 2005 - unitization agreement by ALM, Energy Partners, and Apache - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 161 - 170<br>11985471, pp. 161 - 170<br>12775477, pp. 162 - 171<br>11964472, pp. 161 - 170<br>11964445, pp. 161 - 170<br>11985258, pp. 161 - 170<br>12081839, pp. 161 - 170 |
| U | August 10, 2005 - unitization agreement by Henican Terrebonne Property, Lala Land Leasing, ALM, Apache, and Energy Partners - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 171 - 185<br>11985471, pp. 171 - 185<br>12775477, pp. 172 - 186<br>11964472, pp. 171 - 185<br>11964445, pp. 171 - 185<br>11985258, pp. 171 - 185<br>12081839, pp. 171 - 185 |
| V | October 6, 2006 - lease amendment by ALM, Apache, and BP - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 186 - 190<br>11985471, pp. 186 - 190<br>12775477, pp. 187 - 191<br>11964472, pp. 186 - 190<br>11964445, pp. 186 - 190<br>11985258, pp. 186 - 190<br>12081839, pp. 186 - 190 |
| W | October 11, 2006 - unitization agreement by Henican Terrebonne Property, Lala Land Leasing, ALM, Apache, and Energy Partners - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 191 - 204<br>11985471, pp. 191 - 204<br>12775477, pp. 192 - 205<br>11964472, pp. 191 - 204<br>11964445, pp. 191 - 204<br>11985258, pp. 191 - 204<br>12081839, pp. 191 - 204 |
| X | July 19, 2007 - unitization agreement amendment by Apache, Petroquest Energy, Denbury Onshore, and ALM - Terrebonne | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 205 - 214<br>11985471, pp. 205 - 214<br>12775477, pp. 206 - 215<br>11964472, pp. 205 - 214<br>11964445, pp. 205 - 214<br>11985258, pp. 205 - 214<br>12081839, pp. 205 - 214 |
| Y | June 30, 2004 - Apache-ALM conveyance - Plaquemines | 174520<br>174528<br>174559<br>174561<br>174565<br>174568<br>174578 | 11964462, pp. 215 - 218<br>11985471, pp. 215 - 218<br>12775477, pp. 216 - 219<br>11964472, pp. 215 - 218<br>11964445, pp. 215 - 218<br>11985258, pp. 215 - 218<br>12081839, pp. 215 - 218 |
| Z | Terrebonne parish public record search - 271 filings | 174520<br>174528<br>174559 | 11964462, pp. 219 - 235<br>11985471, pp. 219 - 235<br>12775477, pp. 220 - 236 |

| Exhibit No. | Exhibit Description | Claim ID | Doc ID/page number |
|---|---|---|---|
|  |  | 174561 | 11964472, pp. 219 - 235 |
|  |  | 174565 | 11964445, pp. 219 - 235 |
|  |  | 174568 | 11985258, pp. 219 - 235 |
|  |  | 174578 | 12081839, pp. 219 - 235 |
| AA | Lafourche parish public record search - 51 filings | 174520 | 11964462, pp. 236 - 239 |
|  |  | 174528 | 11985471, pp. 236 - 239 |
|  |  | 174559 | 12775477, pp. 237 - 240 |
|  |  | 174561 | 11964472, pp. 236 - 239 |
|  |  | 174565 | 11964445, pp. 236 - 239 |
|  |  | 174568 | 11985258, pp. 236 - 239 |
|  |  | 174578 | 12081839, pp. 236 - 239 |
| AB | Plaquemines parish public record search - 41 filings | 174520 | 11964462, pp. 240 - 245 |
|  |  | 174528 | 11985471, pp. 240 - 245 |
|  |  | 174559 | 12775477, pp. 241 - 246 |
|  |  | 174561 | 11964472, pp. 240 - 245 |
|  |  | 174565 | 11964445, pp. 240 - 245 |
|  |  | 174568 | 11985258, pp. 240 - 245 |
|  |  | 174578 | 12081839, pp. 240 - 245 |
| AC | Appeal Panel decision | 174559 | 12775477, pp. 247 - 248 |

4.   BP also attached to the *en banc* submissions copies of two decisions of the Appeals Panel. These copies, which were not included with BP's filings in the underlying individual appeals, were provided solely as a courtesy and do not constitute the submission of documentary evidence. The Panel is permitted to consider such decisions pursuant to Section 6.2 of the Settlement Agreement and Appeal Rule 13.

Respectfully Submitted,

/s/ Daniel A. Cantor

Daniel A. Cantor
Counsel for BP