**BP's Supplemental Response To The *En Banc* Panel
Regarding Apache Louisiana Minerals LLC**

Apache Louisiana Minerals LLC's ("ALM" or "Claimant") November 15, 2013 filing represents its latest attempt to avoid Claimant's repeated, prior admissions to federal regulators, state regulators, and investors that it is, together with its consolidated affiliates, an oil and gas company.  As with Claimant's prior efforts, this effort is entirely without merit.

Previously, Claimant told the Appeals Panel that the evidence attached to BP's *en banc* briefs "was never submitted with any of BP's prior appeal briefs."  November 5, 2013 Letter from Stanwood Duval on Behalf of Claimant at 1.[1]  When challenged as to the veracity of this statement, Claimant admitted that it was incorrect and untrue:  "all of the documents attached to BP's *en banc* brief were attached to various initial and final proposals regarding various appeals."  November 12, 2013 Electronic Mail from Stanwood Duval on Behalf of Claimant.

Claimant also previously sought to block the evidence of its admissions to federal and state regulators and investors, as well as other evidence of the true nature of its business, by contending that such evidence was not part of the record.  The Appeal Panel has rejected this incorrect and unsound contention.

Having failed with its efforts to preclude the Panel from reviewing its own admissions and other evidence of the nature of its business, Claimant now submits a new brief and affidavit in support thereof in which it contends that it is a distinct corporate entity from other members of the Apache corporate family.  That is entirely irrelevant and besides the point.  BP has not cited the federal securities filings and investor statements of the entire Apache corporate family and other evidence of the nature of Claimant's business for the proposition that all members of the

---

[1] *See also id.* at 3 ("Now that the matter is going through an en banc review, BP has taken upon itself to again attach more documents, including several hundred new pages of documents that it has never attached to any of its briefs.").

1

corporate family are a single juridical entity.  Rather, the import of the securities filings, representations to investors, and other evidence and admissions is that the entire Apache corporate family admits and continuously has affirmatively represented to the public, investors, regulators, and the markets that it is engaged in the business of exploring for and extracting oil and gas.

For example, Claimant's corporate parent, on behalf of itself **_and Claimant_** among others,[2] has repeatedly admitted and affirmatively represented in its federal securities filings that it **_and Claimant_** are an oil and gas company:

- "Apache is engaged in a single line of business.  Both domestically and internationally, the Company explores for, develops, and produces natural gas crude oil and natural gas liquids."  Apache Corp. Form 10-K for 2012, Note 13 (attached as Exhibit 1 to BP's Opening *En Banc* Brief).

- The entire Apache corporate family, including Claimant, is "an independent energy company that explores for, develops, and produces natural gas, crude oil, and natural gas liquids." *Id.* at p.1.

- The entire Apache corporate family, including Claimant, earned 100% of their revenues from "Oil and gas production revenues."  *Id.* at Note 13.

Tellingly, Claimant's new affidavit does not and cannot dispute or repudiate these admissions and affirmative representations of fact.

Claimant's inter-company leases with its corporate parent (on which the exact same individual signs for both Claimant and its corporate parent) further confirm what Claimant has

---

[2] For example, the Apache annual report is submitted on behalf of the entire Apache corporate family, including Claimant.  *See* Apache Corp. Form 10-K for 2012, Ex. 21.1; p. 1 (attached as Exhibit 1 to BP's Initial Proposal) ("References to 'Apache' or the 'Company' include Apache Corporation and its consolidated subsidiaries…").

represented to the world, namely that it is a part of the consolidated corporate family's efforts to explore for and extract oil and gas. Claimant acquires and holds the minerals for the corporate family's singular stated purpose, namely the exploration and extraction of oil and gas. That the actual operation of wells may be done by a different member of the corporate family in no way changes the fact that claimant is part of a consolidated corporate effort to explore for and extract oil and gas. And that is what it has affirmatively represented to the markets, regulators, investors and the public at large.

Simply put, Claimant's own repeated admissions and affirmative representations to federal and state regulators, and the other cited evidence of its business operations, establish that Claimant is an excluded member of the oil and gas industry. However, in the event that the Appeals Panel has any remaining questions concerning Claimant's excluded status, it would be appropriate for the Appeals Panel to remand the matter with instructions to the Claims Administrator to obtain all relevant information regarding Claimant's status and to re-evaluate whether Claimant is excluded.