THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue       HON. BARBIER       7/05/2015
Darryl Lee Haan
 Plaintiff                    case no.  MDL- 2179

Vs                            section  J

BP OIL inc.                   Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant                     Settlement Program

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 13 2015
WILLIAM W. BLEVINS
CLERK**

NOTICE OF ADDRESS CHANGE

&

AUTHORIZED PEOPLE INVOLVED WITH DARRYL LEE HAAN

&

H&H RANCH EQUINE RESCUE   2 CLAIMS


Darryl Lee Haan  /  H&H Ranch Equine Rescue

9211 Bladon st
                          claim 1
Spring Hill , Florida , 34608

-----------------------------------------------------------------   2 claims or 2 cases
Authorized people only
                                                    ___ Fee_____
                                                    ___ Process___
Arnold & Itkin  LLC , Lawfirm     claim 2           _X_ Dktd_____
                                                    ___ CtRmDep___
Houston , Texas                                     ___ Doc. No.__

**TENDERED FOR FILING**              Darryl Lee Haan

   JUL 1 3 2015                      *Darryl Lee Haan* (signature)

U.S. DISTRICT COURT
Eastern District of Louisiana
   Deputy Clerk

Darryl Haan
9211 Bladon St
Spring Hill, FL 34608

MDL - 2179

Clerk of The Court
United States District Court
Eastern District of Louisiana
500 Poydras St
Room C-256
New Orleans, LA
70130