THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue     HON. BARBIER     7/05/2015
Darryl Lee Haan
 Plaintiff                           case no.  MDL- 2179

Vs                                     section  J

BP OIL inc.              Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant               Settlement Program

NOTICE TO THE CLERK OF COURT

&

HONORABLE  BARBIER



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 13 2015
WP
WILLIAM W. BLEVINS
CLERK

List of People Trying to Impersonate ,  Darryl Lee Haan / H&H Ranch Equine Rescue

1.  State of Michigan

2.  Kent County Friend Of The Court

3.  Leisa Dawn  Ardnt / Robinson    aka    Ex-wife  Leisa Haan

These people are Impersonating  Darryl Lee Haan  / H&H Ranch Equine Rescue

For the Moneys  from the BP Oil  / Gulf of Mexico  Deepwater Horizon Oil Spill &

Settlement ,

None of these People are allowed to Collect or be part of anything with this case or

Cases at all. ,  2  Cases or  2 Claims

                                            Darryl Lee Haan

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

                              *Darryl Haan* (signature)

Darryl Haan
9211 Bladon St
Spring Hill, FL 34608

Clerk of The Court
United States District Court
Eastern District of Louisiana
500 Poydras St
Room C-256
New Orleans, LA
70130

MDL - 2179