UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW COMES Claimant, Apache Louisiana Minerals, LLC, which suggests to this Honorable Court that it wishes to enroll Douglas C. Longman and Carmen M. Rodriguez, of Jones Walker LLP, as counsel of record in this matter. It is respectfully requested that the Court enter the Order submitted simultaneously herewith.

{L0350696.1}                                               1

Respectfully submitted,

DUVAL, FUNDERBURK, SUNDBERY,
   LOVELL & WATKINS, APLC

/s/ Stanwood R. Duval
C. BERWICK DUVAL, II (#5109)
STANWOOD R. DUVAL (#27732)
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Telephone: (985) 876-6410
Facsimile: (985) 851-1490
Email: berwick@duvallawfirm.com
Email: stan@duvallawfirm.com

And

DOUGLAS C. LONGMAN, JR. (#8719)
CARMEN M. RODRIGUEZ (#22573)
JONES WALKER LLP
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, Louisiana 70502-3408
Telephone: (337) 593-7600
Facsimile:   (337) 593-7601
Email: dlongman@joneswalker.com
Email: carmenrodriguez@joneswalker.com

*Attorneys for Apache Louisiana Minerals, L.L.C.*

{L0350696.1}        2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 17th day of July, 2015.

/s/ Stanwood R. Duval