UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER AND THE DHECC TO FILE A RESPONSE
TO HAI DO'S SUR-REPLY TO THE MOTION FOR RETURN OF PAYMENTS

COMES NOW the Special Master and the Deepwater Horizon Economic Claims Center ("DHECC"), by counsel, respectfully submitting this motion concerning a request by claimant Hai Do to file a Sur-Reply ("Sur-Reply") (Rec. Doc. 14870) to the motion seeking return of payments made to Hai Do and others (Rec Doc. 14824).

If the Court approves filing of the Sur-Reply by Hai Do, the Special Master and the DHECC respectfully asks that the Court also accept a brief response responding to issues raised by Hai Do in the Sur Reply. The proposed filing, attached as Exhibit A, is four pages long with two one-page exhibits. This filing should conclude briefing on this matter.

For these reasons, should the Court accept Hai Do's proposed Sur-Reply, the Special Master and the DHECC respectfully requests that the Court also accept for filing on the docket the response to this filing, attached as Exhibit A.

            Respectfully submitted,

            Patrick Juneau
            Claims Administrator

            By: __/s/ Kevin Colomb_____
            Kevin Colomb
            Manager of Compliance and Internal Integrity

Louis J. Freeh
Special Master

By:   /s/ Gregory A. Paw
Gregory A. Paw
Counsel to the Special Master

Dated:  July 17, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that this 17th day of July, 2015, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/Gregory Paw
Counsel