UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW upon consideration of a motion by the Special Master and the DHECC to file a response to a Sur-Reply filed by claimant Hai Do (Rec. Doc. 14870) to the motion seeking return of payments made to Hai Do and others (Rec Doc. 14824), IT IS HEREBY ORDERED that:

1. The motion of the Special Master and the DHECC is GRANTED; and

2. The Clerk is directed to accept for filing on the docket the response brief and two exhibits attached as Exhibit A to the motion to file a response.

Entered in New Orleans, Louisiana this _____ day of _____, 2015.

_____
United States District Judge