Hai V. Do
Tuyet N. Huynh

84-13/654  224

887

DATE 12-17-14

PAY TO THE ORDER OF  United State Treasury   $ 1,235.00

One thousand and Two hundred thirty-five   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  2008 Amended Tax