UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates to:<br>Only Civil Action Number<br>2014-01647 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| *    *    *    *    *    *    *    * | | |

**MOTION TO SET HEARING ON MOTION TO REMAND**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Gilbert V. Andry IV, and The Andry Law Firm, L.L.C., ("Plaintiffs") who respectfully request that the Motion to Remand (Document 13259) be set for hearing, to wit:

I.

On or about June 23, 2014, Plaintiffs filed a Petition for Defamation against defendants, BP Exploration & Production, Inc. and BP America Production Company ("Defendants"), in 25th Judicial District Court, for the Parish of Plaquemines, under Docket Number 61-466, Division B, stating Defendants had engaged in a campaign of defamation directed at Plaintiffs.

II.

On or about July 17, 2014, defendants filed a Notice of Removal to Clerk of Court for State Action.

III.

The Defendants removed the underlying action to this Court on July 17, 2014. They contend that this Court has federal question subject matter jurisdiction, yet they cannot cite to any federal claims raised by Plaintiffs in their Petition. They point to Plaintiffs' recitation of their BP claim in the Petition for Defamation as a means to establish federal jurisdiction. In other words, the Defendants argue that this all stems from Plaintiffs' BP claim, so it should be in federal court. That is a red-herring. This case involves specific acts and omissions of non-diverse defendants which damaged Plaintiffs' business reputation in the New Orleans community and nationally, and which conferred upon Plaintiffs a cause of action for defamation against the Defendants. The claims are separate and apart from Plaintiffs' BP claim. As set forth below, there is no federal question subject matter jurisdiction and this Court should remand this case to the state law court of origin.

IV.

To date, this Court has not held a hearing on the Motion to Remand to have this matter removed to the state law court of origin.

**WHEREFORE,** Plaintiffs pray that this Honorable Court set a hearing for the Motion to Remand and for the Defendant to show good cause why this matter should be removed to the state law court of origin.

Respectfully submitted,
THE BEZOU LAW FIRM

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR., T.A. (3037)
MATTHEW L. DEVEREAUX (32125)
JACQUES F. BEZOU, JR (33728)
534 East Boston Street
Covington, Louisiana   70433
Telephone:   (985) 892-2111
Facsimile:   (985) 892-1413

-2-

Email: jbezou@bezou.com
jbezou2@bezou.com
mdevereaux@bezou.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Set Hearing on the Motion Remand was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of July, 2015.

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on | * | |
| April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Only Civil Action Number | * | |
| 2014-01647 | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that the undersigned will submit the foregoing for decision by The Honorable Barbier, United States District Judge for the Eastern District of Louisiana on August 12, 2015, at 9:30 a.m.

Respectfully submitted,
THE BEZOU LAW FIRM

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR., T.A. (3037)
MATTHEW L. DEVEREAUX (32125)
JACQUES F. BEZOU, JR (33728)
534 East Boston Street
Covington, Louisiana  70433
Telephone:  (985) 892-2111
Facsimile:  (985) 892-1413
Email: jbezou@bezou.com
           jbezou2@bezou.com
           mdevereaux@bezou.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Set Hearing on the Motion Remand was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of July, 2015.

s/Jacques F. Bezou, Sr.
JACQUES F. BEZOU, SR.

-4-