# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
|       "Deepwater Horizon" in the Gulf | * | |
|       of Mexico, on | * | |
|       April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Only Civil Action Number | * | |
| 2014-01647 | * | MAGISTRATE SHUSHAN |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Motion to Set for Hearing on Motion to Remand GRANTED;

IT IS HEREBY ORDERED, that the Motion to Remand is set for hearing on the _____ day of _____, 201___.

New Orleans, Louisiana, this ____ day_____, 2015.

_____
JUDGE CARL J. BARBIER