UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD
BY CLASS COUNSEL RE MATERIALS ASSOCIATED WITH
THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT**

NOW INTO COURT, through Co-Lead Class Counsel, come Class Counsel for the members of the Economic & Property Damages Settlement Class, who respectfully seek leave to supplement the record with an index of, and, where not already of record, the significant class submissions, pleadings, orders and rulings relating to the interpretation and application of the Economic Settlement Agreement, for the reasons that follow:

I.

For the most part, Class Counsel have assumed the primary responsibility for briefing and arguing how the Settlement Agreement should be interpreted and applied on a class-wide basis.

II.

In its decision of May 8, 2015, in Case No. 13-30843, the U.S. Fifth Circuit Court of Appeals held that individual claim determinations, where a Request for Discretionary Review has

been sought, should be docketed by this Court, and can thereafter be further appealed to the Fifth Circuit, by either the Classmember or BP.[1]

### III.

The Appeal Record provided to the Clerk of Court by the Claims Administrator is defined in Rules 35 and 36 of the Rules Governing Discretionary Court Review of Appeal Determinations (July 7, 2015) [Rec. Doc. 14812-1].

### IV.

Class Counsel anticipate that individual classmembers and their attorneys would appreciate the ability to understand, access and utilize the significant materials relating to settlement interpretation and implementation, which could be **(a)** referenced, by Rec. Doc. No., or provided to the Settlement Program as part of the Clam File, and/or otherwise within the Appeal Rule 13 [2] and/or Discretionary Court Review Rule 11, 20 and/or 35 materials, **(b)** additionally designated for appeal from the District Court Record, and/or **(c)** simply reviewed for the purpose of gaining insight into the negotiation, intent, post-settlement discussions and/or other effect of various settlement terms or issues, from Class Counsel's perspective.

**WHEREFORE** Class Counsel respectfully pray for leave to provide, as part of the public record, **(i)** an Index of relevant materials, and **(ii)** where such materials are not already a part of the record, to supplement the record with those materials, so that they can be accessed, referenced

---

[1] In re Deepwater Horizon, 785 F.3d 986 (5th Cir. 2015).
[2] *See* Rules Governing Appeals Process (eff. Dec. 4, 2014).

and/or designated by individual classmembers for Settlement Program and/or U.S. Fifth Circuit Appeals.

This 18th day of July, 2015.

Respectfully submitted,

| | |
|---|---|
|    /s/   Stephen J. Herman    |    /s/ James Parkerson Roy    |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: **sherman@hhklawfirm.com** | E-Mail: **jimr@wrightroy.com** |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion and proposed Index will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12,[3] and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of July, 2015.

   /s/   James Parkerson Roy and Stephen J. Herman

---

[3] Due to the volume of proposed exhibits, Class Counsel are not serving them *via* Lexis Nexis File & Serve (LNFS) at this time. Class Counsel understand that, in the event the Court grants Plaintiffs' Motion, the documents will be served *via* LNFS on all counsel automatically once the Clerk has formally filed the exhibits into the record. In the alternative, Class Counsel will manually serve such documents *via* LNFS once they have been accepted by the Court and formally docketed as Exhibits.