# Index of Significant Class Submissions, Pleadings, Orders and Rulings
# Relating to the Interpretation and Application of the Economic Settlement Agreement

July 18, 2015

**U.S. Fifth Circuit Decision re BP Access to Claims Data**
No.14-30823, Fifth Cir. Doc. 00513118071 (July 16, 2015)

Ex. A **Program Appeal Decision re Condo Association**
(Assessments as revenues, Tourism designation)
[Claim No. 285308] (redacted) (July 7, 2015)

Ex. B **Program Appeal Decision re Real Estate Developer Exclusion**
[Claim No. 2205] (redacted) (June 16, 2015)

Ex. C **Class Counsel Memo to Claims Administrator re Seafood Program Claims**
FWA Denials / "Clawback" Motions re Seafood Program Claims (June 8, 2015)

Doc. 14693 **Class Counsel Submission re "Clawback" Motions (June 8, 2015)**

Ex. D **Class Response re Proposed Policy [No.356 v2] re**
Assignment of Claims (May 30, 2015)

Ex. E **Program Appeal Panel Decision Rejecting BP's Continued Appeals re**
Causation (Attestation / Allegedly "Implausible" Claims / Alternative Causation)
[Claim No. 242406] (redacted) (May 27, 2015)

Ex. F **Class Counsel *Amicus* Submission re Causation (May 22, 2015)**
Attestation / Allegedly "Implausible" Claims / Alternative Causation
- BP Annual Report (March 3, 2015), p.37
- E-Mail String: Class Counsel and BP Counsel (Feb. 20-28, 2015)

Ex. G **Memo to Claims Administrator and Appeal Panelists (May 11, 2015)**
BEL Claim Evaluations: "Atypical" or "Extraordinary" Revenue Experiences
in light of *U.S. Fifth Circuit Decision,* No.13-31296 (5th Cir. May 8, 2015).

**U.S. Fifth Circuit Decision re Non-Profits:**
Treatment of Grants and Donations as "Revenue"
**In re Deepwater Horizon, 785 F.3d 1003 (5th Cir. 2015)**,
No.13-31296, 2015 WL 2166642, Fifth Cir. Doc. 00513036479 (May 8, 2015)

**U.S. Fifth Circuit Decision re Docketing of Rulings on Discretionary Review**
Appeal of Individual Claims; Categorical Denial of BP Appeals Based on Alternative
Causation; Categorical Denial of BP Appeals Based on Exclusion of Non-Profit Contributions
**In re Deepwater Horizon, 785 F.3d 986 (5th Cir. 2015)**,
No.13-30843, 2015 WL 2166593, Fifth Cir. Doc. 00513036264 (May 8, 2015)

| | |
|---|---|
| Ex. H | **Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (May 6, 2015)** |
| Ex. I | **Program Appeal Decision re CDSOA and FCFP Subsidies / Payments / Grants**<br>[Claim No. 11270] (redacted) (May 5, 2015) |
| Doc. 14517-6 | **Memo to Claims Administrator re Processing Issues (April 1, 2015)** (redacted)<br>"Incompleteness" Issues<br>Alleged / Potential "Fraud" Investigations<br>Claiming Entity / Changes-in-Ownership / Multi-Facility Issues<br>495 Issues<br>"Moratoria Loss" Holds / Reviews<br>Real Estate Developer Definition / Exclusion |
| Doc. 14356 | **Order Denying Class Motion for Reconsideration on 495  (March 31, 2015)** |
| Ex. J | **Court Decision (on Discretionary Review) re Treatment of Assessments Collected by Condo Associations  (March 26, 2015)** |
| Ex. K | **Court Decision (on Discretionary Review) re GCCF Release (March 26, 2015)** |
| Ex. L | **Program Appeal Panel Decision re AVM as Sufficient Matching under 495**<br>[Claim No. 188797] (redacted) (March 18, 2015) |
| Ex. M | **Program Appeal Panel Decision re "Government Organization" Exclusion**<br>[Claim No. 310594] (redacted) (March 18, 2015) |
| Ex. N | **Program Appeal Panel Decision Rejecting Owner/Officer Exclusion**<br>[Claim No. 86133] (redacted) (March 13, 2015) |
| Doc. 14517-4 | **Memo to Welker re Subsistence and Other "Fraud" Investigations (March 12, 2015)** |
| Ex. O | **Class Counsel's *Amicus* Submission re Real Estate Developer Exclusion (March 9, 2015)**<br>● Declaration of Stephen J. Herman  (March 9, 2015)<br>● Initial Policy Announcement  (Sept. 25, 2012) |
| Ex. P | **Program Appeal Panel Decision Requiring Specific Explanation and Allowing Claimant Opportunity to Supplement / Attempt to Cure**<br>[Claim No.207341] (redacted) (March 5, 2015) |
| Doc. 14517-3 | **E-Mail to Freeh re "Fraud" Investigations re "Alternative Causation" (March 5, 2015)** |
| Ex. Q | **Class *Amicus* Submission re Use of Non-Benchmark P&Ls for "Triggers" (Feb. 26, 2015)** |

| | |
|---|---|
| Ex. R | **Court Decision (on Discretionary Review) re BP Branded Fuel Exclusion (Jan. 29, 2015)** |
| Ex. S | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion** Non-Profits that Assist Needy by Building and/or Repairing Homes (Jan. 29, 2015) |
| Ex. T | **Court Decision (on Discretionary Review) re Real Estate Developer Exclusion** Home Builders (Jan. 29, 2015) |
| Ex. U | **Memo to Claims Administrator re Businesses Subject to "'Moratoria' Loss" Review  (Jan. 17, 2015)** |
| Ex. V. | **Class *Amicus* Submission re Real Estate Agent Claims under 495 (Jan. 13, 2015)** |
| | **U.S. Supreme Court Denial of BP Cert Petition (Dec. 8, 2014)** <u>BP Exploration & Production vs. Lake Eugenie Land Development</u>, 135 S.Ct. 734 (2014). |
| Doc. 14517-1 | **"Fraudulent" BP Claims Payments Represent Less Than 1% of All Claims (Nov. 3, 2014)** |
| Doc. 14517-2 | **Memo to Claims Administrator and Freeh re Alleged / Potential "Fraud" Investigations   (Oct. 6, 2014)** |
| Ex. W | **Class Response re Proposed Policy on Incorrectly Paid Claims (Oct. 1, 2014)** |
| Doc. 13496-6 | **Class Counsel's Master *Amicus* to the Appeals Panelists (July 16, 2014)** |

                  What's Good for the Goose is Not Necessarily Good for the Gander
                  Claimants Must Be Provided With Reasonable Opportunities to Present Additional Evidence in Response to New Arguments by BP and/or Determinations by the Program / Appeal Panelists – Including, Where Necessary, Remand
                  BP's Right to Present Evidence Is, and Should Be, Limited
                  The Claims Administrator's Interpretations of the Settlement Agreement Are Not Necessarily Binding on the Appeal Panelists
                  Seafood Claimants Are Entitled to the Greater of Trip Tickets vs. Tax Returns
                      Trip Ticket Data is Frequently Inaccurate and/or Incomplete
                      Why is BP Even Appealing Seafood Claims?
                  Application of the "Tourism" Definition under Exhibit 2
                  Entities, Facilities and Other Claimants
                  An Owner, Part Owner or Officer of a BEL Claimant under the Settlement Agreement is an Eligible IEL Class Member and Claimant with Respect to His or Her Loss of Income as a W-2 Employee
                  Exclusion of Claimants Based on a Prior GCCF Release
                  The Panelists Should Reject, Out of Hand, any BP Appeals Based on What a BEL Claimant Allegedly "Would Have Been Expected to Earn" and/or Other Vague and Alleged Notions of "Economic Reality"
                  Substantial Deference Should be Paid to Employer SWSs

| | |
|---|---|
| Ex. X | **Transcript of Administrative Panel Meeting  (July 9, 2014)** |

                  GCCF Releases
                  Owner-Officer Exclusion
                  Claiming Entities / Changes in Ownership / Multi-Facility Claims / (Policy 495)

| | |
|---|---|
| Ex. Y | **Memo to Claims Administrator re Coastal Claims (July 8, 2014)** |
| Doc. 13086 | **Order re "Transition" Claims  (July 1, 2014)** |
| Ex. Z | **Memo to Claims Administrator re "MDL Defendants" (June 30, 3014)** |
| Doc. 13076 | **Order Clarifying and Amending Implementation of 495  (June 27, 2014)** |
| Ex. ZA | **Class Suggestions re Subsistence Impairment Policy (June 12, 2014)** |
| Ex. ZB | **Memo to Claims Administrator re Changes in Ownership (June 5, 2014)** |
| | **U.S. Fifth Circuit: Additional Reasons for Denial of Rehearing (Causation)**<br>In re Deepwater Horizon**, 753 F.3d 509 (5th Cir. 2014).          (May 19, 2014)** |
| Ex. ZC | **Memo to Claims Administrator re Related Owners, Officers and/or Entities**<br>            **(May 14, 2014)**<br>● Memo to Claims Administrator re BEL Owners or Officers who are also Employees (Oct. 2, 2012)<br>● Memo to Claims Administrator re Multi-Facility Claims (April 23, 2014) |
| Doc. 12941-1 | **Memorandum in Support of Motion to Alter or Amend 495 (May 27, 2014)** |
| Ex. ZD | **Memo to Claims Administrator re Wetlands: No Formal Succession**<br>            **(May 5, 2014)** |
| Ex. ZE | **Memo to Claims Administrator re Multi-Facility Business Claims**<br>            **(April 23, 2014)** |
| Ex. ZF | **Class Response re Changes in Ownership (March 21, 2014)** |
| Doc. 12589 | **Class Response and Objections to Proposed Matching Policy [495]**<br>            Rec. Docs. 12589-16, 12589-17 and 12589-18    **(March 19, 2014)** |
| Doc. 12517 | **Order Denying Class Objection re New Evidence submitted by BP to Appeal** Panelists re Pot. Oil & Gas Exclusion - Wetlands Claim (March 14, 2014) |
| Ex. ZG | **Class Submission on Owner/Officer Exclusion (March 3, 2014)** |
| | *Deepwater Horizon III***:  Fifth Circuit Rejection of BP Appeal on Causation**<br>In re Deepwater Horizon**, 744 F.3d 370 (5th Cir. 2014),** *rehearing denied,* **753 F.3d 509 (5th Cir. 2014),** *rehearing en banc denied,* **753 F.3d 516 (5th Cir. 2014).** |
| Ex. ZH | **Memo to Claims Administrator re Lodging Industry Claims (March 2, 2014)**<br>● Memo to Claims Administrator re Documentation Provisions (Sept. 16, 2012) |
| Ex. ZI | **Memo to Claims Administrator re Subsistence: Bartering (March 2, 2014)** |

| | |
|---|---|
| Ex. ZJ | **Memo to Claims Administrator re Subsistence: Impairment (March 2, 2014)** |
| Doc. 12283-1 | **Class Reply Brief re New Evidence from BP in Settlement Program Appeals (Feb. 4, 2014)** |
| Ex. ZK | **Memo to Claims Administrator re Multi-Facility Claims (Jan. 13, 2014)** |
| | ***Deepwater Horizon II*: Final Approval of Class Settlement (Jan. 10, 2014)**<br>In re Deepwater Horizon, **739 F.3d 790 (5th Cir. 2014),** *rehearing en banc denied,* **756 F.3d 320 (5th Cir. 2014),** *cert. denied,* **135 S.Ct. 754 (2014).** |
| Doc. 12017 | **Class Supplemental Brief on Causation (Dec. 18, 2013)**<br>● Tim Ryan, "The Regional and Statewide Impacts of the April 2010 BP Oil Spill By Industrial Sectors" (Dec. 2013) [Rec. Doc. 12017-1]<br>● Declaration of Sean Michael Snaith (Dec. 17, 2013) [Rec. Doc. 12017-2] |
| Doc. 11973 | **Class Objection to New Evidence from BP in Settlement Program Appeals (Dec. 13, 2013)** |
| Ex. ZL | **Memo to Seafood Neutral re Oyster Rehabilitation Revenue (Dec. 4, 2013)** |
| Ex. ZM | **Memo to Seafood Neutral re Combined Harvester and Leaseholder Claims (Dec. 4, 2013)** |
| Ex. ZN | **Program Appeal Panelists En Banc Decision No. 3: Condo Associations (Nov. 22, 2013)** |
| | **Class Counsel Brief to U.S. Fifth Circuit re Causation (Nov. 22, 2013)**<br>Fifth Cir. Doc. 00512450441<br>● **BP Tutorial Slides for Program Appeal Panelists (May 7, 2012)**<br>[Rec. Doc. 11826-1] [Fifth Cir. Doc. 00512450442]<br>● **GCCF Payment Maps (July 2011)**<br>[Rec. Doc. 11804-7] [Fifth Cir. Doc. 00512450443] |
| Doc. 11885-2 | **Class Counsel Statement: Revenue Recognition (Nov. 21, 2013)** |
| Ex. ZO | **Memo to Claims Administrator re Subsistence: Impairment (Nov. 19, 2013)** |
| Doc. 11833 | **Class Counsel Reply re Remand of BEL Issue (Nov. 12, 2013)**<br>● Declaration of Stephen J. Herman (Nov. 11, 2013) [Rec. Doc. 11833-1]<br>● Declaration of Rhon Jones (Nov. 12, 2013) [Rec. Doc. 11833-2]<br>    Ex. "A" – Identification of Industries Associated with Test Cases [Rec. Doc. 11833-3]<br>● Declaration of Robert Michael Wallace (Nov. 12, 2013) [Rec. Doc. 11833-4]<br>● Declaration of Michael Allen Scott (Nov. 12, 2013) [Rec. Doc. 11833-5]<br>● Declaration of Joseph F. Rice (Nov. 12, 2013) [Rec. Doc. 11833-6]<br>    Ex. "1" – Comparison of BP Declarations to Settlement Agreement [Rec. Doc. 11833-7]<br>    Ex. "2" – Use of "Match" or "Matching" in Settlement Agreement [Rec. Doc. 11833-8]<br>    Ex. "3" – E-Mail from M. Juneau re Hacker 4/4/12 E-Mail (11/6/2013) [Rec. Doc. 11833-9]<br>● Declaration of Calvin Fayard, Jr. (Nov. 11, 2013) [Rec. Doc. 11833-10] |

Doc. 11804         **Class Counsel Submission on Remand of BEL Issue (Nov. 6, 2013)**
- Declaration of Stephen J. Herman (Nov. 5, 2013) [Rec. Doc. 11804-1]
    BP Draft Proposed Compensation Framework, Sept. 15, 2011 [Rec. Doc. 11804-2]
    BP Draft Proposed Documentation Framework, Sept. 27, 2011 [Rec. Doc. 11804-3]
- Declaration of Joseph F. Rice (Nov. 6, 2013) [Rec. Doc. 11804-4]
    Ex. "A" - Index of Drafts of Business Economic Loss Frameworks Exchanged
            [Rec. Doc. 11804-5]
    Ex. "B" - Index of Rice Drafts of Settlement Agreement  [Rec. Doc. 11804-6]
    Ex. "C" – Louisiana GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-7]
    Ex. "C" – Mississippi GCCF Payments Map (July 5, 2011) [Rec. Doc. 11804-8]
    Ex. "C" – Alabama GCCF Payments Map (July 7, 2011)  [Rec. Doc. 11804-9]
    Ex. "C" – Florida GCCF Payments Map (July 5, 2011)  [Rec. Doc. 11804-10]
    Ex. "C" – Texas GCCF Payments Map (Aug. 1, 2011)  [Rec. Doc. 11804-11]
    Ex. "D" – Sample of Mapping Data utilized by BP re Businesses in GCA
            [Rec. Doc. 11804-12]
    Ex. "E" – BP Draft Proposed Compensation Framework, Sept. 15, 2011
            [Rec. Doc. 11804-13]
    Ex. "F" - PSC Memo re Economic Loss for Business Claims, Nov. 3, 2011
            [Rec. Doc. 11804-14]
    Ex. "G" - BP Memo re Business Economic Loss Claims, Nov. 10, 2011
            [Rec. Doc. 11804-15]
    Ex. "H" - Rice Memo re Compensation Framework, Nov. 16, 2011  [Rec. Doc. 11804-16]
    Ex. "I" - BP Memo re Business Economic Loss, Dec. 13, 2011 [Rec. Doc. 11804-17]
    Ex. "J" – P&N Illustration for Meeting re Settlement Program, March 27, 2012
            [Rec. Doc. 11804-18]
    Ex. "K" – Orran Brown Memo re Tutorial, April 13, 2012  [Rec. Doc. 11804-19]
    Ex. "L" – Rice E-Mail to Godfrey transmitting Draft PowerPoint, March 5, 2012
            [Rec. Doc. 11804-20]
    Ex. "M" – Bloom E-Mail to Rice with Edits to PowerPoint, March 6, 2012
            [Rec. Doc. 11804-21]
    Ex. "N" – Hacker E-Mail to Rice and Cantor, et al, April 4, 2012 [Rec. Doc. 11804-22]
    Ex. "O" – Rice Response to Hacker, April 15, 2012 [Rec. Doc. 11804-23]
    Ex. "P" – Rice E-Mail to Bloom, April 10, 2012 [Rec. Doc. 11804-24]
    Ex. "Q" – BP Draft Tutorial Slides, May 7, 2012 [Rec. Doc. 11804-25]
- Declaration of Rhon E. Jones (Nov. 5, 2013) [Rec. Doc. 11804-26]
- Declaration of Michael Allen Scott (Nov. 4, 2013) [Rec. Doc. 11804-27]
- Affidavit of Charles R. Hacker, Jr. (March 28, 2013) [Rec. Doc. 9089-3]
- E-Mail from Hacker to Rice and Cantor, et al, (April 4, 2012)
        [Rec. Doc. 9089-3, Ex. 1, filed under seal]
- Declaration of Robert Michael Wallace (Feb. 18, 2013) [Rec. Doc. 8963-84]
- Tomlinson Declaration (Feb. 18, 2013) and Test Cases [Rec. Doc. 8963-86]
- Supplemental Declaration of John E. Tomlinson (April 1, 2013) [Rec. Doc. 9087-4]

Ex. ZP             **Class Submission to Appeal Panelists re Evidentiary Record on Appeal**
                   **(Nov. 12, 2013)**

Ex. ZQ             **Class Submission to Appeal Panelists re Oil & Gas Exclusion (Oct. 29, 2013)**

Doc. 11740-1       **Supplemental Carroll Declaration (Oct. 24, 2013)**

Ex. ZR             **Class Submission to Appeal Panelists re "Tourism" – Condo Associations**
                   **(Oct. 23, 2013)**

Ex. ZS             **Memo to Claims Administrator re Customer Mix Test (Oct. 15, 2013)**

|  |  |
|---|---|
|  | **BEL Opinion:** *Deepwater Horizon I*  (Oct. 2, 2013)<br>In re Deepwater Horizon, 732 F.3d 326 (5th Cir. 2013).<br>[Rec. Doc. 12589-1 at 3 thru Rec. Doc. 12589-2 at 19] [Fifth Cir. Doc. 00512394834] |
| Ex. ZT | **Program Appeal Panelists En Banc Decision No. 2:**<br>**Owner-Officer Commissions   (Sept. 16. 2013)** |
| Ex. ZU | **Program Appeal Panelists En Banc Decision No. 1:**<br>**VoO MVCAs  (Sept. 16. 2013)** |
| Doc. 11470 | **Reply Brief: Class Motion to Authorize Claims Administrator to Implement Settlement** re Oil & Gas Support Industry Claims (Sept. 20, 2013) |
| Ex. ZV | **Memo to Claims Administrator re Exclusions of "Revenue" (Aug. 28, 2013)** |
| Doc. 11156 | **Motion to Authorize Claims Administrator to Implement Settlement**<br>re Oil & Gas Support Industry Claims ["'Moratoria' Loss" Review] (Aug. 27, 2013) |
| Ex. ZW | **Class Submission to Appeal Panelists re VoO MVCAs (Aug. 28, 2013)** |
| Ex. ZX | **Memo to Appeal Panelists re Commissions Paid to Owners / Officers          (Aug. 28, 2013)** |
| Ex. ZY | **Memo to Claims Administrator re Subsistence Claims based on Bartering          (Aug. 14, 2013)** |
| Ex. ZZ | **Memo to Claims Administrator re Multi-Facility Claims  (Aug. 9, 2013)** |
| Ex. ZZA | **Memo to Claims Administrator re Monthly P&Ls  (July 31, 2013)** |
| Ex. ZZB | **Memo to Claims Administrator re Wetlands  (July 17, 2013)**<br>**Individual Parcels Aggregated Under a Single Tax ID**<br>● Affidavit of Mona B. Kelly, CLA  (July 1, 2013) |
|  | **Brief of** *Amici Curiae* **Certified Public Accounting Societies in Support of Appellees,** No.13-30315 (June 24, 2013)  <u>Fifth Cir. Doc. 00512285581</u> |
| Ex. ZZC | **Memo to Claims Administrator re Subsistence  (June 10, 2013)** |
| Ex. ZZD | **Memo to Claims Administrator re Aquaculture / Clam Farmers  (June 6, 2013)** |
| Ex. ZZE | **Memo to Claims Administrator re Definition of "Facility"  (June 4, 2013)** |
| Ex. ZZF | **Class Submission re Treatment of CDSOA Subsidies  (May 14, 2013)** |
| Doc. 9836 | **Transcript of Hearing on BP Motion for Injunction re BEL "Matching"          (April 5, 2013)** |

| | |
|---|---|
| Ex. ZZG | **Class Presentation: Hearing on BP Motion for Injunction  (April 5, 2013)** |
| Ex. ZZH | **Memo to Claims Administrator re Wetlands Claims  (April 4, 2013)** |
| Doc. 9089 | **Juneau Response to BP Motion for Injunction re BEL "Matching"** (April 2, 2013) |

- P. Juneau Affidavit [Rec. Doc. 9089-1]
- Staley Affidavit  [Rec. Doc. 9089-2]
- Hacker Affidavit [Rec. Doc. 9089-3]
- Fisher Affidavit [Rec. Doc. 9089-4]
- M. Juneau Affidavit [Rec. Doc. 9089-5]

| | |
|---|---|
| Doc. 9087 | **Class Opposition to BP Motion for Injunction re BEL "Matching"** (April 2, 2013) |

- Slides from Preliminary Approval Hearing [Rec. Doc. 9087-1]
- Supplemental Carroll Declaration  [Rec. Doc. 9087-2]
- Supplemental Herman Declaration (April 1, 2013) [Rec. Doc. 9087-3]
- Supplemental Tomlinson Declaration (April 1, 2013) [Rec. Doc. 9087-4]
- Wolfe Declaration (Wall Gator Farm) (March 26, 2013) [Rec. Doc. 9087-5]
- Dugas Declaration (John Folse) (March 29, 2013) [Rec. Doc. 9087-6]
- BP Appeal 88168  [Rec. Doc. 9087-7]
- BP Appeal 88708  [Rec. Doc. 9087-8]

| | |
|---|---|
| Doc. 9087-3 | **Declaration of Stephen J. Herman  (April 1, 2013)** |
| | Background re Development of "Compendium" / Claims Administrator Policies |
| Doc. 9087-2 | **Supplemental Declaration of Allen Carroll  (March 25, 2013)** |
| | Addressing BP's Arguments re Cash Basis P&Ls and BP "Matching" Proposals |
| Ex. ZZI | **Memo to Claims Administrator re Assignment of Claims  (March 8, 2013)** |
| Doc. 8963-54 | **Class Opposition to BP Motion for Reconsideration on Monthly Costs and Revenues  (Feb. 18, 2013)** |

- Settlement Agreement, BEL Compensation Framework, Exhibit 4C  [Rec. Doc. 8963-56]
- Settlement Agreement, BEL Documentation Requirements, Exhibit 4A  [Rec. Doc. 8963-57]
- Memo *via* E-Mail from Rick Godfrey to Rice and Fayard (Feb. 17, 2012)   [Rec. Doc. 8963-58]
- Excerpts from Preliminary Approval Hearing Transcript  [Rec. Doc. 8963-59]
- Excerpts from BP's Memorandum in Support of Final Approval  [Rec. Doc. 8963-60]
- Excerpts from Declarations in Support of BP's Motion for Final Approval  [Rec. Doc. 8963-61]
- Declaration of Holly Sharp [Doc 7441-18], p.10.  [Rec. Doc. 8963-62]
- *Deepwater Horizon* Claims Center, Appeal Panel Training, "General BEL" (Aug. 20, 2012)  [Rec. Doc. 8963-63]
- Memo from Class Counsel to Claims Administrator re Monthly Profit & Loss Documentation (Sept. 19, 2012)   [Rec. Doc. 8963-64]
- Claims Administrator's Announcement of Policy Decisions Regarding Claims Administration (Sept. 25, 2012)   [Rec. Doc. 8963-65]
- Mike Juneau E-Mail to the Parties re Input on Alternate Causation (Sept. 25, 2012)  [Rec. Doc. 8963-66]
- Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Issues Raised by Class Counsel or Settlement Program)  [Rec. Doc. 8963-67]
- Holstein Letter to Claims Administrator (Sept. 28, 2012) (re: Sept. 25th Policy Announcements)  [Rec. Doc. 8963-68]
- Memo from Class Counsel to Claims Administrator re Sept. 25th Policy Announcements (Sept. 28, 2012)  [Rec. Doc. 8963-69]

- Claims Administrator's Review and Clarification re Monthly P&Ls (Oct. 8, 2012) [Rec. Doc. 8963-70]
- Claims Administrator's Announcement of Policy Decision re Alternative Causation (Oct. 10, 2012)    [Rec. Doc. 8963-71]
- Excerpts from Final Approval Hearing Transcript [Rec. Doc. 8963-72]
- Joint Proposed Findings of Fact and Conclusions of Law in Support of Final Approval [Doc 7945], p.39. [Rec. Doc. 8963-73]
- E-Mail from Dan Cantor to Mike Juneau re: "Accountant Questions" (Dec. 11, 2012) [Rec. Doc. 8963-74]
- E-Mail from Judge Barbier re "Meeting Today re Non-Profits and SIP" (Dec. 12, 2012) [Rec. Doc. 8963-75]
- Claims Administrator's Announcement of Policy Decisions (Jan. 15, 2013) [Rec. Doc. 8963-76]
- Declaration of Allen Carroll (Jan. 16, 2013)  [Rec. Doc. 8963-77]
    Ex. A – Recognition of Revenue and Gains, under FASB Statement No. 5
    Ex. B – Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition
- Affidavit of Harold Asher (Jan. 15, 2013)  [Rec. Doc. 8963-78]
- Declaration of Rick Stutes (Jan. 17, 2013)   [Rec. Doc. 8963-79]
- Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)  [Rec. Doc. 8963-80]
- Kein, Weygandt & Warfield, "Recognition and Measurement Concepts" Intermediate Accounting (13th ed.), pp.39-51.  [Rec. Doc. 8963-81]
- What BP's Experts Want:  Summary of Declarations Submitted by BP in Support of BP's February 3, 2013 Motion for Reconsideration  [Rec. Doc. 8963-82]
- E-Mail to Class Counsel from Mary Beth Mantiply (Feb. 16, 2013)  [Rec. Doc. 8963-83]
- Declaration of Robert Wallace ("Wally") (Feb. 18, 2013) [Rec. Doc. 8963-84]
- Declaration of George Panzeca (Feb. 18, 2013) [Rec. Doc. 8963-85]
- Declaration of John Tomlinson (Feb. 18, 2013)  [Rec. Doc. 8963-86]
    - Test Case No. 13
    - Test Case No. 20
    - Test Case No. 71
    - Test Case No. 72
- Supplemental Declaration of Allen Carroll (Feb. 18, 2013)  [Rec. Doc. 8963-87]

Doc. 8963-87    **Allen Carroll Supplemental Declaration (Feb. 18, 2013)**
Addressing Fallacies in BP's "Matching" Proposals, Particularly re Re-Allocation of Revenues

Doc. 8963-80    **Declaration of Dr. Mark Kohlbeck, CPA (Feb. 18, 2013)**
(contributing author of Kein Weygandt accounting textbook referenced by BP)
Addressing revenue recognition principles under GAAP.

Doc. 8963-85    **George Panzeca Declaration (Feb. 18, 2013)**
Addressing the general available methods of accounting; the methods of accounting most commonly used by businesses within the class; the understanding of CPAs throughout the class geography as to how Exhibit 4C was to be interpreted and applied; various fallacies in and problems with the BP approach.

Doc. 8963-26    **Class *In Camera* Submission on Monthly Costs and Revenue (Jan. 23, 2013)**

Ex. ZZJ    **Class Response to Request for Input re Settlement Interpretation  (Jan. 19, 2013)**
    Captain Income Claims by Owners/Operators
    Primary Seafood Processors – RTPs
    Partial Year Step Two Compensation
    Customer Mix Test
    Revenues Related to Clean-Up Activties

Case 2:10-md-02179-CJB-DPC   Document 14910-1   Filed 07/18/15   Page 10 of 12

Ex. ZZK  **Class Response to January 11th Policy Announcements  (Jan. 19, 2013)**
   Introduction re Settlement Interpretation / Policies
   VoO – "Transitional" MVCAs
   State Sales and Use Tax Returns
   Non-Revenue Items
   Owner/Officer Exclusion
   Zone Classification for Florida Keys
   Various Seafood Issues

Doc. 8963-77  **Allen Carroll Declaration  (Jan. 16, 2013)**
- Recognition of Revenue and Gains, under FASB Statement No. 5
- Wilder and Dickinson, Accounting Rules for Contingent Fee Recognition

Doc. 8963-78  **Harold Asher Declaration (Jan. 15, 2013)**
Addressing the understanding of accountants and classmembers regarding the BEL Framework and how it would be applied;  inconsistencies between the BP approach and that understanding; incompatibility between the BP approach and accepted accounting methodologies; and the impractical and unworkable nature of the BP approach.

Ex. ZZL  **Request for Input re Settlement Interpretation (Jan. 11, 2013)**
   Captain Income Claims by Owners/Operators
   Primary Seafood Processors – RTPs
   Partial Year Step Two Compensation
   Customer Mix Test
   Revenues Related to Clean-Up Activties

Ex. ZZM  **Policy Announcements  (Jan. 11, 2013)**
   Introduction re Settlement Interpretation / Policies
   VoO – "Transitional" MVCAs
   State Sales and Use Tax Returns
   Non-Revenue Items
   Owner/Officer Exclusion
   Zone Classification for Florida Keys
   IEL – Substitute for SWS-12
   Various Seafood Issues

Doc. 8963-48  **Class Request for Formal Policy Statement: Monthly Revenue  (Dec. 16, 2012)**

Ex. ZZN  **Memo to Claims Administrator re Total Revenues  (Dec. 16, 2012)**

Ex. ZZO  **Memo to Claims Administrator re Subsistence: Impairment  (Dec. 16, 2012)**

Ex. ZZP  **Class Supplemental Memo to Court re Non-Profits / Grants  (Dec. 4, 2012)**

Ex. ZZQ  **Class Submission to Court re Non-Profits / Grants  (Dec. 3, 2012)**

Ex. ZZR  **Memo to Claims Administrator re VoO – "Transitional" MVCAs (Dec. 3, 2012)**

Ex. ZZS  **Memo to Claims Administrator re Subsistence  (Nov. 26, 2012)**

| | |
|---|---|
| Ex. ZZT | **Memo to Claims Administrator re Treatment of Specified Gulf Waters (Oct. 31, 2012)** |
| Ex. ZZU | **Class Submission to Claims Administrator re Non-Profits / Grants (Oct. 25, 2012)**<br>● IRS Form 990<br>● Declaration of Rick Stutes, CPA, CVA/ABV, APA (Oct. 24, 2012) |
| Ex. ZZV | **Memo to Claims Administrator re Subsistence  (Oct. 17, 2012)** |
| Ex. ZZW | **Memo to Claims Administrator re Policy Issues (Oct. 11, 2012)**<br>Treatment of Potential "Moratoria" Losses<br>Definition of "Tourism" Under Exhibit 2<br>Scope of the GCCF Release Exclusion<br>Seafood Program Issues |
| Ex. ZZX | **Claims Administrator Request for Input on Policy Issues (Oct. 9, 2012)**<br>Treatment of Potential "Moratoria" Losses<br>Definition of "Tourism" Under Exhibit 2<br>Scope of the GCCF Release Exclusion<br>Seafood Program Issues<br>Removal of Specific Dollar Amount from Release |
| Doc. 8963-70 | **Clarification of Policy Decisions  (Oct. 8, 2012)**<br>"Alternate Source Documents" for Revenues and Expenses<br>    (a) Monthly Allocations of Revenues/Expenses<br>    (b) Monthly Allocations of Owner and Officer Payroll<br>    (c) Restatement of Profit & Loss Statements<br>Exclusion of Seafood Benchmark Years<br>Reliance Upon Available Data for Seafood Program Claims<br>Real Estate Developer Exclusion |
| Ex. ZZY | **Memo to Claims Administrator re BEL Owners or Officers who are also Employees   (Oct. 2, 2012)**<br>Owner-Officer Exclusion<br>GCCF Release |
| Doc. 8963-68 | **Letter from BP Counsel to Claims Administrator re Monthly P&Ls (Sept. 28, 2012)** |
| Doc. 8963-67 | **Letter from BP Counsel to Claims Administrator re Alternative Causation (Sept. 28, 2012)** |
| Ex. ZZZ | **Class Memo re Sept. 25, 2012 Announcement of Policy Decisions (Sept. 28, 2012)**<br>Monthly Allocations of Revenues / Expenses<br>Restatement of Profit & Loss Statements<br>2012 Tax Returns<br>Prior Spill-Related Payments<br>Retail and Lodging Information<br>Seafood Program Issues |
| Ex. ZZZA | **Memo to Claims Administrator re Causation  (Sept. 27, 2012)** |

Doc. 8963-66    **E-Mail from M. Juneau to Parties re Causation  (Sept. 25, 2012)**

Doc. 8963-65    **Announcement of Policy Decisions (Sept. 25, 2012)**
        "Alternate Source Documents" for Revenues and Expenses
           (a) Monthly Allocations of Revenues/Expenses
           (b) Monthly Allocations of Owner and Officer Payroll
           (c) Restatement of Profit & Loss Statements
        Reconciliation of Financial Information
        Start-Up Businesses and 2012 Tax Returns
        Retail and Lodging Information
        Sworn Statement on the Absence of Tax Information
        Specific Dollar Amount Removed from Individual Release
        Exclusion of Seafood Benchmark Years
        Reliance Upon Available Data for Seafood Program Claims
        Real Estate Developer Exclusion

Ex. ZZZB    **Memo to Claims Administrator re Monthly Profit & Loss Documentation (Sept. 19, 2012)**

Ex. ZZZC    **Memo to Claims Administrator re Wetlands Database  (Sept. 19, 2012)**

Ex. ZZZD    **Memo to Plaintiffs' Counsel re Documentation Provisions  (Sept. 18, 2012)**

Ex. ZZZE    **Memo to Claims Administrator re "Claimant-friendly" Provisions (Sept. 17, 2012)** (redacted)

Ex. ZZZF    **Memo to Claims Administrator re Documentation Provisions (Sept. 16, 2012)**

Ex. ZZZG    **Class Response to July 30 BrownGreer Memo re Policy Questions (Aug. 2, 2012)**
        Multi-Facility Offsets for Prior Payments
        Start-Up Businesses
        Zone Classification
        Documentation Requirements
        Churches without Tax Returns

Ex. ZZZH    **Class Counsel Response on Subsistence Issues  (July 31, 2012)**

Ex. ZZZI    **BrownGreer Memo re Policy Issues  (July 30, 2012)**
        Multi-Facility Offsets for Prior Payments
        Start-Up Businesses
        Zone Classification
        Documentation Requirements
        Churches without Tax Returns
        Subsistence Claims