UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

**CONSIDERING** Class Counsel's Motion for Leave to Supplement the Record:

**IT IS ORDERED** that Class Counsel's Motion be and is hereby granted, and that the Index and proposed Exhibits shall be filed into the Court Record.

**SIGNED** in New Orleans, Louisiana, this ___ day of July, 2015.

_____
**Hon. Carl J. Barbier**