| | |
|---|---|
| **From:** | noreply@one.dhecc.com |
| **To:** | Steve Herman |
| **Subject:** | Party Response |
| **Date:** | Saturday, May 30, 2015 11:52:32 AM |

This email is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.

A designated user for one of the Parties has responded to the following policy or procedure:

| ID | Claim Type / Review Process | Name | Current Status |
|---|---|---|---|
| Pol-356 | IEL,IPV/FV,Real Property Sales,Subsistence,BEL,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage,Seafood,AllClaims,All Economic Loss Claims,All Non-Economic Loss Claims,Seafood Second Distribution | All Claims: Assignment of Settlement Program Claims | Policy or Procedure Announced to Parties for Positions |

**Response from:** Herman, Steve
**Response:** Defer to Claims Administrator Decision
**Comments:** Section 4.4.7 of the Settlement Agreement evidences an expectation and intent that some individuals or entities would be pursuing Claims via assignment. While Class Counsel do not specifically recall the discussions regarding the language that appears in Exhibit 21, (whose purpose was and is to memorialize the assignment of rights and interests to the Class by and from BP), it was and remains Class Counsel's understanding and belief that the primary, if not exclusive, intent and effect of Exhibit 21 Section 1.1.2.1 was to prevent the re-assignment of Assigned Claims, (particularly as such assignment was made "to the Economic Class, only as a juridical entity and not to Economic Class Members individually" (Exhibit 21, Section 1.1.3)).

To review the policy or procedure, go to https://www2.deepwaterhorizoneconomicsettlement.com and enter your Login ID and Password and click the Login button to access the site. Select the Policy Keeper application and the policy or procedure will be in the **Requested Input from Parties or Policies/Procedures Announced to Parties for Positions** for your review. If you have any questions, contact the Policy Keeper Coordinator, Matthew Hazzard, at (804)521-7256 or mhazzard@browngreer.com.

Thank you,

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.