

| | | | | | |
|---|---|---|---|---|---|
| **GRANTING OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE** ||||||
| **I. CLAIMANT AND CLAIM INFORMATION** ||||||
| **Claimant Name** | Business/ Last Name | | First | | Middle |
| **Claimant ID** | | **Claim ID** | | | |
| **Claim Type** | Business Economic Loss |||||
| **Law Firm** | |||||

**II. GRANTING OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT**

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court granted the Request.

The details of a Court Opinion, comment, and/or instructions associated with the granting of the Request, if any, are below.

**III. COURT OPINION, COMMENT, AND/OR INSTRUCTIONS**

Claimant is a condo owners association. At issue is the proper treatment of a special assessment relative to repairs/expenses following Hurricane Ivan, which took place in 2004. The assessment at issue was a special expense reimbursement assessment relative to remaining repairs/expenses that were not covered by claimant's insurance. The referenced repairs/expenses were incurred prior to 2007 and thus prior to any applicable benchmark period. This assessment was therefore properly excluded from revenue pursuant to the Claims Administrator's implementation of Policies 328 v.2 and 495. The Claims Administrator's determination is reinstated.

**III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP**

For questions about this Notice of Granting of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**