| | |
|---|---|
| **From:** | noreply@one.dhecc.com |
| **To:** | Steve Herman |
| **Subject:** | Party Response |
| **Date:** | Wednesday, October 01, 2014 6:56:16 PM |

This email is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.

A designated user for one of the Parties has responded to the following policy or procedure:

| ID | Claim Type / Review Process | Name | Current Status |
|---|---|---|---|
| Pol-510 | IEL,IPV/FV,Real Property Sales,Subsistence,BEL,VoO Charter Payment,Coastal,Wetlands,Vessel Physical Damage,Seafood,AllClaims,All Economic Loss Claims,All Non-Economic Loss Claims,Seafood Second Distribution | Claims with Results Determined to be Incorrect | Policy or Procedure Announced to Parties for Positions |

**Response from:** Herman, Steve
**Response:** Propose Modification
**Comments:** If, at any time, it is determined by the Program that an eligible Class Member should have been paid or should be paid an additional amount under the terms of the Settlement Agreement, the Claimant should be provided with that compensation, consistent with Sections 4.3.7, 4.3.8, 6.1, 6.1.1.1, Paragraph 18 of Exhibit 26, etc. If, in the absence of fraud, it is determined that the eligible Class Member was arguably paid "too much" under the terms of the Settlement Agreement, once the Determination has become final after all Settlement Program Appeals and/or Requests for Discretionary Review by the Court (if any) have been asserted and resolved and the payment has been made, then such payment should be deemed irrevocable, for the reasons set forth in Class Counsel's Opposition to BP's Motion for Restitution [Doc 13287] and the ruling and reasons provided by the Court on September 24, 2014. In the event that fraud is alleged, the Claimant should be provided with notice of the alleged fraud, and the bases therefore, and with an opportunity to supplement, amend, clarify, withdraw, refund, and/or explain, (see generally Sections 4.3.7, 4.3.8, 4.4.7, 4.4.9, 6.1, 6.1.1.1, 6.1.2.1.1, etc).

To review the policy or procedure, go to https://www2.deepwaterhorizoneconomicsettlement.com and enter your Login ID and Password and click the Login button to access the site. Select the Policy Keeper application and the policy or procedure will be in the **Requested Input from Parties or Policies/Procedures Announced to Parties for Positions** for your review. If you have any questions, contact the Policy Keeper Coordinator, Matthew Hazzard, at (804)521-7256 or mhazzard@browngreer.com.

Thank you,

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.