# MEMORANDUM

**To:** Appeal Panelists

**From:** Class Counsel

**Re:** Fixed vs. Variable Expenses:  Commissions Paid to Owners / Officers

**Date:** August 28, 2013

On August 13, 2013, Class Counsel were notified that the Appeal Panelists voted to take up the following issue *en banc* and requested that the Parties submit briefs on the following issue:

*Are commissions paid to owners and/or officers properly classified as fixed expenses or variable expenses?* [1]

### Owner and Officer Commissions Are a "Fixed" (Excluded) Expense Under the Settlement Agreement

Class Counsel believe the Settlement Agreement is clear that all **compensation** (regardless of whether it might be labeled a "commission" or a "bonus" or a "salary") that is paid to Owners and Officers is effectively deemed to be a "fixed" expense and excluded from the BEL Compensation calculation.

The applicable provision is found in Exhibit 4C, which provides that **all** Owner/Officer Compensation is excluded from the Payroll (and Compensation) calculation, regardless of the description of the compensation.

Although Exhibit 4D does list "commissions" as a "variable" expense, this categorization relates, **not** to Payroll, but to commissions that the Entity pays to **third parties**, (*e.g.* agents and brokers).

In the alternative, and at the very least, the "commissions" in 4D only relate to expenses that are **not** Owner/Officer Compensation, (*i.e.* commissions paid to other employees).  Indeed, it is specifically noted at the bottom of Exhibit 4D that any "Owner/Officer Compensation" is "excluded" – just as it had been under Exhibit 4C.

---

[1]*Note:  Competing arguments are (a) Exhibit 4C describes all owner/officer compensation in whatever form as fixed, thus commissions to owners/officers fall in that category; or (b) Exhibit 4D lists "Commissions" as a variable expense; thus, compensation in this form to all persons, whether owners/officers or not, fall in that category.*