# *IN CAMERA* SUBMISSION

**To:** Honorable Carl J. Barbier

**From:** Class Counsel

**Matter:** <u>In re: *Deepwater Horizon*</u>
 MDL No. 2179

**Subject:** Treatment of Contributions and Grants as Revenue

**Date:** December 4, 2012

---

Class Counsel respectfully submit this memorandum in response to an argument that was not, to the best of our recollection, previously raised by BP before the Claims Administrator.

Specifically, BP, in its December 4, 2012 *in camera* submission, now takes the position that Entities, as defined under the Settlement Agreement, are only Class Members if they either "sold products" or operated a "service business" under Sections 1.2.1 or 1.2.2.

Initially, it is significant to note that a "service business" and a "non-profit business" are in no way mutually exclusive. A non-profit, such as a church, or a museum, or a clinic, is in the *business* of providing *services* to the community, albeit on a not-for-profit basis. These non-profit service businesses are included within the Class Definition, so long as they had full-time employees providing such services in the Gulf Coast Area during the relevant time period.

Moreover, BP is incorrect that the Class Definition is limited to entities that "sold products" or operated a "service business". The Class Definition also extends to some vessel owners and to entities that "owned or leased Real Property in the Gulf Coast Area at any time from April 20, 2010 to April 16, 2012." SETTLEMENT AGREEMENT, Section 1.2.4.

Finally, while BP's submission is largely devoted to an alleged distinction between "profit" and other types of income or revenue, the Class Definition describes entities making claims for "loss of *income,* earnings <u>*or*</u> profits." SETTLEMENT AGREEMENT, Section 1.3.1.2.

For these reasons, for the reasons stated by the Claims Administrator, and for the reasons stated in Class Counsel's *in camera* submission dated December 3, 2012, grant income and other contributions or donations should be treated as "revenue" under the Settlement Agreement.