# MEMORANDUM

**To:** Patrick A. Juneau, Esq.
   Claims Administrator

**From:** Class Counsel

**Matter:** <u>In re: Deepwater Horizon</u>
   MDL No. 2179

**Re:** VoO Charter Claims: "Transitional" MVCAs

**Date:** December 3, 2012

A "Transitional" Master Vessel Charter Agreement (MVCA) is a Vessels of Opportunity (VoO) Charter Agreement within the meaning of the Settlement Agreement. The "Transitional" program was part of the overall VoO Program to assist BP and Incident Command with the clean-up and response effort. Nowhere does the Settlement Agreement, the Class Notice, or the official FAQs indicate – nor did BP at any time suggest during negotiations – that "Transitional" MVCAs were not, or were to be excluded from, the general standard Master Vessel Charter Agreements, which, although standard form contracts, evolved over time. The "Transitional" MVCA itself directs the Charterer to communicate thru "VoO Logistics". And documents produced by BP in discovery further evidence the fact that the "Transition" phase was simply one phase of the overall Vessel of Opportunity response program.

**I.    TRANSITIONAL MASTER VESSEL CHARTER AGREEMENTS MEET THE SETTLEMENT AGREEMENT'S DEFINITION OF A VoO MVCA.**

The Settlement Agreement defines a VoO Master Vessel Agreement as the standard agreement utilized by BP and its agents or subcontractors to charter the vessels available for

1

work or service in connection with the VoO Program (Section 38.162).  VoO is further defined in the Settlement Agreement as the program through which BP, or its contractors, contracted with vessel owners to assist in the *Deepwater Horizon* Incident response efforts (Section 38.156).

Transitional MVCAs state, in pertinent part, that:

> During each CHARTER TERM, the VESSEL shall be utilized exclusively in the carriage of CHARTER's employees, business invitees, equipment and provisions and **in the performance of various tasks associated with oil spill response and containment efforts** as directed by CHARTERER.

(*See* Transitional MCVA, Article 2(A) (emphasis added).

Since the VoO Program is defined as the program through which vessel owners assist in the *Deepwater Horizon* oil spill response efforts, and the Transitional MVCA is a standard agreement utilized by BP in connection with the *Deepwater Horizon* oil spill response efforts, the very language of Transitional MVCAs establishes that an executed Transitional MVCA is entitled to a VoO Charter Payment under the terms of the Settlement Agreement.  They are contracts between the **same parties** (*i.e.* vessel owners) for the **same work** (*i.e.* response work associated with the *Deepwater Horizon* Oil Spill).

## II. THE TRANSITIONAL MVCA DIRECTS THE VESSEL OWNER TO CORRESPOND WITH THE VoO PROGRAM LOGISTICS COORDINATOR

Transitional MVCAs contain language which demonstrates that the work performed under the contracts are a part of the VoO Program. Specifically, the contracts direct as follows:

> All notices and communications from VESSEL OWNER to CHARTERER and from CHARTERER to VESSEL OWNER shall be addressed as follows:
> CHARTERER:
> Bp Exploration & Production, Inc.
> **Attn: VoO Logistics**

>   [Name, Number, and Address of VoO Logistics Personnel]
>   (to be completed by **VoO Logistics)**

(*See* Transitional MVCA, Article 18) (emphasis added). Since the Vessel Owner is directed to communicate through "VoO Logistics" in order to contact the Charterer, it would seem that the vessel owner is operating within the Vessels of Opportunity Program.

### III.   BP DOCUMENTS SHOW THAT TRANSITIONAL MASTER VESSEL CHARTER AGREEMENTS ARE A PHASE OF THE VOO PROGRAM.

Further evidence that the "Transition" Program is part of the Vessel of Opportunity Program and that the Transitional MVCAs is a "VoO MVCA" includes the following:

- **BP "Vessels of Opportunity Deactivation Plan"** (Exhibit "A")

  This August 2010 document describes BP's plans to decontaminate a large number of VoOs in order to transition from the most active VoO time period to one more focused on nearshore cleanup. The document opens, "The Vessel of Opportunity (VOO) program **has been and remains an important component of the MC252 incident response operation**" (emphasis added). The document states that, although the program is in "transition," the official VoO policies continue to govern active VoOs. The final page of the document sets forth a series of "Transition Plan Levels" within what is seemingly a single VoO program. This implies that although there were several "transitions" within the program, BP nonetheless operated a single overall Vessel of Opportunity Program.

- An **Alabama Gulf Response** web page from the BP Website, as of **August 17, 2011**, which indicates that there is but a single Vessels of Opportunity Program (Exhibit "B"). That page states that "Vessels of Opportunity (VOOs) are the backbone of the nation's

3

ocean-going response to the Deepwater Horizon oil spill." No past tense is used, and the article discusses VoOs being present to conduct continuing clean-up activities for "the long haul."

- A **BP Clean-Up Response "Lessons Learned"** document which describes a single, integrated VoO Program (Exhibit "C"). Indeed, the document envisions the ongoing and continuing nature of the VoO program: "The response effort has fully embedded and greatly benefitted from the implementation of the VOO program.... The VOO program offers strong potential as a part of a future response system."

These documents, and others like them, support the conclusion that there was but a single VoO program, though it had different phases that obviously emphasized different aspects of the spill response.

## Conclusion

Transitional MVCAs should not be precluded from a VoO Charter Payment under the terms of the Settlement Agreement. The Settlement Agreement provides that Working and Non-Working VoO Participants are entitled to compensation, based on their boat size, where there has been an executed MVCA (Sections 5.5.2, 5.5.3). The Program is required to evaluate and process the documentation submitted to produce the **greatest** compensation amount that is allowed under the terms of the Settlement Agreement (Section 4.3.8). Neither the Settlement Agreement, the Class Notice, the official FAQs, nor anything else communicated to the Class

4

would have placed them on notice that Transitional VoO MVCAs were not going to be compensated as VoO MVCAs.

## Vessels of Opportunity Deactivation Plan

The Vessel of Opportunity (VOO) program has been and remains an important component of the MC252 incident response operation. VOOs have been deployed for skimming, in-situ burning, boom management and transportation of personnel and wildlife. As the response emphasis shifts from on-water recovery to shoreline clean-up, the role of the VOOs will change to primarily focus on boom recovery and management and the operational demand for VOOs will diminish. As this transition occurs, we will maintain a bias towards using local VOOs over contracted vessels from outside the affected area, i.e., Oil Spill Response Organizations (OSROs).

The "BP Vessels of Opportunity (VOO) Program Official Policy" that was agreed on July 1st 2010 by Unified Command remains the governance document for the program. As indicated above the operational requirements have changed and hence the activities and demand for VOOs will change to meet this demand.

Forecast VOO Demand Key Messages
- Actual usage will be based on the operational requirements as approved by UAC after being submitted by the Branch and/or Incident Command Post level. Operational requirements will be determined by the current on water and shoreline situation as outlined in the UAC Transition Plan.
- Boom management and removal activities will account for circa 80% of the VOO activity for the rest of the response. As boom is recovered the number of VOOs will naturally decline.
- We will continue to use the vessel rotation principles outlined in the policy to spread the available work as fairly as possible

**VOO Deactivation & Notification**
Beginning the week of August 15 deactivation notifications to vessel owner/operators will be made to those no longer needed to support the response operations. The first notification will be made to all recreational vessel owners currently in the database. This is done to ensure that commercial fishing vessels and charter boat captains have the priority for work assignments in the rotations as we move forward.

On-hire vessels being deactivated will receive first notification verbally by the local VOO coordinator or designated point person in each Branch. A script is being developed to guide the notification to include information on vessel inspection, decontamination and demobilization, return of equipment, submission of final invoices, and information regarding access to the claims process for loss of income. Questions regarding vessel damage claims will be addressed on a case by case basis and per the Vessel Damage Claim Policy.

Ex. "A"

Verbal notifications will be followed by letters formalizing the notice of deactivation and the termination of the Master Vessel Charter Agreements. The letters are tailored to those that have signed up for the program but have never been activated, and those that have been "on hire" at some point in the program, but are no longer needed to meet operational requirements.

Prior to VOO notification being made, local elected officials will be provided notice verbally through the local Branch liaisons with a formal letter to follow. Additionally, over the past several weeks the UAC has been working closely with the state and local officials to communicate and get endorsement of the Transition Plan. Although VOOs are not specifically addressed in the plan, the scaling of operations to match the operational conditions is clear. To date, Florida, Alabama, and Mississippi have formally signed off on the Plan. The USCG is working closely with Louisiana state and local officials to get alignment and sign off as soon as possible.

All Branches will continue regular communications with all VOOs, including those not currently "on-hire" or activated, for as long as they remain on contract. Early and clear communication shall be made regarding projected release or call up dates for each vessel starting with notification of the local elected officials.

Attachments:

1. UAC VOO Policy
2. Draft Vessel Damage Policy
3. Approved VOO Deactivation Letters
4. Approved Local Elected Official Notification Letter
5. UAC Transition Plan Triggers and Conditions

    

Vessels of OpportunityPolicy V1   VoO Claims General Policy_conf...   VoO erer_Non-renewal_l   VoO erer_Non-renewal_l   VoO Letter to Parish Officials...

CONFIDENTIAL

BP-HZN-2179MDL02513798



UAC Transition Plan Levels

| Level | I<br>All Zone Response | II<br>Nearshore and Shoreline Assessment and Cleanup | III<br>Detailed Cleanup to Achieve Completion | IV Maintenance and Monitoring Status | V<br>Long-term Monitoring | VI<br>End State : Long-term Monitoring and Restoration Status |
|---|---|---|---|---|---|---|
| Status / Condition | Static kill completed<br>Recoverable oil offshore<br>Nearshore & shoreline impacted | No recoverable offshore oil (> 3 miles) | No recoverable oil on water; intermittent oiling; no substantial shoreline re-oiling | Clean-up methods fully implemented. Re-evaluation of habitat-based STRs. Episodic impacts may occur | Emergency restoration complete. No known oil threats present. | Restoration complete; episodic impacts continue |
| Activities | SCAT shoreline assessments<br>Deploy offshore, nearshore & onshore as required<br>Continued aerial surveillance<br>Decon offshore/nearshore recovery vessels<br>Implement boom strategy to mitigate potential storm risks<br>Continue air and water sampling | SCAT shoreline assessments<br>Deploy offshore, nearshore & onshore as required<br>Redeploy offshore skimmers nearshore<br>Decon both offshore and nearshore vessels<br>Continue nearshore recovery ops<br>Continue boom strategy; offshore decon | Onshore recovery per op picture<br>Decon vessels<br>Complete boom strategy implementation<br>Sign-off shoreline segments where 2010 STR goals have been met<br>Emergency restoration conducted | Conduct monitoring; develop & implement STRs as determined thru SCAT<br>Deploy hot-shot teams to address episodic impacts | Conduct monitoring; signoff where complete; dev STRs for remaining | On-going monitoring; deploy hot-shot teams to address episodic impacts |

CONFIDENTIAL

BP-HZN-2179MDL02513799



## Alabama Gulf Response

Contact Us | RestoreTheGulf.gov | BP.com | Home

Search: [        ] [Go]

| VOO | Gulf Seafood | Tourism | Partners | Maintenance and Monitoring | Claims |

You are here: Home ▸ Alabama News ▸ Vessels of Opportunity

# Vessels of Opportunity
## Guardians of the Gulf



Vessels of Opportunity (VOOs) are the backbone of the nation's ocean-going response to the Deepwater Horizon oil spill. The majority of vessels in this fleet of privately owned water craft -- currently numbering more than 2,000 -- perform critical functions such as boom deployment and tending, skimming oil, gathering tar balls, assisting in the capture of oiled wildlife, delivering cargo and providing surveillance.

The VOO program is designed to provide cash flow to local fisherman and other boat operators whose earning capacity has been diminished or eliminated during the oil spill. Like most people living in the Gulf of Mexico region, they also want an opportunity to help protect their environment. Mark Howard, a VOO operator in Mississippi, has a 25-foot center console, open fisherman boat that he used to fish for Amberjack, Red Snapper and other species before the spill. "I'm a member of a conservation organization, and I probably would have done this for nothing, but it's nice to recover some of my income," he says.

Before boat owners are called to duty, they all must take safety training, and advanced spill response training is given to many vessel operators. Since early May, the Mobile, Alabama Incident Command Post for the Deepwater Horizon oil spill has expanded its VOO trainers from four to approximately 20, and more than 7,700 vessel operators are currently in training to meet the demand.

Getting the right resources to the right locations quickly is critical for the VOO program to be effective. Some VOOs are equipped with a Global Positioning System (GPS), and their locations are tracked in real time. When oil is spotted, the GPS capability assists in dispatching additional vessels if needed to help recover the oil.

While VOOs range from skiffs to commercial fishing boats, the program currently has a need for boats larger than 50 feet in length to tackle the bigger jobs off-shore. One VOO recently collected enough oil solids to make a large tar ball weighing more than one ton.

Mark Howard now runs a team of eight boats that patrol the waters of Mississippi. "We start each day with the 7 a.m. safety meeting and then head out," he says. "Yesterday we ran state line to state line looking for underwater oil."

When asked about the future, he says, "There's no doubt that we're making a difference. I'm here for the long haul."

For more information on the VOO fleet or information on how to volunteer a vessel, please visit: http://www.deepwaterhorizonresponse.com

## Follow Us

- Follow BP on Twitter
- BP America Facebook
- BP on YouTube
- BP on Flickr

## Resources

**Environment & Community** - To report oil on the beach, shoreline or other environment or community impacts, please contact the National Response Center at
**1-800-424-8802**   or
**202-267-2675**   or online at

Ex. "B"

Privacy Statement

Vessels of Opportunity

BP.com

www.nrc.uscg.mil

**Wildlife** -   866-557-1401

**Information and assistance** -
281-366-5511

Download Plug-Ins

© 2010 BP p.l.c.

## Vessels of Opportunity

Vessels of Opportunity (VOO) embodied the concept of collaboration as an instrumental part of spill response. The impact of the spill on communities, including many fishermen and other vessel owners, from Louisiana to Florida led to an unprecedented number of applicants and participants for the VOO program. In responding to this demand, the team learned that, when properly integrated into the command structure, VOO can serve not only as a community-engagement tool but also fulfill an impressive range of response operations.

**Prior Practice on VOO:** The VOO program has existed in concept for more than two decades. However, while a VOO equivalent was established in Alaska in the wake of the Exxon Valdez spill and continues in operation today as a preparedness measure, the Deepwater Horizon response drew on the unparalleled resources of Gulf Coast shipmasters and crew.





Supplemental multimedia available for this subject:
Response Video 4:
Vessels of Opportunity

38

Several of the 5,800 vessels employed in the Vessels of Opportunity (VOO) program. The VOO program capitalized on local mariners' knowledge of area shorelines and waters.

### CAPABILITY HIGHLIGHT

*In the VOO program, the foundations for a vetted, trained, and of committed shoreline and community responders fully integr effort through a replicable command structure*



Ex. "C"

**Response Team Actions on VOO:** The response effort has fully embedded and greatly benefited from the implementation of the VOO program:

- The establishment of a 5,800-vessel VOO fleet, providing employment to local mariners and empowering them to participate in the protection of their coastlines;

- The full integration of VOO into response teams, and the expansion of its scope beyond transport and logistics to booming, skimming, and even participation in controlled in-situ burning. The response team has frequently capitalized on vessel owners' knowledge of local shorelines and waters and their insight on the effect of currents on oil flow in sensitive coastal areas;

- Development of a systematic approach to selection, inspection, training, badging and equipping to meet Occupational Safety and Health Administration (OSHA) and other regulatory requirements; and

- The organization of fleets into task forces with specific accountabilities within a command and control structure. A VOO fleet requires rigorous tasking within the incident command structure.

**Resulting Capabilities:** The VOO program offers strong potential as a part of a future response system:

- A proven capability to rapidly deploy a vetted and trained fleet of near-shore responders with a deep knowledge base and passion for protecting their shorelines and communities;

- A structured program and protocols for on-boarding and tasking, including recruitment, vetting, sorting by use, badging, training and observation of regulatory requirements;

- A model for integration and a replicable command structure; and

- The opportunity to "do the right thing" by involving a vital element of shoreline communities and providing employment for individuals and families in the affected areas.

39



Vessel of Opportunity (VOO) operators. The VOO program demonstrates the capability to rapidly deploy a vetted and trained fleet of near-shore responders.