# MEMO

To:     Patrick A. Juneau, Esq.
        Claims Administrator

From:   Class Counsel

Date:   November 26, 2012

Re:     Subsistence

First, we appreciate the extensive commitment the Claims Administrator and the CADA have made to develop a Subsistence Model specific to the Gulf Coast Region. We find the work of Dr. Katzmarzyk to be impressive and certainly a substantial improvement over the original proposal. At the same time, we would like to bring to the Administrator's attention to three issues:

1) Dr. Katzmarzyk's approach generally focuses on consumption of the product. While this may be an appropriate model for CADA to use, it should not exclude the additional compensation that would be due to a Subsistence Claimant who does provide adequate evidence that they had a Subsistence Use claim in addition to consumption. As the Settlement Agreement provides, a Subsistence Claimant is entitled to be compensated for both. If adequate proof is made, the Program should not ignore the additional valuation for the non-edible portion of the natural resource that is used for shelter, tools, or clothing needs.

2) Dr. Katzmarzyk's approach is based on a daily consumable retail product value. Again, many, but maybe not all, Subsistence Claimants will be able to establish by additional evidence that they take advantage of the seasons in the harvest of natural resources, but that they consume those resources throughout the year. A typical claim could establish that the plaintiff harvested 2,000 pounds of shrimp in a 90-day period, but the consumption rate may be 25% of their diet. Their claim is not limited to the time period of the closure, as that 2,000 pounds would have been stored and used throughout the year for the plaintiff's family. We would ask that the CADA be sensitive to adjustments in the formula when adequate evidence is submitted concerning the stockpiling or storage of the natural resource.

3) The last point we would make addresses the Sworn Written Statements. We would simply ask that the CADA be mindful that many of the Claimants filing Subsistence Claims will be *pro se,* and work with the Claimants in providing opportunity to discuss the proof they have and how it might fit in the Sworn Written Statements in lieu of being a rigid requirement.

Understanding the Administrator seeks to have as uniform and efficient a process as possible, we support the use of the Katzmarzyk model, but hope that the claims processors are sensitive to the issues set forth above.