# MEMORANDUM

**To:** Patrick A. Juneau, Esq.
      Claims Administrator

**From:** Class Counsel

**Matter:** <u>In re: Deepwater Horizon</u>
      MDL No. 2179

**Re:** Wetlands Database

**Date:** September 19, 2012

      The Settlement Agreement provides that the Claims Administrator shall maintain a Geographic Information System Database, which "is presumed to be the best available evidence."[1]

      The presumption may be rebutted, but <u>*only*</u> "as outlined in Sections E, F, G and H."[2]

      These provisions only allow for the <u>*addition*</u> of eligible Parcels (Sections E & F) and/or Owners (Section G) and/or re-classification from Compensation Category B to Compensation Category A (Section H).

      The Settlement Agreement does not expressly state, contemplate or otherwise imply that the Database, as provided to the Settlement Program, (and reflected in Exhibits 12B, 12C and 12D), would be altered or modified by the Settlement Program to *eliminate* either Parcels or Owners, or to re-classify parcels from Compensation Category A to Compensation Category B.

      To the extent that the Database (which appears to be synonymous with what is generically referred to as the "Mapping Tool" or "Mapping Software") has been altered or modified since the date of the Agreement to either eliminate Parcels or Owners or to re-classify parcels from Compensation Category A to Compensation Category B, Class Counsel respectfully request that the Database be restored to its original state.

---

[1] Exhibit 12A, Section I(D)(iii).
[2] Exhibit 12A, Section I(D)(iii).