# MEMORANDUM

**To:** Plaintiffs' Counsel

**From:** Class Counsel

**Matter:** <u>In re: Deepwater Horizon</u>
   MDL No. 2179

**Re:** Economic & Property Damage Settlement: Documentation Provisions

**Date:** September 18, 2012

   Please be advised that:

1. BP has agreed to *waive* any and all License "requirements" for Business Economic Loss and/or Individual Economic Loss Claimants.[1]

2. BP has agreed that Annual Profit & Loss Statements for a given year do not need to be submitted where the Claimant has submitted all twelve Monthly P&Ls for that year.

3. BP has agreed that where an Annual Profit & Loss Statement and eleven of the twelve Monthly P&Ls for a given year have been submitted, there is no need to submit the twelfth month's P&L.

4. BP has agreed that an attestation by an Individual Economic Loss Claimant will generally satisfy the Proof of Age provisions, subject to any question being raised by the Program in the processing of the claim.

5. BP has agreed that a Lexis/Nexis search of Social Security Numbers by the Program shall generally satisfy the Proof of Employability of an Individual Economic Loss Claimant, subject to any questions being raised by the Program in the processing of the claim.

6. BP has agreed that a Vessel Physical Damage Claimant may establish vessel ownership with (i) proof of Registration of the vessel, and (ii) a Sworn Written Statement (to be developed by the Program) attesting to the ownership of the vessel, where the Claimant has no formal Title.

---

[1] *Note* that Commercial Fishing and/or other applicable licenses may still be required for Claimants submitting claims to the Seafood Compensation Program (and/or under other non-BEL / -IEL Frameworks).