UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** Class Counsel's Motion for Leave to Supplement the Record:

**IT IS ORDERED** that Class Counsel's Motion be and is hereby granted, and that the Index and proposed Exhibits shall be filed into the Court Record.

New Orleans, Louisiana this 21st day of July, 2015.

_____
United States District Judge