IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: All Cases | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**JOINT MOTION FOR EXTENSION OF TIME FOR TRANSOCEAN TO PAY THE
AGGREGATE PAYMENT INTO THE SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the SA, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request that the Court grant this joint motion for an extension of time until August 17, 2015, for Transocean to pay the Aggregate Payment into the Settlement Fund, for the reasons stated in the accompanying memorandum.

1

| | |
|---|---|
| July 22, 2015 | Respectfully Submitted, |
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman | James Parkerson Roy |
| La. Bar No. 23129 | La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 56 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Facsimile: (504) 569-6024 | Facsimile: (337) 233-2796 |
| **Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class** | **Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class** |

and

| | |
|---|---|
| s/ Brad D. Brian | s/ Steven L. Roberts |
| Brad D. Brian | Steven L. Roberts |
| Daniel B. Levin | SUTHERLAND ASBILL & BRENNAN LLP |
| MUNGER TOLLES & OLSON LLP | 1001 Fannin Street, Suite 3700 |
| 355 So. Grand Avenue, 35th Floor | Houston, Texas 77002 |
| Los Angeles, CA 90071 | Tel: (713) 470-6100 |
| Tel: (213) 683-9100 | Fax: (713) 354-1301 |
| Fax: (213) 683-5180 | Email: steven.roberts@sutherland.com, |
| Email: brad.brian@mto.com | |
| daniel.levin@mto.com | |
| | s/ Kerry J. Miller |
| | Kerry J. Miller |
| | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC |
| | 201 St. Charles Avenue, Suite 3600 |
| | New Orleans, LA 70170 |
| | Tel: (504) 566-8646 |
| | Fax: (504) 585-6946 |
| | Email: kjmiller@bakerdonelson.com |

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Extension of Time for Transocean to Pay the Aggregate Payment Into the Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 22nd day of July 2015.

/s/ Kerry J. Miller