IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: All Cases | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION
OF TIME FOR TRANSOCEAN TO PAY THE AGGREGATE PAYMENT
INTO THE SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the SA, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request that the Court grant their joint motion for an extension of time until August 17, 2015, for Transocean to pay the Aggregate Payment into the Settlement Fund.

As explained herein, the extension is necessary due to technical difficulties beyond the control of the Parties.

**I.      Timing of Transocean's Payment Obligation**

Section 9 of the SA requires Transocean to pay into the Settlement Fund the Aggregate Payment within 60 days of filing the SA with the Court:

> Transocean shall pay into the Settlement Fund the Aggregate Payment within 60 calendar days of the filing of this SA with the Court.  If the Settlement Fund is not

1

established within 60 days of the filing of this SA with the Court, Transocean shall pay the Aggregate Payment into the Settlement Fund within 7 days of the date on which the Settlement Fund is established.

(Rec. Doc. 14644-1, ¶ 9(a)(ii)).

The SA was filed with the Court on May 29, 2015. (Rec. Doc. 14644-1). The Settlement Fund was established on July 16, 2015. (Rec. Doc. 14906). Accordingly, Transocean is required to pay the Aggregate Payment into the Settlement Fund by July 28, 2015, 60 calendar days from the date of filing the SA.

## II. Technical Difficulties Beyond the Parties' Control Will Prevent Transocean From Paying By July 28, 2015

Although Transocean is prepared to pay the Aggregate Payment, the Escrow Agent has informed the Parties that it will be unable to open the Settlement Fund by July 28, 2015, thereby preventing Transocean from paying the Aggregate Payment into the Settlement Fund by that date. The Escrow Agent anticipates that the Settlement Fund will be open and available for funding on or before August 17, 2015.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter an order authorizing Transocean to pay the Aggregate Payment into the Settlement Fund on or before August 17, 2015.

| | |
|---|---|
| July 22, 2015 | Respectfully submitted, |
| /s/ Stephen J. Herman<br>Stephen J. Herman<br>La. Bar No. 23129<br>HERMAN HERMAN & KATZ LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Telephone: (504) 581-4892<br>Facsimile: (504) 569-6024<br><br>**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class** | /s/ James Parkerson Roy<br>James Parkerson Roy<br>La. Bar No. 11511<br>DOMENGEAUX WRIGHT ROY & EDWARDS LLC<br>56 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Facsimile: (337) 233-2796<br><br>**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class** |

and

| | |
|---|---|
| s/ Brad D. Brian<br>Brad D. Brian<br>Daniel B. Levin<br>MUNGER TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 683-9100<br>Fax: (213) 683-5180<br>Email: brad.brian@mto.com<br>           daniel.levin@mto.com | s/ Steven L. Roberts<br>Steven L. Roberts<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Tel: (713) 470-6100<br>Fax: (713) 354-1301<br>Email: steven.roberts@sutherland.com,<br><br>s/ Kerry J. Miller<br>Kerry J. Miller<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Tel: (504) 566-8646<br>Fax: (504) 585-6946<br>Email: kjmiller@bakerdonelson.com |

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Joint Motion for Extension of Time for Transocean to Pay the Aggregate Payment Into the Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 22nd day of July 2015.

                                                                           /s/ Kerry J. Miller