

| APPEAL PANEL DECISION FORM |||||
|---|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** |||||
| **Claimant Name** | Last/Name of Business | | First | Middle |
| **Claimant ID** | 100281620 | | **Claim ID** | 310594 |
| **Claim Type** | Business Economic Loss |||| 
| **Law Firm** | |||| 

## II. Decision

☐ **Denial Upheld**

☐ **Denial Overturned**

☒ **Remand to Claims Administrator**

## III. Primary Basis for Panelist Decision

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ Claim should have been excluded.

☐ Claim should have been denied.

☒ Claim should not have been excluded.

☐ Claim should not have been denied.

☐ No error.

**Comment** *(optional)*:

Claimant, a non-profit corporation in ▇▇▇ Florida, appeals the denial of its BEL claim as an excluded affiliate of a governmental entity. Claimant's stated purpose is to provide educational and community service and to work with local recreational organizations to enhance their programs. The Claims Administrator premised the denial of the claim on two factors: of the five members on claimant's board of directors, one is a current head of the ▇▇▇ Parks and Recreation Department and another is a retired, former member of that department; and claimant uses the city's address as its address of record and is allowed to use rent-free city facilities for its regular meetings. BP argues: "Claimant's location at the Recreation and Parks Department and common leadership with the department, combined with the lack of any employee costs, suggest that the department provided personnel to support claimant's operations." Claimant responds that it is a separate legal entity with no legal affiliation with ▇▇▇. It receives no funding from ▇▇▇ but is funded by private contributions. Claimant makes its own independent decisions governing its affairs and is not controlled in this regard in any way by ▇▇▇ There is no oversight supervision exercised by ▇▇▇ relative to claimant's



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

operations. Upon de novo review of this record this panelist concludes the sparse factors relied upon by the Claims Administrator are not sufficient to establish under Sections 2.2.5 and 38.77 of the Settlement Agreement that claimant was controlled to the extent of 51% or more by a governmental entity to be considered an affiliate thereof. See also panel decision rendered January 5,2015, in claim number 257326, affirmed by the U.S. District Court on March 13,2015. The decision of the Claims Administrator excluding this claim is vacated and set aside and remanded for further evaluation of this claim as a non-excluded claim consistent with the foregoing.