

| | | | |
|---|---|---|---|
| | **GRANTING OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE** | | |
| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Business/ Last Name | First | Middle |
| **Claimant ID** | | **Claim ID** | |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | | | |

## II. GRANTING OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court granted the Request.

The details of a Court Opinion, comment, and/or instructions associated with the granting of the Request, if any, are below.

## III. COURT OPINION, COMMENT, AND/OR INSTRUCTIONS

This claimant, a corporation, operates several gas stations, at least one of which sells BP-branded fuel. It has filed this claim for one of its stations which sells only _____ branded fuel. The Claims Administrator denied the claim, finding that Section 2.2.4.8 of the Settlement Agreement excludes "any Entity selling or marketing BP-branded fuel, ... ." The "entity" in this case is the cliamant which does sell BP-branded fuel, although not at the location for which it is making this claim. The analysis, however, must be made at the entity level - not on a location-by-location basis. The decision of the Claims Administrator was correct and the Appeal Panel's decision must be reversed.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Granting of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you a re a law firm or claims prepara tion company, call or email your desig nated DWH Contact for help or assistance. You may also visit a Claimant Assistan ce Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**