

# GRANTING OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

## I. CLAIMANT AND CLAIM INFORMATION

| | Business/ Last Name | First | Middle |
|---|---|---|---|
| **Claimant Name** | | | |
| **Claimant ID** | | **Claim ID** | |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | | | |

## II. GRANTING OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court granted the Request.

The details of a Court Opinion, comment, and/or instructions associated with the granting of the Request, if any, are below.

## III. COURT OPINION, COMMENT, AND/OR INSTRUCTIONS

Review Granted.  As pointed out by Claimant, it is a non-profit which assists needy people through volunteer labor to build or repair their homes.  The homes that were constructed in 2010 were built on land the Claimant did not own; it was owned by Country of Moroe, FL.  The Claimant's activities consisted of building a multi-unit building to house up to five families.  In this instance, the work should more properly be classified as a "construction contractor or builder" as defined in Policy 468 II.F.2.  The Administrator is directed to process the claim using that classification.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Granting of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance.  You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**