**POSITION OF CLASS COUNSEL**

**Introduction**

There was never a discussion to exclude grant funding or other donations from the financial statements of any Class Member.  There was never any discussion and there is nothing in the Settlement Agreement that excludes donations or grant funding from the financial statements any Class Member or from their revenue calculations. At no time during the settlement negotiations were these sources of funding, which by necessity are the principle source of revenue for most not-for-profit organizations (NPO's), excluded from their compensation calculations. Nothing in the formal Notice to the Class, the presentation to the Court, or the Settlement Agreement itself provides for excluding these items from Class Members' revenue and/or profit and loss statements.  Lastly, there is no order of the Court excluding grants or donations from revenue.

The inclusion of NPO's  was an intentional and express decision made by the parties.[1] The revenue of an NPO is generally derived from grants and other contributions, from the community.  When the economy of the community is depressed due to an oil spill, those grants and other contributions (both public and private) tend to dry up.  It would make no sense - and in fact was never suggested by BP during negotiations - to include NPO's  in the general BEL framework without taking into account their primary sources of revenue. Similarly, there is no basis for excluding donations and grants as revenues for for-profit claimants. Therefore, the question posed has to be answered: Yes; grants and donations, whether public or private, should be treated as revenue for purposes of the Settlement Program.

Additionally, while the Settlement does not mandate usage of generally accepted accounting principles (GAAP), (and indeed, in some instances, intentionally departs from

---

[1] See FAQ 25 located at https://cert.gardencitygroup.com/dwh/fs/faq?.delloginType=faqs

GAAP), in this instance, where the Settlement Agreement is silent, the Plaintiffs' interpretation is supported by both GAAP and accounting standards.

Grants and donations are revenue for the entity when the transactions are part of the businesses ongoing major, central, or ordinary activities. As defined by PricewaterhouseCoopers, <u>revenue</u> is "the gross inflow of economic benefits during the period arising in the course of the ordinary activities of an entity when those inflows result in an increase in equity, other than increases relating to contributions from equity participants."[2]  Grants are included by the AICPA as revenue.[3] The Financial Accounting Standards Board (whose standards are officially recognized as authoritative by the Securities and Exchange Commission) recognizes them as revenue.[4] The tax return form for NPO's includes contributions and <u>grants explicitly as the first line of revenue</u> and explicitly includes it as a part of total revenue as seen below.[5]

| | | |
|---|---|---|
| **Revenue** | **8** | Contributions and grants (Part VIII, line 1h) .  .  .  .  .  .  .  .  .  .  . |
| | **9** | Program service revenue (Part VIII, line 2g) |
| | **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d)  .  .  . |
| | **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e)  .  .  . |
| | **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) |

There is simply no support under generally accepted accounting principles or accounting standards for the proposition that grants are not revenue.

---

[2] PWC presentation to AGIG, *Revenue Recognition under IFRS*, November 8, 2005.
[3] *Auditing  & Accounting Guide Not-For-Profit Entities* prepared by the AICPA in 2012, the AICPA included grants as a "revenue transaction."
[4] FASB Topic 958, 958-605-55-2; see http://www.fasb.org/jsp/FASB/Page/SectionPage&cid=1176154526495, "*Since 1973, the Financial Accounting Standards Board (FASB) has been the designated organization in the private sector for establishing standards of financial accounting that govern the preparation of financial reports by nongovernmental entities. Those standards are officially recognized as authoritative by the Securities and Exchange Commission (SEC) (Financial Reporting Release No. 1, Section 101, and reaffirmed in its April 2003 Policy Statement) and the American Institute of Certified Public Accountants (Rule 203, Rules of Professional Conduct, as amended May 1973 and May 1979).*"
[5] Exhibit No. 1, IRS Form 990.

## THE SETTLEMENT AGREEMENT

The Settlement Agreement does not define "revenue" or make any reference to the treatment of public or private grant moneys in the causation or compensation calculations. With regard to business economic loss claims, the Agreement (in Exhibits 4A, 4B and 4C) reference causation and compensation calculations in terms of "total <u>revenues</u>." The first step of calculating "Variable Profit," the cornerstone of the compensation calculations found in Exhibit 4C, is to "[s]um the monthly <u>revenue</u> over the period." The only reference in the Settlement Agreement to exclusion of any amounts from "total revenues" or "revenue" is found in Exhibits 4C[6] and 7[7] where VoO payments are specifically noted to be excluded from the calculations. Similarly, if public or private grant monies were intended to be excluded from the causation and compensation calculations, these items would have been expressly detailed in the Agreement.

Section 38.65 of the Settlement Agreement provides for claims by not-for-profit entities:

> Entity shall mean an organization or entity, other than a GOVERNMENTAL ORGANIZATION, operating or having operated for profit ***or* not-for-profit**, including a partnership, a corporation, a limited liability company, an association, a joint stock company, a trust, a joint venture or an unincorporated association of any kind or description.

Additionally, in an FAQ updated on August 27, 2012, by agreement of the Parties, and posted on the Court-supervised website, NPO's are eligible to participate in the settlement.[8]

Since many, if not most, NPO's obtain most of their funding through grants or donations, these entities would effectively be excluded from the settlement if those amounts were not to be included in the settlement calculations. The lack of specific language excluding grants from

---

[6] For claimants that participated in the VoO program, Variable Profit in the Compensation Period will exclude revenue generated by or costs incurred in connection with VoO." Exhibit 4C at Bates 026297.

[7] "Further, for claimants that participated in the VoO program, Actual Profit/Loss will exclude revenue generated by or costs incurred in connection with VoO." Exhibit 7 at Bates 028669.

[8] See FAQ 25 located at https://cert.gardencitygroup.com/dwh/fs/faq?.delloginType=faqs

"revenues" is incompatible with a reading of the Settlement Agreement providing for claims by NPO's, especially since the Administration is mandated to maximize claimant recovery.[9]

The Settlement Agreement is over 1,100 pages long with its exhibits. Nowhere in that 1,100 pages is there discussion about any exclusion from revenue funds received by way of grants and donations, private or public, any more than the exclusion of a church's revenue received in the offering plate on Sunday morning or the revenue from cookie sales of the local Girl Scout troops, or the Coastal Boys and Girls Clubs funding received by way of grants. That is what those entities "do;" their ordinary activity is get money from whatever source necessary.

Similarly, there is no exclusion from revenue of grants received by for-profit entities. The same accounting standards and principles apply, and if a seafood processor gets a grant every year in differing amounts to essentially subsidize his losses to overseas processors, that is an ordinary activity for that business: apply for and receive money to make up for the businesses losses year in and year out. It is all "revenue"!

## EXAMPLE

Class Counsel poses the following example of how incoming monies should be treated as "revenue" under the Settlement. A historic home is owned and managed by an NPO as a museum. In 2009, that NPO has five sources of income:

1. **Gift shop proceeds**

This is clearly revenue and undisputed as same by the parties.

2. **Donations by individuals and businesses**

Not within the scope of the question posed, but nonetheless still revenue for the reasons maintained herein.

---

[9] Settlement (See Sections 4.3.7 and 4.3.8).

### 3. A grant from the federal government or another NPO to help cover operating expenses and maintenance, paid to the NPO, with no conditions or specifications.

These revenues are necessary for the survival of the NPO, fulfilling both the major and central functions of the NPO, especially if the NPO received grants as a major source of annual revenue, albeit in various amounts and various sources per year.  Grants can be a contribution, an exchange transaction, or both.[10]  Generally, however, they are a type of contribution.[11]  A grant is a contribution "if the resource providers receive no value in exchange for the assets transferred or if the value received by the resource providers is incidental to the potential public benefit from using the assets transferred."[12]  Contributions have also been defined as "an unconditional transfer of cash or other assets to an entity or a settlement or cancellation of its liabilities in a voluntary nonreciprocal transfer by another entity acting other than as an owner."[13]  In this instance, the grant is not predicated on any value being exchanged to the federal government and is therefore a contribution. There is no condition placed upon the NPO's use of the money. Under the standards governing contributions, this grant is revenue.[14]  On the federal tax returns used by NPO's, they report that income on the Statement of Revenue (which must match the Total Revenue line item seen in the other portion of the return above) on line e under Part VII as shown below:[15]

---

[10] FASB Topic 958, 958-605-55-2; *Auditing  & Accounting Guide Not-For-Profit Entities* prepared by the AICPA in 2012, p132.; FAS 116, Footnote 3.
[11] Exhibit 2 ,Declaration of Rick Stutes, CPA, CVA/ABV, APA.
[12] FASB Topic 958, 958-605-55-4.
[13] FASB Accounting Standards Codification Glossary.
[14] FASB Topic 958, 958-605-55-2**.**  Except as provided in paragraphs 958-605-25-16 through 25-18, contributions received shall be recognized as revenues or gains in the period received and as assets, decreases of liabilities, or expenses depending on the form of the benefits received. The classification of contributions received as revenues or gains depends on whether the transactions are part of the NPO's ongoing major or central activities (revenues), or are peripheral or incidental to the NPO (gains). A contribution made and a corresponding contribution received generally are recognized by both the donor and the donee at the same time, that is, upon occurrence of the underlying event—the nonreciprocal transfer of an economic benefit.
[15] Exhibit 1, IRS Form 990.

| Part VIII | Statement of Revenue | | |
|---|---|---|---|
| Contributions, Gifts, Grants and Other Similar Amounts | **1a** Federated campaigns . . . | **1a** | |
| | **b** Membership dues . . . . | **1b** | |
| | **c** Fundraising events . . . . | **1c** | |
| | **d** Related organizations . . . | **1d** | |
| | **e** Government grants (contributions) | **1e** | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | |
| | **g** Noncash contributions included in lines 1a-1f: $ ------------ | | |
| | **h** Total. Add lines 1a–1f . . . . . . . ▶ | | |

Additionally, the accounting standard governing contributions explicitly applies to all entities that receive contributions, not just NPO's. [16] "Grants are not frequently part of a for-profit entity's revenue, however, if a Grant occurs, the treatment of the Grant is reported as revenue…"[17]  _Hence, grants as contributions are  revenue for for-profit's as well as non-profits._


4. **A grant from the government to construct a new building for which the NPO must meet certain conditions.**

This grant is predicated upon the NPO fulfilling certain conditions. The American Institute of CPAs (AICPA) recognizes that government grants are not defined under U.S. generally accepted accounting principles (U.S. GAAP).[18]  However, under the International Financial Reporting Standard for Small and Medium-Sized Entities (IFRS for SMEs) a government grant is defined as "assistance by government in the form of a transfer of resources to an entity in return for past or future compliance with specified conditions relating to the

---

[16] FASB Topic 958, 958-605-15-4.
[17] Exhibit 2,Declaration of Rick Stutes, CPA, CVA/ABV, APA, citing FASB 985-605-15-4.
[18] http://wiki.ifrs.com/Government-Grants.

operating activities of the entity."[19] <u>Those standards clearly state that government grants are</u> <u>income.</u>[20]

The purpose of the building is to allow NPO to bring in more visitors to see the historic home and ultimately to properly preserve the home, the function for which the NPO was started and continues doing and the major and central function of the NPO. This is "the operating activity of the entity;" seeking funding from donors, granting agencies, selling gifts, etc. and this grant is revenue. Additionally, looking back at the NPO's tax returns, included in the Statement of Revenue it clearly states "[g]overnment grants (contributions)" as well as "all other contributions, gifts, grants and similar amounts not included above."

### 5.  Entry fees charged to enter the home and take a tour.

These fees are generally termed "program service revenue" which is an exchange transaction. For the NPO, this is "revenue." It's the second line under "[c]ontributions and grants" on the first page of the tax form under "revenue."[21]  It's the second section under "[c]ontributions, gifts, grants and other similar amounts" in Part VIII, Statement of Revenue of IRS Form 990. [22]

---

[19] IFRS for SME 24.1.
[20] IFRS for SME 24.4.
[21] See graphic of "Revenue" included in memorandum and Exhibit 1, IRS Form 990.
[22] Exhibit 1, IRS Form 990.

In short, for NPO's, the income from selling gifts is treated the same as charging entry fees, receiving donations, and receiving grants, it is all revenue.

## WHEN SHOULD THE REVENUE BE RECORDED

There are various standards that speak to when a grant is recorded as revenue. Topic 958 of the FASB or Financial Accounting Standards Board's (the "*designated organization in the private sector for establishing standards of financial accounting*"[23]) is entitled "*Not-For-Profit Entities*" states that contributions are recorded at the time of receipt, no matter if restrictions are placed.

> **958-605-25-2**   Except as provided in paragraphs 958-605-25-16 through 25-18, contributions received shall be recognized as revenues or gains in the period received and as assets, decreases of liabilities, or expenses depending on the form of the benefits received.

> **958-605-25-3**   Donor-imposed restrictions place limits on the use of contributed resources and may affect an entity's performance and its ability to provide services. However, limitations on the use of donated resources do not change the fundamental nature of the contribution transaction or conclusions about when to recognize the underlying event.

---

[23] http://www.fasb.org/jsp/FASB/Page/SectionPage&cid=1176154526495

Additionally, this standard applies to for-profit entities as well. [24]

However, in Appendix B of the Statement of Financial Accounting Standards No. 116, the FASB came to the conclusion that conditions being placed on the contribution could change when the contribution was recorded.

> The Board concluded that if a transferor imposes a condition, a reasonable possibility exists that the condition will not occur and the transferred assets will be returned and, thus, should be accounted for as a refundable advance….[25]

> This Statement, however, makes that distinction and provides that when a restriction and a condition exist, the transfer be accounted for as a refundable advance <u>until the condition on which it depends is substantially met</u>….[26]

> The Board concluded that substantially meeting the condition is the underlying event resulting in a contribution to the promisee from the promisor and until that event occurs a contribution should not be recognized, regardless of whether the promisor has already transferred the assets or has promised to transfer the assets in the future….[27]

> The Board noted, however, that certain promises become unconditional in stages because they are dependent on several or a series of conditions— milestones— rather than on a single future and uncertain event and are recognized in increments as each of the conditions is met. Similarly, other promises are conditioned on promisees' incurring certain qualifying expenses (or costs). Those promises become unconditional and are recognized to the extent that the expenses are incurred. The accounting for that type of conditional promise results in recognition of assets and revenues as allowable costs are incurred, which resembles contractor accounting for government cost plus fixed fee arrangements where the contractor's right to partial payment becomes unconditional in advance of delivery of a finished product.[28]

The AICPA similarly notes that there is no one way in which grants must be recorded as revenue by the grantee. The IFRS for SMEs states that

> An entity shall recognise (sic) government grants as follows

---

[24] FASB Topic 958, 958-605-15-4.
[25]  FASB, Statement of Financial Accounting Standards No. 116, Appendix B, par. 61.
[26] FASB, Statement of Financial Accounting Standards No. 116, Appendix B, par. 63, emphasis added.
[27] FASB, Statement of Financial Accounting Standards No. 116, Appendix B, par. 79.
[28] FASB, Statement of Financial Accounting Standards No. 116, Appendix B, par. 80.

    a.  A grant that does not impose specified future performance conditions on the recipient is recognised (sic) in income when the grant proceeds are receivable.

    b.  A grant that imposes specified future performance conditions on the recipient is recognised (sic) in income only when the performance conditions are met.

    c.  Grants received before the revenue recognition criteria are satisfied are recognized (sic) as a liability.[29]

The AICPA in comparing that statement to US GAAP notes that US GAAP <u>does not define government grants</u>.[30] The AICPA goes on to say:

> Although business enterprises <u>are permitted</u> to follow the same approach as under IFRS SMEs, <u>there is no specific requirement for them to do so</u>.

> Generally the same for not-for-profit organizations. However, promises to give are recognized in the period in which the promises are made., which may differ from IFRS SMEs, depending on how 24.4(a) is interpreted.[31]

Not only are grants revenue for NPO's and for-profits, Claimants under the settlement, should be able to present to the Claims Administrator their profit and loss statements including any certain grant as revenue at the time in which the Claimant and/or his accountant decided to record it.  There are obviously various methods that can be taken as to when to record the revenue, but as long as the method remains the same for any given Claimant, there is no justification for the Claims Administration to deny that or find it in error.

---

[29] IFRS SME 24.4; http://wiki.ifrs.com/Government-Grants.
[30] http://wiki.ifrs.com/Government-Grants.
[31] http://wiki.ifrs.com/Government-Grants.

## <u>CONCLUSION</u>

Each of the entities mentioned above were "operating in the Gulf Coast areas" and are Class Members.  Each received the Settlement Agreement and the Court ordered notice.  <u>If grants, tithes, and voluntary funding are not revenue for a not-for-profit entity then most not-for-profit entities would never have any revenue.</u>  These entities have operated for years in the Gulf Coast area on the success of their fundraising, their grant proposals being funded, and on the generosity of the people in the Gulf Coast area funding them when they were able to provide that funding from discretionary income.  Their loss of funding is no different than the loss of funding to the shrimper when he can't catch shrimp, from the hotel when the tourists don't show up, or from the beach rental company when the beaches are closed. The reason why the IRS includes contributions and grants as the first line of "revenue" on the non-profits tax return is because that revenue is so germane and so integrated into the idea of how non-profits make money that suggesting grants are not revenue is preposterous.  Similarly, grants should be treated as revenues for for-profit entities under the same analysis.  If it is within the ordinary scope of what that business does every accounting standard provides for that to be revenue and there is nothing in the Settlement to contradict that.

Not treating grants as revenue is against the obligation the Claims Administrator and the vendors to maximize the claim under the applicable compensation framework set forth in the Settlement (See Section 4.3.7 and 4.3.8).  An expansive interpretation should be given to "ordinary activity" or "major or central ongoing activity" and any incoming monies for these claimants should be "revenue" under the settlement.

Exhibit 1

Form **990**

OMB No. 1545-0047

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**2011**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2011 calendar year, or tax year beginning _____ , 2011, and ending _____ , 20 ___

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | Doing Business As | |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | **E** Telephone number |
| ☐ Initial return | | |
| ☐ Terminated | City or town, state or country, and ZIP + 4 | **G** Gross receipts $ |
| ☐ Amended return | | |
| ☐ Application pending | **F** Name and address of principal officer: | **H(a)** Is this a group return for affiliates?  ☐ Yes  ☐ No |
| | | **H(b)** Are all affiliates included?  ☐ Yes  ☐ No |
| | | If "No," attach a list. (see instructions) |

**I** Tax-exempt status:  ☐ 501(c)(3)  ☐ 501(c) ( ___ ) ◄ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ►

**H(c)** Group exemption number ►

**K** Form of organization: ☐ Corporation ☐ Trust ☐ Association ☐ Other ►       **L** Year of formation:       **M** State of legal domicile:

## Part I  Summary

**Activities & Governance**

| 1 | Briefly describe the organization's mission or most significant activities: |
| | _____ |
| | _____ |
| | _____ |
| 2 | Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. |

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . . . . | **3** | |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . . . | **4** | |
| 5 | Total number of individuals employed in calendar year 2011 (Part V, line 2a) . . . | **5** | |
| 6 | Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** | |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . | **7a** | |
| b | Net unrelated business taxable income from Form 990-T, line 34 . . . . . . . | **7b** | |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . . . . . | | |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . . . . . | | |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . . | | |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | | |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | |

**Expenses**

| | | | |
|---|---|---|---|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) . . . . . | | |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | |
| b | Total fundraising expenses (Part IX, column (D), line 25) ► | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . . | | |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) . | | |
| 19 | Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | | |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . . . | | |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . . . | | |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 . . . . . | | |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ► Signature of officer | Date |
|---|---|---|
| | ► Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ► | | | Firm's EIN ► | |
| | Firm's address ► | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see the separate instructions.**       Cat. No. 11282Y       Form **990** (2011)

Form 990 (2011)                                                                                                          Page **2**

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response to any question in this Part III . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations and section 4947(a)(1) trusts are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

**4b** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

**4d** Other program services (Describe in Schedule O.)
(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** **Total program service expenses ▶**

Form 990 (2011)            Page **3**

| | **Part IV** | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|---|
| | | | | **Yes** | **No** |
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . . . . . . | **1** | | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . . . | **3** | | |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . | **7** | | |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9** | Did the organization report an amount in Part X, line 21; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . . | **10** | | |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . . | **11a** | | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . | **11b** | | |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . | **11c** | | |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . . | **11d** | | |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . | **11f** | | |
| **12 a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI, XII, and XIII* . . . . . . . . . . . . . . . . . . | **12a** | | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI, XII, and XIII is optional* . . . . . | **12b** | | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* . . . . | **13** | | |
| **14 a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV.* . . . . | **14b** | | |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or assistance to any organization or entity located outside the United States? *If "Yes," complete Schedule F, Parts II and IV* . . | **15** | | |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or assistance to individuals located outside the United States? *If "Yes," complete Schedule F, Parts III and IV* . . . . | **16** | | |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* . . . . . | **17** | | |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . . | **18** | | |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . | **19** | | |
| **20 a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . . | **20a** | | |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |

Form **990** (2011)

Form 990 (2011)                                                                                                        Page **4**

| **Part IV** | **Checklist of Required Schedules** *(continued)* |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **21** | Did the organization report more than $5,000 of grants and other assistance to any government or organization in the United States on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . | **21** | | |
| **22** | Did the organization report more than $5,000 of grants and other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . | **23** | | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25* . . . . . . . . . . . | **24a** | | |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . | **24d** | | |
| **25a** | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . | **25a** | | |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . | **25b** | | |
| **26** | Was a loan to or by a current or former officer, director, trustee, key employee, highly compensated employee, or disqualified person outstanding as of the end of the organization's tax year? *If "Yes," complete Schedule L, Part II* . . | **26** | | |
| **27** | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . | **27** | | |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . | **28a** | | |
| **b** | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* | **28b** | | |
| **c** | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . | **28c** | | |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . | **30** | | |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | | |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . | **33** | | |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Parts II, III, IV, and V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . | **35a** | | |
| **b** | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . | **35b** | | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . | **36** | | |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **37** | | |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11 and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . | **38** | | |

Form **990** (2011)

Form 990 (2011)                                                                                                                    Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** | | |
|---|---|---|---|
| | Check if Schedule O contains a response to any question in this Part V . . . . . . . . . . . . . . . | | ☐ |

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . . | **1a** | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . . . . | **1b** | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . | **1c** | | |
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? . | **2b** | | |
| | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) . . | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | | |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No," provide an explanation in Schedule O* . . . | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4a** | | |
| **b** | If "Yes," enter the name of the foreign country: ▶ ----------------------------------------------------------- See instructions for filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . . | **5a** | | |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible? . . . . . . . . . . | **6a** | | |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . . . | **7d** | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the organization make any taxable distributions under section 4966? . . . . . . . . | **9a** | | |
| **b** | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . . . . | **10a** | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities . | **10b** | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . . . . | **11a** | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . . | **11b** | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . | **12b** | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . | **13a** | | |
| | **Note.** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . . . | **13b** | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . . . | **13c** | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . | **14b** | | |

Form **990** (2011)

Form 990 (2011)                                                                                                    Page **6**

| **Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |

Check if Schedule O contains a response to any question in this Part VI . . . . . . . . . . . ☐

## Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year . . | **1a** | | |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent . | **1b** | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | **2** | | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? . | **3** | | |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | |
| **6** | Did the organization have members or stockholders? | **6** | | |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . | **7a** | | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . | **7b** | | |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . | **8a** | | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . | **8b** | | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . | **9** | | |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? | **10a** | | |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . | **12c** | | |
| **13** | Did the organization have a written whistleblower policy? | **13** | | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . | **14** | | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . | **15a** | | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . | **15b** | | |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . | **16a** | | |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed ▶ _____

**18** Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website    ☐ Another's website    ☐ Upon request

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, physical address, and telephone number of the person who possesses the books and records of the organization: ▶

Form 990 (2011)                                                                                                          Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
|---|---|

Check if Schedule O contains a response to any question in this Part VII . . . . . . . . . . . . . . ☐

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and Title | (B)<br>Average hours per week (describe hours for related organizations in Schedule O) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** | | | | | | | | | | |
| **(2)** | | | | | | | | | | |
| **(3)** | | | | | | | | | | |
| **(4)** | | | | | | | | | | |
| **(5)** | | | | | | | | | | |
| **(6)** | | | | | | | | | | |
| **(7)** | | | | | | | | | | |
| **(8)** | | | | | | | | | | |
| **(9)** | | | | | | | | | | |
| **(10)** | | | | | | | | | | |
| **(11)** | | | | | | | | | | |
| **(12)** | | | | | | | | | | |
| **(13)** | | | | | | | | | | |
| **(14)** | | | | | | | | | | |

Form 990 (2011)                                                                         **Page 8**

**Part VII**   **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (describe hours for related organizations in Schedule O) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |
| **1b**  **Sub-total** . . . . . . . . . . . . . . . ▶ | | | | | | | | | | |
|   **c**  **Total from continuation sheets to Part VII, Section A** . . . . . ▶ | | | | | | | | | | |
|   **d**  **Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | | | |

**2**  Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . .   **3** | | |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . .   **4** | | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . .   **5** | | |

**Section B. Independent Contractors**

**1**  Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2**  Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

Form 990 (2011)      Page **9**

| Part VIII | Statement of Revenue |
|---|---|

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512, 513, or 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** | Federated campaigns | **1a** | | | | |
| | **b** | Membership dues | **1b** | | | | |
| | **c** | Fundraising events | **1c** | | | | |
| | **d** | Related organizations | **1d** | | | | |
| | **e** | Government grants (contributions) | **1e** | | | | |
| | **f** | All other contributions, gifts, grants, and similar amounts not included above | **1f** | | | | |
| | **g** | Noncash contributions included in lines 1a-1f: $ | | | | | |
| | **h** | **Total.** Add lines 1a–1f ▶ | | | | | |
| **Program Service Revenue** | | | Business Code | | | | |
| | **2a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | | | | | | |
| | **e** | | | | | | |
| | **f** | All other program service revenue | | | | | |
| | **g** | **Total.** Add lines 2a–2f ▶ | | | | | |
| **Other Revenue** | **3** | Investment income (including dividends, interest, and other similar amounts) ▶ | | | | | |
| | **4** | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** | Royalties ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | **6a** | Gross rents | | | | | |
| | **b** | Less: rental expenses | | | | | |
| | **c** | Rental income or (loss) | | | | | |
| | **d** | Net rental income or (loss) ▶ | | | | | |
| | | | (i) Securities | (ii) Other | | | |
| | **7a** | Gross amount from sales of assets other than inventory | | | | | |
| | **b** | Less: cost or other basis and sales expenses | | | | | |
| | **c** | Gain or (loss) | | | | | |
| | **d** | Net gain or (loss) ▶ | | | | | |
| | **8a** | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 | **a** | | | | |
| | **b** | Less: direct expenses | **b** | | | | |
| | **c** | Net income or (loss) from fundraising events ▶ | | | | | |
| | **9a** | Gross income from gaming activities. See Part IV, line 19 | **a** | | | | |
| | **b** | Less: direct expenses | **b** | | | | |
| | **c** | Net income or (loss) from gaming activities ▶ | | | | | |
| | **10a** | Gross sales of inventory, less returns and allowances | **a** | | | | |
| | **b** | Less: cost of goods sold | **b** | | | | |
| | **c** | Net income or (loss) from sales of inventory ▶ | | | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | | |
| | **b** | | | | | | |
| | **c** | | | | | | |
| | **d** | All other revenue | | | | | |
| | **e** | **Total.** Add lines 11a–11d ▶ | | | | | |
| | **12** | **Total revenue.** See instructions. ▶ | | | | | |

Form 990 (2011)

| **Part IX** | **Statement of Functional Expenses** |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A) but are not required to complete columns (B), (C), and (D).*

Check if Schedule O contains a response to any question in this Part IX . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)**<br>Total expenses | **(B)**<br>Program service expenses | **(C)**<br>Management and general expenses | **(D)**<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to governments and organizations in the United States. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to individuals in the United States. See Part IV, line 22 . . . | | | | |
| **3** Grants and other assistance to governments, organizations, and individuals outside the United States. See Part IV, lines 15 and 16 . . | | | | |
| **4** Benefits paid to or for members . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . | | | | |
| **7** Other salaries and wages . . . . . | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits . . . . . . | | | | |
| **10** Payroll taxes . . . . . . . . . | | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . | | | | |
| **c** Accounting . . . . . . . . . | | | | |
| **d** Lobbying . . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . | | | | |
| **g** Other . . . . . . . . . . . | | | | |
| **12** Advertising and promotion . . . . . | | | | |
| **13** Office expenses . . . . . . . . | | | | |
| **14** Information technology . . . . . . | | | | |
| **15** Royalties . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . | | | | |
| **17** Travel . . . . . . . . . . . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings . | | | | |
| **20** Interest . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . | | | | |
| **23** Insurance . . . . . . . . . . | | | | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** ------------------------------------- | | | | |
| **b** ------------------------------------- | | | | |
| **c** ------------------------------------- | | | | |
| **d** ------------------------------------- | | | | |
| **e** All other expenses ------------------- | | | | |
| **25** **Total functional expenses.** Add lines 1 through 24e | | | | |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

Form 990 (2011) | | Page **11**

| **Part X** | **Balance Sheet** |

|  |  | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash—non-interest-bearing . . . . . . . . . . | | **1** | |
| | **2** | Savings and temporary cash investments . . . . . . . | | **2** | |
| | **3** | Pledges and grants receivable, net . . . . . . . . | | **3** | |
| | **4** | Accounts receivable, net . . . . . . . . . . . | | **4** | |
| | **5** | Receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L . . . . . . . . . . . . . . | | **5** | |
| | **6** | Receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) . . . | | **6** | |
| | **7** | Notes and loans receivable, net . . . . . . . . . | | **7** | |
| | **8** | Inventories for sale or use . . . . . . . . . . | | **8** | |
| | **9** | Prepaid expenses and deferred charges . . . . . . . | | **9** | |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | **10a** | | | |
| | **b** | Less: accumulated depreciation . . . . | **10b** | | **10c** | |
| | **11** | Investments—publicly traded securities . . . . . . . | | **11** | |
| | **12** | Investments—other securities. See Part IV, line 11 . . . . | | **12** | |
| | **13** | Investments—program-related. See Part IV, line 11 . . . . | | **13** | |
| | **14** | Intangible assets . . . . . . . . . . . . . | | **14** | |
| | **15** | Other assets. See Part IV, line 11 . . . . . . . . | | **15** | |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . | | **16** | |
| **Liabilities** | **17** | Accounts payable and accrued expenses . . . . . . . | | **17** | |
| | **18** | Grants payable . . . . . . . . . . . . . | | **18** | |
| | **19** | Deferred revenue . . . . . . . . . . . . . | | **19** | |
| | **20** | Tax-exempt bond liabilities . . . . . . . . . . | | **20** | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D . | | **21** | |
| | **22** | Payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L . . . . . . . . . . | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | **24** | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D . . . . . . . . . . . . . . | | **25** | |
| | **26** | **Total liabilities.** Add lines 17 through 25 . . . . . . . | | **26** | |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | **27** | Unrestricted net assets . . . . . . . . . . . | | **27** | |
| | **28** | Temporarily restricted net assets . . . . . . . . . | | **28** | |
| | **29** | Permanently restricted net assets . . . . . . . . . | | **29** | |
| | | **Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 30 through 34.** | | | |
| | **30** | Capital stock or trust principal, or current funds . . . . . | | **30** | |
| | **31** | Paid-in or capital surplus, or land, building, or equipment fund . . | | **31** | |
| | **32** | Retained earnings, endowment, accumulated income, or other funds . | | **32** | |
| | **33** | Total net assets or fund balances . . . . . . . . . | | **33** | |
| | **34** | Total liabilities and net assets/fund balances . . . . . . . | | **34** | |

Form **990** (2011)

Form 990 (2011)                                                                                                                    Page **12**

| Part XI | Reconciliation of Net Assets |
|---------|------------------------------|

Check if Schedule O contains a response to any question in this Part XI  . . . . . . . . . . . . . . ☐

| | | |
|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12)  . . . . . . . . . | **1** |
| 2 | Total expenses (must equal Part IX, column (A), line 25)  . . . . . . . . | **2** |
| 3 | Revenue less expenses. Subtract line 2 from line 1  . . . . . . . . . . | **3** |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A))  . . . | **4** |
| 5 | Other changes in net assets or fund balances (explain in Schedule O)  . . . . . . . | **5** |
| 6 | Net assets or fund balances at end of year. Combine lines 3, 4, and 5 (must equal Part X, line 33, column (B))  . . . . . . . . . . . . . . . . . . . . . . . . . | **6** |

| Part XII | Financial Statements and Reporting |
|----------|-------------------------------------|

Check if Schedule O contains a response to any question in this Part XII  . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **1** | Accounting method used to prepare the Form 990:  ☐ Cash   ☐ Accrual   ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant?  . . . | **2a** | |
| **b** | Were the organization's financial statements audited by an independent accountant?  . . . . . . . | **2b** | |
| **c** | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| **d** | If "Yes" to line 2a or 2b, check a box below to indicate whether the financial statements for the year were issued on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133?  . . . . . . . . . . . . . . . | **3a** | |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | |

Form **990** (2011)

# WRIGHT, MOORE, DEHART, DUPUIS & HUTCHINSON, L.L.C.

Certified Public Accountants
100 Petroleum Drive, 70508
P.O. Box 80569 • Lafayette, Louisiana 70598-0569
(337) 232-3637 • Fax (337) 235-8557
*www.wmddh.com*

JOHN W. WRIGHT, CPA *

JAMES H. DUPUIS, CPA, CFP *

JAN H. COWEN, CPA *

LANCE E. CRAPPELL, CPA, CGMA *

MICAH R. VIDRINE, CPA *

TRAVIS M. BRINSKO, CPA *

RICK L. STUTES, CPA, CVA/ABV, APA *

CHRISTINE R. DUNN, CPA**

DAMIAN H. SPIESS, CPA, CFP **

\* A PROFESSIONAL CORPORATION
\*\* A LIMITED LIABILITY COMPANY

M. TROY MOORE, CPA * +
MICHAEL G. DEHART, CPA, CVA, MBA * +
JOE D. HUTCHINSON, CPA * +

+RETIRED



STEPHANIE A. BLANK, CPA

ROBERT T. DUCHARME, II, CPA

MARY PATRICIA KEELEY, CPA

ROBIN T. LeBLANC, CPA

JOAN MARTIN, CPA, CVA, CFF, DABFA

TANYA L. MIGUES, CPA

STEPHEN C. MOORE, CPA

WENDY ORTEGO, CPA, CVA

ROBIN G. STOCKTON, CPA

BRIDGET B. TILLEY, CPA, MT

TINA B. VIATOR, CPA

October 24, 2012                                      Transmission Via Email

## DECLARATION OF RICK STUTES CPA, CVA/ABV, APA

By way of introduction my name is Rick Stutes Certified Public Accountant
(CPA) providing business consulting and specialized business services to clients. I
am versed in all aspects of accounting services including business consulting,
management advisory, controllership services and related tax planning. I have
over 35 years of experience servicing a variety of businesses in various industries
including oil & gas exploration and related services, professional services firms,
retail and wholesale distribution, banking, real estate and non-profit organizations.

In addition to a CPA, I am also a Certified Valuation Analyst (CVA) and
Accredited in Business Valuation (ABV), performing business valuations and
utilizing these valuation skills to assist existing business clients with their growth
and planning strategies. My experience includes merger and acquisition
engagements including assisting clients with selling their business or due
diligence reviews of potential business purchases. In addition, I am also involved
in litigation support services and court appointed positions concerning financial
matters. I have also achieved an Accredited Petroleum Accountant (APA)
professional designation specific to the oil & gas industry and am a member of
COPAS (Council of Petroleum Accountants Societies).

This declaration is in response to your request for information related to the issue
described below followed by responses from an accounting perspective.

**Issue:  For a claimant entity that receives income from grants, whether
public or private grant monies, should that grant income be treated as
revenue for purposes of this Settlement Program?  And please provide the
specific basis for your position, with specific citations to the Settlement
Agreement, to GAAP principles or otherwise.**

In conjunction with the issue above my response shall be in respect to the
following general inquiries:

1. How are grants treated by non-profits?
2. How are grants treated by for-profits?

CIRCULAR 230 DISCLOSURE – To ensure compliance with the recently issued U.S. Treasury Circular 230 Notice, unless otherwise expressly indicated, any tax advice contained in this communication, or attachments thereto, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matter addressed herein.

How are grants treated by non-profits?

Grants are generally a type of contribution made in the ordinary course of business received by not-for-profit entities (NFPs). The Financial Accounting Standards Board (FASB) Accounting Standards Codification (ASC) glossary, defines a *contribution* as:

> "an unconditional transfer of cash or other assets to an entity or a settlement or cancellation of its liabilities in a voluntary nonreciprocal transfer by another entity acting other than as an owner."

Revenue recognition accounting principles for NFPs are discussed in the "Contributions Received" subsections of FASB ASC 958-605. In general these principles provide for the classification of Grants as revenue within the NFPs profit and loss statement in the period received. Further, the NFP is required to identify the Grant within the profit and loss statement if certain restrictions apply to the Grant.

Specifically, FASB ASC 958-605-25-2 provides that: "Except as provided in paragraphs 958-605-25-16 through 25-18, contributions received shall be recognized as revenues or gains in the period received and as assets, decreases of liabilities, or expenses depending on the form of the benefits received. The classification of contributions received as revenues or gains depends on whether the transactions are part of the NFP's ongoing major or central activities (revenues), or are peripheral or incidental to the NFP (gains). A contribution made and a corresponding contribution received generally is recognized by both the donor and the donee at the same time, that is, upon occurrence of the underlying event—the nonreciprocal transfer of an economic benefit".

Also, FASB ASC 958-605-25-3 provides that: "Donor-imposed restrictions place limits on the use of contributed resources and may affect an entity's performance and its ability to provide services. However, limitations on the use of donated resources do not change the fundamental nature of the contribution transaction or conclusions about when to recognize the underlying event".

How are grants treated by for-profits?

Grants are not frequently part of a for-profit entity's revenue, however if a Grant occurs, the treatment of the Grant is reported as revenue in the period in which it is received in accordance with FASB ASC 958-605, specifically 985-605-15-4, which provides that, "Accounting for contributions is an issue primarily for not-for-profit entities (NFPs) because contributions are a significant source of revenues for many of those entities. However, except for Section 958-605-45, the guidance in the Contributions Received Subsections applies to all entities (NFPs and business entities) that receive contributions unless otherwise indicated".

Rick Stutes CPA, CVA/ABV, APA          October 24, 2012

CIRCULAR 230 DISCLOSURE – To ensure compliance with the recently issued U.S. Treasury Circular 230 Notice, unless otherwise expressly indicated, any tax advice contained in this communication, or attachments thereto, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending any tax-related matter addressed herein.