<u>**Class Counsel Response to July 30, 2012 Memo from Program**</u>

**Subsistence Issues**

July 31, 2012

**No. 17 - Subsistence Compensation Formula**

The Subsistence framework was not intended to be tethered to calorie counts. The "reasonable consumption" language in the Subsistence framework was intended to mean that a claim amount should be held to a reasonableness standard in the context of Gulf of Mexico subsistence use. The reasonableness standard was not intended to act as a cap or to play any part in the subsistence compensation calculation itself; it is solely a reference point. [Plaintiffs' suggested Calculation is submitted for reference herewith.]

**No. 18 - Verification of Bartering Losses**

The Subsistence framework does not include any requirement that bartering losses be verified separately from consumption losses. The framework focuses (correctly) on the amount of resources the claimant harvested for subsistence use (where "use" includes barter, trade, and consumption); the claimed amount need only be reasonable in the context of other Gulf of Mexico subsistence users. The submission of third-party affidavits from all individuals with whom a claimant barters is (i) not required (not even implicitly) by the Subsistence framework, and (ii) overburdensome and impractical to require claimants to track down and ask for affidavits from every person they may have bartered with during an 18-month period several years ago.

**No. 19 - Retail Price Chart**

Class Counsel is submitting herewith an updated Retail Price Chart, (which we believe was circulated on July 18th). We agree with Brown Greer's approach to identifying current retail pricing in order to update the (out-of-date) GCCF-sourced prices; thus, as discussed at the meeting, this chart should only be used to ensure that all of the species listed on the Class Counsel Chart are also listed on the final Retail Price Chart. Brown Greer was to use their retail pricing method to determine the updated prices for all of the species added to the final Retail Price Chart from plaintiffs' chart.

| Quantity[1] of Resource[2] Harvested for Subsistence Use in the 18 months pre-Spill | [a] | Claim form question 5 |
|---|---|---|
| Duration of post-Spill Closure of Harvesting Area for Resource  (if closed) | [b] | Claim form question 12 |
| Quantity of Resource Harvested pre-Spill from Harvesting Area during time period corresponding to post-Spill Closure | [c] = portion of [a] harvested during pre-Spill time period corresponding to [b] | Calculated |
| Duration of post-Spill Impairment[3] of Harvesting Area for Resource | [d] | Claim form question 12 |
| Quantity of Resource Harvested for Subsistence Use from Impaired Harvesting Area in the 18 months post-Spill | [e] | Claim form question 11 |
| Quantity of Resource Harvested pre-Spill from Harvesting Area during time period corresponding to post-Spill Impairment | [f] = portion of [a] harvested during pre-Spill time period corresponding to [d] | Calculated |
| Quantity of Resource Lost in the 18 months post-Spill | [g] = [b] + ([f]-[e]) | Calculated |
| Post-Spill Retail Price of Resource (per | [h] | From Retail Price Chart |

---

[1] Unit will vary by resource and/or by information claimant can provide.
[2] In this calculation, "Resource" refers to one species or type of fish or game that the subsistence claimant uses; this calculation will need to be repeated individually for each different species/type of fish or game, and then the value of loss for each will be combined at the end of the calculation.
[3] Impaired Harvesting Areas are those that are open (i.e. not closed) but which are nonetheless affected (i.e. harvest there is impaired) by the Spill.  Thus a Harvesting Area cannot be closed and impaired at the same time.  If a Harvesting Area was closed during the entirety of the 18 months post-Spill, then [d] and [e] will be zero, and [g] will effectively = [b].

| | | |
|---|---|---|
| unit[4]) or Proxy Price (per unit) | | |
| Value of Resource Lost in the 18 months post-Spill | [i] = [g] x [h] | Calculated |
| Total Value of all Subsistence Resources Lost in the 18 months post-Spill | [j] = [i] + any other [i] values from running the above calculation for other subsistence resources used by claimant | Calculated |
| RTP | [k] = 2.25 | Settlement Agreement |
| Total Payment | [l] = [j] + ([j] x [k]) | Calculated |

---

[4] Retail/Proxy price should be per the same unit as the unit of Quantity used throughout calculation; if it is not, convert so that it is.  The Claims Administrator may determine the appropriate conversions at his discretion, pursuant to Section B(2)(b) of the Framework for Subsistence Claims (Exhibit 9 to the Settlement Agreement).

| Retail Price Chart | | | | |
|---|---|---|---|---|
| Type of Catch | Species Type | Retail Value as of 2/10/12 | Measurement unit | |
| Blue Crab | Crab | $3.30 | lbs. | Usually sold by dozen |
| Blue Crab - Peeler | Crab | $15.68 | lbs. | |
| Blue Crab - Soft | Crab | $19.13 | lbs. | |
| Stone Crab Claws | Crab | $19.98 | lbs. | |
| Crayfish | Crustacean | Seasonal average price tbd by CADA | | |
| Almaco Jack | Fish | $2.64 | lbs. | |
| Amber Jack | Fish | $3.36 | lbs. | |
| Bait Fish | Fish | $0.39 | lbs. | |
| Black Drum | Fish | $4.50 | lbs. | |
| Black Grouper | Fish | $26.61 | lbs. | |
| Black Mullet | Fish | $1.83 | lbs. | |
| Black Roe Mullet | Fish | $15.36 | lbs. | |
| Blue Runner | Fish | $2.31 | lbs. | |
| Bluefish | Fish | $1.39 | lbs. | |
| Catfish | Fish | $1.89 | lbs. | |
| Cobia | Fish | $8.97 | lbs. | |
| Croaker | Fish | $1.79 | lbs. | |
| Eels | Fish | $1.89 | lbs. | |
| Flounder | Fish | $6.90 | lbs. | |
| Frogs | Fish | $10.95 | pair of legs | |
| Gag Grouper | Fish | $13.02 | lbs. | |
| Gar (Alligator Gar) | Fish | $3.72 | lbs. | |
| Goatfishes | Fish | $0.75 | lbs. | |
| Grunts | Fish | $2.73 | lbs. | |
| King Mackerel | Fish | $5.03 | lbs. | |
| Kingfish (Whiting) | Fish | $3.30 | lbs. | |
| Lane Snapper | Fish | $8.40 | lbs. | |
| Mangrove Snapper | Fish | $7.70 | lbs. | |
| Misc. Food Fish | Fish | $2.88 | lbs. | |
| Mixed Sea Bass | Fish | $3.12 | lbs. | |
| Mullet | Fish | $1.64 | lbs. | |
| Mutton Snapper | Fish | $7.68 | lbs. | |
| Other Grouper | Fish | $9.27 | lbs. | |
| Other Jack | Fish | $3.73 | lbs. | |
| Other Snapper | Fish | $5.10 | lbs. | |
| Permit | Fish | $3.87 | lbs. | |
| Pinfish | Fish | $0.96 | lbs. | |
| Pompano | Fish | $10.30 | lbs. | |
| Red Grouper | Fish | $9.66 | lbs. | |
| Red Snapper | Fish | $13.03 | lbs. | |

| Retail Price Chart | | | |
|---|---|---|---|
| Type of Catch | Species Type | Retail Value as of 2/10/12 | Measurement unit |
| Redfish (Red Drum) | Fish | $4.50 | lbs. |
| Sand Seatrout | Fish | $2.82 | lbs. |
| Scaled Sardines | Fish | $0.60 | lbs. |
| Scamp Grouper | Fish | $11.16 | lbs. |
| Sheepshead | Fish | $1.63 | lbs. |
| Silk Snapper | Fish | $9.64 | lbs. |
| Silver Mullet | Fish | $1.14 | lbs. |
| Silver Seatrout | Fish | $2.67 | lbs. |
| Snowy Grouper | Fish | $10.09 | lbs. |
| Southern Kingfish | Fish | $2.37 | lbs. |
| Spadefish | Fish | $1.29 | lbs. |
| Spanish Mackerel | Fish | $2.63 | lbs. |
| Spanish Sardines | Fish | $0.48 | lbs. |
| Speckled Trout (Spotted Seatrout) | Fish | $6.47 | lbs. |
| Spot | Fish | $1.65 | lbs. |
| Squid | Fish | $2.31 | lbs. |
| Striped Mullet | Fish | $1.64 | lbs. |
| Thread Herring | Fish | $0.36 | lbs. |
| Trigger Fish | Fish | $4.65 | lbs. |
| Tripletail | Fis | | lbs |
| Turtle | Fish | $3.87 | lbs. |
| Vermillion Snapper | Fish | $8.30 | lbs. |
| Warsaw Grouper | Fish | $8.99 | lbs. |
| White Trout | Fish | $2.82 | lbs. |
| Yellowedge Grouper | Fish | $12.94 | lbs. |
| Yellowfin Grouper | Fish | $6.00 | lbs. |
| Yellowtail Snapper | Fish | $10.41 | lbs. |
| Poule d'eau (coot) | Fowl | Average local price tbd by CADA | Proxy should be duck |
| Deer | Mammals | Average local price tbd by CADA | Proxy should be venison |
| Feral Hogs | Mammals | $17.41 | units |
| Muskrat | Mammals | $2.95 | units |
| Nutria | Mammals | $5.00 | units |
| Rabbit | Mammals | Average local price tbd by CADA | |
| Raccoon | Mammals | $27.75 | units |
| Squirrel | Mammals | $20.32 | units |
| Oyster | Oyster | $49.93 | sacks |
| Brown Shrimp | Shrimp | $6.72 | lbs. | Shrimp prices vary widely by"co |
| Pink Shrimp | Shrimp | $4.91 | lbs. | Shrimp prices vary widely by"co |

| Retail Price Chart | | | | |
|---|---|---|---|---|
| **Type of Catch** | **Species Type** | **Retail Value as of 2/10/12** | **Measurement unit** | |
| Rock Shrimp | Shrimp | $5.11 | lbs. | Shrimp prices vary widely by"co |
| Royal Red Shrimp | Shrimp | $4.14 | lbs. | Shrimp prices vary widely by"co |
| Shrimp | Shrimp | $6.72 | lbs. | Shrimp prices vary widely by"co |
| White Shrimp | Shrimp | $6.34 | lbs. | Shrimp prices vary widely by"co |