# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

July 15, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 12-30230   In Re: Deepwater Horizon  
                         USDC No. 2:10-MD-2179  
                         USDC No. 2:11-CV-274  
                         USDC No. 2:11-CV-275

Dear Mr. Blevins,

The following is returned:

Original Exhibits,   ( ) Box    (1) Sealed Env.     ( ) Package

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Cindy M. Broadhead, Deputy Clerk  
                              504-310-7707