UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

WHEREFORE, considering the Motion to Enroll as Counsel of Record filed by Claimant, Apache Louisiana Minerals, LLC, it is hereby ordered that Douglas C. Longman and Carmen M. Rodriguez, of Jones Walker LLP, be and the same are hereby enrolled as counsel of record on behalf of the Claimant, Apache Louisiana Minerals, LLC.

New Orleans, Louisiana this 21st day of July, 2015.

_____
United States District Judge