UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>    2:12-cv-01483<br>    2:13-cv-05370 | | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A., and SMITH STAG, LLC's Motion to Withdraw as Counsel.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Regarding case number 2:12-cv-01483, KELLEY B. STEWART, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A., as well as STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's, **Motion to Withdraw as Counsel** be and the same is hereby **granted** as to Plaintiff:

| Plaintiff | Present Address | Telephone Number |
|---|---|---|
| Wayne Burnette, d/b/a Royal Limousine | limowayne@cox.net<br><br>170 Baywinds Drive<br>Destin, Florida 32541 | 850-803-5466 |

2. Regarding case number 2:13-cv-05370, KELLEY B. STEWART, ESQUIRE, and JOSEPH J. SLAMA, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A., as well as STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's, **Motion to Withdraw as Counsel** be and the same is hereby **granted** as to Plaintiffs:

| Plaintiff | Present Address | Telephone Number |
|---|---|---|
| East Pass Towers Condominium Association, Inc. | mkent@pmainfo.com<br>jfillmore@pmainfo.com<br><br>C/O Mr. Michael Kent<br>C/O Ms. Laura Wright<br>205 Brooks Street, Suite 201<br>Fort Walton Beach, FL 32548 | 850-664-6000 ext 203<br>850-665-6000 ext 207 |
| Green Acres Development, LLC | vfranck@consolidated.net<br><br>C/O Mr. Fictor Franck<br>C/O Mr. James Green<br>82 Driftoak Circle<br>The Woodlands, TX 77381 | 201-637-9505<br>936-271-4989 |

3. That East Pass Towers Condominium Association, Inc. and Green Acres Development, LLC eventually must enroll new counsel, failing which its claims may be dismissed since corporations and L.L.C.s must be represented by licensed counsel. See <u>Southwest Exp. Co., Inc. v. I.C.C.</u>, 670 F.2d 53, 55 (5th Cir. 1982); see also <u>Collier v. Cobalt LLC</u>, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this  22nd day of July, 2015.

_____
United States District Judge