# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 22, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30598    In Re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:11-CV-826

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Mr. William W. Blevins
Mr. Gary Alan Hemphill
Ms. Nancy Jane Marshall
Mr. Scott Eric Silbert

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30598
_____

IN RE: DEEPWATER HORIZON

------------------------------------------

DUWAYNE MASON,

      Plaintiff - Appellant

v.

SEACOR MARINE, L.L.C.,

      Defendant - Appellee

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint

designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT