UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding BP's Acceptance of Local Governmental Entity Settlements and Payment of Claims]**

The Court was advised today that BP has reviewed and is satisfied with releases and associated documents returned by the vast majority of local governmental entities and therefore, BP has accepted the releases. The Court was further advised today that the Neutrals have withdrawn their recommendation for any local entity that did not accept the Neutrals' proposal as of this date. Accordingly;

IT IS ORDERED that BP commence processing payment for those local governmental entities which have accepted the Neutrals' recommendation and that all payments be completed within thirty (30) days of the date of this order.

New Orleans, Louisiana, this 27th day of July, 2015.

CARL J. BARBIER
United States District Judge