UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | JUDGE CARL J. BARBIER |
| This document relates to: | ) | |
| | ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | Oral Argument Requested |
| | ) | |
| Including | ) | UNITED STATES DISTRICT |
| 13-6008; 13-6009; 13-5367; | ) | |
| 14-1106; 14-357; 14-358; 14-359; | ) | COURT EASTERN DISTRICT |
| 14-1321 and 13-6651 | ) | |
| | ) | OF LOUISIANA |

**PLAINTIFFS' FIRST AMENDED MOTION TO REMAND OR TAKE OTHER
AFFIRMATIVE ACTION ON OPT-OUT AND EXCLUDED CLAIMS**

COME NOW the non-class members represented by the law firm of Brent Coon & Associates and hereby move the Honorable Judge Carl Barbier to Transfer Opt-Out and Excluded Claims back to the respective Courts they came from, or alternatively Plaintiff's ask the Court to Establish a Committee, made up of law firms with a majority of non-class members, to oversee the prompt and efficient resolution of opt-out and excluded claims.

I.

The Motion requests that all BCA cases that are opted-out of or excluded from the Deepwater Horizon Economic and Property Settlement be transferred back to their home venue, except for cases originally filed in the Eastern District of Louisiana and moratorium cases.[1]

Alternatively, BCA Plaintiff's ask the Court to establish a new committee of stakeholder law firms to oversee the prosecution of opt-out and excluded claimants.

---

[1] This motion is filed subject to BCA's Motion to Compel Reconciliation of Brent Coon and Associates Opt-Out, Revoked Opt-Out and Excluded Clients. It will be necessary for the Court to determine who is actually in the class before the cases can be transferred to their respective home courts.

1

## PRAYER

WHEREFORE, the undersigned firms request that this Court remand cases back to their transfer Court or alternatively solicit applications for, and establish a, new committee comprised of law firms with a substantial number of valid opt-out claims and/or excluded claims to work with, and at the direction of, this Court to resolve all opt-out claims in a timely and efficient manor and for any other relief to which they may show themselves to be entitled to.

Dated: July 27, 2015

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.:
(409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

*Attorney for the BCA Class Members*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on July 27, 2015, upon:

<u>Attorneys for the Defendants</u>:

    Richard C. Godfrey, P.C. J. Andrew
    Langan, P.C. Wendy L. Bloom
    KIRKLAND & ELLIS LLP 300 North
    LaSalle Street Chicago, IL 60654
    Telephone: 312-862-2000

    Jeffrey Lennard
    SNR Denton US LLP
    233 South Wacker Drive Suite 7800
    Chicago, IL 60606
    Telephone: 312-876-8000

    Jeffrey Bossert Clark
    Steven A. Myers
    KIRKLAND & ELLIS LLP 655 Fifteenth
    Street, N.W. Washington, DC 20005
    Telephone: 202-879-5000

    Don K. Haycraft
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000 New Orleans,
    LA 70139
    Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

    Stephen Jay Herman
    Soren E. Gisleson
    HERMAN HERMAN & KATZ LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Telephone: 504-581-4892
    Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

        Respectfully submitted,

        /s/ Brent W. Coon
        Brent W. Coon
        Federal Bar No. 9308
        Texas Bar No. 04769750
        215 Orleans
        Beaumont, Texas 77701 Tel.:
        (409) 835-2666
        Fax: (409) 835-1912
        brent@bcoonlaw.com

        *Attorney for the BCA Class Members*