UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | |
| ) | |
| Including ) | UNITED STATES DISTRICT |
| 13-6008; 13-6009; 13-5367; ) | |
| 14-1106; 14-357; 14-358; 14-359; ) | COURT EASTERN DISTRICT |
| 14-1321 and 13-6651 ) | |
| ) | OF LOUISIANA |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' would like to request at this time an Oral Argument with Judge Carl J. Barbier regarding Plaintiffs' First Amended Motion to Remand or Take Other Affirmative Action On Opt-Out and Excluded Claims.

    Respectfully submitted,

    BRENT COON & ASSOCIATES

    By: /s/ Brent Wayne Coon
        BRENT WAYNE COON
        Federal Bar No. 9308
        State Bar No. 04769750
        215 Orleans
        Beaumont, Texas  77701
        (409) 835-2666
        (409) 835-1912 – Telecopier

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on July 27, 2015, upon:

Attorneys for the Defendants:

>Richard C. Godfrey, P.C. J.
>Andrew Langan, P.C. Wendy
>L. Bloom
>KIRKLAND & ELLIS LLP 300
>North LaSalle Street Chicago, IL
>60654
>Telephone: 312-862-2000
>
>Jeffrey Lennard
>SNR Denton US LLP
>233 South Wacker Drive Suite
>7800
>Chicago, IL 60606
>Telephone: 312-876-8000
>
>Jeffrey Bossert Clark
>Steven A. Myers
>KIRKLAND & ELLIS LLP 655
>Fifteenth Street, N.W.
>Washington, DC 20005
>Telephone: 202-879-5000
>
>Don K. Haycraft
>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000 New
>Orleans, LA 70139
>Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

>Stephen Jay Herman
>Soren E. Gisleson
>HERMAN HERMAN & KATZ LLP
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Telephone: 504-581-4892
>Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

        Respectfully submitted,
        /s/ Brent W. Coon
        Brent W. Coon
        Federal Bar No. 9308
        Texas Bar No. 04769750
        215 Orleans
        Beaumont, Texas 77701
        Tel.: (409) 835-2666
        Fax: (409) 835-1912
        brent@bcoonlaw.com

        *Attorney for the BCA Class Members*