UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | JUDGE CARL J. BARBIER |
| This document relates to: | ) | |
| | ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| Including | ) | UNITED STATES DISTRICT |
| 13-6008; 13-6009; 13-5367; | ) | |
| 14-1106; 14-357; 14-358; 14-359; | ) | COURT EASTERN DISTRICT |
| 14-1321 and 13-6651 | ) | |
| | ) | OF LOUISIANA |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' would like to request at this time an Oral Argument with Judge Carl J. Barbier regarding Plaintiffs' First Amended Motion to Remand or Take Other Affirmative Action On Opt-Out and Excluded Claims.

Respectfully submitted,

BRENT COON & ASSOCIATES

By: /s/ Brent Wayne Coon
    BRENT WAYNE COON
    Federal Bar No. 9308
    State Bar No. 04769750
    215 Orleans
    Beaumont, Texas  77701
    (409) 835-2666
    (409) 835-1912 – Telecopier

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on July 27, 2015, upon:


<u>Attorneys for the Defendants</u>:

Richard C. Godfrey, P.C. J.
Andrew Langan, P.C. Wendy
L. Bloom
KIRKLAND & ELLIS LLP 300
North LaSalle Street Chicago, IL
60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite
7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655
Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New
Orleans, LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590


Respectfully submitted,
/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

*Attorney for the BCA Class Members*