UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*           JUDGE BARBIER
          MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding Confidentiality of Local Governmental Entities Settlements]**

Considering that BP has accepted the releases of the governmental entities who elected to accept the proposals made by the Neutrals and the settlements are therefore effective (see rec. doc. 14925);

IT IS ORDERED that those local governmental entities which are participating in the settlement are hereby relieved of the obligations contained in the Court's prior Confidentiality Orders (rec. docs. 14801 and 14806), and they may publicly disclose the amount of the settlement with BP.

New Orleans, Louisiana, this 28th day of July, 2015.

          _____
          **SALLY SHUSHAN**
          **United States Magistrate Judge**