UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shusan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

**CONSENT MOTION AND INCORPORATED MEMORANDUM OF
CRYSTAL SEAFOOD COMPANY, INC.
<u>FOR LEAVE TO EXTEND THE TIME TO FILE RESPONSIVE PLEADINGS</u>**

Claimant Crystal Seafood Company, Inc. ("Crystal") hereby respectfully moves the Court for leave to file its responsive pleadings on July 30, 2015, in opposition to the Special Master's June 26, 2015, Motion for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others (Doc. 14613). Following the filing of the Special Master's motion, Crystal's counsel corresponded with the Special Master regarding the due date for responsive pleadings and proposed July 30, 2015. The Special Master agreed to propose that deadline to the Court. The Court's June 26, 2015, Order (Doc. 14774) established July 27, 2015, as the deadline for responsive pleadings. Crystal's counsel was served with that Order via Lexis File & Serve, but did not otherwise receive a copy of the Order. Crystal did not see the posting on Lexis File & Serve and was unaware that the deadline had been set for July 27, rather than July 30, until contacted by the Special Master on July 28.

Because Crystal was unaware of the July 27 deadline until it had passed, it respectfully seeks leave to file responsive pleadings on July 30, the date that had been discussed with the

1

Special Master. The Special Master has reviewed and consented to this motion. The attached proposed order makes no additional adjustments to the Order.

Date: July 28, 2015                               Respectfully submitted,

**THE KRELLER LAW FIRM**

/s/ *Stephen Skelly Kreller*_____
Stephen Skelly Kreller (Bar No. 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

**FAEGRE BAKER DANIELS LLP**
Craig S. Coleman
William L. Roberts
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
T: (612) 766-7000
F: (612) 766-1600
E:  craig.coleman@faegrebd.com
     william.roberts@faegrebd.com

*Attorneys for Crystal Seafood Company, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been filed on the Court's CM/ECF system, and thereby served on all counsel of record who have entered an appearance in this case, on July 28, 2015.

                                  /s/ *Stephen Skelly Kreller*
                                  Stephen Skelly Kreller