UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shusan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

## [PROPOSED] ORDER

Considering the foregoing Consent Motion and Incorporated Memorandum of Crystal Seafood Company, Inc. for Leave to Extend the Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that Crystal Seafood Company, Inc. be given through July 30, 2015 to file responsive pleadings to the Special Master's June 26, 2015 Motion for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Carl J. Barbier, District Court Judge