UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | **MDL 2179** SECTION: J |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *No. 13-5804, Robert Young v. BP Exploration & Production Inc., et al.* (Elton Johnson) | * * | **MAG. JUDGE WILKINSON** |

## ORDER

IT IS ORDERED that Case No. 13-5804 is hereby REASSIGNED from Magistrate Judge Sally Shushan (Div. 1) to Magistrate Judge Joseph Wilkinson, Jr. (Div. 2). The Clerk of Court shall make the appropriate notations in the docket.

New Orleans, Louisiana, this 28th day of July, 2015.

_____
United States District Judge

7/28/15
REASSIGNED TO

**MAG 2**