Minute Entry
Barbier, J.
July 28, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | (REF: 12-970) |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J (1) |
| | : | |
| Relates To: 13-5804 (Elton Johnson) | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

TUESDAY, JULY 28, 2015, 2:00 P.M.
JUDGE CARL J. BARBIER PRESIDING

TELEPHONE CONFERENCE

The Court conducted a telephone conference with counsel for Plaintiff/Intervenor Elton Johnson and Defendant BP to discuss the scope and procedure following remand from the Fifth Circuit. See In re Deepwater Horizon, 786 F.3d 344, 362-65 (5th Cir. 2015). The following matters were discussed:

The Court will issue a separate order reassigning this matter to Magistrate Judge Wilkinson.

The Court scheduled the following deadlines:

The parties shall meet and confer regarding the scope of discovery. On or before Tuesday, August 14, 2015, the parties shall submit a proposed discovery plan to Judge Barbier and Magistrate Judge Wilkinson.

The parties shall complete discovery on or before Tuesday, December 15, 2015 (30 days before hearing).

The parties shall exchange with each other and file with the Court witness and exhibit lists on or before Thursday, December 24, 2015 (21 days before hearing).

An evidentiary hearing is scheduled for Thursday, January 14, 2016 at 8:00 a.m. before

Judge Barbier.

The telephone conference ended at 2:25 p.m.



Present:
Cory Itkin & Jason Itkin for Elton Johnson
Christopher Esbrook & Jeffrey Clark for BP