UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PERO CIBILIC, et al., | * | |
| | * | |
| PLAINTIFFS, | * | CIVIL ACTION NO. 15-00995 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | JUDGE BARBIER |
| INC. AND BP AMERICA | * | |
| PRODUCTION COMPANY, | * | CHIEF MAGISTRATE |
| | * | JUDGE WILKINSON |
| DEFENDANTS. | * | |
| | * | |
| Related to:    12-968 BELO | * | |
|                      in MDL No. 2179 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## PARTIES' STATEMENT REGARDING VENUE

Pursuant to Section III(1)(A) of the Initial Proceedings Case Management Order

("CMO"), and as provided by Section VIII.G of the Medical Benefits Class Action Settlement

Agreement ("MSA"), Plaintiffs Pero and Mary Ann Cibilic and Defendants BP Exploration &

Production Inc. and BP America Production Company (collectively, the "BP Parties") stipulate

that this Back-End Litigation Option ("BELO") Lawsuit should remain in the United States

District Court for the Eastern District of Louisiana for further proceedings.[1]

---

[1] By entering this stipulation with respect to this BELO Lawsuit pursuant to the CMO and MSA,
the BP Parties do not concede that any other cases currently subject to the MDL proceedings in
this Court should remain in the Eastern District of Louisiana.  The BP Parties reserve all rights as
to venue and timing of any transfer with respect to such other MDL cases and in other BELO
Lawsuits.

July 29, 2015                              Respectfully submitted,

                                             */s/ Joseph S. Piacun*

                                           Joseph S. Piacun (LSBA No. #25211)
                                           Thomas A. Gennusa, II (LSBA No. #6010)
                                           Reid S. Uzee (LSBA No. #31345)
                                           GENNUSA, PIACUN & RULI
                                           4405 North I-10 Service Road, Suite 200
                                           Metairie, LA 70006
                                           Telephone: (504) 455-0442
                                           Telefax: (504) 455-7565

*ATTORNEYS FOR PLAINTIFFS PERO AND MARY ANN CIBILIC*

                                             */s/ Kevin M. Hodges*
                                           Kevin M. Hodges
                                           WILLIAMS & CONNOLLY LLP
                                           725 Twelfth Street, N.W.
                                           Washington, D.C. 20005
                                           Telephone:  (202) 434-5000
                                           Telefax:  (202) 434-5029

                                             */s/ Catherine Pyune McEldowney*
                                           Catherine Pyune McEldowney
                                           MARON MARVEL BRADLEY & ANDERSON
                                           LLC
                                           1201 North Market Street, Suite 900
                                           Wilmington, DE 19801
                                           Telephone:  (302) 425-5177
                                           Telefax:  (302) 425-0180

                                             */s/ Don K. Haycraft*
                                           Don K. Haycraft (Bar #14361)
                                           LISKOW & LEWIS
                                           701 Poydras Street, Suite 5000
                                           New Orleans, LA 70139
                                           Telephone:  (504) 581-7979
                                           Telefax:  (504) 556-4108

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 29th day of July, 2015.

/s/ Don K. Haycraft
Don K. Haycraft