IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| Applies to: *All Cases* | * * | Judge CARL J. BARBIER |
| | * * | Magistrate Judge SALLY A. SHUSHAN |

### EX PARTE CONSENT MOTION FOR THE ENTRY OF AN ORDER IMPLEMENTING JULY 13, 2015 ORDER AND DIRECTING DISBURSEMENT OF 6% HOLDBACK FUNDS

**NOW INTO COURT**, through his undersigned counsel, and with the express consent of Class Counsel and BP Exploration and Production, Inc., comes Patrick A. Juneau, as Claims Administrator of the Deepwater Horizon Court Supervised Economic and Property Damages Settlement Program and as Trustee of the Settlement Trust (the "Claims Administrator"), who moves, *ex parte*, for the entry of the annexed Order directing payment from the Registry of this Court in order to implement this Court's Order dated July 13, 2015 [Doc. 14828], based on the following:

1. By its Order dated July 13, 2015 (the "Prior Order") this Court authorized and directed certain disbursements and transfers to be made from what has been identified as the

"MDL 2179 Reserve Account" in this Court's Registry, in accordance with the terms and conditions of the Prior Order.

2. Such funds are to be disbursed to "BP Economic and Property Damages Settlement Trust d/b/a Settlement Trust, 6% Transition Funds Account" (the "Payee"), for future disbursement to claimants and reimbursements as provided in the Prior Order.

3. In order to implement the Prior Order and to comply with this Court's Local Rule 67.3, it is necessary to file this motion and obtain the entry of the annexed Order.

4. The principal sum initially deposited into the MDL Reserve Account from the GCCF was $14,856,065.77.

5. The disbursement from the MDL Reserve Account to the Payee should be in the principal amount of **$6,058,839.76**, payable to the Payee, at the following address: 935 Gravier Street, Suite 1905, New Orleans, LA 70130.

6. All accrued interest thereon should likewise be distributed to the Payee.

7. The taxpayer identification number of the Payee is XX-XXX-4713[1].

8. The Claims Administrator hereby certifies to the Court that this Motion and the Annexed Order have been submitted to the Clerk of this Court for review and have been found acceptable and in compliance with Local Rule 67.3.

WHEREFORE, the Claims Administrator prays that this consent motion be granted, *ex parte*, and that the Clerk of this Court enter the annexed Order and thereafter disburse the Registry funds in accordance with that Order.

New Orleans, Louisiana, this 29th day of July, 2015.

---

[1] The complete TIN will be supplied to the Clerk of Court.


s/J. David Forsyth
J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Telephone: (504) 582-1521
Facsimile: (504) 582-1555
jdf@sessions-law.com

Attorneys for Patrick A. Juneau, as Claims Administrator/Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, the above and foregoing pleading has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

s/J. David Forsyth
J. David Forsyth