IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

November 18, 2014

No. 14-31107

Lyle W. Cayce
Clerk

_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

       Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

       Defendants - Appellees

v.

SEALED APPELLANT 1; SEALED APPELLANT 2; SEALED APPELLANT 3; SEALED APPELLANT 4; SEALED APPELLANT 5; SEALED APPELLANT 6; SEALED APPELLANT 7; SEALED APPELLANT 8; SEALED APPELLANT 9,

       Claimants – Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-970

Before JONES, DENNIS, and SOUTHWICK, Circuit Judges.

_____

    *Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-31107

PER CURIAM:*

      IT IS ORDERED that the appellee's motion for summary affirmance is GRANTED.

      The district court's judgment is AFFIRMED. See 5th Cir. R. 47.6.

      Judge Dennis would have allowed the matter to proceed through the ordinary course, including full briefing.

      IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Jul 28, 2015**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-31107
_____

United States Court of Appeals
Fifth Circuit
**FILED**
November 18, 2014
Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

SEALED APPELLANT 1; SEALED APPELLANT 2; SEALED APPELLANT 3; SEALED APPELLANT 4; SEALED APPELLANT 5; SEALED APPELLANT 6; SEALED APPELLANT 7; SEALED APPELLANT 8; SEALED APPELLANT 9,

      Claimants - Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-970
_____

Before JONES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-31107

IT IS ORDERED that the appellees' motion for summary affirmance is GRANTED.

The district court's judgment is AFFIRMED. *See* 5TH CIR. R. 47.6.

Judge Dennis would have allowed the matter to proceed through the ordinary course, including full briefing.

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 28, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 14-31107    In re: Deepwater Horizon**
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Sabrina B. Short*
                    By: _____
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

cc:
    Mr. Matthew Ian David Andrews
    Mr. George Howard Brown
    Mr. Miguel Angel Estrada
    Mr. Thomas George Hungar
    Mr. Scott Payne Martin
    Mr. Theodore B. Olson
    Mr. Elias John Saad