# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 20, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 23 2015
WILLIAM W. BLEVINS
CLERK

No. 12-30883    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:10-CV-4536

Dear Mr. Blevins,

The following is(are) returned:

Original Exhibits, (1 Box).

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No