# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig     * | MDL 2179 |
| "Deepwater Horizon" in the Gulf  * | |
| of Mexico, on April 20, 2010     * | SECTION "J" |
| * | |
| This Document Relates To:      * | JUDGE BARBIER |
| * | |
| No. 12-970      * | MAG. JUDGE SUSHAN |
| * | |

## JOINT DESIGNATION OF RECORD ON APPEAL

Pursuant to the July 22, 2015 Order of the United States Court of Appeal, Fifth Circuit [Doc. 00513124859], in Case No. 15-30599, the following are the Joint Designations of Record:

| | Doc. Rec. | Date | Docket Entry |
|---|---|---|---|
| 1. | 10564 | 7-2-13 | Order Appointing Louis Freeh and the Freeh Group as Special Master |
| 2. | 11288 | 9-6-13 | Order concerning Special Master Louis J. Freeh's Report of September 6, 2013 |
| 3. | 12794 | 4-29-14 | Order and Reasons granting Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| 4. | 13010 | 6-10-14 | Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others |
| 5. | 13025 | 6-17-14 | Order [re briefing on Rec. Doc. 13010] |
| 6. | 13163 | 7-21-14 | Supplement to Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others |
| 7. | 13182 | 7-25-14 | Response of BP to Join Motion of the Special Master For Return of Payments Made to Jarrod A. Burrle and Others, Rec. Doc. |
| 8. | 13188 | 7-25-14 | Response of Andry Lerner, LLC to Motion of the Special Master for Return of Payments Made to Jarrod A. Burrle and Others |
| 9. | 13239 | 8-1-14 | Consent Motion for Extension of Time Filed by Woodbridge Baric Pre-Settlement Funding, LLC |

| | | | |
|---|---|---|---|
| 10. | 13263 | 8-8-14 | Reply of the Special Master to Response Filed by Andry Lerner LLC to Motion for Return of Payments Made to Jarrod A. Burrle and Others |
| 11. | 13264 | 8-8-14 | Second Supplemental Memorandum in Support of the Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others |
| 12. | 13270 | 8-8-14 | Woodbridge Baric Pre-Settlement Funding, LLC's Memorandum in Opposition to Special Master's Motion for Return of Payments Made to Jarrod A. Burrle and Others |
| 13. | 13285 | 8-14-14 | Reply of the Special Master to Opposition Filed by Woodbridge Baric Pre-Settlement Funding LLC to Motion for Return of Payments Made to Jarrod A. Burrle and Others |
| 14. | 13323 | 8-26-14 | Order [granting Rec. Doc. 13239] |
| 15. | 14747 | 6-23-15 | Order and Reasons [re: Rec. Doc. 13010] |
| 16. | 14798 | 7-1-15 | Final Judgment [re: Rec. Doc. 13010] |
| 17. | 14817 | 7-7-15 | Notice of Appeal of Woodbridge Baric Pre-Settlement Funding, LLC. |
| 18. | 14827 | 7-13-15 | Consent Motion of Woodbridge Baric Pre-Settlement Funding, LLC For: (1) Leave to Deposition Funds Into Registry; (2) Approval of Supersedeas Bond, and; (3) Stay Pending Appeal. |
| 19. | 14844 | 7-14-15 | Order [granting Rec. Doc. No. 14827]. |

The undersigned parties request that all exhibits to the above Recorded Documents be included in the Record for this Appeal.

Respectfully submitted,

/s/ *Margaret F. Swetman*
**GEORGE D. FAGAN, T.A. - #14260**
**MARGARET F. SWETMAN - # 29195**
**ANTON L. HASENKAMPF - # 36109**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: gfagan@leakeandersson.com
Email: mswetman@leakeandersson.com
*Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

LOUIS J. FREEH
SPECIAL MASTER

By: /s/ Gregory A. Paw
Gregory A. Paw
Telephone: 215-981-4220
Email: paw@freehgroup.com
*Counsel to the Special Master*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 29th day of July, 2015, at their last known address of record.

/s/ *Margaret F. Swetman*
**MARGARET F. SWETMAN**