UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BYTHE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 12-03179 | * | |
| HANK J. KIFF V. BP AMERICA | * | JUDGE BARBIER |
| PRODUCTION COMPANY | * | MAG. SHUSHAN |

### HANK J. KIFF'S MOTION FOR RECONSIDERATION

NOW UNTO COURT, through undersigned counsel, comes Plaintiff Hank J. Kiff ("Kiff") who, for reasons more fully set forth in his Memorandum in Support of this Motion, requests the Court reconsider its April 14, 2015, Order (Doc. 14417) (the Court's "April 14 Order") denying Kiff's Motion to Sever his claim against BP America Production Company from the ongoing Multidistrict Litigation titled *In re: Oil Spill By The Oil Rig Deepwater Horizon In The Gulf of Mexico On April 20, 2010*, MDL 2179 (the "MDL") (Doc. 14230).

WHEREFORE, Plaintiff Hank J. Kiff, prays this Honorable Court grant his Motion for Reconsideration, reconsider its Order of April 14, 2015, and grant Kiff's Motion to Sever, allowing this lawsuit be severed and deconsolidated from the MDL so that his claim may be adjudicated in a just and timely manner and the Defendant live up to its just and right obligations under the law. Plaintiff further prays for all such other relief to which he may show himself justly entitled, in law or in equity.

*Signature follows–*

Respectfully submitted,

**SPAGNOLETTI & CO.**

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti
Texas SBN 24076708 (PHV)
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:    713 653 5600
Facsimile:     713 653 5656
Email:           mspagnoletti@spaglaw.com

***Attorney for Plaintiff Hank J. Kiff***


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion to Sever has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2015.

*/s/ Marcus R. Spagnoletti*
Marcus R. Spagnoletti