UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: 12-2715; HANK J. KIFF V. BP AMERICA PRODUCTION COMPANY | * * * * | SECTION: J JUDGE BARBIER MAG. SHUSHAN |

## DECLARATION UNDER PENALTY OF PERJURY

I, Hank Kiff, declare, under penalty of perjury, that the below statements are true and correct:

On the day I was injured, August 21, 2010, I was a healthy, working man who owned the MV Master C. I entered into a bareboat charter agreement with BP, where I was to serve as captain of the vessel.

On said date, I was required to perform the role of a deckhand/responder, in direct contravention of BP's own safety policy and procedure requiring four crew members aboard its vessels.

At the time of the incident, I was lowering boom to soak up the oil while also trying to keep the Vessel in gear, when a swell hit the Vessel, pulling me in the opposite direction, causing injuries to my neck and back.

BP assured me, prior to my agreeing to enter into the bareboat charter, that as captain I would not be required to perform deckhand/responder work, like unloading the boom. BP explained its policy was to have four people on each vessel —two responders, one captain, and one mate. There were not four people on my Vessel, which required me to perform deckhand/responder work.

Since the date of accident, I have suffered physically and mentally. The specifics of my injuries are described in the medical records. I continue to undergo medical treatment. I have endured extreme pain and suffering since the date of accident, and continue to do so to this date.

EXECUTED on June 24th, 2015.

_____
HANK KIFF