PATIENT NAME:        KIFF, HANK J
MED REC NO:          054111
ACCOUNT NO:          5532807
ROOM NO:
DATE OF OPERATION:   03/16/15
SURGEON:             KENNETH BERLINER, M.D.

Page 1

---

PREOPERATIVE DIAGNOSIS: Painful hardware lumbar spine (996.4)

POSTOPERATIVE DIAGNOSIS: Painful hardware lumbar spine (996.4)

PROCEDURE PERFORMED: Removal of painful pedicle screw hardware lumbar spine L3 through L5. (22852).

SURGEON: Kenneth Berliner, M.D.

SURGICAL ASSISTANT: Gabriel Salazar, PA-C

SURGICAL INDICATIONS OF THE ABOVE: A 55-year-old male injured his lumbar spine on 08/21/2010. He had a lumbar fusion done on 06/09/2013, which helped with some of his symptoms, but he had some right-sided leg symptoms, so we removed a pedicle screw back in 11/2014. He then had ACDS to the cervical spine performed last year, which did help his neck and now he is complaining of persistent tenderness over his hardware posteriorly. He is here for hardware removal. The patient's diagnosis, prognosis, treatment options, benefits and risks of surgery, as well as potential complications and desired outcome were discussed with the patient and the patient verbalized understanding of the above and that the desired outcome may not be obtained through surgery. The patient's questions were answered to his satisfaction and an informed consent was then obtained.

PROCEDURE IN DETAIL: The patient was brought to the operative suite. He was given general anesthetic by the anesthesia service. He was positioned prone on a Wilson frame and all bony prominences were well-padded. The patient's back was prepped and draped in the typical sterile fashion. The patient's previous incision was reopened. We identified the dorsal lumbar fascia, incised that along the spinous processes and then dissected laterally, careful to avoid the spinal canal. We identified the pedicle screw heads. We did most sharp dissection, avoiding use of the Bovie in order to avoid any transmission of electrical charge along the pedicle screws. Once the pedicle screws were adequately exposed, we then unlocked the alignment rod, removed the alignment rod and then backed out each of the screws. There were 5 screws in total. Hemostasis was obtained. The wound was irrigated with copious amounts of irrigation. We then reapproximated the dorsal lumbar fascia using interrupted

PATIENT NAME:        KIFF, HANK J
MED REC NO:          054111
ACCOUNT NO:          5532607
ROOM NO:
DATE OF OPERATION:   03/16/15
SURGEON:             KENNETH BERLINER, M.D.

Page 2

---

figure-of-eight stitch of #1 Vicryl. Then we closed the skin in multilayered fashion. A bulky dressing was applied. The patient tolerated the procedure well and was discharged in stable condition to the post anesthesia care unit.


KENNETH BERLINER, M.D.

KB/amt47/80244/62013448

D: 08/19/2015 16:50:26CDT
T: 03/20/2015 06:07:48CDT

# OPERATIVE REPORT

**DATE OF PROCEDURE:** 06/19/2013

**ORTHOPEDIC SURGEON:** Kenneth Berliner, MD

**VASCULAR SURGEON:** Younan Nowzaradan, MD

**FIRST ASSISTANT:** Gabriel Salazar, PA-C

**PREOPERATIVE DIAGNOSES:**
1. Diskogenic axial back pain L3-L4 (722.10).
2. Diskogenic axial back pain L4-L5 (722.10).

**POSTOPERATIVE DIAGNOSES:**
1. Diskogenic axial back pain L3-L4 (722.10).
2. Diskogenic axial back pain L4-L5 (722.10).

**PROCEDURES PERFORMED:**
1. Anterior lumbar diskectomy with posterior decompression L3-L4 (63090).
2. Anterior lumbar diskectomy L4-L5 with posterior decompression (63091).
3. ALIF L3-L4 (22558).
4. ALIF L4-L5 (22585).
5. Preparation and application of interbody device L3-L4 (22851).
6. Preparation and application of interbody device L4-L5 (22851).
7. Placement of anterior screw fixation L3, L4, and L5 (22845).
8. Preparation of local bone graft, application of allograft, and adhesion barrier (20936).
9. Use of microscopic magnification and light intensification (69990).
10. Intraoperative neural monitoring.
11. Cell saver.

**SURGICAL INDICATIONS:** The above 53-year-old male injured his lumbar spine on August 21, 2010. We treated him nonoperatively for 2 years, but his pain persisted. MRI showed protrusion at L3-L4 and L4-L5, and a lumbar diskogram was performed on May 17, 2012 which showed concordant pain at L3-L4 and L4-L5 with normal control levels at the adjacent disks. This matched up well with the MRI findings. We elected to proceed with interbody fusion to treat the patient's diskogenic axial back pain. The patient's diagnoses, prognosis, treatment options, benefits, and risks of surgery as well as potential complications, and desired outcome were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained through surgery. The patient's questions were answered to his satisfaction and informed consent was then obtained.

**SURGICAL PROCEDURE:** The patient was brought to the operative suite. He was given general anesthetic by the anesthesia service. He was positioned supine. All bony prominences were well-

Victory Medical Center Hospital
2001 Hermann Drive
Houston, TX 77004
713-285-5500

PATIENT NAME: KIFF, HANK
DOB:
ADMIT DATE: 06/19/2013
ACCT #: 15786
MRN #: 000003636
ROOM #: 202
JOB #: 61476976

Page 2 of 3

# OPERATIVE REPORT

padded. The abdomen was prepped and draped in typical sterile fashion. Then, anterior retroperitoneal approach to the lumbar spine was performed by Dr. Nowzaradan. This can be dictated under separate report. Once, we were down to the lumbar spine, a combination of Steinmann pin retraction and manual retraction was used to protect the vessels as the disk was exposed. We started at L3-L4, an anterior annulotomy was performed. Then a subtotal diskectomy was performed under microscopic magnification, dissected to the posterior aspect of the vertebral body. Once we were down to cortical bone on the superior and inferior aspect of the disk space, we then sized the disk space and found it to fit a 33 x 13 mm 8-degree cage. On the back table, the cage was prepared with some bone autograft that was harvested during the decompression and mixed with allograft. The cage was inserted and the position was verified with C-arm radiographs. Then anterior fixation was used with screws in both L3-L4. Hemostasis was obtained and adhesion barrier was placed over the anterior aspect of the cage. Attention was then directed to L4-L5.

At L4-L5, similar retraction was used. An anterior annulotomy was performed, then a subtotal diskectomy. We sized the interspace and found this one to fit a 36 x 13 mm 8-degree cage. Again, local bone graft and allograft were mixed and placed in the center of the cage. The cage was then inserted. Three 30 mm screws were used in L4 and L5 for anterior fixation. Position was verified with C-arm radiographs. Adhesion barrier was placed over the anterior aspect of the cage. There were no changes with the intraoperative neural monitoring and there was approximately 100 mL of blood loss. The peritoneum was examined for tears, and then the closure was performed by Dr. Nowzaradan.

Dictated by: Kenneth Berliner, MD

Date:             Time:

D: Wed Jun 19 10:40:18 2013 EST
T: Thu Jun 20 00:32:16 2013 EST
  Copy for KENNETH BERLINER

Victory Medical Center Hospital
2001 Hermann Drive
Houston, TX 77004
713-285-5500

PATIENT NAME: KIFF, HANK
DOB:
ADMIT DATE: 06/19/2013
ACCT #: 15786
MRN #: 000003636
ROOM #: 202
JOB #: 61476976

# OPERATIVE REPORT

**DATE OF PROCEDURE:** 06/19/2013

**SURGEON:** For posterior portion of the procedure, Kenneth Berliner, MD.

**SURGICAL ASSISTANT:** Gabriel Salazar, PA-C.

**PREOPERATIVE DIAGNOSIS:** Discogenic back pain, L3-L4 and L4-L5 (722.10).

**POSTOPERATIVE DIAGNOSIS:** Discogenic back pain, L3-L4 and L4-L5 (722.10).

**PROCEDURES PERFORMED:**
1. Lumbar laminectomy, L3-L4 (63047).
2. Laminectomy, L4-L5 (63048).
3. Posterolateral fusion, L3-L4 (22612).
4. Posterolateral fusion, L4-L5 (22614).
5. Posterior segmental instrumentation L3, L4, and L5 (22842).
6. Preparation and application of local bone graft from laminectomy (20936).
7. Intraoperative neuromonitoring.
8. Cell-Saver.

**SURGICAL INDICATIONS:** This is a continuation of the anterior procedure that was dictated earlier.

**SURGICAL PROCEDURE:** Once the patient was placed prone on a Wilson frame, the C-arm was brought in to identify the L3 and L5 vertebra. An incision was made extending from the top of L3 to the bottom of L5. Then a midline approach was made to the spine. The paraspinal muscles were elevated laterally. We were able to elevate the paraspinals over the facet laterally and exposing the transverse process of L3, L4, and L5. This was done bilaterally. Then a laminectomy was performed. That bone was harvested and used as local bone graft and mixed with allograft.

Then a burr was used to decorticate the bone of the transverse process and the lateral aspect of the facets. The facet of L3-L4 and L4-L5 was resected; however, the facet of L2-L3 was maintained as much as possible. Then the pedicle screws were inserted, first using a pedicle finder. After the pedicle finder was inserted, we would measure thresholds. Then we placed the Steffee probe and feel for bone on all 4 surfaces, internally. Then the hole would be tapped and a screw placed. The thresholds were adequate for all of the screws, except for L5, right; however, when the thresholds were off, we checked an x-ray for the pedicle finder. We also checked an x-ray for the screw. Also at several locations, I checked for cortical bone in all 4 corners of the screw hole. In spite of the low thresholds, the screw appeared to be well encased in bone and, on the x-rays, it appeared to be in good position.

After we placed the left L5 screw, the left L5 screw had good thresholds and so I then removed the right L5 screw and again examined the L5 screw hole, but I could not find any explanation for the low

Victory Medical Center Hospital
2001 Hermann Drive
Houston, TX 77004
713-285-5500

PATIENT NAME: KIFF, HANK
DOB:
ADMIT DATE: 06/19/2013
ACCT #: 15786
MRN #: 000003636
ROOM #: 202
JOB #: 61497442

# OPERATIVE REPORT

thresholds. But satisfied that the screw was entirely encased in bone, we left the screw where it was. We attached the alignment rods and placed bone in the posterolateral gutters. There were no problems with the intraoperative neuromonitoring. There was a total of 250 mL of blood loss. The wound was irrigated with copious amounts of irrigation, prior to placement of the bone graft. The incision was closed. A bulky dressing was applied. The patient was discharged in stable condition to post-anesthesia care unit.


Dictated by: Kenneth Berliner, MD


Date:                Time:

D: Wed Jun 19 18:48:58 2013 EST
T: Thu Jun 20 15:42:02 2013 EST
 Copy for KENNETH BERLINER

Victory Medical Center Hospital
2001 Hermann Drive
Houston, TX 77004
713-285-5500

PATIENT NAME: KIFF, HANK
DOB:
ADMIT DATE: 06/19/2013
ACCT #: 15786
MRN #: 000003636
ROOM #: 202
JOB #: 61497442

## UNIVERSITY GENERAL HOSPITAL

### OPERATIVE REPORT

PATIENT NAME: KIFF, HANK J
MED REC NO: 054111
ACCOUNT NO: 5510631
ROOM NO:
DATE OF OPERATION: 11/13/13
SURGEON: KENNETH BERLINER, M.D.

Page 1

---

CC: GABRIEL SALAZAR, PA-C

PREOPERATIVE DIAGNOSES: Painful hardware right L5 (996.4).

POSTOPERATIVE DIAGNOSES: Painful hardware right L5 (996.4).

PROCEDURE PERFORMED: Exploration of wound with removal of right L5 pedicle screw.

SURGEON: Kenneth Berliner, M.D.

ASSISTANT: Gabriel Salazar, PA-C. The assistance of Gabriel Salazar was medically necessary to help retract sufficiently to present the hardware for removal.

INDICATIONS: The above 54-year-old male had a lumbar fusion performed on 06/19/2013. Postoperatively, he was having some irritation of his right leg. Postoperative CT showed the L5 screw was extending partially outside to the pedicle. We elected to remove the right L5 pedicle screw. The patient's diagnosis, prognosis, treatment options, benefits and risks of surgery as well as potential complications and desired outcome were discussed with the patient and he understood the procedure.

PROCEDURE IN DETAIL: The patient's previous incision was open. We dissected sharply until we were able to expose the instrumentation on the right side. Care was taken not to use the Bovie during the exposure so as to not cause any electrical damage to nearby nerve roots. Once the hardware was identified, we removed the locking caps from all the screws and removed the alignment rod. At this point, it was thought that L5 was the center screw and so the center screw was removed. Then the alignment rod was placed back in the top and bottom screws and locked into place. The paraspinal muscles were allowed to fall back into place. The deep lumbar fascia was reapproximated with interrupted figure of eight stitch of 0 Vicryl. The skin was then closed in a multilayer fashion. A bulky dressing was applied. The patient was discharged in stable condition to postanesthesia care unit.

# UNIVERSITY GENERAL HOSPITAL

## OPERATIVE REPORT

PATIENT NAME:       KIFF, HANK J
MED REC NO:         054111
ACCOUNT NO:         5510631
ROOM NO:
DATE OF OPERATION:  11/13/13
SURGEON:            KENNETH BERLINER, M.D.

Page 2

---

KENNETH BERLINER, M.D.

KB/amt4780156/59064775

D: 12/11/2013 10:50:34CST
T: 12/11/2013 14:24:27CST

# NW SURGERY CENTER
5215 HOLLISTER STREET, HOUSTON, TX 77040 TELEPHONE: (713) 462-3194

## OPERATIVE REPORT

| | |
|---|---|
| PATIENT NAME: | KIFF, HANK |
| CHART NUMBER: | 00027180 |
| DATE OF SERVICE: | 06/16/14 |
| PREOPERATIVE DIAGNOSIS: | 722.0  Herniated nucleus pulposus C3-4. |
| POSTOPERATIVE DIAGNOSIS: | 722.0  Herniated nucleus pulposus C3-4. |

**PROCEDURE PERFORMED:**

| | |
|---|---|
| 22551 | Anterior cervical discectomy with interbody fusion C3-4 using IRIX-C. |
| 22845 | Anterior cervical instrumentation C3 and C4. |
| 22851 | Preparation and application of interbody cage C3-4. |
| 20936 | Preparation and application of local bone graft with allograft in bone cage C3-4. |
| 69990 | Use of microscopic magnification and light intensification for the decompression. |
| 20974 | Placement of external bone growth stimulator, cervical spine. Intraoperative neuromonitoring. |

| | |
|---|---|
| SURGEON: | Kenneth G. Berliner, M.D. |
| ASSISTANT: | Gabriel R. Salazar, PA-C |
| ANESTHESIA: | General. |
| COMPLICATIONS: | None. |

**SURGICAL INDICATIONS:** The above is a 54-year-old male who has been having neck pain since an accident on 8/21/10. MRI demonstrated disc herniation at C3-4. The patient's diagnosis, prognosis, treatment options, benefits, and risks of surgery as well as potential complications and desired outcome were discussed with the patient. The patient verbalized understanding of the above and that the desired outcome may not be obtained through surgery. The patient's questions were answered to his satisfaction and informed consent was then obtained.

**SURGICAL PROCEDURE:** The patient was brought to the operative suite. He was given general anesthetic by the Anesthesia service. He was positioned supine and all

1

## NW SURGERY CENTER
5215 HOLLISTER STREET, HOUSTON, TX 77040 TELEPHONE: (713) 462-3194

### OPERATIVE REPORT

**PATIENT NAME:**              KIFF, HANK

**CHART NUMBER:**              00027180

**DATE OF SERVICE:**           06/16/14

bony prominences were well padded. The patient was put to sleep by the Anesthesia service and the endotracheal tube was placed on the left side of the patient's mouth to facilitate access to the right side of the patient's neck. The patient's neck was prepped and draped in typical sterile fashion.

A transverse incision was made over the cervical flexion creases on the right side of the patient's neck. Dissection was performed bluntly down to the anterior aspect of the cervical spine just medial to the carotid sheath and posterior to the esophagus. The prevertebral fascia was dissected away exposing the C3-4 interspace. A Caspar distraction pin was placed into C4. Intraoperative x-ray confirmed position and another Caspar distraction pin was placed in C3. An anterior annulotomy was performed and then disc was removed with a curet. A Caspar distractor was placed distracting C3 and C4 allowing for decompression posteriorly. This was performed using a combination of a 5.0 curet and a #1 Kerrison. Once the posterior aspect of the spinal canal was decompressed, the bony endplates were cleaned of soft tissue using a rasp and then the IRIX-C was sized and then placed in the interspace between C3 and C4. Some bone was harvested off the anterior aspect of C3 and C4 and was mixed with allograft and placed in the cage. Screw fixation was placed in C3 and C4 in order to prevent migration of the interbody cage. The decompression posteriorly was performed under microscopic magnification. Afterwards, a bone stimulator was applied. There were no problems with intraoperative neuromonitoring and the incision was closed. A bulky dressing was applied. The patient was discharged in stable condition to the postanesthesia care unit.

While in recovery, it was noted the patient had some inferior droop of his left lower lip. This was thought to be in part due to some compression from the endotracheal tube. The patient had no other facial weakness.

Kenneth G. Berliner, M.D.
kgb:ds

2