

www.lonestarorthopedics.com

**KENNETH G. BERLINER, M.D.**
*American Board of Orthopædic Surgery*

June 30, 2015

| | |
|---|---|
| Patient: | Kiff, Hank |
| SS#: | xxx-xx- |
| DOB: | |
| DOA: | August 21, 2010 |
| Treating Doctor: | Kenneth Berliner, MD |

### ORTHOPEDIC REPORT

HISTORY: The above patient returns June 30, 2015, for followup on his neck and back injuries that occurred August 21, 2010. Since the patient's last visit, he has been increasing his activity level with increased neck pain. He continues to complain of low back pain he rates as 8/10. Most of the discomfort comes upon increasing his activity. He complains of morning stiffness as well as pain that radiates to his thigh region. He has been noticing increased pain from his neck to his mid back region.

PHYSICAL EXAMINATION: On examination of the cervical spine, there is tenderness on the right C7-T1 region with moderate range of motion with flexion and extension and with right and left lateral bending. There is a positive axial compression test. Upper extremity motor strength was more or less intact. Sensation was intact. Reflexes were 1+ in the biceps, triceps and brachioradialis.

On evaluation of the lumbar spine, there is tenderness to the right of his incision region with mild limitation in extension and pain with right and left lateral bending. Straight leg raise elicits back pain. Lower extremity motor strength is mildly weakened in both lower extremities, mostly due to back pain. Sensation is intact. Reflexes are 2+ in the patellae and Achilles.

REVIEW OF DIAGNOSTIC STUDIES: X-rays of the patient's cervical spine were performed today at Lone Star Orthopedics that revealed an anterior cervical discectomy and fusion at C3-C4 in good position and good alignment.

PROCEDURE #1: The patient underwent a trigger point injection to his right posterior cervical region. The area was cleansed with alcohol and betadine and prepped. Then 1% lidocaine and 1 cc of triamcinolone were injected. The patient tolerated the trigger point injection well. There was no complication with the injection.

*"Dedicated to Providing Quality Orthopedic Care"*

4710 Katy Freeway, Houston, TX 77007
P: 713 936-5735   F: 832 538 0366

06/30/2015
RE: Kiff, Hank

Page 2 of 2

PROCEDURE #2: The patient underwent a trigger point injection to his right lower lumbar region. The area was cleansed and prepped with alcohol and betadine. Then 1% lidocaine and 1 cc of triamcinolone were injected. The patient tolerated the procedure well. There was no complication with the injection. The patient noted immediate relief following this injection.

IMPRESSION:

1. Status post removal of painful hardware from the lumbar spine, status post lumbar fusion.
2. ACDF at C3-C4.

PLAN OF TREATMENT:

1. The patient was advised on various at-home exercises and stretching to help with his range of motion and strengthening. We will see him back in a few months to monitor his progress.
2. The patient was advised to continue his over-the-counter anti-inflammatories as needed.

Sincerely,

Kenneth G. Berliner, M. D.
American Board of Orthopaedic Surgery
American Academy of Orthopaedic Surgeons
American Academy of Disability Evaluating Physicians

D: KGB:kj
T: 07/05/2015

The supervising physician was on the premises and directly supervised the services.

Gabriel R. Salazar, PA-C