UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BYTHE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 4:12-cv- | * | |
| 03179; HANK J. KIFF V. BP AMERICA | * | JUDGE BARBIER |
| PRODUCTION COMPANY | * | MAG. SHUSHAN |

## ORDER

ON THIS DATE, came on for consideration Hank J. Kiff's Motion for Reconsideration, which is hereby GRANTED.

The Court's Order of April 14, 2015, denying Hank J. Kiff's Motion to Sever is hereby REVERSED and GRANTED.

IT IS SO ORDERED this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE