UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shusan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

## ORDER

Considering the foregoing Consent Motion and Incorporated Memorandum of Crystal Seafood Company, Inc. for Leave to Extend the Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that Crystal Seafood Company, Inc. be given through Thursday, July 30, 2015 to file responsive pleadings to the Special Master's June 26, 2015 Motion for Return of Payments Made to Alliance & Associates, LLC, Crystal Seafood Company, Inc., and Others.

**FURTHER ORDERED** that the deadline for the Special Master to file a reply is hereby extended to and including Thursday, August 13, 2015.

New Orleans, Louisiana this 29th day of July, 2015.

_____
United States District Judge