Deposited of Funds in the Registry

Principal: 14,856,065.77
[signature] Date: 7/30/15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | * * * * * | Judge CARL J. BARBIER Magistrate Judge SALLY A. SHUSHAN |

## ORDER

[Implementing July13, 2015 Order [Doc. 14828] and Directing Disbursement of 6% Holdback Funds]

Considering the foregoing *Ex Parte* Consent Motion for the Entry of an Order Implementing July13, 2015 Order and Directing Disbursement of 6% Holdback Funds, in order to implement that Order [Doc. 14828], and in accordance with this Court's Local Rule 67.3; accordingly,

IT IS ORDERED that the Clerk of this Court be and is hereby ordered and directed to draw a check on the funds on deposit in the "MDL Reserve Account" in the Registry of this Court, in the principal amount of $6,058,839.76, plus all interest earned thereon, less any applicable assessment fee for the administration of funds, payable to the order of "BP Economic

and Property Damages Settlement Trust d/b/a Settlement Trust, 6% Transition Funds Account" (the "Payee"), 935 Gravier Street, Suite 1905, New Orleans, LA 70130, Taxpayer ID XX-XXX-4713[1], and mail or deliver the check to the Payee at the same address.

New Orleans, Louisiana this 30th day of July, 2015.

*[signature]*
CARL J. BARBIER
U.S. DISTRICT JUDGE

---

[1] The complete TIN will be provided to the Clerk of Court.