UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG | ) | MDL 2179 |
| "DEEPWATER HORIZON | ) | |
| IN THE GULF OF MEXICO, | ) | SECTION J |
| ON APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| This document relates to: C.A. 14-0859, | ) | |
| Evanston Insurance Company v. Down | ) | |
| South Services, LLC et al | ) | MAGISTRATE JUDGE SHUSHAN |

**O R D E R**

Considering the foregoing Motion to Substitute Counsel of Record:

IT IS ORDERED that GERALD A. MELCHIODE (#22525) and JAMES J. REEVES, II (#32643), of GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH be removed as counsel of record for plaintiff, Evanston Insurance Company in the above-entitled matter and that BENJAMIN R. GRAU (#26307) and BLAKE W. BOURGEOIS (#35054) of the law firm GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH be substituted and enrolled as counsel of record for plaintiff, Evanston Insurance Company.

New Orleans, Louisiana this 30th day of July, 2015.

_____
United States District Judge