# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD WISNER DONATION, et al.** ) | CIVIL ACTION: MD 2179 |
| ) | |
| Plaintiffs, ) | Hon. CARL J. BARBIER |
| ) | |
| vs. ) | Magistrate Judge SHUSHAN |
| ) | |
| **BP EXPLORATION & PRODUCTION, INC.,** ) et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **This Document Relates to:** ) **Answer in Limitation filed in 2:10-CV-02771** ) **[Rec. Doc. 326]** ) **Short Form Joinders filed in MDL 2179 through** ) **10-9999 [Rec. Doc. 401] and 10-8888** ) **[Rec. Doc. 133248]** ) **Civil Action No. 14-1525** ) ) | |

## MOTION TO INTERVENE FOR ATTORNEY'S FEES

**NOW COME** Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates (hereinafter "WW&G"), formerly counsel for plaintiff Edward Wisner Donation (hereinafter "Donation"), who hereby moves this Honorable Court to allow WW&G to intervene as a matter of right under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b)(1)(B), in the above matter, for the purpose of filing its *Complaint for Attorney's Fees,* asserting therein its lien for attorney's fees on any settlement or judgment in this matter. For the reasons more fully set forth in the accompanying memorandum in support of this *Motion*, WW&G should be permitted to intervene in this matter to assert its lien for attorney's fees.

**WHEREFORE** Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, seeks to intervene as a matter of right under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, permissively under Federal Rule of Civil Procedure 24(b)(1)(B), in the above matter, in order to file its *Complaint for Attorney's Fees*.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
   OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

*Counsel for Intervenor, Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates*

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2015, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Stephen M. Gelé*
**STEPHEN M. GELÉ**

2