## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD WISNER DONATION, et al.** ) | CIVIL ACTION: MD 2179 |
| ) | |
| Plaintiffs, ) | Hon. CARL J. BARBIER |
| ) | |
| vs. ) | Magistrate Judge SHUSHAN |
| ) | |
| **BP EXPLORATION & PRODUCTION, INC.,** ) et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **This Document Relates to:** ) **Answer in Limitation filed in 2:10-CV-02771** ) **[Rec. Doc. 326]** ) **Short Form Joinders filed in MDL 2179 through** ) **10-9999 [Rec. Doc. 401] and 10-8888** ) **[Rec. Doc. 133248]** ) **Civil Action No. 14-1525** ) ) | |

## ORDER

Considering the foregoing *Motion to Intervene For Attorney's Fees*;

**IT IS ORDERED** that the *Motion to Intervene For Attorney's Fees* be and it is hereby GRANTED, and that Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, be allowed to file its *Complaint for Attorney's Fees*.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**J U D G E**