UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

# ORDER

Considering the Court's Order of July 2, 2015, suspending all discovery obligations, etc., in the Alabama compensatory trial (*see* Rec. Doc. 14805);

IT IS ORDERED that the State of Alabama's Motion to Clarify and/or Motion for Protective Order (Rec. Doc. 14743) is MOOT and DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 31st day of July, 2015.

_____
United States District Judge