**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *10-4182, 10-4183, 13-2645, 13-2646, 13-* | * | |
| *2647, 13-2813* | | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

In light of the Court's Order of July 2, 2015, suspending all discovery obligations, etc., in the Alabama compensatory trial (*see* Rec. Doc. 14805);

IT IS ORDERED that BP's Motion for Leave to File Under Seal Exhibits to its Opposition to the State of Alabama's Motion to Clarify (Rec. Doc. 14794) is MOOT and DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 3rd day of August, 2015.

_____
United States District Judge