UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| *13-1780, 13-1743* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Before the Court are two motions to intervene by the Denham Law Firm, PLLC ("Denham"). (Rec. Docs. 18843, 14848). The motions concern disputes between Denham and another law firm, Carter & Jordan, PLLC, over attorneys' fees in connection with two of Denham's former clients, the Town of State Line, Mississippi, and the Town of Leakesville, Mississippi. As the Court appreciates the matter, Denham seeks to intervene into cases that have, for all practical purposes, settled. Furthermore, both of the law firms and the two clients are Mississippi residents, and the issues among them appear to concern only matters of state-law contract. Consequently, Denham should pursue its relief in Mississippi state court. Accordingly,

IT IS ORDERED that Denham's Amended Motions for Leave to Intervene (Rec. Docs. 14843, 14848) are DENIED.

New Orleans, Louisiana, this 3rd day of August, 2015.

_____
United States District Judge