UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRANCE M. SHELLEY and SHANE SHELLEY | * * * | CIVIL ACTION NO. 13-1172 |
| VERSUS | * * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., ET AL | * * * * | MAG. JUDGE |

* * * * * * * * * * * * * * * * * * * * *

## EX-PARTE MOTION TO SERVE SUBPOENA DUCES TECUM IN THE SOUTHERN DISTRICT OF ALABAMA

NOW COME PLAINTIFFS Terrance M. Shelley and Shane Shelley, through undersigned counsel, who move this Honorable Court for an Order allowing them to serve the attached subpoena duces tecum in the Southern District of Alabama to obtain records from DRC Marine, LLC, whose principal office is located at 740 Museum Drive, Mobile, AL 36608 since DRC Marine is out of the subpoena power of this Honorable Court, undersigned counsel hereby requests an Order allowing service of the subpoena duces tecum in the Southern District of Alabama.

RESPECTFULLY SUBMITTED:

/s/ Joshua L. Rubenstein
LAWRENCE BLAKE JONES (T.A. 7495)
DAVID C. WHITMORE (17864)
JOSHUA L. RUBENSTEIN (25229)
LAWRENCE J. CENTOLA, JR. (3962)
**SCHEUERMANN & JONES, LLC**
One Shell Square
701 Poydras Street, Ste. 4100
New Orleans, LA 70139
Telephone: (504)525-4361
Facsimile: (504)525-4380
Attorneys for Plaintiffs,
Terrance M. Shelley and Shane Shelley

1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of August, 2015, served a copy of the foregoing pleading on counsel for all parties this proceeding through PACER, telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein