UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRANCE M. SHELLEY and SHANE SHELLEY | * * | CIVIL ACTION NO.  13-1172 |
| | * | JUDGE |
| VERSUS | * | |
| | * | MAG. JUDGE |
| BP EXPLORATION & PRODUCTION, INC., ET AL | * * | |

* * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing *MOTION TO SERVE SUBPOENA DUCES TECUM,*

IT IS HEREBY ORDERED that the above and foregoing Motion be and the same is hereby GRANTED.

New Orleans, Louisiana, this _____ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

1