AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Alabama

| TERRANCE M. SHELLEY and SHANE SHELLEY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| BP EXPLORATION & PRODUCTION, INC., ET AL | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Eastern District of Louisiana    ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  DRC Marine, LLC, 740 Museum Drive, Mobile, AL 36608

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit "A" Attached.

| Place: DRC Marine, LLC, 740 Museum Drive, Mobile, AL 36608 | Date and Time: 08/30/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/3/15

          CLERK OF COURT                                OR    _____ /s/ _____
      _____                                    *Attorney's signature*
      *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Mitchell C. Ankrum, Jr.
Joshua L. Rubenstein, Scheuermann & Jones, LLC                     , who issues or requests this subpoena, are:
One Shell Square, 701 Poydras Street, Ste. 4100, New Orleans, LA 70139
(504)525-4361, jrubenstein@nola-law.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

TERRANCE M. SHELLEY and SHANE SHELLEY
*Plaintiff*
v.
BP EXPLORATION & PRODUCTION, INC., ET AL
*Defendant*

Civil Action No.

(If the action is pending in another district, state where: Eastern District of Louisiana)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: DRC Marine, LLC, 740 Museum Drive, Mobile, AL 36608

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit "A" Attached.

| Place: DRC Marine, LLC, 740 Museum Drive, Mobile, AL 36608 | Date and Time: 08/30/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 7/2/15

CLERK OF COURT

OR [signature]

Signature of Clerk or Deputy Clerk — Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) [illegible], who issues or requests this subpoena, are: Mitchell C. Ankin [illegible] Jones, LLC, [illegible] Square, 701 Poydras Street, Ste. 4100, New Orleans, LA 70139 [illegible]

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: