UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRANCE M. SHELLEY AND SHANE SHELLEY | * * * | CIVIL ACTION NO.: 13-1172 |
| VERSUS | * * * | JUDGE |
| BP EXPLORATION & PRODUCTION, INC., ET AL | * * | MAG. JUDGE |

*******************************************************************************

**NOTICE OF RECORDS DEPOSITION ONLY
AND SUBPOENA DUCES TECUM TO DRC MARINE, LLC**

TO:   Custodian of Records
      DRC Marine, LLC
      740 Museum Drive
      Mobile, AL 36608

**PLEASE TAKE NOTICE**, that Plaintiffs Terrance M. Shelley and Shane Shelley, through undersigned counsel, will take the records deposition (records only) of the Custodian of Records for DRC Marine, LLC on, Monday, August 31, 2015 at 10:00a.m., at Baldwin Legal Investigation, 2210 Main Street, Daphne, AL 36526 for all purposes, pursuant to the Federal Rules of Civil Procedure, before a court reporter or other official authorized to administer oaths. Attached hereto is a copy of the Deposition Subpoena which is being served on deponent for production the records identified in Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that this deposition is for the production of records only. **No appearance is necessary if the records are produced prior to the date of deposition.** The requesting attorney will accept copies of the requested records via the process server, Baldwin Legal Investigation, 2210 Main Street, Daphne, AL 36526, in lieu of the personal appearance.

RESPECTFULLY SUBMITTED:

/s/ Joshua L. Rubenstein
LAWRENCE BLAKE JONES (T.A.7495)
DAVID C. WHITMORE (17864)
JOSHUA L. RUBENSTEIN (25229)
LAWRENCE J. CENTOLA, JR. (3962)
**SCHEUERMANN & JONES, LLC**
One Shell Square
701 Poydras Street, Ste. 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504)525-4380

Attorneys for Plaintiff's,
Terrance M. Shelley and Shane Shelley

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of August, 2015, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, Telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein