# EXHIBIT "A"

A certified copy of the complete DRC Marine, LLC., personnel file of <u>MITCHELL C. ANKRUM, JR.; DOB: 05/18/1966; SS# xxx-xx-6959</u>. This request includes, but is not limited to the following:

- A.) All employment records;
- B.) Employment application;
- C.) Pre-employment physical results,
- D.) Records of missed days from work, including, but not limited to, records of vacation, personal leave, and sick leave;
- E.) Written test results and performance test result in connection with any and all training received through <u>DRC MARINE, LLC.</u>;
- F.) Occupational/professional license;
- G.) Occupational/professional certificates and/or diplomas;
- H.) Citations;
- I.) Promotions;
- J.) Demotions;
- K.) Records of any and all disciplinary action, including but not limited to complaints, reprimands and warnings; notices of separation;
- L.) Notices of termination.

all in connection with the employment of <u>MITCHELL C. ANKRUM, JR. with DRC MARINE, LLC.</u>