UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 10-4536* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Counsel having informed the Court that the settlement between BPXP and Halliburton moots Halliburton's motion for summary judgment (Rec. Doc. 10753);

IT IS ORDERED that Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnification and/or Contribution for Civil Penalties (Rec. Doc. 10753) is MOOT and DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 4th day of August, 2015.

_____
United States District Judge