UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 12-970, 10-7777* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

IT IS ORDERED that the Motion to File Amicus Brief in Support of Beacon Investors, LLC's Objection to Proposed Settlement (No. 10-7777, Rec. Doc. 223) is DENIED AS MOOT.

New Orleans, Louisiana, this 4th day of August, 2015.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 10-7777**