UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig            ) | CIVIL ACTION: MD 2179 |
| "Deepwater Horizon" in the         ) | |
| Gulf of Mexico, on April 20, 2010  ) | SECTION J(1) |
| ) | |
| This Document Relates to:                ) | Hon. CARL J. BARBIER |
| ) | |
| 10 -02771 [Rec. Doc. 326];                ) | Magistrate Judge SHUSHAN |
| Short Form Joinders filed in MDL 2179 through ) | |
| 10-9999 [Rec. Doc. 401] and 10-8888  ) | |
| [Rec. Doc. 133248]; and 14-1525.      ) | |
| ) | |

## ORDER

Considering the foregoing *Motion to Intervene For Attorney's Fees*;

**IT IS ORDERED** that the *Motion to Intervene For Attorney's Fees* be and it is hereby GRANTED, and that Waltzer, Wiygul & Garside, LLC, as successor of Waltzer & Wiygul, LLP and Waltzer & Associates, be allowed to file its *Complaint for Attorney's Fees*.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**J U D G E**