# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 15-30574

_____

**A True Copy**
**Certified order issued Aug 04, 2015**

Tyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL.,

    Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED, ET AL.,

    Defendants

JASON ZIRLOTT; CAPTAIN JAY, L.L.C.,

    Movants - Appellants

v.

LOUIS J. FREEH,

    Appellee

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 4, 2015, for want of prosecution. The appellants failed to timely order transcript and make financial arrangements with court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 04, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 15-30574   In Re: Deepwater Horizon  
                           USDC No. 2:10-MD-2179  
                           USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____  
                           Shea E. Pertuit, Deputy Clerk  
                           504-310-7666

cc w/encl:  
    Mr. Martin Edward Regan Jr.