UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| No. 13-1172 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Shelley Motion to Serve Subpoena (Rec. doc. 14956)]**

Pretrial Order No. 1 provides that, "[p]ending . . . further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated." Rec. doc. 2 at 6-7. The ex-part motion of the plaintiffs in Terrance Shelley, et al v. BP Exploration & Production, Inc., et al, 13-1172, shall be treated as a motion for relief from the provisions of stay of discovery. The Shelley plaintiffs have not demonstrated any basis why the order staying discovery in the MDL should be lifted as to their case.

IT IS ORDERED that the ex parte motion of the Shelley plaintiffs to serve subpoena duces tecum in the Southern District of Alabama (Rec. doc. 14956) is DENIED.

New Orleans, Louisiana, this 6th day of August, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**