UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' UNOPPOSED MOTION
FOR ENTRY OF THE SECOND AMENDMENT TO PARTIAL
CONSENT DECREE WITH THE TRANSOCEAN DEFENDANTS**

The United States of America, Plaintiff, respectfully requests this Court to enter the proposed Second Amendment to the Partial Consent Decree with the Transocean Defendants.[1] The Second Amendment to the Partial Consent Decree is attached as Exhibit A.  The proposed Second Amendment to the Partial Consent Decree modifies the Partial Consent Decree [Doc. 8608] to provide additional clarity and direction due to the transfer of the Transocean Defendants' facility identified in Paragraph 15.d.4) of the Partial Consent Decree.  Pursuant to the proposed Second Amendment, the Parties agree to modify Paragraph 15.d.4) by the addition of the following: *or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements.*

The Parties agree that the proposed modification does not constitute a material change to the Partial Consent Decree.  Pursuant to Paragraph 82 of the Partial Consent Decree, the terms of

---

[1] The four Transocean entities include Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., and are referred to collectively as "Transocean Defendants."

the Consent Decree may be modified only by a subsequent written agreement signed by all the Parties (as defined in the Partial Consent Decree).

Because the proposed Second Amendment to the Partial Consent does not constitute a material change to the Partial Consent Decree and meets the requirements of Paragraph 82 of the Partial Consent Decree (subsequent written agreement signed by all the Parties as defined by the Partial Consent Decree), the United States requests that the Court execute page 4 and enter the proposed Second Amendment to the Partial Consent Decree, filed as Exhibit A to this motion.

Dated:  August 6, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
MICHAEL MCNULTY
PATRICK CASEY
RICHARD GLADSTEIN
MICHAEL ZEVENBERGEN
Senior Counsel
NANCY FLICKINGER
Senior Attorney
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
DANIELLE FIDLER
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
Trial Attorneys

/s/*Sarah D. Himmelhoch*
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

2

                        Telephone: 202-514-2779
                        E-mail: steve.o'rourke@usdoj.gov

**Certificate of Service**

    I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: August 06, 2015.    /s/Sarah D. Himmelhoch
                          U.S. Department of Justice