UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | |
| . | * | **SECTION: "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **No. 10-4536** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND AMENDMENT TO:**

**PARTIAL CONSENT DECREE BETWEEN THE PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANTS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

A.   WHEREAS, the Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Partial Consent Decree") was entered by the Court on February 19, 2013 [Doc. 8608].   An Amendment to the Partial Consent Decree Between the Plaintiff United States of America and Defendants Triton Asset

Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Transocean Defendants" as defined in the Partial Consent Decree), was also entered by the Court on February 19, 2013 [Doc. 8609].

  B. WHEREAS, subsequent to the entry of the Partial Consent Decree, the Transocean Defendants have advised the United States that they have transferred certain of Transocean Defendants' Houston training operations, a facility identified in Paragraph 15.d.4) of the Partial Consent Decree that is subject to the Transocean Defendants' injunctive requirements under the Partial Consent Decree.

  C. WHEREAS, the Parties have acknowledged that the Transocean Defendants remain solely responsible to comply with the Transocean Defendants' Houston training operations obligations contained in the Partial Consent Decree, however, the Parties would like to modify the Partial Consent Decree to provide additional clarity and direction due to the transfer of the facility identified in Paragraph 15.d.4) of the Partial Consent Decree.

  D. WHEREAS, pursuant to Paragraph 82 of the Partial Consent Decree, the terms of the Partial Consent Decree may be modified only by a subsequent written agreement signed by all the Parties (as defined in the Partial Consent Decree).  Pursuant to Paragraph 81 of the Partial Consent Decree, the Court retains jurisdiction to implement the Partial Consent Decree.

  E. WHEREAS the Parties agree that this modification does not constitute a material change to the Partial Consent Decree.

  F. WHEREAS, the Parties agree to modify Paragraph 15.d.4) of the Partial Consent Decree.  Paragraph 15.d.4) of the Partial Consent Decree shall be modified by the addition of the following: "or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements."  Thus, Paragraph 15.d.4), shall now read as follows:

    4) Implement and maintain International Association of Drilling Contractors, or International Well Control Forum, certification for Transocean Defendants' well control training at Transocean Defendants' training center in Houston, or

comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements.

      i.      Transocean Defendants shall make their training center in Houston, or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements, available upon reasonable written request for the United States' representatives to visit to ensure/increase transparency.

      ii.      Transocean Defendants shall make available three (3) places in designated training sessions at their Houston training facility, or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements, each year for the United States' representatives to attend training sessions to obtain an understanding of Transocean Defendants' training curriculum.

G.      WHEREAS, pursuant to Paragraph 87 of the Partial Consent Decree, the undersigned attorneys are authorized to enter into this amendment.

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED that:

The Partial Consent Decree is hereby amended. Paragraph 15.d.4), shall now read as follows:

      4)      Implement and maintain International Association of Drilling Contractors, or International Well Control Forum, certification for Transocean Defendants' well control training at Transocean Defendants' training center in Houston, or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements.

      i.      Transocean Defendants shall make their training center in Houston, or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements,

available upon reasonable written request for the United States' representatives to visit to ensure/increase transparency.

   ii. Transocean Defendants shall make available three (3) places in designated training sessions at their Houston training facility, or comparable Training Center used by Transocean Defendants or their contractor(s) to meet Transocean Defendants' employee training requirements, each year for the United States' representatives to attend training sessions to obtain an understanding of Transocean Defendants' training curriculum.

So Ordered this _____ day of _____, 2015, in New Orleans, Louisiana.

              _____
              CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

THE UNDERSIGNED PARTIES ENTER INTO THIS SECOND AMENDMENT TO THE PARTIAL CONSENT DECREE:

FOR THE UNITED STATES:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General
Civil Division

PETER FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
SHARON SHUTLER
MALINDA LAWRENCE
Trial Attorneys
R. MICHAEL UNDERHILL, T.A
Attorney in Charge, West Coast Office

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
MICHAEL MCNULTY
PATRICK CASEY
RICHARD GLADSTEIN
MICHAEL ZEVENBERGEN
Senior Counsel
NANCY FLICKINGER
Senior Attorney
ABIGAIL ANDRE
A. NATHANIEL CHAKERES
DANIELLE FIDLER
RACHEL HANKEY
JUDY HARVEY
RACHEL KING
ERICA PENCAK
BRANDON ROBERS
Trial Attorneys

STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
E-mail: steve.o'rourke@usdoj.gov

FOR THE TRANSOCEAN DEFENDANTS (as defined in the Partial Consent Decree):


_____
BRAD D. BRIAN
MICHAEL R. DOYAN
LUIS LI
DANIEL B. LEVIN
MUNGER TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email:  brad.brian@mto.com

| | |
|---|---|
| STEVEN L. ROBERTS | RICHARD SAUBER |
| SUTHERLAND ASBILL & BRENNAN LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| 1001 Fannin Street, Suite 3700 | UNTEREINER & SAUBER LLP |
| Houston, Texas 77002 | 1801 K St NW Ste 411-L |
| Tel:  (713) 470-6100 | Washington  DC   20006-1322 |
| Fax:  (713) 354-1301 | Tel: 202.775.4506 |
| | Fax: 202.775.4510 |