IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) | |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ) | Section: J(1) |
| ) | Judge: Barbier |
| ) | Magistrate: Shushan |
| This Document Relates To: ) | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 61962) ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, Evette E. Ungar and Ungar & Byrne, APLC (hereinafter "U&B" or "Counsel") respectfully move for an order allowing them to withdraw as counsel of record for plaintiff GILL EUGENE JOHNSON, SR." for the following reasons:

1. On or about April 19, 2011 Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff Gill Eugene Johnson, Sr., identified as Rec. Doc. 61962;

2. On or about October 28, 2014, we advised Gill Eugene Johnson, Sr. in writing that U&B was terminating our representation of him and that we would be withdrawing as counsel of record on his behalf;

3. U&B has advised Mr. Gill Eugene Johnson, Sr. of complexity of this matter, the applicable deadlines, and of any pending or possible court appearances.

4. Plaintiff Gill Eugene Johnson, Sr. did not identify any new counsel at the time of our conversation. Consequently, Gill Eugene Johnson, Sr.'s contact information follows: Gill Eugene Johnson, Sr., 14690 Tom Johnson Ave., Coden, AL 36544.

5. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Ungar & Byrne, APLC and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff Gill Eugene Johnson, Sr. in the above-captioned action.

Respectfully submitted this 6th day of August, 2015,

**Ungar & Byrne, APLC.**

_/s/ Evette E. Ungar_
Evette E. Ungar  (LA Bar # 29013)
3701 Division St. #247
Metairie, LA 70002
eungar@ungarlawyers.com
Tele:   (504) 566-1616
Fax:    (504) 566-1652
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

_/s/ Evette E. Ungar_
Evette E. Ungar