IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER ) <br> HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| ) <br> IN RE THE COMPLAINT AND PETITION OF ) <br> TRITON ASSET LEASING GmbH, ET AL., IN A ) <br> CAUSE OF EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) | Section: J(1) <br><br> Judge: Barbier |
| ) | Magistrate: Shushan |
| **This Document Relates To:** ) <br> ) <br> **Case No.: 2:10-CV-08888 (Rec. Doc. 61962)** ) <br> _____ ) | |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Ungar & Byrne, APLC and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Ungar & Byrne, APLC is **GRANTED**. All correspondence, notice, and service to the Plaintiff shall be mailed to :

Gill Eugene Johnson, Sr., 14690 Tom Johnson Ave., Coden, AL 36544.

New Orleans, Louisiana, this the _____ day of _____, 2015.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE