# HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C.
*ATTORNEYS AT LAW*

Douglas S. Draper
Direct Dial: (504) 299-3333
E-mail: ddraper@hellerdraper.com

650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LOUISIANA 70130-6103
TELEPHONE: (504) 299-3300 FAX: (504) 299-3399

9311 BLUEBONNET BLVD.
BATON ROUGE, LA 70810
TELEPHONE: (225) 767-1499 FAX: (225) 761-0760

EDWARD M. HELLER
(1926-2013)

*REPLY TO THE NEW ORLEANS OFFICE*

July 10, 2015

**Via Email**

Gregory A. Paw, Esq.
paw@freehgroup.com

Re:  **Andry Lerner LLC**

Dear Mr. Paw:

In accordance with Judge Barbier's Order, in connection with the Tony Riley matter, I offer you the following:

1. Attached as Exhibit 1 is the only written Attorney Referral Agreement between Jonathan B. Andry ("Andry") and Leo Palazzo ("Palazzo") (the "Agreement"). Upon review, you will note the following:

    1. The Agreement does not mention Riley specifically. It is the operative agreement with The Palazzo Law Firm. At that time Mr. David D. Bravo APLC ("Bravo") was associated with the Palazzo Law Firm;

    2. The Agreement was for thirty-five percent (35%). It was modified verbally at a later date to provide them with an additional five percent (5%);

    3. The Agreement is with Palazzo and does not mention Bravo. Bravo, at the time of the Agreement, worked with The Palazzo Law Firm and later split apart. Andry was told to split the fee between the two of them which accounts for the dual payments. For that reason, no referral agreement exists directly with Bravo; and,

    4. No referral agreement exists with the accountant. He was paid on an hourly non-contingent basis for his services.

July 10, 2015
Page 2

    Andry conducted a diligent search and the sole document responsive to the Judge's Order is attached.

                          Very truly yours

                          Douglas S. Draper

DSD:dh

Enclosure

## ATTORNEY REFERRAL AGREEMENT

BETWEEN

JONATHAN B. ANDRY, ESQ.
And
LEO PALAZZO, ESQ.

OCTOBER ____, 2011

This Referral Agreement ("Agreement") is entered into as of the ____ day of October 2011, by and between Jonathan B. Andry, Esq., ("Andry"), an attorney licensed in the State of Louisiana, and Leo Palazzo, Esq. ("Palazzo") an attorney licensed in the state of Louisiana. Andry and Palazzo are herein collectively referred to as "Participating Firms."

## AGREEMENT

Now, therefore, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the Participating Firms, the Participating Firms hereby agree and convenant as follows:

1. **Scope of Agreement:**

    (a) **General.** This Agreement embodies the entire agreement between the Participating Firms to for Palazzo to refer to Andry, potential claimants in the BP Litigation for all claims they may have as a result of the Oil Spill that occurred from The Deepwater Horizon Oil Rig on April 20, 2010.

    (b) **Joint Representation.** The Participating Firms shall jointly represent each client obtained pursuant to this Agreement. This contingency fee agreement used in connection with the representation of these clients is a joint responsibility of the Participating Firms and shall comply with all applicable ethical rules and requirements and shall provide for, among other things: 1) the reimbursement of expenses; 2) the consent of the Client to the joint representation by the Participating Firm; 3) a general description of legal services to be provided by each firm; and 4) a general description of how the fee shall be divided between the firms together with a statement that in no event shall the client be responsible for more than the maximum agreed upon contingency fee stated as a percentage. Such contingency fee agreements shall otherwise be in the form and substance reasonably acceptable to the Participating Firms and shall be developed and adopted in compliance with all

EXHIBIT

applicable rules of ethics and professional conduct, prior to the commencement of the marketing program and representation of Clients.

(c) The referring attorney fee for any cases referred to Andry by Palazzo which has been previously referred to Palazzo by an attorney shall be the thirty five percent (35%) fee which shall be split in the stated manner between Palazzo and such referenced attorney and which fees shall in no way reduce the sixty five percent (65%) due and owing to Andry. The remaining five (5) percent in attorney's fees shall be held in a separate account by Andry.

2. **Co-Counsel Relationship.**

The Participating Firms hereby agree to assume joint responsibility for the representation of each Client to the extent permitted by law and by the scope of each Participating Firm's professional licenses. The Andry firm will do sixty five percent (65%) of the work and will pay all costs in connection with the respective claims.

3. **Scope of Representation.**

The claims identified in Exhibit A constitute the current list of claims subject to this Agreement. It is contemplated that we will continue to develop additional claims under this Agreement. In order to qualify, any additional claims shall be evidenced by a retainer letter and written acceptance thereto. Once these documents are perfected, the additional claims will be listed on an additional Exhibit hereto.

4. **Term of Agreement.**

Except as otherwise agreed in writing by the Participating Firms, this Agreement shall continue in effect until the resolution of all claims on behalf of Clients represented pursuant to this Agreement, and until the allocation of all fees and expenses between the Participating Firms from said cases has been concluded. It is contemplated that we will continue to develop additional claims under this Agreement.

5. **Allocation of Attorney's Fees Recovered.**

The Participating Firms agree that any attorney's fees recovered shall be divided between them as follows: thirty five percent (35%) of the fee shall be disbursed to Palazzo and sixty five percent (65%) of the fee shall be disbursed to Andry. The remaining five (5) percent of the attorney's fees shall be held in a separate account by Andry.

6. **Non-Assignment; Binding Affect.**

   This Agreement may not be assigned by either Participating Firm without the prior written consent of the other Participating Firm, and any such assignment shall be subject to any required Client notices and each Client's right to object or to agree to such assignment. This Agreement is binding upon each of the Participating Firms and their respective successors, heirs, personal representatives and permitted assigns.

7. **Claims and Indemnification.**

   Each Participating Firm hereby agrees to provide prompt written notice to the other Participating Firm is such Participating Firm becomes aware of claims that have been raised or may be raised by a Client or any third party arising out of or in any way related to, or connected with, or in any way resulting from this joint venture agreement or the transactions contemplated herein, including any attorney discipline complaints or inquiries, and each participating Firm hereby agrees to provide prompt written notice to the other Participating Firm if such Participating Firm becomes aware of any facts that it reasonably believes may give rise to a claim or complaint, including any attorney discipline complaint or inquiry. In addition, each Participating Firm hereby agrees to indemnify and hold the other representatives and agents harmless from and against any and all losses, liabilities, costs, damages or expenses, including, without limitgation, reasonable attorneys' fees and expenses, that any indemnified party may incur or suffer by reason of either, directly or indirectly, the inaccuracy of any representation or warranty of the indemnifying party, or the gross negligence or intentional misconduct of the indemnifying party or its partners, shareholders, officers, employees, representatives or agents in connection with its performance of its obligations under this agreement.

8. **Amendment.**

   This Agreement may only be amended in writing, and any such amendment must be signed by and agreed to by each Participating Firm.

9. **Waivers.**

   No failure or delay on the part of a Participating Firm in the exercise of any right hereunder will impair such right or be construed to be a waiver of, or acquiescence in any breach of any representation, warranty or agreement herein nor will any single or partial

exercise of any such right preclude other or further exercise of such right or any other right.

### 10. Compliance with Law.

Each Participating Firm hereby agrees that it will abide by all applicable laws, regulations and rules of professional conduct or other legal ethics standards in connection with the performance of its duties under this Agreement. Each firm is responsible for its own conflicts review and for taking such steps as may be required by law or ethical rules to resolve any such conflicts, including withdrawal from representation. Each Participating Firm acknowledges and agrees that a firm disqualified by a conflict may not participate in any fee division from the disqualified representation, irrespective of the provisions of Section 4 of this Agreement.

### 11. Client Funds.

All client funds shall be deposited into Andry's client trust account and shall be handled in strict compliance with the Louisiana Rules of Professional Conduct.

The Participating Firms hereby agree and acknowledge that it is their intention to adhere strictly to the applicable ethical standards and Rules of Professional Conduct under which each firm operates. Therefore, each Participating Firm agrees that the Participating Firms shall employ an outside ethics counsel to whom all ethics-related matters shall be referred for his/her opinion with respect to the appropriate course of action for either Participating Firm. The decision of the outside ethics counsel shall be binding on the Participating Firms.

IN WITNESS THEREOF, the Participating Firms have executed this Agreement or caused this Agreement to be executed as of the date set forth by their duly authorized representatives.

_____ 6/11/11    _____
JONATHAN B. ANDRY, ESQ.   DATE       LEO PALAZZO, ESQ.   DATE
The Andry Law Group LLC              Palazzo Law Firm
610 Baronne Street                   732 Behrman Hwy.
New Orleans, Louisiana 70113         Ste. F
                                     Gretna, Louisiana 70056

Leo Palazzo

EXHIBIT A



1.
2.
3.
4.
5. Tony Riley – GCCF & VOO
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.