IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION



DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
        Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
        Respondents.
_____/

### REQUEST FOR DEFAULT

**COMES NOW** Plaintiff **DANIEL J. LEVITAN**, and **DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT**, ("Levitan" or "Plaintiff") and pursuant to Rule 55(a) Federal Rules of Civil Procedure moves for the Clerk of the Court to enter default against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.** ("BP" or "Defendants") for having failed to file an answer or other responsive pleading in this action. Defendants answer or other responsive pleading was due on or before *April 20, 2015*.

**WHEREFORE** Plaintiff demands default be forthwith entered against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.**

TENDERED FOR FILING

AUG -7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___

1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by U.S. Mail first class postage prepaid to: Kristopher S. Ritter, Esq., Kirkland & Ellis, LLP. Attorney for BP, 300 North LaSalle Street, Chicago, IL. 60654 on this 3rd day of August 2015.

*[signature]*

**DANIEL J. LEVITAN**, and
**DANIEL J. LEVITAN d/b/a**
**CAPTAIN JOEY PATTI'S**
**SEAFOOD RESTAURANT**,
c/o DANIEL J. LEVITAN, *pro se*
650607-Legal Mail
Century C.I.
400 Tedder Road
Century, FL. 32535

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR DEFAULT AND DEFAULT JUDGMENT

**COMES NOW** Plaintiff/Affiant **DANIEL J. LEVITAN**, and **DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT**, ("Levitan" or "Plaintiff") and based on personal knowledge states:

1. I am over the age of 18 years.

2. I am the Plaintiff in the above captioned lawsuit.

3. I provided to **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP, P.L.C.** ("Defendants") through their counsel of record, Kristopher S. Ritter, Esq., Kirkland & Ellis, LLP, 300 North LaSalle Street, Chicago, IL. 60654 a request to waive service of a summons in this action along with a copy of the complaint, two copies of the waiver form, and a prepaid means of returning one signed copy of the waiver form to me.

PROVIDED TO
CERTIFICATION
AUG 03 2015
FOR MAILING

TENDERED FOR FILING

AUG -7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

4. Defendants executed and provided to me by U.S. Mail an executed Waiver of Service (*Exhibits A-C*) providing that within 60 days from 2/19/15 an answer or motion under Rule 12 Fed. R. Civ. P. was due by the Defendants on or before *April 20, 2015*. See *Exhibits A-C*.

5. As of today *August 3, 2015* Defendants have failed to provide an answer or motion in this lawsuit.

6. I am due default and default judgment as to all counts of the Complaint. (Doc. 1).

7. I am due all costs of suit and any applicable attorneys fees.

8. I have made demand to Defendants for my partial losses, financial damages, and costs of suit for $467,000.00 for the period of April 21, 2010 through February 28, 2011. I demand partial default judgment for this period and those losses.

9. I also have demanded losses, damages, punitive damages, costs, attorneys fees from on or about March 1, 2011 through April 2013 that I incurred as a direct and proximate result of the Deepwater Horizon Oil Spill as the cause for the closure of my seafood restaurant business, and personal financial injury losses and damages, including punitive damages there from that must be calculated.

10. I am demanding default and partial judgment for $467,000.00.

**DONE AND EXECUTED** at Escambia County, Florida on this 3d day of August 2015.

_____
**DANIEL J. LEVITAN**, and
**DANIEL J. LEVITAN d/b/a**
**CAPTAIN JOEY PATTI'S**
**SEAFOOD RESTAURANT**

2

## NOTARY

**I HEREBY CERTIFY** that **DANIEL J. LEVITAN** did personally appear before me and known to me to be the same person herein and after being duly sworn and deposed did state under the penalties prescribed for perjury the foregoing to be true and correct. So certified on this 3d day of August 2015.

[Notary seal: RUTH A. BOLEN, MY COMMISSION # EE 855891, EXPIRES: December 4, 2016, Bonded Thru Budget Notary Services]

**RUTH BOLEN**, Notary Public

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by U.S. Mail first class postage prepaid to: Kristopher S. Ritter, Esq., Kirkland & Ellis, LLP. Attorney for BP, 300 North LaSalle Street, Chicago, IL. 60654 on this 3rd day of August 2015.

**DANIEL J. LEVITAN**, and
**DANIEL J. LEVITAN d/b/a**
**CAPTAIN JOEY PATTI'S**
**SEAFOOD RESTAURANT**,
c/o DANIEL J. LEVITAN, *pro se*
650607-Legal Mail
Century C.I.
400 Tedder Road
Century, FL. 32535

3