IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT AGAINST BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; and BP, P.L.C.

**DEFAULT IS HEREBY ENTERED** against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY**; and **BP, P.L.C.** pursuant to Rule 55(a) Federal Rules of Civil Procedure for having failed to plead or otherwise defend on or before April 20, 2015, and that failure is shown by the Waiver of Service, and by Affidavit default is entered.

**CLERK OF THE COURT**
U.S. District Court
Eastern District of Louisiana

DATED:_____      BY: _____
                                         **DEPUTY CLERK**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
      Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
      Respondents.

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____/

## DEFAULT AGAINST BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; and BP, P.L.C.

**DEFAULT IS HEREBY ENTERED** against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY;** and **BP, P.L.C.** pursuant to Rule 55(a) Federal Rules of Civil Procedure for having failed to plead or otherwise defend on or before April 20, 2015, and that failure is shown by the Waiver of Service, and by Affidavit default is entered.

                                       **CLERK OF THE COURT**
                                       U.S. District Court
                                       Eastern District of Louisiana

DATED:_____            BY: _____
                                                 **DEPUTY CLERK**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
      Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
      Respondents.
_____/

TENDERED FOR FILING

AUG -7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**DEFAULT AGAINST BP EXPLORATION & PRODUCTION, INC.;
BP AMERICA PRODUCTION COMPANY; and BP, P.L.C.**

**DEFAULT IS HEREBY ENTERED** against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY;** and **BP, P.L.C.** pursuant to Rule 55(a) Federal Rules of Civil Procedure for having failed to plead or otherwise defend on or before April 20, 2015, and that failure is shown by the Waiver of Service, and by Affidavit default is entered.

                                          **CLERK OF THE COURT**
                                          U.S. District Court
                                          Eastern District of Louisiana

DATED:_____          BY: _____
                                         **DEPUTY CLERK**

1