## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED AUG -7 2015

WILLIAM W. BLEVINS
CLERK

CASE NO. **2:14-cv-2606-CJB-SS**
v.    N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

### REQUEST FOR DEFAULT JUDGMENT

**COMES NOW** Plaintiff **DANIEL J. LEVITAN,** and **DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT,** ("Levitan" or "Plaintiff") and pursuant to Rule 55(b) Federal Rules of Civil Procedure moves for the Clerk of the Court to enter default judgment in the partial amount of **$467,000.00** against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.** ("BP" or "Defendants") for having failed to file an answer or other responsive pleading in this action. Defendants answer or other responsive pleading was due on or before *April 20, 2015*.

Defendant does show by Affidavit and as plead in the Complaint, adopted herein as if set forth at length (Doc. 1) that he requests in part damages in the partial amount of **$467,000.00** for damages between the dates of *April 21, 2010 through February 28, 2011*.



PROVIDED TO
CERTIFICATION
AUG 0 3 2015
FOR MAILING

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep____
____ Doc. No.____

**WHEREFORE** Plaintiff demands default judgment for **$467,000.00** be forthwith entered against **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided by U.S. Mail first class postage prepaid to: Kristopher S. Ritter, Esq., Kirkland & Ellis, LLP. Attorney for BP, 300 North LaSalle Street, Chicago, IL. 60654 on this 3rd day of August 2015.

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
c/o DANIEL J. LEVITAN, *pro se*
650607-Legal Mail
Century C.I.
400 Tedder Road
Century, FL. 32535

Daniel J. Levitan
650607-Legal Mail
Century C.I.
400 Tedder Road
Century, FL. 32535

August 3, 2015

Clerk of the Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA. 70130

Re:   *Levitan, et. al. v. BP. et. al.*, 2:14-cv-2606-CJB-§
      Request for Entry of Default, and Request for Default Judgment

Dear Clerk:

Enclosed you will find:

i. Notice of Filing w/ Waiver of Service Exhibits.

ii. Request for Default w/ 3-Blank Defaults for Execution.

iii. Affidavit in Support of Request for Default and Default Judgment.

iv. Request for Default Judgment w/ 3-Blank Defaults for Each BP Defendant.

Please enter default and default Judgment. Please return two executed set of defaults (Default Judgment and Defaults) to me in the enclosed SASE.

Thank you for your assistance.

Sincerely,

**DANIEL J. LEVITAN**

Enclosures

PROVIDED TO
CENTURY CI ON
AUG 0 3 2015
FOR MAILING



Century Correctional Institution
Daniel Levitan 650607
400 Tedder Rd.
Century, Florida 32535

US DISTRICT COURT
E.D. LA.
500 POYDRAS ST.
NEW ORLEANS, LA. 70130

Daniel J. Latham
650607- Legal Mail
Century C.I.
400 Tedder Road
Century, FL. 32535



U.S. POSTAGE PAID
CENTURY, FL
32535
AUG 05, 15
AMOUNT
$0.00
R2305H127678-01

Century Correctional Institution
Daniel Levitan
400 Tedder Rd
Century, Florida

Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA. 70130

LEGAL MAIL