IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP P.L.C.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP P.L.C.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                              **CLERK OF THE COURT**
                              U.S. District Court
                              Eastern District of Louisiana

DATED:_____    BY: _____
                                            **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP P.L.C.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP P.L.C.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

**CLERK OF THE COURT**
U.S. District Court
Eastern District of Louisiana

DATED:_____ BY: _____
                                                   **DEPUTY CLERK**

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

**DANIEL J. LEVITAN**, and
**DANIEL J. LEVITAN d/b/a**
**CAPTAIN JOEY PATTI'S**
**SEAFOOD RESTAURANT**,
    Plaintiffs,

v.

**BP EXPLORATION & PRODUCTION, INC.,**
**BP AMERICA PRODUCTION COMPANY,**
**BP, P.L.C.,**
    Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

**TENDERED FOR FILING**

**AUG - 7 2015**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP P.L.C.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP P.L.C.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

        **CLERK OF THE COURT**
        U.S. District Court
        Eastern District of Louisiana

DATED:_____    BY: _____
                           **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
        Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
        Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP AMERICA PRODUCTION COMPANY

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP AMERICA PRODUCTION COMPANY** in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                              **CLERK OF THE COURT**
                              U.S. District Court
                              Eastern District of Louisiana

DATED:_____        BY:  _____
                                          **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
      Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
      Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG -7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP AMERICA PRODUCTION COMPANY

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP AMERICA PRODUCTION COMPANY** in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                                        **CLERK OF THE COURT**
                                        U.S. District Court
                                        Eastern District of Louisiana

DATED:_____      BY: _____
                                                    **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP AMERICA PRODUCTION COMPANY

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP AMERICA PRODUCTION COMPANY** in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                                        **CLERK OF THE COURT**
                                        U.S. District Court
                                        Eastern District of Louisiana

DATED:_____    BY: _____
                                                  **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
    Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
    Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG -7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP EXPLORATION & PRODUCTION, INC.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN** d/b/a **CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP EXPLORATION & PRODUCTION, INC.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                                        **CLERK OF THE COURT**
                                        U.S. District Court
                                        Eastern District of Louisiana

DATED:_____        BY: _____
                                            **DEPUTY CLERK**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
      Plaintiffs,

v.

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
      Respondents.
_____/

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP EXPLORATION & PRODUCTION, INC.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP EXPLORATION & PRODUCTION, INC.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

                              **CLERK OF THE COURT**
                              U.S. District Court
                              Eastern District of Louisiana

DATED:_____  BY: _____
                                                              **DEPUTY CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

DANIEL J. LEVITAN, and
DANIEL J. LEVITAN d/b/a
CAPTAIN JOEY PATTI'S
SEAFOOD RESTAURANT,
        Plaintiffs,

v.

CASE NO. **2:14-cv-2606-CJB-SS**
N.D.Fla. No. 3:14-cv-603-LC-CJK
MDL NO. 2:10-MDL-2179-CJB-SS

BP EXPLORATION & PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP, P.L.C.,
        Respondents.
_____/

TENDERED FOR FILING

AUG - 7 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## DEFAULT JUDGMENT AGAINST BP EXPLORATION & PRODUCTION, INC.

**JUDGMENT IS HEREBY ENTERED** in favor of **DANIEL J. LEVITAN, DANIEL J. LEVITAN d/b/a CAPTAIN JOEY PATTI'S SEAFOOD RESTAURANT** and against **BP EXPLORATION & PRODUCTION, INC.**, in the amount of **FOUR HUNDRED SIXTY SEVEN THOUSAND DOLLARS AND 00/100 U.S. ($467,000.00).**

**CLERK OF THE COURT**
U.S. District Court
Eastern District of Louisiana

DATED:_____       BY: _____
                                              **DEPUTY CLERK**

1