UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| Almutasembellah Jubran, Justin Altamira and Russell Alherblom v. BP Exploration and Production, Inc., et al. | * * * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
1:14-cv-2301 and 10-md-2179

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE THE CLAIMS AGAINST WEATHERFORD U.S., L.P. BY PLAINTIFFS ALMUTASEMBELLAH JUBRAN, JUSTIN ALTAMIRA AND RUSSELL ALHERBLOM'S

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Almutasembellah Jubran, Justin Altamira and Russell Alherblom ("Plaintiffs"), and defendant, Weatherford U.S., L.P. ("Weatherford"), who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, file this Joint Motion to Dismiss Without Prejudice all claims against Weatherford U.S., L.P. asserted in the matter of *Almutasembellah Jubran, Justin Altamira and Russell Alherblom v. BP Exploration and Production, Inc., et al.*, Civil Action No. 1:14-cv-2301.

**WHEREFORE**, Plaintiffs, Almutasembellah Jubran, Justin Altamira and Russell Alherblom, and defendant, Weatherford U.S., L.P., file this joint motion to dismiss without prejudice all claims against Weatherford U.S., L.P., filed by said Plaintiffs in this matter, along with all associated allegations arising out of the *Deepwater Horizon* incident against Defendant, Weatherford U.S., L.P., as set forth in the matter of *Almutasembellah Jubran, Justin Altamira and Russell Alherblom v. BP Exploration and Production, Inc., et al.*, Civil Action No. 1:14-cv-2301.

{N2978505.1}

This 11th day of August, 2015.

                Respectfully submitted,

                **BRUCE J. DUKE, LLC**

                */s/ Bruce J. Duke*
                Bruce J. Duke
                4201 Grenwich Lane
                Mount Laurel, NJ 08054
                Telephone: (856) 701-0555
                bruceduke@comcast.net
                ***Counsel for Plaintiffs, Almutasembellah Jubran, Justin Altamira and Russell Alherblom***

                **and**

                **JONES WALKER LLP**

                */s/ Glenn G. Goodier*
                GLENN G. GOODIER (#06130)
                RICHARD D. BERTRAM (#17881)
                LANCE M. SANNINO (#29409)
                201 St. Charles Avenue. 48th Floor
                New Orleans, Louisiana 70170-5100
                Telephone: (504) 582-8174
                Facsimile: (504) 589-8174
                ggoodier@joneswalker.com
                rbertram@joneswalker.com
                lsannino@joneswalker.com

                MICHAEL G. LEMOINE, T.A. (#8308)
                GARY J. RUSSO (#10828)
                DOUGLAS C. LONGMAN, JR. (#8719)
                600 Jefferson Street, Suite 1600
                Lafayette, Louisiana 70501-5100
                Telephone: (337) 262-9024
                mlemoine@joneswalker.com
                grusso@joneswalker.com
                dlongman@joneswalker.com
                ***Counsel for Defendant, Weatherford U.S., L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2015 the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ Glenn G. Goodier
GLENN G. GOODIER