UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig            "Deepwater Horizon" in the            Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| Almutasembellah Jubran, Justin Altamira and Russell Alherblom v. BP Exploration and Production, Inc., et al. | * * * * | MAGISTRATE:  SHUSHAN |

Civil Action Nos.:
1:14-cv-2301 and 10-md-2179

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiffs, Almutasembellah Jubran, Justin Altamira and Russell Alherblom ("Plaintiffs"), against defendant, Weatherford U.S., L.P., as set forth in the matter of *Almutasembellah Jubran, Justin Altamira and Russell Alherblom v. BP Exploration and Production, Inc., et al.,* Civil Action No. 1:14-cv-2301, along with all associated allegations arising out of the *Deepwater Horizon* incident against Defendant, Weatherford U.S., L.P., be and the same are hereby dismissed without prejudice, with each party to bear its respective costs of court and attorneys' fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

{N2978505.1}