IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1)  Judge: Barbier |
| | Magistrate: Shushan |
| **This Document Relates To:** | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 61962) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Ungar & Byrne, APLC and finding that the same has merit,

**IT IS ORDERED** that Evette E. Ungar and Ungar & Byrne, APLC are **WITHDRAWN** as counsel of record for Plaintiff Gill Eugene Johnson, Sr. Plaintiff's contact information is: Gill Eugene Johnson, Sr., 14690 Tom Johnson Ave., Coden, AL 36544.

New Orleans, Louisiana this 11th day of August, 2015.

_____
United States District Judge