# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


August 06, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30574   In Re: Deepwater Horizon
                    USDC No. 2:10-MD-2179
                    USDC No. 2:12-CV-970


The court has granted appellants' motion to reopen the appeal.


                Sincerely,

                LYLE W. CAYCE, Clerk

                *Shea E. Pertuit*

                By: _____
                Shea E. Pertuit, Deputy Clerk
                504-310-7666


Mr. William W. Blevins
Mr. Martin Edward Regan Jr.