UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION BY THE CITY OF MOBILE, ALABAMA FOR LEAVE TO AMEND ITS SHORT FORM JOINDER COMPLAINT AND TO DISMISS BP

NOW INTO COURT, through undersigned counsel, comes THE CITY OF MOBILE, ALABAMA ("Movant") who moves this Court for leave to Amend its Short Form Joinder in case 10-9999 in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011 subject to extensions and established a case under which these were to be filed, namely CA 10-9999 for short form joinders only. Motions and responses relative to short form joinders were to be filed in MDL 2179 and CA 10-2771.

2. THE CITY OF MOBILE, ALABAMA timely filed its short form joinder on or about April 20, 2011 which by prior order of the court served as presentment under the OPA for this case. As such, BP and the other defendants were in a

      position to request additional information, which is something it routinely did in other cases where presentments were delivered directly. To the best information of the claimant, neither BP nor the other defendants ever undertook these actions in any of the short form joinder filings and thereby waived the right to additional information, rendering amended filings non-prejudicial as providing information beyond what has been required or requested by BP or the other defendants.

3.     The settlement with BP requires a dismissal of the claims against BP and hence an amendment of the SFJ filed is appropriate specifically setting out what claims remain in this matter.

4.     No prejudice will result from the granting the Motion For Leave to Amend the Short Form Joinder and accepting the Amended Short Form Joinder, which is being filed concurrently with this Motion, per the ECF provisions for such filings, as an attachment. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, it is requested that The City of Mobile's Motion for Leave to Amend its Short Form Joinder be granted allowing the city to dismiss BP while retaining its claims against Haliburton and Transocean, particularly those claims related to punitive damages, and that the Amended Short Form Joinder, attached hereto as Exhibit 1, be accepted.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER
Gregory Friedlander
01886 Bar Number

Attorney for Plaintiff
Gregory M. Friedlander &
Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

/s/Mary Beth Mantiply_____
Mary Beth Mantiply
Fed. Bar No. MANTM7470
P.O. Box 862
Montrose, AL 36559
251.625.4040
Adele123m@aol.com
Plaintiff's Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th Day of August, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to the following counsel:

Richard C. Godfrey, P.C. J Anderw
Lanan PC Wendy L:. Bloom
Kirkland and Ellis LLP
300 North LaSalle St
Chicago, Il 60654
312-862-2000
Jeffrey B. Clark
Steven A Myers
Kirkland & Ellis LLP
655 Fifteenth St NW
Washington, DC 20005
202-879-5000

richard.godfrey@kirkland.com, caroline.lippert@kirkland.com, andrew.langan@kirkland.com, frank.sramek@kirkland.com,koneil@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

Jeffrey Lennard
SNR Denton US LLP
233 S. Wacker Drive Suite 7800
Chicago, Il 60606
312-876-8000


Don K Haycraft
Liskow and Lewis
One Shell Sq
701 Poydras St Suite 5000
New Orleans La 70139
504-581-7979
dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, rkjarrett@liskow.com, epanzeca@liskow.com

Stephen J. Herman
Herman, Herman and Katz, LLP
820 O'Keefe Ave
New Orleans, La 70113
5045814892
Fax 504-561-6024
sherman@HHKC.com, jchauvin@hhklawfirm.com

James P. Roy
Domengeaux, Wright, Roy and Edwards
556 Jefferson Street Suite 500
Lafayette, La 70501
334-233-3033
Fax 337-233-2796
jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com


                                                                s/ Gregory Friedlander