UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**

**MOTION FOR LEAVE TO AMEND THE COMPLAINT
ORIGINATING AS A SHORT FORM JOINDER**

NOW INTO COURT, through undersigned counsel, comes THE CITY OF MOBILE, ALABAMA("Movant") who files this Memorandum in Support of Motion for Leave To File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline as follows:

1.  This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011 subject to extensions and established a case under which these were to be filed for government entities, namely CA 10-9999 for short form joinders only. Motions and responses relative to short form joinders were to be filed in MDL 2179 and CA 10-2771.

2.  THE CITY OF MOBILE, ALABAMA filed a timely short form joinder as document 158 in 10-9999 on or about April 20, 2011 which by prior order of the court served as a complaint and presentment under the OPA for this case. As such, BP was in a position to request additional information which is something they routinely did in other cases where presentments were delivered directly. To

the best information of the claimant, BP never undertook this in any of the short form joinder filings and thereby waived the right to additional information rendering amended filings non-prejudicial as providing information beyond what is required or requested by BP or the other defendants.

3. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. The settlement with BP requires a dismissal of the claims against BP and hence an amendment of the SFJ filed is appropriate specifically setting out what claims remain in this matter.

5. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

6. Procedurally, provision has been made for the short form joinder process and presentment outside of trial dates and through direct presentment by BP

originated process and through the GCCF and allowing these short form joinders is consistent with the reasoning for those exceptions. (a) Presentment and short form joinders are types of claims and claims deadlines are set for 6/8/15; having presented some form of claim in this case, the client has satisfied the original short form joinder requirements and this serves as an amended short form joinder, (b) the order allowing the use of the short form joinder to satisfy presentment doesn't give an absolute deadline (subject to no extension) but the claim deadline is 6/8/15.

7. The settlement remains incomplete in particular because the claims against Transocean and Haliburton specifically against the funds established by settlements with those entities remain; and also remains uncertain given numerous appeals including that of the 495 procedures. While the motion pending to renotice the class does not apply to this limited relief, the arguments in that motion are adopted to the extent relevant to this inquiry.

8. The continuing nature of this particular spill (oil remains in the gulf and continues to make its presence known directly and indirectly along the coast) makes presentment and short form joinder dates open to interpretation.

For these reasons, Movant requests that the Court grant Movant leave to file the Amended Short Form Joinder Attached as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline and any extensions and that the Court deems said Short Form Joinder as timely filed.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th Day of August, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Richard C. Godfrey, P.C. J Anderw
Lanan PC Wendy L:. Bloom
Kirkland and Ellis LLP
300 North LaSalle St
Chicago, Il 60654
312-862-2000
Jeffrey B. Clark
Steven A Myers
Kirkland & Ellis LLP
655 Fifteenth St NW
Washington, DC 20005
202-879-5000

richard.godfrey@kirkland.com, caroline.lippert@kirkland.com, andrew.langan@kirkland.com, frank.sramek@kirkland.com, koneil@kirkland.com, mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

Jeffrey Lennard
SNR Denton US LLP
233 S. Wacker Drive Suite 7800
Chicago, Il 60606
312-876-8000

Don K Haycraft
Liskow and Lewis
One Shell Sq
701 Poydras St Suite 5000
New Orleans La 70139
504-581-7979

dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, rkjarrett@liskow.com, epanzeca@liskow.com

Stephen J. Herman
Herman, Herman and Katz, LLP
820 O'Keefe Ave
New Orleans, La 70113
5045814892
Fax 504-561-6024
sherman@hhkc.com, jchauvin@hhklawfirm.com

James P. Roy
Domengeaux, Wright, Roy and Edwards
556 Jefferson Street Suite 500
Lafayette, La 70501
334-233-3033
Fax 337-233-2796
jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

                                        s/ Gregory Friedlander
Gregory Friedlander
01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com