UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |
| Case No 10-9999 | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO: Counsel

PLEASE TAKE NOTICE that subject to Pre-trial Orders Nos. 11 and 25, in which the Court stated that it will set the date of all hearings on motions in this case, the Motion for Leave to File An Amended Short Form Joinder dismissing BP as required by the settlement in this case.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th Day of August, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Richard C. Godfrey, P.C. J Anderw
Lanan PC Wendy L:. Bloom
Kirkland and Ellis LLP
300 North LaSalle St
Chicago, Il 60654
312-862-2000
Jeffrey B. Clark
Steven A Myers
Kirkland & Ellis LLP
655 Fifteenth St NW
Washington, DC 20005
202-879-5000

richard.godfrey@kirkland.com,   caroline.lippert@kirkland.com,   andrew.langan@kirkland.com, frank.sramek@kirkland.com,koneil@kirkland.com,   mark.nomellini@kirkland.com, mel.cribbin@kirkland.com, uzo.dike@kirkland.com

Jeffrey Lennard
SNR Denton US LLP
233 S. Wacker Drive Suite 7800
Chicago, Il 60606
312-876-8000


Don K Haycraft
Liskow and Lewis
One Shell Sq
701 Poydras St Suite 5000
New Orleans La 70139
504-581-7979
dkhaycraft@liskow.com,   agoldman@liskow.com,   bevers@liskow.com,   dcreid@liskow.com, pfussell@liskow.com, rkjarrett@liskow.com, epanzeca@liskow.com

Stephen J. Herman
Herman, Herman and Katz, LLP
820 O'Keefe Ave
New Orleans, La 70113
5045814892
Fax 504-561-6024
sherman@hhkc.com, jchauvin@hhklawfirm.com

James P. Roy
Domengeaux, Wright, Roy and Edwards
556 Jefferson Street Suite 500
Lafayette, La 70501
334-233-3033

Fax 337-233-2796
jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

        s/ Gregory Friedlander
        Gregory Friedlander
        01886 Bar Number
        Attorney for (Plaintiff/Pro Se)
        Gregory M. Friedlander & Associates, P.C.
        11 S. Florida St.
        Mobile, AL 36606-1934
        (251)470-0303
        (888)441-2123
        E-Mail Address: Isee3@aol.com