UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig               MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          SECTION   J

Applies to:                                    JUDGE BARBIER
                                               MAGISTRATE JUDGE SHUSHAN
Ortega, et al. v. BP plc, et al.
2:10-cv-03093-CJB-SS


## MOTION FOR CASE MANAGEMENT CONFERENCE

The Plaintiff's, Dr. Teodoro K. Ortega; Drs. Angel and Michael Williamson; LaMer Condominium Association of Northwest Florida, as Termination Trustee; V. Keith and Melinda S. Wells; and all other plaintiffs represented by the McKenzie Law Firm, P.A. listed on the attached Exhibit "A", hereby move the Court pursuant to Rule 16, Fed.R.Civ.P, to schedule a Status Conference to address scheduling orders, case and discovery management of litigation,, desirability of clustering certain categories of cases together for consolidated discovery and motion practice, etc., and as grounds therefor would show:

    1.    Rule 16 of the Federal Rules of Civil Procedure, allows the Court wide discretion to schedule conferences for the above purposes.

    2.    There are thousands of cases before the Court for litigants who opted out of the Deepwater Horizon Economic and Medical Settlements and filed either full complaints or short form joinders that are now before this Court, including those of the Plaintiffs filing this motion.

    3.    These cases include persons who have filed claims for damage to property and property values, cleanup costs for private property, private economic and business losses, personal injury cases, etc.

4. The vast majority of these cases have been stayed by the Court because of the Limitation of Liability, Allocation of Fault, Clean Water Act Penalties phases of trial that have now been concluded.

5. The vast number of plaintiffs in the opt out cases have now been delayed for over five years post spill in being able to pursue their cases.

6. Additionally, these cases fall into reasonably distinct categories of cases in which each category has virtually identical issues of law and fact that will overlap and call for consolidated handling to avoid duplication of judicial and attorney time and to limit the expenditure of duplicative costs.

7. In the past, the Plaintiffs' Steering Committee has shown little to no interest in spearheading and overseeing most of these categories of litigation. It is unknown whether any member of the Plaintiffs' Steering Committee has any or a substantial number of opt out cases and would be a real stakeholder in this litigation. Therefore, it is appropriate for this Court to consider grouping these cases for consolidated discovery and case management, consider appointing one or more committees to oversee and manage these cases of litigation and to consider the establishment of case management timetables for those areas of litigation.

8. Undersigned counsel believes it would also be in the best interest of judicial economy to issue a blanket order inviting or requiring counsel in all opt out cases (not presently subject to case management orders from the Court) to appear at the Case Status Conference and/or to have input into the matters raised herein or otherwise determined to be important by the Court.

WHEREFORE, the above Plaintiffs pray that the Court will schedule the Case Status Conference requested in the Motion, at the Court's earliest convenience.

Respectfully Submitted,

/s/ James F. McKenzie
James F. McKenzie
Florida Bar No. 163790
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:     (850) 432-2856
Facsimile:         (850) 202-2012
E-mail:          jmckenzie@mckenzielawfirm.com
2ndary:          hsmith@mckenzielawfirm.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this 11th day of August, 2015.

/s/ James F. McKenzie
James F. McKenzie
Florida Bar No. 163790
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, Florida 32503
Telephone:     (850) 432-2856
Facsimile:            (850) 202-2012
E-mail:        jmckenzie@mckenzielawfirm.com
2ndary:        hsmith@mckenzielawfirm.com
Attorney for Plaintiffs