# EXHIBIT "A"

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

| Claimant | Document Numbers |
|---|---|
| Adkins, Clayborn J. | 135232 |
| Adkins, Victoria B. | 135233 |
| ADX Communications of Escambia, LLC. | 130762 |
| Akkerhuis, Gerard | 128728 |
| Akkerhuis, Marianne H. | 128727 |
| Allison, Jennie M. | 61659 |
| Araguel, Patrick J., Jr. | 34685 |
| Araguel, Jennifer C. | 42650; 42667 |
| Arenson, Ronald L. | 64575 |
| Arenson, Ellen V. | 64582 |
| Askegard, Vernon R. | 130369 |
| Autumn Pines Developers, LLC. | 128374 |
| Aycock, Aaron B. | 128725 |
| Aycock, Shara L. | 128726 |
| Baehr, Janis C. | 129371 |
| Sanderford, Caitlin R. | 129892 |
| Bagwell, David M. | 129761 |
| Bagwell, Diane G. | 129764 |
| Bardin, Tracy | 49699, Amended 133986 |
| Barnes, Dennis E. | 136365 |
| Barnhill, Charles | 128460 |
| Barnhill, Paula | 128462 |
| Bateco, LLC. | 45476; amended 129195 |
| Baumgartner, Michael J. | 129798 |
| Baumgartner, Ann K. | 129796 |
| BBP, LLC. | 49677; Amended 130971 |
| Beach Breeze Properties, LLC. | 46770; Amended 132671 |
| Behr, John R. | 128480 |
| Bell, Walter A. | 44275 |
| Bender, Deborah F. | 54392; Amended 131731 & 131732 |
| Bender, Dr. William R. | 44273 |
| Bender, Virginia D. | 44271 |
| Bender, Scott A. | 43609; Amended 128724 |
| Bender, Lisa A. | 43608; Amended 128723 |
| Bennett, Donald S. | 131733 |
| Bennett, Evangeline | 131734 |
| Benson, James E. | 128481; 129800 |
| Benson, Margaret P. | 128482; 129801 |
| Benton, Phillip | 137220 |

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Benton, Susan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137221
Berlin, Howard J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131872
Berlin, Gina L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131873
Beyer, Iris W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44268; 129196
Bianchi, Alfred P. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129802
Bianchi, Barbara J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129803
Blackwell, Pamela. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129197
Bloomberg, Chris.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44266; Amended 130974
Bloomberg, Leslie. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44377
Blount, Jerry H.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129806
Blount, Billie Ruth. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129804
Blount, Jerry H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129806
Blount, Jozan R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129807
Blount, Juanita C., Trustee.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131735
Boardwalk #C-8, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131874
Boatwright, James Jr.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55360
Boatwright, Chris M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55354
Boatwright, James E. III.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55377
Boatwright, Denise G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55371
Bodenheimer, Lucile and James W. Holiday.. . . . . . . . . . . . 72361; Amended 134622 & 134623
Bowman, Ronald E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44264; Amended 131751
Boyles, Karl Winston.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59206; Amended 128493
Boyles, Nancy B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59209; Amended 129198
Brahan, Hugh C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130371
Britt, Irvin G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49706; Amended 129199
Broxson, Timothy G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44250; Amended 130976
Buchli, James F.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129808
Buchli, Jean O.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129810
Buehler, Joseph G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47127
Buehler, Linda L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47132
Buena Vida #28, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128409
Burrell, Patrick H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129813
Burrell, Sonja L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129814
Byrne, William L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129249
Byrne, Nuala. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129247
Cabral, Philip J,. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43610; Amended 129251
Caggiano, Judy.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131858
Campbell, Michael A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129815
Campbell, Vicki H.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129816
Carter, Barbara J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129200
Chatham, Clifton R. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45500; Amended 130978

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Chatham, Glenda S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45500; Amended 130981
Chris-Lyndon, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135796
Cicale, Desiree J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43622; Amended 128396
Colberg, Wendell N.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129255
Colberg, Marie M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129253
Collins, Harry H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129820
Collins, Diana M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129818
Cooey, Don G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131367
Cooey Davis, Donna. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131377
Cooey Amendondo, Lisa. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131382
Cooey Alexakos, Debra. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131363
Coogan, Mary Katherine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129203
Cook, Michael R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129829
Cook, Christine S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129827
Cooper, Terri. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137215
Cooper, Almath Mitch. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137214
Copeland, Stephen R... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134369
Cormier, Lee J., Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44248
Cormier, Jane P... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44247
Cottage Lane Properties, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132538
Court of North Hill #6, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128408
Craighead, Michael T. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44245
Craighead, Pamela C... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44288
Craigside Leasing, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130374
Creel, William E. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129836
Creel, Brenda K... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129832
Crestview Wholesale Building Supply, Inc. d/b/a Crest Supply. . . . . . . . . . . . . . . . . . . . . . . 130764
Crowdis, Marianne.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131736
Crowdis, Chris Lynn. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131737
De La Piedra, Enrique. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44240; Amended 129204
De La Piedra, Cheribeth.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44238; Amended 129838
Dean, Richard P.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129840
Dean, Rita L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129847
Delaney, Billie M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134371
Delaney, James R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134372
De La Vega, Julie W... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44236
Dempsey, William R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129849
Denton Revocable Living Trust, John R... . . . . . . . . . . . . . . . . . 54833; Amended 131738, 131739
Diamond, Ben J... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133990
Dios, Michael and Judith. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45820; Amended 133987, 133988
DiDomenico, Joyce A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131861

| CLAIMANT | DOCUMENT NUMBERS |
|---|---|
| Drew-Hannah Development, LLC. | 129206 |
| DT, LLC. | 136410 |
| Duch, Brett R. | 131385 |
| Duch, Conna G. | 131393 |
| Ducic, Steven M. | 131743 |
| Ducic, Sandra D. | 131742 |
| Dunbar, David C. | 129851 |
| Dunbar, Jayne L. | 129854 |
| Dunham, Francis W. | 66248; Amended 132421 |
| Dupuis, James G. | 137212 |
| Durta, Bryan J. | 131001 |
| Dye, Michael D. | 129861 |
| Dye, Dawn R. | 129857 |
| Eckes, George H. | 131730 |
| Eddins, Odie M. | 129867 |
| Eddins, Alice F. | 129865 |
| Fairey, Hazel M. | 130986 |
| Farver, Douglas K. | 129873 |
| Farver, Beatriz P. | 129870 |
| Felice, Jon David | 131752 |
| Felice, Jodi E. | 131753 |
| Ferrara, Christopher. | 137213 |
| Flanders, Karen L. | 129997 |
| Flomaton Tenn, LLC. | 130989 |
| Fowler, Dwayne K. | 134389 |
| Freeport Tenn, Inc. | 130991 |
| French, Mary L. | 131744 |
| Frew, John A. | 129876 |
| Frew, Susie W. | 129878 |
| Furlong, Lawrence J, | 130379 |
| Furlong, Kathryn L. | 130376 |
| Gill, Dorothy A. | 129880 |
| Gill, Jeffrey P. | 129881 |
| Gill, Laurie | 129885 |
| Gilley, Alice. | 131745 |
| Godwin, Julian R. | 131746 |
| Godwin, Sara B. | 131747 |
| Gray, Albert D., Jr. | 129888 |
| Green, Christopher R. | 131118; 130993; Amended 131150 |
| Green, Sharon H. | 131120, 130994; Amended 131151 |
| Green, Mildred H. | 130387 |

| CLAIMANT | DOCUMENT NUMBERS |
|---|---|
| Groves, Donald | 133989 |
| Gulf Shores Multifamily Partners, Ltd. | 66072; Amended 135345 |
| Guttery, Thomas H | 137216 |
| Guttery, Charlotte B. | 137217 |
| Hall, Jo A. | 131397 |
| Halls Seafood | 48741; Amended 132614 |
| Hanley, Heidy M. | 129889 |
| Hanson, Eric W. | 22907; Amended 130995 |
| Hanson, Shawna D. | 55908; Amended 130969 |
| Harrison, Donald E. | 137218; Amended 137222 |
| Harrison, Elizabeth T. | 137219; Amended 137223 |
| Harrison, Suzann R. | 136366 |
| Harvill, Karolyn M. | 67679; Amended 131762 |
| Hazelrig, William C. | 132765 |
| Hazelrig, Lynn S. | 132764 |
| Herring, James D. and, Laura B. | 53230; Amended 130189, 130194 |
| Hickerson, Michael S. | 129949 |
| Hickman, John R. | 70427; Amended 131764 |
| Hickman, Lori Sue | 70422; Amended 131766 |
| Hickman, Robert D. | 128403 |
| Hickman, Marie H. | 128401; Amended 128402 |
| Hilyer, William D. | 48122; Amended 130248 |
| Holderman, Robert | 131772 |
| Holiday, James W. | 72361; Amended 134623 |
| Holland, Richard Scott | 131884 |
| Holland, Karen P. | 128719 |
| Holsonback, Robert T., & Barbara A. | 57023; Amended 130155, 130162 |
| Holt. Gary | 53207; Amended 131897, 131901 |
| Holt, Barbara F. | 53207; Amended 131897 |
| Horton Family Limited Partnership | 53332; Amended 132620 |
| Horton, Rex A. | 53338; Amended 132627 |
| Horton, Lynn F. | 53335; Amended 132624 |
| Howard, Stewart L. | 94631; Amended 132802 |
| Ieraciatano, Joseph P. | 128717 |
| Ieraciatano, Cathy L. | 128718 |
| Jackson, Clara B. | 53232; Amended 131938 |
| Jaeger, Edward F. | 129262 |
| Jaeger, Shirley J. | 43625; Amended 129258 |
| Jarmusz, Joseph D. | 129271 |
| Jarmusz, Katherine S. | 129274 |
| Jasper, James M. | 136756 |

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Jasper, Karen L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136757
JH Investments II, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128413
JM Prout Real Estate Investments, LLC. . . . . . . . . . . . . . . . . . . . . . 48801; Amended 131965
Johnson, Bolley L. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132007
Johnson, Judy M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132012
Johnson, Jeanne L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128715
Johnson, Kenneth F.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130433
Johnson, William Keith. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44216; Amended 132640
Johnson, William S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132603
Johnson, Rizza S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132606
Karian, Stephen D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57431; Amended 130801
Karrian, Lori A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57434; Amended 130798
Kelly, Robert J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44201; Amended 129929
Kelly, Caroline M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44214; Amended 129931
Kendall, Karen G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128713
Kesterson, Carla J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128712
Kirkland, James I.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44179; Amended 132647
LaCognata, Salvatore. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130921
LaCognata, Maria M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130925
LaMer Condominiums Association of N.W. Florida.. . . . . . . . . . . . . 56847; Amended 130932
Lee, Ebbin A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128708
Lee, Jacquelyn J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128709
Lench, Heather C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129995
Lersch, Carol Ann. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130790
Lesher, John H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129279
Lesher, Sandra M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129281
Leuenberger, John E. II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129935
Leuenberger, Nattaya. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129937
Lewis, Ronnie H. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43628; Amended 129265
Lewis, Beverly B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43626; Amended 129263
Lillie, Kent E. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132657
Lillie, Peggy L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132660
Long, James S. (Deceased). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128395
Madden, Timothy J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44175; Amended 128705
Madden, Rebecca . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44172; Amended 128704
Marr, Thomas A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48299; Amended 132719
Marr, Beverly G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48310; Amended 132733
Martin, Barbara S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53238; Amended 131498
Martin, Laura L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53239; Amended 131502
Martin, Marcia K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53240; Amended 131506
Martin, Danny L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128722

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Martin, Frederick W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132031
Mason, Ronald M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67664; Amended 132051
Mason, Sandy.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37704; Amended 132046
Mason, Samuel L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57692; Amended 132089
Mason, Bethany R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53219; Amended 132086
May, Thomas J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135867
May, Barbara T.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135869
McArthur, Julia. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132109
McArthur, Tippie R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132101
McCulley, J. Henry. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53211; Amended 132141
McCulley, Linda. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132190
McElroy, Susie K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136411
McGill, Louis M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54438; Amended 132131
McGill, Sadie . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132134
McGroarty, John P.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44162; Amended 132124
McLeod, Donald M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66038; Amended 132160
McLeod, Donna F.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132174
Mercer, Joseph.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129941
Mercer, Cynthia. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129942
Merting, John W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131519
Merting, Linda G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131525
Messmer, Carolyn B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128702
Mielke, Blair C. (Medical claim). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123497
Mielke, Blair C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130704
Mielke, Connie L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130705
Miller, Donald E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43627; Amended 128397
Miller, Joan M... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43621; Amended 128398
Molyneux, Michael. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136274
Molyneux, Lea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136275
Moore, Calvin B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129988
Moore, David H.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49535; Amended 129989
Moore, Mary E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65635; Amended 129990
Morris, Robert L. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129767
Mortensen, Robert C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43620; Amended 129770
Mortensen, Svetlana.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43618; Amended 129772
Nicholson, Michael J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44147; Amended 128641
Noennich, Richard A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128406
Noennich, Deborah A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128407
Ocean Blue Condominium Association, Inc.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132806
Oehler, Douglas W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44161; Amended 128701
Oehler, Donna L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44160; Amended 128700

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Olech, Allen M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49511; Amended 128698
Olech, Anne M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65642; Amended 128699
Ortega, Teodoro K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44157; Amended 132336
Ortega, Estela R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44159; Amended 132341
O'Sullivan, John M... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129944
O'Sullivan, Nancy L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129946
Oyster Opener Co. , Inc... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55717; Amended 131756
Pace, Glenda G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128703
Pack, Robert D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129287
Pack, Veronica R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129291
Palmer, Raymond B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70461; Amended 130938
Palmer, Carolyn A... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70461; Amended 130953
Parda, David S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131402
Passman, Melanie E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56868; Amended 132515
Pate, Scott G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54181; Amended 129992
Pate, Tracy F... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54185; Amended 129991
Pearce, George G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132300
Pearce, Charlotte S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132312
Pearson, Clyde H... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128696
Pearson, Pauline J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128697
Peirce, Frank S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44156; Amended 1287695
Pentecost, Steven Michael. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129996
Pentecost, Thomas Michael. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129994
Penzone, David. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132199
Perkins, Christopher N.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129999
Perkins, Daniel T.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130000
Perkins, David F.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130001
Perkins, William R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129998
Perry, Christian D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135795
Perry, Robert E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128694
Perry, Sue B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128693
Perry-Clifton Enterprises, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135797
Person, Brett T.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42461; Amended 132239
Person, Ann T.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42462; Amended 132218
Peterson, Allan W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132479
Petty, Larry D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130005
Phillips, Jonathan K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128399
Phillips, Sujin C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128400
Pinson, Richard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48050; Amended 130904
Pinson, Noel K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48089, Amended 130903
Pitts, Jeffery A... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131411

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOCUMENT NUMBERS**

Platt, Wiley M., Jr.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137211
Player, Julie M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67532; Amended 130907
Premier Properties and Management Company, LLC. . . . . . . . . . . . . . 46780; Amended 132700
Prout, John M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48799; Amended 131968
Prout, Nancy R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131981
Pupchek, Gregory M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70304; Amended 131565
Ragusa Developers, Inc.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131758
Ramsaur, Jack W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128691
Ramsaur, Sylvia S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128692
Rast, Mark A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44152; Amended 130012
Rast, Tammie N.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44151; Amended 130015
Rauch, Thomas W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49530; Amended 132258
Rauch, Kel-Lee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65649; Amended 132254
Reid, Mary S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130006
Reily, Patrick M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49524; Amended 131781
Reily, Dale N.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65658, 131785
Riesberg, Michael V.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67389; Amended 128358
Riesberg, Mary E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67350
Riley, Charles P.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59476; Amended 129232
River 4 Partners, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135887
Robert Scott Partnership, a General Partnership - R. Scott Holland. . . . . . . . . . . . . . . . . . . 131884
Rogers, E. Earle, II. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128359
Rogers, Marilyn B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128360
Rohan, David C. (Dec).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43553; Amended 128404
Rohan, Sandra F. (Dec). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43606; Amended 128405
Rone, William S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130428
Rone, Rita S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130430
Roth, Charles A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131010
Roth, Dana J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131012
Russell, Charles B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44125; Amended 131788
S&P Gulf Development, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132278
Sand Castle #7, LLC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128411
Sawyer, Emmett C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131817
Sawyer, Sonya A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131820
Sawyer, Sonya A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130431
Schell, Karen S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129426
Schell, Michael C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129425
Schneider, Kenneth B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70442; Amended 130446
Schneider, Kimberly A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70442, Amended 130448
Schorner, Dene M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132291
Schutzmann, Karl M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130426

| CLAIMANT | DOCUMENT NUMBERS |
|---|---|
| Schutzmann, Pamela A. | 130427 |
| Scragg, David A. | 44129 |
| Scragg, Ilba L. | 44127 |
| Scruggs, Terry R. | 129233 |
| Seidler, John P. | 131822 |
| Seidler, Gail G. | 131826 |
| Sessa, Anthony, II | 131025 |
| Sessa, Sharon L. | 131013 |
| Sessa, Lu. | 70446; Amended 131791 |
| Sewell, James C., Jr. | 128356 |
| Sewell, Cindy L. | 128357 |
| Sims, Craig R. | 131832 |
| Sims, Robert A. | 131830 |
| Sims, Craig R. | 44114; Amended 130449 |
| Sims, Tammy S. | 44113; Amended 130453 |
| Sims, Craig R. (Blue Water Development, LLC). | 131837 |
| Sims, Craig R. (Emerald Coast Development, LLC). | 131841 |
| Sims, Craig R. & Lyons, Mark (Sims & Lyons Investments - a General Partnership). | 131844 |
| Sims, Craig, R. (Starboard Mind, LLC). | 131847 |
| Sistrunk, James W. | 130434 |
| Sistrunk, Jennifer C. | 130436 |
| Skaggs, Lawrence C. | 133978 |
| Skaggs, Pamela J. | 133979 |
| Skelton, Billy W. | 135154 |
| Slobodian, Stephen A. | 131427 |
| Slobodian, Roxolana H. | 131417 |
| Small, Ronald D. | 128634 |
| Small, Traci T. | 128636 |
| Smith, John C., III. | 43615; Amended 131436 |
| Smith, Michael D. | 128366 |
| Smith, Cynthia O. | 128367 |
| Smith, T. Craig. | 66147;l Amended 133980 |
| Smith, Deidre L. | 66147; Amended 133981 |
| Smith, William P., Jr. | 66148; Amended 131027 |
| Snooks, Rupert J., Jr. | 128637 |
| Snooks, Nancy B. | 128638 |
| Southeastern Investments, LLC (Melton Bozeman). | 67487; Amended 133982 |
| Spaid, Timothy A. | 129266 |
| Spaid, Elizabeth L. | 129267 |
| Sprague, Richard D. | 65192; Amended 129236 |
| Sprague, Sophie A. | 65206; Amended 129238 |

**CLAIMANT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  DOCUMENT NUMBERS**

Sprague, William R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70176; Amended 129239
Sprague, Katherine N.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70186; Amended 129240
Sprague, William R. (KVS Development, LLC). . . . . . . . . . . . . . . . . . .  69869; Amended 129241
Stack, Gregory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132519
Starboard Village #222, LLC.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129950
Steele, Donald R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70040; Amended 131794
Steele, Deborah B.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70040, Amended 131796
Stephens, Jack H.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  53692; 128355
Stephens, Cynthia L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53690
Storr, Cheryle K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135880
Summerford, Patricia D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129231
Taylor, Doyle M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  53243; Amended 131029
Taylor, Lori J... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  53243; Amended 131031
Taylor, James C... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55227;' Amended 130454
Theis, Stephen E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131448
Theis, Shirley M.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131442
Thompson, J. Richard. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  128451; Amended 131801
Toner, Charles H.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44149; Amended 128372
Toner, Valerie G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44141; Amended 128373
Toy, Judy G... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128354
Tunky Investments, Inc.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130998
Turner, II, Herbert . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131852
Turner, Versilla S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131854
Turner, Marie B... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128371
Van Camp, William F.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44144; Amended 131803
Van Camp, Michelle R.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44143; Amended 131805
Van Tassel, Merle G.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131750
Van Tassel, Maureen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131749
Vest-Nicholson, Jana P.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44145; Amended 128642
Vincent, Margaret J... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136793
W. L. Petrey Wholesale Company, Inc. (Jon Edward Fedonczak). . . . .  79093; Amended 130761
Walton, Norman J. & Dusty W. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2:13-cv-2212-CJB-SS
Watts, Tommy L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131452
Webb, Judy C.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131855
Webster, Thomas W.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  49577; Amended 131034
Wells, Carleton E.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44119; Amended 131037
Wells, Susan K.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44118; Amended 131041
Wells, Clayton L.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44121; Amended 128352, 130443
Wells, Jennifer J.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44120; Amended 128353, 130445
Wells, Clifton A.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44123; Amended 128369
Wells, Yolanda D.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44122; Amended 128370

| CLAIMANT | DOCUMENT NUMBERS |
|---|---|
| Wells, Edwin L. | 68033; Amended 131996 |
| Wells, Julia H. | 68027; Amended 131997 |
| West, Gordon M. | 131014 |
| West, Linda H. | 131020 |
| Whisper Creek, LLC. | 63637; Amended 131757 |
| White, Jill P. | 131857 |
| Whitner, Sherry L. | 131862 |
| Whitney, Constance M. | 128368 |
| Williamson, Michael J. | 44136; Amended 131809 |
| Williamson, Angel Y. | 44134; Amended 131810 |
| Willson, Elizabeth A. | 43633; Amended 129948 |
| Winkles, Paul A. | 131864 |
| Winkles, Carol D. | 131866 |
| Winn, Harlan F., Jr. | 44133 |
| Winn, Gail L. | 44131; Amended 131813 |
| Wolff, Charles L. | 131868 |
| Wolff, Bernadette G. | 131871 |
| Yeager, Howard A. | 135888 |
| Yeager, Irene B. | 135889 |
| Yee, Edwin E. | 64150; Amended 128364 |
| Yee, Paula Y. | 64164; Amended 128365 |
| York, David J. | 46767; Amended 130439 |
| York, Michelle. | 46767; Amended 130440 |
| Young, Linda L. | 130437 |
| Zabel-Lofquist, Betty J. | 131022 |
| Zaks, Steven. | 44115; Amended 131043 |