UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**   **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**   **SECTION  J**

**Applies to:**   **JUDGE BARBIER**
   **MAGISTRATE JUDGE SHUSHAN**

Ortega, et al. v. BP plc, et al.
2:10-cv-03093-CJB-SS

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF**
**MOTION FOR CASE MANAGEMENT CONFERENCE**

An Order was entered by the United States Judicial Panel on Multidistrict Litigation on August 10, 2010, which consolidated for coordination of pretrial proceedings all federally filed cases dealing with economic loss claims arising from the disaster of the Deepwater Horizon Oil Well explosion and spill (Document 1).  On October 8, 2010, this Court appointed fifteen (15) members to the Plaintiffs' Steering Committee (PSC) (Document 506). Since that time, the PSC and this Court have done extensive work towards resolving many issues in this litigation including trying liability and limitation, penalties, etc. and this Court has further approved two (2) class action settlements that effectively set up a mechanism for resolving many thousands of claims.

The Plaintiffs now represented by McKenzie Law Firm, P.A. and listed in the Motion and Attachment thereto, either opted out of or were excluded from the Settlement Agreements and now request the Court to schedule a Status Conference to consider several issues involving these Plaintiffs (and to invite or require all other similarly situated Plaintiffs), to participate in that Conference.  The Motion specifically requests the classification and consolidation of similar claims into one or more groups for discovery and/or trial if necessary, and the appointment of one or more committees of Plaintiffs' attorneys to coordinate that discovery and litigation.

There are still many thousands of individuals and businesses that have either opted out of or were excluded from the Settlements with claims pending in this Court. The McKenzie Law Firm, P.A. represents hundreds of those clients with claims such as damage and loss of value to real property, business economic loss clients, developers, etc. These litigants have spent over five years since the spill waiting to have the opportunity to prosecute their claims while this Court was busy with other pressing issues in this litigation. Now that the major segment of those issues have been resolved by trial and settlement, it is appropriate that these Plaintiffs have their day in Court.

The time is upon us for this Court to bring together at least the major plaintiff stakeholder firms and set up a mechanism for properly scheduling these opt out and excluded claims for orderly litigation. The time is also judicious for the appointment of one or more committees of the stakeholder firms to coordinate this litigation. The Plaintiffs' Steering Committee has shown no readiness or interest in directing the opt out/excluded litigation except in the case of Moratorium Claims.

The Manuel for Complex Litigation recognizes that changes in litigation plans and multiple committees may be necessary within the same litigation (4th Edition at 10.13 and 10.221). Additionally, it is unclear as to whether any member firm of the PSC has a significant number of clients that fall into these categories of litigation. One of the PSC firms long ago referred many of its opt out property damage clients and some business clients to the McKenzie Law Firm, P.A. Based upon the clear lack of interest demonstrated by the PSC's lack of any efforts to advance the litigation of the opt out/excluded clients over the past three years, it is appropriate to appoint one or more additional committees to oversee this remaining litigation.

**Conclusion**

The Plaintiffs of the McKenzie Law Firm, P.A., listed in the Motion and attachment thereto, pray that the Court will grant the requested relief.

          Respectfully Submitted,

          /s/ James F. McKenzie
          James F. McKenzie
          Florida Bar No. 163790
          **McKenzie Law Firm, P.A.**
          905 East Hatton Street
          Pensacola, Florida 32503
          Telephone: (850) 432-2856
          Facsimile: (850) 202-2012
          E-mail: jmckenzie@mckenzielawfirm.com
          2ndary: hsmith@mckenzielawfirm.com
          Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nevis File & Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this 11th day of August, 2015.

          /s/ James F. McKenzie
          James F. McKenzie
          Florida Bar No. 163790
          **McKenzie Law Firm, P.A.**
          905 East Hatton Street
          Pensacola, Florida 32503
          Telephone: (850) 432-2856
          Facsimile: (850) 202-2012
          E-mail: jmckenzie@mckenzielawfirm.com
          2ndary: hsmith@mckenzielawfirm.com
          Attorney for Plaintiffs