# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) | MDL No. 2179 |
| ) | SECTION J |
| This Document Relates to: ) | |
| ) | JUDGE BARBIER |
| *Birmingham, Alabama Airport Authority v. British Petroleum, et al* Docket 2:10-cv-09999 Short Form Joinder Number 379 ) ) ) ) | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Birmingham, Alabama Airport Authority, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and hereby gives notice of the voluntary dismissal with prejudice of this action against all Defendants. Costs taxed as paid.

Respectfully submitted this 13th day of August, 2015.

/s/ Gregory A. Cade
Gregory A. Cade
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-9200
Facsimile: (205) 328-9456

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system.

/s/ Gregory A. Cade_____
Gregory A. Cade