UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: 2:13-cv-02753-CJB-SS | * | Judge CARL J. BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, Harrison County Tourism Commission, by and through its undersigned counsel, who respectfully moves this Court pursuant to Fed.R.Civ.P. 41(a) to enter an Order dismissing all of the claims asserted in this matter, with prejudice and with each party to bear its costs, on the grounds that the parties have resolved this matter.

**DATED,** this the 12th day of August, 2015.

Respectfully submitted,

HARRISON COUNTY TOURISM
COMMISSION

/s/MATTHEW G. MESTAYER

## **C E R T I F I C A T E**

I, hereby certify that on August 11, 2015, I electronically file the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via CM/ECF System.

This the 12th day of August, 2015.

/s/MATTHEW G. MESTAYER

MATTHEW G. MESTAYER
REEVES & MESTAYER, PLLC
160 MAIN STREET
PO DRAWER 1388
BILOXI, MS 39533
mgm@rmlawcall.com