UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *Nos. 12-3048, 13-2905, 14-2606* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Pursuant to Pretrial Order No. 15 (Rec. Doc. 676), all motions in this multidistrict litigation are continued without date and no responses are due until the Court orders otherwise. Although the Court has not lifted PTO 15 or called for responses with respect to the motions discussed below, it has determined that these motions lack merit on their face and do not require responsive briefing.

Joseph Rainier and Daniel J. Levitan, both of whom proceed pro se, have requested that the Court enter default judgments against BP Exploration & Production, Inc. and other defendants, because these parties never answered or otherwise defended against Rainier's and Levitan's complaints. (Rec. Docs. 10398, 14969, 14970). Pursuant to Pretrial Order No. 1 ¶ 8 (Rec. Doc. 2) and Pretrial Order No. 25 ¶ 8 (Rec. Doc. 983), however, Rainier's and Levitan's cases were stayed and no answers, etc., were due until the Court ordered otherwise, which it has not. Consequently, Rainier and Levitan are not entitled to default judgment.

Joseph Cannistra, also pro se, filed a "Motion for Summary Judgment," which asserts essentially the same argument as Rainier and Levitan. (Rec. Doc. 13248).[1] The Court will deny Cannistra's motion for the same reasons it denies Rainier's and Levitan's motions.

Accordingly,

IT IS ORDERED that Joseph Rainier's and Daniel J. Levitan's Requests for Entry of Default (Rec. Docs. 10398, 14969, 14970) and Joseph Cannistra's Motion for Summary Judgment (Rec. Doc. 13248) are DENIED.

New Orleans, Louisiana, this 13th day of August, 2015.

_____
United States District Court

**Note to Clerk:**
**Mail a copy of this Order to Joseph Rainier, Daniel J. Levitan, and Joseph Cannistra.**

---

[1] Cannistra's states in his motion, "Defendants failed to answer Plaintiff's Complaint within the time limtis set forth by Rule 12 of the Federal Rules of Civil Procedure . . . .The Court should consider Defendants' failure to answer an *ipso facto* concession and admission that Plaintiff's Complaint is meritorious and is not subject to a viable challenge." (Rec. doc. 13248 ¶¶ 3, 5).