UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| Applies to No. 11-0893 and No. 10-09999 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

*************************************************************

## ORDER

Considering the Motion of the CITY OF GRETNA;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims of the CITY OF GRETNA, against defendants, BP p.l.c., BP Corporation North America Inc. ("BPCNA"), BP Exploration and Production, Inc. ("BPXP"), and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, be dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE