UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: 2:13-cv-02758-CJB-SS | * | Judge CARL J. BARBIER |
| | * | MAG. JUDGE SHUSHAN |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the Plaintiff, Mississippi Coast Coliseum and Convention Center's Motion to Dismiss With Prejudice, and the Court being advised the parties have resolved this matter, the Court does hereby find;

It is ORDERED that the Mississippi Coast Coliseum and Convention Center's Motion to Dismiss With Prejudice is hereby granted, and all claims in this matter are dismissed with prejudice from the above-referenced case, with each party to bear its own cost.

New Orleans, Louisiana this 13th day of August, 2015.

_____
HONORABLE Carl J. Barbier
U.S. District Court Judge