July 15, 2009

From: Hoang-Oanh Tran
39 Remington Lane
Aliso Viejo, CA 92656

Dear Your Honor:

My name is Hoang-Oanh Tran and I am the wife of Loc Tran. In all honesty, this is the most difficult and most important letter that I have had to compose in my life because my husband's future as well as the future of my family is at stake. I apologize for the length of this letter but it is crucial that I help you understand Loc Tran, the person that I have built my life with for the last twenty years.





It has been painful to see Loc suffered so much, especially in the last year without being able to help him. I cannot explain Loc's recent actions that caused him to be locked up again. All I know is that having to step into his position just to hold down the business has been incredibly stressful. Yet, Loc has had to run this business in full operation despite the declining economy and negative media attention regarding his legal case, all the while trying to repair hurricane damage and dealing with the loneliness and isolation of being separated from his wife and children. Although neither an explanation nor an excuse for what Loc did, perhaps for a moment, Loc just wanted to forget that the weight of the world is on his shoulders.

Your honor, the weight of his world is now on my shoulders and I am trying desperately to hold it up. Although I am grateful for a few individuals in the seafood industry who have come to my aid due to their friendships with Loc, the responsibilities of the business, along with all my other responsibilities is overwhelming. Now adays, my only solace is the few hours in the middle of the night where the business problems can wait, my work does not need me, the creditors are not calling and my children are peacefully asleep. Essentially all business operations have ceased. The boats are gone. I have had to let go of most employees with the promise that I will call them back as soon as I can. News of Loc's problems have traveled fast which makes it difficult to collect on debts other companies owe to us. Although Loc tries so hard to help me, the truth is that he cannot even help himself right now. It takes all his energy to survive among the drug dealers and gangsters that surround him. Like the advice Loc and I give our children, I remind Loc to pray so that he can quiet his mind and hope that through God's grace we all can survive this ordeal and be together again as a family. I try to send Loc spiritual magazines to help him stay strong mentally and to retain his sense of self.

Respectfully yours,



Hoang-Oanh Lu