# Form 1120 — U.S. Corporation Income Tax Return

Department of the Treasury — Internal Revenue Service
For calendar year 2010 or tax year beginning _____, ending _____
► See separate instructions.
OMB No. 1545-0123
**2010**

**A Check if:**
- 1a Consolidated return (attach Form 851) ☐
- 1b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☐

Name: **CRYSTAL SEAFOOD CO INC**
Number, street, and room or suite no.: [redacted]
City or town: **PORT ARTHUR**   State: **TX**   ZIP code: **77642**

**B** Employer identification number: **05-0607533**
**C** Date incorporated: **2/2/2004**
**D** Total assets: **$1,750**

**E** Check if: (1) Initial return ☐  (2) Final return ☐  (3) Name change ☐  (4) Address change ☐

## Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 257,464 |
| 1b | Less returns and allowances | |
| 1c | Bal | 257,464 |
| 2 | Cost of goods sold (Schedule A, line 8) | 262,673 |
| 3 | Gross profit. Subtract line 2 from line 1c | -5,209 |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions — attach schedule) | |
| 11 | **Total income.** Add lines 3 through 10 | -5,209 |

## Deductions

| Line | Description | Amount |
|---|---|---:|
| 12 | Compensation of officers (Schedule E, line 4) | |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | |
| 15 | Bad debts | |
| 16 | Rents | |
| 17 | Taxes and licenses | |
| 18 | Interest | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 108,656 |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) | 29,256 |
| 27 | **Total deductions.** Add lines 12 through 26 | 137,912 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -143,121 |
| 29a | Less: Net operating loss deduction (see instructions) | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | 0 |
| 30 | Taxable income. Subtract line 29c from line 28 | -143,121 |
| 31 | Total tax (Schedule J, line 10) | |
| 32a | 2009 overpayment credited to 2010 | |
| 32b | 2010 estimated tax payments | |
| 32c | 2010 refund applied for on Form 4466 | ( ) |
| 32d | Bal | |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credits: (1) Form 2439 ___  (2) Form 4136 ___ | 0 |
| 32g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | |
| 32h | | 0 |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | |
| 34 | Amount owed | 0 |
| 35 | Overpayment | 0 |
| 36 | Enter amount from line 35 you want: Credited to 2011 estimated tax ► ___  Refunded ► | 0 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: ___   Title: ___

May the IRS discuss this return with the preparer shown below (see instructions)? Yes ☐   No ☐

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name | **CATHY HUYNH** |
| Preparer's signature | [signed] |
| Date | 7/25/2012 |
| Check if self-employed | ☒ |
| PTIN | P00799185 |
| Firm's name | ► TAX ACCOUNTING SERVICE |
| Firm's address | ► 3320 HWY 6 SOUTH STE. D |
| City | HOUSTON |
| State | TX |
| ZIP code | 77082 |
| Phone no. | (281) 498-0333 |

For Paperwork Reduction Act Notice, see separate instructions.
(HTA)   Form **1120** (2010)

Form 1120 (2010)  CRYSTAL SEAFOOD CO INC                                    05-0607533  Page **2**

## Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 262,673 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 262,673 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 262,673 |

9a Check all methods used for valuing closing inventory:
  (i) [X] Cost
  (ii) [ ] Lower of cost or market
  (iii) [ ] Other (Specify method used and attach explanation.) ▶ _____

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . ▶ [ ]
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . | 9d | |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . . [ ] Yes [ ] No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
  If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [ ] No

## Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---:|---:|---:|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | 0 |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | 0 |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instruct. | 0 |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | 0 |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | 0 |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | 0 |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | 0 |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | 0 |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | 0 |
| 11 | Dividends from affiliated group members | | 100 | 0 |
| 12 | Dividends from certain FSCs | | 100 | 0 |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | 0 | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . ▶ | | | 0 |

## Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---:|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| 2 | Total compensation of officers | | | | | 0 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | 0 |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | 0 |

Form **1120** (2010)

Form 1120 (2010)   CRYSTAL SEAFOOD CO INC   05-0607533   Page **3**

## Schedule J — Tax Computation (see instructions)

| | | |
|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | |
| 3 | Alternative minimum tax (attach Form 4626) | |
| 4 | Add lines 2 and 3 | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . 5a | |
| b | Credit from Form 8834, line 29 . . . . . . . . 5b | |
| c | General business credit (attach Form 3800) . . . 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) 5d | |
| e | Bond credits from Form 8912 . . . . . . . . 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 0 |
| 7 | Subtract line 6 from line 4 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | |
| 10 | **Total tax.** Add lines 7 through 9. Enter here and on page 1, line 31 | 0 |

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method:  a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 424400 | | |
| b | Business activity ▶ SHRIMP PROCESSING | | |
| c | Product or service ▶ SHRIMP | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv). | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1120** (2010)

Form 1120 (2010)  CRYSTAL SEAFOOD CO INC                                                      05-0607533    Page 4

**Schedule K** *Continued*

|  | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv). | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | | X |
| If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. | | | |
| If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? | | | X |
| For rules of attribution, see section 318. If "Yes," enter: | | | |
| **(i)** Percentage owned ▶ _____ and **(ii)** Owner's country ▶ _____ | | | |
| **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ | | | |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | | |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | | |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ | | | |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | | |
| If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ 5,965,096 | | | |
| **13** Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | | X |
| If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____ | | | |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? | | | X |
| If "Yes," complete and attach Schedule UTP. | | | |

Form **1120** (2010)

Form 1120 (2010)   CRYSTAL SEAFOOD CO INC   05-0607533   Page **5**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 1,115 | | 1,750 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | 0 | ( ) | 0 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 3,794,997 | | | |
| b Less accumulated depreciation | ( 1,190,007 ) | 2,604,990 | ( ) | 0 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | 0 | ( ) | 0 |
| 12 Land (net of any amortization) | | 150,000 | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | 0 | ( ) | 0 |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 2,756,105 | | 1,750 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach schedule) | | | | |
| 19 Loans from shareholders | | 8,720,201 | | 6,165,920 |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock:  a Preferred stock | | | | |
|   b Common stock | 1,000 | 1,000 | 1,000 | 1,000 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings—Appropriated (attach schedule) | | | | |
| 25 Retained earnings—Unappropriated | | ( 5,965,096 ) | | ( 6,165,170 ) |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 2,756,105 | | 1,750 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

1 Net income (loss) per books . . . . . . . . . . . . -200,074
2 Federal income tax per books . . . . . . . . . . 56,953
3 Excess of capital losses over capital gains . . . . .
4 Income subject to tax not recorded on books this year (itemize): _____
  _____ 0
5 Expenses recorded on books this year not deducted on this return (itemize):
  a Depreciation . . . . $ _____
  b Charitable contributions . . $ _____
  c Travel and entertainment . . $ _____
  _____
  _____ 0
6 Add lines 1 through 5 . . . . . . . . . . . . . -143,121

7 Income recorded on books this year not included on this return (itemize):
  Tax-exempt interest $ _____
  _____
  _____ 0
8 Deductions on this return not charged against book income this year (itemize):
  a Depreciation . . . . $ _____
  b Charitable contributions $ _____
  _____
  _____ 0
9 Add lines 7 and 8 . . . . . . . . . . . . . . 0
10 Income (page 1, line 28)—line 6 less line 9 . . . -143,121

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

1 Balance at beginning of year . . . . . . -5,965,096
2 Net income (loss) per books . . . . . . -200,074
3 Other increases (itemize): _____
  _____
  _____ 0
4 Add lines 1, 2, and 3 . . . . . . . . . . -6,165,170

5 Distributions:  a Cash . . . . .
                  b Stock . . . . .
                  c Property . . . . .
6 Other decreases (itemize): _____
  _____
7 Add lines 5 and 6 . . . . . . . . . . 0
8 Balance at end of year (line 4 less line 7) -6,165,170

Form **1120** (2010)

| Form **4626** | **Alternative Minimum Tax—Corporations** | OMB No. 1545-0175 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to the corporation's tax return. | **2010** |

| Name | Employer identification number |
|---|---|
| CRYSTAL SEAFOOD CO INC | 05-0607533 |

Note: *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | -143,121 |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | 2a | -4,860 |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments and preferences | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | -147,981 |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | ACE from line 10 of the ACE worksheet in the instructions . . . . 4a  -44,185 | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) . . . . 4b  103,796 | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount . . . . 4c  77,847 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You* **must** *enter an amount on line 4d (even if line 4b is positive)* . . . . 4d  187,455 | | |
| e | ACE adjustment. | | |
| | • If line 4b is zero or more, enter the amount from line 4c | | |
| | • If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | 77,847 |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | -70,134 |
| 6 | Alternative tax net operating loss deduction (see instructions) | 6 | 0 |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | 7 | 0 |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . 8a  0 | | |
| b | Multiply line 8a by 25% (.25) . . . . 8b  0 | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 8c | 0 |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | 0 |
| 10 | Multiply line 9 by 20% (.20) | 10 | 0 |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | 0 |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | 14 | 0 |

For Paperwork Reduction Act Notice, see the instructions.  
(HTA)  
Form **4626** (2010)

# Form 4562 — Depreciation and Amortization (Including Information on Listed Property)

Department of the Treasury — Internal Revenue Service (99)

OMB No. 1545-0172
2010
Attachment Sequence No. 67

▶ See separate instructions.    ▶ Attach to your tax return.

Name(s) shown on return: **CRYSTAL SEAFOOD CO INC**
Business or activity to which this form relates: **1120 - SHRIMP PROCESSING**
Identifying number: **05-0607533**

## Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

1. Maximum amount (see instructions) ........................ **1**
2. Total cost of section 179 property placed in service (see instructions) ........................ **2**
3. Threshold cost of section 179 property before reduction in limitation (see instructions) ........................ **3**
4. Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- ........................ **4** 0
5. Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions ........................ **5** 0

6.
| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
|  |  |  |
|  |  |  |

7. Listed property. Enter the amount from line 29 ............... **7**
8. Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 ........ **8** 0
9. Tentative deduction. Enter the **smaller** of line 5 or line 8 ........................ **9** 0
10. Carryover of disallowed deduction from line 13 of your 2009 Form 4562 ........................ **10**
11. Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) ........ **11**
12. Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 ........................ **12** 0
13. Carryover of disallowed deduction to 2011. Add lines 9 and 10, less line 12 ▶ **13** 0

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

14. Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) ........................ **14**
15. Property subject to section 168(f)(1) election ........................ **15**
16. Other depreciation (including ACRS) ........................ **16**

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

17. MACRS deductions for assets placed in service in tax years beginning before 2010 ........ **17** 108,656
18. If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐

### Section B — Assets Placed in Service During 2010 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property |  |  |  |  |  |  |
| b  5-year property |  |  |  |  |  |  |
| c  7-year property |  |  |  |  |  |  |
| d  10-year property |  |  |  |  |  |  |
| e  15-year property |  |  |  |  |  |  |
| f  20-year property |  |  |  |  |  |  |
| g  25-year property |  |  |  | 25 yrs. |  | S/L |  |
| h  Residential rental property |  |  | 27.5 yrs. | MM | S/L |  |
|  |  |  | 27.5 yrs. | MM | S/L |  |
| i  Nonresidential real property |  |  | 39 yrs. | MM | S/L |  |
|  |  |  |  | MM | S/L |  |

### Section C — Assets Placed in Service During 2010 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life |  |  |  |  | S/L |  |
| b  12-year |  |  | 12 yrs. |  | S/L |  |
| c  40-year |  |  | 40 yrs. | MM | S/L |  |

## Part IV — Summary (See instructions.)

21. Listed property. Enter amount from line 28 ........................ **21**
22. Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions ........ **22** 108,656
23. For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ........................ **23**

For Paperwork Reduction Act Notice, see separate instructions.

Form 4562 (2010)

(HTA)

| SCHEDULE G (Form 1120) | Information on Certain Persons Owning the Corporation's Voting Stock | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1120. ▶ See instructions on page 2. | 2010 |

| Name | Employer identification number (EIN) |
|---|---|
| CRYSTAL SEAFOOD CO INC | 05-0607533 |

**Part I** — Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** — Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120. (HTA)

Schedule G (Form 1120) 2010

## Line 26 (1120) - Other Deductions

| | | |
|---|---|---:|
| 1 | Bank charges ........................................................... 1 | 24,570 |
| 2 | Equipment rent ......................................................... 2 | 4,686 |
| 3 | Total other deductions ................................................. 3 | 29,256 |
| 4 | Total deductions less expenses for offsetting credits ................ 4 | 29,256 |

© 2010 CCH Small Firm Services. All rights reserved.

## Assets by Classification - 1120

12/31/2010   CRYSTAL SEAFOOD CO INC   05-0607533

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con-vention Code | Prior Accum. Deprec. 179, Bonus | 2010 Deprec. | 2010 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5-yr Computers (listed)** | | | | | | | | | | | | | | | | |
| 1 | ** COMPUTER | 2/2/2004 | F-4 | 100.00% | 3,500 | 0 | 0 | 0 | 0 | 3,500 | 5 | 200DB | HY | 3,500 | 0 | 3,500 |
| | Total: 5-yr Computers and peripherals (listed property) | | | | 3,500 | 0 | 0 | 0 | 0 | 3,500 | | | | 3,500 | 0 | 3,500 |
| **7-yr Genl purp tools, mach. equip** | | | | | | | | | | | | | | | | |
| 2 | ** COUNTING SCALE | 1/15/2005 | F-10 | 100.00% | 2,357 | 0 | 0 | 0 | 0 | 2,357 | 7 | 200DB | HY | 1,830 | 105 | 1,935 |
| 3 | ** ICE VAULT | 1/15/2005 | F-10 | 100.00% | 157,142 | 0 | 0 | 0 | 0 | 157,142 | 7 | 200DB | HY | 122,084 | 7,009 | 129,093 |
| 4 | ** VATS | 1/15/2005 | F-10 | 100.00% | 11,000 | 0 | 0 | 0 | 0 | 11,000 | 7 | 200DB | HY | 8,546 | 491 | 9,037 |
| 5 | ** WASH TANK | 1/15/2005 | F-10 | 100.00% | 15,304 | 0 | 0 | 0 | 0 | 15,304 | 7 | 200DB | HY | 11,890 | 683 | 12,573 |
| 6 | ** STAINLESS TABLE | 1/15/2005 | F-10 | 100.00% | 12,000 | 0 | 0 | 0 | 0 | 12,000 | 7 | 200DB | HY | 9,324 | 535 | 9,859 |
| 7 | ** STAINLESS WASH | 1/15/2005 | F-10 | 100.00% | 45,036 | 0 | 0 | 0 | 0 | 45,036 | 7 | 200DB | HY | 34,989 | 2,009 | 36,998 |
| 8 | ** UNLOADING DOCK | 1/15/2005 | F-10 | 100.00% | 189,225 | 0 | 0 | 0 | 0 | 189,225 | 7 | 200DB | HY | 138,891 | 8,440 | 147,331 |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | F-10 | 100.00% | 340,651 | 0 | 0 | 0 | 0 | 340,651 | 7 | 200DB | HY | 233,005 | 15,193 | 248,198 |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 7 | 200DB | HY | 20,628 | 1,340 | 21,968 |
| 13 | ** OFFICE EQUIP | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 7 | 200DB | HY | 20,628 | 1,340 | 21,968 |
| 14 | ** EQUIPMENTS | 1/15/2007 | F-10 | 100.00% | 358,600 | 0 | 0 | 0 | 0 | 358,600 | 15 | 200DB | HY | 107,207 | 16,759 | 123,966 |
| 15 | ** IQF SYSTEM | 6/15/2007 | F-10 | 100.00% | 575,000 | 0 | 0 | 0 | 0 | 575,000 | 15 | 200DB | HY | 171,902 | 26,873 | 198,775 |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | F-10 | 100.00% | 175,182 | 0 | 0 | 0 | 0 | 175,182 | 10 | 200DB | HY | 74,277 | 10,091 | 84,368 |
| | Total: 7-yr General purpose tools, machinery, and equipment | | | | 1,941,497 | 0 | 0 | 0 | 0 | 1,941,497 | | | | 955,201 | 90,868 | 1,046,069 |
| **Land** | | | | | | | | | | | | | | | | |
| 11 | ** LAND | 2/1/2005 | N-1 | 100.00% | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | | 0 | 0 | 0 |
| | Total: Land | | | | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | | 0 | 0 | 0 |
| **39-yr Nonresidential real estate** | | | | | | | | | | | | | | | | |
| 10 | ** BUILDING | 2/1/2005 | R-5 | 100.00% | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | 39 | SL/GDS | MM | 231,306 | 17,788 | 249,094 |
| | Total: 39-yr Nonresidential and commercial real estate | | | | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | | | | 231,306 | 17,788 | 249,094 |
| | SubTotals | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | | 1,190,007 | 108,656 | 1,298,663 |
| | Less: Disposed Assets | | | | ( 3,944,997) | 0) | 0) | 0) | 0) | ( 3,944,997) | | | | ( 1,190,007) | ( 108,656) | ( 1,298,663) |
| | Ending Totals | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 | 0 | 0 |

## Assets by Classification - ALL

12/31/2010   CRYSTAL SEAFOOD CO INC   05-0607533

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con- vention Code | Prior Accum Deprec., 179, Bonus | 2010 Deprec. | 2010 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5-yr Computers (listed)** | | | | | | | | | | | | | | | | |
| 1 | ** COMPUTER | 2/2/2004 | F-4 | 100.00% | 3,500 | 0 | 0 | 0 | 0 | 3,500 | 5 | 200DB | HY | 3,500 | 0 | 3,500 |
| | Total: 5-yr Computers and peripherals (listed property) | | | | 3,500 | 0 | 0 | 0 | 0 | 3,500 | | | | 3,500 | 0 | 3,500 |
| **7-yr Genl purp tools, mach. equip** | | | | | | | | | | | | | | | | |
| 2 | ** COUNTING SCALE | 1/15/2005 | F-10 | 100.00% | 2,357 | 0 | 0 | 0 | 0 | 2,357 | 7 | 200DB | HY | 1,830 | 105 | 1,935 |
| 3 | ** ICE VAULT | 1/15/2005 | F-10 | 100.00% | 157,142 | 0 | 0 | 0 | 0 | 157,142 | 7 | 200DB | HY | 122,084 | 7,009 | 129,093 |
| 4 | ** VATS | 1/15/2005 | F-10 | 100.00% | 11,000 | 0 | 0 | 0 | 0 | 11,000 | 7 | 200DB | HY | 8,546 | 491 | 9,037 |
| 5 | ** WASH TANK | 1/15/2005 | F-10 | 100.00% | 15,304 | 0 | 0 | 0 | 0 | 15,304 | 7 | 200DB | HY | 11,890 | 683 | 12,573 |
| 6 | ** STAINLESS TABLE | 1/15/2005 | F-10 | 100.00% | 12,000 | 0 | 0 | 0 | 0 | 12,000 | 7 | 200DB | HY | 9,324 | 535 | 9,859 |
| 7 | ** STAINLESS WASH | 1/15/2005 | F-10 | 100.00% | 45,036 | 0 | 0 | 0 | 0 | 45,036 | 7 | 200DB | HY | 34,989 | 2,009 | 36,998 |
| 8 | ** UNLOADING DOCK | 1/15/2005 | F-10 | 100.00% | 189,225 | 0 | 0 | 0 | 0 | 189,225 | 7 | 200DB | HY | 138,891 | 8,440 | 147,331 |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | F-10 | 100.00% | 340,651 | 0 | 0 | 0 | 0 | 340,651 | 7 | 200DB | HY | 233,005 | 15,193 | 248,198 |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 7 | 200DB | HY | 20,628 | 1,340 | 21,968 |
| 13 | ** OFFICE EQUIP | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | 7 | 200DB | HY | 20,628 | 1,340 | 21,968 |
| 14 | ** EQUIPMENTS | 1/15/2007 | F-10 | 100.00% | 358,600 | 0 | 0 | 0 | 0 | 358,600 | 15 | 200DB | HY | 107,207 | 16,759 | 123,966 |
| 15 | ** IQF SYSTEM | 6/15/2007 | F-10 | 100.00% | 575,000 | 0 | 0 | 0 | 0 | 575,000 | 15 | 200DB | HY | 171,902 | 26,873 | 198,775 |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | F-10 | 100.00% | 175,182 | 0 | 0 | 0 | 0 | 175,182 | 10 | 200DB | HY | 74,277 | 10,091 | 84,368 |
| | Total: 7-yr General purpose tools, machinery, and equipment | | | | 1,941,497 | 0 | 0 | 0 | 0 | 1,941,497 | | | | 955,201 | 90,868 | 1,046,069 |
| **Land** | | | | | | | | | | | | | | | | |
| 11 | ** LAND | 2/1/2005 | N-1 | 100.00% | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | | 0 | 0 | 0 |
| | Total: Land | | | | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | | 0 | 0 | 0 |
| **39-yr Nonresidential real estate** | | | | | | | | | | | | | | | | |
| 10 | ** BUILDING | 2/1/2005 | R-5 | 100.00% | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | 39 | SL/GDS | MM | 231,306 | 17,788 | 249,094 |
| | Total: 39-yr Nonresidential and commercial real estate | | | | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | | | | 231,306 | 17,788 | 249,094 |
| | SubTotals | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | | 1,190,007 | 108,656 | 1,298,663 |
| | Less: Disposed Assets | | | | ( 3,944,997) | 0) | 0) | 0) | 0) | ( 3,944,997) | | | | ( 1,190,007) | ( 108,656) | ( 1,298,663) |
| | Ending Totals | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 | 0 | 0 |

# Detail Report

**1120**  12/31/2010  CRYSTAL SEAFOOD CO INC  05-0607533

| Item No. | Description of Property ("**" indicates DISPOSED) | Date Placed in Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | AMT Type | Recovery Period (years) | Method | Con-vention Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | | |
| 1 | ** COMPUTER | 2/2/2004 | F-4 | 100.00% | 3,500 | 0 | 0 | 0 | 0 | 3,500 | | 5 | 200DB | HY |
| 2 | ** COUNTING SCALE | 1/15/2005 | F-10 | 100.00% | 2,357 | 0 | 0 | 0 | 0 | 2,357 | | 7 | 200DB | HY |
| 3 | ** ICE VAULT | 1/15/2005 | F-10 | 100.00% | 157,142 | 0 | 0 | 0 | 0 | 157,142 | | 7 | 200DB | HY |
| 4 | ** VATS | 1/15/2005 | F-10 | 100.00% | 11,000 | 0 | 0 | 0 | 0 | 11,000 | | 7 | 200DB | HY |
| 5 | ** WASH TANK | 1/15/2005 | F-10 | 100.00% | 15,304 | 0 | 0 | 0 | 0 | 15,304 | | 7 | 200DB | HY |
| 6 | ** STAINLESS TABLE | 1/15/2005 | F-10 | 100.00% | 12,000 | 0 | 0 | 0 | 0 | 12,000 | | 7 | 200DB | HY |
| 7 | ** STAINLESS WASH | 1/15/2005 | F-10 | 100.00% | 45,036 | 0 | 0 | 0 | 0 | 45,036 | | 7 | 200DB | HY |
| 8 | ** UNLOADING DOCK | 1/15/2005 | F-10 | 100.00% | 189,225 | 0 | 0 | 0 | 0 | 189,225 | | 7 | 200DB | HY |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | F-10 | 100.00% | 340,651 | 0 | 0 | 0 | 0 | 340,651 | | 7 | 200DB | HY |
| 10 | ** BUILDING | 2/1/2005 | R-5 | 100.00% | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | | 39 | SL/GDS | MM |
| 11 | ** LAND | 2/1/2005 | N-1 | 100.00% | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | | |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | | 7 | 200DB | HY |
| 13 | ** OFFICE EQUIP | 2/15/2006 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | | 7 | 200DB | HY |
| 14 | ** EQUIPMENTS | 1/15/2007 | F-10 | 100.00% | 358,600 | 0 | 0 | 0 | 0 | 358,600 | | 15 | 200DB | HY |
| 15 | ** IQF SYSTEM | 6/15/2007 | F-10 | 100.00% | 575,000 | 0 | 0 | 0 | 0 | 575,000 | | 15 | 200DB | HY |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | F-10 | 100.00% | 175,182 | 0 | 0 | 0 | 0 | 175,182 | | 10 | 200DB | HY |
| | SubTotals | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | | |
| | Less: Disposed Assets | | | | (3,944,997) | (0) | (0) | (0) | (0) | (3,944,997) | | | | |
| | Ending Totals | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

## Detail Report

### 1120

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed in Service | Prior Accum. Deprec., 179, Bonus | 2010 Current Deprec. | 2010 Accum. Deprec. |
|---|---|---|---|---|---|
|  |  |  | 1,190,007 | 108,656 | 1,298,663 |
| 1 | ** COMPUTER | 2/2/2004 | 3,500 | 0 | 3,500 |
| 2 | ** COUNTING SCALE | 1/15/2005 | 1,830 | 105 | 1,935 |
| 3 | ** ICE VAULT | 1/15/2005 | 122,084 | 7,009 | 129,093 |
| 4 | ** VATS | 1/15/2005 | 8,546 | 491 | 9,037 |
| 5 | ** WASH TANK | 1/15/2005 | 11,890 | 683 | 12,573 |
| 6 | ** STAINLESS TABLE | 1/15/2005 | 9,324 | 535 | 9,859 |
| 7 | ** STAINLESS WASH | 1/15/2005 | 34,989 | 2,009 | 36,998 |
| 8 | ** UNLOADING DOCK | 1/15/2005 | 138,891 | 8,440 | 147,331 |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | 233,005 | 15,193 | 248,198 |
| 10 | ** BUILDING | 2/1/2005 | 231,306 | 17,788 | 249,094 |
| 11 | ** LAND | 2/1/2005 | 0 | 0 | 0 |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | 20,628 | 1,340 | 21,968 |
| 13 | ** OFFICE EQUIP | 2/15/2006 | 20,628 | 1,340 | 21,968 |
| 14 | ** EQUIPMENTS | 1/15/2007 | 107,207 | 16,759 | 123,966 |
| 15 | ** IQF SYSTEM | 6/15/2007 | 171,902 | 26,873 | 198,775 |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | 74,277 | 10,091 | 84,368 |
| SubTotals |  |  | 1,190,007 | 108,656 | 1,298,663 |
| Less: Disposed Assets |  |  | ( 1,190,007) | ( 108,656) | ( 1,298,663) |
| Ending Totals |  |  | 0 | 0 | 0 |

**Detail Report**

ALL — 12/31/2010 — CRYSTAL SEAFOOD CO INC — 05-0607533

| Item No. | Description of Property ("**" indicates DISPOSED) | Date Placed in Service | Activity | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | AMT Type | Recovery Period (years) | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | |
| 1 | ** COMPUTER | 2/2/2004 | 1120 | F-4 | 100.00% | 3,500 | 0 | 0 | 0 | 0 | 3,500 | | 5 | 200DB |
| 2 | ** COUNTING SCALE | 1/15/2005 | 1120 | F-10 | 100.00% | 2,357 | 0 | 0 | 0 | 0 | 2,357 | | 7 | 200DB |
| 3 | ** ICE VAULT | 1/15/2005 | 1120 | F-10 | 100.00% | 157,142 | 0 | 0 | 0 | 0 | 157,142 | | 7 | 200DB |
| 4 | ** VATS | 1/15/2005 | 1120 | F-10 | 100.00% | 11,000 | 0 | 0 | 0 | 0 | 11,000 | | 7 | 200DB |
| 5 | ** WASH TANK | 1/15/2005 | 1120 | F-10 | 100.00% | 15,304 | 0 | 0 | 0 | 0 | 15,304 | | 7 | 200DB |
| 6 | ** STAINLESS TABLE | 1/15/2005 | 1120 | F-10 | 100.00% | 12,000 | 0 | 0 | 0 | 0 | 12,000 | | 7 | 200DB |
| 7 | ** STAINLESS WASH | 1/15/2005 | 1120 | F-10 | 100.00% | 45,036 | 0 | 0 | 0 | 0 | 45,036 | | 7 | 200DB |
| 8 | ** UNLOADING DOCK | 1/15/2005 | 1120 | F-10 | 100.00% | 189,225 | 0 | 0 | 0 | 0 | 189,225 | | 7 | 200DB |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | 1120 | F-10 | 100.00% | 340,651 | 0 | 0 | 0 | 0 | 340,651 | | 7 | 200DB |
| 10 | ** BUILDING | 2/1/2005 | 1120 | R-5 | 100.00% | 1,850,000 | 0 | 0 | 0 | 0 | 1,850,000 | | 39 | SL/GDS |
| 11 | ** LAND | 2/1/2005 | 1120 | N-1 | 100.00% | 150,000 | 0 | 0 | 0 | 0 | 150,000 | | | |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | 1120 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | | 7 | 200DB |
| 13 | ** OFFICE EQUIP | 2/15/2006 | 1120 | F-10 | 100.00% | 30,000 | 0 | 0 | 0 | 0 | 30,000 | | 7 | 200DB |
| 14 | ** EQUIPMENTS | 1/15/2007 | 1120 | F-10 | 100.00% | 358,600 | 0 | 0 | 0 | 0 | 358,600 | | 15 | 200DB |
| 15 | ** IQF SYSTEM | 6/15/2007 | 1120 | F-10 | 100.00% | 575,000 | 0 | 0 | 0 | 0 | 575,000 | | 15 | 200DB |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | 1120 | F-10 | 100.00% | 175,182 | 0 | 0 | 0 | 0 | 175,182 | | 10 | 200DB |
| | SubTotals | | | | | 3,944,997 | 0 | 0 | 0 | 0 | 3,944,997 | | | |
| | Less: Disposed Assets | | | | | (3,944,997) | 0) | 0) | 0) | 0) | (3,944,997) | | | |
| | Ending Totals | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | |

## Detail Report

ALL

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed in Service | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2010 Current Deprec. | 2010 Accum. Deprec. |
|---|---|---|---|---|---|---|
| 1 | ** COMPUTER | 2/2/2004 | HY | 3,500 | 0 | 3,500 |
| 2 | ** COUNTING SCALE | 1/15/2005 | HY | 1,830 | 105 | 1,935 |
| 3 | ** ICE VAULT | 1/15/2005 | HY | 122,084 | 7,009 | 129,093 |
| 4 | ** VATS | 1/15/2005 | HY | 8,546 | 491 | 9,037 |
| 5 | ** WASH TANK | 1/15/2005 | HY | 11,890 | 683 | 12,573 |
| 6 | ** STAINLESS TABLE | 1/15/2005 | HY | 9,324 | 535 | 9,859 |
| 7 | ** STAINLESS WASH | 1/15/2005 | HY | 34,989 | 2,009 | 36,998 |
| 8 | ** UNLOADING DOCK | 1/15/2005 | HY | 138,891 | 8,440 | 147,331 |
| 9 | ** STEEL BOAT DOCK | 1/15/2005 | HY | 233,005 | 15,193 | 248,198 |
| 10 | ** BUILDING | 2/1/2005 | MM | 231,306 | 17,788 | 249,094 |
| 11 | ** LAND | 2/1/2005 | | 0 | 0 | 0 |
| 12 | ** OFFICE EQUIPMENT | 2/15/2006 | HY | 20,628 | 1,340 | 21,968 |
| 13 | ** OFFICE EQUIP | 2/15/2006 | HY | 20,628 | 1,340 | 21,968 |
| 14 | ** EQUIPMENTS | 1/15/2007 | HY | 107,207 | 16,759 | 123,966 |
| 15 | ** IQF SYSTEM | 6/15/2007 | HY | 171,902 | 26,873 | 198,775 |
| 16 | ** DEHEADING EQUIP | 6/15/2007 | HY | 74,277 | 10,091 | 84,368 |
| | SubTotals | | | 1,190,007 | 108,656 | 1,298,663 |
| | Less: Disposed Assets | | | (1,190,007) | (108,656) | (1,298,663) |
| | Ending Totals | | | 0 | 0 | 0 |