## CRYSTAL SEAFOOD CO. 2008

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 1,832,953.07 | 682,345.00 | 90,000.00 | 1,120,000.00 | 237,028.00 | 892,565.00 | 537,000.00 | 683,000.00 | 1,145,849.00 | 360,878.54 | 210,596.00 | 1,176,804.39 | 8,969,019.00 |
| EXPENSES | | | | | | | | | | | | | |
| DEPRECIATION EXPENSE | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.91 | 25,219.99 | 302,639.00 |
| EQUIPMENT RENTAL | 3,682.09 | 2,820.14 | 9,465.62 | 0.00 | 5,147.85 | 12,336.61 | 0.00 | 8,025.00 | 4,667.36 | 6,549.59 | 6,250.55 | 0.00 | 58,944.81 |
| PURCHASE | 1,332,346.48 | 567,812.95 | 80,500.00 | 92,000.00 | 225,000.00 | 828,203.15 | 542,500.00 | 649,518.00 | 700,525.00 | 421,515.00 | 298,000.00 | 3,099,252.42 | 8,837,173.00 |
| BANK CHARGE | 227.00 | 91.00 | 48.00 | -87,437.78 | 80.00 | 98.00 | 84.00 | 156.00 | 182.50 | 150.00 | 170.00 | 281.73 | 89,006.00 |
| TOTAL EXPENSES | 1,361,475.48 | 595,944.00 | 115,233.53 | 204,657.69 | 255,447.76 | 865,857.67 | 567,803.91 | 682,918.91 | 730,594.77 | 453,434.50 | 329,640.46 | 3,124,754.14 | 9,287,762.81 |
| PROFIT / LOSS | 471,477.59 | 86,401.00 | -25,233.53 | 915,342.31 | -18,419.76 | 26,707.33 | -30,803.91 | 81.09 | 415,254.23 | -92,555.96 | -119,044.46 | -1,947,949.75 | **-318,743.81** |

## CRYSTAL SEAFOOD CO. 2009

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 216,000.00 | 298,500.00 | 222,013.50 | 40,409.50 | 232,000.00 | 233,191.50 | 147,600.00 | 0.00 | 0.00 | 0.00 | 19,000.00 | 0.00 | 1,408,714.50 |
| **EXPENSES** | | | | | | | | | | | | | |
| DEPRECIATION EXPENSE | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 20,842.75 | 250,113.00 |
| EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,744.79 | 0.00 | 0.00 | 3,311.67 | 0.00 | 5,948.05 | 5,819.00 | 17,823.51 |
| PURCHASE | 377,363.08 | 117,000.00 | 101,254.00 | 75,100.00 | 100,000.00 | 31,200.00 | 76,111.37 | 37,200.00 | 25,250.00 | 16,980.78 | 24,057.20 | 486,851.57 | 1,468,368.00 |
| BANK CHARGE | 520.10 | 5,494.97 | 325.00 | 3,646.46 | 30.00 | 5,040.00 | 2,255.50 | 30.00 | 1,511.09 | 4,545.05 | 0.00 | 502.83 | 23,901.00 |
| ACCOUNTING AND LEGAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | 398,725.93 | 143,337.72 | 122,421.75 | 99,589.21 | 120,872.75 | 59,827.54 | 99,209.62 | 58,072.75 | 50,915.51 | 42,368.58 | 50,848.00 | 514,016.15 | 1,760,205.51 |
| PROFIT / LOSS | 182,725.93 | 155,162.28 | 99,591.75 | -59,179.71 | 111,127.25 | 173,363.96 | 48,390.38 | -58,072.75 | -50,915.51 | -42,368.58 | -31,848.00 | -514,016.15 | **351,491.01** |

## CRYSTAL SEAFOOD CO. 2010

| | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | 3,000.00 | 9,000.00 | 6,000.00 | 0.00 | 0.00 | 33,256.00 | 66,000.00 | 140,192.00 | 16.00 | 0.00 | 0.00 | 0.00 | 257,464.00 |
| EXPENSES | | | | | | | | | | | | | |
| DEPRECIATION EXPENSE | 27,164.00 | 27,164.00 | 27,164.00 | 27,164.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108,656.00 |
| EQUIPMENT RENTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,685.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,685.69 |
| PURCHASE | 5,000.00 | 3,000.00 | 3,000.00 | 4,166.36 | 3,000.00 | 3,000.00 | 6,000.00 | 3,000.00 | 8,000.00 | 3,000.00 | 3,000.00 | 218,506.64 | 262,673.00 |
| BANK CHARGE | 30.00 | 430.00 | 1,349.00 | 251.40 | 30.00 | 37.00 | 1,708.74 | 20,226.27 | 53.00 | 163.95 | 228.94 | 61.95 | 24,570.25 |
| ACCOUNTING AND LEGAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHOP SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL EXPENSES | 32,164.00 | 30,594.00 | 31,513.00 | 31,581.76 | 3,030.00 | 7,722.69 | 7,708.74 | 23,226.27 | 8,053.00 | 3,163.95 | 3,228.94 | 218,568.59 | 400,584.94 |
| PROFIT / LOSS | -29,164.00 | -21,594.00 | -25,513.00 | -31,581.76 | -3,030.00 | 25,533.31 | 58,291.26 | 116,965.73 | -8,037.00 | -3,163.95 | -3,228.94 | -218,568.59 | **-143,120.94** |