```
                                                                              PAGE 1
                         TAMPA BAY FISHERIES, INC.
                         3060 NORTH GALLAGHER ROAD
                                PO BOX 750
                           DOVER, FLORIDA 33527
                    PHONE 800-234-2561, FAX 813-752-3168

                      RAW MATERIAL PURCHASE ORDER           NO:      81749.0
                                                           DATE:    12/24/09
                                                        EXPECTED:
                                                        RECEIVED:   12/24/09
5478                                               FRT-HDL-COMM/#:   0.0000
CRYSTAL SEAFOOD CO.                                   PKG-CSTLB:     0.0000
26895 ALISO CREEK ROAD                                CUSTOM $ :
SUITE B791
ALISO VIEJO CA 92656-5301                             INVOICE   :


         ****  ORDERED  ****        ****  RECEIVED  ****
         CASES  PK    WEIGHT        CASES  PK    WEIGHT      COST/LB      EXT COST
==================================================================================

16515            91/110   DOM WHT PUD            10/5.0000
LOT:  015.45135                                                                  T
          40   0    2,000.0          40    0   2,000.0       1.9800      3,960.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

16515            91/110   DOM WHT PUD            10/5.0000
LOT:  015.45136                                                                  T
          40   0    2,000.0          40    0   2,000.0       1.9800      3,960.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

16515            91/110   DOM WHT PUD            10/5.0000
LOT:  015.45137                                                                  T
          80   0    4,000.0          80    0   4,000.0       1.9800      7,920.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

16515            91/110   DOM WHT PUD            10/5.0000
LOT:  015.45138                                                                  T
          57   0    2,850.0          57    0   2,850.0       1.9800      5,643.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

24233            U/12     DOM HDLS WHITE IQF     4/5.0000
LOT:  015.45105                                                                  T
         324   0    6,480.0         324    0   6,480.0       5.6000     36,288.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

25098            200/300  DOM PUD WHT            10/5.0000
LOT:  .45103                                                                     O
          80   0    4,000.0                    0.0           0.0000          0.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD

25098            200/300  DOM PUD WHT            10/5.0000
LOT:  .45104                                                                     O
          20   0    1,000.0                    0.0           0.0000          0.00
CTRY ORIGIN :US UNITED STATES                METHOD OF CATCH :W    WILD
==================================================================================
         641   0   22,330.0                                             57,771.00


                                                     SIGNATURE
```

## TAMPA BAY FISHERIES, INC.

RAYMOND GALLAGHER, RE
PO BOX 750
DOVER, FLORIDA 33527

Union Bank N.A.
63-292/113

142778

Thirty Three Thousand Four Hundred Forty Three Dollars & 50 Cents

CRYSTAL SEAFOOD CO.
26895 ALISO CREEK ROAD
SUITE B #791
ALISO VIEJO, CA 92656-5301

DATE: March 22, 2010
AMOUNT: $33,443.50

TAMPA BAY FISHERIES, INC.
VOID AFTER 6 MONTHS

Robert Patterson
Brenda Newman
AUTHORIZED SIGNATURE

---

### EAST WEST BANK — WITHDRAWAL/TRANSFER DEBIT

| | Date | Customer Name: Crystal Seafood Co |
|---|---|---|

DEPOSIT — May not be available for immediate withdrawal

| | Account Number | Savings / Checking |
|---|---|---|

| | | |
|---|---|---|
| Currency | | $ |
| Coin | | $ |
| Check (reverse for more checks) | | $ 16,154.50 |
| | | $ 35,443.50 |
| Subtotal | | $ 42,598.00 |
| Less Cash | | $ — |
| **TOTAL DEPOSIT** | | $ 42,598.00 |

WITHDRAWAL

| | | |
|---|---|---|
| Cash | | $ |
| Check (reverse side for more checks) | # | $ |
| Travelers Cheques | # | $ |
| Money Order | # | $ |
| Penalty | | $ |
| Fee | | $ |
| Transfer To Account # | | $ |
| **TOTAL WITHDRAWAL** | | $ |

I hereby authorize this transaction and any resulting interest adjustment to be charged to my above numbered account and I acknowledge receipt of this sum. All of the persons whose name appear on this account are living. All items are subject to the depositary bank's regulations relating to deposits and withdrawals.

Signature

For Bank Use Only
RBS | SGN
ID #
Other
Supervisor Approval

SAV-003 (2/04)

Invoice 1584