IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) Judge: Barbier Magistrate: Shushan |
| **This Document Relates To:** | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 122604) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C., and its individual attorneys (hereinafter sometimes collectively referred to as "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record for Plaintiff, **Bucks & Boars, LLC,** and as grounds state:

1. On or about January 2, 2013 Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff, identified as Rec. Doc. 122604.

2. Plaintiff and Counsel have terminated their attorney/client relationship.

3. Plaintiff has been notified by certified mail that Counsel will no longer be representing Plaintiff and of all applicable deadlines and applicable pending court appearances.

4. Plaintiff will remain in the litigation.

5. The present address and telephone number of Plaintiff is the following:

    Bucks & Boars, LLC
    10652 Highway 23
    Belle Chasse, LA 70037
    (504) 858-3777

6. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff Bucks & Boars, LLC in the above-captioned action.

Respectfully submitted this 13th day of August, 2015,

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel Waltzer*
Joel R. Waltzer (LSBA#: 19268)
1000 Behrman Highway
Gretna, LA 70056
joel@waltzerlaw.com
504-340-6300 – Telephone
504-340-6330 – Facsimile
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via certified mail, postage prepaid and properly addressed, to the last known address of the Plaintiff, and that Plaintiff has been notified by certified mail of all applicable deadlines and applicable pending court appearances

*/s/ Joel Waltzer*