UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : | MDL No.: 2179 |
| | : | Section: J |
| | : | The Hon. Carl J. Barbier |
| This Document Applies to: | : | The Hon. Sally Shushan |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enter their notice of appearance on behalf of Deepwater Horizon Economic Claims Center:

    Laura S. Rahman
    Attorney at Law
    Louisiana Bar No. 24219
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
    909 Fannin Street, Suite 3300
    Houston, TX 77010
    Telephone: (713) 353-2000
    Facsimile: (713) 785-7780
    Email: laura.rahman@wilsonelser.com

DATED this 13th day of August, 2015.

        WILSON, ELSER, MOSKOWITZ, EDELMAN
        & DICKER LLP

        By:  /s/ Laura S. Rahman
             Laura S. Rahman, Esq.
             Louisiana Bar No. 24219
             909 Fannin Street, Suite 3300
             Houston, TX 77010
             Telephone: (713) 353-2000
             Facsimile: (713) 785-7780

        *Attorneys for Deepwater Horizon*
        *Economic Claims Center*

834687v.1

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that on the 13th day of August, 2015, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to counsel by operation of the court's electronic system.

/s/ Naomi E. Sudranski
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

834687v.1