UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION J |
| | | | Judge Barbier |
| Relates to: | Multiple Short-Form Joinder Plaintiffs in 10-cv-8888 | ) ) | Mag. Judge Shushan |

## MOTION FOR STATUS CONFERENCE

NOW COME Plaintiffs Father Dan, Inc. (Short Form Dkt. No. 64229) Palacios Seafood Co., Inc. d/b/a Anchor Seafood (Short Form Dkt. No. 64192) and all other similarly-situated Plaintiffs,[1] who respectfully file this Motion for Status Conference and seek an order granting an in-person status conference before Judge Barbier and an order compelling mediation of the Plaintiffs' claims, for the following reasons, to wit:

1.

The Plaintiffs are lifelong and career commercial shrimpers, or otherwise engaged in direct support of the Texas Gulf Coast commercial shrimping industry. Specifically, many of the Plaintiffs are shrimpers from Palacios, Matagorda County, Texas—the Shrimp Capital of Texas.[2] The history of the gulf shrimping industry in Palacios dates back to the 1920s. *See, e.g.,* Palacios Chamber of Commerce, *Shrimping Families of Palacios, TX* at http://www.palacioschamber.com/shrimpfamilies/palaciosshrimpfamilies.html (collected family histories of Palacios shrimping families written and compiled in 2000 for a Palacios Chamber of

---

[1] "Similarly-situated" in this context describes certain Plaintiffs who filed short-form joinders in the MDL in April 2011 and are represented by Fibich Leebron Copeland Briggs & Josephson, LLP (Fibich Leebron Plaintiffs). Specifically, the Plaintiffs herein are primarily commercial Gulf of Mexico shrimpers who port on the Texas Gulf Coast—in areas excluded from the Seafood Compensation Settlement Program. A full list of similarly-situated and moving Plaintiffs (collectively Plaintiffs) is attached as Exhibit A.

[2] *See* Ellen Honey, *The Texas Gulf Coast*, Marina Life, Spring 2012 *available at* http://www.marinalife.com/magazine/225-the-texas-gulf-coast.

1

Commerce banquet honoring the multi-generational shrimping families of Palacios). Palacios is home to the largest fishing fleet on the Texas coast. Ellen Honey, *The Texas Gulf Coast*, Marina Life, Spring 2012 *available at* http://www.marinalife.com/magazine/225-the-texas-gulf-coast. When the Deepwater Horizon spill began, Palacios was the homeport to a fleet of hundreds of commercial shrimp trawlers. *Id.* In 2009, the Port of Palacios landed over 20 million pounds of commercial seafood with an estimated value of over $27 million dollars. *See* Exhibit B-5: Excerpts from *Fisheries of the United States 2009*, National Marine Fisheries Service, Office of Science and Technology, Sept. 2010 at 7.[3] According to the National Marine Fisheries Service, as of 2009, Palacios was the 37th most productive U.S. commercial fishing port and ranked 30th most economically valuable fishing port. *Id.*

2.

The overwhelming majority of Palacios seafood landings were comprised of gulf shrimp. Since the spill, Palacios' production has fallen in both absolute and relative terms. After the spill, in 2010, Palacios fell nine spots among the United States' Top 50 producing commercial seafood ports—from the 37th most productive U.S. commercial fishing port in 2009 to the 46th most productive U.S. port in 2010.[4] During that one-year period, Palacios experienced a drop of over 6 million pounds of seafood production—over 30% from the year before the Deepwater Horizon disaster. *Fisheries of the United States 2010* at 7 (showing 2009 production of 20 million pounds landed followed by 2010 production of 13.9 million pounds landed). Since that time, Palacios has continued to suffer a steady, if not precipitous, drop in both absolute and relative production.

---

[3] Excerpts from the National Marine Fisheries Service's annual publication *Fisheries of the United States* (*FUS*) from years 1995-2013 are attached as Exhibit B-1—B-6. The excerpts are marked and numbered as follows: Ex. B-1: *FUS 2013*; Ex. B-2: *FUS 2012*; Ex. B-3: *FUS 2011*; Ex. B-4: *FUS 2010*; Ex. B-5: *FUS 2009*; Ex. B-6 *FUS 1995-FUS-2008* (in descending order beginning with *FUS 2008*).

[4] *Compare* Ex. B-5 *FUS 2009* at 7 *with* Ex. B-4 *FUS 2010* at 7.

In 2011, it fell from 46th to 47th in rank of U.S. ports for seafood production.[5] In 2012, Palacios fell from the Top 50 U.S. commercial fishing seaports in both pounds landed and economic value of its catch for the first time since 1995. *Compare* Ex. B-2 *FUS 2012* at 8 *with* Exs. B-3—B-6 *FUS 1995—FUS 2011*. The Plaintiffs shrimp the same affected waters utilized by Gulf Coast shrimpers who were ultimately covered by the Seafood Compensation Settlement Program. The Plaintiffs suffered the same as every other Gulf Coast shrimper who was covered by the earlier settlement.

3.

The sole difference between the Plaintiffs and those shrimpers covered by the Seafood Compensation Settlement Program is the fact that the Plaintiffs are registered, port, and land their catches in their homeport of Palacios, Texas. For example, among the Plaintiffs are Mark Bates and his various shrimping business interests. The Bates family has been called "Palacios' First Shrimping Family."[6] *See* Short Form Dkts. 62434 (Mark Bates, Individually), 64376 (Rhonda Lynn, Inc.), 64806 (Gold Coast Seafood, Inc.), and 64814 (Mary Bea, Inc.). Mark's family story and its interconnectedness to Palacios' gulf shrimping business is not uncommon. The Aparicio Family also owns a series of multigenerational family-owned gulf shrimping businesses.[7] *See, e.g.*, Short Form Dkts. 64229 (Father Dan, Inc.), 64216 (Aparicio Trawlers, Inc.), and 64192 (Palacios Seafood Co., Inc. d/b/a Anchor Seafood). Likewise, the Wallis Family and its various businesses have been a mainstay in the Palacios gulf shrimping community for

---

[5] *Compare* Ex. B-4 *FUS 2010* at 7 *with* Ex. B-3 *FUS 2011* at 9.

[6] Palacios Chamber of Commerce, *Palacios' First Shrimping Family* at http://www.palacioschamber.com/shrimpfamilies/batesfamily.html.

[7] Palacios Chamber of Commerce, *Isaac's Journey: The Aparicio Family in Palacios* at http://www.palacioschamber.com/shrimpfamilies/isaacsjourney.html.

3

over 50 years.[8] *See, e.g.*, Short Form Dkts. 67374 (Trawler Gulf Runner), 67403 (W&W Ice), 67421 (W&W Marine). These families and their businesses, and the dozens of other Fibich Leebron Plaintiffs like them, depended on the same shrimp fisheries as the other gulf shrimpers in this litigation. They fished the same waters. They relied on the same shrimp spawning grounds and estuaries. BP's gross negligence affected and damaged them no differently than the covered Gulf Coast shrimpers. BP's gross negligence has severely injured these generations-old family businesses.

4.

However, after over five years since the Deepwater Horizon disaster, Plaintiffs are still seeking to be made whole for the losses caused by BP. To that end, Plaintiffs made appropriate demands on BP pursuant to the Oil Pollution Act. Sometime later, Plaintiffs undertook to provide BP with hardbound Plaintiff-specific settlement brochures—detailing each individual plaintiff's history and individual legacy in the Palacios and Gulf Coast shrimping community and the losses each had suffered as a result of the Deepwater Horizon disaster. Since that time, Plaintiffs have continued to reach out to BP in attempts to discuss these cases. Despite Plaintiffs' continued efforts, BP has shown no willingness to engage with these Plaintiffs. However, during that time BP has settled with other entities outside its settlement zones. For example, the City of Houston and Harris County, Texas—two governmental entities representing jurisdictions outside the original BP settlement geography—settled their cases for more than $12 million dollars and $2 million dollars, respectively, for the loss of tax revenue caused by the Deepwater Horizon

---

[8] Palacios Chamber of Commerce, *The History of W & W Dock and Ice* at http://www.palacioschamber.com/shrimpfamilies/wallisfamily.html.

disaster.[9] However, these Plaintiffs—individuals and businesses directly harmed—have waited over five years since the spill and have achieved no meaningful justice.

Over three years ago, BP's chief executive officer, in announcing the settlement claimed:

> BP made a commitment to help economic and environmental restoration efforts in the Gulf Coast, and this settlement provides the framework for us to continue delivering on that promise, offering those affected full and fair compensation, without waiting for the outcome of a lengthy trial process.[10]

That settlement was to be funded by a $20 billion trust, with $2.3 billion dollars dedicated to the seafood industry. *Id.* As of August 11, 2015—almost three and a half years later—only 13,162 seafood compensation claimants have been approved for settlement for a total of $1.572 billion dollars. *See attached* Ex. C (August 11, 2015 Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement). Of those, fewer than 12,000 plaintiffs have accepted their settlements and been paid a total of slightly more than $1.5 billion dollars.[11] *Id.* Even subsistence fishermen have achieved some measure of relief. *Id.* (showing 10,703 subsistence claimants paid a total of over $84.6 million dollars). While the initial Seafood Compensation settlement has failed to fully deliver on its promise to their fellow Gulf Coast commercial shrimpers and fishermen, during that same three-and-a-half year time period, Plaintiffs have been unable to convince BP to enter into discussions or good faith negotiations to resolve their cases.

5.

---

[9] HOUSTON CHRONICLE, July 23, 2015, *Houston, Harris County get millions from BP settlement* at http://www.chron.com/news/houston-texas/houston/article/Houston-Harris-County-get-millions-from-BP-6401700.php

[10] April 17, 2012 BP Press Release, *BP and PSC Reach Definitive Settlement Agreements and Seek Preliminary Court Approval* at http://www.bp.com/en/global/corporate/press/press-releases/bp-and-psc-reach-definitive-settlement-agreements-and-seek-preliminary-court-approval.html

[11] As of August 11, 2015, the mean average for Seafood Compensation settlement claims accepted by covered claimants and paid by BP was approximately $128,434.76 per paid claim.

Moving Plaintiffs represent a sizable contingent of bona fide claimants from the Texas coast. However there may be others from outside the class boundaries that are similarly situated as these clients and the undersigned lawyers, if the court desires, will undertake to consolidate those claims so that this group of cases can be potentially resolved at the earliest possible time. Accordingly, the Plaintiffs file this Motion seeking an in-person Status Conference before Judge Barbier so that the parties' positions regarding the Plaintiffs' claims can be addressed and considered by the Court to determine the next appropriate steps. Plaintiffs further seek court-ordered mediation of their claims. Should Defendants be unwilling to engage in good-faith settlement negotiations, then Plaintiffs would ask that a scheduling order be entered and trial dates assigned. Should Defendants agree to mediate Plaintiffs' claims in good faith, Plaintiffs would request the Court order the parties to mediate as soon as practicable.

WHEREFORE, Plaintiffs pray for an in-person status conference before Judge Carl Barbier to discuss how these Plaintiffs' cases should proceed in the overall context of the "Deepwater Horizon" litigation.

Dated: August 13, 2015							Respectfully submitted,

FIBICH LEEBRON
COPELAND BRIGGS JOSEPHSON

/s/ Kenneth T.Fibich
Kenneth T. Fibich
Texas State Bar No. 06952600
Joseph C. "Joe" Melugin
Texas State Bar No. 24054038
1150 Bissonnet Street
Houston, Texas 77005
 (713)751-0025
 (713)751-0030 Facsimile
tfibich@fibichlaw.com
jmelugin@fibichlaw.com

6

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on counsel for Defendants and all other counsel of record receiving electronic service through electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.

                                              */s/ Kenneth T.Fibich*
                                              Kenneth T. Fibich