# Exhibit B-1

# U.S. Commercial Landings

## COMMERCIAL LANDINGS DATA COLLECTION

Commercial landings data used in this publication are collected by our state and regional partners, and then combined by NMFS Headquarters staff to provide a national overview of landings made by the domestic fishing fleet. While reporting is required for all commercially-landed species, the data collected and methods used vary widely between fisheries and among the various regions. Some data come from the fishermen themselves via a logbook or trip ticket program, while others use reports from the people who buy their catch (seafood dealers). See below for a summary of each of the major regional data sources.

MAINE THROUGH GEORGIA. NMFS receives landings data for the Atlantic Coast (Maine through Georgia), from the Atlantic Coastal Cooperative Statistics Program (ACCSP, http://www.accsp.org). ACCSP is a cooperative state-federal program that designs, implements, and conducts marine fisheries data collection programs into a single data management system to meet the needs of fishery managers, scientists, and fishermen. ACCSP compiles landings from the relevant state agencies and from NMFS. Most of these landings are collected from reports of seafood dealers using the Standard Atlantic Fisheries Information System, an online reporting tool developed by the ACCSP and used throughout the Atlantic Coast.

FLORIDA THROUGH TEXAS. For Fisheries of the United States, landings data for the Gulf of Mexico region are provided by the NMFS Southeast Fisheries Science Center (http://www.sefsc.noaa.gov/) in cooperation with the Fisheries Information Network of the Gulf States Marine Fisheries Commission (http://www.gsmfc.org). Most of these data are collected through dealer trip-ticket programs administered by the states. Landings data for Florida are provided by ACCSP.

WASHINGTON, OREGON AND CALIFORNIA Pacific Coast landings data are provided by the Pacific Fisheries Information Network (PacFIN, http://pacfin.psmfc.org/), a joint federal-state program focused on fisheries data collection and information management for the Pacific Coast. PacFIN includes data from state fish-ticket, port sampling, and logbook programs, as well as limited-entry and observer data provided by NMFS.

ALASKA. Alaska data are provided by the Alaska Fisheries Information Network (AKFIN, http://www.akfin.org). Landings estimates are derived by the combining the NMFS Alaska Regional Office's new Catch Accounting System for groundfish, and the Alaska Commercial Fisheries Entry Commission-sourced fish tickets for species other than groundfish.

HAWAII. Data for Hawaii and the Pacific Territories are provided by the Western Pacific Fisheries Information System (WPacFIN, http://www.pifsc.noaa.gov/wpacfin/), a program of the NMFS Pacific Islands Fishery Science Center. WPacFIN staff combine Hawaii Department of Aquatic Resources data with landings from the PIFSC Hawaii-based longline fleet logbook program to compile species totals for the state.

GREAT LAKES. Landings data from the Great Lakes are provided by the US Geological Survey's Great Lakes Science Center (http://www.glsc.usgs.gov/). These data lag the other landings data by one year.

LANDINGS BY DISTANCE-FROM-SHORE. Landings by Distance-From-Shore has been included in Fisheries of the United States for many decades. The categories for distance-from-shore reporting are: "0 to 3 miles from shore" corresponding to state waters, "3-200 miles from shore" corresponding to federally managed waters in the Exclusive Economic Zone (EEZ) of the United States, and "High seas or off Foreign Waters" corresponding to ocean areas beyond the EEZ. Distance-from-shore is derived from spatial elements in the data where it is available. As location of the catch is not a required reporting element for most fisheries, however, the distribution of landings by distance-from-shore is usually estimated based on historic data and industry knowledge. The Landings by Distance-From-Shore table includes landings, primarily tuna, caught by US-flagged purse seine and trolling vessels that are landed in foreign ports, including American Samoa, Federated States of Micronesia, Kiribati, Papua New Guinea, and the Marshall Islands. Data are estimated based on unloading receipts by NMFS staff in the Southwest Fisheries Science Center, Pacific Islands Regional Office and Pacific Islands Fisheries Science Center. All of these catches are assume to be made on the high seas, beyond 200 miles offshore.

# U.S. Commercial Landings

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2012 AND 2013 (1)**

| Species | 2012 | | | 2013 | | | Average (2008-2012) |
|---|---|---|---|---|---|---|---|
| | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| **Fish** | | | | | | | |
| Alewife | 1,656 | 751 | 432 | 1,494 | 678 | 360 | 1,618 |
| Anchovies | 6,063 | 2,750 | 483 | 13,368 | 6,064 | 1,125 | 11,038 |
| Atka mackerel | 103,987 | 47,168 | 15,106 | 51,424 | 23,326 | 15,279 | 129,141 |
| Bluefish | 5,018 | 2,276 | 3,248 | 4,585 | 2,080 | 3,009 | 6,226 |
| Blue runner | 323 | 147 | 275 | 340 | 154 | 266 | 314 |
| Bonito | 33 | 15 | 76 | 85 | 39 | 116 | 1,416 |
| Butterfish | 2,858 | 1,296 | 1,562 | 3,008 | 1,364 | 1,973 | 2,323 |
| Catfish and bullheads | 9,935 | 4,506 | 4,670 | 8,646 | 3,922 | 5,443 | 8,850 |
| Chubs | 167 | 76 | 308 | 116 | 53 | 291 | 405 |
| Cod: | | | | | | | |
|   Atlantic | 10,507 | 4,766 | 22,192 | 4,990 | 2,263 | 10,466 | 16,921 |
|   Pacific | 718,122 | 325,738 | 186,596 | 682,167 | 309,429 | 156,573 | 581,429 |
| Crevalle (jack) | 415 | 188 | 340 | 590 | 268 | 473 | 492 |
| Croaker: | | | | | | | |
|   Atlantic | 11,653 | 5,286 | 11,443 | 9,685 | 4,393 | 9,581 | 14,567 |
|   Pacific (white) | 6 | 3 | 4 | 6 | 3 | 4 | 43 |
| Cusk | 89 | 40 | 67 | 88 | 40 | 72 | 96 |
| Dolphinfish | 2,525 | 1,145 | 7,372 | 2,188 | 992 | 5,852 | 2,495 |
| Eels, American | 1,076 | 488 | 40,628 | 934 | 424 | 34,837 | 881 |
| **Flatfish:** | | | | | | | |
|   **Atlantic and Gulf** | | | | | | | |
|     American plaice | 3,371 | 1,529 | 5,158 | 2,907 | 1,319 | 4,690 | 3,010 |
|     Summer flounder | 12,483 | 5,662 | 30,347 | 11,975 | 5,432 | 28,852 | 12,258 |
|     Winter flounder | 5,273 | 2,392 | 10,323 | 6,067 | 2,752 | 9,924 | 4,702 |
|     Witch flounder | 2,288 | 1,038 | 4,250 | 1,513 | 686 | 3,735 | 2,035 |
|     Yellowtail flounder | 5,041 | 2,287 | 6,450 | 2,826 | 1,282 | 4,213 | 3,839 |
|     Other | 4,228 | 1,918 | 6,323 | 2,641 | 1,198 | 6,716 | 4,899 |
|   **Total, Atlantic/Gulf** | **32,684** | **14,825** | **62,851** | **27,929** | **12,669** | **58,130** | **30,743** |
|   **Pacific** | | | | | | | |
|     Arrowtooth flounder | 81,982 | 37,187 | 9,161 | 77,063 | 34,956 | 9,636 | 92,313 |
|     Dover sole | 15,447 | 7,007 | 6,512 | 17,470 | 7,924 | 7,768 | 21,274 |
|     Flathead sole | 25,632 | 11,627 | 4,195 | 40,200 | 18,235 | 7,572 | 41,385 |
|     Petrale sole | 2,405 | 1,091 | 3,555 | 4,903 | 2,224 | 6,159 | 2,991 |
|     Rock sole | 162,767 | 73,831 | 26,427 | 133,703 | 60,647 | 32,751 | 127,625 |
|     Yellowfin sole | 313,341 | 142,131 | 48,244 | 350,052 | 158,783 | 60,887 | 283,808 |
|     Other | 68,647 | 31,138 | 15,631 | 65,546 | 29,731 | 15,693 | 54,433 |
|   **Total, Pacific** | **670,221** | **304,010** | **113,725** | **688,937** | **312,500** | **140,466** | **623,829** |
|   Halibut | 34,002 | 15,423 | 152,036 | 30,042 | 13,627 | 116,925 | 51,995 |
|   **Total, flatfish** | **736,907** | **334,259** | **328,612** | **746,908** | **338,795** | **315,521** | **706,567** |
| Goosefish (monkfish) | 21,479 | 9,743 | 27,097 | 18,975 | 8,607 | 18,744 | 19,876 |
| Groupers | 9,174 | 4,161 | 28,094 | 8,380 | 3,801 | 28,057 | 8,516 |
| Haddock | 4,342 | 1,970 | 7,838 | 4,123 | 1,870 | 6,007 | 13,071 |
| Hakes: | | | | | | | |
|   Pacific (whiting) | 347,178 | 157,479 | 47,058 | 505,619 | 229,347 | 61,323 | 396,661 |
|   Red | 1,827 | 829 | 976 | 1,167 | 529 | 585 | 1,422 |
|   Silver (Atl.whiting) | 16,292 | 7,390 | 10,325 | 13,718 | 6,222 | 8,751 | 16,393 |
|   White | 6,129 | 2,780 | 6,951 | 4,957 | 2,248 | 6,505 | 4,720 |
| Herring: | | | | | | | |
|   Sea: | | | | | | | |
|     Atlantic | 191,016 | 86,644 | 28,995 | 208,292 | 94,481 | 32,184 | 181,377 |
|     Pacific | 78,892 | 35,785 | 19,905 | 90,084 | 40,862 | 17,007 | 93,047 |
|   Thread | 523 | 237 | 86 | 1,682 | 763 | 288 | 843 |

See notes at end of table (continued)

# U.S. Commercial Landings

**COMMERCIAL FISHERY LANDINGS AND VALUE AT MAJOR U.S. PORTS, 2012-2013**

| Port | Quantity 2012 | Quantity 2013 | Port | Value 2012 | Value 2013 |
|---|---|---|---|---|---|
| | Million pounds | | | Million dollars | |
| Dutch Harbor, AK | 752 | 753 | New Bedford, MA | 411 | 379 |
| Aleutian Islands (Other), AK | 456 | 470 | Dutch Harbor, AK | 214 | 197 |
| Kodiak, AK | 393 | 426 | Kodiak, AK | 170 | 154 |
| Empire-Venice, LA | 500 | 422 | Aleutian Islands (Other), AK | 119 | 105 |
| Reedville, VA | 389 | 318 | Alaska Peninsula (Other), AK | 99 | 102 |
| Intracoastal City, LA | 345 | 249 | Honolulu, HI | 100 | 95 |
| Cameron, LA | 228 | 195 | Cordova, AK | 40 | 92 |
| Alaska Penninsula (Other), AK | 191 | 187 | Naknek, AK | 78 | 89 |
| Pascagoula-Moss Point, MS | 250 | 171 | Sitka, AK | 66 | 84 |
| Astoria, OR | 170 | 159 | Empire-Venice, LA | 80 | 83 |
| Cordova, AK | 84 | 147 | Ketchikan, AK | 54 | 76 |
| Ketchikan, AK | 74 | 144 | Petersburg, AK | 50 | 73 |
| Westport, WA | 133 | 140 | Brownsville-Port Isabel, TX | 54 | 73 |
| New Bedford, MA | 143 | 130 | Galveston, TX | 74 | 72 |
| Newport, OR | 80 | 127 | Seward, AK | 62 | 70 |
| Sitka, AK | 67 | 126 | Westport, WA | 59 | 65 |
| Petersburg, AK | 52 | 123 | Bristol Bay (Other), AK | 79 | 64 |
| Los Angeles, CA | 162 | 113 | Dulac-Chauvin, LA | 64 | 64 |
| Port Hueneme-Oxnard-Ventura, CA | 69 | 105 | Newport, OR | 37 | 55 |
| Seward, AK | 54 | 84 | Hampton Roads Area, VA | 64 | 53 |
| Naknek, AK | 87 | 78 | Astoria, OR | 39 | 50 |
| Gloucester, MA | 83 | 62 | Stonington, ME | 46 | 49 |
| Portland, ME | 59 | 62 | Willapa Bay, WA | 16 | 47 |
| Valdez, AK | N/A | 61 | Point Judith, RI | 43 | 47 |
| Point Judith, RI | 46 | 55 | Shelton, WA | 30 | 46 |
| Bristol Bay (Other), AK | 55 | 41 | Gloucester, MA | 57 | 42 |
| Ilwaco-Chinook, WA | 29 | 37 | Port Arthur, TX | 47 | 40 |
| Dulac-Chauvin, LA | 43 | 37 | Kenai, AK | 30 | 40 |
| Kenai, AK | 28 | 36 | Port Hueneme-Oxnard-Ventura, CA | 26 | 40 |
| Rockland, ME | 35 | 35 | Key West, FL | 43 | 40 |
| Coos Bay-Charleston, OR | 32 | 33 | Bayou La Batre, AL | 38 | 38 |
| Honolulu, HI | 27 | 29 | Cape May-Wildwood, NJ | 72 | 35 |
| Atlantic City, NJ | 28 | 27 | Palacios, TX | 21 | 34 |
| Bellingham, WA | 11 | 24 | Crescent City, CA | 28 | 34 |
| Moss Landing, CA | 29 | 23 | Coos Bay-Charleston, OR | 27 | 34 |
| Galveston, TX | 27 | 23 | Los Angeles, CA | 44 | 34 |
| Monterey, CA | 7 | 23 | Golden Meadow-Leeville, LA | 26 | 32 |
| North Kingstown, RI | 23 | 22 | Portland, ME | 33 | 32 |
| Brownsville-Port Isabel, TX | 23 | 21 | Vinalhaven, ME | 28 | 31 |
| Cape May-Wildwood, NJ | 28 | 20 | Provincetown-Chatham, MA | 28 | 30 |
| Juneau, AK | 18 | 20 | Ilwaco-Chinook, WA | 22 | 30 |
| Boston, MA | 14 | 20 | Reedville, VA | 35 | 30 |
| Stonington, ME | 22 | 20 | Seattle, WA | 19 | 29 |
| Princeton-Half Moon Bay, CA | 20 | 19 | Valdez, AK | N/A | 29 |
| Crescent City, CA | 13 | 18 | Juneau, AK | 26 | 27 |
| Hampton Roads Area, VA | 14 | 17 | Intracoastal City, LA | 44 | 26 |
| Willapa Bay, WA | 6 | 16 | Homer, AK | 30 | 26 |
| Golden Meadow-Leeville, LA | 17 | 16 | Long Beach-Barnegat, NJ | 30 | 25 |
| Wanchese-Stumpy Point, NC | 17 | 16 | Eureka, CA | 25 | 25 |
| Point Pleasant, NJ | 19 | 15 | Gulfport-Biloxi, MS | 25 | 23 |

Notes:--To avoid disclosure of private enterprise certain leading ports have not been included.
Some Alaskan ports are grouped together to protect confidential information.  The procedure for doing this was updated for the 2012 edition of FUS.  This table has been updated for 2011 and 2012, but direct comparison to prior editions of FUS will not be possible.
The record landings for quantity  Dutch Harbor - Unalaska, AK 777.2 million pounds in 2007 and  for value New Bedford, MA $ 411.1 million in 2012.