# Exhibit B-2

# *U.S. Commercial Landings*

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2011 AND 2012 (1)**

| Species | 2011 | | | 2012 | | | Average (2007-2011) |
|---|---|---|---|---|---|---|---|
| | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| **Fish** | | | | | | | |
| Alewife | 1,387 | 629 | 337 | 1,656 | 751 | 432 | 1,474 |
| Anchovies | 6,202 | 2,813 | 693 | 6,063 | 2,750 | 483 | 14,477 |
| Atka mackerel | 112,596 | 51,073 | 23,499 | 103,987 | 47,168 | 15,106 | 133,736 |
| Bluefish | 5,522 | 2,505 | 2,974 | 5,018 | 2,276 | 3,248 | 6,755 |
| Blue runner | 298 | 135 | 300 | 323 | 147 | 275 | 323 |
| Bonito | 323 | 147 | 274 | 33 | 15 | 76 | 1,530 |
| Butterfish | 1,793 | 813 | 1,266 | 2,858 | 1,296 | 1,562 | 2,405 |
| Catfish and bullheads | 11,270 | 5,112 | 5,378 | 9,935 | 4,506 | 4,670 | 8,575 |
| Chubs | 256 | 116 | 613 | 167 | 76 | 308 | 388 |
| Cod: | | | | | | | |
|   Atlantic | 17,602 | 7,984 | 32,612 | 10,507 | 4,766 | 22,192 | 18,213 |
|   Pacific | 664,293 | 301,321 | 203,574 | 718,122 | 325,738 | 186,596 | 535,318 |
| Crevalle (jack) | 311 | 141 | 285 | 415 | 188 | 340 | 503 |
| Croaker: | | | | | | | |
|   Atlantic | 12,020 | 5,452 | 9,088 | 11,653 | 5,286 | 11,443 | 16,296 |
|   Pacific (white) | 7 | 3 | 4 | 6 | 3 | 4 | 55 |
| Cusk | 89 | 40 | 71 | 89 | 40 | 67 | 117 |
| Dolphinfish | 2,489 | 1,129 | 6,835 | 2,525 | 1,145 | 7,372 | 2,514 |
| Eels, American | 1,165 | 528 | 9,216 | 1,076 | 488 | 40,628 | 837 |
| **Flatfish:** | | | | | | | |
| **Atlantic and Gulf** | | | | | | | |
|   American plaice | 3,057 | 1,387 | 4,274 | 3,371 | 1,529 | 5,158 | 2,775 |
|   Summer flounder | 15,894 | 7,209 | 32,103 | 12,483 | 5,662 | 30,347 | 11,718 |
|   Winter flounder | 4,680 | 2,123 | 7,998 | 5,273 | 2,392 | 10,323 | 4,828 |
|   Witch flounder | 1,919 | 870 | 3,955 | 2,288 | 1,038 | 4,250 | 2,051 |
|   Yellowtail flounder | 4,037 | 1,831 | 4,775 | 5,041 | 2,287 | 6,450 | 3,605 |
|   Other | 3,541 | 1,606 | 4,678 | 4,228 | 1,918 | 6,323 | 4,665 |
|   **Total, Atlantic/Gulf** | 33,128 | 15,027 | 57,783 | 32,684 | 14,825 | 62,851 | 29,642 |
| **Pacific** | | | | | | | |
|   Arrowtooth flounder | 93,898 | 42,592 | 6,768 | 81,982 | 37,187 | 9,161 | 85,805 |
|   Dover sole | 17,318 | 7,855 | 7,019 | 15,447 | 7,007 | 6,512 | 22,239 |
|   Flathead sole | 31,490 | 14,284 | 4,625 | 25,632 | 11,627 | 4,195 | 43,403 |
|   Petrale sole | 2,037 | 924 | 2,884 | 2,405 | 1,091 | 3,555 | 3,498 |
|   Rock sole | 130,455 | 59,174 | 21,096 | 162,767 | 73,831 | 26,427 | 110,223 |
|   Yellowfin sole | 322,789 | 146,416 | 45,477 | 313,341 | 142,131 | 48,244 | 269,238 |
|   Other | 76,245 | 34,585 | 14,206 | 68,647 | 31,138 | 15,631 | 46,521 |
|   **Total, Pacific** | 674,232 | 305,830 | 102,075 | 670,221 | 304,010 | 113,725 | 580,927 |
| Halibut | 42,840 | 19,432 | 213,007 | 34,002 | 15,423 | 152,036 | 59,173 |
| **Total, flatfish** | 750,200 | 340,288 | 372,865 | 736,907 | 334,259 | 328,612 | 669,742 |
| Goosefish (monkfish) | 18,927 | 8,585 | 26,512 | 21,479 | 9,743 | 27,097 | 20,941 |
| Groupers | 8,526 | 3,867 | 26,324 | 9,174 | 4,161 | 28,094 | 8,597 |
| Haddock | 12,585 | 5,709 | 16,315 | 4,342 | 1,970 | 7,838 | 13,805 |
| Hakes: | | | | | | | |
|   Pacific (whiting) | 496,372 | 225,153 | 52,633 | 347,178 | 157,479 | 47,058 | 418,263 |
|   Red | 1,311 | 595 | 619 | 1,827 | 829 | 976 | 1,283 |
|   Silver (Atl.whiting) | 17,131 | 7,771 | 10,984 | 16,292 | 7,390 | 10,325 | 15,943 |
|   White | 6,432 | 2,918 | 5,868 | 6,129 | 2,780 | 6,951 | 4,171 |
| Herring: | | | | | | | |
|   Sea: | | | | | | | |
|     Atlantic | 173,809 | 78,839 | 24,810 | 191,016 | 86,644 | 28,995 | 175,849 |
|     Pacific | 102,532 | 46,508 | 12,906 | 78,892 | 35,785 | 19,905 | 91,134 |
|     Thread | 741 | 336 | 116 | 523 | 237 | 86 | 762 |

See notes at end of table.     (Continued)

# U.S. Commercial Landings

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2011 AND 2012 (1)**

| Species | 2011 | | | 2012 | | | Average (2007-2011) |
|---|---|---|---|---|---|---|---|
| | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Jack mackerel | 243 | 110 | 21 | 460 | 209 | 39 | 646 |
| Lingcod | 1,383 | 627 | 1,471 | 1,654 | 750 | 1,736 | 803 |
| **Mackerels:** | | | | | | | |
|   Atlantic | 1,145 | 519 | 397 | 11,726 | 5,319 | 4,104 | 35,643 |
|   Chub | 3,002 | 1,362 | 330 | 10,270 | 4,658 | 1,177 | 7,776 |
|   King and Cero | 5,755 | 2,610 | 10,330 | 5,007 | 2,271 | 9,596 | 6,592 |
|   Spanish | 5,696 | 2,584 | 4,683 | 4,923 | 2,233 | 5,058 | 5,194 |
| **Menhaden:** | | | | | | | |
|   Atlantic | 500,755 | 227,141 | 40,130 | 494,721 | 224,404 | 40,351 | 459,901 |
|   Gulf | 1,374,280 | 623,369 | 103,521 | 1,275,787 | 578,693 | 87,376 | 1,088,015 |
|   Total, menhaden | 1,875,035 | 850,510 | 143,651 | 1,770,508 | 803,097 | 127,727 | 1,547,916 |
| Mullets | 16,092 | 7,299 | 11,102 | 13,011 | 5,902 | 8,842 | 13,561 |
| **Pollock:** | | | | | | | |
|   Atlantic | 15,896 | 7,210 | 12,319 | 14,846 | 6,734 | 13,154 | 16,826 |
|   Walleye (Alaska) | 2,810,796 | 1,274,969 | 362,594 | 2,872,187 | 1,302,815 | 343,311 | 2,393,465 |
| **Rockfishes:** | | | | | | | |
|   Ocean perch: | | | | | | | |
|     Atlantic (redfish) | 4,442 | 2,015 | 2,757 | 8,461 | 3,838 | 5,675 | 3,119 |
|     Pacific | 80,662 | 36,588 | 16,962 | 82,825 | 37,569 | 18,166 | 67,365 |
|   Other | 35,269 | 15,998 | 16,087 | 42,067 | 19,081 | 18,371 | 35,372 |
|   Total, rockfishes | 120,373 | 54,601 | 35,806 | 133,353 | 60,489 | 42,212 | 105,856 |
| Sablefish | 41,186 | 18,682 | 183,883 | 41,303 | 18,735 | 140,748 | 42,293 |
| **Salmon:** | | | | | | | |
|   Chinook | 14,757 | 6,694 | 44,254 | 14,377 | 6,521 | 48,581 | 12,482 |
|   Chum | 102,516 | 46,501 | 80,163 | 149,947 | 68,016 | 101,260 | 113,093 |
|   Coho | 24,889 | 11,290 | 27,848 | 23,333 | 10,584 | 28,186 | 31,138 |
|   Pink | 388,390 | 176,173 | 167,489 | 235,306 | 106,734 | 101,164 | 354,554 |
|   Sockeye | 249,536 | 113,189 | 298,562 | 212,842 | 96,544 | 209,934 | 252,012 |
|   Total, salmon | 780,088 | 353,846 | 618,316 | 635,805 | 288,399 | 489,125 | 763,279 |
| Sardines: | | | | | | | |
|   Pacific | 102,233 | 46,373 | 9,734 | 220,279 | 99,918 | 21,427 | 172,933 |
|   Spanish | 2,444 | 1,109 | 385 | 967 | 439 | 155 | 1,881 |
| Scup or porgy | 15,187 | 6,889 | 8,893 | 15,148 | 6,871 | 10,752 | 10,031 |
| Sea bass: | | | | | | | |
|   Black (Atlantic) | 2,611 | 1,184 | 6,672 | 2,682 | 1,217 | 7,124 | 2,376 |
|   White (Pacific) | 565 | 256 | 1,627 | 394 | 179 | 1,363 | 540 |
| Sea trout or weakfish: | | | | | | | |
|   Gray | 138 | 63 | 184 | 302 | 137 | 485 | 431 |
|   Spotted | 212 | 96 | 436 | 525 | 238 | 1,059 | 391 |
|   Sand (white) | 65 | 29 | 46 | 57 | 26 | 57 | 80 |
| Shads: | | | | | | | |
|   American | 770 | 349 | 609 | 941 | 427 | 712 | 721 |
|   Hickory | 97 | 44 | 21 | 83 | 38 | 32 | 107 |
| Sharks: | | | | | | | |
|   Dogfish | 25,822 | 11,713 | 6,275 | 26,407 | 11,978 | 6,411 | 16,000 |
|   Other | 3,702 | 1,679 | 3,017 | 3,779 | 1,714 | 2,478 | 4,242 |
| Sheephead (Atlantic) | 1,480 | 671 | 844 | 1,264 | 573 | 801 | 1,666 |
| Skates | 57,188 | 25,940 | 11,642 | 60,940 | 27,642 | 17,280 | 61,230 |
| Smelts | 794 | 360 | 1,273 | 1,049 | 476 | 1,329 | 792 |
| Snappers: | | | | | | | |
|   Red | 3,566 | 1,618 | 11,406 | 4,037 | 1,831 | 13,661 | 2,828 |
|   Vermilion | 4,156 | 1,885 | 11,535 | 3,293 | 1,494 | 9,288 | 3,427 |
|   Unclassified | 2,936 | 1,332 | 8,780 | 3,094 | 1,403 | 9,485 | 3,253 |

See notes at end of table.                                                                 (Continued)

# U.S. Commercial Landings


**COMMERCIAL FISHERY LANDINGS AND VALUE AT MAJOR U.S. PORTS, 2011-2012**

| Port | Quantity 2011 | Quantity 2012 | Port | Value 2011 | Value 2012 |
|---|---|---|---|---|---|
| | Million pounds | | | Million dollars | |
| Dutch Harbor, AK | 706 | 752 | New Bedford, MA | 369 | 411 |
| Empire-Venice, LA | 532 | 500 | Dutch Harbor, AK | 247 | 214 |
| Aleutian Islands (Other), AK | 431 | 456 | Kodiak, AK | 182 | 170 |
| Kodiak, AK | 372 | 393 | Aleutian Islands (Other), AK | 129 | 119 |
| Reedville, VA | 414 | 389 | Honolulu, HI | 83 | 100 |
| Intracoastal City, LA | 327 | 345 | Alaska Penninsula (Other), AK | 138 | 99 |
| Pascagoula-Moss Point, MS | 267 | 250 | Empire-Venice, LA | 99 | 80 |
| Cameron, LA | 227 | 228 | Bristol Bay (Other), AK | 86 | 79 |
| Alaska Penninsula (Other), AK | 211 | 191 | Naknek, AK | 100 | 78 |
| Astoria, OR | 144 | 170 | Galveston, TX | 47 | 74 |
| Los Angeles, CA | 157 | 162 | Cape May-Wildwood, NJ | 103 | 72 |
| New Bedford, MA | 117 | 143 | Sitka, AK | 87 | 66 |
| Westport, WA | 116 | 133 | Hampton Roads Area, VA | 88 | 64 |
| Naknek, AK | 99 | 87 | Dulac-Chauvin, LA | 63 | 64 |
| Cordova, AK | 68 | 84 | Seward, AK | 77 | 62 |
| Gloucester, MA | 77 | 83 | Westport, WA | 61 | 59 |
| Newport, OR | 79 | 80 | Gloucester, MA | 61 | 57 |
| Ketchikan, AK | 100 | 74 | Ketchikan, AK | 66 | 54 |
| Port Hueneme-Oxnard-Ventura, CA | 128 | 69 | Brownsville-Port Isabel, TX | 58 | 54 |
| Sitka, AK | 113 | 67 | Petersburg, AK | 69 | 50 |
| Portland, ME | 61 | 59 | Port Arthur, TX | 57 | 47 |
| Bristol Bay (Other), AK | 49 | 55 | Stonington, ME | 48 | 46 |
| Seward, AK | 50 | 54 | Intracoastal City, LA | 34 | 44 |
| Petersburg, AK | 101 | 52 | Los Angeles, CA | 37 | 44 |
| Point Judith, RI | 41 | 46 | Key West, FL | 56 | 43 |
| Dulac-Chauvin, LA | 43 | 43 | Point Judith, RI | 40 | 43 |
| Rockland, ME | 38 | 35 | Cordova, AK | 68 | 40 |
| Coos Bay-Charleston, OR | 39 | 32 | Astoria, OR | 44 | 39 |
| Moss Landing, CA | 34 | 29 | Bayou La Batre, AL | 43 | 38 |
| Ilwaco-Chinook, WA | 21 | 29 | Newport, OR | 44 | 37 |
| Kenai, AK | 31 | 28 | Reedville, VA | 36 | 35 |
| Cape May-Wildwood, NJ | 40 | 28 | Portland, ME | 28 | 33 |
| Atlantic City, NJ | 23 | 28 | Homer, AK | 42 | 30 |
| Honolulu, HI | 23 | 27 | Long Beach-Barnegat, NJ | 34 | 30 |
| Galveston, TX | 19 | 27 | Kenai, AK | 41 | 30 |
| Brownsville-Port Isabel, TX | 25 | 23 | Shelton, WA | 25 | 30 |
| North Kingstown, RI | 21 | 23 | Crescent City, CA | 9 | 28 |
| Stonington, ME | 19 | 22 | Vinalhaven, ME | 17 | 28 |
| Bayou La Batre, AL | 22 | 21 | Point Pleasant, NJ | 27 | 28 |
| Port Arthur, TX | 21 | 20 | Provincetown-Chatham, MA | 27 | 28 |
| Lafitte-Barataria, LA | 22 | 20 | Coos Bay-Charleston, OR | 36 | 27 |
| Point Pleasant, NJ | 15 | 19 | Lafitte-Barataria, LA | 28 | 27 |
| Jonesport, ME | 36 | 18 | Port Hueneme-Oxnard-Ventura, CA | 39 | 26 |
| Juneau, AK | 18 | 18 | Juneau, AK | 28 | 26 |
| Golden Meadow-Leeville, LA | 17 | 17 | Golden Meadow-Leeville, LA | 24 | 26 |
| Provincetown-Chatham, MA | 18 | 17 | Fairhaven, MA | 24 | 25 |
| Wanchese-Stumpy Point, NC | 25 | 17 | Gulfport-Biloxi, MS | 20 | 25 |
| Montauk, NY | 13 | 15 | Eureka, CA | 9 | 25 |
| Boston, MA | 13 | 14 | Pascagoula-Moss Point, MS | 10 | 24 |
| Gulfport-Biloxi, MS | 11 | 14 | Ilwaco-Chinook, WA | 24 | 22 |

Note: To avoid disclosure of private enterprise data, certain leading ports have not been included. Some Alaskan ports are grouped together to protect confidential information. The procedure for doing this was updated for the 2012 edition of FUS. This table has been updated for 2011 and 2012, but direct comparison to prior editions of FUS will not be possible.

The record landings for quantity: Dutch Harbor - Unalaska, AK 777.2 million pounds in 2007 and for value: New Bedford, MA $ 368.8 million in 2011.