# Exhibit B-3

# U.S. Commercial Landings

## U.S. DOMESTIC LANDINGS, BY SPECIES, 2010 AND 2011 (1)

| Species | 2010 | | | 2011 | | | Average (2006-2010) |
|---|---|---|---|---|---|---|---|
| | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| **Fish** | | | | | | | |
| Alewife | 1,949 | 884 | 491 | 1,387 | 629 | 337 | 1,259 |
| Anchovies | 2,815 | 1,277 | 563 | 6,202 | 2,813 | 693 | 18,951 |
| Atka mackerel | 145,206 | 65,865 | 27,523 | 112,596 | 51,073 | 23,499 | 137,380 |
| Bluefish | 7,386 | 3,350 | 3,183 | 5,522 | 2,505 | 2,974 | 7,074 |
| Blue runner | 269 | 122 | 248 | 298 | 135 | 300 | 320 |
| Bonito | 104 | 47 | 129 | 323 | 147 | 274 | 2,574 |
| Butterfish | 1,644 | 746 | 976 | 1,793 | 813 | 1,266 | 2,551 |
| Catfish and bullheads | 7,173 | 3,254 | 3,110 | 11,270 | 5,112 | 5,378 | 7,999 |
| Chubs | 381 | 173 | 879 | 256 | 116 | 613 | 930 |
| Cod: | | | | | | | |
|   Atlantic | 17,714 | 8,035 | 28,119 | 17,602 | 7,984 | 32,612 | 17,217 |
|   Pacific | 539,635 | 244,777 | 146,941 | 664,293 | 301,321 | 203,574 | 506,206 |
| Crevalle (jack) | 623 | 283 | 496 | 311 | 141 | 285 | 555 |
| Croaker: | | | | | | | |
|   Atlantic | 14,382 | 6,524 | 8,659 | 12,020 | 5,452 | 9,088 | 18,064 |
|   Pacific (white) | 13 | 6 | 11 | 7 | 3 | 4 | 71 |
| Cusk | 75 | 34 | 67 | 89 | 40 | 71 | 128 |
| Dolphinfish | 2,255 | 1,023 | 4,810 | 2,489 | 1,129 | 6,835 | 2,427 |
| Eels, American | 848 | 385 | 2,449 | 1,165 | 528 | 9,216 | 759 |
| **Flatfish:** | | | | | | | |
|   Atlantic and Gulf | | | | | | | |
|     American plaice | 3,115 | 1,413 | 4,499 | 3,057 | 1,387 | 4,274 | 2,651 |
|     Summer flounder | 13,004 | 5,899 | 28,292 | 15,894 | 7,209 | 32,103 | 11,331 |
|     Winter flounder | 3,492 | 1,584 | 6,945 | 4,680 | 2,123 | 7,998 | 5,102 |
|     Witch flounder | 1,674 | 759 | 3,775 | 1,919 | 870 | 3,955 | 2,489 |
|     Yellowtail flounder | 2,905 | 1,318 | 4,192 | 4,037 | 1,831 | 4,775 | 3,653 |
|     Other | 6,319 | 2,866 | 5,210 | 3,541 | 1,606 | 4,678 | 4,574 |
|   **Total, Atlantic/Gulf** | 30,509 | 13,839 | 52,913 | 33,128 | 15,027 | 57,783 | 29,800 |
|   Pacific | | | | | | | |
|     Arrowtooth flounder | 109,248 | 49,555 | 9,882 | 93,898 | 42,592 | 6,768 | 77,634 |
|     Dover sole | 23,280 | 10,560 | 7,002 | 17,318 | 7,855 | 7,019 | 21,482 |
|     Flathead sole | 47,973 | 21,760 | 6,079 | 31,490 | 14,284 | 4,625 | 44,346 |
|     Petrale sole | 1,766 | 801 | 2,006 | 2,037 | 924 | 2,884 | 4,241 |
|     Rock sole | 117,785 | 53,427 | 18,503 | 130,455 | 59,174 | 21,096 | 99,232 |
|     Yellowfin sole | 249,662 | 113,246 | 32,841 | 322,789 | 146,416 | 45,477 | 244,615 |
|     Other | 44,135 | 20,020 | 17,017 | 76,245 | 34,585 | 14,206 | 36,928 |
|   **Total, Pacific** | 593,849 | 269,368 | 93,330 | 674,232 | 305,830 | 102,075 | 528,478 |
|   Halibut | 56,497 | 25,627 | 206,553 | 42,840 | 19,432 | 213,007 | 64,890 |
|   **Total, flatfish** | 680,855 | 308,834 | 352,796 | 750,200 | 340,288 | 372,865 | 623,168 |
| Goosefish (monkfish) | 15,985 | 7,251 | 18,989 | 18,927 | 8,585 | 26,512 | 23,585 |
| Groupers | 6,187 | 2,806 | 18,166 | 8,526 | 3,867 | 26,324 | 9,102 |
| Haddock | 21,611 | 9,803 | 21,689 | 12,585 | 5,709 | 16,315 | 12,728 |
| Hakes: | | | | | | | |
|   Pacific (whiting) | 355,272 | 161,150 | 27,316 | 496,372 | 225,153 | 52,633 | 433,086 |
|   Red | 1,326 | 601 | 512 | 1,311 | 595 | 619 | 1,220 |
|   Silver (Atl.whiting) | 17,564 | 7,967 | 10,862 | 17,131 | 7,771 | 10,984 | 14,987 |
|   White | 4,115 | 1,867 | 4,183 | 6,432 | 2,918 | 5,868 | 3,638 |

See notes at end of table.                                                                 (Continued)

# U.S. Commercial Landings

## U.S. DOMESTIC LANDINGS, BY SPECIES, 2010 AND 2011 (1)

| Species | 2010 | | | 2011 | | | Average (2006-2010) |
|---|---|---|---|---|---|---|---|
| | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Herring: | | | | | | | |
|   Sea: | | | | | | | |
|     Atlantic | 144,513 | 65,551 | 21,275 | 173,809 | 78,839 | 24,810 | 182,671 |
|     Pacific | 108,868 | 49,382 | 23,308 | 102,532 | 46,508 | 12,906 | 87,015 |
|   Thread | 1,174 | 533 | 189 | 741 | 336 | 116 | 716 |
| Jack mackerel | 684 | 310 | 63 | 243 | 110 | 21 | 1,115 |
| Lingcod | 899 | 408 | 883 | 1,383 | 627 | 1,471 | 642 |
| Mackerels: | | | | | | | |
|   Atlantic | 21,768 | 9,874 | 4,387 | 1,145 | 519 | 397 | 60,388 |
|   Chub | 4,739 | 2,150 | 447 | 3,002 | 1,362 | 330 | 10,073 |
|   King and Cero | 6,585 | 2,987 | 10,787 | 5,755 | 2,610 | 10,330 | 6,691 |
|   Spanish | 5,789 | 2,626 | 4,347 | 5,696 | 2,584 | 4,683 | 5,128 |
| **Menhaden:** | | | | | | | |
|   Atlantic | 504,778 | 228,966 | 41,174 | 500,755 | 227,141 | 40,130 | 440,821 |
|   Gulf | 967,025 | 438,640 | 66,019 | 1,374,280 | 623,369 | 103,521 | 993,440 |
|   Total, menhaden | **1,471,803** | **667,605** | **107,193** | **1,875,035** | **850,510** | **143,651** | **1,434,261** |
| Mullets | 13,678 | 6,204 | 7,016 | 16,092 | 7,299 | 11,102 | 13,563 |
| Pollock: | | | | | | | |
|   Atlantic | 11,356 | 5,151 | 9,523 | 15,896 | 7,210 | 12,319 | 16,318 |
|   Walleye (Alaska) | 1,947,580 | 883,416 | 282,399 | 2,810,796 | 1,274,969 | 362,594 | 2,511,468 |
| **Rockfishes:** | | | | | | | |
|   Ocean perch: | | | | | | | |
|     Atlantic (redfish) | 3,623 | 1,643 | 1,957 | 4,442 | 2,015 | 2,757 | 2,451 |
|     Pacific | 71,578 | 32,468 | 11,046 | 80,662 | 36,588 | 16,962 | 61,459 |
|   Other | 39,575 | 17,951 | 17,945 | 35,269 | 15,998 | 16,087 | 34,304 |
|   Total, rockfishes | **114,776** | **52,062** | **30,948** | **120,373** | **54,601** | **35,806** | **98,214** |
| Sablefish | 40,302 | 18,281 | 124,336 | 41,186 | 18,682 | 183,883 | 43,502 |
| **Salmon:** | | | | | | | |
|   Chinook | 13,333 | 6,048 | 38,174 | 14,757 | 6,694 | 44,254 | 12,911 |
|   Chum | 115,600 | 52,436 | 74,919 | 102,516 | 46,501 | 80,163 | 122,852 |
|   Coho | 33,261 | 15,087 | 35,739 | 24,889 | 11,290 | 27,848 | 33,168 |
|   Pink | 372,557 | 168,991 | 127,338 | 388,390 | 176,173 | 167,489 | 321,228 |
|   Sockeye | 252,989 | 114,755 | 278,646 | 249,536 | 113,189 | 298,562 | 249,832 |
|   Total, salmon | **787,740** | **357,317** | **554,816** | **780,088** | **353,846** | **618,316** | **739,991** |
| Sardines: | | | | | | | |
|   Pacific | 146,306 | 66,364 | 12,306 | 102,233 | 46,373 | 9,734 | 190,674 |
|   Spanish | 2,017 | 915 | 309 | 2,444 | 1,109 | 385 | 1,843 |
| Scup or porgy | 10,522 | 4,773 | 7,112 | 15,187 | 6,889 | 8,893 | 8,897 |
| Sea bass: | | | | | | | |
|   Black (Atlantic) | 2,370 | 1,075 | 6,418 | 2,611 | 1,184 | 6,672 | 2,524 |
|   White (Pacific) | 568 | 258 | 1,536 | 565 | 256 | 1,627 | 508 |
| Sea trout or weakfish: | | | | | | | |
|   Gray | 270 | 122 | 363 | 138 | 63 | 184 | 616 |
|   Spotted | 329 | 149 | 623 | 212 | 96 | 436 | 437 |
|   Sand (white) | 73 | 33 | 46 | 65 | 29 | 46 | 79 |

See notes at end of table.                                  (Continued)

# U.S. Commercial Landings

**COMMERCIAL FISHERY LANDINGS AND VALUE AT MAJOR U.S. PORTS, 2010-2011**

| Port | Quantity 2010 (Million pounds) | Quantity 2011 (Million pounds) | Port | Value 2010 (Million dollars) | Value 2011 (Million dollars) |
|---|---|---|---|---|---|
| Dutch Harbor-Unalaska, AK | 515 | 706 | New Bedford, MA | 306 | 369 |
| Empire-Venice, LA | 354 | 532 | Dutch Harbor-Unalaska, AK | 163 | 207 |
| Akutan, AK | 302 | 431 | Kodiak, AK | 128 | 168 |
| Reedville, VA | 426 | 414 | Akutan, AK | 84 | 114 |
| Kodiak, AK | 325 | 372 | Cape May-Wildwood, NJ | 81 | 103 |
| Intracoastal City, LA | 335 | 327 | Empire-Venice, LA | 59 | 99 |
| Pascagoula-Moss Point, MS | 105 | 267 | Hampton Roads Area, VA | 75 | 88 |
| Cameron, LA | 205 | 227 | Naknek-King Salmon, AK | 101 | 86 |
| Los Angeles, CA | 187 | 157 | Sitka, AK | 62 | 85 |
| Astoria, OR | 101 | 144 | Honolulu, HI | 72 | 83 |
| Port Hueneme-Oxnard-Ventura, CA | 131 | 128 | Seward, AK | 69 | 79 |
| New Bedford, MA | 133 | 117 | Cordova, AK | 84 | 67 |
| Westport, WA | 101 | 116 | Petersburg, AK | 36 | 65 |
| Sitka, AK | 75 | 113 | Dulac-Chauvin, LA | 45 | 63 |
| Petersburg, AK | 50 | 101 | Ketchikan, AK | 41 | 62 |
| Ketchikan, AK | 76 | 100 | Westport, WA | 39 | 61 |
| Naknek-King Salmon, AK | 124 | 99 | Gloucester, MA | 57 | 59 |
| Newport, OR | 57 | 79 | Brownsville-Port Isabel, TX | 53 | 58 |
| Gloucester, MA | 89 | 77 | Port Arthur, TX | 47 | 57 |
| Cordova, AK | 148 | 68 | Key West, FL | 50 | 56 |
| Portland, ME | 38 | 61 | Stonington, ME | 45 | 48 |
| Seward, AK | 75 | 50 | Galveston, TX | 28 | 47 |
| Dulac-Chauvin, LA | 33 | 43 | Astoria, OR | 31 | 44 |
| Point Judith, RI | 36 | 41 | Newport, OR | 31 | 44 |
| Cape May-Wildwood, NJ | 43 | 40 | Bayou La Batre, AL | 5 | 43 |
| Coos Bay-Charleston, OR | 31 | 39 | Homer, AK | 56 | 42 |
| Rockland, ME | 23 | 38 | Point Judith, RI | 32 | 40 |
| Moss Landing, CA | 38 | 34 | Kenai, AK | 25 | 40 |
| Kenai, AK | 21 | 29 | Port Hueneme-Oxnard-Ventura, CA | 37 | 39 |
| Monterey, CA | 17 | 25 | Los Angeles, CA | 38 | 37 |
| Brownsville-Port Isabel, TX | 23 | 25 | Reedville, VA | 34 | 36 |
| Wanchese-Stumpy Point, NC | 26 | 25 | Palacios, TX | 32 | 36 |
| Honolulu, HI | 24 | 23 | Coos Bay-Charleston, OR | 24 | 36 |
| Atlantic City, NJ | 24 | 23 | Long Beach-Barnegat, NJ | 26 | 34 |
| Bayou La Batre, AL | 3 | 22 | Intracoastal City, LA | 31 | 34 |
| Lafitte-Barataria, LA | 15 | 22 | Bellingham, WA | 27 | 28 |
| Port Arthur, TX | 20 | 21 | Portland, ME | 19 | 28 |
| Ilwaco-Chinook, WA | 24 | 21 | Lafitte-Barataria, LA | 20 | 28 |
| Stonington, ME | 17 | 19 | Juneau, AK | 24 | 28 |
| Bellingham, WA | 19 | 19 | Provincetown-Chatham, MA | 20 | 27 |
| Galveston, TX | 13 | 19 | Point Pleasant, NJ | 23 | 27 |
| Hampton Roads Area, VA | 16 | 18 | Shelton, WA | 18 | 25 |
| Juneau, AK | 16 | 18 | Ilwaco-Chinook, WA | 18 | 24 |
| Provincetown-Chatham, MA | 16 | 18 | Seattle, WA | 22 | 24 |
| Golden Meadow-Leeville, LA | 15 | 17 | Golden Meadow-Leeville, LA | 22 | 24 |
| Point Pleasant, NJ | 21 | 15 | Rockland, ME | 11 | 24 |
| Palacios, TX | 14 | 15 | Wanchese-Stumpy Point, NC | 22 | 22 |
| Homer, AK | 20 | 14 | San Francisco Area, CA | 15 | 22 |
| Key West, FL | 13 | 14 | Gulfport-Biloxi, MS | 13 | 20 |
| Boston, MA | 12 | 13 | Montauk, NY | 18 | 19 |

Notes:—To avoid disclosure of private enterprise certain leading ports have not been included to preserve confidentiality. Catches of Alaska pollock, Pacific whiting and other Pacific groundfish caught in the northeast Pacific EEZ of the U.S. and processed at-sea are not attributed to a specific U.S. port.

The record landings for quantity: Dutch Harbor - Unalaska, AK 777.2 million pounds in 2007 and for value New Bedford, MA $ 368.8 million in 2011.