# Exhibit B-4

# U.S. Commercial Landings

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2009 AND 2010 (1)**

| Species | 2009 | | | 2010 | | | Average (2005-2009) |
|---|---|---|---|---|---|---|---|
| **Fish** | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Alewife | 1,670 | 758 | 346 | 1,949 | 884 | 491 | 1,032 |
| Anchovies | 7,754 | 3,517 | 512 | 2,815 | 1,277 | 563 | 23,421 |
| Atka mackerel | 156,887 | 71,163 | 26,732 | 145,206 | 65,865 | 27,523 | 134,235 |
| Bluefish | 7,057 | 3,201 | 2,920 | 7,386 | 3,350 | 3,183 | 7,034 |
| Blue runner | 335 | 152 | 289 | 269 | 122 | 248 | 335 |
| Bonito | 4,788 | 2,172 | 1,880 | 104 | 47 | 129 | 2,577 |
| Butterfish | 2,644 | 1,199 | 1,201 | 1,644 | 746 | 976 | 2,525 |
| Catfish and bullheads | 7,636 | 3,464 | 3,774 | 7,173 | 3,254 | 3,110 | 8,410 |
| Chubs | 487 | 221 | 781 | 381 | 173 | 879 | 1,374 |
| Cod: | | | | | | | |
|   Atlantic | 19,708 | 8,939 | 25,220 | 17,714 | 8,035 | 28,119 | 16,458 |
|   Pacific | 491,143 | 222,781 | 133,714 | 539,635 | 244,777 | 146,941 | 508,028 |
| Crevalle (jack) | 585 | 265 | 457 | 623 | 283 | 496 | 515 |
| Croaker: | | | | | | | |
|   Atlantic | 16,010 | 7,262 | 8,644 | 14,382 | 6,524 | 8,659 | 20,013 |
|   Pacific (white) | 116 | 53 | 38 | 13 | 6 | 11 | 85 |
| Cusk | 106 | 48 | 67 | 75 | 34 | 67 | 156 |
| Dolphinfish | 2,883 | 1,308 | 5,690 | 2,255 | 1,023 | 4,810 | 2,390 |
| Eels, American | 728 | 330 | 1,870 | 848 | 385 | 2,449 | 768 |
| **Flatfish:** | | | | | | | |
|  **Atlantic and Gulf** | | | | | | | |
|   American plaice | 3,068 | 1,392 | 3,886 | 3,115 | 1,413 | 4,499 | 2,623 |
|   Summer flounder | 10,881 | 4,936 | 23,247 | 13,004 | 5,899 | 28,292 | 12,183 |
|   Winter flounder | 4,873 | 2,210 | 8,099 | 3,492 | 1,584 | 6,945 | 6,021 |
|   Witch flounder | 2,090 | 948 | 4,055 | 1,674 | 759 | 3,775 | 3,324 |
|   Yellowtail flounder | 3,535 | 1,603 | 4,755 | 2,905 | 1,318 | 4,192 | 4,887 |
|   Other | 7,048 | 3,197 | 6,877 | 6,319 | 2,866 | 5,210 | 3,841 |
|   **Total, Atlantic/Gulf** | 31,495 | 14,286 | 50,919 | 30,509 | 13,839 | 52,913 | 32,879 |
|  **Pacific** | | | | | | | |
|   Arrowtooth flounder | 90,074 | 40,857 | 9,827 | 109,248 | 49,555 | 9,882 | 65,201 |
|   Dover sole | 25,686 | 11,651 | 8,657 | 23,280 | 10,560 | 7,002 | 19,948 |
|   Flathead sole | 46,112 | 20,916 | 7,454 | 47,973 | 21,760 | 6,079 | 41,141 |
|   Petrale sole | 3,881 | 1,760 | 3,553 | 1,766 | 801 | 2,006 | 5,093 |
|   Rock sole | 110,320 | 50,041 | 20,989 | 117,785 | 53,427 | 18,503 | 88,132 |
|   Yellowfin sole | 221,879 | 100,644 | 35,639 | 249,662 | 113,246 | 32,841 | 232,303 |
|   Other | 45,672 | 20,717 | 16,223 | 44,135 | 20,020 | 17,017 | 32,597 |
|   **Total, Pacific** | 543,624 | 246,586 | 102,342 | 593,849 | 269,368 | 93,330 | 484,415 |
|  Halibut | 59,716 | 27,087 | 139,415 | 56,497 | 25,627 | 206,553 | 68,844 |
|  **Total, flatfish** | **634,835** | **287,959** | **292,676** | **680,855** | **308,834** | **352,796** | **586,138** |
| Goosefish (monkfish) | 18,878 | 8,563 | 19,500 | 15,985 | 7,251 | 18,989 | 28,811 |
| Groupers | 8,273 | 3,753 | 22,716 | 6,187 | 2,806 | 18,166 | 10,407 |
| Haddock | 12,816 | 5,813 | 13,640 | 21,611 | 9,803 | 21,689 | 11,749 |
| Hakes: | | | | | | | |
|   Pacific (whiting) | 253,062 | 114,788 | 14,105 | 355,272 | 161,150 | 27,316 | 475,908 |
|   Red | 1,352 | 613 | 472 | 1,326 | 601 | 512 | 1,144 |
|   Silver (Atl.whiting) | 17,131 | 7,771 | 8,659 | 17,564 | 7,967 | 10,862 | 14,786 |
|   White | 3,911 | 1,774 | 3,648 | 4,115 | 1,867 | 4,183 | 3,999 |
| Herring: | | | | | | | |
|  Sea: | | | | | | | |
|   Atlantic | 224,328 | 101,755 | 26,564 | 144,513 | 65,551 | 21,275 | 196,881 |
|   Pacific | 88,723 | 40,244 | 29,759 | 108,868 | 49,382 | 23,308 | 82,700 |

See notes at end of table.                                    (Continued)

# U.S. Commercial Landings

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2009 AND 2010 (1) - Continued**

| Species | 2009 | | | 2010 | | | Average (2005-2009) |
|---|---|---|---|---|---|---|---|
| **Fish - Continued:** | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Thread | 865 | 392 | 130 | 1,174 | 533 | 189 | 883 |
| Jack mackerel | 265 | 120 | 18 | 684 | 310 | 63 | 1,109 |
| Lingcod | 514 | 233 | 603 | 899 | 408 | 883 | 553 |
| Mackerels: | | | | | | | |
|   Atlantic | 51,023 | 23,144 | 9,577 | 21,768 | 9,874 | 4,387 | 74,645 |
|   Chub | 11,249 | 5,103 | 1,094 | 4,739 | 2,150 | 447 | 10,696 |
|   King and cero | 7,807 | 3,541 | 11,164 | 6,585 | 2,987 | 10,787 | 6,480 |
|   Spanish | 5,577 | 2,530 | 4,248 | 5,789 | 2,626 | 4,347 | 5,035 |
| Menhaden: | | | | | | | |
|   Atlantic | 401,699 | 182,209 | 28,437 | 504,778 | 228,966 | 41,174 | 425,511 |
|   Gulf | 1,165,930 | 528,862 | 69,450 | 967,025 | 438,640 | 66,019 | 963,134 |
|   **Total, menhaden** | **1,567,629** | **711,072** | **97,887** | **1,471,803** | **667,605** | **107,193** | **1,388,645** |
| Mullets | 13,015 | 5,904 | 6,825 | 13,678 | 6,204 | 7,016 | 13,217 |
| Pollock: | | | | | | | |
|   Atlantic | 16,443 | 7,458 | 10,009 | 11,356 | 5,151 | 9,523 | 16,922 |
|   Walleye (Alaska) | 1,866,203 | 846,504 | 270,597 | 1,947,580 | 883,416 | 282,399 | 2,804,214 |
| Rockfishes: | | | | | | | |
|   Ocean perch: | | | | | | | |
|     Atlantic (redfish) | 3,173 | 1,439 | 1,573 | 3,623 | 1,643 | 1,957 | 1,975 |
|     Pacific | 58,704 | 26,628 | 8,879 | 71,578 | 32,468 | 11,046 | 55,730 |
|   Other | 35,316 | 16,019 | 16,345 | 39,575 | 17,951 | 17,945 | 32,387 |
|   **Total, rockfishes** | **97,193** | **44,086** | **26,797** | **114,776** | **52,062** | **30,948** | **90,092** |
| Sablefish | 42,808 | 19,418 | 128,625 | 40,302 | 18,281 | 124,336 | 45,659 |
| Salmon: | | | | | | | |
|   Chinook | 9,900 | 4,491 | 21,628 | 13,333 | 6,048 | 38,174 | 15,047 |
|   Chum | 112,388 | 50,979 | 48,433 | 115,600 | 52,436 | 74,919 | 115,857 |
|   Coho | 32,935 | 14,939 | 29,327 | 33,261 | 15,087 | 35,739 | 33,750 |
|   Pink | 293,836 | 133,283 | 66,292 | 372,557 | 168,991 | 127,338 | 345,640 |
|   Sockeye | 256,143 | 116,186 | 204,372 | 252,989 | 114,755 | 278,646 | 252,080 |
|   **Total, salmon** | **705,202** | **319,878** | **370,052** | **787,740** | **357,317** | **554,816** | **762,374** |
| Sardines: | | | | | | | |
|   Pacific | 146,364 | 66,390 | 12,540 | 146,306 | 66,364 | 12,306 | 199,500 |
|   Spanish | 1,400 | 635 | 233 | 2,017 | 915 | 309 | 1,641 |
| Scup or porgy | 8,772 | 3,979 | 7,027 | 10,522 | 4,773 | 7,112 | 8,805 |
| Sea bass: | | | | | | | |
|   Black (Atlantic) | 1,981 | 899 | 5,125 | 2,370 | 1,075 | 6,418 | 2,720 |
|   White (Pacific) | 411 | 186 | 865 | 568 | 258 | 1,536 | 456 |
| Sea trout or weakfish: | | | | | | | |
|   Gray | 379 | 172 | 421 | 270 | 122 | 363 | 821 |
|   Spotted | 477 | 216 | 811 | 329 | 149 | 623 | 428 |
|   Sand (white) | 87 | 39 | 65 | 73 | 33 | 46 | 77 |
| Shads: | | | | | | | |
|   American | 585 | 265 | 642 | 659 | 299 | 561 | 860 |
|   Hickory | 146 | 66 | 53 | 132 | 60 | 27 | 125 |
| Sharks: | | | | | | | |
|   Dogfish | 15,442 | 7,004 | 4,129 | 16,819 | 7,629 | 4,415 | 10,008 |
|   Other | 3,996 | 1,813 | 3,087 | 3,766 | 1,708 | 2,856 | 5,680 |
| Sheephead (Atlantic) | 1,818 | 825 | 903 | 1,655 | 751 | 876 | 1,626 |
| Skates | 62,293 | 28,256 | 9,552 | 61,453 | 27,875 | 12,617 | 59,268 |
| Smelts | 593 | 269 | 662 | 381 | 173 | 265 | 954 |

See notes at end of table.                         (Continued)

2

# U.S. Commercial Landings

**COMMERCIAL FISHERY LANDINGS AND VALUE AT MAJOR U.S. PORTS, 2009-2010**

| Port | Quantity 2009 (Million pounds) | Quantity 2010 (Million pounds) | Port | Value 2009 (Million dollars) | Value 2010 (Million dollars) |
|---|---|---|---|---|---|
| Dutch Harbor-Unalaska, AK | 506.3 | 515.2 | New Bedford, MA | 249.2 | 306.0 |
| Reedville, VA | 349.4 | 426.1 | Dutch Harbor-Unalaska, AK | 159.7 | 163.1 |
| Empire-Venice, LA | 491.7 | 353.5 | Kodiak, AK | 103.8 | 128.1 |
| Intracoastal City, LA | 291.7 | 334.6 | Naknek-King Salmon, AK | 76.1 | 100.9 |
| Kodiak, AK | 282.9 | 325.3 | Cordova, AK | 32.8 | 84.3 |
| Cameron, LA | 215.3 | 204.7 | Cape May-Wildwood, NJ | 73.4 | 81.0 |
| Los Angeles, CA | 113.6 | 186.8 | Hampton Roads Area, VA | 68.1 | 75.4 |
| Cordova, AK | 45.5 | 147.7 | Honolulu, HI | 59.4 | 71.6 |
| New Bedford, MA | 170.0 | 133.4 | Seward, AK | 33.1 | 69.2 |
| Port Hueneme-Oxnard-Ventura, CA | 141.3 | 131.4 | Sitka, AK | 51.3 | 62.2 |
| Naknek-King Salmon, AK | 119.4 | 124.1 | Empire-Venice, LA | 71.4 | 59.4 |
| Pascagoula-Moss Point, MS | 217.4 | 105.2 | Gloucester, MA | 50.4 | 56.6 |
| Astoria, OR | 104.4 | 100.9 | Homer, AK | 43.1 | 56.1 |
| Westport, WA | 74.4 | 100.8 | Brownsville-Port Isabel, TX | 41.0 | 52.5 |
| Gloucester, MA | 122.3 | 88.8 | Key West, FL | 26.1 | 50.0 |
| Ketchikan, AK | 75.9 | 75.7 | Port Arthur, TX | 27.0 | 47.4 |
| Seward, AK | 29.3 | 75.4 | Stonington, ME | 26.5 | 45.3 |
| Sitka, AK | 78.4 | 74.6 | Dulac-Chauvin, LA | 50.9 | 45.1 |
| Newport, OR | 50.2 | 57.0 | Ketchikan, AK | 32.9 | 41.3 |
| Petersburg, AK | 55.4 | 49.9 | Westport, WA | 29.3 | 38.5 |
| Cape May-Wildwood, NJ | 63.9 | 43.1 | Los Angeles, CA | 28.7 | 37.8 |
| Moss Landing, CA | 46.2 | 38.4 | Port Hueneme-Oxnard-Ventura, CA | 42.7 | 37.4 |
| Portland, ME | 37.3 | 38.2 | Petersburg, AK | 30.7 | 36.3 |
| Point Judith, RI | 39.9 | 35.6 | Reedville, VA | 25.9 | 34.2 |
| Dulac-Chauvin, LA | 42.4 | 32.8 | Point Judith, RI | 32.4 | 32.2 |
| Coos Bay-Charleston, OR | 30.1 | 31.0 | Palacios, TX | 27.0 | 31.9 |
| Wanchese-Stumpy Point, NC | 25.5 | 25.6 | Intracoastal City, LA | 32.7 | 31.4 |
| Atlantic City, NJ | 33.0 | 24.2 | Newport, OR | 30.9 | 30.6 |
| Ilwaco-Chinook, WA | 18.4 | 23.6 | Astoria, OR | 29.1 | 30.5 |
| Honolulu, HI | 22.3 | 23.5 | Galveston, TX | 35.0 | 28.0 |
| Brownsville-Port Isabel, TX | 27.0 | 22.7 | Bellingham, WA | 21.1 | 26.9 |
| Rockland, ME | 21.4 | 22.6 | Long Beach-Barnegat, NJ | 21.7 | 25.8 |
| Kenai, AK | 12.2 | 21.2 | Kenai, AK | 11.5 | 25.1 |
| Point Pleasant, NJ | 18.4 | 20.9 | Coos Bay-Charleston, OR | 22.9 | 24.0 |
| Homer, AK | 20.2 | 19.9 | Juneau, AK | 20.3 | 23.8 |
| Port Arthur, TX | 16.0 | 19.6 | Point Pleasant, NJ | 20.2 | 22.8 |
| Bellingham, WA | 20.8 | 18.6 | Bon Secour-Gulf Shores, AL | 6.0 | 22.5 |
| Monterey, CA | 12.9 | 17.1 | Seattle, WA | 15.5 | 22.1 |
| Stonington, ME | 14.8 | 17.0 | Wanchese-Stumpy Point, NC | 23.1 | 22.0 |
| Ocean City, MD | 8.6 | 16.7 | Golden Meadow-Leeville, LA | 27.4 | 21.9 |
| Hampton Roads Area, VA | 18.0 | 16.1 | Lafitte-Barataria, LA | 25.9 | 20.4 |
| Juneau, AK | 16.7 | 16.0 | Provincetown-Chatham, MA | 20.0 | 19.9 |
| Provincetown-Chatham, MA | 16.1 | 15.9 | Portland, ME | 16.6 | 18.8 |
| Lafitte-Barataria, LA | 25.9 | 14.9 | Ilwaco-Chinook, WA | 16.7 | 17.9 |
| Golden Meadow-Leeville, LA | 25.6 | 14.8 | Montauk, NY | 14.6 | 17.7 |
| Palacios, TX | 20.0 | 13.9 | Shelton, WA | 39.9 | 17.6 |
| Galveston, TX | 22.0 | 13.4 | Atlantic City, NJ | 22.2 | 17.3 |
| Crescent City, CA | 16.0 | 13.3 | Olympia, WA | 12.1 | 16.2 |
| Key West, FL | 11.5 | 13.3 | Boston, MA | 11.9 | 15.1 |
| Montauk, NY | 11.5 | 12.9 | San Francisco Area, CA | 5.6 | 15.1 |

Notes:—To avoid disclosure of private enterprise certain leading ports have not been included to preserve confidentiality. Catches of Alaska pollock, Pacific whiting and other Pacific groundfish caught in the northeast Pacific EEZ of the U.S. and processed at-sea are not attributed to a specific U.S. port. The record landings for quantity: Dutch Harbor-Unalaska, AK 911.3 million pounds in 2006 and for value: New Bedford, MA $306.0 million in 2010.