# Exhibit B-5

# U.S. Commercial Landings

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2008 AND 2009 (1)**

| Species | 2008 | | | 2009 | | | Average (2004-2008) |
|---|---|---|---|---|---|---|---|
| **Fish** | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Alewife | 1,430 | 649 | 296 | 1,670 | 758 | 346 | 982 |
| Anchovies | 32,359 | 14,678 | 1,673 | 7,754 | 3,517 | 512 | 24,965 |
| Atka mackerel | 127,029 | 57,620 | 19,523 | 156,887 | 71,163 | 26,732 | 124,542 |
| Bluefish | 6,148 | 2,789 | 2,579 | 7,057 | 3,201 | 2,920 | 7,263 |
| Blue runner | 344 | 156 | 260 | 335 | 152 | 289 | 388 |
| Bonito | 1,830 | 830 | 764 | 4,788 | 2,172 | 1,880 | 1,790 |
| Butterfish | 2,677 | 1,214 | 1,399 | 2,644 | 1,199 | 1,201 | 2,485 |
| Catfish and bullheads | 8,235 | 3,735 | 4,040 | 7,636 | 3,464 | 3,774 | 9,529 |
| Chubs | 734 | 333 | 889 | 487 | 221 | 781 | 1,482 |
| Cod: | | | | | | | |
|   Atlantic | 19,075 | 8,652 | 30,635 | 19,708 | 8,939 | 25,220 | 15,730 |
|   Pacific | 493,952 | 224,055 | 274,160 | 491,143 | 222,781 | 133,714 | 527,929 |
| Crevalle (jack) | 524 | 238 | 422 | 585 | 265 | 457 | 496 |
| Croaker: | | | | | | | |
|   Atlantic | 18,768 | 8,513 | 8,695 | 16,010 | 7,262 | 8,644 | 21,918 |
|   Pacific (white) | 74 | 34 | 45 | 116 | 53 | 38 | 85 |
| Cusk | 118 | 54 | 111 | 106 | 48 | 67 | 169 |
| Dolphinfish | 2,324 | 1,054 | 5,465 | 2,883 | 1,308 | 5,690 | 2,462 |
| Eels, American | 589 | 267 | 2,591 | 728 | 330 | 1,870 | 767 |
| **Flatfish:** | | | | | | | |
|  **Atlantic and Gulf** | | | | | | | |
|   American plaice | 2,438 | 1,106 | 4,145 | 3,068 | 1,392 | 3,886 | 2,764 |
|   Summer flounder | 9,027 | 4,095 | 22,528 | 10,881 | 4,936 | 23,247 | 13,638 |
|   Winter flounder | 5,192 | 2,355 | 9,934 | 4,873 | 2,210 | 8,099 | 7,217 |
|   Witch flounder | 2,204 | 1,000 | 5,165 | 2,090 | 948 | 4,055 | 4,195 |
|   Yellowtail flounder | 3,678 | 1,668 | 5,510 | 3,535 | 1,603 | 4,755 | 7,370 |
|   Other | 3,357 | 1,523 | 7,381 | 7,048 | 3,197 | 6,877 | 3,098 |
|   **Total, Atlantic/Gulf** | 25,896 | 11,746 | 54,663 | 31,495 | 14,286 | 50,919 | 38,282 |
|  **Pacific** | | | | | | | |
|   Arrowtooth flounder | 86,362 | 39,174 | 6,789 | 90,074 | 40,857 | 9,827 | 52,811 |
|   Dover sole | 24,639 | 11,176 | 9,262 | 25,686 | 11,651 | 8,657 | 18,042 |
|   Flathead sole | 55,719 | 25,274 | 10,781 | 46,112 | 20,916 | 7,454 | 38,059 |
|   Petrale sole | 4,866 | 2,207 | 4,950 | 3,881 | 1,760 | 3,553 | 5,180 |
|   Rock sole | 116,798 | 52,979 | 27,425 | 110,320 | 50,041 | 20,989 | 78,967 |
|   Yellowfin sole | 311,371 | 141,237 | 54,745 | 221,879 | 100,644 | 35,639 | 215,542 |
|   Other | 37,465 | 16,994 | 15,596 | 45,672 | 20,717 | 16,223 | 27,342 |
|   **Total, Pacific** | 637,220 | 289,041 | 129,548 | 543,624 | 246,586 | 102,342 | 435,943 |
|  Halibut | 66,923 | 30,356 | 217,735 | 59,716 | 27,087 | 139,415 | 72,912 |
|  **Total, flatfish** | **730,039** | **331,144** | **401,946** | **634,835** | **287,959** | **292,676** | **547,137** |
| Goosefish (monkfish) | 24,111 | 10,937 | 26,962 | 18,878 | 8,563 | 19,500 | 34,373 |
| Groupers | 10,421 | 4,727 | 33,340 | 8,273 | 3,753 | 22,716 | 11,529 |
| Haddock | 14,000 | 6,350 | 16,406 | 12,816 | 5,813 | 13,640 | 12,819 |
| Hakes: | | | | | | | |
|   Pacific (whiting) | 531,418 | 241,050 | 58,559 | 253,062 | 114,788 | 14,105 | 520,201 |
|   Red | 1,295 | 587 | 509 | 1,352 | 613 | 472 | 1,171 |
|   Silver (Atl.whiting) | 13,845 | 6,280 | 7,547 | 17,131 | 7,771 | 8,659 | 15,153 |
|   White | 3,014 | 1,367 | 3,479 | 3,911 | 1,774 | 3,648 | 4,774 |
| Herring: | | | | | | | |
|  Sea: | | | | | | | |
|   Atlantic | 173,217 | 78,571 | 21,306 | 224,328 | 101,755 | 26,564 | 189,872 |
|   Pacific | 86,219 | 39,109 | 23,794 | 88,723 | 40,244 | 29,759 | 80,021 |

See notes at end of table.                                         (Continued)

**U.S. DOMESTIC LANDINGS, BY SPECIES, 2008 AND 2009 (1) - Continued**

| Species | 2008 | | | 2009 | | | Average (2004-2008) |
|---|---|---|---|---|---|---|---|
| **Fish - Continued:** | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds | Metric tons | Thousand dollars | Thousand pounds |
| Thread | 914 | 415 | 145 | 865 | 392 | 130 | 1,333 |
| Jack mackerel | 623 | 283 | 58 | 265 | 120 | 18 | 1,591 |
| Lingcod | 625 | 283 | 736 | 514 | 233 | 603 | 529 |
| Mackerels: | | | | | | | |
|   Atlantic | 47,955 | 21,752 | 6,897 | 51,023 | 23,144 | 9,577 | 88,717 |
|   Chub | 7,889 | 3,578 | 709 | 11,249 | 5,103 | 1,094 | 10,071 |
|   King and cero | 6,640 | 3,012 | 11,521 | 7,807 | 3,541 | 11,164 | 6,025 |
|   Spanish | 4,143 | 1,879 | 3,428 | 5,577 | 2,530 | 4,248 | 4,875 |
| **Menhaden:** | | | | | | | |
|   Atlantic | 413,895 | 187,742 | 26,351 | 401,699 | 182,209 | 28,437 | 440,043 |
|   Gulf | 927,518 | 420,719 | 64,374 | 1,002,560 | 454,758 | 60,600 | 934,600 |
|   **Total, menhaden** | **1,341,413** | **608,461** | **90,725** | **1,404,259** | **636,968** | **89,037** | **1,374,643** |
| Mullets | 13,174 | 5,976 | 7,181 | 13,015 | 5,904 | 6,825 | 13,903 |
| Pollock: | | | | | | | |
|   Atlantic | 21,968 | 9,965 | 11,265 | 16,443 | 7,458 | 10,009 | 15,869 |
|   Walleye (Alaska) | 2,276,144 | 1,032,452 | 323,212 | 1,866,203 | 846,504 | 270,597 | 3,101,648 |
| **Rockfishes:** | | | | | | | |
|   Ocean perch: | | | | | | | |
|     Atlantic (redfish) | 2,622 | 1,189 | 1,440 | 3,173 | 1,439 | 1,573 | 1,516 |
|     Pacific | 63,893 | 28,982 | 12,716 | 58,704 | 26,628 | 8,879 | 53,073 |
|   Other | 35,014 | 15,882 | 17,007 | 35,316 | 16,019 | 16,345 | 31,540 |
|   **Total, rockfishes** | **101,529** | **46,053** | **31,163** | **97,193** | **44,086** | **26,797** | **86,129** |
| Sablefish | 43,288 | 19,635 | 124,592 | 42,808 | 19,418 | 128,625 | 47,670 |
| **Salmon:** | | | | | | | |
|   Chinook | 9,804 | 4,447 | 31,976 | 9,900 | 4,491 | 21,628 | 18,754 |
|   Chum | 125,798 | 57,062 | 66,979 | 112,388 | 50,979 | 48,433 | 115,853 |
|   Coho | 37,410 | 16,969 | 45,285 | 32,935 | 14,939 | 29,327 | 36,427 |
|   Pink | 260,525 | 118,173 | 74,432 | 293,836 | 133,283 | 66,292 | 346,465 |
|   Sockeye | 224,805 | 101,971 | 175,923 | 256,143 | 116,186 | 204,372 | 251,540 |
|   **Total, salmon** | **658,342** | **298,622** | **394,595** | **705,202** | **319,878** | **370,052** | **769,039** |
| Sardines: | | | | | | | |
|   Pacific | 190,911 | 86,597 | 14,596 | 146,364 | 66,390 | 12,540 | 209,619 |
|   Spanish | 2,167 | 983 | 435 | 1,400 | 635 | 233 | 1,784 |
| Scup or porgy | 5,831 | 2,645 | 6,589 | 8,772 | 3,979 | 7,027 | 8,994 |
| Sea bass: | | | | | | | |
|   Black (Atlantic) | 2,284 | 1,036 | 6,358 | 1,981 | 899 | 5,125 | 3,108 |
|   White (Pacific) | 669 | 303 | 1,504 | 411 | 186 | 865 | 437 |
| Sea trout or weakfish: | | | | | | | |
|   Gray | 459 | 208 | 549 | 379 | 172 | 421 | 1,061 |
|   Spotted | 413 | 187 | 645 | 477 | 216 | 811 | 383 |
|   Sand (white) | 83 | 38 | 65 | 87 | 39 | 65 | 76 |
| Shads: | | | | | | | |
|   American | 579 | 263 | 525 | 585 | 265 | 642 | 1,050 |
|   Hickory | 89 | 40 | 22 | 146 | 66 | 53 | 148 |
| Sharks: | | | | | | | |
|   Dogfish | 12,470 | 5,656 | 3,274 | 15,442 | 7,004 | 4,129 | 7,955 |
|   Other | 4,103 | 1,861 | 3,231 | 3,996 | 1,813 | 3,087 | 6,328 |
| Sheephead (Atlantic) | 1,724 | 782 | 775 | 1,818 | 825 | 903 | 1,707 |
| Skates | 64,766 | 29,378 | 11,196 | 62,293 | 28,256 | 9,552 | 57,898 |
| Smelts | 945 | 429 | 1,086 | 593 | 269 | 662 | 997 |

See notes at end of table.                    (Continued)

# U.S. Commercial Landings

**COMMERCIAL FISHERY LANDINGS AND VALUE AT MAJOR U.S. PORTS, 2008-2009**

| Port | Quantity 2008 | Quantity 2009 | Port | Value 2008 | Value 2009 |
|---|---|---|---|---|---|
| | Million pounds | | | Million dollars | |
| Dutch Harbor-Unalaska, AK | 612.7 | 506.3 | New Bedford, MA | 241.3 | 249.2 |
| Empire-Venice, LA | 353.2 | 411.8 | Dutch Harbor-Unalaska, AK | 195.0 | 159.7 |
| Reedville, VA | 354.2 | 349.4 | Kodiak, AK | 98.7 | 103.8 |
| Kodiak, AK | 250.9 | 282.9 | Naknek-King Salmon, AK | 65.3 | 76.1 |
| Intracoastal City, LA | 254.6 | 244.7 | Cape May-Wildwood, NJ | 73.7 | 73.4 |
| Pascagoula-Moss Point, MS | 190.2 | 217.4 | Hampton Roads Area, VA | 72.3 | 68.1 |
| Cameron, LA | 171.9 | 178.8 | Empire-Venice, LA | 62.9 | 67.1 |
| New Bedford, MA | 146.4 | 170.0 | Honolulu, HI | 73.3 | 59.4 |
| Port Hueneme-Oxnard-Ventura, CA | 46.3 | 141.3 | Sitka, AK | 48.2 | 51.3 |
| Gloucester, MA | 120.2 | 122.3 | Dulac-Chauvin, LA | 48.9 | 50.9 |
| Naknek-King Salmon, AK | 105.2 | 119.4 | Gloucester, MA | 54.2 | 50.4 |
| Los Angeles, CA | 123.6 | 113.6 | Homer, AK | 6.4 | 43.1 |
| Astoria, OR | 99.7 | 104.4 | Port Hueneme-Oxnard-Ventura, CA | 20.1 | 42.7 |
| Sitka, AK | 52.7 | 78.4 | Brownsville-Port Isabel, TX | 49.3 | 41.0 |
| Ketchikan, AK | 46.0 | 75.9 | Shelton, WA | 26.6 | 39.9 |
| Westport, WA | 111.1 | 74.4 | Galveston, TX | 33.0 | 35.0 |
| Cape May-Wildwood, NJ | 82.9 | 63.9 | Seward, AK | 23.2 | 33.1 |
| Petersburg, AK | 34.7 | 55.4 | Ketchikan, AK | 26.1 | 32.9 |
| Newport, OR | 57.8 | 50.2 | Cordova, AK | 50.4 | 32.8 |
| Moss Landing, CA | 73.5 | 46.2 | Point Judith, RI | 36.9 | 32.4 |
| Cordova, AK | 95.7 | 45.5 | Newport, OR | 32.5 | 30.9 |
| Dulac-Chauvin, LA | 35.6 | 42.4 | Petersburg, AK | 26.8 | 30.7 |
| Point Judith, RI | 37.6 | 39.9 | Intracoastal City, LA | 36.6 | 30.2 |
| Portland, ME | 35.1 | 37.3 | Bayou La Batre, AL | 36.0 | 30.0 |
| Coos Bay-Charleston, OR | 27.0 | 30.1 | Westport, WA | 43.4 | 29.3 |
| Seward, AK | 36.5 | 29.3 | Astoria, OR | 31.7 | 29.1 |
| Brownsville-Port Isabel, TX | 20.4 | 27.0 | Los Angeles, CA | 22.7 | 28.7 |
| Lafitte-Barataria, LA | 23.8 | 25.9 | Golden Meadow-Leeville, LA | 23.5 | 27.4 |
| Golden Meadow-Leeville, LA | 16.8 | 25.6 | Port Arthur, TX | 39.0 | 27.0 |
| Beaufort-Morehead City, NC | 6.0 | 25.5 | Palacios, TX | 32.1 | 27.0 |
| Honolulu, HI | 26.0 | 22.3 | Stonington, ME | 15.4 | 26.5 |
| Galveston, TX | 13.1 | 22.0 | Key West, FL | 38.7 | 26.1 |
| Rockland, ME | 29.6 | 21.4 | Reedville, VA | 23.9 | 25.9 |
| Bayou La Batre, AL | 19.0 | 21.0 | Lafitte-Barataria, LA | 30.5 | 25.9 |
| Bellingham, WA | 13.6 | 20.8 | Beaufort-Morehead City, NC | 11.1 | 23.1 |
| Homer, AK | 4.0 | 20.2 | Coos Bay-Charleston, OR | 20.4 | 22.9 |
| Palacios, TX | 13.6 | 20.0 | Bellingham, WA | 23.3 | 21.1 |
| Ilwaco-Chinook, WA | 17.7 | 18.4 | Juneau, AK | 16.4 | 20.3 |
| Point Pleasant, NJ | 23.4 | 18.4 | Point Pleasant, NJ | 22.1 | 20.2 |
| Hampton Roads Area, VA | 19.3 | 18.0 | Provincetown-Chatham, MA | 18.3 | 20.0 |
| Juneau, AK | 18.4 | 16.7 | Delacroix-Yscloskey, LA | 14.9 | 19.7 |
| Provincetown-Chatham, MA | 15.3 | 16.1 | Gulfport-Biloxi, MS | 18.6 | 19.3 |
| Port Arthur, TX | 14.9 | 16.0 | Pascagoula-Moss Point, MS | 19.2 | 18.6 |
| Crescent City, CA | 13.6 | 16.0 | Crescent City, CA | 9.3 | 17.6 |
| Stonington, ME | 17.4 | 14.8 | Ilwaco-Chinook, WA | 15.7 | 16.7 |
| Delacroix-Yscloskey, LA | 10.3 | 13.4 | Portland, ME | 22.6 | 16.6 |
| Gulfport-Biloxi, MS | 24.5 | 12.9 | Seattle, WA | 9.5 | 15.5 |
| Monterey, CA | 13.4 | 12.9 | Montauk, NY | 14.3 | 14.6 |
| Shelton, WA | 10.3 | 12.4 | Anacortes-La Conner, WA | 10.1 | 12.6 |
| Kenai, AK | 10.4 | 12.2 | Eureka, CA | 9.9 | 12.3 |

Notes:—To avoid disclosure of private enterprise certain leading ports have not been included to preserve confidentiality.  Catches of Alaska pollock, Pacific whiting and other Pacific groundfish caught in the northeast Pacific EEZ of the U.S. and processed at-sea are not attributed to a specific U.S. port. The record  landings for quantity  Dutch Harbor-Unalaska, AK 911.3 million pounds in 2006 and for value New Bedford, MA  $282.5 million in 2005.

7