UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | |
| *No. 2:13-cv-05804-CJB-SS; Elton Johnson BP Exploration and Production, Inc., et al.* | * * | JUDGE BARBIER MAG. JUDGE WILKINSON |

**AGREED DISCOVERY PLAN**

**Proposed Scope of Discovery:**  This proposed discovery plan is submitted pursuant to Judge Barbier's Order of July 28, 2015, in which he directed that the parties jointly submit a proposed discovery plan for this matter.  *See* Order, Rec. Doc. 14933, at 1 (July 28, 2015).

The Fifth Circuit issued an opinion and judgment remanding this action for "an evidentiary hearing to evaluate whether Johnson fraudulently induced BP into entering the settlement agreement by submitting a fabricated claim to the GCCF."  *In re Deepwater Horizon*, 786 F.3d 344, 365 (5th Cir. 2015).  Accordingly, the parties propose:

1.  The scope of discovery shall include inquiry that goes to whether Mr. Johnson submitted a claim to the GCCF with one or more fabrications, including inquiry into whether he suffered the injuries he claimed as well as inquiry into his communications on that topic, into the eyewitness accounts of his co-workers, and into any of Johnson's medical conditions relevant to BP's fraudulent-inducement defense.

2.  The scope of discovery shall also include inquiry regarding communications between employees and agents of BP, Tidewater, and/or the GCCF regarding BP's knowledge of facts related to Johnson's alleged fabrications, including when BP knew or should have known of the facts giving rise to its fraudulent-inducement defense.

**Proposed Schedule:** Pursuant to the scope proposed above, the following is the schedule the parties propose be established to govern discovery events leading up to the evidentiary hearing:

- **Requests for Production.** The parties shall serve requests for production of documents by August 31, 2015.

- **Other Written Discovery.** The parties shall not exchange requests for admission, and shall serve a maximum of 5 interrogatories each by August 31, 2015.

- **Depositions.** The parties shall complete fact depositions by November 13, 2015.

- **Expert Reports.** The parties shall exchange expert reports on November 27, 2015.

- **Expert Discovery.** The parties shall complete expert discovery by December 15, 2015, and shall meet-and-confer further regarding the scope of expert discovery.

- **Pre-Trial Submissions.** The parties shall exchange with each other and file with the Court witness and exhibit lists on or before Thursday, December 24.

- **Evidentiary Hearing.** The evidentiary hearing shall occur on January 14, 2016 at 8:00 a.m.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft
LISKOW & LEWIS LLP
701 Poydras St.
New Orleans, LA 70139
Phone: (504) 556-4128
Email: dhaycraft@liskow.com

Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005
Phone: (202) 879-5960
Email: jclark@kirkland.com

Christopher Esbrook
Frank G. Dylewski
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Email: christopher.esbrook@kirkland.com
          frank.dylewski@kirkland.com

*Attorneys for BP Defendants*


/s/ Cory Itkin
Cory Itkin
Jason Itkin
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, TX 77007
Phone: (713) 222-3800
Email: citkin@arnolditkin.com

*Attorneys for Elton Johnson*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing has been filed on August 14, 2014, which will send a copy of this filing via electronic mail to all attorneys of record.

                                          /s/ Don K. Haycraft