UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE BARBIER |
| *No. 2:13-cv-05804-CJB-SS; Elton Johnson BP Exploration and Production, Inc., et al.* | * * | MAG. JUDGE WILKINSON |

**ORDER REGARDING DISCOVERY PLAN**

WHEREAS, the Court is in receipt of the parties' Agreed Discovery Plan in which counsel for the BP Defendants and Elton Johnson have agreed to certain deadlines as directed by this Court's July 28, 2015 Order (Rec. Doc. 14933);

IT IS THEREFORE ORDERED that the dates and deadlines set forth in the Agreed Discovery Plan are hereby adopted and set as follows:

1. The scope of discovery shall include inquiry that goes to whether Mr. Johnson submitted a claim to the GCCF with one or more fabrications, including inquiry into whether he suffered the injuries he claimed as well as inquiry into his communications on that topic, into the eyewitness accounts of his co-workers, and into any of Johnson's medical conditions relevant to BP's fraudulent-inducement defense.

2. The scope of discovery shall also include inquiry regarding communications between employees and agents of BP, Tidewater, and/or the GCCF regarding BP's knowledge of facts related to Johnson's alleged fabrications, including when BP knew or should have known of the facts giving rise to its fraudulent-inducement defense.

- **Requests for Production.**  The parties shall serve requests for production of documents by August 31, 2015.

- **Other Written Discovery.**  The parties shall not exchange requests for admission, and shall serve a maximum of 5 interrogatories each by August 31, 2015.

- **Depositions.**  The parties shall complete fact depositions by November 13, 2015.

- **Expert Reports.**  The parties shall exchange expert reports on November 27, 2015.

- **Expert Discovery.**  The parties shall complete expert discovery by December 15, 2015, and shall meet-and-confer further regarding the scope of expert discovery.

- **Pre-Trial Submissions.**  The parties shall exchange with each other and file with the Court witness and exhibit lists on or before Thursday, December 24.

- **Evidentiary Hearing.**  The evidentiary hearing shall occur on January 14, 2016 at 8:00 a.m.

IT IS SO ORDERED.

                      Signed:  August ___, 2015

                      _____
                      HON. CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE