UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 10-2771; No. 10-9999 | | * * * | MAG. JUDGE SHUSHAN |

**************************************************************************

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Hospital Service District No. 1 of Iberia Parish, commonly known and d/b/a Iberia Medical Center (hereinafter "Iberia"), who avers its claims in this multidistrict litigation have been settled in full and, therefore, moves for an order dismissing all such claims with prejudice.

**WHEREFORE**, Iberia prays that this Honorable Court grant its present motion and order that all Iberia's claims in this multidistrict litigation be dismissed with prejudice, this Court to retain jurisdiction over the parties' settlement agreement for the purposes of enforcement and any disputes arising thereunder.

Respectfully submitted,

/s/ *Thomas S. Schneidau*
Normand F. Pizza (#8692) (T.A.)
Thomas S. Schneidau (#33359)
MILLING BENSON WOODWARD L.L.P.
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone: 985-871-3924
Facsimile: 985-871-6957
npizza@millinglaw.com
tschneidau@millinglaw.com
*Attorneys for Hospital Service District No. 1 of Iberia Parish*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2015. Additionally, a copy of the above and foregoing has been sent via electronic mail to lge@freehgroup.com and to maria.travis@bp.com on this 14th day of August, 2015, as per the instructions of this Honorable Court.

                              /s/ *Thomas S. Schneidau*
                                Thomas S. Schneidau

432195/87626