UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL NO. 2179<br><br>SECTION J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Refers to: | § | |
| City of West Orange, Texas | § | CIVIL ACTION NO. 2:13-cv-01042 |
| City of Beaumont, Texas | § | CIVIL ACTION NO. 2:13-cv-01025 |
| City of Bridge City, Texas | § | CIVIL ACTION NO. 2:13-cv-01826 |
| City of Galveston, Texas | § | CIVIL ACTION NO. 2:13-cv-02785 |
| City of Jamaica Beach, Texas | § | CIVIL ACTION NO. 2:13-cv-02785 |
| City of Orange, Texas | § | CIVIL ACTION NO. 2:13-cv-01034 |
| City of Port Arthur, Texas | § | CIVIL ACTION NO. 2:13-cv-02044 |
| City of Vidor, Texas | § | CIVIL ACTION NO. 2:13-cv-02048 |
| City of Wiggins, Mississippi | § | CIVIL ACTION NO. 2:13-cv-02050 |
| Chambers County, Texas | § | CIVIL ACTION NO. 2:13-cv-00968 |
| George County, Mississippi | § | CIVIL ACTION NO. 2:13-cv-01875 |
| Jefferson County, Texas | § | CIVIL ACTION NO. 2:13-cv-01030 |
| Orange County, Texas | § | CIVIL ACTION NO. 2:13-cv-01184 |
| Stone County, Mississippi | § | CIVIL ACTION NO. 2:13-cv-02052 |
| Sabine-Neches Navigation District | § | CIVIL ACTION NO. 2:13-cv-02051 |
| Galveston Park Board | § | CIVIL ACTION NO. 2:13-cv-02785 |
| Port of Beaumont Navigation District of Jefferson County, Texas | § | CIVIL ACTION NO. 2:13-cv-01824 |
| The Board of Trustees of the Galveston Wharves a/k/a Port of Galveston, Texas | § | CIVIL ACTION NO. 2:13-cv-02785 |
| The Port of Port Arthur Navigation District of Jefferson County, Texas | § | CIVIL ACTION NO. 2:13-cv-02036 |
|       Plaintiffs,<br>v.<br>BP EXPLORATION & PRODUCTION, INC.;<br>BP AMERICA PRODUCTION COMPANY;<br>and BP p.l.c.<br>      Defendants. | § § § § § § § § | |

**PLAINTIFF'S OMNIBUS NOTICE OF DISMISSAL WITH PREJUDICE**
**OF ALL CLAIMS AGAINST DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, **City of West Orange, Texas**, Short Form Joinder Document Number 257 in Cause No. 2:10-cv-09999-CJB-SS; **City of Beaumont, Texas**, Short Form Joinder Document Number 240 in Cause No. 2:10-cv-09999-CJB-SS; **City of Bridge City**, Texas, Short Form Joinder Document Number 242 in Cause No. 2:10-cv-09999-CJB-SS; **City of Galveston, Texas**, Short Form Joinder Document Number 244 in Cause No. 2:10-cv-09999-CJB-SS; **City of Jamaica Beach, Texas**, Short Form Joinder Document Number 248 in Cause No. 2:10-cv-09999-CJB-SS; **City of Orange, Texas**, Short Form Joinder Document Number 251 in Cause No. 2:10-cv-09999-CJB-SS; **City of Port Arthur, Texas**, Short Form Joinder Document Number 252 in Cause No. 2:10-cv-09999-CJB-SS; **City of Vidor, Texas**, Short Form Joinder Document Number 256 in Cause No. 2:10-cv-09999-CJB-SS; **City of Wiggins, Mississippi**, Short Form Joinder Document Number 258 in Cause No. 2:10-cv-09999-CJB-SS; **Chambers County, Texas**, Short Form Joinder Document Number 243 in Cause No. 2:10-cv-09999-CJB-SS; **George County, Mississippi**, Short Form Joinder Document Number 247 in Cause No. 2:10-cv-09999-CJB-SS; **Jefferson County, Texas**, Short Form Joinder Document Number 249 in Cause No. 2:10-cv-09999-CJB-SS; **Orange County, Texas**, Short Form Joinder Document Number 250 in Cause No. 2:10-cv-09999-CJB-SS; **Stone County, Mississippi**, Short Form Joinder Document Number 255 in Cause No. 2:10-cv-09999-CJB-SS; **Sabine-Neches Navigation District**, Short Form Joinder Document Number 254 in Cause No. 2:10-cv-09999-CJB-SS; **Galveston Park Board**, Short Form Joinder Document Number 245 in Cause No. 2:10-cv-09999-CJB-SS; **Port of Beaumont Navigation District of Jefferson County, Texas**, Short Form Joinder Document Number 241 in Cause No. 2:10-cv-09999-CJB-SS; **The Board of Trustees of the Galveston Wharves a/k/a Port of Galveston, Texas**, Short Form

Joinder Document Number 246 in Cause No. 2:10-cv-09999-CJB-SS; and **The Port of Port Arthur Navigation District of Jefferson County, Texas**, Short Form Joinder Document Number 253 in Cause No. 2:10-cv-09999-CJB-SS through undersigned counsel, voluntarily dismisses with prejudice its action (as listed above in this consolidated matter) against all Defendants named in the associated complaints.  None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required.  Fed.R.Civ.P. 41(a)(1)(A)(i).

        Respectfully submitted,

        WILLIAMSON & RUSNAK

        */S/ Jimmy Williamson*
        Jimmy Williamson
        Federal ID No. 51896
        Texas State Bar No. 21624100
        Email:  jimmy@wsrlawfirm.com

        Cyndi M. Rusnak
        Federal ID No. 24724
        Texas State Bar No. 24007964
        Email:  cyndi@wsrlawfirm.com

        William Dills
        Federal ID No. 2346498
        Texas State Bar No. 24067421
        Email:  billy@wsrlawafirm.com

        4310 Yoakum Boulevard
        Houston, Texas  77006
        713.223.3330 – Telephone
        713.223.0001 – Office

CERTIFICATE OF SERVICE

  I hereby certify that on August 14, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.  Additionally, copies of this notice were sent via email the Freeh Group and to Maria Travis (BP).

              */s/ Jimmy Williamson*
              **Jimmy Williamson**