UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-01582 *(City of Punta Gorda, Florida v. BP Exploration & Production, Inc. et al)* | MAGISTRATE SHUSHAN |

## NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (a)(1)(A)( i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Full and Final Release, Settlement, and Covenant Not to Sue entered in this case, the plaintiff hereby gives notice that the above captioned action is voluntarily dismissed.  Such dismissal shall be with prejudice, against the Defendants, with each party to bear its own costs.

Dated: August 14, 2015.

Respectfully submitted,

/s/Joseph F. Rice
Joseph F. Rice, Esq.
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 (fax)
jrice@motleyrice.com

Robert E. Turffs, Esq.
**Robert E. Turffs, P.A**
1444 1st Street, Suite B
Sarasota, FL 34236
(941) 953-9009
(941) 953-5736 (fax)

bturffs@sarasotatriallawyer.com

*Counsel for Plaintiff City of Punta Gorda, Florida*

## CERTIFICATE OF SERVICE

I hereby certify that the above foregoing notice has been served on All Counsel by electronic uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the united States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in according with the procedures established in MDL 2179, on this 14th day of August, 2015.

/s/ Joseph F. Rice, Esq.