UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the Gulf of** | ) | **MDL No. 2179** |
| **Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION J** |
| **This Document Relates to:** | ) | |
| | ) | **JUDGE BARBIER** |
| **Docket 2:10-cv-09999** | ) | |
| | ) | |
| **Acadia Parish School Board v. BP, plc, et al** | ) | **MAGISTRATE JUDGE SHUSHAN** |
| **Short Form Joinder Nos. 293 and 335** | ) | |
| | ) | |
| **Jefferson Davis Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Short Form Joinder Nos. 294 and 337** | ) | |
| | ) | |
| **Sheriff Mark Hebert, Law Enforcement** | ) | |
| **District of St. Mary Parish v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 338** | ) | |
| | ) | |
| **Town of Baldwin v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 339** | ) | |
| | ) | |
| **Town of Berwick v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 340** | ) | |
| | ) | |
| **City of Franklin v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 341** | ) | |
| | ) | |
| **City of Patterson v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 342** | ) | |
| | ) | |
| **St. Mary Parish Council v. BP, plc, et al** | ) | |
| **Short Form Joinder No. 343** | ) | |
| | ) | |
| **St. Mary Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Short Form Joinder Nos. 344 and 348** | ) | |

**NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE**

COME NOW the Plaintiffs, Acadia Parish School Board; Jefferson Davis Parish School Board; Sheriff Mark Hebert, Law Enforcement District of St. Mary Parish; Town of Baldwin; Town of

Berwick; City of Franklin; City of Patterson; St. Mary Parish Council; and St. Mary Parish School Board, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and hereby give notice of the voluntary dismissal with prejudice of these actions.

Respectfully submitted this   14th   day of August, 2015.

**PLAUCHE, SMITH & NIESET, L.L.C.**

  s/ Samuel B. Gabb
Samuel B. Gabb (LA Bar Roll #22378)
1123 Pithon Street
Lake Charles, Louisiana 70601
(337) 436-0522

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I  hereby certify that on the   14th   day of August, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system. A copy of this document has also been forwarded to lge@freehgroup.com and maria.travis@bp.com.

  s/ Samuel B. Gabb
SAMUEL B. GABB