UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Relates to:   2:13-cv-02668<br>                    2:13-cv-02669<br>                    2:13-cv-02670 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs City of Prichard Alabama, Housing Authority of the City of Prichard and Mobile Housing Board, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a) and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, and respectfully move the Court to enter an Order dismissing their claims against Defendants with prejudice.  Each party to bear its costs.

Dated this the 14th day of August, 2015.

Respectfully submitted,

City of Prichard, Alabama
Housing Authority of the City of Prichard
Mobile Housing Board

/s/ *D. Brian Murphy*
D. Brian Murphy
brian@braswellmurphy.com
Attorney for Plaintiffs

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

**CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 14th day of August, 2015, electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System.

                                                    */s/ D. Brian Murphy*_____
                                                    COUNSEL