# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: 2:13-cv-02753-CJB-SS | * | Judge CARL J. BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the Plaintiff, Mississippi Gulf Coast Regional Convention and Visitors Bureau f/k/a Harrison County Tourism Commission's Motion to Dismiss With Prejudice, and the Court being advised the parties have resolved this matter, the Court does hereby find;

It is ORDERED that the Mississippi Gulf Coast Regional Convention and Visitors Bureau f/k/a Harrison County Tourism Commission's Motion to Dismiss With Prejudice is hereby granted, and all claims in this matter are dismissed with prejudice from the above-referenced case, with each party to bear its own cost.

SO ORDERED this _____ day of _____, 2015.

_____
HONORABLE Carl J. Barbier
U.S. District Court Judge