UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-02047 *(State of Louisiana, ex rel., Jefferson Parish School Board and Jefferson Parish School Board, in its Own Capacity as a Political Subdivision of the State of Louisiana and in its Capacity as the Trustee, Administrator and/or Manager of "Section 16" Lands Within Jefferson Parish v. BP Exploration & Production, Inc., et al)* | MAGISTRATE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

The plaintiffs, State of Louisiana, ex rel., Jefferson Parish School Board and Jefferson Parish School Board, through their undersigned counsel, hereby move to dismiss this action with prejudice against all defendants in Case No. 2:13-cv-02047. In support of this Motion, plaintiffs represent that they have compromised and settled the matter.

**WHEREFORE,** the plaintiffs respectfully request that this Honorable Court grant its present Motion and dismiss this action with prejudice.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC

BY: /s/ Brandon J. Taylor
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DARREN D. SUMICH, #23321
dsumich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

And

GRANT & BARROW, APLC
ROBERT W. GRANT, #18917
rgrant@grantbarrow.com
MICHAEL G. FANNING, #5440
mfanning@grantbarrow.com
238 Huey P Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 368-7888
Facsimile: (504) 368-7263

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of August, 2015.

/s/ Brandon J. Taylor