UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| **This Document Relates to:** | **JUDGE BARBIER** |
| 2:13-cv-02047 *(State of Louisiana, ex rel., Jefferson Parish School Board and Jefferson Parish School Board, in its Own Capacity as a Political Subdivision of the State of Louisiana and in its Capacity as the Trustee, Administrator and/or Manager of "Section 16" Lands Within Jefferson Parish v. BP Exploration & Production, Inc., et al)* | **MAGISTRATE SHUSHAN** |

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED.** This action is dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE