UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| 2:10-cv-09999 (Doc. #467), 2:11-cv-00895 and 2:13-cv-01622 | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the Parish of Jefferson and its service districts, Jefferson Parish Sheriff Newell Norman in his official capacity as Sheriff and as the governing authority of the Law Enforcement District of the Parish of Jefferson, State of Louisiana, Jefferson Parish Coroner Gerald Cvitanovich, and the City of Kenner and its Sewerage District, and file this Motion to Dismiss the Complaints filed in Case Nos. USDC ED La. 2:10-cv-09999, USDC ED La. 2:11-CV-00895, USDC ED La. 2:13-cv-01622, and MDL No. 2:10-MD-02179, as against BP P.L.C, BP Corporation North American, Inc., BP Exploration and Production, Inc. and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing; and Anadarko Exploration & Production LP; Anadarko E&P Company LP; Anadarko Petroleum Corporation; Art Catering, Inc.; Cameron Corporation; Cameron International Corporation; Cameron International Corporation f/k/a Cooper Cameron Corporation; Cameron International Corporation d/b/a/ Cameron Systems Corporation' Court Supervised Settlement Program in MDL 2179 and its Administrators, Employees, and Agents; Deepwater Horizon Oil Spill Trust,

Trustees and Employees; Dril-Quip, Inc.; Gulf Coast Claims Facility, Administrators, Employees, and Agents; Halliburton Energy Services, Inc.; LLOG Exploration Offshore, L.L.C.; LLOG Bluewater, L.L.C.; LLOG Bluewater Holdings, L.L.C.; Lloyd's Syndicate 1036; Mitsui & Co., Ltd.; Mitsui & Co. (U.S.A.), Inc.; Mitsui Oil Exploration Co., Ltd.; Ministry of Economy, Trade and Industry of the Government of Japan; M-I Drilling Fluids L.L.C.; M-I, LLC a/k/a M-I Swaco; MOEX Offshore 2007 LLC; MOEX USA Corporation; Oceaneering International, Inc.; Oil Spill Liability Trust Fund; QBE Marine & Energy Syndicate 1036; QBE Underwriting Ltd.; Schlumberger, Ltd.; Sperry Drilling Services f/k/a Sperry Sun Drilling Services; Transocean Deepwater Inc.; Transocean Holdings LLC; Transocean Inc.; Transocean Ltd.; Transocean Offshore Deepwater Drilling Inc.; Triton Asset Leasing GmbH; Weatherford International, Inc.; and Weatherford U.S. L.P.  All matters pending in the subject lawsuits between the Released Parties have been resolved. In accordance with the Settlement Agreement within ten days after receipt of payment Claimants were directed to dismiss with prejudice any litigation concerning pending claims filed on or behalf of Claimant or any of the Claimant's affiliates against the BP entities or any of the other Released Parties.

BY:   s/Daryl A. Higgins

**DARYL A. HIGGINS (#06868)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS &**
**GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email:dhiggins@grhg.net; wlanglois@grhg.net

2

-and-

s/Kriste Talton Utley
**TERRILL W. BOYKIN (#18132)**
**KRISTE TALTON UTLEY (#25268)**
**BOYKIN & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

COUNSEL FOR THE PARISH OF JEFFERSON AND ITS SPECIAL DISTRICTS, JEFFERSON PARISH SHERIFF NEWELL NORMAN AND THE LAW ENFORCEMENT DISTRICT OF JEFFERSON PARISH, JEFFERSON PARISH CORONER GERALD CVITANOVICH AND THE CITY OF KENNER AND ITS SEWERAGE DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015.

s/Daryl A. Higgins
DARYL A. HIGGINS

G:\0745\0211\PLEADINGS\MOTION FOR FILE SHORT FORM\Motion to Dismiss.docx