**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig "Deepwater
    Horizon" in the Gulf of Mexico, on
    April 20, 2010

**THIS DOCUMENT APPLIES TO:**

*2:10-cv-09999 (Doc. #467), 2:11-cv-00895*
*and 2:13-cv-01622*

**MDL No. 2179**

**SECTION: J**

**JUDGE BARBIER**

**MAGISTRATE JUDGE SHUSHAN**

---

### ORDER

    Upon consideration of the foregoing Motion to Dismiss with Prejudice;

    IT IS ORDERED, ADJUDGED AND DECREED, that all claims by the Parish of Jefferson and its Special Districts, Jefferson Parish Sheriff Newell Norman and the Law Enforcement District of the Parish of Jefferson, Jefferson Parish Coroner Gerald Cvitanovich, and the City of Kenner and its Sewerage District in 2:10-MDL-2179, Civil Action No. 2:10-cv-09999, Civil Action No. 2:11-cv-00895 and Civil Action No. 2:13-cv-1622, United States District Court for the Eastern District of Louisiana be and the same are hereby dismissed, with prejudice, with each party to bear its own respective costs.

    New Orleans, Louisiana, this ___ day of _____, 2015.


                                       CARL J. BARBIER- DISTRICT JUDGE

G:\0745\0211\PLEADINGS\MOTION FOR FILE SHORT FORM\Order Motion to Dismiss.docx