UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document Relates to: | |
| | JUDGE BARBIER |
| Docket 2:10-cv-09999 Short Form Joinder Numbers 237, 377, 468, 382, 385, and 469 | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and hereby gives notice of the voluntary dismissals with prejudice of these actions against all Defendants. Costs taxed as paid.

City of Birmingham, Alabama (2:10-cv-09999, Doc. Nos. 237, 377)

City of Piedmont, Alabama (2:10-cv-09999, Doc. No. 468)

City of Fairfield, Alabama (2:10-cv-09999, Doc. No. 382)

City of Leland, Mississippi (2:10-cv-09999, Doc. No. 385)

City of Ruleville, Mississippi (2:10-cv-09999, Doc. No. 469)

City of McComb, Mississippi (2:10-cv-09999, Doc. No. 389)

Respectfully submitted this 17th day of August, 2015.

/s/ Gregory A. Cade
Gregory A. Cade
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, Alabama 35205

                          Telephone: (205) 328-9200
                          Facsimile: (205) 328-9456

                          ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system.

                          /s/ Gregory A. Cade_____
                          Gregory A. Cade