UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG           MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          SECTION "J"

THIS DOCUMENTS RELATES TO:                JUDGE BARBIER
                                          MAG. JUDGE WILKINSON

No. 13-5804 Elton Johnson v.
BP Expl. and Prod., Inc. et al.

## ORDER REGARDING DISCOVERY PLAN

The court has received and reviewed the parties' Agreed Discovery Plan, Record Doc. No. 15003, in which counsel for the BP defendants and plaintiff Elton Johnson have agreed upon the appropriate scope of discovery and certain deadlines as directed by the court's July 28, 2015 order. Record Doc. No. 14933. The court adopts the plan, with the additions and modifications contained herein.  Accordingly,

IT IS ORDERED that further proceedings in this matter pursuant to the Fifth Circuit's remand will be conducted as follows:

(1) Scope of Disclosures and Discovery

The scope of disclosures and discovery is limited to:

(a) whether plaintiff Johnson submitted a claim to the GCCF with one or more fabrications, including inquiry into whether he suffered the injuries he claimed as well as inquiry into his communications on that topic;

(b) eyewitness accounts of plaintiff Johnson's co-workers;

(c) any of plaintiff Johnson's medical conditions relevant to BP's fraudulent-inducement defense; and

(d) communications between employees and agents of BP, Tidewater, and/or the GCCF regarding BP's knowledge of facts related to Johnson's alleged fabrications, including when BP knew or should have known of the facts giving rise to its fraudulent-inducement defense.

(2) Initial Disclosures

The parties must exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii), limited in scope to the topics set out above, no later than August 24, 2015.

(3) Written Discovery

All Rule 34 requests for production [limited to more than 20 per side] and all Rule 33 interrogatories [limited to no more than five per side, including discrete subparts] must be served no later than August 31, 2015.

Rule 36 requests for admissions and Rule 45 subpoenas to parties are prohibited.

All Rule 45 subpoenas duces tecum to non-parties must be served no later than October 13, 2015.

(4) Fact Depositions

All fact depositions must be completed no later than November 13, 2015.

(5) Experts

The parties must exchange all expert reports in compliance with Fed. R. Civ. P. 26(a)(2)(B) on November 27, 2015. No later than December 1, 2015, counsel must confer regarding the scope and timing of expert discovery, including depositions. All discovery concerning experts must be completed no later than December 15, 2015.

(6) Settlement

A telephone conference will be conducted by Magistrate Judge Wilkinson on December 17, 2015, at 10:30 a.m. to discuss settlement possibilities. Before that date, the parties must confer in good faith, Local Rule 16.3, and exchange settlement proposals, so that the court may determine whether an in-person settlement conference should be conducted.

(7) Pre-Trial Submissions

The parties must exchange and file with the court their witness and exhibit lists in compliance with Fed. R. Civ. P. 26(a)(3)(A), identifying all witnesses who may be called and all exhibits that may be used at the evidentiary hearing, no later than December 24, 2015.  The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

(8) <u>Pre-Trial Conference</u>

A final pre-trial conference concerning all matters relating to the evidentiary hearing shall be conducted before Judge Barbier on January 7, 2016 at 1:30 p.m. All counsel must appear in person.

(9) <u>Evidentiary Hearing</u>

The evidentiary hearing shall be conducted on January 14, 2016, beginning at 8:00 a.m. before Judge Barbier.

New Orleans, Louisiana, this ___17th___ day of August, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER