UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO CIVIL ACTION NUMBERS: | 2:10-cv-08888 2:13-cv-01977-CJB-SS 2:11-cv-00890-CJB-SS 2:10-cv-02771-CJB-SS | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, City of New Orleans, City of New Orleans Board of Liquidation City Debt, New Orleans Aviation Board, New Orleans Public Library, and Rivergate Development Corporation, who respectfully move this honorable Court to dismiss all claims and causes of action **except for**

1) those claims, rights, and causes of action asserted by the Wisner Donation Trust (the "Trust") in Civ. Action No. 13-1971, Civ. No. 2:14-cv-01525, Answer in Limitation, Rec. Doc. 326, filed in Action No. 10-2771, and Short Form Joinders, Rec. Doc. 133248 in No. 10-8888, and Rec. Doc. 401 in No. 10-9999, whether deemed to have been brought by the City of New Orleans as a trustee, owner beneficiary and/or manager of the Trust, and all claims asserted therein on behalf

      of the other beneficiaries and/or owners of the Trust (government and non-government) and

2)  claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

asserted in Short Form Document 131566 filed in 2:10-cv-08888, Civil Action No. 2:13-cv-01977-CJB-SS (New Orleans City v. BP Exploration & Production, Inc. et al), Civil Action No. 2:11-cv-00890-CJB-SS (New Orleans City v. BP Exploration & Production, Inc. et al), and Answer and Claim in Limitation Document 291 filed in 2:10-cv-02771-CJB-SS (In re: Triton Asset Leasing GmbH et al.) with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

  **WHEREFORE**, Plaintiffs respectfully move this Court to dismiss all claims and causes of action except for those claims, rights, and causes of action asserted by the Wisner Donation Trust (the "Trust") in Civ. Action No. 13-1971, Civ. No. 2:14-cv-01525, Answer in Limitation, Rec. Doc. 326, filed in Action No. 10-2771, and Short Form Joinders, Rec. Doc. 133248 in No. 10-8888, and Rec. Doc. 401 in No. 10-9999, whether deemed to have been brought by the City of New Orleans as a trustee, owner beneficiary and/or manager of the Trust, and all claims asserted therein on behalf of the other beneficiaries and/or owners of the Trust (government and non-government) and claims for punitive or exemplary damages against Transocean Inc.,Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc,

Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Short Form Document 131566 filed in 2:10-cv-08888, Civil Action No. 2:13-cv-01977-CJB-SS, Civil Action No. 2:11-cv-00890-CJB-SS, and Document 291 in No.2:10-cv-02771-CJB-SS with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Date: August 17, 2015

Respectfully submitted:

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq.  (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine E. Sevin, Esq.  (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com
Email: fshaw@legershaw.com
Email: csevin@legershaw.com

Stephen J. Herman (La. Bar #23129
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
Email: sherman@hhkc.com
Email: sgisleson@hhkc.com

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #13691)
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
Email: jimr@wrightroy.com
Email: bobw@wrightroy.com

        Calvin C. Fayard, Jr. (La. Bar #5486)
        C. Caroline Fayard (La. Bar #30888)
        FAYARD & HONEYCUTT
        519 Florida Avenue, SW
        Denham Springs, LA 70726
        Office: (225) 664 4193
        Telefax: (225) 664 6925
        Email: calvinfayard@fayardlaw.com
        Email: Caroline@fayardlegal.com

        Fred Herman (La Bar #6811)
        LAW OFFICES OF FRED HERMAN
        1010 Common St., Suite 3000
        New Orleans, LA 70112
        Phone: 504 581 7070
        Fax: 504 581 7083
        Email: fherman@fredhermanlaw.com

        *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

        /s/ Christine Sevin Fayard
        Christine Sevin Fayard, Esq.

4