UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO CIVIL ACTION NUMBERS: | 2:10-cv-08888 2:13-cv-01977-CJB-SS 2:11-cv-00890-CJB-SS 2:10-cv-02771-CJB-SS | * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion to Dismiss with Prejudice,

IT IS ORDERED that the motion is GRANTED and that all claims are dismissed with prejudice except for those identified in the Release and restated below with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees:

1) those claims, rights, and causes of action asserted by the Wisner Donation Trust (the "Trust") in Civ. Action No. 13-1971, Civ. No. 2:14-cv-01525, Answer in Limitation, Rec. Doc. 326, filed in Action No. 10-2771, and Short Form Joinders, Rec. Doc. 133248 in No. 10-8888, and Rec. Doc. 401 in No. 10-9999, whether deemed to have been brought by the City of New Orleans as a trustee, owner beneficiary and/or manager of the Trust, and all claims asserted therein on behalf of the other beneficiaries and/or owners of the Trust (government and non-government) and

2) claims for punitive or exemplary damages against Transocean Inc., Transocean

Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Short Form Document 131566 filed in 2:10-cv-08888, Civil Action No. 2:13-cv-01977-CJB-SS (New Orleans City v. BP Exploration & Production, Inc. et al), Civil Action No. 2:11-cv-00890-CJB-SS (New Orleans City v. BP Exploration & Production, Inc. et al), and Answer and Claim in Limitation Document 291 filed in 2:10-cv-02771-CJB-SS (In re: Triton Asset Leasing GmbH et al.).

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE