UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 10-2771; No. 10-9999 | | * * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

*Considering the Motion to Dismiss with Prejudice filed by Hospital Service District No. 1 of Iberia Parish, commonly known and d/b/a Iberia Medical Center ("Iberia");*

**IT IS ORDERED, ADJUDGED AND DECREED** that Iberia's Motion is **GRANTED** and that Iberia's claims in this multidistrict litigation be and hereby are dismissed with prejudice, this Court to retain jurisdiction over the parties' settlement agreement for the purposes of enforcement and any disputes arising thereunder.

New Orleans, Louisiana this 14th day of August, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE