UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * * | MAG. JUDGE SHUSHAN |
| Civil Action Nos. | 2:13-cv-01683-CJB-SS and 2:10-cv-09999 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bayou Lafourche Freshwater District, who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01683-CJB-SS and Short Form Documents 67 and 295 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

asserted in 2:13-cv-01683-CJB-SS and Short Form Documents 67 and 295 filed in 2:10-cv-09999 with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Dated: August 17, 2015    Respectfully submitted:

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq.  (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine E. Sevin, Esq.  (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Christine Sevin Fayard*
Christine Sevin Fayard, Esq.