UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF COVINGTON; CITY OF MANDEVILLE;** | * | 2:13-cv-01809-CJB-SS |
| **CITY OF SLIDELL; CORONER, PARISH OF** | | 2:13-cv-01797-CJB-SS |
| **ST. TAMMANY; NORTHSHORE HARBOR** | * | 2:13-cv-01816-CJB-SS |
| **CENTER DISTRICT; R. JACK STRAIN, IN HIS** | | 2:13-cv-01760-CJB-SS |
| **OFFICIAL CAPACITY AS SHERIFF,** | * | 2:13-cv-01820-CJB-SS |
| **ST. TAMMANY PARISH; ST. TAMMANY PARISH** | | 2:13-cv-01744-CJB-SS |
| **ASSOCIATION FOR RETARDED CITIZENS, INC.** | * | 2:13-cv-01774-CJB-SS |
| **('STARC"); ST. TAMMANY PARISH FIRE** | | 2:13-cv-01688-CJB-SS |
| **PROTECTION DISTRICT #1; ST. TAMMANY** | * | 2:13-cv-01729-CJB-SS |
| **PARISH LIBRARY; ST. TAMMANY PARISH** | | 2:13-cv-01700-CJB-SS |
| **MOSQUITO ABATEMENT DISTRICT;** | * | 2:13-cv-01714-CJB-SS |
| **ST. TAMMANY PARISH SCHOOL BOARD; AND,** | | 2:13-cv-01825-CJB-SS |
| **ST. TAMMANY PARISH TOURIST AND** | * | |
| **CONVENTION COMMISSION,       Plaintiffs.** | | |
| | * | **MDL No. 2179** |
| **VERSUS** | | |
| | * | |
| **BP EXPLORATION & PRODUCTION** | | **SECTION "J"** |
| **INC.; BP AMERICA PRODUCTION** | * | |
| **COMPANY; BP P.L.C.; TRANSOCEAN** | | |
| **LTD.; TRANSOCEAN OFFSHORE** | * | **JUDGE BARBIER** |
| **DEEPWATER DRILLING, INC.;** | | |
| **TRANSOCEAN HOLDINGS, LLC;** | * | |
| **HALLIBURTON ENERGY SERVICES,** | | **MAGISTRATE** |
| **INC.; AND SPERRY DRILLING** | * | **SHUSHAN** |
| **SERVICES, A DIVISION OF** | | |
| **HALLIBURTON ENERGY SERVICES** | * | |
| **INC.,               Defendants.** | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come the following plaintiffs, who filed a Complaint for Damages in the above entitled matter on April 19, 2013:

1.   City of Covington, Case No.: 2:13-cv-01809-CJB-SS;

1

2. City of Mandeville, Case No.: 2:13-cv-01797-CJB-SS;

3. City of Slidell, Case No.: 2:13-cv-01816-CJB-SS;

4. Coroner, Parish of St. Tammany, Case No.: 2:13-cv-01760-CJB-SS;

5. Northshore Harbor Center District, Case No.: 2:13-cv-01820-CJB-SS;

6. R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish, Case No.: 2:13-cv-01744-CJB-SS. Additionally, the following Claimants were paid as separate governmental entities under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.;

   a. St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, Case No.: 2:13-cv-01744-CJB-SS;[1]

   b. Town of Abita Springs, Case No.: 2:13-cv-01744-CJB-SS.[2]

7. St. Tammany Parish Association for Retarded Citizens, Inc. ("STARC"), Case No.: 2:13-cv-01774-CJB-SS;

8. St. Tammany Parish Fire Protection District #1, Case No.: 2:13-cv-01688-CJB-SS;

9. St. Tammany Parish Library, Case No.: 2:13-cv-01729-CJB-SS;

10. St. Tammany Parish Mosquito Abatement District, Case No.: 2:13-cv-01700-CJB-SS;

11. St. Tammany Parish School Board, Case No.: 2:13-cv-01714-CJB-SS; and,

---

[1] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

[2] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

12. St. Tammany Parish Tourist and Convention Commission; Case No.: 2:13-cv-01825-CJB-SS.

and respectfully request that this Court Dismiss with Prejudice the Complaint for Damages filed by each of the above named plaintiffs and presently pending before this Honorable Court, each party to bear his or her own costs.

**WHEREFORE**, the above named plaintiffs, movers herein, pray that this Court Dismiss with Prejudice these proceedings, each party to bear his or her own costs.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

*/s/Tom W. Thornhill*
**TOM W. THORNHILL           #12776
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 fax
tom@thornhilllawfirm.com**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail through the efiling notification system with the U.S. District Court for the Eastern District of Louisiana on August 17, 2015.

*/s/Tom W. Thornhill*
**TOM W. THORNHILL**