UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF COVINGTON; CITY OF MANDEVILLE;** | \* | 2:13-cv-01809-CJB-SS |
| **CITY OF SLIDELL; CORONER, PARISH OF** | | 2:13-cv-01797-CJB-SS |
| **ST. TAMMANY; NORTHSHORE HARBOR** | \* | 2:13-cv-01816-CJB-SS |
| **CENTER DISTRICT; R. JACK STRAIN, IN HIS** | | 2:13-cv-01760-CJB-SS |
| **OFFICIAL CAPACITY AS SHERIFF,** | \* | 2:13-cv-01820-CJB-SS |
| **ST. TAMMANY PARISH; ST. TAMMANY PARISH** | | 2:13-cv-01744-CJB-SS |
| **ASSOCIATION FOR RETARDED CITIZENS, INC.** | \* | 2:13-cv-01774-CJB-SS |
| **('STARC"); ST. TAMMANY PARISH FIRE** | | 2:13-cv-01688-CJB-SS |
| **PROTECTION DISTRICT #1; ST. TAMMANY** | \* | 2:13-cv-01729-CJB-SS |
| **PARISH LIBRARY; ST. TAMMANY PARISH** | | 2:13-cv-01700-CJB-SS |
| **MOSQUITO ABATEMENT DISTRICT;** | \* | 2:13-cv-01714-CJB-SS |
| **ST. TAMMANY PARISH SCHOOL BOARD; AND,** | | 2:13-cv-01825-CJB-SS |
| **ST. TAMMANY PARISH TOURIST AND** | \* | |
| **CONVENTION COMMISSION,       Plaintiffs.** | | |
| | \* | **MDL No. 2179** |
| **VERSUS** | | |
| | \* | |
| **BP EXPLORATION & PRODUCTION** | | **SECTION "J"** |
| **INC.; BP AMERICA PRODUCTION** | \* | |
| **COMPANY; BP P.L.C.; TRANSOCEAN** | | |
| **LTD.; TRANSOCEAN OFFSHORE** | \* | **JUDGE BARBIER** |
| **DEEPWATER DRILLING, INC.;** | | |
| **TRANSOCEAN HOLDINGS, LLC;** | \* | |
| **HALLIBURTON ENERGY SERVICES,** | | **MAGISTRATE** |
| **INC.; AND SPERRY DRILLING** | \* | **SHUSHAN** |
| **SERVICES, A DIVISION OF** | | |
| **HALLIBURTON ENERGY SERVICES** | \* | |
| **INC.,           Defendants.** | | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that the following plaintiffs in the above captioned matter are hereby dismissed with prejudice, each party to bear his or her own costs.

1

1. City of Covington, Case No.: 2:13-cv-01809-CJB-SS;

2. City of Mandeville, Case No.: 2:13-cv-01797-CJB-SS;

3. City of Slidell, Case No.: 2:13-cv-01816-CJB-SS;

4. Coroner, Parish of St. Tammany, Case No.: 2:13-cv-01760-CJB-SS;

5. Northshore Harbor Center District, Case No.: 2:13-cv-01820-CJB-SS;

6. R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish, Case No.: 2:13-cv-01744-CJB-SS.  Additionally, the following Claimants were paid as separate governmental entities under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.;

   a. St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, Case No.: 2:13-cv-01744-CJB-SS;[1]

   b. Town of Abita Springs, Case No.: 2:13-cv-01744-CJB-SS.[2]

7. St. Tammany Parish Association for Retarded Citizens, Inc. ("STARC"), Case No.: 2:13-cv-01774-CJB-SS;

8. St. Tammany Parish Fire Protection District #1, Case No.: 2:13-cv-01688-CJB-SS;

9. St. Tammany Parish Library, Case No.: 2:13-cv-01729-CJB-SS;

10. St. Tammany Parish Mosquito Abatement District, Case No.: 2:13-cv-01700-CJB-SS;

---

[1] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

[2] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

11. St. Tammany Parish School Board, Case No.: 2:13-cv-01714-CJB-SS; and,

12. St. Tammany Parish Tourist and Convention Commission; Case No.: 2:13-cv-01825-CJB-SS.

_____
JUDGE