UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| 2:10-cv-09999 (Doc. Nos. 83, 85, 86) | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Livingston Parish Council, Livingston Parish Gravity Drainage District No. 1, Livingston Parish Gravity Drainage District No. 2, and Livingston Parish Gravity Drainage District No. 5, who respectfully move this honorable Court to dismiss all claims and causes of action asserted in MDL No. 2179, 2:10-cv-09999 (Doc. Nos. 83, 85, 86), and all other claims asserted in any subsequent pleading, if any, against Defendants "BP Entities" and the "Released Parties."  Plaintiffs suggest to the Court that all claims and demands of any nature whatsoever made by Plaintiffs against the Defendants have been settled and compromised.   Plaintiffs file this Motion to Dismiss with Prejudice pursuant to Paragraph 5 of the Full and Final Release, Settlement, and Covenant Not to Sue executed by the parties.

WHEREFORE, Plaintiffs pray that this suit, short form joinders, and any other litigation filed against the aforesaid Defendants, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Date: August 17, 2015

Respectfully Submitted:

/s/ Wanda J. Edwards
D. Blayne Honeycutt (La. Bar Roll #18265)

Wanda J. Edwards (La. Bar Roll #27448)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-0304
Facsimile: (225) 664-2010
Email: dbhoneycutt@fayardlaw.com
Email: wandaedwards@fayardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Dismiss with Prejudice has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with the Court's PTO No. 12, and that the foregoing Motion to Dismiss with Prejudice was electronically filed with the Clerk of Court for the United States District Court of the Eastern District of Louisiana, via the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015.  Additionally, copies of the above motion and order have been sent via electronic mail to lge@freehgroup.com and maria.travis@bp.com as per the instructions of this Court.

   /s/ Wanda J. Edwards
Wanda J. Edwards