UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| 2:10-cv-09999 (Doc. Nos. 83, 85, 86) | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the foregoing Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED, that all claims by the Livingston Parish Council, Livingston Parish Gravity Drainage District No. 1, Livingston Parish Gravity Drainage District No. 2, and Livingston Parish Gravity Drainage District No. 5 in 2:10-md-2179, 2:10-cv-09999 (Doc. Nos. 83, 85, 86), and all other claims asserted in any subsequent pleading, if any, against the above mentioned Defendants be and the same are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Court Judge