UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG  MDL NO: 2179
"DEEPWATER HORIZON" in the GULF OF
MEXICO, on APRIL 20, 2010  SECTION: J

This Document Relates to:  JUDGE BARBIER

2:13-cv-01819 *(Charles J. Ballay, in his capacity*  MAGISTRATE SHUSHAN
*as the District Attorney for the 25th Judicial*
*District Court, Parish of Plaquemines v. BP*
*Exploration & Production, Inc., et al.)*

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Charles J. Ballay, in his capacity as the District Attorney for the 25th Judicial District Court, Parish of Plaquemines, through his undersigned counsel, hereby moves to dismiss this action with prejudice against all defendants in Case No. 2:13-cv-01819. In support of this Motion, plaintiffs represent that they have compromised and settled the matter.

**WHEREFORE,** the plaintiff respectfully requests that this Honorable Court grant its present Motion and dismiss this action with prejudice.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA  & TAYLOR, LLC

BY:  /s/ Brandon J. Taylor
    PHILIP F. COSSICH, JR., #1788 (T.A.)
    pcossich@cossichlaw.com
    DARREN D. SUMICH, #23321
    dsumich@cossichlaw.com
    DAVID A. PARSIOLA, #21005
    dparsiola@cossichlaw.com
    BRANDON J. TAYLOR, #27662
    btaylor@cossichlaw.com
    8397 Highway 23, Suite 100
    Belle Chasse, Louisiana  70037
    Telephone:  (504) 394-9000
    Facsimile:  (504) 394-9110

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015.

                                        /s/ Brandon J. Taylor