UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-01819 *(Charles J. Ballay, in his capacity as the District Attorney for the 25th Judicial District Court, Parish of Plaquemines v. BP Exploration & Production, Inc., et al.)* | MAGISTRATE SHUSHAN |

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED.** This action is dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE