UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

HARRISON COUNTY, MISSISSIPPI,
CITY OF BILOXI, MISSISSIPPI,
CITY OF LONG BEACH, MISSISSIPPI,
CITY OF PASS CHRISTIAN, MISSISSIPPI, AND
HARRISON COUNTY SCHOOL DISTRICT

                                    **PLAINTIFFS**

**VERSUS**         **CIVIL ACTION NO. 2:13-cv-02782-CJB-SS**

BP EXPLORATION AND PRODUCTION, INC.,
BP AMERICA PRODUCTION COMPANY,
BP P.L.C., TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC., TRANSOCEAN
DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC,
TRITON ASSET LEASING GMBH, HALLIBURTON
ENERGY SERVICES, INC., and SPERRY DRILLING
SERVICES, A DIVISION OF HALLIBURTON
ENERGY SERVICES, INC.

                                    **DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Full and Final Release, Settlement and Covenant Not to Sue entered in this case, Plaintiff, City of Biloxi, hereby gives notice that its claims against all Defendants are hereby voluntarily dismissed. Such dismissal shall be with prejudice, against all Defendants, with each party to bear its own costs.

              Respectfully submitted,

              /s/ Matthew E. Lundy
              **Matthew E. Lundy**
              **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
              **501 Broad Street**
              **Lake Charles, LA 70601**
              **(337) 439-0707**
              **(337) 439-1029 (Facsimile)**

              *Counsel for City of Biloxi*

## **CERTIFICATE OF SERVICE**

I hereby certify that above foregoing notice has been served on All Counsel by electronic uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015.


/s/ Matthew E. Lundy