UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § § | MAG. JUDGE SHUSHAN |

Case No.: 2:13-cv-02925-CJB-SS *(City of Apalachicola v. BP Exploration & Production, Inc., et al.)*

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and the Full and Final Release, Settlement, and Covenant Not to Sue entered in this case, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed. Such dismissal shall be with prejudice, against the Defendants, with each party to bear its own attorneys' fees and costs.

Dated: August 17, 2015.

                                            Respectfully submitted,

                                            /s/ Patrick S. Montoya
                                            Ervin A. Gonzalez, Esquire
                                            Patrick S. Montoya, Esquire
                                            Colson Hicks Eidson
                                            255 Alhambra Circle
                                            Penthouse
                                            Coral Gables, FL 333134
                                            Phone: (305)476-7400; Fax: (305)476-7444
                                            ervin@colson.com
                                            patrick@colson.com
                                            eservice@colson.com
                                            *Counsel for Plaintiff City of Apalachicola*

1

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444