UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: Case No.: 2:13-cv-01397-CJB-SS 2:13-cv-02921-CJB-SS 2:13-cv-03017-CJB-SS 2:10-cv-09999-CJB-SS Document 197 *(Pinellas County, Florida v. BP Exploration & Production, Inc., et al.)* | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) and the Full and Final Release, Settlement, and Covenant Not to Sue entered in this case, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed. Such dismissal shall be with prejudice, against the Defendants, with each party to bear its own attorneys' fees and costs.

Dated: August 17, 2015.

                                          Respectfully submitted,

                                        /s/ Patrick S. Montoya
                                        Ervin A. Gonzalez, Esquire
                                        Patrick S. Montoya, Esquire
                                        Colson Hicks Eidson
                                        255 Alhambra Circle
                                        Penthouse
                                        Coral Gables, FL 333134
                                        Phone: (305)476-7400; Fax: (305)476-7444
                                        ervin@colson.com
                                        patrick@colson.com
                                        eservice@colson.com
                                    *Counsel for Plaintiff Pinellas County, Florida*