# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02783 *GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY, by and through undersigned counsel, avers that its claims in this multidistrict litigation have been settled in full and, therefore, moves for an order dismissing all such claims with prejudice.

**WHEREFORE**, Plaintiff, GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY, prays that this Honorable Court grant its present Motion and enter an order dismissing with prejudice all GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY 's claims in this multidistrict litigation, and that this Court retain jurisdiction over the parties' settlement agreement for the purposes of enforcement and any disputes arising thereunder.

Respectfully Submitted,

_/s/ Frank M. Petosa_____
Frank M. Petosa, Esquire
Morgan & Morgan
Complex Litigation Group
600 North Pine Island Road
Suite 400
Plantation, FL 33324
Phone: (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website:   www.forthepeople.com
*Attorneys for Gulfport-Biloxi Regional Airport Authority*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015. Additionally, a copy of the above and foregoing has been sent via electronic mail to lge@freehgroup.com and to maria.travis@bp.com on this 17th day of August, 2015, as per the instructions of this Honorable Court.

_/s/ Frank M. Petosa_____
Frank M. Petosa, Esquire