# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Document Relates To: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02783 *GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY  v. BP Exploration & Production, Inc., et al.* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

*Considering the Motion to Dismiss with Prejudice filed* by the Plaintiff, *GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY:*

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss with Prejudice filed by the Plaintiff, GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY, is **GRANTED** and that GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY's claims in this multidistrict litigation are hereby dismissed with prejudice, and this Court retains jurisdiction over the parties' settlement agreement for the purposes of enforcement and any disputes arising thereunder.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE