UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Civil Action Numbers: 2:10-cv-09999, 2:10-cv-08888, 2:13-cv-01403, 2:13-cv-01433, 2:13-cv-01442, 2:13-cv-01456, 2:13-cv-01421 | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, listed on Exhibit "A" attached hereto, who respectfully move this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Forms and Complaints identified on Exhibit "A" attached hereto with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between each Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiffs respectfully move this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore

Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Forms and Complaints identified on Exhibit "A" attached hereto with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Dated: August 18, 2015                                   Respectfully submitted:

                                                         */s/ Christine Sevin Fayard, Esq.*
                                                         Walter J. Leger, Jr., Esq.  (08278) "T.A"
                                                         Franklin G. Shaw, Esq., (01594)
                                                         Christine E. Sevin, Esq.  (32683)
                                                         LEGER & SHAW
                                                         935 Gravier Street, Suite 2150
                                                         New Orleans, Louisiana 70112
                                                         Telephone: (504) 588-9043
                                                         Facsimile: (504) 588-9980
                                                         Email: csevin@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                                         */s/ Christine Sevin Fayard*
                                                         Christine Sevin Fayard, Esq.