**Exhibit "A"**

**ST. BERNARD PARISH GOVERNMENT**

Case 2:13-cv-01403 (St. Bernard Parish Government v. BP Exploration & Production Inc. et al);

Short Form Documents 36 and 327 filed in 2:10-cv-09999.

**ST. BERNARD PARISH SHERIFF JAMES POHLMANN**

Case 2:13-cv-01433 (James Pohlmann (St. Bernard Parish Sheriff) v. BP Exploration & Production, Inc. et al);

Short Form Documents 35 and 315 filed in 2:10-cv-09999.

**ST. BERNARD PARISH SCHOOL BOARD**

Case 2:13-cv-01442 (St. Bernard Parish School Board v. BP Exploration & Production, Inc. et al);

2:13-cv-01456 (State of Louisiana "Ex Rel." St. Bernard Parish School Board et al v. BP Exploration & Production, Inc. et al);

Short Form Document No. 52009 filed in 2:10-cv-08888;

Short form Documents 324 and 326 filed in 2:10-cv-09999.

**ST. BERNARD PORT, HARBOR AND TERMINAL DISTRICT**

Case 2:13-cv-01421 (St. Bernard Port, Harbor and Terminal District v. BP Exploration & Production, Inc. et al);

Short Form Document 312 filed in 2:10-cv-09999.