**Exhibit "A"**

**LAFOURCHE PARISH GOVERNMENT**

2:13-cv-01489-CJB-SS (Lafourche Parish Government v. BP Exploration & Production, Inc. et al);

Short Form Documents 37 and 328 filed in 2:10-cv-09999.

**LAFOURCHE PARISH SCHOOL BOARD**

2:13-cv-01510-CJB-SS (State of Louisiana "Ex Rel." Lafourche Parish School Board v. BP Exploration & Production, Inc. et al);

2:13-cv-01503-CJB-SS (Lafourche Parish School Board v. BP Exploration & Production, Inc. et al);

Short Form Documents 38, 321, and 325 filed in 2:10-cv-09999.

**LAFOURCHE PARISH WATER DISTRICT NO. 1**

2:13-cv-01525-CJB-SS (Lafourche Parish Water District No. 1 v. BP Exploration & Production, Inc. et al);

Short Form Documents 39 and 321 filed in 2:10-cv-09999.

**NORTH LAFOURCHE CONSERVATION, LEVEE AND DRAINAGE DISTRICT**

2:13-cv-01538 (North Lafourche Conservation, Levee and Drainage District v. BP Exploration & Production, Inc. et al);

Short Form Documents 40 and 306 filed in 2:10-cv-09999.

**LAFOURCHE PARISH FIRE PROTECTION DISTRICT NO. 2**

2:13-cv-01547-CJB-SS (Lafourche Parish Fire Protection District No. 2 v. BP Exploration & Production, Inc. et al);

Short Forms Documents 63 and 297 filed in 2:10-cv-09999.

**SOUTH LAFOURCHE LEVEE DISTRICT**

2:13-cv-01555-CJB-SS (South Lafourche Levee District v. BP Exploration & Production, Inc. et al);

Short Form Documents 64 and 305 filed in 2:10-cv-09999.

**CITY OF THIBODAUX**

2:13-cv-01565 (City of Thibodaux v. BP Exploration & Production, Inc. et al);

Short Form Document 298 filed in 2:10-cv-09999.

## LAFOURCHE ASSESSOR

2:13-cv-01592 (Michael Martin, Lafourche Parish Assessor (Lafourche Parish Assessors Office) v. BP Exploration & Production, Inc. et al);

Short Form Document 316 filed in 2:10-cv-09999.

## LAFOURCHE PARISH JUVENILE JUSTICE COMMISSION

2:13-cv-01604-CJB-SS (Lafourche Parish Juvenile Justice Commission v. BP Exploration & Production, Inc. et al);

Short Form Documents 60 and 300 filed in 2:10-cv-09999.

## LAFOURCHE PARISH AMBULANCE DISTRICT 1

2:13-cv-01611-CJB-SS (Lafourche Parish Ambulance District 1 v. BP Exploration & Production, Inc. et al);

Short Form Documents 70 and 296 filed in 2:10-cv-09999.

## LAFOURCHE FIRE PROTECTION DISTRICT NO. 9

2:13-cv-01616-CJB-SS (Lafourche Fire Protection District No. 9 v. BP Exploration & Production, Inc. et al);

Short Form Document 302 filed in 2:10-cv-09999.

## LAFOURCHE PARISH RECREATION DISTRICT NO. 8

2:13-cv-01673-CJB-SS (Lafourche Parish Recreation District No. 8 v. BP Exploration & Production, Inc. et al);

Short Form Document 304 filed in 2:10-cv-09999.

## LAFOURCHE PARISH DRAINAGE DISTRICT NO. 1

2:13-cv-01695-CJB-SS (Lafourche Parish Drainage District No. 1 v. BP Exploration & Production, Inc. et al);

Short Form Document 299 filed in 2:10-cv-09999.

## VETERANS MEMORIAL DISTRICT, WARD 10 OF LAFOURCHE PARISH

2:13-cv-01708-CJB-SS (Veterans Memorial District, Ward 10 of Lafourche Parish v. BP Exploration & Production, Inc. et al);

Short Form Documents 71 and 310 filed in 2:10-cv-09999.

**TOWN OF LOCKPORT**

2:13-cv-01738-CJB-SS (Town of Lockport v. BP Exploration & Production, Inc. et al);

Short Form Documents 61 and 308 filed in 2:10-cv-09999.

**TOWN OF GOLDEN MEADOW**

2:13-cv-01748-CJB-SS (Town of Golden Meadow v. BP Exploration & Production, Inc. et al);

Short Form Documents 62 and 307 filed in 2:10-cv-09999.

**LAFOURCHE PARISH RECREATION DISTRICT # 1**

2:13-cv-01756-CJB-SS (Lafourche Parish Recreation District #1 v. BP Exploration & Production, Inc. et al);

Short Form Document 303 filed in 2:10-cv-09999.