UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| Civil Action Numbers: | * | |
| | * | |
| 2:10-cv-09999, 2:13-cv-01489, 2:13-cv-01510, | * | |
| 2:13-cv-01503, 2:13-cv-01525, 2:13-cv-01538, | * | |
| 2:13-cv-01547, 2:13-cv-01555, 2:13-cv-01565, | * | |
| 2:13-cv-01592, 2:13-cv-01604, 2:13-cv-01611, | * | |
| 2:13-cv-01616, 2:13-cv-01673, 2:13-cv-01695, | * | |
| 2:13-cv-01708, 2:13-cv-01738, 2:13-cv-01748, | * | |
| 2:13-cv-01756 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Forms and Complaints identified on Exhibit "A" attached hereto are hereby DISMISSED WITH PREJUDICE with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE