UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :  J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO 2:13-cv-01532 (Regional Transit Authority vs. BP Exploration & Production, Inc.)

\* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXPARTE CONSENT MOTION
### TO DISMISS WITH PREJUDICE

**COMES NOW** plaintiff Regional Transit Authority (RTA), through undersigned counsel, and, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue, plaintiff RTA moves this court for an entry of an order dismissing all claims and causes of action in the captioned lawsuit against defendants with prejudice, each party to bear its own costs.

**WHEREFORE,** plaintiff requests that this court grant this Exparte Consent Motion to Dismiss with Prejudice and enter an order dismissing this case.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514        Facsimile
sterbcow@lksalaw.com


/s/ N. Sundiata Haley
N. SUNDIATA HALEY (#26317)
Haley Law Firm, LLC
650 Poydras Street, Suite 2015
New Orleans, Louisiana 70130
Telephone: (504) 533-8720
Facsimile: (504) 644-4179
sundiesq@hotmail.com

/s/ Walter J. Leger, Jr.
**Walter J. Leger, Jr., Esq., 08278**
LEGER & SHAW
935 Gravier St., Ste. 2150
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Paul M. Sterbcow