UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :  J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO 2:13-cv-01532 (Regional Transit Authority vs. BP Exploration & Production, Inc.)**

* * * * * * * * * * * * ** * * * * * * ** * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Based on the foregoing Exparte Consent Motion to Dismiss with Prejudice;

BE, and it is hereby Ordered that the matter entitled "Regional Transit Authority vs. BP Exploration & Production, Inc.," C/A No. 13-1532,

BE and is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
DISTRICT COURT JUDGE