# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :  J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO 2:13-cv-01537 (Lafayette Parish Convention and Visitors Bureau vs. BP Exploration & Production, Inc.)

* * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXPARTE CONSENT MOTION
## TO DISMISS WITH PREJUDICE

**COMES NOW** plaintiff Lafayette Parish Convention and Visitors Commission (LPCVC), through undersigned counsel, and, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue, plaintiff LPCVC moves this court for an entry of an order dismissing all claims and causes of action in the captioned lawsuit against defendants with prejudice, each party to bear its own costs.

**WHEREFORE,** plaintiff requests that this court grant this Exparte Consent Motion to Dismiss with Prejudice and enter an order dismissing this case.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW, T.A. (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514                    Facsimile
sterbcow@lksalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Paul M. Sterbcow