UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * * * | MAG. JUDGE SHUSHAN |
| Civil Action Numbers 2:13-cv-01586 and 2:10-cv-09999 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Craig Webre, Lafourche Parish Sheriff (Lafourche Parish Sheriffs Office and Lafourche Parish Law Enforcement District), who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01586 (Craig Webre, Lafourche Parish Sheriff (Lafourche Parish Sheriffs Office and Lafourche Parish Law Enforcement District) v. BP Exploration & Production, Inc. et al) and Short Form Document 313 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes

of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted 2:13-cv-01586 and Document 313 filed in 2:10-cv-09999 with prejudice with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

Dated August 18, 2015 Respectfully submitted:

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq. (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine Sevin Fayard, Esq. (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: csevin@legershaw.com

WESLEY J. GRALAPP
NEBLETT, BEARD, & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71301

**ATTORNEYS FOR CRAIG WEBRE, LAFOURCHE PARISH SHERIFF (LAFOURCHE PARISH SHERIFF'S OFFICE & LAFOURCHE PARISH LAW ENFORCEMENT DISTRICT)**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                        /s/ Christine Sevin Fayard
                                          Christine Sevin Fayard, Esq.