UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:       OIL SPILL by the OIL RIG            MDL NO. 2179
             "DEEPWATER HORIZON" in the
             GULF OF MEXICO, on                  SECTION J
             APRIL 20, 2010

APPLIES TO:                                      JUDGE BARBIER
10-2771 and Civil Action No.:
2:13-cv-02611-CJB-SS and/or        MAGISTRATE  JUDGE SHUSHAN
10-9999; Rec. Doc. 183

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, City of Gulfport, who respectfully moves this Honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02611-CJB-SS and Short-Form Joinder filed in 10-9999; Rec. Doc. 183, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02611-CJB-SS and Short-Form Joinder filed in 10-9999; Rec. Doc. 183, with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

RESPECTFULLY SUBMITTED, this the 18th day of August, 2015.

CITY OF GULFPORT, PLAINTIFF

HOPKINS, BARVIÉ & HOPKINS, PLLC

"/sMariano J. Barvié"
MARIANO J. BARVIÉ, ESQUIRE
MSB NO. 10324

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing document with

the Clerk of Court for the United States District Court of Eastern District of Louisiana via the

CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

"/sMariano J. Barvié"
MARIANO J. BARVIÉ, ESQUIRE
MSB No. 10324
ATTORNEY FOR PLAINTIFF

HOPKINS, BARVIÉ & BARVIE, P.L.L.C.
Mariano J. Barvié, Esq.
mbarvie@hopkins-law.com
MSB No. 10324
Post Office Box 1510
Gulfport, MS 39502
(228) 864-2200 (ofc)
(228) 868-9358 (fax)
ATTORNEYS FOR PLAINTIFF