UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| APPLIES TO:<br>10-2771 and Civil Action No.:<br>2:13-cv-02611-CJB-SS and/or<br>10-9999; Rec. Doc. 183 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02611-CJB-SS and Short-Form Joinder filed in 10-9999; Rec. Doc. 183 are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this the _____ day of _____, 2015.

JUDGE CARL J. BARBIER,
DISTRICT COURT JUDGE