UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH L. WAITZ, JR., in his capacity** | * | **CASE NO.: 13-cv-01234** |
| as the District Attorney for the 32nd | | |
| Judicial District Court, Parish of Terrebonne | | |
| | | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | | |
| **BP EXPLORATION & PRODUCTION,** | | |
| **INC., BP AMERICA PRODUCTION** | | |
| **COMPANY and BP P.L.C.** | * | **MAG. JUDGE SALLY SHUSHAN** |

**MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel of record, comes plaintiff, Joseph L. Waitz, Jr., in his capacity as the District Attorney for the 32nd Judicial District Court, Parish of Terrebonne, who advises the court that this matter has been settled between the parties and now moves to dismiss his claims against the defendants, BP Exploration & Production, Inc., BP America Production Company and BP, P.L.C., with prejudice, each party to be its own costs.

**Respectfully submitted by:**

/s/ Hunt Downer
**HUNT DOWNER (#05046)**
**JOSEPH L. WAITZ, JR. (#17848)**
**MARY W. RIVIERE (#19201**
**WAITZ & DOWNER**
**423 Goode Street**
**Houma, Louisiana 70361-7015**
**Telephone: (985) 876-0870**
**Facsimile:  (985) 876-0213**
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or by mailing same by United States mail, properly addressed and postage prepaid, to all counsel of record.

/s/ Hunt Downer
**HUNT DOWNER**