UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH L. WAITZ, JR., in his capacity** as the District Attorney for the 32nd Judicial District Court, Parish of Terrebonne | * | **CASE NO.:  13-cv-01234** |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY and BP P.L.C.** | * | **MAG. JUDGE SALLY SHUSHAN** |

**O R D E R**

Considering the foregoing Motion to Dismiss with Prejudice filed on behalf of plaintiff, Joseph L. Waitz, Jr., in his capacity as the District Attorney of the 32nd Judicial District Court, Parish of Terrebonne,

IT IS ORDERED that the above referenced matter be and is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**J U D G E**