UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| Civil Action Number: 2:13-cv-02080 and 10-9999; Rec. Doc. 333 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes the Tax Collector of Pasco County, Florida, who respectfully move this honorable Court to dismiss with prejudice all claims and causes of action that were asserted in the Local Government Short Form (No. 10-9999; Rec. Doc. 333) and Complaint (Case No. 2:13-cv-02080), except for and reserving claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Halliburton Energy Services, Inc. and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between the Tax Collector of Pasco County, Florida and BP, with plaintiff and each dismissed defendant to each bear its own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss with prejudice all claims and causes of action that were asserted in the Local Government Short Form (No. 10-9999; Rec. Doc. 333) and Complaint (Case No. 2:13-cv-02080), except for and reserving claims

for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Halliburton Energy Services, Inc. and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., with plaintiff and each dismissed defendant to each bear its own costs and attorneys fees.

This 18th day of August, 2015.

Respectfully Submitted:

**/s/ Stephen J. Herman**
Stephen J. Herman, La. Bar No. 23129
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
John S. Creevy, La. Bar No. 30879
**Herman, Herman & Katz, L.L.P.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail:  sherman@hhklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing Motion, along with a Proposed Order, with the Clerk of Court for the United States District Court of the Eastern District of Louisiana *via* the CM/ECF System, and will serve All Counsel *via* LexisNexis File & Serve pursuant to PTO No. 12, this 18th day of August, 2015.

**/s/ Stephen J. Herman**