UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SHUSHAN |
| Civil Action Number 2:13-cv-02080, and 10-9999; Rec. Doc. 333 | * * * | |

## ORDER

**CONSIDERING** Plaintiff's Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED** that all claims and causes of action asserted in the Local Government Short Form (No. 2:10-cv-09999; Rec. Doc. 333) and Complaint (Case No. 2:13-cv-02080) are hereby **DISMISSED WITH PREJUDICE**, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Halliburton Energy Services, Inc. and Sperry Drilling Services, a division of Halliburton Energy Services, Inc., which are expressly reserved; Plaintiff and each dismissed Defendant to bear its own costs and attorneys fees.

**SIGNED** in New Orleans, Louisiana, this _____ day of <u>August</u>, <u>2015</u>.

_____
**Hon. Carl J. Barbier**
U.S. District Court Judge