UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL BY THE OIL RIG** | § | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | § | |
| **GULF OF MEXICO, ON** | § | **SECTION J** |
| **APRIL 20, 2010** | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |

**Applies to: 10-2771** and

**City of Beaumont, Texas**,
*CIVIL ACTION NO. 2:13-cv-01025 and/or 10-999; Rec. Doc. 240;*
**Port of Beaumont Navigation District of Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01824 and/or 10-999; Rec. Doc. 241;*
**City of Bridge City, Texas**,
*CIVIL ACTION NO. 2:13-cv-01826 and/or 10-999; Rec. Doc. 242;*
**Chambers County, Texas**,
*CIVIL ACTION NO. 2:13-cv-00968 and/or 10-999; Rec. Doc. 243;*
**City of Galveston, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 244;*
**Galveston Park Board**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 245;*
**The Board of Trustees of the Galveston Wharves a/k/a Port of Galveston, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 246;*
**George County, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-01875 and/or 10-999; Rec. Doc. 247;*
**City of Jamaica Beach, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 248;*
**Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01030 and/or 10-999; Rec. Doc. 249;*
**Orange County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01184 and/or 10-999; Rec. Doc. 250;*
**City of Orange, Texas**,
*CIVIL ACTION NO. 2:13-cv-01034 and/or 10-999; Rec. Doc. 251;*
**City of Port Arthur, Texas**,
*CIVIL ACTION NO. 2:13-cv-02044 and/or 10-999; Rec. Doc. 252;*
**The Port of Port Arthur Navigation District of Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-02036 and/or 10-999; Rec. Doc. 253;*
**Sabine-Neches Navigation District**,
*CIVIL ACTION NO. 2:13-cv-02051 and/or 10-999; Rec. Doc. 254;*
**Stone County, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-02052 and/or 10-999; Rec. Doc. 255;*
**City of Vidor, Texas**,

*CIVIL ACTION NO. 2:13-cv-02048 and/or 10-999; Rec. Doc. 256;*
**City of West Orange, Texas**,
*CIVIL ACTION NO. 2:13-cv-01042 and/or 10-999; Rec. Doc. 257;*
**City of Wiggins, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-02050 and/or 10-999; Rec. Doc. 258.*

### PLAINTIFFS' OMNIBUS MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the Parties' agreement to settle, each Plaintiff, as identified above, through undersigned counsel, moves this Honorable Court to dismiss with prejudice all claims and cause of action against all Defendants named in the associated complaints.

WHEREFORE, Plaintiffs respectfully move this Court to dismiss with prejudice all claims and cause of action against all Defendants named in the associated complaints

Respectfully submitted,

WILLIAMSON & RUSNAK

*/S/ Jimmy Williamson*
Jimmy Williamson
Federal ID No. 51896
Texas State Bar No. 21624100
Email:  jimmy@wsrlawfirm.com

Cyndi M. Rusnak
Federal ID No. 24724
Texas State Bar No. 24007964
Email:  cyndi@wsrlawfirm.com

William Dills
Federal ID No. 2346498
Texas State Bar No. 24067421
Email:  billy@wsrlawafirm.com

4310 Yoakum Boulevard
Houston, Texas  77006
713.223.3330 – Telephone
713.223.0001 – Office

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record. Additionally, copies of this notice were sent via email the Freeh Group and to Maria Travis (BP).

                              */s/ Jimmy Williamson*
                              **Jimmy Williamson**