UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL BY THE OIL RIG** | § | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | § | |
| **GULF OF MEXICO, ON** | § | **SECTION J** |
| **APRIL 20, 2010** | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |

**Applies to: 10-2771** and

**City of Beaumont, Texas**,
*CIVIL ACTION NO. 2:13-cv-01025 and/or 10-999; Rec. Doc. 240;*
**Port of Beaumont Navigation District of Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01824 and/or 10-999; Rec. Doc. 241;*
**City of Bridge City, Texas**,
*CIVIL ACTION NO. 2:13-cv-01826 and/or 10-999; Rec. Doc. 242;*
**Chambers County, Texas**,
*CIVIL ACTION NO. 2:13-cv-00968 and/or 10-999; Rec. Doc. 243;*
**City of Galveston, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 244;*
**Galveston Park Board**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 245;*
**The Board of Trustees of the Galveston Wharves a/k/a Port of Galveston, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 246;*
**George County, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-01875 and/or 10-999; Rec. Doc. 247;*
**City of Jamaica Beach, Texas**,
*CIVIL ACTION NO. 2:13-cv-02785 and/or 10-999; Rec. Doc. 248;*
**Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01030 and/or 10-999; Rec. Doc. 249;*
**Orange County, Texas**,
*CIVIL ACTION NO. 2:13-cv-01184 and/or 10-999; Rec. Doc. 250;*
**City of Orange, Texas**,
*CIVIL ACTION NO. 2:13-cv-01034 and/or 10-999; Rec. Doc. 251;*
**City of Port Arthur, Texas**,
*CIVIL ACTION NO. 2:13-cv-02044 and/or 10-999; Rec. Doc. 252;*
**The Port of Port Arthur Navigation District of Jefferson County, Texas**,
*CIVIL ACTION NO. 2:13-cv-02036 and/or 10-999; Rec. Doc. 253;*
**Sabine-Neches Navigation District**,
*CIVIL ACTION NO. 2:13-cv-02051 and/or 10-999; Rec. Doc. 254;*
**Stone County, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-02052 and/or 10-999; Rec. Doc. 255;*
**City of Vidor, Texas**,

*CIVIL ACTION NO. 2:13-cv-02048 and/or 10-999; Rec. Doc. 256;*
**City of West Orange, Texas**,
*CIVIL ACTION NO. 2:13-cv-01042 and/or 10-999; Rec. Doc. 257;*
**City of Wiggins, Mississippi**,
*CIVIL ACTION NO. 2:13-cv-02050 and/or 10-999; Rec. Doc. 258.*

## **ORDER**

Plaintiffs' Omnibus Motion to Dismiss with Prejudice All Claims Against Defendants in the above referenced matters are hereby DISMISSED WITH PREJUDICE with Plaintiffs and dismissed Defendants to each bear their own costs and attorney's fees.

ORDERED this the ____ day of _____, 2015, New Orleans, Louisiana,

_____

JUDGE CARL J. BARBIER,
DISTRICT COURT JUDGE