UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |
| | * | |
| Civil Action No 10-9999  REC. Doc. 158 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Full and Final Release, Settlement, and Covenant Not to Sue entered into this case, the Plaintiff, City of Mobile, Alabama hereby gives notice that the above captioned action is voluntarily dismissed as to defendants, BP p.I.c. BP Corporation North America Inc. ("BPCNA"), BP Exploration and Production. Inc. ("BPXP"), and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, reserving however the claims against Haliburton Defendants and Transocean Defendants associated with the Punitive damages settlements in place by those defendants. Such dismissal shall be with prejudice, against the other Defendants, with each party to bear its own costs; but shall not dismiss the claims pending nor affect the pending motion to amend the complaint and short form joinder to preserve the claims against the Haliburton and Transocean Defendants.

Dated: August ____, 2015

                                                                 Respectfully Submitted,

                                                                  s/Gregory Friedlander_____

GREGORY M. FRIEDLANDER
01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251) 470-0303
(888) 441-2123
Isee3@aol.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this ___th Day of August, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    (None).

s/ Gregory Friedlander
Gregory Friedlander
01886 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com