**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH | | * | |
| Case No. 2:10-cv-02771-CJB-SS | | * | |
| Civil Action No 10-9999     REC. Doc. 158 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File an Amended Short Form Joinder beyond the

April 20, 2011Deadline and Supporting Memorandum:

It is ORDERED that Movant, THE CITY OF MOBILE, ALABAMA, is hereby granted

leave to file the Amended Short Form Joinder attached to the motion as Exhibit 1 into the record

of Civil Action No. 10-9999, which shall be considered a timely filed claim in the Transocean

Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended

Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25; and

It is Ordered that the voluntary dismissal of all claims other than those against Haliburton

Defendants and Transocean Defendants reserved in the settlement agreement is here by entered.

Signed this _____ day of _____ , 2015.

_____

Honorable Carl J. Barbier
U.S. District Court Judge