UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| Bayou La Batre Utilities Board v. BP, PLC, et al. | * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:12-cv-1123 and 10-md-2179 | * | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, the plaintiff, Bayou La Batre Utilities Board, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against certain Defendants. This Notice of Dismissal shall not include claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. Each party to bear its own costs.

This the 18th day of August, 2015.

Respectfully submitted:

*/s/ Robert R. Riley, Jr.*
Robert R. Riley, Jr., Lead Attorney
Kallie Lunsford
Keith Jackson
RILEY & JACKSON, PC
1744 Oxmoor Road
Birmingham, AL  35209
205-879-5000
rob@rileyjacksonlaw.com
kallie@rileyjacksonlaw.com
kj@rileyjacksonlaw.com

Frederick Thurman Kuykendall, III
KUYKENDALL & ASSOCIATES, LLC
23937 US Highway 98
Suite 3
Fairhope, AL  36532
251-928-4008
ftkuykendall@yahoo.com

*Counsel for Plaintiff*
*Bayou La Batre Utilities Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2015, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*Additional service by email:*
lge@freehgroup.com
maria.travis@bp.com

*/s/ Robert R. Riley, Jr.*
ROBERT R. RILEY, JR.

2