**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:     **OIL SPILL by the OIL RIG**            **MDL NO. 2179**
           **"DEEPWATER HORIZON"**
           **In the GULF OF MEXICO,**              **SECTION: J**
           **on April 20, 2010**
                                                   **JUDGE BARBIER**

**THIS DOCUMENT RELATES TO:**                      **MAG. JUDGE SHUSHAN**

**Case No.: 2:13-cv-02925-CJB-SS** *(City of*
           *Apalachicola v. BP Exploration &*
           *Production, Inc., et al.)*

## ORDER

Plaintiff's Motion to Dismiss with Prejudice all claims and causes of action asserted

against Defendants in case number case number 2:13-cv-02925-CJB-SS *(City of*

*Apalachicola v. BP Exploration & Production, Inc., et al.)* are hereby DISMISSED WITH

PREJUDICE with Plaintiff and Defendants to each bear their own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE