UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico On April 20, 2010 | : : | MDL No. 2179<br><br>SECTION J |
| This Document Relates to:<br>Livingston Parish Law Enforcement District,<br>BP, plc, et al, Docket No. 2:10-cv-09999<br>Short Form Joinder No. 52 | :<br><br>: | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the LIVINGSTON PARISH LAW ENFORCEMENT DISTRICT, who, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties hereby give notice of the voluntary dismissal, with prejudice of this action.

Respectfully submitted this 17th day of August, 2015.

Pittman Law Firm, APLC

_____
**Eric L. Pittman (#10648)**
1930 Florida Ave., S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-9500
Facsimile: (225) 664-2117
Email: eric@pittmanlawfirm.com
*General Counsel for Sheriff Jason Ard,
Livingston Parish Sheriff, Tax Collector and
Law Enforcement District*

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of August, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the Court's CM/ECF system. A copy of this document has also been forwarded to lge@freehgroup.com ad maria.travis@bp.com.

Pittman Law Firm, APLC

**Eric L. Pittman (#10648)**
1930 Florida Ave., S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-9500
Facsimile: (225) 664-2117
Email: eric@pittmanlawfirm.com
*General Counsel for Sheriff Jason Ard,*
*Livingston Parish Sheriff, Tax Collector and*
*Law Enforcement District*