UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: Case No.: 2:13-cv-01397-CJB-SS 2:13-cv-02921-CJB-SS 2:13-cv-03017-CJB-SS 2:10-cv-09999-CJB-SS Document 197 *(Pinellas County, Florida v. BP Exploration & Production, Inc., et al.)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A) and the Parties' agreement to settle this cause, Plaintiff, Pinellas County, Florida moves this Court to dismiss all claims and causes of action against Defendants asserted in case numbers 2:13-cv-01397-CJB-SS; 2:13-cv-02921-CJB-SS; 2:13-cv-03017-CJB-SS; and 2:10-cv-09999-CJB-SS Document 197 (*Pinellas County, Florida v. BP Exploration & Production, Inc., et al.*).

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of case numbers 2:13-cv-01397-CJB-SS; 2:13-cv-02921-CJB-SS; 2:13-cv-03017-CJB-SS; and 2:10-cv-09999-CJB-SS Document 197 (*Pinellas County, Florida v. BP Exploration & Production, Inc., et al.*).

Dated: August 18, 2015.

/s/ Patrick S. Montoya
Ervin A. Gonzalez, Esquire
Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 333134

Phone: (305)476-7400; Fax: (305)476-7444
ervin@colson.com
patrick@colson.com
eservice@colson.com
*Counsel for Plaintiff Pinellas County, Florida*

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2015, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ Patrick S. Montoya
Ervin A. Gonzalez, Esquire
Patrick S. Montoya, Esquire

3

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**