UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, on April 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No.: 2:13-cv-01397-CJB-SS<br>2:13-cv-02921-CJB-SS<br>2:13-cv-03017-CJB-SS<br>2:10-cv-09999-CJB-SS Document 197<br>*(Pinellas County, Florida v. BP Exploration & Production, Inc., et al.)* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Plaintiff's Motion to Dismiss with Prejudice all claims and causes of action asserted against Defendants in case numbers 2:13-cv-01397-CJB-SS; 2:13-cv-02921-CJB-SS; 2:13-cv-03017-CJB-SS; and 2:10-cv-09999-CJB-SS Document 197 (*Pinellas County, Florida v. BP Exploration & Production, Inc., et al.*) are hereby DISMISSED WITH PREJUDICE with Plaintiff and Defendants to each bear their own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE