UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL 2179**<br><br>**SECTION "J"** |
| **Applies to: 10-2771 and 2:13-cv-01500 and/or 10-9999, Rec. Docs. 277, 359, 404** (*Cameron Parish Police Jury v. BP Exploration & Production, Inc., et al.*) | **JUDGE BARBIER**<br><br>**MAG. SHUSHAN** |

**CAMERON PARISH POLICE JURY'S MOTION TO WITHDRAW
ITS MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, **CAMERON PARISH POLICE JURY**, by and through its undersigned counsel, hereby files this Motion to Withdraw its Motion For Voluntary Dismissal With Prejudice. [Transaction ID 57727698]. Said Motion was filed in error on August 17, 2015. Plaintiff will file a proper Motion for Voluntary Dismissal with Prejudice.

    Respectfully submitted,
    **MARTZELL & BICKFORD, A.P.C.**

    /s/ Scott R. Bickford
    **SCOTT R. BICKFORD (T.A. #1165)**
    **LAWRENCE J. CENTOLA III (# 27402)**
    E-mail: usdcedla@mbfirm.com
    338 Lafayette Street
    New Orleans, LA 70130
    (504) 581-9065; (504) 581-7635 Fax

    and

**HOFFOSS DEVALL, LLC**
**J. LEE HOFFOSS, JR. (#29254)**
**CLAUDE P. DEVALL (#29148)**
517 W. College Street
Lake Charles, LA 70605
337-900-0000
337-433-2055 fax
E-mail:  tclaudedevall@yahoo.com

Attorney for **Cameron Parish Police Jury**, individually and on behalf of its political subdivisions and service districts

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above the above and foregoing pleading has been electronically filed with the Clerk of Court of the USDC for the EDLA by using the CM/ECF System and has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of August, 2015.  Per instructions of the Court, copies have been sent via e-mail to lge@freehgroup.com and maria.travis@bp.com.

/s/ Scott R. Bickford
**SCOTT R. BICKFORD**