UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| Applies to: 10-2771 and 2:13-cv-01500 and/or 10-9999, Rec. Docs. 277, 359, 404 (*Cameron Parish Police Jury v. BP Exploration & Production, Inc., et al.*) | JUDGE BARBIER<br><br>MAG. SHUSHAN |

## ORDER ON MOTION TO WITHDRAW

Considering the **CAMERON PARISH POLICY JURY**'s foregoing Motion to Withdraw its Motion for Voluntary Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **CAMERON PARISH POLICY JURY**'s Motion to Withdraw is GRANTED and its previously filed Motion for Voluntary Dismissal with Prejudice [Transaction ID 57727698] is HEREBY withdrawn from the record.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE