UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br>SECTION "J" |
| Applies to: 10-2771 and 2:13-cv-01500 and/or 10-9999, Rec. Docs. 277, 359, 404 (*Cameron Parish Police Jury v. BP Exploration & Production, Inc., et al.*) | JUDGE BARBIER<br>MAG. SHUSHAN |

### AMENDED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **CAMERON PARISH POLICE JURY,** who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) and the Full and Final Release, Settlement and Covenant Not to Sue entered in this case, the Plaintiff hereby moves to voluntarily dismiss the above captioned matter with prejudice, specifically reserving all rights for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

Respectfully submitted,
**MARTZELL & BICKFORD, A.P.C.**

/s/ Scott R. Bickford
**SCOTT R. BICKFORD (T.A. #1165)**
**LAWRENCE J. CENTOLA III (# 27402)**
E-mail: usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065; (504) 581-7635 Fax

and

**HOFFOSS DEVALL, LLC**
**J. LEE HOFFOSS, JR. (#29254)**
**CLAUDE P. DEVALL (#29148)**
517 W. College Street
Lake Charles, LA 70605
337-900-0000
337-433-2055 fax
E-mail:  **tclaudedevall@yahoo.com**

Attorney for **Cameron Parish Police Jury**, individually and on behalf of its political subdivisions and service districts

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing pleading has been electronically filed with the Clerk of Court of the USDC for the EDLA by using the CM/ECF System and has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 18th day of August, 2015.  Per instructions of the Court, copies have been sent via e-mail to **lge@freehgroup.com** and **maria.travis@bp.com.**

/s/ Scott R. Bickford
**SCOTT R. BICKFORD**