UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| Applies to: 10-2771 and 2:13-cv-01500 and/or 10-9999, Rec. Docs. 277, 359, 404 (*Cameron Parish Police Jury v. BP Exploration & Production, Inc., et al.*) | JUDGE BARBIER<br><br>MAG. SHUSHAN |

## AMENDED ORDER OF DISMISSAL

Considering the foregoing Amended Motion for Voluntary Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims of Plaintiff, **CAMERON PARISH POLICY JURY**, against all defendants be and they are hereby DISMISSED WITH PREJUDICE, specifically reserving all rights for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE