UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "**Deepwater Horizon**" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| **Applies to: 10-2771** and | JUDGE BARBIER |
| *Civil Action No.* 5000389-01 | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO DISMISS**

**COMES NOW,** T. Morgan Duncan, Assistant City Attorney for the City of Bessemer, Alabama, and moves this Honorable Court to dismiss the above styled cause and would show unto the Court as follows:

1. The City of Bessemer (hereinafter "Plaintiff") filed a Short Form Complaint in Case No. MDL 2179 on April 20, 2013, alleging damages of $626,572.00.

2. The Plaintiff was assigned Claim ID No. 5000389-01.

3. The Plaintiff entered into a settlement agreement with BPXP for the amount of $310,392.00.

4. The amount of $310,392.00 has been paid in full to the Plaintiff.

5. All parties agree to the dismissal of the above styled cause.

Wherefore premises considered Plaintiff requests that this Honorable Court will dismiss the charges against the Defendant.

Respectfully submitted this 18$^h$ day of August, 2015

/s/ T. Morgan Duncan
T. Morgan Duncan (DUN056)
MDuncan@padenlawyers.com

**OF COUNSEL:**
PADEN & PADEN, P.C.
1826 Third Avenue North Ste 200
Bessemer, AL 35020
205-432-0270  (Telephone)

205-432-0275  (Facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been *electronically filed* via the Eastern District of Louisiana E-Filing System which will send notification of such filing upon the following, this the 18th day of August, 2015.  For any of the service members listed as not served by the Eastern District of Louisiana E-Filing System, I do hereby certify that a copy of the above and foregoing will be served by placing a copy of same in the U.S. Mail with proper postage prepaid by the filer listed below.

SALLY SHUSHAN  
U.S. MAGISTRATE JUDGE  
500 POYDRAS STREET, B-345  
NEW ORLEANS, LOUISIANA 70130

                                                  /s/ T. Morgan Duncan  
                                                        Of Counsel