# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: Oil Spill by the Oil Rig

    "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Applies to: 10-2771 and
Civil Action No. _____ and/or
10-9999; Rec. Doc __127203__

MDL NO. 2179

SECTION J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the above captioned Plaintiff's Motion for Dismissal with Prejudice of MDL 2179 Record Doc 127203, and the Court being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the above referenced claim is hereby dismissed with prejudice.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, on this _____ day of _____, 2015.

                                                    MAGISTRATE JUDGE SHUSHAN
                                                    CIRCUIT COURT JUDGE

Copies furnished to:
John L. Wideikis, Esquire