# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | : | |
| "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| Applies to:  10-2771 and 10-9999; Rec. Doc. 1549 | : | |
| | : | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE**

ON MOTION of WEST ST. MARY PARISH PORT, HARBOR & TERMINAL DISTRICT, plaintiff in the above entitled action, through its undersigned counsel of record, and on suggesting to this Court that mover desires to dismiss all claims asserted against all named and unnamed defendants in the above cause, with prejudice, each party to bear its own costs.

Respectfully submitted,
PLAUCHE, SMITH & NIESET, L.L.C.


By:___*Michael J. Williamson*_____

    MICHAEL J. WILLIAMSON
    LA Bar No. 31004
    1123 Pithon Street
    P.O. Drawer 1705
    Lake Charles, LA  70602
    Telephone:  (337) 436-0522
    Facsimile:  (337) 436-9637
    E-Mail:  mwilliamson@psnlaw.com
    Attorney for Claimant,
    WEST ST. MARY PARISH PORT, HARBOR
    & TERMINAL DISTRICT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion for and Order of Dismissal With Prejudice and Order, was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

Lake Charles, Louisiana, this 19th day of August, 2015.


BY:  *Michael J. Williamson*
MICHAEL J. WILLIAMSON