## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | : | |
| "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| Applies to:  10-2771 and 10-9999; Rec. Doc. 1549 | : | |
| | : | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER OF DISMISSAL

Considering the foregoing Motion for Dismissal with Prejudice:

IT IS HEREBY ORDERED by this Court that all claims asserted against all named and unnamed defendants under the above cause are hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this ____ day of _____, 2015, in New Orleans, Louisiana.

_____
U.S. MAGISTRATE JUDGE