# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02782-CJB-SS | |
| | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Harrison County, Mississippi, Harrison County School District, Mississippi, City of Biloxi, Mississippi, City of Biloxi School District, Mississippi, City of Long Beach, Mississippi, City of Long Beach School District, Mississippi, City of Pass Christian, Mississippi and City of Pass Christian School District, Mississippi, who move this Honorable Court to dismiss with prejudice, all claims asserted by Plaintiffs and against all Defendants, with each party to bear its own costs, in accordance with the Release and Settlement Agreement signed by each party.

WHEREFORE, Plaintiffs, Harrison County, Mississippi, Harrison County School District, Mississippi, City of Biloxi, Mississippi, City of Biloxi School District, Mississippi, City of Long Beach, Mississippi, City of Long Beach School District, Mississippi, City of Pass Christian, Mississippi and City of Pass Christian School District, Mississippi pray that the claims asserted by Plaintiffs and against all Defendants be dismissed with prejudice, with each party to bear its own costs.

1

Respectfully submitted,

/s/ Matthew E. Lundy
**Matthew E. Lundy**
**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
**501 Broad Street**
**Lake Charles, LA 70601**
**(337) 439-0707**
**(337) 439-1029 (Facsimile)**

**PAUL T. BENTON, Ms. Bar Roll No. 2432**
**Law Office of Paul T. Benton**
**181 Main Street**
**Biloxi, Mississippi 39530**
**(228) 432-0305 – Telephone**
**(228) 432-0336 – Facsimile**

**WYNN E. CLARK, Ms. Bar Roll No. 6279**
**Law Office of Wynn E. Clark**
**2510 16th Street**
**Gulfport, Mississippi 39501**
**(228) 575-9996 – Telephone**

**JOHN G. CLARK, Ms. Bar No. 6264**
**Kerley & Clark**
**3108 Canty Street**
**P.O. Drawer 1268**
**Pascagoula, MS 39567**
**(228) 762-7877**

**DANNY E. CUPIT, Ms. Bar No. 7966**
**Law Office of Danny E. Cupit, P.C.**
**304 North Congress Street**
**P.O. Box 22929**
**Jackson, MS 39201**
**(228) 355-2099**

**RONALD G. PERESICH, SR., Ms. Bar No. 4113**
**Page, Mannino, Peresich & McDermott, PLLC**
**759 Vieux Marche' Mall**
**P.O. Drawer 289**
**Biloxi, MS 39533**
**(228) 374-2100**

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that above foregoing notice has been served on All Counsel by electronic uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2015.

/s/ Matthew E. Lundy