UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02782-CJB-SS | |
| | MAGISTRATE JUDGE SHUSHAN |

# ORDER

CONSIDERING THE ABOVE AND FOREGOING MOTION FOR DISMISSAL:

**IT IS ORDERED, ADJUDGED AND DECREED,** that all claims of Plaintiffs, Harrison County, Mississippi, Harrison County School District, Mississippi, City of Biloxi, Mississippi, City of Biloxi School District, Mississippi, City of Long Beach, Mississippi, City of Long Beach School District, Mississippi, City of Pass Christian, Mississippi and City of Pass Christian School District, Mississippi asserted by Plaintiffs and against all Defendants are hereby dismissed with prejudice, with each party to bear its own costs.

THUS DONE AND SIGNED, New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

1