UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) | MDL 2179 SECTION J |
| This Document Relates to: | ) ) | JUDGE BARBIER |
| *City of St. Petersburg, Florida v. BP Exploration &Production, Inc., et al* Civil Action Number 2:13-cv-05358 | ) ) ) | MAGISTRATE SHUSHAN |

**O R D E R**

**CONSIDERING THE FOREGOING MOTION TO DISMISS,**

**IT IS ORDERED** that the Plaintiff's claim against BP Exploration & Production, Inc., BP America Production Company, and BP P.L.C. be and hereby is dismissed, with prejudice, and that all rights are reserved as to Transocean LTD, Transocean Offshore Deepwater Drilling, Inc. Transocean Deepwater, Inc. Transocean Holdings, LLC, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., and Sperry Drilling Services, A Division of Halliburton Energy Services, Inc.

New Orleans, Louisiana this the ____ day of August, 2015.

_____
J U D G E