UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | | | SECTION: J |
| | | * * | |
| THIS DOCUMENT RELATES TO: | | * * | JUDGE BARBIER |
| 2:10-cv-2771 and 2:10-cv-10-9999 | | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## MOTION TO DISMISS

Comes now the City of Fairhope, Alabama and respectfully moves this Court to dismiss all claims and causes of action asserted in MDL No. 2179 and 2:10-cv-09999.  The City of Fairhope, Alabama shows unto the Court that all claims and demands made by the City of Fairhope, Alabama against the BP Defendants and the Released Parties have been settled and compromised.  The City of Fairhope, Alabama files this Motion to Dismiss with prejudice pursuant to Paragraph 5 of the Full and Final Release, Settlement, and Covenant Not to Sue executed by the parties.

WHEREFORE, the City of Fairhope, Alabama prays that this suit, short form joinder, and any other litigation filed against the BP Defendants and the Released Parties be dismissed, with prejudice, each party to bear its own costs and attorneys fees.

/s/ Allison E. White
ROBERT T. CUNNINGHAM, JR.
ALLISON E. WHITE (La. Bar Roll #32957)
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191 (Ph)
(251) 479-1031 (Fax)
aws@cunninghambounds.com

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Allison E. White
ALLISON E. WHITE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL No. 2179  SECTION:  J   JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * * | |
| 2:10-cv-2771 and 2:10-cv-10-9999 | | * | MAG. JUDGE SHUSHAN |

**************************************************************************

### ORDER ON MOTION TO DISMISS

This matter having come before the Court on the Motion to Dismiss filed by the City of Fairhope, Alabama, and the Court having considered the same, it is hereby

ORDERED that the same be and hereby is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE