UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on APRIL 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| *Tampa Sports Authority* | ) | MAGISTRATE SHUSHAN |
| *v. BP Exploration &Production, Inc., et al* | ) | |
| Civil Action Number 2:13-cv-05357 | ) | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

COMES NOW Plaintiff, Tampa Sports Authority, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a) and the Full and Final Release, Settlement and Covenant Not to Sue entered into by Plaintiff and BP Exploration & Production, Inc., BP America Production Company, and BP P.L.C., who respectfully moves the Court to enter an Order dismissing their claims against BP Exploration & Production, Inc., BP America Production Company, and BP P.L.C., with prejudice, reserving all rights as to all other Defendants, specifically, Transocean LTD, Transocean Offshore Deepwater Drilling, Inc. Transocean Deepwater, Inc. Transocean Holdings, LLC, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., and Sperry Drilling Services, A Division of Halliburton Energy Services, Inc.  Each party is to bear its own costs.

Dated this 19$^h$ day of August, 2015.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE:     985-732-5651
FAX:          985-735-5579
EMAIL:      fedcourtmail@rgplaw.com


/s/Ronnie G. Penton
Ronnie G. Penton
Counsel for Plaintiff
Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

 I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

 August 19, 2015.

          s/Ronnie G. Penton
          Ronnie G. Penton