UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on APRIL 20, 2010 | ) | SECTION J |
| | ) | |
| This Document Relates to: | ) | JUDGE BARBIER |
| | ) | |
| *Tampa Sports Authority* | ) | MAGISTRATE SHUSHAN |
| *v. BP Exploration &Production, Inc., et al* | ) | |
| Civil Action Number 2:13-cv-05357 | ) | |

**O R D E R**

**CONSIDERING THE FOREGOING MOTION TO DISMISS,**

**IT IS ORDERED** that the Plaintiff's claim against BP Exploration & Production, Inc., BP America Production Company, and BP P.L.C. be and hereby is dismissed, with prejudice, and that all rights are reserved as to Transocean LTD, Transocean Offshore Deepwater Drilling, Inc. Transocean Deepwater, Inc. Transocean Holdings, LLC, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., and Sperry Drilling Services, A Division of Halliburton Energy Services, Inc.

New Orleans, Louisiana this the ____ day of August, 2015.

_____
J U D G E