UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Relates to: 2:13-cv-02668; Short Form 480<br>2:13-cv-02669; Short Form 479<br>2:13-cv-02670; Short Form 481<br>2:10-cv-09999 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFFS' AMENDED MOTION TO DISMISS

COME NOW Plaintiffs City of Prichard Alabama, Housing Authority of the City of Prichard and Mobile Housing Board, by and through their undersigned counsel, and respectfully move this Honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH and Halliburton Energy Services, Inc. asserted in the above referenced Complaints and Short Forms, with prejudice, pursuant to the Full and Final Release, Settlement and Covenant Not to Sue between each Claimant and BP with Plaintiffs and dismissed defendants to each bear their own costs and attorney fees.

WHEREFORE, Plaintiffs respectfully move this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the above referenced Complaints and Short Forms with prejudice with Plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Dated this the 19th day of August, 2015.

Respectfully submitted,

City of Prichard, Alabama
Housing Authority of the City of Prichard
Mobile Housing Board

/s/ *D. Brian Murphy*
D. Brian Murphy
brian@braswellmurphy.com
Attorney for Plaintiffs

OF COUNSEL:

BRASWELL MURPHY, LLC
59 St. Joseph St.
Mobile, AL 36602
(251) 438-7503
(251) 438-7949 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of August, 2015, electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System.

*/s/ D. Brian Murphy*
COUNSEL