UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Relates to:   2:13-cv-02668; Short Form 480<br>2:13-cv-02669; Short Form 479<br>2:13-cv-02670; Short Form 481<br>2:10-cv-09999 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice, all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH and Halliburton Energy Services, Inc. asserted in the above referenced Complaints and Short Forms are hereby DISMISSED WITH PREJUDICE with Plaintiffs and dismissed defendants to each bear their own costs and attorneys fees

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER