# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | : | MDL No. 2179 |
| | : | SECTION J |
| This Document Relates to: | : | JUDGE BARBIER |
| Sheriff Tony Mancuso, Calcasieu Parish Sheriff, Tax Collector and Law Enforcement District v. BP, plc, et al, Docket No. 2:10-cv-09999 Short Form Joinder No. 292 | : | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes SHERIFF TONY MANCUSO, CALCASIEU PARISH SHERIFF, TAX COLLECTOR AND LAW ENFORCEMENT DISTRICT, who, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties hereby moves this Honorable Court to dismiss said action, with prejudice.

Respectfully submitted this 19th day of August, 2015.

DWIGHT LAW FIRM, LLC

s/ Stephen C. Dwight
Stephen C. Dwight, LSBA Roll No. 28345
David F. Dwight, LSBA Roll No. 5126
Jamie C. Gary, LSBA Roll No. 29203
1400 Ryan Street
Lake Charles, Louisiana 70601
Telephone : (337)439-3138
Facsimile : (337)439-3395
Email: stephen@dwightlaw.com
*General Counsel for Sheriff Tony Mancuso, Calcasieu Parish Sheriff, Tax Collector and Law Enforcement District*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of August, 2015, I electronically filed the foregoing Motion to Dismiss with Prejudice with the Clerk of Court for the United States District Court for the Eastern District of Louisiana using the Court's CM/ECF system. A copy of this document has also been forwarded to lge@freehgroup.com and maria.travis@bp.com.

DWIGHT LAW FIRM, LLC


s/ Stephen C. Dwight
Stephen C. Dwight, LSBA Roll No. 28345
David F. Dwight, LSBA Roll No. 5126
Jamie C. Gary, LSBA Roll No. 29203
1400 Ryan Street
Lake Charles, Louisiana 70601
Telephone : (337)439-3138
Facsimile : (337)439-3395
Email: stephen@dwightlaw.com
*General Counsel for the Calcasieu Parish Sheriff's Office, Sheriff Tony Mancuso and the Calcasieu Parish Law Enforcement District*