UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | : | MDL No. 2179 |
| | : | SECTION J |
| This Document Relates to: | : | JUDGE BARBIER |
| Sheriff Tony Mancuso, Calcasieu Parish Sheriff, Tax Collector and Law Enforcement District v. BP, plc, et al, Docket No. 2:10-cv-09999 Short Form Joinder No. 292 | : | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER OF DIMISSAL

Considering the foregoing Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss with Prejudice submitted on behalf of Sheriff Tony Mancuso, Calcasieu Parish Sheriff, Tax Collector and Law Enforcement District is granted.

THUS DONE AND SIGNED in Chambers at New Orleans, Louisiana, this _____ day of _____, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge