# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" JUDGE: |
| | * | |
| **APPLIES TO:** | * | BARBIER MAGISTRATE: |
| | * | |
| CITY OF HOUSTON, TEXAS v. BP, PLC, | * | SALLY SHUSHAN |
| et al. | * | |
| | * | |
| Civil Action No.: | * | |
| 2:13-cv-2968 | * | |

| | |
|---|---|
| HARRIS COUNTY TEXAS v. BP | * |
| EXPLORATION  & PRODUCTION | * |
| PRODUCTION, INC. et al | * |
| | * |
| Civil Action No.: | * |
| 2:14-cv-1626 | * |

| | |
|---|---|
| METROPOLITAN  AUTHORITY  OF, | * |
| HARRIS COUNTY, TEXAS        v | * |
| BP EXPLORATION & PRODUCTION, | * |
| INC. et al | * |
| | * |
| Civil Action No.: | * |
| 2:13-cv-5138 | * |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of dismissal with prejudice against all Defendants in this case.  This notice has been submitted pursuant to letter from U.S. Magistrate Judge Sally Shushan dated August 13, 2015 for acceptance and receipt of settlement agreement and payment.

Date:  August 19, 2015

Respectfully submitted:

//s// Dennis C. Reich
Dennis C. Reich
State Bar No. 16739600
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone:    (713) 622-7271
Facsimile:    (713) 623-8724

*Attorney in Charge*

//s// Jan Woodward Fox
Jan Woodward Fox
State Bar No.: 07334500
The Lyric Centre
440 Louisiana St., Suite 900
Houston, TX 77002
Telephone: (713) 623-8600
Facsimile: (713) 425-7196

**ATTORNEYS FOR THE PLAINTIFF**