UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: 10-2771 and | * | Judge CARL J. BARBIER |
| *Civil Action No. \_\_\_\_ and/or* | * | MAG. JUDGE SHUSHAN |
| *10-9999; Rec. Doc. <u>484</u>* | * | |

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the Plaintiff, Monroe County Hospital's Motion to Dismiss with Prejudice, and the Court being advised the parties have resolved this matter, the Court does hereby find;

It is ORDERED that the Monroe County Hospital's Motion to Dismiss with Prejudice is hereby granted, and all claims in this matter are dismissed with prejudice from the above-referenced case, with each party to bear its own cost.

SO ORDERED this _____ day of _____, 2015.

_____
HONORABLE Carl J. Barbier
U.S. District Court Judge