UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: 10-2771 and | * | Judge CARL J. BARBIER |
| *Civil Action No. ____ and/or* | * | MAG. JUDGE SHUSHAN |
| *10-9999; Rec. Doc. 368* | * | |

## PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

Upon the Plaintiff, The Cooperative District of the City of Spanish Fort – Highway 98 Public Facility's Motion to Dismiss with Prejudice, and the Court being advised the parties have resolved this matter, the Court does hereby find;

It is ORDERED that The Cooperative District of the City of Spanish Fort – Highway 98 Public Facility's Motion to Dismiss with Prejudice is hereby granted, and all claims in this matter are dismissed with prejudice from the above-referenced case, with each party to bear its own cost.

SO ORDERED this _____ day of _____, 2015.

_____
HONORABLE Carl J. Barbier
U.S. District Court Judge