## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG | MDL NO: 2179 |
| "DEEPWATER HORIZON" in the GULF OF | |
| MEXICO, on APRIL 20, 2010 | SECTION: J |
| | |
| | |
| **Applies to: 10-2771,** | **JUDGE BARBIER** |
| **2:13-cv-01808** (*Lonnie J. Greco, in his capacity as* | |
| *the Sheriff of the Parish of Plaquemines and on* | **MAGISTRATE SHUSHAN** |
| *behalf of the Plaquemines Parish Sheriff's Office* | |
| *v. BP Exploration & Production, Inc., et al.*) **and** | |
| **10-999; Rec. Doc. 376** | |

<u>**MOTION TO DISMISS WITH PREJUDICE**</u>

Plaintiff, Lonnie Greco, Sr. in his capacity as the Sheriff of the Parish of Plaquemines

and on behalf of the Plaquemines Parish Sheriff's Office, through his undersigned counsel,

hereby moves to dismiss this action with prejudice against all defendants.  In support of this

Motion, plaintiffs represent that they have compromised and settled the matter.

**WHEREFORE,** the plaintiff respectfully requests that this Honorable Court grant its

present Motion and dismiss this action with prejudice.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA  & TAYLOR, LLC

BY:   /s/ Brandon J. Taylor
      PHILIP F. COSSICH, JR., #1788 (T.A.)
      pcossich@cossichlaw.com
      DARREN D. SUMICH, #23321
      dsumich@cossichlaw.com
      DAVID A. PARSIOLA, #21005
      dparsiola@cossichlaw.com
      BRANDON J. TAYLOR, #27662
      btaylor@cossichlaw.com
      8397 Highway 23, Suite 100
      Belle Chasse, Louisiana  70037
      Telephone:  (504) 394-9000
      Facsimile:  (504) 394-9110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2015.

/s/ Brandon J. Taylor