UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL. NO. 2179 SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action Nos. 2:10-cv-0999, 2:13-cv-01663, 2:13-cv-01694, 2:13-cv-01636, 2:13-cv-01603, 2:13-cv-01391, 2:13-cv-01563, 2:13-cv-01642, 2:13-cv-01588, 2:13-cv-01551, 2:13-cv-01577, 2:13-cv-01372, 2:13-cv-01702, 2:13-cv-01678, 2:13-cv-01526, 2:13-cv-01531, 2:13-cv-01618, 2:13-cv-01445, 2:13-cv-01432, 2:13-cv-10513, 2:13-cv-01507, 2:13-cv-01472, 2:13-cv-01336, 2:13-cv-01465, 2:13-cv-01455, 2:13-cv-01542, 2:13-cv-01612, 2:13-cv-01694 | * * * * * * * * * | MAGISTRATE JUDGE SHUSHAN |

**OMNIBUS MOTION TO DISMISS LOCAL GOVERNMENTAL ENTITY CLAIMS**

Now into court, through undersigned counsel, comes the Terrebonne Parish Consolidated Government and other various local governmental entities in Terrebonne Parish listed below

who, in light of having settled their claims with BPXP desire to dismiss any and all joinders and/or complaints and/or claims, except for claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice.  The following is a listing of the governmental entities and corresponding joinder numbers and/or complaint numbers that are being dismissed:

| Client | Joinder No. | Docket No. |
| --- | --- | --- |
| Terrebonne Levee & Conservation District | 53 & 265 | 2:13-cv-01663 |
| Terrebonne Hospital District #1 | 54 | |
| Terrebonne Parish Sheriff, L. Vernon Bourgeois, Jr. | 56 | 2:13-cv-01694 |
| Terrebonne Parish Fire Protection District No. 6 | 75 & 269 | 2:13-cv-01636 |
| Terrebonne Parish Library Board of Control | 76 & 271 | 2:13-cv-01603 |
| Terrebonne Parish Fire Protection District No. 10 | 78 & 270 | 2:13-cv-01391 |
| Terrebonne Parish Recreation District No. 10 | 79 & 273 | 2:13-cv-01563 |
| Terrebonne Parish Fire Protection No. 5 | 80 & 268 | 2:13-cv-01642 |
| Terrebonne Parish School Board | 82 & 275 | 2:13-cv-01588 |
| Terrebonne Parish Recreation District No. 7 | 117 & 272 | 2:13-cv-01551 |

| Party | Rec. Doc. | Case No. |
|---|---|---|
| Terrebonne Parish Recreation District N. 11 | 124 & 274 | 2:13-cv-01577 |
| Bayou Blue Fire Protection District | 141 & 264 | 2:13-cv-01372 |
| State of Louisiana, Ex Re TPSB | 198 & 276 | 2:13-cv-01702 |
| Terrebonne Parish Sheriff, Jerry Larpenter | 263 | 2:13-cv-01694 |
| Terrebonne Parish Consolidated Government | 266 | 2:13-cv-01678 |
| Bayou Cane Fire Protection District | 278 | 2:13-cv-01526 |
| Coteau Fire District | 279 | 2:13-cv-01531 |
| Houma Area Convention & Visitors Bureau | 280 | 2:13-cv-01618 |
| Terrebonne Fire Protection District No. 7 | 281 | 2:13-cv-01445 |
| Terrebonne Fire Protection District No. 9 | 282 | 2:13-cv-01432 |
| Terrebonne Parish Recreation District No. 1 | 283 | 2:13-cv-10513 |
| Terrebonne Parish Recreation District No. 2,3 | 284 | 2:13-cv-01507 |
| Terrebonne Parish Recreation District No. 5 | 285 | 2:13-cv-01472 |
| Grand Isle Port Commission | 286 | 2:13-cv-01336 |
| Terrebonne Parish Recreation District No. 6 | 287 | 2:13-cv-01465 |
| Terrebonne Parish Recreation District No. 9 | 288 | 2:13-cv-01455 |
| Terrebonne Parish Tax Assessor's Office | 140 & 289 | 2:13-cv-01542 |
| Veteran's Memorial District | 290 | 2:13-cv-01612 |

The above short-form joinders and complaints are being dismissed pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between claimant and BP with plaintiffs and dismissed defendants to each bear their own costs.

        Respectfully submitted:

        **DUVAL, FUNDERBURK, SUNDBERY,**
            **LOVELL & WATKINS**

        BY:/s/ Stanwood R. Duval
           C. Berwick Duval, II, (#5109)
           Stanwood R. Duval, (#27732)
           101 Wilson Avenue.
           Post Office Box 3017
           Houma, Louisiana 70361
           (985) 876-6410 Telephone
           (985) 851-1490 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of August, 2015.

/s/ Stanwood R. Duval
Stanwood R. Duval