UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL. NO. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | | |
| This Document Relates To: | * | JUDGE BARBIER |
| | | |
| Civil Action Nos. 2:10-cv-0999, | * | |
| 2:13-cv-01663, 2:13-cv-01694, | | |
| 2:13-cv-01636, 2:13-cv-01603, | * | |
| 2:13-cv-01391, 2:13-cv-01563, | | |
| 2:13-cv-01642, 2:13-cv-01588, | * | |
| 2:13-cv-01551, 2:13-cv-01577, | | |
| 2:13-cv-01372, 2:13-cv-01702, | * | |
| 2:13-cv-01678, 2:13-cv-01526, | | |
| 2:13-cv-01531, 2:13-cv-01618, | * | |
| 2:13-cv-01445, 2:13-cv-01432, | | |
| 2:13-cv-10513, 2:13-cv-01507, | * | |
| 2:13-cv-01472, 2:13-cv-01336, | | |
| 2:13-cv-01465, 2:13-cv-01455, | * | |
| 2:13-cv-01542, 2:13-cv-01612, | | |
| 2:13-cv-01694 | * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Omnibus Motion To Dismiss Local Governmental Entity Claims, it is ordered, adjudged and decreed that the following governmental entity claims and cause of action, except for punitive or exemplary damages against Transocean, Inc., Transocean

Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. are dismissed with prejudice, each party to bear their own costs:

| Client | Joinder No. | Docket No. |
| --- | --- | --- |
| Terrebonne Levee & Conservation District | 53 & 265 | 2:13-cv-01663 |
| Terrebonne Hospital District #1 | 54 | |
| Terrebonne Parish Sheriff, L. Vernon Bourgeois, Jr. | 56 | 2:13-cv-01694 |
| Terrebonne Parish Fire Protection District No. 6 | 75 & 269 | 2:13-cv-01636 |
| Terrebonne Parish Library Board of Control | 76 & 271 | 2:13-cv-01603 |
| Terrebonne Parish Fire Protection District No. 10 | 78 & 270 | 2:13-cv-01391 |
| Terrebonne Parish Recreation District No. 10 | 79 & 273 | 2:13-cv-01563 |
| Terrebonne Parish Fire Protection No. 5 | 80 & 268 | 2:13-cv-01642 |
| Terrebonne Parish School Board | 82 & 275 | 2:13-cv-01588 |
| Terrebonne Parish Recreation District No. 7 | 117 & 272 | 2:13-cv-01551 |
| Terrebonne Parish Recreation District N. 11 | 124 & 274 | 2:13-cv-01577 |
| Bayou Blue Fire Protection District | 141 & 264 | 2:13-cv-01372 |
| State of Louisiana, Ex Re TPSB | 198 & 276 | 2:13-cv-01702 |
| Terrebonne Parish Sheriff, Jerry Larpenter | 263 | 2:13-cv-01694 |

| | | |
|---|---|---|
| Terrebonne Parish Consolidated Government | 266 | 2:13-cv-01678 |
| Bayou Cane Fire Protection District | 278 | 2:13-cv-01526 |
| Coteau Fire District | 279 | 2:13-cv-01531 |
| Houma Area Convention & Visitors Bureau | 280 | 2:13-cv-01618 |
| Terrebonne Fire Protection District No. 7 | 281 | 2:13-cv-01445 |
| Terrebonne Fire Protection District No. 9 | 282 | 2:13-cv-01432 |
| Terrebonne Parish Recreation District No. 1 | 283 | 2:13-cv-10513 |
| Terrebonne Parish Recreation District No. 2,3 | 284 | 2:13-cv-01507 |
| Terrebonne Parish Recreation District No. 5 | 285 | 2:13-cv-01472 |
| Grand Isle Port Commission | 286 | 2:13-cv-01336 |
| Terrebonne Parish Recreation District No. 6 | 287 | 2:13-cv-01465 |
| Terrebonne Parish Recreation District No. 9 | 288 | 2:13-cv-01455 |
| Terrebonne Parish Tax Assessor's Office | 140 & 289 | 2:13-cv-01542 |
| Veteran's Memorial District | 290 | 2:13-cv-01612 |

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE