UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| Applies to: 10-2771, 2:13-cv-01819 *(Charles J. Ballay, in his capacity as the District Attorney for the 25th Judicial District Court, Parish of Plaquemines v. BP Exploration & Production, Inc., et al.)* **and** 10-999; Rec. Doc. 388 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Charles J. Ballay, in his capacity as the District Attorney for the 25th Judicial District Court, Parish of Plaquemines, through his undersigned counsel, hereby moves to dismiss this action with prejudice against all defendants. In support of this Motion, plaintiffs represent that they have compromised and settled the matter.

**WHEREFORE,** the plaintiff respectfully requests that this Honorable Court grant its present Motion and dismiss this action with prejudice.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC

BY: /s/ Brandon J. Taylor
PHILIP F. COSSICH, JR., #1788 (T.A.)
pcossich@cossichlaw.com
DARREN D. SUMICH, #23321
dsumich@cossichlaw.com
DAVID A. PARSIOLA, #21005
dparsiola@cossichlaw.com
BRANDON J. TAYLOR, #27662
btaylor@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of August, 2015.

/s/ Brandon J. Taylor