UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  *  *  *  *  * |  MDL No. 2179  SECTION: J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: Joe Acker; et al. v. Halliburton Energy Services, Inc.; et al.; Case No. 2:13-cv-05121-CJB-SS | | *  * | MAG. JUDGE SHUSHAN |

*********************************************************************

## MOTION TO WITHDRAW

Comes now the law firm of Cunningham Bounds, LLC, and files this Motion to Withdraw its representation of JPC Properties, LLC, whose address is 319 Woodbridge Drive, Daphne, Alabama 36526, in the case styled *Joe Acker; et al., v. Halliburton Energy Services, Inc.; et al.*, Case No. 2:13-cv-05121-CJB-SS.

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191 (Ph)
(251) 479-1031 (Fax)
sln@cunninghambounds.com

CERTIFICATE OF SERVICE

    I hereby certify that on August _19_, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
STEVEN L. NICHOLAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>Joe Acker; et al. v. Halliburton Energy Services, Inc.; et al.; Case No. 2:13-cv-05121-CJB-SS | * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON MOTION TO WITHDRAW

This matter having come before the Court on the Motion to Withdraw filed by the law firm of Cunningham Bounds, LLC, and the Court having considered the same, it is hereby

ORDERED that the same be and hereby is GRANTED.

_____
United States District Court Judge