UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH CONSOLIDATED** | * | **CASE NO.: 10-md-2179** |
| **WATERWORKS DISTRICT NO. 1** | * | |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., BP AMERICA PRODUCTION** | * | |
| **COMPANY and BP P.L.C., et al** | * | **MAG. JUDGE SALLY SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**This filing pertains to:**
**2:13-cv-02309; 2:13-cv-05253; and**
**10-9999, docket numbers 94, 437 and 474**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes plaintiff, **Terrebonne Parish Consolidated Waterworks District No. 1**, who, in light of having settled their claims with defendants, **BP Exploration & Production, Inc., BP America Production Company and BP, P.L.C.** (hereinafter collectively "BPXP"), desire to dismiss, with prejudice, any and all joinders and/or complaints and/or claims, they have filed except for claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc..

The above short-form joinders and complaints are being dismissed pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between claimant and BPXP with plaintiffs and dismissed defendants to each bear their own costs.

Respectfully submitted:


/s/ Charles C. Bourque, Jr.
CHARLES C. BOURQUE, JR. (#20118)
CHRISTOPHER J. ST. MARTIN (#26122)
JOSEPH G. JEVIC III (#23145)
ADAM J. TRIPLETT (#32058)
**ST. MARTIN & BOURQUE**
Post Office Box 2017  4084 Highway 311
Houma, Louisiana 70361-2017
Telephone: (985) 876-3891

**Special Counsel for Plaintiff**


C**ERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or by mailing same by United States mail, properly addressed and postage prepaid, to all counsel of record.


/s/ Charles C. Bourque, Jr.
CHARLES C. BOURQUE, JR. (#20118)