UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERREBONNE PARISH CONSOLIDATED** | * | **CASE NO.:  10-md-2179** |
| **WATERWORKS DISTRICT NO. 1** | * | |
| | * | |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| | * | |
| **BP EXPLORATION & PRODUCTION,** | * | |
| **INC., BP AMERICA PRODUCTION** | * | |
| **COMPANY and BP P.L.C., et al** | * | **MAG. JUDGE SALLY SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**This filing pertains to:**
**2:13-cv-02309; 2:13-cv-05253; and**
**10-9999, docket numbers 94, 437 and 474**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

Considering the foregoing Motion to Dismiss with Prejudice filed on behalf of plaintiff, **Terrebonne Parish Consolidated Waterworks District No. 1**,

**IT IS ORDERED** that the above referenced matter be and is hereby dismissed with prejudice, each party to bear its own costs as to the defendants, **BP Exploration & Production, Inc., BP America Production Company and BP, P.L.C.,** with punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. expressly reserved.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**J U D G E**
