UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| Applies to: 10-2771 and | JUDGE BARBIER |
| *Civil Action No. 2:13-cv-01789 and 10-09999; Rec. Docs. 73 and 372* | |
| | MAGISTRATE JUDGE SHUSHAN |

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, St. Tammany Parish Government, who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01789-CJB-SS (St. Tammany Parish Government vs. BP Exploration & Production Inc., et al) and Short Form Document Numbers 73 and 372 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore

Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01789-CJB-SS and Short Form Document Numbers 73 and 372 filed in 2:10-cv-09999 with prejudice with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

Dated August 19, 2015

Respectfully submitted:

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq. (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine Sevin Fayard, Esq. (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com
fshaw@legershaw.com
csevin@legershaw.com

And

/s/ Tom W. Thornhill
Tom W. Thornhill, Esq. (12776)
THORNHILL LAW FIRM A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
Email: tom@thornhilllawfirm.com
*Attorneys for St. Tammany Parish Government*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19 day of August, 2015.

                                                            *s/ Christine Sevin Fayard*
                                                         Christine Sevin Fayard, Esq.