UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Applies to: 10-2771 and | * | MAG. JUDGE SHUSHAN |
| Civil Action No. 13-2893 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Beach Mosquito Control District, by and through counsel, respectfully moves this honorable Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-02893 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP, with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-02893 with prejudice, with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

Dated: August 19, 2015

                          Respectfully submitted,

                          /s/ Louis B. Paddock
                          Louis B. ("Brady") Paddock
                          Louisiana Bar No: 28711
                          Email: bpaddock@nixlawfirm.com
                          Nix, Patterson & Roach, LLP
                          2900 St. Michael Drive, 5th Floor
                          Texarkana, Texas 75503
                          Telephone: (903) 223-3999
                          Fax No: (903) 223-8520

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system, provided notice by and through LexisNexis to all counsel of record, and electronically sent the foregoing to lge@freehgroup.com and maria.travis@bp.com.

                          /s/ Louis B. Paddock
                          Louis B. ("Brady") Paddock
                          Nix, Patterson & Roach, LLP