## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| Applies to: 10-2771 and | | * | MAG. JUDGE SHUSHAN |
| Civil Action No. 13-2866 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * *

## <u>MOTION TO DISMISS WITH PREJUDICE</u>

Plaintiff, The Ocean City – Wright Fire Control District, by and through counsel, respectfully moves this honorable Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-02866 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP, with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-02866 with prejudice, with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

Dated: August 19, 2015

Respectfully submitted,

/s/ Louis B. Paddock
Louis B. ("Brady") Paddock
Louisiana Bar No: 28711
Email: bpaddock@nixlawfirm.com
Nix, Patterson & Roach, LLP
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503
Telephone: (903) 223-3999
Fax No: (903) 223-8520

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system, provided notice by and through LexisNexis to all counsel of record, and electronically sent the foregoing to lge@freehgroup.com and maria.travis@bp.com.

/s/ Louis B. Paddock
Louis B. ("Brady") Paddock
Nix, Patterson & Roach, LLP