UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| CIVIL ACTION NO.: 2:14-CV-01775 | MAGISTRAE: SHUSHAN |

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, The Iberville Parish Council, who respectfully moves this Honorable Court to dismiss all claims and causes of action with prejudice against all Defendants in Case No. 2:14-cv-01775-CJB-SS pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement and Covenant Not to Sue between Claimant and BP with plaintiff and dismissed defendants to each bear their own costs and attorney fees.

WHEREFORE, Plaintiff respectfully moves this Honorable Court grant its present Motion and dismiss all claims and causes of action with prejudice.

Dated August 19, 2015

Respectfully submitted:

/s/ Patrick W Pendley
Pendley, Baudin & Coffin, LLP
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225/687/396
Fax: 225/687/6398
Email: pwpendley@pclawfirm.cm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Patrick W. Pendley
Patrick W. Pendley, Esq.