UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO: 2179<br><br>SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| CIVIL ACTION NO.: 2:14-CV-01780 | MAGISTRAE: SHUSHAN |

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action against all Defendants in Case No. 2:14-cv-01780 are hereby DISMISSED WITH PREJUDICE with Plaintiff and dismissed Defendant to each bear their own costs and attorney fees.

New Orleans, Louisiana, this_____day of_____, 2015

_____
JUDGE CARL J. BARBIER DISTRICT COURT JUDGE