UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| "In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" | * | SECTION "J" |
| in the Gulf of Mexico, on April 20, 2010" | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE SHUSHAN |
| 2:13-cv-01809-CJB-SS; 2:13-cv-01797-CJB-SS | * | |
| 2:13-cv-01816-CJB-SS; 2:13-cv-01760-CJB-SS | | |
| 2:13-cv-01820-CJB-SS; 2:13-cv-01744-CJB-SS | * | |
| 2:13-cv-01774-CJB-SS; 2:13-cv-01688-CJB-SS | | |
| 2:13-cv-01729-CJB-SS; 2:13-cv-01700-CJB-SS | * | |
| 2:13-cv-01714-CJB-SS; 2:13-cv-01825-CJB-SS | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come the following plaintiffs, who filed a Complaint for Damages in the above entitled matter on April 19, 2013:

1. City of Covington, Case No.: 2:13-cv-01809-CJB-SS;

2. City of Mandeville, Case No.: 2:13-cv-01797-CJB-SS;

3. City of Slidell, Case No.: 2:13-cv-01816-CJB-SS;

4. Coroner, Parish of St. Tammany, Case No.: 2:13-cv-01760-CJB-SS;

5. Northshore Harbor Center District, Case No.: 2:13-cv-01820-CJB-SS;

6. R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish, Case No.: 2:13-cv-01744-CJB-SS.  Additionally, the following Claimants were paid as

separate governmental entities under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.;

    a.    St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, Case No.: 2:13-cv-01744-CJB-SS;[1]

    b.    Town of Abita Springs, Case No.: 2:13-cv-01744-CJB-SS.[2]

7. St. Tammany Parish Association for Retarded Citizens, Inc. ("STARC"), Case No.: 2:13-cv-01774-CJB-SS;

8. St. Tammany Parish Fire Protection District #1, Case No.: 2:13-cv-01688-CJB-SS;

9. St. Tammany Parish Library, Case No.: 2:13-cv-01729-CJB-SS;

10. St. Tammany Parish Mosquito Abatement District, Case No.: 2:13-cv-01700-CJB-SS;

11. St. Tammany Parish School Board, Case No.: 2:13-cv-01714-CJB-SS; and,

12. St. Tammany Parish Tourist and Convention Commission; Case No.: 2:13-cv-01825-CJB-SS.

and respectfully request that this Court Dismiss with Prejudice the Complaint for Damages filed by each of the above named plaintiffs and presently pending before this Honorable Court, each party to bear his or her own costs.

---

[1] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

[2] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

**WHEREFORE**, the above named plaintiffs, movers herein, pray that this Court Dismiss with Prejudice these proceedings, each party to bear his or her own costs.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

*/s/Tom W. Thornhill*
**TOM W. THORNHILL         #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail through the efiling notification system with the U.S. District Court for the Eastern District of Louisiana on August 20, 2015.

*/s/Tom W. Thornhill*
**TOM W. THORNHILL**