UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| "In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" | * | SECTION "J" |
| in the Gulf of Mexico, on April 20, 2010" | * | JUDGE BARBIER |
| This Document Relates to: | * | MAGISTRATE SHUSHAN |
| 2:13-cv-01809-CJB-SS; 2:13-cv-01797-CJB-SS | * | |
| 2:13-cv-01816-CJB-SS; 2:13-cv-01760-CJB-SS | | |
| 2:13-cv-01820-CJB-SS; 2:13-cv-01744-CJB-SS | * | |
| 2:13-cv-01774-CJB-SS; 2:13-cv-01688-CJB-SS | | |
| 2:13-cv-01729-CJB-SS; 2:13-cv-01700-CJB-SS | * | |
| 2:13-cv-01714-CJB-SS; 2:13-cv-01825-CJB-SS | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED that the following plaintiffs in the above captioned matter are hereby dismissed with prejudice, each party to bear his or her own costs.

1. City of Covington, Case No.: 2:13-cv-01809-CJB-SS;

2. City of Mandeville, Case No.: 2:13-cv-01797-CJB-SS;

3. City of Slidell, Case No.: 2:13-cv-01816-CJB-SS;

4. Coroner, Parish of St. Tammany, Case No.: 2:13-cv-01760-CJB-SS;

5. Northshore Harbor Center District, Case No.: 2:13-cv-01820-CJB-SS;

6. R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish, Case No.: 2:13-cv-01744-CJB-SS.  Additionally, the following Claimants were paid as

     separate governmental entities under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.;

     a.     St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell Memorial Hospital, Case No.: 2:13-cv-01744-CJB-SS;[1]

     b.     Town of Abita Springs, Case No.: 2:13-cv-01744-CJB-SS.[2]

7.     St. Tammany Parish Association for Retarded Citizens, Inc. ("STARC"), Case No.: 2:13-cv-01774-CJB-SS;

8.     St. Tammany Parish Fire Protection District #1, Case No.: 2:13-cv-01688-CJB-SS;

9.     St. Tammany Parish Library, Case No.: 2:13-cv-01729-CJB-SS;

10.     St. Tammany Parish Mosquito Abatement District, Case No.: 2:13-cv-01700-CJB-SS;

11.     St. Tammany Parish School Board, Case No.: 2:13-cv-01714-CJB-SS; and,

12.     St. Tammany Parish Tourist and Convention Commission; Case No.: 2:13-cv-01825-CJB-SS.

_____
JUDGE

---

[1] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.

[2] This claimant was paid as a separate governmental entity under the claim for R. Jack Strain, in his official capacity as Sheriff, St. Tammany Parish.