## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION "J" JUDGE: <br><br> BARBIER MAGISTRATE: <br><br> SALLY SHUSHAN |
| **APPLIES TO:** | |
| CITY OF HOUSTON, TEXAS v. BP, PLC, et al. | |
| Civil Action No.: 2:13-cv-2968 | |
| HARRIS COUNTY TEXAS v. BP EXPLORATION & PRODUCTION PRODUCTION, INC. et al | |
| Civil Action No.: 2:14-cv-1626 | |
| METROPOLITAN AUTHORITY OF, HARRIS COUNTY, TEXAS v BP EXPLORATION & PRODUCTION, INC. et al | |
| Civil Action No.: 2:13-cv-5138 | |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' hereby gives notice of dismissal with prejudice against all Defendants in this case. This notice has been submitted pursuant to letter from U.S. Magistrate Judge Sally Shushan dated August 13, 2015 for acceptance and receipt of settlement agreement and payment.