# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" JUDGE: |
| **APPLIES TO:** | * | BARBIER MAGISTRATE: |
| CITY OF HOUSTON, TEXAS v. BP, PLC, et al. | * * * | SALLY SHUSHAN |
| Civil Action No.: 2:13-cv-2968 | * * | |
| HARRIS COUNTY TEXAS v. BP EXPLORATION & PRODUCTION PRODUCTION, INC. et al | * * * * | |
| Civil Action No.: 2:14-cv-1626 | * * | |
| METROPOLITAN AUTHORITY OF, HARRIS COUNTY, TEXAS   v BP EXPLORATION & PRODUCTION, INC. et al | * * * * * | |
| Civil Action No.: 2:13-cv-5138 | * * | |

## ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION TO DISMISS WITH PREJUDICE

Upon consideration of the Plaintiffs' Notice of Motion to Dismiss with Prejudice ("Motion"), the Court has determined that the Plaintiffs' Motion should be, and hereby is, GRANTED.

Dated: _____, 2015        _____
                                    Sally Shushan
                                    U.S. Magistrate Judge