UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG  | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Applies to: 10-2771 and | * | MAG. JUDGE SHUSHAN |
| Civil Action No. 13-2898 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

It appears that all matters in this action have been compromised and settled *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc.

It is ORDERED that, *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc., this matter is DISMISSED with prejudice, plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

IT IS SO ORDERED.

New Orleans, Louisiana, this ____ day of August, 2015.

_____
CARL J. BARBIER
U.S. DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/ Louis B. Paddock
Louis B. ("Brady") Paddock
Louisiana Bar No: 28711
Email: bpaddock@nixlawfirm.com
Nix, Patterson & Roach, LLP
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503
Telephone: (903) 223-3999
Fax No: (903) 223-8520

*Counsel for Gulf County Tourist Development Council*


/s/ Rhon E. Jones
Rhon E. Jones
Richard D. Stratton (Florida Bar No. 529125)
Email: rhon.jones@beasleyallen.com
Email: rick.stratton@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Fax No. (334) 954-7555

*Counsel for Gulf County*