UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| Applies to: 10-2771, 2:11-cv-00917 and 2:13-cv-01580 | JUDGE BARBIER |
| (*Plaquemines Port, Harbor and Terminal District v. BP PLC, et al.*) | MAG. SHUSHAN |

## MOTION TO DISMISS

**NOW COMES PLAINTIFF, PLAQUEMINES PORT, HARBOR AND TERMINAL DISTRICT**, through undersigned counsel, who files this Motion to Dismiss with Prejudice, who upon suggesting to the Court that all claims and demands by plaintiff against defendants, BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, have been settled and compromised, prays that this suit against the above-named defendants, be dismissed with prejudice, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

Respectfully submitted,
**MARTZELL & BICKFORD, A.P.C.**

/s/ Scott R. Bickford
SCOTT R. BICKFORD (T.A. #1165)
SPENCER R. DOODY (#27795 )
LAWRENCE J. CENTOLA III (# 27402)
NEIL F. NAZARETH (#28969)
E-mail:  usdcedla@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065; (504) 581-7635 Fax

**KING, KREBS & JURGENS, P.L.L.C.**
HENRY A. KING (#7393)
MICHAEL L. VINCENZO (#23965)
201 St. Charles Ave, 45th Floor
New Orleans, LA  70170
(504) 582-3800
(504) 582-1233
E-mail:  **Hking@kingkrebs.com**


**The Law Office of David L. Landry**
DAVID L. LANDRY (#7978)
1214 Parasol Place
 Pensacola, Florida  32507
(850) 492-7240
E-mail:  **2landry@cox.net**

Of Counsel, Plaquemines Port, Harbor and Terminal District


**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that the above the above and foregoing pleading has been electronically filed with the Clerk of Court of the USDC for the EDLA by using the CM/ECF System and has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of August, 2015.  Per instructions of the Court, copies have been sent via e-mail to **lge@freehgroup.com** and **maria.travis@bp.com.**


/s/ Scott R. Bickford
**SCOTT R. BICKFORD**