UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179** |
| | **SECTION "J"** |
| **Applies to: 10-2771, 2:11-cv-00917 and 2:13-cv-01580** | **JUDGE BARBIER** |
| (*Plaquemines Port, Harbor and Terminal District v. BP PLC, et al.*) | **MAG. SHUSHAN** |

## ORDER

Considering Plaintiff's Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims of the **PLAQUEMINES PORT, HARBOR AND TERMINAL DISTRICT**, against defendants, BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, are dismissed with prejudice, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., which are expressly reserved.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE