## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br>SECTION "J" JUDGE:<br>SALLY SHUSHAN<br>MAGISTRATE |
| **APPLIES TO:** | |
| CITY OF HOUSTON, TEXAS v. BP, PLC, et al. | |
| Civil Action No.: 2:13-cv-2968 | |
| HARRIS COUNTY TEXAS v. BP EXPLORATION & PRODUCTION PRODUCTION, INC. et al | |
| Civil Action No.: 2:14-cv-1626 | |
| METROPOLITAN AUTHORITY OF, HARRIS COUNTY, TEXAS v BP EXPLORATION & PRODUCTION, INC. et al | |
| Civil Action No.: 2:13-cv-5138 | |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' hereby gives notice of dismissal with prejudice against all Defendants in this case. This notice has been submitted pursuant to letter from U.S. Magistrate Judge Sally Shushan dated August 13, 2015 for acceptance and receipt of settlement agreement and payment.

Date: August 20, 2015

          Respectfully submitted:

          //s// Dennis C. Reich
          Dennis C. Reich
          State Bar No. 16739600
          Reich and Binstock, LLP
          4265 San Felipe, Suite 1000
          Houston, Texas 77027
          Telephone: (713) 622-7271
          Facsimile: (713) 623-8724

          *Attorney in Charge*

          //s// Jan Woodward Fox
          Jan Woodward Fox
          State Bar No.: 07334500
          The Lyric Centre
          440 Louisiana St., Suite 900
          Houston, TX 77002
          Telephone: (713) 623-8600
          Facsimile: (713) 425-7196

          **ATTORNEYS FOR THE PLAINTIFF**