UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| Applies to: 10-2771 and | JUDGE BARBIER |
| *Civil Action No. 2:13-cv-01994 and 10-08888; Rec. Doc.131570* | |
| | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Marlin N. Gusman in his capacity as Orleans Parish Sheriff and Ex Officio Chief Executive Officer of the Law Enforcement District, who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01994-CJB-SS (Gusman v. BP Exploration & Production Inc. et al) and Short Form Rec. Doc. 131570 filed in 2:10-cv-08888 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc.,

Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01994-CJB-SS (Gusman v. BP Exploration & Production Inc. et al) and Short Form Rec. Doc. 131570 filed in 2:10-cv-08888 with prejudice with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

Dated August 20, 2015                                    Respectfully submitted:

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq. (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine Sevin Fayard, Esq. (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com
   fshaw@legershaw.com
   csevin@legershaw.com

Stephen J. Herman (La. Bar #23129
Soren E. Gisleson (La. Bar #26302)
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581 4892
Fax No. (504) 569 6024
Email: sherman@hhkc.com
Email: sgisleson@hhkc.com

2

James Parkerson Roy (La. Bar #11511)
Bob Wright (La. Bar #13691)
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233 3033
Fax No. (337) 233 2796
Email: jimr@wrightroy.com
Email: bobw@wrightroy.com


Calvin C. Fayard, Jr. (La. Bar #5486)
C. Caroline Fayard (La. Bar #30888)
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664 4193
Telefax: (225) 664 6925
Email: calvinfayard@fayardlaw.com
Email:Caroline@fayardlegal.com


Fred Herman (La Bar #6811)
LAW OFFICES OF FRED HERMAN
1010 Common St., Suite 3000
New Orleans, LA 70112
Phone: 504 581 7070
Fax: 504 581 7083
Email: fherman@fredhermanlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20 day of August, 2015.

*s/ Christine Sevin Fayard*
Christine Sevin Fayard, Esq.