**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>        "Deepwater Horizon" in the Gulf<br>        of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| **Applies to: 10-2771** and | **JUDGE BARBIER** |
| **Civil Action Numbers:** | **MAGISTRATE JUDGE SHUSHAN** |

| | |
|---|---|
| 2:13-cv-01296 | City of Madeira Beach |
| 2:13-cv-01308 | Sarasota County |
| 2:13-cv-01407 | Town of Longboat Key |
| 2:13-cv-01518 | Charlotte County |
| 2:13-cv-01530 | City of Bradenton Beach |
| 2:13-cv-01546 | City of Dunedin |
| 2:13-cv-01569 | City of Florida City |
| 2:13-cv-01582 | City of Punta Gorda |
| 2:13-cv-01593 | City of Venice |
| 2:13-cv-02549 | City of Sanibel |
| 2:13-cv-02682 | City of Clearwater |
| 2:13-cv-02684 | City of South Pasadena |
| 2:13-cv-02823 | City of Gulfport |
| 2:13-cv-02824 | City of Indian Rocks Beach |
| 2:13-cv-02825 | Pasco County |
| 2:13-cv-02839 | City of Sarasota |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully move this honorable Court to dismiss with prejudice all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Complaints for the above referenced Plaintiffs, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between each Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiffs respectfully move this Court to dismiss with prejudice all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Complaints for the above referenced Plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Dated: August 20, 2015.

Respectfully submitted,

/s/Joseph F. Rice
Joseph F. Rice, Esq.
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 (fax)
jrice@motleyrice.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, I electronically filed the foregoing document with the Clark of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Joseph F. Rice*
Joseph F. Rice, Esq.