UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| Applies to: 10-2771 and | JUDGE BARBIER |
| Civil Action Numbers: | MAGISTRATE JUDGE SHUSHAN |

| | |
|---|---|
| 2:13-cv-01296 | City of Madeira Beach |
| 2:13-cv-01308 | Sarasota County |
| 2:13-cv-01407 | Town of Longboat Key |
| 2:13-cv-01518 | Charlotte County |
| 2:13-cv-01530 | City of Bradenton Beach |
| 2:13-cv-01546 | City of Dunedin |
| 2:13-cv-01569 | City of Florida City |
| 2:13-cv-01582 | City of Punta Gorda |
| 2:13-cv-01593 | City of Venice |
| 2:13-cv-02549 | City of Sanibel |
| 2:13-cv-02682 | City of Clearwater |
| 2:13-cv-02684 | City of South Pasadena |
| 2:13-cv-02823 | City of Gulfport |
| 2:13-cv-02824 | City of Indian Rocks Beach |
| 2:13-cv-02825 | Pasco County |
| 2:13-cv-02839 | City of Sarasota |

**PROPOSED ORDER OF DISMISSAL**

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Complaints are hereby DISMISSED WITH PREJUDICE with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE