UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the Gulf of** | ) | **MDL No. 2179** |
| **Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION J** |
| **This Document Applies to: 10:2771, et al** | ) | |
| | ) | **JUDGE BARBIER** |
| **Civil Action No. 10-09999** | ) | |
| | ) | |
| **Acadia Parish School Board v. BP, plc, et al** | ) | **MAGISTRATE JUDGE SHUSHAN** |
| **Rec. Doc. 293 and 335** | ) | |
| | ) | |
| **Jefferson Davis Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Rec. Doc. 294 and 337** | ) | |
| | ) | |
| **Sheriff Mark Hebert, Law Enforcement** | ) | |
| **District of St. Mary Parish v. BP, plc, et al** | ) | |
| **Rec. Doc. 338** | ) | |
| | ) | |
| **Town of Baldwin v. BP, plc, et al** | ) | |
| **Rec. Doc. 339** | ) | |
| | ) | |
| **Town of Berwick v. BP, plc, et al** | ) | |
| **Rec. Doc. 340** | ) | |
| | ) | |
| **City of Franklin v. BP, plc, et al** | ) | |
| **Rec. Doc. 341** | ) | |
| | ) | |
| **City of Patterson v. BP, plc, et al** | ) | |
| **Rec. Doc. 342** | ) | |
| | ) | |
| **St. Mary Parish Council v. BP, plc, et al** | ) | |
| **Rec. Doc. 343** | ) | |
| | ) | |
| **St. Mary Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Rec. Doc. 344 and 348** | ) | |

## **MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Acadia Parish School Board; Jefferson Davis Parish School Board; Sheriff Mark Hebert, Law Enforcement District of St.

Mary Parish; Town of Baldwin; Town of Berwick; City of Franklin; City of Patterson; St. Mary Parish Council; and St. Mary Parish School Board, who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, move for the dismissal with prejudice of plaintiffs' claims.

Respectfully submitted this 20th day of August, 2015.

**PLAUCHE, SMITH & NIESET, L.L.C.**

 s/ Samuel B. Gabb
Samuel B. Gabb (LA Bar Roll #22378)
1123 Pithon Street
Lake Charles, Louisiana 70601
(337) 436-0522

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system. A copy of this document has also been forwarded to lge@freehgroup.com and maria.travis@bp.com.

 s/ Samuel B. Gabb
SAMUEL B. GABB