UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the Gulf of** | ) | **MDL No. 2179** |
| **Mexico, on April 20, 2010** | ) | |
| | ) | **SECTION J** |
| **This Document Applies to: 10:2771, et al** | ) | |
| | ) | **JUDGE BARBIER** |
| **Civil Action No. 10-09999** | ) | |
| | ) | |
| **Acadia Parish School Board v. BP, plc, et al** | ) | **MAGISTRATE JUDGE SHUSHAN** |
| **Rec. Doc. 293 and 335** | ) | |
| | ) | |
| **Jefferson Davis Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Rec. Doc. 294 and 337** | ) | |
| | ) | |
| **Sheriff Mark Hebert, Law Enforcement** | ) | |
| **District of St. Mary Parish v. BP, plc, et al** | ) | |
| **Rec. Doc. 338** | ) | |
| | ) | |
| **Town of Baldwin v. BP, plc, et al** | ) | |
| **Rec. Doc. 339** | ) | |
| | ) | |
| **Town of Berwick v. BP, plc, et al** | ) | |
| **Rec. Doc. 340** | ) | |
| | ) | |
| **City of Franklin v. BP, plc, et al** | ) | |
| **Rec. Doc. 341** | ) | |
| | ) | |
| **City of Patterson v. BP, plc, et al** | ) | |
| **Rec. Doc. 342** | ) | |
| | ) | |
| **St. Mary Parish Council v. BP, plc, et al** | ) | |
| **Rec. Doc. 343** | ) | |
| | ) | |
| **St. Mary Parish School Board v.** | ) | |
| **BP, plc, et al** | ) | |
| **Rec. Doc. 344 and 348** | ) | |

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING Motion to Dismiss, the Court grants the

motion. As such, it is ordered, adjudged and decreed, that all claims of plaintiffs, Acadia Parish School

Board; Jefferson Davis Parish School Board; Sheriff Mark Hebert, Law Enforcement District of St. Mary Parish; Town of Baldwin; Town of Berwick; City of Franklin; City of Patterson; St. Mary Parish Council; and St. Mary Parish School Board, are hereby dismissed with prejudice, with each party to bear its own costs.

      THUS DONE AND SIGNED, New Orleans, Louisiana, this _____ day of _____, 2015.

                                                      _____
                                                      UNITED STATES DISTRICT COURT JUDGE