UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | ) ) MDL No. 2179 ) ) SECTION J |
| This Document Applies to: 10:2771 | ) ) |
| Civil Action No. 10-09999 | ) ) JUDGE BARBIER |
| Calcasieu Parish School Board v. BP, plc et al Rec. Doc. 330 | ) ) MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Calcasieu Parish School Board, who, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, move for the dismissal with prejudice of plaintiff's claims.

Respectfully submitted this 20th day of August, 2015.

**STUTES & LAVERGNE, L.L.C.**

/s/ Russell Stutes, Jr.
Russell Stutes, Jr. (#21147)
600 Broad Street
P.O. Box 1644
Lake Charles, LA 70601
Telephone: 337-433-0022
Facsimile: 337-433-0601

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 20th day of August, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system.  A copy of this document has also been forwarded to lge@freehgroup.com and maria.travis@bp.com.

                                                /s/ Russell J. Stutes, Jr.
                                                RUSSELL J. STUTES, JR.