# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | ) ) ) MDL No. 2179 ) |
| | ) SECTION J |
| This Document Applies to: 10:2771 | ) ) |
| Civil Action No. 10-09999 | ) ) JUDGE BARBIER |
| Calcasieu Parish School Board v. BP, plc et al Rec. Doc. 330 | ) ) MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

CONSIDERING THE FOREGOING Motion to Dismiss filed herein by Plaintiff, Calcasieu Parish School Board, the Court grants the motion.

**IT IS ORDERED** that the Motion to Dismiss with Prejudice all claims of the Plaintiff is hereby granted.

THUS DONE AND SIGNED, New Orleans, Louisiana this ___ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE