UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| City of Pascagoula, Mississippi vs. BP Civil Action No. 2:13cv5379CJB-SS | |
| | MAGISTRATE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against certain Defendants. This Notice of Dismissal shall not include claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. Each party to bear its own costs.

Respectfully Submitted, this the 20th day of August, 2015.

*/s/ Robert W. Wilkinson*

_____
ROBERT W. WILKINSON, MSB No. 7215
AMY LASSITTER ST. PÉ, MSB NO. 100870
NATHAN A. BOSIO, MSB NO. 100185
DOGAN & WILKINSON, PLLC
POST OFFICE BOX 1618
734 DELMAS AVENUE
PASCAGOULA, MS 39568-1618
TELEPHONE: (228) 762-2272
FACSIMILE: (228) 762-3223

ATTORNEYS FOR THE CITY OF
PASCAGOULA, MISSISSIPPI

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing notice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of August, 2015.

                                          */s/Robert W. Wilkinson*
                                          _____