UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE:  BARBIER |
| The Orleans Parish School Board v. BP, PLC, et al. | * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:12-cv-2235, 2:13-cv-1448, and 10-md-2179 | * | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Orleans Parish School Board ("Claimant") and moves to dismiss with prejudice the complaints filed in the above captioned actions against the following defendants ("Released Parties"): BP EXPLORATION AND PRODUCTION, INC.; BP, PLC; BP AMERICA, INC.; BP PRODUCT NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; CAMERON INTERNATIONAL CORPORATION; M-I, LLC; WEATHERFORD U. S. L. P.; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007 LLC; MOEX U.S.A. CORP.; and MITSUI OIL EXPLORATION COMPANY LTD.  All matters pending in the subject lawsuits between the Claimant and the Released Parties have been resolved. Claimant files this motion, in accordance with the executed settlement agreement, within ten days after receipt of payment.

Respectfully submitted,

s/Kriste Talton Utley
**KRISTE TALTON UTLEY (#25268)**
**BOYKIN & UTLEY**
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of August, 2015.

s/Kriste Talton Utley_____
KRISTE TALTON UTLEY