UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the<br>          Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * | MDL No. 2179 <br><br> SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * <br> * | JUDGE:  BARBIER <br><br> MAGISTRATE:  SHUSHAN |
| The Orleans Parish School Board v. BP, PLC, et al. | * <br> * <br> * | |
| Civil Action Nos.:<br>2:12-cv-2235, 2:13-cv-1448, and<br>10-md-2179 | * | |

## ORDER

Upon consideration of the foregoing Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that all claims by the Orleans Parish School Board in the above-captioned actions are hereby dismissed with prejudice against the following defendants, with each party to bear its own respective costs:  BP EXPLORATION AND PRODUCTION, INC.; BP, PLC; BP AMERICA, INC.; BP PRODUCT NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; CAMERON INTERNATIONAL CORPORATION; M-I, LLC; WEATHERFORD U. S. L. P.; ANADARKO PETROLEUM CORPORATION COMPANY; ANADARKO E&P COMPANY, L.P.; MOEX OFFSHORE 2007 LLC; MOEX U.S.A. CORP.; and MITSUI OIL EXPLORATION COMPANY LTD.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
CARL J. BARBIER- DISTRICT JUDGE