UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| THIS DOCUMENT APPLIES TO: | * * | JUDGE:  BARBIER |
| The Sewerage and Water Board of New Orleans v. BP, PLC, et al. | * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:13-cv-01412, and 10-md-2179 | * | |

## ORDER

Upon consideration of the foregoing Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that all claims by the Sewerage and Water Board of New Orleans in the above-captioned actions are hereby dismissed with prejudice against the following defendants, with each party to bear its own respective costs:  BP EXPLORATION AND PRODUCTION, INC.; BP, PLC; BP AMERICA, INC.; BP PRODUCT NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; SPERRY DRILLING SERVICES, a division of HALLIBURTON ENERGY SERVICES, INC.; TRANSOCEAN LTD; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC; TRANSOCEAN DEEPWATER, INC.; and TRANSOCEAN HOLDINGS, LLC.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
CARL J. BARBIER- DISTRICT JUDGE