UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION J <br> JUDGE BARBIER |
| Applies to: No. 13-01378 and <br> No. 10-09999 <br> *Document Nos. 334 & 336* | * * * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

NOW COMES PLAINTIFF, SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY – WEST (ALGIERS LEVEE DISTRICT and WEST JEFFERSON LEVEE DISTRICT), through undersigned counsel, who files this Motion to Dismiss with Prejudice, who upon suggesting to the Court that all claims and demands by plaintiff against defendants, BP p.l.c., BP Corporation North America Inc. ("BPCNA"), BP Exploration and Production, Inc. ("BPXP"), and any parents, subsidiaries, affiliates, successors, assigns, officers, directors, employees, agents and representatives of any of the foregoing, have been settled and compromised, pray that this suit against the above-named defendants, be dismissed with prejudice. Plaintiff reserves all rights against all parties not specifically named herein.

Respectfully submitted:

COLVIN LAW FIRM,

*/s/ David L. Colvin*

DAVID L. COLVIN, Bar No. 4353
JEFFERY P. BROTHERS, Bar No. 22279
TRAVIS J. CAUSEY, JR., Bar No. 16853
SHELLY R. HALE, Bar No. 34578
230 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
davec@dcolvinlaw.com

HARRY L. CAHILL, III, Bar No. 18154
3361 General Degaulle Drive
New Orleans, LA 70114
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2015. Additionally, copies of the above motion and order have been sent via electronic mail to lge@freehgroup.com and maria.travis@bp.com as per the instructions of this Court.

DAVID L. COLVIN

ATTORNEY FOR PLAINTIFF