## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig

    "Deepwater Horizon" in the Gulf

of Mexico, on April 20, 2010

Applies to:  10-2771 and

Record No.: 10-9999

MDL NO. 2179
SECTION J
JUDGE BARBIER
MAGISTRATE
JUDGE SHUSHAN

_____/

### CITY OF MARY ESTHER, FLORIDA'S
### MOTION TO DISMISS

COMES NOW, CITY OF MARY ESTHER, FLORIDA, by and through its undersigned counsel, and files this, its Motion to Dismiss all claims and, pursuant thereto, states as follows:

1.    City of Mary Esther, Florida has agreed to a settlement.  In accordance with the terms of the settlement, the parties jointly move to dismiss with prejudice all claims on the grounds that this matter has been fully and finally compromised.

WHEREFORE, PREMISES CONSIDERED, CITY OF MARY ESTHER, FLORIDA, requests that the Court enter an order dismissing all claims and such further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF Filing System, and furnished electronically to lge@freehgroup.com and maria.travis@bp.com this 21st day of August, 2015.

BY:    /s/Hayward Dykes, Jr.
       Hayward Dykes, Jr.
       Conerly, Bowman & Dykes
       Florida Bar No. 560162
       Post Office Box 6944
       Destin, Florida 32550
       Telephone: (850) 837-5118
       Facsimile: (850) 424-7000
       *Attorney for Defendant, City of Mary Esther*