IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| | MAGISTRATE |
| of Mexico, on April 20, 2010 | JUDGE SHUSHAN |
| Applies to: 10-2771 and | |
| Record No.: 10-9999 | |

_____/

## ORDER DISMISSING CASE

COMES NOW, CITY OF MARY ESTHER, FLORIDA, by and through its undersigned counsel, and requests that this Court dismiss the above captioned case with prejudice. This Court, being duly advised, now finds that the above-captioned case should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED that CITY OF MARY ESTHER, FLORIDA'S Motion to Dismiss is granted and the above captioned case is hereby dismissed with prejudice.

Done in _____, Louisiana, this _____ day of August, 2015.

_____
MAGISTRATE JUDGE SHUSHAN

1