IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| | SECTION J |
| "Deepwater Horizon" in the Gulf | JUDGE BARBIER |
| | MAGISTRATE |
| of Mexico, on April 20, 2010 | JUDGE SHUSHAN |
| Applies to: 10-2771 and | |
| Record No.: 10-9999 | |

_____/

### CITY OF FT. WALTON BEACH, FLORIDA'S
### MOTION TO DISMISS

COMES NOW, CITY OF FT. WALTON BEACH, FLORIDA, by and through its undersigned counsel, and files this, its Motion to Dismiss all claims and, pursuant thereto, states as follows:

1. City of Ft. Walton Beach, Florida has agreed to a settlement. In accordance with the terms of the settlement, the parties jointly move to dismiss with prejudice all claims on the grounds that this matter has been fully and finally compromised.

WHEREFORE, PREMISES CONSIDERED, CITY OF FT. WALTON BEACH, FLORIDA, requests that the Court enter an order dismissing all claims and such further relief as the Court deems just and proper.

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF Filing System, and furnished electronically to lge@freehgroup.com and maria.travis@bp.com this 21st day of August, 2015.

> BY: /s/Hayward Dykes, Jr.
> Hayward Dykes, Jr.
> Conerly, Bowman & Dykes
> Florida Bar No. 560162
> Post Office Box 6944
> Destin, Florida 32550
> Telephone: (850) 837-5118
> Facsimile: (850) 424-7000
> *Attorney for Defendant, City of Ft. Walton Beach*

2