IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                          MDL NO. 2179
                                                          SECTION J
"Deepwater Horizon" in the Gulf                          JUDGE BARBIER
                                                          MAGISTRATE
of Mexico, on April 20, 2010                             JUDGE SHUSHAN

Applies to:  10-2771 and

Record No.: 10-9999

_____/

## ORDER DISMISSING CASE

COMES NOW, CITY OF FT. WALTON BEACH, FLORIDA, by and through its undersigned counsel, and requests that this Court dismiss the above captioned case with prejudice.  This Court, being duly advised, now finds that the above-captioned case should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED that CITY OF FT. WALTON BEACH, FLORIDA'S Motion to Dismiss is granted and the above captioned case is hereby dismissed with prejudice.

Done in _____, Louisiana, this _____ day of August, 2015.


_____
MAGISTRATE JUDGE SHUSHAN