UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO: 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-01132-CJB-SS | MAGISTRATE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Port of South Louisiana, through undersigned counsel, hereby moves to dismiss this action with prejudice against defendant, BP Exploration & Production, Inc. In support of this Motion, plaintiff represents that all claims against the Defendant have been fully and finally compromised.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant its present Motion and dismiss this action with prejudice.

Respectfully Submitted:

**WILLIAMS LAW GROUP, L.L.C.**

*/s/ Conrad S.P. Williams, III*
**CONRAD S.P. WILLIAMS, III (#14499)**
**MEREDITH R. DURHAM. (#33112)**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: 985-876-7595
Facsimile: 985-876-7594
Email: Duke@williamslawgroup.org
Email: Meredith@williamslawgroup.org
Attorneys for Plaintiff, Port of South Louisiana

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2015.

*Conrad S.P. Williams, III*
Conrad S.P. Williams, III