UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010** | **MDL NO: 2179** |
| | **SECTION: J** |
| **This Document Relates to:** | **JUDGE BARBIER** |
| **2:13-cv-01132-CJB-SS** | **MAGISTRATE SHUSHAN** |

## ORDER

**CONSIDERING** the foregoing Motion to Dismiss with Prejudice, it is **HEREBY ORDERED** that all claims and causes of action asserted by the Port of South Louisiana, Plaintiff herein, are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE CARL BARBIER