UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO: 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| 2:13-cv-01468-CJB-SS | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** the foregoing Motion to Dismiss with Prejudice, it is **HEREBY ORDERED** that all claims and causes of action asserted by the Port of South Louisiana, Plaintiff herein, are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**JUDGE CARL BARBIER**