UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| 2:10-cv-09999; 2:10-cv-2771 | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Greater Lafourche Port Commission, who respectfully moves this honorable Court to dismiss all claims and causes of action – except for and reserving claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Sperry Drilling Services, and Halliburton Energy Services, Inc. – asserted in MDL No. 2179, 2:10-cv-09999, 2:10-cv-2771, and all other similar pleadings, if any. Plaintiffs file this Motion to Dismiss with Prejudice pursuant to Paragraph 5 of the Full and Final Release, Settlement, and Covenant Not to Sue executed by the parties, each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss with prejudice all claims and causes of action asserted in the above cited pleadings– except for and reserving claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Sperry Drilling Services, and Halliburton Energy Services, Inc. – each party to bear its own costs and attorneys' fees.

Date: August 19, 2015

Respectfully Submitted:

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar Roll #5486)
D. Blayne Honeycutt (La. Bar Roll #18265)
Wanda J. Edwards (La. Bar Roll #27448)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Email: calvinfayard@fayardaw.com
Email: dbhoneycutt@fayardlaw.com
Email: wandaedwards@fayardlaw.com
*Attorneys for the Plaintiff*

and

/s/ Bryce Autin
Bryce Autin (La. Bar Roll #29073)
P.O. Box 490
Galliano, LA 70354
Email: brycea@portfourchon.com
*General Counsel for the Port Commission*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Dismiss with Prejudice has been served on All Counsel by uploading same to Lexis Nexis File & Serve in accordance with the Court's PTO No. 12, and electronically filed with the Clerk of Court for the United States District Court of the Eastern District of Louisiana, via the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of August, 2015. Additionally, copies of the above motion and order have been sent via electronic mail to lge@freehgroup.com and maria.travis@bp.com as per the instructions of this Court.

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.