UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT APPLIES TO: | JUDGE BARBIER |
| 2:10-cv-09999; 2:10-cv-2771 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the foregoing Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED, that all claims by the Greater Lafourche Port Commission – except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, Sperry Drilling Services, and Halliburton Energy Services, Inc. – in 2:10-md-2179, 2:10-cv-09999, 2:10-cv-2771, and all other similar pleadings, if any, be and the same are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Court Judge