UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| Applies to: 10-2771 and | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01480 and 10-09999; Rec. Doc. 311 | |
| | MAGISTRATE JUDGE SHUSHAN |

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Southeast Louisiana Flood Protection Authority - East and also Orleans Levee District, East Jefferson Levee District, and Lake Borgne Basin Levee District, who respectfully move this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01480-CJB-SS (Southeast Louisiana Flood Protection Authority - East et al v. BP Exploration & Production, Inc. et al) and Short Form Rec. Doc. 311 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiffs respectfully move this Court to dismiss all claims and causes

of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-01480-CJB-SS and Short Form Rec. Doc. 311 filed in 2:10-cv-09999 with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

| | |
|---|---|
| Dated August 21, 2015 | Respectfully submitted: |

*/s/ Christine Sevin Fayard, Esq.*
Walter J. Leger, Jr., Esq.  (08278) "T.A"
Franklin G. Shaw, Esq., (01594)
Christine Sevin Fayard, Esq.  (32683)
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com
          fshaw@legershaw.com
          csevin@legershaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21 day of August, 2015.

                                                *s/ Christine Sevin Fayard*

                                                Christine Sevin Fayard, Esq.