UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| *THE SCHOOL BOARD OF MARTIN COUNTY* | |
| *10-9999; Rec. Doc. 125* | **MAGISTRATE JUDGE SUSHAN** |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, THE SCHOOL BOARD OF MARTIN COUNTY, who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Short Form Document 125 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore

Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Short Form Document 125 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated:  August 21, 2015

Respectfully Submitted,

     /s/ Frank M. Petosa
Frank M. Petosa, Esquire
Morgan & Morgan
Complex Litigation Group
600 North Pine Island Road
Suite 400
Plantation, FL 33324
Phone:  (954) 318-0268
Facsimile: (954) 327-3018
Email: fpetosa@forthepeople.com
Website:     www.forthepeople.com
*Attorneys for The School Board of Martin County*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21th day of August, 2015. Additionally, a copy of the above and foregoing has been sent via electronic mail to lge@freehgroup.com and to maria.travis@bp.com on this 21st day of August, 2015, as per the instructions of this Honorable Court.

     /s/ Frank M. Petosa
Frank M. Petosa, Esquire

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| *THE SCHOOL BOARD OF MARTIN COUNTY* | |
| 10-9999; Rec. Doc. 125 | **MAGISTRATE JUDGE SUSHAN** |

**ORDER**

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in Short Form Document 125 and filed in 2:10-cv-09999 are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____

JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE