UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION "J" |
| **Applies to: 10-2771** and | JUDGE:  BARBIER |
| *The City of Key West, Florida v. BP Exploration & Production, Inc., et al.*, Civil Action No: 2:13-cv-02947-CJB-SS | MAGISTRATE: SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Parties' agreement to settle this cause, Plaintiff, The City of Key West, Florida, moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *The City of Key West, Florida v. BP Exploration & Production, et al.*, Civil Action No. 2:13-cv-02947-CJB-SS.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *The City of Key West, Florida v. BP Exploration & Production, et al.*, Civil Action No. 2:13-cv-02947-CJB-SS.

DATED:  August 21, 2015.

*/s/ Gary A. Davis*
Gary A. Davis (admission *pro hac vice*)
DAVIS AND WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
Phone: (828) 622-0044

>Shawn D. Smith (Fla. Bar No. 138754)
>City Attorney
>City of Key West, Florida
>3128 Flagler Avenue
>Key West, FL 33040
>Phone: (305) 809-3770
>Fax: (305) 809-3771
>
>Jeff Friedman (admission *pro hac vice*)
>FRIEDMAN, DAZZIO, ZULANAS &
>BOWLING
>3800 Corporate Woods Drive
>Birmingham, AL 35243
>Phone: (205) 278-7000
>Fax: (205) 278-7001
>
>Edward R. Jackson (admission *pro hac vice*)
>JACKSON, FIKES, HOOD & BRAKEFIELD
>1816 Third Avenue, Suite 200
>Jasper, AL 35501
>Phone: (205) 387-2171
>
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2015, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

>*/s/ Gary A. Davis*
>Gary A. Davis