# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION "J" |
| **Applies to: 10-771** and | JUDGE:  BARBIER |
| *Utility Board of the City of Key West, Florida v. BP Exploration & Production, Inc.*, *et al.*, Civil Action No. 2:13-cv-03030-CJB-SS | MAGISTRATE: SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Parties' agreement to settle this cause, Plaintiff, Utility Board of the City of Key West, Florida, moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *Utility Board of the City of Key West, Florida v. BP Exploration & Production, Inc., et al.*, Civil Action No. 2:13-cv-03030-CJB-SS.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *Utility Board of the City of Key West, Florida, v. BP Exploration & Production, Inc., et al*., Civil Action No. 2:13-cv-03030-CJB-SS.

DATED:  August 21, 2015.

    */s/ Gary A. Davis*
Gary A. Davis (admission *pro hac vice*)
DAVIS AND WHITLOCK, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
Phone: (828) 622-0044
Fax: (828) 398-0435
gadavis@enviroattorney.com

Nathan E. Eden (Fla. Bar No. 114752)
NATHAN E. EDEN, PA
302 Southard St.
Suite 205
Key West, FL 33040-8405
305-294-5588
305-295-2828 (fax)

Jeff Friedman (admission *pro hac vice*)
FRIEDMAN, DAZZIO, ZULANAS & BOWLING
3800 Corporate Woods Drive
Birmingham, AL 35243
Phone: (205) 278-7000
Fax: (205) 278-7001

Edward R. Jackson (admission *pro hac vice*)
JACKSON, FIKES, HOOD & BRAKEFIELD
1816 Third Avenue, Suite 200
Jasper, AL 35501
Phone: (205) 387-2171

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2015, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Gary A. Davis*
Gary A. Davis