## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 SECTION "J" |
| **Applies to: 10-771** and | JUDGE: BARBIER |
| *Utility Board of the City of Key West, Florida v. BP Exploration & Production, Inc., et al.,* Civil Action No. 2:13-cv-03030-CJB-SS | MAGISTRATE: SHUSHAN |

## ORDER

Plaintiff's Motion to Dismiss with Prejudice all claims and causes of action asserted against Defendants in the matter of *Utility Board of the City of Key West, Florida v. BP Exploration & Production, et al.,* Civil Action No. 2:13-cv-03030-CJB-SS, are hereby DISMISSED WITH PREJUDICE with Plaintiffs and dismissed Defendants to each bear their own costs and attorneys' fees.

New Orleans, Louisiana, this _____ of _____, 2015.

JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE