UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:   Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | **SECTION J** |
| **Of Mexico, on April 20, 2010** | **JUDGE BARBIER** |
| **Applies to:  10-2771** and | |
| *Civil Action No. 10-9999;* | |
| *Rec. Doc. 199* | **MAG. JUDGE SHUSHAN** |

## ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that the Defendants in the above numbered and entitled cause are hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE