UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

### *EX-PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO FILE RESPONSE

**NOW INTO COURT**, through undersigned counsel, come Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran (collectively, "Claimants"), who respectfully request a thirty day extension of their time to file a Response or Opposition to the Motion for Return of Payments, filed by the Deepwater Horizon Economic Claims Center ("DHECC") (Rec. Doc. 14761), with respect to certain claims made by them in the above-captioned matter.

In that regard, the DHECC and Special Master Louis Freeh filed a Motion for Return of Payments made to Claimants from Vessels the *Sir Lawrence*, the *Capt T*, the *Lady Kathleen* and Others. Rec. Doc. 14761. The Motion concerns six separate claims filed on behalf of three different vessels, involves voluminous documentation regarding the claims, and references multiple other claims filed by different entities. *See* Rec. Doc. 14761. Undersigned counsel did not represent Claimants in the filing of the claims, and therefore had to obtain and review the underlying documentation from Claimants' previous counsel, counsel for the Special Master, and Claimants. Although undersigned counsel has been working diligently to obtain the documentation and assess the claims, significant review and analysis is still needed.

The deadline to file a Response or Opposition to the Motion is currently set for August 26, 2015.  Counsel previously requested, with the consent of counsel for the Special Master, a thirty day extension of time to file a response to the Motion.  However, investigation of the claims and obtaining the relevant documentation has taken longer than anticipated.  Counsel therefore submits that they need additional time to review the underlying claims filed and to formulate a response or opposition on Claimant's behalf.  Claimants therefore request that they be granted a thirty day extension of time, or until September 25, 2015, to file their response or opposition to the Motion.

Counsel for Claimants contacted Gregory Paw, counsel for Special Master Louis Freeh, who stated that he would not object to the request for a thirty day extension of time for Claimants to respond.

**WHEREFORE**, Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran respectfully request that the Court grant them a thirty day extension, or until September 25, 2015, of the deadline to file a response or opposition to the Motion for Return of Payments.

Respectfully submitted

*/s/ Ellie T. Schilling*
William P. Gibbens, 27225| billy@semmlaw.com
Ellie T. Schilling, 33358 |ellie@semmlaw.com
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051

Attorneys for Claimants, Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of August, 2015.

*/s/ Ellie T. Schilling*
ELLIE T. SCHILLING