UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|    "DEEPWATER HORIZON" IN THE | : | |
|    GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

**ORDER**

Considering the foregoing *Ex-Parte* Motion and Incorporated Memorandum for Extension of Time to File Response;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the deadline for Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Christine Ho, Ngoc Lam, and Christopher Tran to file a Response or Opposition to the Motion for Return of Payments, filed with respect to certain claims by the Deepwater Horizon Economic Claims Center (Rec. Doc. 14761), be and hereby is extended for thirty days, or until September 25, 2015.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE