UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL NO. 2179

SECTION J

Applies to: 10-2771
and 10-9999
Rec. doc. 164

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## MOTION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

OKALOOSA COUNTY, FLORIDA, by and through its undersigned attorney, pursuant to the Full and Final Release, Settlement and Consent Not to Sue entered into by OKALOOSA COUNTY, FLORIDA in resolution of its claims between the parties, does hereby dismiss its lawsuit and claims filed in the above-styled cause, with prejudice.

WHEREFORE, OKALOOSA COUNTY, FLORIDA prays the Court will dismiss its lawsuit and claim with prejudice.

Respectfully submitted,

GREGORY T. STEWART
Florida Bar No. 203718
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive
Post Office Box 11008
Tallahassee, Florida 32302
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
legal-admin@ngnlaw.com
COUNSEL FOR OKALOOSA COUNTY, FLORIDA

DATED: 8-13-15

Copy furnished to:   lge@freehgroup.com **and** maria.travis@bp.com