# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY) [1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549
(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT - PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

| GOVERNMENTAL BODY OR ENTITY | |
|---|---|
| Body/Entity | Okaloosa County Board of County Commissioners |
| County/Parish | Okaloosa County |
| State | Florida |
| Primary Physical Address | 1804 Lewis Turner Boulevard |
| City/State/Zip | Fort Walton Beach, FL 32547 |

| PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT | |
|---|---|
| Name  Gregory T. Stewart | State / Bar No. (if attorney)  Fla. Bar No. 203718 |
| Address  1500 Mahan Drive, Suite 200 | Phone  (850) 224-4070 |
| City/State/Zip  Tallahassee, FL 32308 | E-Mail Address  gstewart@ngnlaw.com |
| Claim Filed with BP?   YES ☑   NO ☐  Claim No. | See Attachment A |

**Claim Type (Please check all that apply):**

☑ Loss of Tax Revenue / Income / Use
☑ Damage, Destruction, or Diminution in Value of Property
☑ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☑ Punitive Damages
☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*