# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |

**Applies to: 10-2771** and

*Civil Action No. 10-8888;*

*Rec. Doc. 131881*  　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

## MOTION FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff in the instant matter, Baton Rouge General Medical Center, who files this Motion for Dismissal. In support of this motion, the Plaintiff represents as follows:

The parties have reached a full and final settlement that disposes of all issues in this action. Accordingly, the parties respectfully request that the Court dismiss this suit with prejudice.

WHEREFORE, Plaintiff to the instant matter, Baton Rouge General Medical Center, prays that the Court dismiss this suit with prejudice.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/John S. Bradford
　　　　　　　　　　John S. Bradford
　　　　　　　　　　H. Alan McCall
　　　　　　　　　　Stephen D. Polito

STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, L.L.P.
127 W. Broad Street
Chase Bank Bldg. 4th Floor
Lake Charles, LA 70601
Ph. No.: (337) 436-9491
Fax No.: (337) 493-7210
**Counsel for Beauregard Memorial Hospital**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of _____, 2015, a true and correct copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/EFF system. Notice of this filing will be sent to all counsel of record participating in CM/ECF by operating of the court's electronic system.

s/John S. Bradford
JOHN S. BRADFORD