UNITED STATES DISTRICT COURT

EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |

**Applies to: 10-2771** and

*Civil Action No. 10-8888;*

*Rec. Doc. 131881*   **MAGISTRATE JUDGE SHUSHAN**

### ORDER

Considering the Motion for Dismissal;

**IT IS ORDERED** that the Motion for Dismissal be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter shall be dismissed, with prejudice.

Lake Charles, Louisiana, this _____ day of _____, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE