UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies To: 10-2771 and | JUDGE BARBIER |
| *City of D'Iberville, Mississippi v. BP Exploration & Production, Inc., et al.*<br>Civil Action No. 2:13-cv-02040 | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Parties' agreement to settle this cause, Plaintiff, City of D'Iberville, Mississippi, moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *City of D'Iberville, Mississippi v. BP Exploration & Production, Inc., et al.,* Civil Action No. 2:13-cv-02040.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action against Defendants asserted in the matter of *City of D'Iberville, Mississippi v. BP Exploration & Production, Inc., et al.,* Civil Action No. 2:13-cv-02040.

Respectfully Submitted, this the 21st day of August, 2015.

        CITY OF D'IBERVILLE, PETITIONER

        BY:   HORNSBY WATTS, PLLC

        BY:   */s/ W. Fred Hornsby, III* .
                    W. FRED HORNSBY, III

W. FRED HORNSBY, III
MSB NO. 100712
ATTORNEY AT LAW
1025 HOWARD AVENUE
BILOXI, MISSISSIPPI 39530
T: (228) 207-2990
F: (866) 271-4393

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 21st day of August, 2015.  Additionally, a copy of the above and foregoing has been sent via electronic mail to lge@freehgroup.com and to maria.travis@bp.com on this the 21st day of August, 2015, as per the instructions of this Honorable Court.

/s/ W. Fred Hornsby, III          .
W. FRED HORNSBY, III