UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010              SECTION J

Applies To: 10-2771 and                   JUDGE BARBIER

*City of D'Iberville, Mississippi*         MAGISTRATE JUDGE SHUSHAN
*v. BP Exploration & Production, Inc., et al.*
*Civil Action No. 2:13-cv-02040*

## ORDER

Plaintiffs' Motion to Dismiss with Prejudice all claims and causes of action asserted against Defendants in the matter of *City of D'Iberville, Mississippi v. BP Exploration & Production, Inc., et al.,* Civil Action No. 2:13-cv-02040 are hereby DISMISSED WITH PREJUDICE with Plaintiffs and dismissed Defendants to each bear their own costs and attorney's fees.

New Orleans, Louisiana, this _____ of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICTC COURT JUDGE