U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 21 2015
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and 10-9999 rec. doc. 164 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

OKALOOSA COUNTY WATER AND SEWER DEPARTMENT, a Department of OKALOOSA COUNTY, FLORIDA, by and through its undersigned attorney, pursuant to the Full and Final Release, Settlement and Consent Not to Sue entered into by the OKALOOSA COUNTY WATER AND SEWER DEPARTMENT in resolution of its claims between the parties, does hereby dismiss its lawsuit and claims filed in the above-styled cause, with prejudice.

WHEREFORE, the OKALOOSA COUNTY WATER AND SEWER DEPARTMENT prays the Court will dismiss its lawsuit and claim, with prejudice.

Respectfully submitted,

_____
GREGORY T. STEWART
Florida Bar No. 203718
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive
Post Office Box 11008
Tallahassee, Florida 32302
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
legal-admin@ngnlaw.com
COUNSEL FOR OKALOOSA COUNTY
WATER AND SEWER DEPARTMENT

DATED: 8-13-15

Copy furnished to:   lge@freehgroup.com **and** maria.travis@bp.com