# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : | MDL No.: 2179 |
| | : | Section: J |
| | : | The Hon. Carl J. Barbier |
| This Document Applies to: | : | The Hon. Sally Shushan |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned hereby enters her notice of appearance on behalf of Deepwater Horizon Economic Claims Center Claims Administrator Patrick Juneau:

    Laura S. Rahman
    Attorney at Law
    Louisiana Bar No. 24219
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
    909 Fannin Street, Suite 3300
    Houston, TX 77010
    Telephone: (713) 353-2000
    Facsimile: (713) 785-7780
    Email: laura.rahman@wilsonelser.com

DATED this 24th day of August, 2015.

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                      By:   __/s/ Laura S. Rahman_____
                              Laura S. Rahman, Esq.
                              Louisiana Bar No. 24219
                              909 Fannin Street, Suite 3300
                              Houston, TX 77010
                              Telephone: (713) 353-2000
                              Facsimile: (713) 785-7780

                              *Attorneys for Deepwater Horizon*
                              *Economic Claims Center Claims*
                              *Administrator Patrick Juneau*

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that on the 24th day of August, 2015, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to counsel by operation of the court's electronic system.

    __/s/ Lani Maile_____
    An Employee of
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-2-

837898v.1