UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STATE OF LOUISIANA *ex rel.* | * | MDL NO. 2179 |
| PLAQUEMINES PARISH SCHOOL BOARD | * | |
| | * | |
| VERSUS | * | |
| | * | SECTION "J" |
| BP, PLC *et al.* | * | |
| | * | JUDGE BARBIER |
| APPLIES TO:  NO. 2:11-CV-00348 | * | |
| | * | MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS

NOW COMES plaintiff, the State of Louisiana *ex rel*. Plaquemines Parish School Board ("PPSB"), through undersigned counsel, and, upon showing that all claims against the BP entities as defined by the Release, Settlement, and Covenant Not to Sue ("the Settlement") executed by PPSB and the BP entities, save those claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. ("the unreleased claims"), have been compromised and settled, moves pursuant to ¶5 of the Settlement to dismiss this action, reserving only the unreleased claims against the above-named defendants, said dismissal to be with prejudice, PPSB and each dismissed defendant to bear its own costs and attorneys' fees.

WHEREFORE, PPSB moves for an order dismissing all of its claims save those for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. with prejudice, PPSB and each dismissed defendant

to bear its own costs and attorneys' fees.

/s/ Robert E. Arceneaux                                    /s/ Margaret E. Woodward

_____                        _____
ROBERT E. ARCENEAUX, (No. 1199)         MARGARET E. WOODWARD.(No. 13677)
Robert E. Arceneaux, LLC                              3701 Canal Street, Suite C
47 Beverly Garden Drive                                  New Orleans, Louisiana 70119
Metairie, LA 70001                                            Telephone: 504.301.4333
Telephone: 504.833.7533                                Facsimile: 504.301.4365
Facsimile: 504.833.7612                                  Email: mewno@aol.com
Email: rea7001@cox.net

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of August, 2015.

/s/ Margaret E. Woodward