## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| **APPLIES TO:   NO.  2:11-CV-00348** | * | |
| | * | **MAG. JUDGE SHUSHAN** |

**********************************************************************************

## ORDER

ON THE ABOVE AND FOREGOING MOTION,

**IT IS ORDERED** that the claims of the Plaquemines Parish School Board against the BP entities as defined in the Release, Settlement, and Covenant Not to Sue executed by the parties be and the same are hereby dismissed, with prejudice, Plaintiff and the dismissed defendants to bear their own costs and attorneys' fees;

**IT IS FURTHER ORDERED** that this order has no bearing on Plaquemines Parish School Board's claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services Inc. , and this action will duly proceed toward the resolution of those claims.

_____

JUDGE