# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to:  10-2771 and 2:13-cv-01614 | * | JUDGE BARBIER |
| and/or 10-9999, Rec Docs. 9420, 9420-1, | * | |
| 9420-2, 9420-3 | * | MAGISTRATE JUDGE SHUSHAN |
| *(Cameron Parish School Board v. BP* | * | |
| *Exploration & Production, Inc., et al)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CAMERON PARISH SCHOOL BOARD'S MOTION TO WITHDRAW
## ITS MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **CAMERON PARISH SCHOOL BOARD**, by and through its undersigned counsel, hereby files this Motion to Withdraw its Motion for Voluntary Dismissal with Prejudice [Transaction ID 57727704].  Said Motion was filed in error on August 17, 2015.  Plaintiff will file a proper Motion for Voluntary Dismissal with Prejudice.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**


/s/ J. Lee Hoffoss, Jr.
J. LEE HOFFOSS, JR. (LA 29254)
CLAUDE P. DEVALL (LA 29148)
517 W. College Street
Lake Charles, Louisiana 70601
Telephone:   (337) 900-0000
Facsimile:    (337) 433-2055
ATTORNEYS FOR PLAINTIFF,
CAMERON PARISH SCHOOL BOARD

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all known counsel of record through dissemination of the CM/ECF System of the United States District Court in and for the Eastern District of Louisiana.

      Lake Charles, Louisiana, this 24th day of August, 2015.

                                      /s/ J. Lee Hoffoss, Jr.
                                        J. LEE HOFFOSS, JR.