UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to: 10-2771 and 2:13-cv-01614** | * | **JUDGE BARBIER** |
| **and/or 10-9999, Rec Docs. 9420, 9420-1,** | * | |
| **9420-2, 9420-3** | * | **MAGISTRATE JUDGE SHUSHAN** |
| *(Cameron Parish School Board v. BP* | * | |
| *Exploration & Production, Inc., et al* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON MOTION TO WITHDRAW

Considering the **CAMERON PARISH SCHOOL BOARD'S** foregoing Motion to Withdraw its Motion for Voluntary Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **CAMERON PARISH SCHOOL BOARD'S** Motion to Withdraw be and it is hereby GRANTED and its previously filed Motion for Voluntary Dismissal with Prejudice [Transaction ID 57727704] is HEREBY withdrawn from the record.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE