# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to:  10-2771 and 2:13-cv-01614 and/or 10-9999, Rec Docs. 9420, 9420-1, 9420-2, 9420-3 *(Cameron Parish School Board v. BP Exploration & Production, Inc., et al)* | * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, **CAMERON PARISH SCHOOL BOARD**, by and through its undersigned counsel, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) and the Full and Final Release, Settlement and Covenant Not to Sue entered in this case, the Plaintiff hereby moves to voluntarily dismiss the above captioned matter with prejudice, specifically reserving all rights for claims for punitive and exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Driling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**

/s/ J. Lee Hoffoss, Jr.
J. LEE HOFFOSS, JR. (LA 29254)
CLAUDE P. DEVALL (LA 29148)
517 W. College Street
Lake Charles, Louisiana 70601
Telephone:   (337) 900-0000
Facsimile:    (337) 433-2055
ATTORNEYS FOR PLAINTIFF,
CAMERON PARISH SCHOOL BOARD

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all known counsel of record through dissemination of the CM/ECF System of the United States District Court in and for the Eastern District of Louisiana, and through dissemination by uploading same to the Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and by electronic email copies to [lge@freehgroup.com](mailto:lge@freehgroup.com) and [maris.travis@bp.com](mailto:maris.travis@bp.com).

     Lake Charles, Louisiana, this 24th day of August, 2015.


                                             /s/ J. Lee Hoffoss, Jr.
                                             J. LEE HOFFOSS, JR.