# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: 10-2771 and 2:13-cv-01614 | * | JUDGE BARBIER |
| and/or 10-9999, Rec Docs. 9420, 9420-1, | * | |
| 9420-2, 9420-3 | * | MAGISTRATE JUDGE SHUSHAN |
| *(Cameron Parish School Board v. BP* | * | |
| *Exploration & Production, Inc., et al)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Considering the foregoing Amended Motion for Voluntary Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff, **CAMERON PARISH SCHOOL BOARD**, against all defendants be and they are hereby DISMISSED WITH PREJUDICE, specifically reserving all rights for claims for punitive and exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Driling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE