UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Applies to: 10-2771 and | * | MAG. JUDGE SHUSHAN |
| Civil Action No. 13-2652 and | * | |
| 10-9999; Rec. Doc. 421 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Pike County, Alabama, by and through counsel, respectfully moves this honorable Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-2652 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimants and BP, with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE**, Plaintiffs respectfully move this Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-CV-2652 with prejudice, with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 24, 2015

Respectfully submitted,

/s/ Rhon E. Jones
Rhon E. Jones (ASB-7747-E52R)
Grant M. Cofer (ASB-4375-Z22Y)
Email: rhon.jones@beasleyallen.com
Email: grant.cofer@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Fax No. (334) 954-7555

*Counsel for Pike County, Alabama*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system, provided notice by and through LexisNexis to all counsel of record, and electronically sent the foregoing to lge@freehgroup.com and maria.travis@bp.com.

/s/ Rhon E. Jones
Rhon E. Jones
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.