UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Applies to: 10-2771 and | * | MAG. JUDGE SHUSHAN |
| 10-9999; Rec. Doc. 194 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

It appears that all matters in this action have been compromised and settled *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc.

It is ORDERED that, *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc., this matter is DISMISSED with prejudice, plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of August, 2015.

_____
**CARL J. BARBIER**
**U.S. DISTRICT JUDGE**