UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>10-2771 and Civil Action No.:<br>2:13-cv-02585-CJB-SS | | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, East Central Harrison County Public Utility District (ECHCPUD), who respectfully moves this Honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02585-CJB-SS, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02585-CJB-SS, with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

RESPECTFULLY SUBMITTED, this the 24th day of August, 2015.

        EAST CENTRAL HARRISON COUNTY
        PUBLIC UTILITY DISTRICT (ECHCPUD),
        PLAINTIFF

        HOPKINS, BARVIÉ & HOPKINS, PLLC

        "/sMariano J. Barvié"
        MARIANO J. BARVIÉ, ESQUIRE
        MSB NO. 10324

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

        "/sMariano J. Barvié"
        MARIANO J. BARVIÉ, ESQUIRE
        MSB No. 10324
        ATTORNEY FOR PLAINTIFF

HOPKINS, BARVIÉ & BARVIE, P.L.L.C.
Mariano J. Barvié, Esq.
mbarvie@hopkins-law.com
MSB No. 10324
Post Office Box 1510
Gulfport, MS 39502
(228) 864-2200 (ofc)
(228) 868-9358 (fax)
ATTORNEYS FOR PLAINTIFF

2