## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:      OIL SPILL by the OIL RIG          MDL NO. 2179
            "DEEPWATER HORIZON" in the
            GULF OF MEXICO, on               SECTION J
            APRIL 20, 2010

THIS DOCUMENT RELATES TO:                  JUDGE BARBIER
10-2771 and Civil Action No.:
2:13-cv-02585-CJB-SS            MAGISTRATE  JUDGE SHUSHAN


### <u>ORDER</u>

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action

except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings

LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc.,

Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in

2:13-cv-02585-CJB-SS are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed

defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this the _____ day of _____, 2015.


_____
JUDGE CARL J. BARBIER,
DISTRICT COURT JUDGE