UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| Applies to: 10-2771 and | * * | MAG. JUDGE SHUSHAN |
| Civil Action No. Case 2:13-cv-01562 and/or | * * | |
| 10-9999; Rec. Doc. 470 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **The Orleans Levee District, by and through the Non-Flood Protection Asset Management Authority**, the governing authority of the non-flood protection assets of the Orleans Levee District **("plaintiff")**, and respectfully moves this Honorable Court to dismiss all claims and causes of action, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the Short Form(s), Complaint(s) and/or Answer(s) and Claim(s) in Limitation identified below with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Short Form Document Number(s) (filed in C.A. 10-9999)

Complaint EDLA Civil Action No(s).: Case 2:13-cv-01562

Answer and Claim in Limitation No(s).

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the Short Form(s), Complaint(s) and/or Answer(s) and Claim(s) in Limitation identified above with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

Respectfully submitted:

**GERARD G. METZGER, APLC**

BY:      s/Gerard G. Metzger
       **GERARD G. METZGER (#9468)**
       **CHARLES T. CURTIS, JR. (#4677)**
       **829 BARONNE ST.**
       **NEW ORLEANS, LA 70113**
       **TELEPHONE: (504) 581-9322**
       **FACSIMILE: (504) 581-2773**
       **ATTORNEYS FOR PLAINTIFF,**
       **ORLEANS LEVEE DISTRICT,**
       **BY AND THROUGH THE**
       **NON-FLOOD PROTECTION ASSET**
       **MANAGEMENT AUTHORITY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

       s/Gerard G. Metzger
       **GERARD G. METZGER**