UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| Applies to: 10-2771 and | * * | MAG. JUDGE SHUSHAN |
| Civil Action No.   Case 2:13-cv-01562 and/or | * * | |
| 20-9999; Rec. Doc. 470 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action, except for claims for punitive or exemplary damages against Transocean Inc., Tansocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the Short Form(s), Complaint(s) and/or Answer(s) and Claim(s) in Limitation identified as follows:

Short Form Document Number(s) (filed in C.A. 10-9999):

Complaint EDLA Civil Action No(s).:  Case 2:13-cv-01562  Document 1

Answer and Claim in Limitation No(s).

are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this _____ day of August, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE