UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-02554 | |
| **CITY OF NICEVILLE** | **MAGISTRATE JUDGE SUSHAN** |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, CITY OF NICEVILLE, who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02554 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

asserted in 2:13-cv-02554 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 24, 2015                    Respectfully Submitted,

                                                       /s/ Frank M. Petosa
                                                       Frank M. Petosa, Esquire
                                                       Morgan & Morgan
                                                       Complex Litigation Group
                                                       600 North Pine Island Road
                                                       Suite 400
                                                       Plantation, FL 33324
                                                       Phone:  (954) 318-0268
                                                       Facsimile: (954) 327-3018
                                                       Email: fpetosa@forthepeople.com
                                                       Website:    www.forthepeople.com
                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

                                                             By: */s/ Frank M. Petosa*
                                                             (Fla. Bar 972754)