UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J |
| **Applies to: 10-2771** and<br>Civil Action No. 2:13-cv-02554 | **JUDGE BARBIER** |
| **CITY OF NICEVILLE** | **MAGISTRATE JUDGE SUSHAN** |

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in 2:13-cv-02554 are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____

JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE