UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to: 10-2771** and | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-02949 and | **MAGISTRATE JUDGE SUSHAN** |
| 10-9999; Rec. Doc. 49 | |

**THE SCHOOL BOARD OF PALM BEACH COUNTY**

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, THE SCHOOL BOARD OF PALM BEACH COUNTY, who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02949 and Short Form Document 49 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc.,

Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02949 and Short Form Document 49 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 24, 2015                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Frank M. Petosa
　　　　　　　　　　　　　　　　　　　　　　　Frank M. Petosa, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Morgan & Morgan
　　　　　　　　　　　　　　　　　　　　　　　Complex Litigation Group
　　　　　　　　　　　　　　　　　　　　　　　600 North Pine Island Road
　　　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Plantation, FL 33324
　　　　　　　　　　　　　　　　　　　　　　　Phone: (954) 318-0268
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (954) 327-3018
　　　　　　　　　　　　　　　　　　　　　　　Email: fpetosa@forthepeople.com
　　　　　　　　　　　　　　　　　　　　　　　Website:   www.forthepeople.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Frank M. Petosa*
　　　　　　　　　　　　　　　　　　　　　　　(Fla. Bar 972754)