UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| Applies to: 10-2771 and | JUDGE BARBIER |
| Civil Action No. 2:13-cv-02902 | MAGISTRATE JUDGE SUSHAN |

**THE SCHOOL BOARD OF VOLUSIA COUNTY**

<u>**ORDER**</u>

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in 2:13-cv-02902 are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____

JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE