UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| Of Mexico, on April 20, 2010 | SECTION J |
| Applies to 10-2771 and | JUDGE BARBIER |
| Civil Action No. | |
| 10-9999; Rec. Doc 138 | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, The City of Florala, an Alabama municipality ("Plaintiff"), and respectfully moves this Honorable Court to dismiss all claims and causes of action, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the Short Form, identified below with prejudice, pursuant to the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiff and dismissed defendants to each bear their own cost and attorneys fees.

Short Form Document Number 138 (Filed in C.A. 10-9999)

**WHEREFORE,** Plaintiff respectfully moves this Court to dismiss all claims and causes of action, except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transoceans Offshore

Deepwater Drilling Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the Short Form Joinder Document Number 138 in Civil Action 10-9999 identified below with prejudice with plaintiffs and dismissed defendants to each bear their own cost and attorney's fees.

Respectfully Submitted:

**Wesley L. Laird**

BY:      s/ Wesley L. Laird
       **Wesley L. Laird**
       **Attorney for: The City of Florala**
       **501 North Main St**
       **Opp, AL 36467**
       **Ph: 334-493-9716**
       **Fax: 334-493-9715**
       **Email: wesleyllaird@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2015 I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

       s/ Wesley L. Laird
       Wesley L. Laird