UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| Of Mexico, on April 20, 2010 | SECTION J |
| Applies to 10-2771 and | JUDGE BARBIER |
| Civil Action No. | |
| 10-9999; Rec. Doc 138 | MAGISTRATE JUDGE SHUSHAN |

### ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff City of Florala's Motion for Dismissal with Prejudice of MDL 2179 Record Doc 138 and the Court being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the above referenced claim is hereby dismissed with prejudice.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, on this _____ day of _____, 2015.

_____
MAGISTRATE JUDGE SHUSHAN