UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

Applies to: 13-1719

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

ORDER

[Regarding Request of Daybrook Fisheries, Inc. to Dispose of Samples]

Daybrook Fisheries, Inc. ("Daybrook"), a menhaden fishing and processing company located in Plaquemines Parish, communicated its request to the Court for permission to dispose of menhaden samples which it has maintained since 2010.

IT IS ORDERED that: (1) by **Friday, September 25, 2015**, BP Exploration & Production, Inc. or any other interested party shall show cause why Daybrook should not be granted permission to dispose of the menhaden samples; and (2) if there is no objection to the disposal of the samples by **Friday, September 25, 2015**, an order will be issued granting Daybrook permission to dispose of the samples.

New Orleans, Louisiana, this 25th day of August, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**