UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | * * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **BP, PLC,** *ET AL.* | * | |
| | * | **MAG. JUDGE SHUSHAN** |
| **APPLIES TO: NO. 6:13-CV-1715** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, the Lafayette City-Parish Consolidated Government ("LCG"), who represents that all claims against the BP entities have been compromised and respectfully moves this Honorable Court to dismiss all claims and causes of action, *except* for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH and Halliburton Energy Services, Inc., pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between LCG and the BP entities with each party to each bear their own costs of court and attorney's fees.

WHEREFORE, LCG respectfully moves this Honorable Court to dismiss all claims and causes of action, *except* for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH and Halliburton Energy Services, Inc., with prejudice, with each party to bear their own costs of court and attorney's fees.

Respectfully submitted,

BY: /s/Michael D. Hebert
Michael D. Hebert (#17297)
City-Parish Attorney
Lafayette City-Parish Consolidated Government
201 Rue Beauregard
Lafayette, Louisiana 70508
Telephone: (337) 291.8015
Facsimile: (337) 235-1748
E-Mail: mhebert@lafayettela.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion To Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of August, 2015.

s/Michael D. Hebert
MICHAEL D. HEBERT