UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | * * | **MDL NO. 2179** |
| | * | **SECTION J** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **BP, PLC,** *ET AL.* | * | |
| | * | **MAG. JUDGE SHUSHAN** |
| **APPLIES TO: NO. 6:13-CV-1715** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based on the foregoing Motion To Dismiss,

IT IS HEREBY ORDERED that all claims and causes of action against the BP entities, *except* for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH and Halliburton Energy Services, Inc., be and are hereby dismissed with prejudice, with each party to bear their own costs of court and attorney's fees.

New Orleans, Louisiana, this _____ day of _____, 2015.

---

JUDGE CARL J. BARBIER,
UNITED STATES DISTRICT COURT JUDGE