# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 25, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30574    In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:12-CV-970

The court has granted an extension of time for filing the joint designation of the record to and including August 27, 2015, in this case.

The joint designation must be filed with the District Court, and a letter, with the joint designation attached, should be electronically filed in the Fifth Circuit, by the due date.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

Mr. William W. Blevins
Mr. Gregory A. Paw
Mr. Martin Edward Regan Jr.