UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This document relates to:<br><br>2:13-cv-01727 *The Stationer, LTD, et al. v. BP Exploration & Production, Inc., et al.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Full and Final Release, Settlement and Covenant Not to Sue entered into by the parties, Plaintiff, the St. John the Baptist Parish School Board, gives notice that all claims it has against all Released Defendants are hereby voluntarily dismissed, with prejudice, with each party to bear their own costs. All other Plaintiffs in the above-captioned matter reserve all rights against all Defendants.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
Daniel E. Becnel, Jr. (La. 2926)
P.O. Drawer H, 106 West 7th Street
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice has been served upon all counsel by electronically uploading a digital copy of same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana via CM/ECF on this 26th day of August, 2015.

/s/ Daniel E. Becnel, Jr.