## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig        **MDL NO. 2179**

       "Deepwater Horizon" in the Gulf        **SECTION J**
**JUDGE BARBIER**

       of Mexico, on April 20, 2010        **MAGISTRATE**
**JUDGE SHUSHAN**

       Applies to:  10-2771

_____/

### CITY OF FT. WALTON BEACH, FLORIDA & CITY OF
### MARY ESTHER, FLORIDA'S MOTION TO DISMISS

COMES NOW, CITY OF FT. WALTON BEACH, FLORIDA, and CITY OF MARY ESTHER, FLORIDA by and through their undersigned counsel, and files this, their Motion to Dismiss all claims and, pursuant thereto, states as follows:

1.     City of Ft. Walton Beach, Florida has agreed to a settlement.  In accordance with the terms of the settlement, the parties jointly move to dismiss with prejudice all claims on the grounds that this matter has been fully and finally compromised.

2.     City of Mary Esther, Florida has agreed to a settlement.  In accordance with the terms of the settlement, the parties jointly move to dismiss with prejudice all claims on the grounds that this matter has been fully and finally compromised.

WHEREFORE, PREMISES CONSIDERED, CITY OF FT. WALTON BEACH, FLORIDA and CITY OF MARY ESTHER, FLORIDA, requests that the Court enter an order dismissing all claims and such further relief as the Court deems just and proper.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court via the CM/ECF Filing System, and furnished electronically to lge@freehgroup.com and maria.travis@bp.com this 26th day of August, 2015.

BY:   /s/Hayward Dykes, Jr.
           Hayward Dykes, Jr.
           Conerly, Bowman & Dykes
           Florida Bar No. 560162
           Post Office Box 6944
           Destin, Florida 32550
           Telephone: (850) 837-5118
           Facsimile: (850) 424-7000
           *Attorney for Defendant, City of Ft. Walton Beach and City of Mary Esther*