IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) | Section: J(1) Judge: Barbier Magistrate: Shushan |
| This Document Relates To: Case No.: 2:10-CV-08888 (Rec. Doc. 118112) | ) ) ) ) ) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. is **GRANTED**. All correspondence, notice, and service to the Plaintiff shall

be mailed to :          Roy Andrew Sylve
125 Johnson St.
Port Sulphur, LA 70083
(504) 656-7510

New Orleans, Louisiana this 26th day of August, 2015.

_____
United States District Judge