U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG 2 1 2015

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                    MDL NO.  2179
      "Deepwater Horizon" in the Gulf of Mexico
      On April 20, 2010                         SECTION J

**JUDGE BARBIER**
**MAGISTRATE JUDGE SHUSHAN**

**Civil Action No. 10-9999, Rec. Doc. 173 – School District of Lee County, Florida**

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff claimant, the School Board of Lee County, Florida, moves the Court to voluntarily dismiss the subject action with prejudice.

1. Plaintiff claimant submitted the local government entity short form, record document number 1549, on April 20, 2011.

2. Plaintiff claimant subsequently submitted a presentment in support of the local government entity short form claim on January 18, 2013.

3. The plaintiff's claim has been resolved through acceptance of a settlement resolution.  Plaintiff claimant now seeks to voluntarily dismiss its claim in this matter.

Therefore, plaintiff claimant respectfully requests that the court grant this Motion for Voluntary Dismissal and dismiss its claim with prejudice.

By:_____
    KEITH B. MARTIN, ESQUIRE
    Florida Bar #0603163
    School Board Attorney
    The School District of Lee County
    2855 Colonial Blvd.
    Fort Myers, FL  33966
    (239) 337-8511
    (239) 337-8683 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Voluntary Dismissal was served by electronic mail upon Maria Travis at British Petroleum, on August 18, 2015.

By: _____

KEITH B. MARTIN, ESQUIRE
Florida Bar #0603163
School Board Attorney
The School District of Lee County
2855 Colonial Blvd.
Fort Myers, FL  33966
(239) 337-8511
(239) 337-8683 (Fax)