UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf of Mexico
On April 20, 2010

MDL No. 2179

Section J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

Civil Action No. 10-9999, Rec. Doc. 173 – School District of Lee County, Florida

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

This cause having come on to be heard upon Plaintiff Claimant's Motion for Voluntary Dismissal and the court having been fully informed in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

Plaintiff Claimant's Motion for Voluntary Dismissal is granted with prejudice. Plaintiff's claim is dismissed with prejudice.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Honorable Carl J. Barbier
District Judge
United States District Court
Eastern District of Louisiana