UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig             MDL NO. 2179

*Deepwater Horizon* in the Gulf

of Mexico, on April 20, 2010             SECTION J

Applies to:  10-2771  and                JUDGE BARBIER

Civil Action No. 10-9999
Rec Doc. 1549  150                       MAGISTRATE JUDGE SHUSHAN

## MOTION TO DISMISS ALL CLAIMS OF THE CITY OF DEMOPOLIS, ALABAMA

The City of Demopolis, Alabama, through undersigned counsel, respectfully requests this Honorable Court to dismiss the claims of the City of Demopolis, Alabama, of the above captioned cases, as full and final release, settlement and covenant not to sue previously filed by the City of Demopolis in these cases.

Dated this _18_ day of August, 2015.

William S. Poole, Jr., Attorney for
THE CITY OF DEMOPOLIS
P. O. Drawer 1130
Demopolis, AL  36732
(334) 289-2006
(334) 289-2008 (FAX)
wmpoole@bellsouth.net