UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| *Deepwater Horizon* in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| Applies to:  10-2771  and | JUDGE BARBIER |
| *Civil Action No. 10-9999*<br>*Rec Doc. 1549*  150 | MAGISTRATE JUDGE SHUSHAN |

### ORDER

Upon consideration of the Motion to Dismiss all Claims of the City of Demopolis, Alabama, all claims of the City of Demopolis, Alabama, are dismissed and released in connection with the above referred to cases with prejudice.

**DONE** and **ORDERED** this _____ day of _____, 2015.

_____
**JUDGE**