UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 21 2015
WILLIAM W. BLEVINS
CLERK

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

Applies to: (10-2771)
10-2772 and
10-9999 rec. doc. 164

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## MOTION AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

OKALOOSA COUNTY TOURIST DEVELOPMENT COUNCIL, by and through its undersigned attorney, pursuant to the Full and Final Release, Settlement and Consent Not to Sue entered into by the OKALOOSA COUNTY TOURIST DEVELOPMENT COUNCIL in resolution of its claims between the parties, does hereby dismiss its lawsuit and claims filed in the above-styled cause, with prejudice.

WHEREFORE, the OKALOOSA COUNTY TOURIST DEVELOPMENT COUNCIL prays the Court will dismiss its lawsuit and claim, with prejudice.

Respectfully submitted,

_____
GREGORY T. STEWART
Florida Bar No. 203718
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive
Post Office Box 11008
Tallahassee, Florida 32302
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
legal-admin@ngnlaw.com
COUNSEL FOR OKALOOSA COUNTY
TOURIST DEVELOPMENT COUNCIL

DATED: 8-13-15

Copy furnished to:   lge@freehgroup.com **and** maria.travis@bp.com

IN RE: OIL SPILL by "Deepwater Horizon"
LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]
Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549
(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 20 AM
LORETTA G. WHYTE
CLERK

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

**CLAIM IN LITIGATION JOINDER IN MASTER ANSWER INTERVENTION AND/OR JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT — PROTECTIVE**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

| | |
|---|---|
| Body/Entity | Okaloosa County Board of County Commissioners |
| County/Parish | Okaloosa County |
| State | Florida |
| Primary Physical Address | 1804 Lewis Turner Boulevard |
| City/State/Zip | Fort Walton Beach, FL 32547 |

### PRIMARY OFFICER, ATTORNEY OR OTHER CONTACT

| | |
|---|---|
| Name: Gregory T. Stewart | State / Bar No. (If attorney) Fla. Bar No. 203718 |
| Address: 1500 Mahan Drive, Suite 200 | Phone (850) 224-4070 |
| City/State/Zip: Tallahassee, FL 32308 | E-Mail Address: gstewart@ngnlaw.com |
| Claim Filed with BP? YES ☒ NO ☐ Claim No. | See Attachment A |

**Claim Type (Please check all that apply):**

☒ Loss of Tax Revenue / Income / Use
☒ Damage, Destruction, or Diminution in Value of Property
☒ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☒ Punitive Damages
☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*