UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| Applies to: 10-2771 and 10-9999 | JUDGE BARBIER |
| Rec. Doc. 164 | |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come to be heard on the Motion and Notice of Voluntary Dismissal With Prejudice filed by OKALOOSA COUNTY, FLORIDA, OKALOOSA COUNTY WATER AND SEWER DEPARTMENT and OKALOOSA COUNTY TOURIST DEVELOPMENT COUNCIL, as to the claim of the OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS dated April 19, 2011, and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the claim of the OKALOOSA COUNTY BOARD OF COUNTY COMMISSIONERS is dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Judge