UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

**ORDER**
[As to Motions to Voluntarily Dismiss Claims Filed Between 8/14/15 and 8/20/215]

Following the recent settlements between BP and many local government entities, multiple motions to voluntarily dismiss claims or cases have been filed. This order disposes of motions that were filed between August 14 and August 20, 2015. If a motion to voluntarily dismiss was filed during this time but is not addressed in this order, it is likely because the motion was deemed deficient, etc., by the Clerk of Court. Voluntary dismissal motions filed after August 20, 2015, will be addressed in a subsequent order.

Counsel are encouraged to use whenever possible a notice of voluntary dismissal under Federal Rule 41(a)(1)(A), rather than a motion, as these do not require an order. Counsel are also reminded that they should file a single, omnibus notice or motion whenever practical, rather than multiple filings that seek identical relief for different clients.[1] That said,

IT IS ORDERED that the following motions to voluntarily dismiss claims are GRANTED as requested in the motions: Rec. Docs. 15018-15021, 15024, 15027, 15029, 15030, 15031, 15035, 15036-15040, 15053, 15062, 15064, 15065, 15069, 15084, 15092-15095, 15098-15100, 15102-15105, 15111, 15115, 15119-15134, 15136, 15137, 15139-15143, 15149, 15151.

---

[1] For an example of an omnibus notice of voluntary dismissal, see Rec. Doc. 15022.

New Orleans, Louisiana, this 26th day of August, 2015.

_____
United States District Judge