UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on     SECTION J
APRIL 20, 2010

APPLIES TO:     JUDGE BARBIER
CASE NO.: 10-2771     MAGISTRATE JUDGE SHUSHAN

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gulfport School District, who respectfully moves this Honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Case No.: 10-2771, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Case No.: 10-2771, with prejudice with plaintiffs and dismissed defendants to each bear their own costs and attorneys fees.

RESPECTFULLY SUBMITTED, this the 27th day of August, 2015.

>GULFPORT SCHOOL DISTRICT, PLAINTIFF
>
>HOPKINS, BARVIÉ & HOPKINS, PLLC
>
>"/sMariano J. Barvié"
>MARIANO J. BARVIÉ, ESQUIRE
>MSB NO. 10324

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

>"/sMariano J. Barvié"
>MARIANO J. BARVIÉ, ESQUIRE
>MSB No. 10324
>ATTORNEY FOR PLAINTIFF

HOPKINS, BARVIÉ & BARVIE, P.L.L.C.
Mariano J. Barvié, Esq.
mbarvie@hopkins-law.com
MSB No. 10324
Post Office Box 1510
Gulfport, MS 39502
(228) 864-2200 (ofc)
(228) 868-9358 (fax)
ATTORNEYS FOR PLAINTIFF