UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     OIL SPILL by the OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on     SECTION J
APRIL 20, 2010

APPLIES TO:     JUDGE BARBIER
Case No.: 10-2771     MAGISTRATE JUDGE SHUSHAN

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Case No. 10-2771 relating to the Gulfport School Distrcit are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

New Orleans, Louisiana, this the _____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER,
DISTRICT COURT JUDGE