UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| No. 13-5121 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Cunningham Bounds, LLC's Motion to Withdraw as counsel of record for JPC Properties, LLC. (Rec. Doc. 15116). The motion fails to comply fully with Local Rule 83.2.11, particularly the requirements that the motion contain the client's telephone number, if the client can be reached by telephone, and a certification that the motion was served on the client by certified mail, or an affidavit stating why service was not made. Accordingly,

IT IS ORDERED that the Motion to Withdraw (Rec. Doc. 15116) is DENIED without prejudice.

New Orleans, Louisiana, this 26th day of August, 2015.

_____
United States District Judge