UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-02836, 2:13-cv-02560, | **MAGISTRATE JUDGE SUSHAN** |

2:13-cv-02731, 2:13-cv-02562, 2:13-cv-02712,

2:13-cv-02732, 2:13-cv-02838, 2:13-cv-02848,

2:13-cv-03407, 2:13-cv-02735, 2:13-cv-03013,

2:13-cv-02849,2:13-cv-02882, 2:13-cv-02833 and

2:13-cv-02881

And 10-9999; Rec. Doc. 215, 98, 95, 31, 201, 101, 220,

144, 186, 103, 17, 59, 104, 96, 227 and 163

**OMNIBUS MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs listed below who respectfully move this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.  The following is a listing of the

governmental entities and corresponding complaint numbers and / or joinder numbers that are being dismissed:

| Client | Joinder No. | Docket No. |
|---|---|---|
| Holmes Beach City | 215 | 2:13-cv-02836 |
| Pensacola City | 98 | 2:13-cv-02560 |
| Tallahassee City | 95 | 2:13-cv-02731 |
| Escambia County | 31 | 2:13-cv-02562 |
| Escambia County School District | 201 | 2:13-cv-02712 |
| Leon County | 101 | 2:13-cv-02732 |
| Manatee County | 220 | 2:13-cv-02838 |
| Santa Rosa County | 144 | 2:13-cv-02848 |
| Calhoun County School Board | 186 | 2:13-cv-03407 |
| Leon County School District | 103 | 2:13-cv-02735 |
| Polk County School Board | 17 | 2:13-cv-03013 |
| Santa Rosa County School District | 59 | 2:13-cv-02849 |
| Wakulla County School Board | 104 | 2:13-cv-02882 |
| White Springs Town | 96 & 227 | 2:13-cv-02833 |

| | | |
|---|---|---|
| Wakulla County | 163 | 2:13-cv-02881 |

**WHEREFORE,** Plaintiffs respectfully move this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 26, 2015

By: s/ Brian H. Barr
Brian H. Barr (Fla. Bar 493041)
Wesley A. Bowden  (Fla. Bar 64217)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140
(850) 436-6140 (Fax)
bbarr@levinlaw.com
wbowden@levinlaw.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 26, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

By: <u>s/ Brian H. Barr</u>_____
Brian H. Barr (Fla. Bar 493041)
