UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| Civil Action No. 2:13-cv-02836, 2:13-cv-02560, | **MAGISTRATE JUDGE SUSHAN** |

2:13-cv-02731, 2:13-cv-02562, 2:13-cv-02712,

2:13-cv-02732, 2:13-cv-02838, 2:13-cv-02848,

2:13-cv-03407, 2:13-cv-02735, 2:13-cv-03013,

2:13-cv-02849,2:13-cv-02882, 2:13-cv-02833 and

2:13-cv-02881

And 10-9999; Rec. Doc. 215, 98, 95, 31, 201, 101, 220,

144, 186, 103, 17, 59, 104, 96, 227 and 163

**ORDER**

Based on the foregoing Omnibus Motion to Dismiss with Prejudice; the following claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., are hereby DISMISSED WITH PREJUDICE with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

| Client | Joinder No. | Docket No. |
|---|---|---|
| Holmes Beach City | 215 | 2:13-cv-02836 |
| Pensacola City | 98 | 2:13-cv-02560 |
| Tallahassee City | 95 | 2:13-cv-02731 |
| Escambia County | 31 | 2:13-cv-02562 |
| Escambia County School District | 201 | 2:13-cv-02712 |
| Leon County | 101 | 2:13-cv-02732 |
| Manatee County | 220 | 2:13-cv-02838 |
| Santa Rosa County | 144 | 2:13-cv-02848 |
| Calhoun County School Board | 186 | 2:13-cv-03407 |
| Leon County School District | 103 | 2:13-cv-02735 |
| Polk County School Board | 17 | 2:13-cv-03013 |
| Santa Rosa County School District | 59 | 2:13-cv-02849 |
| Wakulla County School Board | 104 | 2:13-cv-02882 |
| White Springs Town | 96 & 227 | 2:13-cv-02833 |
| Wakulla County | 163 | 2:13-cv-02881 |

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE