## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | *   | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | *   | |
| **of Mexico, on April 20, 2010** | *   | **SECTION "J"** |
| | *   | |
| **Applies to:  10-2771 and 2:13-cv-01614** | *   | **JUDGE BARBIER** |
| **and/or 10-9999, Rec Doc. 360** | *   | |
| *(Cameron Parish School Board v. BP* | *   | **MAGISTRATE JUDGE SHUSHAN** |
| *Exploration & Production, Inc., et al)* | *   | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
*(CORRECTIVE DOCUMENT)*

Plaintiff, **CAMERON PARISH SCHOOL BOARD**, by and through its undersigned counsel, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) and the Full and Final Release, Settlement and Covenant Not to Sue entered in this case, the Plaintiff hereby moves to voluntarily dismiss the above captioned matter with prejudice, specifically reserving all rights for claims for punitive and exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**

/s/ J. Lee Hoffoss, Jr.
J. LEE HOFFOSS, JR. (LA 29254)
CLAUDE P. DEVALL (LA 29148)
517 W. College Street
Lake Charles, Louisiana 70601
Telephone:   (337) 900-0000
Facsimile:   (337) 433-2055
ATTORNEYS FOR PLAINTIFF,
CAMERON PARISH SCHOOL BOARD

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all known counsel of record through dissemination of the CM/ECF System of the United States District Court in and for the Eastern District of Louisiana, and through dissemination by uploading same to the Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and by electronic email copies to lge@freehgroup.com and maris.travis@bp.com.

     Lake Charles, Louisiana, this 27th day of August, 2015.


                                       /s/ J. Lee Hoffoss, Jr.
                                       J. LEE HOFFOSS, JR.