IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION,<br>    *Plaintiff*<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C.<br>    *Defendants* | *<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION:   2:13-cv-01099<br>*<br>*   CJB-SS<br>*<br>*<br>*<br>* |

**************************************

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, New Orleans City Park Improvement Association, who respectfully moves this Honorable Court for an order dismissing all claims raised by Plaintiff in the above entitled action. The parties have reached a full and final settlement of all such claims by way of a written and executed settlement document, and therefore seek the dismissal of this action, and all claims asserted therein, with prejudice.

                        **RESPECTFULLY SUBMITTED:**

                        **KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO**

                        */s/ Henry W. Kinney*_____
                        **HENRY W. KINNEY (#7410)**
                        **MICHAEL L. DESHAZO (#29833)**
                        **1250 Poydras Street, Suite 2450**
                        **New Orleans, Louisiana 70113**
                        **Telephone:   504.524.0206**
                        **Facsimile:    504.525.6216**

*Attorneys or Plaintiff*, **New Orleans City Park Improvement Association**

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 25th, 2015, a copy of the foregoing Motion for Voluntary Dismissal has been filed with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Aaron N. Maples*
**AARON N. MAPLES**