IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEW ORLEANS CITY PARK** * | | |
| **IMPROVEMENT ASSOCIATION,** * | | |
| *Plaintiff* * | | |
| * | | |
| * | | |
| * | **CIVIL ACTION:** | **2:13-cv-01099** |
| **VERSUS** * | | |
| * | **CJB-SS** | |
| **BP EXPLORATION & PRODUCTION, INC.,** * | | |
| **BP AMERICA PRODUCTION COMPANY,** * | | |
| **and BP P.L.C.** * | | |
| *Defendants* * | | |
| ****************************************** | | |

---

**ORDER**

---

Considering the foregoing Motion for Voluntary Dismissal with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims asserted in the above entitled and numbered cause by plaintiff, New Orleans City Park Improvement Association, and against defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., are hereby dismissed with prejudice, and that each party is to bear its own costs.

New Orleans, Louisiana, this _____ day of August, 2015.

_____
**UNITED STATES DISTRICT JUDGE**