IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUDUBON COMMISSION,** * <br> *Plaintiff* * <br> * <br> **VERSUS** * <br> * <br> **BP EXPLORATION & PRODUCTION, INC.,** * <br> **BP AMERICA PRODUCTION COMPANY,** * <br> **and BP P.L.C.** * <br> *Defendants* * <br> ******************************************* | **CIVIL ACTION:** 2:13-cv-01093 <br><br> **CJB-SS** |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, AUDUBON COMMISSION, who respectfully moves this Honorable Court for an order dismissing all claims raised by Plaintiff in the above entitled action. The parties have reached a full and final settlement of all such claims by way of a written and executed settlement document, and therefore seek the dismissal of this action, and all claims asserted therein, with prejudice.

        **RESPECTFULLY SUBMITTED:**

        **KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO**

        */s/ Henry W. Kinney*_____
        **HENRY W. KINNEY (#7410)**
        **MICHAEL L. DESHAZO (#29833)**
        1250 Poydras Street, Suite 2450
        New Orleans, Louisiana  70113
        Telephone:   504.524.0206
        Facsimile:    504.525.6216
        *Attorneys or Plaintiff*, **New Orleans City Park Improvement Association**

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 27th, 2015, a copy of the foregoing Motion for Voluntary Dismissal has been filed with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                           */s/ Aaron N. Maples*
                           **AARON N. MAPLES**