IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUDUBON COMMISSION** * <br> *Plaintiff* * <br> * <br> * <br> * <br> **VERSUS** * <br> * <br> **BP EXPLORATION & PRODUCTION, INC.,** * <br> **BP AMERICA PRODUCTION COMPANY,** * <br> **and BP P.L.C.** * <br> *Defendants* * <br> ****************************************** | **CIVIL ACTION:** 2:13-cv-01093 <br><br> **CJB-SS** |

**ORDER**

Considering the foregoing Motion for Voluntary Dismissal with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims asserted in the above entitled and numbered cause by plaintiff, Audubon Commission, and against defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., are hereby dismissed with prejudice, and that each party is to bear its own costs.

New Orleans, Louisiana, this _____ day of August, 2015.

_____
**UNITED STATES DISTRICT JUDGE**