UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 Section J |
|---|---|---|
| This document applies to:   C.A. 12-970 *Bon Secour Fisheries, Inc., et al.* v. BP Exploration & Production Inc., et al. | * * * * * | Honorable CARL J. BARBIER Mag. Judge SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT DESIGNATION FOR RECORD ON APPEAL

Pursuant to the August 6, 2015, Order of the United States Court of Appeal, Fifth Circuit [Doc. 00513144374], in Case No. 15-30574, the following are the Joint Designations of Record:

|   | Doc. Rec. | Date | Docket Entry |
|---|---|---|---|
| 1 | 10564 | 7/02/13 | ORDER Appointing Louis Freeh and the Freeh Group as Special Master |
| 2 | 11288 | 9/06/13 | ORDER re Special Master Louis J. Freeh's Report of September 6, 2013 |
| 3 | 12794 | 4/29/14 | ORDER & REASONS: granting Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others |
| 4 | 13468 | 10/07/14 | MOTION Of The Special Master For Return Of Payments Made To Jason Zirlott And Capt Jay, LLC by Louis J. Freeh, with attachments: # (1) Memorandum in Support, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Exhibit I, # (11) Exhibit J, # (12) Exhibit K, # (13) Exhibit L, # (14) Exhibit M, # (15) Proposed Order |
| 5 | 13855 | 12/15/14 | ORDER re MOTION Of The Special Master For Return Of Payments Made To Jason Zirlott And Capt Jay, LLC filed by Louis J. Freeh; ORDERED that any response by Zirlott and Capt Jay to the Special Master's motion shall be filed on or before December 22, 2014. Any reply by the Special Master to the response of Zirlott and Capt Jay shall be filed on or before January 9, 2015. |

| | Doc. Rec. | Date | Docket Entry |
|---|---|---|---|
| 6 | 13926 | 12/22/14 | RESPONSE/MEMORANDUM in Opposition filed by claimants Jason Zirlott and Capt. Jay LLC re MOTION Of The Special Master For Return Of Payments Made To Jason Zirlott And Capt Jay, LLC ., with attachments: # (1) Affidavit Exhibit A, # (2) Affidavit Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E) |
| 7 | 13997 | 1/09/15 | Response/Reply by Special Master Louis J. Freeh to Response/Memorandum in Opposition of claimants Jason Zirlott and Capt Jay, LLC to Motion for Return of Payments |
| 8 | 14752 | | ORDER & REASONS granting MOTION Of The Special Master For Return Of Payments Made To Jason Zirlott And Capt Jay, LLC |
| 9 | 14758 | 6/24/15 | FINAL JUDGMENT [granting Motion of the Special Master for Return of Payments Made to Jason Zirlott And Capt Jay, LLC |
| 10 | 14800 | 7/01/15 | NOTICE OF APPEAL by Jason Zirlott and Capt. Jay, LLC. |

The undersigned parties request that all exhibits to the above Recorded Documents be included in the Record for this Appeal.

    Respectfully submitted,

    */s/  Martin E. Regan, Jr.*
    Martin E. Regan, Jr. (LSB 11153)
    Regan Law Firm, PLC
    2125 St. Charles Avenue
    New Orleans, LA 70130
    Tel.: (504) 522-7260
    Fax: (504) 522-7507

    Nisha Sandhu, (LSB 30340)
    Nisha Sandhu, APLC
    PO Box 7924
    Metairie, LA 70010
    Tel.: 504-920-7310
    Email: ns.law@mac.com

    Counsel for Jason Zirlott and Capt. Jay, LLC

LOUIS J. FREEH
SPECIAL MASTER

By: /s/ Gregory A. Paw
Gregory A. Paw
Telephone: 215-981-4220
Email: paw@freehgroup.com
Counsel to the Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid or by facsimile transmission, on this 27th day of AUGUST, 2015.

/s/ Martin E. Regan, Jr.
Martin E. Regan, Jr.