## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Applies to: 10-2771 and 10-9999; Rec. Doc. 366 | : : : : : : : | MDL NO. 2179 SECTION J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
|---|---|---|

## ORDER OF DISMISSAL

Considering the foregoing Motion for Dismissal with Prejudice:

IT IS HEREBY ORDERED by this Court that all claims asserted against all named and unnamed defendants under the above cause are hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers on this _____ day of _____, 2015, in New Orleans, Louisiana.

_____
U.S. MAGISTRATE JUDGE