IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION:  J<br><br><br>HONORABLE CARL J. BARBIER |
| This Document Relates To: | *<br>* | MAGISTRATE JUDGE SHUSHAN |
| *Plaisance, et al. v. BP Exploration & Prod. Inc*, *et al.*, No. 12-CV-968 (Medical Settlement) | *<br>* | |

CLASS COUNSEL'S AND BP'S JOINT MOTION
FOR APPROVAL OF RECOMMENDED ADMINISTRATIVE CHANGES
TO THE GULF REGION HEALTH OUTREACH PROGRAM

Class Counsel and BP (collectively, the "Parties") jointly request that the Court approve two recommended administrative changes to enhance the implementation of the Gulf Region Health Outreach Program ("Outreach Program"), as permitted by section IX.G.4 of the Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement" or "MSA"). Specifically, the Parties request approval of:  1) an extension of the term of the five-year Outreach Program by 18 months; and 2) a change in the allocation of certain administrative and auditing costs of the Outreach Program during this extension period.  In support of their motion, the Parties state:

1. The Medical Settlement established the Gulf Region Health Outreach Program to benefit not only Class Members but also other residents of coastal areas in the Gulf States.  The Outreach Program provides $105 million over five years to a set of integrated programs designed to improve healthcare capacity and health literacy in the region.

2. The primary purpose of the Outreach Program is "to expand capacity for and access to high quality, sustainable, community-based healthcare services, including primary care, behavioral and mental health care, and environmental medicine in the Gulf Coast communities in Louisiana, Mississippi, Alabama, and the Florida Panhandle." MSA § IX.A.

3. Funding was initially allocated among four integrated programs ― Primary Care Capacity Project, Mental and Behavioral Health Capacity Project (with sub-grants per state (Louisiana, Mississippi, Alabama, and Florida)), Environmental Health Capacity and Literacy Project, and Community Health Workers Training Project. In March 2013, the Community Outreach Project, previously a part of the Primary Care Capacity Project, was added as a fifth program.

4. Pursuant to individual Grant Agreements, each Project received an allocable share of the $105 million in funding ("Grant Funds"), with the first distribution of funds being made in May 2012 and the last distribution scheduled for May 2016.

5. Under the terms of the Outreach Program and the budgets provided by each Project, each Project is required to use its Grant Funds for the intended purposes by May 2017 and provide a final written report ("Final Report") regarding the objectives and deliverables of the Project by November 2017. Grant Agreements, at § 4.2 and Exhibit B.

6. The Outreach Program is overseen by a Coordinating Committee, created in order to ensure that the "Gulf Region Health Outreach Program Projects. . ., to the greatest extent possible, function in a cooperative and integrated manner and have reasonable flexibility to adjust their respective implementations to respond to changed needs and circumstances." MSA at § IX.G.1. The Coordinating Committee consists of

representatives of the five Projects, as well as three members not affiliated with the Projects. Id. at IX.G.2.

7. The Medical Settlement Agreement also provides that the Claims Administrator shall annually conduct a financial audit of the Project. Id. at § IX.F.3.

8. BP is required, under the Medical Settlement Agreement, to cover the administrative and audit costs of the Coordinating Committee only through November 2017, when the Projects are currently required to submit their final reports and the Outreach Program ends. Id. at § XXII.A.

9. Under the Medical Settlement Agreement, the Coordinating Committee may make recommendations to BP, Class Counsel, and the Claims Administrator "to enhance cooperation among, and integration of the activities covered by, the Gulf Region Health Outreach Projects, and, to the extent warranted, adjustments to enhance the implementation of the respective Gulf Region Health Outreach Projects." Id. at § IX.G.4.

10. In recognition of the ongoing efforts of the Projects to create lasting and sustaining programs and expend Grant Funds in the most effective and efficient manner, and in order to enhance implementation of the goals of the Projects, the Coordinating Committee, upon the unanimous request of the Projects, has recommended to Class Counsel and BP that (i) each Project have up to an additional 18 months to spend its Grant Funds, through November 2018, with Final Reports being filed by May 2019, and (ii) given the added costs of overseeing the Projects during the extension period, the administrative costs of the Coordinating Committee, including the annual fees of the three independent members ($25,000 for each member and $50,000 for the chair) and periodic Committee meetings, and the annual audits conducted by the Claims

Administrator shall be allocated among the Projects in proportion to each Project's allocable share of the Grant Funds.

11. The Claims Administrator has provided a proposal for the added administrative costs for the 18-month extension period of $346,000, which the Parties and the Coordinating Committee recommend be accepted. Such costs would be allocated as follows:

    a. Primary Care Capacity Project: $151,619;

    b. Mental and Behavioral Health Capacity Project (Louisiana): $47,451;

    c. Mental and Behavioral Health Capacity Project (Mississippi): $27,285;

    d. Mental and Behavioral Health Capacity Project (Alabama): $27,285;

    e. Mental and Behavioral Health Capacity Project (Florida): $16,608;

    f. Environmental Health Capacity and Literacy Project: $49,429;

    g. Community Health Workers Training Project: $13,181; and

    h. Community Outreach Project: $13,142.

12. Such allocable costs would be subtracted by the Claims Administrator from the May 2016 distribution of Grant Funds, which will remain the final distribution under the Outreach Program.

13. The Grant Agreement for each Project shall be amended to reflect the changes approved by the Court.

14. Class Counsel and BP respectfully request that the Court approve these changes, as it may do under Section IX.G.4 of the Medical Settlement Agreement.

August 27, 2015                                              Respectfully submitted,

/s/ Stephen J. Herman                                        /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129                         James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN & KATZ LLC                                     DOMENGEAUX WRIGHT ROY &
820 O'Keefe Avenue                                           EDWARDS LLC
New Orleans, Louisiana 70113                                 556 Jefferson Street, Suite 500
Telephone: (504) 581-4892                                    Lafayette, Louisiana 70501
Fax No. (504) 569-6024                                       Telephone: (337) 233-3033
E-Mail: sherman@hhklawfirm.com                               Fax No. (337) 233-2796
                                                             E-Mail: jimr@wrightroy.com

*Medical Benefits Class Counsel and Lead*                    *Medical Benefits Class Counsel and Lead Class*
*Class Counsel*                                              *Counsel*

### *MEDICAL BENEFITS CLASS COUNSEL*

Brian H. Barr                                                Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                                   WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                              700 Broadway
316 South Baylen St., Suite 600                              New York, NY  10003
Pensacola, FL  32502-5996                                    Office:  (212) 558-5802
Office:  (850) 435-7045                                      Telefax: (212) 344-5461
Telefax:  (850) 436-6187                                     E-Mail:  rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit                                             Rhon E. Jones
BREIT DRESCHER IMPREVENTO &                                  BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                                 PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000                              218 Commerce St., P.O. Box 4160
Norfolk, VA  23510                                           Montgomery, AL  36104
Office:  (757) 670-3888                                      Office:  (334) 269-2343
Telefax: (757) 670-3895                                      Telefax: (334) 954-7555
E-Mail: jbreit@bdbmail.com                                   E-Mail:  rhon.jones@beasleyallen.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA
& TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS  39201
Office:  (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU
& SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW
& ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Office:  (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

| | |
|---|---|
| Joseph F. Rice | Conrad S.P. "Duke" Williams |
| MOTLEY RICE LLC | WILLIAMS LAW GROUP |
| 28 Bridgeside Blvd. | 435 Corporate Drive, Suite 101 |
| Mount Pleasant, SC  29464 | Maison Grand Caillou |
| Office:  (843) 216-9159 | Houma, LA  70360 |
| Telefax: (843) 216-9290 | Office:  (985) 876-7595 |
| E-Mail:  **jrice@motleyrice.com** | Telefax: (985) 876-7594 |
| | E-Mail:  **duke@williamslawgroup.org** |

|  |  |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>James P. Joseph<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>*Of Counsel* | */s/ Richard C. Godfrey, P.C.*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br><br>*/s/ Don K. Haycraft*          .<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of August, 2015.

*/s/ Don K. Haycraft*
Don K. Haycraft