UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "**Deepwater Horizon**" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| **Applies to: 10-2771** and | JUDGE BARBIER |
| *Civil Action No.* 10-9999; *Rec. Doc. 399* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

The matter before the Court is the Industrial Development Board of the City of Bessemer, Alabama's ("Plaintiff") Motion to Dismiss ("Motion"), which was filed on August 18, 2015. In the Motion, Plaintiff asks for leave to dismiss its claim against defendant BP Oil Company, Inc. ("BPXP). BPXP does not oppose the Motion.

For the reasons stated in the Motion, the Motion is **GRANTED**. The single claim against Defendant is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DONE this ___ day of August, 2015.

_____
SALLY SHUSHAN
U.S. MAGISTRATE JUDGE