IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| Civil Action Number:  2:13-cv-01543<br>*HOVLAND, INC. d/b/a Hovland Real Estate v. BP Exploration & Production, Inc.:  BP America Production Company;  BP America, Inc.; BP p.l.c.;  et al.* | * * * * * | |

## MOTION FOR (NOTICE OF) VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, HOVLAND, INC. d/b/a Hovland Real Estate, who submits notice of, and moves the Court for, the voluntarily dismissal of all claims and causes of action that were asserted against all Defendants in the Complaint in Case No. 2:13-cv-01543, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1.

Specifically, Plaintiff moves to voluntarily dismiss all claims and causes of action asserted, against all defendants named in the Complaint, including BP Exploration & Production, Inc., BP America Production Company;  BP America, Inc.; BP p.l.c.;  Transocean LTD; Triton Asset Leasing GmbH;  Transocean Holdings, L.L.C;  Transocean Offshore Deepwater Drilling,

Inc., and Transocean Deepwater, Inc.; Halliburton Energy Services, Inc; Sperry Drilling Services, Inc.; Anadarko Petroleum Corporation Co.; and Anadarko E&P Company LP.

2.

As none of the Defendants have filed answers or responsive pleadings, Plaintiff is entitled to voluntarily dismissal of right without stipulation or consent of Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action that were asserted in Complaint (Case No. 2:13-cv-01543) as against all Defendants, with Plaintiff and each dismissed defendant to each bear their own respective costs and attorneys fees.

This 27th day of August, 2015.

                                           Respectfully submitted:

                                           /s/ W. Bartlett Ary
                                              Louisiana Bar No.     17909
                                              Florida Bar No.       53058
                                              Texas Bar No.   24038056
                                              Virgin Islands Bar No. 455

                                           **ARY LAW FIRM, LLC**.
                                           Attorney for Plaintiff, Hovland, Inc.
                                           1100 Poydras Street
                                           Suite 2900-122
                                           New Orleans, Louisiana 70165
                                           (504) 799-2260
                                           bart@arylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I will electronically file the foregoing Motion, along with a Proposed Order, with the Clerk of Court for the United States District Court of the Eastern District of Louisiana *via* the CM/ECF System, and will serve All Counsel *via* LexisNexis File & Serve pursuant to PTO No. 12, this 28th day of August, 2015.

                                                /s/ W. Bartlett Ary