IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| Civil Action Number:  2:13-cv-01543 *Hovland, Inc. d/b/a Hovland Real Estate v. BP Exploration & Production, Inc.:  BP America Production Company;  BP America, Inc.; BP p.l.c.;  et al.* | * * * * * | |

## **ORDER**

CONSIDERING Plaintiff's Motion for Voluntary Dismissal:

IT IS HEREBY ORDERED that all claims and causes of action asserted in Complaint (Case No. 2:13-cv-01543) are hereby DISMISSED, with Plaintiff and each dismissed Defendant to bear their own costs and attorneys fees.

**SIGNED** in New Orleans, Louisiana, this _____ day of September, 2015.

_____
**HON. CARL J. BARBIER**
U.S. DISTRICT COURT JUDGE