UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| Applies to:  10-2771 and | JUDGE BARBIER |
| | |
| Civil Action No. 2:13-cv-02575 Monroe County | MAGISTRATE JUDGE SUSHAN |
| Civil Action No, 2:13-cv-02576 City of Marathon | |
| Civil Action No. 2:13-cv-02577 School Board of Monroe County | |
| Civil Action No. 2:13-cv-02578 Islamorada Village of Islands | |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the following Plaintiffs,

**Civil Action No. 2:13-cv-02575 Monroe County**

**Civil Action No, 2:13-cv-02576 City of Marathon**

**Civil Action No. 2:13-cv-02577 School Board of Monroe County**

**Civil Action No. 2:13-cv-02578 Islamorada Village of Islands**

who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling,

Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the above indicated case numbers with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE,** Plaintiffs, Monroe County, City of Marathon, School Board of Monroe County and Islamorada Village of Islands, respectfully move this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the case numbers above with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 28, 2015.                     Respectfully Submitted,

                                                     _/s/ Frank M. Petosa_____
                                                     Frank M. Petosa, Esquire
                                                     Morgan & Morgan
                                                     Complex Litigation Group
                                                     600 North Pine Island Road
                                                     Suite 400
                                                     Plantation, FL 33324
                                                     Phone: (954) 318-0268
                                                     Facsimile: (954) 327-3018
                                                     Email: fpetosa@forthepeople.com
                                                     Website:   www.forthepeople.com
                                                     *Attorneys the Plaintiffs*

**CERETIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

By:  */s/ Frank M. Petosa*
Frank M. Petosa, Esquire (FL Bar #097275)