UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| Applies to:  10-2771 and | JUDGE BARBIER |
| | |
| Civil Action No. 2:13-cv-02575 Monroe County | MAGISTRATE JUDGE SUSHAN |

**Civil Action No, 2:13-cv-02576 City of Marathon**

**Civil Action No. 2:13-cv-02577 School Board of Monroe County**

**Civil Action No. 2:13-cv-02578 Islamorada Village of Islands**

## ORDER

Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in:

**Civil Action No. 2:13-cv-02575 Monroe County**

**Civil Action No, 2:13-cv-02576 City of Marathon**

**Civil Action No. 2:13-cv-02577 School Board of Monroe County**

**Civil Action No. 2:13-cv-02578 Islamorada Village of Islands**

are hereby DISMISSED WITH PREJUDICE with plaintiffs, Monroe County, City of Marathon, School Board of Monroe County and Islamorada Village of Islands, and dismissed defendants to each bear their own costs and attorney's fees.

    New Orleans, Louisiana, this ____ day of _____, 2015.

                                                                                      _____
                                                                                       JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE