UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**                    **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
      **of Mexico, on April 20, 2010**                    **SECTION J**

**Applies to:**  *Pleading Bundle C*                    **JUDGE BARBIER**
                                             **MAGISTRATE JUDGE SHUSHAN**
**Applies to**  *10-2771 and 10-9999*

## ORDER

**[Regarding Dismissal of Local Governmental Entity Claims]**

The Court previously employed a Master Local Government Entity ("LGE") Complaint as a procedural device to facilitate the filing of short form joinders by LGEs.[1]   In light of the fact that the vast majority of LGEs who preserved their claims subsequently elected to participate in the LGE settlement with the BP Parties,[2] have executed releases, have been paid, and are filing dismissals with prejudice, there is no need to maintain the Master LGE Complaint.[3]

Accordingly, the Court hereby DISMISSES WITH PREJUDICE the Master LGE Complaint.

As to those LGEs that have not released their claims[4], only those LGEs that previously made timely presentment and previously filed either a valid short form joinder or a complaint have

---

[1] Local Government Entity Master Voluntary Answer to Complaint and Petition of Triton Asset Leasing GMBH, et al for Exoneration from or Limitation of Liability (Rule 9(h)), the Master Voluntary Claim in Limitation (No. 10-2771) (Rule 9(h)) and the Voluntary Master Complaint, Cross-Claim, and Third Party Complaint (rec. doc. 1510).

[2] BP Exploration & Production, Inc., BP America Production Company and BP p.l.c.

[3] The Court previously directed the Clerk to docket no further short form joinders by local governmental entities. (rec.doc. 14822)

[4] The Court is aware of the following LGE claimants who chose not to participate in the LGE settlement:   Mobile County School District, City of Orange Beach, Dauphin Island Park and Beach Board, Grand Isle/Grand Isle Levee District, Town of Jean Lafitte, Town of Jean Lafitte- Lafitte Area Independent Levee District, Plaquemines Parish Government, Point Au Chien Indian Tribe, City of St. Pete Beach, City of Treasure Island, Terrebonne Port Commission, and City of Cedar Key.

preserved claims.   All other LGE claims are time-barred.

Any non-time-barred LGE that has preserved unreleased claims, that has previously filed only a Short Form Joinder, and that wishes to maintain an action for such unreleased claims, shall file by September 30, 2015, a separate complaint or amended complaint that references the Short Form Joinder record document number and attach a copy of the Short Form Joinder to the Complaint.   Any claims not timely brought by a separate complaint or amended complaint as ordered herein will be deemed dismissed without further notice.

The Clerk is directed to file and docket a copy of this order in both the Master Docket for 2179 and each newly assigned case.

New Orleans, Louisiana, this 28th day of August, 2015.

**CARL J. BARBIER**
**United States District Judge**