UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 10-8888 (Rec. Doc. 122604) | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Having considered the Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. (Rec. Doc. 14999) and finding that same has merit,

IT IS ORDERED that the Motion is GRANTED and Waltzer Wiygul & Garside, L.L.C. and its individual attorneys are hereby WITHDRAWN as counsel of record for Plaintiff Bucks & Boars, LLC. Contact information:

> Bucks & Boars, LLC
> 10652 Highway 23
> Belle Chasse, LA 70037
> (504) 858-3777

Because limited liability companies must be represented by an attorney, new counsel eventually will need to enroll for Bucks & Bars, LLC, or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 28th day of August, 2015

_____
United States District Judge