UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J |
| **Applies to:**  **10-2771** and Civil Action 4:13-cv-00217-MW-CAS and 10-9999; Rec. Doc. 210 | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SUSHAN** |

**ORDER**

    Based on the foregoing Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in Civil Action No. 4:13-cv-00217-MW-CAS and Short Form Documents 210 filed in 2:10-cv-09999 is hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

    New Orleans, Louisiana, this ____ day of _____, 2015.

                                                  _____

                                                  JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE