UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| **City of Anna Maria v. BP, et. al,** | |
| Civil Action No. 2:13-cv-03014 and | **MAGISTRATE JUDGE** |
| 10-9999 Rec. Doc. 214; | **SHUSHAN** |
| **City of Palmetto v. BP, et. al,** | |
| Civil Action No. 2:13-cv-02837  and | |
| 10-9999  Rec. Doc. 221; | |
| **Collier County, Florida v. BP, et. al,** | |
| Civil Action No. 2:13-cv-02674 and | |
| 10-9999; Rec Doc. 218; and | |
| **Lee County, Florida v. BP, et. al,** | |
| Civil Action No. 2:13-cv- 02673 and | |
| 10-9999; Filed April 8, 2011; Rec. Doc. 12. | |

<u>**OMNIBUS NOTICE TO DISMISS WITH PREJUDICE**</u>

NOW INTO COURT, through undersigned counsel, the following Plaintiffs respectfully move this Honorable Court to dismiss all claims and causes of action except for claims for

punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the following cases with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimants and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees:

> City of Anna Maria, Florida v. BP, et al (Civil Action 2:13-cv-03014 and Short Form Documents 214 and filed in 2:10-cv-09999);

> City of Palmetto v. BP, et. al (Civil Action No. Civil Action No. 2:13-cv-02837 and filed in 2:10-9999; Rec. Doc. 221)

> Collier County, Florida v. BP, et al (Civil Action No. 2:13-cv-02674 and file din 2:10-cv-9999; Rec Doc. 218); and,

> Lee County, Florida v. BP, et. al, **(**Civil Action No. 2:13-cv- 02673 and 2:10-cv-9999 Filed April 8, 2011; Rec Doc 12).

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in 2:13-cv-02852 and Short Form Documents 98 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: August 28, 2015

By: s/Scott Summy
Scott Summy (Texas Bar No. 19507500)
Irma Espino (Georgia Bar No. 558220)
BARON & BUDD, P.C. .
3102 Baron & Budd, P.C.
(214) 521-3605
(214) 520-1181 (Fax)
ssummy@baronbudd.com
iespino@baronbudd.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 28, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

                                  By: s/ Scott Summy_____
                                  **Scott Summy**