UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |

| | |
|---|---|
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| **City of Anna Maria v. BP, et. al,** | |
| Civil Action No. 2:13-cv-03014 and | **MAGISTRATE JUDGE** |
| 10-9999 Rec. Doc. 214; | **SHUSHAN** |
| **City of Palmetto v. BP, et. al,** | |
| Civil Action No. 2:13-cv-02837  and | |
| 10-9999  Rec. Doc. 221; | |
| **Collier County, Florida v. BP, et. al,** | |
| Civil Action No. 2:13-cv-02674 and | |
| 10-9999; Rec Doc. 218; and | |
| **Lee County, Florida v. BP, et. al,** | |
| Civil Action No. 2:13-cv- 02673 and | |
| 10-9999; Rec. Doc. 12. | |

## OMNIBUS ORDER TO DISMISS

Based on the foregoing Notice to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean

Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in the following cases and Short Forms are hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees:

> City of Anna Maria, Florida v. BP, et al (Civil Action 2:13-cv-03014 and filed in 2:10-cv-9999, Rec. Doc. 214);

> City of Palmetto v. BP, et. al (Civil Action No. Civil Action No. 2:13-cv-02837 and filed in 2:10-9999; Rec. Doc. 221)

> Collier County, Florida v. BP, et al (Civil Action No. 2:13-cv-02674 and filed in 2:10-9999; Rec. Doc. 218); and,

> Lee County, Florida v. BP, et. al, (Civil Action No. 2:13-cv- 02673 and 2:10-cv-9999 Rec. Doc. 12).

> New Orleans, Louisiana, this ____ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE