IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater        *        MDL No. 2179
        Horizon" in the Gulf of Mexico,           *
        On April 20, 2010                         *        Section: J
                                                  *
                                                  *        Judge Carl J. Barbier
                                                  *
                                                  *        Magistrate Judge Sally Shushan
                                                  *
                                                  *
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Robert Waltman, a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _____          By: _____

Gerald Diaz, Jr                       Lynn C. Greer
Attorney for Claimant's Representative VSB No.: 29211
The Diaz Law Firm                     BrownGreer PLC
208 Waterford Square, Suite 300       250 Rocketts Way
Madison, Mississippi 39110            Richmond, Virginia 23231
(601)607-3456                         (804) 521-7200

Date: ___8-13-15___                   Date: ___8/19/15___

1