UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** Oil Spill by the Oil Rig | **MDL NO. 2179** |
| 'Deepwater Horizon' in the Gulf | |
| Of Mexico, on April 20, 2010 | Section J |
| | |
| **Applies to: 10-2771** and | **JUDGE BARBIER** |
| Civil Action 2:13-cv-02734-CJB-SS and | **MAGISTRATE JUDGE SUSHAN** |
| 10-9999; Rec. Doc. 210 | |

### AMENDED MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, City of St. Marks, who respectfully moves this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Civil Action No. 2:13-cv-02734-CJB-SS and Short Form Documents 210 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

**WHEREFORE,** Plaintiff respectfully moves this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore

Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in Civil Action No. 2:13-cv-02734-CJB-SS and Short Form Documents 210 filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: September 1, 2015

                HINKLE & FORAN, P.A.
                /s/ Donald M. Hinkle
                Donald M. Hinkle, Florida Bar No. 301027
                HINKLE & FORAN
                3500 Financial Plaza, Suite 350
                Tallahassee, FL 32312
                Phone: 850-205-2055
                Fax: 850-205-2056
                don@hinkleforan.com
                *Attorneys for the Plaintiffs*

                By: s/ Brian H. Barr
                Brian H. Barr (Fla. Bar 493041)
                Wesley A. Bowden (Fla. Bar 64217)
                LEVIN, PAPANTONIO, THOMAS,
                MITCHELL, RAFFERTY &
                PROCTOR, P.A.
                316 South Baylen Street, Suite 600
                Pensacola, Florida 32502
                (850) 435-7140
                (850) 436-6140 (Fax)
                bbarr@levinlaw.com
                wbowden@levinlaw.com

                *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

By:
HINKLE & FORAN, P.A.
/s/ Donald M. Hinkle
Donald M. Hinkle, Florida Bar No. 301027
HINKLE & FORAN
3500 Financial Plaza, Suite 350
Tallahassee, FL 32312
Phone: 850-205-2055
Fax: 850-205-2056
don@hinkleforan.com
*Attorneys for the Plaintiffs*

By: s/ Brian H. Barr
Brian H. Barr (Fla. Bar 493041)
Wesley A. Bowden (Fla. Bar 64217)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140
(850) 436-6140 (Fax)
bbarr@levinlaw.com
wbowden@levinlaw.com

*Attorneys for the Plaintiffs*