UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **'Deepwater Horizon' in the Gulf** | |
| **Of Mexico, on April 20, 2010** | **Section J** |
| | |
| **Applies to: 10-2771** and | **JUDGE BARBIER** |
| Civil Action 2:13-cv-02734-CJB-SS and | **MAGISTRATE JUDGE SUSHAN** |
| 10-9999; Rec. Doc. 210 | |

**ORDER**

Based on the foregoing Amended Motion to Dismiss with Prejudice; all claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., asserted in Civil Action No. 2:13-cv-02734-CJB-SS and Short Form Documents 210 filed in 2:10-cv-09999 is hereby DISMISSED WITH PREJUDICE with plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____

JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE