# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

*************************************************************************

THIS DOCUMENT RELATES TO: CIVIL ACTION: 2:13-cv-01093 and

CIVIL ACTION: 2:13-cv-01099

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, AUDUBON COMMISSION and NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION, who respectfully move this Honorable Court for an order dismissing all claims raised by Plaintiffs in the above entitled multi-district litigation. The parties have reached full and final settlements of all such claims by way of a written and executed settlement document, and therefore seek the dismissal of these actions, and all claims asserted therein, with prejudice.

*SIGNATURE BLOCK ON NEXT PAGE*

RESPECTFULLY SUBMITTED:

KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO

/s/ *Henry W. Kinney*
**HENRY W. KINNEY (#7410)**
**MICHAEL L. DESHAZO (#29833)**
**1250 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70113**
**Telephone:    504.524.0206**
**Facsimile:    504.525.6216**
*Attorneys or Plaintiffs*, **Audubon Commission and New Orleans City Park Improvement Association**

CERTIFICATE OF SERVICE

I hereby certify that on SEPTEMBER 1, 2015, a copy of the foregoing Motion for Voluntary Dismissal has been filed with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Aaron N. Maples*
**AARON N. MAPLES**