IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on  APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO:   CIVIL ACTION: 2:13-cv-01093 and

CIVIL ACTION: 2:13-cv-01099

## ORDER

Considering the foregoing Motion for Voluntary Dismissal with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims asserted in the above entitled and numbered cause by plaintiffs, AUDUBON COMMISSION and NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION, and against defendants, BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and BP P.L.C., are hereby dismissed with prejudice, and that each party is to bear its own costs.

New Orleans, Louisiana, this _____ day of September, 2015.

_____
**UNITED STATES DISTRICT JUDGE**