UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER

Upon consideration of motion of the Deepwater Horizon Economic Claims Center ("DHECC") for entry of default as to claimant Gill Johnson, Sr., for failure to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 13543], it is hereby ORDERED that:

1. The DHECC's motion for entry of default is GRANTED; and

2. Default is entered against Gill Johnson, Sr., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend against the DHECC's motion for return of payments.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT