UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM
IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT AS TO GILL JOHNSON, SR.

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of a default against claimant Gill Johnson, Sr. ("Johnson"), who has failed to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 13543]. For the following reasons, the motion should be granted:

1. As reported in the Special Master's certification of July 6, 2015 [Rec. Doc. 14808], Johnson received by hand delivery a copy of the DHECC's motion for return of payments and the Court's Order of June 26, 2015 [Rec. Doc. 14774].

2. The Court's Order of June 26, 2015 directed Johnson to file any response or opposition to the DHECC's motion for return of payments by July 27, 2015.

3. As of August 31, 2015, Johnson has not filed a response or opposition or otherwise defended against the DHECC's motion for return of payments. Johnson also has not filed a request for an extension of time for filing any response or opposition.

- 2 -

4. For all the reasons presented in the record, the DHECC requests that the Clerk of Court enter a default against claimant Gill Johnson, Sr.

        Respectfully submitted,

        Patrick Juneau
        Claims Administrator

        By: __/s/ Kevin Colomb_____
        Kevin Colomb
        Manager of Compliance and Internal Integrity

        Louis J. Freeh
        Special Master

        By: __/s/ Gregory A. Paw_____
        Gregory A. Paw
        Counsel to the Special Master

Dated: September 1, 2015