UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION BY THE DHECC
FOR ENTRY OF DEFAULT AS TO ALLIANCE & ASSOCIATES, LLC

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, seeking entry of default against claimant Alliance & Associates, LLC, for failure to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 14613].  The reasons supporting this motion are more fully stated in the accompanying memorandum of law.

For all the reasons stated in the record, the DHECC respectfully asks the Clerk of Court for an entry of default against claimant Alliance & Associates, LLC.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:  ___/s/  Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Louis J. Freeh
Special Master

By:  ___/s/  Gregory A. Paw_____
Gregory A. Paw
Counsel to the Special Master

Dated:  September 1, 2015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 1st day of September, 2015, by United States Mail, postage pre-paid, on the following:

Laughlin Associates, Inc.
9120 Double Diamond Parkway
Reno, Nevada 89521
*Registered Agent for*
*Alliance & Associates, LLC*

_/s/  Gregory A. Paw_____
Counsel