UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM
IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT AS TO ALLIANCE & ASSOCIATES, LLC

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of default against claimant Alliance & Associates, LLC ("Alliance"), which has failed to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 14613]. For the following reasons, the motion should be granted:

1. As reported in the Special Master's certification of July 6, 2015 [Rec. Doc. 14808], Alliance was provided a copy of the DHECC's motion for return of payments and the Court's Order of June 26, 2015 [Rec. Doc. 14774] through service by overnight courier upon the registered agent for Alliance.

2. The Court's Order of June 26, 2015 directed Alliance to file any response or opposition to the DHECC's motion for return of payments by July 27, 2015.

3. As of August 31, 2015, Alliance has not filed a response or opposition or otherwise defended against the DHECC's motion for return of payments. Alliance also has not filed a request for an extension of time for filing any response or opposition.

4. For all these reasons, the DHECC requests that the Clerk of Court enter a default against Alliance.

                                    Respectfully submitted,

                                    Patrick Juneau
Claims Administrator

By: \_\_\_/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Louis J. Freeh
Special Master

By: \_\_\_/s/ Gregory A. Paw_____
Gregory A. Paw
Counsel to the Special Master

Dated: September 1, 2015