UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** 10-2771 and *Civil Action No. 10-9999;* Rec. Doc. 345 | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

Considering the Motion for Dismissal submitted on behalf of Beauregard Memorial Hospital (Service District #2 of Beauregard Parish):

**IT IS ORDERED** that the Motion for Dismissal be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter shall be dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE