UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action Nos. 2:10-cv-0999 and 2:13-cv-01656 | * | MAGISTRATE JUDGE SHUSHAN |

_____

**MOTION TO DISMISS WITH PREJUDICE**
_____

Now into court, through undersigned counsel, comes the Terrebonne Council on Aging who, in light of having settled its claim with BPXP desires to dismiss joinders 77 and 267 and/or complain number 2:13-cv-01656 and any and all claims against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. with prejudice.

The above short-form joinders and complaint is being dismissed pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between claimant and BP with plaintiff and dismissed defendants to each bear their own costs.

Respectfully submitted:

**DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS**

BY:/s/ Stanwood R. Duval_____
C. Berwick Duval, II, (#5109)
Stanwood R. Duval, (#27732)
101 Wilson Avenue.
Post Office Box 3017
Houma, Louisiana 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 1st day of September, 2015.

/s/ Stanwood R. Duval_____
Stanwood R. Duval