UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| Civil Action Nos. 2:10-cv-0999 and 2:13-cv-01656 | * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion To Dismiss With Prejudice, it is ordered, adjudged and decreed that Terrebonne Council on Aging, Inc.'s short form joinders 77 and 267 and complaint number 2:13-cv-01656 and claim and cause of action, against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. are dismissed with prejudice, each party to bear their own costs.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2015.

_____
JUDGE