UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION J

Applies to: 10-2771 and
Civil Action No. _____ and/or
10-9999; Rec. Doc. 156

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

Entity Name: City of Andalusia, Alabama
Check 2079

## MOTION TO DISMISS ALL CLAIMS

THE CITY OF ANDALUSIA, ALABAMA has informed the Court that the City of Andalusia, Alabama has amicably settled all disputes related to the litigation captioned above, and it hereby moves the Court to dismiss with prejudice all claims filed by the City of Andalusia, Alabama in this matter.

Respectfully submitted this 27th day of August, 2015.

Mark John Christensen
Attorney for the City of Andalusia
CHRISTENSEN & CHRISTENSEN
807 East Three Notch Street
P.O. Box 507
Andalusia, Alabama 36420
334/222-7118

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____



# Christensen & Christensen
Attorneys at Law

807 East Three Notch Street
P.O. Box 507
Andalusia, Alabama 36420
Tel. (334)222-7118
christensen.attorneys@gmail.com

Mark John Christensen
*Admitted in AL, FL and GA*

Anne C. Christensen
*Admitted in AL*

August 27, 2015

Office of the Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Re:   *MDL No. 2179* (Dismissal of Claims by City of Andalusia, Alabama)

Dear Sir or Madam:

Enclosed please find the City of Andalusia, Alabama's motion to dismiss its claims in the BP Oil Spill litigation. Those claims have been settled and have been paid. Although the City of Andalusia, Alabama filed a short form joinder, it never received any record number for its document. In fact, it had not had any communication regarding this matter until this summer when the settlement proposal was made. It is for that reason that there is no Rec. Doc. Number in the caption of the enclosed documents. A proposed order is also enclosed.

Please feel free to contact me if there are further questions.

Sincerely,

*Mark John Christensen*

Mark John Christensen
Attorney for the City of Andalusia

Enclosures

cc:   ATTY FILE 933