UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and<br>Civil Action No. _____ and/or<br>10-9999; Rec. Doc. 156 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Entity Name: City of Andalusia, Alabama<br>Check 2079 | |

## ORDER DISMISSING ALL CLAIMS

THE CITY OF ANDALUSIA, ALABAMA has informed the Court that the City of Andalusia, Alabama has amicably settled all disputes related to the litigation captioned above, and it has moved the Court to dismiss all claims filed by the City of Andalusia, Alabama in this matter. The Court finds that said motion is due to be GRANTED, and it is therefore, ORDERED, ADJUDGED, and DECREED that all claims in this matter filed by the City of Andalusia, Alabama are hereby DISMISSED WITH PREJUDICE.

ORDERED this _____ day of _____, 2015.

_____
District Judge/Magistrate Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____