UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

NOTICE BY THE SPECIAL MASTER OF
SATISFACTION OF JUDGMENT BY CERTAIN CLAIM PARTICIPANTS

COMES NOW Special Master Louis J. Freeh, providing notice that the Final Judgment entered by the Court on July 1, 2015 [Rec. Doc. 14798], has been satisfied as to Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC. In support of this notice, the Special Master states as follows:

1. On June 23, 2015, the Court entered an Order & Reasons [Rec. Doc. 14747], finding that Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, among others, were jointly and severally liable with claimant Jarrod A. Burrle ("Burrle") to repay a DHECC seafood claim award paid by the DHECC to Burrle, up to the amounts specified in the Order & Reasons.

2. On July 1, 2015, the Court entered a Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, in the amount of $12,503.98, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $50,015.87.

3. On or about August 13, 2015, the trustee holding funds for Andry Lerner, LLC repaid $13,003.97, inclusive of post-judgment interest, to the DHECC. *See* Ex. A at ¶ 3

- 2 -

(declaration in proof of satisfaction).  Pursuant to Local Rule 54.5, the Final Judgment as to Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, has been satisfied.

4.  On or about August 12, 2015, the Palazzo Law Firm presented a check to the DHECC in the amount of $2,600.  As the full restitution due from Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, has been satisfied, the DHECC will return this payment to the Palazzo Law Firm.[1]

5.  Pursuant to Fed. R. Civ. P. 60(b)(5), and based upon the restitution in principal of $12,503.98 made by Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, the remaining restitution payable to the DHECC by Burrle should not exceed $37,511.89, plus post-judgment interest.

Respectfully submitted,

_____/s/  Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated:   September 2, 2015

---

[1] Pursuant to the Court's Order of July 14, 2015 [Rec. Doc. 14844], Woodbridge Baric Pre-Settlement Funding, LLC ("Woodbridge"), has deposited $24,000 into the registry of the Court as security for the Final Judgment, which is stayed as to Woodbridge pending appeal to the United States Court of Appeals for the Fifth Circuit.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   2nd    day of      September        , 2015.

/s/Gregory A. Paw
Counsel