UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

<u>O R D E R</u>

AND NOW, upon consideration of the notice by the Special Master of satisfaction of the Final Judgment entered on July 1, 2015 [Rec. Doc. 14798] as to Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, the Court finds:

1. On June 23, 2015, the Court entered an Order & Reasons [Rec. Doc. 14747], finding that Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, among others, were jointly and severally liable with claimant Jarrod A. Burrle ("Burrle") to repay a DHECC seafood claim award paid by the DHECC to Burrle, up to the amounts specified in the Order & Reasons.

2. On July 1, 2015, the Court entered a Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, in the amount of $12,503.98, plus post-judgment interest.  The Final Judgment provided that the total restitution payable to the DHECC should not exceed $50,015.87.

3. On or about August 13, 2015, the trustee holding funds for Andry Lerner, LLC, repaid $13,003.97, inclusive of post-judgment interest, to the DHECC.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall note upon the docket sheet of the case that:

1.  The Final Judgment as to Andry Lerner, LLC, Jonathan Andry, Glen Lerner, the Palazzo Law Firm and David D. Bravo, APLC, has been satisfied; and

2.  The remaining restitution payable under the Final Judgment to the DHECC by Jarrod A. Burrle shall not exceed $37,511.89, plus post-judgment interest.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Judge