UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | |
| Applies to:  10-2771 and | **JUDGE BARBIER** |
| Civil Action Nos. 2:13-cv-02733, 2:13-cv-02740, | **MAGISTRATE JUDGE SUSHAN** |
| 2:13-cv-02736, 2:13-cv-02719 and 2:13-cv-02884 | |
| And 10-9999; Rec. Doc. 195, 226, 100, 222 and 102 | |

## OMNIBUS MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs listed below who respectfully move this Honorable court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.  The following is a listing of the governmental entities and corresponding complaint numbers and / or joinder numbers that are being dismissed:

| **Client** | **Joinder No.** | **Docket No.** |
|---|---|---|
| City of Monticello, Florida | 195 | 2:13-cv-02733 |

| | | |
|---|---|---|
| Jackson County, Florida | 226 | 2:13-cv-02740 |
| Jefferson County, Florida | 100 | 2:13-cv-02736 |
| Okaloosa Gas District | 222 | 2:13-cv-02719 |
| School Board of Jefferson County | 102 | 2:13-cv-02884 |

**WHEREFORE,** Plaintiffs respectfully move this court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. they have filed with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

Dated: September 2, 2015              */s/ Curt D. Marshall*
                                       Curt D. Marshall (NY Bar 2524841)
                                       cmarshall@weitzlux.com
                                       **WEITZ & LUXENBERG, P.C.**
                                       700 Broadway
                                       New York, New York 10003
                                       Telephone:    (212) 558-5500
                                       Facsimile:    (212) 344-5461

                                       *Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system and provided notice by and through LexisNexis to all counsel of record.

*/s/ Curt D. Marshall*
Curt D. Marshall (NY Bar 2524841)