UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| 'Deepwater Horizon' in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | |
| **Applies to:  10-2771** and | **JUDGE BARBIER** |
| Civil Action Nos. 2:13-cv-02733, 2:13-cv-02740, | **MAGISTRATE JUDGE SUSHAN** |
| 2:13-cv-02736, 2:13-cv-02719 and 2:13-cv-02884 | |
| And 10-9999; Rec. Doc. 195, 226, 100, 222 and 102 | |

## ORDER

Based on the foregoing Omnibus Motion to Dismiss with Prejudice; the following claims and causes of action except for claims for punitive and exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc., are hereby DISMISSED WITH PREJUDICE with plaintiffs and dismissed defendants to each bear their own costs and attorney's fees.

| **Client** | **Joinder No.** | **Docket No.** |
|---|---|---|
| City of Monticello, Florida | 195 | 2:13-cv-02733 |
| Jackson County, Florida | 226 | 2:13-cv-02740 |
| Jefferson County, Florida | 100 | 2:13-cv-02736 |

| | | |
|---|---|---|
| Okaloosa Gas District | 222 | 2:13-cv-02719 |
| School Board of Jefferson County | 102 | 2:13-cv-02884 |

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2015.

_____
JUDGE CARL J. BARBIER, DISTRICT COURT JUDGE