U.S. DISTRICT COURT
STERN DISTRICT OF LOUISIANA

AUG 24 2015

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISINA, (New Orleans)

| | |
|---|---|
| JOSEPH CANNISTRA, et, al<br>Plaintiff, | CASE NO.: 2:-CV-30-3048-CBJ-SS<br>12-3048 |
| Vs | Lead Case No.: 2:MD-2179-CBJ-SS<br>In Re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20TH, 2010. |
| TRANSOCEAN HOLDING, L.L.C., TRANSOCEAN OFFSHORE; DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER INC.; TRANSOCEAN L.T.D.; BP AMERICAN, INC.; BP, PLC; BP EXPLORATION and PRODUCTION INC.; BP PRODUCTS NORTH AMERICA, INC.; HALLIBURTON ENERGY SERVICES, INC.; and CAMERON INTERNATIONAL CORPORATION f/k/a COOPER-CARMERN CORPORATION.<br>Defendants. | Section "J"<br><br>JURY TRIAL DEMAND<br>TENDERED FOR FILING<br><br>AUG 24 2015<br>U.S. DISTRICT COURT<br>Eastern District of Louisiana<br>Deputy Clerk |

## 10 DAY MOTION TO COMPEL OR SHOW CAUSE

**COMES NOW JOSEPH CANNISTRA,** by and through Joseph Cannistra and avers as follows:

1. I am the Plaintiff in the above styled cause.

2. That this a law suit for compensation, as a result of the oil spill caused by the Deepwater Horizon Oil Rig on the 20th day of April, 2010.

3. That there is clearly 100% liability on behalf of the defendants.

4. That this Plaintiff was the owner of a restaurant affected by this disaster.

5. That this defendant opted out of the Class Action.

6. Plaintiff filed and presented suit with argument in the United States District Court in Tampa Florida, in December, 2012, where his domicile is and the area where the restaurant was located.

```
___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. ____
```

7. That this Law Suit was transferred to the United States District Court in Louisiana, (New Orleans) as an "tag-along" case for resolution.

8. This Plaintiff once again in April, 2014, filed and served to all Defendants, a First Amended Complaint with the District Court in Louisiana.

9. To date, there has been no answer or response of any kind by any Defendant to the Complaint.

10. Plaintiff Moved for Summary Judgment in July of 2014, with no objection by Defendants, nor response whatsoever.

11. This Plaintiff contacted the District Court in Louisiana where he was told that the Court was settling cases handled by attorneys first who were part of the Class Action, and that it could be years before this Plaintiffs case would come to close.

12. This Plaintiff feels that he is being discriminated against, due to the fact that he is Pro-Se, and that the Courts, according to the case manager and law clerk, are putting him last due to this fact, (that he is Pro-Se).

13. This Plaintiff has lost his life savings, and all his inheritance, due to the fault of Defendants, and that notwithstanding the 20 Billion Dollar Fund set aside for this cause by Defendants, he is still being harmed, only this time by the Court, due to the fact that he opted out of the Class Action and went Pro-Se.

14. This Plaintiff is due and owed $1,362,177.46, (one million, three hundred sixty two thousand, one hundred seventy seven dollars, and forty six cents), plus interest and costs, and moves this Court to enter an ORDER granting him Summary Judgment and awarding him this amount, or show good cause why the Court should not within ten days of the receipt of this action.

**WHEREFORE** and in view of the foregoing, Plaintiff moves this Honorable Court to enter an O R D E R granting Summary Judgment in the amount set forth in the complaint within 10 days of the receipt of this Motion, or Show Good Cause why not, or any such other relief that this Court may deem just, proper and equitable.

Respectfully Submitted,

Joseph Cannistra, Pro-Se
1247 E. College Street
Pulaski, Tennessee 38478
email: joe7street@yahoo.co.
813-403-8587 cell phone

Joseph CANNISTRA
1247 E. College ST
Pulaski, TN. 38478

RETURN RECEIPT
REQUESTED

7015 0640 0007 3637 1163

United States District Court Pro-Se
Eastern District of Louisiana
500 Poydras St. Room C151
New Orleans, LA. 70130

U.S. POSTAGE PAID
PULASKI, TN
38478
AUG 24, 15
AMOUNT
$6.74
00085620-05