UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and<br>10-9999; Rec. Doc. 69 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lafourche Parish Recreation District No. 2, who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Form Document 69, filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Form identified above with prejudice.

1

Date:                                                            Respectfully submitted:

_Daniel Mayet, CHAIRMAN_
Signature
_DANIEL   MAYET_
Printed Name
_P.O. BOX 676_
Street Address
_RACELAND, LA   70394_
City, State, Zip Code
_985- 537- 1700_
Telephone Number

### Certificate of Service

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this __24__ day of __AUGUST__, 20__15__.

_Daniel Mayet, CHAIRMAN_
Signature

2



Recreation for all seasons
and all ages

# Lafourche Parish Recreation District No. 2

P.O. Box 676
241 Recreation Drive
Raceland, Louisiana 70394
(985) 537-1700   FAX (985) 537-1701
Email: lafourcheparishr@bellsouth.net

August 24, 2015

Ms. Gail Chauvin
United States District Court Eastern District of Louisiana
500 Poydras Street Rm C 151
New Orleans, Louisiana. 70130

Dear Ms. Gail Chauvin,

Please find the attached Motion to Dismiss and Order prepared for Lafourche Parish Recreation District No. 2 to file pro se. based on our phone conversation today on August 24, 2015. The form has been signed by the chairman of the Lafourche Parish Recreation District No.2, Daniel Mayet. According to our conversation and your advisement, the court will forward signed copies of the Motion to Dismiss and Order to the needed counsels of record. Also, it is this District's understanding that this will suffice for the pleadings to file with the Clerk of Court's office of the United States District Court, Eastern District of Louisiana.

This office received this form by email today, August 24, 2015. This Lafourche Parish Recreation District No.2 strives to proceed in due diligence. If you need any additional information from the Lafourche Parish Recreation District No.2 please email our office at rousellaa@lafourchegov.org and/or lafourcheparishr@bellsouth.net . You can contact this office by phone at (985)537-1700.

Thank you for your assistance. It was greatly appreciated.

Sincerely,

*Anthony Roussell*

Anthony Roussell
Executive Director
Lafourche Parish Recreation District No. 2
P.O. Box 676
241 Recreation Drive
Raceland, LA 70394
(985) 537-1700
(985) 537-1701 FAX
rousellaa@lafourchegov.org

Cc.  Lisa Orgeron, Asst. District Attorney