UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL NO. 2179

**PLAINTIFFS, BARBARA PATTON KING, BRENDA PATTON MCDONALD, DOYE PATTON PARKER, DONALD PATTON, LOIS PATTON, RANDALL PATTON, RICHARD PATTON, ROY PATTON, AND CAROL PATTON SHIYOU'S, MOTION TO SUBSTITUTE COUNSEL**

COME NOW, Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou, and does hereby move to substitute counsel in the above styled and numbered cause of action, and in support thereof would show as follows:

1. Jonathan P. Dyal, Matthew W. McDade, Michael D. Freeman, and M. Todd Lowther, all of Balch & Bingham, LLP, are current counsel of record for Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton; and Carol Patton Shiyou.

2. Plaintiff has notified current counsel of record that they desires new counsel in this matter. *See* termination letters to Balch & Bingham, LLP, collectively attached as Exhibit "A" hereto.

3. New counsel selected by said Plaintiffs are Jared A. Kobs, Benjamin Philley and Robert G. Barlow, III, of Kobs & Philley, PLLC. Mr. Kobs, Mr. Philley and Mr. Barlow's address is P.O. Box 2230, Madison, MS 39130-2230, their telephone number is (601) 856-7800.

4. Plaintiffs, by and through Jared A. Kobs, has requested a copy of all file materials associated with Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou's, case and the Horn Island matter that this civil action involves, but, despite numerous requests by Mr. Kobs to

current counsel, Jonathan P. Dyal, current counsel of record has not provided a copy to new counsel for future handling. New counsel has already filed an Entry of Appearance on behalf of said Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou.

5.   Consistent with L.U.Civ.R. 83.1(b)(3), and the Certificate of Service below, the undersigned is serving a true and correct copy of this Motion to their client, as well as all attorneys of record.

WHEREFORE, Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou, pray that Jonathan P. Dyal, Matthew W. McDade, Michael D. Freeman, and M. Todd Lowther, all of Balch & Bingham, LLP , be substituted without further obligation and that Jared A. Kobs, Benjamin Philley and Robert G. Barlow, III, of Kobs & Philley, PLLC be substituted as said Plaintiffs' new counsel.

RESPECTFULLY SUBMITTED, this the 7th day of August, 2015.

**DONALD PATTON**

BY: /s/ Jared A. Kobs
   JARED A. KOBS, MSB NO. 101612
   BENJAMIN N. PHILLEY, MSB NO. 101556
   ROBERT G. BARLOW, III, MSB NO. 103712
   ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com
   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

-2-

I, Jared A. Kobs, attorney for Plaintiff, do hereby certify that I have this day caused a true and correct copy of the above and foregoing document to be filed electronically with the Clerk of Court using the ECF filing system, which sent notification of such filing to the following ECF participants:

>Matthew W. McDade, Esq.
>Jonathan P. Dyal, Esq.
>BALCH & BINGHAM, LLP
>1310 Twenty Fifth Ave.
>Gulfport, MS 39501

>Michael D. Freeman, Esq.
>M. Todd Lowther, Esq.
>BALCH & BINGHAM, LLP
>P.O. Box 306
>Birmingham, AL 35201-0306

THIS, the 7th day of August, 2015.

>/s/ Jared A. Kobs
>ATTORNEY FOR PLAINTIFF