To Whom it may concern:

I, Barbara King ( Patton) am releasing Balch & Bingham as my representative and assigning this representation to KOBS & PHILEY, PLLC as my Attorney.

Signature _Barbara Patton King_

Date: _08/06/13_

Exhibit A

May 13, 2013

Atty Mark Alexander
c/o Balch and Bingham, LLP

Dear Mr Alexander:

Please be advised that — if and to whatever extent your firm represents us (or have ever represented us) — in connection with any claim of an ownership interest that we have in the Horn Island property, we wish to immediately terminate that representation, as you had recently recently advised us to do.

Please be further advised that, once we have hired an attorney relative to this claim or and to all matters related to ownership or sale of such property, we request that you forward a complete copy of your file (or any files) pertaining to us to that attorney.

RICHARD PATTON
[signature]

Donald W. Patton
[signature]

CAROL Shiyou
[signature]

LOIS PATTON
[signature]

August 20, 2013

To: Balch and Bingham
P.O. Box 130
Gulfport, MS 39502

Re: Horn Island property

This is to inform you that your services are no longer needed — if or when you ever represented me, regarding the Horn Island property.

_____   8/20/13
Roy Patton                                            (date)

notary Sandra N Walker     8/20/13
                                               (date)

[Notary Seal: STATE OF MISSISSIPPI, SANDRA L. WALKER, ID No 82728, Comm Expires Sept. 18, 2014, HARRISON COUNTY, NOTARY PUBLIC]

August 15, 2013

TO: Balch and Bingham

FROM: Richard Patton

RE: Horn Island property

This letter is to inform your firm that your services are no longer needed in representing—or if you have ever represented—me.

_____     8-19-13
(Name)                                Date

_____     8-19-13
(notary)                              Date

[Notary seal: STATE OF MISSISSIPPI, DIANE KENNEDY, ID No 71683, Comm Expires APRIL 24, 2015, HARRISON COUNTY, NOTARY PUBLIC]

August 6, 2013

TO: Balch and Bingham

FROM: Randall Patton

Re: Horn Island property

*[marked "copy"]*

If you represent me—or have ever represented me—I no longer need your services at this time.

Sincerely,

_Randall W. Patton_     Randall W. Patton     8-9-13
Name                                                                                                 Date

_Marianne R Weaver_                                           8-9-13
Notary                                                                                                 Date

*[Notary seal: STATE OF MISSISSIPPI, MARIANNE L. WEAVER, ID No. 74989, Comm Expires April 12, 2017, NOTARY PUBLIC, HARRISON COUNTY]*

August 15, 2013

TO:     Balch and Bingham

FROM: Lois LaDean P*A*++o*N*

RE:     Horn Island property

This letter is to inform your firm that your services are no longer needed in representing—or if you have ever represented—me.

_____ *Lois LaDean Patton,* LOIS LADEAN PATTON   8/19/13
(Name)                                                                                               Date

_____                                                            8/19/13
(notary)                                                                                              Date

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 104457
J. BRYAN VONDER BRUEGGE
Commission Expires
Jan. 22, 2017
HARRISON COUNTY

May 13, 2013

Atty Mark Alexander
c/o Balch and Bingham, LLP

Dear Mr Alexander:

Please be advised that — if and to whatever extent your firm represents us (or have ever represented us) — in connection with any claim of an ownership interest that we have in the Horn Island property, we wish to immediately terminate that representation, as you had recently recently advised us to do.

Please be further advised that, once we have hired an attorney relative to this claim or and to all matters related to ownership or sale of such property, we request that you forward a complete copy of your file (or any files) pertaining to us to that attorney.

Richard Patton
/s/ Richard Patton

Carol Shiyou
/s/ Carol Shiyou

Donald W. Patton
/s/ Donald W. Patton
/s/ Roy D. Patton

Lois Patton
/s/ Lois Patton
/s/ Dayl P. Parker

August 15, 2013

TO:   Balch and Bingham

FROM: Doye Parker

RE:   Horn Island property

This letter is to inform your firm that your services are no longer needed in representing—or if you have ever represented—me.

_Doye P. Parker_            8-15-2013
(Name)                                              Date

_Jennie R. Conley_           8-15-2013
(notary)                                            Date

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 92139, JENNIE R. CONLEY, Commission Expires Jan. 25, 2017, HARRISON COUNTY]

August 6, 2013

TO: Balch and Bingham

FROM: Brenda McDonald

Re: Horn Island property

If you represent me—or have ever represented me—I no longer need your services at this time.

Sincerely,

Brenda McDonald / 8/19/13

Name / Date

_[Notary signature]_ / 8/19/13

Notary / Date

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 104457, J. BRYAN VONDER BRUEGGE, Commission Expires Jan. 22, 2017, HARRISON COUNTY]