UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010      SECTION J

Applies to: 10-2771 and      JUDGE BARBIER
Civil Action No. _____ and/or
10-9999; Rec. Doc. 136      MAGISTRATE JUDGE SHUSHAN

## MOTION AND REASONS TO DISMISS

On motion of the Bayou Lafourche Band of Biloxi-Chitimacha, Isle de Jean Charles Band of Biloxi-Chitimacha-Choctaw, Inc. and the Grand Caillou/Dulac Band of Biloxi-Chitimacha-Choctaw (Biloxi Chitimacha Confederation of Muskogees, Inc.), Plaintiff's in the above entitled and numbered cause, through its undersigned counsel of record herein, and on suggesting to the Court that mover desires to dismiss the said cause against In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010, without prejudice and at Defendant's costs. For the following reasons, the individual Tribal Bands of the Biloxi Chitimacha Choctaw Confederation of Muskogees, Inc. have agreed to a settlement.

_____
JUDGE FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
ALBERT NAQUIN – ISLE DE JEAN
CHARLES BAND OF BILOXI-
CHITIMACHA-CHOCTAW, INC.

_____
SHIRELL DARDAR – GRAND
CAILLOU/DULAC BAND OF
BILOXI-CHITIMACHA-CHOCTAW

_____
RANDY VERDUN – BAYOU
LAFOURCHE BAND OF BILOXI –
CHITIMACHA

I, the notary public whose signature appears above, certify that I am not an attorney representing either party to this agreement.

_____
Notary Public Signature

State of Louisiana
Parish of Terrebonne

Sworn to and subscribed before me on the 27th day of August, 2015.

_____
David Coffman  Notary Public
Notary ID # 92938