UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 217<br><br>SECTION J |
| Applies to: 10-2771 and<br>Civil Action No. _____ and/or<br>10-9999; Rec. Doc. 136 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER

IT IS ORDERED BY THE COURT that the above entitled and numbered cause be and the same is hereby dismissed without prejudice at Defendant's costs.

THUS DONE AND SIGNED at Houma, Terrebonne Parish, Louisiana, this 26th day of August, 2015.

_____
JUDGE FOR THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
ALBERT NAQUIN – ISLE DE JEAN
CHARLES BAND OF BILOXI-
CHITIMACHA-CHOCTAW, INC.

_____
SHIRELL DARDAR – GRAND
CAILLOU/DULAC BAND OF
BILOXI-CHITIMACHA-CHOCTAW

_____
RANDY VERDUN – BAYOU
LAFOURCHE BAND OF BILOXI –
CHITIMACHA

State of Louisiana
Parish of Terrebonne

I, the notary public whose signature appears above, certify that I am not an attorney representing either party to this agreement.

_____
Notary Public Signature

Sworn to and subscribed before me on the 27 day of August, 2015.

David Coffman  Notary Public
Notary ID # 92938