# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179 |
| This Document Relates to: | ) ) ) | SECTION J |
| | ) | JUDGE BARBIER |
| Docket 2:10-cv-09999 Short Form Joinder Numbers 390, 391, 392, 393, 394, 395 and 396 | ) ) ) | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF VOLUNTARY DISMISSALS WITH PREJUDICE

COME NOW the below listed Plaintiffs, each by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties and hereby gives notice of the voluntary dismissals with prejudice of these actions against all Defendants. Costs taxed as paid.

City of Ashville, Alabama (2:10-cv-09999, Doc. No. 390)

City of Birmingham Water Works Board, Alabama (2:10-cv-09999, Doc. No. 391)

City of Hoover, Alabama (2:10-cv-09999, Doc. No. 392)

City of Irondale, Alabama (2:10-cv-09999, Doc. No. 393)

Jefferson County, Alabama (2:10-cv-09999, Doc. No. 394)

City of Leeds, Alabama (2:10-cv-0999, Doc. No. 395)

City of Pelham, Alabama (2:10-cv-0999, Doc. 396)

Respectfully submitted this 3rd day of September, 2015.

/s/ Ike Gulas_____
Ike Gulas
THE IKE GULAS LAW FIRM, P.C.

             2031 Second Avenue North
             Birmingham, Alabama 35203
             Telephone: (205) 879-1234
             Facsimile: (205) 879-1247

             ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 3rd day of September, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the Court's CM/ECF system.

             /s/ Ike Gulas_____
             Ike Gulas