UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL No. 2179

SECTION J

Applies to: 10-2771 and/or
Civil Action No. 10-9999; Rec. Doc. 165

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## MOTION TO DISMISS

Comes Now the City of Opp, Alabama and requests the Court to dismiss with prejudice all claims submitted by said City, each side to bear their own costs.

/s/ R. Rainer Cotter, III
Attorney for City of Opp, Alabama
Marsh & Cotter, LLP.
PO Box 310910
Enterprise, Alabama 36331
Ph. 334-347-2626
Fax 334-393-1396
Email: rrc@enterpriselawyyers.com

**MARSH & COTTER, LLP**

ATTORNEYS AT LAW
203 E. LEE STREET
P.O. BOX 310910
ENTERPRISE, ALABAMA 36331-0910

M. DALE MARSH
R. RAINER COTTER III

TELEPHONE (334) 347-2626
FACSIMILE (334) 393-1396
www.enterpriselawyers.com

September 2, 2015

Office of the Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

   Re: MDL 2179 (Dismissal of Claims by City of Opp, Alabama)
     My File No. 15-0076rc

Dear Sir or Madam:

  I have enclosed a Motion to Dismiss on behalf of the City of Opp, Alabama. I have also enclosed a proposed Order of Dismissal. As the relatively new City Attorney for Opp, I was unfamiliar with Opp's claim in this matter until notice of the settlement this summer. If I have in any way incorrectly submitted the Motion to Dismiss with proposed Order, please let me know and I will be glad to correct the same. Also, I assume it is acceptable for me, as an attorney only licensed in Alabama, to submit this Motion in your Court, but if there is a problem with that, please let me know.

          Sincerely,
          Marsh & Cotter, LLP.

          R. Rainer Cotter, III

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 SECTION J |
| Applies to: 10-2771 and/or Civil Action No. 10-9999; Rec. Doc. 165 | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### ORDER OF DISMISSAL

Upon the Motion to Dismiss filed by the City of Opp, Alabama, it is hereby ORDERED, ADJUDGED AND DECREED that the City of Opp's claims are dismissed with prejudice, each side to bear their own costs.

Done this ___ day of _____, 2015.

_____
District Court Judge