UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases*<br><br>*and 10-8888 and 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Docketing of Short Form Joinders]**

Considering that the subject oil spill occurred more than five (5) years ago, the Clerk is directed to docket no further short form joinders in docket number 10-8888.

New Orleans, Louisiana, this  4th  day of September, 2015.

**CARL J. BARBIER**
**United States District Judge**