IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 |
| | | SECTION J |
| | * * | HONORABLE CARL J. BARBIER |
| This filing relates to: | * * | |
| *All Cases* | * * * * | MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR APPROVAL
## OF AMENDMENTS TO HESI PUNITIVE DAMAGES
## AND ASSIGNED CLAIMS SETTLEMENT AGREEMENT

**NOW INTO COURT** come the Parties to the HESI Punitive Damages and Assigned Claims Settlement Agreement, who respectfully request approval of amendments to the agreement, as reflected in the Second Amended Agreement, dated September 2, 2015, for the reasons that follow:

I.

Section 12 of the HESI Punitive Damages and Assigned Claim Settlement Agreement provides that the agreement may be amended from time to time "by written agreement of the Parties, subject to approval by the Court."[1]

II.

The Parties have agreed to minor changes to the first amended HESI Punitive Damages and Assigned Claim Settlement Agreement (amended as of November 13, 2014) [Rec. Doc. 13646-1], in order to **(a)** facilitate the joint notice, approval, implementation and administration

---
[1] *See* Rec. Doc. 13346-1, at 28.

of this settlement with the Transocean Punitive Damages and Assigned Claims Settlement Agreement,[2] and **(b)** memorialize the agreement that had been reached between the settling plaintiffs and the BP Parties regarding Administrative Costs that may be associated with the proposed settlements.

WHEREFORE the Parties respectfully pray for an Order approving of the amendments to the HESI Settlement as embodied in the second amended HESI PUNITIVE DAMAGES AND ASSIGNED CLAIM SETTLEMENT AGREEMENT (AMENDED AS OF SEPTEMBER 2, 2015) (submitted herewith).

This 4th day of September, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/  Stephen J. Herman | /s/ James Perkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY** |
| 820 O'Keefe Avenue | **& EDWARDS, LLC** |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| Email: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel for the DHEPDS Class* | *Co-Lead Class Counsel for the DHEPDS Class* |
| *Proposed Co-Lead Class Counsel for the Proposed New HESI Punitive Class* | *Proposed Co-Lead Class Counsel for the Proposed New HESI Punitive Class* |

---

[2] *See* Rec. Doc. 14644-1.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Motion will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 4th day of September, 2015.

/s/ James Parkerson Roy and Stephen J. Herman