## NEW CLASS RELEASE OF HESI

1.      Upon the Effective Date of the HESI Punitive Damages and Assigned Claims Settlement Agreement ("SA"),[1] and based on the consideration provided therein, the New Class and New Class Members, on behalf of themselves and their heirs, beneficiaries, estates, executors, administrators, personal representatives, agents, attorneys, principals, trustees, subsidiaries, corporate parents, affiliates, partners, members, predecessors, successors, indemnitors, insurers, subrogees, assigns, and any natural, legal or juridical person or Entity entitled to assert any claim on behalf of or in respect of the New Class or New Class Members, hereby release and forever discharge with prejudice, and covenant not to sue, the Halliburton Released Parties for any and all "New Class Released Claims," described in Paragraph 2. In the event HESI, in whole or in part, is sold or otherwise transferred to, or purchases or otherwise acquires, or enters into a partnership or joint venture with, a Natural Person or Entity that is not a Halliburton Released Party prior to giving effect to such transaction, then such Natural Person or Entity shall as a result of such transaction obtain a benefit under this New Class Release of HESI only with respect to any liability of the HESI Entity or Entities that such Natural Person or Entity, or any such partnership or joint venture, has acquired or assumed or otherwise become liable for, and not in its own right. This New Class Release applies to all New Class Released Claims, regardless whether the Claims Administrator denies any individual claim by any class member.

2.      New Class Released Claims shall mean: (1) all claims, other than New Class Expressly Reserved Claims, seeking Punitive Damages against the Halliburton Released Parties arising out of, due to, resulting from, or relating in

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the SA.

1

any way to, directly or indirectly, the *Deepwater Horizon* Incident, including, without limitation, Punitive Damages with respect to any and all actions, claims, remedies, demands, liabilities, obligations, or promises of any kind or nature whatsoever, in both law or in equity, past or present, whether known or unknown, whether or not contingent, that arise out of, are due to, result from, or relate in any way to, directly or indirectly, in whole or in part, the *Deepwater Horizon* Incident, whether possessed or asserted directly, indirectly, derivatively, representatively or in any other capacity, whether or not such claims for Punitive Damages were or could have been raised or asserted, and regardless of whether such claims for Punitive Damages were sought pursuant to statutory law, codal law, common law, maritime or admiralty law, adjudication, quasi-adjudication, regulation, or ordinance, and (2) without limitation, any and all actions, claims, costs, expenses, taxes, rents, fees, profit shares, liens, remedies, debts, demands, liabilities, obligations, or promises of any kind or nature whatsoever, in both law or in equity, past or present, whether known or unknown, whether or not contingent, by the New Class or New Class Members against the Halliburton Released Parties that arise out of, are due to, or result from acts or omissions of the Claims Administrator, the Allocation Neutral or the escrow agent of the Settlement Fund.

3. Upon the Effective Date of this SA, the New Class and New Class Members expressly waive and release with prejudice, and shall be deemed to have waived and released with prejudice, any and all rights that they may have under any law, codal law, common law, maritime or admiralty law, statute, regulation, adjudication, quasi-adjudication, decision, or administrative decision that would otherwise limit the scope or effect of this New Class Release of HESI to those claims or matters actually known or suspected to exist at the time of execution of this New Class Release of HESI. California law is not applicable to this SA, but

purely for illustrative purposes, the New Class Released Claims includes claims that might otherwise be excluded from this New Class Release of HESI by Section 1542 of the California Civil Code, which provides as follows: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

4. The New Class and New Class Members expressly reserve, and do not release, "New Class Expressly Reserved Claims." New Class Expressly Reserved Claims mean:

(a) Bodily Injury Claims;

(b) Any and all claims for Punitive Damages based on or with respect to claims of any shareholders of any Halliburton Released Party in any derivative action made in their capacity as shareholders of a Halliburton Released Party;

(c) Any and all claims for damages other than Punitive Damages as described in Paragraphs 1-3 above, specifically including any and all claims for Compensatory Damages as defined in Section 2.4 of Exhibit 21 to the DHEPDS (with the understanding that all protections provided in Sections 1.1.1, 1.1.2.2, 1.1.2.3, and 1.1.2.4 of Exhibit 21 to the DHEPDS are not affected by this New Class Release of HESI and remain in full force and effect) and any claim or right to pursue compensation under the DHEPDS or the Medical Benefits Class Action Settlement as Amended May 1, 2012;

(d) Any and all claims by Governmental Organizations; and

(e) Any and all claims of any kind or nature against Transocean or other Defendants in MDL 2179 other than the Halliburton Released Parties.

5. The New Class and New Class Members, and all other persons and Entities claiming by, through, or on behalf of, them covenant not to sue and will be

3

forever barred and enjoined from commencing, filing, initiating, instituting, prosecuting, maintaining or consenting to any judicial, arbitral, or regulatory action against the Halliburton Released Parties with respect to the New Class Released Claims. If the New Class or New Class Members commence, file, initiate, or institute any new action or other proceeding for any New Class Released Claims against the Halliburton Released Parties in any federal or state court, arbitration tribunal, or administrative or other forum, such action or other proceeding shall be dismissed with prejudice and at the cost of the party that brings such action or proceeding; provided, however, before any costs may be assessed, counsel for such party shall be given reasonable notice and an opportunity voluntarily to dismiss such action or proceeding with prejudice. Furthermore, if any Halliburton Released Party brings any legal action before any court or arbitration, regulatory agency, or other tribunal to enforce its rights under this New Class Release of HESI, such Halliburton Released Party shall be entitled to recover any and all related costs and expenses (including attorneys' fees) from such party.

6.     Notwithstanding any provision in the SA to the contrary, if any party recovers from any Halliburton Released Party (under any theory of recovery, including indemnity, contribution, or subrogation) for any New Class Released Claim of a New Class Member: (a) for which a payment was made to such New Class Member through the Claims Program, or (b) asserted by, through, under, or on account of such New Class Member for which a release of New Class Released Claims was given; then that New Class Member shall indemnify (but not defend) the Halliburton Released Parties, but only to the extent of the payment received by that particular New Class Member from the Claims Program (by way of example, if a particular New Class Member has received $100.00 through the Claims Program for claims released under this SA, its indemnity obligation would be

4

capped at this amount). This indemnity obligation owed by a New Class Member who has given a release to a Halliburton Released Party includes any and all claims made or other actions taken by that New Class Member in breach of this SA.

7. Nothing in this New Class Release limits or expands the scope or effect of the Assigned Claims Release.

New Class Member Individual Settlement Agreement,
Release, and Covenant Not To Sue ("Individual Release")

Please Provide This Information:

CLAIMANT NAME:_____
STREET ADDRESS: _____
CITY, STATE, ZIP CODE:_____
SSN:_____
PHONE:_____   EMAIL:_____

I, _____, am the Claimant or the duly authorized representative of the Claimant.

Claimant understands that all capitalized terms in this Individual Release shall have the meanings ascribed to them in the HESI PUNITIVE DAMAGES AND ASSIGNED CLAIMS SETTLEMENT AGREEMENT (hereinafter, "SA").

Claimant acknowledges that Claimant is a New Class Member.

In consideration of payment in the amount of **[insert $$]**, pursuant to the terms of the SA, which Claimant accepts as sufficient and adequate consideration for any and all New Class Released Claims of Claimant, Claimant on behalf of Claimant, and Claimant's heirs, beneficiaries, estates, executors, administrators, personal representatives, agents, attorneys, principals, trustees, subsidiaries, corporate parents, affiliates, partners, members, predecessors, successors, indemnitors, subrogees, assigns, and any natural, legal or juridical person or Entity entitled to assert any claim on behalf of or in respect of Claimant, hereby releases and forever discharges with prejudice, and covenants not to sue, the Halliburton Released Parties for any and all New Class Released Claims; provided, however, that this Individual Release does not apply to New Class Expressly Reserved Claims, which are not recognized or released under this Individual Release and are reserved to Claimant. In the event HESI, in whole or in part, is sold or otherwise transferred to, or purchases or otherwise acquires, or enters into a partnership or joint venture with a Natural Person or Entity immediately prior to giving effect to such transaction, then such Natural Person or Entity shall as a result of such transaction obtain a benefit under this Individual Release only with respect to any liability of the HESI Entity or Entities that it, or any such partnership or joint venture, has acquired or assumed or otherwise become liable for, and not in its own right.

Claimant acknowledges that Claimant had a right to "opt out" and therefore not be a part of the New Class and that, if Claimant had "opted out" of the New Class, Claimant could potentially seek adjudication, individually, against HESI for Claimant's New Class Released Claims. Knowing Claimant's rights, Claimant willingly and freely did not elect to, or timely or properly seek to, opt out of the New Class and accepts the benefits conferred by the SA in exchange for this Individual Release.

Claimant agrees to accept from [Claims Administrator] the amount of _____ as full and final settlement of Claimant's New Class Released Claims. Claimant agrees that this Individual Release is entered into in consideration of the agreements, promises, and mutual covenants set forth in this Individual Release and for such other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged.

Claimant acknowledges and affirms that Claimant has read this Individual Release in its entirety. Claimant further acknowledges and affirms that Claimant has read the SA, which is available at (www.[X].com/PINPOINT), or waives the right to do so.

Claimant acknowledges that Claimant has had the opportunity to consult with New Class Counsel, and individual counsel if Claimant so desired, regarding this Individual Release and the SA or waives the right to do so. Claimant understands this Individual Release in its entirety, and Claimant has signed it willingly and freely, and without coercion, threat or duress.

Claimant understands that Claimant will not receive any further compensation for Claimant's New Class Released Claims other than the amount identified in this Individual Release. And Claimant understands that by signing this Individual Release, Claimant agrees that Claimant will forever be barred and enjoined from commencing, filing, initiating, instituting, prosecuting, maintaining or consenting to any judicial, arbitral, or regulatory action against HESI for any New Class Released Claims.

Claimant understands that the SA and this Individual Release set forth a full and final resolution of all of Claimant's New Class Released Claims, and that there are no other terms and conditions that are not set forth in the SA and this Individual Release.

Any disputes regarding this Individual Release shall be filed in the United States District Court for the Eastern District of Louisiana accompanied by a request that such dispute be made part of MDL 2179 (if still pending). No action to enforce this Individual Release shall be filed in a state court.

Claimant acknowledges and affirms that Claimant may be required to pay federal and/or state taxes on the payment amount identified herein and, if so required, Claimant agrees to pay such taxes. Claimant acknowledges and affirms that no opinion regarding the tax consequences of the SA or this Individual Release has been or will be given by HESI, New Class Counsel or the PSC, nor is any representation or warranty in this regard made by virtue of the SA or this Individual Release. Claimant must consult with his, her, or its own tax advisors regarding the tax consequences of the SA and this Individual Release, including any payments made under the SA. Each Claimant's tax obligations, and the determination of such obligations, are his, her, or its sole responsibility, and it is understood that the tax consequences may vary depending on Claimant's particular circumstances.

Signed:_____ Date:_____

[Alternative Signature Blocks to be Developed]