HESI SETTLEMENT ADMINISTRATIVE COST ADDENDUM
TO HESI SETTLEMENT AGREEMENT

1. DHEPDS Class Counsel and New Class Counsel acknowledge and agree, on behalf of their respective Classes and the members of those Classes, that the administration of the HESI Punitive Damages & Assigned Claims Settlement Agreement (HESI Settlement) shall "not increase the BP Parties' costs of administration or any other costs," as provided in Section 5.15 of the Deepwater Horizon Economic & Property Damages Settlement Agreement (DHEPDS).

2. The Deepwater Horizon Court-Supervised Settlement Program (CSSP) currently administers the DHEPDS Class Settlement. The DHEPDS Administrator shall hire vendors to administer the HESI Settlement with respect to HESI Settlement funds that are allocated to the DHEPDS Class and the New Class Claims Administrator shall hire vendors to administer the New Class (collectively, "HESI Settlement Vendors"). The HESI Settlement Vendors may be vendors who are working for the CSSP ("CSSP Vendors") or may be vendors who are not working for the CSSP. If a CSSP Vendor is hired to assist with the administration of the HESI Settlement, that CSSP Vendor shall perform all work for the DHEPDS Class or the New Class under an agreement that is separate from the CSSP Vendor's work for the existing CSSP. No CSSP Vendor shall perform any work relating to the HESI Settlement under its agreement with the CSSP except as provided in this agreement.

3. If any CSSP Vendor is hired to perform work relating to the HESI Settlement, the CSSP Vendor shall create a designated team of personnel to perform work relating to the HESI Settlement. The parties anticipate that these designated teams shall perform most or all of the work of the CSSP Vendor relating to the HESI Settlement. To the extent any personnel of the CSSP Vendor working on the existing CSSP also perform work relating to the HESI Settlement, the CSSP Vendor employing such personnel shall track the time of such personnel spent performing work relating to the HESI Settlement using that CSSP Vendor's system for tracking and recording employee time. If any personnel of a CSSP Vendor working on the existing CSSP perform work relating to the HESI Settlement, their time and the cost of tracking their time shall not be billed to the BP Parties or the CSSP but instead shall be billed to the portion of the Aggregate Payment allocated to the Assigned Claims Class or Punitive Damages Class, whichever the work was done for. If the CSSP is distributing the HESI Assignment portion of the HESI Settlement at the same time and to the same payees as the Transocean Insurance Proceeds under DHEPDS Sec. 5.14, then the monies for the HESI Assignment portion may be distributed using the same checks or electronic transfers as well as the same mailings as the Transocean Insurance Proceeds under Sec. 5.14 without charging the HESI Settlement for those checks, electronic transfers, or mailings. The DHEPDS Administrator is himself permitted at no additional charge to the HESI Settlement to coordinate, evaluate and personally assist and supervise the administration of the HESI Assignment portion of the HESI Settlement, as well as the development of information and data that may be transferred to the New Class Administrator that may assist in the New Class Administration.

4. All costs of the Allocation Neutral and the Settlement Fund under the HESI Settlement shall be paid from the Aggregate Payment. The costs of the New Class Administrator shall be paid from the portion of the Aggregate Payment allocated to the New Class. The HESI Vendors (including CSSP Vendors to the extent they are HESI Vendors or personnel of CSSP Vendors who perform work relating to the HESI Settlement) shall be paid from the portion of the Aggregate Payment that the Allocation Neutral allocates to the DHEPDS Class or the New Class, whichever the work was done for. In no event and under no circumstances shall the CSSP or the BP Parties have any liability for all or any portion of any additional or increased costs resulting from the administration of the HESI Settlement, including the Administrative Costs under the HESI Settlement and the costs set forth in this Paragraph.

5. Subject to the entry to of any necessary orders, the DHEPS Administrator, the New Class Claims Administrator, and the HESI Settlement Vendors shall have access to the following data transferred to or generated in the CSSP for each DHEPDS Claimant: (a) name; (b) address; (c) attorney (if any); (d) electronic and physical mail addresses (if any); (e) social security number; (f) claim damages categories; (g) final determination and allocation/ payment details of the claim (if any), and (h) such additional data, information and documentation that may be needed in the administration of any part of the HESI Settlement. All costs of gathering, exporting, extracting, or creating new data shall be paid from the portion of the Aggregate Payment that the Allocation Neutral allocates to the DHEPDS Class or the New Class, whichever the work was done for. To the extent any CSSP employees (excluding the DHEPDS Administrator) aid in gathering, exporting, extracting, or creating new data, the CSSP shall bill the relevant portion of the Aggregate Payment for the time of those employees spent gathering, exporting, or extracting data, as well as the time spent tracking those employees' time on such tasks, and shall not include such time in any budget submitted to the BP Parties. Except as provided in this HESI Settlement Administrative Costs Addendum, the CSSP and HESI Settlement Vendors shall not share infrastructure, employees, or other resources.

6. For the avoidance of any doubt, neither the Claims Administrator of the CSSP nor the BP Parties will be entitled to any offset, refund, reimbursement or credit for expenses that the BP Parties and/or CSSP are otherwise obligated to pay or have paid (independent of the HESI Settlement) in connection with the administration of the CSSP, even though such expenses (past and future) may also inure to the derivative or indirect benefit of those participating in the HESI Settlement; provided that the BP Parties shall not be responsible for the costs that will be paid from the HESI Settlement, or any portion thereof.