IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This filing relates to: | * * | HONORABLE CARL J. BARBIER |
| *All Cases* | * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Parties' Motion for Approval:

**IT IS HEREBY ORDERED** that the Court does and hereby approve of the Parties' amendments to the HESI settlement agreement as embodied in the second amended HESI PUNITIVE DAMAGES AND ASSIGNED CLAIM SETTLEMENT AGREEMENT (AMENDED AS OF SEPTEMBER 2, 2015).

**SIGNED** in New Orleans, Louisiana, this ___ day of September, 2015.

_____
**Carl J. Barbier**
**U.S. District Court Judge**