IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION: J<br>HONORABLE JUDGE BARBIER |
| Applies to: *Civil Action No.2:10-CV-09999-CJB-SS, Rec. Doc. 114* | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS

NOW INTO COURT, comes the United Houma Nation, Inc. who respectfully requests that this suit be dismissed without prejudice based, in part, on this Court's July 27, 2015 Order Regarding BP's Acceptance of Local Governmental Entity Settlements and Payment of Claims filed in Case No. 2:10-md-02179-CJB-SS (Dkt. No.14925).

Houma, Louisiana, this 24 day of August, 2015.

*Thomas Dardar Jr.*
Thomas Dardar, Jr., Principal Chief
On Behalf of UNITED HOUMA NATION, INC.
20986 Hwy 1
Golden Meadow, La 70357

84853832\V-1