IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION: J<br>HONORABLE JUDGE BARBIER |
| Applies to: *Civil Action No.2:10-CV-09999-CJB-SS, Rec. Doc. 114* | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER OF DISMISSAL

CONSIDERING THE FOREGOING MOTION;

IT IS ORDERED, ADJUDGED, AND DECREED that the suit herein be and the same is hereby dismissed without prejudice.

New Orleans, Louisiana, this __4th__ day of ~~August~~ September, 2015.

_____
CARL J. BARBIER
United States District Judge

84862879\V-1