UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## JUDGMENT

For reasons stated in the Order & Reasons of September 8, 2015, granting the Motion of the Special Master for Return of Payments Made to Wardell Parker and Others (Rec. Doc. 13848), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Deepwater Horizon Economic Claims Center ("DHECC") claim awards in favor of Wardell Parker ("Parker") based upon Claim 49623 and Claim 50267 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Parker, requiring Parker to make restitution to the DHECC in the amount of $178,584.00, plus post-judgment interest; and

3. Parker shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

2

5. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 8th day of September, 2015.

_____
United States District Judge