IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br><br>*Plaisance, et al. v. BP Exploration & Prod. Inc., et al.*, No. 12-CV-968 (Medical Settlement) | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**IT IS HEREBY ORDERED** that the Joint Motion for Approval of Recommended Administrative Changes to the Gulf Region Health Outreach Program ("Outreach Program") submitted by Class Counsel and BP is GRANTED.

As permitted by section IX.G.4 of the Medical Benefits Class Action Settlement Agreement, the Court approves the request for:

(i) an extension of the term of the five-year Outreach Program by 18 months, such that each Project will have until November 2018 to spend its Grant Funds, with Final Reports being filed by May 2019; and

(ii) an allocation of administrative and auditing costs of the Outreach Program during this extension period among the Gulf Region Health Outreach Program Projects in proportion to each Project's allocable share of the Grant Funds.

New Orleans, Louisiana this 8th day of September, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE