UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CONSENT FINAL JUDGMENT

WHEREAS, Anthony Nelson, Jr. ("Claimant") submitted Claim 10036 ("the Claim") to the Deepwater Horizon Economic Claims Center ("DHECC") and was awarded payment of $190,815.67 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust ("the Trust"), but was not entitled to be paid on the Claims; and

WHEREAS, Faegre Baker Daniels LLP ("Faegre") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $38,956.22 in connection with the overpayment of the Claim, out of the proceeds paid to the Claimant by the DHECC, and has repaid $38,956.22 to the Trust; and

WHEREAS, the Claims Administrator and Special Master, on behalf of the DHECC, have filed a consent motion with the Claimant, requesting that the Court enter a Final Consent Judgment for purposes of repaying to the Trust $83,625.69 that the Claimant owes to the Trust ("Claimant's Judgment Amount");

IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of the DHECC and the Trust and against the Claimant, requiring Claimant to make restitution of $83,625.69 to the DHECC and the Trust, plus post-judgment interest; and

2. Claimant may participate in the Seafood Supplemental Distribution from the Seafood Compensation Program Supplemental Distribution approved by the Court on November 18, 2014, provided that any proceeds from such Supplemental Distributions shall first be applied to paying the balance of Claimant's liability to the Trust and the remainder, if any, after the Trust has been repaid in full may be distributed to the Claimant; and

3. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold such funds and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

4. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

- 3 -

6.  This Court shall retain jurisdiction for purposes of enforcing the Consent Judgment.

New Orleans, Louisiana this 8th day of September, 2015.

_____
United States District Judge