UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

ORDER

Upon consideration of motion of the Deepwater Horizon Economic Claims Center ("DHECC") for entry of default as to claimant Gill Johnson, Sr., for failure to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 13543], it is hereby ORDERED that:

1. The DHECC's motion for entry of default is GRANTED; and

2. Default is entered against Gill Johnson, Sr., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend against the DHECC's motion for return of payments.

Signed in New Orleans, Louisiana, this __8th__ day of __September__, 2015.

William W. Blevins
Name of clerk of court

*Stephanie Kall* (signature)
Deputy clerk's signature