UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, On April 20, 2010<br><br>This Document applies to:<br>*ALL CASES* | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the address for Neil K. Roman has changed effective September 3, 2015. The new address is:

> Neil K. Roman, Esq.
> Covington & Burling LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018
> Telephone: 212 841 1221
> Email: nroman@cov.com

Please direct all paper notices, orders, and other correspondence to the new address. There is no change for electronic mail and ECF Notifications.

Dated:  September 8, 2015                                Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Don K. Haycraft
Don K. Haycraft (Bar # 14361)
R. Keith Jarrett (Bar #16984)
Devin C. Reid (Bar # 32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP p.l.c.*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of September 2015.

/s/ Don K. Haycraft
Don K. Haycraft