**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                          MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                          SECTION J

Applies to: *All Cases*                                    JUDGE BARBIER
                                                  MAGISTRATE JUDGE SHUSHAN

<u>AMENDED CONFIDENTIALITY ORDER</u>

**[Concerning Settlement Documents and Discussions for the State of Texas]**

The Court has been advised that Texas law requires public notice of proposed settlements in environmental cases, and the consideration of public comment when deciding whether to accept such settlements. The public must necessarily know the details of such settlements in order to make informed comments.

Accordingly, the Texas Attorney General's Office is hereby authorized to release to the public copies of its final settlement offers in writing, to the extent required to comply with relevant public notice requirements under Texas law. Notices of such settlement offers may be published and copies of such environmental settlements with Texas, when accepted and fully executed, may be released. The Court's Confidentiality Order (July 2, 2015, Rec. Doc. 14801) is hereby amended to reflect this path forward for the Texas environmental settlement documents. This order does not require the release of any document or part of a document that is not required to be released under the Texas public notice law.

The Texas environmental settlement documents released to the public under this order shall be considered compromise offers and negotiations for the purpose of Rule 408 of the Federal Rules of Evidence. The release of such settlement documents, as required

to comply with the Texas public notice laws, shall not be considered a comment on the merits of any case or cause of action and shall not be considered prejudicial to this proceeding.

Except as provided herein, the Court's Confidentiality Order (July 2, 2015, Rec. Doc. 14801) and Amended Confidentiality Order (July 2, 2015, Rec. Doc. 14806) shall remain in full force and effect.

New Orleans, Louisiana, this 10th day of September, 2015.

**SALLY SHUSHAN**
**United States Magistrate Judge**