UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL NO. 2179

SECTION J

**Applies to: 10-2771** and

*10-9999; Rec. Doc. 158*

**JUDGE BARBIER**

**MAGISTRATE JUDGE SHUSHAN**

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

The undersigned counsel, Neil C. Johnston, Jr., hereby files this Notice of Appearance as additional counsel of record for THE CITY OF MOBILE, ALABAMA ("Movant") in the above styled case.  A short form joinder was filed as document number 158 for the City of Mobile. Pursuant to Fed. R. Civ P. 5, and the third amendment to pretrial order 1 in 10-2179 document 7812, it is respectfully requested that all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon undersigned additional counsel.

Respectfully submitted this 10th day of September, 2015

/s/ Neil C. Johnston, Jr.
Neil C. Johnston, Jr. (ASB-2968-X98K | JOHNN0326)
Attorney for Plaintiff
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER
Gregory Friedlander
01886 Bar Number
Attorney for Plaintiff
Gregory M. Friedlander &
Associates, P.C.
11 S. Florida St.
Mobile, AL 36606-1934
(251)470-0303
(888)441-2123
E-Mail Address: Isee3@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th Day of September, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.
I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   (None).

/s/ Neil C. Johnston, Jr.
Neil C. Johnston, Jr. (ASB-2968-X98K | JOHNN0326)
Attorney for Plaintiff
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com