## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** 10-2771 and <br> Civil Action No. _____ and/or <br> 10-9999; Rec. Doc. ____ | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### NOTICE AND MOTION FOR DISMISSAL WITH PREJUDICE

City of Parker, Florida hereby gives notice that it has settled its claims and requests that the Court enter an Order dismissing its claims, with prejudice, against all parties named in the release signed by the City of Parker, Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by email to U.S. Magistrate Judge, Sally Shushan, shushan@laed.uscourts.gov, Louis Freeh, Esq., freehlj@pepperlaw.com and lge@freshgroup.com, Pat Juneau, Esq., pjuneau@dheclaims.com, and BP, maria.travis@bp.com, on this 10th day of September, 2015.

TIMOTHY J. SLOAN, P.A.

_____
Timothy J. Sloan, Esq.
Florida Bar Number: 0562882
tsloan@sloanpa.com
427 McKenzie Avenue
Post Office Box 2327
Panama City, Florida 32402-2327
(850) 769-2501
Attorney for City of Parker, Florida