**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    **MDL NO. 2179**
        "Deepwater Horizon" in the Gulf
        of Mexico, on April 20, 2010          **SECTION J**

**Applies to:** 10-2771 and                    **JUDGE BARBIER**
Civil Action No. _____ and/or    **MAGISTRATE JUDGE SHUSHAN**
10-9999; Rec. Doc. _____

## ORDER

        This matter came before the Court on the City of Parker, Florida's Notice

and Motion to Dismiss, and the Court having reviewed the file and being

otherwise advised in the premises, it is ORDERED and ADJUDGED that the

Motion to Dismiss filed by the City of Parker, Florida is granted and the claims of

the City of Parker, Florida against the released parties are dismissed with

prejudice.

        New Orleans, Louisiana, this _____ day of September, 2015



                                    _____
                                    SALLY SHUSHAN,
                                    United States Magistrate Judge

Copies to:
Timothy J. Sloan, Esq.
Louis Freeh, Esq.
Pat Juneau, Esq.
Ms. Maria Travis