UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and<br>Civil Action No. _____ and/or<br>10-9999; Rec. Doc. \_\_\_\_ | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

This matter came before the Court on the City of Parker, Florida's Notice and Motion to Dismiss, and the Court having reviewed the file and being otherwise advised in the premises, it is ORDERED and ADJUDGED that the Motion to Dismiss filed by the City of Parker, Florida is granted and the claims of the City of Parker, Florida against the released parties are dismissed with prejudice.

New Orleans, Louisiana, this \_\_\_\_\_ day of September, 2015

                                                               SALLY SHUSHAN,
                                                               United States Magistrate Judge

Copies to:
Timothy J. Sloan, Esq.
Louis Freeh, Esq.
Pat Juneau, Esq.
Ms. Maria Travis