UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexiso, on April 20, 2010

Applies to: 10-2771 and Civil Action No. 10-1999;
Rec. Doc. _____

MDL No. 2179

SECTION J

JUDGE BARBIER

MAG. JUDGE SHUSHAN

§ § § § §

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, CLARKE-MOBILE COUNTIES GAS DISTRICT, by and through counsel, respectfully moves this Honorable Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Haliburton Energy Services, Inc. with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP, with Plaintiff and dismissed Defendants to each bear their own costs and attorney's fees.

**WHEREFORE** Plaintiff respectfully moves this Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater,

Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Haliburton Energy Services, Inc. with prejudice, with Plaintiff and dismissed Defendants to each bear their own costs and attorney's fees.

Dated: September 10, 2015

McCORQUODALE LAW FIRM

BY: _____
CHRISTOPHER A. BAILEY

P. O. Drawer 1137
Jackson, Alabama 36545
(251) 246-9015
(251) 246-3247

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF system, provided notice by and through LesixNexis to all counsel of record, and electronically sent the foregoing to lge@freehgroup.com and maria.travis@bp.com.

_____
CHRISTOPHER A. BAILEY