UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>No. 12-970 and<br>No. 11-3180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

_____

**MOTION FOR LEAVE TO FILE SUR-REPLY**
_____

Claimant Crystal Seafood Company, Inc. ("Crystal") respectfully moves this Court for leave to file a sur-reply in response to the DHECC's reply brief in support of its motion to clawback funds from Crystal [Doc. 14998]. DHECC's reply brief relied on previously uncited evidence to accuse Crystal of presenting "false information" to the Court. Given the seriousness of that charge and the submission of new evidence that DHECC claims supports that accusation, Crystal requests leave to respond. In particular, the sur-reply, filed herewith, explains why none of the evidence cited by DHECC supports an accusation that Loc Tran made any false statement in his affidavit.

Crystal therefore respectfully requests an Order granting it leave to file the attached Sur-Reply Memorandum in Opposition to Motion of the DHECC for Return of Payments Made to Crystal Seafood Company, Inc.

Date: September 11, 2015

**THE KRELLER LAW FIRM**

/s/ *Stephen Skelly Kreller*
Stephen Skelly Kreller (Bar No. 28440)
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: (504) 484-3488
F: (888) 294-6091
E: ssk@krellerlaw.com

**FAEGRE BAKER DANIELS LLP**
William L. Roberts
Craig S. Coleman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
T: (612) 766-7000
F: (612) 766-1600
E: william.roberts@faegrebd.com
E: craig.coleman@faegrebd.com

*Attorneys for Claimant Crystal Seafood Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed on the Court's CM/ECF system, and thereby served on all counsel of record who have entered an appearance in this case, on September 11, 2015.

*/s/ Stephen Skelly Kreller*