## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br><br>No. 12-970 and<br>No. 11-3180 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## ORDER

Considering the foregoing Motion for Leave to File Sur-Reply;

IT IS HEREBY ORDERED that Claimant Crystal Seafood Company, Inc. is granted leave to file the Sur-Reply Memorandum in Opposition to Motion of the DHECC for Return of Payments Made to Crystal Seafood Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
The Honorable Carl J. Barbier, U.S. District Court Judge