IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 13-30843
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

      Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

Before BENAVIDES, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:

The panel understands that the documents and records supporting the appeals process for discretionary review of settlement claims will necessarily contain information the district court has designated as confidential. To preserve the district court's designations and prevent inadvertent release of confidential information,

IT IS ORDERED, the Fifth Circuit Clerk's Office will open all appeals stemming from the discretionary review of settlement claims under seal.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

September 08, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-30843   In Re: Deepwater Horizon  
                   USDC No. 2:10-MD-2179  
                   USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Allison G. Lopez, Deputy Clerk  
                        504-310-7702

Mr. William W. Blevins  
Mr. George Howard Brown  
Ms. Elizabeth Joan Cabraser  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Miguel Angel Estrada  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Thomas George Hungar  
Mr. Samuel Issacharoff  
Mr. James Andrew Langan  
Mr. Scott Payne Martin  
Mr. Theodore B. Olson  
Mr. James Parkerson Roy