UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig        "Deepwater Horizon" in the Gulf         of Mexico, on April, 20, 2010 | *  *  * | MDL 2179  SECTION "J" |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-3747, Danos, et al v. BP America Production Co., et al | * | MAGISTRATE SHUSHAN |

### DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendants, USA Labor, LLC and USA Environmental Services, Inc., respectfully moves this Court to allow the substitution of TODD M. AMMONS in place of Alan G. Grackett, T.A. and Wilton E. Bland, IV as attorneys for the above-named Defendants in this case.  The relief sought in this Motion is not intended to, nor will it, delay this proceeding.

WHEREFORE, Defendants, USA Labor, LLC and USA Environmental Services, Inc. respectfully request this Court permit the substitution of counsel as requested above in this cause.

Date:  September 11, 2015

Respectfully submitted,

/s/ Todd M. Ammons
TODD M. AMMONS (14191)
STOCKWELL SIEVERT VICCELLIO
CLEMENTS & SHADDOCK, LLP
One Lakeside Plaza, 4th Floor
Lake Charles, LA  70601
Telephone:  (337) 436-9491
Fax:     (337) 493-7210

/s/ Wilton E. Bland, IV
WILTON E. BLAND, IV (33015)
ALAN G. BRACKETT (14094)
MOULEDOUX BLAND LEGRAND & BRACKETT
4250 One Shell Square, 701 Poydras St.
New Orleans, LA 70139
Telephone: (504) 595-3000
Fax:     (504) 522-2121

1

## CERTIFICATE OF SERVICE

The undersigned certifies this 9th day of September, 2015 that a true and correct copy of the foregoing was filed and served by way of the Court's ECF system, upon all counsel of record.

/s/ Todd M. Ammons
TODD M. AMMONS