UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April, 20, 2010 | * | SECTION "J" |
| | | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-3747, Danos, et al v. BP America Production Co., et al | * | MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record on behalf of Defendants USA Labor, LLC and USA Environmental Services, Inc.:

It is hereby ORDERED that the Motion to Substitute TODD M. AMMONS in place of Alan G. Brackett, T.A. and Wilton E. Bland, IV as attorneys for the above-named Defendants in this case is hereby GRANTED.

SIGNED this the _____ day of _____, 2015.

_____
MAGISTRATE/JUDGE