UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| All Cases | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**ORDER**
[As to Motions to Voluntarily Dismiss Claims Filed Between 8/21/15 and 9/9/15]

Following the recent settlements between BP and many local government entities, multiple motions to voluntarily dismiss claims or cases have been filed. This order disposes of motions that were filed between August 21 and September 9, 2015.[1] If a motion to voluntarily dismiss was filed during this time but is not addressed in this order, it is likely because the motion was deemed deficient, etc., by the Clerk of Court. Motions for voluntary dismissal filed after September 9, 2015, will be addressed in a subsequent order.

Counsel are encouraged to use whenever possible a *notice* of voluntary dismissal under Federal Rule 41(a)(1)(A), rather than a motion, as such notices do not require an order from the Court. The Court also reminds counsel to file a single, omnibus notice or motion whenever practical, rather than multiple notices or motions that seek identical relief for different clients.[2] That said,

IT IS ORDERED that the following motions to voluntarily dismiss claims are GRANTED as requested in the motions: Rec. Docs. 15152-15154, 15158, 15159, 15161-15167,

---

[1] The Court previously disposed of similar motions filed between August 14 and August 20, 2015. (*See* Rec. Doc. 15231).
[2] For an example of an omnibus notice of voluntary dismissal, see Rec. Doc. 15022.

15169, 15171-15173, 15175, 15176, 15179-15210, 15212, 15213, 15215-15219, 15222, 15225, 15228-15230, 15232, 15235, 15237, 15242, 15254-15258, 15297, 15298, 15305-15307, 15309, 15314, 15319.

IT IS FURTHER ORDERED that the motion to voluntarily dismiss appearing at Rec. Doc. 15316 is GRANTED, except for the request that costs be born by the defendant. Each party shall bear its own costs.

New Orleans, Louisiana, this 11th day of September, 2015.

_____
United States District Judge