# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 10, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 15-30597 c/w 15-30598      In Re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:10-CV-3896
                USDC No. 2:11-CV-826

The court has granted an extension of time to and including October 23, 2015, for filing appellant's brief in this case.

The court has granted the motion to supplement the record in this case.

The district court is requested to provide us with a supplemental electronic record, within 15 days, consisting of the documents outlined in the attached motion.

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Andrew Joseph Baer
Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Jeremy Thomas Grabill
Mr. Gary Alan Hemphill
Mr. Michael J. Lyle
Ms. Nancy Jane Marshall
Mr. Joseph Lee McReynolds
Mr. Patrick E. O'Keefe
Mr. Scott Eric Silbert
Ms. Sylvia E. Simson
Mr. Joseph P. Tynan

# UNITED STATES FIFTH CIRCUIT COURT OF APPEALS

NO. 15-30597

**SEACOR HOLDINGS, INCORPORATED, SEACOR OFFSHORE, L.L.C.; SEACOR MARINE L.L.C., AS BENEFICIAL OWNER, REGISTERED OWNER, AND MANAGING OWNER OF THE M/V SEACOR VANGUARD PETITIONS FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

               **Petitioners-Appellees**

versus

**DUWAYNE MASON**

               **Claimant-Appellant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NO. 15-30598

**DUWAYNE MASON**

               **Plaintiff-Appellant**

versus

**SEACOR MARINE, L.L.C.,**

               **Defendant-Appellee**

**Appeal from the United States District Court for the Eastern District of Louisiana
MDL No. 2179, Civ. A Nos. 10-3896, 11-826, 12-968**

**DUWAYNE MASON'S MOTION TO SUPPLEMENT THE APPELLATE RECORD AND EXTEND THE BRIEFING DEADLINE**

Respectfully submitted

*/s Andrew J. Baer*
Joseph L. McReynolds (#01947)
jmcreynolds@dkslaw.com
Nancy J. Marshall (#08955)
nmarshall@dkslaw.com
Andrew J. Baer (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
*Counsel for Duwayne Mason*

# Certificate of Interested Persons

The undersigned counsel of record certifies that the following list of persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Plaintiff- Claimant – Appellant**

    DuWayne Mason

2. **Attorneys for Plaintiff- Claimant – Appellant DuWayne Mason**

    Joseph Lee McReynolds
    Nancy Jane Marshall
    Andrew Joseph Baer
    Deutsch, Kerrigan & Stiles, L.L.P.
    755 Magazine Street
    New Orleans, LA 70130

    Scott Eric Silbert
    Silbert, Garon, Pitre & Friedman
    909 Poydras Street
    Suite 1230
    New Orleans, LA 70112

3. **Petitioners – Appellees**

    Seacor Holdings, Incorporated
    Seacor Offshore, L.L.C.
    Seacor Marine, L.L.C., As Beneficial Owner, Registered Owner, And Managing Owner of the M/V Seacor Vanguard

4. **Defendant – Appellee**

    Seacor Marine, L.L.C.

5. **Attorneys for Seacor Entities**

   Gary Alan Hemphill
   Jeremy Thomas Grabill
   Phelps Dunbar, LLP
   365 Canal Street
   Suite 2000
   New Orleans, Louisiana 70130

   Patrick E. O'Keefe
   Montgomery Barnett, LLP
   3300 Energy Centre
   1100 Poydras Street
   New Orleans, Louisiana 70163

   Michael J. Lyle
   Quinn Emanuel Urquhart & Sullivan, LLP
   777 6th Street NW
   11th Floor
   Washington, D.C. 20001

   Sylvia E. Simson
   Quinn Emanuel Urquhart & Sullivan, LLP
   51 Madison Avenue, 22nd Floor
   New York, New York 10010

New Orleans, LA, this 9th day of September, 2015.

Respectfully submitted

*/s Andrew J. Baer*
Joseph L. McReynolds (#01947)
jmcreynolds@dkslaw.com
Nancy J. Marshall (#08955)
nmarshall@dkslaw.com
Andrew J. Baer (#35638)
abaer@dkslaw.com
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
**Counsel for DuWayne Mason**

v

**MAY IT PLEASE THE COURT:**

Appellant, DuWayne Mason ("Mason"), submits this Motion to Supplement the Record on Appeal ("Record") to obtain the entirety of the record as designated with the United States District Court for the Eastern District of Louisiana and extend the Briefing Deadline an Additional Thirty Days. Undersigned counsel has sought and received consent from the Seacor Entities, Appellees in these consolidated appeals, to file this Motion, seeking supplementation of the Record and extension of the briefing deadlines.

I. **Supplementation of Appellate Record**

A joint designation of the Appellate Record was filed in the United States District Court for the Eastern District of Louisiana on August 5, 2015. An amended designation was filed on August 6, 2015.

Mason received electronic access to the Record on September 2, 2015. Upon receipt of such access, counsel for Mason reviewed the Record to determine the appropriate designations for documents that are pertinent to Mason's brief, at which time they learned that a number of materials designated in the District Court were absent.[1] Accordingly, Mason respectfully requests this Court supplement the Record with the previously designated documents. Mason submits that the following list of designated documents are missing from the Record:

---

[1] Notably, the Appellate Record consists of nearly 9,000 pages.

1

| Date Filed | Doc. No. | Name of Document |
|---|---|---|
| 07/17/2012 | 6915 | Correction of Docket Entry by Clerk re 6909 MOTION to Sever *Claim from "Deepwater Horizon MDL" and to Set Scheduling Conference*. ***PURSUANT TO PRETRIAL ORDER NO. 15: 'all pending and future motions, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the continued motions and in due course, set the motions for hearing. No responses to the motions are due until two weeks before the hearing date set by the Court.' **A notice of submission should not be filed in this MDL. This Motion is NOT noticed for submission until ordered by the Court. (Reference: 11-826)(gec, ) (Entered: 07/17/2012) |
| 09/11/2012 | 7363 | Correction of Docket Entry by Clerk re 7354 MOTION for Leave to File *Reply Memorandum in Support of Motion to Sever Claim (R.Doc. 6909)* by Plaintiff DuWayne Mason filed by atty Scott Silbert; document caption is not in compliance with pretrial order no. 1; future filings not in compliance will be marked deficient. (Reference: MDL 2179, 11-826)(sek, ) (Entered: 09/11/2012) |
| 04/02/2013 | 9094 | Correction of Docket Entry by Clerk re 9091 MOTION for Reconsideration, MOTION to Vacate. ***PURSUANT TO PRETRIAL ORDER NO. 15: 'all pending and future motions, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the |

2

| | | |
|---|---|---|
| | | continued motions and in due course, set the motions for hearing. No responses to the motions are due until two weeks before the hearing date set by the Court.' **A notice of submission should not be filed in this MDL. This Motion is NOT noticed for submission until ordered by the Court. (Reference: 10-3896, 11-826, 12-968)(gec, ) (Entered: 04/02/2013) |
| 01/27/2015 | 14078 | ORDER Adopting the Policy Statement of the Medical Benefits Claims Administrator (Rec. doc. 13878). Signed by Judge Carl Barbier on 1/27/15.(Reference: 12-968 and all cases)(sek) (Entered: 01/27/2015) |
| 01/28/2015 | 14088 | ORDER Regarding Motion to Enlarge the Time to File Proof of Claims Forms in the Medical Class Settlement from February 12, 2015 to August 12, 2015 or Later as Equity Requires (Rec. doc. 14071); Movers have filed the above motion seeking enlargement of the deadline to file proof of claims forms with the Medical Benefits Settlement Program. Movers have not obtained the concurrence of BP in the motion. Rec. doc. 14071 at para. 19. Accordingly, IT IS ORDERED that on or before the close of business on Friday, January 30, 2015, BP is to file a brief statement with the Court expressing either its agreement or opposition to the request. Such pleading is not to exceed three pages double-spaced, including attachment. Signed by Judge Carl Barbier on 1/28/15.(Reference: 12-968 and all cases)(sek) (Entered: 01/28/2015) |
| 01/30/2015 | 14092 | STATUS REPORT *from Medical Benefits Settlement Claims* |

3

| | | |
|---|---|---|
| | | *Administrator* by Garretson Resolution Group. (Reference: 12-968)(Bruemmer, Joseph) Modified on 2/2/2015 (gec). (Entered: 01/30/2015) |
| 01/30/2015 | 14099 | BELO CASES INITIAL PROCEEDINGS CASE MANAGEMENT ORDER. Signed by Magistrate Judge Joseph C. Wilkinson, Jr. (Attachments: # 1 Exhibit A, #2 Exhibit B) (Reference: 12-968)(gec) Modified on 1/30/2015 (gec). (NEF: CJB, SS, BELO Liaison Counsel, Medical Claims Administrator) (Entered: 01/30/2015) |
| 02/02/2015 | 14127 | Letter to Deep Water Horizon Medical Benefit Claim Administrator from David M. Strong dated 1/29/2015. (Reference: 12-968)(gec) (Entered: 02/04/2015) |
| 05/01/2015 | 14512 | ORDER re 13520 Seacor's MOTION for Summary Judgment which seeks the dismissal of DuWayne Mason's claims. (Rec. Doc. 13520). IT IS ORDERED that any response to Seacor's motion shall be filed by Friday, May 22, 2015 and shall not exceed 25 pages, double spaced. Any reply by Seacor shall be filed by Friday, May 29, 2015 and shall not exceed 10 pages. The Court will inform the parties if it requires oral argument on this matter. Signed by Judge Carl Barbier on 5/1/15.(Reference: 10-3896, 11-826)(sek) (Entered: 05/01/2015) |
| 05/14/2015 | 14579 | EXPARTE/CONSENT MOTION to Enroll as Counsel of Record by Plaintiff DuWayne Mason. (Attachments: #1 Proposed Order) (Reference: 10-3896)(Silbert, Scott) Modified on 5/15/2015 (gec). (Entered: 05/14/2015 |

| | | |
|---|---|---|
| 05/18/2015 | 14584 | ORDER granting 14579 Motion to Enroll as Counsel of Record; Ordered that Nancy J. Marshall (Bar No. 08955), Joseph L. McReynolds (Bar No. 01947) and Andrew J. Baer (Bar No. 35638) along with the firm of Deutsch, Kerrigan & Stiles be and they hereby are enrolled as additional counsel of record on behalf of plaintiff, DuWayne Mason. Signed by Judge Carl Barbier on 5/14/15. (Reference: 10-3896)(sek) (Entered: 05/18/2015) |
| 05/22/2015 | 14608 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff/Claimant DuWayne Mason re 13520 MOTION for Summary Judgment . (Attachments: #1 Exhibit Letter, #2 Exhibit Affidavit, #3 Exhibit Affidavit, #4 Statement of Contested/Uncontested Facts)(Reference: 10-3896, 11-826, 12-968)(Marshall, Nancy) Modified on 5/26/2015 (gec). (Entered: 05/22/2015) |
| 05/22/2015 | 14609 | MOTION *to Be Recognized as an Opt out Plaintiff of The Medical Benefits Class Settlement* and Alternative Motion to Extend Opt-out Deadline by Plaintiff/Claimant DuWayne Mason. (Attachments: # 1 Memorandum in Support)(Reference: 10-3896, 11-826, 12-968)(Marshall, Nancy) Modified on 5/26/2015 (gec). (Entered: 05/22/2015) |
| 05/27/2015 | 14616 | ORDER: The Court previously issued a scheduling order requiring DuWayne Mason to file his response to Seacor's Motion for Summary Judgment (Rec. Doc. 13520) by Friday, May 22, & Seacor to reply by Friday, May 29. (Rec. Doc. 14512). On May 22, Mason filed a response (Rec. Doc. 14608) & a separate Motion (Rec. Doc. 14609). |

5

| | | |
|---|---|---|
| | | Mason's motion, however, is nearly identical to his opposition. Therefore, IT IS ORDERED that Seacor's reply brief due on May 29, 2015 shall address both Mason's opposition (Rec. Doc. 14608) & Mason's Motion to be Recognized as An Opt Out Plaintiff & Alternative Motion to Extend Opt-Out Deadline (Rec. Doc. 14609). Seacor shall limit its filing to 10 pages, double spaced. Signed by Judge Carl Barbier on 5/26/15.(Reference: 10-3896, 11-826)(sek) (Entered: 05/27/2015) |
| 05/29/2015 | 14643 | REPLY to Response to Motion filed by Defendants Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC re 13520 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 10-3896, 11-826, and 12-968)(Hemphill, Gary) Modified on 6/1/2015 (gec). (Entered: 05/29/2015) |
| 06/10/2015 | 14709 | ORDERED that the Motion of DuWayne Mason to be Recognized as an Opt Out Plaintiff of the Medical Benefits Class Settlement and Alternative Motion to Extend Opt-Out Deadline (Rec. Doc. 14609) is DENIED. It is FURTHER ORDERED that Seacor's Motion for Summary Judgment (Rec. Doc. 13520) is GRANTED and that DuWayne Mason's claims against Seacor and/or the M/V SEACOR VANGUARD in 10-3896 and 11-826 are DISMISSED with prejudice. It is FURTHER ORDERED that, by June 17, 2015, Seacor shall file proposed final judgments for case nos. 11-826 and 10-3896. Signed by Judge Carl Barbier. (Reference: 10-3896, 11- |

| | | |
|---|---|---|
| | | 826, 12-968)(gec) (Main Document 14709 replaced on 6/11/2015) (gec). (Entered: 06/10/2015) |
| 06/12/2015 | 14717 | EXPARTE/CONSENT Joint MOTION for Entry of Final Judgment by Certain Underwriters at Lloyd's, London, Ranger Insurance Limited Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., BP plc, BP Exploration & Production Inc., BP America Production Company, BP Corporation North America, Inc., BP Holdings North America Limited. (Attachments: # 1 Proposed Order)(Reference: 11-274 and 11-275)(Moran, Kyle) Modified on 6/15/2015 (gec). (Entered: 06/12/2015) |
| 06/17/2015 | 14737 | FINAL JUDGMENT: Considering the Court's Order & Reasons of June 10, 2015, entered in MDL 2179 In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 (Rec. Doc. 14709, C.A. 10-md-2179), IT IS ORDERED, ADJUDGED, AND DECREED: (1) That the claim of DuWayne Mason (Rec. Doc. 1941, C.A. 10-md-2179) filed in Civil Action No. 10-3896 with respect to Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability, which is the sole remaining claim in this limitation action, is hereby dismissed, with prejudice; and (2) That costs are assigned to and shall be borne by DuWayne Mason. Signed by Judge Carl Barbier on 6/17/15.(Reference: 10-3896)(sek) (Entered: 06/17/2015) |
| 06/17/2015 | 14738 | FINAL JUDGMENT: Considering the |

| | | |
|---|---|---|
| | | Court's Order & Reasons of June 10, 2015, entered in MDL 2179 In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 (Rec. Doc. 14709, C.A. 10-md-2179), IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Seacor Marine, LLC and against plaintiff DuWayne Mason, dismissing plaintiff's claims with prejudice and at plaintiff's cost. Signed by Judge Carl Barbier on 6/17/15.(Reference: 11-826)(sek) (Entered: 06/17/2015) |
| 07/07/2015 | 14815 | NOTICE OF APPEAL by Claimant DuWayne Mason as to 14737 Order. (Filing fee $505, receipt number 053L-4925038.) (Reference: 10-3896)(Marshall, Nancy) Modified on 7/8/2015 (gec). (Entered: 07/07/2015) |
| 07/07/2015 | 14816 | NOTICE OF APPEAL by Plaintiff DuWayne Mason as to 14738 Order. (Filing fee $505, receipt number 053L-4925110.) (Reference: 11-826)(Marshall, Nancy) Modified on 7/8/2015 (gec). (Entered: 07/07/2015) |
| 07/22/2015 | 14916 | USCA Case Number 15-30598 appealed to USCA, 5th Circuit for 14816 Notice of Appeal filed by DuWayne Mason. (Reference: 11-826)(gec) (Entered: 07/22/2015) |
| 07/22/2015 | 14917 | USCA Case Number 15-30597 appealed to USCA, 5th Circuit for 14815 Notice of Appeal filed by DuWayne Mason. (Reference: 10-3896)(gec) (Entered: 07/22/2015) |

As such, Mason respectfully moves this Court to supplement Record with those documents previously designated.

## II. **Extension of Briefing Deadlines**

Mason also moves the Court to extend the briefing schedule by thirty days. Currently the Appellant Brief is due on September 23, 2015. While Mason is not concerned with meeting the deadline to draft the brief, the missing record documents are pertinent to utilizing proper record citations in the brief itself. Many of the missing documents involved the motions, memorandums, and judgments serving as the basis for this appeal. Without the entirety of the designated record, Mason is unable to comply with the Court's requirements with respect to record citations. In order to comply with the Court's requirements, Mason requests a thirty day extension to the briefing schedule in order to provide ample time for the record to be supplemented, making the Appellant Brief due on October 23, 2015 and all subsequent filings within the applicable time frames of that date.

Further, BP Exploration & Production, Inc., BP America Production Company, and BP P.L.C. ("BP") filed a Motion to Intervene in these consolidated appeals on Friday, September 4, 2015. (Doc. 15-30597-00513182836). Accordingly, Mason must also oppose the Motion to Intervene by September 14, 2015. Due to the Motion to Intervene and the incomplete Appellate Record, Mason requests this thirty day extension of the current briefing schedule.

Mason has sought and received consent from counsel for the Seacor Entities to seek this thirty day extension. No previous extension has been sought or granted in this appeal.

**CONCLUSION**

For the foregoing reasons, DuWayne Mason respectfully requests the Court supplement the Appellate Record and grant him a thirty-day extension to file his Appellant Brief.

        **Respectfully submitted,**

        */s/ Andrew J. Baer*
        Joseph L. McReynolds (#01947)
        Nancy J. Marshall (#08955)
        Andrew J. Baer (#35638)
        **DEUTSCH, KERRIGAN & STILES, L.L.P.**
        755 Magazine Street
        New Orleans, LA  70130
        Telephone:  (504) 581-5141
        *ATTORNEYS FOR Duwayne Mason*

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of the foregoing Motion to Supplement the Appellate Record was filed electronically on September 9, 2015, and will therefore be served electronically upon all counsel.

        */s/ Andrew J. Baer*
        **Andrew J. Baer**