UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-2306 | * * | MAGISTRATE SHUSHAN |

## ORDER

Having considered Plaintiffs' Motion to Substitute Counsel (Rec. Doc. 15317),

IT IS ORDERED that the Motion is GRANTED. Jared A. Kobs, Benjamin Philley, and Robert G. Barlow, III, of Kobs & Philley, PLLC (P.O. Box 2230, Madison, MS 39130-2230, (601) 856-7800) are hereby substituted in place of Jonathan P. Dyal, Matthew W. McDade, Michael D. Freeman, and M. Todd Lowther, all of Balch & Bingham, LLP, as counsel of record for Plaintiffs Barbara Patton King, Brenda Patton McDonald, Doye Patton Parker, Donald Patton, Lois Patton, Randall Patton, Richard Patton, Roy Patton, and Carol Patton Shiyou

New Orleans, Louisiana this 14th day of September, 2015

_____
United States District Judge