UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-5121 | * * | MAGISTRATE SHUSHAN |

## ORDER

Having considered the Motion to Withdraw as counsel by Cunningham Bounds, LLC (Rec. Doc. 15236),

IT IS ORDERED that the Motion is GRANTED and Cunningham Bounds, LLC and its individual attorneys are hereby WITHDRAWN as counsel of record for JPC Properties, LLC in the referenced matter.  Contact information:

> 319 Woodbridge Drive
> Daphne, Alabama 36526
> 251-621-2564

Because limited liability companies must be represented by an attorney, new counsel eventually will need to enroll for JPC Properties, LLC, or its claims may be dismissed.  *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 14th day of September, 2015

_____
United States District Judge