UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and<br>Civil Action No. 10-9999 REC DOC 8<br>10-8888 Rec. Doc. 44632<br>Claimant Number: 69823 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## PRO SE MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Comes now The Utilities Board of the City of Gulf Shores, pro se claimant, and moves for the dismissal with prejudice of all claims filed or asserted on its behalf in the above-captioned Civil Actions.

The Utilities Board of the City of Gulf Shores

By _____
Clifford E. Johnson
General Manager

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

{M0215206.1}



## THE UTILITIES BOARD OF THE CITY OF GULF SHORES

William W. Blevins
Clerk of Court
US District Court
Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

                [By Certified Mail -- Return Receipt Requested]

        Re:    In re Oil Spill Rig "Deepwater Horizon" in the Gulf of
                Mexico, on April 20, 2010 -- MDL No. 2179

Dear Mr. Blevins:

        As directed in correspondence from Magistrate Shushan, pro se claimant The Utilities Board of The City Gulf Shores herewith files its motion for dismissal of all claims, together with a proposed order of dismissal.

        Please let us know if you need anything in addition from us with regard to this matter.

        Very truly yours,

        The Utilities Board of Gulf Shores

        By *(signature)*
        Clifford E. Johnson
        Its General Manager

---

P.O. BOX 1229                             GULF SHORES, ALABAMA                            (251) 968-6323
149 E. 16th AVE. {A0215648.1}                      36547                                           FAX (251) 968-6847