UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and Civil Action No. 10-9999 *REC DOC 8*<br>*10-8888* Rec. Doc. 44632<br>Claimant Number: 69823 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the Pro Se Motion For Dismissal Of All Claims With Prejudice filed by The Utilities Board of the City of Gulf Shores, IT IS ORDERED that the Motion is granted and further ORDERED that all claims asserted by or on behalf of The Utilities Board of the City of Gulf Shores in the above-captioned actions are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
**CARL J. BARBIER**
**United States District Judge**

{M0215647.1}